**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| et al., | : |  |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |

## AFFIDAVIT OF SERVICE

I, Hugo A. Maida, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before December 9, 2010, the parties set forth on the service list attached hereto as **Exhibit A** were served with a copy of the document(s) referenced on **Exhibit A** along with a customized Notice of Rejection of Notice of Transfer form, attached hereto as **Exhibit B** via First Class Mail.

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

Dated: December 10, 2010


Hugo A. Maida

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 10th day of December, 2010, by Hugo A. Maida, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: VanessaRQuinones

VANESSA RAE QUINONES
Commission # 1732826
Notary Public - California
Los Angeles County
My Comm. Expires Mar 20, 2011

Filed This 16th Day of December 2010       By:   CIRCUIT CITY STORES, INC.
                                                 LIQUIDATING TRUST


                                           By: */s/ Paula S. Beran*


                                           Lynn L. Tavenner (VA Bar No. 30083)
                                           Paula S. Beran (VA Bar No. 34679)
                                           TAVENNER & BERAN, P.L.C.
                                           20 North Eighth Street, 2nd Floor
                                           Richmond, Virginia  23219
                                           Telephone:  804-783-8300
                                           Facsimile:  804-783-0178
                                           E-mail:  ltavenner@tb-lawfirm.com
                                                    pberan@tb-lawfirm.com

-                                          and-

                                           Jeffrey N. Pomerantz (admitted *pro hac vice*)
                                           Andrew W. Caine (admitted *pro hac vice*)
                                           PACHULSKI STANG ZIEHL & JONES LLP
                                           10100 Santa Monica Blvd.
                                           11th Floor
                                           Los Angeles, California  90067-4100
                                           Telephone: 310-277-6910
                                           Facsimile:  310-201-0760
                                           E-mail: jpomerantz@pszjlaw.com
                                                   acaine@pszjlaw.com

                                           Counsel for the Circuit City Stores, Inc.
                                           Liquidating Trust

# EXHIBIT A

Exhibit A
Rule 3001(e)(1) - 3001(e)(4) Rejected

| Party Description | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Docket Number |
|---|---|---|---|---|---|---|---|---|---|
| Transferor | LeClairRyan | | PO Box 2499 | | | Richmond | VA | 23218-2499 | 9611 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | 9611 |
| Notice Party | LeClairRyan | 951 E Byrd St | PO Box 2499 | | | Richmond | VA | 23218-2499 | 9611 |
| Notice Party | LeClairRyan | Susan North Esq | a Virginia Professional Company | 5388 Discovery Park Blvd 3rd Fl | | Williamsburg | VA | 23188 | 9611 |
| Transferor | LeClairRyan | | 951 E Byrd St | PO Box 2499 | | Richmond | VA | 23218-2499 | 9611 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | 9611 |
| Notice Party | LeClairRyan | Susan North Esq | A Virginia Professional Company | 5388 Discovery Park Blvd 3rd Fl | | Williamsburg | VA | 23188 | 9611 |
| Transferor | LeClairRyan a Virginia Professional Company | Susan North Esq | 5388 Discovery Park Blvd 3rd Fl | | | Williamsburg | VA | 23188 | 9611 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | 9611 |
| Notice Party | Todd M Galante Esq | LeClairRyan a Virginia Professional Company | 2 Penn Plz E 10th Fl | | | Newark | NJ | 07105 | 9611 |
| Notice Party | LeClairRyan | Susan North Esq | a Virginia Professional Company | 5388 Discovery Park Blvd 3rd Fl | | Williamsburg | VA | 23188 | 9611 |
| Transferor | Quality Project Management | | 1702 E McNair Dr No 400 | | | Tempe | AZ | 85283 | 9618 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | 9618 |
| Notice Party | Quality Project Management LLC | Attn Jose Bosse | 1702 E McNair Dr | | | Tempe | AZ | 85283 | 9618 |
| Notice Party | Quality Project Management LLC | c o Contrarian Capital Management LLC | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | 9618 |
| Transferor | Quality Project Management LLC | Attn Jose Bosse | 1702 E McNair Dr | | | Tempe | AZ | 85283 | 9618 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | 9618 |
| Notice Party | Quality Project Management LLC | c o Contrarian Capital Management LLC | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | 9618 |
| Transferor | Starpoint Properties LLC | Augustus C Epps Jr Esq | Christian & Barton LLP | 909 E Main St Ste 1200 | | Richmond | VA | 23219 | 9621 |
| Transferee | CSFB 2005 C1 Shoppes of Plantation Acres LLC | c o Mindy A Mora Esq & Jeffrey I Snyder Esq | 2005 C1 Shoppes of Plantation Acres LLC | Bilzin Sumberg Baena Price & Axelrod LLP | 1450 Brickell Ave Ste 2500 | Miami | FL | 33131 | 9621 |
| Notice Party | Starpoint Properties LLC | | 450 N Roxbury Dr No 1050 | | | Beverly Hills | CA | 90210 | 9621 |
| Notice Party | Starpoint Properties LLC | Attn Director of Servicing | c o LNR Partners LLC | Re CSFB 2005 C1 Loan No 991071487 | 1601 Washington Ave | Miami Beach | FL | 33139 | 9621 |
| Transferor | Palm Springs Mile Associates Ltd | Attn James S Carr Esq | Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9626 |
| Transferee | Jefferies Leveraged Credit Products LLC | | One Station Pl Three N | | | Stamford | CT | 06902 | 9626 |
| Notice Party | Palm Springs Mile Associates Ltd | c o Philips International Holding Corp | Philip J Eisenberg General Counsel Philips International | 295 Madison Ave | | New York | NY | 10017 | 9626 |
| Notice Party | Jefferies & Co Inc | Attn Mark Sahler | Harborside Financial Center | 34 Exchange Pl Plz III Ste 705 | | Jersey City | NJ | 7311 | 9626 |
| Notice Party | Palm Springs Mile Associates Ltd | | 419 W 49th St Ste 300 | | | Hialeah | FL | 33012 | 9626 |

# EXHIBIT B

# **NOTICE OF REJECTION OF NOTICE OF TRANSFER**

| | |
|---|---|
| TO: | Transferee |
| | Transferee Address |
| CC: | Transferor |
| | Transferor Address |
| | Notice Party (if applicable) |
| FROM: | Joseph Johnson |
| DATE: | |
| RE: | Notice of Rejection of Notice of Transfer |

Kurtzman Carson Consultants LLC, the Court-appointed claims agent in the matter of **Circuit City Stores, Inc., Case No. 08-35653 (KRH)** has been charged with the duty of maintaining the Court's claims register. We are in receipt of Notices of Transfer (the "NOT") received from your establishment asserting that claims or interest of creditors or interest holders (the "Creditor") in this matter has been transferred to your ownership. As claims management requires exacting standards in order to provide the Court with an error-free claims register in every instance, please understand that we cannot accept and process your NOT for the following reason(s):

_x_    The NOT was filed after the Distribution Record Date and is therefore untimely pursuant to Articles VI.L and I.B. 1.59 of the Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims.

____    The NOT is not accompanied by documentation evidencing agreement to transfer the claim.

____    The NOT asserts that it transfers a proof of claim or scheduled liability for a certain amount; however, the claims register does not reflect a claim or scheduled liability equal to said amount.

____    The NOT asserts that it transfers a proof of claim or scheduled liability from the aboved listed transferee; however, the transferee is not the current owner of the proof of claim or scheduled liability.

____    The NOT asserts that it transfers a proof of claim or scheduled liability with respect to a specific case name or number; however the identified creditor does not have a claim or interest with respect to said case name or number.

____    The NOT asserts that it transfers a proof of claim or scheduled liability which has previously been effectuated.

We have attached hereto for your convenience a copy of the NOT that we received. If you have any questions, please do not hesitate to contact **Joseph Johnson** at 310-776-7317.