UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:                                                              :
                                                                    :    Chapter 11
Circuit City Stores, Inc., et al.                                   :
                                                                    :    Case No. 08-35653
                                                                    :
                                                    Debtors.        :    (Jointly Administered)

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Madison Waldorf LLC, a creditor in the bankruptcy cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim, including claim number 149-3 filed as amended on November 22, 2010 (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

| Former Address | New Address |
| --- | --- |
| Madison Waldorf LLC | Madison Waldorf LLC |
| c/o Bean Kinney & Korman PC | c/o Liquidity Solutions, Inc |
| 2300 Wilson Blvd, 7th Floor | One University Plaza, Suite 312 |
| Arlington, VA 22201 | Hackensack, New Jersey 07601 |

I declare under penalty of perjury that the foregoing is true and correct.

Madison Waldorf LLC

By: _____

Its: __VP__

Date: 12/15/10

_____
Notary Public

LAURIE F. MALASKY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2012