**LVLAD**
Las Vegas Land and Development Co. Inc.

NOTICE OF CHANGE OF ADDRESS

November 15, 2010

Circuit City Stores, Inc.
c/o Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attn: Ian S. Fredericks, Esq.

RE: Las Vegas Land and Development Company Inc Proof of Claim 8578 and Prof of Claim 1718 and the claims scheduled in the name of Las Vegas Land Development Co. and/or Las Vegas Land and Development Company LLC.

Dear Mr. Fredricks:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

Las Vegas Land and Development Company Inc.
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN 55107-2292
Attn: Bridget Greiber
(651) 495-3725
(651) 495-8087 (fax)

With Fax Copy to:
Kyle J Lunde
(206) 344-4677
fax: (206) 344-4630

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent Kurtzman Carson Consultants, LLC.

Very truly yours,

Name: _____
Title: _____

Cc: Circuit City Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

TEL: 310.657.6624  FAX 310.657.7153  P.O. BOX 69723 LOS ANGELES CA 90069  www.LVLAD.com