**CT Corporation**     1209 Orange Street           302 777 0220 tel
                      Wilmington, DE 19801          800 677 3394 toll free
                                                    www.ctlegalsolutions.com



December 08, 2010

Jason S. Pomerantz
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd.,
Los Angeles, CA 90067-4100

Re: Circuit City Stores, Inc. and Alfred H. Siegel, etc., Pltfs./Debtor vs. Honeywell International Inc.

Case No. 08-35653

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Honeywell International Inc. Currently, the state lists Corporation Service Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Chris Moseder
Process Specialist

Log# 517693249

FedEx Tracking# 794197913930

cc: United States Bankruptcy Court
    701 East Broad Street,
    Richmond, VA 23219