# GOLD, ALBANESE & BARLETTI

ATTORNEYS & COUNSELORS AT LAW
58 MAPLE AVENUE
RED BANK, NEW JERSEY 07701
TELE: (732) 936-9901
FAX: (732) 936-9904

Web Address: www.goldandalbanese.com
Main E-Mail Address: main@goldandalbanese.com

REPLY TO RED BANK

via regular & cert. mail
Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219

December 10, 2010

RE: Circuit City Stores, Inc., et al.
Case No. 08-35653-KRH
United States Bankruptcy Court
Eastern District of Virginia, Richmond Division

Dear Sir or Madam:

Please be advised that the Law Firm of Gold, Albanese & Barletti Represent Creditor Dorothy Coleman in regard to the above captioned matter. On August 7, 2008, Ms. Coleman was shopping in a Circuit City located at 90 Route 35, Eatontown, NJ 07724 when she tripped and fell sustaining life altering injuries.

Enclosed herein please find our final fee application

Thank you for your time and attention to this matter.

Very truly yours,

MICHAEL S. WILLIAMS, ESQ.

msw (encls)

cc: Lynn L. Tavenner, Esq. & Paula S. Beran, Esq. (via reg & cert.)
Richard M. Pachulski, Esq. & Jeffrey N. Pomerantz, Esq., (via reg. & cert.)
Robert J. Feinstein, Esq. & John Morris, Esq. (Via reg & cert.)

**GOLD, ALBANESE & BARLETTI**
58 Maple Avenue
Red Bank, New Jersey 077701
(732) 936-9901
Attorneys for Claimant, Dorothy Coleman (#2733)

---

| | |
|---|---|
| DOROTHY COLEMAN<br><br>　　　　　　　　Claimant<br><br>　　v.<br><br>CIRCUIT CITY STORES, INC. et al.<br><br>　　　　　　　　Debtors | IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA RICHMOND DIVISION<br><br>Chapter 11<br>Case No. 08-35653 (KRH)<br>Jointly Administered<br><br>NOTICE OF HEARING ON FINAL FEE APPLICATION OF GOLD, ALBANESE & BARLETTI FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS COUSEL TO CLAIMANT FOR THE PERIOD FROM AUGUST 26, 2008 THROUGH DECEMBER 8, 2010 |

To:　Clerk of the Bankruptcy Court
　　　United States Bankruptcy Court
　　　701 East Broad Street - Suite 4000
　　　Richmond, Virginia 23219

　　　Richard M. Pachulski, Esq.
　　　Jeffrey N. Pomerantz, Esq.
　　　Andrew W. Caine, Esq.
　　　PACHULSKI STANG ZIEHL & JONES LLP
　　　10100 santa Monica Blvd., 11th Fl.
　　　Los Angeles, California 90067-4100

　　　Robert J. Feinstein, Esq.
　　　John Morris, Esq.
　　　PACHULSKI STANG ZIEHL & JONES LLP
　　　780 Third Avenue, 36th Fl.
　　　New York, New York, 10017-2024

　　　　　　　　　　　　　　　Lynn L. Tavenner, Esq.
　　　　　　　　　　　　　　　Paula S. Beran, Esq.
　　　　　　　　　　　　　　　TAVENNER & BERAN, PLC
　　　　　　　　　　　　　　　20 North Eighth Street, 2nd fl.
　　　　　　　　　　　　　　　Richmond, Virginia 23219

　　　　　　　　　　　　　　　GOLD, ALBANESE & BARLETTI
　　　　　　　　　　　　　　　Attorneys for Claimant,
　　　　　　　　　　　　　　　Dorothy Coleman

　　　　　　　　　　　　　　　By: _____
DATED: December 8, 2010　　　MICHAEL S. WILLIAMS, ESQ.

**GOLD, ALBANESE & BARLETTI**
58 Maple Avenue
Red Bank, New Jersey 077701
(732) 936-9901
Attorneys for Claimant, Dorothy Coleman (#2733)

| | |
|---|---|
| DOROTHY COLEMAN<br><br>Claimant<br><br>v.<br><br>CIRCUIT CITY STORES, INC. et al.<br><br><br>Debtors | IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA RICHMOND DIVISION<br>Chapter 11<br>Case No. 08-35653 (KRH)<br>Jointly Administered<br><br><br>AFFIDAVIT OF SERVICES |

I, MICHAEL S. WILLIAMS, Esq., of full age, being duly sworn according to his oath, certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and an Associate with the law offices of Gold, Albanese & Barletti located at 58 Maple Avenue in Red Bank, New Jersey.

2. The Law Offices of Gold, Albanese & Barletti were retained by Claimant, Dorothy Coleman on or about August 25, 2008, to represent her interests in connection with the above captioned matter. I am one of the attorneys responsible for the handling of this matter on behalf of the Law Offices of Gold, Albanese & Barletti and on behalf of plaintiffs. Therefore, I am fully familiar with the facts and circumstances surrounding this matter.

3. I make this certification in support of Gold, Albanese & Barletti's fee application for allowance of compensation for services rendered and for reimbursement of expenses incurred as counsel to the claimant for the period of August 26, 2008 to December 8, 2010.

4. Claimant's asserted claim amount pursuant to the Notice of Claim filed on January 14, 2009 was $300,000.00. Based on same the amount of compensation sough as actual, reasonable and necessary is $100,000.00.

5. The amount of Expense Reimbursement sought as actual, reasonable and necessary is $808.62. The dates of services are as followed;

| Date | Description | Amount |
|---|---|---|
| 8/26/08 | Opening of a new file's red weld | 35.00 |
| 8/26/08 | Postage on letter to client with retainer agreement and medical authorizations | 1.01 |
| 8/27/08 | Postage on letter to Circuit City requesting videotapes | 5.64 |
| 9/3/08 | Check to Omega Graphics for photocopying | 4.28 |
| 9/3/08 | Postage on letter to Omega Graphics for photocopying | 0.42 |
| 9/5/08 | Postage on letter to Dr. Craig requesting medical records | 0.42 |
| 9/5/08 | Postage on letter to Dr. Ingram requesting medical records | 0.42 |
| 9/5/08 | Postage on letter Griffith Account Consulting advising that all communication be directed to our office | 0.42 |
| 9/16/08 | Check to Quida for medical records | 35.87 |
| 9/16/08 | Postage on letter to Quida for medical records | 0.42 |
| 9/24/08 | Check to Etown Ortho for medical records | 22.00 |
| 10/13/08 | Check to Omega Graphics for photocopying | 4.28 |
| 10/16/08 | Postage on letter to Lisa Griffith regarding security video | 0.42 |
| 10/23/08 | Postage on letter to Dr Markbreiter with copies of medical records for review | 2.36 |
| 10/23/08 | Postage on letter to client regarding Dr. Markbreiter appointment | 0.84 |
| 11/5/08 | Postage on letter to client with copy of verification of | |

| Date | Description | Amount |
|---|---|---|
| | Complaint to sign and return | 1.01 |
| 11/10/08 | Check to Dr. Markbreiter for client's IME | 555.00 |
| 11/10/08 | Postage on letter to Dr. Markbreiter with check for IME | 0.42 |
| 11/19/08 | Photocopies of Petition to Monmouth County | 9.00 |
| 11/19/08 | Check for filing fee of Petition to Monmouth County | 30.00 |
| 11/19/08 | Postage on letter to Monmouth County with Petition | 2.10 |
| 12/18/08 | Photocopies on letter to Circuit City with copy of Civil Action Order, and advising of all surveillance tapes and discovery | 1.50 |
| 12/18/08 | Postage on letter to Circuit City | 5.74 |
| 12/23/08 | Postage on letter to Circuit City with copy of Civil Action Order & regarding inspection of videotapes | 0.42 |
| 1/2/09 | Photocopying of letter to Bankruptcy Court with Proof of Claim and medical records | 12.00 |
| 1/2/09 | Postage on letter to Bankruptcy Court | 2.95 |
| 1/8/09 | Postage on letter to client regarding status | 0.84 |
| 2/18/09 | Postage on letter to Blanks regarding insurance policy | 0.42 |
| 5/6/09 | Postage on letter to clients advising we filed notice of claim | 0.84 |
| 11/10/09 | Postage on overnight mail to Circuit City with W-9 | 15.00 |
| 4/5/10 | Postage on letter to client advising Circuit City in bankruptcy | 0.88 |
| 7/7/10 | Photocopies of letter to Bankruptcy Court with creditor response | 20.25 |
| 7/7/10 | Postage on letter to Bankruptcy Court with creditor response, regular & certified mail | 31.60 |
| 7/14/10 | Postage on letter to client regarding July 18, 2010 listing | 0.44 |
| 7/10/10 | Postage on letter to counsel requesting resolution of matter | 0.88 |
| 8/13/10 | Postage on letter to Dr. Craig requesting medical ledger | 0.44 |

| Date | Description | Amount |
|---|---|---|
| 8/13/10 | Postage on letter to Heartland requesting medical ledger | 0.44 |
| 8/16/10 | Postage on letter to client with medical authorization | 0.88 |
| 8/25/10 | Photocopying of letter to counsel with copies of bill ledgers | 3.75 |
| 8/25/10 | Fax of Medicare Authorization to Dawn Cannon | 0.75 |
| 8/25/10 | Postage on letter to Monmouth Medical requesting ledger | 0.44 |
| 8/25/10 | Postage on letter to counsel with copy of client's bill ledgers | 0.95 |
| 9/1/10 | Postage on letter to counsel advising status of ledgers | 0.44 |
| 9/3/10 | Postage on letter to MSPRC requesting photographs and that all future letters be directed to our office | 0.44 |

The foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

BY: /s/ Michael S. Williams

MICHAEL S. WILLIAMS, ESQ.

DATED: December 8, 2010

## CERTIFICATION OF MAILING

I hereby certify that on this day the original and one copy of the within Notice was delivered to the Clerk of the Bankruptcy Court via regular and certified mail in Richmond, Virginia that a copy of same was mailed via regular mail to:

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd fl.
Richmond, Virginia 23219

Richard M. Pachulski, Esq.
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Fl.
Los Angeles, California 90067-4100

Robert J. Feinstein, Esq.
John Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Fl.
New York, New York, 10017-2024

GOLD, ALBANESE & BARLETTI
Attorneys for Claimant,
Dorothy Coleman

BY: _____
MICHAEL S. WILLIAMS, ESQ.

DATED: December 10, 2010

