

## M. Scott and Barbara Bergman

6/21/2008-Originally purchased a Garmin NUVI 760 for $349.96 in Collierville, Tn., Store #04257, also purchased a 4 yr. extended warrantee for $149.99

Moved to Kennewick, WA, 9/2008

01/07/2009 Garmin NUVI 760 had a major malfunction and stopped functioning. Went to local Circuit City in Richland, WA, Store #3754, to try and put warrantee into action and get new Garmin. Was told that Garmin either quit making the NUVI 760 or that Circuit City quit carrying that model and that the closest model was the Garmin NUVI 780 which we purchased for $349.96. We were also told that we had to purchase another 3yr warrantee for $129.99 to go with the new Garmin NUVI 780. We were told at the time of the purchase for new Garmin NUVI780 that we could receive a pro-rated refund for the NUVI 760, for $140.00 and we were given the contact information needed, I believe it was called Cityadvantage. We began the process on or about <u>01/27/2009 Incident #12827118</u>. Talked with Jeff 1-800-555-4615 XT 4610. Also found out that the new 2 yr warrantee had been mistakenly cancelled at the Richland, Wa., Circuit City store #3754 on 01/14/2009. About 6-8 weeks later Circuit City filed for bankruptcy and the entire refund process came to a halt. So we are out $140 pro-rated refund but also the $129.99 (paid for but mistakenly cancelled) warrantee which was never re-instated before they filed for bankruptcy.

*Scott and Barb Bergman*
*410 S. Joliet St.*
*Kennewick, WA 99336*

509-736-0858
509-222-9919



**Just what I needed.**

Circuit City Store
Store 04207
10217 EAST SHELBY DR
COLLIERVILLE, TN 38017
(901) 854-7756

1800-555-4615

Winchester
901-362-7393

Gracosia
901-386-2037

06/21/2008          3:25:28 PM
Trans   1531        Store  04
                    Till 051
Cashier  041296    Sales  7596
Customer

SALE


051103120080621

425700031042

4GB Flash             22.99 T
SDSDM4G    1 @ 22.99 C

2GB MEMORY            14.99 T
SDSDQ-2GB  1 @ 14.99 C

GARMIN NUVI 760      359.99 T
GRMN 760   1 @ 359.99 C
Warranty Protection Plan  149.99

Sub Total            547.96
Tax                   50.69

Total                598.65

Discover             598.65
Account     1406
XXXXXXXXXXXX(A)

Total Tender         598.65

Change Due             0.00

The Circuit City Advantage Protection
Plan for the GRMN NUVI760
starts on the day you receive the
product and expires in 48 months.
For eligible Computer Products: Power
surge and laptop battery coverage begin
on the day you receive the product, all
other benefits begin at the end of the
manufacturer's warranty or 1 year
(whichever is less). For eligible Home &
Car Electronics: All benefits begin on
the purchase date. The Plan is fulfilled
when products are replaced for any
reason after the expiration of the
manufacturer's warranty. However, if a
product is replaced due to Accidental
Damage, the Plan is fulfilled. PLEASE
NOTE: YOUR CONTRACT PROVIDES MANDATORY
ARBITRATION FOR ALL FUTURE DISPUTES,
EXCEPT SMALL CLAIMS. ARBITRATION LIMITS
SOME OF YOUR RIGHTS -- FOR A LIMITED
TIME, YOU MAY REJECT ARBITRATION. Refer
to your Comprehensive Service Guide and
Terms & Conditions for complete details
including service solutions and support
contact numbers.

**This sales receipt and the
accompanying Terms and Conditions
constitute your Circuit City Advantage
Protection Plan.

** Thank you for your purchase.

*Scott Bayer*

### Get a Chance to Win One of Five $1000 Gift Cards! Take Circuit City's Customer First Survey.

### Queremos saber su opinion. Conteste nuestra encuesta por Internet

### WWW.CIRCUITCITY.COM/SURVEY

Use the following customer
code to enter on-line:

### 7YY MFGD PW2P

No purchase necessary.
See Circuit City stores for details.
Void where prohibited.
Thanks for making your purchase at
Circuit City!

FOR IN-HOME INSTALLATION AND REPAIR
SERVICE OR CONSUMER REPLACEABLE
PARTS CALL: (888) 333-2333



Circuit City Stores, Inc.
Store 3754
1430 TAPTEAL DR
RICHLAND, WA 99352-8456
(509) 374-3030                              13:57:28  01/07/09

Sold to:
MICHAEL S. BERGMAN                   Orig Date 01/07/09

                                     Ticket
CUSTOMER COPY                        375401709099

| Salesperson | | | Register | Cashier |
|---|---|---|---|---|
| R. BONDARUK | | | 02 | 242979 |
| Item | Qty Model | Description | Tax | Amount |
| 1 RT | 1-GMN NUV1760 | GPS AND TELEMATI | Y | 349.96- |
| 2 SL | 1 RST CHARGE | Restock Charge | N | .00 |
| 3 SL | 1 GMN NUV1780 | GPS AND TELEMATI | Y | 349.96 |
| 4 SL | 1 ESP CCA | Protection Plan | Y | 129.99 |

         Total Taxable           $    129.99
         Sales Tax               $     10.79
         TOTAL PURCHASE          $    140.78
         DIS            007141   $    140.78
         BALANCE                 $      0.00

Get a Chance to Win One of Five $1,000 Gift Cards!
Take Circuit City's "Customer First" Survey

Queremos saber su opinion
Conteste nuestra encuesta por Internet

We are anxious to hear about your shopping experience!
Get a chance to win one of five $1,000 Circuit City Gift
Cards by taking a few minutes to answer a short survey at:

www.circuitcity.com/survey

You will need the following customer code
to enter on-line:

774 9SVX PNQH

No purchase necessary.
See Circuit City stores for details.
Void where prohibited.
Thanks for making your purchase at Circuit City!

Circuit City Stores, Inc.
Store 3754
1430 TAPTEAL DR
RICHLAND, WA 99352-8456
(509) 374-3030                              13:57:28  01/07/09

For manufacturer contact information, please refer to
owner's manual or visit circuitcity.com

CUSTOMER COPY
                                        Trans #: 375401709099
Merchant#: 090958884        Register#: 02  Cashier: 242979
Mdse Desc: Consumer Electronics / Home Office

| Type | Cardholder/Account# | App Cde | Txn | Amount |
|---|---|---|---|---|
| DIS | BERGMAN/SCOTT<br>************1406 | 007141 | Sale | $ 140.78 |

According to our Policy a restocking charge has been
added to your order.

The Circuit City Advantage Protection Plan for Home and
Car Electronics (ESP) for the GMN NUV1780 starts
01/07/09 and expires 01/07/12. For service, simply
drop off your product at any Circuit City store. Refer
to the Comprehensive Service Guide for information and
Terms and Conditions.

The cardholder agrees to the credit card amount shown
thereon and agrees to perform the obligations set forth
in the cardholders agreement with the issuer.

** This sales receipt and the accompanying terms and
conditions constitute your Circuit City Advantage
Protection Plan.

** Thank you for your purchase.

You may be eligible to earn Circuit City Reward Points!
Apply for a Circuit City Rewards Credit Card today. See
store associate for details.

Shop with us online at circuitcity.com.

Signature:



M POS TICKET # 04257051103120080621

M Get electronics recycling info at

www.circuitcity.com/green