**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 8 | American Power Conversion Corp. | 11087 | 3818 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 8 | Dirley L. Ball | 11102 11103 11104 11105 | 3906 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 8 | Natalia Hilton | 11058 | 3965 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 9 | SimpleTech by Hatachi Global Storage Technologies f/k/a Simpletech A Fabrik Company | 11495 | 3821 3848 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 9 | Belkin International, Inc. | 11608 | 3851 3852 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 9 | Adam Drake | 12251 | 3896 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the December 21, 2010 hearing.

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 10024 9722 10020 | 4106 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 22 | Cormark, Inc. | 7304 | 4100 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 23 | D-Link Systems, Inc. | 7969 | 4139 | This matter has been settled in principle, subject to approval under procedures approved by this Court. Accordingly, the status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 30 | Gilbert Perez | 2707 | 4796 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 30 | Keith Sanders | 2811 | 4798 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 30 | Kristy Suler | 9990 | 4836 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 30 | Melissa M. Gillard | 8522 | 4840 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |

2

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 30 | Melanie Finch | 1695 2023 | 5025 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 31 | Glenn Cordell Duncan | 2722 2725 | 4755 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 31 | Gary R. Lowe | 5144 | 4810 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 3548 | 4811 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 31 | Eisner, Roy | 3025 | 4821 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 31 | Jonathan Card | 6040 | 4823 4943 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 31 | Brad C. King | 3634 | 4842 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 7065 | 4899 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 31 | PNY Technologies | 1723 | 4907 | This matter will proceed in accordance with the Court's Scheduling Order in Adversary Proceeding No. 10-03056, which is scheduled for trial on January 24-25, 2011. |

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 31 | Antor Media Corporation | 6347 | 4926 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 31 | Joseph Skaf | 8717 | 4946 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 31 | Richard and Deborah Jaynes | 3427 | 4951 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 31 | Tanden A. Kibby | 6894 | 4972 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 31 | Leon Hurney | 10047 | 4973 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 31 | Unical Enterprises, Inc. | 6555 | 4975 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 33 | Sensormatic Electronic Corporation | 6317 | 4906 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 36 | Victoria L. Eastwood | 13994 | 4790 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 36 | Douglas A. Daniluk | 4306 14056 | 4813 4814 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 36 | Francis E. Telegadas | 5666 | 4824 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 36 | Christopher N. Crowe | 3601 | 4826 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 36 | Anne B. Fath | 8662 13935 | 4828 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 36 | Anne L. Thumann | 7067 | 4830 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 36 | Stephen T. Saunders | 6825 | 4837 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 36 | David W. Phillips | 9315 | 4844 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 36 | Corey Rachel | 9996 | 4852 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 36 | Elizabeth R. Warren | 13527 4378 | 4910 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 36 | James Oldenburg | 8831 | 4949 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 36 | Brian L. LaCoursiere | 4756 | 4952 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 36 | Michael W. Beam | 13410 6022 | 4958 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 36 | Marius S. Tataru | 4747 | 4960 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 36 | Steven Draxler | 8735 | 4964 4965 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 36 | Laura McDonald | 14432 8108 | 4969 4970 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 36 | Kelli A. Groneck | 6973 | 4971 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 36 | Karen Craig | 6214 | 5026 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 37 | Highlands County, Florida | 11636 | 4886 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to January 13, 2011 at 2:00 p.m. |
| 37 | City of Brighton, Michigan | 11213 13834 | 5065 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to January 13, 2011 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 13294 | 5098 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to January 13, 2011 at 2:00 p.m. |

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 37 | Pima County, AZ | 14083 | 5100 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to January 13, 2011 at 2:00 p.m. |
| 37 | Longview Independent School District | 13198 | 5104 5115 | This matter has been resolved and the claimant has withdrawn the claim. |
| 37 | Alief ISD | 13666 | 5108 | This matter has been resolved and settled pursuant to the procedures approved by this Court. |
| 37 | Brazoria County MUD #6 | 13683 | 5108 | This matter has been resolved and settled pursuant to the procedures approved by this Court. |
| 37 | Carroll ISD | 6536 | 5108 | This matter has been resolved and settled pursuant to the procedures approved by this Court. |
| 37 | City of Hurst | 6534 | 5108 | This matter has been resolved and settled pursuant to the procedures approved by this Court. |
| 37 | City of Lake Worth | 6530 | 5108 | This matter has been resolved and settled pursuant to the procedures approved by this Court. |
| 37 | Clear Creek ISD | 13671 | 5108 | This matter has been resolved and settled pursuant to the procedures approved by this Court. |
| 37 | Fort Bend ISD | 13680 | 5108 | This matter has been resolved and settled pursuant to the procedures approved by this Court. |
| 37 | Fort Bend LID #2 | 13670 | 5108 | This matter has been resolved and settled pursuant to the procedures approved by this Court. |

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 37 | Fort Worth ISD | 6532 | 5108 | This matter has been resolved and settled pursuant to the procedures approved by this Court. |
| 37 | Galena Park ISD | 13681 | 5108 | This matter has been resolved and settled pursuant to the procedures approved by this Court. |
| 37 | Hidalgo | 7259 | 5108 | This matter has been resolved and settled pursuant to the procedures approved by this Court. |
| 37 | Humble ISD | 13682 | 5108 | This matter has been resolved and settled pursuant to the procedures approved by this Court. |
| 37 | Lubbock CAD | 4647 | 5108 | This matter has been resolved and settled pursuant to the procedures approved by this Court. |
| 37 | Midland County Tax Office | 4167 | 5108 | This matter has been resolved and settled pursuant to the procedures approved by this Court. |
| 37 | Potter County Tax Office | 4218 | 5108 | This matter has been resolved and settled pursuant to the procedures approved by this Court. |
| 37 | Tyler ISD | 5328 | 5108 | This matter has been resolved and settled pursuant to the procedures approved by this Court. |
| 37 | Wichita County | 10833 | 5108 | This matter has been resolved and settled pursuant to the procedures approved by this Court. |
| 37 | Woodlands Metro Center MUD | 13677 | 5108 | This matter has been resolved and settled pursuant to the procedures approved by this Court. |

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 37 | Woodlands RUD #1 | 13678 | 5108 | This matter has been resolved and the claimant has withdrawn the claim. |
| 37 | Pierce County, Washington | 14033 14034 | 5111 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to January 13, 2011 at 2:00 p.m. |
| 37 | Los Angeles County | 13628 | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to January 13, 2011 at 2:00 p.m. |
| 37 | Monterey County | 14131 | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to January 13, 2011 at 2:00 p.m. |
| 37 | Placer County, California | 13291 | 4788 4932 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to January 13, 2011 at 2:00 p.m. |
| 37 | Polk County Florida by Joe G. Tedder Tax Collector | 13070 | 4997 5011 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to January 13, 2011 at 2:00 p.m. |
| 50 | Nyko Technologies, Inc. | 14596 | 5494 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 60 | Bruce Davis | 13286(A) | 5969 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 60 | Jack Hernandez | 6045 | 6036 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 60 | Robert Gentry | 6039 | 6037 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 60 | Mark Stewart | 9295(U) | 6082 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 60 | Ohio Bureau of Workers Compensation | 13646(A) | n/a | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 70 | Albert Flowers, Jr. | 13204 | n/a | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 70 | SAP Retail Inc. | 12731 | n/a | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 70 | Curtiss McGough | 3439 | 7177 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 70 | Mobile Edge | 3788 | 7237 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 70 | National Glass and Gate | 3302 | 7240 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 70 | Jamie Stack | 14139 | 7243 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 70 | Sarah Harris | 14314 | 7246 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 70 | Jeanne Hamby | 13896 | 7247 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 70 | Tribune Company and Los Angeles Times Newspapers Inc. | 13068 | 7255 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 70 | Seagate Technology LLC | 14087 | 7257 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 70 | Craig Dean Campbell | 1433 | 7260 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 70 | S. M. Wilson & Company | 9891 | 7264 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 74 | Duda, Kenneth R. | 13339 13402 | 7590 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 74 | Thurmann, Anne | 14097 | 7623 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 74 | Giordano, Patricia C. | 14338 | 7675 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 76 | Lei, Yu-Liang | 13307 | 7584 | Before the Plan's Effective Date, this matter was resolved in principle, subject to completion of settlement documentation. No such documentation was received before the Effective Date. The Trust is reviewing the same. Accordingly, the status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 76 | City of Avondale, Arizona | 14496 | 7771 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 78 | Metra Electronics Corporation | 14894 | 7681 | The status hearing on this response is adjourned to February 24, 2011 at 2:00 p.m. |
| 79 | Foster, William | 2922 3001 | 7999 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 79 | Eisner, Joanne | 3852 | 8003 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 79 | Coleman, Dorothy | 2733 | 8016 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 79 | Blackshear, Brenda | 4333 | 8017 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 79 | Jardan, Sheila A. | 4006 | 8018 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |

12

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 79 | Evans, Joe | 3600 | 8030 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 79 | Hornstra, Aaron | 14748 | 8031 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 79 | Fisher, Denise K. | 3544 | 8032 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 79 | Gibson, Thomas H. | 3995 | 8034 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 79 | Martinez, Anthony | 9060 | 8035 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 79 | Lopresti, Mary | 5401 | 8036 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 79 | Tully, M.D., Vincent | 1134 | 8041 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 79 | Perez, Jesse | 6008 | 8052 | This matter has been resolved and settled pursuant to procedures approved by this Court. |
| 79 | Rollins, James | 14825 | 8054 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 79 | Tinsley, Clementine | 4272 | 8055 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 79 | Gervasio, Emilio on behalf of minor Guiseppina Gervasio | 14444 | 8056 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 80 | Moncayo Settlement Class | 8280 | 8341 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |
| 81 | iGate Global Solutions, Limited | 7478 | 8342 | The status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |

DOCS_LA:230076.2