# BRUCE CLAY, INC

*Internet Business Consultants*

NOTICE OF CHANGE OF ADDRESS

November 4, 2010

Circuit City Stores, Inc.
c/o Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attn: Ian S. Fredericks, Esq.

RE: Filed, Scheduled and/or Stipulated Claims in the name of Bruce Clay, Inc..

Dear Mr. Fredericks:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

Bruce Clay, Inc.
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN 55107-2292
Attn: Bridget Greiber
(651) 495-3725
(651) 495-8087 (fax)

With Fax Copy to:
Kyle J Lunde
(206) 344-4677
fax: (206) 344-4630

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent Epiq Systems.

Very truly yours,

Bruce M. Clay
President

Cc:   Circuit City Claims Processing
      c/o Kurtzman Carson Consultants LLC
      2335 Alaska Avenue
      El Segundo, CA 90245

BRUCE CLAY, INC - CORPORATE OFFICE
207 W. Los Angeles Avenue, Suite 277, Moorpark, CA 93021
Telephone: (805) 517-1900  •  Facsimile: (805) 517-1919
Web: www.bruceclay.com

BRUCE CLAY, INC - NEW YORK OFFICE
1979 Marcus Avenue, Suite 210, Lake Success, NY 11042
Telephone: (516) 622-2287  •  Facsimile: (516) 622-2284
Web: www.bruceclay.com