Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., et al.,.[1] | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

## NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON DECEMBER 21, 2010 AT 2:00 P.M.  (EASTERN)

Set forth below are the matters scheduled to be heard before The Honorable Kevin R.
Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux
International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC
Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS,
Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360),
and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan
Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond,
Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, VA 23060.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on December 21, 2010 beginning at 2:00 p.m. Eastern.

## I.   CONTINUED MATTERS

1.   Motion for Allowance of the Late Filed Administrative Expense Claim of Metra Electronics Corporation (Docket No. 7679)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 7682)

Objection
Deadline:              July 15, 2010 at 4:00 p.m., extended for the Debtors until February 17, 2010.

Objections/
Responses
Filed:                 None at the time of filing this agenda

Status:                By agreement of the parties, the Trust will request that this matter be adjourned to February 24, 2011 at 2:00 p.m.

2.   Site A, LLC's Second Amended Motion to Allow Late Filing of Proof of Claim, or in the Alternative, Motion to File Late Proof of Claim as an Amendment to Informal Proof of Claim (Docket No. 7155)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 5405)

b.    Amended Motion to Allow Late Filing of Proof of Claim, by Site A, LLC (Docket Nos. 5310, 5404)

c.    Notice of Motion and Hearing (Docket No. 7236)

Objection
Deadline:              October 27, 2009 at 5:00 p.m., extended for the Debtors.

Objections/
Responses
Filed:                 None at the time of filing this agenda

Status:                This matter has been adjourned to January 13, 2011 at 2:00 p.m.

3.      Application for Administrative Expenses / Motion for Allowance and Payment of
        Administrative Expense Claim filed by Robert S. Westermann of Hirschler Fleischer,
        P.C. on behalf of Marblegate Asset Management (Docket No. 8754)

        Related
        Documents:      Notice of Motion and Notice of Hearing  (Docket No. 8755).

        Objection
        Deadline:       November 9, 2010

        Objections/
        Responses
        Filed:          Adversary case 10-03228. Complaint against Eastman Kodak Company,
                        Marblegate Special Opportunities Master Fund L.P. filed by Alfred H.
                        Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust.

                        Objection to *(THE TRUSTEES OPPOSITION TO THE MOTION OF
                        MARBLEGATE ASSET MANAGEMENT, LLC FOR ALLOWANCE AND
                        PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM)* filed by Paula S.
                        Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
                        Liquidating Trust (Docket No. 9207)

        Status:         By agreement of the parties, the Trust will request that the matter be
                        continued to January 13, 2011 at 2:00 p.m.

4.      Complaint (Docket No. 1) (Circuit City Stores, Inc. v. Sharp Electronics Corporation,
        Adversary No. 09-3224  (KRH))

        Related
        Documents:

        a.      Motion to Seal Exhibit (Docket No. 6)

        Response
        Deadline:       December 24, 2009 at 4:00 p.m.

        Objections/
        Responses
        Filed:          Answer to Complaint, by Sharp Electronics Corporation (Docket No. 10)

        Status:         The pre-trial conference on this matter was held March 18, 2010.  The
                        Trust will request that a status conference on this matter be continued until
                        January 13, 2011.

5.      Debtors' Objection to Claim 1283 of Quebecor World (USA) Inc. (Docket No. 7875)

        Related
        Documents:

      a.      Order Authorizing Debtors to File Exhibit Under Seal (Docket No. 8193)

|  |  |
|---|---|
| Objection Deadline: | July 15, 2010 at 4:00 p.m., extended for Quebecor World (USA) Inc. until October 20, 2010 at 4:00 p.m. |
| Objections/ Responses Filed: | None at the time of filing this agenda |
| Status: | This matter has been resolved. |

## II.    OMNIBUS CLAIM OBJECTIONS MATTERS

6.    Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 3507)

    Related Documents:

      a.      Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 4170)

      b.      Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6080)

      c.      Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6109)

      d.      Second Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6354)

      e.      Fourth Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6588)

      f.      Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and John P. Raleigh Resolving the Debtors' Eighth Omnibus Objection to Claim No. 11391 (Docket No. 7523)

|  |  |
|---|---|
| Objection Deadline: | June 29, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A. |
| Status: | Orders have been entered partially sustaining the objection.  A |

supplemental order has been entered withdrawing the objection to certain claims.  For the three claims for which the objection is still pending, this matter is adjourned to January 13, 2011 at 2:00 p.m. See attached <u>Exhibit A</u>.

7.    Debtors' Ninth Omnibus Objection to Certain (i) Late Claims (ii) Late 503(b)(9) Claims (Docket No. 3509)

Related
Documents:

a.    Amended Exhibit C to Debtors' Ninth Omnibus Objection to Certain (i) Late Claims (ii) Late 503(b)(9) Claims (Docket No. 3512)

b.    Order On Debtors' Ninth Omnibus Objection To Certain (I) Late Claims And (II) Late 503(B)(9) Claims (Docket No. 4171)

c.    Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6131)

d.    Second Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6373)

e.    Third Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6593)

f.    Notice of Proposed Settlement Agreement and Stipulation Resolving the Debtors' Ninth Omnibus Objection to Claim No. 11571 and Regarding Claim No. 13129 (Docket No. 7629)

g.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and C&A Consulting Resolving the Debtors' Ninth Omnibus Objection to Claim No. 12042 and Regarding Claim No. 13078 (Docket No. 7926)

h.    Notice of Hearing on the Merits on Debtors' Ninth Omnibus Objection to Claim No. 12951 Filed by Lyle Alonso Epps and Response Thereto (Docket No. 7933)

i.    Debtors' Supplemental Brief in Support of Omnibus Objections to late Claims Filed by Dino Bazdar and Lyle Alonzo Epps (Docket No. 8086)

j.    Third Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 8198)

Objection
Deadline:                June 29, 2009 at 4:00 p.m.

Objections/
Responses

Filed:                  See attached <u>Exhibit A</u>.

Status:                 Orders have been entered partially sustaining the objection.  A
                        supplemental order has been entered withdrawing the objection to
                        certain claims.  For the three claims for which the objection is still
                        pending, this matter is adjourned to January 13, 2011 at 2:00 p.m.
                        See attached <u>Exhibit A</u>.

8.      Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain
        Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

        Related
        Documents:

        a.      Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of
                Certain Misclassified Claims to General Unsecured, Non-Priority Claims)
                (Docket No. 4449)

        b.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) (Docket No. 4736)

        c.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) (Docket No. 4758)

        d.      Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) (Docket No. 6299)

        e.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No.
                6642)

        f.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No.
                6661)

        g.      Memorandum Opinion (Docket No. 6693)

        h.      Order Granting Motion for Summary Judgment (Docket No. 6694)

        i.      Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) (Docket No. 6868)

    j.        Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 7114)

    k.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home & Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

    l.        Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Arboretum of South Barrington Resolving a Certain Claim (Docket No. 8361)

    m.      Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Imation Enterprises Corp.  (Docket No. 8861)

| | |
|---|---|
| Objection Deadline: | July 16, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A. |
| Status: | An order has been entered partially sustaining the objection.  For the one claim for which the objection is still pending, this matter is adjourned to January 13, 2011 at 2:00 p.m.  See attached Exhibit A. |

9.     Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 3710)

    Related Documents:

    a.       Order on Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 4577)

    b.       Supplemental Order on Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 6369)

| | |
|---|---|
| Objection Deadline: | July 16, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A. |

Status:                         An order has been entered partially sustaining the objection.  For the one claim for which the objection is still pending, this matter is adjourned to January 13, 2011 at 2:00 p.m.  See attached Exhibit A.

10.     Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 3711)

Related
Documents:

a.     Order on Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 4465)

b.     Supplemental Order on Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 6295)

c.     Corrected Supplemental Order on Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 6869)

d.     Supplemental Order Resolving the Debtors' Fourth, Twenty-Third, and Forty-Second Omnibus Objections with Respect to Mitsubishi Digital Electronics America, Inc. (Docket No. 6871)

e.     Second Supplemental Order on Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 7319)

f.     Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors, Alliance Entertainment LLC, now known as Source Interlink Distribution, LLC, and Source Interlink Media, LLC Resolving Debtors' Omnibus Objections to Claims and Other Related Matters (Docket No. 7825)

g.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home & Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

h.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Digital Innovations LLC, and VonWin Capital Management, L.P. Resolving the Debtors' Twenty-Third Omnibus Objection to Claim 7223, the Debtors' Fiftieth Omnibus Objection to Claim 14251, and the Debtors' Fifty-First Omnibus Objection to Claim 1373 (Docket No. 8664)

Objection
Deadline:                       July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                          See attached Exhibit A.

Status:          An order has been entered partially sustaining the objection.  The claims of Digital Innovations, Inc. and VonWin Capital Management, L.P. have been resolved by Settlement Agreement and Stipulation (Docket No. 8664).  The one claim for which the objection was still pending, D-Link Systems, Inc., has been settled pursuant to procedures approved by this Court.

11.    Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 4583)

Related
Documents:

a.    Notice of Objection and Hearing (Docket No. 4584)

b.    Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 5191)

c.    Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 6460)

d.    Second Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 6562)

e.    Notice of Proposed Settlement Agreement and Stipulation Resolving the Debtors' Thirtieth Omnibus Objection to Claim 9451 (Docket No. 7156)

f.    Third Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 7293)

g.    Fourth Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 7667)

Objection
Deadline:          September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:          See attached Exhibit A.

Status:          Orders have been entered partially sustaining the objection.  For those claims for which the objection is still pending, this matter is adjourned to January 13, 2011 at 2:00 p.m.  See attached Exhibit

<u>A</u>.

12.     Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal
         Claims) (Docket No. 4585)

         Related
         Documents:

         a.      Order on Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of
                 Certain Legal Claims) (Docket No. 5294)

         b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
                 Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors'
                 Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth
                 Omnibus Objection to Claim No. 5708 (Docket No. 8358)

         c.      Notice of Proposed Settlement Agreement and Stipulation by and among the
                 Debtors and Ada Alicea Resolving the Debtors' Thirty-First Omnibus Objection
                 to Claim No. 6283 (Docket No. 8839)

         Objection
         Deadline:            September 15, 2009 at 4:00 p.m.

         Objections/
         Responses
         Filed:               See attached <u>Exhibit A</u>.

         Status:              An Order has been entered partially sustaining the objection.  The
                              claim of PNY Technologies will proceed in accordance with the
                              scheduling order in Adversary Proceeding No. 10-03056.  For
                              those claims for which the objection is still pending, this matter is
                              adjourned to January 13, 2011 at 2:00 p.m.  See attached <u>Exhibit
                              A</u>.

13.     Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or
         Reclassification of Certain Claims) (Docket Nos. 4588, 4590)

         Related
         Documents:

         a.      Order on Debtors' Thirty-Third Omnibus Objection to Claims (Modification
                 and/or Reclassification of Certain Claims) (Docket No. 5192)

         b.      Notice of Hearing on the Merits on Debtors' Thirty-third Omnibus Objection to
                 Claim 9293 filed by Cyndi Ann Haines and Response Thereto (Docket No. 6551)

         c.      Notice of Hearing on the Merits on Debtors' Thirty-third Omnibus Objection to
                 Claim 7295 Filed by Amore Construction Company and Response Thereto

(Docket No. 6553)

d.      Supplemental Order on Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (Docket No. 6852)

e.      Second Supplemental Order on Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (Docket No. 7637

f.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Bell'O International Corp. Resolving the Debtors' Thirty-Third Omnibus Objection to Claim 7435 (Docket No. 7741)

g.      Notice of Proposed Settlement and Stipulation by and Among the Debtors and Sharpe Partners, LLC Resolving the Debtors' Thirty-Third Omnibus Objection to Claim 6257 (Docket No. 7996)

h.      Notice of Proposed Settlement and Stipulation by and Among the Debtors and Lexmark International, Inc. Resolving the Debtors' Thirty-Third Omnibus Objection to Claim 7391 (Docket No. 8087)

Objection
Deadline:              September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit A.

Status:                An order has been entered partially sustaining the objection.  A supplemental order has been submitted reclassifying certain claims.  For the one claim for which the objection is still pending, this matter is adjourned to January 13, 2011 at 2:00 p.m.  See attached Exhibit A.

14.      Debtors' Thirty-Sixth Omnibus Objection to Claims (Disallowance of Certain Claims Relating to Short Term Incentive Plan) (Docket No. 4600)

Related
Documents:

a.      Order on Debtors' Thirty-Sixth Omnibus Objection to Claims (Disallowance of Certain Claims Relating to Short Term Incentive Plan) (Docket No. 5193)

Objection
Deadline:              September 15, 2009 at 4:00 p.m.

Objections/

Responses
Filed:                          See attached <u>Exhibit A</u>.

Status:                         An order has been entered partially sustaining the objection.  For
                                those claims for which the objection is still pending, this matter is
                                adjourned to January 13, 2011 at 2:00 p.m.  See attached <u>Exhibit</u>
                                <u>A</u>.

15.    Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal
       Property Tax Claims) (Docket No. 4613)

       Related
       Documents:

       a.     Order on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of
              Certain Personal Property Tax Claims) (Docket No. 5397)

       b.     Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh
              Omnibus Objection to Claims (Reduction of Certain Personal Property Tax
              Claims) (Docket No. 7343)

       c.     Memorandum of Law In Support of Debtors' Motion for Partial Summary
              Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims
              (Reduction of Certain Personal Property Tax Claims) (Docket No. 7344)

       d.     Notice of Motion and Hearing (Docket No. 7345)

       e.     Notice of Rescheduled Hearing On Debtors' Motion For And Memorandum Of
              Law In Support Of The Debtors' Motion For Partial Summary Judgment On The
              Thirty-Seventh Omnibus Objection To Claims (Reduction Of Certain Personal
              Property Tax Claims) (Docket No. 7550)

       f.     Notice of Presentment of Agreed Order By And Among The Debtors And Certain
              Taxing Authorities With Respect To The Thirty-Seventh Omnibus Objection
              (Docket No. 7695)

       g.     Agreed Order by and Among the Debtors and Certain Taxing Authorities with
              Respect to the Thirty-Seventh Omnibus Objection and Related Pleadings (Docket
              No. 7800)

       h.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and Kitsap County Treasurer Resolving the Debtors' Thirty-Seventh
              Omnibus Objection to Claim No. 13337 (Docket No. 7983)

       i.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and City of Chesapeake Resolving the Debtors' Thirty-Seventh Omnibus
              Objection to Claim No. 11842 (Docket No. 8015)

j.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and the Escambia County Tax Collector Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim Nos. 1624, 13792, and 14789 (Docket No.
        8067)

k.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Gaston County, North Carolina Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim Nos. 1836 and 13350 (Docket No.
        8167)

l.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Allen County, Indiana Treasurer Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 13395 (Docket No. 8174)

m.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Harris County, Texas Resolving the Debtors' Thirty-Seventh
        Omnibus Objection to Claim No. 14429 (Docket No. 8181)

n.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Travis County, Texas Regarding Claim Nos. 10531 and
        14423 (Docket No. 8184)

o.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Loudon County Resolving the Debtors' Thirty-Seventh Omnibus
        Objection to Claim No. 13686 (Docket No. 8187)

p.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Lewisville Independent School District Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13579 and Resolving Claim No.
        1840 (Docket No. 8204)

q.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Boulder County, Colorado Treasurer Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 10419 (Docket No. 8359)

r.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Ada County, Idaho Resolving the Debtors' Thirty-Seventh Omnibus
        Objection to Claim No. 14430 (Docket No. 8407)

s.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Arlington Independent School District, Texas Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 6535 and Resolving Claim No.
        124 (Docket No. 8413)

t.      Certificate of No Objection with Respect to the Settlement Agreement and
        Stipulation by and Among the Debtors and Desoto County, Mississippi Resolving
        the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13944 and Related
        Matters (Docket No. 8417)

u.  Notice of Proposed Settlement Agreement and Stipulation by and Among the
    Debtors and Brevard County, Florida Tax Collector Resolving the Debtors'
    Thirty-Seventh Omnibus Objection to Claim No. 13320 (Docket No. 8438)

v.  Notice of Proposed Settlement Agreement and Stipulation by and Among the
    Debtors and Hernando County, Florida Tax Collector Resolving the Debtors'
    Thirty-Seventh Omnibus Objection to Claim No. 13385 (Docket No. 8439)

w.  Notice of Proposed Settlement Agreement and Stipulation by and Among the
    Debtors and Palm Beach County, Florida Tax Collector Resolving the Debtors'
    Thirty-Seventh Omnibus Objection to Claim No. 3882 and Relating to Claim No.
    14744 (Docket No. 8440)

x.  Notice of Proposed Settlement Agreement and Stipulation by and Among the
    Debtors and Osceola County, Florida Tax Collector Resolving the Debtors'
    Thirty-Seventh Omnibus Objection to Claim Nos. 13064 and 13162 (Docket No.
    8441)

y.  Notice of Proposed Settlement Agreement and Stipulation by and Among the
    Debtors and Prince George's County, Maryland Resolving the Debtors' Thirty-
    Seventh Omnibus Objection to Claim No. 13465 and Resolving Claim Nos.
    12431 and 13466 (Docket No. 8445)

z.  Notice of Proposed Settlement Agreement and Stipulation by and Among the
    Debtors and Charles County, Maryland Resolving the Debtors' Thirty-Seventh
    Omnibus Objection to Claim No. 13576 and Resolving Claim No. 1835 (Docket
    No. 8446)

aa.  Notice of Proposed Settlement Agreement and Stipulation by and Among the
     Debtors and Wake County, North Carolina Revenue Department Resolving the
     Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13627 and Resolving
     Claim No. 1795 (Docket No. 8447)

bb.  Notice of Proposed Settlement Agreement and Stipulation by and Among the
     Debtors and Manatee County, Florida Tax Collector Resolving the Debtors'
     Thirty-Seventh Omnibus Objection to Claim No. 13325 (Docket No. 8454)

cc.  Notice of Proposed Settlement Agreement and Stipulation by and Among the
     Debtors and Okaloosa County, Florida Tax Collector Resolving the Debtors'
     Thirty-Seventh Omnibus Objection to Claim No. 13315 (Docket No. 8455)

dd.  Notice of Proposed Settlement Agreement and Stipulation by and Among the
     Debtors and Pinellas County, Florida Tax Collector Resolving the Debtors'
     Thirty-Seventh Omnibus Objection to Claim No. 13309 (Docket No. 8456)

ee.  Notice of Proposed Settlement Agreement and Stipulation by and Among the
     Debtors and Orange County, Florida Tax Collector Resolving the Debtors' Thirty-

Seventh Omnibus Objection to Claim No. 13316 (Docket No. 8457)

ff.    Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Snohomish County Treasurer Resolving the Debtors' Thirty-Seventh
Omnibus Objection to Claim No. 11646 and Resolving Claim No. 1547 (Docket
No. 8487)

gg.    Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Marion County, Florida Tax Collector Resolving the Debtors' Thirty-
Seventh Omnibus Objection to Claim No. 13318 and Relating to Claim No.
213 (Docket No. 8735)

Objection
Deadline:            May 13, 2010 at 4:00 p.m.

Objections/
Responses
Filed:               See attached <u>Exhibit A</u>.

Status:              An order has been entered partially sustaining the objection.  An
agreed order has been entered resolving certain claims.  The claim
of Marion County, Florida Tax Collector has been resolved by
Settlement Agreement and Stipulation (Docket No. 8735).  Other
than the foregoing, for those claims for which the objection is still
pending, this matter is adjourned to January 13, 2011 at 2:00 p.m.
See attached <u>Exhibit A</u>.

16.    Debtors' Forty-Ninth Omnibus Objection to Certain Administrative Expenses and
503(b)(9) Claims and Motion for (I) Authority to Setoff Against Such Expenses and
Claims and (II) a Waiver of the Requirement that the First Hearing on Any Response
Proceed as a Status Conference (Docket No. 5212)

Related
Documents:

a.    Memorandum Opinion (Docket No. 5963)

b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and Fiftieth Omnibus Objections
(Docket No. 5964)

c.    Supplemental Order on Debtors' Forty-Ninth Omnibus Objection to Certain
Administrative Expenses and 503(b)(9) Claims and Motion for (I) Authority to
Setoff Against Such Expenses and Claims and (II) a Waiver of the Requirement
that the First Hearing on Any Response Proceed as a Status Conference  (Docket
No. 6126)

d.    Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors, FCMA, LLC, and VonWin Capital Management, L.P. (Docket No.

15

7702)

e.      Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors, VonWin Capital Management, LP, and Imagination Entertainment (Docket No. 7833)

f.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, On Corp. USA, Inc., On Corp., Korea Export Insurance Corporation, and Scoggin Worldwide Fund, Ltd. Resolving Debtors' Forty-Ninth Omnibus Objection to Claim No. 14446 and Other Matters (Docket No. 8247).

g.      Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Stillwater Designs and Audio, Inc. Resolving Debtors' Forty-Ninth Omnibus Objection to Claim No. 780 and Other Matters (Docket No. 8859)

Objection
Deadline:      November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:      See attached Exhibit A.

Status:      Orders have been entered partially sustaining the objection.  For the one claim for which the objection was previously pending, this matter has been resolved and approved pursuant to procedures approved by this Court.

17.      Debtors' Fiftieth Omnibus Objection to Certain Administrative Expenses and Motion for (I) Authority to Setoff Against Such Expenses and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 5213)

Related
Documents:

a.      Memorandum Opinion (Docket No. 5963)

b.      Order on Debtors' Forty-Eighth, Forty-Ninth, and Fiftieth Omnibus Objections (Docket No. 5964)

c.      Supplemental Order on Debtors' Fiftieth Omnibus Objection to Certain Administrative Expenses and Motion for (I) Authority to Setoff Against Such Expenses and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 6127)

d.      Second Supplemental Order on Debtors' Fiftieth Omnibus Objection to Certain Administrative Expenses and Motion for (I) Authority to Setoff Against Such Expenses and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 6664)

      e.      Third Supplemental Order On Debtors' Fiftieth Omnibus Objection To Certain Administrative Expenses and Motion For (I) Authority To Setoff Against Such Expenses and (II) A Waiver Of The Requirement That The First Hearing On Any Response Proceed As A Status Conference (Docket No. 3800)

      f.      Notice of Proposed Settlement Agreement and Stipulation by an Among the Debtors and Fujitsu Ten Corp. of America (Docket No. 7643)

      g.      Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors, VonWin Capital Management, LP, and Imagination Entertainment (Docket No. 7833)

      h.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Digital Innovations LLC, and VonWin Capital Management, L.P. Resolving the Debtors' Twenty-Third Omnibus Objection to Claim 7223, the Debtors' Fiftieth Omnibus Objection to Claim 14251, and the Debtors' Fifty-First Omnibus Objection to Claim 1373 (Docket No. 8664)

| | |
|---|---|
| Objection Deadline: | November 4, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A. |
| Status: | Orders have been entered partially sustaining the objection. The claims of Digital Innovations, Inc. and VonWin Capital Management, L.P. have been resolved by Settlement Agreement and Stipulation (Docket No. 8664). With respect to Audiovox Corporation, this matter has been resolved and approved pursuant to procedures established by this Court. For the one remaining matter, this matter is adjourned to January 13, 2011 at 2:00 p.m. See attached Exhibit A. |

18.    Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims)) (Docket No. 5879)

    Related Documents:

      a.      Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6368)

      b.      Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability

(Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6585)

c.    Notice of Hearing on the Merits on Debtors' Sixtieth Omnibus Objection to Claim No. 14123 Filed by Phillip Lee Steele and Response Thereto (Docket No. 8205)

d.    Second Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8285)

e.    Third Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8421)

| | |
|---|---|
| Objection Deadline: | December 14, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A. |
| Status: | Orders have been entered partially sustaining the objection.  For those claims for which the objection is still pending, this matter is adjourned to January 13, 2011 at 2:00 p.m.  See attached Exhibit A. |

19.    Debtors' Seventeenth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7013)

Related Documents:

a.    Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7457)

b.    Supplemental Order on Debtors' Seventeenth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7674)

c.    Notice of Proposed Settlement Agreement and Stipulation by and Between the Debtors and Universal Display and Fixtures Company (Docket No. 8002)

    d.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors' Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth Omnibus Objection to Claim No. 5708 (Docket No. 8358)

    e.       Notice of Proposed Settlement Agreement and Stipulation by and Between the Debtors and Richard Kreuger (Docket No. 8435).

    f.       Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Z-Line Designs, Inc. (Docket No. 8857).

| | |
|---|---|
| Objection Deadline: | April 22, 2010 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A. |
| Status: | An order has been entered partially sustaining the objection.  For those claims for which the objection is still pending, this matter is adjourned to January 13, 2011 at 2:00 p.m.  See attached Exhibit A. |

20.    Debtors' Seventy-Fourth Omnibus Objection to Claims (Reclassification of Certain Alleged Administrative Expenses on Account of Employee Obligations) (Docket No. 7447)

    Related Documents:

    a.       Order on Debtors' Seventy-Fourth Omnibus Objection to Claims (Reclassification of Certain Alleged Administrative Expenses on Account of Employee Obligations) (Docket No. 7856)

| | |
|---|---|
| Deadline: | June 1, 2010 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A |
| Status: | An order has been entered partially sustaining the objection. For those claims for which the objection is still pending, this matter is adjourned to January 13, 2011 at 2:00 p.m.  See attached Exhibit A. |

21.    Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (Docket No. 7460)

Related
Documents:

a.      Order on Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of
        Certain Misclassified Administrative Claims) (Docket No. 7858)

b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors, the Equal Employment Opportunity Commission, Jamal Booker and
        Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth
        Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230
        and 4238 (Docket No. 8138)

Objection
Deadline:               June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached Exhibit A

Status:                 An order has been entered partially sustaining the objection.  For
                        the two  claims for which the objection is still pending, this matter
                        is adjourned to January 13, 2011 at 2:00 p.m.  See attached Exhibit
                        A.

22.     Debtors' Seventy-Eighth Omnibus Objection to Claims (Disallowance of Certain Late
        Claims) (Docket No. 7463)

Related
Documents:

a.      Notice of Motion and Hearing

b.      Order on Debtors' Seventy-Eighth Omnibus Objection to Claims (Disallowance of
        Certain Late Claims) (Docket No. 7860)

c.      Supplemental Order on Debtors' Seventy-Eighth Omnibus Objection to Claims
        (Disallowance of Certain Late Claims) (Docket No. 7942)

d.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors, the Equal Employment Opportunity Commission, Jamal Booker and
        Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth
        Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230
        and 4238 (Docket No. 8138)

Objection
Deadline:               June 1, 2010 at 4:00 p.m.

Objections/

Responses
Filed:                        See attached <u>Exhibit A</u>.

Status:                       Orders have been entered partially sustaining the objection.  For
                              the one claim for which the objection is still pending, this matter is
                              adjourned to January 13, 2011 at 2:00 p.m.  See attached <u>Exhibit
                              A</u>.

23.     Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal
        Claims) (Docket No. 7874)

        Related
        Documents:

        a.      Order on Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of
                Certain Legal Claims) (Docket No. 8199)

        b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
                Debtors and James Fouskey Resolving the Debtors' Seventy-Ninth Omnibus
                Objection to Claim No. 4017 (Docket No. 8733)

        c.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
                Debtors and Richard Grande Resolving the Debtors' Seventy-Ninth Omnibus
                Objection to Claim No. 6242 (Docket No. 8739)

        d.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
                Debtors and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus
                Objection to Claim No. 6008 (Docket No. 8740)

        e.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
                Debtors and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus
                Objection to Claim No. 4767 (Docket No. 8744)

        f.      Notice of Proposed Settlement Agreement and Stipulation by and among the
                Debtors and Anna Thomas Resolving the Debtors' Seventy-Ninth Omnibus
                Objection to Claim No. 3145 (Docket No. 8777)

        g.      Notice of Proposed Settlement Agreement and Stipulation by and among the
                Debtors and Leedell Murphy Resolving the Debtors' Seventy-Ninth Omnibus
                Objection to Claim No. 5832 (Docket No. 8841).

        Objection
        Deadline:             July 15, 2010 at 4:00 p.m.

        Objections/
        Responses
        Filed:                        See attached <u>Exhibit A</u>.

Status:     An order has been entered partially sustaining the objection.  The claims of James Fouskey, Richard Grande, Jesse Perez, Diane Granito and Anna Thomas have been resolved by Settlement Agreement and Stipulation (Docket Nos. 8733, 8739, 8740, 8744 and 8777).  Other than the foregoing, for those claims for which the objection is still pending, this matter is adjourned to January 13, 2011 at 2:00 p.m.  See attached <u>Exhibit A</u>.

24.  Debtors' Eightieth Omnibus Objection to Claims (Reclassification of Certain Misclassified Miscellaneous Claims and Misclassified Wage Check Claims) (Docket No. 8185)

  Related Documents:

   a.  Order on Debtors' Eightieth Omnibus Objection to Claims (Reclassification of Certain Misclassified Miscellaneous Claims and Misclassified Wage Check Claims) (Docket No. 8519)

   b.  Notice of Settlement Agreement and Stipulation by and Among the Debtors and Export Development Canada Resolving the Debtors' Eightieth and Eighty-First Omnibus Objections to Claim 8054 and Resolving Claim 7960 (Docket No. 8522)

  Objection Deadline:   August 24, 2010 at 4:00 p.m.

  Objections/ Responses Filed:   See attached <u>Exhibit A</u>.

  Status:     An order has been entered partially sustaining the objection.  The matter with Commerce Technologies Inc. has been resolved and approved pursuant to procedures established by this Court. For the one claim for which the objection is still pending, this matter is adjourned to January 13, 2011 at 2:00 p.m.  See attached <u>Exhibit A</u>.

25.  Debtors' Eighty-First Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims) (Docket No. 8186)

  Related Documents:

   a.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Convergys Customer Management Group Inc. and Convergys Learning Solutions Resolving the Debtors' Eighty-First Omnibus Objection to Claim No. 7184 and Regarding Claim No. 1092 (Docket No. 8374)

   b.     Notice of Settlement Agreement and Stipulation by and Among the Debtors and
          Export Development Canada Resolving the Debtors' Eightieth and Eighty-First
          Omnibus Objections to Claim 8054 and Resolving Claim 7960 (Docket No. 8522)

| | |
|---|---|
| Objection<br>Deadline: | August 24, 2010 at 4:00 p.m. |
| Objections/<br>Responses<br>Filed: | See attached Exhibit A. |
| Status: | An order has been entered partially sustaining the objection.  For the one claim for which the objection is still pending, this matter is adjourned to January 13, 2011 at 2:00 p.m.  See attached Exhibit A. |

Dated: Richmond, Virginia           TAVENNER & BERAN, PLC
       December 21, 2010


                                    _____/s/ Paula S. Beran_____
                                    Lynn L. Tavenner (VA Bar No. 30083)
                                    Paula S. Beran (VA Bar No. 34679)
                                    20 North Eighth Street, 2nd Floor
                                    Richmond, Virginia 23219
                                    (804) 783-8300

                                              - and -

                                    PACHULSKI STANG ZIEHL & JONES LLP
                                    Jeffrey N. Pomerantz, Esq.
                                    Andrew W. Caine, Esq.
                                    10100 Santa Monica Boulevard
                                    Los Angeles, California 90067-4100
                                    (310) 277-6910

                                              - and –

                                    Robert J. Feinstein, Esq.
                                    John A. Morris, Esq.
                                    PACHULSKI STANG ZIEHL & JONES LLP
                                    780 Third Avenue, 36th Floor
                                    New York, New York 10017
                                    (212) 561-7700

                                    Co-Counsel for the Circuit City Stores, Inc.
                                    Liquidating Trust