B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

In re: **CIRCUIT CITY STORES, INC. ET AL.,**                    Case No. **08-35653**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**LIQUIDITY SOLUTIONS, INC.**                    **Madison Waldorf LLC**
    Name of Transferee                              Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): 149-3
should be sent:                                       Amount of Claim: **$498,769.57**
                                                     Date Claim Filed: 11/22/2010

**LIQUIDITY SOLUTIONS, INC**
**ONE UNIVERSITY PLAZA, SUITE 312**
**HACKENSACK, NJ 07601**

Phone: **(201) 968-0001**                             Phone: _____
Last Four Digits of Acct #: _____           Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/Michael Handler                             Date:  12/22/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**497779**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

In re: **CIRCUIT CITY STORES, INC. ET AL.,**                                    Case No. **08-35653**

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 149 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the
alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim
Other than for Security in the clerk's office of this court on **12/22/2010**.

**LIQUIDITY SOLUTIONS, INC.**                         **Madison Waldorf LLC**
Name of Alleged Transferee                           Name of Transferor

Address of Alleged Transferee:                       Address of Transferor:
**One University Plaza, Suite 312**                  **Madison Waldorf LLC**
**Hackensack, NJ 07601**                             **2300 Wilson Blvd 7th Floor**
                                                     **Arlington, VA 22201**

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                          _____
                                                     **CLERK OF THE COURT**


                                                     **497779**

**TRANSFER NOTICE**

MADISON WALDORF, LLC ("Assignor"), transfers and assigns unto Liquidity
Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey
07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF
CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and
interest in, to and under the Claim of Assignor as set forth in the Agreement against Circuit City
Stores, Inc., et al. ("Debtors"), in the aggregate amount of $542,622.61 (Claim No. 12017)
representing all claims of Assignor pending against Debtor in the United States Bankruptcy
Court, Eastern District of Virginia, administered as Case No. 08-35653.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of
_____, 2010.

$498,769.57

MADISON WALDORF, LLC                    LIQUIDITY SOLUTIONS, INC.


By: _____          By: _____
(Signature)                                (Signature)
**Phillip Akins**
**Vice President**                         _____
                                           Michael Handler
_____              (Print Name and Title)
(Print Name and Title)

497779