UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Virginia

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., et al.,) | Chapter 11 |
| ) | Case No. 08-35653 (KRH) |
| Debtor. ) | |
| _____) | |

### APPLICATION FOR ADMISSION *PRO HAC VICE* OF ROLAND GARY JONES

**COMES NOW** Douglas Scott of the law firm of DOUGLAS A. SCOTT, PLC ("DAS") to move the admission *pro hac vice* of Roland Gary Jones of the New York Bar pursuant to LR 2009-1(E)(2) of the Rules of this Court, and in support thereof, respectfully represents to the Court as follows:

1.  Mr. Jones is a member in good standing of the New York Bar and of the United States District Courts for the Southern and Eastern Districts of New York.

2.  Mr. Jones is presently appearing before this Court pursuant to a *Pro Hac Vice* Order of this Court in *Official Committee of Unsecured Creditors v. W. C. Funding, Inc.*, Ad. Proc. No. 10-01232-SSM, in the Alexandria Division.

3.  Mr. Jones is familiar with the requirements of LR 2009-1(E)(2), and hereby agrees to abide by the terms of such Rule and any further directives of this Court.

DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23220
Counsel to W. C. Funding, Inc.

4. The undersigned is also familiar with the requirements of LR 2009-1(F), (G) and (H) and will conduct himself accordingly.

5. The Application of Mr. Jones required by LR 2090-1(E)(2) is attached hereto as Exhibit A.

**WHEREFORE**, the undersigned respectfully moves the Court to admit Mr. Jones to appear in this case *pro hac vice* and to award to him such other and further relief as may be just and proper.

Date: December 22, 2010.

\s\ Douglas Scott
Douglas Scott, VSB No. 28211
DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23220
☎804.257.9860
BankruptcyCounsel@gmail.com

-and-

Roland G. Jones, Esquire
Jones and Associates
1230 6th Avenue, 7th Floor
New York, New York 10020
(646) 964-6461
rgi@rolandjones.com
Counsel for Interactive Toy Concepts, LTD

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the foregoing was sent *via* the U.S. Bankruptcy Court ECF system on this, the 22nd day of December 2010, to the Office of the United States Trustee.

/s/ Douglas Scott