**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com



December 16, 2010

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street,
Second Floor,
Richmond, VA 23219

Re: Circuit City Stores, Inc., et al., Debtors, Alfred H. Siegel, etc., Pltf. vs. Saitek Industries Ltd., etc., Dft.

Case No. 08-35653-KRH

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Saitek Industries Ltd.. Currently, the state lists CorpAmerica, Inc. as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Chris Moseder
Process Specialist

Log# 517751218

FedEx Tracking# 796564702892

cc: United States Bankruptcy Court - Eastern District
    701 E. Broad Street,
    Suite 4000,
    Richmond, VA 23219-3515