**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com



FILED RICHMOND DIVISION DEC 2 7 2010 CLERK U.S. BANKRUPTCY COURT FILED

December 08, 2010

BAE Systems
Bankruptcy Noticing Center
2525 Network Place,
3rd Floor,
Herndon, VA  20171-3514

Re:  In Re: Circuit City Stores, Inc. // To: Unidentified Entity

Case No.  08-35653

Dear Sir/Madam:

The Corporation Trust Company received the enclosed Notice(s).

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Anita Montez
Process Specialist

Log# 517681788

FedEx Tracking# 794196767582

cc:  Eastern District: United States Bankruptcy Court
Richmond Division,
701 East Broad Street,
Richmond, VA  23219