**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com



December 16, 2010

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eight St,
2nd Floor,
Richmond, VA 23219

Re: Circuit City Stores, Inc., et al., Debtors // Alfred H. Siegel, Trustee of the Circuit City Stores, Inc., Liquidating Trust, Pltf. vs. Honeywell International Inc., Dft.

Case No. 08-35653-KRH

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Honeywell International Inc.. Currently, the state lists Corporation Service Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Lisa Pierro
SOP Process Specialist

Log# 517755180

FedEx Tracking# 796568571274

cc: United States Bankruptcy Court - Eastern District - Richmond Division
    701 East Broad Street,
    Richmond, VA 23219