# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## CHANGE OF ADDRESS

Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.

For:  ☐ Debtor
      ☑ Attorney [If Applicable:] Name: JEFFREY G. OLSEN
      ☐ Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:    ☐ Husband and Wife
                       ☐ Husband Only
                       ☐ Wife Only

*[If applicable]* Case Name: Circuit City Stores, Inc.
*[If applicable]* Case No./Adversary Proceeding No.: 08-35653-KRH
*[If applicable]* Creditor Name: Pacific Supply

☑ Street Address    ☑ Mailing Address
New Address: 5005 Windplay Drive, Suite 4
             No. and Street, Apt., P. O. Box or R. D. No.

City: El Dorado Hills    State: CA    Zip: 95762

☑ Street Address    ☑ Mailing Address
Old Address: 90 Blue Ravine Road, Suite 170
             No. and Street, Apt., P. O. Box or R. D. No.

City: Folsom    State: CA    Zip: 95630

Telephone Number: (916) 294-9904
Please include area code

Signature of Filer *[check filer type below]*:
☐ Attorney for Debtor
☐ Debtor *[If joint case and address is for __husband and wife__, both debtors must sign.]*
☐ Creditor
☑ Attorney

Date: 12/17/10
pc:   Trustee
      United States Trustee
      Creditor (for creditor's change of address)

[changead ver. 02/08]