## EXHIBIT B

Invoice Summary and Invoices attached.

| Remit Vndr | Name | Invoice | Date | Voucher | Due | Scheduled | Gross Amt |
|---|---|---|---|---|---|---|---|
| 0000071030 | CYBER ACOUSTICS | IN149635 | 11/18/2008 | 05292181 | 1/23/2009 | 1/23/2009 | 1,862.40 |
| 0000071030 | CYBER ACOUSTICS | IN149639 | 11/18/2008 | 05292182 | 1/23/2009 | 1/23/2009 | 11,775.60 |
| 0000071030 | CYBER ACOUSTICS | IN149636 | 11/18/2008 | 05293252 | 1/24/2009 | 1/24/2009 | 1,303.68 |
| 0000071030 | CYBER ACOUSTICS | IN149637 | 11/18/2008 | 05293253 | 1/24/2009 | 1/24/2009 | 1,303.68 |
| 0000071030 | CYBER ACOUSTICS | IN149638 | 11/18/2008 | 05294273 | 1/24/2009 | 1/24/2009 | 1,303.68 |
| 0000071030 | CYBER ACOUSTICS | IN149640 | 11/18/2008 | 05293254 | 1/24/2009 | 1/24/2009 | 6,607.44 |
| 0000071030 | CYBER ACOUSTICS | IN149641 | 11/18/2008 | 05293255 | 1/24/2009 | 1/24/2009 | 6,061.92 |
| 0000071030 | CYBER ACOUSTICS | IN149642 | 11/18/2008 | 05294274 | 1/24/2009 | 1/24/2009 | 7,493.04 |
| 0000071030 | CYBER ACOUSTICS | IN149736 | 11/20/2008 | 05327262 | 1/24/2009 | 1/24/2009 | 1,024.32 |
| 0000071030 | CYBER ACOUSTICS | IN149737 | 11/20/2008 | 05327263 | 1/24/2009 | 1/24/2009 | 931.20 |
| 0000071030 | CYBER ACOUSTICS | IN149738 | 11/20/2008 | 05327264 | 1/24/2009 | 1/24/2009 | 5,638.80 |
| 0000071030 | CYBER ACOUSTICS | IN149739 | 11/20/2008 | 05327265 | 1/24/2009 | 1/24/2009 | 5,718.24 |
| 0000071030 | CYBER ACOUSTICS | IN149870 | 11/24/2008 | 05302268 | 1/30/2009 | 1/30/2009 | 3,779.82 |
| 0000071030 | CYBER ACOUSTICS | IN149873 | 11/24/2008 | 05302271 | 1/30/2009 | 1/30/2009 | 10,271.64 |
| 0000071030 | CYBER ACOUSTICS | IN149999 | 11/26/2008 | 05302275 | 1/31/2009 | 1/31/2009 | 1,184.04 |
| 0000071030 | CYBER ACOUSTICS | IN150001 | 11/26/2008 | 05302277 | 1/31/2009 | 1/31/2009 | 6,899.40 |
| 0000071030 | CYBER ACOUSTICS | IN149871 | 11/24/2008 | 05302269 | 2/1/2009 | 2/1/2009 | 1,092.96 |
| 0000071030 | CYBER ACOUSTICS | IN149874 | 11/24/2008 | 05302272 | 2/1/2009 | 2/1/2009 | 6,699.06 |
| 0000071030 | CYBER ACOUSTICS | IN149998 | 11/26/2008 | 05302274 | 2/1/2009 | 2/1/2009 | 1,457.28 |
| 0000071030 | CYBER ACOUSTICS | IN150000 | 11/26/2008 | 05302276 | 2/1/2009 | 2/1/2009 | 2,646.48 |
| 0000071030 | CYBER ACOUSTICS | IN149872 | 11/24/2008 | 05302270 | 2/2/2009 | 2/2/2009 | 1,320.66 |
| 0000071030 | CYBER ACOUSTICS | IN149875 | 11/24/2008 | 05302273 | 2/2/2009 | 2/2/2009 | 10,844.64 |
| 0000071030 | CYBER ACOUSTICS | IN150060 | 12/1/2008 | 05302278 | 2/2/2009 | 2/2/2009 | 273.24 |
| 0000071030 | CYBER ACOUSTICS | IN150140 | 12/2/2008 | 05305496 | 2/7/2009 | 2/7/2009 | 5,586.96 |
| 0000071030 | CYBER ACOUSTICS | IN150363 | 12/5/2008 | 05305497 | 2/7/2009 | 2/7/2009 | 3,651.24 |
| 0000071030 | CYBER ACOUSTICS | IN150090 | 12/1/2008 | 05307427 | 2/8/2009 | 2/8/2009 | 1,061.52 |
| 0000071030 | CYBER ACOUSTICS | IN150091 | 12/1/2008 | 05307428 | 2/8/2009 | 2/8/2009 | 9,122.58 |
| 0000071030 | CYBER ACOUSTICS | IN150362 | 12/5/2008 | 05351698 | 2/8/2009 | 2/8/2009 | 6,893.52 |
| 0000071030 | CYBER ACOUSTICS | IN150362CS | 12/5/2008 | 05351699 | 2/8/2009 | 2/8/2009 | (47.52) |
| 0000071030 | CYBER ACOUSTICS | IN150423 | 12/8/2008 | 05306274 | 2/8/2009 | 2/8/2009 | 86.64 |
| 0000071030 | CYBER ACOUSTICS | IN150141 | 12/2/2008 | 05307429 | 2/9/2009 | 2/9/2009 | 11,513.58 |
| 0000071030 | CYBER ACOUSTICS | IN150142 | 12/2/2008 | 05307430 | 2/9/2009 | 2/9/2009 | 2,203.68 |
| 0000071030 | CYBER ACOUSTICS | IN150143 | 12/2/2008 | 05307431 | 2/9/2009 | 2/9/2009 | 12,022.74 |
| 0000071030 | CYBER ACOUSTICS | IN150144 | 12/2/2008 | 05307432 | 2/9/2009 | 2/9/2009 | 1,930.08 |
| 0000071030 | CYBER ACOUSTICS | IN150424 | 12/8/2008 | 05307433 | 2/9/2009 | 2/9/2009 | 494.40 |
| 0000071030 | CYBER ACOUSTICS | IN150421 | 12/8/2008 | 05327266 | 2/14/2009 | 2/14/2009 | 5,783.52 |
| 0000071030 | CYBER ACOUSTICS | IN150422 | 12/8/2008 | 05327267 | 2/14/2009 | 2/14/2009 | 5,399.82 |
| 0000071030 | CYBER ACOUSTICS | IN150477 | 12/9/2008 | 05325781 | 2/14/2009 | 2/14/2009 | 15,603.18 |
| 0000071030 | CYBER ACOUSTICS | IN150478 | 12/9/2008 | 05325820 | 2/14/2009 | 2/14/2009 | 11,412.24 |
| 0000071030 | CYBER ACOUSTICS | IN150475 | 12/9/2008 | 05327268 | 2/15/2009 | 2/15/2009 | 3,515.46 |
| 0000071030 | CYBER ACOUSTICS | IN150476 | 12/9/2008 | 05327269 | 2/15/2009 | 2/15/2009 | 3,076.32 |
| 0000071030 | CYBER ACOUSTICS | IN150479 | 12/9/2008 | 05329132 | 2/16/2009 | 2/16/2009 | 6,817.92 |
| 0000071030 | CYBER ACOUSTICS | IN150480 | 12/9/2008 | 05329133 | 2/16/2009 | 2/16/2009 | 3,791.70 |
| 0000071030 | CYBER ACOUSTICS | IN150615 | 12/15/2008 | 05329134 | 2/16/2009 | 2/16/2009 | 2,728.80 |
| 0000071030 | CYBER ACOUSTICS | IN150616 | 12/15/2008 | 05329135 | 2/16/2009 | 2/16/2009 | 4,377.96 |
| 0000071030 | CYBER ACOUSTICS | IN150677 | 12/15/2008 | 05329136 | 2/16/2009 | 2/16/2009 | 4,282.32 |
| 0000071030 | CYBER ACOUSTICS | IN150678 | 12/15/2008 | 05329137 | 2/16/2009 | 2/16/2009 | 4,851.96 |
| 0000071030 | CYBER ACOUSTICS | IN150617 | 12/15/2008 | 05338226 | 2/21/2009 | 2/21/2009 | 3,366.90 |
| 0000071030 | CYBER ACOUSTICS | IN150735 | 12/16/2008 | 05338227 | 2/21/2009 | 2/21/2009 | 1,945.74 |
| 0000071030 | CYBER ACOUSTICS | IN150744 | 12/16/2008 | 05338228 | 2/21/2009 | 2/21/2009 | 2,703.60 |
| 0000071030 | CYBER ACOUSTICS | IN150745 | 12/16/2008 | 05338229 | 2/21/2009 | 2/21/2009 | 6,913.86 |
| 0000071030 | CYBER ACOUSTICS | IN150746 | 12/16/2008 | 05338230 | 2/21/2009 | 2/21/2009 | 2,010.18 |
| 0000071030 | CYBER ACOUSTICS | IN150747 | 12/16/2008 | 05338231 | 2/21/2009 | 2/21/2009 | 3,422.28 |
| 0000071030 | CYBER ACOUSTICS | IN150936 | 12/23/2008 | 05341246 | 2/24/2009 | 2/24/2009 | 86.64 |
| 0000071030 | CYBER ACOUSTICS | IN150937 | 12/23/2008 | 05341247 | 2/24/2009 | 2/24/2009 | 479.28 |
| 0000071030 | CYBER ACOUSTICS | IN150938 | 12/23/2008 | 05341248 | 2/24/2009 | 2/24/2009 | 483.12 |
| 0000071030 | CYBER ACOUSTICS | IN150939 | 12/23/2008 | 05341249 | 2/24/2009 | 2/24/2009 | 680.40 |
| 0000071030 | CYBER ACOUSTICS | IN151053 | 12/29/2008 | 05350253 | 3/7/2009 | 3/7/2009 | 4,743.90 |
| 0000071030 | CYBER ACOUSTICS | IN151054 | 12/29/2008 | 05350254 | 3/7/2009 | 3/7/2009 | 5,181.48 |
| 0000071030 | CYBER ACOUSTICS | IN151117 | 12/29/2008 | 05350255 | 3/7/2009 | 3/7/2009 | 4,704.72 |
| 0000071030 | CYBER ACOUSTICS | IN151177 | 12/30/2008 | 05351702 | 3/7/2009 | 3/7/2009 | 2,918.88 |
| 0000071030 | CYBER ACOUSTICS | IN151178 | 12/30/2008 | 05351703 | 3/7/2009 | 3/7/2009 | 3,274.56 |
| 0000071030 | CYBER ACOUSTICS | IN151179 | 12/30/2008 | 05351704 | 3/7/2009 | 3/7/2009 | 2,166.96 |
| 0000071030 | CYBER ACOUSTICS | IN151052 | 12/29/2008 | 05351700 | 3/8/2009 | 3/8/2009 | 9,429.00 |
| 0000071030 | CYBER ACOUSTICS | IN151055 | 12/29/2008 | 05352304 | 3/8/2009 | 3/8/2009 | 5,101.38 |

| Remit Vndr | Name | Invoice | Date | Voucher | Date | Date | Gross Amt |
|---|---|---|---|---|---|---|---|
| 0000071030 | CYBER ACOUSTICS | IN151176 | 12/30/2008 | 05351704 | 3/8/2009 | 3/8/2009 | 7,791.12 |
| 0000071030 | CYBER ACOUSTICS | IN151180 | 12/30/2008 | 05353355 | 3/9/2009 | 3/9/2009 | 4,445.28 |
| 0000071030 | CYBER ACOUSTICS | IN151284 | 1/5/2009 | 05352305 | 3/9/2009 | 3/9/2009 | 2,498.64 |
| 0000071030 | CYBER ACOUSTICS | IN151285 | 1/5/2009 | 05352306 | 3/9/2009 | 3/9/2009 | 4,352.40 |
| 0000071030 | CYBER ACOUSTICS | IN151355 | 1/5/2009 | 05357802 | 3/14/2009 | 3/14/2009 | 5,641.68 |
| 0000071030 | CYBER ACOUSTICS | IN151356 | 1/5/2009 | 05357803 | 3/14/2009 | 3/14/2009 | 934.32 |
| 0000071030 | CYBER ACOUSTICS | IN151496 | 1/6/2009 | 05362745 | 3/14/2009 | 3/14/2009 | 6,187.44 |
| 0000071030 | CYBER ACOUSTICS | IN151496CS | 1/6/2009 | 05362746 | 3/14/2009 | 3/14/2009 | (83.52) |
| 0000071030 | CYBER ACOUSTICS | IN151499 | 1/6/2009 | 05356634 | 3/14/2009 | 3/14/2009 | 1,671.36 |
| 0000071030 | CYBER ACOUSTICS | IN151678 | 1/9/2009 | 05356635 | 3/14/2009 | 3/14/2009 | 2,448.12 |
| 0000071030 | CYBER ACOUSTICS | IN151679 | 1/9/2009 | 05356636 | 3/14/2009 | 3/14/2009 | 2,106.72 |
| 0000071030 | CYBER ACOUSTICS | IN151680 | 1/9/2009 | 05356637 | 3/14/2009 | 3/14/2009 | 999.36 |
| 0000071030 | CYBER ACOUSTICS | IN151495 | 1/6/2009 | 05362743 | 3/15/2009 | 3/15/2009 | 3,491.28 |
| 0000071030 | CYBER ACOUSTICS | IN151495CS | 1/6/2009 | 05362744 | 3/15/2009 | 3/15/2009 | (13.02) |
| 0000071030 | CYBER ACOUSTICS | IN151498 | 1/6/2009 | 05357804 | 3/15/2009 | 3/15/2009 | 1,733.04 |
| 0000071030 | CYBER ACOUSTICS | IN151494 | 1/6/2009 | 05359084 | 3/16/2009 | 3/16/2009 | 8,643.78 |
| 0000071030 | CYBER ACOUSTICS | IN151497 | 1/6/2009 | 05359085 | 3/16/2009 | 3/16/2009 | 1,421.52 |

337,536.24

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| Date | Page |
|---|---|
| Nov 18, 2008 | 1 |
| Invoice Number | |
| IN149635 | |

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0255 Circuit City Bethlehem P
Bethlehem Brown Goods
4000 Township Line Rd.
Bethlehem, PA, 18020

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2194843 | CIRCUI | Roadway | RDWY | 11/18/2008 | 071030 | Jan 17, 2009 | Net 60 Days | ORD142354 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 480 | 480 | 0 | AC -101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 1,862.40 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 20 | Total amount | 1,862.40 |
| Item Weight: | 320 | Less payment | 0.00 |
| Total Pallets: | 1.25 | Less pmt. disc | 0.00 |
| Total Weight: | 383 | Amount due | 1,862.40 |

# Detailed ASN Report

**ASN:**          ORD142354

**Date Shipped:** 11/18/08  9:42 am          **Shipped To:** 8956757

| Number of docs: | 1 | Number of Pallets or Cartons: 2 | | Weight: | 420.0 LB |
|---|---|---|---|---|---|

**Ship To:**      C255
                 0255 Circuit City Bethlehem P

**Carrier :**     RDWY          Pro #: 875-381663-9

**Document #:** ORD142354                    **PO #:** 2194843
**Order date :** 11/17/2008

| Pallet or Carton ID | Unpacked items | | | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| | Packed Items | *(Master Carton)* (Inner Carton) | | qty ordered | qty packed |
| (00) 1-0646422-000116094-4 | | | | | |
| | AC -101  - | 10 | | 480 | 240 |
| (00) 1-0646422-000116095-1 | | | | | |
| | AC -101  - | 10 | . | 480 | 240 |

850 PURCHASE ORDER    853000076591910    PAGE ...

Sender: 01 008956757 008956757             Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI       Ack Required: No

Interchange No: 2941             Created: 2008/11/17 18:24
Functional Group No: 2941       Received: 2008/11/17 16:02
Transaction Set No: 29410001    Printed: 2008/11/17 16:06

*cc / 142354*

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2194843
Date: 2008/11/17

*PA*

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

*(11 18)*

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/11/24

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/11/23

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/11/25

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0255

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 480
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Uni Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

Trans Totals (CTT)>:
Number Of Line Items: 1

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
0255 Circuit City Bethlehem P
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| Date | Nov 18, 2008 | Page 1 |
| --- | --- | --- |
| Invoice Number | IN149639 | |

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0255 Circuit City Bethlehem P
Bethlehem Brown Goods
4000 Township Line Rd.
Bethlehem, PA, 18020

| Shipped from Location |
| --- |
| MAIN |

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2195393 | CIRCUI | Roadway | RDWY | 11/18/2008 | 071030 | Jan 17, 2009 | Net 60 Days | ORD142360 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 456 | 456 | 0 | AC-740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 2,302.80 |
| 168 | 168 | 0 | AC-634 - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 848.40 |
| 288 | 288 | 0 | AC-208 - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 1,618.56 |
| 288 | 288 | 0 | AC-840 - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 3,562.56 |
| 456 | 456 | 0 | CVL-1064-RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 1,646.16 |
| 288 | 288 | 0 | AC-201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 1,497.60 |
| 96 | 96 | 0 | CVL-1124RB- | 10075 SLV Monitor / Lapel Mic | CVL1124 | 646422-10075-3 | 3.12 | EA | 299.52 |

Comments:

| | |
| --- | --- |
| Total Packages: | 82 |
| Item Weight: | 1,418 |
| Total Pallets: | 5.62 |
| Total Weight: | 1,699 |

| Total amount | 11,775.60 |
| --- | --- |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| **Amount due** | **11,775.60** |

# Detailed ASN Report

| | | | | | |
|---|---|---|---|---|---|
| **ASN:** | ORD142360 | | | | |
| **Date Shipped:** | 11/18/08   9:43 am | | **Shipped To:** | 8956757 | |

| **Number of docs:** | 1 | **Number of Pallets or Cartons:** 6 | | **Weight:** | 1,718.0 LB |
|---|---|---|---|---|---|

**Ship To:**  C255
0255 Circuit City Bethlehem P

**Carrier :**  RDWY           **Pro #:** 875-381663-9

**Document #:**  ORD142360                    **PO #:** 2195393
**Order date :**  11/17/2008

| Pallet or Carton ID / Packed Items | (Master Carton) | (Inner Carton) | qty ordered / qty ordered | qty unpacked / qty packed |
|---|---|---|---|---|
| (00) 1-0646422-000116096-8 | | | | |
| AC -201  - | 12 | | 288 | 288 |
| CVL-1124RB- | 1 | | 96 | 96 |
| (00) 1-0646422-000116097-5 | | | | |
| AC -208  - | 12 | | 288 | 288 |
| (00) 1-0646422-000116098-2 | | | | |
| AC -840  - | 12 | | 288 | 288 |
| (00) 1-0646422-000116099-9 | | | | |
| AC -740  - | 16 | | 456 | 384 |
| (00) 1-0646422-000116100-2 | | | | |
| AC -740  - | 3 | | 456 | 72 |
| AC -634  - | 7 | | 168 | 168 |
| CVL-1064RB- | 1 | | 456 | 24 |
| (00) 1-0646422-000116101-9 | | | | |
| CVL-1064RB- | 18 | | 456 | 432 |



Sender: 01 008956757 008956757                    Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI         Ack Required: No

Interchange No: 2941            Created: 2008/11/17 18:24
Functional Group No: 2941       Received: 2008/11/17 16:02
Transaction Set No: 29410007    Printed: 2008/11/17 16:06



CC/142360

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2195393
Date: 2008/11/17

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/11/24

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/11/23

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/11/25

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifichn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifictn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0255

P.O. Baseline Item Data (PO1)>:
Assigned Identifictn: 1
Quantity Ordered: 456
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

P.O. Baseline Item Data (PO1)>:
Assigned Identifictn: 2
Quantity Ordered: 168
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

P.O. Baseline Item Data (PO1)>:
Assigned Identifictn: 3
Quantity Ordered: 288
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

P.O. Baseline Item Data (PO1)>:
Assigned Identifictn: 4
Quantity Ordered: 288
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 12.37
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC840

P.O. Baseline Item Data (PO1)>:
Assigned Identifictn: 5
Quantity Ordered: 456
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

P.O. Baseline Item Data (PO1)>:
Assigned Identifictn: 6
Quantity Ordered: 288
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

P.O. Baseline Item Data (PO1)>:
Assigned Identifictn: 7
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.12
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1124

Trans Totals (CTT)>:
Number Of Line Items: 7

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0755 Circuit City Marion
Marion Brown Goods
1100 Circuit City Road
Marion, IL, 62959

**Invoice**

| Date | Page |
|---|---|
| Nov 18, 2008 | 1 |
| Invoice Number | |
| IN149636 | |

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2194847 | CIRCUI | Roadway | RDWY | 11/18/2008 | 071030 | Jan 17, 2009 | Net 60 Days | ORD142355 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 336 | 336 | 0 | AC -101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 1,303.68 |

Comments:
***Time Critical***

| | |
|---|---|
| Total Packages: | 14 |
| Item Weight: | 224 |
| Total Pallets: | 0.88 |
| Total Weight: | 268 |

| | |
|---|---|
| Total amount | 1,303.68 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 1,303.68 |

# Detailed ASN Report

| | | | | |
|---|---|---|---|---|
| **ASN:** | ORD142355 | | | |
| **Date Shipped:** | 11/18/08   9:40 am | **Shipped To:** | 8956757 | |
| **Number of docs:** | 1   **Number of Pallets or Cartons:** 1 | | **Weight:** | 275.0 LB |

**Ship To:**   C755
0755 Circuit City Marion

**Carrier :**   RDWY          **Pro #:**  875-381622-X

**Document #:**   ORD142355          **PO #:**  2194847
**Order date :**   11/17/2008

| Pallet or Carton ID | Packed Items | Unpacked items (Master Carton) (Inner Carton) | | | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|---|
| (00) 1-0646422-000116089-0 | | | | | | |
| | AC -101  - | \| | \|4 \| | \| | 336 | 336 |

50 PURCHASE ORDER   ASSET Doc No  23749R   PAGE NO

Sender: 01 008956757 008956757              Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI        Ack Required: No

Interchange No: 2941              Created: 2008/11/17 18:24
Functional Group No: 2941        Received: 2008/11/17 16:02
Transaction Set No: 29410002     Printed: 2008/11/17 16:06

*CC / 142355* (handwritten)

ee Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2194847
Date: 2008/11/17

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Date/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/11/24

Date/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/11/23

Date/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/11/25

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifictn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0755

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 336
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Uni Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

Trans Totals (CTT)>:
Number Of Line Items: 1

# Cyber Acoustics

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| Date | Page |
|---|---|
| Nov 18, 2008 | 1 |

Invoice Number
IN149637

Shipped from Location
**MAIN**

Sold To:
Circuit City
DIP #08-35653
Attn.: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Ship To:
0567 Circuit City Ardmore
(Ardmore Browns Goods)
1901 Cooper Dr.
Ardmore, OK, 73401

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2195196 | CIRCUI | Roadway | RDWY | 11/18/2008 | 071030 | Jan 17, 2009 | Net 60 Days | ORD142356 |

| Qty. Ord. | Qty. Shp. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 336 | 336 | 0 | AC -101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 1,303.68 |

Comments:

| | |
|---|---|
| Total Packages: | 14 |
| Item Weight: | 224 |
| Total Pallets: | 0.88 |
| Total Weight: | 268 |

| | |
|---|---|
| Total amount | 1,303.68 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 1,303.68 |

# Detailed ASN Report

| | |
|---|---|
| **ASN:** | ORD142356 |
| **Date Shipped:** | 11/18/08   9:38 am |

**Shipped To:** 8956757

| **Number of docs:** 1 | **Number of Pallets or Cartons:** 1 | **Weight:** | 275.0 LB |
|---|---|---|---|

**Ship To:**    C567
0567 Circuit City Ardmore

**Carrier :**    RDWY         **Pro #:** 875-381664-8

**Document #:**    ORD142356
**Order date :**    11/17/2008

**PO #:** 2195196

| Pallet or Carton ID | Unpacked items Packed Items | (Master Carton) | (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000116085-2 | | | | | |
| | AC -101 - | 4 | | 336 | 336 |

850 PURCHASE ORDER  X12/V3050/850: 850 PURCHASE ORDER

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

Interchange No: 2941          Created: 2008/11/17 18:24
Functional Group No: 2941          Received: 2008/11/17 16:02
Transaction Set No: 29410003          Printed: 2008/11/17 16:06



CC/142356

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2195196
Date: 2008/11/17

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/11/24

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/11/23

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/11/25

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0567

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 336
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

Trans Totals (CTT)>:
Number Of Line Items: 1

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| | Date | Page |
|---|---|---|
| | Nov 18, 2008 | 1 |
| | Invoice Number | |
| | IN149638 | |

Shipped from Location:
**MAIN**

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0775 Circuit City Groveland
Groveland Brown Goods
19925 Independence Blvd.
Groveland, FL, 34736

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2195389 | CIRCUI | Roadway | RDWY | 11/18/2008 | 071030 | Jan 17, 2009 | Net 60 Days | ORD142357 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 336 | 336 | 0 | AC -101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 1,303.68 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 14 | |
| Item Weight: | 224 | |
| Total Pallets: | 0.88 | |
| Total Weight: | 268 | |

| | |
|---|---|
| Total amount | 1,303.68 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 1,303.68 |

# Detailed ASN Report

**ASN:**            ORD142357

**Date Shipped:** 11/18/08  9:35 am            **Shipped To:**   8956757

| Number of docs:   1 | Number of Pallets or Cartons: 1 | Weight: | 275.0 LB |
|---|---|---|---|

**Ship To:**      C775
                  0775 Circuit City Groveland

**Carrier :**     RDWY            Pro #: 875-381665-7

**Document #:**   ORD142357                    **PO #:** 2195389
**Order date :**  11/17/2008

| Pallet or Carton ID | Packed Items | Unpacked items _(Master Carton)_ (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|
| (00) 1-0646422-000116079-1 | | | | |
| | AC -101 - | \| 14 \| \| | 336 | 336 |

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

Interchange No: 2941          Created: 2008/11/17 18:24
Functional Group No: 2941          Received: 2008/11/17 16:02
Transaction Set No: 29410004          Printed: 2008/11/17 16:06



Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2195389
Date: 2008/11/17

Admin Commun Contact (PER)>:
Contact Funcin Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/11/24

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/11/23

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/11/25

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identicn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identictn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0775

P.O. Baseline Item Data (PO1)>:
Assigned Identictn: 1
Quantity Ordered: 336
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

Trans Totals (CTT)>:
Number Of Line Items: 1

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0755 Circuit City Marion
Marion Brown Goods
1100 Circuit City Road
Marion, IL, 62959

# Invoice

| Date | Page |
|---|---|
| Nov 18, 2008 | 1 |

Invoice Number
IN149640

Shipped from Location:
MAIN

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2195400 | CIRCUI | Roadway | RDWY | 11/18/2008 | 071030 | Jan 17, 2009 | Net 60 Days | ORD142361 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 264 | 264 | 0 | AC-740  - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 1,333.20 |
| 120 | 120 | 0 | AC-634  - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 606.00 |
| 144 | 144 | 0 | AC-208  - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 809.28 |
| 144 | 144 | 0 | AC-840  - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 1,781.28 |
| 216 | 216 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 779.76 |
| 192 | 192 | 0 | AC-201  - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 998.40 |
| 96 | 96 | 0 | CVL-1124RB- | 10075 SLV Monitor / Lapel Mic | CVL1124 | 646422-10075-3 | 3.12 | EA | 299.52 |

Comments:

***Time Critical***

| | |
|---|---|
| Total Packages: | 46 |
| Item Weight: | 800 |
| Total Pallets: | 3.15 |
| Total Weight: | 957 |

| | |
|---|---|
| Total amount | 6,607.44 |
| Less payment | 0.00 |
| Less pmt. disc. | 0.00 |
| Amount due | 6,607.44 |

Circuit City B

# Detailed ASN Report

**ASN:** ORD142361

**Date Shipped:** 11/18/08  9:41 am          **Shipped To:** 8956757

**Number of docs:** 1   **Number of Pallets or Cartons:** 4                    **Weight:** 1,000.0

**Ship To:** C755
0755 Circuit City Marion

**Carrier :** RDWY          **Pro #:** 875-381622-X

**Document #:** ORD142361                    **PO #:** 2195400
**Order date :** 11/17/2008

| Pallet or Carton ID | Packed Items | (Master Carton) | (Inner Carton) | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| | | Unpacked items | | qty ordered | |
| | | | | qty ordered | qty packed |
| (00) 1-0646422-000116090-6 | AC -201  - | 8 | | 192 | 192 |
| (00) 1-0646422-000116091-3 | AC -208  - | 6 | | 144 | 144 |
| | AC -840  - | 6 | | 144 | 144 |
| (00) 1-0646422-000116092-0 | AC 740  - | 11 | | 264 | 264 |
| | AC -634  - | 5 | | 120 | 120 |
| (00) 1-0646422-000116093-7 | CVL-1064RB- | 9 | | 216 | 216 |
| | CVL-1124RB- | 1 | | 96 | 96 |

Sender: 01 008956757 008956757    Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI    Ack Required: No

Interchange No: 2941    Created: 2008/11/17 18:24
Functional Group No: 2941    Received: 2008/11/17 16:03
Transaction Set No: 29410008    Printed: 2008/11/17 16:06



CC/142361

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2195400
Date: 2008/11/17

Admin Commun Contact (PER)>:
Contact Funcn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shmnt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/11/24

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/11/23

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/11/25

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifcn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifcn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0755

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 1
Quantity Ordered: 264
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 2
Quantity Ordered: 120
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 3
Quantity Ordered: 144
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 4
Quantity Ordered: 144
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 12.37
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC840

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 5
Quantity Ordered: 216
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 6
Quantity Ordered: 192
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 7
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.12
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1124

Trans Totals (CTT)>:
Number Of Line Items: 7

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| Date | Page |
|------|------|
| Nov 18, 2008 | 1 |

Invoice Number
IN149641

Shipped from Location:
**MAIN**

Sold To:
Circuit City
DIP #08-35653
Attn: AVP - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0567 Circuit City Ardmore
(Ardmore Browns Goods)
1901 Cooper Dr.
Ardmore, OK, 73401

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|-----------|--------------|----------|------|-----------|----------|----------|-------|-----------|
| 2195403 | CIRCUI | Roadway | RDWY | 11/18/2008 | 071030 | Jan 17, 2009 | Net 60 Days | ORD142362 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|-----------|-----------|----------|-------------|-------------|-------|-------|-----------|-----|----------------|
| 240 | 240 | 0 | AC-740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 1,212.00 |
| 120 | 120 | 0 | AC-634 - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 606.00 |
| 144 | 144 | 0 | AC-208 - | 10133 SLV Stereo Headset r-movab | AC208 | 646422-10133-0 | 5.62 | EA | 809.28 |
| 144 | 144 | 0 | AC-840 - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 1,781.28 |
| 216 | 216 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 779.76 |
| 168 | 168 | 0 | AC-201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 873.60 |

Comments:

| | |
|---|---|
| Total Packages: | 43 |
| Item Weight: | 748 |
| Total Pallets: | 2.98 |
| Total Weight: | 897 |

| | |
|---|---|
| Total amount | 6,061.92 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 6,061.92 |

Circuit City

# Detailed ASN Report

| | |
|---|---|
| **ASN:** | ORD142362 |
| **Date Shipped:** | 11/18/08   9:39 am   **Shipped To:**   8956757 |

| **Number of docs:**  1 | **Number of Pallets or Cartons:** 3 | **Weight:** | 900.0 LB |
|---|---|---|---|

**Ship To:**    C567
0567 Circuit City Ardmore

**Carrier :**    RDWY          Pro #:  875-381664-8

**Document #:**    ORD142362                    **PO #:**  2195403
**Order date :**    11/17/2008

| Pallet or Carton ID | Packed Items | Unpacked items (Master Carton) | (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000116086-9 | | | | | |
| | AC -634  - | 5 | | 120 | 120 |
| | AC -201  - | 7 | | 168 | 168 |
| (00) 1-0646422-000116087-6 | | | | | |
| | AC -208  - | 6 | | 144 | 144 |
| | AC -840  - | 6 | | 144 | 144 |
| (00) 1-0646422-000116088-3 | | | | | |
| | AC -740  - | 10 | | 240 | 240 |
| | CVL-1064RB- | 9 | | 216 | 216 |

850 PURCHASE ORDER/ORDER

Sender: 01 008956757 008956757                    Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI         Ack Required: No

Interchange No: 2941              Created: 2008/11/17 18:24
Functional Group No: 2941        Received: 2008/11/17 16:03
Transaction Set No: 29410009     Printed: 2008/11/17 16:06

CC/142362

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2195403
Date: 2008/11/17

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shpmnt Method Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/11/24

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/11/23

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/11/25

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identfctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identfctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0567

P.O. Baseline Item Data (PO1)>:
Assigned Identfctn: 1
Quantity Ordered: 240
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

P.O. Baseline Item Data (PO1)>:
Assigned Identfctn: 2
Quantity Ordered: 120
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

P.O. Baseline Item Data (PO1)>:
Assigned Identfctn: 3
Quantity Ordered: 144
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

P.O. Baseline Item Data (PO1)>:
Assigned Identfctn: 4
Quantity Ordered: 144
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 12.37
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC840

P.O. Baseline Item Data (PO1)>:
Assigned Identfctn: 5
Quantity Ordered: 216
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

P.O. Baseline Item Data (PO1)>:
Assigned Identfctn: 6
Quantity Ordered: 168
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

Transaction Totals (CTT)>:
Number Of Line Items: 6

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| Date | Page |
|---|---|
| Nov 18, 2008 | 1 |
| Invoice Number | |
| IN149642 | |

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0775 Circuit City Groveland
Groveland Brown Goods
19925 Independence Blvd.
Groveland, FL, 34736

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2195405 | CIRCUI | Roadway | RDWY | 11/18/2008 | 071030 | Jan 17, 2009 | Net 60 Days | ORD142363 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 288 | 288 | 0 | AC-740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 1,454.40 |
| 144 | 144 | 0 | AC-634 - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 727.20 |
| 168 | 168 | 0 | AC -208 - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 944.16 |
| 168 | 168 | 0 | AC-840 - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 2,078.16 |
| 240 | 240 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 866.40 |
| 216 | 216 | 0 | AC -201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 1,123.20 |
| 96 | 96 | 0 | CVL-1124RB- | 10075 SLV Monitor / Lapel Mic | CVL1124 | 646422-10075-3 | 3.12 | EA | 299.52 |

**Comments:**

| Total Packages: | 52 |
|---|---|
| Item Weight: | 910 |
| Total Pallets: | 3.58 |
| Total Weight: | 1,089 |

| | |
|---|---|
| Total amount | 7,493.04 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| **Amount due** | **7,493.04** |

Circuit City

# Detailed ASN Report

**ASN:** ORD142363

**Date Shipped:** 11/18/08  9:36 am          **Shipped To:** 8956757

| Number of docs: 1 | Number of Pallets or Cartons: 5 | | Weight: | 1,160.0 LB |
|---|---|---|---|---|

**Ship To:** C775
0775 Circuit City Groveland

**Carrier :** RDWY          **Pro #:** 875-381665-7

**Document #:** ORD142363
**Order date :** 11/17/2008                    **PO #:** 2195405

| Pallet or Carton ID | Unpacked items | | | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| | Packed Items | (Master Carton) | (Inner Carton) | qty ordered | qty packed |
| (00) 1-0646422-000116080-7 | | | | | |
| | AC -201  - | 9 | | 216 | 216 |
| (00) 1-0646422-000116081-4 | | | | | |
| | AC -208  - | 7 | | 168 | 168 |
| (00) 1-0646422-000116082-1 | | | | | |
| | AC -740  - | 12 | | 288 | 288 |
| | AC -534  - | 6 | | 144 | 144 |
| (00) 1-0646422-000116083-8 | | | | | |
| | AC -840  - | 7 | | 168 | 168 |
| (00) 1-0646422-000116084-5 | | | | | |
| | CVL-1064RB- | 10 | | 240 | 240 |
| | CVL-1124RB- | 1 | | 96 | 96 |

# Cyber Acoustics

**Invoice**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0255 Circuit City Bethlehem P
Bethlehem Brown Goods
4000 Township Line Rd.
Bethlehem, PA, 18020

| Date | Nov 24, 2008 | Page 1 |
|---|---|---|
| Invoice Number | IN149870 | |

Shipped from Location: **MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2201433 | CIRCUI | Roadway | RDWY | 11/24/2008 | 071030 | Jan 23, 2009 | Net 60 Days | ORD142519 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 166 | 166 | 0 | CA -3402 - | 00129 SLV 3pc | CA3402 | 646422-00129-6 | 22.77 | EA | 3,779.82 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 83 | Total amount | 3,779.82 |
| Item Weight: | 1,826 | Less payment | 0.00 |
| Total Pallets: | 3.46 | Less pmt. disc | 0.00 |
| Total Weight: | 1,999 | | |
| | | Amount due | 3,779.82 |

# Detailed ASN Report

**ASN:**  ORD142519

**Date Shipped:**  11/24/08  11:56 am          **Shipped To:**  8956757

| Number of docs:  1 | Number of Pallets or Cartons: 4 | | Weight: | 1,999.0 LB |
|---|---|---|---|---|

**Ship To:**  C255
0255 Circuit City Bethlehem P

**Carrier :**  RDWY          **Pro #:** 875-409329-3

**Document #:**  ORD142519                          **PO #:** 2201433
**Order date :**  11/20/2008

| Pallet or Carton ID | Packed Items | Unpacked items | | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| | | (Master Carton) (Inner Carton) | | qty ordered | qty packed |
| (00) 1-0646422-000116538-3 | | | | | |
| | CA -3402  - | 24 | | 166 | 48 |
| (00) 1-0646422-000116539-0 | | | | | |
| | CA -3402  - | 24 | | 166 | 48 |
| (00) 1-0646422-000116540-6 | | | | | |
| | CA -3402  - | 24 | | 166 | 48 |
| (00) 1-0646422-000116541-3 | | | | | |
| | CA -3402  - | 11 | | 166 | 22 |

1

50  PURCHASE ORDER    ASSET Doc No 29395R  PAGE No 1

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

Interchange No: 2948          Created: 2008/11/20 13:38
Functional Group No: 2948          Received: 2008/11/20 14:48
Transaction Set No: 29480001          Printed: 2008/11/20 14:50

CC/142519

Beg Set (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2201433
Date: 2008/11/20

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

PA

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

(11-34)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/03

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/02

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/04

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0255

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 166
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 22.77
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3402

Trans Totals (CTT)>:
Number Of Line Items: 1

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0255 Circuit City Bethlehem P
Bethlehem Brown Goods
4000 Township Line Rd.
Bethlehem, PA, 18020

| Date | Nov 24, 2008 | Page |
|---|---|---|
| Invoice Number | IN149873 | 1 |

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2201458 | CIRCUI | Roadway | RDWY | 11/24/2008 | 071030 | Jan 23, 2009 | Net 60 Days | ORD142525 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 264 | 264 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 1,568.16 |
| 104 | 104 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 1,354.08 |
| 388 | 388 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 4,050.72 |
| 196 | 196 | 0 | CA-3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 3,298.68 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 254 | Total amount | 10,271.64 |
| Item Weight: | 4,563 | Less payment | 0.00 |
| Total Pallets: | 8.91 | Less pmt. disc | 0.00 |
| Total Weight: | 5,009 | Amount due | 10,271.64 |

# Detailed ASN Report

| | | | | | |
|---|---|---|---|---|---|
| **ASN:** | ORD142525 | | | | |
| **Date Shipped:** | 11/24/08  11:54 am | | **Shipped To:** | 8956757 | |
| **Number of docs:** | 1 | **Number of Pallets or Cartons:** 9 | | **Weight:** | 5,009.0 LB |

| | |
|---|---|
| **Ship To:** | C255 |
| | 0255 Circuit City Bethlehem P |
| **Carrier :** | RDWY           Pro #:  875-409329-3 |

**Document #:**  ORD142525                    **PO #:**  2201458
**Order date :**  11/20/2008

| Pallet or Carton ID | Packed Items | Unpacked items (Master Carton) | (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000116528-4 | | | | | |
| | CA -3001RB- | 32 | | 388 | 128 |
| (00) 1-0646422-000116529-1 | | | | | |
| | CA -3001RB- | 32 | | 388 | 128 |
| (00) 1-0646422-000116530-7 | | | | | |
| | CA -3001RB- | 32 | | 388 | 128 |
| (00) 1-0646422-000116531-4 | | | | | |
| | CA -2014RB- | 9 | | 264 | 72 |
| | CA -2022RB- | 8 | | 104 | 32 |
| | CA -3001RB- | 1 | | 388 | 4 |
| | CA -3090RB- | 2 | | 196 | 4 |
| (00) 1-0646422-000116532-1 | | | | | |
| | CA -2014RB- | 24 | | 264 | 192 |
| (00) 1-0646422-000116533-8 | | | | | |
| | CA -2022RB- | 18 | | 104 | 72 |
| (00) 1-0646422-000116534-5 | | | | | |
| | CA -3090RB- | 32 | | 196 | 64 |
| (00) 1-0646422-000116535-2 | | | | | |
| | CA -3090RB- | 32 | | 196 | 64 |
| (00) 1-0646422-000116536-9 | | | | | |
| | CA -3090RB- | 32 | | 196 | 64 |

50 PURCHASE ORDER

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUST1          Ack Required: No

Interchange No: 2949          Created: 2008/11/20 15:34
Functional Group No: 2949          Received: 2008/11/20 14:48
Transaction Set No: 29490001          Printed: 2008/11/20 14:49

cc/142525

e Seg (P.O.) (BEG)>:
rans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
.O. Number: 2201458
ate: 2008/11/20

dmin Commun Contact (PER)>:
ontact Functn Code: (IC) INFORMATION CONTACT
ame: 9705 Kelly Mulligan



OB Rel Instruct (FOB)>:
mmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
cation Qualifier: (DE) DESTINATION (SHIPPING)

erred Terms Of Sale (ITD)>:
rms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
rms Net Days: 45

e/Tm Ref (DTM)>:
te/Time Qualifier: (002) DELIVERY REQUESTED
te: 2008/12/10

e/Tm Ref (DTM)>:
te/Time Qualifier: (064) DO NOT DELIVER BEFORE
te: 2008/12/09

e/Tm Ref (DTM)>:
te/Time Qualifier: (063) DO NOT DELIVER AFTER
te: 2008/12/

f Number (N9)>:
fern Identn Qual: (IA) INTERNAL VENDOR NUMBER
ference Identifctn: 071030

me (N1)>:
ntity Identfr Code: (ST) SHIP TO
entifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
entification Code: 0255

. Baseline Item Data (PO1)>:
igned Identifctn: 1
antity Ordered: 264
t Or Bs Fr Msmn Cd: (EA) EACH
it Price: 5.94
s Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
duct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
duct/Service Id: CA2014

. Baseline Item Data (PO1)>:
igned Identifctn: 2
antity Ordered: 104
Or Bs Fr Msmn Cd: (EA) EACH
t Price: 13.02
s Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
duct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
duct/Service Id: CA2022

. Baseline Item Data (PO1)>:
igned Identifctn: 3
antity Ordered: 388
Or Bs Fr Msmn Cd: (EA) EACH
t Price: 10.44
Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
duct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
duct/Service Id: CA3001

Baseline Item Data (PO1)>:
gned Identifctn: 4
ntity Ordered: 196
Or Bs Fr Msmn Cd: (EA) EACH
Price: 16.83
Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
uct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
uct/Service Id: CA3090

s Totals (CTT)>:
ber Of Line Items: 4

# Cyber Acoustics

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0353 Circuit City Walnut
Industry Brown Goods
680 S. Lemon Avenue
Walnut, CA, 91789

Shipped from Location: **MAIN**

| Date | Page |
|---|---|
| Nov 26, 2008 | 1 |

Invoice Number
IN149999

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2201435 | CIRCUI | Roadway | RDWY | 11/26/2008 | 071030 | Jan 25, 2009 | Net 60 Days | ORD142521 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 52 | 52 | 0 | CA-3402 - | 00129 SLV 3pc | CA3402 | 646422-00129-6 | 22.77 | EA | 1,184.04 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 26 | Total amount | 1,184.04 |
| Item Weight: | 572 | Less payment | 0.00 |
| Total Pallets: | 1.08 | Less pmt. disc | 0.00 |
| Total Weight: | 626 | Amount due | 1,184.04 |

# Detailed ASN Report

| ASN: | ORD142521 | | | |
|---|---|---|---|---|
| Date Shipped: | 11/26/08  8:35 am | **Shipped To:** | 8956757 | |
| **Number of docs:** 1 | **Number of Pallets or Cartons:** 1 | | **Weight:** | 626.0 LB |

Ship To:    C353
0353 Circuit City Walnut

Carrier :    RDWY        Pro #:  875-409352-2

Document #:    ORD142521            **PO #:** 2201435
Order date :    11/20/2008

| Pallet or Carton ID | Unpacked items Packed Items | *(Master Carton)* (Inner Carton) | | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000116835-3 | | | | | |
| | CA -3402  - | 10 | | 52 | 52 |

Sender: 01 008956757 008956757           Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI           Ack Required: No

Interchange No: 2948           Created: 2008/11/20 13:38
Functional Group No: 2948           Received: 2008/11/20 14:48
Transaction Set No: 29480003           Printed: 2008/11/20 14:50

*CC/142521* (handwritten)

ee Seg (P.O.) (BEG)>:
rans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
.O. Number: 2201435
ate: 2008/11/20

dmin Commun Contact (PER)>:
ontact Functn Code: (IC) INFORMATION CONTACT
ame: 9705 Kelly Mulligan



OB Rel Instruct (FOB)>:
ipmnt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
ocation Qualifier: (DE) DESTINATION (SHIPPING)

eferred Terms Of Sale (ITD)>:
erms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
erms Net Days: 45

te/Tm Ref (DTM)>:
ate/Time Qualifier: (002) DELIVERY REQUESTED
ate: 2008/12/03

te/Tm Ref (DTM)>:
ate/Time Qualifier: (064) DO NOT DELIVER BEFORE
ate: 2008/12/02

te/Tm Ref (DTM)>:
ate/Time Qualifier: (063) DO NOT DELIVER AFTER
ate: 2008/12/04

f Number (N9)>:
fern Identn Qual: (IA) INTERNAL VENDOR NUMBER
eference Identifctn: 071030

ame (N1)>:
ntitv Identr Code: (ST) SHIP TO
entifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
entification Code: 0353

. Baseline Item Data (PO1)>:
signed Identifctn: 1
antity Ordered: 52
nt Or Bs Pr Msmn Cd: (EA) EACH
it Price: 22.77
ss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
oduct/Service Id: CA3402

ns Totals (CTT)>:
mber Of Line Items: 1

# Cyber Acoustics

**Invoice**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0353 Circuit City Walnut
Industry Brown Goods
680 S. Lemon Avenue
Walnut, CA, 91789

| | Date | Page |
|---|---|---|
| | Nov 26, 2008 | 1 |
| | Invoice Number | |
| | IN150001 | |

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2201460 | CIRCUI | Roadway | RDWY | 11/26/2008 | 071030 | Jan 25, 2009 | Net 60 Days | ORD142527 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 472 | 472 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 2,803.68 |
| 72 | 72 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 937.44 |
| 180 | 180 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 1,879.20 |
| 76 | 76 | 0 | CA-3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 1,279.08 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 160 | Total amount | 6,899.40 |
| Item Weight: | 2,999 | Less payment | 0.00 |
| Total Pallets: | 6.05 | Less pmt. disc | 0.00 |
| Total Weight: | 3,302 | Amount due | 6,899.40 |

# Detailed ASN Report

| | |
|---|---|
| **ASN:** | ORD142527 |
| **Date Shipped:** 11/26/08  8:33 am | **Shipped To:** 8956757 |

| Number of docs: 1 | Number of Pallets or Cartons: 6 | Weight: | 3,302.0 LB |
|---|---|---|---|

**Ship To:**    C353
0353 Circuit City Walnut

**Carrier :**    RDWY        **Pro #:**  875-409352-2

| **Document #:** ORD142527 | **PO #:** 2201460 |
|---|---|
| **Order date :**  11/20/2008 | |

| Pallet or Carton ID | Unpacked items | | | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| | Packed Items | (Master Carton) | (Inner Carton) | qty ordered | qty packed |
| (00) 1-0646422-000116828-5 | | | | | |
| | CA -2022RB- | 18 | | 72 | 72 |
| (00) 1-0646422-000116829-2 | | | | | |
| | CA -2014RB- | 24 | | 472 | 192 |
| (00) 1-0646422-000116830-8 | | | | | |
| | CA -2014RB- | 24 | | 472 | 192 |
| (00) 1-0646422-000116831-5 | | | | | |
| | CA -2014RB- | 11 | | 472 | 88 |
| | CA -3001RB- | 13 | | 180 | 52 |
| | CA -3090RB- | 6 | | 76 | 12 |
| (00) 1-0646422-000116832-2 | | | | | |
| | CA -3001RB- | 32 | | 180 | 128 |
| (00) 1-0646422-000116833-9 | | | | | |
| | CA -3090RB- | 32 | | 76 | 64 |

1

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI    Ack Required: No

Interchange No: 2949          Created: 2008/11/20 15:34
Functional Group No: 2949     Received: 2008/11/20 14:48
Transaction Set No: 29490003  Printed: 2008/11/20 14:49



CC/142527

Bee See (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 22014460
Date: 2008/1/20

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Defered Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/40

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/89

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/23

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifcn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identfctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0353

P.O. Baseline Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 472
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 180
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 76
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 16.83
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

Trans Totals (CTT)>:
Number Of Line Items: 4

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0567 Circuit City Ardmore
(Ardmore Browns Goods)
1901 Cooper Dr.
Ardmore, OK, 73401

## Invoice

| Date | Page |
|---|---|
| Nov 24, 2008 | 1 |

Invoice Number
IN149871

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2201436 | CIRCUI | Roadway | RDWY | 11/24/2008 | 071030 | Jan 23, 2009 | Net 60 Days | ORD142522 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 48 | 48 | 0 | CA-3402 - | 00129 SLV 3pc | CA3402 | 646422-00129-6 | 22.77 | EA | 1,092.96 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 24 | |
| Item Weight: | 528 | |
| Total Pallets: | 1.00 | |
| Total Weight: | 578 | |

| | |
|---|---|
| Total amount | 1,092.96 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 1,092.96 |

Circuit City

# Detailed ASN Report

**ASN:**             ORD142522

**Date Shipped:**   11/24/08  11:53 am        **Shipped To:**   8956757

| Number of docs:   1 | Number of Pallets or Cartons:   1 | Weight: | 578.0 LB |
|---|---|---|---|

**Ship To:**      C567
                  0567 Circuit City Ardmore

**Carrier :**     RDWY            **Pro #:**  875-409330-2

**Document #:**   ORD142522                    **PO #:**  2201436
**Order date :**  11/20/2008

| Pallet or Carton ID | Packed Items | Unpacked items *(Master Carton)* (Inner Carton) | | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000116527-7 | | | | | |
| | CA -3402  - | 24 | | 48 | 48 |

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI      Ack Required: No

Interchange No: 2948          Created: 2008/11/20 13:38
Functional Group No: 2948     Received: 2008/11/20 14:48
Transaction Set No: 29480004  Printed: 2008/11/20 14:49

CC/14252 2

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2201436
Date: 2008/11/20

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan



FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/03

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/02



Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/04

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifcn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifcn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0567

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 1
Quantity Ordered: 48
Unt Or Bs Pr Msmn Cd: (EA) EACH
Unit Price: 22.77
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3402

Trans Totals (CTT)>:
Number Of Line Items: 1

# Cyber Acoustics

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

## Invoice

| Date | Page |
|---|---|
| Nov. 24, 2008 | 1 |

Invoice Number
IN149874

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0567 Circuit City Ardmore
(Ardmore Browns Goods)
1901 Cooper Dr.
Ardmore, OK, 73401

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2201461 | CIRCUI | Roadway | RDWY | 11/24/2008 | 071030 | Jan 23, 2009 | Net 60 Days | ORD142528 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 280 | 280 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 1,663.20 |
| 96 | 96 | 0 | CA-2022RB-, | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 1,249.92 |
| 224 | 224 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 2,338.56 |
| 86 | 86 | 0 | CA-3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 1,447.38 |

Comments:

| | |
|---|---|
| Total Packages: | 158 |
| Item Weight: | 2,934 |
| Total Pallets: | 5.89 |
| Total Weight: | 3,228 |

| | |
|---|---|
| Total amount | 6,699.06 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| **Amount due** | **6,699.06** |

# Detailed ASN Report

| | |
|---|---|
| **ASN:** | ORD142528 |
| **Date Shipped:** | 11/24/08  11:51 am |

**Shipped To:** 8956757

| **Number of docs:** 1 | **Number of Pallets or Cartons:** 6 | **Weight:** | 3,228.0 LB |
|---|---|---|---|

| | |
|---|---|
| **Ship To:** | C567 |
| | 0567 Circuit City Ardmore |
| **Carrier :** | RDWY        **Pro #:** 875-409330-2 |

| **Document #:** | ORD142528 | **PO #:** 2201461 |
|---|---|---|
| **Order date :** | 11/20/2008 | |

| Pallet or Carton ID | Packed Items | Unpacked items (Master Carton) | (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000116520-8 | | | | | |
| | CA -3001RB- | 32 | | 224 | (128) |
| (00) 1-0646422-000116521-5 | | | | | |
| | CA -3001RB- | 80 24 | | 224 | (96) |
| (00) 1-0646422-000116522-2 | | | | | |
| | CA -2014RB- | 24 | | 280 | (192) |
| (00) 1-0646422-000116523-9 | | | | | |
| | CA -2014RB- | 11 | | 280 | (88) |
| | CA -2022RB- | 6 | | 96 | (24) |
| | CA -3090RB- | 11 | | 86 | (22) |
| (00) 1-0646422-000116524-6 | | | | | |
| | CA -2022RB- | 18 | | 96 | (72) |
| (00) 1-0646422-000116525-3 | | | | | |
| | CA -3090RB- | 32 | | 86 | (64) |

0 PURCHASE

Sender: 01 008956757 008956757                    Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI        Ack Required: No

Interchange No: 2949              Created: 2008/11/20 15:34
Functional Group No: 2949          Received: 2008/11/20 14:48
Transaction Set No: 29490004        Printed: 2008/11/20 14:49

CC / 142528

z Seg (P.O.) (BEG)>:
ns Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
O. Number: 2201461
te: 2008/11/20

min Commun Contact (PER)>:
ntact Functn Code: (IC) INFORMATION CONTACT
me: 9705 Kelly Mulligan

B Ref Instruct (FOB)>:
ent Methd Of Pmnt: (PP) PREPAID (BY SELLER)
ation Qualifier: (DE) DESTINATION (SHIPPING)

erred Terms Of Sale (ITD)>:
ms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
ms Net Days: 45

/Tm Ref (DTM)>:
te/Time Qualifier: (002) DELIVERY REQUESTED
te: 2008/12/04  3

/Tm Ref (DTM)>:
te/Time Qualifier: (064) DO NOT DELIVER BEFORE
te: 2008/12/08  2

/Tm Ref (DTM)>:
te/Time Qualifier: (063) DO NOT DELIVER AFTER
te: 2008/12/11  4

Number (N9)>:
ern Identn Qual: (IA) INTERNAL VENDOR NUMBER
erence Identifcn: 071030

e (N1)>:
tity Identifr Code: (ST) SHIP TO
ntifcn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
ntification Code: 0567

, Baseline Item Data (PO1)>:
igned Identifcn: 1
antity Ordered: 280
Or Bs Fr Msmn Cd: (EA) EACH
t Price: 5.94
s Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
duct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
duct/Service Id: CA2014

. Baseline Item Data (PO1)>:
igned Identifcn: 2
antity Ordered: 96
Or Bs Fr Msmn Cd: (EA) EACH
t Price: 13.02
s Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
duct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
duct/Service Id: CA2022

. Baseline Item Data (PO1)>:
igned Identifcn: 3
antity Ordered: 224
Or Bs Fr Msmn Cd: (EA) EACH
t Price: 10.44
s Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
duct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
duct/Service Id: CA3001

. Baseline Item Data (PO1)>:
igned Identifcn: 4
antity Ordered: 86
Or Bs Fr Msmn Cd: (EA) EACH
t Price: 16.83
s Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
duct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
duct/Service Id: CA3090

s Totals (CTT)>:
mber Of Line Items: 4

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0344 Circuit City Livermore
Livermore Brown Goods
400 Long Fellow Court
Livermore, CA, 94550

**Invoice**

| Date | Nov. 26, 2008 | Page |
|------|---------------|------|
| Invoice Number | IN149998 | 1 |

Shipped from Location: **MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|-----------|--------------|----------|------|-----------|----------|----------|-------|-----------|
| 2201434 | CIRCUI | Roadway | RDWY | 11/26/2008 | 071030 | Jan. 25, 2009 | Net 60 Days | ORD142520 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|-----------|------------|----------|-------------|-------------|-------|-------|------------|-----|----------------|
| 64 | 64 | 0 | CA -3402 - | 00129 SLV 3pc | CA3402 | 646422-00129-6 | 22.77 | EA | 1,457.28 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 32 | |
| Item Weight: | 704 | |
| Total Pallets: | 1.33 | |
| Total Weight: | 771 | |

| | |
|---|---|
| Total amount | 1,457.28 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| **Amount due** | **1,457.28** |

# Detailed ASN Report

**ASN:** ORD142520

**Date Shipped:** 11/26/08  8:37 am          **Shipped To:** 8956757

**Number of docs:** 1    **Number of Pallets or Cartons:** 1                    **Weight:** 771.0 LB

**Ship To:** C344
0344 Circuit City Livermore

**Carrier:** RDWY          **Pro #:** 875-409353-1

**Document #:** ORD142520                          **PO #:** 2201434
**Order date:** 11/20/2008

| Pallet or Carton ID | Packed Items | (Master Carton) | (Inner Carton) | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| (00) 1-0646422-000116839-1 | CA -3402 - | | | 64 | 64 |

Name: ZZ CYBERACOUSTICS CYBERACOUSTI    Production Date: Yes
Interchange No: 2948
Functional Group No: 2948    Created: 2008/11/20 13:38
Transaction Set No: 29480002    Received: 2008/11/20 14:48
Printed: 2008/11/20 14:50

*CC / 142520*

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2201434
Date: 2008/11/20

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

*CA*

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/03

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/02

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/04

*(11-20)*

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0344

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 64
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 22.77
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3402

Trans Totals (CTT)>:
Number Of Line Items: 1

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

## Invoice

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0344 Circuit City Livermore
Livermore Brown Goods
400 Long Fellow Court
Livermore, CA, 94550

| Date | Nov 26, 2008 |
| --- | --- |
| Invoice Number | IN150000 |
| Page | 1 |

**Shipped from Location:** MAIN

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2201459 | CIRCUI | Roadway | RDWY | 11/26/2008 | 071030 | Jan 25, 2009 | Net 60 Days | ORD142526 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 216 | 216 | 0 | CA-2014RB- | 00091 BLK 3pc. | CA2014 | 646422-00091-6 | 5.94 | EA | 1,283.04 |
| 32 | 32 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 416.64 |
| 52 | 52 | 0 | CA-3001RB- | 00081 BLK 3pc. | CA3001 | 646422-00081-7 | 10.44 | EA | 542.88 |
| 24 | 24 | 0 | CA-3090RB- | 00042 SLV 3pc. | CA3090 | 646422-00042-8 | 16.83 | EA | 403.92 |

Comments:

| | | |
| --- | --- | --- |
| Total Packages: | 60 | |
| Item Weight: | 1,133 | |
| Total Pallets: | 2.35 | |
| Total Weight: | 1,251 | |

| | |
| --- | --- |
| Total amount | 2,646.48 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| **Amount due** | **2,646.48** |

# Detailed ASN Report

**ASN:** ORD142526

**Date Shipped:** 11/26/08  8:36 am          **Shipped To:** 8956757

| Number of docs: 1 | Number of Pallets or Cartons: 3 | | Weight: | 1,251.0 LB |
|---|---|---|---|---|

**Ship To:** C344
0344 Circuit City Livermore

**Carrier :** RDWY          **Pro #:** 875-409353-1

**Document #:** ORD142526          **PO #:** 2201459
**Order date :** 11/20/2008

| Pallet or Carton ID | Packed Items | (Master Carton) | (Inner Carton) | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| | | | | qty ordered | qty packed |
| (00) 1-0646422-000116836-0 | | | | | |
| | CA -2014RB- | 22 | | 216 | 192 |
| (00) 1-0646422-000116837-7 | | | | | |
| | CA -2014RB- | 3 | | 216 | 24 |
| | CA -2022RB- | 3 | | 32 | 32 |
| (00) 1-0646422-000116838-4 | | | | | |
| | CA -3001RB- | 13 | | 52 | 52 |
| | CA -3090RB- | 12 | | 24 | 24 |