350 PURCHASE ORDER

Sender: 01 008956757 008956757        Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI        Ack Required: No

Interchange No: 2949        Created: 2008/11/20 15:34
Functional Group No: 2949        Received: 2008/11/20 14:48
Transaction Set No: 29490002        Printed: 2008/11/20 14:49



ee Seg (P.O.) (BEG)>:
rans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
.O. Number: 2201459
ate: 2008/11/20

dmin Commun Contact (PER)>:
ontact Functn Code: (IC) INFORMATION CONTACT
ame: 9705 Kelly Mulligan



OB Rel Instruct (FOB)>:
hpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
ocation Qualifier: (DE) DESTINATION (SHIPPING)

eferred Terms Of Sale (ITD)>:
erms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
erms Net Days: 45

ate/Tm Ref (DTM)>:
ate/Time Qualifier: (002) DELIVERY REQUESTED
ate: 2008/12/10

ate/Tm Ref (DTM)>:
ate/Time Qualifier: (064) DO NOT DELIVER BEFORE
ate: 2008/12/03

ate/Tm Ref (DTM)>:
ate/Time Qualifier: (063) DO NOT DELIVER AFTER
ate: 2008/12/11

ef Number (N9)>:
efern Identn Qual: (IA) INTERNAL VENDOR NUMBER
eference Identifcn: 071030

ame (N1)>:
ntity Identfr Code: (ST) SHIP TO
dentifcn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
dentificatn Code: 0344

.O. Baseline Item Data (PO1)>:
ssigned Identifcn: 1
uantity Ordered: 216
nt Or Bs Fr Msmn Cd: (EA) EACH
nit Price: 5.94
ass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
roduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
roduct/Service Id: CA2014

.O. Baseline Item Data (PO1)>:
ssigned Identifcn: 2
uantity Ordered: 32
nt Or Bs Fr Msmn Cd: (EA) EACH
nit Price: 13.02
ass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
roduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
roduct/Service Id: CA2022

.O. Baseline Item Data (PO1)>:
ssigned Identifcn: 3
uantity Ordered: 52
nt Or Bs Fr Msmn Cd: (EA) EACH
nit Price: 10.44
ass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
roduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
roduct/Service Id: CA3001

.O. Baseline Item Data (PO1)>:
ssigned Identifcn: 4
uantity Ordered: 24
nt Or Bs Fr Msmn Cd: (EA) EACH
nit Price: 16.83
ass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
roduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
roduct/Service Id: CA3090

ans Totals (CTT)>:
umber Of Line Items: 4

# Cyber Acoustics

**Invoice**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

| Date | Page |
|---|---|
| Nov 24, 2008 | 1 |

**Invoice Number**
IN149872

Shipped from Location:
**MAIN**

Sold To:
Circuit City
DIP #08-35653
Attn - A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0755 Circuit City Marion
Marion Brown Goods
1100 Circuit City Road
Marion, IL 62959

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2201437 | CIRCUI | Roadway | RDWY | 11/24/2008 | 071030 | Jan 23, 2009 | Net 60 Days | ORD142523 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 58 | 58 | 0 | CA-3402 - | 00129 SLV 3pc | CA3402 | 646422-00129-6 | 22.77 | EA | 1,320.66 |

Comments:

| | |
|---|---|
| Total Packages: | 29 |
| Item Weight: | 638 |
| Total Pallets: | 1.21 |
| Total Weight: | 698 |

| | |
|---|---|
| Total amount | 1,320.66 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 1,320.66 |

Circuit City

# Detailed ASN Report

**ASN:** ORD142523

**Date Shipped:** 11/24/08  11:57 am          **Shipped To:**  8956757

| Number of docs: 1 | Number of Pallets or Cartons: 1 | Weight: | 698.0 LB |
|---|---|---|---|

**Ship To:**   C755
0755 Circuit City Marion

**Carrier :**   RDWY            Pro #:  875-409328-4

**Document #:**  ORD142523                     **PO #:**  2201437
**Order date :**  11/20/2008

| Pallet or Carton ID | Packed Items | Unpacked items (Master Carton) (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|
| (00) 1-0646422-000116542-0 | | | | |
| | CA -3402 - | 29 | 58 | 58 |

350 PURCHASE ORDER

Sender: 01 008956757 008956757                    Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

Interchange No: 2948              Created: 2008/11/20 13:38
Functional Group No: 2948        Received: 2008/11/20 14:48
Transaction Set No: 29480005     Printed: 2008/11/20 14:49

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2201437
Date: 2008/11/20

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/03

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/02

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/04

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identfctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0755

P.O. Baseline Item Data (PO1)>:
Assigned Identfctn: 1
Quantity Ordered: 58
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 22.77
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3402

Trans Totals (CTT)>:
Number Of Line Items: 1

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0755 Circuit City Marion
Marion Brown Goods
1100 Circuit City Road
Marion, IL, 62959

## Invoice

| Date | Page |
|---|---|
| Nov 24, 2008 | 1 |

| Invoice Number |
|---|
| IN149875 |

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2201462 | CIRCUI | Roadway | RDWY | 11/24/2008 | 071030 | Jan 23, 2009 | Net 60 Days | ORD142529 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 568 | 568 | 0 | CA-2014RB- | 00091 BLK 3pc. | CA2014 | 646422-00091-6 | 5.94 | EA | 3,373.92 |
| 192 | 192 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 2,499.84 |
| 244 | 244 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 2,547.36 |
| 144 | 144 | 0 | CA-3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 2,423.52 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 252 | |
| Item Weight: | 4,621 | Total amount | 10,844.64 |
| Total Pallets: | 9.78 | Less payment | 0.00 |
| Total Weight: | 5,110 | Less pmt. disc | 0.00 |
| | | Amount due | 10,844.64 |

# Detailed ASN Report

**ASN:** ORD142529

**Date Shipped:** 11/24/08  12:03 pm          **Shipped To:** 8956757

| Number of docs: 1 | Number of Pallets or Cartons: 10 | Weight: | 5,110.0 LB |
|---|---|---|---|

**Ship To:** C755
0755 Circuit City Marion

**Carrier :** RDWY          **Pro #:** 875-409328-4

**Document #:** ORD142529          **PO #:** 2201462
**Order date :** 11/20/2008

| Pallet or Carton ID | Packed Items | (Master Carton) | (Inner Carton) | qty ordered |qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000116543-7 | | | | | |
| | CA -2014RB- | 24 | | 568 | 192 |
| (00) 1-0646422-000116544-4 | | | | | |
| | CA -2014RB- | 24 | | 568 | 192 |
| (00) 1-0646422-000116545-1 | | | | | |
| | CA -2014RB- | 23 | | 568 | 184 |
| (00) 1-0646422-000116546-8 | | | | | |
| | CA -3001RB- | 32 | | 244 | 128 |
| (00) 1-0646422-000116547-5 | | | | | |
| | CA -3001RB- | 29 | | 244 | 116 |
| (00) 1-0646422-000116548-2 | | | | | |
| | | 18 | | 192 | 72 |
| (00) 1-0646422-000116549-9 | | | | | |
| | CA -2022RB- | 18 | | 192 | 72 |
| (00) 1-0646422-000116550-5 | | | | | |
| | CA -2022RB- | 12 | | 192 | 48 |
| | CA -3090RB- | 8 | | 144 | 16 |
| (00) 1-0646422-000116551-2 | | | | | |
| | CA -3090RB- | 32 | | 144 | 64 |
| (00) 1-0646422-000116552-9 | | | | | |
| | CA -3090RB- | 32 | | 144 | 64 |

**Unpacked items** — qty ordered — qty unpacked
**Packed Items** — qty ordered — qty packed

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI        Ack Required: No

Interchange No: 2949              Created: 2008/11/20 15:34
Functional Group No: 2949            Received: 2008/11/20 14:48
Transaction Set No: 29490005          Printed: 2008/11/20 14:49



Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2201462
Date: 2008/11/20

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/10

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/05

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/11

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identn: 071030

Name (N1)>:
Entity Identif Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0775

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 568
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 192
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 244
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 144
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 16.83
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

Trans Totals (CTT)>:
Number Of Line Items: 4

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Sold To:**
Circuit City
DIP #08-35653
Attn.: AVP - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Ship To:**
0775 Circuit City Groveland
Groveland Brown Goods
19925 Independence Blvd.
Groveland, FL, 34736

## Invoice

| | | |
|---|---|---|
| Date | Dec. 1, 2008 | Page |
| Invoice Number | IN150060 | 1 |

**Shipped from Location:** MAIN

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms |
|---|---|---|---|---|---|---|---|
| 2201438 | CIRCUI | UPS Orange | UPSN | 12/1/2008 | 071030 | Jan 30, 2009 | Net 60 Days |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 12 | 12 | 0 | CA-3402 - | 00129 SLV 3pc | CA3402 | 646422-00129-6 | 22.77 | EA | 273.24 |

**Comments:**

| | |
|---|---|
| Total Packages: | 6 |
| Item Weight: | 132 |
| Total Pallets: | 0.25 |
| Total Weight: | 145 |

| | |
|---|---|
| Total amount | 273.24 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 273.24 |

Order No. ORD142524

# Detailed ASN Report

**ASN:**    ORD142524

**Date Shipped:** 12/1/08  12:26 pm      **Shipped To:**  8956757

| Number of docs: | 1 | Number of Pallets or Cartons: 6 | | Weight: | 132.0 LB |

**Ship To:**    C775
0775 Circuit City Groveland

**Carrier :**    UPSN      **Pro #:**  1ZA503R71253073819

**Document #:**  ORD142524          **PO #:** 2201438
**Order date :**  11/20/2008

| Pallet or Carton ID | Packed Items | Unpacked items | | qty ordered | qty unpacked |
| --- | --- | --- | --- | --- | --- |
| | | (Master Carton) (Inner Carton) | | qty ordered | qty packed |
| (00) 0-0646422-000117025-0 | | | | | |
| | CA -3402  - | | | 12 | 2 |
| (00) 0-0646422-000117026-7 | | | | | |
| | CA -3402  - | | | 12 | 2 |
| (00) 0-0646422-000117027-4 | | | | | |
| | CA -3402  - | | | 12 | 2 |
| (00) 0-0646422-000117028-1 | | | | | |
| | CA -3402  - | | | 12 | 2 |
| (00) 0-0646422-000117029-8 | | | | | |
| | CA -3402  - | | | 12 | 2 |
| (00) 0-0646422-000117030-4 | | | | | |
| | CA -3402  - | | | 12 | 2 |

Sender: 01 008956757 008956757    Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI    Ack Required: No

Interchange No: 2948     Created: 2008/11/20 13:38
Functional Group No: 2948     Received: 2008/11/20 14:48
Transaction Set No: 29480006     Printed: 2008/11/20 14:49

*CC/142524*



Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2201438
Date: 2008/11/20

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/03

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/02

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/04

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identfctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identfctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0775

P.O. Baseline Item Data (PO1)>:
Assigned Identfctn: 1
Quantity Ordered: 12
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 22.77
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3402

Trans Totals (CTT)>:
Number Of Line Items: 1

# Cyber Acoustics

**Invoice**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0567 Circuit City Ardmore
(Ardmore Browns Goods)
1901 Cooper Dr.
Ardmore, OK, 73401

| Date | Dec 2, 2008 |
|---|---|
| Invoice Number | IN150140 |
| Page | 1 |

Shipped from Location: **MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2206210 | CIRCUI | Roadway | RDWY | 12/2/2008 | 071030 | Jan 31, 2009 | Net 60 Days | ORD142733 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 56 | 56 | 0 | CA -2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 729.12 |
| 104 | 104 | 0 | CA -3090RB- | 00042 SLV 3pc. | CA3090 | 646422-00042-8 | 16.83 | EA | 1,750.32 |
| 152 | 152 | 0 | CA -3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 1,586.88 |
| 256 | 256 | 0 | CA -2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 1,520.64 |

Comments:

| | |
|---|---|
| Total Packages: | 136 |
| Item Weight: | 2,432 |
| Total Pallets: | 4.92 |
| Total Weight: | 2,678 |

| | |
|---|---|
| Total amount | 5,586.96 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| **Amount due** | **5,586.96** |

# Detailed ASN Report

**ASN:**          ORD142733

**Date Shipped:** 12/2/08   8:40 am          **Shipped To:** 8956757

| umber of docs: 1 | Number of Pallets or Cartons: 5 | | Weight: | 2,678.0 LB |

**Ship To:**      C567
0567 Circuit City Ardmore

**Carrier :**     RDWY          **Pro #:** 875-409381-6

**Document #:**   ORD142733                    **PO #:** 2206210
**Order date :**  11/26/2008

| Pallet or Carton ID | Unpacked items<br>Packed Items | *(Master Carton)* (Inner Carton) | qty ordered<br>qty ordered | qty unpacked<br>qty packed |
|---|---|---|---|---|
| (00) 1-0646422-000117153-7 | | | | |
| | CA -2014RB- | 24 | 256 | 192 |
| (00) 1-0646422-000117154-4 | | | | |
| | CA -3090RB- | 20 | 104 | 40 |
| | CA -3001RB- | 6 | 152 | 24 |
| | CA -2014RB- | 8 | 256 | 64 |
| (00) 1-0646422-000117155-1 | | | | |
| | CA -2022RB- | 14 | 56 | 56 |
| (00) 1-0646422-000117156-8 | | | | |
| | CA -3001RB- | 32 | 152 | 128 |
| (00) 1-0646422-000117157-5 | | | | |
| | CA -3090RB- | 32 | 104 | 64 |

1

) PURCHASE (

Sender: 01 008956757 008956757                Production Data: Yes
ceiver: ZZ CYBERACOUSTICS CYBERACOUSTI        Ack Required: No

Interchange No: 2958                 Created: 2008/11/26 13:35
nctional Group No: 2958              Received: 2008/11/26 11:51
ansaction Set No: 29580004           Printed: 2008/11/26 11:55

142733

: See (P.O.) (BEG)>:
Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
. Number: 2206210
e: 2008/11/26

min Commun Contact (PER)>:
ntact Functn Code: (IC) INFORMATION CONTACT
ne: 9705 Kelly Mulligan

3 Rel Instruct (FOB)>:
mt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
ation Qualifier: (DE) DESTINATION (SHIPPING)



erred Terms Of Sale (ITD)>:
ms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
ms Net Days: 45

/Tm Ref (DTM)>:
e/Time Qualifier: (002) DELIVERY REQUESTED
e: 2008/12/10



/Tm Ref (DTM)>:
e/Time Qualifier: (064) DO NOT DELIVER BEFORE
e: 2008/12/09

/Tm Ref (DTM)>:
e/Time Qualifier: (063) DO NOT DELIVER AFTER
e: 2008/12/11

Number (N9)>:
rn Identn Qual: (IA) INTERNAL VENDOR NUMBER
rrence Identifctn: 071030

ne (N1)>:
ty Identfr Code: (ST) SHIP TO
ntifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
ntification Code: 0567

Baseline Item Data (PO1)>:
gned Identifctn: 1
ntity Ordered: 56
Or Bs Fr Msmn Cd: (EA) EACH
Price: 13.02
Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
luct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
luct/Service Id: CA2022

Baseline Item Data (PO1)>:
gned Identifctn: 2
ntity Ordered: 104
Or Bs Fr Msmn Cd: (EA) EACH
Price: 16.83
Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
luct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
luct/Service Id: CA3090

Baseline Item Data (PO1)>:
gned Identifctn: 3
ntity Ordered: 152
Or Bs Fr Msmn Cd: (EA) EACH
Price: 10.44
Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
luct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
luct/Service Id: CA3001

Baseline Item Data (PO1)>:
gned Identifctn: 4
ntity Ordered: 256
Or Bs Fr Msmn Cd: (EA) EACH
Price: 5.94
Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
uct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
uct/Service Id: CA2014

s Totals (CTT)>:
ber Of Line Items: 4

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn : A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0353 Circuit City Walnut
Industry Brown Goods
680 S. Lemon Avenue
Walnut, CA, 91789

**Invoice**

| Date | Page |
|---|---|
| Dec. 5, 2008 | 1 |
| Invoice Number | |
| IN150363 | |

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2206209 | CIRCUI | Roadway | RDWY | 12/5/2008 | 071030 | Feb 3, 2009 | Net 60 Days | ORD142732 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 80 | 80 | 0 | CA -2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 1,041.60 |
| 92 | 92 | 0 | CA -3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 1,548.36 |
| 88 | 88 | 0 | CA -3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 918.72 |
| 24 | 24 | 0 | CA -2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 142.56 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 91 | |
| Item Weight: | 1,546 | Total amount | 3,651.24 |
| Total Pallets: | 3.36 | Less payment | 0.00 |
| Total Weight: | 1,714 | Less pmt. disc | 0.00 |
| | | Amount due | 3,651.24 |

# Detailed ASN Report

**ASN:** ORD142732

**Date Shipped:** 12/5/08   8:52 am          **Shipped To:** 8956757

| Number of docs: | 1 | Number of Pallets or Cartons: 4 | Weight: | 1,714.0 LB |
|---|---|---|---|---|

**Ship To:**   C353
0353 Circuit City Walnut

**Carrier :**   RDWY          **Pro #:** 875-409410-X

**Document #:**   ORD142732          **PO #:** 2206209
**Order date :**   11/26/2008

| Pallet or Carton ID | Packed Items | Unpacked items (Master Carton) | (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000117408-8 | | | | | |
| | CA -3090RB- | 3 2 | | 92 | 64 |
| (00) 1-0646422-000117409-5 | | | | | |
| | CA -3090RB- | 1 4 | | 92 | 28 |
| (00) 1-0646422-000117410-1 | | | | | |
| | CA -2022RB- | 1 8 | | 80 | 72 |
| (00) 1-0646422-000117411-8 | | | | | |
| | CA -2022RB- | 2 | | 80 | 8 |
| | CA -3001RB- | 22 | | 88 | 88 |
| | CA -2014RB- | 3 | | 24 | 24 |

850 PURCHASE ORDER — 850 PURCHASE ORDER — PURCHASE

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

                                                                    142732

Interchange No: 2958          Created: 2008/11/26 13:35
Functional Group No: 2958          Received: 2008/11/26 11:51
Transaction Set No: 29580003          Printed: 2008/11/26 11:55

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2206209
Date: 2008/11/26

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan



FOB Rel Instruct (FOB)>:
Shpmt Mthd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45



Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/10

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/09

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/11

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0353

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 80
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 92
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 16.83
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 88
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

Trans Totals (CTT)>:
Number Of Line Items: 4

**Cyber Acoustics**

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| | Date | Page |
|---|---|---|
| | Dec 1, 2008 | 1 |
| | Invoice Number | |
| | IN150090 | |

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0755 Circuit City Marion
Marion Brown Goods
1100 Circuit City Road
Marion, IL, 62959

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2206270 | CIRCUI | Roadway | RDWY | 12/1/2008 | 071030 | Jan 30, 2009 | Net 60 Days | ORD142755 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 24 | 24 | 0 | AC-634 - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 121.20 |
| 96 | 96 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 346.56 |
| 48 | 48 | 0 | AC-840 - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 593.76 |

Comments:

| | |
|---|---|
| Total Packages: | 7 |
| Item Weight: | 117 |
| Total Pallets: | 0.47 |
| Total Weight: | 141 |

| | |
|---|---|
| Total amount | 1,061.52 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 1,061.52 |

Circuit City

# Detailed ASN Report

**ASN:**  ORD142755

**Date Shipped:** 12/1/08  9:40 am          **Shipped To:**  8956757

| Number of docs: | 1 | Number of Pallets or Cartons: | 1 | Weight: | 167.0 LB |
|---|---|---|---|---|---|

**Ship To:**  C755
0755 Circuit City Marion

**Carrier :**  RDWY          **Pro #:**  875-409369-7

**Document #:**  ORD142755                    **PO #:**  2206270
**Order date :**  11/26/2008

| Pallet or Carton ID | Packed Items | Unpacked items *(Master Carton)* (Inner Carton) | | qty ordered / qty ordered | qty unpacked / qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000116957-2 | | | | | |
| | AC -634   - | 1 | | 24 | 24 |
| | CVL-1064RB- | 4 | | 96 | 96 |
| | AC -840   - | 2 | | 48 | 48 |

Sender: 01 008956757 008956757                    Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI         Ack Required: No

Interchange No: 2959              Created: 2008/11/26 15:32
Functional Group No: 2959        Received: 2008/11/26 13:47
Transaction Set No: 29590004     Printed: 2008/11/26 13:50

*142755*
*142755*

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2206270
Date: 2008/11/26

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shpmt Mthd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/10

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/09

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/11

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Coe: 0755

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 48
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 12.37
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC840

Trans Totals (CTT)>:
Number Of Line Items: 3

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0755 Circuit City Marion
Marion Brown Goods
1100 Circuit City Road
Marion, IL, 62959

Shipped from Location: **MAIN**

| Date | Page |
|---|---|
| Dec. 1, 2008 | 1 |
| Invoice Number | |
| IN150091 | |

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2206211 | CIRCUI | Roadway | RDWY | 12/1/2008 | 071030 | Jan. 30, 2009 | Net 60 Days | ORD142734 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 120 | 0 | CA -2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 1,562.40 |
| 182 | 182 | 0 | CA -3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 3,063.06 |
| 276 | 276 | 0 | CA -3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 2,881.44 |
| 272 | 272 | 0 | CA -2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 1,615.68 |

Comments:

| | |
|---|---|
| Total Packages: | 224 |
| Item Weight: | 3,973 |
| Total Pallets: | 8.08 |
| Total Weight: | 4,377 |

| | |
|---|---|
| Total amount | 9,122.58 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 9,122.58 |

Circuit City

# Detailed ASN Report

**ASN:**            ORD142734

**Date Shipped:**  12/1/08   9:38 am          **Shipped To:**   8956757

| Number of docs:   1 | Number of Pallets or Cartons: 8 | Weight: | 4,377.0 LB |
|---|---|---|---|

**Ship To:**        C755
                    0755 Circuit City Marion

**Carrier :**       RDWY          Pro #:  875-409369-7

**Document #:**     ORD142734                    **PO #:** 2206211
**Order date :**    11/26/2008

| Pallet or Carton ID | Packed Items | Unpacked items (Master Carton) | (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000116948-0 | | | | | |
| | CA -3090RB- | 32 | | 182 | 64 |
| (00) 1-0646422-000116949-7 | | | | | |
| | CA -3090RB- | 32 | | 182 | 64 |
| (00) 1-0646422-000116950-3 | | | | | |
| | CA -3090RB- | 27 | | 182 | 54 |
| (00) 1-0646422-000116951-0 | | | | | |
| | CA -2014RB- | 24 | | 272 | 192 |
| (00) 1-0646422-000116952-7 | | | | | |
| | CA -2022RB- | 12 | | 120 | 48 |
| | CA -3001RB- | 5 | | 276 | 20 |
| | CA -2014RB- | 10 | | 272 | 80 |
| (00) 1-0646422-000116953-4 | | | | | |
| | CA -2022RB- | 18 | | 120 | 72 |
| (00) 1-0646422-000116954-1 | | | | | |
| | CA -3001RB- | 32 | | 276 | 128 |
| (00) 1-0646422-000116955-8 | | | | | |
| | CA -3001RB- | 32 | | 276 | 128 |

1

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI      Ack Required: No

Interchange No: 2958          Created: 2008/11/26 13:35
Functional Group No: 2958     Received: 2008/11/26 11:51          142734
Transaction Set No: 29580005   Printed: 2008/11/26 11:55



...Bee See (P.O.) (BEG)>:
...Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
...P.O. Number: 2206211
...Date: 2008/11/26

...Admin Commun Contact (PER)>:
...Contact Functn Code: (IC) INFORMATION CONTACT
...Name: 9705 Kelly Mulligan

...FOB Rel Instruct (FOB)>:
...Pmnt Method Of Pmnt: (PP) PREPAID (BY SELLER)
...Location Qualifier: (DE) DESTINATION (SHIPPING)

...Deferred Terms Of Sale (ITD)>:
...Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
...Terms Net Days: 45

...te/Tm Ref (DTM)>:
...Date/Time Qualifier: (002) DELIVERY REQUESTED
...ate: 2008/12/10

...te/Tm Ref (DTM)>:
...Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
...ate: 2008/12/09

...te/Tm Ref (DTM)>:
...ate/Time Qualifier: (063) DO NOT DELIVER AFTER
...ate: 2008/12/11

...ef Number (N9)>:
...efern Identn Qual: (IA) INTERNAL VENDOR NUMBER
...eference Identifctn: 071030

...ame (N1)>:
...ntity Identfr Code: (ST) SHIP TO
...Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
...entification Code: 0755

...O. Baseline Item Data (PO1)>:
...ssigned Identifctn: 1
...uantity Ordered: 120
...nt Or Bs Fr Msmn Cd: (EA) EACH
...nit Price: 13.02
...ass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
...oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
...oduct/Service Id: CA2022

...O. Baseline Item Data (PO1)>:
...ssigned Identifctn: 2
...uantity Ordered: 182
...nt Or Bs Fr Msmn Cd: (EA) EACH
...nit Price: 16.83
...ass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
...oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
...oduct/Service Id: CA3090

...O. Baseline Item Data (PO1)>:
...ssigned Identifctn: 3
...uantity Ordered: 276
...t Or Bs Fr Msmn Cd: (EA) EACH
...nit Price: 10.44
...ass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
...oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
...oduct/Service Id: CA3001

...O. Baseline Item Data (PO1)>:
...ssigned Identifctn: 4
...uantity Ordered: 272
...t Or Bs Fr Msmn Cd: (EA) EACH
...it Price: 5.94
...ass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
...oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
...oduct/Service Id: CA2014

...ons Totals (CTT)>:
...mber Of Line Items: 4

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P – Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Ship To:**
0344 Circuit City Livermore
Livermore Brown Goods
400 Long Fellow Court
Livermore, CA, 94550

## Invoice

| Date | Dec 5, 2008 | Page 1 |
|---|---|---|
| Invoice Number | IN150362 | |

**Shipped from Location:** MAIN

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2206208 | CIRCUI | Roadway | RDWY | 12/5/2008 | 071030 | Feb 3, 2009 | Net 60 Days | ORD142731 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 64 | 64 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 833.28 |
| 184 | 184 | 0 | CA-3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 3,096.72 |
| 120 | 120 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 1,252.80 |
| 288 | 288 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 1,710.72 |

**Comments:**

| | |
|---|---|
| Total Packages: | 174 |
| Item Weight: | 2,942 |
| Total Pallets: | 6.20 |
| Total Weight: | 3,252 |

| Total amount | 6,893.52 |
|---|---|
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| **Amount due** | **6,893.52** |

# Detailed ASN Report

| | |
|---|---|
| **ASN:** | ORD142731 |
| **Date Shipped:** | 12/5/08  8:54 am       **Shipped To:**  8956757 |

| **Number of docs:**  1 | **Number of Pallets or Cartons:** 7 | **Weight:** | 3,252.0 LB |
|---|---|---|---|

**Ship To:**     C344
0344 Circuit City Livermore

**Carrier :**     RDWY          **Pro #:**  875-409409-0

**Document #:**  ORD142731                          **PO #:** 2206208
**Order date :**  11/26/2008

| Pallet or Carton ID | Packed Items | Unpacked items (Master Carton) | (Inner Carton) | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| | | | | qty ordered | qty packed |
| (00) 1-0646422-000117412-5 | | | | | |
| | CA -2014RB- | 24 | | 288 | 192 |
| (00) 1-0646422-000117413-2 | | | | | |
| | CA -2014RB- | 12 | | 288 | 96 |
| (00) 1-0646422-000117414-9 | | | | | |
| | CA -3090RB- | 32 | | 184 | 64 |
| (00) 1-0646422-000117415-6 | | | | | |
| | CA -3090RB- | 32 | | 184 | 64 |
| (00) 1-0646422-000117416-3 | | | | | |
| | CA -3090RB- | 28 | | 184 | 56 |
| (00) 1-0646422-000117417-0 | | | | | |
| | CA -2022RB- | 16 | | 64 | 64 |
| (00) 1-0646422-000117418-7 | | | | | |
| | CA -3001RB- | 30 | | 120 | 120 |

PURCHASE ORDER

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

Interchange No: 2958          Created: 2008/11/26 13:35
Functional Group No: 2958          Received: 2008/11/26 11:51
Transaction Set No: 29580002          Printed: 2008/11/26 11:55

142731

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2206208
Date: 2008/11/26

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9708 Kelly Mulligan



FOB Rel Instruct (FOB)>:
Shpmt Method Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45



Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/10

CA

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/09

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/11

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identfctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identfctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0344

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 64
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 184
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 16.83
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 120
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 288
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

Trans Totals (CTT)>:
Number Of Line Items: 4

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
03344 Circuit City Livermore
Livermore Brown Goods
400 Long Fellow Court
Livermore, CA, 94550

## Invoice

| Date | Dec. 8, 2008 | Page |
|---|---|---|
| | Invoice Number | 1 |
| | IN150423 | |

Shipped from Location:
**MAIN**

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SCAC | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 24 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | UPSN | CVL-1064 | 646422-10047-0 | 3.61 | EA | 86.64 |

| PO Number | Customer No. | Ship Via | | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2206268 | CIRCUI | UPS Orange 3-day Service | | 12/8/2008 | 071030 | Feb. 6, 2009 | Net 60 Days | ORD142753 |

Comments:

| Total Packages: | 1 |
|---|---|
| Item Weight: | 12 |
| Total Weight: | 0.06 |
| Total Pallets: | |
| Total Weight: | 15 |

| | |
|---|---|
| Total amount | 86.64 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 86.64 |

# Detailed ASN Report

**ASN:**            ORD142753

**Date Shipped:**   12/8/08   8:51 am          **Shipped To:**   8956757

| Number of docs: 1 | Number of Pallets or Cartons: 1 | Weight: | 12.0 LB |
|---|---|---|---|

**Ship To:**   C344
0344 Circuit City Livermore

**Carrier :**   UPSN          **Pro #:**   1ZA503R71253148355

**Document #:**   ORD142753          **PO #:**   2206268
**Order date :**   11/26/2008

| Pallet or Carton ID | Packed Items | Unpacked items (Master Carton) | (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 0-0646422-000117482-1 | | | | | |
| | CVL-1064RB- | | | 24 | 24 |

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

Interchange No: 2959          Created: 2008/11/26 15:32
Functional Group No: 2959          Received: 2008/11/26 13:47
Transaction Set No: 29590002          Printed: 2008/11/26 13:50

142753

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2206268
Date: 2008/11/26

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault



FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45



Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/10

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/09

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/11

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identifr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0344

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

Trans Totals (CTT)>:
Number Of Line Items: 1

# Cyber Acoustics

**Invoice**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

| Date | Dec. 2, 2008 | Page |
| --- | --- | --- |
| | Invoice Number | 1 |
| | IN150141 | |

Shipped from Location: **MAIN**

Sold To:
Circuit City
DIP #08-35653
Attn - AVP - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0255 Circuit City Bethlehem P
Bethlehem Brown Goods
4000 Township Line Rd.
Bethlehem, PA, 18020

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2206207 | CIRCUI | Roadway | RDWY | 12/2/2008 | 071030 | Jan 31, 2009 | Net 60 Days | ORD142730 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 136 | 136 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 1,770.72 |
| 266 | 266 | 0 | CA-3090RBJ- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 4,476.78 |
| 204 | 204 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 2,129.76 |
| 528 | 528 | 0 | CA-2014RB- | 00091 BLK 3pc. | CA2014 | 646422-00091-6 | 5.94 | EA | 3,136.32 |

Comments:

| | |
| --- | --- |
| Total Packages: | 284 |
| Item Weight: | 4,899 |
| Total Weight: | 4,899 |
| Total Pallets: | 10.39 |
| Total Weight: | 5,418 |

| | |
| --- | --- |
| Total amount | 11,513.58 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 11,513.58 |

# Detailed ASN Report

**ASN:**          ORD142730

**Date Shipped:**  12/2/08   8:34 am          **Shipped To:**   8956757

| Number of docs: 1 | Number of Pallets or Cartons: 11 | Weight: | 5,418.0 LB |
|---|---|---|---|

**Ship To:**      C255
              0255 Circuit City Bethlehem P

**Carrier :**     RDWY          **Pro #:**  875-409379-8

**Document #:**   ORD142730          **PO #:** 2206207
**Order date :**  11/26/2008

| Pallet or Carton ID | Packed Items | Unpacked items (Master Carton) | (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000117126-1 | CA -2014RB- | 24 | | 528 | 192 |
| (00) 1-0646422-000117127-8 | CA -2014RB- | 24 | | 528 | 192 |
| (00) 1-0646422-000117128-5 | CA -2014RB- | 18 | | 528 | 144 |
| (00) 1-0646422-000117129-2 | CA -2022RB- | 18 | | 136 | 72 |
| (00) 1-0646422-000117130-8 | CA -2022RB- | 16 | | 136 | 64 |
| (00) 1-0646422-000117131-5 | CA -3090RB- | 32 | | 266 | 64 |
| (00) 1-0646422-000117132-2 | CA -3090RB- | 32 | | 266 | 64 |
| (00) 1-0646422-000117133-9 | CA -3090RB- | 32 | | 266 | 64 |
| (00) 1-0646422-000117134-6 | CA -3090RB- | 32 | | 266 | 64 |
| (00) 1-0646422-000117135-3 | CA -3090RB- | 5 | | 266 | 10 |
| | CA -3001RB- | 19 | | 204 | 76 |
| (00) 1-0646422-000117136-0 | CA -3001RB- | 32 | | 204 | 128 |

Sender: 01 008956757 008956757                    Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUST1        Ack Required: No

Interchange No: 2958                    Created: 2008/11/26 13:35
Functional Group No: 2958              Received: 2008/11/26 11:51
Transaction Set No: 29580001           Printed: 2008/11/26 11:55

142700

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2206207
Date: 2008/11/26

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)


12/2

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/10

Dte/Tm Ref (DTM)>:                          
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE        PA
Date: 2008/12/09

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/11

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0255

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 136
Unt Or Bs Pr Msmn Cd: (EA) EACH
Unit Price: 13.02
Class Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 266
Unt Or Bs Pr Msmn Cd: (EA) EACH
Unit Price: 16.83
Class Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 204
Unt Or Bs Pr Msmn Cd: (EA) EACH
Unit Price: 10.44
Class Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 528
Unt Or Bs Pr Msmn Cd: (EA) EACH
Unit Price: 5.94
Class Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

Trans Totals (CTT)>:
Number Of Line Items: 4

# Cyber Acoustics

**Invoice**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0255 Circuit City Bethlehem P
Bethlehem Brown Goods
4000 Township Line Rd.
Bethlehem, PA, 18020

| | | | Date | Page |
|---|---|---|---|---|
| | | | Dec 2, 2008 | 1 |
| | | | Invoice Number | |
| | | | IN150142 | |

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2206267 | CIRCUI | Roadway | RDWY | 12/2/2008 | 071030 | Jan 31, 2009 | Net 60 Days | ORD142752 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 72 | 72 | 0 | AC-101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 279.36 |
| 120 | 120 | 0 | AC-201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 624.00 |
| 72 | 72 | 0 | AC-634 - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 363.60 |
| 96 | 96 | 0 | CVL-1124RB- | 10075 SLV Monitor / Lapel Mic | CVL1124 | 646422-10075-3 | 3.12 | EA | 299.52 |
| 72 | 72 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 259.92 |
| 48 | 48 | 0 | AC-740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 242.40 |
| 24 | 24 | 0 | AC-208 - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 134.88 |

Comments:

| Total Packages: | 18 |
|---|---|
| Item Weight: | 303 |
| Total Pallets: | 1 |
| Total Weight: | 361 |

| | | |
|---|---|---|
| Total amount | 2,203.68 | |
| Less payment | 0.00 | |
| Less pmt. disc | 0.00 | |
| Amount due | | 2,203.68 |

Circuit City

# Detailed ASN Report

**ASN:**  ORD142752

**Date Shipped:** 12/2/08  8:36 am          **Shipped To:**  8956757

| Number of docs: | 1 | Number of Pallets or Cartons: | 2 | Weight: | 361.0 LB |

**Ship To:**    C255
0255 Circuit City Bethlehem P.

**Carrier :**    RDWY          **Pro #:** 875-409379-8

**Document #:**  ORD142752                **PO #:** 2206267
**Order date :**  11/26/2008

| Pallet or Carton ID | Packed Items | Unpacked items (Master Carton) | (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000117138-4 | | | | | |
| | AC -101  - | 3 | | 72 | 72 |
| | AC -201  - | 5 | | 120 | 120 |
| | AC -208  - | 1 | . | 24 | 24 |
| (00) 1-0646422-000117139-1 | | | | | |
| | AC -634  - | 3 | | 72 | 72 |
| | CVL-1124RB- | 1 | | 96 | 96 |
| | CVL-1064RB- | 3 | | 72 | 72 |
| | AC -740  - | 2 | | 48 | 48 |

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI     Ack Required: No

142752

Interchange No: 2959            Created: 2008/11/26 15:32
Functional Group No: 2959        Received: 2008/11/26 13:47
Transaction Set No: 29590001       Printed: 2008/11/26 13:50

---

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2206267
Date: 2008/11/26

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault



FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)



Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

PA

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/10

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/09

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/11

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfc Code: (ST) SHIP TO
Identfctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0255

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 120
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.12
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1124

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 5
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 6
Quantity Ordered: 48
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 7
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

Trans Totals (CTT)>:
Number Of Line Items: 7

# Cyber Acoustics

**Invoice**

| Date | Dec. 2, 2008 | Page 1 |
|---|---|---|
| | Invoice Number | |
| | IN150143 | |

Shipped from Location:
**MAIN**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Sold To:**
Circuit City
DIP #08-35653
Attn - A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0775 Circuit City Groveland
Groveland Brown Goods
19925 Independence Blvd.
Groveland, FL, 34736

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2206212 | CIRCUI | Roadway | RDWY | 12/2/2008 | 071030 | Jan 31, 2009 | Net 60 Days | ORD142735 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 144 | 144 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 1,874.88 |
| 198 | 198 | 0 | CA-3090RBv- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 3,332.34 |
| 316 | 316 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 3,299.04 |
| 592 | 592 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 3,516.48 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 288 | Total amount | 12,022.74 |
| Item Weight: | 5,209 | Less payment | 0.00 |
| Total Weight: | 10.65 | Less pmt. disc | 0.00 |
| Total Pallets: | 5,741 | Amount due | 12,022.74 |

# Detailed ASN Report

**ASN:** ORD142735

**Date Shipped:** 12/2/08   8:37 am          **Shipped To:** 8956757

| | | | |
|---|---|---|---|
| **Number of docs:** 1 | **Number of Pallets or Cartons:** 11 | **Weight:** | 5,741.0 LB |

**Ship To:** C775
0775 Circuit City Groveland

**Carrier :** RDWY          **Pro #:** 875-409380-7

**Document #:** ORD142735          **PO #:** 2206212
**Order date :** 11/26/2008

| Pallet or Carton ID | Packed Items | Unpacked items (Master Carton) | (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000117140-7 | CA -2022RB- | 18 | | 144 | 72 |
| (00) 1-0646422-000117141-4 | CA -2022RB- | 18 | | 144 | 72 |
| (00) 1-0646422-000117142-1 | CA -2014RB- | 24 | | 592 | 192 |
| (00) 1-0646422-000117143-8 | CA -2014RB- | 24 | | 592 | 192 |
| (00) 1-0646422-000117144-5 | CA -2014RB- | 24 | | 592 | 192 |
| (00) 1-0646422-000117145-2 | CA -3090RB- | 3 | | 198 | 6 |
| | CA -3001RB- | 15 | | 316 | 60 |
| | CA -2014RB- | 2 | | 592 | 16 |
| (00) 1-0646422-000117146-9 | CA -3090RB- | 32 | | 198 | 64 |
| (00) 1-0646422-000117147-6 | CA -3090RB- | 32 | | 198 | 64 |
| (00) 1-0646422-000117148-3 | CA -3090RB- | 32 | | 198 | 64 |
| (00) 1-0646422-000117149-0 | CA -3001RB- | 32 | | 316 | 128 |
| (00) 1-0646422-000117150-6 | CA -3001RB- | 32 | | 316 | 128 |

1

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

142735

Interchange No: 2958          Created: 2008/11/26 13:35
Functional Group No: 2958          Received: 2008/11/26 11:51
Transaction Set No: 29580006          Printed: 2008/11/26 11:55

Bee Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2206212
Date: 2008/11/26

Admin Commun Contact (PER)>:
Contact Funcin Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)



Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED          FL
Date: 2008/12/10

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/09

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/11

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identifr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0775

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 144
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 198
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 16.83
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 316
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 592
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

Trans Totals (CTT)>:
Number Of Line Items: 4

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn - A/P - Bldg  9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0775 Circuit City Groveland
Groveland Brown Goods
19925 Independence Blvd.
Groveland, FL, 34736

**Invoice**

| | Date | Page |
|---|---|---|
| | Dec 2, 2008 | 1 |
| | Invoice Number | |
| | IN150144 | |

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2206271 | CIRCUI | Roadway | RDWY | 12/2/2008 | 071030 | Jan 31, 2009 | Net 60 Days | ORD142756 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 24 | 24 | 0 | AC-101  - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 93.12 |
| 72 | 72 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 259.92 |
| 48 | 48 | 0 | AC-840  - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 593.76 |
| 168 | 168 | 0 | AC-740  - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 848.40 |
| 24 | 24 | 0 | AC-208  - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 134.88 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 14 | Total amount | 1,930.08 |
| Item Weight: | 220 | Less payment | 0.00 |
| Total Pallets: | | Less pmt. disc | 0.00 |
| Total Weight: | 0.92 | | |
| | 266 | Amount due | 1,930.08 |

Circuit City

# Detailed ASN Report

**ASN:** ORD142756

**Date Shipped:** 12/2/08  8:39 am          **Shipped To:**  8956757

| Number of docs: | 1 | Number of Pallets or Cartons: 1 | | Weight: | 266.0 LB |
|---|---|---|---|---|---|

**Ship To:**   C775
            0775 Circuit City Groveland

**Carrier :**   RDWY          **Pro #:**  875-409380-7

**Document #:**  ORD142756          **PO #:**  2206271
**Order date :**  11/26/2008

| Pallet or Carton ID | Unpacked items Packed Items | (Master Carton) | (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000117152-0 | | | | | |
| | AC -101   - | 1 | | 24 | 24 |
| | CVL-1064RB- | 3 | | 72 | 72 |
| | AC -840   - | 2 | | 48 | 48 |
| | AC -740   - | 7 | | 168 | 168 |
| | AC -208   - | 1 | | 24 | 24 |

Sender: 01 008956757 008956757
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI

Production Data: Yes
Ack Required: No

Interchange No: 2959
Functional Group No: 2959
Transaction Set No: 29590005

Created: 2008/11/26 15:32
Received: 2008/11/26 13:47
Printed: 2008/11/26 13:50





Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2206271
Date: 2008/11/26

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/10

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/09

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/11

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identfcatn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identfctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 077S

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 48
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 12.37
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC840

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 168
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 5
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

Trans Totals (CTT)>:
Number Of Line Items: 5

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| | Date | Page |
|---|---|---|
| | Dec. 8, 2008 | 1 |
| | Invoice Number | |
| | IN150424 | |

Shipped from Location:
**MAIN**

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0353 Circuit City Walnut
Industry Brown Goods
680 S. Lemon Avenue
Walnut, CA, 91789

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2206269 | CIRCUI | UPS Orange 3-day Service | UPSN | 12/8/2008 | 071030 | Feb 6, 2009 | Net 60 Days | ORD142754 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 48 | 48 | 0 | AC -101  - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 186.24 |
| 48 | 48 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL-1064 | 646422-10047-0 | 3.61 | EA | 173.28 |
| 24 | 24 | 0 | AC -208  - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 134.88 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 5 | Total amount | 494.40 |
| Item Weight: | 78 | Less payment | 0.00 |
| Total Pallets: | 0.32 | Less pmt. disc | 0.00 |
| Total Weight: | 94 | Amount due | 494.40 |

Circuit City

# Detailed ASN Report

**ASN:**   ORD142754

**Date Shipped:** 12/8/08  8:45 am          **Shipped To:**   8956757

| Number of docs:   1 | Number of Pallets or Cartons: 5 | | Weight: | 78.0 LB |
|---|---|---|---|---|

**Ship To:**   C353
0353 Circuit City Walnut

**Carrier :**   UPSN          **Pro #:**  1ZA503R71253085306

**Document #:**   ORD142754          **PO #:** 2206269
**Order date :**   11/26/2008

| Pallet or Carton ID | Unpacked items | | | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| | Packed Items | *(Master Carton)* (Inner Carton) | | qty ordered | qty packed |
| (00) 0-0646422-000117477-7 | | | | | |
| | AC -101  - | | | 48 | 24 |
| (00) 0-0646422-000117478-4 | | | | | |
| | AC -101  - | | | 48 | 24 |
| (00) 0-0646422-000117479-1 | | | | | |
| | CVL-1064RB- | | | 48 | 24 |
| (00) 0-0646422-000117480-7 | | | | | |
| | CVL-1064RB- | | | 48 | 24 |
| (00) 0-0646422-000117481-4 | | | | | |
| | AC -208  - | | | 24 | 24 |

Sender: 01 008956757 008956757    Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI    Ack Required: No

Interchange No: 2959    Created: 2008/11/26 15:32
Functional Group No: 2959    Received: 2008/11/26 13:47
Transaction Set No: 29590003    Printed: 2008/11/26 13:50

142754

Bee See (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2206269
Date: 2008/11/26

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault



FOB Ref Instruct (FOB)>:
Shpmt Method Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45



Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/10

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/09

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/11

Ref Number (N9)>:
Refern Idenn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0353

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 48
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC10J

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 48
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

Trans Totals (CTT)>:
Number Of Line Items: 3



**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

## Invoice

| Date | Page |
|---|---|
| Dec 8, 2008 | 1 |

Invoice Number
IN150421

Shipped from Location:
MAIN

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0755 Circuit City Marion
Marion Brown Goods
1100 Circuit City Road
Marion, IL, 62959

| Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|
| 071030 | Feb 6, 2009 | Net 60 Days | ORD142878 |

| Ship Date | SCAC | Ship Via |
|---|---|---|
| 12/8/2008 | RDWY | Roadway |

| PO Number | Customer No. |
|---|---|
| 2215501 | CIRCUI |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 144 | 144 | 0 | AC -101  - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 558.72 |
| 168 | 168 | 0 | AC -201  - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 873.60 |
| 120 | 120 | 0 | AC -634  - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 606.00 |
| 96 | 96 | 0 | CVL-1124RB- | 10075 SLV Monitor / Lapel Mic | CVL1124 | 646422-10075-3 | 3.12 | EA | 299.52 |
| 312 | 312 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 1,126.32 |
| 96 | 96 | 0 | AC -840  - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 1,187.52 |
| 144 | 144 | 0 | AC -740  - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 727.20 |
| 72 | 72 | 0 | AC -208  - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 404.64 |

| | | |
|---|---|---|
| Total Packages: | 45 | |
| Item Weight: | 743 | |
| Total Pallets: | 2.95 | |
| Total Weight: | 891 | |

| | |
|---|---|
| Total amount | 5,783.52 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 5,783.52 |

Comments:

# Detailed ASN Report

**ASN:** ORD142878

**Date Shipped:** 12/8/08  2:59 pm          **Shipped To:** 8956757

| Number of docs: 1 | Number of Pallets or Cartons: 4 | Weight: | 891.0 LB |
|---|---|---|---|

**Ship To:**  C755
0755 Circuit City Marion

**Carrier :**  RDWY          **Pro #:** 875-409428-3

**Document #:** ORD142878          **PO #:** 2215501
**Order date :** 12/02/2008

| Pallet or Carton ID | Packed Items | Unpacked items *(Master Carton)* (Inner Carton) | | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000117548-1 | | | | | |
| | AC -101  - | 6 | | 144 | 144 |
| | AC -201  - | 7 | | 168 | 168 |
| (00) 1-0646422-000117549-8 | | | | | |
| | CVL-1064RB- | 13 | | 312 | 312 |
| (00) 1-0646422-000117550-4 | | | | | |
| | AC -634  - | 5 | | 120 | 120 |
| | AC -740  - | 6 | | 144 | 144 |
| (00) 1-0646422-000117551-1 | | | | | |
| | CVL-1124RB- | 1 | | 96 | 96 |
| | AC -840  - | 4 | | 96 | 96 |
| | AC -208  - | 3 | | 72 | 72 |

) PURCHASE ORDER    ASSET Doc No 24251R    PAGE NO:

Sender: 01 008956757 008956757                  Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI        Ack Required: No

Interchange No: 2964                Created: 2008/12/02 15:33
Functional Group No: 2964          Received: 2008/12/02 14:29
Transaction Set No: 29640005        Printed: 2008/12/02 14:37

142878

r Seg (P.O.) (BEG)>:
ns Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
. Number: 2215501
e: 2008/12/02

min Commun Contact (PER)>:
tact Funcln Code: (IC) INFORMATION CONTACT
me: 9776 Sharry Chenault

B Rel Instruct (FOB)>:
nt Mthd Of Pmt: (PP) PREPAID (BY SELLER)
ation Qualifier: (DE) DESTINATION (SHIPPING)

erred Terms Of Sale (ITD)>:
ms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
ms Net Days: 45

/Tm Ref (DTM)>:
te/Time Qualifier: (002) DELIVERY REQUESTED
te: 2008/12/17

/Tm Ref (DTM)>:
te/Time Qualifier: (064) DO NOT DELIVER BEFORE
te: 2008/12/16

/Tm Ref (DTM)>:
te/Time Qualifier: (063) DO NOT DELIVER AFTER
te: 2008/12/18

Number (N9)>:
ern Identn Qual: (IA) INTERNAL VENDOR NUMBER
erence Identifctn: 071030

me (N1)>:
tiy Identfr Code: (ST) SHIP TO
r Idfctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
ntification Code: 0755

), Baseline Item Data (PO1)>:
signed Identifctn: 1
antity Ordered: 144
t Or Bs Fr Msmn Cd: (EA) EACH
it Price: 3.88
ss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
oduct/Service Id: AC101

), Baseline Item Data (PO1)>:
signed Identifctn: 2
antity Ordered: 168
t Or Bs Fr Msmn Cd: (EA) EACH
it Price: 5.20
ss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
oduct/Service Id: AC201

), Baseline Item Data (PO1)>:
signed Identifctn: 3
antity Ordered: 120
t Or Bs Fr Msmn Cd: (EA) EACH
it Price: 5.05
ss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
oduct/Service Id: AC634

), Baseline Item Data (PO1)>:
signed Identifctn: 4
antity Ordered: 96
t Or Bs Fr Msmn Cd: (EA) EACH
it Price: 3.12
ss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
oduct/Service Id: CVL1124

), Baseline Item Data (PO1)>:
signed Identifctn: 5
antity Ordered: 312
t Or Bs Fr Msmn Cd: (EA) EACH
it Price: 3.61
ss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
oduct/Service Id: CVL1064

), Baseline Item Data (PO1)>:
signed Identifctn: 6
antity Ordered: 96
t Or Bs Fr Msmn Cd: (EA) EACH
it Price: 12.37
ss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
oduct/Service Id: AC840

), Baseline Item Data (PO1)>:
signed Identifctn: 7
antity Ordered: 144
t Or Bs Fr Msmn Cd: (EA) EACH
it Price: 5.05
ss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
oduct/Service Id: AC740

), Baseline Item Data (PO1)>:
signed Identifctn: 8
antity Ordered: 72
t Or Bs Fr Msmn Cd: (EA) EACH
it Price: 5.62
ss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
oduct/Service Id: AC208

ns Totals (CTT)>:
mber Of Line Items: 8

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA. 23233-1464

**Ship To:**
0755 Circuit City Marion
Marion Brown Goods
1100 Circuit City Road
Marion, IL. 62959

## Invoice

| Date | Page |
|---|---|
| Dec. 8, 2008 | 1 |

Invoice Number: IN150422
Shipped from Location: MAIN

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2218913 | CIRCUI | Roadway | RDWY | 12/8/2008 | 071030 | Feb 6, 2009 | Net 60 Days | ORD143005 |

| Qty Ord. | Qty Ship. | Qty B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 24 | 24 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 312.48 |
| 16 | 16 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 167.04 |
| 192 | 192 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 1,140.48 |
| 166 | 166 | 0 | CA-3402 - | 00129 SLV 3pc | CA3402 | 646422-00129-6 | 22.77 | EA | 3,779.82 |

Comments:

| Total Packages: | 117 | Total amount | 5,399.82 |
|---|---|---|---|
| Item Weight: | 2,504 | Less payment | 0.00 |
| Total Pallets: | 4.92 | Less pmt. disc | 0.00 |
| Total Weight: | 2,750 | Amount due | 5,399.82 |

# Detailed ASN Report

**ASN:**        ORD143005

**Date Shipped:** 12/8/08  2:51 pm        **Shipped To:**  8956757

| Number of docs:   1 | Number of Pallets or Cartons: 5 | Weight: | 2,750.0 LB |
| --- | --- | --- | --- |

**Ship To:**        C755

0755 Circuit City Marion

**Carrier :**        RDWY        **Pro #:**  875-409428-3

**Document #:**   ORD143005        **PO #:** 2218913

**Order date :**   12/04/2008

| Pallet or Carton ID | Packed Items | Unpacked items _(Master Carton)_ (Inner Carton) | | qty ordered / qty ordered | qty unpacked / qty packed |
| --- | --- | --- | --- | --- | --- |
| (00) 1-0646422-000117543-6 | | | | | |
| | CA -2014RB- | 24 | | 192 | 192 |
| (00) 1-0646422-000117544-3 | | | | | |
| | CA -3402 - | 24 | | 166 | 48 |
| (00) 1-0646422-000117545-0 | | | | | |
| | CA -3402 - | 24 | | 166 | 48 |
| (00) 1-0646422-000117546-7 | | | | | |
| | CA -3402 - | 24 | | 166 | 48 |
| (00) 1-0646422-000117547-4 | | | | | |
| | CA -2022RB- | 6 | | 24 | 24 |
| | CA -3001RB- | 4 | | 16 | 16 |
| | CA -3402 - | 11 | | 166 | 22 |

850 PURCHASE ORDER    ASSET Doc No 24328R    PAGE

Sender: 01 008956757 008956757         Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI    Ack Required: No


143005

Interchange No: 2967              Created: 2008/12/04 15:32
Functional Group No: 2967          Received: 2008/12/04 13:58
Transaction Set No: 29670005       Printed: 2008/12/04 14:07

Bee See (P.O.) (BEG)>:
Trans Set Purc Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2218913
Date: 2008/12/04

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/17

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/16

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/18

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identifr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0755

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 16
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 192
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 166
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 22.77
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3402

Trans Totals (CTT)>:
Number Of Line Items: 4

## Cyber Acoustics

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| Date | Page |
|---|---|
| Dec. 9, 2008 | 1 |

Invoice Number
IN150477

Shipped from Location:
MAIN

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0255 Circuit City Bethlehem P
Bethlehem Brown Goods
4000 Township Line Rd.
Bethlehem, PA, 18020

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2218909 | CIRCUI | Roadway | RDWY | 12/9/2008 | 071030 | Feb 7, 2009 | Net 60 Days | ORD143001 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 64 | 64 | 0 | CA-202ZRB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 833.28 |
| 68 | 68 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 709.92 |
| 1,056 | 1,056 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 6,272.64 |
| 342 | 342 | 0 | CA-3402 - | 00129 SLV 3cc | CA3402 | 646422-00129-6 | 22.77 | EA | 7,787.34 |

Comments:

| | |
|---|---|
| Total Packages: | 336 |
| Item Weight: | 7.063 |
| Total Pallets: | 14.05 |
| Total Weight: | 7,765 |

| | |
|---|---|
| Total amount | 15,603.18 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 15,603.18 |

# Detailed ASN Report

**ASN:** ORD143001

**Date Shipped:** 12/9/08   9:33 am        **Shipped To:** 8956757

| Number of docs: 1 | Number of Pallets or Cartons: 14 | | Weight: | 7,765.0 LB |
|---|---|---|---|---|

**Ship To:** C255
0255 Circuit City Bethlehem P

**Carrier :** RDWY          Pro #:  875-409436-6

**Document #:** ORD143001                     **PO #:** 2218909
**Order date :** 12/04/2008

| Pallet or Carton ID | Packed Items | *(Master Carton)* (Inner Carton) | qty ordered / qty ordered | qty unpacked / qty packed |
|---|---|---|---|---|
| (00) 1-0646422-000117631-0 | CA -2022RB- | 16 | 64 | 64 |
| (00) 1-0646422-000117632-7 | CA -3402 - | 24 | 342 | 48 |
| (00) 1-0646422-000117633-4 | CA -3402 - | 24 | 342 | 48 |
| (00) 1-0646422-000117634-1 | CA -3402 - | 24 | 342 | 48 |
| (00) 1-0646422-000117635-8 | CA -3402 - | 24 | 342 | 48 |
| (00) 1-0646422-000117636-5 | CA -3402 - | 24 | 342 | 48 |
| (00) 1-0646422-000117637-2 | CA -3402 - | 24 | 342 | 48 |
| (00) 1-0646422-000117638-9 | CA -3402 - | 24 | 342 | 48 |
| (00) 1-0646422-000117639-6 | CA -3001RB- | 17 | 68 | 68 |
|  | CA -2014RB- | 12 | 1,056 | 96 |
|  | CA -3402 - | 3 | 342 | 6 |
| (00) 1-0646422-000117640-2 | CA -2014RB- | 24 | 1,056 | 192 |
| (00) 1-0646422-000117641-9 | CA -2014RB- | 24 | 1,056 | 192 |
| (00) 1-0646422-000117642-6 | CA -2014RB- | 24 | 1,056 | 192 |
| (00) 1-0646422-000117643-3 | CA -2014RB- | 24 | 1,056 | 192 |
| (00) 1-0646422-000117644-0 | CA -2014RB- | 24 | 1,056 | 192 |

1

150  PURCHASE ORDER    ASSET Doc No 24324R    PAGE NO. 1

Sender: 01 008956757 008956757                Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI       Ack Required: No

Interchange No: 2967              Created: 2008/12/04 15:32
Functional Group No: 2967        Received: 2008/12/04 13:57
Transaction Set No: 29670001     Printed: 2008/12/04 14:07

143001

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2218909
Date: 2008/12/04

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/17

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/16

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/18

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identfctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identfctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0255

P.O. Baseline Item Data (PO1)>:
Assigned Identfctn: 1
Quantity Ordered: 64
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identfctn: 2
Quantity Ordered: 68
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identfctn: 3
Quantity Ordered: 1056
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

P.O. Baseline Item Data (PO1)>:
Assigned Identfctn: 4
Quantity Ordered: 342
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 22.77
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3402

Trans Totals (CTT)>:
Number Of Line Items: 4

# Cyber Acoustics

**Invoice**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0255 Circuit City Bethlehem P
Bethlehem Brown Goods
4000 Township Line Rd
Bethlehem, PA, 18020

| Date | Dec 9, 2008 |
|---|---|
| Invoice Number | IN150478 |
| Page | 1 |

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2215497 | CIRCUI | Roadway | RDWY | 12/9/2008 | 071030 | Feb 7, 2009 | Net 60 Days | ORD142874 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 384 | 384 | 0 | AC-101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 1,489.92 |
| 360 | 360 | 0 | AC-201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 1,872.00 |
| 264 | 264 | 0 | AC-634 - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 1,333.20 |
| 192 | 192 | 0 | CVL-1124RB- | 10075 SLV Monitor / Lapel Mic | CVL1124 | 646422-10075-3 | 3.12 | EA | 599.04 |
| 552 | 552 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 1,992.72 |
| 120 | 120 | 0 | AC-840 - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 1,484.40 |
| 336 | 336 | 0 | AC-740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 1,696.80 |
| 168 | 168 | 0 | AC-208 - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 944.16 |

Comments:

| | |
|---|---|
| Total Packages: | 93 |
| Item Weight: | 1,530 |
| Total Pallets: | 6.09 |
| Total Weight: | 1,835 |

| | |
|---|---|
| Total amount | 11,412.24 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 11,412.24 |





PALLET CONFIGURATION WORKSHEET

| Order # | ORD142874 | | Ship To | 0255 Circuit City Bethlehem P |
|---|---|---|---|---|
| PO # | 2215497 | | | Bethlehem Brown Goods |
| Ship Via | Roadway | | | 4000 Township Line Rd. |
| PRO # | 875-4094366 | | | Bethlehem, PA 18020 |

| Item Number | UNITS per PALLET | CASE QTY | TOTAL MASTER | TOTAL INNER | TOTAL EA | BOXES ON PALLET | | PALLET |
|---|---|---|---|---|---|---|---|---|
| AC -101  - | 384 | 384 | 16 | | | 16 | | Pallet # 1 |
| AC -201  - | 360 | 360 | 15 | | | 15 | Open | Pallet # 2 |
| AC -208  - | 168 | 168 | 7 | | | 7 | Open | Pallet # 4 |
| AC -634  - | 264 | 264 | 11 | | | 11 | Open | Pallet # 3 |
| AC -740  - | 336 | 336 | 14 | | | 14 | Open | Pallet # 5 |
| AC -840  - | 120 | 120 | 5 | | | 5 | Open | Pallet # 4 |
| CVL-1064RB- | 432 | 552 | 23 | | | 18 | | Pallet # 6 |
| | 120 | | | | | 5 | Open | Pallet # 5 |
| CVL-1124RB- | 192 | 192 | 2 | | | 2 | Open | Pallet # 5 |
| | | | | | | | | |
| **Totals** | | | 93 | 0 | 0 | | | 6.01 |

Total Weight          0.00          # of Pallets Actual    6

850 PURCHASE ORDER    ASSET Doc No 24247R    PAGE 1

Sender: 01 008956757 008956757
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI

Production Data: Yes
Ack Required: No

Interchange No: 2964
Functional Group No: 2964
Transaction Set No: 29640001

Created: 2008/12/02 15:33
Received: 2008/12/02 14:29
Printed: 2008/12/02 14:37

142874

Bee See (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2215497
Date: 2008/12/02

Admin Commun Contact (PER)>:
Contact Funcin Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault



FOB Rel Instruct (FOB)>:
Shpmt Mthd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45



Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/17

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/16

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/18

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0255

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 384
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 360
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 264
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 192
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.12
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1124

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 5
Quantity Ordered: 552
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 6
Quantity Ordered: 120
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 12.37
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC840

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 7
Quantity Ordered: 336
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 8
Quantity Ordered: 168
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

Trans Totals (CTT)>:
Number Of Line Items: 8

# Cyber Acoustics

**Invoice**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

| Date | Page |
|---|---|
| Dec. 9, 2008 | 1 |
| Invoice Number | |
| IN150475 | |

Shipped from Location:
**MAIN**

Sold To:
Circuit City
DIP #08-35653
Attn.: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA. 23233-1464

Ship To:
0567 Circuit City Ardmore
(Ardmore Browns Goods)
1901 Cooper Dr.
Ardmore, OK. 73401

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2218912 | CIRCUI | Roadway | RDWY | 12/9/2008 | 071030 | Feb 7, 2009 | Net 60 Days | ORD143004 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 16 | 16 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 208.32 |
| 12 | 12 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 125.28 |
| 160 | 160 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 950.40 |
| 98 | 98 | 0 | CA-3402 - | 00129 SLV 3pc | CA3402 | 646422-00129-6 | 22.77 | EA | 2,231.46 |

Comments:

| | |
|---|---|
| Total Packages: | 76 |
| Item Weight: | 1,617 |
| Total Pallets: | 3.19 |
| Total Weight: | 1,777 |

| | | |
|---|---|---|
| Total amount | | 3,515.46 |
| Less payment | | 0.00 |
| Less pmt. disc | | 0.00 |
| Amount due | | 3,515.46 |

Circuit City

# Detailed ASN Report

| | | | | |
|---|---|---|---|---|
| **ASN:** | ORD143004 | | | |
| **Date Shipped:** | 12/9/08   9:46 am | **Shipped To:** | 8956757 | |

| | | **Number of Pallets or Cartons:** 3 | **Weight:** | 1,777.0 LB |
|---|---|---|---|---|
| **Number of docs:** 1 | | | | |

**Ship To:**  C567
0567 Circuit City Ardmore

**Carrier :**  RDWY          **Pro #:**  875-409437-5

**Document #:**  ORD143004          **PO #:**  2218912
**Order date :**  12/04/2008

| Pallet or Carton ID | Unpacked items | | | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| | Packed Items *(Master Carton)* (Inner Carton) | | | qty ordered | qty packed |
| (00) 1-0646422-000117652-5 | | | | | |
| | CA -3402 - | 24 | | 98 | 48 |
| (00) 1-0646422-000117653-2 | | | | | |
| | CA -3402 - | 24 | | 98 | 48 |
| (00) 1-0646422-000117654-9 | | | | | |
| | CA -2022RB- | 4 | | 16 | 16 |
| | CA -3001RB- | 3 | | 12 | 12 |
| | CA -2014RB- | 20 | | 160 | 160 |
| | CA -3402 - | 1 | | 98 | 2 |

850  PURCHASE ORDER    ASSET Doc No 24327R  PAGE

---

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

Interchange No: 2967          Created: 2008/12/04 15:32
Functional Group No: 2967          Received: 2008/12/04 13:57
Transaction Set No: 29670004          Printed: 2008/12/04 14:07

143004

---

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2218912
Date: 2008/12/04

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Mthd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/17

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/16

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/18

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0567

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 16
Unt Or Bs Fr Msurn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 12
Unt Or Bs Fr Msurn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 160
Unt Or Bs Fr Msurn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 98
Unt Or Bs Fr Msurn Cd: (EA) EACH
Unit Price: 22.77
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3402

Trans Totals (CTT)>:
Number Of Line Items: 4

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0567 Circuit City Ardmore
(Ardmore Browns Goods)
1901 Cooper Dr.
Ardmore, OK, 73401

# Invoice

| Date | Dec. 9, 2008 |
|---|---|
| Invoice Number | IN150476 |
| Page | 1 |

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2215500 | CIRCUI | Roadway | RDWY | 12/9/2008 | 071030 | Feb 7, 2009 | Net 60 Days | ORD142877 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 24 | 24 | 0 | AC -101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 93.12 |
| 120 | 120 | 0 | AC -201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 624.00 |
| 48 | 48 | 0 | AC -634 - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 242.40 |
| 168 | 168 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 606.48 |
| 72 | 72 | 0 | AC -840 - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 890.64 |
| 96 | 96 | 0 | AC -740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 484.80 |
| 24 | 24 | 0 | AC -208 - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 134.88 |

Comments:

| | |
|---|---|
| Total Packages: | 23 |
| Item Weight: | 3~7 |
| Total Pallets: | 1.51 |
| Total Weight: | 453 |

| | |
|---|---|
| Total amount | 3,076.32 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 3,076.32 |

# Detailed ASN Report

**ASN:**  ORD142877

**Date Shipped:** 12/9/08  9:48 am          **Shipped To:**  8956757

| Number of docs: | 1 | Number of Pallets or Cartons: | 2 | | Weight: | 453.0 LB |
|---|---|---|---|---|---|---|

**Ship To:**   C567
0567 Circuit City Ardmore

**Carrier :**   RDWY          **Pro #:**  875-409437-5

**Document #:**   ORD142877          **PO #:**  2215500
**Order date :**   12/02/2008

| | Unpacked items | | | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| Pallet or Carton ID | Packed Items | *(Master Carton)* *(Inner Carton)* | | qty ordered | qty packed |
| (00) 1-0646422-000117655-6 | | | | | |
| | AC -634   - | 2 | | 48 | 48 |
| | CVL-1064RB- | 7 | | 168 | 68 |
| | AC -740   - | 4 | * | 96 | 96 |
| (00) 1-0646422-000117656-3 | | | | | |
| | AC -101   - | 1 | | 24 | 24 |
| | AC -201   - | 5 | | 120 | 120 |
| | AC -840   - | 3 | | 72 | 72 |
| | AC -208   - | 1 | | 24 | 24 |

850  PURCHASE ORDER    ASSET Doc No 24250R    PAGE

---

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI    Ack Required: No

Interchange No: 2964          Created: 2008/12/02 15:33
Functional Group No: 2964     Received: 2008/12/02 14:29
Transaction Set No: 29640004  Printed: 2008/12/02 14:37

142877

---

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2215500
Date: 2008/12/02

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault



FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/17

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/16



Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/18

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfn Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0567

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 120
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 48
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 168
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 5
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 12.37
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC840

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 6
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 7
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

Trans Totals (CTT)>:
Number Of Line Items: 7

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0775 Circuit City Groveland
Groveland Brown Goods
19925 Independence Blvd.
Groveland, FL, 34736

## Invoice

| Date | Dec 9, 2008 | Page 1 |
| --- | --- | --- |
| Invoice Number | IN150479 | |

Shipped from Location: **MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2215502 | CIRCUI | Roadway | RDWY | 12/9/2008 | 071030 | Feb 7, 2009 | Net 60 Days | ORD142879 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 192 | 192 | 0 | AC-101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 744.96 |
| 192 | 192 | 0 | AC-201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 998.40 |
| 144 | 144 | 0 | AC-634 - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 727.20 |
| 96 | 96 | 0 | CVL-1124RB- | 10075 SLV Monitor / Lapel Mic | CVL1124 | 646422-10075-3 | 3.12 | EA | 299.52 |
| 240 | 240 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 866.40 |
| 96 | 96 | 0 | AC-840 - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 1,187.52 |
| 288 | 288 | 0 | AC-740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 1,454.40 |
| 96 | 96 | 0 | AC-208 - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 539.52 |

Comments:

| | |
| --- | --- |
| Total Packages: | 53 |
| Total amount | 6,817.92 |
| Item Weight: | 883 |
| Less payment | 0.00 |
| Total Pallets: | 3.51 |
| Less pmt. disc | 0.00 |
| Total Weight: | 1,059 |
| Amount due | 6,817.92 |

Circuit City

# Detailed ASN Report

**ASN:**　　　　ORD142879

**Date Shipped:** 12/9/08　9:50 am　　　　　**Shipped To:**　8956757

| Number of docs: | 1 | Number of Pallets or Cartons: 4 | | Weight: | 1,059.0 LB |
|---|---|---|---|---|---|

**Ship To:**　　　C775

　　　　　　　　0775 Circuit City Groveland

**Carrier :**　　　RDWY　　　　　**Pro #:**　875-409438-4

**Document #:**　ORD142879　　　　　　　　**PO #:** 2215502
**Order date :**　12/02/2008

| Pallet or Carton ID | Packed Items | Unpacked items (Master Carton) | (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000117657-0 | | | | | |
| | AC -101　- | 8 | | 192 | 192 |
| | AC -201　- | 8 | | 192 | 192 |
| (00) 1-0646422-000117658-7 | | | | | |
| | AC -634　- | 6 | | 144 | 144 |
| (00) 1-0646422-000117659-4 | | | | | |
| | CVL-1064RB- | 10 | | 240 | 240 |
| | AC -740　- | 12 | | 288 | 288 |
| (00) 1-0646422-000117660-0 | | | | | |
| | CVL-1124RB- | 1 | | 96 | 96 |
| | AC -840　- | 4 | | 96 | 96 |
| | AC -208　- | 4 | | 96 | 96 |