Circuit City

# Detailed ASN Report

**ASN:** ORD143823

**Date Shipped:** 1/6/09 8:36 am **Shipped To:** 8956757

**Number of docs:** 1 **Number of Pallets or Cartons:** 2 **Weight:** 316.0 LB

**Ship To:** C775
0775 Circuit City Groveland

**Carrier :** RDWY **Pro #:** 875-292337-X

**Document #:** ORD143823 **PO #:** 2245141
**Order date :** 12/31/2008

| Pallet or Carton ID | Unpacked items / Packed Items | (Master Carton) | (Inner Carton) | qty ordered / qty ordered | qty unpacked / qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000119299-0 | | | | | |
| | AC -101 - | 5 | | 120 | 120 |
| | CVL-1064RB- | 4 | | 96 | 96 |
| (00) 1-0646422-000119300-3 | | | | | |
| | AC -201 - | 3 | | 72 | 72 |
| | AC -634 - | 4 | | 96 | 96 |

Sender: 01 008956757 008956757 Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI Ack Required: No

Interchange No: 3004 Created: 2008/12/30 21:22
Functional Group No: 3004 Received: 2008/12/31 09:20
Transaction Set No: 30040005 Printed: 2008/12/31 09:23

143823

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2245141
Date: 2008/12/30

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)



Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/14

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/13

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/15

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0775

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 120
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

Trans Totals (CTT)>:
Number Of Line Items: 4

Cyber Acoustics

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

# Invoice

| Date | Page |
|---|---|
| Jan 9, 2009 | 1 |
| Invoice Number | |
| IN151678 | |

Shipped from Location: **MAIN**

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0344 Circuit City Livermore
Livermore Brown Goods
400 Long Fellow Court
Livermore, CA, 94550

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2244900 | CIRCUI | Roadway | RDWY | 1/9/2009 | 071030 | Mar 10, 2009 | Net 60 Days | ORD143800 |

| Qty. Ord. | Qty. Shp. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 32 | 32 | 0 | CA -2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 416.64 |
| 68 | 68 | 0 | CA -3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 1,144.44 |
| 44 | 44 | 0 | CA -3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 459.36 |
| 72 | 72 | 0 | CA -2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 427.68 |

Comments:

| | |
|---|---|
| Total Packages: | 62 |
| Item Weight: | 1,006 |
| Total Pallets: | 2.23 |
| Total Weight: | 1,117 |

| | |
|---|---|
| Total amount | 2,448.12 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 2,448.12 |

Circuit City

# Detailed ASN Report

**ASN:** ORD143800

**Date Shipped:** 1/9/09 11:09 am **Shipped To:** 8956757

**Number of docs:** 1 **Number of Pallets or Cartons:** 2 **Weight:** 1,150.0 LB

**Ship To:** C344
0344 Circuit City Livermore

**Carrier :** RDWY **Pro #:** 875-292369-0

**Document #:** ORD143800 **PO #:** 2244900

**Order date :** 12/30/2008

| Pallet or Carton ID | Unpacked items / Packed Items | (Master Carton) | (Inner Carton) | qty ordered / qty ordered | qty unpacked / qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000119435-2 | CA -3090RB- | 32 | | 68 | 64 |
| (00) 1-0646422-000119436-9 | CA -2022RB- | 8 | | 32 | 32 |
| | CA -3090RB- | 2 | | 68 | 4 |
| | CA -3001RB- | 11 | | 44 | 44 |
| | CA -2014RB- | 9 | | 72 | 72 |

Sender: 01 008956757 008956757
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI
Production Data: Yes
Ack Required: No

Interchange No: 3000
Functional Group No: 3000
Transaction Set No: 30000002
Created: 2008/12/30 13:31
Received: 2008/12/30 10:43
Printed: 2008/12/30 10:44



143800

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2244900
Date: 2008/12/30

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan



FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/14

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/13



Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/15

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0344

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 32
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 68
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 16.83
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 44
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

Trans Totals (CTT)>:
Number Of Line Items: 4

Cyber Acoustics

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

# Invoice

| Date | Page |
|---|---|
| Jan 9, 2009 | 1 |
| Invoice Number | |
| IN151679 | |

Shipped from Location: **MAIN**

Sold To:
Circuit CIty
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0353 Circuit City Walnut
Industry Brown Goods
680 S. Lemon Avenue
Walnut, CA, 91789

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2244901 | CIRCUI | Roadway | RDWY | 1/9/2009 | 071030 | Mar 10, 2009 | Net 60 Days | ORD143801 |

| Qty. Ord. | Qty. Shp. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 24 | 24 | 0 | CA -2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 312.48 |
| 32 | 32 | 0 | CA -3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 538.56 |
| 52 | 52 | 0 | CA -3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 542.88 |
| 120 | 120 | 0 | CA -2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 712.80 |

Comments:

| | |
|---|---|
| Total Packages: | 50 |
| Item Weight: | 872 |
| Total Pallets: | 1.86 |
| Total Weight: | 965 |

| | |
|---|---|
| Total amount | 2,106.72 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 2,106.72 |

Circuit City

# Detailed ASN Report

SN: ORD143801

ate Shipped: 1/9/09 11:08 am  **Shipped To:** 8956757

**umber of docs:** 1  **Number of Pallets or Cartons:** 2  **Weight:** 1,004.0 LB

**hip To:** C353
0353 Circuit City Walnut

**arrier :** RDWY  **Pro #:** 875-292370-X

**ocument #:** ORD143801  **PO #:** 2244901
**rder date :** 12/30/2008

| Pallet or Carton ID | Unpacked items / Packed Items | (Master Carton) | (Inner Carton) | qty ordered / qty ordered | qty unpacked / qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000119433-8 | | | | | |
| | CA -3001RB- | 13 | | 52 | 52 |
| | CA -2014RB- | 15 | | 120 | 120 |
| (00) 1-0646422-000119434-5 | | | | | |
| | CA -2022RB- | 6 | | 24 | 24 |
| | CA -3090RB- | 16 | | 32 | 32 |

Sender: 01 008956757 008956757
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI
Production Data: Yes
Ack Required: No



143801

Interchange No: 3000
Functional Group No: 3000
Transaction Set No: 30000003
Created: 2008/12/30 13:31
Received: 2008/12/30 10:43
Printed: 2008/12/30 10:44

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2244901
Date: 2008/12/30

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan



FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/14



Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/13

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/15

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0353

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 32
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 16.83
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 52
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 120
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

Trans Totals (CTT)>:
Number Of Line Items: 4

Cyber Acoustics

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

# Invoice

| Date | Page |
|---|---|
| Jan 9, 2009 | 1 |
| Invoice Number | |
| IN151680 | |

Shipped from Location:
**MAIN**

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0344 Circuit City Livermore
Livermore Brown Goods
400 Long Fellow Court
Livermore, CA, 94550

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2245138 | CIRCUI | Roadway | RDWY | 1/9/2009 | 071030 | Mar 10, 2009 | Net 60 Days | ORD143820 |

| Qty. Ord. | Qty. Shp. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 96 | 96 | 0 | AC -101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 372.48 |
| 48 | 48 | 0 | AC -201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 249.60 |
| 48 | 48 | 0 | AC -740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 242.40 |
| 24 | 24 | 0 | AC -208 - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 134.88 |

Comments:

| | |
|---|---|
| Total Packages: | 9 |
| Item Weight: | 148 |
| Total Pallets: | 0.58 |
| Total Weight: | 177 |

| | |
|---|---|
| Total amount | 999.36 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 999.36 |

Circuit City

# Detailed ASN Report

**ASN:** ORD143820

**Date Shipped:** 1/9/09 11:11 am **Shipped To:** 8956757

**Number of docs:** 1 **Number of Pallets or Cartons:** 1 **Weight:** 177.0 LB

**Ship To:** C344
0344 Circuit City Livermore

**Carrier :** RDWY **Pro #:** 875-292369-0

**Document #:** ORD143820 **PO #:** 2245138

**Order date :** 12/31/2008

| Pallet or Carton ID | Unpacked items / Packed Items | (Master Carton) | (Inner Carton) | qty ordered / qty ordered | qty unpacked / qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-00011943 7-6 | | | | | |
| | AC -101 - | 4 | | 96 | 96 |
| | AC -201 - | 2 | | 48 | 48 |
| | AC -740 - | 2 | | 48 | 48 |
| | AC -208 - | 1 | | 24 | 24 |

Sender: 01 008956757 008956757 Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI Ack Required: No

Interchange No: 3004
Functional Group No: 3004
Transaction Set No: 30040002

Created: 2008/12/30 21:22
Received: 2008/12/31 09:20
Printed: 2008/12/31 09:23

143820

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2245138
Date: 2008/12/30

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault



FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45



Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/14

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/13

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/15

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0344

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 48
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 48
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

Trans Totals (CTT)>:
Number Of Line Items: 4

Cyber Acoustics

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

# Invoice

| Date | Page |
|---|---|
| Jan 6, 2009 | 1 |
| Invoice Number | |
| IN151495 | |

Shipped from Location: **MAIN**

Sold To:
Circuit CIty
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0567 Circuit City Ardmore
(Ardmore Browns Goods)
1901 Cooper Dr.
Ardmore, OK, 73401

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2244902 | CIRCUI | Roadway | RDWY | 1/6/2009 | 071030 | Mar 7, 2009 | Net 60 Days | ORD143802 |

| Qty. Ord. | Qty. Shp. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 48 | 48 | 0 | CA -2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 624.96 |
| 72 | 72 | 0 | CA -3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 1,211.76 |
| 72 | 72 | 0 | CA -3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 751.68 |
| 152 | 152 | 0 | CA -2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 902.88 |

Comments:

| | |
|---|---|
| Total Packages: | 85 |
| Item Weight: | 1,436 |
| Total Pallets: | 3.15 |
| Total Weight: | 1,593 |

| | |
|---|---|
| Total amount | 3,491.28 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 3,491.28 |

Circuit City

# Detailed ASN Report

**ASN:** ORD143802

**Date Shipped:** 1/6/09 8:27 am **Shipped To:** 8956757

**Number of docs:** 1 **Number of Pallets or Cartons:** 4 **Weight:** 1,647.0 LB

**Ship To:** C567
0567 Circuit City Ardmore

**Carrier :** RDWY **Pro #:** 875-292339-8

**Document #:** ORD143802 **PO #:** 2244902

**Order date :** 12/30/2008

| Pallet or Carton ID | Unpacked items / Packed Items | (Master Carton) | (Inner Carton) | qty ordered / qty ordered | qty unpacked / qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000119278-5 | | | | | |
| | CA -3090RB- | 32 | | 72 | 64 |
| (00) 1-0646422-000119279-2 | | | | | |
| | CA -2022RB- | 12 | | 48 | 48 |
| | CA -3090RB- | 4 | | 72 | 8 |
| (00) 1-0646422-000119280-8 | | | | | |
| | CA -3001RB- | 18 | | 72 | 72 |
| (00) 1-0646422-000119281-5 | | | | | |
| | CA -2014RB- | 19 | | 152 | 152 |

850 PURCHASE ORDER

Sender: 01 008956757 008956757
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI
Production Data: Yes
Ack Required: No

Interchange No: 3000
Functional Group No: 3000
Transaction Set No: 30000004
Created: 2008/12/30 13:31
Received: 2008/12/30 10:43
Printed: 2008/12/30 10:44

143802

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2244902
Date: 2008/12/30

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/14

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/13

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/15

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0567

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 48
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 16.83
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 152
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

Trans Totals (CTT)>:
Number Of Line Items: 4

Cyber Acoustics

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

# Invoice

| Date | Page |
|---|---|
| Jan 6, 2009 | 1 |
| Invoice Number | |
| IN151498 | |

Shipped from Location: **MAIN**

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0567 Circuit City Ardmore
(Ardmore Browns Goods)
1901 Cooper Dr.
Ardmore, OK, 73401

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2245139 | CIRCUI | Roadway | RDWY | 1/6/2009 | 071030 | Mar 7, 2009 | Net 60 Days | ORD143821 |

| Qty. Ord. | Qty. Shp. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 24 | 24 | 0 | AC -201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 124.80 |
| 96 | 96 | 0 | CVL-1124RBK | 10075 SLV Monitor / Lapel Mic | CVL1124 | 646422-10075-3 | 3.12 | EA | 299.52 |
| 96 | 96 | 0 | AC -840 - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 1,187.52 |
| 24 | 24 | 0 | AC -740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 121.20 |

Comments:

| | |
|---|---|
| Total Packages: | 7 |
| Item Weight: | 148 |
| Total Pallets: | 0.50 |
| Total Weight: | 173 |

| | |
|---|---|
| Total amount | 1,733.04 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 1,733.04 |

Circuit City

# Detailed ASN Report

**ASN:** ORD143821

**Date Shipped:** 1/6/09 8:29 am **Shipped To:** 8956757

**Number of docs:** 1 **Number of Pallets or Cartons:** 1 **Weight:** 173.0 LB

**Ship To:** C567
0567 Circuit City Ardmore

**Carrier :** RDWY **Pro #:** 875-292339-8

**Document #:** ORD143821 **PO #:** 2245139
**Order date :** 12/31/2008

| Pallet or Carton ID | Unpacked items / Packed Items | (Master Carton) | (Inner Carton) | qty ordered / qty ordered | qty unpacked / qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000119282-2 | | | | | |
| | AC -201 - | 1 | | 24 | 24 |
| | CVL-1124RB- | 1 | | 96 | 96 |
| | AC -840 - | 4 | | 96 | 96 |
| | AC -740 - | 1 | | 24 | 24 |

Sender: 01 008956757 008956757 Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI Ack Required: No

Interchange No: 3004
Functional Group No: 3004
Transaction Set No: 30040003

Created: 2008/12/30 21:22
Received: 2008/12/31 09:20
Printed: 2008/12/31 09:23

143821

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2245139
Date: 2008/12/30

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault



FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45



Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/14

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/13

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/15

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0567

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.12
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1124

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 12.37
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC840

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

Trans Totals (CTT)>:
Number Of Line Items: 4

Cyber Acoustics

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

# Invoice

| Date | Page |
|---|---|
| Jan 6, 2009 | 1 |
| Invoice Number | |
| IN151494 | |

Shipped from Location: **MAIN**

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0255 Circuit City Bethlehem P
Bethlehem Brown Goods
4000 Township Line Rd.
Bethlehem, PA, 18020

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2244899 | CIRCUI | Roadway | RDWY | 1/6/2009 | 071030 | Mar 7, 2009 | Net 60 Days | ORD143799 |

| Qty. Ord. | Qty. Shp. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 96 | 96 | 0 | CA -2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 1,249.92 |
| 254 | 254 | 0 | CA -3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 4,274.82 |
| 144 | 144 | 0 | CA -3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 1,503.36 |
| 272 | 272 | 0 | CA -2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 1,615.68 |

Comments:

| | |
|---|---|
| Total Packages: | 221 |
| Item Weight: | 3,562 |
| Total Pallets: | 7.84 |
| Total Weight: | 3,954 |

| | |
|---|---|
| Total amount | 8,643.78 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 8,643.78 |

# Detailed ASN Report

**ASN:** ORD143799

**Date Shipped:** 1/6/09 8:30 am **Shipped To:** 8956757

**Number of docs:** 1 **Number of Pallets or Cartons:** 8 **Weight:** 4,062.0 LB

**Ship To:** C255
0255 Circuit City Bethlehem P

**Carrier :** RDWY **Pro #:** 875-292338-9

**Document #:** ORD143799
**Order date :** 12/30/2008 **PO #:** 2244899

| Pallet or Carton ID | Unpacked items / Packed Items | (Master Carton) | (Inner Carton) | qty ordered / qty ordered | qty unpacked / qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000119283-9 | | | | | |
| | CA -3090RB- | 32 | | 254 | 64 |
| (00) 1-0646422-000119284-6 | | | | | |
| | CA -3090RB- | 32 | | 254 | 64 |
| (00) 1-0646422-000119285-3 | | | | | |
| | CA -3090RB- | 32 | | 254 | 64 |
| (00) 1-0646422-000119286-0 | | | | | |
| | CA -3090RB- | 31 | | 254 | 62 |
| (00) 1-0646422-000119287-7 | | | | | |
| | CA -3001RB- | 32 | | 144 | 128 |
| (00) 1-0646422-000119288-4 | | | | | |
| | CA -2022RB- | 6 | | 96 | 24 |
| | CA -3001RB- | 4 | | 144 | 16 |
| | CA -2014RB- | 16 | | 272 | 80 |
| (00) 1-0646422-000119289-1 | | | | | |
| | CA -2014RB- | 24 | | 272 | 192 |
| (00) 1-0646422-000119290-7 | | | | | |
| | CA -2022RB- | 18 | | 96 | 72 |

Sender: 01 008956757 008956757
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI
Production Data: Yes
Ack Required: No

143799

Interchange No: 3000
Functional Group No: 3000
Transaction Set No: 30000001
Created: 2008/12/30 13:31
Received: 2008/12/30 10:43
Printed: 2008/12/30 10:44

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2244899
Date: 2008/12/30

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

PA

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/14

(1-6)

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/13

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/15

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0255

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 254
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 16.83
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 144
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 272
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

Trans Totals (CTT)>:
Number Of Line Items: 4

Cyber Acoustics

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

# Invoice

| Date | Page |
|---|---|
| Jan 6, 2009 | 1 |
| Invoice Number | |
| IN151497 | |

Shipped from Location: **MAIN**

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0255 Circuit City Bethlehem P
Bethlehem Brown Goods
4000 Township Line Rd.
Bethlehem, PA, 18020

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2245137 | CIRCUI | Roadway | RDWY | 1/6/2009 | 071030 | Mar 7, 2009 | Net 60 Days | ORD143819 |

| Qty. Ord. | Qty. Shp. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 24 | 24 | 0 | AC -634 - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 121.20 |
| 96 | 96 | 0 | CVL-1124RB- | 10075 SLV Monitor / Lapel Mic | CVL1124 | 646422-10075-3 | 3.12 | EA | 299.52 |
| 72 | 72 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 259.92 |
| 120 | 120 | 0 | AC -740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 606.00 |
| 24 | 24 | 0 | AC -208 - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 134.88 |

Comments:

| | |
|---|---|
| Total Packages: | 11 |
| Item Weight: | 170 |
| Total Pallets: | 0.69 |
| Total Weight: | 204 |

| | |
|---|---|
| Total amount | 1,421.52 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 1,421.52 |

Circuit City

# Detailed ASN Report

**ASN:** ORD143819

**Date Shipped:** 1/6/09 8:31 am **Shipped To:** 8956757

**Number of docs:** 1 **Number of Pallets or Cartons:** 1 **Weight:** 204.0 LB

**Ship To:** C255
0255 Circuit City Bethlehem P

**Carrier :** RDWY **Pro #:** 875-292338-9

**Document #:** ORD143819 **PO #:** 2245137
**Order date :** 12/31/2008

| Pallet or Carton ID | Unpacked items / Packed Items | (Master Carton) | (Inner Carton) | qty ordered / qty ordered | qty unpacked / qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000119292-1 | | | | | |
| | AC -634 - | 1 | | 24 | 24 |
| | CVL-1124RB- | 1 | | 96 | 96 |
| | CVL-1064RB- | 3 | | 72 | 72 |
| | AC -740 - | 5 | | 120 | 120 |
| | AC -208 - | 1 | | 24 | 24 |

Sender: 01 008956757 008956757 Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI Ack Required: No

143819

Interchange No: 3004 Created: 2008/12/30 21:22
Functional Group No: 3004 Received: 2008/12/31 09:20
Transaction Set No: 30040001 Printed: 2008/12/31 09:23

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2245137
Date: 2008/12/30

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

PA



Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

(1-6)

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/14

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/13

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/15

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0255

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.12
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1124

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 120
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 5
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

Trans Totals (CTT)>:
Number Of Line Items: 5