850 PURCHASE ORDER   ASSET Doc No 24252R   PAGE NO

Sender: 01 008956757 008956757                Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI      Ack Required: No

Interchange No: 2964              Created: 2008/12/02 15:33
Functional Group No: 2964         Received: 2008/12/02 14:29
Transaction Set No: 29640006      Printed: 2008/12/02 14:37

142879

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2215502
Date: 2008/12/02

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shmnt Method Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)



Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/17

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/16

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/18



Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifcn: 071030

Name (N1)>:
Entitv Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0775

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 192
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 192
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 144
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.12
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1124

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 5
Quantity Ordered: 240
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 6
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 12.37
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC840

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 7
Quantity Ordered: 288
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 8
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

Trans Totals (CTT)>:
Number Of Line Items: 8

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| Date | Dec. 9, 2008 | Page |
|---|---|---|
| Invoice Number | IN150480 | 1 |

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Ship To:**
0775 Circuit City Groveland
Groveland Brown Goods
19925 Independence Blvd.
Groveland, FL, 34736

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2218914 | CIRCUI | Roadway | RDWY | 12/9/2008 | 071030 | Feb 7, 2009 | Net 60 Days | ORD143006 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 232 | 232 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 1,378.08 |
| 106 | 106 | 0 | CA-3402 - / | 00129 SLV 3pc | CA3402 | 646422-00129-6 | 22.77 | EA | 2,413.62 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 82 | Total amount | 3,791.70 |
| Item Weight: | 1,746 | Less payment | 0.00 |
| Total Pallets: | 3.42 | Less pmt. disc | 0.00 |
| Total Weight: | 1,917 | Amount due | 3,791.70 |

# Detailed ASN Report

| ASN: | ORD143006 | | | | |
|---|---|---|---|---|---|
| Date Shipped: | 12/9/08   9:55 am | | Shipped To: | 8956757 | |
| Number of docs: | 1 | Number of Pallets or Cartons: 4 | | Weight: | 1,917.0 LB |

| Ship To: | C775 |
|---|---|
| | 0775 Circuit City Groveland |
| Carrier : | RDWY          Pro #: 875-409438-4 |

| Document #: | ORD143006 | PO #: 2218914 |
|---|---|---|
| Order date : | 12/04/2008 | |

| Pallet or Carton ID | Unpacked items | | | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| | Packed Items | *(Master Carton)* | *(Inner Carton)* | qty ordered | qty packed |
| (00) 1-0646422-000117661-7 | | | | | |
| | CA -3402  - | 24 | | 106 | 48 |
| (00) 1-0646422-000117662-4 | | | | | |
| | CA -3402  - | 24 | | 106 | 48 |
| (00) 1-0646422-000117663-1 | | | | | |
| | CA -2014RB- | 5 | | 232 | 40 |
| | CA -3402  - | 5 | | 106 | 10 |
| (00) 1-0646422-000117664-8 | | | | | |
| | CA -2014RB- | 24 | | 232 | 192 |

850  PURCHASE ORDER    ASSET Doc No 24329R    PAGE N

Sender: 01 008956757 008956757        Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI    Ack Required: No


143006

Interchange No: 2967        Created: 2008/12/04 15:32
Functional Group No: 2967    Received: 2008/12/04 13:58
Transaction Set No: 29670006    Printed: 2008/12/04 14:07

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2218914
Date: 2008/12/04

Admin Commn Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Di Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/17

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/16

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/18

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identifr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0775

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 232
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 106
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 22.77
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3402

Trans Totals (CTT)>:
Number Of Line Items: 2

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98662
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98662
Phone: (360) 883-0333
Fax: (360) 883-4888

# Invoice

| Date | Dec 15, 2008 | Page |
| | Invoice Number | 1 |
| | IN150615 | |

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0344 Circuit City Livermore
Livermore Brown Goods
400 Long Fellow Court
Livermore, CA, 94550

Shipped from Location:
MAIN

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2215498 | CIRCUI | Roadway | RDWY | 12/15/2008 | 071030 | Feb. 13, 2009 | Net 60 Days | ORD142875 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 72 | 72 | 0 | AC-101   - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 279.36 |
| 48 | 48 | 0 | AC-201   - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 249.60 |
| 96 | 96 | 0 | AC-634   - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 484.80 |
| 96 | 96 | 0 | CVL-1124RB- | 10075 SLV Monitor / Lapel Mic | CVL1124 | 646422-10075-3 | 3.12 | EA | 299.52 |
| 168 | 168 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 606.48 |
| 24 | 24 | 0 | AC-840   - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 296.88 |
| 48 | 48 | 0 | AC-740   - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 242.40 |
| 48 | 48 | 0 | AC-208   - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 269.76 |

Comments:

| | |
|---|---|
| Total Packages: | 22 |
| Item Weight: | 367 |
| Total Pallets: | 1.45 |
| Total Weight: | 440 |

| | |
|---|---|
| Total amount | 2,728.80 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 2,728.80 |

# Detailed ASN Report

**ASN:**        ORD142875

**Date Shipped:** 12/15/08  12:15 pm          **Shipped To:**  8956757

| Number of docs:   1 | Number of Pallets or Cartons: 2 | | Weight: | 440.0 LB |
|---|---|---|---|---|

**Ship To:**      C344
0344 Circuit City Livermore

**Carrier :**     RDWY          **Pro #:** 875-409493-4

**Document #:**  ORD142875                    **PO #:** 2215498
**Order date :**  12/02/2008

| Pallet or Carton ID | Packed Items | *(Master Carton)* | *(Inner Carton)* | qty ordered / qty ordered | qty unpacked / qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000118122-2 | | | | | |
| | AC -634  - | 4 | | 96 | 96 |
| | CVL-1124RB- | 1 | | 96 | 96 |
| | CVL-1064RB- | 7 | | 168 | 168 |
| (00) 1-0646422-000118123-9 | | | | | |
| | AC -101  - | 3 | | 72 | 72 |
| | AC -201  - | 2 | | 48 | 48 |
| | AC -840  - | 1 | | 24 | 24 |
| | AC -740  - | 2 | | 48 | 48 |
| | AC -208  - | 2 | | 48 | 48 |

850 PURCHASE ORDER    ASSET Doc No 24248R    PAGE 1

Sender: 01 008956757 008956757           Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI    Ack Required: No

Interchange No: 2964           Created: 2008/12/02 15:33
Functional Group No: 2964      Received: 2008/12/02 14:29          142875
Transaction Set No: 29640002   Printed: 2008/12/02 14:37



Bee Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2215498
Date: 2008/12/02

Admin Commun Contact (PER)>:
Contact Funcln Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45



Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/17

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/16

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/18

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0344

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 48
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.12
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1124

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 5
Quantity Ordered: 168
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 6
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 12.37
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC840

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 7
Quantity Ordered: 48
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 8
Quantity Ordered: 48
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

Trans Totals (CTT)>:
Number Of Line Items: 8

# Cyber Acoustics

**Invoice**

| Date | Dec. 15, 2008 | Page 1 |
| --- | --- | --- |

Invoice Number
IN150616

Shipped from Location:
**MAIN**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0344 Circuit City Livermore
Livermore Brown Goods
400 Long Fellow Court
Livermore, CA, 94550

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2218910 | CIRCUI | Roadway | RDWY | 12/15/2008 | 071030 | Feb. 13, 2009 | Net 60 Days | ORD143002 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 24 | 24 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 312.48 |
| 12 | 12 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 125.28 |
| 96 | 96 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 570.24 |
| 148 | 148 | 0 | CA-3402 - | 00129 SLV 3pc | CA3402 | 646422-00129-6 | 22.77 | EA | 3,369.96 |

Comments:

| | | |
| --- | --- | --- |
| Total Packages: | 95 | |
| Item Weight: | 2,045 | Total amount | 4,377.96 |
| Total Pallets: | 4.01 | Less payment | 0.00 |
| Total Weight: | 2,246 | Less pmt. disc | 0.00 |
| | | Amount due | 4,377.96 |

# Detailed ASN Report

**ASN:** ORD143002

**Date Shipped:** 12/15/08  12:16 pm          **Shipped To:** 8956757

| Number of docs: 1 | Number of Pallets or Cartons: 4 | | Weight: | 2,246.0 LB |
|---|---|---|---|---|

**Ship To:**  C344
0344 Circuit City Livermore

**Carrier :**  RDWY          **Pro #:** 875-409493-4

**Document #:**  ORD143002                    **PO #:** 2218910
**Order date :**  12/04/2008

| Pallet or Carton ID | Unpacked items | | | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| | Packed Items | *(Master Carton)* (Inner Carton) | | qty ordered | qty packed |
| (00) 1-0646422-000118124-6 | | | | | |
| | CA -3402  - | 24 | | 148 | 48 |
| (00) 1-0646422-000118125-3 | | | | | |
| | CA -3402  - | 24 | | 148 | 48 |
| (00) 1-0646422-000118126-0 | | | | | |
| | CA -3402  - | 24 | | 148 | 48 |
| (00) 1-0646422-000118127-7 | | | | | |
| | CA -2022RB- | 6 | | 24 | 24 |
| | CA -3001RB- | 3 | | 12 | 12 |
| | CA -2014RB- | 12 | | 96 | 96 |
| | CA -3402  - | 2 | | 148 | 4 |

350 PURCHASE ORDER    ASSET Doc No 24325R    PAGE N

Sender: 01 008956757 008956757                    Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

Interchange No: 2967              Created: 2008/12/04 15:32
Functional Group No: 2567         Received: 2008/12/04 13:57
Transaction Set No: 29670002      Printed: 2008/12/04 14:07

143002



Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2218910
Date: 2008/12/04

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/17

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/16

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/18

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identfctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0364

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 12
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 148
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 22.77
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3402

Trans Totals (CTT)>:
Number Of Line Items: 4

# Cyber Acoustics

**Invoice**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn.: AVP - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0353 Circuit City Walnut
Industry Brown Goods
680 S. Lemon Avenue
Walnut, CA, 91789

| Date | Dec. 15, 2008 | Page 1 |
|---|---|---|
| Invoice Number | IN150677 | |

Shipped from Location: **MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2215499 | CIRCUI | Roadway | RDWY | 12/15/2008 | 071030 | Feb. 13, 2009 | Net 60 Days | ORD142876 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 168 | 168 | 0 | AC -101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 651.84 |
| 96 | 96 | 0 | AC -201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 499.20 |
| 120 | 120 | 0 | AC -634 - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 606.00 |
| 240 | 240 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 866.40 |
| 72 | 72 | 0 | AC -840 - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 890.64 |
| 72 | 72 | 0 | AC -740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 363.60 |
| 72 | 72 | 0 | AC -208 - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 404.64 |

Comments:

| Total Packages: | 35 | Total amount | 4,282.32 |
|---|---|---|---|
| Item Weight: | 585 | Less payment | 0.00 |
| Total Pallets: | 2.35 | Less pmt. disc | 0.00 |
| Total Weight: | 702 | Amount due | 4,282.32 |

# Detailed ASN Report

**ASN:** ORD142876

**Date Shipped:** 12/15/08  12:12 pm          **Shipped To:** 8956757

| Number of docs: | 1 | **Number of Pallets or Cartons:** 4 | | Weight: | 702.0 LB |
|---|---|---|---|---|---|

**Ship To:** C353
0353 Circuit City Walnut

**Carrier :** RDWY          **Pro #:** 875-409492-5

**Document #:** ORD142876          **PO #:** 2215499
**Order date :** 12/02/2008

| Pallet or Carton ID | Unpacked items Packed Items | *(Master Carton)* (Inner Carton) | | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000118113-0 | | | | | |
| | AC -101 - | 7 | | 168 | 168 |
| | AC -201 - | 4 | | 96 | 96 |
| (00) 1-0646422-000118114-7 | | | | | |
| | AC -840 - | 3 | | 72 | 72 |
| | AC -208 - | 3 | | 72 | 72 |
| (00) 1-0646422-000118115-4 | | | | | |
| | AC -634 - | 5 | | 120 | 120 |
| | AC -740 - | 3 | | 72 | 72 |
| (00) 1-0646422-000118116-1 | | | | | |
| | CVL-1064RB- | 10 | | 240 | 240 |

850 PURCHASE ORDER    ASSET Doc No 24249R    PAGE

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

Interchange No: 2964          Created: 2008/12/02 15:33
Functional Group No: 2964          Received: 2008/12/02 14:29
Transaction Set No: 29640003          Printed: 2008/12/02 14:37

142876

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2215499
Date: 2008/12/02

Admin Commun Contact (PER)>:
Contact Funct Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)



Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/17

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/16



Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/18

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identicatn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0353

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 168
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 120
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 240
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 5
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 12.37
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC840

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 6
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 7
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

Trans Totals (CTT)>:
Number Of Line Items: 7

## Cyber Acoustics

**Invoice**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0353 Circuit City Walnut
Industry Brown Goods
680 S. Lemon Avenue
Walnut, CA, 91789

| Date | Dec. 15, 2008 | Page | 1 |
|---|---|---|---|
| Invoice Number | IN150678 | | |

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2218911 | CIRCUI | Roadway | RDWY | 12/15/2008 | 071030 | Feb 13, 2009 | Net 60 Days | ORD143003 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 16 | 16 | 0 | CA -2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 208.32 |
| 12 | 12 | 0 | CA -3001RB-- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 125.28 |
| 224 | 224 | 0 | CA -2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 1,330.56 |
| 140 | 140 | 0 | CA -3402 - | 00129 SLV 3pc | CA3402 | 646422-00129-6 | 22.77 | EA | 3,187.80 |

Comments:

| | |
|---|---|
| Total Packages: | 105 |
| Item Weight: | 2,239 |
| Total Pallets: | 4.40 |
| Total Weight: | 2,459 |

| | |
|---|---|
| Total amount | 4,851.96 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 4,851.96 |

# Detailed ASN Report

**ASN:**  ORD143003

**Date Shipped:** 12/15/08  12:13 pm          **Shipped To:**  8956757

| Number of docs:  1 | Number of Pallets or Cartons: 5 | Weight: | 2,459.0 LB |
|---|---|---|---|

**Ship To:**  C353
0353 Circuit City Walnut

**Carrier :**  RDWY          **Pro #:**  875-490492-5

**Document #:**  ORD143003          **PO #:** 2218911
**Order date :**  12/04/2008

| Pallet or Carton ID | Unpacked items Packed Items | (Master Carton) | (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000118117-8 | | | | | |
| | CA -3402  - | 24 | | 140 | 48 |
| (00) 1-0646422-000118118-5 | | | | | |
| | CA -3402  - | 24 | | 140 | 48 |
| (00) 1-0646422-000118119-2 | | | | | |
| | CA -3402  - | 22 | | 140 | 44 |
| (00) 1-0646422-000118120-8 | | | | | |
| | CA -2014RB- | 24 | | 224 | 192 |
| (00) 1-0646422-000118121-5 | | | | | |
| | CA -2022RB- | 4 | | 16 | 16 |
| | CA -3001RB- | 3 | | 12 | 12 |
| | CA -2014RB- | 4 | | 224 | 32 |

850  PURCHASE ORDER    ASSET Doc No  24326R    PAGE

Sender: 01 008956757 008956757         Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI         Ack Required: No

Interchange No: 2967              Created: 2008/12/04 15:32
Functional Group No: 2967        Received: 2008/12/04 13:57
Transaction Set No: 29670003      Printed: 2008/12/04 14:07



143003

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2218911
Date: 2008/12/04

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan



FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Die/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/17

Die/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/16

Die/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/18

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifcn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0353

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 16
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 12
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 224
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 140
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 22.77
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3402

Trans Totals (CTT)>:
Number Of Line Items: 4

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

## Invoice

| Date | Page |
|---|---|
| Dec. 15, 2008 | 1 |

**Invoice Number**
IN150617

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0755 Circuit City Marion
Marion Brown Goods
1100 Circuit City Road
Marion, IL, 62959

**Shipped from Location:**
MAIN

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2227263 | CIRCUI | Roadway | RDWY | 12/15/2008 | 071030 | Feb. 13, 2009 | Net 60 Days | ORD143279 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 72 | 72 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 937.44 |
| 64 | 64 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 380.16 |
| 90 | 90 | 0 | CA-3402 - | 00129 SLV 3pc | CA3402 | 646422-00129-6 | 22.77 | EA | 2,049.30 |

**Comments:**

| | |
|---|---|
| Total Packages: | 71 |
| Item Weight: | 1,492 |
| Total Pallets: | 3.21 |
| Total Weight: | 1,652 |

| | |
|---|---|
| Total amount | 3,366.90 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| **Amount due** | **3,366.90** |

# Detailed ASN Report

| | |
|---|---|
| **ASN:** | ORD143279 |
| **Date Shipped:** | 12/15/08  12:11 pm |  **Shipped To:**  8956757 |

| **Number of docs:** 1 | **Number of Pallets or Cartons:** 3 | **Weight:** | 1,652.0 LB |
|---|---|---|---|

| **Ship To:** | C755 |
|---|---|
| | 0755 Circuit City Marion |
| **Carrier :** | RDWY        **Pro #:**  875-409491-6 |

| **Document #:** | ORD143279 |  **PO #:**  2227263 |
|---|---|---|
| **Order date :** | 12/12/2008 |

| Pallet or Carton ID | Packed Items | Unpacked items<br>*(Master Carton)* (Inner Carton) | qty ordered<br>qty ordered | qty unpacked<br>qty packed |
|---|---|---|---|---|
| (00) 1-0646422-000118110-9 | | | | |
| | CA -2022RB- | 18 | 72 | 72 |
| (00) 1-0646422-000118111-6 | | | | |
| | CA -3402  - | 24 | 90 | 48 |
| (00) 1-0646422-000118112-3 | | | | |
| | CA -2014RB- | 8 | 64 | 64 |
| | CA -3402  - | 21 | 90 | 42 |

1

850 PURCHASE ORDER    ASSET Doc No 24738R    PAGE NO

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

Interchange No: 2979          Created: 2008/12/12 10:32
Functional Group No: 2979          Received: 2008/12/12 08:20
Transaction Set No: 29790005          Printed: 2008/12/12 08:22

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2227263
Date: 2008/12/12

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/24

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/23

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/25

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identif Code: (ST) SHIP TO
Identfctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0755

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 72
Unit Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 64
Unit Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 90
Unit Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 22.77
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3402

Trans Totals (CTT)>:
Number Of Line Items: 3



# Cyber Acoustics

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| | Date | Dec. 16, 2008 | Page |
|---|---|---|---|
| | Invoice Number | IN150735 | 1 |

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0353 Circuit City Walnut
Industry Brown Goods
680 S. Lemon Avenue
Walnut, CA, 91789

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2227261 | CIRCUI | Roadway | RDWY | 12/16/2008 | 071030 | Feb 14, 2009 | Net 60 Days | ORD143277 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 56 | 56 | 0 | CA -2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 729.12 |
| 64 | 64 | 0 | CA -3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 668.16 |
| 8 | 8 | 0 | CA -2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 47.52 |
| 22 | 22 | 0 | CA -3402 - | 00129 SLV 3pc | CA3402 | 646422-001296 | 22.77 | EA | 500.94 |

Comments:

| Total Packages: | 42 | | Total amount | 1,945.74 |
|---|---|---|---|---|
| Item Weight: | 864 | | Less payment | 0.00 |
| Total Pallets: | 1.78 | | Less pmt. disc | 0.00 |
| Total Weight: | 953 | | Amount due | 1,945.74 |

# Detailed ASN Report

**ASN:**          ORD143277

**Date Shipped:** 12/16/08  12:04 pm          **Shipped To:**  8956757

| Number of docs:  1 | Number of Pallets or Cartons: 2 | Weight: | 953.0 LB |
|---|---|---|---|

**Ship To:**      C353
                  0353 Circuit City Walnut

**Carrier :**     RDWY          Pro #:  875-409506-2

**Document #:**   ORD143277                    **PO #:** 2227261
**Order date :**  12/12/2008

| Pallet or Carton ID | Unpacked items<br>Packed Items | *(Master Carton)* | *(Inner Carton)* | qty ordered<br>qty ordered | qty unpacked<br>qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000118224-3 | | | | | |
| | CA -2014RB- | 1 | | 8 | 8 |
| | CA -3402  - | 11 | | 22 | 22 |
| (00) 1-0646422-000118225-0 | | | | | |
| | CA -2022RB- | 14 | | 56 | 56 |
| | CA -3001RB- | 16 | | 64 | 64 |

850 PURCHASE ORDER    ASSET Doc No 24736R    PAGE NO 1

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

Interchange No: 2979          Created: 2008/12/12 10:32
Functional Group No: 2979          Received: 2008/12/12 08:20          143277
Transaction Set No: 29790003          Printed: 2008/12/12 08:22

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2227261
Date: 2008/12/12

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/24

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/23

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/25

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identif Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0353

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 56
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 64
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 8
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 22
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 22.77
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3402

Trans Totals (CTT)>:
Number Of Line Items: 4

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0255 Circuit City Bethlehem P
Bethlehem Brown Goods
4000 Township Line Rd.
Bethlehem, PA, 18020

**Invoice**

| | | |
|---|---|---|
| Date | Dec. 16, 2008 | Page 1 |
| Invoice Number | IN150744 | |

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2222066 | CIRCUI | Roadway | RDWY | 12/16/2008 | 071030 | Feb 14, 2009 | Net 60 Days | ORD143194 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 96 | 96 | 0 | AC-101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 372.48 |
| 120 | 120 | 0 | AC-201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 624.00 |
| 72 | 72 | 0 | AC-634 - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 363.60 |
| 96 | 96 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 346.56 |
| 144 | 144 | 0 | AC-740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 727.20 |
| 48 | 48 | 0 | AC-208 - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 269.76 |

Comments:

| | |
|---|---|
| Total Packages: | 24 |
| Item Weight: | 388 |
| Total Pallets: | 1.58 |
| Total Weight: | 467 |

| | |
|---|---|
| Total amount | 2,703.60 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 2,703.60 |

# Detailed ASN Report

**ASN:**          ORD143194

**Date Shipped:** 12/16/08   9:07 am          **Shipped To:**   8956757

| Number of docs: | 1 | Number of Pallets or Cartons: 2 | Weight: | 467.0 LB |
|---|---|---|---|---|

**Ship To:**     C255
                 0255 Circuit City Bethlehem P

**Carrier :**    RDWY              Pro #:  875-409494-3

**Document #:**  ORD143194                          **PO #:**  2222066
**Order date :** 12/10/2008

| Pallet or Carton ID | Packed Items | (Master Carton) | (Inner Carton) | Unpacked items qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000118204-5 | | | | | |
| | AC -101  - | 4 | | 96 | 96 |
| | AC -201  - | 5 | | 120 | 120 |
| | AC -208  - | 2 | | 48 | 48 |
| (00) 1-0646422-000118205-2 | | | | | |
| | AC -634  - | 3 | | 72 | 72 |
| | CVL-1064RB- | 4 | | 96 | 96 |
| | AC -740  - | 6 | | 144 | 144 |

850 PURCHASE ORDER    ASSET Doc No 24636R    PAGE



Sender: 01 008956757 008956757        Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI        Ack Required: No

Interchange No: 2977        Created: 2008/12/09 21:23
Functional Group No: 2977        Received: 2008/12/10 08:51
Transaction Set No: 29770001        Printed: 2008/12/10 10:07

143194

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2222066
Date: 2008/12/09

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)



Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/24

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/23

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/25

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identifr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0255

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 120
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 5
Quantity Ordered: 144
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 6
Quantity Ordered: 48
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

Trans Totals (CTT)>:
Number Of Line Items: 6



Cyber Acoustics

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| Date |
|---|
| Dec. 16, 2008 |
| Invoice Number |
| IN150745 |
| Page |
| 1 |

Shipped from Location:
**MAIN**

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Ship To:
0255 Circuit City Bethlehem P
Bethlehem Brown Goods
4000 Township Line Rd.
Bethlehem, PA, 18020

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2227259 | CIRCUI | Roadway | RDWY | 12/16/2008 | 071030 | Feb 14, 2009 | Net 60 Days | ORD143275 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 16 | 16 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 208.32 |
| 116 | 116 | 0 | CA-3001RB-⁄ | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 1,211.04 |
| 672 | 672 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 3,991.68 |
| 66 | 66 | 0 | CA-3402 - | 00129 SLV 3cp | CA3402 | 646422-00129-6 | 22.77 | EA | 1,502.82 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 150 | Total amount | 6,913.86 |
| Item Weight: | 3,091 | Less payment | 0.00 |
| Total Weight: | 3,091 | Less pmt. disc | 0.00 |
| Total Pallets: | 6.00 | | |
| Total Weight: | 3,391 | Amount due | 6,913.86 |

# Detailed ASN Report

| ASN: | ORD143275 | | | | |
|---|---|---|---|---|---|
| **Date Shipped:** | 12/16/08   9:08 am | **Shipped To:** | 8956757 | | |
| **Number of docs:** 1 | **Number of Pallets or Cartons:** 6 | | | **Weight:** | 3,391.0 LB |

| Ship To: | C255 |
|---|---|
| | 0255 Circuit City Bethlehem P |
| **Carrier :** | RDWY      **Pro #:** 875-409494-3 |

| Document #: | ORD143275 | **PO #:** 2227259 |
|---|---|---|
| Order date : | 12/12/2008 | |

| Pallet or Carton ID | Unpacked items<br>Packed Items | *(Master Carton)* | *(Inner Carton)* | qty ordered<br>qty ordered | qty unpacked<br>qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000118206-9 | | *29* | | | |
| | CA -3001RB- | | | 116 | (116) |
| (00) 1-0646422-000118207-6 | CA -2014RB- | *24* | | 672 | (192) |
| (00) 1-0646422-000118208-3 | | | | | |
| | CA -2014RB- | | | 672 | (192) |
| (00) 1-0646422-000118209-0 | | | | | |
| | CA -2014RB- | | | 672 | (192) |
| (00) 1-0646422-000118210-6 | CA -2022RB- | *4* | | 16 | (16) |
| | CA -2014RB- | *12* | | 672 | (96) |
| | CA -3402  - | *9* | | 66 | (18) |
| (00) 1-0646422-000118211-3 | CA -3402  - | *24* | | 66 | (48) |

.50   PURCHASE ORDER    ASSET Doc No 24734R    PAGE NO

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

143275

Interchange No: 2979          Created: 2008/12/12 10:32
Functional Group No: 2979          Received: 2008/12/12 08:20
Transaction Set No: 29790001          Printed: 2008/12/12 08:22

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2227259
Date: 2008/12/12

Admin Commun Contact (PER)>:
Contact Funct'n Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

(PA)

FOB Rel Instruct (FOB)>:
Pment Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/24

12-16

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/23

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/25

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identifr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0255

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 16
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Class Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 116
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Class Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 672
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Class Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 66
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 22.77
Class Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3402

Trans Totals (CTT)>:
Number Of Line Items: 4



**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| Date | Dec. 16, 2008 | Page |
|---|---|---|
| Invoice Number | IN150746 | 1 |

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0567 Circuit City Ardmore
(Ardmore Browns Goods)
1901 Cooper Dr.
Ardmore, OK, 73401

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2227262 | CIRCUI | Roadway | RDWY | 12/16/2008 | 071030 | Feb 14, 2009 | Net 60 Days | ORD143278 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 56 | 56 | 0 | CA -2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 729.12 |
| 24 | 24 | 0 | CA -2014RB- | 00091 BLK 3pc | CA2014 | 646422-000091-6 | 5.94 | EA | 142.56 |
| 50 | 50 | 0 | CA -3402  - | 00129 SLV 3pc | CA3402 | 646422-00129-6 | 22.77 | EA | 1,138.50 |

Comments:

| | |
|---|---|
| Total Packages: | 42 |
| Item Weight: | 876 |
| Total Pallets: | 1.94 |
| Total Weight: | 973 |

| | |
|---|---|
| Total amount | 2,010.18 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| **Amount due** | **2,010.18** |

# Detailed ASN Report

| | |
|---|---|
| **ASN:** | ORD143278 |
| **Date Shipped:** | 12/16/08   9:07 am |

**Shipped To:** 8956757

| | | | |
|---|---|---|---|
| Number of docs: 1 | Number of Pallets or Cartons: 2 | Weight: | 973.0 LB |

**Ship To:**  C567
0567 Circuit City Ardmore

**Carrier :**  RDWY          **Pro #:**  875-409495-2

**Document #:**  ORD143278          **PO #:**  2227262
**Order date :**  12/12/2008

| Pallet or Carton ID | Packed Items | Unpacked items *(Master Carton)* (Inner Carton) | | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| | | | | qty ordered | qty packed |
| (00) 1-0646422-000118202-1 | | | | | |
| | CA -3402 - | 24 | | 50 | 48 |
| (00) 1-0646422-000118203-8 | | | | | |
| | CA -2022RB- | 14 | | 56 | 56 |
| | CA -2014RB- | 3 | | 24 | 24 |
| | CA -3402 - | 1 | | 50 | 2 |

850  PURCHASE ORDER    ASSET Doc No 24737R    PAGE No 1

Sender: 01 008956757 008956757         Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI        Ack Required: No

Interchange No: 2979            Created: 2008/12/12 10:32
Functional Group No: 2979        Received: 2008/12/12 08:20        143278
Transaction Set No: 29790004      Printed: 2008/12/12 08:22

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2227262
Date: 2008/12/12

Admin Commun Contact (PER)>:
Contact Funct Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/24

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/23

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/25

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifcn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0567

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 1
Quantity Ordered: 56
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 2
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 3
Quantity Ordered: 50
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 22.77
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3402

Trans Totals (CTT)>:
Number Of Line Items: 3

# Cyber Acoustics

**Invoice**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0775 Circuit City Groveland
Groveland Brown Goods
19925 Independence Blvd.
Groveland, FL, 34736

| Date | Dec 16, 2008 | Page |
|---|---|---|
| | Invoice Number | 1 |
| | IN150747 | |

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2227264 | CIRCUI | Roadway | RDWY | 12/16/2008 | 071030 | Feb 14, 2009 | Net 60 Days | ORD1143280 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 8 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 104.16 |
| 36 | 36 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 375.84 |
| 296 | 296 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 1,758.24 |
| 52 | 52 | 0 | CA-3402 - | 00129 SLV 3pc | CA3402 | 646422-00129-6 | 22.77 | EA | 1,184.04 |

Comments:

| Total Packages: | 74 | Total amount | 3,422.28 |
|---|---|---|---|
| Item Weight: | 1,539 | Less payment | 0.00 |
| Total Pallets: | 3.02 | Less pmt. disc | 0.00 |
| Total Weight: | 1,690 | **Amount due** | **3,422.28** |

# Detailed ASN Report

**ASN:**      ORD143280

**Date Shipped:** 12/16/08   9:05 am      **Shipped To:**    8956757

**Number of docs:**   1    **Number of Pallets or Cartons:** 3        **Weight:**      1,690.0 LB

**Ship To:**      C775
               0775 Circuit City Groveland

**Carrier :**     RDWY        **Pro #:**   875-409496-1

**Document #:**   ORD143280            **PO #:**   2227264
**Order date :**    12/12/2008

| Pallet or Carton ID | Unpacked items | | | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| | Packed Items | *(Master Carton)* | *(Inner Carton)* | qty ordered | qty packed |
| (00) 1-0646422-000118198-7 | | | | | |
| | CA -2014RB- | 24 | | 296 | 192 |
| (00) 1-0646422-000118199-4 | | | | | |
| | CA -2022RB- | 2 | | 8 | 8 |
| | CA -3001RB- | 7 | | 36 | 36 |
| | CA -2014RB- | 13 | | 296 | 104 |
| | CA -3402 - | 2 | | 52 | 4 |
| (00) 1-0646422-000118200-7 | | | | | |
| | CA -3402 - | 24 | | 52 | 48 |

I

50  PURCHASE ORDER    ASSET Doc No 24739R    PAGE NO:

Sender: 01 008956757 008956757                Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI        Ack Required: No

Interchange No: 2979              Created: 2008/12/12 10:32
Functional Group No: 2979          Received: 2008/12/12 08:20
Transaction Set No: 29790006        Printed: 2008/12/12 08:22

143280

g Seg (P.O.) (BEG)>:
rans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
O. Number: 2227264
ate: 2008/12/12

dmin Commun Contact (PER)>:
ontact Functn Code: (IC) INFORMATION CONTACT
ame: 9705 Kelly Mulligan

FL

OB Rel Instruct (FOB)>:
pmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
cation Qualifier: (DE) DESTINATION (SHIPPING)

eferred Terms Of Sale (ITD)>:
erms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
erms Net Days: 45

e/Tm Ref (DTM)>:
ate/Time Qualifier: (002) DELIVERY REQUESTED
ate: 2008/12/24

e/Tm Ref (DTM)>:
ate/Time Qualifier: (064) DO NOT DELIVER BEFORE
ate: 2008/12/23

e/Tm Ref (DTM)>:
te/Time Qualifier: (063) DO NOT DELIVER AFTER
ate: 2008/12/25

(12 x6

f Number (N9)>:
fern Identn Qual: (IA) INTERNAL VENDOR NUMBER
ference Identifctn: 071030

me (N1)>:
tity Identfr Code: (ST) SHIP TO
ntification Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
ntification Code: 0775

. Baseline Item Data (PO1)>:
signed Identifctn: 1
antity Ordered: 8
Or Bs Fr Msmn Cd: (EA) EACH
t Price: 13.02
s Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
duct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
duct/Service Id: CA2022

. Baseline Item Data (PO1)>:
signed Identifctn: 2
antity Ordered: 36
Or Bs Fr Msmn Cd: (EA) EACH
t Price: 10.44
s Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
duct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
duct/Service Id: CA3001

. Baseline Item Data (PO1)>:
signed Identifctn: 3
antity Ordered: 296
Or Bs Fr Msmn Cd: (EA) EACH
t Price: 5.94
s Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
duct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
duct/Service Id: CA2014

. Baseline Item Data (PO1)>:
signed Identifctn: 4
antity Ordered: 52
Or Bs Fr Msmn Cd: (EA) EACH
Price: 22.77
s Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
duct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
duct/Service Id: CA3402

s Totals (CTT)>:
ber Of Line Items: 4

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| Date | Page |
|---|---|
| Dec. 23, 2008 | 1 |
| Invoice Number | |
| IN150936 | |

Shipped from Location:
**MAIN**

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0353 Circuit City Walnut
Industry Brown Goods
680 S. Lemon Avenue
Walnut, CA, 91789

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2222068 | CIRCUI | UPS Blue | UPSN | 12/23/2008 | 071030 | Feb 21, 2009 | Net 60 Days | ORD143196 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 24 | 24 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 86.64 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 1 | |
| Item Weight: | 12 | |
| Total Pallets: | 0.06 | |
| Total Weight: | 15 | |

| | | |
|---|---|---|
| Total amount | | 86.64 |
| Less payment | | 0.00 |
| Less pmt. disc | | 0.00 |
| Amount due | | 86.64 |

Circuit City

# Detailed ASN Report

| | | | |
|---|---|---|---|
| **ASN:** | ORD143196 | | |
| **Date Shipped:** | 12/23/08   9:53 am | **Shipped To:**   8956757 | **Weight:**   12.0 LB |
| **lumber of docs:**   1 | **Number of Pallets or Cartons:** 1 | | |

**Ship To:**     C353
0353 Circuit City Walnut

**Carrier :**     UPSN          Pro #:  1ZA503R70252324452

**Document #:**   ORD143196                          PO #:  2222068
**Order date :**   12/10/2008

| Pallet or Carton ID | Packed Items | Unpacked items *(Master Carton)* (Inner Carton) | | | qty ordered / qty ordered | qty unpacked / qty packed |
|---|---|---|---|---|---|---|
| (00) 0-0646422-000118493-6 | CVL-1064RB- | \| | \| | \| | 24 | 24 |

850 PURCHASE ORDER   ASSET Doc No 24638R   PAGE

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI   Ack Required: No

Interchange No: 2977          Created: 2008/12/09 21:23
Functional Group No: 2977     Received: 2008/12/10 08:51
Transaction Set No: 29770003   Printed: 2008/12/10 10:07



143196

Bee See (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2222068
Date: 2008/12/09

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/24

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/23

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/25

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identfctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0353

P.O. Baseline Item Data (PO1)>:
Assigned Identfctn: 1
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

Trans Totals (CTT)>:
Number Of Line Items: 1

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| | | |
|---|---|---|
| Date | Dec 23, 2008 | Page 1 |
| Invoice Number | IN150937 | |

Shipped from Location:
**MAIN**

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0567 Circuit City Ardmore
(Ardmore Browns Goods)
1901 Cooper Dr.
Ardmore, OK, 73401

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2222069 | CIRCUI | UPS Blue | UPSN | 12/23/2008 | 071030 | Feb 21, 2009 | Net 60 Days | ORD143197 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 24 | 24 | 0 | AC-101  - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 93.12 |
| 96 | 96 | 0 | CVL-1124RB- | 10075 SLV Monitor / Lapel Mic | CVL1124 | 646422-10075-3 | 3.12 | EA | 299.52 |
| 24 | 24 | 0 | CVL-1064RB- ` | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 86.64 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 3 | |
| Item Weight: | 49 | Total amount | 479.28 |
| Total Pallets: | 0.16 | Less payment | 0.00 |
| Total Weight: | 57 | Less pmt. disc | 0.00 |
| | | Amount due | 479.28 |

# Detailed ASN Report

**ASN:**  ORD143197

**Date Shipped:** 12/23/08  9:52 am          **Shipped To:**  8956757

| Number of docs:  1 | Number of Pallets or Cartons: 3 | | Weight: | 49.0 LB |

**Ship To:**  C567
0567 Circuit City Ardmore

**Carrier :**  UPSN          Pro #:  1ZA503R70251290660

**Document #:**  ORD143197          **PO #:**  2222069
**Order date :**  12/10/2008

| Pallet or Carton ID | Unpacked items Packed Items | (Master Carton) (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|
| (00) 0-0646422-000118490-5 | AC -101 | | 24 | 24 |
| (00) 0-0646422-000118491-2 | CVL-1124RB- | | 96 | 96 |
| (00) 0-0646422-000118492-9 | CVL-1064RB- | | 24 | 24 |

850 PURCHASE ORDER    ASSET Doc No 24639R    PAGE

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

Interchange No: 2977          Created: 2008/12/09 21:23
Functional Group No: 2977          Received: 2008/12/10 08:51
Transaction Set No: 29770004          Printed: 2008/12/10 10:07

143197

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2222069
Date: 2008/12/09

Admin Commun Contact (PER)>:
Contact Funcn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault



FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/24

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/23

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/25

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030



Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0567

P.O. Baseline Item Data (PO1)>:
Assigned Identfctn: 1
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

P.O. Baseline Item Data (PO1)>:
Assigned Identfctn: 2
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.12
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1124

P.O. Baseline Item Data (PO1)>:
Assigned Identfctn: 3
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

Trans Totals (CTT)>:
Number Of Line Items: 3

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| | Date | Page |
|---|---|---|
| | Dec. 23, 2008 | 1 |
| | Invoice Number | |
| | IN150938 | |

Sold To:
Circuit City
DIP #08-35653
Attn : A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0755 Circuit City Marion
Marion Brown Goods
1100 Circuit City Road
Marion, IL, 62959

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2122070 | CIRCUI | UPS Blue | UPSN | 12/23/2008 | 071030 | Feb 21, 2009 | Net 60 Days | ORD143198 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 48 | 48 | 0 | AC -101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 186.24 |
| 24 | 24 | 0 | AC-840 - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 296.88 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 3 | |
| Item Weight: | 56 | Total amount | 483.12 |
| Total Pallets: | 0.21 | Less payment | 0.00 |
| Total Weight: | 66 | Less pmt. disc | 0.00 |
| | | Amount due | 483.12 |

Circuit City

# Detailed ASN Report

| ASN: | ORD143198 | | | |
|---|---|---|---|---|
| **Date Shipped:** | 12/23/08   9:51 am | **Shipped To:** | 8956757 | |
| **Number of docs:**   1 | **Number of Pallets or Cartons:** 3 | | **Weight:** | 56.0 LB |

| Ship To: | C755 |
|---|---|
| | 0755 Circuit City Marion |
| **Carrier :** | UPSN       **Pro #:** 1ZA503R70252115124 |

| **Document #:** | ORD143198 | **PO #:** 2222070 |
|---|---|---|
| **Order date :** | 12/10/2008 | |

| Pallet or Carton ID | Unpacked items | | | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| | Packed Items | *(Master Carton)* (Inner Carton) | | qty ordered | qty packed |
| (00) 0-0646422-000118487-5 | | | | | |
| | AC -101  – | | | 48 | 24 |
| (00) 0-0646422-000118488-2 | | | | | |
| | AC -101  – | | | 48 | 24 |
| (00) 0-0646422-000118489-9 | | | | | |
| | AC -840  – | | | 24 | 24 |

850  PURCHASE ORDER    ASSET Doc No. 24640R    PAGE No.

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

143198

Interchange No: 2977          Created: 2008/12/09 21:23
Functional Group No: 2977          Received: 2008/12/10 08:51
Transaction Set No: 29770005          Printed: 2008/12/10 10:07

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2222070
Date: 2008/12/09

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2008/12/24

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2008/12/23

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2008/12/25

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0755

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 48
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 12.37
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC840

Trans Totals (CTT)>:
Number Of Line Items: 2

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| Date | Dec 23, 2008 |
| Invoice Number | IN150939 |
| Page | 1 |

Sold To:
Circuit City
DIP #08-35653
Attn.: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0775 Circuit City Groveland
Groveland Brown Goods
19925 Independence Blvd.
Groveland, FL, 34736

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2222071 | CIRCUI | UPS Blue | UPSN | 12/23/2008 | 071030 | Feb 21, 2009 | Net 60 Days | ORD143199 |

| Qty. Ord. | Qty. Shp. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 24 | 24 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 86.64 |
| 48 | 48 | 0 | AC-840  -  .′ | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 593.76 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 3 | |
| Item Weight: | 60 | |
| Total Pallets: | 0.22 | |
| Total Weight: | 71 | |

| | | |
|---|---|---|
| Total amount | | 680.40 |
| Less payment | | 0.00 |
| Less pmt. disc | | 0.00 |
| Amount due | | 680.40 |

# Detailed ASN Report

**ASN:**          ORD143199

**Date Shipped:** 12/23/08  9:50 am          **Shipped To:**   8956757

| Number of docs: 1 | Number of Pallets or Cartons: 3 | Weight: | 60.0 LB |

**Ship To:**      C775
                  0775 Circuit City Groveland

**Carrier :**     UPSN          **Pro #:** 1ZA503R70253584492

**Document #:**   ORD143199          **PO #:** 2222071
**Order date :**  12/10/2008

| Pallet or Carton ID | Unpacked items Packed Items | *(Master Carton)* (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|
| (00) 0-0646422-000118484-4 | | | | |
| | AC -840  - | | 48 | 24 |
| (00) 0-0646422-000118485-1 | | | | |
| | AC -840  - | | 48 | 24 |
| (00) 0-0646422-000118486-8 | | | | |
| | CVL-1064RB- | | 24 | 24 |