PURCHASE ORDER    ASSET Doc No 24641R    PAGE NO: 1

Sender: 01 008956757 008956757                Production Data: Yes
eceiver: ZZ CYBERACOUSTICS CYBERACOUSTI        Ack Required: No

143199

Interchange No: 2977                Created: 2008/12/09 21:23
nctional Group No: 2977            Received: 2008/12/10 08:51
ansaction Set No: 29770006            Printed: 2008/12/10 10:07

g Seg (P.O.) (BEG)>:
ans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
). Number: 2222071
e: 2008/12/09

min Commun Contact (PER)>:
ntact Functn Code: (IC) INFORMATION CONTACT
me: 9776 Sharry Chenault

PL

B Rel Instruct (FOB)>:
mt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
ation Qualifier: (DE) DESTINATION (SHIPPING)

ferred Terms Of Sale (ITD)>:
ms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
ms Net Days: 45

ups
(12-2-)

/Tm Ref (DTM)>:
te/Time Qualifier: (002) DELIVERY REQUESTED
te: 2008/12/24

/Tm Ref (DTM)>:
e/Time Qualifier: (064) DO NOT DELIVER BEFORE
e: 2008/12/23

/Tm Ref (DTM)>:
e/Time Qualifier: (063) DO NOT DELIVER AFTER
e: 2008/12/25

Number (N9)>:
ern Identn Qual: (IA) INTERNAL VENDOR NUMBER
erence Identifictn: 071030

ne (N1)>:
itv Identifr Code: (ST) SHIP TO
ntifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
ntification Code: 0775

Baseline Item Data (PO1)>:
igned Identifctn: 1
ntity Ordered: 24
Or Bs Fr Msmn Cd: (EA) EACH
t Price: 3.61
s Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
uct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
uct/Service Id: CVL1064

Baseline Item Data (PO1)>:
igned Identifctn: 2
ntity Ordered: 48
Or Bs Fr Msmn Cd: (EA) EACH
Price: 12.37
Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
uct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
uct/Service Id: AC840

s Totals (CTT)>:
ber Of Line Items: 2

# Cyber Acoustics

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| Date | Page |
|---|---|
| Dec 29, 2008 | 1 |
| Invoice Number | |
| IN151053 | |

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0567 Circuit City Ardmore
(Ardmore Browns Goods)
1901 Cooper Dr.
Ardmore, OK, 73401

Shipped from Location
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2230469 | CIRCUI | Roadway | RDWY | 12/29/2008 | 071030 | Feb 27, 2009 | Net 60 Days | ORD145537 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 178 | 178 | 0 | CA-3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 2,995.74 |
| 40 | 40 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 417.60 |
| 224 | 224 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 1,330.56 |

Comments:

| | |
|---|---|
| Total Packages: | 127 |
| Item Weight: | 2,016 |
| Total Pallets: | 4.26 |
| Total Weight: | 2,229 |

| | |
|---|---|
| Total amount | 4,743.90 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 4,743.90 |

# Detailed ASN Report

**ASN:**          ORD143537

**Date Shipped:**  12/29/08  8:54 am          **Shipped To:**   8956757

| Number of docs:   1 | **Number of Pallets or Cartons:** 5 | **Weight:** | 2,229.0 LB |
|---|---|---|---|

**Ship To:**        C567
                    0567 Circuit City Ardmore

**Carrier :**       RDWY          Pro #:  875-409557-6

**Document #:**   ORD143537                    **PO #:** 2230469
**Order date :**   12/18/2008

| Pallet or Carton ID | Unpacked items | (Master Carton) | (Inner Carton) | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| | **Packed Items** | | | qty ordered | qty packed |
| (00) 1-0646422-000118592-3 | | | | | |
| | CA -2014RB- | 24 | | 224 | 192 |
| (00) 1-0646422-000118593-0 | | | | | |
| | CA -3001RB- | 10 | | 40 | 40 |
| | CA -2014RB- | 4 | | 224 | 32 |
| (00) 1-0646422-000118594-7 | | | | | |
| | CA -3090RB- | 32 | | 178 | 64 |
| (00) 1-0646422-000118595-4 | | | | | |
| | CA -3090RB- | 32 | | 178 | 64 |
| (00) 1-0646422-000118596-1 | | | | | |
| | CA -3090RB- | 25 | | 178 | 50 |

850 PURCHASE ORDER    ASSET Doc No 25023R    PAGE NO:

Sender: 01 008956757 008956757                Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI         Ack Required: No

Interchange No: 2989                    Created: 2008/12/18 15:32
Functional Group No: 2989               Received: 2008/12/18 14:11
Transaction Set No: 29890004            Printed: 2008/12/18 14:14

*143537*

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2230469
Date: 2008/12/18

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/07

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/06

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/08

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0567

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 178
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 16.83
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 40
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 224
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

Trans Totals (CTT)>:
Number Of Line Items: 3

# Cyber Acoustics

**Invoice**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

| Date | Dec 29, 2008 | Page | 1 |
| --- | --- | --- | --- |
| Invoice Number | IN151054 | | |

Shipped from Location: **MAIN**

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0755 Circuit City Marion
Marion Brown Goods
1100 Circuit City Road
Marion, IL, 62959

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2230470 | CIRCUI | Roadway | RDWY | 12/29/2008 | 071030 | Feb. 27, 2009 | Net 60 Days | ORD143538 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 188 | 188 | 0 | CA -3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 3,164.04 |
| 84 | 84 | 0 | CA -3001RB-/ | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 876.96 |
| 192 | 192 | 0 | CA -2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 1,140.48 |

Comments:

| Total Packages: | 139 |
| --- | --- |
| Item Weight: | 2,237 |
| Total Weight: | 2,467 |
| Total Pallets: | 4.59 |

| | |
| --- | --- |
| Total amount | 5,181.48 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| **Amount due** | **5,181.48** |

# Detailed ASN Report

**ASN:**  ORD143538

**Date Shipped:** 12/29/08  8:53 am          **Shipped To:**  8956757

| Number of docs:   1 | Number of Pallets or Cartons: 5 | Weight:    2,467.0 LB |
|---|---|---|

**Ship To:**  C755
0755 Circuit City Marion

**Carrier :**  RDWY          **Pro #:** 875-409558-5

**Document #:**  ORD143538                    **PO #:** 2230470
**Order date :**  12/18/2008

| Pallet or Carton ID | Packed Items | Unpacked items *(Master Carton)* (Inner Carton) | | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000118587-9 | | | | 192 | 192 |
| | CA -2014RB- | 24 | | | |
| (00) 1-0646422-000118588-6 | | | | 84 | 84 |
| | CA -3001RB- | 21 | | | |
| (00) 1-0646422-000118589-3 | | | | 188 | 64 |
| | CA -3090RB- | 32 | | | |
| (00) 1-0646422-000118590-9 | | | | 188 | 64 |
| | CA -3090RB- | 32 | | | |
| (00) 1-0646422-000118591-6 | | | | 188 | 60 |
| | CA -3090RB- | 30 | | | |

50 PURCHASE ORDER    ASSET Doc No 25024R    PAGE NO: 1

Sender: 01 008956757 008956757                    Production Data: Yes
eceiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

 Interchange No: 2989          Created: 2008/12/18 15:32
nctional Group No: 2989       Received: 2008/12/18 14:11
ransaction Set No: 29890005   Printed: 2008/12/18 14:14

143538

t See (P.O.) (BEG)>:
ns Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
. Number: 2230470
e: 2008/12/18

nin Commun Contact (PER)>:
tact Functn Code: (IC) INFORMATION CONTACT
ne: 9705 Kelly Mulligan

 Rel Instruct (FOB)>:
nt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
ation Qualifier: (DE) DESTINATION (SHIPPING)



rred Terms Of Sale (ITD)>:
s Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
s Net Days: 45

Tm Ref (DTM)>:
/Time Qualifier: (002) DELIVERY REQUESTED
: 2009/01/07

Tm Ref (DTM)>:
/Time Qualifier: (064) DO NOT DELIVER BEFORE
 2009/01/06

Tm Ref (DTM)>:
'Time Qualifier: (063) DO NOT DELIVER AFTER
 2009/01/08

umber (N9)>:
 Identn Qual: (IA) INTERNAL VENDOR NUMBER
nce Identifcn: 071030



 (N1)>:
 Identfr Code: (ST) SHIP TO
rtn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
ication Code: 0755

seline Item Data (PO1)>:
ed Identifctn: 1
tv Ordered: 188
Bs Fr Msmn Cd: (EA) EACH
ice: 16.83
 Unt Prc Code: (TE) CONTRACT PRICE PER EACH
t/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
t/Service Id: CA3090

seline Item Data (PO1)>:
d Identifctn: 2
v Ordered: 84
Bs Fr Msmn Cd: (EA) EACH
ce: 10.44
 Unt Prc Code: (TE) CONTRACT PRICE PER EACH
/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
/Service Id: CA3001

eline Item Data (PO1)>:
 Identifctn: 3
 Ordered: 192
s Fr Msmn Cd: (EA) EACH
e: 5.94
 Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Service Id: CA2014

ais (CTT)>:
Of Line Items: 3

# Cyber Acoustics

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA. 23233-1464

Ship To:
0755 Circuit City Marion
Marion Brown Goods
1100 Circuit City Road
Marion, IL. 62959

## Invoice

| Date | Dec 29, 2008 |
|---|---|
| | Page 1 |
| Invoice Number | IN151117 |

Shipped from Location: **MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2233190 | CIRCUI | Roadway | RDWY | 12/29/2008 | 071030 | Feb 27, 2009 | Net 60 Days | ORD143662 |

| Qty Ord. | Qty Ship | Qty B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 72 | 72 | 0 | AC-101  - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 279.36 |
| 192 | 192 | 0 | AC-201  - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 998.40 |
| 120 | 120 | 0 | AC-634  - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 606.00 |
| 96 | 96 | 0 | CVL-1124RB- | 10075 SLV Monitor / Lapel Mic | CVL1124 | 646422-10075-3 | 3.12 | EA | 299.52 |
| 168 | 168 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 606.48 |
| 72 | 72 | 0 | AC-840  - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 890.64 |
| 72 | 72 | 0 | AC-740  - | 10105 SLV MONO/Mini Headset Mic. | AC740 | 646422-10105-7 | 5.05 | EA | 484.80 |
| 96 | 96 | 0 | AC-208  - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 539.52 |

Comments:

| | |
|---|---|
| Total Packages: | 35 |
| Item Weight: | 610 |
| Total Pallets: | 2.37 |
| Total Weight: | 728 |

| | |
|---|---|
| Total amount | 4,704.72 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 4,704.72 |

# Detailed ASN Report

**ASN:** ORD143662

**Date Shipped:** 12/29/08  11:33 am          **Shipped To:** 8956757

| Number of docs: | 1 | Number of Pallets or Cartons: 3 | | Weight: | 728.0 LB |
|---|---|---|---|---|---|

**Ship To:**   C755
0755 Circuit City Marion

**Carrier :**   RDWY          **Pro #:**  875-409577-8

**Document #:**   ORD143662          **PO #:** 2233190
**Order date :**   12/24/2008

| Pallet or Carton ID | Packed Items | Unpacked items *(Master Carton)* (Inner Carton) | | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000118662-3 | | | | | |
| | AC -101  - | 3 | | 72 | 72 |
| | AC -201  - | 8 | | 192 | 192 |
| (00) 1-0646422-000118663-0 | | | | | |
| | AC -840  - | 3 | | 72 | 72 |
| | AC -740  - | 4 | | 96 | 96 |
| | AC -208  - | 4 | | 96 | 96 |
| (00) 1-0646422-000118664-7 | | | | | |
| | AC -634  - | 5 | | 120 | 120 |
| | CVL-1124RB- | 1 | | 96 | 96 |
| | CVL-1064RB- | 7 | | 168 | 168 |

850 PURCHASE ORDER    ASSET Doc No 25138R    PAGE 10

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI    Ack Required: No

Interchange No: 2994
Functional Group No: 2994              Created: 2008/12/23 21:22
Transaction Set No: 29940005           Received: 2008/12/24 06:34
                                       Printed: 2008/12/24 06:44



143662

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2233190
Date: 2008/12/23

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault



FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45



Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/07

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/06

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/08

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identfctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identfctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0735

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 192
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 120
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.12
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1124

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 5
Quantity Ordered: 168
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 6
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 12.37
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC840

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 7
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 8
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

Trans Totals (CTT)>:
Number Of Line Items: 8

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98662
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98662
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| | |
|---|---|
| Date | Dec 30, 2008 |
| Invoice Number | IN151177 |
| Page | 1 |

Shipped from Location:
**MAIN**

**Sold To:**
Circuit City
DIP #08-35653
Attn: AVP - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0344 Circuit City Livermore
Livermore Brown Goods
400 Long Fellow Court
Livermore, CA, 94550

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2233187 | CIRCUI | Roadway | RDWY | 12/30/2008 | 071030 | Feb 28, 2009 | Net 60 Days | ORD143659 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 96 | 96 | 0 | AC -101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 372.48 |
| 96 | 96 | 0 | AC -201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 499.20 |
| 48 | 48 | 0 | AC -634 - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 242.40 |
| 48 | 48 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 173.28 |
| 72 | 72 | 0 | AC -840 - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 890.64 |
| 120 | 120 | 0 | AC -740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 606.00 |
| 24 | 24 | 0 | AC -208 - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 134.88 |

Comments:

| | |
|---|---|
| Total Packages: | 21 |
| Item Weight: | 362 |
| Total Pallets: | 1.42 |
| Total Weight: | 433 |

| | |
|---|---|
| Total amount | 2,918.88 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| **Amount due** | **2,918.88** |

# Detailed ASN Report

**ASN:** ORD143659

**Date Shipped:** 12/29/08  3:51 pm          **Shipped To:** 8956757

| Number of docs: | 1 | Number of Pallets or Cartons: 2 | | Weight: | 433.0 LB |
|---|---|---|---|---|---|

**Ship To:** C344
0344 Circuit City Livermore

**Carrier :** RDWY          **Pro #:** 875-292304-X

**Document #:** ORD143659          **PO #:** 2233187
**Order date :** 12/24/2008

| Pallet or Carton ID | Unpacked items | | | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| | Packed Items | *(Master Carton)* (Inner Carton) | | qty ordered | qty packed |
| (00) 1-0646422-000118770-5 | | | | | |
| | AC -634  - | 2 | | 48 | 48 |
| | CVL-1064RB- | 2 | | 48 | 48 |
| | AC -740  - | 5 | | 120 | 120 |
| (00) 1-0646422-000118771-2 | | | | | |
| | AC -101  - | 4 | | 96 | 96 |
| | AC -201  - | 4 | | 96 | 96 |
| | AC -840  - | 3 | | 72 | 72 |
| | AC -208  - | 1 | | 24 | 24 |

Sender: 01 008956757 008956757
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI

Production Data: Yes
Ack Required: No

Interchange No: 2994
Functional Group No: 2994
Transaction Set No: 29940002

Created: 2008/12/23 21:22
Received: 2008/12/24 06:34
Printed: 2008/12/24 06:44



143659

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2233187
Date: 2008/12/23

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault



FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/07

CA

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/06

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/08

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifictn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0344

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 48
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 48
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 5
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 12.37
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC840

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 6
Quantity Ordered: 120
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 7
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

Trans Totals (CTT)>:
Number Of Line Items: 7

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0353 Circuit City Walnut
Industry Brown Goods
680 S. Lemon Avenue
Walnut, CA, 91789

## Invoice

| Date | Dec 30, 2008 | Page | 1 |
|---|---|---|---|
| Invoice Number | IN151178 | | |

**Shipped from Location:** MAIN

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2233188 | CIRCUI | Roadway | RDWY | 12/30/2008 | 071030 | Feb. 28, 2009 | Net 60 Days | ORD143660 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 120 | 0 | AC -101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 465.60 |
| 96 | 96 | 0 | AC -201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 499.20 |
| 24 | 24 | 0 | AC -634 - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 121.20 |
| 96 | 96 | 0 | CVL-1124RB- | 10075 SLV Monitor / Lapel Mic | CVL1124 | 646422-10075-3 | 3.12 | EA | 299.52 |
| 120 | 120 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 433.20 |
| 48 | 48 | 0 | AC -840 - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 593.76 |
| 144 | 144 | 0 | AC -740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 727.20 |
| 24 | 24 | 0 | AC -208 - | 1013 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 134.88 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 25 | |
| Item Weight: | 404 | Total amount | 3,274.56 |
| Total Pallets: | 1.59 | Less payment | 0.00 |
| Total Weight: | 484 | Less pmt. disc | 0.00 |
| | | Amount due | 3,274.56 |

# Detailed ASN Report

**ASN:** ORD143660

**Date Shipped:** 12/29/08   3:49 pm          **Shipped To:** 8956757

**Number of docs:** 1   **Number of Pallets or Cartons:** 2          **Weight:** 484.0 LB

**Ship To:** C353
0353 Circuit City Walnut

**Carrier :** RDWY          **Pro #:** 875-292305-9

**Document #:** ORD143660          **PO #:** 2233188
**Order date :** 12/24/2008

| Pallet or Carton ID | Packed Items | Unpacked items *(Master Carton)* (Inner Carton) | | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000118768-2 | | | | | |
| | AC -101  - | 5 | | 120 | 120 |
| | AC -201  - | 4 | | 96 | 96 |
| | AC -840  - | 2 | | 48 | 48 |
| | AC -208  - | 1 | | 24 | 24 |
| (00) 1-0646422-000118769-9 | | | | | |
| | AC -634  - | 1 | | 24 | 24 |
| | CVL-1124RB- | 1 | | 96 | 96 |
| | CVL-1064RB- | 5 | | 120 | 120 |
| | AC -740  - | 6 | | 144 | 144 |

PURCHASE ORDER    ASSET Doc No 25136R    PAGE NO: 1

```
nder: 01.008956757 008956757          Production Data: Yes
eiver: ZZ CYBERACOUSTICS CYBERACOUSTI    Ack Required: No

nterchange No: 2994           Created: 2008/12/23 21:22
ctional Group No: 2994        Received: 2008/12/24 06:34
nsaction Set No: 29940003     Printed: 2008/12/24 06:44
```



143660

See (P.O.) (BEG)>:
s Set Purp Code: (00) ORIGINAL P.O. Type Code: (SA) STAND-ALONE ORDER
Number: 2233188
: 2008/12/23

in Commun Contact (PER)>:
tact Functn Code: (IC) INFORMATION CONTACT
e: 9776 Sharry Chenault



Rel Instruct (FOB)>:
nt Method Of Point: (PP) PREPAID (BY SELLER)
tn Qualifier: (DE) DESTINATION (SHIPPING)

CA

rred Terms Of Sale (ITD)>:
s Type Code: (01) BASIC Terms Basis Dt Code: (3) INVOICE DATE
s Net Days: 45

Tm Ref (DTM)>:
/Time Qualifier: (002) DELIVERY REQUESTED
: 2009/01/07

Tm Ref (DTM)>:
/Time Qualifier: (064) DO NOT DELIVER BEFORE
: 2009/01/06

Tm Ref (DTM)>:
/Time Qualifier: (063) DO NOT DELIVER AFTER
: 2009/01/08

Number (N9)>:
rn Identn Qual: (IA) INTERNAL VENDOR NUMBER
rence Identifctn: 071030

e (N1)>:
v Identify Code: (ST) SHIP TO
tifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
tification Code: 0353

Baseline Item Data (PO1)>:
ned Identifctn: 1
ntity Ordered: 120
Or Bs Fr Msmn Cd: (EA) EACH
Price: 3.88
Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
ct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
uct/Service Id: AC101

Baseline Item Data (PO1)>:
ned Identifctn: 2
ntity Ordered: 96
Or Bs Fr Msmn Cd: (EA) EACH
Price: 5.20
Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
ct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
uct/Service Id: AC201

Baseline Item Data (PO1)>:
ned Identifctn: 3
ntity Ordered: 24
Or Bs Fr Msmn Cd: (EA) EACH
Price: 5.05
Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
ct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
uct/Service Id: AC634

Baseline Item Data (PO1)>:
ned Identifctn: 4
ntity Ordered: 96
Or Bs Fr Msmn Cd: (EA) EACH
Price: 3.12
Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
ct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
uct/Service Id: CVL1124

Baseline Item Data (PO1)>:
ned Identifctn: 5
ntity Ordered: 120
Or Bs Fr Msmn Cd: (EA) EACH
Price: 3.61
Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
ct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
uct/Service Id: CVL1064

Baseline Item Data (PO1)>:
ned Identifctn: 6
ntity Ordered: 48
Or Bs Fr Msmn Cd: (EA) EACH
Price: 12.37
Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
ct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
uct/Service Id: AC840

Baseline Item Data (PO1)>:
ned Identifctn: 7
ntity Ordered: 344
Or Bs Fr Msmn Cd: (EA) EACH
Price: 5.05
Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
ct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
uct/Service Id: AC740

Baseline Item Data (PO1)>:
ned Identifctn: 8
ntity Ordered: 24
Or Bs Fr Msmn Cd: (EA) EACH
Price: 5.62
Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
ct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
uct/Service Id: AC208

Totals (CTT)>:
er Of Line Items: 8

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0567 Circuit City Ardmore
(Ardmore Browns Goods)
1901 Cooper Dr.
Ardmore, OK, 73401

## Invoice

| Date | Page |
|---|---|
| Dec 30, 2008 | 1 |
| Invoice Number |  |
| IN151179 |  |

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2233189 | CIRCUI | Roadway | RDWY | 12/30/2008 | 071030 | Feb 28, 2009 | Net 60 Days | ORD143661 |

| Qty. Ord. | Qty. Ship | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 96 | 96 | 0 | AC-101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 372.48 |
| 96 | 96 | 0 | AC-201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 499.20 |
| 48 | 48 | 0 | AC-634 - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 242.40 |
| 120 | 120 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL 1064 | 646422-10047-0 | 3.61 | EA | 433.20 |
| 96 | 96 | 0 | AC-740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 484.80 |
| 24 | 24 | 0 | AC-208 - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 134.88 |

Comments:

| | |
|---|---|
| Total Packages: | 20 |
| Item Weight: | 312 |
| Total Pallets: | 1.28 |
| Total Weight: | 376 |

| | |
|---|---|
| Total amount | 2,166.96 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 2,166.96 |

# Detailed ASN Report

**ASN:**  ORD143661

**Date Shipped:** 12/29/08  3:47 pm          **Shipped To:**  8956757

| Number of docs:   1 | Number of Pallets or Cartons: 2 | Weight: | 376.0 LB |
|---|---|---|---|

**Ship To:**  C567
0567 Circuit City Ardmore

**Carrier :**  RDWY          **Pro #:**  875-292307-7

**Document #:**  ORD143661          **PO #:** 2233189
**Order date :**  12/24/2008

| Pallet or Carton ID / Packed Items | Unpacked items (Master Carton) (Inner Carton) | | qty ordered / qty ordered | qty unpacked / qty packed |
|---|---|---|---|---|
| (00) 1-0646422-000118766-8 | | | | |
| AC -101  - | 4 | | 96 | 96 |
| AC -201  - | 4 | | 96 | 96 |
| AC -208  - | 1 | | 24 | 24 |
| (00) 1-0646422-000118767-5 | | | | |
| AC -634  - | 2 | | 48 | 48 |
| CVL-1064RB- | 5 | | 120 | 120 |
| AC -740  - | 4 | | 96 | 96 |

50  PURCHASE ORDER   ASSET Doc No 25137R   PAGE NO:

Sender: 01 008956757 008956757   Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI   Ack Required: No

Interchange No: 2994   Created: 2008/12/23 21:22
Functional Group No: 2994   Received: 2008/12/24 06:34
Transaction Set No: 29940004   Printed: 2008/12/24 06:44



143661

eg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2233189
Date: 2008/12/23

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shpmt Mthd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Referred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Date/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/07

Date/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/06

Date/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/08

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identfctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0567

PO Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 96
Unt Or Bs Fr Msurn Cd: (EA) EACH
Unit Price: 3.88
Bss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

PO Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 96
Unt Or Bs Fr Msurn Cd: (EA) EACH
Unit Price: 5.20
Bss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

PO Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 48
Unt Or Bs Fr Msurn Cd: (EA) EACH
Unit Price: 5.05
Bss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

PO Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 120
Unt Or Bs Fr Msurn Cd: (EA) EACH
Unit Price: 3.61
Bss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

PO Baseline Item Data (PO1)>:
Assigned Identifctn: 5
Quantity Ordered: 96
Unt Or Bs Fr Msurn Cd: (EA) EACH
Unit Price: 5.05
Bss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

PO Baseline Item Data (PO1)>:
Assigned Identifctn: 6
Quantity Ordered: 24
Unt Or Bs Fr Msurn Cd: (EA) EACH
Unit Price: 5.62
Bss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

Trans Totals (CTT)>:
Number Of Line Items: 6

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| Date | Dec. 29, 2008 | Page |
|---|---|---|
| | Invoice Number | 1 |
| | IN151052 | |

Shipped from Location:
**MAIN**

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0255 Circuit City Bethlehem P
Bethlehem Brown Goods
4000 Township Line Rd.
Bethlehem, PA, 18020

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2230466 | CIRCUI | Roadway | RDWY | 12/29/2008 | 071030 | Feb. 27, 2009 | Net 60 Days | ORD143534 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 64 | 64 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 833.28 |
| 284 | 284 | 0 | CA-3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 4,779.72 |
| 56 | 56 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 584.64 |
| 544 | 544 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 3,231.36 |

Comments:

| | |
|---|---|
| Total Packages: | 240 |
| Item Weight: | 3,946 |
| Total Pallets: | 8.60 |
| Total Weight: | ^,376 |

| | |
|---|---|
| Total amount | 9,429.00 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| **Amount due** | **9,429.00** |

# Detailed ASN Report

**ASN:**        ORD143534

**Date Shipped:** 12/29/08  8:55 am          **Shipped To:**  8956757

| Number of docs: | 1 | **Number of Pallets or Cartons:** 9 | **Weight:** | 4,376.0 LB |
|---|---|---|---|---|

**Ship To:**      C255
0255 Circuit City Bethlehem P

**Carrier :**     RDWY          Pro #:  875-409556-7

**Document #:**   ORD143534                    **PO #:**  2230466
**Order date :**  12/18/2008

| Pallet or Carton ID | Unpacked items Packed Items | (Master Carton) | (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000118597-8 | | | | | |
| | CA -2014RB- | 24 | | 544 | 192 |
| (00) 1-0646422-000118598-5 | | | | | |
| | CA -2014RB- | 24 | | 544 | 192 |
| (00) 1-0646422-000118599-2 | | | | | |
| | CA -2014RB- | 20 | | 544 | 160 |
| (00) 1-0646422-000118600-5 | | | | | |
| | CA -2022RB- | 16 | | 64 | 64 |
| (00) 1-0646422-000118601-2 | | | | | |
| | CA -3090RB- | 32 | | 284 | 64 |
| (00) 1-0646422-000118602-9 | | | | | |
| | CA -3090RB- | 32 | | 284 | 64 |
| (00) 1-0646422-000118603-6 | | | | | |
| | CA -3090RB- | 32 | | 284 | 64 |
| (00) 1-0646422-000118604-3 | | | | | |
| | CA -3090RB- | 32 | | 284 | 64 |
| (00) 1-0646422-000118605-0 | | | | | |
| | CA -3090RB- | 14 | | 284 | 28 |
| | CA -3001RB- | 14 | | 56 | 56 |

850 PURCHASE ORDER   ASSET Doc No  25020R   PAGE N...

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

Interchange No: 2989
Functional Group No: 2989
Transaction Set No: 29890001

Created: 2008/12/18 15:32
Received: 2008/12/18 14:21
Printed: 2008/12/18 14:14

143534

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2230466
Date: 2008/12/18

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Method Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/07

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/06

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/08

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: ـ255

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 64
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 284
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 16.83
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 56
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 544
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

Trans Totals (CTT)>:
Number Of Line Items: 4

## Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| Date | Dec 29, 2008 |
|---|---|
| Invoice Number | IN151055 |
| Page | 1 |

Shipped from Location:
**MAIN**

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9964 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0775 Circuit City Groveland
Groveland Brown Goods
19925 Independence Blvd.
Groveland, FL, 34736

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2230471 | CIRCUI | Roadway | RDWY | 12/29/2008 | 071030 | Feb 27, 2009 | Net 60 Days | ORD143539 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 96 | 96 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 1,249.92 |
| 94 | 94 | 0 | CA-3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 1,582.02 |
| 140 | 140 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 1,461.60 |
| 136 | 136 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 807.84 |

Comments:

| | |
|---|---|
| Total Packages: | 123 |
| Item Weight: | 2,189 |
| Total Pallets: | 4.60 |
| Total Weight: | 2,419 |

| | |
|---|---|
| Total amount | 5,101.38 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |

**Amount due** 5,101.38

Circuit City

# Detailed ASN Report

**ASN:**  ORD143539

**Date Shipped:** 12/29/08  8:52 am          **Shipped To:**  8956757

| Number of docs:   1 | Number of Pallets or Cartons: 5 | | Weight: | 2,419.0 LB |
|---|---|---|---|---|

**Ship To:**    C775
              0775 Circuit City Groveland

**Carrier :**   RDWY          **Pro #:** 875-409559-4

**Document #:**  ORD143539                    **PO #:** 2230471
**Order date :**  12/18/2008

| Pallet or Carton ID | Unpacked items | | | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| | Packed Items | *(Master Carton)* (Inner Carton) | | qty ordered | qty packed |
| (00) 1-0646422-000118581-7 | | | | | |
| | CA -3001RB- | 32 | | 140 | 128 |
| (00) 1-0646422-000118582-4 | | | | | |
| | CA -3001RB- | 3 | | 140 | 12 |
| | CA -2014RB- | 17 | | 136 | 136 |
| (00) 1-0646422-000118583-1 | | | | | |
| | CA -2022RB- | 18 | | 96 | 72 |
| (00) 1-0646422-000118584-8 | | | | | |
| | CA -2022RB- | 6 | | 96 | 24 |
| | CA -3090RB- | 15 | | 94 | 30 |
| (00) 1-0646422-000118585-5 | | 32 | | | |
| | CA -3090RB- | | | 94 | 64 |



Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

Interchange No: 2989          Created: 2008/12/18 15:32
Functional Group No: 2989          Received: 2008/12/18 14:11
Transaction Set No: 29890006          Printed: 2008/12/18 14:14

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2230471
Date: 2008/12/18

Admin Commun Contact (PER)>:
Contact Funct'n Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45



Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/07

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/06

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/08



Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identif'n: 071030

Name (N1)>:
Entity Identifr Code: (ST) SHIP TO
Identifcn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0775

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 1
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 2
Quantity Ordered: 94
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 16.83
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 3
Quantity Ordered: 160
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 4
Quantity Ordered: 136
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

Trans Totals (CTT)>:
Number Of Line Items: 4

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Sold To:**
Circuit City
DIP #08-35653
Attn: AVP - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0255 Circuit City Bethlehem P
Bethlehem Brown Goods
4000 Township Line Rd.
Bethlehem, PA, 18020

## Invoice

| Date | Page |
|------|------|
| Dec. 30, 2008 | 1 |

**Invoice Number:** IN151176

**Shipped from Location:** MAIN

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|-----------|-------------|----------|------|-----------|----------|----------|-------|-----------|
| 2233186 | CIRCUI | Roadway | RDWY | 12/30/2008 | 071030 | Feb. 28, 2009 | Net 60 Days | ORD143658 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|-----------|-----------|----------|-------------|-------------|-------|-------|-----------|-----|----------------|
| 120 | 120 | 0 | AC -101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 465.60 |
| 144 | 144 | 0 | AC -201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 748.80 |
| 144 | 144 | 0 | AC -634 - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 727.20 |
| 192 | 192 | 0 | CVL -1124RB- | 10075 SLV Monitor / Lapel Mic | CVL1124 | 646422-10075-3 | 3.12 | EA | 599.04 |
| 240 | 240 | 0 | CVL -1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 866.40 |
| 240 | 240 | 0 | AC -840 - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 2,968.80 |
| 120 | 120 | 0 | AC -740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 606.00 |
| 144 | 144 | 0 | AC -208 - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 809.28 |

**Comments:**

| Total Packages: | 50 |
|-----------------|-----|
| Item Weight: | 912 |
| Total Pallets: | 3.47 |
| Total Weight: | 1,086 |

| | |
|--|--|
| Total amount | 7,791.12 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 7,791.12 |

Circuit City

# Detailed ASN Report

**ASN:**            ORD143658

**Date Shipped:** 12/29/08   3:52 pm            **Shipped To:**   8956757

| Number of docs:   1 | Number of Pallets or Cartons: 5 | Weight: | 1,086.0 LB |
|---|---|---|---|

**Ship To:**      C255
0255 Circuit City Bethlehem P

**Carrier :**     RDWY               Pro #:  875-292308-6

**Document #:**   ORD143658                    **PO #:**  2233186
**Order date :**  12/24/2008

| Pallet or Carton ID | Unpacked items Packed Items | *(Master Carton)* (Inner Carton) | | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000118772-9 | | | | | |
| | AC -101   - | 5 | | 120 | 120 |
| | AC -201   - | 6 | | 144 | 144 |
| (00) 1-0646422-000118773-6 | | | | | |
| | AC -840   - | 10 | | 240 | 240 |
| (00) 1-0646422-000118774-3 | | | | | |
| | AC -740   - | 5 | | 120 | 120 |
| | AC -208   - | 6 | | 144 | 144 |
| (00) 1-0646422-000118775-0 | | | | | |
| | AC -634   - | 6 | | 144 | 144 |
| | CVL-1124RB- | 2 | | 192 | 192 |
| (00) 1-0646422-000118776-7 | | | | | |
| | CVL-1064RB- | 10 | | 240 | 240 |

850 PURCHASE ORDER   ASSET Doc No 25134R   PAGE NO

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI       Ack Required: No

Interchange No: 2994          Created: 2008/12/23 21:22
Functional Group No: 2994     Received: 2008/12/24 06:34
Transaction Set No: 29940001  Printed: 2008/12/24 06:44



143658

Bee Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2233186
Date: 2008/12/23

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault



FOB Ref Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/07

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/06

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/08

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifcn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0255

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 1
Quantity Ordered: 120
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 2
Quantity Ordered: 144
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 3
Quantity Ordered: 144
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 4
Quantity Ordered: 192
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.12
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1124

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 5
Quantity Ordered: 240
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 6
Quantity Ordered: 240
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 12.37
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC840

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 7
Quantity Ordered: 120
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

P.O. Baseline Item Data (PO1)>:
Assigned Identifcn: 8
Quantity Ordered: 144
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

Trans Totals (CTT)>:
Number Of Line Items: 8

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone (360) 883-0333
Fax (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone (360) 883-0333
Fax (360) 883-4888

**Invoice**

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0775 Circuit City Groveland
Groveland Brown Goods
19925 Independence Blvd.
Groveland, FL, 34736

| Date | Dec 30, 2008 | Page |
|---|---|---|
| Invoice Number | IN151180 | 1 |

Shipped from Location: **MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2233191 | CIRCUI | Roadway | RDWY | 12/30/2008 | 071030 | Feb 28, 2009 | Net 60 Days | ORD143663 |

| Qty. Ord. | Qty. Ship. | Qty. BIO | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 72 | 72 | 0 | AC-101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 279.36 |
| 168 | 168 | 0 | AC-201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 873.60 |
| 96 | 96 | 0 | AC-634 - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 484.80 |
| 96 | 96 | 0 | CVL-1124RB- | 10075 SLV Monitor / Lapel Mic | CVL1124 | 646422-10075-3 | 3.12 | EA | 299.52 |
| 168 | 168 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 606.48 |
| 48 | 48 | 0 | AC-840 - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 593.76 |
| 72 | 72 | 0 | AC-740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 363.60 |
| 168 | 168 | 0 | AC-208 - | 10133 SLV Stereo Headset :removab | AC208 | 646422-10133-0 | 5.62 | EA | 944.16 |

Comments:

| Total Packages: | 34 | Total amount | 4,445.28 |
|---|---|---|---|
| Item Weight: | 600 | Less payment | 0.00 |
| Total Pallets: | 2.33 | Less pmt. disc | 0.00 |
| Total Weight: | 716 | Amount due | 4,445.28 |

# Detailed ASN Report

**ASN:** ORD143663

**Date Shipped:** 12/29/08  3:45 pm      **Shipped To:** 8956757

**Number of docs:** 1      **Number of Pallets or Cartons:** 3      **Weight:** 716.0 LB

**Ship To:** C775
0775 Circuit City Groveland

**Carrier :** RDWY      **Pro #:** 875-292306-8

**Document #:** ORD143663      **PO #:** 2233191
**Order date :** 12/24/2008

| Pallet or Carton ID | Packed Items | (Master Carton) | (Inner Carton) | qty ordered / qty ordered | qty unpacked / qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000118763-7 | | Unpacked items | | | |
| | AC -101 - | | | 72 | 72 |
| | AC -201 - | | | 168 | 168 |
| (00) 1-0646422-000118764-4 | | | | | |
| | AC -840 - | | | 48 | 48 |
| | AC -740 - | | | 72 | 72 |
| | AC -208 - | | | 168 | 168 |
| (00) 1-0646422-000118765-1 | | | | | |
| | AC -634 - | | | 96 | 96 |
| | CVL-1124RB- | | | 96 | 96 |
| | CVL-1064RB- | | | 168 | 168 |

PURCHASE ORDER    ASSET Doc No 25139R    PAGE NO: 1



nder: 01 008956757 008956757                Production Data: Yes
eiver: ZZ CYBERACOUSTICS CYBERACOUSTI        Ack Required: No

nterchange No: 2994                 Created: 2008/12/23 21:22
ctional Group No: 2994              Received: 2008/12/24 06:34
ansaction Set No: 29940006          Printed: 2008/12/24 06:44

143663

Seg (P.O.) (BEG)>:
as Set Puro Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
 Number: 2233191
r: 2008/12/23

nin Commun Contact (PER)>:
tact Functn Code: (IC) INFORMATION CONTACT
me: 9776 Sharry Chenault



) Ref Instruct (FOB)>:
nt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
ation Qualifier: (DE) DESTINATION (SHIPPING)

erred Terms Of Sale (ITD)>:
ms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
ms Net Days: 45



/Tm Ref (DTM)>:
e/Time Qualifier: (002) DELIVERY REQUESTED
e: 2009/01/07

/Tm Ref (DTM)>:
e/Time Qualifier: (064) DO NOT DELIVER BEFORE
e: 2009/01/06

/Tm Ref (DTM)>:
e/Time Qualifier: (063) DO NOT DELIVER AFTER
e: 2009/01/08

 Number (N9)>:
ern Identn Qual: (IA) INTERNAL VENDOR NUMBER
erence Identifctn: 071030

me (N1)>:
ity Identifr Code: (ST) SHIP TO
ntifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
ntification Code: 0775

). Baseline Item Data (PO1)>:
ssigned Identifctn: 1
uantity Ordered: 72
it Or Bs Fr Msmn Cd: (EA) EACH
nit Price: 3.88
ass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
roduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
oduct/Service Id: AC101

). Baseline Item Data (PO1)>:
ssigned Identifctn: 2
uantity Ordered: 168
it Or Bs Fr Msmn Cd: (EA) EACH
nit Price: 5.20
ass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
oduct/Service Id: AC201

O. Baseline Item Data (PO1)>:
ssigned Identifctn: 3
uantity Ordered: 96
nt Or Bs Fr Msmn Cd: (EA) EACH
nit Price: 5.05
ass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
oduct/Service Id: AC634

O. Baseline Item Data (PO1)>:
ssigned Identifctn: 4
uantity Ordered: 96
nt Or Bs Fr Msmn Cd: (EA) EACH
nit Price: 3.12
ass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
oduct/Service Id: CVL1124

O. Baseline Item Data (PO1)>:
ssigned Identifctn: 5
uantity Ordered: 168
nt Or Bs Fr Msmn Cd: (EA) EACH
nit Price: 3.61
ass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
roduct/Service Id: CVL1064

O. Baseline Item Data (PO1)>:
ssigned Identifctn: 6
uantity Ordered: 48
nt Or Bs Fr Msmn Cd: (EA) EACH
nit Price: 12.37
ass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
roduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
roduct/Service Id: AC840

O. Baseline Item Data (PO1)>:
ssigned Identifctn: 7
uantity Ordered: 72
nt Or Bs Fr Msmn Cd: (EA) EACH
nit Price: 5.05
ass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
roduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
roduct/Service Id: AC740

O. Baseline Item Data (PO1)>:
ssigned Identifctn: 8
uantity Ordered: 168
nit Price: 5.62
ass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
roduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
roduct/Service Id: AC208

rans Totals (CTT)>:

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| | |
|---|---|
| Date | Jan. 5, 2009 |
| Invoice Number | IN151284 |
| Page | 1 |

Shipped from Location:
**MAIN**

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0344 Circuit City Livermore
Livermore Brown Goods
400 Long Fellow Court
Livermore, CA, 94550

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2230467 | CIRCUI | Roadway | RDWY | 1/5/2009 | 071030 | Mar. 6, 2009 | Net 60 Days | ORD143535 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 16 | 16 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 208.32 |
| 88 | 88 | 0 | CA-3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 1,481.04 |
| 32 | 32 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 334.08 |
| 80 | 80 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 475.20 |

Comments:

| | |
|---|---|
| Total Packages: | 66 |
| Item Weight: | 1,060 |
| Total Pallets: | 2.26 |
| Total Weight: | 1,173 |

| | |
|---|---|
| Total amount | 2,498.64 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| **Amount due** | **2,498.64** |

Circuit City

# Detailed ASN Report

**ASN:**           ORD143535

**Date Shipped:** 1/5/09  11:33 am          **Shipped To:**   8956757

| Number of docs:  1 | Number of Pallets or Cartons: 3 | Weight: | 1,173.0 LB |
|---|---|---|---|

**Ship To:**     C344
                 0344 Circuit City Livermore

**Carrier :**    RDWY               **Pro #:**  875-292329-7

**Document #:**  ORD143535                        **PO #:** 2230467
**Order date :**  12/18/2008

| Pallet or Carton ID | Packed Items | Unpacked items *(Master Carton)* (Inner Carton) | | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000119100-9 | | | | | |
| | CA -2022RB- | 4 | | 16 | 16 |
| | CA -2014RB- | 10 | | 80 | 80 |
| (00) 1-0646422-000119101-6 | | | | | |
| | CA -3090RB- | 32 | | 88 | 64 |
| (00) 1-0646422-000119102-3 | | | | | |
| | CA -3090RB- | 12 | | 88 | 24 |
| | CA -3001RB- | 8 | | 32 | 32 |

850 PURCHASE ORDER    ASSET Doc No 25021R    PAGE N

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

143535

Interchange No: 2989          Created: 2008/12/18 15:32
Functional Group No: 2989          Received: 2008/12/18 14:11
Transaction Set No: 29890002          Printed: 2008/12/18 14:14

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2230467
Date: 2008/12/18

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)



Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/07

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/06

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/08



Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0344

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 16
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 88
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 16.83
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 33
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 80
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

Trans Totals (CTT)>:
Number Of Line Items: 4



# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| Date | Page |
|---|---|
| Jan 5, 2009 | 1 |
| Invoice Number | |
| IN151285 | |

**Sold To:**
Circuit City
DJP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0353 Circuit City Walnut
Industry Brown Goods
680 S. Lemon Avenue
Walnut, CA, 91789

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2230468 | CIRCUI | Roadway | RDWY | 1/5/2009 | 071030 | Mar 6, 2009 | Net 60 Days | ORD143536 |

| Qty. Ord. | Qty. Shp. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 24 | 24 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 312.48 |
| 168 | 168 | 0 | CA-3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 2,827.44 |
| 16 | 16 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 167.04 |
| 176 | 176 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 1,045.44 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 116 | |
| Item Weight: | 1,814 | |
| Total Weight: | | |
| Total Pallets: | 4.00 | |
| Total Weight: | 2,014 | |

| | |
|---|---|
| Total amount | 4,352.40 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 4,352.40 |

# Detailed ASN Report

**ASN:** ORD143536

**Date Shipped:** 1/5/09  11:32 am          **Shipped To:**  8956757

| Number of docs: | 1 | Number of Pallets or Cartons: 4 | Weight: | 2,014.0 LB |
|---|---|---|---|---|

**Ship To:** C353
0353 Circuit City Walnut

**Carrier :** RDWY          **Pro #:** 875-292330-6

**Document #:** ORD143536                    **PO #:** 2230468
**Order date :** 12/18/2008

| Pallet or Carton ID | Packed Items | Unpacked items (Master Carton) (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|
| (00) 1-0646422-000119096-5 | | | | |
| | CA -2014RB- | 22 | 176 | 176 |
| (00) 1-0646422-000119097-2 | | | | |
| | CA -3090RB- | 32 | 168 | 64 |
| (00) 1-0646422-000119098-9 | | | | |
| | CA -3090RB- | 32 | 168 | 64 |
| (00) 1-0646422-000119099-6 | | | | |
| | CA -2022RB- | 6 | 24 | 24 |
| | CA -3090RB- | 20 | 168 | 40 |
| | CA -3001RB- | 4 | 16 | 16 |

1

50 PURCHASE ORDER   ASSET Doc No 25022R   PAGE NO:

Sender: 01 008956757 008956757                          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI      Ack Required: No

Interchange No: 2989                Created: 2008/12/18 15:32
Functional Group No: 2989           Received: 2008/12/18 14:11
Transaction Set No: 29890003        Printed: 2008/12/18 14:14



143536

Bee See (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2230468
Date: 2008/12/18

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Date/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/07



Date/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/06

Date/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/08

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifcn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifcn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0353

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 168
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 16.83
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 16
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 176
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

Trans Totals (CTT)>:
Number Of Line Items: 4

Cyber Acoustics

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Ship To:
0755 Circuit City Marion
Marion Brown Goods
1100 Circuit City Road
Marion, IL, 62959

**Invoice**

| Date | Page |
|---|---|
| Jan 5, 2009 | 1 |
| Invoice Number | |
| IN151355 | |

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2244903 | CIRCUI | Roadway | RDWY | 1/5/2009 | 071030 | Mar 6, 2009 | Net 60 Days | ORD143803 |

| Qty. Ord. | Qty. Shp. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 56 | 56 | 0 | CA -2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 729.12 |
| 136 | 136 | 0 | CA -3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 2,288.88 |
| 92 | 92 | 0 | CA -3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 960.48 |
| 280 | 280 | 0 | CA -2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 1,663.20 |

Comments:

| | |
|---|---|
| Total Packages: | 140 |
| Item Weight: | 2,401 |
| Total Pallets: | 5.08 |
| Total Weight: | 2,655 |

| | |
|---|---|
| Total amount | 5,641.68 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 5,641.68 |

*Circuit City*

# Detailed ASN Report

**ASN:** ORD143803

**Date Shipped:** 1/5/09  11:37 am          **Shipped To:** 8956757

| Number of docs: 1 | Number of Pallets or Cartons: 5 | Weight: | 2,655.0 LB |
|---|---|---|---|

**Ship To:**   C755
0755 Circuit City Marion

**Carrier :**   RDWY          **Pro #:** 875-292328-8

**Document #:**   ORD143803                    **PO #:** 2244903
**Order date :**   12/30/2008

| Pallet or Carton ID | Packed Items | Unpacked items (Master Carton) | (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000119104-7 | | | | | |
| | CA -2022RB- | 14 | | 56 | 56 |
| (00) 1-0646422-000119105-4 | | | | | |
| | CA -3090RB- | 32 | | 136 | 64 |
| (00) 1-0646422-000119106-1 | | | | | |
| | CA -3090RB- | 32 | | 136 | 64 |
| (00) 1-0646422-000119107-8 | | | | | |
| | CA -3090RB- | 4 | | 136 | 8 |
| | CA -3001RB- | 23 | | 92 | 92 |
| | CA -2014RB- | 11 | | 280 | 88 |
| (00) 1-0646422-000119108-5 | | | | | |
| | CA -2014RB- | 24 | | 280 | 192 |

50 PURCHASE ORDER   ASSET Doc No 25289R   PAGE NO

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI        Ack Required: No

Interchange No: 3000          Created: 2008/12/30 13:31
unctional Group No: 3000          Received: 2008/12/30 10:43
Transaction Set No: 30000005          Printed: 2008/12/30 10:44

143803

g Set (P.O.) (BEG)>:
rans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
O. Number: 2244903
ate: 2008/12/30

dmin Commun Contact (PER)>:
ontact Functn Code: (IC) INFORMATION CONTACT
ame: 9705 Kelly Mulligan

OB Rel Instruct (FOB)>:
pmnt Mthd Of Pmnt: (PP) PREPAID (BY SELLER)
ocation Qualifier: (DE) DESTINATION (SHIPPING)

eferred Terms Of Sale (ITD)>:
rms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
erms Net Days: 45

te/Tm Ref (DTM)>:
ate/Time Qualifier: (002) DELIVERY REQUESTED
ate: 2009/01/14

te/Tm Ref (DTM)>:
ate/Time Qualifier: (064) DO NOT DELIVER BEFORE
ate: 2009/01/13

ate/Tm Ref (DTM)>:
ate/Time Qualifier: (063) DO NOT DELIVER AFTER
ate: 2009/01/15

f Number (N9)>:
efern Identn Qual: (IA) INTERNAL VENDOR NUMBER
eference Identifctn: 071030

ame (N1)>:
ntity Identfr Code: (ST) SHIP TO
entifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
entification Code: 0755

. Baseline Item Data (PO1)>:
ssigned Identifctn: 1
uantity Ordered: 56
t Or Bs Fr Msmn Cd: (EA) EACH
it Price: 13.02
ss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
oduct/Service Id: CA2022

. Baseline Item Data (PO1)>:
ssigned Identifctn: 2
uantity Ordered: 136
t Or Bs Fr Msmn Cd: (EA) EACH
it Price: 16.83
ss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
oduct/Service Id: CA3090

. Baseline Item Data (PO1)>:
ssigned Identifctn: 3
uantity Ordered: 92
t Or Bs Fr Msmn Cd: (EA) EACH
it Price: 10.44
ss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
oduct/Service Id: CA3001

. Baseline Item Data (PO1)>:
ssigned Identifctn: 4
uantity Ordered: 280
t Or Bs Fr Msmn Cd: (EA) EACH
it Price: 5.94
ss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
oduct/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
oduct/Service Id: CA2014

ms Totals (CTT)>:
mber Of Line Items: 4

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

## Invoice

| Date | Jan 5, 2009 | Page | 1 |
|---|---|---|---|
| | Invoice Number | IN151356 | |

Shipped from Location: **MAIN**

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0755 Circuit City Marion
Marion Brown Goods
1100 Circuit City Road
Marion, IL, 62959

| Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|
| 071030 | Mar 6, 2009 | Net 60 Days | ORD143822 |

| Ship Date | SCAC | Ship Via | Customer No. | PO Number |
|---|---|---|---|---|
| 1/5/2009 | RDWY | Roadway | CIRCUI | 2245140 |

| Qty. Ord. | Qty. Shp. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 48 | 48 | 0 | AC -101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 186.24 |
| 48 | 48 | 0 | AC -201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 249.60 |
| 24 | 24 | 0 | AC -634 - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 121.20 |
| 48 | 48 | 0 | AC -740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 242.40 |
| 24 | 24 | 0 | AC -208 - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 134.88 |

| | |
|---|---|
| Total Packages: | 8 |
| Item Weight: | 137 |
| Total Pallets: | 0.54 |
| Total Weight: | 164 |

| | |
|---|---|
| Total amount | 934.32 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 934.32 |

Comments:

# Circuit City

## Detailed ASN Report

**ASN:** ORD143822

**Date Shipped:** 1/5/09 11:34 am    **Shipped To:** 8956757

**Number of docs:** 1    **Number of Pallets or Cartons:** 1    **Weight:** 164.0 LB

**Ship To:**
C755
0755 Circuit City Marion

**Carrier:** RDWY    **Pro #:** 875-292328-8

**Document #:** ORD143822
**Order date:** 12/31/2008

**PO #:** 2245140

**Unpacked items**

| qty ordered | qty unpacked |
|---|---|

| Pallet or Carton ID | Packed Items *(Master Carton)* *(Inner Carton)* | | qty ordered | qty packed |
|---|---|---|---|---|
| (00) 1-06464422-000119103-0 | | | | |
| AC-101 | - | 2 | 48 | 48 |
| AC-201 | - | | 48 | 48 |
| AC-634 | - | 1 | 24 | 24 |
| AC-740 | - | 2 | 48 | 48 |
| AC-208 | - | 1 | 24 | 24 |

50 PURCHASE ORDER

Sender: 01 008956757 008956757     Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI    Ack Required: No

Interchange No: 3004     Created: 2008/12/30 21:22
Functional Group No: 3004    Received: 2008/12/31 09:20
Transaction Set No: 30040004   Printed: 2008/12/31 09:23

143822



Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2245140
Date: 2008/12/30

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Payment Method Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Date/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/14

Date/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/13

Date/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/15

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identifr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0755

PO Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 48
Unit Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

PO Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 48
Unit Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Bss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

PO Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 24
Unit Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

PO Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 48
Unit Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

PO Baseline Item Data (PO1)>:
Assigned Identifctn: 5
Quantity Ordered: 24
Unit Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bss Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

Trans Totals (CTT)>:
Number Of Line Items: 5

# Cyber Acoustics

**Invoice**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0775 Circuit City Groveland
Groveland Brown Goods
19925 Independence Blvd.
Groveland, FL, 34736

| Date | Jan 6, 2009 | Page |
|---|---|---|
| Invoice Number | IN151496 | 1 |

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2244904 | CIRCUI | Roadway | RDWY | 1/6/2009 | 071030 | Mar 7, 2009 | Net 60 Days | ORD143804 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 32 | 32 | 0 | CA -2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 416.64 |
| 264 | 264 | 0 | CA -3090RB-, | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 4,443.12 |
| 68 | 68 | 0 | CA -3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 709.92 |
| 104 | 104 | 0 | CA -2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 617.76 |

Comments:

| | |
|---|---|
| Total Packages: | 170 |
| Item Weight: | 2,566 |
| Total Pallets: | 5.64 |
| Total Weight: | 2,848 |

| | |
|---|---|
| Total amount | 6,187.44 |
| Less payment | 0.00 |
| Less pmt. disc. | 0.00 |
| **Amount due** | **6,187.44** |

(Circuit City)

# Detailed ASN Report

**ASN:**            ORD143804

**Date Shipped:**  1/6/09  8:35 am                **Shipped To:**   8956757

| Number of docs: | 1 | Number of Pallets or Cartons: | 6 | Weight: | 2,899.0 LB |
|---|---|---|---|---|---|

**Ship To:**       C775
                   0775 Circuit City Groveland

**Carrier :**      RDWY              **Pro #:** 875-292337-X

**Document #:**   ORD143804                        **PO #:** 2244904
**Order date :**  12/30/2008

| Pallet or Carton ID | Packed Items | Unpacked items (Master Carton) | (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000119293-8 | | | | | |
| | CA -3001RB- | 17 | | 68 | 68 |
| (00) 1-0646422-000119294-5 | | | | | |
| | CA -3090RB- | 32 | | 264 | 64 |
| (00) 1-0646422-000119295-2 | | | | | |
| | CA -3090RB- | | | 264 | 64 |
| (00) 1-0646422-000119296-9 | | | | | |
| | CA -3090RB- | | | 264 | 64 |
| (00) 1-0646422-000119297-6 | | | | | |
| | CA -3090RB- | | | 264 | 64 |
| (00) 1-0646422-000119298-3 | | | | | |
| | CA -2022RB- | 8 | | 32 | 32 |
| | CA -3090RB- | 4 | | 264 | 8 |
| | CA -2014RB- | 13 | | 104 | 104 |

Sender: 01 008956757 008956757                    Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI         Ack Required: No

Interchange No: 3000              Created: 2008/12/30 13:31
Functional Group No: 3000        Received: 2008/12/30 10:43
Transaction Set No: 30000006     Printed: 2008/12/30 10:44



143804

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2244904
Date: 2008/12/30

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:                          
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/14

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/13

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/15

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identifr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0775

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 32
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 264
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 16.83
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 68
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 104
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

Trans Totals (CTT)>:
Number Of Line Items: 4

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0775 Circuit City Groveland
Groveland Brown Goods
19925 Independence Blvd.
Groveland, FL, 34736

**Invoice**

| Date | Jan 6, 2009 | Page 1 |
|---|---|---|
| Invoice Number | IN151499 | |

Shipped from Location: MAIN

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2245141 | CIRCUI | Roadway | RDWY | 1/6/2009 | 071030 | Mar 7, 2009 | Net 60 Days | ORD143823 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 120 | 120 | 0 | AC-101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 465.60 |
| 72 | 72 | 0 | AC-201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 374.40 |
| 96 | 96 | 0 | AC-634 - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 484.80 |
| 96 | 96 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 346.56 |

Comments:

| | |
|---|---|
| Total Packages: | 16 |
| Item Weight: | 263 |
| Total Pallets: | 1.06 |
| Total Weight: | 316 |

| | |
|---|---|
| Total amount | 1,671.36 |
| Less payment | 0.00 |
| Less pmt. disc | 0.00 |
| Amount due | 1,671.36 |