Circuit City

# Detailed ASN Report

**ASN:**                ORD143823

**Date Shipped:**  1/6/09  8:36 am                    **Shipped To:**  8956757

| Number of docs:  1 | Number of Pallets or Cartons: 2 | Weight: | 316.0 LB |
|---|---|---|---|

**Ship To:**      C775
                0775 Circuit City Groveland

**Carrier :**     RDWY              **Pro #:** 875-292337-X

**Document #:**  ORD143823                          **PO #:** 2245141
**Order date :**  12/31/2008

| Pallet or Carton ID | Packed Items | Unpacked items *(Master Carton)* (Inner Carton) | | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000119299-0 | | | | | |
| | AC -101  - | 5 | | 120 | 120 |
| | CVL-1064RB- | 4 | | 96 | 96 |
| (00) 1-0646422-000119300-3 | | | | | |
| | AC -201  - | 3 | | 72 | 72 |
| | AC -634  - | 4 | | 96 | 96 |

850 PURCHASE ... PAGE ...

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

Interchange No: 3004          Created: 2008/12/30 21:22
Functional Group No: 3004          Received: 2008/12/31 09:20
Transaction Set No: 30040005          Printed: 2008/12/31 09:23

143823

Bee See (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2245141
Date: 2008/12/30

Admin Commun Contact (PER)>:
Contact Funcin Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shpmnt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Date/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/14

Date/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/13

Date/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/15

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identifc Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0775

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 120
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Class Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Class Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Class Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Class Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

Trans Totals (CTT)>:
Number Of Line Items: 4

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| Date | Page |
|---|---|
| Jan 9, 2009 | 1 |
| Invoice Number | |
| IN151678 | |

Shipped from Location:
**MAIN**

Sold To:
Circuit City
DIP #08-35653
Attn - AVP - Bldg  9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0344 Circuit City Livermore
Livermore Brown Goods
400 Long Fellow Court
Livermore, CA, 94550

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2244900 | CIRCUI | Roadway | RDWY | 1/9/2009 | 071030 | Mar 10, 2009 | Net 60 Days | ORD143800 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 32 | 32 | 0 | CA -2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 416.64 |
| 68 | 68 | 0 | CA -3090RB-/ | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 1,144.44 |
| 44 | 44 | 0 | CA -3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 459.36 |
| 72 | 72 | 0 | CA -2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 427.68 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 62 | Total amount | 2,448.12 |
| Item Weight: | 1,006 | Less payment | 0.00 |
| Total Pallets: | 2.23 | Less pmt. disc | 0.00 |
| Total Weight: | 1,117 | Amount due | 2,448.12 |

# Detailed ASN Report

**ASN:** ORD143800

**Date Shipped:** 1/9/09 11:09 am          **Shipped To:** 8956757

| Number of docs: 1 | Number of Pallets or Cartons: 2 | Weight: | 1,150.0 LB |
|---|---|---|---|

**Ship To:** C344
0344 Circuit City Livermore

**Carrier :** RDWY          **Pro #:** 875-292369-0

**Document #:** ORD143800          **PO #:** 2244900
**Order date :** 12/30/2008

| Pallet or Carton ID | Packed Items | Unpacked items (Master Carton) | (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000119435-2 | | | | | |
| | CA -3090RB- | 32 | | 68 | 64 |
| (00) 1-0646422-000119436-9 | | | | | |
| | CA -2022RB- | 8 | | 32 | 32 |
| | CA -3090RB- | 7 | | 68 | 4 |
| | CA -3001RB- | 11 | | 44 | 44 |
| | CA -2014RB- | 9 | | 72 | 72 |



Sender: 01 008956757 008956757            Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI      Ack Required: No

Interchange No: 3000        Created: 2008/12/30 13:31
Functional Group No: 3000   Received: 2008/12/30 10:43
Transaction Set No: 30000002  Printed: 2008/12/30 10:44

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2244900
Date: 2008/12/30

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan



FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/14

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/13



Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/15

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0344

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 32
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 68
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 16.83
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 44
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

Trans Totals (CTT)>:
Number Of Line Items: 4

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg  9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0353 Circuit City Walnut
Industry Brown Goods
680 S. Lemon Avenue
Walnut, CA, 91789

**Invoice**

| | Date | Page |
|---|---|---|
| | Jan 9, 2009 | 1 |
| | Invoice Number | |
| | IN151679 | |

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2244901 | CIRCUI | Roadway | RDWY | 1/9/2009 | 071030 | Mar 10, 2009 | Net 60 Days | ORD143801 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 24 | 24 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 312.48 |
| 32 | 32 | 0 | CA-3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 538.56 |
| 52 | 52 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 542.88 |
| 120 | 120 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 712.80 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 50 | Total amount | 2,106.72 |
| Item Weight: | 872 | Less payment | 0.00 |
| Total Weight: | 1.86 | Less pmt. disc | 0.00 |
| Total Pallets: | | | |
| Total Weight: | 965 | Amount due | 2,106.72 |

Circuit City

# Detailed ASN Report

**SN:** ORD143801

**Date Shipped:** 1/9/09  11:08 am          **Shipped To:** 8956757

**Number of docs:** 1     **Number of Pallets or Cartons:** 2                 **Weight:** 1,004.0 LB

**Ship To:** C353
0353 Circuit City Walnut

**Carrier :** RDWY          **Pro #:** 875-292370-X

**Document #:** ORD143801                    **PO #:** 2244901
**Order date :** 12/30/2008

| Pallet or Carton ID | Packed Items | Unpacked items (Master Carton) | (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000119433-8 | | | | | |
| | CA -3001RB- | 13 | | 52 | 52 |
| | CA -2014RB- | 15 | | 120 | 120 |
| (00) 1-0646422-000119434-5 | | | | | |
| | CA -2022RB- | 6 | | 24 | 24 |
| | CA -3090RB- | 16 | | 32 | 32 |

1

850 PURCHASE ORDER    ASSET Doc No. 2226FR  PAGE NO. 1

---

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI        Ack Required: No

Interchange No: 3000                Created: 2008/12/30 13:31
Functional Group No: 3000           Received: 2008/12/30 10:43
Transaction Set No: 30000003        Printed: 2008/12/30 10:44



143801

---

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2244901
Date: 2008/12/30

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)



Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/14

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/13

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/15



Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qu·l: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0353

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 32
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 16.83
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 52
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 120
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

Trans Totals (CTT)>:
Number Of Line Items: 4

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

## Invoice

| Date | Jan 9, 2009 | Page |
|---|---|---|
| Invoice Number | IN151680 | 1 |

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

**Ship To:**
0344 Circuit City Livermore
Livermore Brown Goods
400 Long Fellow Court
Livermore, CA, 94550

Shipped from Location:
**MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2245138 | CIRCUI | Roadway | RDWY | 1/9/2009 | 071030 | Mar 10, 2009 | Net 60 Days | ORD143820 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 96 | 96 | 0 | AC -101 - | 10081 SLV Mono Headset | AC101 | 646422-10081-4 | 3.88 | EA | 372.48 |
| 48 | 48 | 0 | AC -201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 249.60 |
| 48 | 48 | 0 | AC -740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 242.40 |
| 24 | 24 | 0 | AC -208 - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 134.88 |

**Comments:**

| | | |
|---|---|---|
| Total Packages: | 9 | |
| Item Weight: | 148 | **Total amount** 999.36 |
| Total Pallets: | 0.58 | Less payment 0.00 |
| Total Weight: | 177 | Less pmt. disc 0.00 |
| | | **Amount due** 999.36 |

## Detailed ASN Report

**ASN:**              ORD143820

**Date Shipped:**  1/9/09  11:11 am          **Shipped To:**  8956757

| Number of docs: | 1 | Number of Pallets or Cartons: 1 | | Weight: | 177.0 LB |
|---|---|---|---|---|---|

**Ship To:**      C344
               0344 Circuit City Livermore

**Carrier :**     RDWY              Pro #:  875-292369-0

**Document #:**   ORD143820                          **PO #:**  2245138
**Order date :**   12/31/2008

| Pallet or Carton ID | Unpacked items<br>Packed Items | (Master Carton) | (Inner Carton) | qty ordered<br>qty ordered | qty unpacked<br>qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000119437-6 | | | | | |
| | AC -101  - | 4 | | 96 | 96 |
| | AC -201  - | | | 48 | 48 |
| | AC -740  - | | | 48 | 48 |
| | AC -208  - | | | 24 | 24 |

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

Interchange No: 3004          Created: 2008/12/30 21:22
Functional Group No: 3004          Received: 2008/12/31 09:20
Transaction Set No: 30040002          Printed: 2008/12/31 09:23

143820

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2245138
Date: 2008/12/30

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault



FOB Rel Instruct (FOB)>:
Shpmt Mthd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/14

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/13



Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/15

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0344

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.88
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC101

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 48
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 48
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

Trans Totals (CTT)>:
Number Of Line Items: 4

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0567 Circuit City Ardmore
(Ardmore Browns Goods)
1901 Cooper Dr.
Ardmore, OK, 73401

**Invoice**

| Date | Page |
|---|---|
| Jan 6, 2009 | 1 |

Invoice Number: IN151495

Shipped from Location: MAIN

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2244902 | CIRCUI | Roadway | RDWY | 1/6/2009 | 071030 | Mar 7, 2009 | Net 60 Days | ORD143802 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 48 | 48 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 624.96 |
| 72 | 72 | 0 | CA-3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 1,211.76 |
| 72 | 72 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 751.68 |
| 152 | 152 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 902.88 |

Comments:

| Total Packages: | 85 | Total amount | 3,491.28 |
|---|---|---|---|
| Item Weight: | 1,436 | Less payment | 0.00 |
| Total Pallets: | 3.15 | Less pmt. disc | 0.00 |
| Total Weight: | 1,593 | Amount due | 3,491.28 |

# Detailed ASN Report

| | | | | |
|---|---|---|---|---|
| **ASN:** | ORD143802 | | | |
| **Date Shipped:** | 1/6/09  8:27 am | **Shipped To:** | 8956757 | |
| **Number of docs:** 1 | **Number of Pallets or Cartons:** 4 | | **Weight:** | 1,647.0 LB |

| | |
|---|---|
| **Ship To:** | C567 |
| | 0567 Circuit City Ardmore |
| **Carrier :** | RDWY    Pro #:  875-292339-8 |

| | | |
|---|---|---|
| **Document #:** | ORD143802 | **PO #:**  2244902 |
| **Order date :** | 12/30/2008 | |

| Pallet or Carton ID | Unpacked items | | | qty ordered | qty unpacked |
|---|---|---|---|---|---|
| | Packed Items | *(Master Carton)* (Inner Carton) | | qty ordered | qty packed |
| (00) 1-0646422-000119278-5 | | | | | |
| | CA -3090RB- | 32 | | 72 | 64 |
| (00) 1-0646422-000119279-2 | | | | | |
| | CA -2022RB- | 12 | | 48 | 48 |
| | CA -3090RB- | 4 | | 72 | 8 |
| (00) 1-0646422-000119280-8 | | | | | |
| | CA -3001RB- | 18 | | 72 | 72 |
| (00) 1-0646422-000119281-5 | | | | | |
| | CA -2014RB- | 19 | | 152 | 152 |

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI          Ack Required: No

Interchange No: 3000          Created: 2008/12/30 13:31
Functional Group No: 3000          Received: 2008/12/30 10:43
Transaction Set No: 30000004          Printed: 2008/12/30 10:44

143802

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2244902
Date: 2008/12/30

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/14

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/13

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/15

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identif Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0567

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 48
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 16.83
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 152
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

Trans Totals (CTT)>:
Number Of Line Items: 4

**Cyber Acoustics**

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| | | |
|---|---|---|
| Date | Jan 6, 2009 | |
| Invoice Number | IN151498 | |
| Page | 1 | |

Shipped from Location:
**MAIN**

Sold To:
Circuit City
DIP #08-35653
Attn - AVP - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Ship To:
0567 Circuit City Ardmore
(Ardmore Browns Goods)
1901 Cooper Dr.
Ardmore, OK, 73401

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
|---|---|---|---|---|---|---|---|---|
| 2245139 | CIRCUI | Roadway | RDWY | 1/6/2009 | 071030 | Mar 7, 2009 | Net 60 Days | ORD143821 |

| Qty. Ord. | Qty. Shp. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 24 | 24 | 0 | AC-201 - | 10082 SLV Stereo Headset | AC201 | 646422-10082-1 | 5.20 | EA | 124.80 |
| 96 | 96 | 0 | CVL-1124RBK | 10075 SLV Monitor / Lapel Mic | CVL1124 | 646422-10075-3 | 3.12 | EA | 299.52 |
| 96 | 96 | 0 | AC-840 - | 10132 SLV/BLK Mono USB Headset | AC840 | 646422-10132-3 | 12.37 | EA | 1,187.52 |
| 24 | 24 | 0 | AC-740 - | 10105 SLV MONO/Mini Heatdset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 121.20 |

Comments:

| | | |
|---|---|---|
| Total Packages: | 7 | Total amount | 1,733.04 |
| Item Weight: | 148 | Less payment | 0.00 |
| Total Pallets: | 0.50 | Less pmt. disc | 0.00 |
| Total Weight: | 173 | Amount due | 1,733.04 |

# Detailed ASN Report

| | | | | |
|---|---|---|---|---|
| **ASN:** | ORD143821 | | | |
| **Date Shipped:** | 1/6/09  8:29 am | **Shipped To:** | 8956757 | |

| Number of docs: | 1 | Number of Pallets or Cartons: 1 | | Weight: | 173.0 LB |
|---|---|---|---|---|---|

| | |
|---|---|
| **Ship To:** | C567 |
| | 0567 Circuit City Ardmore |
| **Carrier :** | RDWY          Pro #:  875-292339-8 |

| | | |
|---|---|---|
| **Document #:** | ORD143821 | **PO #:**  2245139 |
| **Order date :** | 12/31/2008 | |

| Pallet or Carton ID | Unpacked items Packed Items | *(Master Carton)* (Inner Carton) | qty ordered qty ordered | qty unpacked qty packed |
|---|---|---|---|---|
| (00) 1-0646422-000119282-2 | | | | |
| | AC -201  - | | 24 | 24 |
| | CVL-1124RB- | | 96 | 96 |
| | AC -840  - | 4 | 96 | 96 |
| | AC -740  - | | 24 | 24 |

Sender: 01 008956757 008956757
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI

Production Data: Yes
Ack Required: No

Interchange No: 3004
Functional Group No: 3004
Transaction Set No: 30040003

Created: 2008/12/30 21:22
Received: 2008/12/31 09:20
Printed: 2008/12/31 09:23



143821

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2245139
Date: 2008/12/30

Admin Commun Contact (PER)>:
Contact Funcfn Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault



FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/14

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/13

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/15

Ref Number (N91)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifcn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifcn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0567

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.20
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC201

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.12
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1124

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 12.37
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC840

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

Trans Totals (CTT)>:
Number Of Line Items: 4

# Cyber Acoustics

**Remit to:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Shipped From:**
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

**Sold To:**
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA. 23233-1464

**Ship To:**
0255 Circuit City Bethlehem P
Bethlehem Brown Goods
4000 Township Line Rd.
Bethlehem, PA. 18020

| | Date | Jan 6, 2009 | Page |
| --- | --- | --- | --- |
| | | Invoice Number | 1 |
| | | IN151494 | |

Shipped from Location: **MAIN**

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2244899 | CIRCUI | Roadway | RDWY | 1/6/2009 | 071030 | Mar 7, 2009 | Net 60 Days | ORD143799 |

| Qty. Ord. | Qty. Ship | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 96 | 96 | 0 | CA-2022RB- | 00048 BLK 2 pc. | CA2022 | 646422-00048-0 | 13.02 | EA | 1,249.92 |
| 254 | 254 | 0 | CA-3090RB- | 00042 SLV 3pc | CA3090 | 646422-00042-8 | 16.83 | EA | 4,274.82 |
| 144 | 144 | 0 | CA-3001RB- | 00081 BLK 3pc | CA3001 | 646422-00081-7 | 10.44 | EA | 1,503.36 |
| 272 | 272 | 0 | CA-2014RB- | 00091 BLK 3pc | CA2014 | 646422-00091-6 | 5.94 | EA | 1,615.68 |

Comments:

| Total Packages: | 221 | Total amount | 8,643.78 |
| --- | --- | --- | --- |
| Item Weight: | 3,562 | Less payment | 0.00 |
| Total Weight: | 7.84 | Less pmt. disc | 0.00 |
| Total Pallets: | 3,954 | Amount due | 8,643.78 |

# Detailed ASN Report

| | |
|---|---|
| **ASN:** | ORD143799 |
| **Date Shipped:** | 1/6/09  8:30 am |

| | |
|---|---|
| **Shipped To:** | 8956757 |

| **Number of docs:** 1 | **Number of Pallets or Cartons:** 8 | **Weight:** | 4,062.0 LB |
|---|---|---|---|

**Ship To:**   C255
            0255 Circuit City Bethlehem P

**Carrier :**   RDWY          **Pro #:**  875-292338-9

**Document #:**  ORD143799
**Order date :**  12/30/2008                      **PO #:**  2244899

| Pallet or Carton ID | Packed Items | Unpacked items (Master Carton) | (Inner Carton) | qty ordered / qty ordered | qty unpacked / qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000119283-9 | | | | | |
| | CA -3090RB- | 32 | | 254 | 64 |
| (00) 1-0646422-000119284-6 | | | | | |
| | CA -3090RB- | 32 | | 254 | 64 |
| (00) 1-0646422-000119285-3 | | | | | |
| | CA -3090RB- | 32 | | 254 | 64 |
| (00) 1-0646422-000119286-0 | | | | | |
| | CA -3090RB- | 31 | | 254 | 62 |
| (00) 1-0646422-000119287-7 | | | | | |
| | CA -3001RB- | 32 | | 144 | 128 |
| (00) 1-0646422-000119288-4 | | | | | |
| | CA -2022RB- | 6 | | 96 | 24 |
| | CA -3001RB- | 4 | | 144 | 16 |
| | CA -2014RB- | 10 | | 272 | 80 |
| (00) 1-0646422-000119289-1 | | | | | |
| | CA -2014RB- | 24 | | 272 | 192 |
| (00) 1-0646422-000119290-7 | | | | | |
| | CA -2022RB- | 18 | | 96 | 72 |

Sender: 01 008956757 008956757          Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI        Ack Required: No

143799

Interchange No: 3000          Created: 2008/12/30 13:31
Functional Group No: 3000     Received: 2008/12/30 10:43
Transaction Set No: 30000001  Printed: 2008/12/30 10:44

Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2244899
Date: 2008/12/30

Admin Commun Contact (PER)>:
Contact Functn Code: (IC) INFORMATION CONTACT
Name: 9705 Kelly Mulligan

FOB Rel Instruct (FOB)>:
Shpmt Method Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Die/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/14

Die/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/13

Die/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/15

Refern Identn Qual (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identifr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0255

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 96
Unt Or Bs Fr Msurn Cd: (EA) EACH
Unit Price: 13.02
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2022

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 254
Unt Or Bs Fr Msurn Cd: (EA) EACH
Unit Price: 16.83
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3090

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 144
Unt Or Bs Fr Msurn Cd: (EA) EACH
Unit Price: 10.44
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA3001

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 272
Unt Or Bs Fr Msurn Cd: (EA) EACH
Unit Price: 5.94
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CA2014

Trans Totals (CTT)>:
Number Of Line Items: 4

# Cyber Acoustics

Remit to:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

**Invoice**

| Date | Jan 6, 2009 | Page |
| --- | --- | --- |
| Invoice Number | IN151497 | 1 |

Sold To:
Circuit City
DIP #08-35653
Attn: A/P - Bldg. 9954 / DR3
9950 Mayland Drive
Richmond, VA, 23233-1464

Shipped From:
3109 NE 109th Avenue
Vancouver, WA 98682
Phone: (360) 883-0333
Fax: (360) 883-4888

Ship To:
0255 Circuit City Bethlehem P
Bethlehem Brown Goods
4000 Township Line Rd.
Bethlehem, PA, 18020

Shipped from Location:
MAIN

| PO Number | Customer No. | Ship Via | SCAC | Ship Date | Vendor # | Due Date | Terms | Order No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2245137 | CIRCUI | Roadway | RDWY | 1/6/2009 | 07030 | Mar 7, 2009 | Net 60 Days | ORD143819 |

| Qty. Ord. | Qty. Ship. | Qty. B/O | Item Number | Description | SKU # | UPC # | Unit Price | UOM | Extended Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 24 | 24 | 0 | AC -634 - | 10078 SLV Neckband Headset w/ B | AC634 | 646422-10078-4 | 5.05 | EA | 121.20 |
| 96 | 96 | 0 | CVL-1124RB- | 10075 SLV Monitor / Lapel Mic | CVL1124 | 646422-10075-3 | 3.12 | EA | 299.52 |
| 72 | 72 | 0 | CVL-1064RB- | 10047 SLV Stand Mic | CVL1064 | 646422-10047-0 | 3.61 | EA | 259.92 |
| 120 | 120 | 0 | AC -740 - | 10105 SLV MONO/Mini Headset Mic | AC740 | 646422-10105-7 | 5.05 | EA | 606.00 |
| 24 | 24 | 0 | AC -208 - | 10133 SLV Stereo Headset removab | AC208 | 646422-10133-0 | 5.62 | EA | 134.88 |

Comments:

| | |
| --- | --- |
| Total Packages: | 11 |
| Total amount | 1,421.52 |
| Item Weight: | 170 |
| Less payment | 0.00 |
| Total Pallets: | 0.69 |
| Less pmt. disc | 0.00 |
| Total Weight: | 204 |
| Amount due | 1,421.52 |

# Detailed ASN Report

**ASN:**  ORD143819

**Date Shipped:** 1/6/09  8:31 am          **Shipped To:**  8956757

| Number of docs: | 1 | Number of Pallets or Cartons: | 1 | | Weight: | 204.0 LB |

**Ship To:**  C255
0255 Circuit City Bethlehem P

**Carrier :**  RDWY          **Pro #:**  875-292338-9

**Document #:**  ORD143819          **PO #:**  2245137
**Order date :**  12/31/2008

| Pallet or Carton ID | Unpacked items / Packed Items | (Master Carton) | (Inner Carton) | qty ordered / qty ordered | qty unpacked / qty packed |
|---|---|---|---|---|---|
| (00) 1-0646422-000119292-1 | | | | | |
| | AC -634  - | | | 24 | 24 |
| | CVL-1124RB- | | | 96 | 96 |
| | CVL-1064RB- | 3 | | 72 | 72 |
| | AC -740  - | 5 | * | 120 | 120 |
| | AC -208  - | | | 24 | 24 |

Sender: 01 008956757 008956757        Production Data: Yes
Receiver: ZZ CYBERACOUSTICS CYBERACOUSTI        Ack Required: No

Interchange No: 3004        Created: 2008/12/30 21:22
Functional Group No: 3004        Received: 2008/12/31 09:20
Transaction Set No: 30040001        Printed: 2008/12/31 09:23

143819



Beg Seg (P.O.) (BEG)>:
Trans Set Purp Code: (00) ORIGINAL  P.O. Type Code: (SA) STAND-ALONE ORDER
P.O. Number: 2245137
Date: 2008/12/30

Admin Commun Contact (PER)>:
Contact Funcln Code: (IC) INFORMATION CONTACT
Name: 9776 Sharry Chenault

FOB Rel Instruct (FOB)>:
Shpmt Methd Of Pmnt: (PP) PREPAID (BY SELLER)
Location Qualifier: (DE) DESTINATION (SHIPPING)

Deferred Terms Of Sale (ITD)>:
Terms Type Code: (01) BASIC  Terms Basis Dt Code: (3) INVOICE DATE
Terms Net Days: 45

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (002) DELIVERY REQUESTED
Date: 2009/01/14

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (064) DO NOT DELIVER BEFORE
Date: 2009/01/13

Dte/Tm Ref (DTM)>:
Date/Time Qualifier: (063) DO NOT DELIVER AFTER
Date: 2009/01/15

Ref Number (N9)>:
Refern Identn Qual: (IA) INTERNAL VENDOR NUMBER
Reference Identifctn: 071030

Name (N1)>:
Entity Identfr Code: (ST) SHIP TO
Identifctn Code Qual: (92) ASSIGNED BY BUYER OR BUYER'S AGENT
Identification Code: 0255

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 1
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC634

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 2
Quantity Ordered: 96
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.12
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1124

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 3
Quantity Ordered: 72
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 3.61
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: CVL1064

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 4
Quantity Ordered: 120
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.05
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC740

P.O. Baseline Item Data (PO1)>:
Assigned Identifctn: 5
Quantity Ordered: 24
Unt Or Bs Fr Msmn Cd: (EA) EACH
Unit Price: 5.62
Bass Of Unt Prc Code: (TE) CONTRACT PRICE PER EACH
Product/Serv Id Qual: (CB) BUYER'S CATALOG NUMBER
Product/Service Id: AC208

Trans Totals (CTT)>:
Number Of Line Items: 5