Julie Quagliano (VSB #37119)
Seeger Faughnan Mendicino, P.C.
2620 P Street, NW
Washington, DC
Phone: 202-822-8838
Fax: 202-822-6982
Email: quagliano@sfmlawfirm.com
Local Counsel for AT&T

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## (RICHMOND DIVISION)

| | |
|---|---|
| *In re:* | Chapter 11 |
| Circuit City Stores, Inc. *et al.,* | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| Debtors. | [Re: Docket Nos. 8865 and 8555] |

## MOTION OF AT&T REQUESTING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)

AT&T Corp., BellSouth Telecommunications, Inc. and AT&T Global Services, Inc. (collectively, "AT&T")[1] by and through their counsel, Lowenstein Sandler PC and Seeger Faughnan Mendicino, P.C., hereby file this Motion requesting allowance and payment of their administrative expense claim against Circuit City Stores, Inc., *et al.*, (the "Debtors") pursuant to 11 U.S.C. § 503(b), and respectfully represent as follows:

### JURISDICTION

1.      This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the statutory basis for relief requested herein is 11 U.S.C. § 503(b). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] On or about November 18, 2005, SBC Communications Inc. acquired AT&T Corp., with SBC Communications, Inc. being the surviving entity. SBC Communications Inc. subsequently changed its name to AT&T Inc. Additionally, on or about December 29, 2006, AT&T Inc. purchased BellSouth Telecommunications, Inc. with AT&T Inc. being the surviving entity.

## BACKGROUND

2.      On November 10, 2008 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court").

3.      During the course of these chapter 11 cases, AT&T has provided telecommunications and related services to the Debtors.  The Debtors, however, have not paid for those services.

4.      On September 14, 2010, the Bankruptcy Court entered an order (the "Confirmation Order") [Docket No. 8555] confirming the Modified Second Amended Joint Plan Of Liquidation of Circuit City Stores, Inc. And Its Affiliated Debtors And Debtors In Possession And Its Official Committee Of Creditors Holding General Unsecured Claims Under Chapter 11 Of The Bankruptcy Code (the "Plan")[2] [Docket No. 8252].

5.      The Effective Date for the Consolidated Debtors occurred on November 1, 2010 (the "Effective Date").

6.      The Notice of (I) Confirmation Of Modified Second Amended Joint Plan Of Liquidation Of Circuit City Stores, Inc. And Its Affiliated Debtors And Debtors In Possession And Its Official Committee Of Creditors Holding General Unsecured Claims Under Chapter 11 Of The Bankruptcy Code, (II) The Occurrence Of The Effective Date And (III) The Deadlines For Filing Administrative Claims, Final Fee Applications And Rejection Damage Claims

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Plan.

[Docket No. 8865] set the bar date for administrative claims arising between January 1, 2010 and the Effective Date at January 3, 2011.

7.    As of the Effective Date, the unpaid post-petition charges for AT&T's services, arising between January 1, 2010 and the Effective Date total $828,253.14. *See* spreadsheet annexed hereto as Exhibit A.

## RELIEF REQUESTED

8.    AT&T respectfully seeks allowance and immediate payment of the outstanding $828,253.14 amount as an administrative expense.

## ARGUMENT

9.    Pursuant to §§ 503 (a) and (b) of the Bankruptcy Code, AT&T is entitled to receive payment for post-petition services rendered as an administrative expense claim. Section 503(a) and (b) provide as follows:

> (a) An entity may timely file a request for payment of an administrative expense, or may tardily file such request if permitted by the court for cause.
>
> (b) After notice and a hearing, there shall be allowed, administrative expenses, other than claims allowed under section 502(f) of this title, including --
>
> > (1) (A) the actual, necessary costs and expenses of preserving the estate . . .

11 U.S.C. §§ 503(a) and (b).

10.    The principal purpose of § 503(b)(1)(A) is to give creditors the incentive to continue dealing with the debtor-in-possession and supply it goods and services. See *e.g.*, In re

Southern Soya Corp., 251 B.R. 302 (Bankr.D.S.C.2000)(citing Merry-Go-Round Enter. v. Simon

DeBartolo Group (In re Merry-Go-Round Enter.), 180 F.3d 149, 158 (4th Cir. 1999)). In order

for a claim to be granted administrative expense status, the party claiming entitlement to such

status must establish: (1) that the claim arose out of a transaction between the creditor and the

bankrupt's trustee or debtor-in-possession; and (2) that the claim directly and substantially

benefited the estate. *See* In re Merry-Go-Round Enter., 180 F.3d at 157; Microsoft Corp. v. DAK

Indus., Inc. (In re DAK Indus., Inc.), 66 F.3d 1091, 1094 (9th Cir. 1995).

11.    The Debtors' post-petition use of AT&T's services constitute "actual,

necessary costs and expenses of preserving the estate," as contemplated by § 503(b)(1)(A) of the

Bankruptcy Code, and as such, should be paid in full. *See In re Crystal Apparel, Inc.*, 220 B.R.

816, 830 (Bankr. S.D.N.Y. 1998) (finding that "[t]ransactions in the ordinary course of business

of the debtor-in-possession create expenses of administration").

12.    In addition, the telecommunications and related services provided by

AT&T to the Debtors serve a critical function in the Debtors' communications structure, and

thereby provide a direct benefit to the estate.

13.    Accordingly, AT&T has satisfied the elements for entitlement to

administrative expense status for post-petition services provided to the Debtors pursuant to §

503(b)(1)(A) of the Bankruptcy Code and should immediately be paid the outstanding

$828,253.14, as an administrative expense.[3]

---

[3]    The $828,253.14 amount reflects amounts owing from January 1, 2010 through the Effective Date.  AT&T
reserves all rights with respect to its administrative claim, including the right to amend the amount thereof.

## NOTICE

14.    Notice has been provided to (a) counsel to Liquidating Trust, (b) the Office of the United States Trustee, and (c) all parties who have requested and are receiving notices through the Bankruptcy Court's electronic filing system.

15.    No previous request for the relief sought in this Motion has been made to this or any other Court.

**WHEREFORE,** AT&T respectfully requests the entry of an order allowing the administrative expense claim of AT&T and directing the immediate payment in the amount of $828,253.14.

Dated: December 30, 2010                        Respectfully submitted,

By: __/s/ Julie Quagliano_____
Julie Quagliano, Esq.  (VSB #37119)
**Seeger Faughnan Mendicino, P.C.**
2620 P Street, NW
Washington DC  20007
Telephone: (202)-822-8838
Facsimile: (202)822-6982
*Local Counsel for AT&T*
and
**Lowenstein Sandler PC**
Scott Cargill, Esq.
Joseph A. Becht, Esq.
65 Livingston Avenue
Roseland, New Jersey  07068-1791
Telephone: (973) 597-2500
Facsimile:  (973) 597-2400
*Counsel for AT&T*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December 2010, a true and correct copy of the foregoing was filed and served electronically through the Court's ECF system and a copy was

sent via Federal Express to the following:

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Richard M. Pachulski, Esq.
Jeffery N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017

Office of the United States Trustee for
the Eastern District of Virginia
Attn: Robert B. Van Arsdale
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

/s/ Julie Quagliano
Julie Quagliano, Esq.  (VSB #37119)
Seeger Faughnan Mendicino, P.C.
2620 P Street, NW
Washington DC  20007
Telephone: (202)-822-8838
Facsimile: (202)822-6982
*Local Counsel for AT&T*

# EXHIBIT A

Circuit_City

| Customer | Bill Unit 245 | Total | Current | 31 - 60 | 60+ | 61 - 90 | 91 - 120 | 121 - 150 | 151 - 180 | 180 + |
|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | | $828,253.14 | $17,177.42 | $26,347.81 | $784,727.91 | $71,855.82 | $34,700.20 | $264,717.04 | $19,460.71 | $393,994.14 |
| CIRCUIT CITY | 18000041907 | 148,139.09 | | | 140,572.08 | 7,575.68 | 6,155.61 | 8,078.59 | 8,133.18 | 110,629.02 |
| CIRCUIT CITY STORES, INC. | 73936 | 103,865.92 | 1,534.96 | 1,512.28 | 100,818.68 | 26,921.66 | 1,092.07 | 4,541.22 | 4,474.11 | 63,789.62 |
| CIRCUIT CITY | 88500017608 | 96,371.80 | | | 96,371.80 | | | | | 96,371.80 |
| CIRCUIT CITY STORES, INC. | 73937 | 88,701.70 | 4,839.93 | 4,768.40 | 79,093.37 | 4,697.93 | 4,628.50 | 4,560.10 | 4,492.71 | 60,714.13 |
| CIRCUIT CITY STORES INC | 960732499555 | 44,148.64 | | | 44,148.64 | 22,418.51 | 13,790.55 | 7,939.58 | | |
| CIRCUIT CITY | 80022462545 | 26,271.96 | | | 26,271.96 | | | | | 26,271.96 |
| CIRCUIT CITY | CRTC-CRTRM01 | 25,754.48 | | 940.47 | 24,814.01 | 940.47 | 940.47 | 940.47 | 940.47 | 21,052.13 |
| CIRCUIT CITY STORES | 214A310698319 | 21,119.94 | 12.00 | 12.78 | 21,095.16 | 12.78 | 12.78 | 21,069.60 | | |
| CIRCUIT CITY STORES | 713A310722209 | 13,944.39 | | | 13,944.39 | | | 13,944.39 | | |
| CIRCUIT CITY | 80016211767 | 13,946.10 | | 173.80 | 13,772.30 | 173.80 | 179.59 | 162.20 | 179.59 | 13,077.12 |
| VERCUITY-CIRCUIT CITY | 9567268024254 | 12,506.34 | 621.30 | 663.40 | 11,221.64 | 663.40 | 676.31 | 9,881.93 | | |
| CIRCUIT CITY | 512A310715019 | 11,013.32 | | | 11,013.32 | | | 11,013.32 | | |
| VERCUITY CIRCUIT CITY STORES | 9727882149282 | 11,795.36 | 582.78 | 622.17 | 10,590.41 | 622.17 | 629.54 | 9,338.70 | | |
| CIRCUIT CITY STORES--DIP-- | 405A310687257 | 9,615.31 | | | 9,615.31 | | | 9,615.31 | | |
| CIRCUIT CITY STORES INC | 2038740136160 | 9,594.88 | | 458.65 | 9,136.23 | 574.28 | 567.38 | 7,994.57 | | |
| CIRCUIT CITY STORES INC | 8602537288269 | 9,440.32 | 432.49 | 545.44 | 8,462.39 | 538.94 | 532.44 | 7,391.01 | | |
| CIRCUIT CITY STORES INC | 8604823285389 | 8,379.73 | 410.62 | 484.52 | 7,484.59 | 478.75 | 472.98 | 6,532.86 | | |
| CIRCUIT CITY STORES--DIP-- | 2096561227476 | 7,185.67 | | 341.27 | 6,844.40 | 443.02 | 436.57 | 5,964.81 | | |
| CIRCUIT CITY STORES--DIP-- | 7075451541450 | 6,264.65 | 248.56 | 338.34 | 5,677.75 | 333.35 | 328.10 | 5,016.30 | | |
| CIRCUIT CITY STORES--DIP-- | 9169869756424 | 6,216.72 | 283.40 | 372.50 | 5,560.82 | 367.00 | 360.98 | 4,832.84 | | |
| CIRCUIT CITY STORES INC | 8606667075328 | 6,151.97 | 329.73 | 403.90 | 5,418.34 | 377.47 | 372.83 | 4,668.04 | | |
| CIRCUIT CITY STORES--DIP-- | 7146747455518 | 6,060.73 | 283.70 | 369.69 | 5,407.34 | 364.73 | 359.44 | 4,683.17 | | |
| CIRCUIT CITY STORES INC | 2036861288384 | 6,016.66 | 289.03 | 361.61 | 5,366.02 | 338.33 | 334.26 | 4,693.43 | | |
| CIRCUIT CITY STORES, INC DIP | 7074530589614 | 5,871.96 | 282.37 | 366.08 | 5,223.51 | 360.77 | 354.94 | 4,507.80 | | |
| CIRCUIT CITY | 4097274566027 | 4,978.42 | | | 4,978.42 | | | 4,978.42 | | |
| CIRCUIT CITY STORES--DIP-- | 8306431620212 | 4,579.43 | | | 4,579.43 | | | 4,579.43 | | |
| CIRCUIT CITY --DIP== | 214A010766414 | 4,554.52 | | | 4,554.52 | | | 4,554.52 | | |
| CIRCUIT CITY --DIP-- | 8174662815682 | 4,411.82 | | | 4,411.82 | | | 4,411.82 | | |
| CIRCUIT CITY | 2819981566742 | 4,396.79 | | | 4,396.79 | | | 4,396.79 | | |
| CIRCUIT CITY STORES INC | 4093471063053 | 4,326.52 | | | 4,326.52 | | | 4,326.52 | | |
| CIRCUIT CITY STORES INC | 3175650116448 | 4,760.80 | 238.58 | 235.43 | 4,286.79 | 232.86 | 235.75 | 3,818.18 | | |
| CIRCUIT CITY STORE | 5122334509519 | 4,224.26 | | | 4,224.26 | | | 4,224.26 | | |
| CIRCUIT CITY | 6082422471001 | 4,776.97 | 288.79 | 281.80 | 4,206.38 | 281.29 | 277.41 | 3,647.68 | | |
| CIRCUIT CITY STORES INC-DIP- | 9152319462131 | 3,328.90 | | | 3,328.90 | | | 3,328.90 | | |
| CIRCUIT CITY STORES --DIP-- | 7147388095753 | 3,543.57 | 169.42 | 219.94 | 3,154.21 | 218.36 | 213.23 | 2,722.62 | | |
| CIRCUIT CITY STORES INC | 2037908694258 | 3,296.04 | 152.65 | 192.29 | 2,951.10 | 179.26 | 177.12 | 2,594.72 | | |
| CIRCUIT CITY STORES --DIP-- | 314A310694055 | 2,840.40 | 13.59 | 55.30 | 2,771.51 | 54.42 | 53.68 | 2,663.41 | | |
| CIRCUIT CITY --DIP-- | 9726861040630 | 2,660.50 | | | 2,660.50 | | | 2,660.50 | | |
| CIRCUIT CITY STORES INC | 9604480949555 | 2,696.34 | 34.08 | 73.56 | 2,588.70 | 72.48 | 71.36 | 2,444.86 | | |
| CIRCUIT CITY --DIP-- | 7135926203791 | 2,504.55 | | | 2,504.55 | | | 2,504.55 | | |
| CIRCUIT CITY --DIP-- | 9727224806914 | 2,402.70 | | | 2,402.70 | | | 2,402.70 | | |
| CIRCUIT CITY STORES | 8606440384327 | 2,628.92 | 120.76 | 152.36 | 2,355.80 | 142.50 | 140.80 | 2,072.50 | | |
| CIRCUIT CITY STORES--DIP-- | 5123401484285 | 2,343.46 | | | 2,343.46 | | | 2,343.46 | | |
| CIRCUIT CITY STORES | 713A010743348 | 2,317.36 | | | 2,317.36 | | | 2,317.36 | | |
| CIRCUIT CITY --DIP-- | 4057512312911 | 2,096.06 | | | 2,096.06 | | | 2,096.06 | | |
| CIRCUIT CITY | 7082450335793 | 2,253.26 | 138.32 | 136.47 | 1,978.47 | 139.51 | 122.72 | 1,716.24 | | |
| CIRCUIT CITY | 6167858953182 | 2,129.63 | 109.84 | 108.32 | 1,911.47 | 107.03 | 105.54 | 1,698.90 | | |
| CIRCUIT CITY | 915A050694448 | 1,844.82 | | | 1,844.82 | | | 1,844.82 | | |
| CIRCUIT CITY | 6183988504048 | 2,021.64 | 102.53 | 101.20 | 1,817.91 | 99.81 | 98.09 | 1,620.01 | | |

Circuit_City

| Customer | Bill Unit 245 | Total | Current | 31 - 60 | 60+ | 61 - 90 | 91 - 120 | 121 - 150 | 151 - 180 | 180 + |
|---|---|---|---|---|---|---|---|---|---|---|
| Totals | | $828,253.14 | $17,177.42 | $26,347.81 | $784,727.91 | $71,855.82 | $34,700.20 | $264,717.04 | $19,460.71 | $393,994.14 |
| CIRCUIT CITY | 6169773761887 | 1,934.98 | 91.22 | 90.23 | 1,753.53 | 88.99 | 87.71 | 1,576.83 | | |
| CIRCUIT CITY | 3148494105852 | 1,697.07 | - | - | 1,697.07 | - | - | 1,697.07 | | |
| CIRCUIT CITY STORES | 512A010757150 | 1,694.73 | - | - | 1,694.73 | - | - | 1,694.73 | | |
| CIRCUIT CITY -DIP-- | 2106815633096 | 1,686.55 | - | - | 1,686.55 | - | - | 1,686.55 | | |
| CIRCUIT CITY STORES INC | 2037721731793 | 1,862.84 | 88.95 | 111.11 | 1,662.78 | 104.74 | 103.49 | 1,454.55 | | |
| CIRCUIT CITY | 7349712379712 | 1,820.89 | 85.25 | 84.34 | 1,651.30 | 83.18 | 82.01 | 1,486.11 | | |
| CIRCUIT CITY STORES INC*DIP* | 2362648824572 | 1,671.65 | - | 65.61 | 1,606.04 | 86.59 | 86.80 | 1,432.65 | | |
| CIRCUIT CITY | 4142821534189 | 1,728.83 | 99.95 | 98.89 | 1,529.99 | 97.52 | 97.62 | 1,334.85 | | |
| CIRCUIT CITY STORES INC | 2033727964291 | 1,715.10 | 82.64 | 103.29 | 1,529.17 | 96.68 | 95.52 | 1,336.97 | | |
| CIRCUIT CITY STORES INC | 1734722 | 1,601.67 | 79.80 | 79.80 | 1,442.07 | 79.80 | 79.80 | 79.80 | 1,202.67 | |
| CIRCUIT CITY STORES--DIP-- | 314A010728706 | 1,384.87 | 1.66 | 22.07 | 1,361.14 | 21.72 | 21.37 | 1,318.05 | | |
| CIRCUIT CITY STORES--DIP-- | 405A010694405 | 1,291.23 | - | - | 1,291.23 | - | - | 1,291.23 | | |
| CIRCUIT CITY STORES, INC | 9564121791435 | 1,270.64 | - | - | 1,270.64 | - | - | 1,270.64 | | |
| CIRCUIT CITY -DIP-- | 8172848060202 | 1,198.58 | - | - | 1,198.58 | - | - | 1,198.58 | | |
| CIRCUIT CITY -DIP-- | 2109796910405 | 1,119.51 | - | - | 1,119.51 | - | - | 1,119.51 | | |
| CIRCUIT CITY STORES,INC | 209544260425 | 1,251.62 | 61.18 | 79.00 | 1,111.44 | 77.86 | 76.60 | 956.98 | | |
| CIRCUIT CITY STORES--DIP- | 2547510067827 | 1,048.06 | - | - | 1,048.06 | - | - | 1,048.06 | | |
| CIRCUIT CITY STORES--DIP- | 6363262074807 | 1,031.56 | - | - | 1,031.56 | - | - | 1,031.56 | | |
| CIRCUIT CITY STORES--DIP- | 6503588839117 | 1,103.65 | 46.43 | 62.20 | 995.02 | 61.28 | 60.31 | 873.43 | | |
| CIRCUIT CITY STORES--DIP- | 9722911046939 | 989.45 | - | - | 989.45 | - | - | 989.45 | | |
| CIRCUIT CITY STRS 3513-DIP- | 9565042825200 | 976.63 | - | - | 976.63 | - | - | 976.63 | | |
| CIRCUIT CITY -DIP-- | 7134365367251 | 964.85 | - | - | 964.85 | - | - | 964.85 | | |
| CIRCUIT CITY STORES INC | 6613221697307 | 889.18 | 30.18 | 42.93 | 816.07 | 42.35 | 41.73 | 731.99 | | |
| CIRCUIT CITY STORES | CRTC-CRTRM04 | 767.59 | 5.66 | 5.85 | 756.08 | 5.30 | 5.66 | 5.48 | 5.48 | 734.16 |
| CIRCUIT CITY STORES --DIP- | 2818075893132 | 700.80 | - | - | 700.80 | - | - | 700.80 | | |
| CIRCUIT CITY STORES INC | 1100163217181 | 741.33 | 35.45 | 35.45 | 670.43 | 35.45 | 35.37 | 599.61 | | |
| CIRCUIT CITY STORES | 1100163069873 | 741.33 | 35.45 | 35.45 | 670.43 | 35.45 | 35.37 | 599.61 | | |
| CIRCUIT CITY -DIP-- | 9728576750443 | 665.01 | - | - | 665.01 | - | - | 665.01 | | |
| CIRCUIT CITY STORES INC | 3169419348709 | 651.65 | - | - | 651.65 | - | - | 651.65 | | |
| CIRCUIT CITY STORES INC | 9729430196446 | 630.00 | - | - | 630.00 | 630.00 | - | - | | |
| CARMAX STORE #7207 | 7082991486615 | 560.84 | - | - | 560.84 | - | - | 560.84 | | |
| CIRCUIT CITY | 0573572517001 | 511.77 | 31.80 | 32.00 | 447.97 | 32.00 | 32.25 | 32.73 | 32.50 | 318.49 |
| CIRCUIT CITY -DIP-- | 9727126819637 | 447.23 | - | - | 447.23 | - | - | 447.23 | | |
| CIRCUIT CITY STORES | 316A010170316 | 437.98 | - | - | 437.98 | - | - | 437.98 | | |
| CIRCUIT CITY STORES 271-DIP- | 7758278604165 | 452.18 | 27.64 | 27.64 | 424.54 | 33.98 | 33.31 | 357.25 | | |
| CIRCUIT CITY -DIP-- | 8172370796206 | 378.86 | - | - | 378.86 | - | - | 378.86 | | |
| CIRCUIT CITY -DIP-- | 9728579030086 | 323.81 | - | - | 323.81 | - | - | 323.81 | | |
| CIRCUIT CITY SERV CTR-DIP- | 9727097645176 | 323.39 | - | - | 323.39 | - | - | 323.39 | | |
| CARMAX BUSINESS SRVC 7956 | 8176569384717 | 277.08 | - | - | 277.08 | 277.08 | - | - | | |
| CIRCUIT CITY STORES INC-DIP | 4178812398499 | 266.24 | - | - | 266.24 | - | - | 266.24 | | |
| CIRCUIT CITY STORE | 0515626493001 | 261.20 | - | - | 261.20 | - | - | - | | 261.20 |
| CIRCUIT CITY STORES INC | 2038910763173 | 249.27 | - | - | 249.27 | - | - | 249.27 | | |
| CIRCUIT CITY -DIP-- | 8173142113430 | 231.44 | - | - | 231.44 | - | - | 231.44 | | |
| CIRCUIT CITY STORES, INC | 80018059560 | 209.78 | - | - | 209.78 | - | - | - | | 209.78 |
| CIRCUIT CITY STORES INC | 8602537288532 | 175.77 | - | - | 175.77 | - | - | 175.77 | | |
| CIRCUIT CITY | 1100820790789 | 167.19 | - | - | 167.19 | - | - | 167.19 | | |
| CIRCUIT CITY ATTN IT INVOICES | 0508879658001 | 142.34 | - | - | 142.34 | - | - | - | - | 142.34 |
| CIRCUIT CITY ATTN IT INVOICES | 0508879657001 | 137.02 | - | - | 137.02 | - | - | - | - | 137.02 |
| CARMAX BUSINESS SERVICES | 4692410399121 | 134.48 | - | - | 134.48 | 130.24 | 4.24 | - | | |

Circuit_City

| Customer | Bill Unit 245 | Total | Current | 31 - 60 | 60+ | 61 - 90 | 91 - 120 | 121 - 150 | 151 - 180 | 180 + |
|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | | $828,253.14 | $17,177.42 | $26,347.81 | $784,727.91 | $71,855.82 | $34,700.20 | $264,717.04 | $19,460.71 | $393,994.14 |
| CARMAX BUSINESS SRVC 7956 | 8171620906717 | 3,442.40 | - | 3,337.35 | 105.05 | 105.05 | | | | |
| CIRCUIT CITY | 0534632131001 | 102.87 | - | | 102.87 | | | | | 102.87 |
| CIRCUIT CITY STORES C/O ISG | 0590678315001 | 49.42 | - | | 49.42 | | | | | 49.42 |
| CIRCUIT CITY DEBTOR IN POSSESSION | 0580930288002 | 39.97 | - | | 39.97 | | | | | 39.97 |
| CIRCUIT CITY #0834 | 80024012736 | 39.26 | - | | 39.26 | | | | | 39.26 |
| CIRCUIT CITY | 0564634115001 | 27.24 | - | | 27.24 | | | | | 27.24 |
| CIRCUIT CITY | 0545346013001 | 9.04 | - | | 9.04 | | | | | 9.04 |
| CIRCUIT CITY | 0592151702001 | 8.81 | - | | 8.81 | | | | | 8.81 |
| CIRCUIT CITY | 0555375408001 | 8.76 | - | | 8.76 | | | | | 8.76 |
| CIRCUIT CITY STORES, INC | 2095442604252 | 3.34 | - | | 3.34 | | | 3.34 | | |
| CARMAX#9002 MWV | 770M124814814 | 1,967.20 | 1,967.20 | | - | | | | | |
| CARMAX | 502M721935001 | 1,607.24 | 1,607.24 | | - | | | | | |
| CARMAX | 704M242106001 | 1,581.01 | 1,581.01 | | - | | | | | |
| CARMAX | 919M242271106 | 1,556.03 | 1,556.03 | | - | | | | | |
| CARMAX - 7192 | 843M605011011 | 1,549.47 | 1,549.47 | | - | | | | | |
| CARMAX 7034 | 919M246554554 | 1,155.17 | 1,155.17 | | - | | | | | |
| CARMAX STORE | 9604498803555 | 861.80 | 861.80 | | - | | | | | |
| CARMAX #7112 | 8177945808371 | 809.28 | 809.28 | | - | | | | | |
| CARMAX | 713A507000342 | 413.91 | 413.91 | | - | | | | | |
| CARMAX #7154 | 5124906464319 | 383.32 | 359.88 | 23.44 | - | | | | | |
| CARMAX BUSINESS SVC LOC | 9378650270199 | 193.81 | 193.81 | | - | | | | | |
| CARMAX | 2148215360964 | 158.92 | 149.21 | 9.71 | - | | | | | |
| CARMAX AUTO SUPERSTORES LLC | 2395310400001 | 157.96 | 157.96 | | - | | | | | |
| CARMAX | 2149057569165 | 149.21 | 149.21 | | - | | | | | |
| CARMAX | 2148270531563 | 149.19 | 149.19 | | - | | | | | |
| CARMAX AUTO SPRSTR LLC | 9722359561093 | 148.19 | 139.14 | 9.05 | - | | | | | |
| CARMAX | 615M988045045 | 145.34 | 145.34 | | - | | | | | |
| CARMAX | 770U167257257 | 137.06 | 137.06 | | - | | | | | |
| CARMAX | 2144922864633 | 135.19 | 135.19 | | - | | | | | |
| CARMAX | 7342140402418 | 134.66 | 134.66 | | - | | | | | |
| CARMAX | 8476406433069 | 127.82 | 127.82 | | - | | | | | |
| CARMAX | 6169426523996 | 127.70 | 127.70 | | - | | | | | |
| CARMAX GWINETT 7104 | 404M129000900 | 123.97 | 123.97 | | - | | | | | |
| CARMAX | 770M124864864 | 123.48 | 123.48 | | - | | | | | |
| NAI ASSET VENTURES FUND ONE | 8642979455544 | 121.56 | 121.56 | | - | | | | | |
| CARMAX BUSINESS SRVC 7956 | 8175030126717 | 117.40 | - | 117.40 | - | | | | | |
| CARMAX | 8645827039006 | 116.59 | 116.59 | | - | | | | | |
| CARMAX | 6302994998948 | 108.86 | 108.86 | | - | | | | | |
| CARMAX BUS SVC | 3053817805482 | 107.25 | 107.25 | | - | | | | | |
| CARMAX BUSINESS SERVICES LLC | 7702224957001 | 84.22 | 68.20 | 16.02 | - | | | | | |
| CARMAX | 4155538603005 | 68.95 | 68.95 | | - | | | | | |
| CARMAX | 9497536065737 | 67.09 | 67.09 | | - | | | | | |
| CARMAX-CHRLOTTE 7106 | 704M248723723 | 13.88 | 13.88 | | - | | | | | |
| CIRCUIT CITY STORES | 7402669410919 | 9.90 | 9.90 | | - | | | | | |
| CIRCUIT CITY STRS INC-DIP- | 501A010718039 | - | - | | - | | | | | |
| CIRCUIT CITY – DIP – | 5122460293141 | - | - | | - | | | | | |
| CIRCUIT CITY STORES INC | 4795712684671 | - | - | | - | | | | | |
| CIRCUIT CITY —DIP — | 5122466953141 | - | - | | - | | | | | |
| CIRCUIT CITY | 3169420752668 | - | - | | - | | | | | |

Circuit_City



| Customer | Bill Unit 245 | Total | Current | 31 - 60 | 60+ | 61 - 90 | 91 - 120 | 121 - 150 | 151 - 180 | 180 + |
|---|---|---|---|---|---|---|---|---|---|---|
| **Totals** | | $828,253.14 | $17,177.42 | $26,347.81 | $784,727.91 | $71,855.82 | $34,700.20 | $264,717.04 | $19,460.71 | $393,994.14 |
| CARMAX BUSINESS SERVICES INC | 2034687196060 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CARMAX | 2141196982876 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CARMAX | 2143031163360 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CARMAX | 2143832132189 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES INC | 2547730016751 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES INC | 2812820602706 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES | 3149940984272 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CARMAX AUTO SPRSTR  7267 | 3156918561404 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CARMAX AUTO SPRSTR  7267 | 3162208408404 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY | 4699522509393 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CARMAX AUTO SUPERSTORE | 3175740059001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CARMAX AUTO SUPERSTORE | 3175741763150 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES INC | 4053600691883 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CARMAX BUSINESS SERVICE | 4054780392637 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CARMAX BUSINESS SERVICE | 4054783647637 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES INC | 4093471063048 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES | 4198614289438 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES INC | 4408451782716 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES INC | 8174536104840 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES | 5029373332001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CARMAX BUSINESS | 7068558211469 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CARMAX BUSINESS SERVICES LLC | 7066501248001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES | 7045096008688 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES | 6158550133001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CARMAX 7210 | 601M147018018 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES | 6015798621621 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CARMAX | 305W233422231 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY | 5617344519060 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| NAPA/GPC APAR CTR | 7709410466001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES | 5029358663001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY | 5029350218001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES | 4239937294001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORE | 4075820053001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES | 8173169123020 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CARMAX | 404M125157157 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CARMAX 7190 | 512448282957 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CARMAX FTLAUD 7108 | 561V231129828 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY | 9018547756186 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CARMAX | 954V029005001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES | 9547552521833 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES | 9544377679207 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES | 9198810089001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CARMAX 7951 | 9197909810001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES | 9193678476001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CTY STORES | 9122656699786 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CTY STORES | 7704216698001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES | 9043631717539 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY | 7706234023001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| ISG | 8655238412001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |

Circuit_City



| Customer | Bill Unit 245 | Total | Current | 31 - 60 | 60+ | 61 - 90 | 91 - 120 | 121 - 150 | 151 - 180 | 180 + |
|---|---|---|---|---|---|---|---|---|---|---|
| Totals | | $828,253.14 | $17,177.42 | $26,347.81 | $784,727.91 | $71,855.82 | $34,700.20 | $264,717.04 | $19,460.71 | $393,994.14 |
| CIRCUIT CITY | 843M205153837 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY STORES | 8437971482001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY STORES | 8282960450001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CARMAX #7265 | 803M664454001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY STORES | 7723361327001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CARMAX | 336M645785785 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY STORES | 9047275133001 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CARMAX STORE 7268 | 8167957492906 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CARMAX | 8478397699995 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CARMAX | 3053818856076 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CARMAX | 8477550186633 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY STORES | 404R010024024 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY | 8474260086385 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CARMAX 9002 | 8175575421284 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CARMAX | 8602932695187 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY STORES INC | 8174472089794 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CARMAX | 8477559106500 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY | 8164209423770 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY | 8164209144776 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY STORES | 713A326002204 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY --DIP-- | 7132701842384 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CARMAX | 7084499353500 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY --DIP-- | 6365366472815 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CARMAX | 512A440053381 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CARMAX BUSINESS SRVC 7956 | 8175030106717 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY STORES INC | 9604510460555 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY STORES INC | 9725423743925 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CARMAX | 8477550185832 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| ISG | 2053420706010 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY | 9035817619715 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY | 9729916535997 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CARMAX AUTO SUPERSTORES LLC | 9607394765555 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CARMAX | 9723596461624 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY--DIP-- | 9139060307141 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY--DIP-- | 9136960541007 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CARMAX | 9133846862827 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| VERCUITY CIRCUIT CITY | 9133070415668 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY STORES--DIP-- | 9093551520650 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY STORES | 9093551520645 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY | 88500017582 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY | 80026341455 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY #0805 | 10009188276 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CIRCUIT CITY | 2257699483131 | $ (139.12) | $ (139.12) | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES INC | 5069083080001 | $ (160.73) | $ (160.73) | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES INC | 9607395352555 | $ (294.38) | $ (294.38) | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES | 7075451541445 | $ (664.07) | $ (664.07) | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES INC | 9607395351555 | $ (3,424.53) | $ (3,424.53) | $ - | $ - | $ - | $ - | $ - | | |
| CIRCUIT CITY STORES INC | 9604480948555 | $ (4,971.81) | $ (4,971.81) | $ - | $ - | $ - | $ - | $ - | | |
| Circuit City Stores | 242488308-1 | $ (3,351.00) | $ - | $ - | $ (3,351.00) | $ - | $ - | $ (3,351.00) | | |

Page 5

Circuit_City

| Customer | Bill Unit | Total | Current | 31 - 60 | 60+ | 61 - 90 | 91 - 120 | 121 - 150 | 151 - 180 | 180 + |
|---|---|---|---|---|---|---|---|---|---|---|
| Totals | 245 | $ 828,253.14 | $ 17,177.42 | $ 26,347.81 | $ 784,727.91 | $ 71,855.82 | $ 34,700.20 | $ 264,717.04 | $ 19,460.71 | $ 393,994.14 |