IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

| | |
|---|---|
| *In re:*  Circuit City Stores, Inc. *et al.*,  Debtors. | Chapter 11  Case No. 08-35653 (KRH)  Jointly Administered |

### ORDER GRANTING MOTION OF AT&T FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503(b)

**THIS MATTER,** having been opened to the Court upon the motion (the "Motion") of AT&T[1] for the entry of an Order requesting allowance and payment of its administrative expense claim pursuant to 11 U.S.C. §503(b); and it appearing that good and sufficient notice has been given; and after due deliberation and sufficient cause appearing therefore;

**WHEREFORE, THE COURT FINDS AND CONCLUDES:**

A.   The Court has jurisdiction over this matter pursuant to §§ 157 and 1334 of Title 28 of the United States Code.

B.   Due and adequate notice has been given to all parties entitled thereto, and no other or further notice is necessary or required.

**THEREFORE, IT IS HEREBY ORDERED:**

That the Motion is hereby GRANTED; and

**IT IS FURTHER ORDERED** that AT&T has an allowed administrative expense claim in the amount of $828,253.14; and

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

12459/1344
12/30/2010 2081136.1

-2-

**IT IS FURTHER ORDERED** the Debtors shall pay AT&T, within 20 days of entry of this order, $828,253.14 for post-petition services that have been rendered from January 1, 2010 through the Effective Date.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE