**MAKE CHECKS PAYABLE TO:**
LUBBOCK CENTRAL APPRAISAL DISTRICT
PO BOX 10568 - 1715 26TH STREET
LUBBOCK, TEXAS 79408-3568
(806) 762-5000 EXT: 503
www.lubbockcad.org

**2009 TAX STATEMENT**
PAYABLE UPON RECEIPT

PRINT DATE: 10/13/2009

QUICKREF: R124693

OWNER ID: 0036548
OWNER % : 100.00

FIESTA AUTOLAND CNT L 2-A-1

6701 SLIDE RD
LUBBOCK

DBA: CIRCUIT CITY

QUICKREF: R124693    OWNER ID: 0036548
****AUTO**MIXED AADC 793             177 62405
M & M BERMAN ENTERPRISES
% CIRCUIT CITY #4510
ATTN TAX DEPT
PO BOX 42304
RICHMOND VA   23242-2304

TO RECEIVE A RECEIPT CHECK BOX [ ]

**TAX DUE**
43,996.82

PLEASE RETURN THIS PORTION WITH PAYMENT

---

10332

MARTIN BERMAN
MARIANNE BERMAN

CITY NATIONAL BANK
LOS ANGELES, CA 90064
16-1606/1220

1/20/2010

PAY TO THE ORDER OF   Lubbock Central Appraisal District         $ **43,996.82

Forty-Three Thousand Nine Hundred Ninety-Six and 82/100********************************************** DOLLARS

Lubbock Central Appraisal District
PO Box 10568
1715 26th Street
Lubbock, TX 79408-3568

Taxes-2910-LubbockSlide St.

