10333

MARTIN BERMAN
MARIANNE BERMAN

CITY NATIONAL BANK
LOS ANGELES, CA 90064
16-1606/1220

1/20/2010

PAY TO THE
ORDER OF    Gary B. Barber, Smith County Tax Office         $  **32,836.09

Thirty-Two Thousand Eight Hundred Thirty-Six and 09/100************************************** DOLLARS

Gary B. Barber
Smiith County Tax Office
PO Box 2011
Tyler, TX 75710
Acct#150000129300004040
Tyler Prop. Tax 2010

---



**GARY B. BARBER**
Smith County Tax Office
PO Box 2011
Tyler, TX 75710
(903) 590-2920

## 2009 TAX STATEMENT

Property Account Number:

# 150000129300004040

| Owner: | M & M BERMAN ENTERPRISES<br>% CIRCUIT CITY STORE #1602<br>PO BOX 42304<br>RICHMOND, VA 23242-2304 | Property Location: 0004910 S BROADWAY<br>Acres: 1.62<br>Legal Description: PAVILLION ADDN BLOCK 1293 LOT/<br>SPACE 4D- |
| --- | --- | --- |

| LAND MARKET VALUE | IMPROVEMENT VALUE | PERSONAL PROPERTY | OTHER VALUE | AG VALUE | TOTAL MARKET VALUE | TOTAL TAXABLE VALUE |
| --- | --- | --- | --- | --- | --- | --- |
| 889,100 | 748,700 | 0 | 0 | 0 | 1,637,800 | 1,637,800 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate Per $100 | Base Tax |
| --- | --- | --- | --- | --- |
| CITY OF TYLER | 0 | 1,637,800 | 0.204000 | 3,341.11 |
| SMITH COUNTY | 0 | 1,637,800 | 0.288940 | 4,732.26 |
| TYLER I.S.D. | 0 | 1,637,800 | 1.375000 | 22,519.75 |
| TYLER JR COLLEGE | 0 | 1,637,800 | 0.136950 | 2,242.97 |

*ADDITIONAL COUNTY SALES TAX REDUCED YOUR COUNTY AD VALOREM TAX BY $2205.66.

Exemptions:

2009 Tax Notice

TOTAL BASE TAX        32,836.09

| **Total Tax Amount Due** | $32,836.09 |
| --- | --- |

### RETURN BOTTOM PORTION OF STATEMENT WITH PAYMENT TO INSURE PROPER CREDIT.

TO MAKE A PAYMENT BY ELECTRONIC CHECK OR CREDIT CARD GO TO WWW.SMITH-COUNTY.COM, SELECT PROPERTY TAX ONLINE. THERE WILL BE A CONVENIENCE FEE OF $2.00 FOR ACH AND 2.5% FOR CREDIT CARDS.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE SMITH COUNTY APPRAISAL DISTRICT OFFICE AT (903) 510-8600 REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

PARTIAL PAYMENTS ARE ACCEPTED. THE SMITH COUNTY TAX OFFICE DOES NOT DETERMINE LEGAL OWNERSHIP OR ESTABLISH APPRAISED VALUE OF PROPERTY, GRANT EXEMPTIONS OR ADOPT TAX RATES.

Detach

**EXHIBIT**

**D**