**EXHIBIT E**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., et al., ) | Case No. 08-35653-KRH |
| ) | Chapter 11 |
| Debtors. ) | (Jointly Administered) |

**ORDER GRANTING SECOND MOTION OF M & M BERMAN ENTERPRISES FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES**

This matter came before the Court on the Second Motion of M&M Berman Enterprises for Allowance and Payment of Administrative Expenses (the "Motion")[1] filed by the movant, M & M Berman Enterprises ("MMBE") pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b); and it appearing that good and sufficient notice has been given; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED:**

1. That the Motion is **GRANTED**.

2. MMBE shall have an allowed administrative expense claim in the amount of $14,704.55.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

---

Michael P. Falzone (VSB No. 22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957

*Counsel for M & M Berman Enterprises*

3. The Debtor shall pay MMBE, within twenty (20) days of entry of this Order, the amount of $14,704.55 for post-petition, pre-rejection real estate taxes accrued during the period of January 1, 2009 through the Lease Rejection Dates.

Dated: _____
Richmond, Virginia

_____
United States Bankruptcy Judge

Entered on Docket: _____

I ask for this:

/s/ Sheila deLa Cruz
_____
Michael P. Falzone (VSB No. 22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
*Counsel for M & M Berman Enterprises*

## CERTIFICATE OF ENDORSEMENT

I hereby certify, under Local Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

_____/s/ Sheila deLa Cruz_____
Counsel

2