Form 210B (12/09)

# United States Bankruptcy Court

## Eastern District Of Virginia

In re Circuit City Stores, Inc.,    Case No. 08-35653 through 08-35870

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 1611 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on January 3, 2011 (date).

| | |
|---|---|
| Engineered Structures, Inc. | R. J. Ventures, LLC |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| | |
| c/o Kimbell D. Gourley, Esq. | c/o Jess Bressi, Esq. |
| Trout, Jones, Glendhill, Fuhrman, Courley, PA | Luce, Forward, Hamilton & Scripps, LLP |
| P.O. Box 1097 | 2050 Main Street, Suite 600 |
| Boise, ID 83701-1097 | Irvine, CA 92614 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**