# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re<br>CIRCUIT CITY STORES, INC. et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653<br><br>(Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that RJ Ventures LLC., a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
RJ Ventures LLC
c/o Jess R Bressi Esq
Cox, Castle & Nicholson, LLP
19800 MacArthur Blvd., Suite 500
Irvine, CA 92612

New Address
RJ Ventures LLC.
c/o Jess R. Bressi, Esq.
Luce Forward Hamilton & Scripps LLP
2050 Main Street, Suite 600
Irvine, CA 92614

I declare under penalty of perjury that the foregoing is true and correct.

**RJ Ventures LLC**

By:  S/Jess Bressi/S

Title: Attorney in Fact

Date: January 3, 2011