UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

---

In re:

Circuit City Stores, Inc., et al.

Debtors.

---

Chapter 11

Case No. 08-35653

(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that BUCKHEAD TRIANGLE LP a creditor in the cases of the above-captioned debtors ("Debtors"), directs Debtors, Debtors in Possession and/or the liquidating trustee and any representatives thereof (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules or on proof of claims filed in the cases or otherwise on a claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address

**BUCKHEAD TRIANGLE LP**
WILLIAM J DAWKINS ESQ
1100 SPRING ST NW STE 550
ATLANTA, GA 30309-2848

New Address

**BUCKHEAD TRIANGLE LP**
c/o Liquidity Solutions, Inc.
One University Plaza, Suite #312
Hackensack, NJ 07601

I declare under penalty of perjury that the foregoing is true and correct.

BUCKHEAD TRIANGLE LP, a Georgia limited Partnership
By: Selig Enterprises, Inc, its General Partner

By: _____

Its: Senior Vice President and Secretary

Date: 12-29-10



Notary Public

MOLLY MCKEON
NOTARY EXPIRES
GEORGIA
NOV. 28, 2011
FULTON COUNTY