

# NATIONAL REGISTERED AGENTS, INC.
### An NRAI Solutions Company

December 20, 2010

```
RICHMOND DIVISION
F                    F
I      JAN X 3 2011  I
L                    L
E                    E
D         CLERK      D
    US BANKRUPTCY COURT
```

Law Offices Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, CA 90067


RE: Title of Action: In Re: Circuit City Stores, Inc.
    Entity Served: DayMen USA, Inc.
    Case/Docket Number: 08-35653-KRH

Dear Mr ,

Legal documents in the above titled action have been received by National Registered Agents, Inc. (NRAI) for one of the defendants/parties listed in the enclosed documents.

NRAI is unable to receive the document(s) on behalf of the defendant/party due to the following reason:

[ ]  NRAI Resigned as Agent with the State Authority on [date].
[ ]  NRAI is no longer the Registered Agent. A Change of Agent was filed with the State Authority.
[ ]  NRAI cannot determine the party being served – the legal documents must clearly state the legal name of the entity you are serving.
[X]  NRAI can find no record of the entity being listed with the State Authority.
[ ]  Method of Service is unacceptable – [reason].
[ ]  Fewer sets of pleadings/documents than parties named – sufficient copies of the documents must be provided if serving one or more of the defendants/parties listed in the above titled action. Sufficient copies of the documents must be provided to the registered agent to send to all parties being served.
[ ]  Other Agent listed with the State Authority.
[ ]  The registered agent's authority to receive service has been revoked.
[ ]  Other:

Therefore, the legal documents served are being returned to you for the above stated reason(s).

Very truly yours,

*Meagan Seymour*

Meagan Seymour
Authorized Person


Enclosures
CC: Court Having Jurisdiction: United States Bankruptcy Court, Eastern District of Virginia, Richmond Division
    NRAI - D. Howarth