# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**
Dustin P. Branch
2029 Century Park East, 26th Floor
Los Angeles, CA 90067

**In re:**  Circuit City Stores, Inc.

**Case Number**  08−35653−KRH
**Chapter**  11
.

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

**CLAIMS/TRANSFER OF CLAIM:**

__  Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

__  Document does not appear to be filed in the correct case. Please review this filing for possible error, and file it in the correct case, as appropriate.

__  Form B210A − Transfer of Claim Other Than For Security.* The transfer is NOT in substantial compliance with the Procedural Form B210A.

__  Official Form 10 − Proof of Claim* − not attached to entry or attached form not in substantial compliance with Official Form.

**X**  Administrative Claim Number 219 Has Been Filed Incorrectly.

***A copy of the above−referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov**

Date:    January 3, 2011

CLERK, UNITED STATES BANKRUPTCY COURT

[igclaimsvDec2009.jsp]

By /s/ Suzanne French, Deputy Clerk
Direct Dial Telephone No. 804−916−2419

# CERTIFICATE OF NOTICE

```
District/off: 0422-7        User: frenchs          Page 1 of 1            Date Rcvd: Jan 03, 2011
Case: 08-35653              Form ID: igclaims      Total Noticed: 1


The following entities were noticed by first class mail on Jan 05, 2011.
10162185       Cousins Properties Incorporated (Los Altos Market,   c/o Katten Muchin Rosenman LLP,
                 2029 Century Park East, Suite 2600,   Los Angeles, CA 90067-3012

The following entities were noticed by electronic transmission.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 05, 2011**                          **Signature:** _Joseph Speetjens_