# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**  
Daphne A. Ward  
12646 Willow View Place  
Waldorf, Maryland 20602

**In re:**  Circuit City Stores, Inc.

**Case Number**   08−35653−KRH  
**Chapter**   11

## YOU ARE ADVISED AS FOLLOWS CONCERNING AN ORDER REGARDING:

*9689* – Application for Administrative Expenses filed by Daphne A. Ward. (Jafarbay, Jenni)

__   Proposed orders must be accompanied by a list of parties with mailing addresses of all parties to receive notice of entry thereof. [LBR 9022−1(B)]

__   Proposed order shall contain either a certification that proposed order has been endorsed by all necessary parties or that it has been served upon all necessary parties with the date and manner of service. [LBR 9022−1(C)]

__   Consent orders shall include a Certification of Endorsement that all necessary parties have endorsed proposed order. [LBR 9022−1(E)]

**X**   The order relating to the Application for Administrative Expenses; the Judge will not enter without the endorsement of Trust's counsel or a hearing duly noticed.

*\*A copy of the above−referenced form maybe obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:   January 6, 2011               CLERK, UNITED STATES BANKRUPTCY COURT

[igordersvDec2009.jsp]

By /s/ Suzanne French, Deputy Clerk  
Direct Dial Telephone No. 804−916−2419

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1            Date Rcvd: Jan 06, 2011
Case: 08-35653                Form ID: igorder           Total Noticed: 2

The following entities were noticed by first class mail on Jan 08, 2011.
cr           +Daphne A. Ward,   12646 Willow View Place,    Waldorf, MD 20602-1422
8825775      +D-Link Systems, Inc.,   17595 Mt. Herrmann Street,   Fountain Valley, CA 92708-4160

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2011**            **Signature:**     _Joseph Speetjens_