UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 08-35653-KRH |
| ) | (Jointly Administered) |
| ) | |
| CIRCUIT CITY STORES, INC., *et al.* ) | Chapter 11 |
| ) | |
| DEBTORS. ) | Judge Kevin R. Huennekens |
| ) | |

# ORDER

The matter has come before the Court upon Motion (the "Motion") filed by Troy N. Nichols seeking admission *pro hac vice* for Daniel E. Hitchcock, of the law firm Wyatt, Tarrant & Combs, LLP, in the above referenced bankruptcy case (and related proceedings) pursuant to Local Bankruptcy Rule 2090-1(E). After review of the Motion and statements herein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Daniel E. Hitchcock be authorized to practice *pro hac vice* before this Court in this bankruptcy case (and related proceedings), it is hereby

**ORDERED** as follows:

1. The Motion be and hereby is **GRANTED**;

2. Daniel E. Hitchcock of the law firm Wyatt, Tarrant & Combs, LLP, is hereby admitted to appear *pro hac vice* in this bankruptcy case and any related proceedings pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Modern Marketing Concepts, Inc.

ENTERED this _____ day of January, 2011.

_____

Judge, United States Bankruptcy Court

WE ASK FOR THIS:

  /s/ Troy N. Nichols                    

Troy N. Nichols

Wyatt, Tarrant & Combs, LLP

250 West Main Street, Suite 1600

Lexington, KY  40507-1746

Telephone:  (859) 233-2012

Facsimile:   (859) 259-0649

E-mail:  Lexbankruptcy@wyattfirm.com


  /s/ Daniel E. Hitchcock                

Daniel E. Hitchcock

Wyatt, Tarrant & Combs, LLP

 250 West Main Street, Suite 1600

Lexington, KY  40507-1746

Telephone:  (859) 233-2012

Facsimile:   (859) 259-0649

E-mail:  Lexbankruptcy@wyattfirm.com


COUNSEL FOR MODERN
MARKETING CONCEPTS, INC.

## **CERTIFICATE**

Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that the foregoing proposed Order has been endorsed by and/ or served upon all necessary parties to this action.

/s/ Troy N. Nichols

30577959.1