```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF VIRGINIA


IN RE:                          .    Case No. 08-35653(KRH)
                                .
                                .    Chapter 11
CIRCUIT CITY STORES,            .    Jointly Administered
INC., et al.,                   .
                                .    701 East Broad Street
                                .    Richmond, VA 23219
                                .
         Debtors.               .    December 21, 2010
. . . . . . . . . . . . . . .        2:08 p.m.


                       TRANSCRIPT OF HEARING
              BEFORE HONORABLE KEVIN R. HUENNEKENS
              UNITED STATES BANKRUPTCY COURT JUDGE



APPEARANCES:

For the Debtors:          Tavenner and Beran, PLC
                          By:  PAULA S. BERAN, ESQ.
                               LYNN L. TAVENNER, ESQ.
                          20 North Eighth Street, 2nd Floor
                          Richmond, VA 23219

                          Pachulski Stang Ziehl and Jones LLP
                          By:  JEFFREY N. POMERANTZ, ESQ.
                               ANDREW W. CAINE, ESQ.
                          10100 Santa Monica Boulevard
                          Los Angeles, CA 90067

For the Official          Pachulski Stang Ziehl & Jones, LLP
Committee of Unsecured    By:  ROBERT J. FEINSTEIN, ESQ.
Creditors:                780 Third Ave., 36th Floor
                          New York, NY 10017




Proceedings recorded by electronic sound recording, transcript
              produced by transcription service
```
___

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail: jjcourt@jjcourt.com**

**(609) 586-2311    Fax No. (609) 587-3599**

1          COURT CLERK:  All rise.  Court is now in session.
2  Please be seated and come to order.
3          COURTROOM DEPUTY:  In the matter of Circuit City
4  Stores, Incorporated, hearing on items as set out on proposed
5  agenda.
6          MS. BERAN:  Good afternoon, Your Honor.
7          THE COURT:  Good afternoon.
8          MS. BERAN:  For the record Paula Beran on behalf of
9  the Circuit City Stores, Inc. Liquidating Trust.  And with me
10 at counsel table this afternoon is Ms. Katie Bradshaw who has
11 previously been introduced to this Court.  Your Honor, there
12 was an amended agenda filed earlier this morning, and I
13 apologize, I did not bring copies with me.  And I apologize to
14 the extent the Court has not had a chance to review it.
15         I will note just before I begin and then I'll note
16 when I go through the agenda, there was just -- one item was
17 inadvertently left off and that was added on by agreement with
18 counsel and it requests basically a continuance until the
19 January 13th omni date.  And then there were a couple of
20 additional settlements that occurred yesterday, and so those
21 are so noted on the amended Exhibit A.
22         THE COURT:  All right.
23         MS. BERAN:  The first item on the docket is the
24 motion for allowance of the late filed claim -- expense claim
25 of Metra Electronics Corporation.  We'd respectfully request

1  that that be adjourned until the February 24th omnibus hearing
2  date.  In connection with that, Your Honor, there was a
3  complaint filed against Metra Electronics Corporation and
4  they're currently in discussions for a global resolution of all
5  issues outstanding with Metra.  And by agreement with Mr. Gray
6  we respectfully request that that be continued to the February
7  24th omnibus hearing date.
8           THE COURT:  All right, it's continued.
9           MS. BERAN:  Thank you, Your Honor.  In connection
10 with the next item, Site A, LLC second amended motion to allow
11 late filing proof of claim, or in the alternative motion to
12 file late proof of claim as an amendment to an informal proof
13 of claim, that matter is continued to be in discussions and
14 negotiations concerning a resolution of the same with Mr.
15 Campson (phonetic).  And by agreement with Mr. Campson we'd
16 respectfully request that that matter be continued or adjourned
17 until the January 13th omnibus hearing date.
18          THE COURT:  It'll be continued.
19          MS. BERAN:  Thank you, Your Honor.  In connection
20 with the third item, it's the application for administrative
21 expense or motion for allowance of payment of administrative
22 expense claim filed by Mr. Westermann on behalf of Marblegate
23 Asset Management, similarly, Your Honor, there was a complaint
24 filed against Kodak -- Eastman Kodak as well as Marblegate,
25 Special Opportunities Master Fund, LLP.  There are currently

1  ongoing negotiations concerning a global resolution of all
2  issues outstanding between the parties.  And by agreement with
3  Mr. Westermann and his co-counsel we'd respectfully request
4  that that be continued until January 13th.
5              THE COURT:  That'll be continued.
6              MS. BERAN:  Thank you, Your Honor.  Item Number 4 is
7  a new item that was added to the agenda.  It is the complaint
8  with the -- referencing the Sharp Electronics Corporation
9  matter.  In connection with that, Your Honor, previously Your
10 Honor may recall there was a proposed settlement -- it hadn't
11 been agreed to by Sharp -- between the debtor and Sharp and
12 various other Sharp entities.  I think it was the parent of
13 Sharp Electronics Corporation.  In connection with that the
14 plan went effective after those negotiations and circulation of
15 documents.
16             And given that the plan went effective the trustee at
17 that point in time wanted to make sure and looked at things.
18 There have been subsequent documents -- settlement documents
19 exchanged, and I can't represent whether they're acceptable to
20 Sharp or not, but by agreement with Mr. Perkins we respectfully
21 request that this status on this complaint, as well as any
22 potential settlement of the same be continued until January
23 13th.
24             THE COURT:  January 13th.
25             MS. BERAN:  Yes, Your Honor.

1              THE COURT:  All right, it'll be continued.

2              MS. BERAN:  Thank you, Your Honor.  Your Honor, the
3  debtors' objection to Claim 1283 of Quebecor World USA, that
4  matter now has been resolved pursuant to procedures approved by
5  this Court and it can be removed from Your Honor's docket.

6              THE COURT:  It'll be removed.

7              MS. BERAN:  Thank you, Your Honor.  Your Honor, six
8  through 25 are the debtors' omnibus objections, and now the
9  trust's omnibus objections to claims in connection with the
10 same, Your Honor.  Item Number 6, debtors' eighth omnibus
11 objection to certain late claims, there still are pending three
12 claims for which we respectfully request that we continue this
13 matter until the January 13th omnibus hearing.

14             THE COURT:  It'll be continued.

15             MS. BERAN:  Similarly, Your Honor, on Item Number 7
16 is the debtors' ninth omnibus objection.  There are three
17 claims for which the objection is still pending and we'd
18 respectfully request that those be continued until January
19 13th.

20             THE COURT:  It'll be continued.

21             THE COURT:  Thank you, Your Honor.  Item Number 8 is
22 the debtors' nineteenth omnibus objection.  In connection with
23 the nineteenth omnibus objection, Your Honor, there is one
24 claim that remains outstanding and we respectfully request the
25 matter be continued for that one claim until January 13th at

1  two.
2           THE COURT:  It'll be continued to the 13th.
3           MS. BERAN:  Thank you, Your Honor.  Item Number 9 is
4  debtors' twenty-second omnibus objection.  There is still one
5  claim remaining as indicated on Exhibit A and we respectfully
6  request as it relates to that one claim that that be continued
7  until January 13th.
8           THE COURT:  It'll be continued.
9           MS. BERAN:  Item Number 10 is the twenty-third
10 omnibus objection.  In connection with that matter, Your Honor,
11 at the last hearing there was one claim for which an objection
12 was still pending, and that is D-Link Systems.  That matter has
13 been resolved and settled pursuant to procedures approved by
14 this Court, so that matter can come off the Court's docket.
15          THE COURT:  Okay.
16          MS. BERAN:  Number 11 is debtors' thirtieth omnibus
17 objection.  There are still a handful of claims remaining as it
18 relates to that one as identified on Exhibit A, and we'd
19 respectfully request that it be continued to January 13th for
20 those matters.
21          THE COURT:  It'll be continued to the 13th.
22          MS. BERAN:  Your Honor, on Number -- Item Number 12
23 is debtors' thirty-first omnibus objection to certain claims.
24 For those claims in which an objection is still pending other
25 than the PNY Technologies, which I'd like to address with Your

1  Honor separately, we would respectfully request that those
2  subject to that objection be continued until January 13th at
3  eleven -- January 13th, 2011, at two o'clock.
4           THE COURT:  Okay.
5           MS. BERAN:  For PNY, Your Honor, as Your Honor may
6  recall pursuant to a court scheduling order in Adversary
7  Proceeding Number 10-03056, which was an adversary filed by the
8  debtor back in early 2010, this matter is currently scheduled
9  for trial on January 24th and 25th, 2011.  I'm happy to report
10 to Your Honor -- and it's not just lip sync up here -- the
11 parties are currently in serious settlement negotiations, and
12 the parties based on the current status of those negotiations
13 are optimistic and/or hopeful that we can settle that matter.
14          But, being mindful that Your Honor as well as just
15 the practice in the Eastern District just to keep things on a
16 path towards resolution without a continuance merely for
17 settlement discussions if those settlement discussions aren't
18 going to be fruitful, the parties have discussed and would be
19 in agreement if Your Honor is so inclined that first and
20 foremost, we would vacate the January trial date, continue
21 negotiations in earnest, and have dates certain upon which if
22 we -- if the parties are not able to reach a settlement on or
23 before January 31st then we would submit to mediation pursuant
24 to similar procedures approved by Your Honor in connection with
25 the 565 adversaries that were filed by the trust.

1       Similarly, Your Honor, to keep it on a path towards
2  resolution one way or the other, whether consensual or whether
3  it be through trial before Your Honor, then that requirement
4  that said mediation was to occur no later than March 1st, 2011,
5  and if it hadn't settled by March 1st, 2011 that a new trial
6  date approximately 60 to 90 days after the March 1st date would
7  be requested from Your Honor and then we would go forward with
8  trial of this matter at that date.
9       THE COURT:  Well, why wouldn't I just keep the
10 present trial date?  Isn't that the better way to get this
11 thing resolved between now and then?
12      MS. BERAN:  In connection with the current trial date
13 that is in January.
14      THE COURT:  I know.
15      MS. BERAN:  And the parties are negotiating and are
16 discussing in earnest the concept, though, I --
17      THE COURT:  We would just give them a little more
18 earnests.
19      MS. BERAN:  I think both counsel thinks that a
20 mediator would be beneficial to maybe further explain some of
21 the nuances associated with the issues in it.  So, counsel is
22 trying to come to a resolution, but if we can't come to a
23 resolution the concept would be to get a mediator.  And I don't
24 think that we feel as though we could get a mediator up to
25 speed and have it resolved before the January 24th date, in

1  fair candor to the Court.
2              THE COURT:  Who's counsel for PNY?
3              MS. BERAN:  Counsel for PNY I believe it's -- and I
4  apologize, Your Honor, I have so many of these coming for cross
5  -- I believe local counsel is Neil McCullagh, and his
6  co-counsel is McCarter English.
7              THE COURT:  And your proposal at this point is to
8  release those two trial dates, not set any other trial date,
9  but to order mediation.  And the mediation has to occur when?
10             MS. BERAN:  On or before January -- no, the parties
11 would have until January 31 or maybe even just pick that date,
12 but maybe before the trial date, before the 24th either are
13 settled or it goes to a mediator and the mediation would have
14 to be concluded before March 1st.
15             THE COURT:  I'm having real trouble with all of this,
16 why this is going to take that long to -- I mean if it's going
17 to settle it's going to settle.  I don't understand.  All we're
18 doing is delaying the settlement discussions in the case.
19             MS. BERAN:  Your Honor, I can understand and
20 appreciate your concern, and the trust is trying to move this
21 along.  The trust -- it's the thing -- one thing we would
22 respectfully request then is allow some time for the mediator
23 to come in.
24             THE COURT:  Well, what I'm going to do is I'm going
25 to deny your oral motion this morning.  You can submit a

10

1  written motion asking for leave to mediate with specific dates
2  when the mediation is going to occur.  And then if I grant that
3  I'm going to set a trial date if it doesn't -- not resolved in
4  mediation.  I'm very reluctant to release my trial date in this
5  case, but I'm going to give you the opportunity to at least
6  convince me.  And you can submit that on papers jointly and --
7  because I do want to know that both sides are in agreement with
8  doing it.
9           MS. BERAN:  Yes, Your Honor.  I mean, I can represent
10 that there -- I do have e-mail confirmation from -- I believe
11 it's McCarter English that -- asking -- agreeing to the
12 proposal that I just set out there, but nonetheless --
13          THE COURT:  Oh, I'm confident you do.  I want a
14 formal motion though --
15          MS. BERAN:  Certainly, Your Honor.
16          THE COURT:  -- requesting it, because if I grant it
17 I'm going to set a specific mediation date and say you're going
18 to do it that day and to get this resolved.
19          MS. BERAN:  Okay.  Thank you, Your Honor.  Then, Your
20 Honor, as it relates to the thirty-first omnibus objection on
21 all the remaining claims as I indicate on Exhibit A we
22 respectfully request that they be continued until the January
23 13th, 2011 date.
24          THE COURT:  All of those will be continued.
25          MS. BERAN:  Thank you, Your Honor.  In connection

11

1  with debtors' thirty-third omnibus objection to claims there is
2  still one objection pending.  We respectfully request that that
3  be adjourned to the January 13th date, as well.
4         THE COURT:  That'll be adjourned to the 13th.
5         MS. BERAN:  Thank you, Your Honor.  Debtors'
6  thirty-sixth omnibus objection to certain claims.  As it
7  relates to that, Your Honor, there is still a handful of them
8  that are outstanding as of today, and we'd respectfully request
9  as identified on Exhibit A that those matters be continued to
10 January 13th at two.
11        THE COURT:  It'll be continued.
12        MS. BERAN:  Thank you, Your Honor.  Similarly -- I
13 beg the Court's indulgence one moment, please, because there's
14 several I wanted to report on.
15                           (Pause)
16        MS. BERAN:  Your Honor, in connection with Item
17 Number 15, debtors' thirty-seventh omnibus objection, there
18 still are certain claims that have been -- that are still
19 pending, and we'd respectfully request that it be -- those be
20 continued until January 13th, 2011 at two.  I would report to
21 the Court that since the last omnibus hearing date in
22 connection with that omnibus date -- omnibus objection, 18 of
23 those claims have since been resolved.  And so as represented
24 by Mr. Caine and myself we are -- the trust is diligently
25 trying to address these claims and clean up Your Honor's docket

1  in these cases for resolution of the same.  And to the extent
2  Your Honor wanted any additional report I do have the specific
3  18 claims and the resolutions of those here for presentation
4  today if Your Honor were so inclined.
5          THE COURT:  No, that's not necessary, but I applaud
6  your good efforts.
7          MS. BERAN:  Thank you, Your Honor.  In connection
8  with Item Number 16, the debtors' forty-ninth omnibus objection
9  to certain claims, there is one claim that was previously
10 pending at the last omnibus objection.  This matter has been
11 resolved as it relates to that claim and it has been approved
12 pursuant to procedures approved by this Court, and therefore
13 this matter can be withdrawn from Your Honor's docket.
14         THE COURT:  Very good.
15         MS. BERAN:  In connection with Item Number 17,
16 debtors' fiftieth omnibus objection, as it relates to the one
17 remaining matter subject to this objection as identified on
18 Exhibit A we'd respectfully request that we adjourn that until
19 January 13th at two o'clock.
20         THE COURT:  It'll be adjourned.
21         MS. BERAN:  Item Number 18, debtors' sixtieth omnibus
22 objection.  There are still a couple claims for which this
23 objection is still pending and we'd respectfully request that
24 it -- the -- those claims be adjourned to the January 13th at
25 two o'clock hearing date.

1              THE COURT:  It'll be adjourned.
2              MS. BERAN:  Thank you, Your Honor.  Item Number 19,
3    debtors' seventieth omnibus objection.  There are still a few
4    claims pending for that omnibus objection as well, and we'd
5    respectfully request that those be continued until the January
6    13th omni as identified on Exhibit A.
7              THE COURT:  It'll be continued.
8              MS. BERAN:  Thank you, Your Honor.  On Item Number 20
9    is debtors' seventy-fourth omnibus objection to certain claims.
10   There are several claims pending as it relates to that, and
11   we'd respectfully request that it be continued for those claims
12   identified on Exhibit A until January 13th at two o'clock.
13             THE COURT:  It'll be continued.
14             MS. BERAN:  Thank you, Your Honor.  Item Number 21 is
15   debtors' seventy-sixth omnibus objection.  There are two claims
16   which remains still as it relates to that objection, and we'd
17   respectfully request as it relates to those two claims that the
18   matter be adjourned until January 13th at two.
19             THE COURT:  It'll be continued.
20             MS. BERAN:  Thank you, Your Honor.  Item Number 22 is
21   the debtors' seventy-eighth omnibus objection.  There is still
22   one claim that is pending as it relates to that omnibus
23   objection.  We'd respectfully request that that one claim be
24   continued until January 13th at two.
25             THE COURT:  It'll be continued.

1                MS. BERAN:  Thank you, Your Honor.  Item Number 23,
2   debtors' seventy-ninth omnibus objection to claims.  As it
3   relates to that, Your Honor, there have been -- as identified
4   there, there have been certain resolutions, but there are still
5   a couple claims that are still pending, and we'd respectfully
6   request that this matter be adjourned to January 13th at two
7   for those, as well.
8                THE COURT:  It will be continued.
9                MS. BERAN:  Thank you, Your Honor.  On Item Number
10  24, debtors' eighteenth omnibus objection to claims, in
11  connection with that there is still one claim for which the
12  objection is still pending, and we'd respectfully request for
13  that one claim as identified in Exhibit A that the hearing be
14  continued until January 13th.
15               THE COURT:  It'll be continued.
16               MS. BERAN:  Thank you, Your Honor.  And then the last
17  remaining item is Item Number 25, debtors' eighty-first omnibus
18  objection.  In connection with that, Your Honor, similarly
19  there is one claim for which the objection is still pending.
20  We'd respectfully request that the matter be adjourned to
21  January 13th at two o'clock p.m.
22               THE COURT:  It'll be adjourned.
23               MS. BERAN:  Thank you, Your Honor.  Your Honor, that
24  concludes the items that are officially on the Court's docket
25  today.  I would like to report one unfortunate situation to the

1  Court and then basically suggest two remedies for the
2  situation.
3           In connection with the procedures that were
4  previously approved by Your Honor addressing these adversary
5  proceedings it has come to light by -- not by any of the
6  defendants, but by actually consultation between myself and one
7  of the other lawyers from one of the other law firms who have
8  been handling this that there actually was a typo in the
9  procedures, and it is a significant typo, and that deals with
10 the procedures, and specifically dealing with 7004.  As Your
11 Honor is aware, 7004(e) is what addresses the 14 day
12 requirement to serve a summons, and I think even when I stood
13 before Your Honor I referenced (e) and we are talking about
14 extending the 14 days by an additional 30 days.
15          The procedures actually have (m) as in Mary as
16 opposed to (e) as in Edward.  And as Your Honor is aware, (m)
17 as in Mary extends the 120 day deadline to file the complaint,
18 not the summons perspective.  In connection with the same, I
19 think under a motion to reconsider it clearly is a clerical
20 error on the part of the trust's counsel, and we would
21 respectfully submit that the Court could grant a motion to
22 amend and simply correct the (m) to (e).  We're happy to either
23 do that by motion notice and have it heard before the Court or
24 we're happy to submit an amended order which basically would
25 just change (e) -- (m) to (e) in connection with the previously

```
 1  entered order.
 2          THE COURT:  Well, I think that there should be a
 3  motion.  I think you can just do a motion and an order.  I
 4  don't think it needs to be noticed to everybody in the whole
 5  wide world if everybody wants to object to that.  I think it is
 6  just a clerical error.  But, I think just so that we have it
 7  clear on the record why we're amending the order the motion
 8  should be included.
 9          MS. BERAN:  Certainly, Your Honor.  And we're happy
10  to do that.  We regret that that happened and I don't think it
11  prejudices anybody to make that change other -- unfortunately
12  if that change wasn't made the only entity or party that would
13  -- the only party -- person in interest would be the clerk's
14  office because in essence what would have to happen is we would
15  file a request and -- 565 requests for alias summonses to be
16  issued and that would be unfortunate.
17          THE COURT:  Yes, I understand that.  So, we can get
18  that taken care of because that certainly was not the
19  intention, and obviously I missed that when I entered the
20  order.
21          MS. BERAN:  And I apologize, Your Honor.  I mean,
22  that went through several eyes and it wasn't picked up on.  I
23  think actually there was a drafter who was trying to be
24  thorough and went in and added it after it had already been
25  reviewed by several eyes, and we apologize for that error being
```

1  submitted to the Court.
2           THE COURT:  All right.  Is there any other business
3  we need to take up today?
4           MS. BERAN:  Your Honor, I believe that's all there
5  is, and hopefully for the rest of this year.
6           THE COURT:  All right.  Let me revisit with you for
7  just a moment your request for the continuance of the trial
8  date with PNY Technologies.  I do want a motion requesting
9  mediation, but if it's a joint motion by the parties I would be
10 inclined to look favorably upon it provided that the mediation
11 would take place, you know, on or before the scheduled trial
12 date.  And then we'd schedule a pretrial conference in the PNY
13 adversary proceeding for whatever's the next omnibus date that
14 Circuit City would have the -- where I would reset a trial date
15 if the parties have not been able to successfully mediate the
16 case at the mediation conference.
17          MS. BERAN:  Your Honor, and I -- let me make sure I'm
18 clear here.  It'd be subject to a joint motion, which if
19 agreeable by both parties, and the mediation would be on or
20 before the January 24th date.  And to the extent the status
21 would be --
22          THE COURT:  The idea being that you can actually use
23 the 24th because that date is obviously one that you've got
24 blocked off.  If -- but you could do it before then if you
25 thought that it was better to do it beforehand.

1            MS. BERAN:  Thank you, Your Honor.  And then also --
2  the request for the -- a pretrial conference to be scheduled at
3  the next omnibus, and that's a February -- I don't --
4            THE COURT:  Whatever it is.
5            MS. BERAN:  There's one early February.  It's --
6  February 24th I know is one, but there's an earlier February, a
7  couple of weeks earlier, that we would request that this matter
8  be -- the status be continued over until.
9            THE COURT:  That's right.
10           MS. BERAN:  Okay.  Certainly, Your Honor.  I
11 appreciate that.
12           THE COURT:  And then as far as the mediator is
13 concerned, you can use one of the mediators that we have that
14 we've appointed in the other matters.  And you don't have to
15 say who it's going to be in your motion, but just that the
16 parties will agree and use those procedures to select a
17 mediator and go forward.
18           MS. BERAN:  Certainly, Your Honor.
19           THE COURT:  All right.  Is there anything else then?
20           MS. BERAN:  No, Your Honor, that's all that I'm aware
21 of.
22           THE COURT:  Okay.
23           MS. BERAN:  Thank you very much for your time.
24           THE COURT:  Have a very pleasant holiday.
25           MS. BERAN:  Thank you.  You, too.

1    COURT CLERK: All rise. Court is now adjourned.
2                    * * * * *
3                **C E R T I F I C A T I O N**
4    I, KATHLEEN BETZ, court approved transcriber,
5 certify that the foregoing is a correct transcript from the
6 official electronic sound recording of the proceedings in the
7 above-entitled matter, and to the best of my ability.
8
9 /s/ Kathleen Betz                    DATE:  January 8, 2011
10 KATHLEEN BETZ
11 J&J COURT TRANSCRIBERS, INC.