IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

……………………………………………....…x
In re:                                          :     Chapter 11
                                                :
**CIRCUIT CITY STORES, INC.**                   :     08-35653
                                                :
                                                :
……………………………………………..x

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

COMES NOW Jonathan S. Storper of Hanson Bridgett LLP and notes its appearance on behalf of iGate Global Solutions, Limited in this matter. Accordingly, you are requested to a copy of all notices and papers filed herein, including, but not limited to, notices required to be served under Bankruptcy Rules 2002 and 9010 and the Local Rules of the Bankruptcy Court upon the undersigned at the below address:

DATED:  January 10, 2011

/s/ Jonathan S. Storper_____

Jonathan S. Storper, California Bar No. 127846
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Ph: (415) 777-3200
Fax: (415) 541-9366
Email: jstorper@hansonbridgett.com

**CERTIFICATE OF NOTICE**

I hereby certify that a true and correct copy of the foregoing Notice was sent to the Debtor, the US Trustee and other parties requesting notice via first class mail.

/s/ Jonathan S. Storper_____

2814721.1