Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al.,. [1] | : | Case No. 08-35653-KRH |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JANUARY 13, 2011 AT 2:00 P.M. (EASTERN)

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on January 13, 2011 beginning at 2:00 p.m. Eastern.


## I.   CONTINUED OR RESOLVED MATTERS

1.   Site A, LLC's Second Amended Motion to Allow Late Filing of Proof of Claim, or in the Alternative, Motion to File Late Proof of Claim as an Amendment to Informal Proof of Claim (Docket No. 7155).

Related
Documents:

    a.   Notice of Motion and Hearing (Docket No. 5405)

    b.   Amended Motion to Allow Late Filing of Proof of Claim, by Site A, LLC (Docket Nos. 5310, 5404)

    c.   Notice of Motion and Hearing (Docket No. 7236)

Objection
Deadline:               October 27, 2009 at 5:00 p.m., extended for the Debtors.

Objections/
Responses
Filed:                  None at the time of filing this agenda

Status:                 This matter has been adjourned to February 9, 2011 at 2:00 p.m.


2.   Application for Administrative Expenses / Motion for Allowance and Payment of Administrative Expense Claim filed by Robert S. Westermann of Hirschler Fleischer, P.C. on behalf of Marblegate Asset Management (Docket No. 8754).

Related
Documents:   Notice of Motion and Notice of Hearing  (Docket No. 8755).

Objection
Deadline:   November 9, 2010

Objections/
Responses
Filed:                  Adversary case 10-03228. Complaint against Eastman Kodak Company, Marblegate Special Opportunities Master Fund L.P. filed by Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust.

Objection to *(THE TRUSTEES OPPOSITION TO THE MOTION OF MARBLEGATE ASSET MANAGEMENT, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 9207)

Status:    By agreement of the parties, the Trust will request that the matter be continued to February 9, 2011 at 2:00 p.m.

3.    Final Application for Compensation for McGuireWoods LLP as Co-Counsel to the Debtors for the Period of August 1, 2010 through October 31, 2010 and for Final Approval of Compensation for the Period of November 10, 2008 through July 31, 2010 with Notice of Hearing, filed by Douglas M. Foley of McGuireWoods LLP on behalf of Circuit City Stores, Inc. Liquidating Trust (Attachments: # (1) Notice of Motion and Notice of Hearing) (Docket No. 9643).

Related
Documents:    None

Objection
Deadline:    January 6, 2011, extended for the Trust.

Objections/
Responses
Filed:    None at the time of filing this agenda.

Status:    This matter has been adjourned to February 9, 2011 at 2:00 p.m.

4.    Final Application for Compensation for KPMG LLP as Independent Auditors and Tax Consultants to the Debtors for the Period of August 1, 2010 through October 31, 2010 and for Final Approval of Compensation for the Period of November 10, 2008 through October 31, 2010 with Notice of Hearing, filed by Douglas M. Foley of McGuireWoods LLP on behalf of Circuit City Stores, Inc. Liquidating Trust. (Attachments: # (1) Notice of Motion and Notice of Hearing) (Docket No.9647).

Related
Documents:    None

Objection
Deadline:    January 6, 2011, extended for the Trust.

Objections/
Responses
Filed:    None at the time of filing this agenda.

Status:          This matter has been adjourned to February 9, 2011 at 2:00
                 p.m.

5.      Final Application for Compensation for Ernst & Young LLP as Accounting and Tax
        Consultants for the Debtors for the Period of August 1, 2010 through October 31, 2010
        and for Final Approval of Compensation for the Period of November 10, 2008 through
        November 1, 2010 with Notice of Hearing, filed by Douglas M. Foley of McGuireWoods
        LLP on behalf of Circuit City Stores, Inc.(Attachments: # (1) Notice of Motion and
        Notice of Hearing) (Docket No. 9646).

                 Related
                 Documents:       None

                 Objection
                 Deadline:        January 6, 2011, extended for the Trust.

                 Objections/
                 Responses
                 Filed:           None at the time of filing this agenda.

                 Status:          This matter has been adjourned to February 9, 2011 at 2:00
                                  p.m.

6.      Final Application for Compensation for Skadden, Arps, Slate, Meagher & Flom LLP as
        Co-Counsel to the Debtors for the Period of August 1, 2010 through and including
        October 31, 2010 and for Final Approval of Compensation for the Period of November
        10, 2008 through and including October 31, 2010 with Notice of Hearing, filed by
        Douglas M. Foley of McGuireWoods LLP on behalf of Circuit City Stores, Inc.
        Liquidating Trust. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4)
        Exhibit D (Part 1)# (5) Exhibit D (Part 2)# (6) Exhibit D (Part 3)# (7) Exhibit D (Part 4)#
        (8) Exhibit D (Part 5)# (9) Exhibit D (Part 6)# (10) Exhibit D (Part 7)# (11) Exhibit D
        (Part 8)# (12) Exhibit E (Part 1)# (13) Exhibit E (Part 2)# (14) Exhibit E (Part 3)# (15)
        Proposed Order# (16) Notice of Motion and Notice of Hearing) (Docket No. 9657).

                 Related
                 Documents:       None

                 Objection
                 Deadline:        January 6, 2011, extended for the Trust.

                 Objections/
                 Responses
                 Filed:           None at the time of filing this agenda.

                 Status:          This matter has been adjourned to February 9, 2011 at 2:00
                                  p.m.

4

7.      Final Application for Compensation for FTI Consulting, Inc. as Financial Advisors to the
        Debtors for the Period of August 1, 2010 through and including November 1, 2010 and
        for Final Approval of Compensation for the Period of November 8, 2010 through and
        including November 1, 2010 with Notice of Hearing, filed by Douglas M. Foley of
        McGuireWoods LLP on behalf of Circuit City Stores, Inc. Liquidating Trust.
        (Attachments: # (1) Notice of Motion and Notice of Hearing) (Docket No. 9656).

|  |  |
|---|---|
| Related Documents: | None |
| Objection Deadline: | January 6, 2011, extended for the Trust. |
| Objections/ Responses Filed: | None at the time of filing this agenda. |
| Status: | This matter has been adjourned to February 9, 2011 at 2:00 p.m. |

8.      Final Application for Compensation for PACHULSKI STANG ZIEHL & JONES LLP as
        (COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS) filed
        by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
        Liquidating Trust. (Docket No.9648).

|  |  |
|---|---|
| Related Documents: | Notice of Motion and Notice of Hearing (Re: related document(s)[9648] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9649] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9650] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9651] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9653] Application for Compensation filed by Akerman Senterfitt, [9654] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9655] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 9658). |
| Objection Deadline: | January 6, 2011, extended for the Trust. |
| Objections/ Responses Filed: | None at the time of filing this agenda. |

Status:         This matter has been adjourned to February 9, 2011 at 2:00
                p.m.

9.      Final Application for Compensation for Tavenner & Beran, PLC as COUNSEL TO THE
        OFFICIAL COMMITTEE OF UNSECURED CREDITORS filed by Paula S. Beran of
        Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket
        No.9649).

                Related
                Documents:    Notice of Motion and Notice of Hearing (Re: related
                              document(s)[9648] Application for Compensation filed by
                              Circuit City Stores, Inc. Liquidating Trust, [9649]
                              Application for Compensation filed by Circuit City Stores,
                              Inc. Liquidating Trust, [9650] Application for
                              Compensation filed by Circuit City Stores, Inc. Liquidating
                              Trust, [9651] Application for Compensation filed by
                              Circuit City Stores, Inc. Liquidating Trust, [9653]
                              Application for Compensation filed by Akerman Senterfitt,
                              [9654] Application for Compensation filed by Circuit City
                              Stores, Inc. Liquidating Trust, [9655] Application for
                              Compensation filed by Circuit City Stores, Inc. Liquidating
                              Trust) (Docket No. 9658).

                Objection
                Deadline:     January 6, 2011, extended for the Trust.

                Objections/
                Responses
                Filed:        None at the time of filing this agenda.

                Status:       This matter has been adjourned to February 9, 2011 at 2:00
                              p.m.

10.     Final Application for Compensation for Protiviti Inc. as Financial Advisor for the Official
        Committee of Unsecured Creditors filed by Paula S. Beran of Tavenner & Beran, PLC on
        behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9650).

                Related
                Documents:    Notice of Motion and Notice of Hearing (Re: related
                              document(s)[9648] Application for Compensation filed by
                              Circuit City Stores, Inc. Liquidating Trust, [9649]
                              Application for Compensation filed by Circuit City Stores,
                              Inc. Liquidating Trust, [9650] Application for
                              Compensation filed by Circuit City Stores, Inc. Liquidating
                              Trust, [9651] Application for Compensation filed by
                              Circuit City Stores, Inc. Liquidating Trust, [9653]
                              Application for Compensation filed by Akerman Senterfitt,

[9654] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9655] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 9658).

Objection Deadline:    January 6, 2011, extended for the Trust.

Objections/ Responses Filed:    None at the time of filing this agenda.

Status:    This matter has been adjourned to February 9, 2011 at 2:00 p.m.

11.    Application for Compensation for Alfred H. Siegel and Crowe Horwath LLP as Anticipated Liquidating Trustee and Chief Restructuring Officer filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9651).

Related Documents:    Notice of Motion and Notice of Hearing (Re: related document(s)[9648] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9649] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9650] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9651] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9653] Application for Compensation filed by Akerman Senterfitt, [9654] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9655] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No.9658).

Exhibit (Re: related document(s)[9651] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 9652).

Objection Deadline:    January 6, 2011, extended for the Trust.

Objections/ Responses Filed:    None at the time of filing this agenda.

|          |          |                                                                                 |
|----------|----------|---------------------------------------------------------------------------------|
| Status:  |          | This matter has been adjourned to February 9, 2011 at 2:00 p.m.                  |

12.    Final Application for Compensation for Gowling Lafleur Henderson LLP as Counsel to the Official Committee of Unsecured Creditors filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Attachments: # (1) Exhibit(s) A through G) (Docket No. 9654).

<blockquote>
Related Documents:    Notice of Motion and Notice of Hearing (Re: related document(s)[9648] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9649] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9650] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9651] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9653] Application for Compensation filed by Akerman Senterfitt, [9654] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9655] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No.9658).

Objection Deadline:    January 6, 2011, extended for the Trust.

Objections/ Responses Filed:    None at the time of filing this agenda.

Status:    This matter has been adjourned to February 9, 2011 at 2:00 p.m.
</blockquote>

13.    Final Application for Compensation for Arsene Taxand as Counsel to the Official Committee of Unsecured Creditors filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9655).

<blockquote>
Related Documents:    Notice of Motion and Notice of Hearing (Re: related document(s)[9648] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9649] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9650] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9651] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9653] Application for Compensation filed by Akerman Senterfitt,
</blockquote>

[9654] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9655] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No.9658).

Objection
Deadline:            January 6, 2011, extended for the Trust.

Objections/
Responses
Filed:               None at the time of filing this agenda.

Status:              This matter has been adjourned to February 9, 2011 at 2:00 p.m.

14.     Final Application for Compensation for Akerman Senterfitt as Ordinary Course of Business Professional filed by William C. Crenshaw of Akerman Senterfitt on behalf of Akerman Senterfitt. (Attachments: # (1) Exhibit A# (2) Composite Exhibit B - Part 1 of 2# (3) Composite Exhibit B - Part 2 of 2# (4) Exhibit C# (5) Exhibit D) (Docket No. 9653).

Related
Documents:           Notice of Motion and Notice of Hearing (Re: related document(s)[9648] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9649] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9650] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9651] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9653] Application for Compensation filed by Akerman Senterfitt, [9654] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9655] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No.9658).

Objection
Deadline:            January 6, 2011, extended for the Trust.

Objections/
Responses
Filed:               None at the time of filing this agenda.

Status:              This matter has been adjourned to February 9, 2011 at 2:00 p.m.

15.    Complaint (Docket No. 1) (<u>Circuit City Stores, Inc. v. Sharp Electronics Corporation</u>, Adversary No. 09-3224  (KRH))

>    Related
>    Documents:  Motion to Seal Exhibit (Docket No. 6)
>
>    Response
>    Deadline:    December 24, 2009 at 4:00 p.m.
>
>    Objections/
>    Responses
>    Filed:    Answer to Complaint, by Sharp Electronics Corporation (Docket No. 10)
>
>    Status:    The matter has been resolved pursuant to procedures approved by order of this Court and may be removed from the Court's docket.

## II.    MATTERS GOING FORWARD

16.    Final Application for Compensation for DJM Realty Services, LLC as Real Estate Consultant and Advisor to the Debtors for the Period of August 1, 2010 through October 31, 2010 and for Final Approval of Compensation for the Period of November 19, 2008 through October 31, 2010 with Notice of Hearing, filed by Douglas M. Foley of McGuireWoods LLP on behalf of Circuit City Stores, Inc. Liquidating Trust. (Attachments: # <u>1</u> Proposed Order# <u>2</u> Exhibits Part 1# <u>3</u> Exhibits Part 2# <u>4</u> Notice of Motion and Notice of Hearing) (Docket No. 9645).

>    Related
>    Documents:    None
>
>    Objection
>    Deadline:    January 6, 2011.
>
>    Objections/
>    Responses
>    Filed:    None at the time of filing this agenda.
>
>    Status:    The Trust understands that this matter is going forward.

17.    Letter filed by Michael S. Williams of Gold, Albanese & Barletti on behalf of Dorothy Coleman. (French, Suzanne) (Entered: 12/17/2010) (Docket No. 9664)

>    Related
>    Documents:    None.
>
>    Objection

Deadline:      January 6, 2011, extended for the Trust.

Objections/
Responses
Filed:         Statement *(THE TRUSTEES OPPOSITION TO THE*
               *FINAL FEE APPLICATION OF THE LAW FIRM OF*
               *GOLD, ABANESE & BARLETTI FOR ALLOWANCE AND*
               *PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM)*
               (Re: related document(s) 9664 Letter filed by Dorothy
               Coleman) filed by Paula S. Beran of Tavenner & Beran,
               PLC on behalf of Circuit City Stores, Inc. Liquidating Trust
               (Docket No. 9712).

Status:        The movant did not notice this matter for hearing.  However, all
               other final fee applications were noticed for hearing on January 13,
               2011.  The movant failed to allege any facts to support the relief
               requested in the application.  Accordingly, the Trust will request
               that the Court deny the requested relief.


## III.    OMNIBUS CLAIM OBJECTIONS MATTERS

18.    Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 3507)

Related
Documents:

   a.    Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No.
         4170)

   b.    Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late
         Claims (Docket No. 6080)

   c.    Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late
         Claims (Docket No. 6109)

   d.    Second Supplemental Order on Debtors' Eighth Omnibus Objection to Certain
         Late Claims (Docket No. 6354)

   e.    Fourth Supplemental Order on Debtors' Eighth Omnibus Objection to Certain
         Late Claims (Docket No. 6588)

   f.    Notice of Proposed Settlement Agreement and Stipulation by and among the
         Debtors and John P. Raleigh Resolving the Debtors' Eighth Omnibus Objection to
         Claim No. 11391 (Docket No. 7523)

Objection
Deadline:              June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                    See attached <u>Exhibit A</u>.

Status:                   Orders have been entered partially sustaining the objection.  A
                          supplemental order has been entered withdrawing the objection to
                          certain claims.  For the three claims for which the objection is still
                          pending, this matter is adjourned to February 9, 2011 at 2:00 p.m.
                          See attached <u>Exhibit A</u>.

19.    Debtors' Ninth Omnibus Objection to Certain (i) Late Claims (ii) Late 503(b)(9) Claims
       (Docket No. 3509)

       Related
       Documents:

       a.     Amended Exhibit C to Debtors' Ninth Omnibus Objection to Certain (i) Late
              Claims (ii) Late 503(b)(9) Claims (Docket No. 3512)

       b.     Order On Debtors' Ninth Omnibus Objection To Certain (I) Late Claims And (II)
              Late 503(B)(9) Claims (Docket No. 4171)

       c.     Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late
              Claims and (II) Late 503(b)(9) Claims (Docket No. 6131)

       d.     Second Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I)
              Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6373)

       e.     Third Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I)
              Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6593)

       f.     Notice of Proposed Settlement Agreement and Stipulation Resolving the Debtors'
              Ninth Omnibus Objection to Claim No. 11571 and Regarding Claim No. 13129
              (Docket No. 7629)

       g.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and C&A Consulting Resolving the Debtors' Ninth Omnibus Objection to
              Claim No. 12042 and Regarding Claim No. 13078 (Docket No. 7926)

       h.     Notice of Hearing on the Merits on Debtors' Ninth Omnibus Objection to Claim
              No. 12951 Filed by Lyle Alonso Epps and Response Thereto (Docket No. 7933)

       i.     Debtors' Supplemental Brief in Support of Omnibus Objections to late Claims
              Filed by Dino Bazdar and Lyle Alonzo Epps (Docket No. 8086)

       j.     Third Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I)
              Late Claims and (II) Late 503(b)(9) Claims (Docket No. 8198)

Objection
Deadline:              June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached <u>Exhibit A</u>.

Status:                Orders have been entered partially sustaining the objection.  A
                       supplemental order has been entered withdrawing the objection to
                       certain claims.  For the three claims for which the objection is still
                       pending, this matter is adjourned to February 9, 2011 at 2:00 p.m.
                       See attached <u>Exhibit A</u>.

20.    Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain
       Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

       Related
       Documents:

       a.      Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of
               Certain Misclassified Claims to General Unsecured, Non-Priority Claims)
               (Docket No. 4449)

       b.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
               (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
               Priority Claims) (Docket No. 4736)

       c.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
               (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
               Priority Claims) (Docket No. 4758)

       d.      Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
               (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
               Priority Claims) (Docket No. 6299)

       e.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
               (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
               Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No.
               6642)

       f.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
               (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
               Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No.
               6661)

       g.      Memorandum Opinion (Docket No. 6693)

h.      Order Granting Motion for Summary Judgment (Docket No. 6694)

i.      Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6868)

j.      Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 7114)

k.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home & Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

l.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Arboretum of South Barrington Resolving a Certain Claim (Docket No. 8361)

m.      Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Imation Enterprises Corp.  (Docket No. 8861)

Objection
Deadline:               July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached Exhibit A.

Status:                 An order has been entered partially sustaining the objection.  For the one claim for which the objection is still pending, this matter is adjourned to February 9, 2011 at 2:00 p.m.  See attached Exhibit A.

21.     Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 3710)

Related
Documents:

a.      Order on Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 4577)

b.      Supplemental Order on Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 6369)

Objection

Deadline:                July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached <u>Exhibit A</u>.

Status:                  An order has been entered partially sustaining the objection.  For
                         the one claim for which the objection is still pending, this matter is
                         adjourned to February 9, 2011 at 2:00 p.m.  See attached <u>Exhibit
                         A</u>.

22.    Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate
       503(b)(9) Claims) (Docket No. 3711)

       Related
       Documents:

       a.     Order on Debtors' Twenty-Third Omnibus Objection to Claims (Modification of
              Certain Duplicate 503(b)(9) Claims) (Docket No. 4465)

       b.     Supplemental Order on Debtors' Twenty-Third Omnibus Objection to Claims
              (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 6295)

       c.     Corrected Supplemental Order on Debtors' Twenty-Third Omnibus Objection to
              Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 6869)

       d.     Supplemental Order Resolving the Debtors' Fourth, Twenty-Third, and Forty-
              Second Omnibus Objections with Respect to Mitsubishi Digital Electronics
              America, Inc. (Docket No. 6871)

       e.     Second Supplemental Order on Debtors' Twenty-Third Omnibus Objection to
              Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 7319)

       f.     Notice of Proposed Settlement Agreement and Stipulation by and among the
              Debtors, Alliance Entertainment LLC, now known as Source Interlink
              Distribution, LLC, and Source Interlink Media, LLC Resolving Debtors' Omnibus
              Objections to Claims and Other Related Matters (Docket No. 7825)

       g.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home &
              Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

       h.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors, Digital Innovations LLC, and VonWin Capital Management, L.P.
              Resolving the Debtors' Twenty-Third Omnibus Objection to Claim 7223, the
              Debtors' Fiftieth Omnibus Objection to Claim 14251, and the Debtors' Fifty-First
              Omnibus Objection to Claim 1373 (Docket No. 8664)

Objection
Deadline:                July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached <u>Exhibit A</u>.

Status:                  An order has been entered partially sustaining the objection.  The
                         claims of Digital Innovations, Inc. and VonWin Capital
                         Management, L.P. have been resolved by Settlement Agreement
                         and Stipulation (Docket No. 8664).  The one claim for which the
                         objection was still pending, D-Link Systems, Inc., has been settled
                         pursuant to procedures approved by this Court.

23.    Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for
       Wages and Compensation) (Docket No. 4583)

       Related
       Documents:

       a.      Notice of Objection and Hearing (Docket No. 4584)

       b.      Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of
               Certain Claims for Wages and Compensation) (Docket No. 5191)

       c.      Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims
               (Disallowance of Certain Claims for Wages and Compensation) (Docket No.
               6460)

       d.      Second Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims
               (Disallowance of Certain Claims for Wages and Compensation) (Docket No.
               6562)

       e.      Notice of Proposed Settlement Agreement and Stipulation Resolving the Debtors'
               Thirtieth Omnibus Objection to Claim 9451 (Docket No. 7156)

       f.      Third Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims
               (Disallowance of Certain Claims for Wages and Compensation) (Docket No.
               7293)

       g.      Fourth Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims
               (Disallowance of Certain Claims for Wages and Compensation) (Docket No.
               7667)

       Objection
       Deadline:            September 15, 2009 at 4:00 p.m.

       Objections/

Responses
Filed:                    See attached Exhibit A.

 Status:                  Orders have been entered partially sustaining the objection.  For
                          those claims for which the objection is still pending, this matter is
                          adjourned to February 9, 2011 at 2:00 p.m.  See attached Exhibit
                          A.

24.    Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal
       Claims) (Docket No. 4585)

       Related
       Documents:

       a.       Order on Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of
                Certain Legal Claims) (Docket No. 5294)

       b.       Notice of Proposed Settlement Agreement and Stipulation by and Among the
                Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors'
                Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth
                Omnibus Objection to Claim No. 5708 (Docket No. 8358)

       c.       Notice of Proposed Settlement Agreement and Stipulation by and among the
                Debtors and Ada Alicea Resolving the Debtors' Thirty-First Omnibus Objection
                to Claim No. 6283 (Docket No. 8839)

       Objection
       Deadline:                 September 15, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:                    See attached Exhibit A.

       Status:                   An Order has been entered partially sustaining the objection.  The
                                 claim of PNY Technologies will proceed in accordance with
                                 rulings and/or orders in Adversary Proceeding No. 10-03056.  For
                                 those claims for which the objection is still pending, this matter is
                                 adjourned to February 9, 2011 at 2:00 p.m.  See attached Exhibit
                                 A.

25.    Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or
       Reclassification of Certain Claims) (Docket Nos. 4588, 4590)

       Related
       Documents:

       a.       Order on Debtors' Thirty-Third Omnibus Objection to Claims (Modification
                and/or Reclassification of Certain Claims) (Docket No. 5192)

b.      Notice of Hearing on the Merits on Debtors' Thirty-third Omnibus Objection to Claim 9293 filed by Cyndi Ann Haines and Response Thereto (Docket No. 6551)

c.      Notice of Hearing on the Merits on Debtors' Thirty-third Omnibus Objection to Claim 7295 Filed by Amore Construction Company and Response Thereto (Docket No. 6553)

d.      Supplemental Order on Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (Docket No. 6852)

e.      Second Supplemental Order on Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (Docket No. 7637

f.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Bell'O International Corp. Resolving the Debtors' Thirty-Third Omnibus Objection to Claim 7435 (Docket No. 7741)

g.      Notice of Proposed Settlement and Stipulation by and Among the Debtors and Sharpe Partners, LLC Resolving the Debtors' Thirty-Third Omnibus Objection to Claim 6257 (Docket No. 7996)

h.      Notice of Proposed Settlement and Stipulation by and Among the Debtors and Lexmark International, Inc. Resolving the Debtors' Thirty-Third Omnibus Objection to Claim 7391 (Docket No. 8087)

Objection
Deadline:          September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:          See attached Exhibit A.

Status:          An order has been entered partially sustaining the objection.  A supplemental order has been submitted reclassifying certain claims.  For the one claim for which the objection is still pending, this matter is adjourned to February 9, 2011 at 2:00 p.m.  See attached Exhibit A.

26.      Debtors' Thirty-Sixth Omnibus Objection to Claims (Disallowance of Certain Claims Relating to Short Term Incentive Plan) (Docket No. 4600)

Related
Documents:

a.      Order on Debtors' Thirty-Sixth Omnibus Objection to Claims (Disallowance of

Certain Claims Relating to Short Term Incentive Plan) (Docket No. 5193)

| | |
|---|---|
| Objection Deadline: | September 15, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A. |
| Status: | An order has been entered partially sustaining the objection.  For those claims for which the objection is still pending, this matter is adjourned to February 9, 2011 at 2:00 p.m.  See attached Exhibit A. |

27.   Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 4613)

Related
Documents:

a.    Order on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 5397)

b.    Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 7343)

c.    Memorandum of Law In Support of Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 7344)

d.    Notice of Motion and Hearing (Docket No. 7345)

e.    Notice of Rescheduled Hearing On Debtors' Motion For And Memorandum Of Law In Support Of The Debtors' Motion For Partial Summary Judgment On The Thirty-Seventh Omnibus Objection To Claims (Reduction Of Certain Personal Property Tax Claims) (Docket No. 7550)

f.    Notice of Presentment of Agreed Order By And Among The Debtors And Certain Taxing Authorities With Respect To The Thirty-Seventh Omnibus Objection (Docket No. 7695)

g.    Agreed Order by and Among the Debtors and Certain Taxing Authorities with Respect to the Thirty-Seventh Omnibus Objection and Related Pleadings (Docket No. 7800)

h.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Kitsap County Treasurer Resolving the Debtors' Thirty-Seventh

Omnibus Objection to Claim No. 13337 (Docket No. 7983)

i. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and City of Chesapeake Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 11842 (Docket No. 8015)

j. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and the Escambia County Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 1624, 13792, and 14789 (Docket No. 8067)

k. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Gaston County, North Carolina Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 1836 and 13350 (Docket No. 8167)

l. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Allen County, Indiana Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13395 (Docket No. 8174)

m. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Harris County, Texas Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 14429 (Docket No. 8181)

n. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Travis County, Texas Regarding Claim Nos. 10531 and 14423 (Docket No. 8184)

o. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Loudon County Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13686 (Docket No. 8187)

p. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Lewisville Independent School District Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13579 and Resolving Claim No. 1840 (Docket No. 8204)

q. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Boulder County, Colorado Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 10419 (Docket No. 8359)

r. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Ada County, Idaho Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 14430 (Docket No. 8407)

s. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Arlington Independent School District, Texas Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 6535 and Resolving Claim No.

124 (Docket No. 8413)

t.      Certificate of No Objection with Respect to the Settlement Agreement and
        Stipulation by and Among the Debtors and Desoto County, Mississippi Resolving
        the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13944 and Related
        Matters (Docket No. 8417)

u.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Brevard County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13320 (Docket No. 8438)

v.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Hernando County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13385 (Docket No. 8439)

w.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Palm Beach County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 3882 and Relating to Claim No.
        14744 (Docket No. 8440)

x.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Osceola County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim Nos. 13064 and 13162 (Docket No.
        8441)

y.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Prince George's County, Maryland Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 13465 and Resolving Claim Nos.
        12431 and 13466 (Docket No. 8445)

z.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Charles County, Maryland Resolving the Debtors' Thirty-Seventh
        Omnibus Objection to Claim No. 13576 and Resolving Claim No. 1835 (Docket
        No. 8446)

aa.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Wake County, North Carolina Revenue Department Resolving the
        Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13627 and Resolving
        Claim No. 1795 (Docket No. 8447)

bb.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Manatee County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13325 (Docket No. 8454)

cc.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Okaloosa County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13315 (Docket No. 8455)

dd.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Pinellas County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13309 (Docket No. 8456)

ee.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Orange County, Florida Tax Collector Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 13316 (Docket No. 8457)

ff.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Snohomish County Treasurer Resolving the Debtors' Thirty-Seventh
        Omnibus Objection to Claim No. 11646 and Resolving Claim No. 1547 (Docket
        No. 8487)

gg.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Marion County, Florida Tax Collector Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 13318 and Relating to Claim No.
        213 (Docket No. 8735)

Objection
Deadline:               May 13, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached <u>Exhibit A</u>.

Status:                 An order has been entered partially sustaining the objection.  An
                        agreed order has been entered resolving certain claims.  The claim
                        of Marion County, Florida Tax Collector has been resolved by
                        Settlement Agreement and Stipulation (Docket No. 8735).  Other
                        than the foregoing, for those claims for which the objection is still
                        pending, this matter is adjourned to February 9, 2011 at 2:00 p.m.
                        See attached <u>Exhibit A</u>.

28.     Debtors' Fiftieth Omnibus Objection to Certain Administrative Expenses and Motion for
        (I) Authority to Setoff Against Such Expenses and (II) a Waiver of the Requirement that
        the First Hearing on Any Response Proceed as a Status Conference (Docket No. 5213)

Related
Documents:

a.      Memorandum Opinion (Docket No. 5963)

b.      Order on Debtors' Forty-Eighth, Forty-Ninth, and Fiftieth Omnibus Objections
        (Docket No. 5964)

c.      Supplemental Order on Debtors' Fiftieth Omnibus Objection to Certain
        Administrative Expenses and Motion for (I) Authority to Setoff Against Such

22

Expenses and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 6127)

d.  Second Supplemental Order on Debtors' Fiftieth Omnibus Objection to Certain Administrative Expenses and Motion for (I) Authority to Setoff Against Such Expenses and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 6664)

e.  Third Supplemental Order On Debtors' Fiftieth Omnibus Objection To Certain Administrative Expenses and Motion For (I) Authority To Setoff Against Such Expenses and (II) A Waiver Of The Requirement That The First Hearing On Any Response Proceed As A Status Conference (Docket No. 3800)

f.  Notice of Proposed Settlement Agreement and Stipulation by an Among the Debtors and Fujitsu Ten Corp. of America (Docket No. 7643)

g.  Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors, VonWin Capital Management, LP, and Imagination Entertainment (Docket No. 7833)

h.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Digital Innovations LLC, and VonWin Capital Management, L.P. Resolving the Debtors' Twenty-Third Omnibus Objection to Claim 7223, the Debtors' Fiftieth Omnibus Objection to Claim 14251, and the Debtors' Fifty-First Omnibus Objection to Claim 1373 (Docket No. 8664)

Objection
Deadline:                November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit A.

Status:                  Orders have been entered partially sustaining the objection.  The claims of Digital Innovations, Inc. and VonWin Capital Management, L.P. have been resolved by Settlement Agreement and Stipulation (Docket No. 8664).  With respect to Audiovox Corporation, this matter has been resolved and approved pursuant to procedures established by this Court.  For the one remaining matter, this matter is adjourned to February 9, 2011 at 2:00 p.m. See attached Exhibit A.

29.  Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims)) (Docket No. 5879)

Related
Documents:

a.    Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6368)

b.    Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6585)

c.    Notice of Hearing on the Merits on Debtors' Sixtieth Omnibus Objection to Claim No. 14123 Filed by Phillip Lee Steele and Response Thereto (Docket No. 8205)

d.    Second Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8285)

e.    Third Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8421)

Objection
Deadline:            December 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit A.

Status:              Orders have been entered partially sustaining the objection.  For those claims for which the objection is still pending, this matter is adjourned to February 9, 2011 at 2:00 p.m.  See attached Exhibit A.

30.    Debtors' Seventeenth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7013)

Related
Documents:

a.    Order on Debtors' Seventeenth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7457)

b.    Supplemental Order on Debtors' Seventeenth Omnibus Objection to Claims

(Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7674)

c.    Notice of Proposed Settlement Agreement and Stipulation by and Between the Debtors and Universal Display and Fixtures Company (Docket No. 8002)

d.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors' Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth Omnibus Objection to Claim No. 5708 (Docket No. 8358)

e.    Notice of Proposed Settlement Agreement and Stipulation by and Between the Debtors and Richard Kreuger (Docket No. 8435).

f.    Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Z-Line Designs, Inc. (Docket No. 8857).

Objection
Deadline:                April 22, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit A.

Status:                  An order has been entered partially sustaining the objection.  For those claims for which the objection is still pending, this matter is adjourned to February 9, 2011 at 2:00 p.m.  See attached Exhibit A.

31.    Debtors' Seventy-Fourth Omnibus Objection to Claims (Reclassification of Certain Alleged Administrative Expenses on Account of Employee Obligations) (Docket No. 7447)

Related
Documents:

a.    Order on Debtors' Seventy-Fourth Omnibus Objection to Claims (Reclassification of Certain Alleged Administrative Expenses on Account of Employee Obligations) (Docket No. 7856)

Deadline:                June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit A

Status:                  An order has been entered partially sustaining the objection. For

those claims for which the objection is still pending, this matter is adjourned to February 9, 2011 at 2:00 p.m.  See attached <u>Exhibit A</u>.

32.    Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (Docket No. 7460)

Related
Documents:

a.    Order on Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (Docket No. 7858)

b.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, the Equal Employment Opportunity Commission, Jamal Booker and Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230 and 4238 (Docket No. 8138)

Objection
Deadline:              June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached <u>Exhibit A</u>

Status:                An order has been entered partially sustaining the objection.  For the two  claims for which the objection is still pending, this matter is adjourned to February 9, 2011 at 2:00 p.m.  See attached <u>Exhibit A</u>.

33.    Debtors' Seventy-Eighth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 7463)

Related
Documents:

a.    Notice of Motion and Hearing

b.    Order on Debtors' Seventy-Eighth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 7860)

c.    Supplemental Order on Debtors' Seventy-Eighth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 7942)

d.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, the Equal Employment Opportunity Commission, Jamal Booker and Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth

Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230 and 4238 (Docket No. 8138)

Objection
Deadline:                    June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                       See attached Exhibit A.

Status:                      Orders have been entered partially sustaining the objection.  For the one claim for which the objection is still pending, this matter is adjourned to February 24, 2011 at 2:00 p.m.  See attached Exhibit A.

34.     Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 7874)

Related
Documents:

a.      Order on Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 8199)

b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and James Fouskey Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 4017 (Docket No. 8733)

c.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Richard Grande Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 6242 (Docket No. 8739)

d.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 6008 (Docket No. 8740)

e.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 4767 (Docket No. 8744)

f.      Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Anna Thomas Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 3145 (Docket No. 8777)

g.      Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Leedell Murphy Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 5832 (Docket No. 8841).

Objection
Deadline:                    July 15, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                       See attached Exhibit A.

Status:                      An order has been entered partially sustaining the objection.  The
                             claims of James Fouskey, Richard Grande, Jesse Perez, Diane
                             Granito and Anna Thomas have been resolved by Settlement
                             Agreement and Stipulation (Docket Nos. 8733, 8739, 8740, 8744
                             and 8777).  Other than the foregoing, for those claims for which
                             the objection is still pending, this matter is adjourned to February
                             9, 2011 at 2:00 p.m.  See attached Exhibit A.

35.    Debtors' Eightieth Omnibus Objection to Claims (Reclassification of Certain
       Misclassified Miscellaneous Claims and Misclassified Wage Check Claims) (Docket No.
       8185)

       Related
       Documents:

       a.      Order on Debtors' Eightieth Omnibus Objection to Claims (Reclassification of
               Certain Misclassified Miscellaneous Claims and Misclassified Wage Check
               Claims) (Docket No. 8519)

       b.      Notice of Settlement Agreement and Stipulation by and Among the Debtors and
               Export Development Canada Resolving the Debtors' Eightieth and Eighty-First
               Omnibus Objections to Claim 8054 and Resolving Claim 7960 (Docket No. 8522)

       Objection
       Deadline:             August 24, 2010 at 4:00 p.m.

       Objections/
       Responses
       Filed:                See attached Exhibit A.

       Status:               An order has been entered partially sustaining the objection.  The
                             matter with Commerce Technologies Inc. has been resolved and
                             approved pursuant to procedures established by this Court. For the
                             one claim for which the objection is still pending, this matter is
                             adjourned to February 9, 2011 at 2:00 p.m. See attached Exhibit
                             A.

36.    Debtors' Eighty-First Omnibus Objection to Claims (Reduction of Certain Partially
       Invalid Claims and Disallowance of Certain Invalid Claims) (Docket No. 8186)

       Related

Documents:

a.          Notice of Proposed Settlement Agreement and Stipulation by and Among the
            Debtors, Convergys Customer Management Group Inc. and Convergys Learning
            Solutions Resolving the Debtors' Eighty-First Omnibus Objection to Claim No.
            7184 and Regarding Claim No. 1092 (Docket No. 8374)

b.          Notice of Settlement Agreement and Stipulation by and Among the Debtors and
            Export Development Canada Resolving the Debtors' Eightieth and Eighty-First
            Omnibus Objections to Claim 8054 and Resolving Claim 7960 (Docket No. 8522)

Objection
Deadline:                   August 24, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                      See attached Exhibit A.

Status:                     An order has been entered partially sustaining the objection.  For
                            the one claim for which the objection is still pending, this matter is
                            adjourned to February 9, 2011 at 2:00 p.m.  See attached Exhibit
                            A.

Dated: Richmond, Virginia
January 11, 2011

TAVENNER & BERAN, PLC


_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

Co-Counsel for the Circuit City Stores, Inc.
Liquidating Trust