**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 8 | American Power Conversion Corp. | 11087 | 3818 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 8 | Dirley L. Ball | 11102 11103 11104 11105 | 3906 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 8 | Natalia Hilton | 11058 | 3965 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 9 | SimpleTech by Hatachi Global Storage Technologies f/k/a Simpletech A Fabrik Company | 11495 | 3821 3848 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 9 | Belkin International, Inc. | 11608 | 3851 3852 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 9 | Adam Drake | 12251 | 3896 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the January 13, 2011 hearing.

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 10024 9722 10020 | 4106 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 22 | Cormark, Inc. | 7304 | 4100 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 23 | D-Link Systems, Inc. | 7969 | 4139 | This matter has been resolved pursuant to procedures approved by this Court and may be removed from the Court's docket. |
| 30 | Gilbert Perez | 2707 | 4796 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 30 | Keith Sanders | 2811 | 4798 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 30 | Kristy Suler | 9990 | 4836 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 30 | Melissa M. Gillard | 8522 | 4840 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 30 | Melanie Finch | 1695 2023 | 5025 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 31 | Glenn Cordell Duncan | 2722 2725 | 4755 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 31 | Gary R. Lowe | 5144 | 4810 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 3548 | 4811 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 31 | Eisner, Roy | 3025 | 4821 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 31 | Jonathan Card | 6040 | 4823 4943 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 31 | Brad C. King | 3634 | 4842 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 7065 | 4899 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 31 | PNY Technologies | 1723 | 4907 | Pursuant to this Court's ruling, unless the matter is resolved prior thereto, the parties shall participate in mediation, which mediation is to occur on or before January 24-25, 2011, the trial is continued until a date (the "Continued Trial Date") to be set at the Court's Omnibus Hearing on February 9, 2011, to the extent the matter does not settle on or before such date, and the deadlines provided in the Court's original pre-trial order shall run from the Continued Trial Date. |
| 31 | Antor Media Corporation | 6347 | 4926 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 31 | Joseph Skaf | 8717 | 4946 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 31 | Richard and Deborah Jaynes | 3427 | 4951 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 31 | Tanden A. Kibby | 6894 | 4972 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 31 | Leon Hurney | 10047 | 4973 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 31 | Unical Enterprises, Inc. | 6555 | 4975 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 33 | Sensormatic Electronic Corporation | 6317 | 4906 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 36 | Victoria L. Eastwood | 13994 | 4790 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 36 | Douglas A. Daniluk | 4306 14056 | 4813 4814 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 36 | Francis E. Telegadas | 5666 | 4824 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 36 | Christopher N. Crowe | 3601 | 4826 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 36 | Anne B. Fath | 8662 13935 | 4828 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 36 | Anne L. Thumann | 7067 | 4830 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 36 | Stephen T. Saunders | 6825 | 4837 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 36 | David W. Phillips | 9315 | 4844 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 36 | Corey Rachel | 9996 | 4852 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 36 | Elizabeth R. Warren | 13527 4378 | 4910 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 36 | James Oldenburg | 8831 | 4949 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 36 | Brian L. LaCoursiere | 4756 | 4952 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 36 | Michael W. Beam | 13410 6022 | 4958 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 36 | Marius S. Tataru | 4747 | 4960 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 36 | Steven Draxler | 8735 | 4964 4965 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 36 | Laura McDonald | 14432 8108 | 4969 4970 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 36 | Kelli A. Groneck | 6973 | 4971 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 36 | Karen Craig | 6214 | 5026 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| | | | | |
| 37 | Highlands County, Florida | 11636 | 4886 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to February 9, 2011 at 2:00 p.m. |
| 37 | City of Brighton, Michigan | 11213 13834 | 5065 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to February 9, 2011 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 13294 | 5098 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to February 9, 2011 at 2:00 p.m. |
| 37 | Pima County, AZ | 14083 | 5100 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to February 9, 2011 at 2:00 p.m. |
| 37 | Pierce County, Washington | 14033 14034 | 5111 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to February 9, 2011 at 2:00 p.m. |
| 37 | Los Angeles County | 13628 | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to February 9, 2011 at 2:00 p.m. |
| 37 | Monterey County | 14131 | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to February 9, 2011 at 2:00 p.m. |

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 37 | Placer County, California | 13291 | 4788 4932 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to February 9, 2011 at 2:00 p.m. |
| 37 | Polk County Florida by Joe G. Tedder Tax Collector | 13070 | 4997 5011 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to February 9, 2011 at 2:00 p.m. |
| 50 | Nyko Technologies, Inc. | 14596 | 5494 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 60 | Bruce Davis | 13286(A) | 5969 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 60 | Jack Hernandez | 6045 | 6036 | This matter has been resolved and settled pursuant to procedures approved by this Court |
| 60 | Robert Gentry | 6039 | 6037 | This matter has been resolved and settled pursuant to procedures approved by this Court |
| 60 | Mark Stewart | 9295(U) | 6082 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 60 | Ohio Bureau of Workers Compensation | 13646(A) | n/a | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 70 | Albert Flowers, Jr. | 13204 | n/a | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 70 | SAP Retail Inc. | 12731 | n/a | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 70 | Curtiss McGough | 3439 | 7177 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 70 | Mobile Edge | 3788 | 7237 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 70 | National Glass and Gate | 3302 | 7240 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 70 | Jamie Stack | 14139 | 7243 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 70 | Sarah Harris | 14314 | 7246 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 70 | Jeanne Hamby | 13896 | 7247 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 70 | Tribune Company and Los Angeles Times Newspapers Inc. | 13068 | 7255 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 70 | Seagate Technology LLC | 14087 | 7257 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 70 | Craig Dean Campbell | 1433 | 7260 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 70 | S. M. Wilson & Company | 9891 | 7264 | This matter has been resolved and settled pursuant to procedures approved by this Court |
| 74 | Duda, Kenneth R. | 13339 13402 | 7590 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 74 | Thurmann, Anne | 14097 | 7623 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 74 | Giordano, Patricia C. | 14338 | 7675 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 76 | Lei, Yu-Liang | 13307 | 7584 | Before the Plan's Effective Date, this matter was resolved in principle, subject to completion of settlement documentation. No such documentation was received before the Effective Date. The Trust is reviewing the same. Accordingly, the status hearing on this response is adjourned to January 13, 2011 at 2:00 p.m. |

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 76 | City of Avondale, Arizona | 14496 | 7771 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 78 | Metra Electronics Corporation | 14894 | 7681 | The status hearing on this response is adjourned to February 24, 2011 at 2:00 p.m. |
| 79 | Foster, William | 2922 3001 | 7999 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 79 | Eisner, Joanne | 3852 | 8003 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 79 | Coleman, Dorothy | 2733 | 8016 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 79 | Blackshear, Brenda | 4333 | 8017 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 79 | Jardan, Sheila A. | 4006 | 8018 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 79 | Evans, Joe | 3600 | 8030 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 79 | Hornstra, Aaron | 14748 | 8031 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |

11

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 79 | Fisher, Denise K. | 3544 | 8032 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 79 | Gibson, Thomas H. | 3995 | 8034 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 79 | Martinez, Anthony | 9060 | 8035 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 79 | Lopresti, Mary | 5401 | 8036 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 79 | Tully, M.D., Vincent | 1134 | 8041 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 79 | Perez, Jesse | 6008 | 8052 | This matter has been resolved and settled pursuant to procedures approved by this Court |
| 79 | Rollins, James | 14825 | 8054 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 79 | Tinsley, Clementine | 4272 | 8055 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
| 79 | Gervasio, Emilio on behalf of minor Guiseppina Gervasio | 14444 | 8056 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |

12

DOCS_LA:230076.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 80 | Moncayo Settlement Class | 8280 | 8341 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |
|  |  |  |  |  |
| 81 | iGate Global Solutions, Limited | 7478 | 8342 | The status hearing on this response is adjourned to February 9, 2011 at 2:00 p.m. |

DOCS_LA:230076.2