UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
RICHMOND DIVISION

| | ) | Case No. 08-35653-KRH |
|---|---|---|
| IN RE: | ) | (Jointly Administered) |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.* | ) | Chapter 11 |
| | ) | |
| DEBTORS. | ) | Judge Kevin R. Huennekens |
| | ) | |

**ORDER**

The matter has come before the Court upon Motion (the "Motion") filed by Troy N. Nichols seeking admission *pro hac vice* for Daniel E. Hitchcock, of the law firm Wyatt, Tarrant & Combs, LLP, in the above referenced bankruptcy case (and related proceedings) pursuant to Local Bankruptcy Rule 2090-1(E). After review of the Motion and statements herein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Daniel E. Hitchcock be authorized to practice *pro hac vice* before this Court in this bankruptcy case (and related proceedings), it is hereby

**ORDERED** as follows:

1. The Motion be and hereby is **GRANTED**;

2. Daniel E. Hitchcock of the law firm Wyatt, Tarrant & Combs, LLP, is hereby admitted to appear *pro hac vice* in this bankruptcy case and any related proceedings pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Modern Marketing Concepts, Inc.

ENTERED this _____ day of January, 2011.

Jan 10 2011

/s/ Kevin Huennekens
_____

Judge, United States Bankruptcy Court
Entered on Docket: Jan 10 2011

WE ASK FOR THIS:

/s/ Troy N. Nichols

Troy N. Nichols

Wyatt, Tarrant & Combs, LLP

250 West Main Street, Suite 1600

Lexington, KY  40507-1746

Telephone:  (859) 233-2012

Facsimile:   (859) 259-0649

E-mail:  Lexbankruptcy@wyattfirm.com


/s/ Daniel E. Hitchcock

Daniel E. Hitchcock

Wyatt, Tarrant & Combs, LLP

 250 West Main Street, Suite 1600

Lexington, KY  40507-1746

Telephone:  (859) 233-2012

Facsimile:   (859) 259-0649

E-mail:  Lexbankruptcy@wyattfirm.com


COUNSEL FOR MODERN
MARKETING CONCEPTS, INC.

## **CERTIFICATE**

  Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that the foregoing proposed Order has been endorsed by and/ or served upon all necessary parties to this action.

                 /s/ Troy N. Nichols

30577959.1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1              Date Rcvd: Jan 10, 2011
Case: 08-35653                Form ID: pdforder          Total Noticed: 2

The following entities were noticed by first class mail on Jan 12, 2011.
aty          Troy N. Nichols,    Wyatt, Tarrant & Combs, LLP,    Lexington Financial Center,
              250 West Main St, Suite 1600,    Lexington, KY  40507-1746
             Daniel E. Hitchcock,    Wyatt, Tarrant & Combs, LLP,    250 West Main Street,    Suite 1600,
              Lexington, KY  40507-1746
The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2011**                         **Signature:** _Joseph Speetjens_