H. Buswell Roberts Jr., Esq.
H. BUSWELL ROBERTS, JR PLLC
2001 S. Main Street
Unit 206-A
Blacksburg, VA  24060
(540) 951-9320

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

**In re:**

**CIRCUIT CITY STORES, INC., et al,**
_____/

**ALFRED H. SIEGEL, AS TRUSTEE OF
CIRCUIT CITY STORES, INC.
LIQUIDATING TRUST,**
      **Plaintiff,**

v.

**SYKES ENTERPRISES INCORPORATED
f/k/a ICT GROUP, INC.,
LIQUIDITY SOLUTIONS, INC.,**

      **Defendants.**
_____/

**Case No.: 08-35653 (KRH)
Chapter 11
(Jointly Administered)**

**Adv. Pro. No.: 10-03309-KRH**

## MOTION TO ADMIT
## KEVIN H. GRAHAM AND HUGO S. de BEAUBIEN
## TO PRACTICE *PRO HAC VICE*

Pursuant to Local Rule 2090-1(E)(2), H. Buswell Roberts, Esq. ("Movant") a member in good standing of the bar of the State of Virginia and the United States District Court for the Eastern District of Virginia, moves this Court to specially admit *pro hac vice* Kevin H. Graham and Hugo S. deBeaubien, attorneys of good standing admitted to practice before the courts of the State of Florida, including the United States District Court for the

Middle and Southern Districts of Florida as reflected in the supporting Application to Qualify as a Foreign Attorney Under Local Bankruptcy Rule 2090-1(E)(2) attached hereto as **Composite Exhibit A**, to practice before this Court in the above captioned matter and any related proceedings therein, as attorneys for Sykes Enterprises Incorporated f/k/a ICT Group, Inc.  Counsels' names, office mail address, electronic mail address and telephone numbers are as follows:

| | |
|---|---|
| KEVIN H. GRAHAM, ESQ. | H. S. "BRAD" deBEAUBIEN, ESQ. |
| E-mail:  kgraham@slk-law.com | E-mail:  bdebeaubien@slk-law.com |
| 101 E. Kennedy Blvd., Suite 2800 | 101 E. Kennedy Blvd., Suite 2800 |
| Tampa, FL   33602 | Tampa, Florida 33602 |
| Telephone:  (813) 229-7600 | Telephone:  (813) 229-7600 |
| Facsimile:  (813) 229-1660 | Facsimile:  (813) 229-1660 |

Movant requests that the Bankruptcy Court authorize Mr. Graham and Mr. deBeaubien to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in these bankruptcy cases (and related proceedings) on behalf of Sykes Enterprises Incorporated f/k/a ICT Group, Inc.

Movant will appear in this bankruptcy case (and related proceedings) as co-counsel as required by Local Rules of the Court.

WHEREFORE, Movant respectfully requests that the Court enter an Order in substantially the same form as attached hereto authorizing Kevin H Graham and Hugo S. deBeaubien to appear *pro hac vice* in these bankruptcy cases (and related proceedings) and grant such other relief as the Court deems just and proper.

    Respectfully submitted,

    /s/ H. Buswell Roberts VSB# 77518
    H.  BUSWELL ROBERTS, JR. PLLC
    2001 South Main Street STE 206-A

- 3 -

                                Blacksburg, VA 24060
                                Telephone:  540.951.8320
                                FAX:   540.951.8357
                                hbroberts@live.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of January, 2011 the foregoing Motion to Admit Kevin Harvey Graham and Hugo Samuel DeBeaubien *Pro Hac Vice* was filed with the Clerk of the Court by using the CM/ECF system and a copy of was served either by electronic transmission or by U.S. first class mail postage prepaid to Lynn L. Tavenner (CC-B) Tavenner & Beran, PLC, 20 North Eighth Street, Second Floor, Richmond, VA 23219.

                                /s/ H. Buswell Roberts, Jr.
                                H,  BUSWELL ROBERTS, Jr.