UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653-KRH ,* Case Name In Re Circuit City Stores, Inc., et al

PERSONAL STATEMENT

FULL NAME (no initials, please) Kevin Harvey Graham
Bar Identification Number 615986        State Florida
Firm Name Shumaker, Loop & Kendrick, LLP
Firm Phone # 813-229-7600    Direct Dial # 813-227-2235    FAX # 813-229-1660
E-Mail Address kgraham@slk-law.com
Office Mailing Address 101 E. Kennedy Blvd., Suite 2800, Tampa, FL 33602
Name(s) of federal court(s) in which I have been admitted See attached

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____    Jan 12, 2011
(Signature)                  (Date)

H. BUSWELL ROBERTS JR    VSB 77518
(Typed or Printed Name)

_____
*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Ver. 02/11/10 [effective 12/01/09]

## KEVIN H. GRAHAM
### DATES OF ADMISSION

| STATE | DATE ADMITTED |
|---|---|
| Ohio (0023841) (Inactive) | 1977 |
| Michigan (P30095) | 1979 |
| Florida (615986) | 1985 |
| U.S. District Court, Southern District of Florida | 1996 |
| U.S. Court of Appeals for the Federal Circuit | 2002 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653-KRH    ,* Case Name In Re Circuit City Stores, Inc., et al

PERSONAL STATEMENT

FULL NAME (no initials, please) Hugo Samuel de Beaubien
Bar Identification Number 058100    State Florida
Firm Name Shumaker, Loop & Kendrick, LLP
Firm Phone # 813-229-7600    Direct Dial # 813-221-7425    FAX # 813-229-1660
E-Mail Address bdebeaubien@slk-law.com
Office Mailing Address 101 E. Kennedy Blvd., Suite 2800, Tampa, FL 33602
Name(s) of federal court(s) in which I have been admitted See attached

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____    Jan 12, 2011
(Signature)                  (Date)

H BUSWELL ROBERTS JR    VSB 77518
(Typed or Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Ver. 02/11/10 [effective 12/01/09]

## HUGO S. deBEAUBIEN
## DATES OF ADMISSION

| STATE | DATE ADMITTED |
|---|---|
| Florida (058100) | 2008 |
| U.S. District Court, Middle District of Florida | 2008 |
| U.S. District Court, Southern District of Florida | 2010 |