# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

**In re:**

**CIRCUIT CITY STORES, INC., et al,**

_____/

**Case No.: 08-35653 (KRH)**
**Chapter 11**
**(Jointly Administered)**

## ORDER

The matter has come before the Court upon Motion (the "Motion) filed by H. Buswell Roberts seeking admission *pro hac vice* for Kevin H. Graham and Hugo S. deBeaubien of the law firm Shumaker, Loop & Kendrick, LLP, in the above referenced bankruptcy case (and related proceedings) pursuant to Local Bankruptcy Rule 2090-1(E). After review of the Motion and statements herein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Kevin H. Graham and Hugo S. deBeaubien be authorized to practice *pro hac vice* before this Court in this bankruptcy case (and related proceedings) it is hereby

**ORDERED** as follows:

1. The Motion be and hereby is **GRANTED.**

2. Kevin H. Graham and Hugo S. deBeaubien of the law firm Shumaker, Loop & Kendrick, LLP are hereby admitted to appear *pro hac vice* in this bankruptcy case and any related proceedings pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Sykes Enterprises Incorporated f/k/a ICT Group, Inc.

          Entered on this _____ day of January, 2011

          _____
          Judge, United States Bankruptcy Court

WE ASK FOR THIS:

/s/ Kevin H. Graham
Kevin H. Graham
SHUMAKER, LOOP & KENDRICK, LLP
E-mail: kgraham@slk-law.com
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
Telephone: (813) 229-7600
Facsimile: (813) 229-1660

/s/ H.S. "Brad" DeBeaubien
H.. S. "Brad" DeBeaubien
SHUMAKER, LOOP & KENDRICK, LLP
E-mail: bdebeaubien@slk-law.com
101 E. Kennedy Blvd., Suite 2800
Tampa, Florida 33602
Telephone: (813) 229-7600
Facsimile: (813) 229-1660

/s/ H. Buswell Roberts, Jr.
H. Buswell Roberts, Jr.
H. BUSWELL ROBERTS JR, PLLC
2001 S. Main Street
Unit 206-A
Blacksburg, VA 24060
(540) 951-9320

Counsel For Sykes Enterprises Incorporated

## CERTIFICATE

    Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties to this action.

          /s/ H. Buswell Roberts, Jr.

Parties to Receive Copies:

Kevin H. Graham
SHUMAKER, LOOP & KENDRICK, LLP
E-mail: kgraham@slk-law.com

H.. S. "Brad" DeBeaubien
SHUMAKER, LOOP & KENDRICK, LLP
E-mail: bdebeaubien@slk-law.com

- 3 -

101 E. Kennedy Blvd., Suite 2800  101 E. Kennedy Blvd., Suite 2800
Tampa, FL   33602  Tampa, Florida 33602

H. Buswell Roberts, Jr.
H.  BUSWELL ROBERTS JR, PLLC
Email: hbroberts@live.com
2001 S. Main Street
Unit 206-A
Blacksburg, VA  24060