Paula A. Hall, Esq.
Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward Avenue, Suite 460
Birmingham, MI  48009
(248) 971-1714
(248) 971-1801 – Facsimile

*Counsel for Stanecki, Inc. d/b/a Don Lors Electronics*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that the law firm of Brooks Wilkins Sharkey & Turco, PLLC, by the undersigned, hereby appears as counsel for ***Stanecki, Inc. d/b/a Don Lors Electronics***, pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and Rules 202, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, and requests service of all notices and documents herein upon:

Paula A. Hall
Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward Avenue, Suite 460
Birmingham, MI  48009
Telephone:  248-971-1714
Facsimile:  248-971-1801
hall@bwst-law.com

PLEASE TAKE FURTHER NOTICE that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted or

conveyed, related in any way to the above-captioned debtors, their property, or their estates. The undersigned requests that their names be added to the mailing matrix.

   PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service or Documents (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 13, 2011           **Brooks Wilkins Sharkey & Turco, PLLC**

                   By: /s/ Paula A. Hall
                   Paula A. Hall (MI Bar No. P61101)
                   **Brooks Wilkins Sharkey & Turco, PLLC**
                   401 S. Old Woodward Avenue, Ste. 460
                   Birmingham, MI 48009
                   248-971-1714; 248-971-1801 – Facsimile
                   hall@bwst-law.com