| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

          - and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et</u> <u>al</u>.,. | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF (A) FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION AND EXPENSE REIMBURSEMENT FOR
<u>GOLD, ALBANESE & BARLETTI AND (B) HEARING THEREON</u>**

   **PLEASE TAKE NOTICE THAT** the following has been filed with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"):  Final Fee Application Of Gold, Albanese & Barletti For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses Incurred As Counsel To Claimant For The Period From August 26, 2008 Through December 8, 2010 (the "Application").

   **PLEASE TAKE FURTHER NOTICE THAT** the Circuit City Stores, Inc. Liquidating Trust (the "Trust") has filed Statement of The Trustees Opposition To The Final Fee Application

Of The Law Firm Of Gold, Albanese & Barletti For Allowance And Payment Of Administrative Expense Claim (the "Objection").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one).**

**PLEASE TAKE FURTHER NOTICE THAT February 9, 2011 at 2:00 p.m.**, (or such time thereafter as the matter may be heard) the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219, and will move the Court for entry of an order **denying** the Application.

If you or your attorney do not take these steps, the Court may issue an order **denying** the requested relief in the Application without further notice or hearing.

Dated:    January 13, 2011

/s/ Paula S. Beran
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
          pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
          acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc. Liquidating Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2011 a true copy of the foregoing Notice of (A) Final Application For Allowance Of Compensation And Expense Reimbursement For Gold, Albanese & Barletti And (B) Hearing Thereon will be served via electronic mail to all parties receiving service through the Court's ECF system and by first-class mail, postage prepaid, to:

Michael S. Williams, Esquire
Gold, Albanese & Barletti
58 Maple Avenue
Red Bank, NJ 97701

/s/ Paula S. Beran

Paula S. Beran