## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

-------------------------------------------------------------------X

In re:                                                    Case No.: 08-35653-KRH
                                                          Chapter 11
**CIRCUIT CITY STORES, INC., et al.**

                        Debtors.
-------------------------------------------------------------------X

### ORDER APPROVING ADMISSION PRO HAC VICE
### OF JOSEPH D. FRANK

This matter comes before the Court upon the Motion of Augustus C. Epps, Jr., requesting entry of an order authorizing Joseph D. Frank of the firm of Frank/Gecker LLP to appear *pro hac vice* in the above-captioned bankruptcy case to represent the interests of several defendants named in adversary proceedings pending in the Bankruptcy Case. Based upon the representations set forth in the Motion, and finding it otherwise proper so to do, the Court

ORDERS that Joseph D. Frank be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in the above-captioned bankruptcy case and all related adversary proceedings.

ENTER:        /    /

_____
United States Bankruptcy Judge

_____
Augustus C. Epps, Jr. (VSB #13254)
Michael D. Mueller (VSB # 38216)
Jennifer M. McLemore (VSB # 47164)
Whitney R. Travis (VSB # 79759)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
(804) 697-4104 / (804) 697-6104 (fax)

I ask for this:


/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr., VSB # 13254
Michael D. Mueller, VSB # 38216
Jennifer M. McLemore, VSB # 47164
Whitney R. Travis, VSB # 79759
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia  23219-3095
(804) 697-4104 (Telephone)
(804) 697-6104 (Facsimile)


## **CERTIFICATE**

I hereby certify that the foregoing Order has been endorsed by all appropriate counsel.


/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.

# S E R V I C E   L I S T

Augustus C. Epps, Jr., Esquire
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esquire
Andrew W. Caine, Esquire
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

Robert J. Feinstein, Esquire
John A. Morris, Esquire
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017

Joseph D. Frank, Esquire
FRANK/GECKER LLP
325 N. LaSalle Street
Suite 625
Chicago, Illinois 60654

1115569v1