UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 08-35653-KRH-11 |
| CIRCUIT CITY STORES, INC., et al., | § | |
| | § | Chapter 11 |
| Debtors | § | |

**<u>RESPONSE TO TRUSTEE'S NOTICE OF INTENT TO DESTROY RECORDS</u>**

The Texas Comptroller of Public Accounts ("Texas Comptroller") responds as follows to the Trustee's Notice of Intent to Destroy Old Miscellaneous Real Estate Files, Etc. (the "Motion to Destroy") dated January 4, 2011.

1. The Texas Comptroller is still in the process of auditing the Debtor's books and records to determine the amount of Texas sales and use taxes owed for the 2004-2008 period. Considerable difficulty has been encountered in obtaining access to requested financial records, with the Debtor refusing on several occasions to supply records to Comptroller auditors. The Debtor has filed an objection to the Texas Comptroller's prepetition sales and use tax claim.

2. Under Texas Tax Code § 111.0041 and Texas Comptroller Rule 3.281, entities conducting retail business in Texas are required to keep and maintain records of their business activities. Under Texas Tax Code § 111.004, the Texas Comptroller is fully empowered to review such books and records.

3. If books and records sufficient to allow the Texas Comptroller to complete a tax audit are not properly maintained, the Comptroller may estimate liability. Further, since the burden of proof of Texas tax liability in any contested proceeding will ultimately be upon the Trustee as the successor in interest to the Debtors, the Trustee assumes some risk if he fails to maintain any books and records relevant to the Texas Comptroller's audit. See <u>Raleigh v. Illinois</u>, 120 S. Ct. 1951

(2000)(burden of proof in objecting to tax claim in bankruptcy is on debtor/trustee).

4. The Trustee, as the party most familiar with the Debtor's books and records, is the party responsible for determining what records are necessary to maintain for review in tax audits. That responsibility cannot be shifted to tax authorities, who have not seen the records in question, by motions proposing to destroy records. It is up to the Trustee to determine whether the records he seeks to destroy will be needed for tax audit purposes. To the extent, if any, that the Motion to Destroy may seek to shift the Trustee's record-keeping responsibilities to any other party, including tax authorities, the Texas Comptroller objects.

Respectfully submitted,

> GREG ABBOTT
> Attorney General of Texas
>
> DANIEL T. HODGE
> First Assistant Attorney General
>
> BILL COBB
> Deputy Attorney General for Civil Litigation
>
> RONALD R. DEL VENTO
> Assistant Attorney General
> Chief, Bankruptcy & Collections Division
>
> */s/ Mark Browning*
> MARK BROWNING
> Assistant Attorney General
> Bankruptcy & Collections Division
> P. O. Box 12548
> Austin, TX 78711-2548
> Telephone: (512) 475-4883
> Facsimile: (512) 482-8341
>
> ATTORNEYS FOR THE TEXAS
> COMPTROLLER OF PUBLIC ACCOUNTS

2

**CERTIFICATE OF SERVICE**

      I certify that on January 19, 2011, a true copy of the foregoing was served by the method and to the following parties as indicated:

By Regular First Class Mail:

United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219-1888
Attn: Robert B. Van Arsdale

Pachulski, Stang, Ziehl & Jones, LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067
Attn: Andrew W. Caine

Tavenner & Beran PLC
20 North 8th Street
Richmond, VA 23219
Attn: Paula S. Beran,
Lynn L. Tavenner

Lucy L. Thomson
915 North Quaker Lane
Alexandria, VA 22302

Fox, Hefter, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite. 3000
Chicago, IL 60606
Attn: Margaret M. Anderson

By Electronic Means as listed on the Court's ECF Noticing System:

Mark K. Ames mark@taxva.com
Taxing Authority Consulting Services PC
2812 Emerywood Parkway, Ste. 220
Richmond, VA 23294 3729

Daniel F. Blanks dblanks@mcguirewoods.com
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 323510

3

Sarah Beckett Boehm sboehm@mcguirewoods.com, kcain@mcguirewoods.com
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219 4063

Charles W. Chotvacs chotvacsc@ballardspahr.com, aconway@taubman.com;Pollack@ballardspahr.com
Ballard, Spahr, Andrews & Ingersoll, LLP
601 13th St. N.W. Ste. 1000 South
Washington, DC 20005 3807

Andrew S. Conway aconway@taubman.com
The Taubman Company
200 East Long Lake Rd., Ste. 300
Bloomfield Hills, MI 48304 2324

Bradford F. Englander benglander@linowes-law.com, klevie@linowes-law.com;jkneeland@linowes-law.com;gduvall@linowes-law.com;nconstantino@linowes-law.com;bnestor@linowes-law.com
Linowes and Blocher LLP
7200 Wisconsin Ave., Ste. 800
Bethesda, MD 20814 4842

David J. Ervin dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
Kelley, Drye & Warren, LLP
Washington Harbour, Ste. 400
3500 K Street N.W.
Washington, DC 20007 5108

Douglas M. Foley dfoley@mcguirewoods.com
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Laura Lawton Gee lgee@bakerlaw.com, cydavis@bakerlaw.com
Baker & Hostetler, LLP
1000 Louisiana St., Ste. 2000
Houston, TX 77002 5018

4

Dion W. Hayes dhayes@mcguirewoods.com
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

W. Clarkson McDow, Jr. USTPRegion04.RH.ECF@usdoj.gov
Office of the U.S. Trustee
701 E. Broad St., Ste. 4304
Richmond, VA 23219 1849

Joseph S. Sheerin jsheerin@mcguirewoods.com
McGuire Woods LLP
One James Center
901 E Cary St
Richmond, VA 23219 4063

Ronald M. Tucker rtucker@simon.com,
cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,shclark@simon.com
Simon Property Group
225 W. Washington Street
Indianapolis, IN 46204 3438

Mitchell B. Weitzman mweitzman@beankinney.com, npeele@beankinney.com
Bean, Kinney & Korman, P.C.
2300 Wilson Blvd., 7th Fl
Arlington, VA 22201 5424

                                        */s/ Mark Browning*
                                        MARK BROWNING