B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia

In re Circuit City Stores, Inc.        ,        Case No. 08-35653

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MDN II Limited Partnership | Mall Del Norte, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 Scott M. Shaw, Esq.
 736 Georgia Avenue, Suite 300
 Chattanooga, TN 37402

Phone: 423.757.5914
Last Four Digits of Acct #: _____

Court Claim # (if known): 14006
Amount of Claim: $851,037.86
Date Claim Filed: 03/20/2009

Phone: 423.757.5914
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____    Date: 1/28/2011
    Transferee/Transferee's Agent
    Counsel VSB # 71362

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.