UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., ) | Case No.    08-35653-KRH |
| et al., ) | |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Jefferies Leveraged Credit Products, LLC | DDRTC Sycamore Commons, LLC |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 9918, as amended by 12664 |
| Jefferies Leveraged Credit Products, LLC | Amount of Claim: $2,090,934.34 |
| One Station Place, Three North | Date Claim Filed: 1/30/2009 (with respect to Claim #9918), and 4/30/2009 (with respect to Claim #12664) |
| Stamford, CT 06902 | |
| Attn: Robert K. Minkoff | |
| 203-363-8244 ph. | |
| 203-724-4525 fx. | |
| rminkoff@jefferies.com | |

## EVIDENCE OF TRANSFER

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, the Original Claimants, each as listed on Schedule A hereto, (each, an "**Assignor**") each hereby unconditionally and irrevocably sells, transfers and assigns unto Jefferies Leveraged Credit Products, LLC, and its successors and assigns ("**Assignee**"), all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its respective Proof of Claim as listed on Schedule A hereto and the claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) described under such Proof of Claim (the "Claims") against Circuit City Stores, Inc. and its affiliated debtors (as applicable) (collectively, the "**Debtors**"), the debtors in the Chapter 11 Case No. 08-35653 (KRH) (Jointly Administered) pending in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "**Bankruptcy Court**"), including, but not limited to any amendment to its Proof of Claim listed in Schedule A hereto.

Each Assignor hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Each Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to such Assignor transferring to Assignee the foregoing Claims and recognizing the Assignee as the sole owner and holder of the Claims. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, each Assignor and the Assignee have caused this Evidence of Transfer to be duly executed as of January 20th, 2011.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| **DEVELOPER DIVERSIFIED REALTY CORP.**, on behalf of itself and each of its affiliates set forth on Schedule A | **JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC** |
| By: _____ | By: _____ |
| Name: Eric Cotton | Name: Robert Minkoff |
| Title: Assoc. GC | Title: Mg. Dir. |

NYC:222749.2

## SCHEDULE A

| Proof of Claim | Original Claimant/Assignor | Claim Amount | Debtor |
|---|---|---|---|
| 9591 | DDR Southeast Vero Beach, LLC | $ 985,371.62 | Circuit City Stores, Inc. |
| 9846 | DDR Homestead LLC | $ 1,663,492.73 | Circuit City Stores, Inc. |
| 12436 | DDRTC Creeks at Virginia Center, LLC | $ 1,039,429.62 | Circuit City Stores, Inc. |
| 12441 | DDR Crossroads Center LLC | $ 413,495.69 | Circuit City Stores, Inc. |
| 12451 | SM Newco Hattiesburg, LLC | $ 634,051.52 | Circuit City Stores, Inc. |
| 12483 | DDR Southeast Dothan L.L.C. | $ 955,827.83 | Circuit City Stores, Inc. |
| 12485 | Inland-SAU Greenville Point, LLC | $ 561,986.48 | Circuit City Stores, Inc. |
| 12655 | BFW/PIKE Associates, LLC | $ 1,142,649.15 | Circuit City Stores, Inc. |
| 12664 | DDRTC Sycamore Commons, LLC | $ 2,090,934.34 | Circuit City Stores, Inc. |
| 12700 | DDR Southeast Cary, L.L.C | $ 1,072,133.64 | Circuit City Stores, Inc. |
| 12711 | DDR Southeast Union, L.L.C. | $ 917,050.34 | Circuit City Stores, Inc. |
| 12838 | DDR Miami Avenue, LLC | $ 1,741,904.43 | Circuit City Stores, Inc. |
| 12843 | DDR Southeast Olympia DST | $ 595,535.47 | Circuit City Stores, Inc. |
| 13453 | DDRC Walks @ Highwood Preserve I LLC | $ 650,962.63 | Circuit City Stores, Inc. |
| 13456 | Developers Diversified Realty Corporation | $ 594,086.65 | Circuit City Stores, Inc. |
| 13457 | DDRTC Columbiana Station I LLC | $ 732,960.36 | Circuit City Stores, Inc. |
| 13458 | DDR Horseheads, LLC | $ 637,131.53 | Circuit City Stores, Inc. |
| 13459 | Developers Diversified Realty Corporation | $ 341,375.76 | Circuit City Stores, Inc. |
| 13460 | DDR-SAU Wendover Phase II, LLC | $ 992,048.16 | Circuit City Stores, Inc. |
| 13461 | JDN Realty Corporation | $ 196,752.51 | Circuit City Stores, Inc. |
| 13463 | GS Erie LLC | $ 797,420.01 | Circuit City Stores, Inc. |
| 13464 | DDRTC Newman Pavilion LLC | $ 584,894.35 | Circuit City Stores, Inc. |
| 13469 | DDR Southeast Loisdale, L.L.C. | $ 1,165,828.54 | Circuit City Stores, Inc. |
| 13475 | DDRTC McFarland Plaza, LLC | $ 512,785.06 | Circuit City Stores, Inc. |
| 13517 | DDR Southeast Snellville, L.L.C. | $ 658,729.05 | Circuit City Stores, Inc. |
| 13519 | DDR Southeast Rome, L.L.C. | $ 696,844.00 | Circuit City Stores, Inc. |
| 13522 | Coventry II DDR Merriam Village LLC | $ 902,230.66 | Circuit City Stores, Inc. |
| 13540 | DDR/1st Carolina Crossings South LLC | $ 702,045.47 | Circuit City Stores, Inc. |
| 13550 | DDRTC Southlake Pavilion LLC | $ 570,808.70 | Circuit City Stores, Inc. |
| 13554 | DDRTC CC Plaza LLC | $ 682,828.52 | Circuit City Stores, Inc. |
| 13555 | DDRTC T&C LLC | $ 557,711.76 | Circuit City Stores, Inc. |

| 13556 | DDR Southeast Highlands Ranch | $ | 524,216.57 | Circuit City Stores, Inc. |
| --- | --- | --- | --- | --- |
| 13563 | DDRM Skyview Plaza LLC | $ | 633,333.98 | Circuit City Stores, Inc. |
| 13565 | GSII Brook Highland LLC | $ | 583,408.86 | Circuit City Stores, Inc. |
| 12445 | DDR MDT Asheville River Hills | $ | 561,940.30 | Circuit City Stores, Inc. |
| 12698 | DDR MDT Woodfield Village LLC | $ | 810,311.41 | Circuit City Stores, Inc. |
| 13553 | DDR Union Consumer Square LLC | $ | 1,045,074.50 | Circuit City Stores, Inc. |
| 13564 | DDR MDT Monaca Township Marketplace LLC | $ | 527,718.25 | Circuit City Stores, Inc. |