UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No.    08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Developers Diversified Realty Corporation,** on behalf of itself and its affiliates listed on Schedule A hereto as "Claimant/Creditor", each a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering each of the proofs of claim listed on Schedule A hereto (and as listed on the Debtors' claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to the proofs of claim listed on Schedule A hereto be sent to the New Address set forth in Schedule A hereto, effective as of the date hereof. For the avoidance of doubt, the address for service of any pleadings, notices, correspondence and distributions relating to any proofs of claim not listed on Schedule A remains unchanged.

Developers Diversified Realty Corporation,
on behalf of itself and each of its affiliates on
Schedule A

By: _____

Title: Assoc. GC

Date: 1/12/11

NYC:222915.2

## Schedule A

| Proof of Claim Number | Claimant/Creditor | Old Address | New Address |
|---|---|---|---|
| 9591 | DDR Southeast Vero Beach, LLC | DDR Southeast Vero Beach, LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | DDR Southeast Vero Beach, LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 9846 | DDR Homestead LLC | DDR Homestead LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | DDR Homestead LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 12436 | DDRTC Creeks at Virginia Center, LLC | DDRTC Creeks at Virginia Center, LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | DDRTC Creeks at Virginia Center, LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 12441 | DDR Crossroads Center LLC | DDR Crossroads Center LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | DDR Crossroads Center LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 12451 | SM Newco Hattiesburg, LLC | SM Newco Hattiesburg, LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | SM Newco Hattiesburg, LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 12483 | DDR Southeast Dothan L.L.C. | DDR Southeast Dothan L.L.C.<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | DDR Southeast Dothan L.L.C.<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 12485 | Inland-SAU Greenville Point, LLC | Inland-SAU Greenville Point, LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | Inland-SAU Greenville Point, LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 12655 | BFW/PIKE Associates, LLC | BFW/PIKE Associates, LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | BFW/PIKE Associates, LLC    c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 12664 | DDRTC Sycamore Commons, LLC | DDRTC Sycamore Commons, LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | DDRTC Sycamore Commons, LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 12700 | DDR Southeast Cary, L.L.C | DDR Southeast Cary, L.L.C<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | DDR Southeast Cary, L.L.C<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |

| | | | |
|---|---|---|---|
| 12711 | DDR Southeast Union, L.L.C. | DDR Southeast Union, L.L.C.<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | DDR Southeast Union, L.L.C.<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 12838 | DDR Miami Avenue, LLC | DDR Miami Avenue, LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | DDR Miami Avenue, LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 12843 | DDR Southeast Olympia DST | DDR Southeast Olympia DST<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | DDR Southeast Olympia DST<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 13453 | DDRC Walks @ Highwood Preserve I LLC | DDRC Walks @ Highwood Preserve I LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | DDRC Walks @ Highwood Preserve I LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 13456 | Developers Diversified Realty Corporation | Developers Diversified Realty Corporation<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | Developers Diversified Realty Corporation<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 13457 | DDRTC Columbiana Station I LLC | DDRTC Columbiana Station I LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | DDRTC Columbiana Station I LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 13458 | DDR Horseheads, LLC | DDR Horseheads, LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | DDR Horseheads, LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 13459 | Developers Diversified Realty Corporation | Developers Diversified Realty Corporation<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | Developers Diversified Realty Corporation<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 13460 | DDR-SAU Wendover Phase II, LLC | DDR-SAU Wendover Phase II, LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | DDR-SAU Wendover Phase II, LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 13461 | JDN Realty Corporation | JDN Realty Corporation<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | JDN Realty Corporation<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 13463 | GS Erie LLC | GS Erie LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44112 | GS Erie LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |

| | | | |
|---|---|---|---|
| 13464 | DDRTC Newman Pavilion LLC | DDRTC Newnan Pavilion LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH 44112 | DDRTC Newnan Pavilion LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT 06902 |
| 13469 | DDR Southeast Loisdale, L.L.C. | DDR Southeast Loisdale, L.L.C.<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH 44112 | DDR Southeast Loisdale, L.L.C.<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT 06902 |
| 13475 | DDRTC McFarland Plaza, LLC | DDRTC McFarland Plaza, LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH 44112 | DDRTC McFarland Plaza, LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT 06902 |
| 13517 | DDR Southeast Snellville, L.L.C. | DDR Southeast Snellville, L.L.C.<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH 44112 | DDR Southeast Snellville, L.L.C.<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT 06902 |
| 13519 | DDR Southeast Rome, L.L.C. | DDR Southeast Rome, L.L.C.<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH 44112 | DDR Southeast Rome, L.L.C.<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT 06902 |
| 13522 | Coventry II DDR Merriam Village LLC | Coventry II DDR Merriam Village LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH 44112 | Coventry II DDR Merriam Village LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT 06902 |
| 13540 | DDR/1st Carolina Crossings South LLC | DDR/1st Carolina Crossings South LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH 44112 | DDR/1st Carolina Crossings South LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT 06902 |
| 13550 | DDRTC Southlake Pavilion LLC | DDRTC Southlake Pavilion LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH 44112 | DDRTC Southlake Pavilion LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT 06902 |
| 13554 | DDRTC CC Plaza LLC | DDRTC CC Plaza LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH 44112 | DDRTC CC Plaza LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT 06902 |
| 13555 | DDRTC T&C LLC | DDRTC T&C LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH 44112 | DDRTC T&C LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT 06902 |
| 13556 | DDR Southeast Highlands Ranch | DDR Southeast Highlands Ranch<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH 44112 | DDR Southeast Highlands Ranch<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT 06902 |

| | | | |
|---|---|---|---|
| 13563 | DDRM Skyview Plaza LLC | DDRM Skyview Plaza LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH 44112 | DDRM Skyview Plaza LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT 06902 |
| 13565 | GSII Brook Highland LLC | GSII Brook Highland LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH 44112 | GSII Brook Highland LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT 06902 |
| 12445 | DDR MDT Asheville River Hills | DDR MDT Asheville River Hills<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH 44112 | DDR MDT Asheville River Hills<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT 06902 |
| 12698 | DDR MDT Woodfield Village LLC | DDR MDT Woodfield Village LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH 44112 | DDR MDT Woodfield Village LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT 06902 |
| 13553 | DDR Union Consumer Square LLC | DDR Union Consumer Square LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH 44112 | DDR Union Consumer Square LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT 06902 |
| 13564 | DDR MDT Monaca Township Marketplace LLC | DDR MDT Monaca Township Marketplace LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH 44112 | DDR MDT Monaca Township Marketplace LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT 06902 |

## Schedule A

| Proof of Claim Number | Creditor/Claimant | Old Address | New Address |
|---|---|---|---|
| 12446 | Coventry II DDR Buena Park Place LP | Coventry II DDR Buena Park Place LP<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44122 | Coventry II DDR Buena Park Place LP<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 12654 | Riverdale Retail Associates, LC | Riverdale Retail Associates, LC c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44122 | Riverdale Retail Associates, LC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |
| 13516 | DDRM Hilltop Plaza LP | DDRM Hilltop Plaza LP<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, OH  44122 | DDRM Hilltop Plaza LP<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 |