UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | No. 08-35653-KRK |
| | ) | |
| Debtors. | ) | Jointly Administered |

## WITHDRAWAL OF APPEAL

Creditor, Marlon Mondragon, on behalf of himself and all others similarly Situated, by his undersigned counsel, Kantrowitz, Goldhamer & Graifman, P.C., Mason Law Firm, and Busman & Busman, P.C., does hereby WITHDRAW his appeal from the Order denying Creditor's Motion for Leave to File a Class Proof of Claim and to Vacate the Order Granting Objection to Individual Claim, of the Honorable Kevin R. Huennekens, Judge for the United States Bankruptcy Court for the Eastern District of Virginia, entered in the above-captioned case on the 27th day of September, 2010, docket entry number 8661.

The names of all parties or parties in interest to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Marlon Mondragon (Appellant)**

Represented by:

Gary S. Graifman
Kantrowitz, Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, NY 10977
(845) 356-2570

Gary E. Mason, Esq.
The Mason Law Firm, LLP
1225 19th Street NW, Suite 600
Washington, DC 20036

Marc A. Busman (VSB No. 13030)
BUSMAN & BUSMAN, P.C.
P.O. Box 7514
Fairfax Station, VA 22039

**Circuit City Stores, Inc. (Appellee)**

Circuit City Stores, Inc.
Attn: Michael Mosier
4951 Lake Brook Drive, Suite 500
Glen Allen, VA 23060
(804) 273-6850

Represented by:

Gregg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
10th and Kings Streets, 7th Floor
Wilmington, DE 19801
(302) 651-3000

Chris L. Dickerson
Jessica S. Kumar
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Waker Drive
Chicago, Illinois 60606
(312) 407-0700

Douglas M. Foley
Sarah Boehm
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
(804) 775-1000

**Official Committee of Unsecured Creditors**

Represented by:

Jeffrey N. Pomerantz
Stanley E. Goldich
Pachulski, Stang, Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
(310) 277-6910

2

Robert J. Feinstein
Pachulski, Stang, Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017
(212) 561-7700

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, VA 23219
(804) 783-8300

**Office of the United States Trustee:**

Represented by:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Board Street, Suite 4304
Richmond, VA 23219
(804) 771-2310

Dated: January 20, 2011.                Respectfully submitted,

BUSMAN & BUSMAN

/s/ Marc A. Busman
Marc A. Busman

*Attorney for Creditor/Appellant*

3

IN THE UNTED STATES BANKRUPCTY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
CIRCUIT CITY STORES, INC,, et al.                   :        Case No. 08-35654
                                                    :
                                        Debtors     :        Jointly Administered with
                                                    :        Case No.: 08-35653
------------------------------------------------------x

## PROOF OF SERVICE

STATE OF VIRGINIA

I am an attorney in the State of Virginia (VSB No. 13030) at Busman & Busman, P.O. Box 7514, Fairfax Station, VA 22039.

On January 20, 2011, I served the foregoing document described as:

- **WITHDRAWAL OF APPEAL**

on the interested parties:

**Circuit City Stores, Inc., et al.**
**Claims Processing Department**
**KURTZMAN CARSON CONSULTANTS LLC**
2335 Alaska Avenue
El Segundo, CA 90245

**Sarah K. Baker**
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
155 North Waker Drive
Chicago, IL 60606

4

**Dion W. Hayes**
**Douglas Foley**
**MCGUIREWOODS LLP**
One James Center
901 E. Cary Street
Richmond, VA 23219

**Robert B. Van Arsdale**
**Office of the United States Trustee**
701 East Broad Street, Suite 4304
Richmond, VA 23219

**Official Committee of Unsecured Creditors**

**Jeffrey N. Pomerantz**
**Stanley E. Goldich**
**Pachulski Stang Ziehl & Jones, LLP.**
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

**Robert J. Feinstein**
**Pachulski Stang Ziehl & Jones LLP**
780 Third Avenue, 36th Floor
New York, NY 10017

**Lynn L. Travenner**
**Paula S. Beran**
**Travenner & Beran, PLC**
20 N. Eighth Street, Second Floor
Richmond, VA 23219

(X)    VIA ELECTRONIC MAIL

By emailing the above documents referenced to the recipients listed herein who did not opt out of electronic service.

I declare under penalty of perjury under the laws of the State of Virginia that the above is true and correct and was executed on Wednesday, January 20, 2011.

/s/ Marc A. Busman
Mac A. Busman