| | |
|---|---|
| James S. Carr, Esq. | Lynn T. Tavenner, Esq. (VA Bar No. 30083) |
| Nicholas J. Panarella, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| Kristin S. Elliott, Esq. | TAVENNER & BERAN, PLC |
| Martin Krolewski, Esq. | 20 North Eighth Street, 2nd Floor |
| (admitted *pro hac vice*) | Richmond, Virginia 23219 |
| KELLEY DRYE & WARREN LLP | Telephone: (804) 783-8300 |
| 101 Park Avenue | Telecopy:   (804) 783-0178 |
| New York, New York 10178 | |
| Telephone: (212) 808-7800 | |
| Telecopy:   (212) 808-7897 | |

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653 (KRH) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Kevin R. Huennekens |

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF SEULGEY SUH

Movant hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E), for entry of an order permitting Seulgey Suh, an attorney with the law firm of Kelley, Drye & Warren LLP, to appear *pro hac vice* before this Court on behalf of Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust (the "Trustee") pursuant to Local Bankruptcy Rule 2090-1(E)(2). In support thereof, Movant states as follows:

1.  Seulgey Suh is a non-resident of the Eastern District of Virginia, is a member in good standing of the bar of the State of New York. There are no disciplinary proceedings pending against Ms. Suh.

2. Movant requests that this Court admit Seulgey Suh to practice before this Court for the purpose of appearing as counsel for the Trustee in the jointly administered Chapter 11 bankruptcy cases commenced by Circuit City Stores, Inc., et al. ("collectively the Debtors") and certain related adversary proceedings pending in the Bankruptcy Case related thereto.

3. Pursuant to Local Bankruptcy Rule 9013(G), and because there are no novel issues of law presented in this Application, Movant requests waiver of the requirement that all motions be accompanied by written memoranda of law.

WHEREFORE, Movant respectfully requests that this Court enter an Order substantially in the form annexed hereto permitting Seulgey Suh to appear and be heard *pro hac vice* in association with Movant, as counsel to the Trustee, in the Debtors' chapter 11 bankruptcy cases and certain related adversary proceedings and grant such other relief as necessary and appropriate.

Dated: January 20, 2011

        TAVENNER & BERAN, P.L.C.

        By:  /s/ Paula S. Beran
        Lynn L. Tavenner (VA Bar No. 30083)
        Paula S. Beran (VA Bar No. 34679)
        20 North Eighth Street, 2nd Floor
        Richmond, Virginia 23219
        Telephone: 804-783-8300
        Facsimile: 804-783-0178
        Email: ltavenner@tb-lawfirm.com
        pberan@tb-lawfirm.com

        Attorneys for Alfred H. Siegel, As Trustee Of The
        Circuit City Stores, Inc., Liquidating Trust

# **CERTIFICATE OF SERVICE**

       I hereby certify that I have, this 20th day of January, 2011, caused the service of a copy of the foregoing Application for Admission *pro hac vice* of Seulgey Suh to be sent to those listed below and to the parties set forth on the Court's ECF Service List in this case, by first class mail, postage prepaid, at the address designated by them for service of papers and/or electronically.

| | |
|---|---|
| Daniel F. Blanks, Esq.<br>Douglas M. Foley, Esq.<br>McGuire Woods LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, Virginia 23510 | Dion W. Hayes, Esq.<br>Joseph S. Sheerin, Esq.<br>Sarah Becket Boehm, Esq.<br>McGuire Woods LLP<br>One James Center<br>901 East Cary Street<br>Richmond, Virginia 23219 |

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

                                                      /s/ Paula S. Beran
                                                    Paula S. Beran

| | |
|---|---|
| James S. Carr, Esq. | Lynn T. Tavenner, Esq. (VA Bar No. 30083) |
| Nicholas J. Panarella, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| Kristin S. Elliott, Esq. | TAVENNER & BERAN, PLC |
| Martin Krolewski, Esq. | 20 North Eighth Street, 2nd Floor |
| (admitted *pro hac vice*) | Richmond, Virginia 23219 |
| KELLEY DRYE & WARREN LLP | Telephone: (804) 783-8300 |
| 101 Park Avenue | Telecopy:   (804) 783-0178 |
| New York, New York 10178 | |
| Telephone: (212) 808-7800 | |
| Telecopy:   (212) 808-7897 | |

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653 (KRH) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF SEULGEY SUH**

Upon consideration of the Application for Admission *pro hac vice* of Seulgey Suh, and it appearing that the Application having been served upon counsel for Circuit City Stores, Inc., *et al.* (collectively the "Debtors'), the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefor, it is this ____ day of January 2011, hereby,

**ORDERED**, that pursuant to the requirements of Local Bankruptcy Rule 2090-1(E)(2), Seulgey Suh be and is hereby permitted to appear and be heard *pro hac vice* as counsel to Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust in the jointly administered Chapter 11 bankruptcy cases commenced by the Debtors and in certain related adversary proceedings.

We ask for this:                                             UNITED STATES BANKRUPTCY JUDGE

TAVENNER & BERAN, P.L.C.

By: _____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that this order has been endorsed by all necessary parties.

_____
Paula S. Beran, Esq. (VA Bar No. 34679

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653          ,* Case Name CIRCUIT CITY STORES, INC., et al.

PERSONAL STATEMENT

FULL NAME (no initials, please) Seulgey Suh
Bar Identification Number 4534004          State NY
Firm Name Kelley Drye & Warren LLP
Firm Phone # 212-808-7800          Direct Dial # 212-808-7582          FAX # 212-808-7897
E-Mail Address ssuh@kelleydrye.com
Office **Mailing** Address 101 Park Avenue, New York, New York 10178
Name(s) of federal court(s) in which I have been admitted U.S. District Court for the Southern District of New York
U.S. District Court for the Eastern District of New York

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Paula S. Beran                1/20/11
(Signature)                       (Date)

Paula S. Beran
(Typed or Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Ver. 02/11/10 [effective 12/01/09]