# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

----------------------------------------------------------------X

In re:                                                          Case No.: 08-35653-KRH
                                                                Chapter 11
**CIRCUIT CITY STORES, INC., et al.**

                                        **Debtors.**

----------------------------------------------------------------X

## ORDER APPROVING ADMISSION PRO HAC VICE
## OF JOSEPH D. FRANK

This matter comes before the Court upon the Motion of Augustus C. Epps, Jr., requesting entry of an order authorizing Joseph D. Frank of the firm of Frank/Gecker LLP to appear *pro hac vice* in the above-captioned bankruptcy case to represent the interests of several defendants named in adversary proceedings pending in the Bankruptcy Case. Based upon the representations set forth in the Motion, and finding it otherwise proper so to do, the Court

ORDERS that Joseph D. Frank be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in the above-captioned bankruptcy case and all related adversary proceedings.

ENTER: Jan 18 2011 /

/s/ Kevin Huennekens
_____
United States Bankruptcy Judge

Entered on docket: Jan 19 2011

_____
Augustus C. Epps, Jr. (VSB #13254)
Michael D. Mueller (VSB # 38216)
Jennifer M. McLemore (VSB # 47164)
Whitney R. Travis (VSB # 79759)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
(804) 697-4104 / (804) 697-6104 (fax)

I ask for this:

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr., VSB # 13254
Michael D. Mueller, VSB # 38216
Jennifer M. McLemore, VSB # 47164
Whitney R. Travis, VSB # 79759
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia  23219-3095
(804) 697-4104 (Telephone)
(804) 697-6104 (Facsimile)

## **CERTIFICATE**

I hereby certify that the foregoing Order has been endorsed by all appropriate counsel.


/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.

## S E R V I C E  L I S T

Augustus C. Epps, Jr., Esquire
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esquire
Andrew W. Caine, Esquire
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

Robert J. Feinstein, Esquire
John A. Morris, Esquire
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017

Joseph D. Frank, Esquire
FRANK/GECKER LLP
325 N. LaSalle Street
Suite 625
Chicago, Illinois 60654

1115569v1

3

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1              Date Rcvd: Jan 19, 2011
Case: 08-35653                 Form ID: pdforder          Total Noticed: 2

The following entities were noticed by first class mail on Jan 21, 2011.
         +Andrew W. Caine,    10100 Santa Monica Boulevard,    Los Angeles, CA 90067-4003
         +Joseph D. Frank,    Frank/Gecker LLP,    325 N. LaSalle Street,    Suite 625,
           Chicago, IL 60654-6465
The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          John A. Morris
                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 21, 2011**                          **Signature:** _/s/ Joseph Speetjens_