210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

### NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 01/20/2011 (date).

Name and Address of Alleged Transferor:

Claim No. : DDR MDT Monaca Twp Marketplace LLC, c/o Developers Diversified Realty, Corporation, 3300 Enterprise Parkway, Beachwood, OH  44112

Name and Address of Transferee:

Jefferies Leveraged Credit Products, LLC
One Station Place
Three North
Stamford, CT  06902

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/23/11                                    William C. Redden
                                                    **CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs            Page 1 of 1           Date Rcvd: Jan 21, 2011
Case: 08-35653                Form ID: trc             Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 23, 2011.
10201914      +DDR MDT Monaca Twp Marketplace LLC,    c/o Developers Diversified Realty,   Corporation,
               3300 Enterprise Parkway,    Beachwood, OH 44122-7200

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 23, 2011**                          **Signature:** _Joseph Speetjens_