John T. Farnum, Esq.
Greenberg Traurig, LLP
1750 Tysons Blvd., Ste. 1200
McLean, Virginia 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301

-and-

Annapoorni R. Sankaran, Esq.
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 754-3505

*Counsel for Bell Microproducts, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Bell Microproducts, Inc. ("Bell Microproducts"), hereby enters its appearance in the above-captioned case by and through its undersigned counsel and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the addresses, telephone, facsimile numbers and e-mail addresses indicated below:

John T. Farnum, Esq.
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1200
McLean, VA 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
farnumj@gtlaw.com

-and-

Annapoorni R. Sankaran, Esq.
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 754-3505
sankarana@gtlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any cases, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which Bell Microproducts is or may be entitled.

Dated: January 24, 2011                **GREENBERG TRAURIG, LLP**

By: /s/ John T. Farnum
John T. Farnum, Esq. (VSB No. 74075)
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1200
McLean, VA 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
farnumj@gtlaw.com

-and-

          Annapoorni R. Sankaran, Esq. (not admitted in VA)
          Greenberg Traurig, LLP
          1000 Louisiana Street, Suite 1700
          Houston, Texas 77002
          Telephone: (713) 374-3500
          Facsimile: (713) 754-3505
          sankarana@gtlaw.com

          *Counsel for Bell Microproducts, Inc.*