Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| - - - - - - - - - - - - - - -   x | |
| In re: | : Chapter 11 |
| | : |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : Case No. 08-35653 (KRH) |
| | : |
| Debtors. | : |
| - - - - - - - - - - - - - - - | : Jointly Administered |
| | x |

**LIQUIDATING TRUST'S NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF DEBTORS' SEVENTIETH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH <u>RESPECT TO THE CLAIM OF SARAH B. HARRIS [CLAIM NO. 14314]</u>**

On March 26, 2010, Circuit City Stores, Inc, *et al.*, the above-captioned debtors, filed the

*Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability*

*(Legal Claims); (ii) No Liability (Satisfied Claims); (iii) No Liability (Human Resources*

12304-003\DOCS_LA:231097.1

*Claims); and (iv) No Liability (Miscellaneous Claims))* [Docket No. 7013] (the "Seventieth

Omnibus Objection") in these cases.  The Seventieth Omnibus Objection contained an objection

to Claim No. 14314 filed by Sarah B. Harris.

*The Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its*

*Affiliated Debtors and Debtors In Possession and its Official Committee of Creditors Holding*

*General Unsecured Claims* (the "Plan") was confirmed on September 10, 2010 became effective

on November 1, 2010.  Pursuant to the Plan and Liquidating Trust Agreement approved

therewith, the Liquidating Trust assumed the right and responsibility of claims resolution in these

cases.

The Liquidating Trust hereby withdraws, without prejudice, the Seventieth Omnibus

Objection solely with respect to the Claim Number 14314.

                          TAVENNER & BERAN, P.L.C.

                          */s/ Paula S. Beran*
                          Lynn L. Tavenner (VA Bar No. 30083)
                          Paula S. Beran (VA Bar No. 34679)
                          20 North Eighth Street, 2nd Floor
                          Richmond, Virginia 23219
                          Telephone: 804-783-8300
                          Facsimile: 804-783-0178
                          Email: ltavenner@tb-lawfirm.com
                                          pberan@tb-lawfirm.com

                          -and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
         jpomerantz@pszjlaw.com
         acaine@pszjlaw.com

*Counsel to the Circuit City Stores, Inc.*
 *Liquidating Trust*