B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Eastern District of Virginia

In re  Circuit City Stores, Inc.                                    Case No.   08-35653


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Panattoni Construction, Inc. | Raymond & Main Retail, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    CVM Law Group, LLP
    34 Tesla, Suite 110, Irvine, CA 92618

Court Claim # (if known):   6821
Amount of Claim:   $711,931.20
Date Claim Filed:   01/28/2009

Phone:   949-296-2960
Last Four Digits of Acct #: _____

Phone:   916-669-4693
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):


Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Evan Hamilton_                          Date: _1/10/11_
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Raymond & Main Retail, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Panattoni Construction, Inc. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claim number 6821 (the "Claim") in the amount of $711,931.20 filed by Assignee against Circuit City Stores, Inc. (the "Debtor") in the Debtor's Chapter 11 Case No. 08-35653 United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") and previously assigned from Assignee to Assignor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXEUCTED THIS 10th day of January , 2011.

RAYMOND & MAIN RETAIL, LLC,
a California limited liability company

By: OAK CAPITAL PARTNERS, LLC,
    a California limited liability company

    By: OCPM1, a California limited
        liability company

        By: AM INVESTORS II,
           a California limited
           liability company, Manager

           By: _____
               Daniel A. Corfee, Manager

PANATTONI CONSTRUCTION, INC.

By: _Evan Hamilton_

Name: _Evan Hamilton_

Title: _Vice President, Risk Management_

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Raymond & Main Retail, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Panattoni Construction, Inc. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claim number 6821 (the "Claim") in the amount of $711,931.20 filed by Assignee against Circuit City Stores, Inc. (the "Debtor") in the Debtor's Chapter 11 Case No. 08-35653 United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") and previously assigned from Assignee to Assignor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXEUCTED THIS 10th day of January, 2011.

RAYMOND & MAIN RETAIL, LLC,
a California limited liability company

By: OAK CAPITAL PARTNERS, LLC,
    a California limited liability company

  By: OCPM1, a California limited
     liability company

    By: AM INVESTORS II,
      a California limited
      liability company, Manager

      By: _Daniel A. Corfee_
        Daniel A. Corfee, Manager

PANATTONI CONSTRUCTION, INC.

By: _Evan Hamilton_

Name: _Evan Hamilton_

Title: _Vice President, Risk Management_