Daphne A. Ward
12646 Willow View Place
Waldorf, Maryland 20602

*Pro Se*



# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF MOTION AND NOTICE OF HEARING ON
## ADMINISTRATIVE EXPENSE REQUEST OF DAPHNE A. WARD

PLEASE TAKE NOTICE that Daphne A. Ward has filed the Administrative Expense Request of Daphne A. Ward [Docket No. 9689] (the "Request").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Under Local Bankruptcy Rule 9013-1, unless a written response to the Request and supporting memorandum are filed with the Clerk of Court and served on the moving party no later than **February 17, 2011**, the Court may deem any opposition waived, treat the Request as conceded, and issue an order granting the requested relief without further notice or hearing.

If you do not want the Court to grant the relief sought in the Request, or if you want the Court to consider your views on the Request, then you or your attorney must file with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your request for hearing to the Court for filing, you must mail it early enough so the Court will **receive** it on or before **February 17, 2011**.

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street, Suite 4000
    Richmond, Virginia 23219

You must also mail a copy to:

    Daphne A. Ward
    12646 Willow View Place
    Waldorf, Maryland  20602

In order to oppose the Request, you must also attend a hearing scheduled to be held on: **February 24, 2011** at 2:00 p.m. in Courtroom 5000, United States Bankruptcy Court, 701 East Broad Street, Richmond, Virginia 23219.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter an order granting that relief.

Dated:   January 20, 2011

                                            Respectfully submitted,

                                            */Daphne A. Ward*
                                            Daphne A. Ward
                                            12646 Willow View Place
                                            Waldorf, Maryland  20602

                                            *Pro se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January 2011, I served a copy of the foregoing Notice Of Motion and Notice Of Hearing On Administrative Expense Request Of Daphne A. Ward via first class mail, postage prepaid, on the following:

Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, Virginia 23219

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Richard M. Pachulski, Esq.
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100

Robert J. Feinstein, Esq.
John Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017-2024

Office of the United States Trustee for the
Eastern District of Virginia
Attn: Robert B. Van Arsdale
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

*Daphne A. Ward*
Daphne A. Ward
12646 Willow View Place
Waldorf, Maryland 20602

3