UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | Chapter 11 |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) of the Bankruptcy Code

and Bankruptcy Rule 9010(b), the undersigned appear in the above-captioned case on behalf of

**United States Debt Recovery LLC and United States Debt Recovery III, LLP**, and pursuant

to 11 U.S.C. §§ 102(1) and 342 of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007,

request that they be placed on any mailings matrixes in this case and further request that all

notices, given or required to be given, all pleadings, papers, or other documentation served or

required to be served in this case be given to and served on the below counsel at the addresses set

forth below:

David K. Spiro, Esquire
Sheila deLa Cruz, Esquire
Franklin R. Cragle, III, Esquire
Hirschler Fleischer, PC
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957
dspiro@hf-law.com

David, K. Spiro, Esq. (VSB # 28152)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email:  dspiro@hf-law.com

*Counsel United States Debt Recovery LLC*
*and United States Debt Recovery III, LLC*

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for

service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of

the right to a jury trial or any other substantive rights.


Date:  January 26, 2011                              UNITED STATES DEBT RECOVERY LLC and
                                                     UNITED STATES DEBT RECOVERY III, LLP


                                                     By:   /s/   David K. Spiro
                                                              Counsel


David, K. Spiro, Esq. (VSB # 28152)
Sheila deLa Cruz, Esq. (VSB # 65395)
Franklin R. Cragle, III (VSB # 78398)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email:  dspiro@hf-law.com
        sdelacruz@hf-law.com
        fcragle@hf-law.com

*Counsel United States Debt Recovery LLC*
*and United States Debt Recovery III, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing Notice of Appearance was filed and served electronically using the Bankruptcy Court's ECF System.


  /s/  David K. Spiro
Counsel