UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

---

In re:

Circuit City Stores, Inc., et al.

Debtors.

Chapter 11

Case No. 08-35653

(Jointly Administered)

---

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Carma International**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim No. 3677), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address

Carma International
1615 M St NW
Ste 750
Washington, DC 20036

New Address

Carma International
c/o Liquidity Solutions, Inc
One University Plaza, Suite 312
Hackensack, New Jersey 07601

I declare under penalty of perjury that the foregoing is true and correct.

Carma International

By: _____

Its: Vice President

Date: 1-25-11

PETRA BLONDIAUX
Notary Public, District of Columbia
My Comm. Expires August 31, 2015

Notary Public