**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING MOTION PURSUANT TO
LBR 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE***

Upon the Motion (the "Motion") of John C. Smith, for the admission *pro hac vice* of Christopher S. Strickland ("Mr. Strickland") a lawyer whose address is 780 Johnson Ferry Road, Suite 240, Atlanta, Georgia 30342; it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED:

1.  The Motion is GRANTED.

2.  Mr. Strickland is authorized to appear and practice *pro hac vice* as counsel to Sun Construction Group, Inc., in the above-captioned matter and all related adversary proceedings.

Christopher S. Strickland (pro hac vice request pending)  John C. Smith (VSB # 44556)
Levine, Block & Strickland LLP                           DurretteBradshaw PLC
Centrum at Glenridge                                     Bank of America Center,
780 Johnson Ferry Road, Suite 240                        1111 East Main Street, 16th Floor
Atlanta, Georgia 30342                                   Richmond, VA 23219
Telephone: (404) 231-4675                                Telephone: (804) 775-6900
Fax: (404) 231-4005                                      Fax: (804) 775-6911
Counsel for Sun Construction Group, Inc.                 Local Counsel

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

ENTERED:

_____
United States Bankruptcy Court Judge

ENTERED ON DOCKET:

I ask for this:

 /s/ John C. Smith_____
John C. Smith (VSB # 44556)
DurretteBradshaw PLC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
(804) 775-6900 Telephone
(804) 775-6911 Facsimile
Local Counsel for Sun Construction Group, Inc.

## LBR 9022-1(C)(1) Certification

I hereby certify that the foregoing proposed order has been endorsed by all necessary parties.

 /s/ John C. Smith_____

//mnt/orders/Attachments/doctopdf/alldocs/08-35653~1242011154336798.doc

COPIES TO:

John C. Smith, Esq.
DURRETTEBRADSHAW PLC
1111 East Main Street, 16th Floor
Richmond, VA 23219

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Jeffrey Pomerantz, Esq.
Andrew Caine, Esq.
(admitted *pro hace vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4100

Robert Feinstein, Esq.
John Morris, Esq.
(admitted *pro hace vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Christopher S. Strickland, Esq.
LEVINE, BLOCK & STRICKLAND LLP
Centrum at Glenridge
780 Johnson Ferry Road, Suite 240
Atlanta, GA 30342