Paul Schrader, Esq. (VSB No. 75394)
FULLERTON & KNOWLES, P.C.
12642 Chapel Rd.
Clifton, VA 20124
(703) 818-2602

*Attorneys for* Alameda Newspapers, Inc., Alameda Newspaper Group Inc., Bay Area News Group East Bay, LLC, BayAreaNewsGroup, BayAreaNews Group, MediaNews Group, Inc., ANG Newspapers, Contra Costa Times, Contra Costa Times Inc., San Jose Mercury-News, Inc., San Jose Mercury News, San Jose Mercury News, Inc., San Jose Mercury-News, The San Jose Mercury News, and/or SJ Mercury News.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
--------------------------------------------------------x
In re:

                                                Chapter 11

CIRCUIT CITY STORES, INC., et al.,

                                                Case No. 08-35653 (KRH)

                        Debtor(s).      Jointly Administered
--------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

     PLEASE TAKE NOTICE that the law firm of Fullerton & Knowles, P.C., by undersigned counsel, hereby enters a Notice of Appearance as counsel for the below parties in interest:

                  Alameda Newspapers, Inc.
                  Alameda Newspaper Group Inc.
                  Bay Area News Group East Bay, LLC
                  BayAreaNewsGroup
                  BayAreaNews Group
                  MediaNews Group, Inc.
                  ANG Newspapers
                  Contra Costa Times
                  Contra Costa Times Inc.
                  San Jose Mercury-News, Inc.
                  San Jose Mercury News

    San Jose Mercury News, Inc.
    San Jose Mercury-News
    The San Jose Mercury News
    SJ Mercury News.

  Pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and hereby requests that all notices, given or required to be given, including all papers, pleadings, and correspondence served or required to be served in this case, or any related proceeding, be served upon the following:

    Paul Schrader, Esq.
    FULLERTON & KNOWLES, P.C.
    12642 Chapel Rd.
    Clifton, VA 20124
    Telephone: (703) 818-2600
    Facsimile: (703) 818-2602
    pschrader@fullertonlaw.com

  PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization and answering or reply papers whether transmitted or conveyed by mail, delivery, electronic transmission, telephone, telegraph, telex, telecopier or otherwise.

  PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any right (1) to have final order in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, setoffs or recoupments which in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments to which it may be entitled, in

law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved without limitation.

Date: January 28, 2011  Respectfully submitted,

/s/  Paul Schrader
Paul Schrader, Esq.
FULLERTON & KNOWLES, P.C.
12642 Chapel Rd.
Clifton, VA 20124
Telephone: (703) 818-2600
Facsimile: (703) 818-2602
pschrader@fullertonlaw.com
*Attorneys for* Alameda Newspapers, Inc., Alameda Newspaper Group Inc., Bay Area News Group East Bay, LLC, BayAreaNewsGroup, BayAreaNews Group, MediaNews Group, Inc., ANG Newspapers, Contra Costa Times, Contra Costa Times Inc., San Jose Mercury-News, Inc., San Jose Mercury News, San Jose Mercury News, Inc., San Jose Mercury-News, The San Jose Mercury News, and/or SJ Mercury News

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and complete copy of the foregoing Notice of Appearance was filed and served electronically using the Bankruptcy Court's ECF system on the 28th day of January, 2011.

                              /s/  Paul Schrader
                              Paul Schrader, Esq.
                              FULLERTON & KNOWLES, P.C.
                              12642 Chapel Rd.
                              Clifton, VA 20124
                              Telephone: (703) 818-2600
                              Facsimile: (703) 818-2602
                              pschrader@fullertonlaw.com
                              *Attorneys for* Alameda Newspapers, Inc., Alameda Newspaper Group Inc., Bay Area News Group East Bay, LLC, BayAreaNewsGroup, BayAreaNews Group, MediaNews Group, Inc., ANG Newspapers, Contra Costa Times, Contra Costa Times Inc., San Jose Mercury-News, Inc., San Jose Mercury News, San Jose Mercury News, Inc., San Jose Mercury-News, The San Jose Mercury News, and/or SJ Mercury News