Andrea Campbell (Va. Bar No. 78036)
ARENT FOX LLP
1050 Connecticut Avenue NW
Washington DC 20036
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

*Attorneys for Discovery Communications, Inc. and Animal Planet L.P.*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al, ) | Case No. 08-35653 |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**MOTION TO APPEAR *PRO HAC VICE*
PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

Pursuant to Local Bankruptcy Rule 2090-1 (E) (2) of this Court, Andrea Campbell ("Movant"), a member in good standing of the bars of, and admitted to practice in, the Commonwealth of Virginia, the State of Florida, and the District of Columbia, and admitted to practice before, among other courts, the United States Bankruptcy Court for the Eastern District of Virginia (the "Court"), and an associate with the law firm of Arent Fox LLP ("Arent Fox"), hereby moves (the "Motion") this Court to enter an order, the proposed form of which is attached hereto as Exhibit A, authorizing Jeffrey N. Rothleder ("Admittee") to appear *pro hac vice* before this Court to represent Discovery Communications, Inc. and Animal Planet L.P. in the above-captioned Chapter 11 bankruptcy case and any related adversary proceedings pursuant to Rule 2090-1 (E) (2) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Bankruptcy Rules"). In support of the Motion, Movant states as follows:

1. Jeffrey N. Rothleder is an associate of Arent Fox and is resident in its District of Columbia office. Mr. Rothleder is admitted, practicing and in good standing as a member of the bars of the State of Maryland and of the District of Columbia. He is admitted to practice before the United States Court of Appeals for the Fourth Circuit, the U.S. District Court for the District of Columbia, the U.S. District Court for the District of Maryland, the U.S. Bankruptcy Court for the District of Columbia and the U.S. Bankruptcy Court for the District of Maryland. Mr. Rothleder has been practicing since 2002. There are no disciplinary proceedings pending against Mr. Rothleder in any jurisdiction in which he is admitted to practice.

2. Admittee certifies that he has, within the 90 days prior to this application, read the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, the Federal Rules of Evidence, and the Virginia Lawyers Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

3. Admittee understands that admission *pro hac vice* does not constitute formal admission to the bar of the United States Bankruptcy Court for the Eastern District of Virginia.

4. Movant requests that this Court grant this Motion so that Admittee may file pleadings in, appear and be heard at hearings, and otherwise participate in this Chapter 11 case.

## WAIVER OF MEMORANDUM OF LAW

5. Pursuant to Local Bankruptcy Rule 9013-1 (G), and because there are no novel issues of law presented in this Motion, Movant requests that this Court waive the requirement that all motions be accompanied by a written memorandum of law.

## NO PRIOR REQUEST

6. No prior request for the relief sought herein has been made to this Court in these bankruptcy cases or to any other court.

**WHEREFORE**, Movant respectfully requests that this Court enter an order, substantially in the form attached hereto as Exhibit A, (i) authorizing Admittee to appear *pro hac vice* as attorney for Discovery Communications, Inc. and Animal Planet L.P. in this chapter 11 case and any related adversary proceedings and (ii) granting such other and further relief as is just and proper.

Dated: January 28, 2011           */s/ Andrea K. Campbell*
Washington, DC                      Andrea K. Campbell (Va. Bar No. 78036)
                                    Jeffrey N. Rothleder
                                    ARENT FOX LLP
                                    1050 Connecticut Avenue, NW
                                    Washington, DC 20036-5339
                                    Telephone: (202) 857-6000
                                    Facsimile: (202) 857-6395

                                    *Attorneys for Discovery Communications, Inc.*
                                    *and Animal Planet L.P.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 28th day in January, 2011, a true and correct copy of the foregoing Motion to Appear Pro Hac Vice was served upon all persons receiving electronic notice in this case, including counsel for the Debtor, for the Liquidating Trustee, and the United States Trustee.

                                              /s/ Andrea Campbell

**EXHIBIT A**

Andrea Campbell (Va. Bar No. 78036)
ARENT FOX LLP
1050 Connecticut Avenue NW
Washington DC 20036
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395

*Attorneys for Discovery Communications, Inc. and Animal Planet L.P.*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al, ) | Case No. 08-35653 |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**ORDER GRANTING MOTION FOR
ADMISSION *PRO HAC VICE* OF JEFFREY N. ROTHLEDER**

The matter came before the Court upon the *Motion for Admission Pro Hac Vice of Jeffrey N. Rothleder* (the "Motion") filed by Andrea Campbell, seeking admission *pro hac vice* for Jeffrey N. Rothleder, of the law firm of Arent Fox LLP, in the above-styled bankruptcy case and any related proceedings (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1 (E) (2).  After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Jeffrey N. Rothleder be authorized to practice *pro hac vice* before the Court in this Bankruptcy Case, it is hereby

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2.  Jeffrey N. Rothleder, of the law firm of Arent Fox LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings *pro hac vice* pursuant to Local Bankruptcy Rule 2090-1 (E) (2) on behalf of Discovery Communications, Inc. and Animal Planet L.P.

Dated: Richmond, Virginia
       February __, 2011

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ Andrea Campbell
Andrea Campbell (VSB #78036)
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395

**Local Bankruptcy Rule 9022-1(C) Certification**

6

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Andrea Campbell
Movant

## SERVICE LIST

**Robert B. Van Arsdale**
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

**Dion W. Hayes**
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

**Greg M. Galardi**
**Ian S. Fredericks**
Skadden Arps Slate Meagher & Flom
One Rodney Squre
PO Box 636
Wilmington, DE 19899-0636

**Jeffrey N. Pomerantz**
**Gillian N. Brown**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd
Los Angeles, CA 90067

**Lynn L. Tavernner**
**Paula S. Beran**
Tavenner & Beran
20 North Eighth Street, 2nd Floor
Richmond, VA 23219