UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: __08-35653__ ,* Case Name __In re Circuit City Stores Inc., et al.__

PERSONAL STATEMENT

FULL NAME (no initials, please) __Jeffrey Neil Rothleder__
Bar Identification Number __N/A__    State __Maryland__
Firm Name __Arent Fox LLP__
Firm Phone # __202-857-6000__    Direct Dial # __202-828-3472__    FAX # __202-857-6395__
E-Mail Address __rothleder.jeffrey@arentfox.com__
Office **Mailing** Address __1050 Connecticut Avenue, NW; Washington, DC 20036__
Name(s) of federal court(s) in which I have been admitted __U.S. Dist Ct for the District of Maryland and the District of Columbia;__
__U.S. Court of Appeals for 4th Circuit__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    1/28/11    (Date)

__Andrea Campbell__
(Typed or Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Court Use Only:

The motion for admission is GRANTED _____ *or* DENIED _____

(Judge's Signature)    (Date)

Ver. 11/05/09 [effective 12/01/09]