Form 210A (10/06)

# United States Bankruptcy Court

___EASTERN___ District Of ___VIRGINIA___

In re ___CIRUIT CITY STORES, INC___,    Case No. __08-35653 (KRH)__

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| American Future Technology | Vonwin Capital Management LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Attention: Darren Su, Vice President
11581 Federal Dr.
El Monte, CA 91731

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): __7415__
Amount of Claim: __$211,125.56__
Date Claim Filed: __January 29, 2009__

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ Darren Su_____    Date:_____January 28, 2011_____
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>           Ch-11 Circuit City<br>Stores, Inc.<br><br>     Debtor | Case No. 08-35653<br><br>Chapter 11 |

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of VonWin Capital Management, L.P. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Claim Amount | Schedule Claim No. |
|---|---|
| $211,125.56 | Schedule F |

have been transferred and assigned to American Future Technology ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

| | |
|---|---|
| ASSIGNEE: American Future Technology<br>Address:  11581 Federal Dr.<br>         El Monte, CA 91731<br>Signature: _Dn Su_<br>Name:     Darren Su<br>Title:    Vice President<br>Date:     1/25/2011 | ASSIGNOR: VonWin Capital Management, L.P.<br>Address:  261 Fifth Avenue, 22nd Flr<br>         New York, NY 10016<br>Signature: _Michael Winschuh_<br>Name:     Michael Winschuh<br>Title:    Managing Director<br>Date:     1/26/11 |

1682987-1

# Creditor Data for Claim Number 7415

Help

| **Creditor:**<br>VonWin Capital Management LP<br>Attn Roger Von Spiegel Managing Director<br>261 Fifth Ave 22nd Fl<br>New York, NY 10016-7701 | **Date Claim Filed:** 1/29/2009<br>**Claim #:** 7415<br>**Schedule:** F |
|---|---|

**Notice Party(ies):**

**Debtor Name:** Circuit City Stores, Inc.
**Debtor Case Number:** 08-35653

| | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|---|---|---|---|---|---|---|
| GU | $211,125.56 | | U | D | $200,944.92 | $200,944.92 |
| PRI | | | | | | |
| SEC | | | | | | |
| AP | | | | | | |
| AS | | | | | | |
| **TOTALS** | **$0.00** | | **U** | **D** | **$200,944.92** | **$200,944.92** |

*C=Contingent, U=Unliquidated, D=Disputed*

**Transfer History**

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| 7/6/2010 | 7/6/2010 | Full | AMERICAN FUTURE TECHNOLOGY | VonWin Capital Management LP | Effectuated |
| 7/6/2010 | | Rejected | VonWin Capital Management LP | VonWin Capital Management LP | Rejected |

**Objection History**

| Date Created | Name | Basis | Status |
|---|---|---|---|
| No records found | | | |

**Claim Withdrawal History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

**Stipulation History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".