**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

**ORDER GRANTING MOTION PURSUANT TO
LBR 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE*__**

Upon the Motion (the "Motion") of John C. Smith, for the admission *pro hac vice* of Christopher S. Strickland ("Mr. Strickland") a lawyer whose address is 780 Johnson Ferry Road, Suite 240, Atlanta, Georgia 30342; it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED:

1. The Motion is GRANTED.

2. Mr. Strickland is authorized to appear and practice *pro hac vice* as counsel to Sun Construction Group, Inc., in the above-captioned matter and all related adversary proceedings.

| | |
|---|---|
| Christopher S. Strickland (pro hac vice request pending) | John C. Smith (VSB # 44556) |
| Levine, Block & Strickland LLP | DurretteBradshaw PLC |
| Centrum at Glenridge | Bank of America Center, |
| 780 Johnson Ferry Road, Suite 240 | 1111 East Main Street, 16th Floor |
| Atlanta, Georgia 30342 | Richmond, VA 23219 |
| Telephone: (404) 231-4675 | Telephone: (804) 775-6900 |
| Fax: (404) 231-4005 | Fax: (804) 775-6911 |
| Counsel for Sun Construction Group, Inc. | Local Counsel |

3.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.  The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

ENTERED: Jan 27 2011

/s/ Kevin Huennekens
United States Bankruptcy Court Judge

ENTERED ON DOCKET:
Jan 27 2011

I ask for this:

/s/ John C. Smith
John C. Smith (VSB # 44556)
DurretteBradshaw PLC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
(804) 775-6900 Telephone
(804) 775-6911 Facsimile
Local Counsel for Sun Construction Group, Inc.

### LBR 9022-1(C)(1) Certification

I hereby certify that the foregoing proposed order has been endorsed by all necessary parties.

/s/ John C. Smith

//mnt/orders/Attachments/doctopdf/alldocs/08-35653~1242011154336798.doc

COPIES TO:

John C. Smith, Esq.
DURRETTEBRADSHAW PLC
1111 East Main Street, 16th Floor
Richmond, VA 23219

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Jeffrey Pomerantz, Esq.
Andrew Caine, Esq.
(admitted *pro hace vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4100

Robert Feinstein, Esq.
John Morris, Esq.
(admitted *pro hace vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Christopher S. Strickland, Esq.
LEVINE, BLOCK & STRICKLAND LLP
Centrum at Glenridge
780 Johnson Ferry Road, Suite 240
Atlanta, GA 30342

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1           Date Rcvd: Jan 27, 2011
Case: 08-35653                Form ID: pdforder          Total Noticed: 4
```

The following entities were noticed by first class mail on Jan 29, 2011.
```
          +Andrew Caine,   10100 Santa Monica Blvd,   Los Angeles, CA 90067-4003
          +Christopher S. Strickland,   Centrum at Glenridge,   780 Johnson Ferry Road,   Suite 240,
            Atlanta, GA 30342-1434
          +John Morris,   780 Third Ave., 36th Floor,   New York, NY 10017-2024
          +Robert Feinstein,   780 Third Ave., 36th Floor,   New York, NY 10017-2024
```

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2011**                    **Signature:** _Joseph Speetjens_