IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**In re:**

**CIRCUIT CITY STORES, INC., et al,**

_____/

Case No.: 08-35653 (KRH)
Chapter 11
(Jointly Administered)

### ORDER

The matter has come before the Court upon Motion (the "Motion) filed by H. Buswell Roberts seeking admission *pro hac vice* for Kevin H. Graham and Hugo S. deBeaubien of the law firm Shumaker, Loop & Kendrick, LLP, in the above referenced bankruptcy case (and related proceedings) pursuant to Local Bankruptcy Rule 2090-1(E). After review of the Motion and statements herein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Kevin H. Graham and Hugo S. deBeaubien be authorized to practice *pro hac vice* before this Court in this bankruptcy case (and related proceedings) it is hereby

**ORDERED** as follows:

1. The Motion be and hereby is **GRANTED.**

2. Kevin H. Graham and Hugo S. deBeaubien of the law firm Shumaker, Loop & Kendrick, LLP are hereby admitted to appear *pro hac vice* in this bankruptcy case and any related proceedings pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Sykes Enterprises Incorporated f/k/a ICT Group, Inc.

                                                          Entered on this _____ day of January, 2011
                                                                        Jan 27 2011

                                                                             /s/ Kevin Huennekens
                                                          Judge, United States Bankruptcy Court

WE ASK FOR THIS:                                Entered on docket: Jan 28 2011

| /s/ Kevin H. Graham | /s/ H.S. "Brad" DeBeaubien |
|---|---|
| Kevin H. Graham | H.. S. "Brad" DeBeaubien |
| SHUMAKER, LOOP & KENDRICK, LLP | SHUMAKER, LOOP & KENDRICK, LLP |
| E-mail: kgraham@slk-law.com | E-mail: bdebeaubien@slk-law.com |
| 101 E. Kennedy Blvd., Suite 2800 | 101 E. Kennedy Blvd., Suite 2800 |
| Tampa, FL 33602 | Tampa, Florida 33602 |
| Telephone: (813) 229-7600 | Telephone: (813) 229-7600 |
| Facsimile: (813) 229-1660 | Facsimile: (813) 229-1660 |

/s/ H. Buswell Roberts, Jr.
H. Buswell Roberts, Jr.
H. BUSWELL ROBERTS JR, PLLC
2001 S. Main Street
Unit 206-A
Blacksburg, VA 24060
(540) 951-9320

Counsel For Sykes Enterprises Incorporated

## CERTIFICATE

Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties to this action.

                                                   /s/ H. Buswell Roberts, Jr.

Parties to Receive Copies:

| Kevin H. Graham | H.. S. "Brad" DeBeaubien |
|---|---|
| SHUMAKER, LOOP & KENDRICK, LLP | SHUMAKER, LOOP & KENDRICK, LLP |
| E-mail: kgraham@slk-law.com | E-mail: bdebeaubien@slk-law.com |

101 E. Kennedy Blvd., Suite 2800  
Tampa, FL  33602

101 E. Kennedy Blvd., Suite 2800  
Tampa, Florida 33602

H. Buswell Roberts, Jr.  
H. BUSWELL ROBERTS JR, PLLC  
Email: hbroberts@live.com  
2001 S. Main Street  
Unit 206-A  
Blacksburg, VA  24060

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1              Date Rcvd: Jan 28, 2011
Case: 08-35653                Form ID: pdforder          Total Noticed: 2
```

The following entities were noticed by first class mail on Jan 30, 2011.
      +H.S. "Brad" deBeaubein,   101 E. Kennedy Blvd,   Suite 33602,   Tampa, FL 33602-5179
      +Kevin H. Graham,   Shumaker, Loop & Kendrick,   101 E. Kennedy Blvd,   Suite 2800,
        Tampa, FL 33602-5153

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 30, 2011**                                      **Signature:** _Joseph Speetjens_