UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653 (KRH)    ,* Case Name Circuit City Stores, Inc., et al.

PERSONAL STATEMENT

FULL NAME (no initials, please) Wanda Borges
Bar Identification Number 1604404        State NY
Firm Name Borges & Associates, LLC
Firm Phone # (516) 677-8200    Direct Dial # x 225    FAX # (516) 677-0806
E-Mail Address borgeslawfirm@aol.com
Office Mailing Address 575 Underhill Blvd., Ste. 118, Syosset, NY 11791
Name(s) of federal court(s) in which I have been admitted SDNY,EDNY,NDNY,WDNY,USDC CT, 2nd Cir. Ct. App.,USSC

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____    January 28, 2011
(Signature)    (Date)

Paul Michael Schrader
_____
(Typed or Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Court Use Only:

The motion for admission is GRANTED _____ or DENIED _____.

_____    _____
(Judge's Signature)    (Date)

Ver. 11/05/09 [effective 12/01/09]

EXHIBIT
1