B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## for the Eastern District of Virginia

In re Circuit City Stores, Inc.    Case No. 08-35653 (KRH)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence[1] and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

IMCC Sunland, L.L.C.
Name of Transferee

CDB Falcon Sunland Plaza, L.P.
Name of Transferor

Name and Address where notices to transferee should be sent:

IMCC Sunland, L.L.C.
c/o Art Rendak
Inland Mortgage Capital Corporation
2901 Butterfield Road
Oak Brook, IL 60523
Phone: 630-218-8000
Last Four Digits of Acct #: N/A

Court Claim # (if known): 13905
Amount of Claim: $110,996.45
Date Claim Filed: January 28, 2009

Name and Address where notices to transferor should be sent[2]

CDB Falcon Sunland Plaza, L.P.
17400 Dallas Parkway, Suite 216
Dallas, TX 75248
Phone: (972) 407-1925
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: 1-26-11
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $50,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

#1013177

---

[1] For evidence of the transfer of the claim referenced herein, please refer to the documents attached hereto as Exhibit A.

[2] Additional addresses are as follows: (i) CDB Falcon Sunland Plaza, L.P.'s counsel: Stromberg & Associates, P.C., Two Lincoln Centre, 5420 LBJ Freeway, Suite 300, Dallas, TX 75240 c/o Mark Stromberg, Esq.; and Berkeley & DeGaetani, 1301 N. Hamilton Street, Suite 200, Richmond, VA 23230 c/o P. Matthew Roberts, Esq., and (ii) CDB Falcon Sunland Plaza, L.P.'s prior business address: 16000 N. Dallas Parkway, Suite 225, Dallas, TX 75248.

**Date: January 31, 2011**

**Submitted by:**

**IMCC SUNLAND, L.L.C.**

By: /s/ Jennifer M. McLemore
      Augustus C. Epps, Jr., Esquire (VSB No. 13254)
      Michael D. Mueller, Esquire (VSB No. 38216)
      Jennifer M. McLemore, Esquire (VSB No. 47164)
      CHRISTIAN & BARTON, LLP
      909 E. Main Street, Suite 1200
      Richmond, Virginia 23219-3095
      (804) 697-4129
      (804) 697-6129 (facsimile)

*Counsel for IMCC Sunland, L.L.C.*