B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## for the Eastern District of Virginia

In re Circuit City Stores, Inc.                                    Case No. 08-35653 (KRH)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence[1] and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| IMCC Sunland, L.L.C. | CDB Falcon Sunland Plaza, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

IMCC Sunland, L.L.C.
c/o Art Rendak
Inland Mortgage Capital Corporation
2901 Butterfield Road
Oak Brook, IL 60523
Phone: 630-218-8000
Last Four Digits of Acct #: N/A

Court Claim # (if known): 8607
Amount of Claim: $592,784.18
Date Claim Filed: January 28, 2009

Name and Address where notices to transferor should be sent[2]

CDB Falcon Sunland Plaza, L.P.
17400 Dallas Parkway, Suite 216
Dallas, TX 75248
Phone: (972) 407-1925
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: 1-28-11
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $50,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

#1013177

---

[1] For evidence of the transfer of the claim referenced herein, please refer to the documents attached hereto as Exhibit A.

[2] Additional addresses are as follows: (i) CDB Falcon Sunland Plaza, L.P.'s counsel: Stromberg & Associates, P.C., Two Lincoln Centre, 5420 LBJ Freeway, Suite 300, Dallas, TX 75240 c/o Mark Stromberg, Esq.; and Berkeley & DeGaetani, 1301 N. Hamilton Street, Suite 200, Richmond, VA 23230 c/o P. Matthew Roberts, Esq., and (ii) CDB Falcon Sunland Plaza, L.P.'s prior business address: 16000 N. Dallas Parkway, Suite 225, Dallas, TX 75248.

**Date: January 31, 2011**

**Submitted by:**

**IMCC SUNLAND, L.L.C.**

By: /s/ Jennifer M. McLemore
     Augustus C. Epps, Jr., Esquire (VSB No. 13254)
     Michael D. Mueller, Esquire (VSB No. 38216)
     Jennifer M. McLemore, Esquire (VSB No. 47164)
     CHRISTIAN & BARTON, LLP
     909 E. Main Street, Suite 1200
     Richmond, Virginia 23219-3095
     (804) 697-4129
     (804) 697-6129 (facsimile)

*Counsel for IMCC Sunland, L.L.C.*