ORRICK, HERRINGTON & SUTCLIFFE LLP
Scott A. Stengel (VSB No. 40052)
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706
Telephone:  (202) 339-8400
E mail:      sstengel@orrick.com

*Attorney for Nintendo of America Inc. and Other Named Defendants*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | : | **Case No. 08-35653 (KRH)** |
| Debtors. | : | **(Jointly Administered)** |
| **ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,** | : | |
| Plaintiff, | : | |
| v. | : | **Adv. Pro. No. 10-03559** |
| **NINTENDO OF AMERICA, INC.; NINTENDO OF AMERICA, INC. D/B/A/ NINTENDO HARDWARE; NINTENDO HARDWARE; NINTENDO SERVICES USA, INC.; NINTENDO SOFTWARE TECHNOLOGY CORPORATION; NINTENDO TECHNOLOGY DEVELOPMENT, INC.; THE NINTENDO SOURCE CORPORATION,** | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND DOCUMENTS**

TO THE HONORABLE KEVIN R. HUENNEKENS,
UNITED STATES BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE** that the undersigned appears as counsel to Nintendo of America Inc. and other defendants named in the above-captioned adversary proceeding (collectively, "Nintendo"), and hereby requests that all notices given or required to be given and all documents served or required to be served in this case be given to and served upon:

> Scott A. Stengel
> ORRICK, HERRINGTON
> & SUTCLIFFE LLP
> Columbia Center
> 1152 15th Street, N.W.
> Washington, DC  20005-1706
> Telephone:  (202) 339-8400
> Email:       sstengel@orrick.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and documents referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, any notices, applications, motions, orders, complaints, demands, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with regard to the above-referenced proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right of Nintendo (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to contend that jurisdiction or venue in this Court is improper or inappropriate.

- 3 -

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Notices and Documents is without prejudice to any rights, remedies, claims, actions, defenses, setoffs, or recoupments to which Nintendo is or may be entitled, in law or in equity, either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: January 31, 2011
      Washington, DC        ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *SCOTT A. STENGEL*
Scott A. Stengel (VSB No. 40052)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706
Telephone:  (202) 339-8400
Email:      sstengel@orrick.com

*Attorney for Nintendo of America Inc. and Other Named Defendants*

- 3 -