ORRICK, HERRINGTON & SUTCLIFFE LLP
Scott A. Stengel (VSB No. 40052)
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706
Telephone:  (202) 339-8400
E mail:    sstengel@orrick.com

*Attorney for Nintendo of America Inc. and Other Named Defendants*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **CIRCUIT CITY STORES, INC.**, *et al*., | Case No. 08-35653 (KRH) |
| Debtors. | (Jointly Administered) |
| **ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,** | |
| Plaintiff, | |
| v. | Adv. Pro. No. 10-03559 |
| **NINTENDO OF AMERICA, INC.; NINTENDO OF AMERICA, INC. D/B/A/ NINTENDO HARDWARE; NINTENDO HARDWARE; NINTENDO SERVICES USA, INC.; NINTENDO SOFTWARE TECHNOLOGY CORPORATION; NINTENDO TECHNOLOGY DEVELOPMENT, INC.; THE NINTENDO SOURCE CORPORATION,** | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2011, I caused a true and complete copy of the Notice of Appearance and Request for Service of Notices and Documents to be served on all persons receiving electronic notice in this case.

- 2 -

Dated: January 31, 2011
    Washington, DC      ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *SCOTT A. STENGEL*
    Scott A. Stengel (VSB No. 40052)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    Columbia Center
    1152 15th Street, N.W.
    Washington, DC  20005-1706
    Telephone:  (202) 339-8400
    Email:       sstengel@orrick.com

*Attorney for Nintendo of America Inc. and Other Named Defendants*