Andrea Campbell (Va. Bar No. 78036)
ARENT FOX LLP
1050 Connecticut Avenue NW
Washington DC 20036
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395

*Attorneys for Discovery Communications, Inc. and Animal Planet L.P.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al,  ) | Case No. 08-35653 |
| ) | Jointly Administered |
| Debtors. ) | |
| _____) | |

**ORDER GRANTING MOTION FOR**
**ADMISSION *PRO HAC VICE* OF JEFFREY N. ROTHLEDER**

The matter came before the Court upon the *Motion for Admission Pro Hac Vice of Jeffrey N. Rothleder* (the "Motion") filed by Andrea Campbell, seeking admission *pro hac vice* for Jeffrey N. Rothleder, of the law firm of Arent Fox LLP, in the above-styled bankruptcy case and any related proceedings (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1 (E) (2). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Jeffrey N. Rothleder be authorized to practice *pro hac vice* before the Court in this Bankruptcy Case, it is hereby

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2.      Jeffrey N. Rothleder, of the law firm of Arent Fox LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings *pro hac vice* pursuant to Local Bankruptcy Rule 2090-1 (E) (2) on behalf of Discovery Communications, Inc. and Animal Planet L.P.

Dated:  Richmond, Virginia
        February __, 2011

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ Andrea Campbell_____
Andrea Campbell (VSB #78036)
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395

**Local Bankruptcy Rule 9022-1(C) Certification**

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Andrea Campbell_____
Movant

2

## SERVICE LIST

**Robert B. Van Arsdale**
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

**Dion W. Hayes**
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

**Greg M. Galardi**
**Ian S. Fredericks**
Skadden Arps Slate Meagher & Flom
One Rodney Squre
PO Box 636
Wilmington, DE 19899-0636

**Jeffrey N. Pomerantz**
**Gillian N. Brown**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd
Los Angeles, CA 90067

**Lynn L. Tavernner**
**Paula S. Beran**
Tavenner & Beran
20 North Eighth Street, 2nd Floor
Richmond, VA 23219