*WILLIAM AND JOJEAN GRIMES*
*4412 GULF AVE.*
*MIDLAND, TEXAS   79707*
*432-694-1197*



1/25/11

DEAR SIRS,

WE ARE NOT SURE WHAT A REDACTION FILE IS AND DO NOT HAVE AN ATTORNEY.
WE'RE JUST THE "LITTLE GUY" TRYING TO GET OUR MONEYS WORTH.
WE PAID FOR A 5 YEAR EXTENDED WARRANTY AND IT WAS DROPPED WITHOUT OUR KNOWLEDGE. NOW THAT THE TV IS GOING OUT WE FOUND THAT THERE IS NO WARRANTY. WE WOULD LIKE TO RECOVER OUR EXPENSE OF THE WARRANTY ONLY WHICH IS IN THE AMOUNT OF $399.99. SEE ATTACHED PROOF OF WARRANTY ON MERCHANDISE.
THANKYOU FOR RESPONDING TO OPUR REQUEST.

MS GRIMES

CC: CUSTOMER SERVICE & INFORMATION SYSTEM FORM
    DETAILING MERCHANDISE DESCRIPTION DATED 11/01/07

Case # 08-35653KRH

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

Mr & Mrs William Grimes
4412 Gulf Ave
Midland, TX 79707

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against Circuit City Stores, Inc., case no 08-35653 was received on 10/25/2010 and assigned claim number 15119

For more information, please visit www.kccllc.net/circuitcity or call 1-866-381-9100

Copy

```
CSISINQ.153              Customer Service & Information System (CSIS)            11-01-07
                               Detailed Merchandise Description

Customer: GRIMES         WILLIAM

126 AKI PDP4273M              Ser#: Unknown              Mfg Warr - Lab:12 Parts:12 Oth:12

Sales Data:
Locn: 3229   Order: 01340068   Ln: 01   Sale Type: SL   Comm Emp1:256618 Emp2:267643
Pur Price:$   1399.99   Date: 02/02/06   Pur Locn: 3229

Release Date: 02/03/06   Locn: 3229   Ln: 07   Type: D   Schedule Date: 02/03/06

ESP Data:
Expires: 02/03/11   Locn: 3229   Contract#: 01340068   Ln: 02   Emp#: 256618
Length of ESP: 60 months   Effective 02/03/06   Price:$   399.99


Enter: Return to Unit Listing                              Exit: Service Menu
Del Tkt: Search Criteria
```

*[handwritten: Warranty]*

*[handwritten: Flat Screen TV Akin]*