| | |
|---|---|
| Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>(admitted pro hac vice)<br>PACHULSKI STANG ZIEHL &<br>JONES LLP<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>Telephone: (310) 277-6910<br>Telecopy:  (310) 201-0760 | Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopy:  (804) 783-0178<br><br>Counsel to the Circuit City Stores, Inc. Liquidating Trust |
| - and –<br><br>Robert J. Feinstein, Esq.<br>John A. Morris, Esq.<br>(admitted pro hac vice)<br>PACHULSKI STANG ZIEHL &<br>JONES LLP<br>780 Third Avenue, 36th Floor<br>New York, New York 10017<br>Telephone: (212) 561-7700<br>Telecopy: (212) 561-7777<br><br>Counsel to the Circuit City Stores, Inc. Liquidating Trust | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>    Debtors. | : Chapter 11<br>:<br>: Case No. 08-35653 (KRH)<br>:<br>:<br>: Jointly Administered |

**LIQUIDATING TRUST'S NOTICE OF WITHDRAWAL,
WITHOUT PREJUDICE, OF DEBTORS' NINTH OMNIBUS OBJECTION
TO CERTAIN (I) LATE CLAIMS AND (II) LATE 503(B)(9) CLAIMS
SOLELY WITH RESPECT TO THE CLAIM OF SIMPLETECH
BY HITACHI GLOBAL STORAGE TECHNOLOGIES, INC. [CLAIM NO. 11495]**

On June 3, 2009, Circuit City Stores, Inc, *et al.*, the above-captioned debtors, filed the

*Debtors' Ninth Omnibus Objection to Certain (i) Late Claims and (ii) Late 503(b)(9) Claims*

12304-003\DOCS_LA:231029.2

[Docket No. 3509] (the "Late Claim Objection") in these cases.  The Late Claim Objection contained an objection to Claim No. 11495 filed by SimpleTech by Hitachi Global Storage Technologies, Inc. f/k/a SimpleTech A Fabrik Company ("Hitachi Global").

*The Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors In Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") was confirmed on September 10, 2010 and became effective on November 1, 2010.  Pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidating Trust assumed the right and responsibility of claims resolution in these cases.

On November 9, 2010, Alfred Siegel, as trustee of the Liquidating Trust (the "Trustee"), filed *The Liquidating Trustee's Complaint to Avoid and Recover Preferential Transfers and Other Amounts Owing to the Estate and Objection to Claim Nos. 11495 and 7949* (the "Complaint") against Hitachi Global, Fabrik, Inc. and SimpleTech, Inc., Adversary Proceeding No. 10-03614.  In the Complaint, the Trustee raised, among other things, substantive objections to Claim No. 11495.

The Liquidating Trust hereby withdraws, without prejudice, the Late Claim Objection solely with respect to Claim Number 11495.

TAVENNER & BERAN, P.L.C.

*/s/ Paula S. Beran*____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
      pberan@tb-lawfirm.com

        -and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
       jpomerantz@pszjlaw.com
       acaine@pszjlaw.com

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*