IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRIC OF VIRGINIA
RICHMOND DIVISION

*In re:*

CIRCUIT CITY STORES, INC.,           08-35653 (KRH)
et at.,

Debtor(s).                          Chapter 13
_____/

## WITHDRAWAL OF CLAIM(S) BY POLK COUNTY TAX COLLECTOR

**COMES NOW,** Polk County Tax Collector, *pro* se Creditor, by and through the undersigned and files this Withdrawal of Claim(s) # 13070. This claim is a duplicate of claim #14784.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of January, 2011, the foregoing document was electronically filed with United States Bankruptcy Court and to:
TAVENNER & BERAN, PLC
Lynn L. Tavenner (VA Bar No. 30083) Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor, Richmond, Virginia 23219

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq., Andrew W. Caine, Esq.
10100 Santa Monica Blvd.,   Los Angeles, California 90067-4100

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq., John A. Morris, Esq.
780 Third Avenue, 36th Floor, New York, New York 10017

Respectfully submitted,

*/s/Bonnie Holly -Brown*
Bonnie Holly-Brown, Paralegal
Delinquency and Enforcement
Office of JOE G. TEDDER, CFC, *pro se Creditor*
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, Florida 33831-2016
863.534.4746, ext. 5718
863.534.4741 – Facsimile
bonnieholly@polktaxes.com

| | |
|---|---|
| Filed This 1st Day of February, 2011 | BY:  TAVENNER & BERAN, PLC |
| | ____/s/ Paula S. Beran_____ |
| | Lynn L. Tavenner (VA Bar No. 30083) |
| | Paula S. Beran (VA Bar No. 34679) |
| | 20 North Eighth Street, 2nd Floor |
| | Richmond, Virginia 23219 |
| | (804) 783-8300 |
| | |
| | *Co-Counsel to the Liquidating Trustee* |