# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>**CIRCUIT CITY STORES, INC., et al.**<br><br>Debtors.[1] | Chapter 11<br>Case No. 08-35653-KRH<br>Jointly Administered |

## ORDER GRANTING MOTION PURSUANT TO
## LBR 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE*

Upon the Motion (the "Motion") of Jennifer McLain McLemore, for the admission *pro hac* vice of Paul J. Pascuzzi ("Mr. Pascuzzi"), a lawyer whose address is 400 Capitol Mall, Suite 1450, Sacramento, CA 95814; it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1.      The Motion is GRANTED.

---

[1] The Debtors and their respective case numbers are as follows:  Circuit City Stores, Inc. (08-35653); Circuit City Stores West Coast, Inc. (08-35654); InterTAN, Inc. (08-35655); Ventoux International, Inc. (08-35656); Circuit City Purchasing Company, LLC (08-35657); CC Aviation, LLC (08-35658); CC Distribution Company of Virginia, Inc. (08-35659); Circuit City Properties, LLC (08-35661); Kinzer Technology, LLC (08-35663); Abbott Advertising Agency, Inc. (08-35665); Patapsco Designs, Inc. (08-35667); Sky Venture Corp. (08-35668); Prahs, Inc. (08-35670); XSStuff, LLC (08-35669); Mayland MN, LLC (08-35666); Courchevel, LLC (n/a); Orbyx Electronics, LLC (08-35664); and Circuit City Stores PR, LLC (08-35660).

---

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112

Counsel for the McClatchy Company, Charlotte Observer, Myrtle Beach Sun News, Columbia State, Idaho Statesman, Kansas City Star, Tacoma News Inc, Wichita Eagle, Fresno Bee, Lexington Herald-Leader, Miami Herald,  Sacramento Bee, and the San Luis Obispo Tribune

2.  Mr. Pascuzzi is authorized to appear and practice *pro hac vice* as counsel to the McClatchy Company, Charlotte Observer, Myrtle Beach Sun News, Columbia State, Idaho Statesman, Kansas City Star, Tacoma News Inc, Wichita Eagle, Fresno Bee, Lexington Herald-Leader, Miami Herald, Sacramento Bee, and the San Luis Obispo Tribune, in the above-captioned matter and all related adversary proceedings.

3.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.  The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

ENTER:    /    /

_____
United States Bankruptcy Judge

I ask for this:


/s/ Jennifer M. McLemore
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Whitney R. Travis, Esquire (VSB No. 79759)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:  804-697-4100
Facsimile:   804-697-4112

Counsel to for McClatchy Company, Charlotte Observer, Myrtle Beach Sun News, Columbia State, Idaho Statesman, Kansas City Star, Tacoma News Inc, Wichita Eagle, Fresno Bee, Lexington Herald-Leader, Miami Herald, Sacramento Bee, and the San Luis Obispo Tribune

**CERTIFICATE**

I hereby certify that the foregoing Order has been endorsed by all necessary parties.


/s/ Jennifer M. McLemore
Jennifer M. McLemore

**S E R V I C E   L I S T**

Augustus C. Epps, Jr., Esquire
Michael D. Mueller, Esquire
Jennifer M. McLemore, Esquire
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esquire
Andrew W. Caine, Esquire
Pachulski Stang Siehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

Robert J. Feinstein, Esquire
John A. Morris, Esquire
Pachulski Stang Siehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017

Paul J. Pascuzzi, Esquire
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
400 Capital Mall, Suite 1450
Sacramento, California 95814