# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **CIRCUIT CITY STORES, INC., et al.,** ) | **Case No. 08-35653-KRH** |
| ) | **Chapter 11** |
| Debtors, ) | **Jointly Administered** |
| ) | |
| ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF SAMUEL CONRAD WISOTZKEY

Richard I. Hutson (the "Movant"), a member in good standing of the Bar of the United States Bankruptcy Court for the Eastern District of Virginia and a member in good standing of the Bar of the Commonwealth of Virginia, hereby moves (the "Motion") this Court, pursuant to Local Rule 2090-1(E)(2)(a), to enter an order authorizing Samuel Conrad Wisotzkey (the "Admitee"), a shareholder with the law firm of Kohner, Mann & Kailas, S.C. ("KMK") in Milwaukee, Wisconsin to appear and practice *pro hac vice* before this Court in the above-captioned Chapter 11 cases, including but not limited to Adversary Proc. No. 10-03404-KRH, for the purpose of representing Journal Sentinel, Inc.  In support of the Motion, the Movant represents as follows:

1. Samuel Conrad Wisotzkey is a shareholder with the law firm of Kohner, Mann & Kailas, S.C..  Mr. Wisotzkey has been admitted to practice and is a member in good standing of all State and Federal Bars of the State of Wisconsin, the U.S. District Court for the Northern District of Illinois, the U.S. District Court for the Central District of Illinois, the U.S. District Court for the District of Arizona, and the U.S. Court of Appeals for the Seventh Circuit.

2. No disciplinary proceedings are pending against Mr. Wisotzkey.  Mr. Wisotzkey has

never been disbarred, suspended, or denied admission to practice in any Court.

3.   During the twelve (12) months immediately preceding the filing of this motion Mr. Wisotzkey has been admitted *pro hac vice* in this Court once in the Case No. 08-13293-SSM, In re: Vijay K. Taneja, *et al.*

4.   Mr. Wisotzkey is familiar with the Federal Bankruptcy Rules, the Local BankruptcyRules, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5.   Movant requests that this Court grant this Motion so that the Admitee may appear on behalf of Journal Sentinel, Inc. and practice *pro hac vice* in the above-captioned Chapter 11 cases, including but not limited to Adversary Proceeding No. 10-03404-KRH.

6.   Appended hereto, and incorporated herein by reference is the Application to Qualify as a Foreign Attorney Under Local Bankruptcy Rule 2090-1(E)(2).

7.   Movant requests, pursuant to Local Rule 9013-1(G), that this Court waive the requirement of an accompanying written memorandum of points and authorities.

8.   Notice of this Motion has been given to the Office of the United States Trustee for the Eastern District of Virginia, the Chapter 11 Trustee and his counsel, and counsel for the Official Committee of Unsecured Creditors.  Due to the administrative nature of the relief requested herein, Movant respectfully submits that no other or further notice need be given.

**WHEREFORE**, Movant respectfully requests that this Court enter an order (i) granting the admission *pro hac vice* of Samuel Conrad Wisotzkey for the purpose of appearing and practicing in the above-captioned Chapter 11 cases, and (ii) granting such other relief as is just and proper.

Dated:    February 4, 2011             /s/ Richard I. Hutson
                                                            Richard I. Hutson
                                                            VSB No. 71097
                                                            WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A.
                                                            4 Reservoir Circle
                                                            Baltimore, MD 21208
                                                            Telephone (410) 559-9000
                                                            e-mail: rhutson@weinstocklegal.com
                                                            *Counsel to Journal Sentinel, Inc.*

## CERTIFICATE OF SERVICE

       I hereby certify, that on this 4th day of February, I caused copies of the foregoing Motion For Admission *Pro Hac Vice* of Samuel Conrad Wisotzkey and the proposed form Order to be served via first class mail, postage prepaid and/or CM/ECF to:

| | |
|---|---|
| W. Clarkson McDow, Jr.<br>Office of the U. S. Trustee<br>701 E. Broad St., Suite 4304<br>Richmond, VA 23219 | Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100 |
| Robert B. Van Arsdale<br>Office of the U. S. Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219 | Robert J. Feinstein, Esq.<br>John A. Morris, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 36$_{th}$ Floor<br>New York, New York 10017 |
| Lynn L. Tavenner<br>Paula S. Beran<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2$_{nd}$ Floor<br>Richmond, Virginia 23219 | |

                                                         /s/ Richard I. Hutson
                                                         Richard I. Hutson