**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER**
**LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

In Case No.: 08-35653-KRH    ,* Case Name In re: Circuit City Stores, Inc. (Adv. Proc. No. 10-03404 Siegel v. Journal Sentinel, Inc.

**PERSONAL STATEMENT**

FULL NAME (no initials, please) Samuel Conrad Wisotzkey
Bar Identification Number 1029537        State Wisconsin
Firm Name Kohner, Mann & Kailas, S.C.
Firm Phone # 414-962-5110        Direct Dial # 414-962-5110        FAX # 414-962-8725
E-Mail Address SWisotzkey@kmksc.com
Office Mailing Address 4650 N. Port Washington Rd., Washington Bldg., 2nd Fl., Milwaukee, WI 53212-1059
Name(s) of federal court(s) in which I have been admitted E.D. Wis, W.D. Wis., N.D. Ill., C.D. Ill., D. Ariz., 7th Circuit

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____        February 3, 2011
(Signature)                            (Date)

Richard I. Hutson
(Typed or Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Ver. 02/11/10 [effective 12/01/09]