Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | : Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : Case No. 08-35653 (KRH) |
| Debtors. | : |
| | : Jointly Administered |

### LIQUIDATING TRUST'S NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF DEBTORS' SEVENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO CERTAIN SPECIFIED CLAIMS

On May 6, 2010, Circuit City Stores, Inc, *et al.*, the above-captioned debtors, filed the

*Debtors' Seventy-Fourth Omnibus Objection to Claims (Reclassification of Certain Alleged*

12304-003\DOCS_LA:232255.1

*Administrative Expenses on Account of Employee Obligations)* [Docket No. 7447] (the "Seventy-Fourth Omnibus Objection") in these cases.

*The Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors In Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") was confirmed on September 10, 2010 became effective on November 1, 2010.  Pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidating Trust assumed the right and responsibility of claims resolution in these cases.

Without prejudice to its right to file further objections on any grounds to these claims, the Liquidating Trust hereby withdraws the Seventy-Fourth Omnibus Objection solely with respect to the following claims:

(1) Claim Nos. 13339 and 13402 filed by Kenneth R. Duda;

(2) Claim No. 14097 filed by Anne Thumann; and

(3)  Claim No. 14338 filed by Patricia C. Giordano.

        TAVENNER & BERAN, P.L.C.

        */s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
       pberan@tb-lawfirm.com

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
         jpomerantz@pszjlaw.com
         acaine@pszjlaw.com

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*