United States Bankruptcy Court
For the Eastern District of Virginia

| | |
|---|---|
| Circuit City Stores Inc., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. 08-35653 |
| | } |
| <u>Debtor</u> | } |

## NOTICE OF WITHDRAWAL OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the Change of Address for **All About Wiring** (related Docket No. [9873]) to by Liquidity Solutions Inc is hereby withdrawn.

<u>By:/s/Michael Handler</u>
Liquidity Solutions, Inc.
201-968-0001