United States Bankruptcy Court
For the Eastern District of Virginia

| Circuit City Stores Inc., et al. | } Chapter 11 |
|---|---|
| | } |
| | } |
| | } |
| | } Case No. 08-35653 |
| | } |
| <u>Debtor</u> | } |

NOTICE OF WITHDRAWAL OF TRANSFER

PLEASE TAKE NOTICE that the **TRANSFER** for All About Wiring (related Docket No. **[9874]**) to by Liquidity Solutions Inc is hereby withdrawn.

<u>By: /s/Michael Handler</u>
Liquidity Solutions, Inc.
201-968-0001