# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division

**TO:**                                                                                       **In re:**   Circuit City Stores, Inc.

**Case Number**   08–35653–KRH
**Chapter**   11

**IN RE:**

**9684** – Motion to Appear Pro Hac Vice re Roland Gary Jones filed by Douglas Scott of Douglas A. Scott, PLC on behalf of Interactive Toy Concepts, Inc. (Scott, Douglas)


Motion to Appear Pro Hac Vice re Roland Gary Jones filed by Douglas Scott of Douglas A. Scott, PLC on behalf of Interactive Toy Concepts, Inc. (Scott, Douglas) Filed on 12/22/2010 docket event # 9684

**INQUIRY:**

\_\_   Your request for a certified copy of an order has been received. Please submit certification fee in the amount of $ 9, plus 50 ¢¢ per page to photocopy order, payable to "Clerk, U. S. Bankruptcy Court."

\_\_   The information you seek may involve legal questions upon which the Clerk cannot give advice. [28 U.S.C. 955]

\_\_   Your inquiry has been received. Please submit a search fee in the amount of $26, payable to "Clerk, U.S. Bankruptcy Court" **for each name or item searched**.

\_\_   Your request for photocopies has been received. Photocopies are provided by an on–site or an off–site copy service. Your check payable to the Clerk is returned. Please contact the appropriate vendor directly:
**Richmond:**  Contact the Clerk´´s Office directly at 701 East Broad St., Suite 4000, Richmond, VA 23219 or (804) 916–2400

\_\_   The name and address of the Trustee or (Attorney for Debtor) in this case is:
[Name and Address of Trustee or Attorney for Debtor]

\_\_   This case was closed on _____ . [If appropriate: The file has been transferred to the Archives. If you wish the file retrieved, please submit fee in the amount of $45, payable to "Clerk, U. S. Bankruptcy Court", or you may contact the Clerk's Office for additional options.]

\_\_   The following papers are returned to you:

**_X_**   Please handle the outstanding motion filed.

Date:   February 4, 2011                                        CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Suzanne French, Deputy Clerk
[iginquiryvDec2009.jsp]                                         Direct Dial Telephone No. 804–916–2419