| | |
|---|---|
| Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>(admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>Telephone: (310) 277-6910<br>Telecopy:  (310) 201-0760 | Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopy:   (804) 783-0178 |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,.<br><br>Debtors. | :  Chapter 11<br>:<br>:  Case No. 08-35653-KRH<br>:<br>:  (Jointly Administered)<br>:<br>: |

### NOTICE OF SUBSTANTIVE HEARING
**(Thirty-Sixth Omnibus Objection – Claim Numbers 13994, 4306, 14056, 5666, 3601, 8662, 13935, 6825, 9315, 9996, 13527, 4378, 13410, 6022, 14432 and 8108)**
**(Claimant(s) – Victoria L. Eastwood, Douglas A. Daniluk, Francis E. Telegadas, Christopher N. Crowe, Anne B. Fath, Stephen T. Saunders, David W. Phillips, Corey Rachel, Elizabeth R. Warren, Michael W. Beam and Laura McDonald)**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") **will seek to have the Court sustain over the responses of all the parties listed above to the Debtors' Thirty-Sixth Omnibus Objection to Claims (Disallowance of Certain Claims Relating to Short Term Incentive Plan) (the "Claim Objection").**

      PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing and receive evidence on the Claim Objection on **March 22, 2011 at 2:00 p.m.**, (or such time thereafter as the matter may be heard) the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219.

      PLEASE TAKE FURTHER NOTICE THAT **the undersigned will present evidence on March 22, 2011 at 2:00 p.m.**, **in support of the relief sought in the Claim Objection.**

      PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated:   February 4, 2011

                                     */s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
        pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 805-123-4567
Facsimile: 310/201-0760
E-mail: jpomerantz@pszjlaw.com
         acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on February 4, 2011 via electronic delivery to all of the parties receiving ECF notice in these bankruptcy cases and via first-class mail, postage prepaid, on the following:

Victoria L. Eastwood
3919 Southwinds Pl
Glen Allen, VA 23059

Douglas A. Daniluk
4112 Evershot Dr.
Midlothian, VA 23112

Francis E. Telegadas
8204 Yolanda Road
Richmond, VA

Christopher N. Crowe
2117 Hanover Ave.
Richmond, VA 23220

Anne B. Fath
9608 Gaslight Place
Richmond, VA 23229

Stephen T. Saunders
2931 Royal Virginia Court
Louisa, VA 23093

David W. Phillips
1815 Hanover Ave.
Richmond, VA 23220

Elizabeth R. Warren
c/o Elizabeth L. Gunn
DurretteCrump PLC
Bank of America Center
1111 East Main St., 16th Floor
Richmond, VA 23219

Michael W. Beam
5227 Scotsglen Drive
Glen Allen, VA 23059

Laura McDonald
109 Fairways Dr.
Hendersonville, TN 37075

Corey Rachel
P. O. Box 875
Zephyrhills, FL 33539

                                       */s/ Paula S. Beran*
                                       Paula S. Beran (Va Bar No. 34679)