UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

---------------------------------------------------------------X
                                                  :

In re:                                     :        Chapter 11
                                                  :

**CIRCUIT CITY STORES, INC.,** *et al.*,    :        Case No. 08-35653 (KRH)
                                                  :        Jointly Administered
                                                  :

                   **Debtors.**                :
---------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that **Casio, Inc.**, pursuant to Bankruptcy Rules 2002 and 9010(b), hereby appears by its counsel in the above-captioned case and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be delivered to and served upon the persons listed below at the following address, email address, and telephone number:

> Michael J. Reynolds, Esquire (N.J.Bar # 03343)
> McCarter & English, LLP
> Four Gateway Center
> 100 Mulberry Street
> Newark, New Jersey 07102
> Phone: (973) 849-4188
> Fax: (973) 297-6603
> Email: mreynolds@mccarter.com
>
> and
>
> Neil E. McCullagh, Esquire (VSB #39027)
> Jennifer J. West, Esquire (VSB #47522)
> Spotts Fain PC
> 411 East Franklin Street, Suite 600
> Richmond, Virginia 23219
> Phone: (804) 697-2000
> Fax: (804) 697-2100
> Email: nmccullagh@spottsfain.com
>        jwest@spottsfain.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notice and papers referred to in the above-mentioned bankruptcy rules but also includes, without limitation, notices and copies of all orders, applications, motions, complaints, demands, hearings, petitions, pleadings, and requests, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, delivery, telephone, facsimile or otherwise filed with regard to the above-referenced case and all proceedings therein.

Dated: February 4, 2011                                         CASIO, INC.

                                                                By:  /s/ Neil E. McCullagh
                                                                        Counsel

Michael J. Reynolds, Esquire (N.J.Bar # 03343)
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Phone: (973) 849-4188
Fax: (973) 297-6603

and

Neil E. McCullagh (VSB #39027)
Jennifer J. West (VSB #47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia  23219
Phone:  (804) 697-2000
Fax: (804) 697-2100

*Counsel to Casio, Inc.*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the foregoing Notice of Appearance and Request for Service was served via U.S. Mail, postage prepaid, or electronic means on this 4th day of February, 2011, to the following, constituting all necessary parties:

Lynn L. Tavenner, Esq. (CC-B)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Andrew W. Caine, Esq.
Gillian N. Brown, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

                /s/ Neil E. McCullagh