# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| **In re:** ) | Case No. 08-35653 (KRH) |
| ) | |
| CIRCUIT CITY STORES, INC., ) | Chapter 11 |
| ) | |
| Debtor. ) | (Jointly Administered) |
| _____ ) | |
| ) | Adv. Pro. No.  10-03211-KRH |
| ALFRED H. SEIGEL, Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SHERWOOD AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER GRANTING MOTION FOR ADMISSION
## PRO HAC VICE OF JOON M. KHANG
_____

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Joon M. Khang (the "Motion") filed by Andrew E. Macfarlane, seeking admission pro hac vice for Joon M. Khang, of the law firm of Khang & Khang LLP, in the above referenced bankruptcy cases (the "Bankruptcy Case") pursuant to Local Bankruptcy Rule 2029-1(E).  After review of the Motion and the statements therein, the Court finds that

1

adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Joon M. Khang be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1. The Motion is hereby granted.

2. Joon M. Khang, of the law firm of Khang & Khang LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Sherwood America, Inc.

ENTERED: _____
United States Bankruptcy Judge

I ask for this:

/S/ Andrew E. Macfarlane
Andrew E. Macfarlane, Esq.
Andrew E. Macfarlane, Atty
P.O. Box 94
Merrifield, VA 22116
Tel: (703) 493-0396

### Rule 9022-1 Certification

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/S/  Andrew E. Macfarlane

2

## **SERVICE LIST**

Office of the United States Trustee
701 East Broad St., Ste 4304
Richmond, VA 23219

Joon M. Khang
KHANG & KHANG LLP
1901 Avenue of the Stars, Ste 200
Los Angeles, CA 90067
 *Counsel for Sherwood America, Inc.*

Jeffrey N. Pomerantz, Esq.
PACHULSKI STANG, et al.
10100 Santa Monica Blvd.
Los Angeles, CA 90067
 *Counsel for the Debtors*

Robert J. Feinstein, Esq.
PACHULSKI STANG, et al.
780 Third Ave., 36th Floor
New York, NY 10017
 *Counsel for the Debtors*

Lynn L. Tavenner, Esq.
TAVENNER & BERAN, PLC
20 North Eighth St., 2nd Floor
Richmond, VA 23219
 *Counsel for the Debtors*