Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., <u>et al</u>.,.[1] | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## <u>HEARING ON FEBRUARY 9, 2011 AT 2:00 P.M. (EASTERN)</u>

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on February 9, 2011 beginning at 2:00 p.m. Eastern.

## I.    CONTINUED OR RESOLVED MATTERS

1.    Site A, LLC's Second Amended Motion to Allow Late Filing of Proof of Claim, or in the Alternative, Motion to File Late Proof of Claim as an Amendment to Informal Proof of Claim (Docket No. 7155).

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 5405)

b.    Amended Motion to Allow Late Filing of Proof of Claim, by Site A, LLC (Docket Nos. 5310, 5404)

c.    Notice of Motion and Hearing (Docket No. 7236)

| | |
|---|---|
| Objection Deadline: | October 27, 2009 at 5:00 p.m., extended for the Debtors. |
| Objections/ Responses Filed: | None at the time of filing this agenda |
| Status: | This matter has been adjourned to February 24, 2011 at 2:00 p.m. |

2.    Application for Administrative Expenses / Motion for Allowance and Payment of Administrative Expense Claim filed by Robert S. Westermann of Hirschler Fleischer, P.C. on behalf of Marblegate Asset Management (Docket No. 8754).

| | |
|---|---|
| Related Documents: | Notice of Motion and Notice of Hearing  (Docket No. 8755). |
| Objection Deadline: | November 9, 2010 |
| Objections/ Responses Filed: | Adversary case 10-03228. Complaint against Eastman Kodak Company, Marblegate Special Opportunities Master Fund L.P. filed by Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust. |

|  | Objection to *(THE TRUSTEES OPPOSITION TO THE MOTION OF MARBLEGATE ASSET MANAGEMENT, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 9207). |
| --- | --- |
| Status: | By agreement of the parties, the Trust will request that the matter be continued to April 14, 2011 at 2:00 p.m. |

3.     Status Hearing on Adversary Case 10-03056.  The matters raised in Adversary Case 10-03056 have been resolved pursuant to procedures approved by this Court.

## II.     FEE APPLICATIONS OF ESTATES' PROFESSIONALS

4.     Final Application for Compensation for McGuireWoods LLP as Co-Counsel to the Debtors for the Period of August 1, 2010 through October 31, 2010 and for Final Approval of Compensation for the Period of November 10, 2008 through July 31, 2010 with Notice of Hearing, filed by Douglas M. Foley of McGuireWoods LLP on behalf of Circuit City Stores, Inc. Liquidating Trust (Attachments: # (1) Notice of Motion and Notice of Hearing) (Docket No. 9643).

|  |  |
| --- | --- |
| Related Documents: | None |
| Objection Deadline: | January 6, 2011, extended for the Trust. |
| Objections/ Responses Filed: | None at the time of filing this agenda. |
| Status: | The Trust understands that this matter is going forward. |

5.     Final Application for Compensation for KPMG LLP as Independent Auditors and Tax Consultants to the Debtors for the Period of August 1, 2010 through October 31, 2010 and for Final Approval of Compensation for the Period of November 10, 2008 through October 31, 2010 with Notice of Hearing, filed by Douglas M. Foley of McGuireWoods LLP on behalf of Circuit City Stores, Inc. Liquidating Trust. (Attachments: # (1) Notice of Motion and Notice of Hearing) (Docket No. 9647).

|  |  |
| --- | --- |
| Related Documents: | None |
| Objection Deadline: | January 6, 2011, extended for the Trust. |

|  | Objections/<br>Responses<br>Filed: | None at the time of filing this agenda. |
|---|---|---|
|  | Status: | The Trust understands that this matter is going forward. |

6.     Final Application for Compensation for Ernst & Young LLP as Accounting and Tax Consultants for the Debtors for the Period of August 1, 2010 through October 31, 2010 and for Final Approval of Compensation for the Period of November 10, 2008 through November 1, 2010 with Notice of Hearing, filed by Douglas M. Foley of McGuireWoods LLP on behalf of Circuit City Stores, Inc.(Attachments: # (1) Notice of Motion and Notice of Hearing) (Docket No. 9646).

|  | Related<br>Documents: | None |
|---|---|---|
|  | Objection<br>Deadline: | January 6, 2011, extended for the Trust. |
|  | Objections/<br>Responses<br>Filed: | None at the time of filing this agenda. |
|  | Status: | The Trust understands that this matter is going forward. |

7.     Final Application for Compensation for Skadden, Arps, Slate, Meagher & Flom LLP as Co-Counsel to the Debtors for the Period of August 1, 2010 through and including October 31, 2010 and for Final Approval of Compensation for the Period of November 10, 2008 through and including October 31, 2010 with Notice of Hearing, filed by Douglas M. Foley of McGuireWoods LLP on behalf of Circuit City Stores, Inc. Liquidating Trust. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D (Part 1)# (5) Exhibit D (Part 2)# (6) Exhibit D (Part 3)# (7) Exhibit D (Part 4)# (8) Exhibit D (Part 5)# (9) Exhibit D (Part 6)# (10) Exhibit D (Part 7)# (11) Exhibit D (Part 8)# (12) Exhibit E (Part 1)# (13) Exhibit E (Part 2)# (14) Exhibit E (Part 3)# (15) Proposed Order# (16) Notice of Motion and Notice of Hearing) (Docket No. 9657).

|  | Related<br>Documents: | None |
|---|---|---|
|  | Objection<br>Deadline: | January 6, 2011, extended for the Trust. |
|  | Objections/<br>Responses<br>Filed: | None at the time of filing this agenda. |

Status:        The Trust understands that this matter is going forward.

8.     Final Application for Compensation for FTI Consulting, Inc. as Financial Advisors to the
       Debtors for the Period of August 1, 2010 through and including November 1, 2010 and
       for Final Approval of Compensation for the Period of November 8, 2010 through and
       including November 1, 2010 with Notice of Hearing, filed by Douglas M. Foley of
       McGuireWoods LLP on behalf of Circuit City Stores, Inc. Liquidating Trust.
       (Attachments: # (1) Notice of Motion and Notice of Hearing) (Docket No. 9656).

       Related
       Documents:     None

       Objection
       Deadline:      January 6, 2011, extended for the Trust.

       Objections/
       Responses
       Filed:         None at the time of filing this agenda.

       Status:        The Trust understands that this matter is going forward.

9.     Final Application for Compensation for PACHULSKI STANG ZIEHL & JONES LLP as
       (COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS) filed
       by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
       Liquidating Trust. (Docket No. 9648).

       Related
       Documents:     Notice of Motion and Notice of Hearing (Re: related
                      document(s)[9648] Application for Compensation filed by
                      Circuit City Stores, Inc. Liquidating Trust, [9649]
                      Application for Compensation filed by Circuit City Stores,
                      Inc. Liquidating Trust, [9650] Application for
                      Compensation filed by Circuit City Stores, Inc. Liquidating
                      Trust, [9651] Application for Compensation filed by
                      Circuit City Stores, Inc. Liquidating Trust, [9653]
                      Application for Compensation filed by Akerman Senterfitt,
                      [9654] Application for Compensation filed by Circuit City
                      Stores, Inc. Liquidating Trust, [9655] Application for
                      Compensation filed by Circuit City Stores, Inc. Liquidating
                      Trust) (Docket No. 9658).

       Objection
       Deadline:      January 6, 2011, extended for the Trust.

       Objections/
       Responses
       Filed:         None at the time of filing this agenda.

Status:            The Trust understands that this matter is going forward.

10.    Final Application for Compensation for Tavenner & Beran, PLC as COUNSEL TO THE
       OFFICIAL COMMITTEE OF UNSECURED CREDITORS filed by Paula S. Beran of
       Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket
       No.9649).

              Related
              Documents:    Notice of Motion and Notice of Hearing (Re: related
                            document(s)[9648] Application for Compensation filed by
                            Circuit City Stores, Inc. Liquidating Trust, [9649]
                            Application for Compensation filed by Circuit City Stores,
                            Inc. Liquidating Trust, [9650] Application for
                            Compensation filed by Circuit City Stores, Inc. Liquidating
                            Trust, [9651] Application for Compensation filed by
                            Circuit City Stores, Inc. Liquidating Trust, [9653]
                            Application for Compensation filed by Akerman Senterfitt,
                            [9654] Application for Compensation filed by Circuit City
                            Stores, Inc. Liquidating Trust, [9655] Application for
                            Compensation filed by Circuit City Stores, Inc. Liquidating
                            Trust) (Docket No. 9658).

              Objection
              Deadline:     January 6, 2011, extended for the Trust.

              Objections/
              Responses
              Filed:        None at the time of filing this agenda.

              Status:       The Trust understands that this matter is going forward.

11.    Final Application for Compensation for Protiviti Inc. as Financial Advisor for the Official
       Committee of Unsecured Creditors filed by Paula S. Beran of Tavenner & Beran, PLC on
       behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9650).

              Related
              Documents:    Notice of Motion and Notice of Hearing (Re: related
                            document(s)[9648] Application for Compensation filed by
                            Circuit City Stores, Inc. Liquidating Trust, [9649]
                            Application for Compensation filed by Circuit City Stores,
                            Inc. Liquidating Trust, [9650] Application for
                            Compensation filed by Circuit City Stores, Inc. Liquidating
                            Trust, [9651] Application for Compensation filed by
                            Circuit City Stores, Inc. Liquidating Trust, [9653]
                            Application for Compensation filed by Akerman Senterfitt,
                            [9654] Application for Compensation filed by Circuit City

Stores, Inc. Liquidating Trust, [9655] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 9658).

| | |
|---|---|
| Objection Deadline: | January 6, 2011, extended for the Trust. |
| Objections/ Responses Filed: | None at the time of filing this agenda. |
| Status: | The Trust understands that this matter is going forward. |

12.  Application for Compensation for Alfred H. Siegel and Crowe Horwath LLP as Anticipated Liquidating Trustee and Chief Restructuring Officer filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9651).

| | |
|---|---|
| Related Documents: | Notice of Motion and Notice of Hearing (Re: related document(s)[9648] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9649] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9650] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9651] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9653] Application for Compensation filed by Akerman Senterfitt, [9654] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9655] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No.9658). |
| | Exhibit (Re: related document(s)[9651] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 9652). |
| Objection Deadline: | January 6, 2011, extended for the Trust. |
| Objections/ Responses Filed: | None at the time of filing this agenda. |
| Status: | The Trust understands that this matter is going forward. |

13.     Final Application for Compensation for Gowling Lafleur Henderson LLP as Counsel to
the Official Committee of Unsecured Creditors filed by Paula S. Beran of Tavenner &
Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Attachments: # (1)
Exhibit(s) A through G) (Docket No. 9654).

|  |  |
|---|---|
| Related Documents: | Notice of Motion and Notice of Hearing (Re: related document(s)[9648] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9649] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9650] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9651] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9653] Application for Compensation filed by Akerman Senterfitt, [9654] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9655] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No.9658). |
| Objection Deadline: | January 6, 2011, extended for the Trust. |
| Objections/ Responses Filed: | None at the time of filing this agenda. |
| Status: | The Trust understands that this matter is going forward. |

14.     Final Application for Compensation for Arsene Taxand as Counsel to the Official
Committee of Unsecured Creditors filed by Paula S. Beran of Tavenner & Beran, PLC on
behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9655).

|  |  |
|---|---|
| Related Documents: | Notice of Motion and Notice of Hearing (Re: related document(s)[9648] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9649] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9650] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9651] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9653] Application for Compensation filed by Akerman Senterfitt, [9654] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9655] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No.9658). |

|  |  |
|---|---|
| Objection Deadline: | January 6, 2011, extended for the Trust. |
| Objections/ Responses Filed: | None at the time of filing this agenda. |
| Status: | The Trust understands that this matter is going forward. |

15.  Final Application for Compensation for Akerman Senterfitt as Ordinary Course of Business Professional filed by William C. Crenshaw of Akerman Senterfitt on behalf of Akerman Senterfitt. (Attachments: # (1) Exhibit A# (2) Composite Exhibit B - Part 1 of 2# (3) Composite Exhibit B - Part 2 of 2# (4) Exhibit C# (5) Exhibit D) (Docket No. 9653).

|  |  |
|---|---|
| Related Documents: | Notice of Motion and Notice of Hearing (Re: related document(s)[9648] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9649] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9650] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9651] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9653] Application for Compensation filed by Akerman Senterfitt, [9654] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust, [9655] Application for Compensation filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No.9658). |
| Objection Deadline: | January 6, 2011, extended for the Trust. |
| Objections/ Responses Filed: | None at the time of filing this agenda. |
| Status: | The Trust understands that this matter is going forward. |

**III.   MATTERS GOING FORWARD**

16.  Motion to Amend *(TRUSTEES MOTION FOR AN ORDER UNDER BANKRUPTCY RULE 9024 TO CORRECT CLERICAL MISTAKES OR MISTAKES ARISING FROM OVERSIGHT OR OMISSION )* (Related Document(s)[8898] Order on Motion to

Authorize) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9876).

|  |  |
|---|---|
| Related Documents: | Notice of Motion and Notice of Hearing (Re: related document(s)[9876] Motion to Amend filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.(Docket No. 9877). |
| Objection Deadline: | February 7, 2011. |
| Objections/ Responses Filed: | None at the time of the filing of this agenda. |
| Status: | The Trust will request that the Court grant the relief requested. |

17.    Adversary Proceeding No. 10.03382-KRH - Motion to Continue *(THE LIQUIDATING TRUSTEES MOTION TO CONTINUE FEBRUARY 24, 2011 HEARING ON DEFENDANTS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM)* (Re: related document(s)[5] Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 6).

|  |  |
|---|---|
| Related Documents: | Notice of Hearing *(Notice of (A) Filing of Motion and (B) Hearing Thereon)* (Re: related document(s)[6] Motion to Continue filed by Alfred H. Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 7). |
| Objection Deadline: | February 7, 2011. |
| Objections/ Responses Filed: | None at the time of the filing of this agenda. |
| Status: | The Trust will request that the Court grant the relief requested. |

18.    Adversary Proceeding No. 10-03293-KRH - Trustee's Motion to Continue *(THE LIQUIDATING TRUSTEES MOTION TO CONTINUE FEBRUARY 24, 2011 HEARING ON DEFENDANTS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM)* (Re: related document(s)[5] Motion to Dismiss Adversary Proceeding filed by Bensussen Deutsch & Associates, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf

of Alfred H. Siegel. (Docket No. 6).

| | |
|---|---|
| Related Documents: | Notice of Hearing *(Notice of (A) Filing of Motion and (B) Hearing Thereon)* (Re: related document(s)[6] Motion to Continue filed by Alfred H. Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 7). |
| Objection Deadline: | February 7, 2011 |
| Objections/ Responses Filed: | None at the time of the filing of this agenda. |
| Status: | The Trust will request that the Court grant the requested relief. |

19. Motion to Extend Time *(TRUSTEES MOTION FOR AN ORDER UNDER 11 U.S.C. Â§ 105 (a) AND FED. R. BANKR. P. 9006(b) FURTHER EXTENDING THE TIME PERIOD WITHIN WHICH THE TRUSTEE MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. Â§ 1452 AND FED. R. BANKR. P. 9027)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9866).

| | |
|---|---|
| Related Documents: | Notice of Motion and Notice of Hearing (Re: related document(s)[9866] Motion to Extend Time filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 2/9/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.(Docket No. 9867). |
| Objection Deadline: | Feb. 7, 2011. |
| Objections/ Responses Filed: | None at the time of filing this agenda. |
| Status: | The Trust will request that the Court grant the requested relief. |

20. Letter filed by Michael S. Williams of Gold, Albanese & Barletti on behalf of Dorothy Coleman. (French, Suzanne) (Entered: 12/17/2010) (Docket No. 9664)

| | |
|---|---|
| Related Documents: | Notice of (A) Final Application For Allowance Of Compensation And Expense Reimbursement For Gold, |

Albanese & Barletti And (B) Hearing Thereon filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 9757).

Objection Deadline:    January 6, 2011, extended for the Trust.

Objections/ Responses Filed:    Statement *(THE TRUSTEES OPPOSITION TO THE FINAL FEE APPLICATION OF THE LAW FIRM OF GOLD, ABANESE & BARLETTI FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM)* (Re: related document(s) 9664 Letter filed by Dorothy Coleman) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 9712).

Status:    The movant did not notice this matter for hearing.  The Trust filed a  Notice of (A) Final Application For Allowance Of Compensation And Expense Reimbursement For Gold, Albanese & Barletti And (B) Hearing Thereon setting this matter for hearing on February 9, 2011.  The Trust will request that the Court deny the requested relief.

## IV.    OMNIBUS CLAIM OBJECTIONS MATTERS

21.    Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 3507)

Related Documents:

a.    Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 4170)

b.    Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6080)

c.    Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6109)

d.    Second Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6354)

e.    Fourth Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6588)

f.     Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and John P. Raleigh Resolving the Debtors' Eighth Omnibus Objection to Claim No. 11391 (Docket No. 7523).

g.     Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS EIGHTH OMNIBUS OBJECTION TO CERTAIN LATE CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF NATALIA HILTON [CLAIM NO. 11058]* (Re: related document(s)3507 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9916).

Objection
Deadline:            June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:               See attached <u>Exhibit A</u>.

Status:              The Trust has withdrawn without prejudice the objection as it relates to the claim of Natalia Hilton. For one of the two claims for which the objection is still pending, this matter is adjourned to March 10, 2011 at 2:00 p.m.  The other one is being set for hearing on March 22, 2011.  See attached <u>Exhibit A</u>.

22.    Debtors' Ninth Omnibus Objection to Certain (i) Late Claims (ii) Late 503(b)(9) Claims (Docket No. 3509)

Related
Documents:

a.     Amended Exhibit C to Debtors' Ninth Omnibus Objection to Certain (i) Late Claims (ii) Late 503(b)(9) Claims (Docket No. 3512)

b.     Order On Debtors' Ninth Omnibus Objection To Certain (I) Late Claims And (II) Late 503(B)(9) Claims (Docket No. 4171)

c.     Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6131)

d.     Second Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6373)

e.     Third Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6593)

f.     Notice of Proposed Settlement Agreement and Stipulation Resolving the Debtors'

Ninth Omnibus Objection to Claim No. 11571 and Regarding Claim No. 13129 (Docket No. 7629)

g.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and C&A Consulting Resolving the Debtors' Ninth Omnibus Objection to Claim No. 12042 and Regarding Claim No. 13078 (Docket No. 7926)

h.      Notice of Hearing on the Merits on Debtors' Ninth Omnibus Objection to Claim No. 12951 Filed by Lyle Alonso Epps and Response Thereto (Docket No. 7933)

i.      Debtors' Supplemental Brief in Support of Omnibus Objections to late Claims Filed by Dino Bazdar and Lyle Alonzo Epps (Docket No. 8086)

j.      Third Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 8198)

k.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS NINTH OMNIBUS OBJECTION TO CERTAIN (I) LATE CLAIMS AND (II) LATE 503(B)(9) CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF SIMPLETECH BY HITACHI GLOBAL STORAGE TECHNOLOGIES, INC. [CLAIM NO. 11495]* (Re: related document(s)3509 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9902).

Objection
Deadline:           June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:              See attached Exhibit A.

Status:             For the two claims for which the objection is still pending, this matter is adjourned to March 10, 2011at 2:00 p.m.  See attached Exhibit A.

23.    Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

Related
Documents:

a.      Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4449)

b.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4736)

c.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
        (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
        Priority Claims) (Docket No. 4758)

d.      Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
        (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
        Priority Claims) (Docket No. 6299)

e.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
        (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
        Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No.
        6642)

f.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
        (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
        Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No.
        6661)

g.      Memorandum Opinion (Docket No. 6693)

h.      Order Granting Motion for Summary Judgment (Docket No. 6694)

i.      Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
        (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
        Priority Claims) (Docket No. 6868)

j.      Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
        (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
        Priority Claims) (Docket No. 7114)

k.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home &
        Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

l.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Arboretum of South Barrington Resolving a Certain Claim (Docket
        No. 8361)

m.      Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores,
        Inc. and Between Imation Enterprises Corp.  (Docket No. 8861)


Objection
Deadline:              July 16, 2009 at 4:00 p.m.


Objections/
Responses
Filed:                 See attached <u>Exhibit A</u>.

Status:              For the one claim for which the objection is still pending, this
                     matter is adjourned to March 10, 2011 at 2:00 p.m.  See attached
                     <u>Exhibit A</u>.

24.      Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims
         Filed Against the Wrong Debtor) (Docket No. 3710)

         Related
         Documents:

         a.       Order on Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance
                  of Certain Claims Filed Against the Wrong Debtor) (Docket No. 4577)

         b.       Supplemental Order on Debtors' Twenty-Second Omnibus Objection to Claims
                  (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No.
                  6369)

         Objection
         Deadline:            July 16, 2009 at 4:00 p.m.

         Objections/
         Responses
         Filed:               See attached <u>Exhibit A</u>.

         Status:              For the one claim for which the objection is still pending, this
                              matter is adjourned to March 10, 2011 at 2:00 p.m.  See attached
                              <u>Exhibit A</u>.

25.      Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for
         Wages and Compensation) (Docket No. 4583)

         Related
         Documents:

         a.       Notice of Objection and Hearing (Docket No. 4584)

         b.       Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of
                  Certain Claims for Wages and Compensation) (Docket No. 5191)

         c.       Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims
                  (Disallowance of Certain Claims for Wages and Compensation) (Docket No.
                  6460)

         d.       Second Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims
                  (Disallowance of Certain Claims for Wages and Compensation) (Docket No.

6562)

    e.      Notice of Proposed Settlement Agreement and Stipulation Resolving the Debtors' Thirtieth Omnibus Objection to Claim 9451 (Docket No. 7156)

    f.      Third Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 7293)

    g.      Fourth Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 7667)

    h.      Notice of Hearing (Re: related document(s) 4583 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9818).

Objection
Deadline:          September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:         For those claims for which the objection is still pending, this matter has been set for hearing on February 24, 2011 at 2:00 p.m. See attached Exhibit A.

26.    Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 4585)

    Related
    Documents:

    a.      Order on Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 5294)

    b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors' Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth Omnibus Objection to Claim No. 5708 (Docket No. 8358)

    c.      Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Ada Alicea Resolving the Debtors' Thirty-First Omnibus Objection to Claim No. 6283 (Docket No. 8839).

    d.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE*

*CLAIM OF PNY TECHNOLOGIES, INC. [CLAIM NO. 1723]* (Re: related document(s) 4585 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.  (Docket No. 9910).

e.      Withdrawal *Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claim) Solely with Respect to the Claim of Leon Hurney [Claim No. 10047]* (Re: related document(s) 4585 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.  (Docket No. 9868).

|   |   |
|---|---|
| Objection Deadline: | September 15, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A. |
| Status: | The Trust has withdrawn the objection as it relates to two claims without prejudice.   For those claims for which the objection is still pending, this matter is adjourned to March 10, 2011 at 2:00 p.m.  See attached Exhibit A. |

27.     Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (Docket Nos. 4588, 4590)

Related
Documents:

a.      Order on Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (Docket No. 5192)

b.      Notice of Hearing on the Merits on Debtors' Thirty-third Omnibus Objection to Claim 9293 filed by Cyndi Ann Haines and Response Thereto (Docket No. 6551)

c.      Notice of Hearing on the Merits on Debtors' Thirty-third Omnibus Objection to Claim 7295 Filed by Amore Construction Company and Response Thereto (Docket No. 6553)

d.      Supplemental Order on Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (Docket No. 6852)

e.      Second Supplemental Order on Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (Docket No. 7637

f.      Notice of Proposed Settlement Agreement and Stipulation by and Among the

Debtors and Bell'O International Corp. Resolving the Debtors' Thirty-Third
Omnibus Objection to Claim 7435 (Docket No. 7741)

g.      Notice of Proposed Settlement and Stipulation by and Among the Debtors and
Sharpe Partners, LLC Resolving the Debtors' Thirty-Third Omnibus Objection to
Claim 6257 (Docket No. 7996)

h.      Notice of Proposed Settlement and Stipulation by and Among the Debtors and
Lexmark International, Inc. Resolving the Debtors' Thirty-Third Omnibus
Objection to Claim 7391 (Docket No. 8087)

| | |
|---|---|
| Objection Deadline: | September 15, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A. |
| Status: | For the one claim for which the objection is still pending, this matter is adjourned to March 10, 2011 at 2:00 p.m.  See attached Exhibit A. |

28.    Debtors' Thirty-Sixth Omnibus Objection to Claims (Disallowance of Certain Claims
Relating to Short Term Incentive Plan) (Docket No. 4600)

Related
Documents:

a.      Order on Debtors' Thirty-Sixth Omnibus Objection to Claims (Disallowance of
Certain Claims Relating to Short Term Incentive Plan) (Docket No. 5193)

b.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS THIRTY-SIXTH
OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO CERTAIN
SPECIFIED CLAIMS* (Re: related document(s) 4600 Objection to Claim filed by
Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on
behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9913).

c.      Notice of Hearing (Re: related document(s) 4600 Objection to Claim filed by
Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on
behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9918).

| | |
|---|---|
| Objection Deadline: | September 15, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A. |

Status:            The Trust has withdrawn the objection as it relates to seven claims
                   without prejudice. For those claims for which the objection is still
                   pending, this matter is set for hearing on March 22, 2011 at 2:00
                   p.m.  See attached <u>Exhibit A</u>.

29.    Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal
       Property Tax Claims) (Docket No. 4613)

       Related
       Documents:

       a.    Order on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of
             Certain Personal Property Tax Claims) (Docket No. 5397)

       b.    Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh
             Omnibus Objection to Claims (Reduction of Certain Personal Property Tax
             Claims) (Docket No. 7343)

       c.    Memorandum of Law In Support of Debtors' Motion for Partial Summary
             Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims
             (Reduction of Certain Personal Property Tax Claims) (Docket No. 7344)

       d.    Notice of Motion and Hearing (Docket No. 7345)

       e.    Notice of Rescheduled Hearing On Debtors' Motion For And Memorandum Of
             Law In Support Of The Debtors' Motion For Partial Summary Judgment On The
             Thirty-Seventh Omnibus Objection To Claims (Reduction Of Certain Personal
             Property Tax Claims) (Docket No. 7550)

       f.    Notice of Presentment of Agreed Order By And Among The Debtors And Certain
             Taxing Authorities With Respect To The Thirty-Seventh Omnibus Objection
             (Docket No. 7695)

       g.    Agreed Order by and Among the Debtors and Certain Taxing Authorities with
             Respect to the Thirty-Seventh Omnibus Objection and Related Pleadings (Docket
             No. 7800)

       h.    Notice of Proposed Settlement Agreement and Stipulation by and Among the
             Debtors and Kitsap County Treasurer Resolving the Debtors' Thirty-Seventh
             Omnibus Objection to Claim No. 13337 (Docket No. 7983)

       i.    Notice of Proposed Settlement Agreement and Stipulation by and Among the
             Debtors and City of Chesapeake Resolving the Debtors' Thirty-Seventh Omnibus
             Objection to Claim No. 11842 (Docket No. 8015)

       j.    Notice of Proposed Settlement Agreement and Stipulation by and Among the
             Debtors and the Escambia County Tax Collector Resolving the Debtors' Thirty-

Seventh Omnibus Objection to Claim Nos. 1624, 13792, and 14789 (Docket No. 8067)

k.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Gaston County, North Carolina Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 1836 and 13350 (Docket No. 8167)

l.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Allen County, Indiana Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13395 (Docket No. 8174)

m.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Harris County, Texas Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 14429 (Docket No. 8181)

n.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Travis County, Texas Regarding Claim Nos. 10531 and 14423 (Docket No. 8184)

o.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Loudon County Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13686 (Docket No. 8187)

p.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Lewisville Independent School District Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13579 and Resolving Claim No. 1840 (Docket No. 8204)

q.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Boulder County, Colorado Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 10419 (Docket No. 8359)

r.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Ada County, Idaho Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 14430 (Docket No. 8407)

s.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Arlington Independent School District, Texas Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 6535 and Resolving Claim No. 124 (Docket No. 8413)

t.       Certificate of No Objection with Respect to the Settlement Agreement and Stipulation by and Among the Debtors and Desoto County, Mississippi Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13944 and Related Matters (Docket No. 8417)

u.       Notice of Proposed Settlement Agreement and Stipulation by and Among the

Debtors and Brevard County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13320 (Docket No. 8438)

v.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Hernando County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13385 (Docket No. 8439)

w.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Palm Beach County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 3882 and Relating to Claim No. 14744 (Docket No. 8440)

x.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Osceola County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 13064 and 13162 (Docket No. 8441)

y.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Prince George's County, Maryland Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13465 and Resolving Claim Nos. 12431 and 13466 (Docket No. 8445)

z.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Charles County, Maryland Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13576 and Resolving Claim No. 1835 (Docket No. 8446)

aa.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Wake County, North Carolina Revenue Department Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13627 and Resolving Claim No. 1795 (Docket No. 8447)

bb.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Manatee County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13325 (Docket No. 8454)

cc.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Okaloosa County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13315 (Docket No. 8455)

dd.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Pinellas County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13309 (Docket No. 8456)

ee.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Orange County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13316 (Docket No. 8457)

ff.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Snohomish County Treasurer Resolving the Debtors' Thirty-Seventh
        Omnibus Objection to Claim No. 11646 and Resolving Claim No. 1547 (Docket
        No. 8487)

gg.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Marion County, Florida Tax Collector Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 13318 and Relating to Claim No.
        213 (Docket No. 8735)

hh.     Stipulation - *Withdrawal of Claim(s) by Polk County Tax Collector* By Circuit
        City Stores, Inc. Liquidating Trust and Between Polk County Tax Collector filed
        by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores,
        Inc. Liquidating Trust. (Docket No. 9905).

Objection
Deadline:           May 13, 2010 at 4:00 p.m.

Objections/
Responses
Filed:              See attached Exhibit A.

Status:             The claim of Polk County Florida has been resolved pursuant to
                    procedures approved by this Court and the claimant has withdrawn
                    its claim. Other than the foregoing, for those claims for which the
                    objection is still pending, this matter is adjourned to March 10,
                    2011 at 2:00 p.m.  See attached Exhibit A.

30.    Debtors' Fiftieth Omnibus Objection to Certain Administrative Expenses and Motion for
       (I) Authority to Setoff Against Such Expenses and (II) a Waiver of the Requirement that
       the First Hearing on Any Response Proceed as a Status Conference (Docket No. 5213)

Related
Documents:

a.     Memorandum Opinion (Docket No. 5963)

b.     Order on Debtors' Forty-Eighth, Forty-Ninth, and Fiftieth Omnibus Objections
       (Docket No. 5964)

c.     Supplemental Order on Debtors' Fiftieth Omnibus Objection to Certain
       Administrative Expenses and Motion for (I) Authority to Setoff Against Such
       Expenses and (II) a Waiver of the Requirement that the First Hearing on Any
       Response Proceed as a Status Conference (Docket No. 6127)

d.     Second Supplemental Order on Debtors' Fiftieth Omnibus Objection to Certain
       Administrative Expenses and Motion for (I) Authority to Setoff Against Such

Expenses and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 6664)

e.   Third Supplemental Order On Debtors' Fiftieth Omnibus Objection To Certain Administrative Expenses and Motion For (I) Authority To Setoff Against Such Expenses and (II) A Waiver Of The Requirement That The First Hearing On Any Response Proceed As A Status Conference (Docket No. 3800)

f.   Notice of Proposed Settlement Agreement and Stipulation by an Among the Debtors and Fujitsu Ten Corp. of America (Docket No. 7643)

g.   Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors, VonWin Capital Management, LP, and Imagination Entertainment (Docket No. 7833)

h.   Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Digital Innovations LLC, and VonWin Capital Management, L.P. Resolving the Debtors' Twenty-Third Omnibus Objection to Claim 7223, the Debtors' Fiftieth Omnibus Objection to Claim 14251, and the Debtors' Fifty-First Omnibus Objection to Claim 1373 (Docket No. 8664)

| | |
|---|---|
| Objection Deadline: | November 4, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A. |
| Status: | For the one remaining matter, this matter is adjourned to March 10, 2011 at 2:00 p.m. See attached Exhibit A. |

31.   Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims)) (Docket No. 5879)

Related Documents:

a.   Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6368)

b.   Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6585)

c.      Notice of Hearing on the Merits on Debtors' Sixtieth Omnibus Objection to Claim No. 14123 Filed by Phillip Lee Steele and Response Thereto (Docket No. 8205)

d.      Second Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8285)

e.      Third Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8421)

f.      Notice of Hearing (Re: related document(s) 5879 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9819).

Objection
Deadline:               December 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached Exhibit A.

Status:                 The status hearing for the objection as it relates to the claim of Mark Stewart has been adjourned to March 10, 2011 at 2:00 p.m. For the remaining two claims of Bruce Davis and Ohio Bureau of Workers Compensation, the matter is set for hearing on February 24, 2011 at 2:00 p.m.  See attached Exhibit A.

32.   Debtors' Seventeenth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7013)

Related
Documents:

a.      Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7457)

b.      Supplemental Order on Debtors' Seventeenth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7674)

c.      Notice of Proposed Settlement Agreement and Stipulation by and Between the
Debtors and Universal Display and Fixtures Company (Docket No. 8002)

d.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors'
Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth
Omnibus Objection to Claim No. 5708 (Docket No. 8358)

e.      Notice of Proposed Settlement Agreement and Stipulation by and Between the
Debtors and Richard Kreuger (Docket No. 8435).

f.      Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores,
Inc. and Between Z-Line Designs, Inc. (Docket No. 8857).

g.      Notice of Hearing (Re: related document(s) 7013 Objection to Claim filed by
Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on
behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9820).

h.      Trustee's Withdrawal *, Without Prejudice, of Debtors' Seventieth Omnibus
Objection to Claims Solely with Respect to the Claim of Jamie Stack (Claim No.
14139)* (Re: related document(s) 7013 Objection to Claim filed by Circuit City
Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of
Circuit City Stores, Inc. Liquidating Trust.

i.      Withdrawal *Liquidating Trust's Notice of Withdrawal, Without Prejudice, of
Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the
Claim of Sarah B. Harris [Claim No. 14314]* (Re: related document(s) 7013
Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of
Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.
(Docket No. 9869).

j.      Withdrawal *Liquidating Trust's Notice of Withdrawal, Without Prejudice, of
Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the
Claim of Jean S. Hamby [Claim No. 13896]* (Re: related document(s) 7013
Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of
Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.
(Docket No. 9870).

Objection
Deadline:                April 22, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit A.

Status:                  The Trust has withdrawn the objection as it relates to three claims
without prejudice. The matter has been set for hearing on February
24, 2011 on the claims of Curtiss McGough and Craig Dean

Cambell.  The matter is being set for hearing on March 22, 2011 at 2:00 p.m. for the claims of Albert Flowers, Jr.  For the remaining claims for which the objection is still pending, this status hearing is adjourned to March 10, 2011 at 2:00 p.m.  See attached Exhibit A.

33.     Debtors' Seventy-Fourth Omnibus Objection to Claims (Reclassification of Certain Alleged Administrative Expenses on Account of Employee Obligations) (Docket No. 7447)

Related
Documents:

a.      Order on Debtors' Seventy-Fourth Omnibus Objection to Claims (Reclassification of Certain Alleged Administrative Expenses on Account of Employee Obligations) (Docket No. 7856)

b.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO CERTAIN SPECIFIED CLAIMS* (Re: related document(s) 7447 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9912).

Deadline:               June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached Exhibit A

Status:                 The Trust has withdrawn the objection as it relates to three remaining claims without prejudice. See attached Exhibit A.

34.     Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (Docket No. 7460)

Related
Documents:

a.      Order on Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (Docket No. 7858)

b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, the Equal Employment Opportunity Commission, Jamal Booker and Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230 and 4238 (Docket No. 8138)

Objection

Deadline:                June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit A

Status:                  An order has been entered partially sustaining the objection.  For
                         the two claims for which the objection is still pending, this matter
                         is adjourned to March 10, 2011 at 2:00 p.m.  See attached Exhibit
                         A.

35.    Debtors' Seventy-Eighth Omnibus Objection to Claims (Disallowance of Certain Late
       Claims) (Docket No. 7463)

       Related
       Documents:

       a.      Notice of Motion and Hearing

       b.      Order on Debtors' Seventy-Eighth Omnibus Objection to Claims (Disallowance of
               Certain Late Claims) (Docket No. 7860)

       c.      Supplemental Order on Debtors' Seventy-Eighth Omnibus Objection to Claims
               (Disallowance of Certain Late Claims) (Docket No. 7942)

       d.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
               Debtors, the Equal Employment Opportunity Commission, Jamal Booker and
               Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth
               Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230
               and 4238 (Docket No. 8138)

       Objection
       Deadline:         June 1, 2010 at 4:00 p.m.

       Objections/
       Responses
       Filed:            See attached Exhibit A.

       Status:           For the one claim for which the objection is still pending, this
                         matter is adjourned to February 24, 2011 at 2:00 p.m.  See attached
                         Exhibit A.

36.    Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal
       Claims) (Docket No. 7874)

       Related
       Documents:

a.      Order on Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 8199)

b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and James Fouskey Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 4017 (Docket No. 8733)

c.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Richard Grande Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 6242 (Docket No. 8739)

d.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 6008 (Docket No. 8740)

e.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 4767 (Docket No. 8744)

f.      Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Anna Thomas Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 3145 (Docket No. 8777)

g.      Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Leedell Murphy Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 5832 (Docket No. 8841).

h.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF DENISE K. FISHER [CLAIM NO. 3544]* (Re: related document(s) 7874 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9903).

i.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF MARY LOPRESTI [CLAIM NO. 5401]* (Re: related document(s) 7874 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9904).

Objection
Deadline:              July 15, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit A.

Status:                    The Trust has withdrawn the objection to two claims.  Other than
                           the foregoing, for those claims for which the objection is still
                           pending, this matter is adjourned to March 10, 2011 at 2:00 p.m.
                           See attached Exhibit A.

37.    Debtors' Eightieth Omnibus Objection to Claims (Reclassification of Certain
       Misclassified Miscellaneous Claims and Misclassified Wage Check Claims) (Docket No.
       8185)

       Related
       Documents:

       a.      Order on Debtors' Eightieth Omnibus Objection to Claims (Reclassification of
               Certain Misclassified Miscellaneous Claims and Misclassified Wage Check
               Claims) (Docket No. 8519)

       b.      Notice of Settlement Agreement and Stipulation by and Among the Debtors and
               Export Development Canada Resolving the Debtors' Eightieth and Eighty-First
               Omnibus Objections to Claim 8054 and Resolving Claim 7960 (Docket No. 8522)

       Objection
       Deadline:               August 24, 2010 at 4:00 p.m.

       Objections/
       Responses
       Filed:                  See attached Exhibit A.

       Status:                 For the one claim for which the objection is still pending, this
                               matter is adjourned to March 10, 2011at 2:00 p.m.  See attached
                               Exhibit A.

38.    Debtors' Eighty-First Omnibus Objection to Claims (Reduction of Certain Partially
       Invalid Claims and Disallowance of Certain Invalid Claims) (Docket No. 8186)

       Related
       Documents:

       a.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
               Debtors, Convergys Customer Management Group Inc. and Convergys Learning
               Solutions Resolving the Debtors' Eighty-First Omnibus Objection to Claim No.
               7184 and Regarding Claim No. 1092 (Docket No. 8374)

       b.      Notice of Settlement Agreement and Stipulation by and Among the Debtors and
               Export Development Canada Resolving the Debtors' Eightieth and Eighty-First
               Omnibus Objections to Claim 8054 and Resolving Claim 7960 (Docket No. 8522)

       Objection
       Deadline:               August 24, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                          See attached Exhibit A.

Status:                         For the one claim for which the objection is still pending, this
                                matter is adjourned to March 10, 2011 at 2:00 p.m.  See attached
                                Exhibit A.

Dated: Richmond, Virginia          TAVENNER & BERAN, PLC
       February 7, 2011


                                   ____/s/ Paula S. Beran_____
                                   Lynn L. Tavenner (VA Bar No. 30083)
                                   Paula S. Beran (VA Bar No. 34679)
                                   20 North Eighth Street, 2nd Floor
                                   Richmond, Virginia 23219
                                   (804) 783-8300

                                             - and -

                                   PACHULSKI STANG ZIEHL & JONES LLP
                                   Jeffrey N. Pomerantz, Esq.
                                   Andrew W. Caine, Esq.
                                   10100 Santa Monica Boulevard
                                   Los Angeles, California 90067-4100
                                   (310) 277-6910

                                             - and –

                                   Robert J. Feinstein, Esq.
                                   John A. Morris, Esq.
                                   PACHULSKI STANG ZIEHL & JONES LLP
                                   780 Third Avenue, 36th Floor
                                   New York, New York 10017
                                   (212) 561-7700

                                   Co-Counsel for the Circuit City Stores, Inc.
                                   Liquidating Trust