## EXHIBIT A

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 8 | American Power Conversion Corp. | 11087 | 3818 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 8 | Dirley L. Ball | 11102 11103 11104 11105 | 3906 | This matter is being set for a hearing on March 22, 2011 at 2:00 p.m. |
| 8 | Natalia Hilton | 11058 | 3965 | The Liquidating Trustee is withdrawing the objection without prejudice. |
| 9 | SimpleTech by Hatachi Global Storage Technologies f/k/a Simpletech A Fabrik Company | 11495 | 3821 3848 | The Liquidating Trustee has withdrawn the objection without prejudice. |
| 9 | Belkin International, Inc. | 11608 | 3851 3852 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 9 | Adam Drake | 12251 | 3896 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 10024 9722 10020 | 4106 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the February 9, 2011 hearing.

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 22 | Cormark, Inc. | 7304 | 4100 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| | | | | |
| | | | | |
| 30 | Gilbert Perez | 2707 | 4796 | This matter is set for hearing on February 24, 2011 at 2:00 p.m. |
| 30 | Keith Sanders | 2811 | 4798 | This matter is set for hearing on February 24, 2011 at 2:00 p.m. |
| 30 | Kristy Suler | 9990 | 4836 | This matter is set for hearing on February 24, 2011 at 2:00 p.m. |
| 30 | Melissa M. Gillard | 8522 | 4840 | This matter is set for hearing on February 24, 2011 at 2:00 p.m. |
| 30 | Melanie Finch | 1695 2023 | 5025 | This matter is set for hearing on February 24, 2011 at 2:00 p.m. |
| | | | | |
| 31 | Glenn Cordell Duncan | 2722 2725 | 4755 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 31 | Gary R. Lowe | 5144 | 4810 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 3548 | 4811 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 31 | Eisner, Roy | 3025 | 4821 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 31 | Jonathan Card | 6040 | 4823 4943 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 31 | Brad C. King | 3634 | 4842 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 7065 | 4899 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |

DOCS_LA:231214.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 31 | PNY Technologies | 1723 | 4907 | The Liquidating Trustee has withdrawn the objection without prejudice. |
| 31 | Antor Media Corporation | 6347 | 4926 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 31 | Joseph Skaf | 8717 | 4946 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 31 | Richard and Deborah Jaynes | 3427 | 4951 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 31 | Tanden A. Kibby | 6894 | 4972 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 31 | Leon Hurney | 10047 | 4973 | The Liquidating Trustee has withdrawn the objection without prejudice. |
| 31 | Unical Enterprises, Inc. | 6555 | 4975 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
|  |  |  |  |  |
| 33 | Sensormatic Electronic Corporation | 6317 | 4906 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
|  |  |  |  |  |
| 36 | Victoria L. Eastwood | 13994 | 4790 | This matter is being set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Douglas A. Daniluk | 4306 14056 | 4813 4814 | This matter is being set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Francis E. Telegadas | 5666 | 4824 | This matter is being set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Christopher N. Crowe | 3601 | 4826 | This matter is being set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Anne B. Fath | 8662 13935 | 4828 | This matter is being set for hearing on March 22, 2011 at 2:00 p.m. |

3

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 36 | Anne L. Thumann | 7067 | 4830 | The Liquidating Trustee has withdrawn this objection. |
| 36 | Stephen T. Saunders | 6825 | 4837 | This matter is being set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | David W. Phillips | 9315 | 4844 | This matter is being set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Corey Rachel | 9996 | 4852 | This matter is being set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Elizabeth R. Warren | 13527 4378 | 4910 | This matter is being set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | James Oldenburg | 8831 | 4949 | The Liquidating Trustee has withdrawn this objection. |
| 36 | Brian L. LaCoursiere | 4756 | 4952 | The Liquidating Trustee has withdrawn this objection. |
| 36 | Michael W. Beam | 13410 6022 | 4958 | This matter is being set for hearing on March 22, 2011 at 2:00 p.m.. |
| 36 | Marius S. Tataru | 4747 | 4960 | The Liquidating Trustee has withdrawn this objection. |
| 36 | Steven Draxler | 8735 | 4964 4965 | The Liquidating Trustee has withdrawn this objection. |
| 36 | Laura McDonald | 14432 8108 | 4969 4970 | This matter is being set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Kelli A. Groneck | 6973 | 4971 | The Liquidating Trustee has withdrawn this objection. |

4

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 36 | Karen Craig | 6214 | 5026 | The Liquidating Trustee has withdrawn this objection. |
| | | | | |
| 37 | Highlands County, Florida | 11636 | 4886 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to March 10, 2011 at 2:00 p.m. |
| 37 | City of Brighton, Michigan | 11213 13834 | 5065 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to March 10, 2011 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 13294 | 5098 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to March 10, 2011 at 2:00 p.m. |
| 37 | Pima County, AZ | 14083 | 5100 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to March 10, 2011 at 2:00 p.m. |
| 37 | Pierce County, Washington | 14033 14034 | 5111 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to March 10, 2011 at 2:00 p.m. |
| 37 | Los Angeles County | 13628 | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to March 10, 2011 at 2:00 p.m. |
| 37 | Monterey County | 14131 | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to March 10, 2011 at 2:00 p.m. |
| 37 | Placer County, California | 13291 | 4788 4932 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to March 10, 2011 at 2:00 p.m. |

DOCS_LA:231214.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 37 | Polk County Florida by Joe G. Tedder Tax Collector | 13070 | 4997 5011 | This matter has been resolved pursuant to procedures approved by this Court and the claimant has withdrawn this claim.  This matter may be removed from the Court's docket. |
| | | | | |
| 50 | Nyko Technologies, Inc. | 14596 | 5494 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| | | | | |
| 60 | Bruce Davis | 13286(A) | 5969 | This matter is set for hearing on February 24, 2011 at 2:00 p.m. |
| 60 | Mark Stewart | 9295(U) | 6082 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 60 | Ohio Bureau of Workers Compensation | 13646(A) | n/a | This matter is set for hearing on February 24, 2011 at 2:00 p.m. |
| | | | | |
| 70 | Albert Flowers, Jr. | 13204 | n/a | This matter is set for hearing on March 22, 2011 at 2:00 p.m. |
| 70 | SAP Retail Inc. | 12731 | n/a | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 70 | Curtiss McGough | 3439 | 7177 | This matter is set for hearing on February 24, 2011 at 2:00 p.m. |
| 70 | Mobile Edge | 3788 | 7237 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 70 | National Glass and Gate | 3302 | 7240 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |

DOCS_LA:231214.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 70 | Jamie Stack | 14139 | 7243 | The Liquidating Trustee has withdrawn the objection without prejudice. |
| 70 | Sarah Harris | 14314 | 7246 | The Liquidating Trustee has withdrawn the objection without prejudice. |
| 70 | Jeanne Hamby | 13896 | 7247 | The Liquidating Trustee has withdrawn the objection without prejudice. |
| 70 | Tribune Company and Los Angeles Times Newspapers Inc. | 13068 | 7255 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 70 | Seagate Technology LLC | 14087 | 7257 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 70 | Craig Dean Campbell | 1433 | 7260 | This matter is set for hearing on February 24, 2011 at 2:00 p.m. |
| | | | | |
| 74 | Duda, Kenneth R. | 13339 13402 | 7590 | The Liquidating Trustee has withdrawn this objection. |
| 74 | Thurmann, Anne | 14097 | 7623 | The Liquidating Trustee has withdrawn this objection. |
| 74 | Giordano, Patricia C. | 14338 | 7675 | The Liquidating Trustee has withdrawn this objection. |
| | | | | |

DOCS_LA:231214.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 76 | Lei, Yu-Liang | 13307 | 7584 | Before the Plan's Effective Date, this matter was resolved in principle, subject to completion of settlement documentation.  No such documentation was received before the Effective Date.  The Trust is reviewing the same.  Accordingly, the status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 76 | City of Avondale, Arizona | 14496 | 7771 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| | | | | |
| 78 | Metra Electronics Corporation | 14894 | 7681 | The status hearing on this response is adjourned to February 24, 2011 at 2:00 p.m. |
| | | | | |
| 79 | Foster, William | 2922 3001 | 7999 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 79 | Eisner, Joanne | 3852 | 8003 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 79 | Coleman, Dorothy | 2733 | 8016 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 79 | Blackshear, Brenda | 4333 | 8017 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 79 | Jardan, Sheila A. | 4006 | 8018 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 79 | Evans, Joe | 3600 | 8030 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |

DOCS_LA:231214.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 79 | Hornstra, Aaron | 14748 | 8031 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 79 | Fisher, Denise K. | 3544 | 8032 | The Liquidating Trustee has withdrawn this objection without prejudice. |
| 79 | Gibson, Thomas H. | 3995 | 8034 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 79 | Martinez, Anthony | 9060 | 8035 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 79 | Lopresti, Mary | 5401 | 8036 | The Liquidating Trustee has withdrawn this objection without prejudice. |
| 79 | Tully, M.D., Vincent | 1134 | 8041 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 79 | Rollins, James | 14825 | 8054 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 79 | Tinsley, Clementine | 4272 | 8055 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 79 | Gervasio, Emilio on behalf of minor Guiseppina Gervasio | 14444 | 8056 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| | | | | |
| 80 | Moncayo Settlement Class | 8280 | 8341 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| | | | | |
| 81 | iGate Global Solutions, Limited | 7478 | 8342 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |

9