UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                          )
                                                )
CIRCUIT CITY STORES, INC., et al.,              )     Case No. 08-35653-KRH
                                                )     Chapter 11
                      Debtors.                  )     (Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to Section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the law firm listed below appears as counsel for Horizon Technology, LLC ("Horizon"), a creditor and/or party-in-interest in each of the above captioned, jointly administered, Chapter 11 cases, and requests that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given and served upon the following:

> Sheila deLa Cruz, Esquire
> Hirschler Fleischer, PC
> Post Office Box 500
> Richmond, VA 23218-0500
> (804) 771-9530
> (804) 644-0957 (fax)
> sdelacruz@hf-law.com

---

Sheila deLa Cruz (VSB No. 65395)         Thomas O. Bean, Esq.
Hirschler Fleischer, P.C.                McDermott Will & Emery LLP
The Edgeworth Building                   28 State Street
2100 East Cary Street                    Boston, MA 02109-1775
Richmond, Virginia 23223                 Phone: (617) 535-4426
P.O. Box 500                             Facsimile: (617) 535-3800
Richmond, Virginia 23218-0500            Email: tbean@mwe.com
Phone: (804) 771-9500
Facsimile: (804) 644-0957
Email: sdelacruz@hf-law.com

*Counsel for Horizon Technology, LLC*

PLEASE TAKE FURTHER NOTICE, that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned debtors, their property, or their estates.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Notices and Documents* (the "Notice") nor any later appearance nor any pleading, proof of claim, claim, or suit shall constitute (a) a consent or waiver of Horizon to the jurisdiction of the Court over it for any purpose or (b) a waiver of Horizon of (i) the right to have final orders in noncore matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 8, 2011

HORIZON TECHNOLOGY, LLC

By:  /s/ Sheila deLa Cruz
       Counsel

Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

*Counsel for Horizon Technology, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2011, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Sheila deLa Cruz