**EXHIBIT B**

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>Debtors. | Case No. 08-35653-KRH<br>Chapter 11<br>(Jointly Administered) |

### ORDER APPROVING ADMISSION PRO HAC VICE OF THOMAS O. BEAN

This matter comes before the Court upon the Motion to Admit Thomas O. Bean *Pro Hac Vice* (the "Motion") filed by Sheila deLa Cruz, Esquire. The Motion requests the entry of an order approving the admission *pro hac vice* of Thomas O. Bean of the law firm of McDermott Will & Emery, LLP, for the purpose of representing Horizon Technology, LLC in the above-referenced bankruptcy case and the related adversary proceeding styled *Siegel v. Horizon Technology, LLC* (Adv. Pro. No. 10-03322) (the "Adversary Proceeding"). Based upon the representations set forth in the Motion and Mr. Bean's *pro hac vice* application, and finding it otherwise proper so to do, it is hereby:

**ORDERED** that Thomas O. Bean, Esquire, is hereby **ADMITTED** *pro hac vice* to practice before the Court in these bankruptcy proceedings and the Adversary Proceeding.

---

Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
Email: sdelacruz@hf-law.com

Thomas O. Bean, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109-1775
Phone: (617) 535-4426
Facsimile: (617) 535-3800
Email: tbean@mwe.com

*Counsel for Horizon Technology, LLC*

Dated: _____
Richmond, Virginia

                                                _____
                                                United States Bankruptcy Judge

                                                Entered on Docket: _____

I ask for this:


/s/ Sheila deLa Cruz
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957

*Local Counsel for Horizon Technology, LLC*

### CERTIFICATE OF ENDORSEMENT

      I hereby certify, under Local Rule 9022-1, that the foregoing Order has been endorsed by and/or served upon all necessary parties.

                                                  /s/ Sheila deLa Cruz
                                                       Local Counsel