UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

ORDER GRANTING MOTION PURSUANT TO
LBR 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE*

Upon the Motion (the "Motion") of John C. Smith, for the admission *pro hac vice* of Jeffrey D. Corso ("Mr. Corso") a lawyer whose address is 4925 Indiana Avenue, Lisle, Illinois 60532; it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED:

1. The Motion is GRANTED.

2. Mr. Corso is authorized to appear and practice *pro hac vice* as counsel to Sennco Solutions, Inc. in the above-captioned matter and all related adversary proceedings.

Jeffrey D. Corso (pro hac vice request pending)  
Cooney & Corso, LLC  
4925 Indiana Avenue  
Lisle, IL 60532  
Telephone: (630) 336-7398  
Fax: (630) 324-7801  
Counsel for Sennco Solutions, Inc.

John C. Smith (VSB # 44556)  
DurretteBradshaw PLC  
Bank of America Center,  
1111 East Main Street, 16th Floor  
Richmond, VA 23219  
Telephone: (804) 775-6900  
Fax: (804) 775-6911  
Local Counsel

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

ENTERED: _____

United States Bankruptcy Court Judge

ENTERED ON DOCKET:

I ask for this:

 /s/ John C. Smith_____
John C. Smith (VSB # 44556)
DurretteBradshaw PLC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
(804) 775-6900 Telephone
(804) 775-6911 Facsimile
Local Counsel for Sennco Solutions, Inc.

**LBR 9022-1(C)(1) Certification**

I hereby certify that the foregoing proposed order has been endorsed by all necessary parties.

 /s/ John C. Smith_____

COPIES TO:

John C. Smith, Esq.
DURRETTEBRADSHAW PLC
1111 East Main Street, 16th Floor
Richmond, VA 23219

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Jeffrey Pomerantz, Esq.
Andrew Caine, Esq.
(admitted *pro hace vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4100

Robert Feinstein, Esq.
John Morris, Esq.
(admitted *pro hace vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Jeffrey S. Corso, Esq.
COONEY & CORSO, LLC
4925 Indiana Avenue
Lisle, Illinois 60532