UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:                                              :
                                                    :    Chapter 11
Circuit City Stores, Inc., et al.,                  :
                                                    :    Case No. 08-35653
                                                    :
                              Debtors.              :    (Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Absolute Computer Solutions, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim No. 5095), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address                          New Address

Absolute Computer Solutions             Absolute Computer Solutions
Jose Rodriguez                          c/o Liquidity Solutions, Inc
8939 NW 23rd Street                     One University Plaza, Suite 312
Rock Hill, SC 29732                     Hackensack, New Jersey 07601

I declare under penalty of perjury that the foregoing is true and correct.

Absolute Computer Solutions

By: _____

Its: PRESIDENT

Date: 2.8.11

Patricia Goins
COMMISSION # DD897412
EXPIRES: JUN. 08, 2013
WWW.AARONNOTARY.com

Notary Public