UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **CIRCUIT CITY STORES, INC., et al.,** ) | Case No. 08-35653-KRH |
| ) | **Chapter 11** |
| **Debtors,** ) | **Jointly Administered** |
| ) | |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*
OF SAMUEL CONRAD WISOTZKEY**

Upon consideration of the Motion of Richard I. Hutson for an Order Granting Admission *Pro Hac Vice* of Samuel Conrad Wisotzkey (the "Motion") and the Application To Qualify As A Foreign Attorney under Local Bankruptcy Rule 2090-1(E)(2); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S. C. § 1334; and in consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157; and due and proper notice of the Motion having been provided under the circumstances and it appearing that no further notice need be provided; and the Court having reviewed the Motion and determined that the legal and factual bases set forth in the Motion establish just cause for th relief granted herein; and upon all the proceedings had before the Court sufficient cause appearing; therefore, it is,

**ORDERED**, that the Motion is granted; it is further

**ORDERED**, that Samuel Conrad Wisotzkey is permitted to appear and practice *pro hac vice* in the above-captioned Chapter 11 cases on behalf of Journal Sentinel, Inc.

Dated: _____

                                        Kevin R. Huennekens
                                        United States Bankruptcy Judge


                                        Entered on Docket: _____

I ask for this:

  /s/ Richard I. Hutson
Richard I. Hutson
VSB No. 71097
WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A.
4 Reservoir Circle
Baltimore, MD 21208
Telephone (410) 559-9000
e-mail: rhutson@weinstocklegal.com
*Counsel for Journal Sentinel, Inc.*

## Local Rule 9022-1(C) Certification

      The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


                                           /s/ Richard I. Hutson
                                           Richard I. Hutson

**SERVICE LIST**

cc: Richard I. Hutson, Esq.
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, MD 21208

Samuel C. Wisotzkey
Kohner, Mann & Kailas, S.C.
4650 N. Port Washington Rd.
Washington Bldg., 2nd Fl.
Milaukee, WI 53212-1059

W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Lynn L. Tavenner
Paula S. Beran
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017