| | |
|---|---|
| Michael A. Condyles  (VA 27807) | Henry S. David (CA 89297) |
| Jeremy S. Williams (VA 77469) | SNELL & WILMER LLP |
| KUTAK ROCK LLP | 350 S. Grand Ave., 26th Fl. |
| Bank of America Center | Los Angeles, CA 90071 |
| 1111 East Main Street, 8th Floor | Telephone:  (213) 929-2500 |
| Richmond, Virginia 23219 | Facsimile:   (213) 929-2525 |
| Telephone: (804) 644-1700 | (*pro hac* motion pending) |
| Facsimile:  (804) 783-6192 | |
| *Counsel for Epson America, Inc.* | |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re | Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC. et al., | Chapter 11 |
| Debtors. | |

## NOTICE OF APPEARANCE PURSUANT TO
## RULE 9010 AND REQUEST FOR NOTICE

Kutak Rock LLP (the "Firm") notes its appearance as counsel for Epson America, Inc. ("Epson America"), pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure.  Epson America an interested party and the Firm requests that copies of all notices and papers filed in this case, including any notices required to be served under Rule 2002 of the Federal Rules of Bankruptcy Procedure, be served on the following person at the address indicated below:

> Michael A. Condyles, Esquire
> Jeremy S. Williams, Esquire
> Kutak Rock LLP
> 1111 East Main Street, Suite 800
> Richmond, Virginia 23219-3500
> michael.condyles@kutakrock.com
> jeremy.williams@kutakrock.com

**EPSON AMERICA, INC.**

By:    /s/ Michael A. Condyles
                Counsel

4822-2428-3400.1

2

## CERTIFICATE OF SERVICE

       Pursuant to the Local Rules of this Court, I certify under penalty of perjury that on the 9th day of February 2011, a true and exact copy of the foregoing Notice was served on all necessary parties via the court's ECF system.

                       /s/ Michael A. Condyles