IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                      :
In re:                                        :         Chapter 11
                                                      :
CIRCUIT CITY STORES, INC., et al.,    :         Case No. 08-35653-KRH
                                                      :         Jointly Administered
                Debtors.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**MOTION FOR ADMISSION
PRO HAC VICE OF BRIAN R. ANDERSON**

Augustus C. Epps, Jr. ("Movant"), hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E), to enter an order authorizing Brian R. Anderson ("Applicant") of the firm of Nelson Mullins Riley & Scarborough LLP, to appear *pro hac vice* in the above-referenced bankruptcy cases before the United States Bankruptcy Court for the Eastern District of Virginia (collectively, the "Bankruptcy Case") to represent Kost Klip Manufacturing, Ltd. In support of this Motion, Movant states as follows:

1.      Movant is a member in good standing of the Bar of the Supreme Court of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2.      The Applicant is a member in good standing of the State Bar of North Carolina. There are no disciplinary proceedings pending against the Applicant in any jurisdiction in which he is admitted to practice. See Exhibit A attached hereto.

---

Augustus C. Epps, Jr. (VSB No. 13254)
Jennifer M. McLemore (VSB No. 47164)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: 804-697-4104
Facsimile: 804-697-6104

Movant

3. Movant requests that this Court authorize the Applicant to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case (and related proceedings) on behalf of Kost Klip Manufacturing, Ltd.

4. Movant and his firm will serve as co-counsel with the Applicant in the Bankruptcy Case (and related proceedings).

5. The Applicant's Application is appended to this Motion as Exhibit A and incorporated by reference herein.

6. Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

WHEREFORE, Movant respectfully requests that this Court enter an Order authorizing Brian R. Anderson to appear *pro hac vice* in the Bankruptcy Cases and related proceedings and grant Movant such other and further relief as is just.

Dated:  February 10, 2011

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr., Movant

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:  804-697-4104
Facsimile:  804-697-6104

Movant

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2011, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Brian R. Anderson was served on all persons receiving electronic notice in these cases and by email or fax to the following:

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

- and –

Jeffrey N. Pomerantz, Esquire
Andrew W. Caine, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

- and –

Robert J. Feinstein, Esquire
John A. Morris, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017


/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.

1124831v1