IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

----------------------------------------------------------------x
:
In re:                                    :    Chapter 11
                                          :
                                          :    Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,                :
et al.,                                   :
                                          :    Jointly Administered
            Debtors.[1]                   :
                                          :
                                          :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Hugo A. Maida, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before January 27, 2011, the parties set forth on the service list attached hereto as **Exhibit A** were served with a copy of the document(s) referenced on **Exhibit A** along with a customized Notice of Rejection of Notice of Transfer form, attached hereto as **Exhibit B** via First Class Mail.

Dated: January 27, 2011

_____
Hugo A. Maida

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 27th day of January, 2011, by Hugo A. Maida, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



MICHELLE CRUZ
Commission # 1875517
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

# EXHIBIT A

Exhibit A
Rule 3001(e)(1) - 3001(e)(4) Rejected

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Docket Number |
|---|---|---|---|---|---|---|---|---|
| Transferor | Mall Del Norte LLC | c o Scott M Shaw | Husch Blackwell Sanders LLP | 2030 Hamilton Pl Blvd Ste 150 | Chattanooga | TN | 37421 | 9772 |
| Transferee | MDN II Limited Partnership | Scott M Shaw Esq | 736 Georgia Ave Ste 300 | | Chattanooga | TN | 37402 | 9772 |
| Transferor | Coventry II DDR Buena Park Place LP | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9773 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9773 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9773 |
| Transferor | Riverdale Retail Associates LC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9774 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9774 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9774 |
| Transferor | DDRM Hilltop Plaza LP | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9775 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9775 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9775 |
| Transferor | DDR Southeast Vero Beach LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9776 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9776 |
| Notice Party | DDR Southeast Vero Beach LLC | Developers Diversified Realty Corporation | Attn Eric C Cotton | 3300 Enterprise Pkwy | Beachwood | OH | 44122 | 9776 |
| Transferor | DDR Homestead LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9777 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9777 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9777 |
| Transferor | DDRTC Creeks At Virginia Center LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9778 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9778 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9778 |
| Transferor | DDR Crossroads Center LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9779 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9779 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9779 |
| Transferor | SM Newco Hattiesburg LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9780 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9780 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9780 |
| Transferor | DDR Southeast Dothan LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9781 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9781 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9781 |
| Transferor | Inland Sau Greenville Point LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9782 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9782 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9782 |
| Transferor | BFW Pike Associates LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9783 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9783 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9783 |
| Transferor | DDRTC Sycamore Commons LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9784 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9784 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9784 |
| Transferor | DDR Southeast Cary LLC | Attn James S Carr Esq and Robert L LeHane Esq | | 101 Park Ave | New York | NY | 10178 | 9785 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9785 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9785 |
| Transferor | DDR Southeast Union LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9786 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9786 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9786 |
| Transferor | DDR Miami Avenue LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9787 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9787 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9787 |
| Transferor | DDR Southeast Olympia DST | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9788 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9788 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9788 |
| Transferor | DDRC Walks at Highwood Preserve I LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9789 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9789 |

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Docket Number |
|---|---|---|---|---|---|---|---|---|
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9789 |
| Transferor | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9790 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9790 |
| Notice Party | Kelley Drye & Warren LLP | Attn James S Carr & Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 | 9790 |
| Transferor | DDRTC Columbiana Station I LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9791 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9791 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9791 |
| Transferor | DDR Horseheads LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9792 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9792 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9792 |
| Transferor | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9793 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9793 |
| Notice Party | Kelley Drye & Warren LLP | Attn James S Carr & Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 | 9793 |
| Transferor | DDR SAU Wendover Phase II LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9794 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9794 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9794 |
| Transferor | JDN Realty Corporation | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9795 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9795 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9795 |
| Transferor | GS Erie LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9796 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9796 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9796 |
| Transferor | DDRTC Newnan Pavilion LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9797 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9797 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9797 |
| Transferor | DDR Southeast Loisdale LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9798 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9798 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9798 |
| Transferor | DDRTC McFarland Plaza LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9799 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9799 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9799 |
| Transferor | DDR Southeast Snellville LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9800 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9800 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9800 |
| Transferor | DDR Southeast Rome LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9801 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9801 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9801 |
| Transferor | Coventry II DDR Merriam Village LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9802 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9802 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9802 |
| Transferor | DDR 1st Carolina Crossings South LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9803 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9803 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9803 |
| Transferor | DDRTC Southlake Pavilion LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9804 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9804 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9804 |
| Transferor | DDRTC CC Plaza LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9805 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9805 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9805 |
| Transferor | DDRTC T & C LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9806 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9806 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9806 |

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Docket Number |
|---|---|---|---|---|---|---|---|---|
| Transferor | DDR Southeast Highlands Ranch | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9807 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9807 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9807 |
| Transferor | DDRM Skyview Plaza LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9808 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9808 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9808 |
| Transferor | GSII Brook Highland LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9809 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9809 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9809 |
| Transferor | DDR MDT Asheville River Hills | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9810 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9810 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9810 |
| Transferor | DDR MDT Woodfield Village LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9811 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9811 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9811 |
| Transferor | DDR Union Consumer Square LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9812 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9812 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9812 |
| Transferor | DDR MDT Monaca Township Marketplace LLC | Attn James S Carr Esq and Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 9813 |
| Transferee | Jefferies Leveraged Credit Products LLC | Attn Robert K Minkoff | One Station Pl Three N | | Stamford | CT | 06902 | 9813 |
| Notice Party | Developers Diversified Realty Corporation | Attn Eric C Cotton Associate General Counsel | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | 9813 |
| Transferor | Raymond & Main Retail LLC | Attn Craig Zarro | c o Preferred Capital Advisors | 555 Capital Mall Ste 200 | Sacramento | CA | 95819 | 9871 |
| Transferee | Panattoni Construction Inc | | CVM Law Group LLP | 34 Telsa Ste 110 | Irvine | CA | 92618 | 9871 |
| Notice Party | Panattoni Construction Inc | | 8775 Folsom Blvd Ste 100 | | Sacramento | CA | 95826 | 9871 |
| Transferor | All About Wiring | | PO Box 36486 | | Rock Hill | SC | 29732 | 9874 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | Hackensack | NJ | 07601 | 9874 |
| Transferor | Carma International | | 1615 M St NW Ste 750 | | Washington | DC | 20036 | 9879 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | Hackensack | NJ | 07601 | 9879 |

# EXHIBIT B

# **<u>NOTICE OF REJECTION OF NOTICE OF TRANSFER</u>**

|       |                              |
|-------|------------------------------|
| TO:   | Transferee                   |
|       | Transferee Address           |
| CC:   | Transferor                   |
|       | Transferor Address           |
|       | Notice Party (if applicable) |
| FROM: | Joseph Johnson               |
| DATE: |                              |
| RE:   | Notice of Rejection of Notice of Transfer |

Kurtzman Carson Consultants LLC, the Court-appointed claims agent in the matter of **Circuit City Stores, Inc., Case No. 08-35653 (KRH)** has been charged with the duty of maintaining the Court's claims register. We are in receipt of Notices of Transfer (the "NOT") received from your establishment asserting that claims or interest of creditors or interest holders (the "Creditor") in this matter has been transferred to your ownership. As claims management requires exacting standards in order to provide the Court with an error-free claims register in every instance, please understand that we cannot accept and process your NOT for the following reason(s):

_x_    The NOT was filed after the Distribution Record Date and is therefore untimely pursuant to Articles VI.L and I.B. 1.59 of the Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims.

____    The NOT is not accompanied by documentation evidencing agreement to transfer the claim.

____    The NOT asserts that it transfers a proof of claim or scheduled liability for a certain amount; however, the claims register does not reflect a claim or scheduled liability equal to said amount.

____    The NOT asserts that it transfers a proof of claim or scheduled liability from the aboved listed transferee; however, the transferee is not the current owner of the proof of claim or scheduled liability.

____    The NOT asserts that it transfers a proof of claim or scheduled liability with respect to a specific case name or number; however the identified creditor does not have a claim or interest with respect to said case name or number.

____    The NOT asserts that it transfers a proof of claim or scheduled liability which has previously been effectuated.

We have attached hereto for your convenience a copy of the NOT that we received. If you have any questions, please do not hesitate to contact **Joseph Johnson** at 310-776-7317.