IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

------------------------------------------------------------- x
In re:                                                         :   Chapter 11
                                                               :
                                                               :   Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,                                     :
et al.,                                                        :
                                                               :   Jointly Administered
                          Debtors.[1]                          :
                                                               :
------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

I, Liam S. Mc. Humble, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On February 3, 2011, the parties set forth on the service list attached hereto as **Exhibit A** were served with a copy of the document(s) referenced on **Exhibit A** along with a customized Notice of Rejection of Notice of Transfer form, attached hereto as **Exhibit B** via First Class Mail.

Dated: February 4, 2011

Liam S. Mc. Humble

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 4th day of February, 2011, by Liam S. Mc. Humble, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Michelle_



MICHELLE CRUZ
Commission # 1875517
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), PRAHS, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Party Description | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Docket Number |
|---|---|---|---|---|---|---|---|---|---|
| Transferor | VonWin Capital Management LP | Attn Roger Von Spiegel Managing Director | 261 Fifth Ave 22nd Fl | | | New York | NY | 10016-7701 | 9885 |
| Transferee | American Future Technology | Attn Darren Su VP | 11581 Federal Dr | | | El Monte | CA | 91731 | 9885 |
| Transferor | CDB Falcon Sunland Plaza LP | Mark Stromberg Esq | Stromberg & Associates PC | Two Lincoln Centre | 5420 LBJ Freeway Ste 300 | Dallas | TX | 75240 | 9891 |
| Transferee | IMCC Sunland LLC | c o Art Rendak | Inland Mortgage Capital Corporation | 2901 Butterfield Rd | | Oak Brook | IL | 60523 | 9891 |
| Notice Party | P Matthew Roberts VSB70259 | Berkeley & DeGaetani | 1301 N Hamilton St Ste 200 | | | Richmond | VA | 23230 | 9891 |
| Notice Party | CDB Falcon Sunland Plaza LP | | 17400 Dallas Pkwy Ste 216 | | | Dallas | TX | 75248 | 9891 |
| Notice Party | Jennifer M McLemore | | Christian & Barton LLP | 909 E Main St Ste 1200 | | Richmond | VA | 23219-3095 | 9891 |
| Transferor | CDB Falcon Sunland Plaza LP | | 17400 Dallas Pkwy Ste 216 | | | Dallas | TX | 75248 | 9892 |
| Transferee | IMCC Sunland LLC | c o Art Rendak | Inland Mortgage Capital Corporation | 2901 Butterfield Rd | | Oak Brook | IL | 60523 | 9892 |
| Notice Party | Stromberg & Associates | Counsel for CDB Falcon Sunland Plaza LP | 2 Lincoln Centre | 5420 LBJ Fwy Ste 300 | | Dallas | TX | 75240 | 9892 |
| Notice Party | Jennifer M McLemore | | Christian & Barton LLP | 909 E Main St Ste 1200 | | Richmond | VA | 23219-3095 | 9892 |

# EXHIBIT B

# NOTICE OF REJECTION OF NOTICE OF TRANSFER

| | |
|---|---|
| TO: | Transferee |
| | Transferee Address |
| CC: | Transferor |
| | Transferor Address |
| | Notice Party (if applicable) |
| FROM: | Joseph Johnson |
| DATE: | |
| RE: | Notice of Rejection of Notice of Transfer |

Kurtzman Carson Consultants LLC, the Court-appointed claims agent in the matter of **Circuit City Stores, Inc., Case No. 08-35653 (KRH)** has been charged with the duty of maintaining the Court's claims register. We are in receipt of Notices of Transfer (the "NOT") received from your establishment asserting that claims or interest of creditors or interest holders (the "Creditor") in this matter has been transferred to your ownership. As claims management requires exacting standards in order to provide the Court with an error-free claims register in every instance, please understand that we cannot accept and process your NOT for the following reason(s):

_x_   The NOT was filed after the Distribution Record Date and is therefore untimely pursuant to Articles VI.L and I.B. 1.59 of the Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims.

____   The NOT is not accompanied by documentation evidencing agreement to transfer the claim.

____   The NOT asserts that it transfers a proof of claim or scheduled liability for a certain amount; however, the claims register does not reflect a claim or scheduled liability equal to said amount.

____   The NOT asserts that it transfers a proof of claim or scheduled liability from the aboved listed transferee; however, the transferee is not the current owner of the proof of claim or scheduled liability.

____   The NOT asserts that it transfers a proof of claim or scheduled liability with respect to a specific case name or number; however the identified creditor does not have a claim or interest with respect to said case name or number.

____   The NOT asserts that it transfers a proof of claim or scheduled liability which has previously been effectuated.

We have attached hereto for your convenience a copy of the NOT that we received. If you have any questions, please do not hesitate to contact **Joseph Johnson** at 310-776-7317.