UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653 (KRH) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF SEAN R. FLANAGAN

Upon consideration of the Application for Admission *pro hac vice* of Sean R. Flanagan, and it appearing that the Application having been served upon counsel for Circuit City Stores, Inc., *et al.* (collectively the "Debtors"), the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefor, it is this ____ day of February 2011, hereby,

**ORDERED**, that pursuant to the requirements of Local Bankruptcy Rule 2090-1(E)(2), Sean R. Flanagan be and is hereby permitted to appear and be heard *pro hac vice* as counsel to Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust in the jointly administered Chapter 11 bankruptcy cases commenced by the Debtors and in certain related adversary proceedings.

_____

We ask for this:

**TAVENNER & BERAN, P.L.C.**

By: ___/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

CERTIFICATION

I hereby certify that a copy of the foregoing Order has been endorsed by all necessary parties.

__/s/ Paula S. Beran_____
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219