IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>Debtors. | Case No. 08-35653-KRH<br>Chapter 11<br>(Jointly Administered) |

### ORDER APPROVING ADMISSION PRO HAC VICE OF THOMAS O. BEAN

This matter comes before the Court upon the Motion to Admit Thomas O. Bean *Pro Hac Vice* (the "Motion") filed by Sheila deLa Cruz, Esquire. The Motion requests the entry of an order approving the admission *pro hac vice* of Thomas O. Bean of the law firm of McDermott Will & Emery, LLP, for the purpose of representing Horizon Technology, LLC in the above-referenced bankruptcy case and the related adversary proceeding styled *Siegel v. Horizon Technology, LLC* (Adv. Pro. No. 10-03322) (the "Adversary Proceeding"). Based upon the representations set forth in the Motion and Mr. Bean's *pro hac vice* application, and finding it otherwise proper so to do, it is hereby:

**ORDERED** that Thomas O. Bean, Esquire, is hereby **ADMITTED** *pro hac vice* to practice before the Court in these bankruptcy proceedings and the Adversary Proceeding.

---

| | |
|---|---|
| Sheila deLa Cruz (VSB No. 65395)<br>Hirschler Fleischer, P.C.<br>The Edgeworth Building<br>2100 East Cary Street<br>Richmond, Virginia 23223<br>P.O. Box 500<br>Richmond, Virginia 23218-0500<br>Phone: (804) 771-9500<br>Facsimile: (804) 644-0957<br>Email: sdelacruz@hf-law.com | Thomas O. Bean, Esq.<br>McDermott Will & Emery LLP<br>28 State Street<br>Boston, MA 02109-1775<br>Phone: (617) 535-4426<br>Facsimile: (617) 535-3800<br>Email: tbean@mwe.com |

*Counsel for Horizon Technology, LLC*

Dated: _____
Richmond, Virginia

                                           _____
                                           United States Bankruptcy Judge


                                         Entered on Docket: _____

I ask for this:


  /s/  Sheila deLa Cruz_____
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957

*Local Counsel for Horizon Technology, LLC*

## CERTIFICATE OF ENDORSEMENT

     I hereby certify, under Local Rule 9022-1, that the foregoing Order has been endorsed by and/or served upon all necessary parties.


                                       _____/s/ Sheila deLa Cruz_____
                                                     Local Counsel