IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re:                                              :    Chapter 11
:
CIRCUIT CITY STORES, INC., et al.,    :    Case No. 08-35653-KRH
:    Jointly Administered
Debtors.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER APPROVING ADMISSION
PRO HAC VICE OF BRIAN R. ANDERSON

This matter comes before the Court upon the Motion of Augustus C. Epps, Jr., requesting entry of an order approving the admission *pro hac vice* of Brian R. Anderson of the firm of Nelson Mullins Riley & Scarborough LLP, to represent the interests of Kost Klip Manufacturing, Ltd. in these proceedings. Based upon the representations set forth in the Motion and finding the Motion to be in order, and finding it otherwise proper so to do, the Court

ORDERS that Brian R. Anderson be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

ENTER:         /    /

_____
United States Bankruptcy Judge

---

Augustus C. Epps, Jr. (VSB No. 13254)
Jennifer M. McLemore (VSB No. 47164)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:  804-697-4104
Facsimile:  804-697-6104

Movant

I ask for this:

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 2319-3095
(804) 697-4104 (Telephone)
(804) 697-6104 (Facsimile)

Movant

## CERTIFICATE

I hereby certify that the foregoing Order has been endorsed by all necessary counsel.

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.

## **S E R V I C E  L I S T**

Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095

Brian R. Anderson, Esquire
Nelson Mullins Riley & Scarborough LLP
The Knollwood, Suite 530
380 Knollwood Street
Winston-Salem, NC 27103

1124832v1