BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
Telephone: (202) 861-1500
Facsimile: (202) 861-1783
Donald A. Workman (DC 443778)
Email dworkman@bakerlaw.com
Christopher J. Giaimo (DC 45897)
Email cgiaimo@bakerlaw.com
Ambika Biggs (VA 70807)
Email abiggs@bakerlaw.com

Counsel for Buffalo Technology (USA), Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | Case No. 08-35653 (KRH) |
| ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., ) | |
| Debtors. ) | (Jointly Administered) |
| _____ ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Buffalo Technology (USA), Inc. ("Buffalo"), by its counsel, Baker & Hostetler LLP, hereby enters its appearance in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that, pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rules 2002 and 9007, notice of all matters arising in the case and all papers served or required to be served in the case, be given to and served upon counsel at the address set forth below:

Donald A. Workman, Esq.
Christopher J. Giaimo, Esq.
Ambika Biggs, Esq.
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, D.C. 20036
Telephone: (202) 861-1500
Facsimile: (202) 861-1783
Email: dworkman@bakerlaw.com
Email: cgiaimo@bakerlaw.com
Email: abiggs@bakerlaw.com

PLEASE TAKE FURTHER NOTICE that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed electronically or by mail, courier service, hand-delivery, telephone, facsimile transmissions, telegraph, telex, or otherwise (1) that affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, including Buffalo, with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by Buffalo.  Donald A. Workman of Baker & Hostetler LLP requests that his name be added to the mailing matrix.

PLEASE TAKE FURTHER NOTICE that Buffalo intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) Buffalo's right to have final orders in non-core matters entered only after de novo review by a District Judge; (2) Buffalo's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) Buffalo's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Buffalo is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Buffalo expressly reserves.

DATE: February 11, 2011

        /s/ Donald A. Workman
Donald A. Workman (DC Bar 443778)
Email: dworkman@bakerlaw.com
Christopher J. Giaimo (DC Bar 45897)
Email: cgiaimo@bakerlaw.com
Ambika Biggs (VA Bar 70807)
Email: abiggs@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
Telephone: 202-861-1500
Facsimile: 202-861-1783

Counsel for Buffalo Technology (USA), Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th of February 2011, I caused a copy of the foregoing NOTICE OF APPEARANCE to be served by electronic delivery to those persons noted on the Notice of Electronic Filing generated by the CM/ECF.

        /s/ Donald A. Workman
        Donald A. Workman