**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

In re:

CIRCUIT CITY STORES, INC., *et al.*,

                Debtors.

Case No. 08-35653-KRH
Chapter 11
(Jointly Administered)

### ORDER APPROVING ADMISSION PRO HAC VICE OF THOMAS O. BEAN

This matter comes before the Court upon the Motion to Admit Thomas O. Bean *Pro Hac Vice* (the "Motion") filed by Sheila deLa Cruz, Esquire. The Motion requests the entry of an order approving the admission *pro hac vice* of Thomas O. Bean of the law firm of McDermott Will & Emery, LLP, for the purpose of representing Horizon Technology, LLC in the above-referenced bankruptcy case and the related adversary proceeding styled *Siegel v. Horizon Technology, LLC* (Adv. Pro. No. 10-03322) (the "Adversary Proceeding"). Based upon the representations set forth in the Motion and Mr. Bean's *pro hac vice* application, and finding it otherwise proper so to do, it is hereby:

**ORDERED** that Thomas O. Bean, Esquire, is hereby **ADMITTED** *pro hac vice* to practice before the Court in these bankruptcy proceedings and the Adversary Proceeding.

_____
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
Email: sdelacruz@hf-law.com

Thomas O. Bean, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109-1775
Phone: (617) 535-4426
Facsimile: (617) 535-3800
Email: tbean@mwe.com

*Counsel for Horizon Technology, LLC*

Dated: Feb 10 2011
Richmond, Virginia

/s/ Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket: Feb 11 2011

I ask for this:

/s/ Sheila deLa Cruz
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957

*Local Counsel for Horizon Technology, LLC*

## CERTIFICATE OF ENDORSEMENT

I hereby certify, under Local Rule 9022-1, that the foregoing Order has been endorsed by and/or served upon all necessary parties.

/s/ Sheila deLa Cruz
Local Counsel

# CERTIFICATE OF NOTICE

```
District/off: 0422-7         User: frenchs           Page 1 of 1           Date Rcvd: Feb 11, 2011
Case: 08-35653               Form ID: pdforder       Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 13, 2011.
        Thomas O. Bean,   28 State Street,    Boston, MA   02109-1775

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2011**                          **Signature:** _Joseph Speetjens_