**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
**In re:** : Chapter 11
:
**CIRCUIT CITY STORES, INC., et al.,** : Case No. 08-35653-KRH
: Jointly Administered
**Debtors.** :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER APPROVING ADMISSION
## PRO HAC VICE OF BRIAN R. ANDERSON

This matter comes before the Court upon the Motion of Augustus C. Epps, Jr., requesting entry of an order approving the admission *pro hac vice* of Brian R. Anderson of the firm of Nelson Mullins Riley & Scarborough LLP, to represent the interests of Kost Klip Manufacturing, Ltd. in these proceedings. Based upon the representations set forth in the Motion and finding the Motion to be in order, and finding it otherwise proper so to do, the Court

ORDERS that Brian R. Anderson be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

ENTER: Feb 10 2011

/s/ Kevin R. Huennekens
United States Bankruptcy Judge

Entered on docket: Feb 11 2011

_____
Augustus C. Epps, Jr. (VSB No. 13254)
Jennifer M. McLemore (VSB No. 47164)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: 804-697-4104
Facsimile: 804-697-6104

Movant

I ask for this:

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 2319-3095
(804) 697-4104 (Telephone)
(804) 697-6104 (Facsimile)

Movant

## **CERTIFICATE**

I hereby certify that the foregoing Order has been endorsed by all necessary counsel.

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.

## S E R V I C E  L I S T

Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095

Brian R. Anderson, Esquire
Nelson Mullins Riley & Scarborough LLP
The Knollwood, Suite 530
380 Knollwood Street
Winston-Salem, NC 27103

1124832v1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs                Page 1 of 1                  Date Rcvd: Feb 11, 2011
Case: 08-35653                 Form ID: pdforder            Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 13, 2011.
       +Brian R. Anderson,   Nelson Mullins Riley & Scarborough,    The Knollwood, Suite 530,    380 Knollwood Street,    Winston-Salem, NC 27103-1884

The following entities were noticed by electronic transmission.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 13, 2011**        **Signature:** _/s/ Joseph Speetjens_