**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
www.ctlegalsolutions.com

RICHMOND DIVISION
FILED
FEB 1 4 2011
FILED
CLERK
U.S. BANKRUPTCY COURT

February 09, 2011

Paula S. Beran
Tavenner & Beran, PLC
20 North Eight Street, 2nd Floor,
Richmond, VA 23219

Re: In re: Circuit City Stores, Inc., et al., Debtors // To: Maytag Services, LLC

Case No. 08-35653-KRH

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Maytag Services, LLC. Currently, the state lists Corporation Service Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Scott LaScala
Section Head Process

Log# 517978356

FedEx Tracking# 796745472960

cc: United States Bankruptcy Court - Eastern District
701 E. Broad Street,
Suite 4000,
Richmond, VA 23219-3515