# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.          Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**                    **Source Interlink Distribution LLC**
Name of Transferee                           Name of Transferor

Name and Address where notices to transferee      Name and Current Address of Transferor
should be sent

**Contrarian Funds, LLC**                    **Source Interlink Distribution LLC**
411 West Putnam Ave., Ste. 425               27500 Riverview Center Blvd, Ste 400
Greenwich, CT 06830                          Bonita Springs, FL 34134
Attn: Alisa Mumola
Phone 203-862-8211

**Claim No. 9640 filed for $11,646,519.00, allowed for $8,423,344.31**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____          Date: _____February 15, 2011_____
        Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Alliance Entertainment LLC, now known as Source Interlink Distribution, LLC, a Delaware limited liability company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 11, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim") in the principal amount of $11,646,519 against Circuit City Stores, Inc., et al (the "Debtors") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, case no. 08-35653 as evidenced by Proof of Claim number 9640. The Claim has been allowed in the amount of $8,423,344.31 pursuant to that certain Settlement Agreement and Stipulation by and among the Debtors, Alliance Entertainment LLC, now known as Source Interlink Distribution, LLC, and Source Interlink Media, LLC Resolving Debtors' Omnibus Objections to Claims and Other Related Matters entered into between the Assignor and the Debtors dated as of June 14, 2010.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 11th day of February 2011.

**(Assignor)**
ALLIANCE ENTERTAINMENT LLC, NOW KNOWN AS SOURCE INTERLINK DISTRIBUTION, LLC

By: _____
Name:    Source Interlink Companies, Inc., Sole Member, John Bode, Chief Financial Officer

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., as manager

By: _____
Name: _____
Title: _____

**(Assignor)**
**WITNESS:**

By: _____
Name: _____
Title: _____

## EVIDENCE OF TRANSFER OF CLAIM

Alliance Entertainment LLC, now known as Source Interlink Distribution, LLC, a [PLEASE PROVIDE] limited liability company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 1ᵗʰ 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim") in the principal amount of $11,646,519 against Circuit City Stores, Inc., et al (the "Debtors") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, case no. 08-35653 as evidenced by Proof of Claim number 9640. The Claim has been allowed in the amount of $8,423,344.31 pursuant to that certain Settlement Agreement and Stipulation by and among the Debtors, Alliance Entertainment LLC, now known as Source Interlink Distribution, LLC, and Source Interlink Media, LLC Resolving Debtors' Omnibus Objections to Claims and Other Related Matters entered into between the Assignor and the Debtors dated as of June 14, 2010.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this ____ day of February 2011.

**(Assignor)**
ALLIANCE ENTERTAINMENT LLC, NOW
KNOWN AS SOURCE INTERLINK
DISTRIBUTION, LLC

By: _____
Name: _____
Title: _____

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____ MICHAEL NRESTIFO
Name: _____ CFO/MEMBER
Title: _____

**(Assignor)**
**WITNESS:**

By: _____

Name: _____

Title: _____

84503246