# United States Bankruptcy Court
### Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.          Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Source Interlink Media LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **Source Interlink Media LLC**<br>c/o Source Interlink Companies Inc<br>27500 Riverview Center Blvd, Ste 400<br>Bonita Springs, FL 34134 |

**Claim No. 9637 filed for $875,724.31, allowed for $518,217.10**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____February 15, 2011_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Source Interlink Media, LLC, a Delaware limited liability company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 11, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim") in the principal amount of $875,724.31 against Circuit City Stores, Inc., et al (the "Debtors") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, case no. 08-35653 as evidenced by Proof of Claim number 9637. The Claim has been allowed in the amount of $518,217.10 pursuant to that certain Settlement Agreement and Stipulation by and among the Debtors, Alliance Entertainment LLC, now known as Source Interlink Distribution, LLC, and Source Interlink Media, LLC Resolving Debtors' Omnibus Objections to Claims and Other Related Matters entered into between the Assignor and the Debtors dated as of June 14, 2010.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 11th day of February 2011.

(Assignor)
SOURCE INTERLINK MEDIA, LLC

By: _____
Name: Source Interlink Companies, Inc., Sole Member, John Bode, Chief Financial Officer

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., as manager

By: _____
Name: _____
Title: _____

(Assignor)
WITNESS:

By: _____
Name: _____
Title: _____

84503721

**EVIDENCE OF TRANSFER OF CLAIM**

Source Interlink Media, LLC, a [PLEASE PROVIDE] Delaware limited liability company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 11, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim") in the principal amount of $875,724.31 against Circuit City Stores, Inc., et al (the "Debtors") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, case no. 08-35653 as evidenced by Proof of Claim number 9637. The Claim has been allowed in the amount of $518,217.10 pursuant to that certain Settlement Agreement and Stipulation by and among the Debtors, Alliance Entertainment LLC, now known as Source Interlink Distribution, LLC, and Source Interlink Media, LLC Resolving Debtors' Omnibus Objections to Claims and Other Related Matters entered into between the Assignor and the Debtors dated as of June 14, 2010.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 11th day of February 2011.

(Assignor)
SOURCE INTERLINK MEDIA, LLC

By: _____
Name: _____
Title: _____

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: MICHAEL J. RESTIFO
Title: CFO/MEMBER

(Assignor)
WITNESS:

By: _____
Name: _____
Title: _____

84503721