UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re<br>CIRCUIT CITY STORES, INC. et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653<br><br>(Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that SOURCE INTERLINK MEDIA, LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Source Interlink Media, LLC
27500 Riverview Center Blvd.
Bonita Springs, FL 34134

New Address
Source Interlink Media, LLC
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

SOURCE INTERLINK MEDIA, LLC

By: _____
Source Interlink Companies, Inc., Sole Member,
John Bode, Chief Financial Officer

Date: 2-10-2011