UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re                                                                Chapter 11
CIRCUIT CITY STORES, INC. et al.
                                                                     Case No. 08-35653

Debtors.                                                             (Jointly Administered)


## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that ALLIANCE ENTERTAINMENT, LLC, N/K/A SOURCE INTERLINK DISTRIBUTION, LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Alliance Entertainment, LLC
n/k/a Source Interlink Distribution, LLC
27500 Riverview Center Blvd.
Bonita Springs, FL 34134

New Address
Alliance Entertainment, LLC
n/k/a Source Interlink Distribution, LLC
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

ALLIANCE ENTERTAINMENT, LLC
N/K/A SOURCE INTERLINK DISTRIBUTION, LLC

By: _____
Source Interlink Companies, Inc., Sole Member,
John Bode, Chief Financial Officer

Date: 2-10-2011