

LEE CLARK, President and CEO

NOTICE OF CHANGE OF ADDRESS

February 8, 2011

Circuit City Stores, Inc.
c/o Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attn: Ian S. Fredericks, Esq.

    RE: US Signs Inc Proof of Claim # 7418, Proof of Claim # 8457 and the Claims
    Scheduled in the name of US Signs Inc.

Dear Mr. Fredricks:

    Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

US Signs Inc.
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN 55107-2292
Attn: Bridget Greiber
(651) 495-3725
(651) 495-8087 (fax)

With Fax Copy to:
Kyle J Lunde
(206) 344-4677
fax: (206) 344-4630

    You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent KurtzMan Carson Consultants, LLC.

Very truly yours,

Lee E. Clark
President and CEO

Cc:    Circuit City Claims Processing
       c/o Kurtzman Carson Consultants LLC
       2335 Alaska Avenue
       El Segundo, CA 90245

6807 Portwest • Houston, TX 77024 • 800-809-8883 • 713-977-7900 • Fax 713-977-7903
Ussigns.com
Offices: Dallas and Houston