Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBSTANTIVE HEARING**
**(Seventieth Omnibus Objection – Claim Number 13204)**
**(Claimant(s) – Albert Flower, Jr.)**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") **will seek to have the Court sustain over the responses of all the parties listed above to the Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Satisfied Claims); (iii) No Liability (Human Resources Claims); and (iv) No Liability (Miscellaneous Claims)) (the "Claim Objection").**

  PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing and receive evidence on the Claim Objection on **March 22, 2011 at 2:00 p.m.**, (or such time thereafter as the matter may be heard) the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219.

  PLEASE TAKE FURTHER NOTICE THAT **the undersigned will present evidence on February 24, 2011 at 2:00 p.m., in support of the relief sought in the Claim Objection.**

  PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated: February 16, 2011

            */s/ Paula S. Beran*
            Lynn L. Tavenner (VA Bar No. 30083)
            Paula S. Beran (VA Bar No. 34679)
            TAVENNER & BERAN, P.L.C.
            20 North Eighth Street, 2nd Floor
            Richmond, Virginia  23219
            Telephone:  804-783-8300
            Facsimile:  804-783-0178
            Email:  ltavenner@tb-lawfirm.com
               pberan@tb-lawfirm.com

            -and-

            Jeffrey N. Pomerantz (admitted *pro hac vice*)
            Andrew W. Caine (admitted *pro hac vice*)
            PACHULSKI STANG ZIEHL & JONES LLP
            10100 Santa Monica Blvd.
            11th Floor
            Los Angeles, California  90067-4100
            Telephone: 805-123-4567
            Facsimile:  310/201-0760
            E-mail: jpomerantz@pszjlaw.com
               acaine@pszjlaw.com

            *Counsel for the Circuit City Stores, Inc.*
            *Liquidating Trust*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on February 16, 2011 via electronic delivery to all of the parties receiving ECF notice in these bankruptcy cases and via first-class mail, postage prepaid, on the following:

Albert Flower, Jr.
376 McDonald Street
Crestview, FL 32536-3914

*/s/ Paula S. Beran*
Paula S. Beran (Va Bar No. 34679)