Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to Circuit City Stores,
Inc. Liquidating Trust

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   1Case No. 08-35653 (KRH)
et al.,                        :
                               :
              Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER GRANTING EIGHTH INTERIM AND FINAL FEE
APPLICATION OF ERNST & YOUNG LLP AS ACCOUNTING
AND TAX CONSULTANTS FOR THE DEBTORS FOR THE
PERIODS AUGUST 1, 2010 THROUGH OCTOBER 31, 2010 AND
<u>NOVEMBER 10, 2008 THROUGH NOVEMBER 1, 2010, RESPECTIVELY</u>**

Upon consideration of the Eighth Interim and Final Fee Application of Ernst & Young LLP as Accounting and Tax Consultants for the Debtors for the Periods August 1, 2010 through October 31, 2010 and November 10, 2008 through November 1, 2010, Respectively (the "Application"); and the Court having reviewed the Application and the Court having determined that the relief requested in the Application is necessary and appropriate; and it appearing that proper and adequate notice of the Application has been given and that

no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Application meets the requirements of the Bankruptcy Code and the compensation and reimbursement of expenses sought in the Application is both fair and reasonable. The Application is hereby approved in its entirety.

2. Compensation for the Eighth Interim Period in the total amount of $38,376.16 is hereby approved, and the Liquidating Trustee is hereby authorized and directed to pay Ernst & Young LLP the unpaid portion of such compensation.

3. The reimbursement of expenses for the Eighth Interim Period in the total amount of $21.79 is hereby approved, and the Liquidating Trustee is hereby authorized and directed to pay any unpaid portion of such reimbursements.

4. Compensation in the total amount of $2,313,474.67 and reimbursement of expenses in the total amount of $12,384.27 for services rendered by Ernst & Young LLP from November 10, 2008 through November 1, 2010 is hereby further approved as final.

5. This Court will retain jurisdiction with respect to any dispute concerning the relief granted hereunder.

Dated: Richmond, Virginia

_____, 2011

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to Circuit City Stores, Inc. Liquidating Trust

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley