Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br><br>(Jointly Administered) |

**BRIDGE ORDER GRANTING TRUSTEE'S MOTION FOR AN ORDER UNDER
11 U.S.C. § 105 (a) AND FED. R. BANKR. P. 9006 (b) FURTHER EXTENDING
THE TIME PERIOD WITHIN WHICH THE TRUSTEE MAY REMOVE
<u>ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND FED R. BANKR. P. 9027</u>**

Upon the Motion (the "<u>Motion</u>")[1] of the Trustee for entry of an order under Bankruptcy

Code section 105(a) and Bankruptcy Rule 9006(b) further extending the time period within which

---

[1] Capitalized terms not otherwise defined herein shall have the meanings and definitions ascribed to such terms in the Motion.

the Trustee may remove actions pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027; and it appearing that it is appropriate to grant the Motion on an interim basis pending the Court's disposition of the Motion on its merits after notice and a hearing; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is GRANTED on an interim basis. This Order is effective only from the date of entry through entry of an order disposing of the Motion on the merits. The Court's ultimate disposition of the Motion shall not impair any action taken pursuant to this Order.

2. Notwithstanding any provisions of the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure to the contrary, this Order shall take effective immediately upon signature.

3. This Court shall retain jurisdiction with respect to any dispute concerning the relief granted hereunder.

DATE: _____

UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.  11th Floor
Los Angeles, California  90067-4100
Telephone: 310-227-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Counsel for Circuit City Stores, Inc. Liquidating Trust

## CERTIFICATION

     I hereby certify that the foregoing proposed Order has been either served on or endorsed by all necessary parties.


       */s/ Paula S. Beran*
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178