| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING SEVENTH AND FINAL APPLICATION OF PACHULSKI
STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD FROM NOVEMBER 18, 2008 THROUGH OCTOBER 31, 2010**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

12304-002\DOCS_LA:227610.2

This matter came before the Court upon the *Seventh and Final Application of Pachulski Stang Ziehl & Jones LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From November 18, 2008 through October 31, 2010* (the "Application); and it appearing to the Court that (i) Pachulski Stang Ziehl & Jones LLP ("PSZJ") provided proper notice of the Application to all necessary parties; (ii) no objections to the Application have been filed; and (iii) the request for compensation and reimbursement of expenses as allowed herein is reasonable, it is hereby ORDERED that:

1. The Application is hereby approved;

2. The request for initial approval of compensation in the amount of $1,474,172.00 and reimbursement of expenses in the amount of $38,399.73 for the period of May 1, 2010 – October 31, 2010 by PSZJ be and hereby is allowed on an initial and final basis;

3. The request for final approval of compensation in the amount of $4,348,633.22[2] and reimbursement of expenses in the amount of $146,583.53 for the period of November 18, 2008 through October 31, 2010 by PSZJ be and hereby is allowed on a final basis;

4. The amounts sought in the First, Second, Third, Fourth, Fifth and Sixth Interim Applications as approved in the First, Second, Third, Fourth, Fifth and Sixth Application Orders are allowed and approved on a final basis;

5. The Debtor (or Liquidating Trustee as applicable) is authorized and directed to pay PSZJ the amount of unpaid compensation and reimbursement of expenses allowed herein as an administrative expense.

---

[2] The final allowance of compensation requested includes a reduction of $52,601.78 per Order entered on the First Interim Fee Application.

   6. Upon entry the Clerk shall serve by electronic delivery or first class mail, postage prepaid, copies of this Order on the Office of the United States Trustee, the Liquidating Trustee, and PSZJ.

ENTERED:              _____
                      UNITED STATES BANKRUPTCY JUDGE

We ask for this:

  /s/ Paula S. Beran
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

  Co-Counsel for the Circuit City Stores, Inc.
  Liquidating Trust


Seen and No Objection:

  /s/ Robert B. Van Arsdale (per email dated 2/14/11)
Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

  Assistant United States Trustee

## LOCAL RULE 9022-1 CERTIFICATION

  In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

                     /s/ Paula S. Beran
                        Co-Counsel