IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |  |
|---|---|---|
| | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | : | 1Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | x | |

**ORDER GRANTING REIMBURSEMENT OF EXPENSES INCURRED AND ALLOWANCE AND PAYMENT OF COMPENSATION REQUESTED IN THE EIGHTH INTERIM FEE APPLICATION OF DJM REALTY SERVICES, LLC FOR REIMBURSEMENT OF EXPENSES INCURRED AND FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED FOR THE PERIOD FROM AUGUST1, 2010 THROUGH OCTOBER 31, 2010 AND FOR FINAL APPROVAL OF REIMBURSEMENT OF EXPENSES INCURRED AND ALLOWANCE OF PAYMENT OF COMPENSATION FOR SERVICES RENDERED FOR THE PERIOD OF NOVEMBER 19, 2008 THROUGH OCTOBER 31, 2010**

This Court having previously authorized the retention of DJM Realty Services, LLC ("DJM") in the cases of the above-captioned debtors (collectively, the "Debtors"); and the Eighth Interim Fee Application of DJM Realty Services, LLC for Reimbursement of Expenses Incurred and for Allowance and Payment of Compensation for Services Rendered for the Period from August1, 2010 through October 31, 2010 and for Final Approval of Reimbursement of Expenses Incurred and Allowance of Payment of Compensation for Services Rendered for the Period of November 19, 2008 through October 31, 2010 (the "Eighth Interim and Final Application")[1] having been filed and served and no other or further notice being necessary; and the

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Eighth Interim and Final Application.

Court having determined that granting the relief requested therein is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that no party-in-interest has filed any objections to the allowance of the amounts set forth in the Eighth Interim and Final Application or that any such objection has been resolved or is hereby overruled; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing thereof, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

The reimbursement of expenses incurred requested in the Eighth Interim and Final Application are hereby approved and allowed in the amount of $81,854.05.

The fees requested in the Eighth Interim and Final Fee Application are hereby approved and allowed in the amount of $1,896,796.31.

The Liquidating Trustee is hereby authorized and directed to promptly pay DJM any unpaid portion of the allowed amount of fees approved by this Order.

This Court shall retain jurisdiction with all respect to the matters arising from or related to this Order.

Dated: Richmond, Virginia
_____, 2011

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to Circuit City Stores, Inc. Liquidating Trust

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley