# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11
                                                               :
CIRCUIT CITY STORES, INC., *et al.*,[1]                        :    Case No. 08-35653 (KRH)
                                                               :
      Debtors.                    :    (Jointly Administered)
                                                               :
-------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PLEADINGS

PLEASE TAKE NOTICE that the law firm of Jones Day hereby enters its appearance as counsel for Aiptek, Inc., as a creditor and party in interest in the above-captioned bankruptcy cases, and requests service of all papers in the above-captioned proceedings pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); the Local Bankruptcy Rules; the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures (the "Case Management Order") [Docket No. 130], which was entered by the Court on November 13, 2008; and the Supplemental

---

[1] The debtors in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), PRAHS, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The mailing address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. The mailing address for each remaining Debtor was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Amended Notice, Case Management and Administrative Procedures (the "Amended Case Management Order") [Docket No. 6208], which was entered by the Court on December 29, 2009.  The service information is as follows:

>   Sheila L. Shadmand, Esq.
>   JONES DAY
>   51 Louisiana Avenue, N.W.
>   Washington, D.C.  20001-2113
>   Telephone:  (202) 879-3939
>   Facsimile:  (202) 626-1700
>   Email:  slshadmand@jonesday.com
>
>       -and-
>
>   Pedro A. Jiménez, Esq.
>   Nicholas C. Kamphaus, Esq.
>   JONES DAY
>   222 East 41st Street
>   New York, New York 10017
>   Telephone:  (212) 326-3939
>   Facsimile:  (212) 755-7306
>   pjimenez@jonesday.com
>   nckamphaus@jonesday.com

PLEASE TAKE FURTHER NOTICE that the request for service includes, without limitation, all notices, motions, applications, complaints, petitions, orders, pleadings and other documents in this case, whether given pursuant to Bankruptcy Rules 2002, 4001 or 9007, the Local Bankruptcy Rules, the Case Management Order, the Amended Case Management Order or otherwise.

-3-

Dated:  February 18, 2011 		Respectfully submitted,

   /s/ Sheila Shadmand
Sheila L. Shadmand (VA Bar No. 43639)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
slshadmand@jonesday.com

-and-

Pedro A. Jiménez (*pro hac vice* pending)
Nicholas C. Kamphaus (*pro hac vice* pending)
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
pjimenez@jonesday.com
nckamphaus@jonesday.com