| | |
|---|---|
| Michael A. Condyles  (VA 27807) | Henry S. David (CA 89297) |
| Jeremy S. Williams (VA 77469) | SNELL & WILMER LLP |
| KUTAK ROCK LLP | 350 S. Grand Ave., 26th Fl. |
| Bank of America Center | Los Angeles, CA 90071 |
| 1111 East Main Street, 8th Floor | Telephone:  (213) 929-2500 |
| Richmond, Virginia 23219 | Facsimile:   (213) 929-2525 |
| Telephone: (804) 644-1700 | |
| Facsimile:  (804) 783-6192 | |

*Counsel for Epson America, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC. et al.,<br><br>Debtors. | Case No. 08-35653 (KRH)<br><br>Chapter 11 |

**ORDER GRANTING MOTION PURSUANT TO LOCAL BANKRUPTCY RULE**
**2090-1(E)(2) FOR ADMISSION *PRO HAC VICE***

Upon the motion (the "Motion")[1] of Michael A. Condyles of Kutak Rock LLP for the admission *pro hac vice* of Henry S. David, a partner in the law firm of Snell & Wilmer LLP, 250 S. Grand Avenue, Suite 2600, Los Angeles, California 90071; it appearing that the relief requested is in the best interests of all parties; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED

1. The Motion is granted in its entirety.

---

[1]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

4850-2024-5768.1

2. Henry S. David is authorized to appear and practice *pro hac vice* as counsel to Epson America, Inc. ("Epson") in the above-captioned chapter 11 cases and any related adversary proceedings.

3. Epson is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Richmond, Virginia  
Dated: Feb 17 2011

/s/ Kevin Huennekens  
_____  
United States Bankruptcy Court Judge

Entered on docket: Feb 18 2011

We ask for this:

/s/ Michael A. Condyles  
**KUTAK ROCK LLP**  
Michael A. Condyles (VA 27807)  
Peter J. Barrett (VA 46179)  
Jeremy S. Williams (VA 77469)  
Bank of America Center  
1111 East Main Street, Suite 800  
Richmond, Virginia 23219-3500  
Telephone: (804) 644-1700  
Fax: (804) 783-6192

## LOCAL RULE 9022 CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 11, 2011, a true and exact copy of the foregoing was forwarded via ECF notification or by first class mail, postage prepaid, to all necessary parties.

/s/ Peter J. Barrett  
Counsel

4850-2024-5768.1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs            Page 1 of 1           Date Rcvd: Feb 18, 2011
Case: 08-35653                Form ID: pdforder        Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 20, 2011.
      +Henry S. David,   250 S. Grand Avenue, Suite 2600,   Los Angeles, CA 90012-3007

The following entities were noticed by electronic transmission.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 20, 2011**                    **Signature:** _Joseph Speetjens_