Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to Circuit City Stores,
Inc. Liquidating Trust

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                         :  Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :  1Case No. 08-35653 (KRH)
et al.,                        :
                               :
              Debtors.         :  Jointly Administered
- - - - - - - - - - - - - - - X

**ORDER GRANTING SIXTH INTERIM APPLICATION OF KPMG LLP
AS INDEPENDENT AUDITORS AND TAX CONSULTANTS FOR
THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD BEGINNING AUGUST 1, 2010 THROUGH
OCTOBER 31, 2010 AND FOR FINAL APPROVAL FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
NOVEMBER 10, 2008 THROUGH OCTOBER 31, 2010**

Upon consideration of the Sixth Interim Application of KPMG LLP as Independent Auditors and Tax Consultants for the Allowance of Compensation and Reimbursement of Expenses for the Period Beginning August 1, 2010 through October 31, 2010 and for Final Approval for Allowance of Compensation and Reimbursement of Expenses for the Period from November 10, 2008 through October 31, 2010 (the "Application"); and the Court having reviewed the Application and the Court having

determined that the relief requested in the Application is necessary and appropriate; and it appearing that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Application meets the requirements of the Bankruptcy Code and the compensation and reimbursement of expenses sought in the Application is both fair and reasonable. The Application is hereby approved in its entirety.

2. Compensation for the Application Period in the total amount of $15,382.50 is hereby approved, and the Liquidating Trustee is hereby authorized and directed to pay the unpaid portion of such compensation.

3. Compensation in the total amount of $1,006,142.71 and reimbursement of expenses in the total amount of $7,016.74 for services rendered by KPMG LLP from November 10, 2008 through November 1, 2010 is hereby further approved as final.

4. This Court will retain jurisdiction with respect to any dispute concerning the relief granted hereunder.

Dated:  Richmond, Virginia

_____, 2011


_____
UNITED STATES BANKRUPTCY JUDGE


WE ASK FOR THIS:

/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to Circuit City Stores, Inc. Liquidating Trust



**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

   Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley

3