Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to Circuit City Stores,
Inc. Liquidating Trust

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   1Case No. 08-35653 (KRH)
et al.,                        :
                               :
             Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER GRANTING EIGHTH INTERIM AND FINAL FEE
APPLICATION OF FTI CONSULTING, INC. FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS FINANCIAL ADVISORS TO THE DEBTORS INCURRED FOR THE
(I) INTERIM PERIOD FROM AUGUST 1, 2010 THROUGH AND
INCLUDING NOVEMBER 1, 2010 AND (II) FINAL PERIOD FROM
NOVEMBER 10, 2008 THROUGH AND INCLUDING NOVEMBER 1, 2010**

Upon consideration of the Eighth Interim and Final Fee

Application of FTI Consulting, Inc. for Compensation for

Services Rendered and Reimbursement of Expenses as Financial

Advisors to the Debtors Incurred for the (I) Interim Period

from August 1, 2010 Through and Including November 1, 2010

and (II) Final Period from November 10, 2008 (the

"Application"); and the Court having reviewed the

Application and the Court having determined that the relief

requested in the Application is necessary and appropriate;

and it appearing that proper and adequate notice of the

Application has been given and that no other or further

notice is necessary; and upon the record herein; and after

due deliberation thereon; and good and sufficient cause

appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Application meets the requirements of the

Bankruptcy Code and the compensation and reimbursement of

expenses sought in the Application is both fair and

reasonable. The Application is hereby approved in its

entirety.

2. Compensation for the Application Period in the

total amount of $316,442.50 is hereby approved, and the

Liquidating Trustee is hereby authorized and directed to pay

FTI Consulting, Inc. the unpaid portion of such compensation.

3. The reimbursement of expenses for the Application

Period in the total amount of $1,778.26 is hereby approved

as final, and the Liquidating Trustee is hereby authorized

and directed to pay FTI Consulting, Inc. any unpaid portion

of such reimbursements.

4. Compensation in the total amount of $11,106,354.00

and reimbursement of expenses in the total amount of

$411,109.95 for services rendered by FTI Consulting, Inc.

from November 10, 2008 through November 1, 2010 is hereby

further approved as final.

    5.   This Court will retain jurisdiction with respect

to any dispute concerning the relief granted hereunder.

Dated:  Richmond, Virginia

_____, 2011


_____
UNITED STATES BANKRUPTCY JUDGE


WE ASK FOR THIS:

/s/ Douglas M. Foley_____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to Circuit City Stores, Inc. Liquidating Trust


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                     /s/ Douglas M. Foley _____