# UNITED STATES BANKRUPTCY COURT

## Eastern District of Virginia

## Change of Address

**RE:**

```
RICHMOND DIVISION
F                    F
I                    I
L    FEB 2 2 2011    L
E                    E
D                    D
US BANKRUPTCY COURT
```

**Case Name:** Circuit City Stores Inc.
**Case Number:** Case No. 08-35653
**Creditor Name:** Ideal Technology Inc.

**New Address:**    c/o Corre Opportunities Fund, LP
1370 Avenue of the Americas, 29th Floor
New York, NY 10019

**Old Address:**    Ideal Technology Inc
HSBC Bank USA NA
Vonwin
DEPT CH 16354
Palatine, IL 60055-6354

**New Telephone Number:**    646.863.7151

**Old Telephone Number:**    714.271.5873

**Date:**    2/16/11

Please be advised that I am requesting the following address information to be changed as listed above in accordance with this written request.

**Claim Owner:** _____

**Cc: Trustee**
**United States Trustee**
**Corre Opportunities Fund, LP** (for creditor's change of address)

## NOTICE OF CLAIMS PURCHASE AGREEMENT

(Proof of Claim Number 3759)

IDEAL TECHNOLOGY INC, a(n) California Corporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto CORRE OPPORTUNITIES FUND, LP, a Delaware limited partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $75,509.00 (proof of claim amount, defined as the "Claim") against Circuit City Stores Inc (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, Eastern District of Virginia, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 08-35653 (defined as the "Proceedings")

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the 11th day of FEBRUARY, 2011.

IDEAL TECHNOLOGY, INC.
(Company Name)

WITNESS  Sara Stah
(Signature)

Sara Stahler
(Print Name and Title of Witness)

(Signature of Corporate Officer)

RICHARD GLAVAS - PRESIDENT
(Print Name and Title of Corporate Officer)

CORRE OPPORTUNITIES FUND, LP

WITNESS  K. Baff
(Signature)

Kevin Barrett

(Signature of Fund Representative)

John Barrett
(Print Name, Corre Opportunities Fund, LP)

Exhibit "A"