| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083 |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et</u> <u>al</u>.,. [1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
<u>HEARING ON FEBRUARY 24, 2011 AT 2:00 P.M. (EASTERN)</u>**

---

1 The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on February 24, 2011 beginning at 2:00 p.m. Eastern.

1. Administrative Expense Request of Daphne A. Ward (Docket No. 9689).

   Related Documents:

   a. Notice of Motion and Notice of Hearing (Re: related document(s)[9689] Application for Administrative Expenses filed by Daphne A. Ward) filed by Daphne A. Ward. Hearing scheduled 2/24/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (French, Suzanne)

   Objection Deadline: February 17, 2011.

   Objections/Responses Filed: Liquidating Trust's Objection to the Administrative Expense Request of Daphne A. Ward Re: related document(s)[9689] motion Application for Administrative Expenses filed by Daphne A. Ward) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 9987).

   Status: The Trust understands that the movant will request a continuance. The Trust does not object to a continuance until April 22, 2011 at 2:00 p.m. Otherwise, the Trust will request that the Court deny the Administrative Expense Request of Daphne A. Ward.

2. Motion for Allowance of the Late Filed Administrative Expense Claim of Metra Electronics Corporation (Docket No. 7679).

   Related Documents:

   a. Notice of Motion and Hearing (Docket No. 7682)

   Objection Deadline: July 15, 2010 at 4:00 p.m., extended for the Trust.

   Objections/Responses

|   |   |   |
|---|---|---|
| | Filed: | None at the time of filing this agenda |
| | Status: | The Trust will request that this matter be adjourned to March 10, 2011 at 2:00 p.m. |

3. Site A, LLC's Second Amended Motion to Allow Late Filing of Proof of Claim, or in the Alternative, Motion to File Late Proof of Claim as an Amendment to Informal Proof of Claim (Docket No. 7155).

   Related Documents:

   a. Notice of Motion and Hearing (Docket No. 5405)

   b. Amended Motion to Allow Late Filing of Proof of Claim, by Site A, LLC (Docket Nos. 5310, 5404)

   c. Notice of Motion and Hearing (Docket No. 7236)

   Objection Deadline: October 27, 2009 at 5:00 p.m., extended for the Trust.

   Objections/ Responses Filed: None at the time of filing this agenda

   Status: The Trust will request that this matter be adjourned to March 10, 2011 at 2:00 p.m.

4. Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 4583).

   Related Documents:

   a. Notice of Objection and Hearing (Docket No. 4584)

   b. Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 5191)

   c. Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 6460)

   d. Second Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No.

        6562)

    e.    Notice of Proposed Settlement Agreement and Stipulation Resolving the Debtors' Thirtieth Omnibus Objection to Claim 9451 (Docket No. 7156)

    f.    Third Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 7293)

    g.    Fourth Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 7667)

    h.    Notice of Hearing (Re: related document(s) 4583 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9818).

Objection Deadline:    September 15, 2009 at 4:00 p.m.

Objections/Responses Filed:    See attached <u>Exhibit A</u>.

Status:    The Trust will withdraw the objection as it relates to the claim of Melissa M. Gillard. For those other claims for which the objection is still pending, this matter has been set for substantive hearing on February 24, 2011 at 2:00 p.m. The Trust will request that the Court sustain the Objection as it relates to said claims.

5.    Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims)) (Docket No. 5879).

Related Documents:

    a.    Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6368)

    b.    Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6585)

    c.    Notice of Hearing on the Merits on Debtors' Sixtieth Omnibus Objection to Claim

        No. 14123 Filed by Phillip Lee Steele and Response Thereto (Docket No. 8205)

    d.    Second Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8285)

    e.    Third Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8421)

    f.    Notice of Hearing (Re: related document(s) 5879 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9819).

Objection Deadline:    December 14, 2009 at 4:00 p.m.

Objections/ Responses Filed:    See attached Exhibit A.

Status:    The status hearing for the objection as it relates to the claim of Mark Stewart has been adjourned to March 10, 2011 at 2:00 p.m. For the remaining two claims of Bruce Davis and Ohio Bureau of Workers Compensation, the matter is set for hearing on February 24, 2011 at 2:00 p.m. The Trust will request that the Court sustain the Objection as it relates to said claims.

6.    Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7013)

Related Documents:

    a.    Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7457)

    b.    Supplemental Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7674)

c. Notice of Proposed Settlement Agreement and Stipulation by and Between the Debtors and Universal Display and Fixtures Company (Docket No. 8002)

d. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors' Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth Omnibus Objection to Claim No. 5708 (Docket No. 8358)

e. Notice of Proposed Settlement Agreement and Stipulation by and Between the Debtors and Richard Kreuger (Docket No. 8435).

f. Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Z-Line Designs, Inc. (Docket No. 8857).

g. Notice of Hearing (Re: related document(s) 7013 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9820).

h. Trustee's Withdrawal *, Without Prejudice, of Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the Claim of Jamie Stack (Claim No. 14139)* (Re: related document(s) 7013 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.

i. Withdrawal *Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the Claim of Sarah B. Harris [Claim No. 14314]* (Re: related document(s) 7013 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9869).

j. Withdrawal *Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the Claim of Jean S. Hamby [Claim No. 13896]* (Re: related document(s) 7013 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9870).

k. Notice of Hearing (Re: related document(s)[7013] Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 2/24/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 9820).

Objection
Deadline:          April 22, 2010 at 4:00 p.m.

|   |   |
|---|---|
| Objections/<br>Responses<br>Filed: | See attached Exhibit A. |
| Status: | The Trust has withdrawn the objection as it relates to three claims without prejudice. The Trust is also going to be withdrawing the objection as it relates to Curtiss McGough.  The matter has been set for hearing on February 24, 2011 on the claims Craig Dean Cambell.  The matter is being set for hearing on March 22, 2011 at 2:00 p.m. for the claims of Albert Flowers, Jr.  For the remaining claims for which the objection is still pending, this status hearing is adjourned to March 10, 2011 at 2:00 p.m.  At the hearing on February 24, 2011, the Trust will request that the Court sustain the Objection as it relates to the claim of Craig Dean. |

7. Debtors' Seventy-Eighth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 7463)

   Related Documents:

   a. Notice of Motion and Hearing

   b. Order on Debtors' Seventy-Eighth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 7860)

   c. Supplemental Order on Debtors' Seventy-Eighth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 7942)

   d. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, the Equal Employment Opportunity Commission, Jamal Booker and Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230 and 4238 (Docket No. 8138)

   |   |   |
   |---|---|
   | Objection Deadline: | June 1, 2010 at 4:00 p.m. |
   | Objections/<br>Responses<br>Filed: | See attached Exhibit A. |
   | Status: | For the one claim for which the objection is still pending, this matter is adjourned to March 10, 2011 at 2:00 p.m.  See attached Exhibit A. |

| | |
|---|---|
| Dated: Richmond, Virginia<br>February 24, 2011 | TAVENNER & BERAN, PLC<br><br>_/s/ Paula S. Beran_<br>Lynn L. Tavenner (VA Bar No. 30083)<br>Paula S. Beran (VA Bar No. 34679)<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>(804) 783-8300<br><br>- and -<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>(310) 277-6910<br><br>- and –<br><br>Robert J. Feinstein, Esq.<br>John A. Morris, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 36th Floor<br>New York, New York 10017<br>(212) 561-7700<br><br>Co-Counsel for the Circuit City Stores, Inc.<br>Liquidating Trust |