**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| | | | | |
| 30 | Gilbert Perez | 2707 | 4796 | This matter is set for hearing on February 24, 2011 at 2:00 p.m. |
| 30 | Keith Sanders | 2811 | 4798 | This matter is set for hearing on February 24, 2011 at 2:00 p.m. |
| 30 | Kristy Suler | 9990 | 4836 | This matter is set for hearing on February 24, 2011 at 2:00 p.m. |
| 30 | Melissa M. Gillard | 8522 | 4840 | The Trust is withdrawing the objection to this claim. |
| 30 | Melanie Finch | 1695 2023 | 5025 | This matter is set for hearing on February 24, 2011 at 2:00 p.m. |
| | | | | |
| 60 | Bruce Davis | 13286(A) | 5969 | This matter is set for hearing on February 24, 2011 at 2:00 p.m. |
| 60 | Mark Stewart | 9295(U) | 6082 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 60 | Ohio Bureau of Workers Compensation | 13646(A) | n/a | This matter is set for hearing on February 24, 2011 at 2:00 p.m. |
| | | | | |
| 70 | Albert Flowers, Jr. | 13204 | n/a | This matter is set for hearing on March 22, 2011 at 2:00 p.m. |
| 70 | SAP Retail Inc. | 12731 | n/a | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 70 | Curtiss McGough | 3439 | 7177 | The Trust is withdrawing the objection to this claim. |
| 70 | Mobile Edge | 3788 | 7237 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 70 | National Glass and Gate | 3302 | 7240 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 70 | Jamie Stack | 14139 | 7243 | The Liquidating Trustee has withdrawn the objection without prejudice. |
| 70 | Sarah Harris | 14314 | 7246 | The Liquidating Trustee has withdrawn the objection without prejudice. |
| 70 | Jeanne Hamby | 13896 | 7247 | The Liquidating Trustee has withdrawn the objection without prejudice. |
| 70 | Tribune Company and Los Angeles Times Newspapers Inc. | 13068 | 7255 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 70 | Seagate Technology LLC | 14087 | 7257 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |
| 70 | Craig Dean Campbell | 1433 | 7260 | This matter is set for hearing on February 24, 2011 at 2:00 p.m. |
| 78 | Metra Electronics Corporation | 14894 | 7681 | The status hearing on this response is adjourned to March 10, 2011 at 2:00 p.m. |