```
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to Circuit City Stores,
Inc. Liquidating Trust
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   1Case No. 08-35653 (KRH)
et al.,                        :
                               :
              Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER GRANTING EIGHTH INTERIM AND FINAL FEE
APPLICATION OF FTI CONSULTING, INC. FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS FINANCIAL ADVISORS TO THE DEBTORS INCURRED FOR THE
(I) INTERIM PERIOD FROM AUGUST 1, 2010 THROUGH AND
INCLUDING NOVEMBER 1, 2010 AND (II) FINAL PERIOD FROM
<u>NOVEMBER 10, 2008 THROUGH AND INCLUDING NOVEMBER 1, 2010</u>**

Upon consideration of the Eighth Interim and Final Fee Application of FTI Consulting, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors to the Debtors Incurred for the (I) Interim Period from August 1, 2010 Through and Including November 1, 2010 and (II) Final Period from November 10, 2008 (the "Application"); and the Court having reviewed the Application and the Court having determined that the relief

requested in the Application is necessary and appropriate; and it appearing that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Application meets the requirements of the Bankruptcy Code and the compensation and reimbursement of expenses sought in the Application is both fair and reasonable. The Application is hereby approved in its entirety.

2. Compensation for the Application Period in the total amount of $316,442.50 is hereby approved, and the Liquidating Trustee is hereby authorized and directed to pay FTI Consulting, Inc. the unpaid portion of such compensation.

3. The reimbursement of expenses for the Application Period in the total amount of $1,778.26 is hereby approved as final, and the Liquidating Trustee is hereby authorized and directed to pay FTI Consulting, Inc. any unpaid portion of such reimbursements.

4. Compensation in the total amount of $11,106,354.00 and reimbursement of expenses in the total amount of

$411,109.95 for services rendered by FTI Consulting, Inc. from November 10, 2008 through November 1, 2010 is hereby further approved as final.

    5.   This Court will retain jurisdiction with respect to any dispute concerning the relief granted hereunder.

Dated:  Richmond, Virginia

      Feb 17 2011
_____, 2011

      /s/ Kevin Huennekens
      UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Feb 22 2011

WE ASK FOR THIS:

/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to Circuit City Stores, Inc. Liquidating Trust

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                        /s/ Douglas M. Foley

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs            Page 1 of 1              Date Rcvd: Feb 22, 2011
Case: 08-35653                Form ID: pdforder        Total Noticed: 1

The following entities were noticed by first class mail on Feb 24, 2011.
aty           +Gregg M. Galardi,    Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2011**                    **Signature:**   _Joseph Speetjens_