210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 02/17/2011 (date).

Name and Address of Alleged Transferor:

Claim No. : Ideal Technology Inc., HSBC Bank USA NA, Dept CH 16354, Palatine, IL  60055-6354, USA

Name and Address of Transferee:

Corre Opportunities Fund, L.P.
1370 Avenue of the Americas, 29th Floor
New York, NY  10019
USA

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/24/11                                William C. Redden
                                                **CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0422-7         User: frenchs              Page 1 of 1              Date Rcvd: Feb 22, 2011
Case: 08-35653               Form ID: trc               Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 24, 2011.
10256620      Ideal Technology Inc.,   HSBC Bank USA NA,   Dept CH 16354,   Palatine, IL   60055-6354,   USA

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2011**                          **Signature:**    _Joseph Speetjens_