Monday, Feb . 21, 2011

Re   : In re Circuit City Stores, Inc.,et al.,Ch.11 Case No. 08-35653
( KRH )( Bankr. E.D. Va 2008 )

[Stamp: RICHMOND DIVISION / FILED FEB 24 2011 / CLERK US BANKRUPTCY COURT]

Dear Sir :

We emphasis again that all money transferred to us are normal payment against the order placed with us.

There is still an outstanding claim of USD 490,285.39 not been paid by you. Appreciate your early settlement and prompt response.


Sincerely Yours,


Ultmost Technology Corporation..



_____
Ruby Yin / Finance Dept