Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**ORDER ALLOWING FINAL
COMPENSATION AND EXPENSE REIMBURSEMENT
(Alfred H. Siegel and Crowe Horwath LLP)**

This matter came before the Court upon the Final Application for Payment of

Administrative Expenses in Connection with Transition Services Provided by Anticipated

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identifications numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Liquidating Trustee Under Second Amended Plan for the Period (A) July 1, 2009 through February 28, 2010 and (B) March 1, 2010 through October 31, 2010 (the "Application") filed on behalf of Alfred H. Siegel, the Chapter 11 Trustee (hereinafter "Siegel") and Crowe Horwath LLP, (hereinafter "Crowe"); and it appearing to the Court that (i) proper notice of the Application was provided to all necessary parties; (ii) no objections to the Application have been filed; and (iii) the request for compensation and reimbursement of expenses as allowed herein is reasonable, it is hereby ORDERED that:

1. The Application[2] is hereby approved;

2. The request the for initial and final allowance of compensation for professional services performed and necessary expenses incurred for the period beginning March 1, 2010 through October 31, 2010 in the amount of $338,923.46 by Siegel and Crowe be and hereby is allowed;

3. Furthermore, the amounts sought in the First Interim Application are hereby allowed and approved on a final basis; and

4. The Liquidating Trust is authorized and directed to pay to Siegel and Crowe the amount of compensation and reimbursement of expenses allowed herein as an administrative expense.

5. Upon entry the Clerk shall serve by electronic delivery or first class mail, postage prepaid, copies of this Order on the Office of the United States Trustee and Tavenner & Beran, PLC.

ENTER: _____
UNITED STATES BANKRUPTCY JUDGE

We ask for this:

_____/s/ Paula S. Beran_____
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)

---

[2] Capitalized terms not otherwise defined herein shall have the meaning and definitions ascribed to such terms in the Application.

2

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

    Co-Counsel for the Circuit City Stores, Inc.
    Liquidating Trust

Seen and No Objection:

    /s/ Robert B. Van Arsdale (per email dated 2/24/11)
Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219

    Assistant United States Trustee

## LOCAL RULE 9022-1 CERTIFICATION

    In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                   /s/ Paula S. Beran
                                           Co-Counsel