Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al.,. | **:** Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:** (Jointly Administered) |
| | **:** |
| | **:** |

**NOTICE OF LIQUIDATING TRUST'S THIRD OMNIBUS OBJECTION TO
LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE
CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

        **PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the
"Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the
Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City
Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of
Creditors Holding General Unsecured Claims in the above-captioned cases of the above
referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the
Liquidating Trust's Third Omnibus Objection to Claims (the "Objection") with the United States
Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the
Objection is attached to this notice (this "Notice") as Exhibit 1.  By the Objection, the
Liquidating Trust is seeking to reduce certain claims, reclassify certain claims, and disallow
certain claims.

        **PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court
entered the Order Establishing Omnibus Objection Procedures and Approving the Form and
Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the
Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and

requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Reference Objection |
|-----|--------------|--------------|---------------------|

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M. (EASTERN TIME) ON APRIL 7, 2011, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

**Critical Information for Claimants
Choosing to File a Response to the Objection**

Who Needs to File a Response: If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

Response Deadline: The Response Deadline is **4:00 p.m. (Eastern Time) on April 7, 2011 (the "Response Deadline")**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED AND RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

The status hearing on the Objection will be held at  **2:00 p.m. (Eastern Time) on April 14, 2011 at:**

> United States Bankruptcy Court
> 701 East Broad Street – Courtroom 5000
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

### Procedures for Filing a Timely Response and Information Regarding the Hearing on the Objection

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

> a. a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;
>
> b. the claimant's name and an explanation for the amount of the Claim;
>
> c. a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts

that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d.     a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e.     a declaration of a person with personal knowledge of the relevant facts that support the Response;

f.     the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address").  If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

g.     to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**.  To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf.  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection without further notice to you.

4

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

## Additional Information

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.


Dated:    February 25, 2011

<div style="margin-left:40%">

*/s/ Paula S. Beran*

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
        pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
        acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

</div>

Exhibit 1

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - -    x
In re:                              :    Chapter 11
                                    :
CIRCUIT CITY STORES, INC., et al.,  :    Case No. 08-35653 (KRH)
                                    :
        Debtors.                    :
- - - - - - - - - - - - - -    :    Jointly Administered
                                    x

**LIQUIDATING TRUST'S THIRD OMNIBUS OBJECTION TO
LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE
CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through

Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the

Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated

Debtors and Debtors in Possession and its Official Committee of Creditors Holding

General Unsecured Claims (the "Plan") in the above-captioned cases, hereby files this

Third Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid

Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid

Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended

Claims (the "Objection"), and hereby moves this court (the "Court"), pursuant to sections

105, 502 and 503 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as

amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the

proposed form of which is attached hereto as Exhibit A, granting the relief sought by this

Objection, and in support thereof states as follows:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Objection under 28

U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of

these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

The statutory and legal predicates for the relief requested herein are Bankruptcy Code

sections 105, 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

### BACKGROUND

2.      On November 10, 2008 (the "Petition Date"), the debtors in the

above-captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief

under chapter 11 of the Bankruptcy Code.

3.      On November 12, 2008, the Office of the United States Trustee for

the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").

4.      On November 12, 2008, the Court appointed Kurtzman Carson

Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these

chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.      On December 10, 2008, the Court entered that certain Order

Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002,

3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of

Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the

"Claims Bar Date Order").

6.      Pursuant to the Claims Bar Date Order, the deadline for filing all

"claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the

Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the

"General Bar Date").  The deadline for governmental units to file claims that arose before

November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar

Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC
(0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer
Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky
Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel,

*(cont'd)*

of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date

Order (the "Claims Bar Date Notice").

       7.     On December 17 and 19, 2008, KCC served a copy of the Claims

Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy

Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity

holders, and certain other parties (Docket No. 1314).  In addition, the Debtors published

the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The

Richmond Times-Dispatch (Docket No. 1394).

       8.     On November 12, 2008, this Court entered that certain Order

Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims

Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and

Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No.

107)(the "503(b)(9) Bar Date Order").

       9.     Pursuant to the 503(b)(9) Bar Date Order, this Court approved the

form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the

503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9)

Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim

asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy

Code was on December 19, 2008 (the "503(b)(9) Bar Date").

       10.    On November 19, 2008, KCC served a copy of the 503(b)(9) Bar

Date Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases,

_____

*(cont'd from previous page)*
  LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

the Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the

Debtors published the 503(b)(9) Bar Date Notice in The New York Times (Docket No.

549), The Wall Street Journal (Docket No. 548), and The Richmond Times-Dispatch

(Docket No. 547).

11.     On January 16, 2009, the Court authorized the Debtors, among other

things, to conduct going out of business sales at the Debtors' remaining 567 stores

pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a

joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going

out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.

As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had

been completed.

12.     On April 1, 2009, this Court entered an Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of Notice of Omnibus

Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

13.     On May 15, 2009, the Court entered that certain Order Pursuant to

Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Administrative Bar Date and Procedures For Filing and Objecting To Administrative

Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No.

3354) (the "First Administrative Claims Bar Date Order").

14.     Pursuant to the First Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests (as defined in the First

Administrative Claims Bar Date Order) incurred in the period between November 10, 2008

and April 30, 2009 was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant to the First

Administrative Claims Bar Date Order, this Court approved the form and manner of the

claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar

Date Order (the "Claims Bar Date Notice").

   15. On or before May 22, 2009, KCC served a copy of the

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609).  In

addition, the Debtors published the Administrative Claims Bar Date Notice in The

Financial Times (Docket No. 3970), The Richmond Times-Dispatch (Docket No. 3969)

and The Wall Street Journal (Docket No. 3968).

   16. On February 18, 2010, the Court entered that certain Order Pursuant

to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Second Administrative Bar Date and Procedures For Filing and Objecting To

Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof

(Docket No. 6555) (the "Second Administrative Claims Bar Date Order").

   17. Pursuant to the Second Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests for the period May 1, 2009

through December 31, 2009 (as defined in the Administrative Claims Bar Date Order) was

5:00 p.m. (Pacific) on March 31, 2010.  Pursuant to the Second Administrative Claims Bar

Date Order, this Court approved the form and manner of the claims bar date notice, which

was attached as Exhibit A to the Second Administrative Claims Bar Date Order (the

"Claims Bar Date Notice").

   18. On or before February 25, 2010, KCC served a copy of the Second

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket No. 6705). Supplemental

service of the Second Administrative Bar Date Notice was provided by overnight mail to

one party, Brockton Superior Court, on March 26, 2010 (Docket Nos. 7089 and 7535). In

addition, the Debtors published the Administrative Claims Bar Date Notice in The

Financial Times (Docket No. 6719), The Richmond Times-Dispatch (Docket No. 6717)

and The Wall Street Journal (Docket No. 6718).

19.     On August 9, 2010, the Debtors and the Creditors' Committee filed

the Plan, which provides for the liquidation of the Debtors' assets and distribution of the

proceeds thereof under chapter 11 of the Bankruptcy Code.

20.     On September 10, 2010, the United States Bankruptcy Court,

Eastern District of Virginia, signed an Order confirming the Plan.

21.     The Plan became effective on November 1, 2010 (the "Effective

Date"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the

Liquidation Trust assumed the right and responsibility to liquidate the Debtors' remaining

assets and distribute the proceeds to creditors, including the prosecution of Causes of

Action and objections to claims.

## **OBJECTIONS TO CLAIMS**

22.     By this Objection, the Liquidating Trust seeks entry of an order, in

substantially the form attached hereto as Exhibit A, pursuant to Bankruptcy Code sections

105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1, (i)

reducing each of the claims identified on Exhibit C attached hereto, (ii) reclassifying each

of the claims on Exhibit D attached hereto, and (iii) disallowing each of the claims

identified on Exhibit E through Exhibit G attached hereto (collectively, the "Claims") for

the reasons set forth below.

      23.    For ease of reference, attached hereto as Exhibit B is an alphabetical

listing of all claimants whose Claims are included in this Objection (the "Claimants"), with

a cross-reference by claim number.

**A.**    **Reduction of Certain Partially Invalid Claims**

      24.    The basis for reduction of the claims listed on Exhibit C attached

hereto (the "Partially Invalid Claims") is that all of the Partially Invalid Claims assert, in

part, amounts for which the Debtors are not liable.

      25.    Specifically, after a review of the Partially Invalid Claims and the

bases upon which each is asserted, and a review of the Debtors' books and records, the

Liquidating Trust has determined that certain portions of the Partially Invalid Claims are

(i) liabilities already asserted by the Claimants in other claims; (ii) liabilities that have

already been satisfied by the Debtors; or (iii) liabilities for which the Debtors dispute

liability.  Accordingly, the Liquidating Trust requests that the Partially Invalid Claims

identified on Exhibit C be reduced in the manner stated in Exhibit C for the reasons stated

therein.

**B.**    **Reclassification of Certain Misclassified Claims**

      26.    The basis for reduction of the claims listed on Exhibit D attached

hereto (the "Misclassified Claims") is that the Misclassified Claims are improperly

classified.

      27.    Specifically, after a review of the Misclassified Claims, the bases

upon which each is asserted, and a review of the Debtors' books and records, the

Liquidating Trust submits that the Misclassified Claims are asserted, in whole or in part,

with incorrect classifications and should be reclassified.  Accordingly, the Liquidating

Trust requests that each Misclassified Claim identified on Exhibit D be reclassified in the

manner set forth in Exhibit D.

**C.     Disallowance of Certain Invalid Claims**

28.     The basis for disallowance of the claims listed on Exhibit E attached

hereto (the "Invalid Claims") is that all of the Invalid Claims assert, in their entirety,

amounts for which the Debtors are not liable.

29.     Specifically, after a review of the Invalid Claims and the bases upon

which each is are asserted, and a review of the Debtors' books and records, the Liquidating

Trust has determined that the Invalid Claims are based on liabilities already asserted by the

Claimants in other claims (i) liabilities that already have been satisfied by the Debtors, or

(ii) liabilities for which the Debtors dispute any liability.  Accordingly, the Liquidating

Trust requests that the Invalid Claims identified on Exhibit E be disallowed for the reasons

stated therein.

**D.     Disallowance of Certain Duplicate Claims**

30.     The basis for the disallowance of the claims listed on Exhibit F

hereto (the "Duplicate Claims") is that all of the claims are duplicative of other filed

claims.  The Liquidating Trust objects to the Duplicate Claims because, among other

reasons, the same claimant filed two (2) or more proofs of claim or portions thereof

asserting the same liability, the amounts and basis of which are the subject of the original

claim.  The Duplicate Claims listed on Exhibit F under "claim to be disallowed" should be

disallowed for all purposes in these bankruptcy cases.  The claims listed as "Surviving Claim" on Exhibit F hereto (the "Surviving Duplicate Claims") shall remain in effect and are not affected by this portion of this Objection; provided, however, that such Surviving Duplicate Claims may be the subject of another section of this Objection or a separate subsequently filed objection.

### E.    Disallowance of Certain Amended Claims

31.    Exhibit G contains a list of claims that have been rendered moot by the claimant filing a subsequent "amending" claim that supersedes the claim listed on Exhibit G (the Amended Claims").

32.    The Liquidating Trust objects to the Amended Claims, because, among other reasons, the same claimant subsequently filed an amended claim, the amount and basis of which are the subject of the Amended Claim.  Such repetitive claims should be disallowed.  The Amended Claims listed on Exhibit G under "Claim to be Disallowed" should be disallowed for all purposes in these bankruptcy cases.  The claims listed as "Surviving Claim" on Exhibit G hereto (the "Surviving Superseding Claims") shall remain in effect and are not affected by this portion of this Objection; provided, however, that such Surviving Superseding Claims may be the subject of another section of this Objection or a separate subsequently filed objection.

### RESERVATION OF RIGHTS

33.    At this time, the Liquidating Trust has not completed its review of the validity of all claims/expenses filed against the Debtors' estates, including the Claims objected to herein.  Accordingly, any of the Claims objected to herein may be the subject of other bases for objection herein and/or additional subsequently filed objections on any

grounds that bankruptcy law or non-bankruptcy law permits.  To that end, the Liquidating

Trust reserves the right to further object to any and all claims, whether or not the subject of

this Objection, for allowance and/or distribution purposes, and on any other grounds.

Furthermore, the Liquidating Trust reserves the right to modify, supplement and/or amend

this Objection as it pertains to any Claim or claimant herein.

## NOTICE AND PROCEDURE

34.    Notice of this Objection has been provided to all Claimants with

Claims that are the subject to this Objection as identified on Exhibit C through Exhibit G,

respectively, and to parties-in-interest in accordance with the Court's Supplemental Order

Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and

Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case

Management and Administrative Procedures (entered on December 30, 2009 at Docket No.

6208) (the "Case Management Order").  The Liquidating Trust submits that the following

methods of service upon the Claimants should be deemed by the Court to constitute due

and sufficient service of this Objection: (a) service in accordance with Federal Rule of

Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of Civil

Procedure 4; (b) to the extent counsel for a Claimant is not known to the Liquidating Trust,

by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form

or other representative identified in the proof of claim form or any attachment thereto; or

(c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's

behalf in the Debtors' bankruptcy cases.  The Liquidating Trust is serving the Claimant

with this Objection and the exhibit on which the Claimant's claim is listed.

35.    To the extent any Claimant timely files and properly serves a

response to this Objection by **4:00 P.M. (Eastern) on April 7, 2011** as required by the

Case Management Order and under applicable law, and the parties are unable to otherwise

resolve the Objection, the Liquidating Trust requests that the Court conduct a status

conference[2] with respect to any such responding claimant at **2:00 P.M. (Eastern) on April

14, 2011** and thereafter schedule the matter for a future hearing as to the merits of such

claim.  However, to the extent any Claimant fails to timely file and properly serve a

response to this Objection as required by the Case Management Order and applicable law,

the Liquidating Trust requests that the Court enter an order, substantially in the form

attached hereto as Exhibit A, reducing the Partially Invalid Claims set forth on Exhibit C,

Reclassifying the Misclassified Claims set forth on Exhibit D, and disallowing the invalid,

late filed, duplicate and amended claims set forth on Exhibit E through Exhibit G attached

hereto.

### COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
### THE OMNIBUS OBJECTION PROCEDURES ORDER

36.    This Objection complies with Bankruptcy Rule 3007(e).

Additionally, the Liquidating Trust submits that this Objection is filed in accordance with

the Omnibus Objection Procedures Order.

### WAIVER OF MEMORANDUM OF LAW

37.    Pursuant to Local Bankruptcy Rule 9013-1(G), and because there

are no novel issues of law presented in the Motion, the Liquidating Trust requests that the

requirement that all motions be accompanied by a written memorandum of law be waived.

---

[2] In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the
   Objection do not need to appear at the status conference.

## NO PRIOR RELIEF

38.     No previous request for the relief sought herein has been made to

this Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter an

Order sustaining this Objection and granting such other and further relief as the Court

deems appropriate.

Dated: Richmond, Virginia         TAVENNER & BERAN, PLC
     February 25, 2011


     */s/ Paula S. Beran*
     Lynn L. Tavenner (VA Bar No. 30083)
     Paula S. Beran (VA Bar No. 34679)
     20 North Eighth Street, 2nd Floor
     Richmond, Virginia 23219
     (804) 783-8300

          - and -

     PACHULSKI STANG ZIEHL & JONES LLP
     Jeffrey N. Pomerantz, Esq.
     Andrew W. Caine, Esq.
     10100 Santa Monica Boulevard
     Los Angeles, California 90067-4100
     (310) 277-6910

          - and –

     PACHULSKI STANG ZIEHL & JONES LLP
     Robert J. Feinstein, Esq.
     780 Third Avenue, 36th Floor
     New York, New York 10017
     (212) 561-7700

     *Counsel to the Circuit City Stores, Inc.*
     *Liquidating Trust*

## EXHIBIT A

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| - - - - - - - - - - - - - - | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

## ORDER SUSTAINING LIQUIDATING TRUST'S THIRD OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)

THIS MATTER having come before the Court[1] on the Liquidating Trust's Third

Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims,

Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,

Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims)

(the "Objection"), which requested, among other things, that the claims specifically

identified on Exhibit C through Exhibit G attached to the Objection be reduced or

disallowed for those reasons set forth in the Objection; and it appearing that due and proper

notice and service of the Objection as set forth therein was good and sufficient and that no

other further notice or service of the Objection need be given; and it further appearing that

no response was timely filed or properly served by the Claimants being affected by this

Order; and it appearing that the relief requested on the Objection is in the best interest of

the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and

after due deliberation thereon good and sufficient cause exists for the granting of the relief

as set forth herein,

      IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

      1.      The Objection is SUSTAINED.

      2.      The Claims identified on Exhibit A as attached hereto and

incorporated herein are forever reduced for all purposes in these bankruptcy cases in the

manner stated in Exhibit A.

      3.      The Claims identified on Exhibit B as attached hereto and

incorporated herein are forever reclassified in these bankruptcy cases in the manner stated

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

in Exhibit B.

4.      The Claims identified on Exhibit C through Exhibit E as attached

hereto and incorporated herein are forever disallowed in their entirety for all purposes in

these bankruptcy cases.

5.      The Liquidating Trust's rights to object to any claim including

(without limitation) the Claims subject to the Objection, on any grounds that applicable

law permits, are not waived and are expressly reserved.

6.      The Liquidating Trust shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or before five (5) business days from

the entry of this Order.

7.      This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
    _____, 2011


    _____
    HONORABLE KEVIN R. HUENNEKENS
    UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                              - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                      - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                              /_____
                              Lynn L. Tavenner

In re Circuit City Stores, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**

**ALPHABETICAL LISTING OF CLAIMANTS**

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| 13630 Victory Boulevard LLC<br>Attn: Gail B. Price SBN 185968<br>Bronwen Price<br>2600 Mission St. Ste. 206<br>San Marino, CA 91108 | 13690 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| 4110 Midland LLC<br>Attn Michael Mason Pres<br>Fairfield Financial<br>Group Inc Managing Member<br>8 Greenway Plz Ste 1100<br>Houston, TX 77046 | 14287 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| 4110 Midland LLC<br>Attn Michael Mason Pres<br>Fairfield Financial Group Inc Managing Member<br>8 Greenway Plz Ste 1100<br>Houston, TX 77046 | 12708 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| 4905 Waco LLC<br>Attn: Michael Mason President<br>c/o Fairfield Financial Group, Inc.<br>Managing Member<br>8 Greenway Plz., Ste 1100<br>Houston, TX 77046 | 13902 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| 4905 Waco LLC<br>c/o Michael Mason , President<br>c/o Fairfield Financial Group, Inc., Managing Member<br>8 Greeenway Plaza, Suite 1100<br>Houston, Texas 77046 | 12710 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Abercorn Common LLP<br>c/o Catherine Harrison King<br>Miller & Martin PLLC<br>1170 Peachtree St. NE, Ste. 800<br>Atlanta, GA  30309-7706 | 12682 | EXHIBIT D<br>CLAIMS TO BE RECLASSIFIED |
| Abercorn Common LLP<br>c/o Catherine Harrison King<br>Miller & Martin PLLC<br>1170 Peachtree St. NE, Ste. 800<br>Atlanta, GA  30309-7706 | 13695 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| AMHERST VF LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br>PARAMUS, NJ 07652 | 8725 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Bank of America NA as Trustee for the Registered Holders of LB UBS Commercial Mortgage Trust 2004 C6 Commercial Mortgage Pass Through Certificates Series 2004 C6 as Collateral Assignee of THF Harrisonburg Crossings LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 9124 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Bank of America National Association as Successor by Merger to LaSalle Bank National Association as Trustee for the Registered Holders of the Morgan Stanley Capital Inc Commercial Mortgage Pass Through Certificates Series 1997 C1 c/o Capmark Finance Inc. Peyton Inge<br>700 N. Pearl Street, Suite 2200<br>Dallas, TX  75201 | 9899 | EXHIBIT F<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank<br>c/o Capmark Finance, Inc.<br>Peyton Inge<br>700 N. Pearl St., Suite 2200<br>Dallas, TX  75201 | 9740 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Bank of America, NA, as Trustee for the Registered Holders of Greenwich Capital Commercial Funding Corp Commercial Mortgage Trust 2007 G G9 Commercial Mortgage Pass Through Certificates Series 2007 G G9, as Collateral Assignee of Abercorn Common LLLP<br>Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 | 8559 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Basser Kaufman 312 LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>101 Park Ave<br>New York, NY 10001 | 12507 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| Basser Kaufman 312 LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>101 Park Ave<br>New York, NY 10001 | 12509 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Basser Kaufman<br>Attn Marc Kemp<br>335 Central Ave<br>Lawrence, NY 11559 | 14416 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Bond CC VII DBT<br>c/o Wilmington Trust Company<br>1100 North Market Street<br>Wilmington, DE 19890<br>attn:  David Vanaskey, Corporate Trust Administration | 8707 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| BPP SC LLC<br>Creditor Notice Name: John C La Liberte Esq<br>Address:<br>Sherin and Lodgen LLP<br>101 Federal St<br>Boston, MA  02110 | 13075 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Capmark Finance Inc<br>Keith M Aurzada & John C LeiningerBryan Cave LLP<br>2200 Ross Ave Ste 3300<br>Dallas, TX 75201 | 14363 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Carousel Center Company LP<br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 | 12359 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Carousel Center Company LPAttn Kevin M Newman EsqMenter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 | 12294 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Carrollton Arms LLC<br>c o Gary H Cunningham Esq<br>101 W Big Bear Rd 10th Fl<br>Troy, MI 48084 | 8567 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Investors 1995 5<br>Rieser & Associates LLC<br>7925 GRACELAND ST<br>Dayton, OH 45459-3834 | 1023 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| CC-Investors 1996-3<br>c/o William A. Broscious, Esq.<br>Keply Broscious & Biggs, PLC<br>2211 Pump Road<br>Richmond, VA 23233 | 11826 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Central Park 1226 LLC<br>Attn Neil E Herman<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11939 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Central Park 1226 LLC<br>Attn Neil E Herman<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11962 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Centro Properties Group t a Parkway Plaza Vestal NY<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 8104 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Centro Properties Group t a Parkway Plaza Vestal NY<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>Philadelphia, PA 19103<br>1735 Market St 51st Fl | 8102 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Centro Properties Group ta Bakersfield Commons<br>Bakersfield CA<br>c/o David L. Pollack Esq.<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St. 51st Fl.<br>Philadelphia, PA 19103 | 12543 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Centro Properties Group ta Parkway Plaza Vestal NY<br>c o David L PollackBallard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12584 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Centro Properties Group ta Parkway Plaza Vestal NY<br>c o David L PollackBallard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12580 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| Circuitville LLC<br>Attn Douglas Gross<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave 9th Fl<br>New York, NY 10036 | 7118 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Compton Commercial Redevelopment Company Watt<br>20510225<br>Attn:  Dustin P. Branch Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park East 26th Fl.<br>Los Angeles, CA 90067 | 14224 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Daly City Partners I LP<br>Valerie P. Morrison & Dylan G. Trache Esq.<br>Wiley Rein LLP<br>7925 Jones Branch Dr. Ste. 6200<br>McLean, VA 22012 | 13764 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Hamilton Chase Santa Maria LLC<br>Creditor Notice Name: Attn Mark Shinderman and Seth Goldman<br>Address:<br>Munger Tolles & Olson LLP<br>355 S Grand Ave 35th Fl<br>Los Angeles , CA  90071 | 9478 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| IANNUCCI DEVELOPMENT CORP<br>37 HERMITAGE LN<br>NORTH HAVEN, CT 06473-0000 | 10850 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Inland American Retail Management LLC<br>Karen C. Bifferato and Kelly M. Conlan<br>Connolly Bove Lodge & Hurtz LLP<br>The Nemours Bldg.<br>1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 14080 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Inland Southwest Management LLC<br>Attn: Karen C. Bifferato & Kelly M. Conlan<br>Connolly Bove Ldge & Hutz LLP<br>The Nemours Bldg 1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 14928 | EXHIBIT F<br>DUPLICATE CLAIMS TO BE EXPUNGED |

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| Inland Southwest Management LLC<br>Attn: Karen C. Bifferato and Kelly M. Conlan<br>Connolly Bove Lodge & Hurtz LLP<br>The Nemours Bldg.<br>1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 13735 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Inland Southwest Management LLC<br>Attn: Karen C. Bifferato and Kelly M. Conlan<br>The Nemours Bldg.<br>1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 14095 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Inland Western Avondale McDowell LLC<br>c/o Bert Bittouma Esq.<br>Inland Real Estate Group<br>2901 Butterfield Rd., 3rd Fl.<br>Oak Brook, IL 60523 | 8943 | EXHIBIT F<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| Iris Family Limited Partnership<br>Lawrence A Katz<br>Venable LLP<br>8010 Towers Crescent Rd Ste 300<br>Vienna, VA 22182 | 12916 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| KIR Piers LP<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11954 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| La Cienega Sawyer Ltd.<br>c/o Rubin Pachulski Properties<br>9601 Wilshire Blvd. Ste 260<br>Beverly Hills, CA 90210 | 9698 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Liquidity Solutions Inc<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 10919 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Mayfair CACC Business Trust Acting by and through Midland Loan Services Inc<br>c/o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 14136 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| Mibarev Development I LLC<br>Thomas R Lynch Esq VSB No 73158<br>Bradley Arant Boult Cummings LLP<br>1133 Connecticut Ave NW 12 Fl<br>Washington, DC 20036 | 13250 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Millman 2000 Charitable Trust<br>c/o Arthur Lindquist Kleissler Esq<br>950 S Cherry St Ste 710<br>Denver, CO  80246 | 12123 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| ONICS, LLC<br>Attn:  Michael D. Plante<br>730 17th Street, Suite 715<br>Denver, CO 80202 | 14266 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| ONICS, LLC<br>Attn:  Michael D. Plante<br>730 17th Street, Suite 715<br>Denver, CO 80202 | 14517 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Pratt Center LLC and Valley Corners Shopping Center LLC<br>Amy Pritchard Williams, Esq.<br>K&L Gates LLP<br>Hearst Tower, 47th Fl.<br>214 N Tyron St.<br>Charlotte, NC  28202 | 13095 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Regency Centers LP<br>Attn: Randy Shoemaker<br>1 Independent Dr. Ste. 114<br>Jacksonville, FL 32202-5019 | 14381 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Regency Centers LP<br>Attn: Randy Shoemaker<br>One Independent Dr. Ste. 114<br>Jacksonville, FL 32202-5019 | 14438 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Riverside Towne Center No. 1 Watt 20510227<br>Attn:  Dustin P. Branch Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park E. 26th Fl.<br>Los Angeles, CA 90067-3102 | 14223 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Randall Benderson and David H Baldauf<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 9951 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| Sangertown Square LLC<br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 | 13702 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Sangertown Square LLC<br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 | 13704 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Target Corporation Law Department<br>1000 Nicollet Mall<br>Minneapolis, MN 55413 | 9269 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Torrance Towne Center Associates LLC<br>c o Ian S Landsberg<br>Landsberg Margulies LLP<br>16030 Ventura Blvd Ste 470<br>Encino, CA 91436 | 9646 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| TSA Stores Inc.<br>Attn: General Counsel<br>1050 W. Hampden Ave.<br>Englewood, CO 80110 | 12561 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Valley Corners Shopping Center LLC<br>Amy Pritchard Williams, Esq.<br>K&L Gates LLP<br>Hearst Tower, 47th Fl.<br>214 N Tryon St.<br>Charlotte, NC  28202 | 14360 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| WEC 96D Vestal Investment Trust<br>Attn: Wayne Zarozny, Vice President<br>The Berkshire Group<br>One Beacon Street, Suite 1500<br>Boston, MA 02108 | 9780 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Corp Commercial Mort<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 8282 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| Wells Fargo Bank NA as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Corp Commercial<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 8352 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank NA as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Corp Commercial Mortgage<br>Pass Through Certificates Series 2006 LDP7<br>as Collateral Assignee of Inland Western Sugar<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 8582 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank NA as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage PassThrough Certificates Series 2007 C33 as Collateral Assignee of Cole CC Groveland FL LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 9120 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| WTM Glimcher LLC<br>Sharisse Cumberbarch Esq.<br>Glimcher Properties Limited Partnership<br>180 E. Broad St. 21st Fl.<br>Columbus, OH 43215 | 13399 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| WTM Glimcher LLC<br>Sharisse Cumberbarch Esq.<br>Glimcher Properties Limited Partnership<br>180 E. Broad St. 21st Fl.<br>Columbus, OH 43215 | 14713 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

In re Circuit City Stores, Inc. et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**
**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 04/30/09 | 12509 | Basser Kaufman 312 LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>101 Park Ave<br>New York, NY 10001 | Basser Kaufman<br>Attn Marc Kemp<br>335 Central Ave<br>Lawrence, NY 11559 | $38,020.89<br>(administrative) | Circuit City Stores, Inc. | $5,067.45<br>(administrative) | Circuit City Stores, Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $21,122.10 Nove Stub Rent (out of $26,189.55 claimed), (2) $11,831.34 Other Admin Rent (out of $11,831.34 claimed) |
| 04/30/09 | 12507 | Basser Kaufman 312 LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>101 Park Ave<br>New York, NY 10001 | Basser Kaufman<br>Attn Marc Kemp<br>335 Central Ave<br>Lawrence, NY 11559 | $721,432.54<br>(general unsecured) | Circuit City Stores, Inc. | $647,277.86<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $11,224.09 pre-petition rent (out of $11,224.09 claimed), (2) $46,706.50 rejectino damages (out of $693,984.36 claimed), (3) $11,244.09 duplicated pre-petition charges (out of $11,224.09 claimed), (4) $5,000.00 attorney's fees (out of $5,000.00 claimed) |
| 05/27/09 | 13075 | BPP SC LLC<br>Creditor Notice Name: John C La Liberte Esq<br>Address:<br>Sherin and Lodgen LLP<br>101 Federal St<br>Boston, MA  02110 | | $821,833.56<br>(general unsecured)<br><br>$2,000 .00<br>(administrative) | Circuit City Stores Inc. | $761,237.66<br>(general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records:  (1) $4,170.79 pre-petition rent (out of $53,067.04 claimed); (2) $54,425.11 rejection damages (out of $762,223.70 claimed); (3) $2,000.00 attorneys' fees (out of $2,000.00 claimed); (4) $2,000.00 other damages (out of $2,000.00 claimed as administrative). |
| 03/30/09 | 11939 | Central Park 1226 LLC<br>Attn Neil E Herman<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | | $39,165.90<br>(administrative) | Circuit City Stores, Inc. | $7,569.63<br>(administrative) | Circuit City Stores, Inc. | The stub rent amount is $0 per the debtor's books and records, and is reduced from the claimed amount of $31,596.27 to zero.  The postpetition taxes amount agrees with the debtor's books and records, and is accepted. |
| 03/30/09 | 11962 | Central Park 1226 LLC<br>Attn Neil E Herman<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | | $866,208.92<br>(general unsecured) | Circuit City Stores, Inc. | $840,667.94<br>(general unsecured) | Circuit City Stores, Inc. | The prepetition rent amount claimed agrees with the debtor's books and records, and is accepted.  The rejection damage amount claimed is $23,328.58 higher than the books and records amount, and is reduced by that amount.  The prepetition taxes amount claimed is $2,202.40 higher than the books and records amount, and is reduced by that amount. |
| 01/28/09 | 7118 | Circuitville LLC<br>Attn Douglas Gross<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave 9th Fl<br>New York, NY 10036 | | $399,774.97<br>(general unsecured)<br><br>$24,114.35<br>(administrative) | Circuit City Stores, Inc. | $399,774.97<br>(general unsecured)<br><br>$0 (administrative) | Circuit City Stores, Inc. | The prepetition rent amount claimed is the same as the amount on the debtor's books and records, and is accepted. The rejection damage amount claimed agrees with the amount on the debtor's books and records, and is accepted. The administrative rent amount is $0 per the debtor's books and records amount, and is reduced from the claimed amount of $24,114.35 to zero. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 01/30/09 | 9478 | Hamilton Chase Santa Maria LLC Creditor Notice Name: Attn Mark Shinderman and Seth Goldman Address: Munger Tolles & Olson LLP 355 S Grand Ave 35th Fl Los Angeles, CA 90071 | | Unliquidated, but not less than $2,056,912.41 (general unsecured) | Circuit City Stores Inc. | $569,616.09 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $44.12 pre-petition rent (out of $35,956.62 claimed); (2) $1,447,984.69 rejection damages (out of $1,964,318.43 claimed); (3) $142.77 pre-petition taxes (out of $17,512.62 claimed); (4) $39,124.74 other damages (out of $39,124.74 claimed). |
| 06/30/09 | 14136 | Mayfair CACC Business Trust Acting by and through Midland Loan Services Inc c/o Katharine Battaia Thompson and Knight LLP 1722 Routh St Ste 1500 Dallas, TX 75201 | | $29,519.05 (administrative) | Circuit City Stores Inc. | $5,207.83 (administrative) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $15,706.85 November stub rent (out of $15,706.85 claimed); (2) $5,899.00 attorneys' fees (out of $5,899.00 claimed); (3) $2,705.37 post-petition taxes (out of $7,913.20 claimed). |
| 05/22/09 | 13250 | Mibarev Development I LLC Thomas R Lynch Esq VSB No 73158 Bradley Arant Boult Cummings LLP 1133 Connecticut Ave NW 12 Fl Washington, DC 20036 | Emil Hirsch Esq Bradley Arant Boult Cummings LLP 1133 Connecticut Ave NW 12th FL Washington, DC 20036 | $119,174.85 (administrative) | Circuit City Stores, Inc. | $55,435.25 (administrative) | Circuit City Stores, Inc. | Stub rent agrees to the amount on the debtor's books and records, and is accepted. Postpetition rent (other than stub rent) has been paid and the claim is reduced by $54,414.38 in claimed postpetition rent. The tax amount is $9,325.22 higher than the books and records amount, and is reduced by that amount. |
| 03/31/09 | 12123 | Millman 2000 Charitable Trust c/o Arthur Lindquist Kleissler Esq 950 S Cherry St Ste 710 Denver, CO 80246 | | $1,331,220.04 (general unsecured) | Circuit City Stores Inc. | $432,707.93 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records:  (1) $16,958.33 other administrative rent (out of $16,958.33 claimed); (2) $203,137.07 rejection damages (out of $610,499.88 claimed); (3) $8,000.00 attorneys' fees (out of $8,000.00 claimed); (4) $2,416.70 post-petition taxes (out of $5,716.00 claimed); (5) $688,000.00 other damages (out of $688,000.00 claimed). |
| 01/30/09 | 8282 | Wells Fargo Bank as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Corp Commercial Mort Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | Jubilee Springdale LLC c o Schottenstein Property Group 4300 E 5th Ave Columbus, OH 43219-1816 | Unliquidated | Circuit City Stores, Inc. | $865,790.86 (general unsecured) $50,461.97 (administrative) | Circuit City Stores, Inc. | Per debtor's books and records, the claim is allowed as a nonpriority general unsecured claim for $15,353.12 of prepetition rent, $812,330.50 of rejection damages, $36,404.21 of prepetition taxes and $1,703.03 of prepetition CAM reconciliation.  It is also allowed as an administrative claim for $35,823.94 of stub rent, $14,356.00 of postpetition taxes and $282.03 of postpetition CAM reconciliation. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KR

**EXHIBIT D**

**CLAIMS TO BE RECLASSIFIED**

| | | | | | | CLAIMS TO BE RECLASSIFIED | | | RECLASSIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount and Classification | Debtor | Proposed Reclassified Claim Face Amount and Classification | Debtor | Comments |
| 4/29/09 | 12682 | Abercorn Common LLP c/o Catherine Harrison King Miller & Martin PLLC 1170 Peachtree St. NE, Ste. 800 Atlanta, GA  30309-7706 | ABERCORN COMMON LLP C/O KAREN STEWART 114 BARNARD ST., SUITE 2B SAVANNAH, GA  31401 | $1,448,786.93 (priority)  $44,082.75 (administrative) | Circuit City Stores, Inc. | $1,448,786.93 (general unsecured)  $44,082.75 (administrative) | Circuit City Stores, Inc. | Claim is also subject to books and records objection. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT E**
**INVALID CLAIMS TO BE EXPUNGED**

| | | | | | | |
|---|---|---|---|---|---|---|
| **BOOKS AND RECORDS CLAIMS TO BE EXPUNGED** | | | | | | |
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 06/29/09 | 14287 | 4110 Midland LLC Attn Michael Mason Pres Fairfield Financial Group Inc Managing Member 8 Greenway Plz Ste 1100 Houston, TX 77046 | Hodgson Russ LLP Attn Deborah J Piazza Esq Counsel to Fairfield Financial Group Inc 60 E 42nd St 37th Fl New York, NY 10165-0150 | $102,096.42 (administrative) | Circuit City Stores, Inc. | Claimant is not the landlord. Debtors are addressing claim 1023 with the landlord. |
| 04/30/09 | 12708 | 4110 Midland LLC Attn Michael Mason Pres Fairfield Financial Group Inc Managing Member 8 Greenway Plz Ste 1100 Houston, TX 77046 | | Unliquidated but in an amount not less than $657,287.99 (general unsecured) | Circuit City Stores, Inc. | Claimant is not the landlord. Debtors are addressing claim 1023 with the landlord. |
| 06/29/09 | 13902 | 4905 Waco LLC Attn: Michael Mason President c/o Fairfield Financial Group, Inc. Managing Member 8 Greenway Plz., Ste 1100 Houston, TX 77046 | Hodgson Russ LLP Counsel to Fairfield Financial Group, Inc. Attn: Deborah J. Piazza, Esq. 60 East 42nd Street, 37th Floor New York, New York 10165 | $123,095.35 (adminstrative) | Circuit City Stores, Inc. | Claim should be expunged because Debtors' books and records show no landlord/tenant relationship between the parties. |
| 04/30/09 | 12710 | 4905 Waco LLC c/o Michael Mason , President c/o Fairfield Financial Group, Inc., Managing Member 8 Greeenway Plaza, Suite 1100 Houston, Texas 77046 | Manufacturers and Traders Trust Company, as Trustee c/o Hodgson Russ LLP attn: Deborah J. Piazza, Esq. 60 East 42nd Street, 37th Floor New York, New York 10165 | Unliquidated but not less than $738,355.64 (general unsecured) | Circuit City Stores, Inc. | Claim should be expunged because Debtors' books and records show no landlord/tenant relationship between the parties. |
| 06/12/09 | 13695 | Abercorn Common LLP c/o Catherine Harrison King Miller & Martin PLLC 1170 Peachtree St. NE, Ste. 800 Atlanta, GA 30309-7706 | ABERCORN COMMON LLP C/O KAREN STEWART 114 BARNARD ST., SUITE 2B SAVANNAH, GA 31401 | $41,819.26 (administrative) | Circuit City Stores, Inc. | Amounts are covered on claim 12682. |
| 01/30/09 | 9124 | Bank of America NA as Trustee for the Registered Holders of LB UBS Commercial Mortgage Trust 2004 C6 Commercial Mortgage Pass Through Certificates Series 2004 C6 as Collateral Assignee of THF Harrisonburg Crossings LLC Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | THF HARRISONBURG CROSSINGS LLC C O THF REALTY 2127 INNERBELT BUSINESS CTR STE 200 ST LOUIS, MO 63114 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | The claim is an unliquidated claim that does not appear on the debtor's books and records. |

**BOOKS AND RECORDS CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 01/30/09 | 9740 | Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank c/o Capmark Finance, Inc. Peyton Inge 700 N. Pearl St., Suite 2200 Dallas, TX 75201 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant is not the landlord, and the Debtors are dealing with the landlord directly on claims 8102, 8104, 12580 and 12584. |
| 01/30/09 | 8559 | Bank of America, NA, as Trustee for the Registered Holders of Greenwich Capital Commercial Funding Corp Commercial Mortgage Trust 2007 G G9 Commercial Mortgage Pass Through Certificates Series 2007 G G9, as Collateral Assignee of Abercorn Common LLLP Mindy A. Mora, Esq. Bilzin Sumberg Baena Price & Axelrod LLP 200 S. Biscayne Blvd., Ste. 2500 Miami, FL 33131 | ABERCORN COMMON LLLP 114 BARNARD ST., STE. 2B SAVANNAH, GA 31401 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant filed as lender to landlord and debtor is addressing claims 12682 and 13695 with the landlord. |
| 07/01/09 | 14416 | Basser Kaufman Attn Marc Kemp 335 Central Ave Lawrence, NY 11559 | Kelley Drye & Warren LLP Attn James S Carr & Robert L LeHane Esq 101 Park Ave New York, NY 10178 | $3,000 (administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be disallowed in its entirety because the amounts asserted in the claim are not owed. |
| 01/30/09 | 8707 | Bond CC VII DBT c/o Wilmington Trust Company 1100 North Market Street Wilmington, DE 19890 attn: David Vanaskey, Corporate Trust Administration | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Debtor has no record of amounts due. |
| 06/30/09 | 14363 | Capmark Finance Inc Keith M Aurzada & John C LeiningerBryan Cave LLP 2200 Ross Ave Ste 3300 Dallas, TX 75201 | | $1,120,367.89 (administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be disallowed in its entirety because the amounts asserted in the claim are not owed. |
| 04/24/09 | 12359 | Carousel Center Company LP Attn Kevin M Newman Esq Menter Rudin & Trivelpiece PC 308 Maltbie St Ste 200 Syracuse, NY 13204-1498 | Carousel Center Company LP 4 Clinton Square Syracuse, NY 13202 | $5,225.00 (administrative) | Circuit City Stores, Inc. | Damages and repairs in the amount of $5,225 are unsubstantiated and should be disallowed. |

| | | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 04/16/09 | 12294 | Carousel Center Company LPAttn Kevin M Newman EsqMenter Rudin & Trivelpiece PC 308 Maltbie St Ste 200 Syracuse, NY 13204-1498 | Carousel Center Company LP 4 Clinton Square Syracuse, NY 13202 | $921,634.54 (general unsecured) | Circuit City Stores, Inc. | Rejection damages of $921,634.54 are unsubstantiated and should be disallowed. |
| 01/29/09 | 8567 | Carrollton Arms LLC c o Gary H Cunningham Esq 101 W Big Bear Rd 10th Fl Troy, MI 48084 | Jefferies Leveraged Credit Products, LLC One Station Place Three North Stamford, CT 06902 | $1,141,154.72 (general unsecured) | Circuit City Stores, Inc. | The debtor does not owe any of the claimed amounts per its books and records. |
| 12/19/08 | 1023 | CC Investors 1995 5 Rieser & Associates LLC 7925 GRACELAND ST Dayton, OH 45459-3834 | CC Investors 1995 5 Attn Guy Millner c o Ten Pryor Street Building LLC 5500 Interstate North Pkwy RiverEdge One Ste 600 Atlanta, GA 30328  Circuit Investors Colorado Limited Partnership Attn John Paul Rieser c o Rieser & Associates LLC 7925 Graceland St Dayton, OH 45459-3834 | Unliquidated but in amount not less than $43,558.65 (general unsecured) | Circuit City Stores, Inc. | November stub rent of $17,423.46 and administrative rent of $26,135.19 are unsubstantiated and should be disallowed. |
| 04/30/09 | 12543 | Centro Properties Group ta Bakersfield Commons Bakersfield CA c/o David L. Pollack Esq. Ballard Spahr Andrews & Ingersoll LLP 1735 Market St. 51st Fl. Philadelphia, PA 19103 | | $37,718.70 (administrative) | Circuit City Stores, Inc. | Rejection damages portion of claim amended by claim 12555; other damages are invalid. |
| 04/30/09 | 12584 | Centro Properties Group ta Parkway Plaza Vestal NY c o David L PollackBallard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | | $13,636.31 (general unsecured) | Circuit City Stores, Inc. | Claimant seeks $528.13 for prepetition rent and $13,108.18 for CAM reconciliation that are not supported by the Debtors' books and records. |
| 04/30/09 | 12580 | Centro Properties Group ta Parkway Plaza Vestal NY c o David L PollackBallard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 Vestal NY | | $3,515.79 (administrative) | Circuit City Stores, Inc. | Claimant seeks $1,232.29 in November stub rent and $2,283.50 in CAM reconciliation that are not supported by the Debtors' books and records. |
| 02/02/09 | 10850 | IANNUCCI DEVELOPMENT CORP 37 HERMITAGE LN NORTH HAVEN, CT 06473-0000 | HARLOW ADAMS FRIEDMAN PC STEPHEN P WRIGHT ESQ 300 BIC DRMILFORD, CT 06460-3055 | $34,715.63 (general unsecured) | Circuit City Stores, Inc. | Administrative rent is covered by claim 14049. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 02/02/09 | 10850 | IANNUCCI DEVELOPMENT CORP 37 HERMITAGE LN NORTH HAVEN, CT 06473-0000 | HARLOW ADAMS FRIEDMAN PC STEPHEN P WRIGHT ESQ 300 BIC DRMILFORD, CT  06460-3055 | $34,715.63 (general unsecured) | Circuit City Stores, Inc. | Administrative rent is covered by claim 14049. |
| 03/25/09 | 11954 | KIR Piers LP Attn Neil E Herman Esq c o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10178 | | $30,498.01 (administrative) | Circuit City Stores, Inc. | The stub rent amount is $0 per the debtor's books and records amount, and is reduced from the claimed amount of $20,560.66 to zero. The administrative rent amount is $0 per the debtor's books and records amount, and is reduced from the claimed amount of $9,937.35 to zero. |
| 01/30/09 | 9698 | La Cienega Sawyer Ltd. c/o Rubin Pachulski Properties 9601 Wilshire Blvd. Ste 260 Beverly Hills, CA 90210 | | $27,651.33 (administrative)  $26,414.69 (general unsecured) | Circuit City Stores West Coast, Inc. | November stub rent is covered by claim 9781; prepetition rent is overstated by $26,414.79 according to the debtors' books and records. |
| 06/29/09 | 14266 | ONICS, LLC Attn:  Michael D. Plante 730 17th Street, Suite 715 Denver, CO 80202 | Hodgson Russ LLP Counsel to Fairfield Financial Group, Inc. Attn:  Deborah J. Piazza, Esq. 60 East 42nd Street, 37th Floor New York, New York 10165 | $38,250.04 (administrative) | Circuit City Stores, Inc. | Claim is for $17,172.66 in postpetition taxes which are not supported by the Debtors' books and records, and for $15,840.01 in attorneys fees and $5,237.37 in trustee's fees which are not permitted by the lease.  Accordingly, claim should be expunged in its entirety. |
| 07/23/09 | 14517 | ONICS, LLC Attn:  Michael D. Plante 730 17th Street, Suite 715 Denver, CO 80202 | Manufacturers and Traders Trust Company, as Trustee c/o Hodgson Russ LLP attn: Deborah J. Piazza, Esq. 60 East 42nd Street, 37th Floor New York, New York 10165 | Unliquidated but not less than $423,802.93 (general unsecured) | Circuit City Stores, Inc. | Claim should be expunged because Debtors' books and records show no landlord/tenant relationship between the parties. |
| 12/12/08 | 13095 | Pratt Center LLC and Valley Corners Shopping Center LLC Amy Pritchard Williams, Esq. K&L Gates LLP Hearst Tower, 47th Fl. 214 N Tyron St. Charlotte, NC  28202 | | $43,557.00 (administrative) | Circuit City Stores, Inc. | Amounts covered on claims 12526 and 12524. |
| 07/01/09 | 14438 | Regency Centers LP Attn: Randy Shoemaker One Independent Dr. Ste. 114 Jacksonville, FL 32202-5019 | Kelley Drye & Warren LLP Attn:  James S. Carr & Robert L. LeHane Esq. 101 Park Ave. New York, NY 10178 | $3,000 (administrative) | Circuit City Stores, Inc. | Claim is for unsubstantiated attorneys' fees. |

**BOOKS AND RECORDS CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 06/30/09 | 14223 | Riverside Towne Center No. 1 Watt 20510227 Attn: Dustin P. Branch Esq. Katten Muchin Rosenman LLP 2029 Century Park E. 26th Fl. Los Angeles, CA 90067-3102 | | $9,937.08 (administrative) | Circuit City Stores, Inc. | The amounts on this claim are covered by claim 9511. |
| 04/30/09 | 9951 | Ronald Benderson Randall Benderson and David H BaldaufAttn James S Carr EsqRobert L LeHane EsqKelley Drye & Warren101 Park AveNew York, NY 10178 | Ronald Benderson Randall Benderson and David H Baldauf Attn Ken Labenskic o Benderson Development Company Inc 570 Delaware Ave Buffalo, NY 14202 | $1,152,235.37 (general unsecured) | Circuit City Stores, Inc. | Claimant is not the landlord, and the Debtors are dealing with the landlord directly on claim 12697. |
| 06/09/09 | 13702 | Sangertown Square LLC Attn Kevin M Newman Esq Menter Rudin & Trivelpiece PC 308 Maltbie St Ste 200 Syracuse, NY 13204-1498 | Sangertown Square LLC 4 Clinton Square Syracuse, NY 13202 | $192.49 (administrative) | Circuit City Stores, Inc. | Reduce by $192.49 for damages and repairs according to the Debtors' books and records. |
| 06/15/09 | 13704 | Sangertown Square LLC Attn Kevin M Newman Esq Menter Rudin & Trivelpiece PC 308 Maltbie St Ste 200 Syracuse, NY 13204-1498 | Sangertown Square LLC 4 Clinton Square Syracuse, NY 13202 | Unliquidated (administrative) | Circuit City Stores, Inc. | November stub rent of $12,971.68 and administrative rent of $9,164.80 are unsubstantiated and should be disallowed. |
| 01/30/09 | 9269 | Target Corporation Law Department 1000 Nicollet Mall Minneapolis, MN 55413 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Debtor has no record of amounts due to this claimant. |
| 04/28/09 | 12561 | TSA Stores Inc. Attn: General Counsel 1050 W. Hampden Ave. Englewood, CO 80110 | Peter Cal Esq. Sherman & Howard LLC 633 Seventeenth St. Ste. 3000 Denver, CO 80202 TSA Stores Inc. Attn: Melisa Castro Hermann Property Mgr. 1050 W. Hampden Ave. Englewood, CO 80110 | $713,438.95 (general unsecured) | Circuit City Stores, Inc. | Damages and repairs of $353,744.71 are not substantiated. Prepetition rent of $359,694.24 does not agree to Debtors' books and records. |
| 06/30/09 | 14360 | Valley Corners Shopping Center LLC Amy Pritchard Williams, Esq. K&L Gates LLP Hearst Tower, 47th Fl. 214 N Tyron St. Charlotte, NC 28202 | | $37,547.83 (administrative) | Circuit City Stores, Inc. | November stub rent and postpetition taxes are covered on claim 12526. Attorneys' fees of $6,031.96 are unsubstantiated. |
| 01/30/09 | 9780 | WEC 96D Vestal Investment Trust Attn: Wayne Zarozny, Vice President The Berkshire Group One Beacon Street, Suite 1500 Boston, MA 02108 | Bingham McCutchen LLP Attn: Cassandra Aquart 399 Park Avenue New York, NY 10022 | $57,180 (general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be disallowed in its entirety because the amounts asserted in the claim are not owed. |

**BOOKS AND RECORDS CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 01/30/09 | 8352 | Wells Fargo Bank NA as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Corp Commercial<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Debtors' books and records do not reflect a liability to this claimant. |
| 01/30/09 | 8582 | Wells Fargo Bank NA as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Corp Commercial Mortgage Pass Through Certificates Series 2006 LDP7 as Collateral Assignee of Inland Western Sugar       Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Debtors' books and records do not reflect a liability to this claimant. |
| 01/30/09 | 9120 | Wells Fargo Bank NA as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage PassThrough Certificates Series 2007 C33 as Collateral Assignee of Cole CC Groveland FL LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Debtors' books and records do not reflect a liability to this claimant. |
| 11/05/09 | 14713 | WTM Glimcher LLC<br>Sharisse Cumberbarch Esq.<br>Glimcher Properties Limited Partnership<br>180 E. Broad St. 21st Fl.<br>Columbus, OH 43215 | | $30,047.04 (administrative) | Circuit City Stores, Inc. | Debtor has no record of other administrative rent due. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT F**
**DUPLICATE CLAIMS TO BE EXPUNGED**

| | | CLAIM TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Number | Debtor | Total Surviving Claim Face Amount |
| 01/30/09 | 9899 | Bank of America National Association as Successor by Merger to LaSalle Bank National Association as Trustee for the Registered Holders of the Morgan Stanley Capital Inc Commercial Mortgage Pass Through Certificates Series 1997 C1 c/o Capmark Finance Inc. Peyton Inge 700 N. Pearl Street, Suite 2200 Dallas, TX 75201 | | Unliquidated (general unsecured and administrative) | Circuit City Stores, Inc. | 12152 | Circuit City Stores, Inc | $50,000 (general unsecured and secured) |
| 03/31/10 | 14928 | Inland Southwest Management LLC Attn: Karen C. Bifferato & Kelly M. Conlan Connolly Bove Ldge & Hutz LLP The Nemours Bldg 1007 N. Orange St. PO Box 2207 Wilmington, DE 19807 | | Unliquidated (administrative) | Circuit City Stores West Coast, Inc. | 14936 | Circuit City Stores, Inc. | Unliquidated (administrative) |
| 01/30/09 | 8943 | Inland Western Avondale McDowell LLC c/o Bert Bittouma Esq. Inland Real Estate Group 2901 Butterfield Rd., 3rd Fl. Oak Brook, IL 60523 | Karen C. Bifferato Connolly Bove Ldge & Hutz LLP The Nemours Bldg 1007 N. Orange St. PO Box 2207 Wilmington, DE 19807 | Unliquidated (general unsecured) | Circuit City Stores West Coast, Inc. | 9725 | Circuit City Stores, Inc. | Unliquidated (general unsecured) |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653
**EXHIBIT G**
**AMENDED/SUPERSEDED CLAIMS TO BE EXPUNGED**

| | | | CLAIMS TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
| 06/08/09 | 13690 | 13630 Victory Boulevard LLC<br>Attn: Gail B. Price SBN 185968<br>Bronwen Price<br>2600 Mission St. Ste. 206<br>San Marino, CA 91108 | | $17,866.18<br>(administrative) | Circuit City Stores, Inc. | 13691 | Circuit City Stores, Inc. | $17,866.18<br>(administrative)<br><br>$753,292.80<br>(general unsecured) |
| 01/30/09 | 8725 | AMHERST VF LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br>PARAMUS, NJ 07652 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | 12697 | Circuit City Stores, Inc. | $814,758.02<br>(general unsecured) |
| 03/13/09 | 11826 | CC-Investors 1996-3<br>c/o William A. Broscious, Esq.<br>Keply Broscious & Biggs, PLC<br>2211 Pump Road<br>Richmond, VA 23233 | | $426,955.42<br>(general unsecured) | Circuit City Stores, Inc. | 12590 | Circuit City Stores, Inc. | Unliquidated<br>(general unsecured) |
| 01/29/09 | 8104 | Centro Properties Group t a Parkway Plaza<br>Vestal NY<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | | $528.13<br>(general unsecured) | Circuit City Stores, Inc. | 12584 | Circuit City Stores, Inc. | $13,636.31<br>(general unsecured) |
| 01/29/09 | 8102 | Centro Properties Group t a Parkway Plaza<br>Vestal NY<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>Philadelphia, PA 19103<br>1735 Market St 51st Fl | | $1,232.29<br>(administrative) | Circuit City Stores, Inc. | 12580,<br>12584 | Circuit City Stores, Inc. | $3,515.79<br>(administrative)<br><br>$13,636.31<br>(general unsecured) |
| 06/30/09 | 14224 | Compton Commercial Redevelopment Company<br>Watt<br>20510225<br>Attn:  Dustin P. Branch Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park East 26th Fl.<br>Los Angeles, CA 90067 | | $12,866.81<br>(administrative) | Circuit City Stores, Inc. | 14351 | Circuit City Stores, Inc. | $12,866.81<br>(administrative)<br><br>$48,229.13<br>(general unsecured) |
| 06/19/09 | 13764 | Daly City Partners I LP<br>Valerie P. Morrison & Dylan G. Trache Esq.<br>Wiley Rein LLP<br>7925 Jones Branch Dr. Ste. 6200<br>McLean, VA 22012 | Julie H. Rome Banks Esq.<br>Binder & Malter LLP<br>2775 Park Ave.<br>Santa Clara, CA 95050 | $60,538.17<br>(administrative) | Circuit City Stores, Inc. | 12348 | Circuit City Stores, Inc | $60,538.17<br>(administrative)<br><br>$545,748.61<br>(general unsecured) |
| 06/30/09 | 14080 | Inland American Retail Management LLC<br>Karen C. Bifferato and Kelly M. Conlan<br>Connolly Bove Lodge & Hurtz LLP<br>The Nemours Bldg.<br>1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | | $148,274.70<br>(administrative) | Circuit City Stores, Inc. | 14955 | Circuit City Stores, Inc. | Unliquidated<br>(administrative) |

12304-002\DOCS_NY:23578v1

| | | CLAIMS TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
| 06/30/09 | 13735 | Inland Southwest Management LLC Attn: Karen C. Bifferato and Kelly M. Conlan Connolly Bove Lodge & Hurtz LLP The Nemours Bldg. 1007 N. Orange St. PO Box 2207 Wilmington, DE 19807 | | Unliquidated (administrative) | Circuit City Stores West Coast, Inc. | 14095 | Circuit City Stores, Inc. | $285,355.59 (administrative) |
| 06/30/09 | 14095 | Inland Southwest Management LLC Attn: Karen C. Bifferato and Kelly M. Conlan The Nemours Bldg. 1007 N. Orange St. PO Box 2207 Wilmington, DE 19807 | | $285,355.59 (administrative) | Circuit City Stores, Inc. | 14936 | Circuit City Stores, Inc. | Unliquidated (administrative) |
| 04/30/09 | 12916 | Iris Family Limited Partnership Lawrence A Katz Venable LLP 8010 Towers Crescent Rd Ste 300 Vienna, VA 22182 | Eric S Kassoff Wilkes Artis 1150 18th St NW Ste 400 Washington, DC  20036 | $535,559.58 (general unsecured) | Circuit City Stores, Inc. | 14061 | Circuit City Stores, Inc. | $607,381.55 (general unsecured) |
| 02/10/09 | 10919 | Liquidity Solutions Inc One University Plz Ste 312 Hackensack,  NJ 07601 | Trout Segall & Doyle Winchester Prop 2 Village Square, Ste 219 c/o Trout Segal & Doyle Mgmt Baltimore, Maryland 21210 | $722,316.32 (general unsecured) | Circuit City Stores, Inc. | 14696 | Circuit City Stores, Inc. | $1,362,372.73 (general unsecured) |
| 06/30/09 | 14381 | Regency Centers LP Attn: Randy Shoemaker 1 Independent Dr. Ste. 114 Jacksonville, FL 32202-5019 | Regency Centers LP Attn: James S. Carr Esq. & Robert L. LeHane Esq. Kelley Drye & Warren LLP 101 Park Ave. New York, NY 10178 | $49,724.54 (administrative) | Circuit City Stores West Coast, Inc. | 14791 | Circuit City Stores West Coast, Inc. | $70,624.51 (administrative) |
| 01/30/09 | 9646 | Torrance Towne Center Associates LLC c o Ian S Landsberg Landsberg Margulies LLP 16030 Ventura Blvd Ste 470 Encino, CA 91436 | | $43,746.09 (general unsecured)  $37,400.24 (administrative) | Circuit City Stores Inc. | #12733 | Circuit City Stores West Coast | $84,726.00 (administrative)  $757,985.00 (general unsecured) |
| 06/16/09 | 13399 | WTM Glimcher LLC Sharisse Cumberbarch Esq. Glimcher Properties Limited Partnership 180 E. Broad St. 21st Fl. Columbus, OH 43215 | | $26,617.83 (administrative) | Circuit City Stores, Inc. | 14713 | Circuit City Stores, Inc. | $30,047.04 general unsecured |