Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al., | **:** Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:** (Jointly Administered) |
| | **:** |
| | **:** |

## NOTICE OF SEVENTH OMNIBUS OBJECTION
## TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS,
## DISALLOWANCE OF CERTAIN INVALID CLAIMS AND RECLASSIFICATION OF
## <u>CERTAIN INCORRECTLY CLASSIFIED CLAIMS)</u>

    **PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Liquidating Trust's Seventh Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified Claims) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as <u>Exhibit 1</u>.  By the Objection, the Liquidating Trust is seeking to (i) reduce each of the claims identified on <u>Exhibit C</u> attached thereto, (ii) disallow each of the claims identified on <u>Exhibits D through H</u> attached thereto, (iii) reclassify the claims identified on <u>Exhibit I</u> attached thereto, (iv) reclassify then disallow the claims identified on <u>Exhibit J</u> attached thereto, and (v) reduce, reclassify and/or disallow the claims identified on <u>Exhibits K and L</u> attached thereto.

    **PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and

Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | <u>Claim<br>Number</u> | <u>Claim<br>Amount</u> | <u>Reference<br>Objection</u> |
|---|---|---|---|

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY <u>4:00 P.M. (EASTERN TIME) ON APRIL 7, 2011</u>, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

<u>**Critical Information for Claimants**</u>
<u>**Choosing to File a Response to the Objection**</u>

<u>Who Needs to File a Response</u>:  If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

<u>Response Deadline</u>:  The Response Deadline is **<u>4:00 p.m. (Eastern Time) on April 7, 2011 (the "Response Deadline")</u>**.

2

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083 |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

The status hearing on the Objection will be held at  **2:00 p.m. (Eastern Time) on April 14, 2011 at:**

> United States Bankruptcy Court
> 701 East Broad Street – Courtroom 5000
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

**Procedures for Filing a Timely Response and
Information Regarding the Hearing on the Objection**

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

> a.    a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

b.      the claimant's name and an explanation for the amount of the Claim;

c.      a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d.      a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e.      a declaration of a person with personal knowledge of the relevant facts that support the Response;

f.      the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address").  If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

g.      to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**.  To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf.  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

## Additional Information

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.

Dated:    February 25, 2011

/s/ Paula S. Beran

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
          pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
          acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | X | |

**LIQUIDATING TRUST'S SEVENTH OMNIBUS OBJECTION
TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS,
DISALLOWANCE OF CERTAIN INVALID CLAIMS AND RECLASSIFICATION
<u>OF CERTAIN INCORRECTLY CLASSIFIED CLAIMS</u>)**

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through

Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the

Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated

Debtors and Debtors in Possession and its Official Committee of Creditors Holding

General Unsecured Claims (the "Plan") in the above-captioned cases, hereby files this

Seventh Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims,

Disallowance of Certain Invalid Claims and Reclassification of Certain Incorrectly

Classified Claims) (the "Objection"), and hereby moves this court (the "Court"), pursuant

to sections 105, 502 and 503 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq.

(as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the

proposed form of which is attached hereto as Exhibit A, granting the relief sought by this

Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.     This Court has jurisdiction to consider this Objection under 28

U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of

these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

The statutory and legal predicates for the relief requested herein are Bankruptcy Code

sections 105, 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.     On November 10, 2008 (the "Petition Date"), the debtors in the

above-captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC
(0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer

*(cont'd)*

under chapter 11 of the Bankruptcy Code.

3.      On November 12, 2008, the Office of the United States Trustee for

the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").

4.      On November 12, 2008, the Court appointed Kurtzman Carson

Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these

chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.      On December 10, 2008, the Court entered that certain Order

Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002,

3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of

Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the

"Claims Bar Date Order").

6.      Pursuant to the Claims Bar Date Order, the deadline for filing all

"claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the

Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the

"General Bar Date").  The deadline for governmental units to file claims that arose before

November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar

Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner

of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date

Order (the "Claims Bar Date Notice").

---

*(cont'd from previous page)*

Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky
Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel,
LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

7.     On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314).  In addition, the Debtors published the Claims Bar Date Notice in <u>The Wall Street Journal</u> (Docket No. 1395) and <u>The Richmond Times-Dispatch</u> (Docket No. 1394).

8.     On November 12, 2008, this Court entered that certain Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No. 107)(the "503(b)(9) Bar Date Order").

9.     Pursuant to the 503(b)(9) Bar Date Order, this Court approved the form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the 503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9) Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy Code was on December 19, 2008 (the "503(b)(9) Bar Date").

10.     On November 19, 2008, KCC served a copy of the 503(b)(9) Bar Date Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the Debtors published the 503(b)(9) Bar Date Notice in <u>The New York Times</u> (Docket No. 549), <u>The Wall Street Journal</u> (Docket No. 548), and <u>The Richmond Times-Dispatch</u> (Docket No. 547).

11.     On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.  As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

12.     On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

13.     On May 15, 2009, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting Administrative Bar Date and Procedures For Filing and Objecting To Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No. 3354) (the "Administrative Claims Bar Date Order").

14.     Pursuant to the Administrative Claims Bar Date Order, the deadline for filing all Administrative Expense Requests (as defined in the Administrative Claims Bar Date Order) was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant to the Administrative Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar Date Order (the "Claims Bar Date Notice").

15.     On or before May 22, 2009, KCC served a copy of the Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609).  In addition, the Debtors published the Administrative Claims Bar Date Notice in The Financial Times (Docket No. 3970), The Richmond Times-Dispatch (Docket No. 3969) and The Wall Street Journal (Docket No. 3968).

16.   On August 9, 2010, the Debtors and the Creditors' Committee filed the Plan, which provides for the liquidation of the Debtors' assets and distribution of the proceeds thereof under chapter 11 of the Bankruptcy Code.

17.   On September 10, 2010, the United States Bankruptcy Court, Eastern District of Virginia, signed an Order confirming the Plan (Docket No. 8555) (the "Confirmation Order").

18.   Pursuant to the Plan and Confirmation Order, the deadline for requests for payment of Administrative Claims that arose on and after January 1, 2010 up to and through the Effective Date was January 3, 2011 (the "Final Administrative Bar Date").

19.   On November 3, 2010, KCC served a copy of the Notice of (I) Confirmation of Modified Second Amended Joint Plain of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims Under Chapter 11 of the Bankruptcy Code, (II) the Occurrence of the Effective Date and (III) the Deadlines for Filing Administrative Claims, Final Fee Applications and Rejection Damages Claims (Docket No. 8865), which included notice of the Final Administrative Bar Date, on the 2002 Service List, all of the Debtors' scheduled creditors in these cases, the Debtors'

equity holders, and certain other parties (Docket No. 8947).

20.    The Plan became effective on November 1, 2010 (the "Effective Date"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Trust assumed the right and responsibility to liquidate the Debtors' remaining assets and distribute the proceeds to creditors, including the prosecution of Causes of Action and objections to claims.

## OBJECTIONS TO CLAIMS

21.    By this Objection, the Liquidating Trust seeks entry of an order, in substantially the form attached hereto as <u>Exhibit A</u>, pursuant to Bankruptcy Code sections 105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1, (i) reducing each of the claims identified on <u>Exhibit C</u> attached hereto, (ii) disallowing each of the claims identified on <u>Exhibits D through H</u> attached hereto, (iii) reclassifying the claims identified on <u>Exhibit I</u> attached hereto, (iv) reclassifying then disallowing the claims identified on <u>Exhibit J</u> attached hereto, and (v) reducing, reclassifying and/or disallowing the claims identified on <u>Exhibits K and L</u> attached hereto (collectively, the "Claims").

22.    For ease of reference, attached hereto as <u>Exhibit B</u> is an alphabetical listing of all claimants whose Claims are included in this Objection (the "Claimants"), with a cross-reference by claim number.

## A.    Reduction of Certain Partially Invalid Claims

23.    The basis for reduction of the claims listed on <u>Exhibit C</u> attached hereto (the "Partially Invalid Claims") is that all of the Partially Invalid Claims assert, in part, amounts for which the Debtors are not liable.

24.    Specifically, after a review of the Partially Invalid Claims and the

bases upon which each is asserted, and a review of the Debtors' books and records, the

Liquidating Trust has determined that certain portions of the Partially Invalid Claims are

liabilities for which the Debtors dispute any liability based on, *inter alia*, (i) variances in

pricing, rates or quantities of merchandise provided , (ii) existing credits or deposits, and

(iii) liabilities already satisfied.  Accordingly, the Liquidating Trust requests that the

Partially Invalid Claims identified on Exhibit C be reduced in the manner stated in Exhibit

C for the reasons stated therein.

**B.        Disallowance of Certain Invalid Claims**

25.      The basis for disallowance of the claims listed on Exhibits D

through H attached hereto (the "Invalid Claims") is that all of the Invalid Claims assert, in

their entirety, amounts for which the Debtors are not liable.

26.      Specifically, Exhibit D identifies Invalid Claims that are liabilities

already asserted by the Claimants in other claims or amended by other claims (the

"Duplicate or Amended Claims").  Accordingly, the Liquidating Trust requests that the

Duplicate or Amended Claims identified on Exhibit D be disallowed for the reasons stated

therein.

27.      Exhibit E identifies Invalid Claims that were filed subsequent to the

relevant bar date (the "Late Claims").  Accordingly, the Liquidating Trust requests that the

Late Claims identified on Exhibit E be disallowed as late.

28.      Exhibit F identifies Invalid Claims that assert liability for decline in

the share price of Circuit City's stock (the "Stock Loss Claims").  The Debtors have no

liability for a decrease in an investor's stock value; this is a risk assumed by the investor

and there is no recourse available from the Debtors.  Accordingly, the Liquidating Trust

requests that the Stock Loss Claims identified on <u>Exhibit F</u> be disallowed.

29.    <u>Exhibit G</u> identifies Invalid Claims that are invalid based on the Debtors' books and records (the "Books and Records Expunge Claims").  After a review of the Books and Records Expunge Claims and the bases upon which each is asserted, and a review of the Debtors' books and records, the Liquidating Trust has determined that the Books and Records Expunge Claims are liabilities for which the Debtors dispute any liability based on, *inter alia*, (i) variances in pricing, rates or quantities of merchandise provided , (ii) existing credits or deposits, and (iii) liabilities already satisfied. Accordingly, the Liquidating Trust requests that the Books and Records Expunge Claims identified on <u>Exhibit G</u> be disallowed for the reasons stated therein.

30.    <u>Exhibit H</u> identifies Invalid Claims (the "Insurance Facilitator Claims") asserted by workers' compensation self-insurance facilitators (the "Facilitators") for estimates of claims the Facilitators may have to pay on workers compensation claims against the Debtors.  Each of the Insurance Facilitator Claims should be disallowed because they are claims "for reimbursement or contribution of an entity that is liable with the debtor . . . [and] such claim[s] for reimbursement or contribution [are] contingent."  11 U.S.C. § 502(e).  In addition, each Facilitator holds a letter of credit in a dollar amount that the Liquidating Trust believes should be sufficient to cover potential claim payouts.  As the Facilitators have not proven actual damages, the Liquidating Trust requests that the Insurance Facilitator Claims identified on <u>Exhibit H</u> be disallowed.

**C.    <u>Reclassification of Certain Incorrectly Classified Claims</u>**

31.    The basis for reclassification of the claims listed on <u>Exhibit I</u> attached hereto (the "Incorrectly Classified Claims") is that all of the Incorrectly Classified

Claims assert, in whole or in part, incorrect classification of claims.

32.    Specifically, after a review of the Incorrectly Classified Claims and the bases upon which each is asserted, and a review of the Debtors' books and records, the Liquidating Trust has determined that, in whole or in part, the Incorrectly Classified Claims should be reclassified based on (i) incorrect classification of taxes on claim, (ii) incorrect classification of credit due to a customer, (iii) incorrect classification of claim as secured where store location not owned by Debtor, or (iv) partial incorrect classification of wages outside certain time period as entitled to administrative priority.  Accordingly, the Liquidating Trust requests that the Incorrectly Classified Claims identified on <u>Exhibit I</u> be reclassified in the manner stated in <u>Exhibit I</u> for the reasons stated therein.

**D.    <u>Reclassification and Disallowance of Certain Incorrectly Classified, Late Claims</u>**

33.    The basis for reclassification and disallowance of the claims listed on <u>Exhibit J</u> attached hereto (the "Reclassify Then Late Claims") is that all of the Reclassify Then Late Claims assert incorrect classification of claims that, once correctly classified, should be disallowed as late for missing the relevant bar date.

34.    Specifically, after a review of the Reclassify Then Late Claims and the bases upon which each is asserted, and a review of the Debtors' books and records, the Liquidating Trust has determined that the Reclassify Then Late Claims should be reclassified because (i) the claims are based on prepetition liabilities or (ii) the claims are not entitled to administrative status per contractual language.  Once reclassified as general unsecured claims, the Reclassify Then Late Claims should be disallowed as late for missing the bar date for general unsecured claims.  Accordingly, the Liquidating Trust

requests that the Reclassify Then Late Claims identified on <u>Exhibit J</u> be disallowed in the manner stated in <u>Exhibit J</u> for the reasons stated therein.

**E.        Reduction or Disallowance of Certain Claims Subject to Setoff**

35.    The basis for reduction of the claims listed on <u>Exhibit K</u> attached hereto (the "Setoff Claims") is that the Setoff Claims assert, in part or in whole, amounts subject to setoff.

36.    Specifically, after a review of the Setoff Claims, and a review of the Debtors' books and records, the Liquidating Trust has determined that claimants of the Setoff Claims owe funds to the Debtors or hold accounts payable debits.  Accordingly, the Liquidating Trust requests that the Setoff Claims identified on <u>Exhibit K</u> be reduced or disallowed in the amount stated in <u>Exhibit K</u>.

**F.        Reduction or Disallowance of Certain Partially Invalid or Invalid Claims**

37.    The basis for reduction of the claims listed on <u>Exhibit L</u> attached hereto (the "Multiple Issue Claims") is that the Multiple Issue Claims assert, in part or in whole, amounts for which the Debtors are not liable for more than one reason.

38.    Specifically, after a review of the Multiple Issue Claims and the bases upon which each is asserted, and a review of the Debtors' books and records, the Liquidating Trust has determined that the Multiple Issue Claims assert certain liabilities for which the Liquidating Trust disputes any liability, in whole or in part.  For certain of the Multiple Issue Claims, a portion of the Multiple Issue Claim should be disallowed for one reason (for example, due to books and records) and another portion of the Multiple Issue Claim should be disallowed for another reason.  For other Multiple Issue Claims, there are multiple objections to the full amount of the claim (for example, books and records show

no liability and late).  In addition, Exhibit L lists one claim that was improperly transferred

after the Plan's Distribution Record Date (September 14, 2010).  Accordingly, the

Liquidating Trust requests that the Multiple Issue Claims identified on Exhibit L be

reduced or disallowed in the manner stated in Exhibit L for the reasons stated therein.

## **RESERVATION OF RIGHTS**

39.    The Liquidating Trust reserves the right to further object to any and

all claims, whether or not the subject of this Objection, for allowance and/or distribution

purposes, and on any other grounds.  Furthermore, the Liquidating Trust reserves the right

to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant

herein.

## **NOTICE AND PROCEDURE**

40.    Notice of this Objection has been provided to all Claimants with

Claims that are the subject to this Objection as identified on Exhibits C through L,

respectively, and to parties-in-interest in accordance with the Court's Supplemental Order

Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and

Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case

Management and Administrative Procedures (entered on December 30, 2009 at Docket No.

6208) (the "Case Management Order").  The Liquidating Trust submits that the following

methods of service upon the Claimants should be deemed by the Court to constitute due

and sufficient service of this Objection: (a) service in accordance with Federal Rule of

Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of Civil

Procedure 4; (b) to the extent counsel for a Claimant is not known to the Liquidating Trust,

by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form

or other representative identified in the proof of claim form or any attachment thereto; or
(c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's
behalf in the Debtors' bankruptcy cases.  The Liquidating Trust is serving the Claimant
with this Objection and the exhibit on which the Claimant's claim is listed.

41.    To the extent any Claimant timely files and properly serves a
response to this Objection by **4:00 P.M. (Eastern) on April 7, 2011** as required by the
Case Management Order and under applicable law, and the parties are unable to otherwise
resolve the Objection, the Liquidating Trust requests that the Court conduct a status
conference[2] with respect to any such responding claimant at **2:00 P.M. (Eastern) on April
14, 2011** and thereafter schedule the matter for a future hearing as to the merits of such
claim.  However, to the extent any Claimant fails to timely file and properly serve a
response to this Objection as required by the Case Management Order and applicable law,
the Liquidating Trust requests that the Court enter an order, substantially in the form
attached hereto as Exhibit A, (i) reducing each of the claims identified on Exhibit C
attached hereto, (ii) disallowing each of the claims identified on Exhibits D through H
attached hereto, (iii) reclassifying the claims identified on Exhibit I attached hereto, (iv)
reclassifying then disallowing the claims identified on Exhibit J attached hereto, and (v)
reducing, reclassifying and/or disallowing the claims identified on Exhibits K and L
attached hereto.

---

[2] In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the
Objection do not need to appear at the status conference.

**COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
THE OMNIBUS OBJECTION PROCEDURES ORDER**

42.    This Objection complies with Bankruptcy Rule 3007(e).

Additionally, the Liquidating Trust submits that this Objection is filed in accordance with

the Omnibus Objection Procedures Order.

### WAIVER OF MEMORANDUM OF LAW

43.    Pursuant to Local Bankruptcy Rule 9013-1(G), and because there

are no novel issues of law presented in the Motion, the Liquidating Trust requests that the

requirement that all motions be accompanied by a written memorandum of law be waived.

### NO PRIOR RELIEF

44.    No previous request for the relief sought herein has been made to

this Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court

enter an Order sustaining this Objection and granting such other and further relief as the

Court deems appropriate.

Dated: Richmond, Virginia      TAVENNER & BERAN, PLC
February 25, 2011

_____/s/ Paula S. Beran_____

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## EXHIBIT A

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S SEVENTH OMNIBUS
OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID
CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS AND
RECLASSIFICATION OF CERTAIN INCORRECTLY CLASSIFIED CLAIMS)**

THIS MATTER having come before the Court[3] on the Liquidating Trust's Seventh Omnibus Objection to Claims Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on <u>Exhibits C through L</u> attached to the Objection be reduced, disallowed or reclassified for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is SUSTAINED.

2.    The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in <u>Exhibit A</u>.

3.    The Claims identified on <u>Exhibit B</u> as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these

---

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

bankruptcy cases.

4.      The Claims identified on <u>Exhibit C</u> as attached hereto and incorporated herein are reclassified for all purposes in these bankruptcy cases in the manner stated in <u>Exhibit C</u>.

5.      The Court will conduct a status conference on _____, 2011 at 2:00 p.m. for all Claims identified in the Response/Action column as "Received-Continued" on <u>Exhibit D</u> attached hereto.

6.      The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

7.      The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

8.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.


Dated: Richmond, Virginia
          _____, 2011



          _____
          HONORABLE KEVIN R. HUENNEKENS
          UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                                - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                                - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/ _____
Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT B**

| Claims Listed by Claimant Name | | |
|---|---|---|
| **Claimant Name** | **Claim Number** | **Objection Exhibit** |
| ACXIOM CORPORATION | 13452 | Exhibit L - Multiple Issues Claims |
| ADD ON COMPUTER PERIPHERALS | 182 | Exhibit L - Multiple Issues Claims |
| ADT SECURITY SERVICES INC | 13914 | Exhibit C - Books & Records Reduce |
| ALABAMA GAS CORPORATION | 13567 | Exhibit G - Books & Records Expunge |
| ALABAMA GAS CORPORATION | 13568 | Exhibit G - Books & Records Expunge |
| ALEX DEMETRIUS | 13235 | Exhibit D - Duplicate or Amended Claims |
| ALLEGHENY POWER | 13487 | Exhibit L - Multiple Issues Claims |
| AMEREN UE | 13074 | Exhibit G - Books & Records Expunge |
| AT&T | 15184 / Docket No. 9695 | Exhibit L - Multiple Issues Claims |
| AT&T CORP | 14910 | Exhibit G - Books & Records Expunge |
| AT&T CORP | 15190 | Exhibit L - Multiple Issues Claims |
| AT&T CORP | 15191 | Exhibit L - Multiple Issues Claims |
| AUDREY SOLTIS | 15047 | Exhibit E - Late Claims |
| AVAYA INC | 12975 | Exhibit C - Books & Records Reduce |
| BAY STATE GAS COMPANY | 13090 | Exhibit G - Books & Records Expunge |
| BELLSOUTH TELECOMMUNICATIONS INC | 13926 | Exhibit L - Multiple Issues Claims |
| BERGER, CYNDA ANN | 5467 | Exhibit F - Stock Loss Claims |
| BETHLEHEM TOWNSHIP SEWER DEPT | 11521 | Exhibit E - Late Claims |
| BLUE RAVEN TECHNOLOGY INC | 14038 | Exhibit C - Books & Records Reduce |
| BRADSHAW, KEN C | 1824 | Exhibit G - Books & Records Expunge |
| BRAINTREE WATER AND SEWER | 13257 | Exhibit C - Books & Records Reduce |
| BRUCE SENATOR | 13082 | Exhibit G - Books & Records Expunge |
| BRYAN CESAR ORTIZ | 15154 | Exhibit E - Late Claims |
| CALIFORNIA SELF INSURERS SECURITY FUND | 15028 | Exhibit H - Insurance Facilitator Claims |
| CALIFORNIA SELF INSURERS SECURITY FUND | 15029 | Exhibit H - Insurance Facilitator Claims |
| CITY OF FORT LAUDERDALE FL | 12971 | Exhibit I - Incorrectly Classified Claims |
| CITY OF LOS ANGELES OFFICE OF FINANCE | 14736 | Exhibit C - Books & Records Reduce |
| CITY OF TUCSON | 14630 | Exhibit C - Books & Records Reduce |
| CITY OF VIRGINIA BEACH | 12105 | Exhibit I - Incorrectly Classified Claims |
| CITY ST PETERSBURG | 13705 | Exhibit J - Reclassify Then Late Claims |
| COASTAL AREA COLLECTION INC | 15065 | Exhibit E - Late Claims |
| COASTAL AREA COLLECTIONS INC | 15064 | Exhibit E - Late Claims |
| COMMONWEALTH EDISON COMPANY | 14120 | Exhibit C - Books & Records Reduce |
| CULLIGAN | 13224 | Exhibit G - Books & Records Expunge |
| CYBERACOUSTICS LLC | 15183 | Exhibit E - Late Claims |
| DEMENT, RONALD | 13846 | Exhibit E - Late Claims |
| DOREL JUVENILE GROUP INC | 1301 | Exhibit K - Setoff Claims |
| DSI DISTRIBUTING INC | 719 | Exhibit C - Books & Records Reduce |
| EXPRESS PERSONNEL SERVICES INC | 13954 | Exhibit L - Multiple Issues Claims |
| FALSE ALARM REDUCTION UNIT | 13496 | Exhibit L - Multiple Issues Claims |
| FEDEX CUSTOMER INFORMATION SERVICES | 13870 | Exhibit G - Books & Records Expunge |
| FOX JR, LEON J | 4185 | Exhibit D - Duplicate or Amended Claims |
| GAINESVILLE REGIONAL UTILITIES | 4096 | Exhibit I - Incorrectly Classified Claims |
| GARY LYNN BRICKEY | 14267 | Exhibit E - Late Claims |
| GE CAPITAL INFORMATION TECHNOLOGY SOLUTIONS INC DBA IKON FINANCIAL SERVICES | 13264 | Exhibit C - Books & Records Reduce |
| GREENWICH TOWNSHIP | 13789 | Exhibit G - Books & Records Expunge |
| HARA THELMY E | 13202 | Exhibit E - Late Claims |
| HARRIS, BARBARA RAELYN | 3250 | Exhibit D - Duplicate or Amended Claims |
| HARRY B GROSS, SR | 14541 | Exhibit G - Books & Records Expunge |

| Claimant Name | Claim Number | Objection Exhibit |
|---|---|---|
| HEUBEL MATERIAL HANDLING INC | 879 | Exhibit G - Books & Records Expunge |
| HOMAN, DAVID | 2336 | Exhibit G - Books & Records Expunge |
| I TOUCHLESS HOUSEWARES & PRODUCTS, INC | 788 | Exhibit L - Multiple Issues Claims |
| INMAGIC INC | 14198 | Exhibit J - Reclassify Then Late Claims |
| INNOVATIVE MARKETING SOLUTIONS LLC | 13831 | Exhibit G - Books & Records Expunge |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC | 14307 | Exhibit C - Books & Records Reduce |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC | 14897 | Exhibit E - Late Claims |
| IXTA, JULIO CESAR | 13605 | Exhibit E - Late Claims |
| JACKSON, CITY OF | 421 | Exhibit G - Books & Records Expunge |
| JANIS, ROSE ANN | 2343 | Exhibit G - Books & Records Expunge |
| JETON TONY HETEMI | 14609 | Exhibit E - Late Claims |
| JETON TONY HETEMI | 14663 | Exhibit E - Late Claims |
| JOHN WALTERS | 15194 | Exhibit E - Late Claims |
| KEITH, AARON | 13148 | Exhibit E - Late Claims |
| KEYSPAN GAS EAST CORP DBA NATIONAL GRID | 15017 | Exhibit E - Late Claims |
| KNOXVILLE NEWS SENTINEL COMPANY | 14306 | Exhibit C - Books & Records Reduce |
| KOENIG, ROBERT A | 11500 | Exhibit L - Multiple Issues Claims |
| KOENIG, ROBERT A | 11501 | Exhibit L - Multiple Issues Claims |
| LACOURSIERE, BRIAN L | 4756 | Exhibit D - Duplicate or Amended Claims |
| LEADING EDGE DELIVERY | 14386 | Exhibit G - Books & Records Expunge |
| LESKO, JEREMY | 6369 | Exhibit G - Books & Records Expunge |
| LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO | 9819 | Exhibit H - Insurance Facilitator Claims |
| LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO | 9820 | Exhibit D - Duplicate or Amended Claims |
| LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO | 9821 | Exhibit D - Duplicate or Amended Claims |
| LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO | 9822 | Exhibit D - Duplicate or Amended Claims |
| LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO | 9823 | Exhibit D - Duplicate or Amended Claims |
| LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO | 9824 | Exhibit D - Duplicate or Amended Claims |
| LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO | 14195 | Exhibit H - Insurance Facilitator Claims |
| LONG ISLAND LIGHTING COMPANY DBA LIPA | 15018 | Exhibit E - Late Claims |
| LOUISVILLE GAS AND ELECTRIC COMPANY | 14276 | Exhibit G - Books & Records Expunge |
| MARBLEGATE ASSET MANAGEMENT LLC | 15107 | Exhibit L - Multiple Issues Claims |
| MARC J SIEGER | 14412 | Exhibit I - Incorrectly Classified Claims |
| MARK A MURDOCK | 13271 | Exhibit G - Books & Records Expunge |
| MATTHEW PRZYSTAS | 12027 | Exhibit E - Late Claims |
| MAXWISE PRODUCTON ENTERPRISE, LTD | 1343 | Exhibit C - Books & Records Reduce |
| MCCABE, MICHAEL | 10546 | Exhibit L - Multiple Issues Claims |
| MELINDA UNGER | 14934 | Exhibit E - Late Claims |
| MONICA S BROWN | 14458 | Exhibit E - Late Claims |
| MONIQUE N SARABIA | 13357 | Exhibit G - Books & Records Expunge |
| MR & MRS WILLIAM GRIMES | 15102 | Exhibit E - Late Claims |
| NICOLE SCRIUNER | 14414 | Exhibit E - Late Claims |
| NORTON SHORES, CITY OF | 15045 | Exhibit E - Late Claims |
| NW NATURAL | 13811 | Exhibit C - Books & Records Reduce |
| OKLAHOMA NATURAL GAS CO OKLAHOMA | 652 | Exhibit G - Books & Records Expunge |
| OKLAHOMA NATURAL GAS CO TULSA | 658 | Exhibit G - Books & Records Expunge |
| OKLAHOMA NATURAL GAS COMPANY | 673 | Exhibit G - Books & Records Expunge |
| OKLAHOMA NATURAL GAS COMPANY | 855 | Exhibit G - Books & Records Expunge |

| Claimant Name | Claim Number | Objection Exhibit |
|---|---|---|
| OMNITURE INC | 14380 | Exhibit C - Books & Records Reduce |
| ORANGE AND ROCKLAND UTILITIES INC | 14876 | Exhibit L - Multiple Issues Claims |
| OTTINO, JENNIFER | 11900 | Exhibit E - Late Claims |
| PAL TRANSPORT INC | 13281 | Exhibit G - Books & Records Expunge |
| PHILADELPHIA NEWSPAPERS LLC | 12041 | Exhibit C - Books & Records Reduce |
| PHILIPS LIGHTING COMPANY | 1007 | Exhibit G - Books & Records Reduce |
| PHILLIPS, MARK | 2164 | Exhibit F - Stock Loss Claims |
| PHOENIX PACKAGING PRODUCTS | 389 | Exhibit C - Books & Records Reduce |
| PIEDMONT NATURAL GAS COMPANY | 14118 | Exhibit G - Books & Records Expunge |
| PILCHARD, ELIZABETH DEE | 11655 | Exhibit E - Late Claims |
| PLANTRONICS INC | 5096 | Exhibit C - Books & Records Reduce |
| PPL ELECTRIC UTILITIES CORPORATION | 13266 | Exhibit C - Books & Records Reduce |
| POWER SALES | 186 | Exhibit C - Books & Records Reduce |
| POWER SALES & ADVERTISING INC | 14855 | Exhibit E - Late Claims |
| PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD | 14216 | Exhibit G - Books & Records Expunge |
| PUBLIC SERVICE COMPANY OF NORTH CAROLINA INC PSNC | 14258 | Exhibit C - Books & Records Reduce |
| PUBLIC SERVICE ELECTRIC & GAS CO | 15005 | Exhibit E - Late Claims |
| PUERTO RICO ELECTRIC POWER AUTHORITY | 14203 | Exhibit G - Books & Records Expunge |
| RENTON COLLECTIONS INC | 940 | Exhibit G - Books & Records Expunge |
| RICHARD STEVENS | 13412 | Exhibit G - Books & Records Expunge |
| ROCHESTER GAS & ELECTRIC CORPORATION | 14117 | Exhibit G - Books & Records Expunge |
| ROGER L CARTER | 13036 | Exhibit E - Late Claims |
| SACRAMENTO COCA COLA BOTTLING | 985 | Exhibit C - Books & Records Reduce |
| SBC GLOBAL SERVICES INC | 14332 | Exhibit G - Books & Records Expunge |
| SENSORMATIC ELECTRONICS CORPORATION | 6317 | Exhibit G - Books & Records Expunge |
| SHEILA R. LEWIS | 15129 | Exhibit D - Duplicate or Amended Claims |
| SMITH, JOYCE L | 14387 | Exhibit G - Books & Records Expunge |
| SOUTHERN CALIFORNIA EDISON COMPANY | 13056 | Exhibit C - Books & Records Reduce |
| SPIDERWEAR | 1233 | Exhibit C - Books & Records Reduce |
| SPINK, GERALDINE B | 13976 | Exhibit E - Late Claims |
| STERLING COMMERCE INC | 14996 | Exhibit G - Books & Records Expunge |
| STEVEN NEBEL | 13611 | Exhibit G - Books & Records Expunge |
| SUBURBAN PROPANE | 402 | Exhibit G - Books & Records Expunge |
| SYLVIA H MIDDLEBROOKS | 15011 | Exhibit L - Multiple Issues Claims |
| TAMMY DYCUS | 13361 | Exhibit C - Books & Records Reduce |
| TECH FOR LESS | 13947 | Exhibit G - Books & Records Expunge |
| TENNESSEE DEPARTMENT OF LABOR & WORKFORCE DEVELOPMENT BUREAU OF UNEMPLOYMENT INSURANCE | 14771 | Exhibit E - Late Claims |
| THE DETROIT EDISON COMPANY | 14114 | Exhibit C - Books & Records Reduce |
| THE SACRAMENTO MUNICIPAL UTILITY DISTRICT | 13900 | Exhibit G - Books & Records Expunge |
| THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES | 8539 | Exhibit H - Insurance Facilitator Claims |
| THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES | 8540 | Exhibit D - Duplicate or Amended Claims |
| THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES | 8541 | Exhibit D - Duplicate or Amended Claims |
| THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES | 8542 | Exhibit D - Duplicate or Amended Claims |
| THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES | 8543 | Exhibit D - Duplicate or Amended Claims |
| THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES | 8544 | Exhibit D - Duplicate or Amended Claims |

| Claimant Name | Claim Number | Objection Exhibit |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES | 8545 | Exhibit D - Duplicate or Amended Claims |
| THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES | 8546 | Exhibit D - Duplicate or Amended Claims |
| THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES | 8547 | Exhibit D - Duplicate or Amended Claims |
| THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES | 8548 | Exhibit D - Duplicate or Amended Claims |
| THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES | 8549 | Exhibit D - Duplicate or Amended Claims |
| THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES | 8550 | Exhibit D - Duplicate or Amended Claims |
| THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES | 8551 | Exhibit D - Duplicate or Amended Claims |
| THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES | 8552 | Exhibit D - Duplicate or Amended Claims |
| THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES | 8553 | Exhibit D - Duplicate or Amended Claims |
| THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES | 8554 | Exhibit D - Duplicate or Amended Claims |
| THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES | 8555 | Exhibit D - Duplicate or Amended Claims |
| THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES | 8556 | Exhibit D - Duplicate or Amended Claims |
| TOCAD AMERICA INC | 13437 | Exhibit L - Multiple Issues Claims |
| TOLEDO, CITY OF | 12370 | Exhibit I - Incorrectly Classified Claims |
| TOSHIBA AMERICA CONSUMER PRODUCTS LLC | 1331 | Exhibit K - Setoff Claims |
| TOSHIBA AMERICA CONSUMER PRODUCTS LLC | 15106 | Exhibit L - Multiple Issues Claims |
| TOSHIBA AMERICA INFORMATION SYSTEMS INC | 1319 | Exhibit L - Multiple Issues Claims |
| TOWN OF ORANGE CT | 2179 | Exhibit G - Books & Records Expunge |
| TRIBUNE COMP DBA BALTIMORE SUN | 13069 | Exhibit G - Books & Records Expunge |
| TRIBUNE COMP DBA NEWS DAY | 13067 | Exhibit C - Books & Records Reduce |
| UNITIL NORTHERN UTILITIES | 13234 | Exhibit C - Books & Records Reduce |
| UNIVERSAL SWEEPING SERVICES | 14886 | Exhibit E - Late Claims |
| US CUSTOMS & BORDER PROTECTION | 12857 | Exhibit G - Books & Records Expunge |
| US DISTRIBUTING | 568 | Exhibit C - Books & Records Reduce |
| WHITE, CHRISTOPHER DELMAR | 5730 | Exhibit G - Books & Records Expunge |
| WHITNEY, AHMAD | 14861 | Exhibit E - Late Claims |
| XM SATELLITE RADIO INC | 14063 | Exhibit L - Multiple Issues Claims |
| ZAYED M HARARAH | 13382 | Exhibit G - Books & Records Expunge |

In re Circuit City Stores, Inc. et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
|---|---|---|---|---|---|---|---|---|
| | | **BOOKS AND RECORDS CLAIMS TO BE REDUCED** | | | | **MODIFIED CLAIMS** | | |
| 05-Dec-08 | 186 | POWER SALES ATTN TONI EVANS 801 N MEADOWBROOK OLATHE, KS 66216 | | $3,398.7 (administrative) | Circuit City Stores, Inc. 08-35653 | $3,174.94 (administrative) | Circuit City Stores, Inc. 08-35653 | Claim should be reduced by $223.76 due to paid invoices and pricing discrepancies. |
| 02-Dec-08 | 389 | PHOENIX PACKAGING PRODUCTS 10645 N TATUM BLVD STE 200 443 PHOENIX, AZ 85028-3053 | | $12,522.57 (administrative) | Circuit City Purchasing Company, LLC 08-35657 | $11,515.00 (administrative) | Circuit City Purchasing Company, LLC 08-35657 | Administrative claim should be reduced by $1,007.57 on account of tax for which Circuit City Liquidating Trust disputes liability. |
| 04-Dec-08 | 568 | US DISTRIBUTING 10645 N TATUM BLVD STE 200 443 PHOENIX, AZ 85028-3053 | | $4,589.25 (administrative); $3,844.31 (general unsecured) | Circuit City Purchasing Company, LLC 08-35657 | $4,220.00 (administrative); $3,844.31 (general unsecured) | Circuit City Purchasing Company, LLC 08-35657 | Administrative claim should be reduced by $369.35 on account of tax for which Circuit City Liquidating Trust disputes liability. |
| 01-Dec-08 | 719 | DSI DISTRIBUTING INC ATTN LONNIE NEUBAUER 11338 AURORA AVE DES MOINES, IA 50322 | | $2,077.35 (administrative) | Circuit City Stores, Inc. 08-35653 | $990.35 (administrative) | Circuit City Stores, Inc. 08-35653 | Claim should be reduced by $1,087.00 as the difference is due to an invoice shortage. |
| 16-Dec-08 | 985 | SACRAMENTO COCA COLA BOTTLING PO BOX 160608 SACRAMENTO, CA 95816-0608 | SACRAMENTO COCA COLA BOTTLING CO INC 4101 GATEWAY PARK BLVD SACRAMENTO, CA 95834 | $2,912.36 (administrative); $3,198.67 (general unsecured) | Circuit City Stores, Inc. 08-35653 | $2,106.7 (administrative); $3,198.67 (general unsecured) | Circuit City Stores, Inc. 08-35653 | Administrative claim should be reduced by $805.66 for the following reasons: (i) invoices not in Circuit City system; (ii) Proof of Deliveries not valid; and (iii) two invoices duplicated on Claim No. 1022. |
| 18-Dec-08 | 1233 | SPIDERWEAR PO BOX 933516 ATLANTA, GA 31193-3516 | David Solomon 2752 E Ponce De Leon Ave Ste C Decatur, CA 30030 | $77,660.10 (administrative); $53,312.85 (general unsecured) | Circuit City Purchasing Company, LLC 08-35657 | $22,041.76 (administrative); $53,312.85 (general unsecured) | Circuit City Purchasing Company, LLC 08-35657 | Administrative portion of claim should be reduced by $54,883.34 as a result of applied Circuit City Stores credit item # 30469CR. |
| 17-Dec-08 | 1343 | MAXWISE PRODUCTION ENTERPRISE, LTD ROOM 1501 15/F AT TOWER 180 ELECTRIC ROAD NORTH POINT HONG KONG CHINA CHINA | MAXWISE PRODUCTION ENTERPRISE, LTD ROOM 1501 15/F AT TOWER 180 ELECTRIC ROAD NORTH POINT HONG KONG CHINA CHINA | $126,392.76 (administrative) | Circuit City Stores, Inc. 08-35653 | $57,576.96 (administrative) | Circuit City Stores, Inc. 08-35653 | Claim should be reduced by $67,916.16 because invoices for this total amount were paid (check 750 - $22,916.16; check 711 - $45,000 & pricing of $899.64). |
| 21-Jan-09 | 5096 | Plantronics Inc Lawrence Schwab Thomas Gaa Bialson Bergen & Schwab 2600 El Camino Real Ste 300 Palo Alto, CA 94306 | | $296,365.00 (administrative); $80,453.63 (general unsecured) | Circuit City Stores, Inc. 08-35653 | $80,453.62 (general unsecured) | Circuit City Stores, Inc. 08-35653 | Administrative portion of claim should be expunged as invoices have already been prepaid on post petition account. |

DOCS_NY:22995v1

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
|---|---|---|---|---|---|---|---|---|
| 06-Mar-09 | 12041 | Philadelphia Newspapers LLC Morris & Adelman PC PO Box 30477 Philadelphia, PA 19103 | | $334,987.78 (administrative) | Circuit City Stores, Inc. 08-35653 | $104,629.92 (administrative) | Circuit City Stores, Inc. 08-35653 | Claim should be reduced by $230,357.86 because administrative invoices have been paid, and due to pricing variances per the contract rates. |
| 11-May-09 | 12975 | Avaya Inc c o RMS Bankruptcy Recovery Services PO Box 5126 Timonium, MD 21094-5126 | | $984.25 (administrative); $154,024.27 (general unsecured) | Circuit City Stores, Inc. 08-35653 | $291.75 (administrative); $154,024.27 (general unsecured) | Circuit City Stores, Inc. 08-35653 | Administrative portion of claim should be reduced by $692.50 as it was paid. |
| 28-May-09 | 13056 | Southern California Edison Company Attn Credit and Payment Services 300 N Lone Hill Ave San Dimas, CA 91773 | | $77,124.45 (administrative) | Circuit City Stores, Inc. 08-35653 | $73,395.76 (administrative) | Circuit City Stores, Inc. 08-35653 | Claim should be reduced by $3,728.69 as there is no liability. Statement from vendors shows $0 balance. |
| 28-May-09 | 13067 | Tribune Comp dba News Day Attn Carol Liotta 435 N Michigan Ave 3rd Fl Chicago, IL 60611 | | $32,456.86 (administrative) | Circuit City Stores, Inc. 08-35653 | $31,391.36 (administrative) | Circuit City Stores, Inc. 08-35653 | Claim should be reduced by $1,065.50 per the Debtor's books and records. |
| 01-Jun-09 | 13234 | Unitil Northern Utilities Attn Bankruptcy Dept PO Box 2025 Springfield, MA 01102-2025 | Unitil Northern Utilities 6 Liberty Ln W Hampton, NH 03842 | $16,072.98 (administrative) | Circuit City Stores, Inc. 08-35653 | $2,085.12 (administrative) | Circuit City Stores, Inc. 08-35653 | Debtor has no liability for $13,987.86 of the claim per books and records. Accordingly, claim should be reduced. |
| 02-Jun-09 | 13257 | Braintree Water and Sewer PO Box 850637 Braintree, MA 02185-0637 | | $385.47 (administrative) | Circuit City Stores, Inc. 08-35653 | $152.91 (administrative) | Circuit City Stores, Inc. 08-35653 | Debtor has no liability for $232.56 of the claim per books and records. Accordingly, claim should be reduced. |
| 03-Jun-09 | 13264 | GE Capital Information Technology Solutions Inc dba IKON Financial Services Kathleen A Murphy No 5215 Reed Smith LLP 1201 Market St Ste 1500 Wilmington, DE 19801 | | $54,514.10 (administrative) | Circuit City Stores, Inc. 08-35653 | $53,514.10 (administrative) | Circuit City Stores, Inc. 08-35653 | Debtors' dispute $1,000.00 in alleged attorney fees. |
| 04-Jun-09 | 13266 | PPL Electric Utilities Corporation Michael A Henry Esq Gross McGinley LLP 33 S 7th St PO Box 4060 Allentown, PA 18105-4060 | | $20,585.12 (administrative) | Circuit City Stores, Inc. 08-35653 | $14,662.96 (administrative) | Circuit City Stores, Inc. 08-35653 | Claim should be reduced by $5,992.16 due to a postpetition overpayment or a prior bill. |
| 12-Jun-09 | 13361 | The News Journal Tammy Dycus CCC Collections Supervisor 7950 Jones Branch Dr McLean, VA 22107 | | $7,452.47 (administrative) | Circuit City Stores, Inc. 08-35653 | $6,447.78 (administrative) | Circuit City Stores, Inc. 08-35653 | Claim should be reduced by $1,004.69 as Circuit City Liquidating Trust denies finance charge on invoice. |
| 29-Jun-09 | 13811 | NW Natural 220 NW 2nd Ave Portland, OR 97209 | | $3,636.43 (administrative) | Circuit City Stores, Inc. 08-35653 | $2,019.87 (administrative) | Circuit City Stores, Inc. 08-35653 | Claim should be reduced by $1,616.56 per books and records. |
| 25-Jun-09 | 13914 | ADT Security Services Inc c o Alvin S Goldstein Esq Furr & Cohen PA 2255 Glades Rd Ste 337W Boca Raton, FL 33431 | | $16,269.23 (administrative) | Circuit City Stores, Inc. 08-35653 | $9,789.04 (administrative) | Circuit City Stores, Inc. 08-35653 | Claim should be reduced by $6,480.19 as this amount was paid by check nos. 430836 and 430393 dated 1/28/09 and 1/13/09. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
|---|---|---|---|---|---|---|---|---|
| 23-Jun-09 | 14038 | Blue Raven Technology Inc George W Tetler III and Mark W Powers Bowditch & Dewey LLP 311 Main St PO Box 15156 Worcester, MA 01615-0156 | | $20,903.00 (administrative) | Circuit City Stores, Inc. 08-35653 | $19,943.00 (administrative) | Circuit City Stores, Inc. 08-35653 | Claim should be reduced by $960.00 as books and records show no liability for this portion and no response on proof of delivery request from claimant for validation. |
| 29-Jun-09 | 14114 | The Detroit Edison Company Russell R Johnson III & John M Craig Law Firm of Russell R Johnson III PLC 2258 Wheatlands Dr Manakin Sabot, VA 23103 | | $22,856.99 (administrative) | Circuit City Stores, Inc. 08-35653 | $12,103 (administrative) | Circuit City Stores, Inc. 08-35653 | Claim should be reduced by $10,753.99 due to outstanding credits and no liability. |
| 29-Jun-09 | 14120 | Commonwealth Edison Company Russell R Johnson III & John M Craig Law Firm of Russell R Johnson III PLC 2258 Wheatlands Dr Manakin Sabot, VA 23103 | | $78,569.52 (administrative) | Circuit City Stores, Inc. 08-35653 | $7,441.17 (administrative) | Circuit City Stores, Inc. 08-35653 | Claim should be reduced by $44,789.15 as books and records show no liability for that portion (certain invoices are for periods after rejection of leases; in some cases, the billed store locations are not found in account records). Claim should be further reduced by $26,339.20 on account of being satisfied by netting against deposit overpayment. |
| 30-Jun-09 | 14258 | Public Service Company of North Carolina Inc PSNC 1426 Main St Mail Code 130 Columbia, SC 29201 | | $7,052.44 (administrative) | Circuit City Stores, Inc. 08-35653 | $2,737.97 (administrative) | Circuit City Stores, Inc. 08-35653 | Claim should be reduced by $4,314.47 as a result of books and records showing no liability for $1,215.99 and a deposit of $3,098.48 made on accounts. |
| 30-Jun-09 | 14306 | Knoxville News Sentinel Company 2332 News Sentinel Dr Knoxville, TN 37921-9933 | Baker & Hostetler LLP Pamela Gale Johnson 1000 Louisiana Ste 2000 Houston, TX 77002 | $29,482.52 (administrative) | Circuit City Stores, Inc. 08-35653 | $28,623.80 (administrative) | Circuit City Stores, Inc. 08-35653 | Claim should be reduced by $858.72 as service charges are not valid. |
| 29-Jun-09 | 14307 | Iron Mountain Information Management Inc c o R Frederick Linfesty Esq 745 Atlantic Ave 10th Fl Boston, MA 02111 | Bartlett Hackett Feinberg PC Counsel for Iron Mountain Info Mgmt Inc 155 Federal St 9th Fl Boston, MA 02110 | $4,625.08 (administrative secured) | Circuit City Stores, Inc. 08-35653 | $4,400.04 (administrative secured) | Circuit City Stores, Inc. 08-35653 | Claim should be reduced by $225.04 as invoice amounts differ from liability. |
| 30-Jun-09 | 14380 | Omniture Inc c o Benjamin J Kotter Dorsey & Whitney LLP 136 S Main St Ste 1000 Salt Lake City, UT 84101 | | $111,301.67 (administrative) | Circuit City Stores, Inc. 08-35653 | $20,236.67 (administrative) | Circuit City Stores, Inc. 08-35653 | Claim should be reduced by $91,065.00 as invoice was for period after liquidation when services were no longer used. |
| 15-Jun-09 | 14630 | City of Tucson PO Box 27210 Tucson, AZ 85726-7210 | City of Los Angeles Tax Permit Div Bankruptcy Unit Office of Finance 201 N Main St Room 101 City Hall Los Angeles, CA 90012 | $434.51 (administrative); $367.70 (general unsecured) | Circuit City Stores, Inc. 08-35653 | $92.67 (administrative); $367.70 (general unsecured) | Circuit City Stores, Inc. 08-35653 | Administrative portion of claim should be reduced by $341.84 because payment issued 10/29/09. |
| 09-Nov-09 | 14736 | City of Los Angeles Office of Finance Attn Wendy Loo Los Angeles City Attorneys Office 200 N Main St Ste 920 Los Angeles, CA 90012 | | $6,055.39 (priority) | Circuit City Stores West Coast, Inc. 08-35654 | $1,019.71 (priority) | Circuit City Stores West Coast, Inc. 08-35654 | Claim should be reduced by $5,035.68 due to no liability per books and records. |

DOCS_NY/22995v1

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)
**EXHIBIT D**

| | | DUPLICATE OR AMENDED CLAIMS TO BE EXPUNGED | | | | | SURVIVING CLAIM | | |
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | | Surviving Claim Number | Debtor | Total Surviving Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1/9/09 | 3250 | HARRIS, BARBARA RAELYN 3334 WEST MAIN NO 194 NORMAN, OK 73072 | | $141.34 (priority) | Circuit City Stores, Inc. 08-35653 | | 3249 | Circuit City Stores, Inc. 08-35653 | Duplicate: Claim should only be asserted once. |
| 1/20/09 | 4185 | FOX JR, LEON J 2715 GARDEN LN BENSALEM, PA 19020 | | $6,922.80 (priority) | Circuit City Stores, Inc. 08-35653 | | 5074 | Circuit City Stores, Inc. 08-35653 | Amended: Claim was amended by Claim No. 5074 in the amount of $7,827.60, which survives. |
| 1/15/09 | 4756 | LaCoursiere, Brian L 4347 Kings Church Rd Taylorsville, KY 40071-7907 | | $2,000.00 (priority) | CC Distribution Company of Virginia, Inc. 08-35659 | | 4754 | Circuit City Stores, Inc. 08-35653 | Duplicate: Claim should only be asserted once. |
| 1/29/09 | 8540 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES Attn Michael Lynch Travelers One Tower Square 5MN Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Circuit City Stores West Coast, Inc. 08-35654 | | 8539 | Circuit City Stores, Inc. 08-35653 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 8539, in the same amount ($600,000.00) with other portions of the claim showing unliquidated, is subject to an objection on Exhibit H. |
| 1/29/09 | 8541 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES Attn Michael Lynch Travelers One Tower Square 5MN Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | InterTAN, Inc. 08-35655 | | 8539 | Circuit City Stores, Inc. 08-35653 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 8539, in the same amount ($600,000.00) with other portions of the claim showing unliquidated, is subject to an objection on Exhibit H. |
| 1/29/09 | 8542 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES Attn Michael Lynch Travelers One Tower Square 5MN Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Circuit City Purchasing Company, LLC 08-35657 | | 8539 | Circuit City Stores, Inc. 08-35653 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 8539, in the same amount ($600,000.00) with other portions of the claim showing unliquidated, is subject to an objection on Exhibit H. |
| 1/29/09 | 8543 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES Attn Michael Lynch Travelers One Tower Square 5MN Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Ventoux International, Inc. 08-35656 | | 8539 | Circuit City Stores, Inc. 08-35653 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 8539, in the same amount ($600,000.00) with other portions of the claim showing unliquidated, is subject to an objection on Exhibit H. |
| 1/29/09 | 8544 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES Attn Michael Lynch Travelers One Tower Square 5MN Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | CC Aviation, LLC 08-35658 | | 8539 | Circuit City Stores, Inc. 08-35653 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 8539, in the same amount ($600,000.00) with other portions of the claim showing unliquidated, is subject to an objection on Exhibit H. |

| | | DUPLICATE OR AMENDED CLAIMS TO BE EXPUNGED | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|
| 1/29/09 | 8545 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES Attn Michael Lynch Travelers One Tower Square 5MN Hartford, CT 06183 | $600,000.00 (secured); unliquidated (total claim) | CC Distribution Company of Virginia, Inc. 08-35659 | Circuit City Stores, Inc. 08-35653 | 8539 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 8539, in the same amount ($600,000.00) with other portions of the claim showing unliquidated, is subject to an objection on Exhibit H. |
| 1/29/09 | 8546 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES Attn Michael Lynch Travelers One Tower Square 5MN Hartford, CT 06183 | $600,000.00 (secured); unliquidated (total claim) | Circuit City Stores PR, LLC 08-35660 | Circuit City Stores, Inc. 08-35653 | 8539 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 8539, in the same amount ($600,000.00) with other portions of the claim showing unliquidated, is subject to an objection on Exhibit H. |
| 1/29/09 | 8547 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES Attn Michael Lynch Travelers One Tower Square 5MN Hartford, CT 06183 | $600,000.00 (secured); unliquidated (total claim) | Circuit City Properties, LLC 08-35661 | Circuit City Stores, Inc. 08-35653 | 8539 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 8539, in the same amount ($600,000.00) with other portions of the claim showing unliquidated, is subject to an objection on Exhibit H. |
| 1/29/09 | 8548 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES Attn Michael Lynch Travelers One Tower Square 5MN Hartford, CT 06183 | $600,000.00 (secured); unliquidated (total claim) | Orbyx Electronics, LLC 08-35662 | Circuit City Stores, Inc. 08-35653 | 8539 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 8539, in the same amount ($600,000.00) with other portions of the claim showing unliquidated, is subject to an objection on Exhibit H. |
| 1/29/09 | 8549 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES Attn Michael Lynch Travelers One Tower Square 5MN Hartford, CT 06183 | $600,000.00 (secured); unliquidated (total claim) | Courchevel, LLC 08-35664 | Circuit City Stores, Inc. 08-35653 | 8539 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 8539, in the same amount ($600,000.00) with other portions of the claim showing unliquidated, is subject to an objection on Exhibit H. |
| 1/29/09 | 8550 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES Attn Michael Lynch Travelers One Tower Square 5MN Hartford, CT 06183 | $600,000.00 (secured); unliquidated (total claim) | Kinzer Technology, LLC 08-35663 | Circuit City Stores, Inc. 08-35653 | 8539 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 8539, in the same amount ($600,000.00) with other portions of the claim showing unliquidated, is subject to an objection on Exhibit H. |
| 1/29/09 | 8551 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES Attn Michael Lynch Travelers One Tower Square 5MN Hartford, CT 06183 | $600,000.00 (secured); unliquidated (total claim) | Abbot Advertising Agency, Inc. 08-35665 | Circuit City Stores, Inc. 08-35653 | 8539 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 8539, in the same amount ($600,000.00) with other portions of the claim showing unliquidated, is subject to an objection on Exhibit H. |
| 1/29/09 | 8552 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES Attn Michael Lynch Travelers One Tower Square 5MN Hartford, CT 06183 | $600,000.00 (secured); unliquidated (total claim) | Mayland MN, LLC 08-35666 | Circuit City Stores, Inc. 08-35653 | 8539 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 8539, in the same amount ($600,000.00) with other portions of the claim showing unliquidated, is subject to an objection on Exhibit H. |

| | | DUPLICATE OR AMENDED CLAIMS TO BE EXPUNGED | | | | SURVIVING CLAIM | |
|---|---|---|---|---|---|---|---|
| 1/29/09 | 8553 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES Attn Michael Lynch Travelers One Tower Square 5MN Hartford, CT 06183 | $600,000.00 (secured); unliquidated (total claim) | Patapsco Designs, Inc. 08-35667 | 8539 | Circuit City Stores, Inc. 08-35653 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 8539, in the same amount ($600,000.00) with other portions of the claim showing unliquidated, is subject to an objection on Exhibit H. |
| 1/29/09 | 8554 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES Attn Michael Lynch Travelers One Tower Square 5MN Hartford, CT 06183 | $600,000.00 (secured); unliquidated (total claim) | Sky Venture Corp. 08-35668 | 8539 | Circuit City Stores, Inc. 08-35653 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 8539, in the same amount ($600,000.00) with other portions of the claim showing unliquidated, is subject to an objection on Exhibit H. |
| 1/29/09 | 8555 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES Attn Michael Lynch Travelers One Tower Square 5MN Hartford, CT 06183 | $600,000.00 (secured); unliquidated (total claim) | XSStuff, LLC 08-35669 | 8539 | Circuit City Stores, Inc. 08-35653 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 8539, in the same amount ($600,000.00) with other portions of the claim showing unliquidated, is subject to an objection on Exhibit H. |
| 1/29/09 | 8556 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES Attn Michael Lynch Travelers One Tower Square 5MN Hartford, CT 06183 | $600,000.00 (secured); unliquidated (total claim) | PRAHS, Inc. 08-35670 | 8539 | Circuit City Stores, Inc. 08-35653 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 8539, in the same amount ($600,000.00) with other portions of the claim showing unliquidated, is subject to an objection on Exhibit H. |
| 1/30/09 | 9820 | LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO Michael J. Skeary AVP & Sr Corp Counsel Liberty Mutual Ins Co Legal Dept 175 Berkeley St Mail Stop 07A Boston, MA 02117 | $1,242,307.00 (secured) | Circuit City Properties, LLC 08-35661 | 9819 | Circuit City Stores, Inc. 08-35653 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 9819 in the same amount ($1,242,307.00), is subject to an objection on Exhibit H. |
| 1/30/09 | 9821 | LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO Michael J. Skeary AVP & Sr Corp Counsel Liberty Mutual Ins Co Legal Dept 175 Berkeley St Mail Stop 07A Boston, MA 02117 | $1,242,307.00 (secured) | Circuit City Stores West Coast, Inc. 08-35654 | 9819 | Circuit City Stores, Inc. 08-35653 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 9819 in the same amount ($1,242,307.00), is subject to an objection on Exhibit H. |
| 1/30/09 | 9822 | LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO Michael J. Skeary AVP & Sr Corp Counsel Liberty Mutual Ins Co Legal Dept 175 Berkeley St Mail Stop 07A Boston, MA 02117 | $1,242,307.00 (secured) | Abbot Advertising Agency, Inc. 08-35665 | 9819 | Circuit City Stores, Inc. 08-35653 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 9819 in the same amount ($1,242,307.00), is subject to an objection on Exhibit H. |

| DUPLICATE OR AMENDED CLAIMS TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|
| 1/30/09 | 9823 | LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO Michael J. Skeary AVP & Sr Corp Counsel Liberty Mutual Ins Co Legal Dept 175 Berkeley St Mail Stop 07A Boston, MA 02117 | $1,242,307.00 (secured) | CC Distribution Company of Virginia, Inc. 08-35659 | 9819 | Circuit City Stores, Inc. 08-35653 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 9819 in the same amount ($1,242,307.00), is subject to an objection on Exhibit H. |
| 1/30/09 | 9824 | LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO Michael J. Skeary AVP & Sr Corp Counsel Liberty Mutual Ins Co Legal Dept 175 Berkeley St Mail Stop 07A Boston, MA 02117 | $1,242,307.00 (secured) | Patapsco Designs, Inc. 08-35667 | 9819 | Circuit City Stores, Inc. 08-35653 | Duplicate: Claim should only be asserted once. The surviving claim, claim number 9819 in the same amount ($1,242,307.00), is subject to an objection on Exhibit H. |
| 6/1/09 | 13235 | Alex Demetrius 191 Nichols Rd Nesconset, NY 11767 | $506.48 (priority) | Circuit City Stores, Inc. 08-35653 | 2120 | Circuit City Stores, Inc. 08-35653 | Duplicate: Claim should only be asserted once. |
| 11/15/10 | 15129 | Sheila R Lewis 128 N Beech Ave Highland Springs, VA 23075 | $2,309.61 (priority) | Circuit City Stores, Inc. 08-35653 | 8337 | Circuit City Stores, Inc. 08-35653 | Duplicate: Claim should only be asserted once. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT E**

## LATE FILED CLAIMS

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 23-Feb-09 | 11521 | BETHLEHEM TOWNSHIP SEWER DEPT 4225 EASTON AVE | | $385.10 (priority) | Circuit City Stores, Inc. 08-35653 |
| 27-Feb-09 | 11655 | PILCHARD, ELIZABETH DEE 116 STANTON CHRISTIANA RD | | $100.62 (priority) | Circuit City Stores, Inc. 08-35653 |
| 19-Mar-09 | 11900 | OTTINO, JENNIFER 7760 RAVENSWORTH WAY ANTELOPE, CA 95843-0000 | | $109.38 (priority) | Circuit City Stores, Inc. 08-35653 |
| 26-Mar-09 | 12027 | Matthew Przystas 125 Ward St Chicopee, MA 01020 | | $3,200.00 (priority) | Circuit City Stores, Inc. 08-35653 |
| 21-May-09 | 13036 | Roger L Carter 930 Buckskin Terrace Brentwood, CA 94513 | | $954.66 (priority) | Circuit City Stores, Inc. 08-35653 |
| 03-Jun-09 | 13148 | KEITH, AARON 1706 N 13TH ST BEATRICE, NE 68310 | Aaron Keith 8430 Holtynn Ln No 110 Lincoln, NE 68512 | $74.45 (priority) | Circuit City Stores, Inc. 08-35653 |
| 05-Jun-09 | 13202 | HARA THELMY E 1156 LABRADOR COURT NEWMAN, CA 95360 | | $1,727.22 (priority) | Circuit City Stores, Inc. 08-35653 |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 22-Jun-09 | 13605 | IXTA, JULIO CESAR<br>12257 FORMBY DR<br>MORENO VALLEY, CA 92557 | | $8,167.92 (priority) | Circuit City Stores West Coast, Inc.<br>08-35654 |
| 29-Jun-09 | 13846 | DEMENT, RONALD<br>3315 FAYETTE RD<br>KENSINGTON, MD 20895-0000 | Ronald Dement<br>6502 Montalto Xing Unit D<br>Frederick, MD 21703 | $107.57 (priority) | Circuit City Stores, Inc.<br>08-35653 |
| 29-Jun-09 | 13976 | Spink, Geraldine B<br>329 Lafayette Rd<br>N Kingstown, RI 02852-5300 | Geraldine B Spink<br>co Roderick A J Cavanagh Esq<br>148 Main St<br>Wakefield, RI 02879 | $620.6 (secured) | Circuit City Stores, Inc.<br>08-35653 |
| 02-Jul-09 | 14267 | Gary Lynn Brickey<br>1804 Hutchinson Dr<br>Kingsport, TN 37660 | | $205.66 (priority) | Circuit City Stores, Inc.<br>08-35653 |
| 01-Jul-09 | 14414 | Nicole Scriuner<br>PO Box 2383<br>Marysville, CA 95901 | | $300.00 (priority) | Circuit City Stores, Inc.<br>08-35653 |
| 03-Jul-09 | 14458 | Monica S Brown<br>405 Adamson St<br>Highland Springs, VA 23075- | | $10,644.22 (administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 17-Sep-09 | 14609 | Jeton Tony Hetemi<br>7009 Almeda Rd Apt 1025<br>Houston, TX 77054 | | $5,440.00 (priority) | Circuit City Stores, Inc.<br>08-35653 |
| 24-Sep-09 | 14663 | Jeton Tony Hetemi<br>7009 Almeda Rd Apt 1025<br>Houston, TX 77054 | | $5,848.00 (priority) | Circuit City Stores, Inc.<br>08-35653 |
| 09-Oct-09 | 14771 | Tennessee Department of Labor<br>& Workforce Development<br>Bureau of Unemployment<br>Insurance<br>c o TN Attorney Generals Office<br>Bankruptcy Division<br>PO Box 20207 | | $17,237.40 (administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 12-Mar-10 | 14855 | Power Sales & Advertising Inc<br>801 N Meadowbrook Dr<br>Olathe, KS 66062 | | $1,599.38 (priority) | Circuit City Stores, Inc.<br>08-35653 |
| 17-Mar-09 | 14861 | WHITNEY, AHMAD<br>254 FITZPATRICK RD<br>OAKLAND, CA 94603 | Whitney, Ahmad<br>5735 Avenal Ave Apt 107<br>Oakland, CA 94605 | unliquidated (priority) | Circuit City Stores, Inc.<br>08-35653 |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 23-Mar-10 | 14886 | UNIVERSAL SWEEPING SERVICES PO BOX 28010 | | $418.92 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 31-Mar-10 | 14897 | Iron Mountain Information Management Inc Joseph P Corrigan Esq 745 Atlantic Ave 10th Fl Boston, MA 02111 | | $2,746.80 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 31-Mar-10 | 14934 | Melinda Unger 3305 Young Ave Lansing, MI 48906 | | $651.67 (priority) | Circuit City Stores, Inc. 08-35653 |
| 30-Mar-10 | 15005 | Public Service Electric & Gas Co Attn Bankruptcy Dept PSEG PO Box 490 Cranford, NJ 07016 | | $115,860.61 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 09-Apr-10 | 15017 | KeySpan Gas East Corp dba National Grid Suzanne Brienza Esq 15 Park Dr | KeySpan Gas East Corp dba National Grid 175 E Old Country Rd Hicksville, NY 11801-4257 | $9,990.70 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 09-Apr-10 | 15018 | Long Island Lighting Company dba LIPA Suzanne Brienza Esq 15 Park Dr | | $343.65 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 28-May-10 | 15045 | NORTON SHORES, CITY OFNORTON SHORES, CITY OF NORTON SHORES CITY OF 4814 HENRY ST NORTON SHORES, MI | | $1,064.8 (secured) | Circuit City Stores, Inc. 08-35653 |
| 01-Jun-10 | 15047 | Audrey Soltis c o Butwinick Donaldson 325 33rd Ave N Ste 104 Saint Cloud, MN 56303 | | $485,000.00 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 02-Aug-10 | 15064 | Coastal Area Collections Inc 1731 First St PO Box 1255 Brunswick, GA 31521-0963 | Younce Terminix Inc PO Box 963 Brunswick, GA 31521-0963 | $70.02 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 02-Aug-10 | 15065 | Coastal Area Collections Inc 1731 First St PO Box 1255 Brunswick, GA 31521-0963 | City of Brunswick Sanitation Dept PO Box 550 Brunswick, GA 31521-0550 | $16.50 (administrative) | Circuit City Stores, Inc. 08-35653 |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 14-Oct-10 | 15102 | Mr & Mrs William Grimes<br>4412 Gulf Ave<br>Midland, TX 79707 | | $399.99 (priority) | Circuit City Stores West Coast, Inc.<br>08-35654 |
| 03-Dec-10 | 15154 | Bryan Cesar Ortiz<br>902 Windsor Ct<br>Sterling, VA 20164 | | $1,280.00 (priority) | Circuit City Stores, Inc.<br>08-35653 |
| 30-Dec-10 | 15183 | Cyber Acoustics LLC<br>Alexander Burnett<br>Williams Mullen Center<br>200 S 10th St Ste 1600<br>PO Box 1320<br>Richmond, VA 23218-1320 | | $337,536.24 (administrative - pending settlement with Claimant; objection being filed to preserve objection until settlement agreement signed | Circuit City Stores, Inc.<br>08-35653 |
| 30-Dec-10 | 15194 | John Walters<br>1716 10th Ave<br>Tuscaloosa, AL 35401 | | $2,000.00 (unsecured);<br>$25,000.00 (priority); $5,000.00 (secured) | Circuit City Stores, Inc.<br>08-35653 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT F**

## STOCK LOSS CLAIMS TO BE EXPUNGED

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 02-Jan-09 | 2164 | Phillips, Mark<br>15 Kingspark Rd<br>Little Rock, AR 72227 | | Unliquidated (priority) | Circuit City Stores, Inc. 08-35653 | Invalid claim based on loss of money due to stock. Accordingly, claim should be expunged in its entirety. |
| 26-Jan-09 | 5467 | BERGER, CYNDA ANN<br>1002 MITCHELL LN<br>EVANS, GA 30809 | | Unliquidated (priority) | Circuit City Stores, Inc. 08-35653 | Invalid claim based on loss of money due to stock. Accordingly, claim should be expunged in its entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT G**

| | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 02-Dec-08 | 402 | SUBURBAN PROPANE<br>PO BOX 206<br>WHIPPANY, NJ 07981-0206 | | $2,216.62<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Debtors' books and records show no liability to claimant; books and records do not show any past due amounts from statement dates. Accordingly, the entire claim should be expunged. |
| 01-Dec-08 | 421 | JACKSON, CITY OF<br>PO BOX 2288<br>UTILITY DIVISION<br>JACKSON, TN 38302 | | $687.02<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Debtors' books and records show no liability to claimant. Accordingly, the entire claim should be expunged. |
| 08-Dec-08 | 652 | OKLAHOMA NATURAL GAS CO<br>OKLAHOMA<br>P O BOX 268826<br>OKLAHOMA CITY, OK 73126-8826 | Oklahoma Natural Gas Co<br>PO Box 21019<br>Tulsa, OK 74121 | $336.56<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Debtors' books and records show no liability to claimant. Accordingly, the entire claim should be expunged. |
| 08-Dec-08 | 658 | OKLAHOMA NATURAL GAS CO TULSA<br>P O BOX 1234<br>TULSA, OK 74186-1234 | Oklahoma Natural Gas Co<br>PO Box 21019<br>Tulsa, OK 74121 | $98.21<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Debtors' books and records show no liability to claimant. Accordingly, the entire claim should be expunged. |
| 08-Dec-08 | 673 | OKLAHOMA NATURAL GAS COMPANY<br>PO BOX 1234<br>TULSA, OK 74186-1234 | Oklahoma Natural Gas Co<br>PO Box 21019<br>Tulsa, OK 74121 | $51.85<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Debtors' books and records show no liability to claimant. Accordingly, the entire claim should be expunged. |
| 08-Dec-08 | 855 | OKLAHOMA NATURAL GAS COMPANY<br>PO BOX 1234<br>TULSA, OH 74186-1234 | Oklahoma Natural Gas Co<br>PO Box 21019<br>Tulsa, OK 74121 | $121.77<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Debtors' books and records show no liability to claimant. Accordingly, the entire claim should be expunged. |
| 08-Dec-08 | 879 | HEUBEL MATERIAL HANDLING INC<br>6311 NE EQUITABLE RD<br>KANSAS CITY, MO 64120 | | $17,394.68<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Claim asserts a 503(b)(9) administrative status on alleged consignment sales. Claimant was contacted and unable to provide proof of delivery of product within the 20 days preceding filing. |
| 19-Dec-08 | 940 | RENTON COLLECTIONS INC<br>PO BOX 272<br>RENTON, WA 98057 | | $94.47<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Debtors' books and records show no liability to claimant. Vendor is unable to provide proof of delivery of product. Accordingly, the entire claim should be expunged. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 16-Dec-08 | 1007 | PHILIPS LIGHTING COMPANY<br>TERRY LANDRIGAN<br>PO BOX 100194<br>ATLANTA, GA 30384-0194 | Philips Lighting Co<br>Attn Corp Credit<br>200 Franklin Sq Dr<br>Somerset, NJ 08873 | $185.48<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Debtor's books and records show no liability to claimant. Accordingly, the entire claim should be expunged. |
| 26-Dec-08 | 1824 | Bradshaw, Ken C<br>23015 Waterwheel Dr<br>Elmendorf, TX 78112 | | $2,150.00<br>(secured) | Circuit City Stores, Inc.<br>08-35653 | Debtor's books and records show no liability to claimant; no support for claim was provided. Accordingly, the entire claim should be expunged. |
| 05-Jan-09 | 2179 | TOWN OF ORANGE CT<br>617 ORANGE CENTER RD<br>ORANGE, CT 06477-2499 | | $1,160.00<br>(secured) | Circuit City Stores, Inc.<br>08-35653 | Debtor's books and records show no liability to claimant. Accordingly, the entire claim should be expunged. |
| 02-Jan-09 | 2336 | HOMAN, DAVID<br>126 N ROSE ST<br>PALATINE, IL 60067 | | $245.00<br>(secured) | Circuit City Stores, Inc.<br>08-35653 | Debtor's books and records show no liability to claimant; no support was provided to determine basis for claim. Accordingly, the entire claim should be expunged. |
| 02-Jan-09 | 2343 | JANIS, ROSE ANN<br>5005 AMBERWOOD DR<br>GLEN ALLEN, VA 23059 | | $1,200.00<br>(priority) | Circuit City Stores, Inc.<br>08-35653 | Liabilities reconciled on Claim No. 882. Accordingly, the entire claim should be expunged. |
| 23-Jan-09 | 5730 | WHITE, CHRISTOPHER DELMAR<br>407 Woodberry Cir<br>Raeford, NC 28376 | Christopher Delmar White<br>1311 8th Ave Nw<br>Conover, NC 28613 | $4,391.28<br>(priority) | Circuit City Stores, Inc.<br>08-35653 | Valid portion of claim has already been paid per check no. 4574508, remainder is allegedly on account of travel expense for which there was no approval. Accordingly, the entire claim should be expunged. |
| 27-Jan-09 | 6317 | Sensormatic Electronics Corporation<br>c o Alvin S Goldstein Esq<br>Furr & Cohen PA<br>2255 Glades Rd Ste 337W<br>Boca Raton, FL 33431 | | $108,263.45<br>(administrative secured) | Circuit City Stores, Inc.<br>08-35653 | Debtor's books and records show no liability; claimant has provided no support for claim. Accordingly, the entire claim should be expunged. |
| 27-Jan-09 | 6369 | LESKO, JEREMY<br>275 COLLEGE PARK DR APT C13<br>ELYRIA, OH 44035 | | Blank (Priority) | Circuit City Stores PR, LLC<br>08-35660 | Debtor's books and records show no liability; claimant lists wrong debtor, for whom there is no liability. Accordingly, the entire claim should be expunged. |
| 06-May-09 | 12857 | US CUSTOMS & BORDER PROTECTION<br>6650 TELECOM DR STE 100<br>INDIANAPOLIS, IN 46278 | | $1,751.96<br>(Priority);<br>$67.15 (Secured) | Circuit City Stores, Inc.<br>08-35653 | Debtor's books and records show no remaining liability to claimant per a customs bond check was issued from a 3rd parrty insurance company. Accordingly, the entire claim should be expunged. |
| 28-May-09 | 13069 | Tribune Comp dba Baltimore Sun<br>Attn Carol Liotta<br>435 N Michigan Ave 3rd Fl<br>Chicago, IL 60611 | | $5,208.00<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Debtor's books and records show no liability to claimant, as liquidator responsible for liquidation ads rather than Debtor. Accordingly, the entire claim should be expunged. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 27-May-09 | 13074 | Ameren UE<br>Bankruptcy Desk Code 310<br>PO Box 66881<br>St Louis, MO 63166-6881 | | $11,788.92<br>(administrative) | Circuit City Stores, Inc. 08-35653 | Debtors' books and records show no liability to claimant. Claim satisfied post petition through payment issued 9/21/09. Accordingly, the entire claim should be expunged. |
| 29-May-09 | 13082 | Bruce Senator<br>F 99302<br>PO Box 950<br>Folsom, CA 95763 | Bruce Senator<br>c o Nancy Lee<br>10502 Lampson Ave<br>Garden Grove, CA 92840 | $150.00<br>(priority) | Circuit City Stores, Inc. 08-35653 | Debtors' books and records show no liability to claimant; rebate checks during the rebate period were uncashed, which is a condition of the rebate. In addition, rebates were run through a third party not through Debtors. Accordingly, the entire claim should be expunged. |
| 01-Jun-09 | 13090 | Bay State Gas Company<br>Attn Bankruptcy Dept<br>PO Box 2025<br>Springfield, MA 01102-2025 | | $4,677.86<br>(administrative) | Circuit City Stores, Inc. 08-35653 | Debtors' books and records show no liability to claimant. Claim satisfied post petition per deposit shown in books and records. Accordingly, the entire claim should be expunged. |
| 01-Jun-09 | 13224 | Culligan<br>Christie Curtis<br>Valley Water Group Inc<br>819 Kimball Ave<br>Grand Junction, CO 81501 | | $161.31<br>(administrative) | Circuit City Stores, Inc. 08-35653 | Debtors' books and records show no liability to claimant, and vendor unable to provide backup documentation or evidence of liability. Accordingly, the entire claim should be expunged. |
| 04-Jun-09 | 13271 | Mark A Murdock<br>25590 Noble Dr<br>Chesterfield, MI 48051 | | $165.20<br>(administrative) | Circuit City Stores, Inc. 08-35653 | Debtors' books and records show no liability to claimant; claimant provided no proof of overcharge, all sales were final. Accordingly, the entire claim should be expunged. |
| 08-Jun-09 | 13281 | Pal Transport Inc<br>Michael Sudomir Operations Manager<br>54834 Pine St<br>New Baltimore, MI 48047 | | $1,265.00<br>(administrative) | Circuit City Stores, Inc. 08-35653 | Debtors' books and records show no liability to claimant as freight bills were paid by a third party and claimant did not respond to attempts to obtain POD. Accordingly, the entire claim should be expunged. |
| 08-Jun-09 | 13357 | Monique N Sarabia<br>Employment Development Department<br>Sacramento Adjudication Center<br>PO Box 937<br>Elk Grove, CA 95759-0937 | | Unliquidated<br>(administrative) | Circuit City Stores, Inc. 08-35653 | Debtors' books and records show no liability to claimant, whose invalid claim is on account of unemployment insurance. Accordingly, the entire claim should be expunged. |
| 15-Jun-09 | 13382 | Zayed M Hararah<br>29058 Hillview St<br>Hayward, CA 94544 | | $50.00 (priority) | Circuit City Stores, Inc. 08-35653 | Debtors' books and records show no liability to claimant; claim was on account of a rebate. Accordingly, the entire claim should be expunged. |

12304-002\DOCS_NY:23059v1

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 02-Jun-09 | 13412 | Richard Stevens<br>221 W 82nd St<br>New York, NY 10024 | | $260.09<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Debtors' books and records show no liability to claimant; there is no liability for defective merchandise purchased during liquidation sale. Accordingly, the entire claim should be expunged. |
| 19-Jun-09 | 13567 | Alabama Gas Corporation<br>Attn Nancy Roland<br>605 Richard Arrington Jr Blvd N<br>Birmingham, AL 35203-2707 | | $67.99<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Debtors' books and records show no liability to claimant.  Accordingly, the entire claim should be expunged. |
| 19-Jun-09 | 13568 | Alabama Gas Corporation<br>Attn Nancy Roland<br>605 Richard Arrington Jr Blvd N<br>Birmingham, AL 35203-2707 | | $3,537.22<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Debtors' books and records show no liability to claimant.  Accordingly, the entire claim should be expunged. |
| 12-Jun-09 | 13611 | Steven Nebel<br>444 Taylor Ln<br>O Fallon, MO 63368 | | $336.92<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Debtors' books and records show no liability to claimant; claimant did not use required travel expense reimbursement form. Accordingly, the entire claim should be expunged. |
| 26-Jun-09 | 13789 | Greenwich Township<br>Andre L Kydala Esq<br>Law Office of Andre L Kydala<br>12 Lower Ctr St<br>PO Box 5537<br>Clinton, NJ 08809 | | $813.19<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Debtors' books and records show no liability to claimant.  Accordingly, the entire claim should be expunged. |
| 29-Jun-09 | 13831 | Innovative Marketing Solutions LLC<br>5244 Chappell Ridge Pl<br>Glen Allen, VA 23059 | | $35,000<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Debtors' books and records show no liability to claimant.  Accordingly, the entire claim should be expunged. |
| 26-Jun-09 | 13870 | FedEx Customer Information Services<br>William B Seligstein<br>Revenue Recovery<br>3965 Airways Blvd<br>Module G 3rd Fl<br>Memphis, TN 38116 | | $1,543.62<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Debtors' books and records show no liability to claimant.  Accordingly, the entire claim should be expunged. |
| 23-Jun-09 | 13900 | The Sacramento Municipal Utility District<br>Ken Whittall Scherfee<br>Whittall Scherfee Law Office<br>3301 Watt Ave Ste 600<br>Sacramento, CA 95821 | | $11,013.97<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Debtors' books and records show no liability to claimant.  Claim satisfied post petition per payment issued on 10/29/10.  Accordingly, the entire claim should be expunged. |
| 30-Jun-09 | 13947 | TFL Enterprises LLC<br>980 N Michigan Ave Ste 920<br>Chicago, IL 60611 | | $104,986.36<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Debtors' books and records show no liability to claimant; claim is for shortages of product delivered.  Accordingly, the entire claim should be expunged. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 29-Jun-09 | 14117 | Rochester Gas & Electric Corporation Russell R Johnson III & John M Craig Law Firm of Russell R Johnson III PLC 2258 Wheatlands Dr Manakin Sabot, VA 23103 | | $7,243.51 (administrative) | Circuit City Stores, Inc. 08-35653 | Debtors' books and records show no liability to claimant. Claim was satisfied post petition; paid through utility blocked account. Accordingly, the entire claim should be expunged. |
| 29-Jun-09 | 14118 | Piedmont Natural Gas Company Russell R Johnson III & John M Craig Law Firm of Russell R Johnson III PLC 2258 Wheatlands Dr Manakin Sabot, VA 23103 | | $1,184.22 (administrative) | Circuit City Stores, Inc. 08-35653 | Debtors' books and records show no liability to claimant. Claim was satisfied post petition per deposit according to the Debtors' books and records. Accordingly, the entire claim should be expunged. |
| 30-Jun-09 | 14203 | Puerto Rico Electric Power Authority Attn Mark Minuti 222 Delware Ave Ste 1200 PO Box 1266 Wilmington, DE 19899 | Weiland Gordon Smiley Wang Ekvall & Strouck LLP Attn Evan Smiley 650 Town Ctr Dr Ste 950 Costa Mesa, CA 92626 | $48,434.82 (administrative) | Circuit City Stores, Inc. 08-35653 | Debtors' books and records show no liability to claimant. Claim satisfied post petition. Paid through the Utility account – overpaid $1,809.78. Accordingly, the entire claim should be expunged. |
| 01-Jul-09 | 14216 | Public Company Accounting Oversight Board Attn Nina Mojiri Azad or Mary Peters 1666 K Street NW Baltimore, MD 20006 | | $4,700.00 (administrative) | Circuit City Stores, Inc. 08-35653 | Debtors' books and records show no liability to claimant, as Debtor was exempt from the fees, by filing Form 8-K for significant developments. Accordingly, the entire claim should be expunged. |
| 29-Jun-09 | 14276 | Louisville Gas and Electric Company Attn Augustus C Epps Jr Christian & Barton LLP 909 E Main St Ste 1200 Richmond, VA 23219 | | $95,536.75 (administrative) | Circuit City Stores, Inc. 08-35653 | Debtors' books and records show no liability to claimant. Claim was satisfied post petition per deposit according to the Debtors' books and records. Accordingly, the entire claim should be expunged. |
| 01-Jul-09 | 14332 | SBC Global Services Inc c o Lowenstein Sandler PC Vincent A D Agostino Esq 65 Livingston Ave Roseland, NJ 07068 | AT&T Services Inc Attn James Grudus One AT&T Way Rm 3A218 Bedminster, NJ 07921 | $34,979.55 (administrative) | Circuit City Stores, Inc. 08-35653 | Debtors' books and records show no post petition liability to claimant. Accordingly, the entire claim should be expunged. |
| 30-Jun-09 | 14386 | LEADING EDGE DELIVERY CHRISTOPHER J DROSNICK 6821 PROMWAY AVE NW NORTH CANTON, OH 44720-7319 | | $15,749.25 (administrative) | Circuit City Stores, Inc. 08-35653 | Debtors' books and records show no liability to claimant. Accordingly, the entire claim should be expunged. |
| 30-Jun-09 | 14387 | Smith, Joyce L 6818 Orchid Ln Fredericksburg, VA 22407 | | $493.58 (administrative) | Circuit City Stores, Inc. 08-35653 | Debtors' books and records show no liability to claimant; claimant alleges she attempted to return merchandise during liquidation sale and was advised of no returns policy and that the store did not accept product as all sales were final. Accordingly, the entire claim should be expunged. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 06-Aug-09 | 14541 | Harry B Gross Sr<br>206 N Pacific<br>Hutchins , TX 75141 | | $199.99<br>(priority) | Circuit City Stores, Inc. 08-35653 | Debtors books and records show no liability; ticket number provided found no chargeback. |
| 29-Mar-10 | 14910 | AT&T Corp<br>c o Cheryl Becker Bankruptcy Dept<br>AT&T Accounts Receivable Center<br>722 N Broadway 11th Fl<br>Milwaukee, WI 53202 | | $16,348.04<br>(administrative secured) | Circuit City Stores, Inc. 08-35653 | Debtors' books and records show no liability to claimant. Accordingly, the entire claim should be expunged. |
| 24-Feb-09 | 14996 | Sterling Commerce Inc<br>Julie Quagliano Westemeier Esq<br>2620 P St<br>NW Wachington, DC 20007 | Lowenstein Sandler PC<br>Vincent A DAgostino Esq Eric<br>H Hord Esq<br>65 Livingston Ave<br>Roseland, NJ 07068-1791 | $187,937.18<br>(administrative) | Circuit City Stores, Inc. 08-35653 | Debtors' books and records show no liability to claimant. Claimant did not have support for $5,000.00 of the claim; remaining $182,937.18 paid to claimant on check no. 4606970 on 3/25/09. Accordingly, the entire claim should be expunged. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
EXHIBIT H

| | | INSURANCE FACILITATOR CLAIMS TO BE EXPUNGED | | | |
|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
| 1/29/09 | 8539 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES Attn Michael Lynch Travelers One Tower Square 5MN Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (priority; additional classes checked) | Circuit City Stores, Inc. 08-35653 |
| 1/30/09 | 9819 | LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO Michael J. Skeary AVP & Sr Corp Counsel Liberty Mutual Ins Co Legal Dept 175 Berkeley St Mail Stop 07A Boston, MA 02117 | | $1,242,307.00 (secured) | Circuit City Stores, Inc. 08-35653 |
| 6/30/09 | 14195 | Liberty Mutual Fire Insurance Company and Liberty Mutual Insurance Company Attn Toni Price Jackson Walker LLP 112 E Pecan St Ste 2400 San Antonio, TX 78205 | | $125,502.82 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 5/13/10 | 15028 | CALIFORNIA SELF INSURERS SECURITY FUND Louis J. Cisz III Nixon Peabody LLP One Embarcadero Ctr 18th Fl Ste 1800 San Francisco, CA 94111 | California Self Insurers Security Fund PO Box 22510 Sacramento, CA 95822 | $23,010,774.00 (general unsecured); $6,278,351.00 (secured) | Circuit City Stores, Inc. 08-35653 |
| 5/13/10 | 15029 | CALIFORNIA SELF INSURERS SECURITY FUND Louis J. Cisz III Nixon Peabody LLP One Embarcadero Ctr 18th Fl Ste 1800 San Francisco, CA 94111 | California Self Insurers Security Fund PO Box 22510 Sacramento, CA 95822 | $22,910,774.00 (general unsecured); $6,278,351.00 (secured) | Circuit City Stores West Coast, Inc. 08-35654 |

In re Circuit City Stores, Inc. et al.
Case No. 08-35653 (KRH)
**EXHIBIT 1**

|  | | | CLAIMS TO BE RECLASSIFIED | | | | RECLASSIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount and Classification | Debtor | Proposed Reclassified Claim Amount and Classification | Debtor | Comments |
| 20-Jun-09 | 4096 | GAINESVILLE REGIONAL UTILITIES<br>PO BOX 147051<br>GAINESVILLE, FL 326147051 | | $1,320.05 (general unsecured); $172.74 (priority) | Circuit City Stores, Inc. 08-35653 | $1,492.79 (general unsecured) | Circuit City Stores, Inc. 08-35653 | The $172.74 priority claim should be reclassified to general unsecured as it is on account of sales, utility taxes, etc. and those items are not entitled to priority. |
| 23-Mar-09 | 12105 | City of Virginia Beach<br>City of Virginia Beach Treasurer<br>Bankruptcy Records<br>2401 Courthouse Dr<br>Virginia Beach, VA 23456-9018 | | $347.57 (secured) | Circuit City Stores, Inc. 08-35653 | $347.57 (unsecured) | Circuit City Stores, Inc. 08-35653 | Claim is not secured as Debtor did not own the store location; therefore, claim cannot be secured. |
| 24-Apr-09 | 12370 | City of Toledo<br>Dept of Public Utilities<br>420 Madison Ave Ste 100<br>Toledo, OH 43667-0001 | | $261.25 (general unsecured); $57.47 (secured) | Circuit City Stores, Inc. 08-35653 | $318.72 (unsecured) | Circuit City Stores, Inc. 08-35653 | Claim is not secured as Debtor did not own the store location; therefore, claim cannot be secured. |
| 07-May-09 | 12971 | City of Fort Lauderdale FL<br>City Attorneys Office<br>100 N Andrews Ave 7th Fl<br>Ft Lauderdale, FL 33301 | | $765.70 (general unsecured); $54.22 (priority) | Circuit City Stores, Inc. 08-35653 | $819.92 (general unsecured) | Circuit City Stores, Inc. 08-35653 | The $54.22 priority claim should be reclassified to general unsecured as tax on the invoice is not entitled to priority. |
| 29-Jun-09 | 14412 | Marc J Sieger<br>6 Joseph Ln<br>Lynnfield, MA 01940 | | $10,000.00 (administrative) | Circuit City Stores, Inc. 08-35653 | $6,666.67 (general unsecured); $3,333.33 (administrative) | Circuit City Stores, Inc. 08-35653 | $6,666.67 of administrative claim should be reclassified to general unsecured as only a portion of wages (2/3 of $5,000 November earnings) is entitled to administrative expense. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT J**

## CLAIMS TO BE RECLASSIFIED THEN EXPUNGED AS LATE

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 15-Jun-09 | 13705 | City St Petersburg<br>Jon Plumb Collection Officer<br>PO Box 2842<br>Saint Petersburg, FL 33731-2842 | | $30.00<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | Claim is for late fees on pre-petition invoices and, as a prepetition unsecured claim, missed the earlier bar date (5/11/09). Accordingly, the claim should be expunged in its entirety. |
| 30-Jun-09 | 14198 | Inmagic Inc<br>Jeannine Flynn<br>200 Unicorn Park Dr 4th Fl<br>Woburn, MA 01801 | | $24,000.00<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | No administrative liability allowed per contract language; as not entitled to administrative status, unsecured claim missed the earlier bar date (1/30/09) and is late and should be expunged. |

In re Circuit City Stores, Inc. et al.
Case No. 08-35653 (KRH)
**EXHIBIT K**

## CLAIMS TO BE MODIFIED OR EXPUNGED AFTER SETOFF

| | | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 18-Dec-08 | 1301 | Dorel Juvenile Group Inc c o Doris Lucas 2525 State St Columbus, IN 47201-7494 | Alan K Mills & Angela Imel Barnes & Thornburg LLP 11 S Meridian St Indianapolis, IN 46204 | $1,196.05 (administrative) | Circuit City Stores, Inc. 08-35653 | $728.57 (administrative) | Circuit City Stores, Inc. 08-35653 | Administrative claim should be reduced by $467.48 on account of setoff. |
| 19-Dec-08 | 1331 | Toshiba America Consumer Products LLC c o Leitess Leitess Friedberg & Fedder PC 1 Corporate Ctr 10451 Mill Run Cir Ste 1000 Owings Mills, MD 21117 | | $5,293,249.00 (administrative) | Circuit City Stores, Inc. 08-35653 | | | Administrative claim should be reduced entirely, as setoff available to Liquidating Trust is $9,936,070.79 |

In re Circuit City Stores, Inc. et al.
Case No. 08-35653 (KRH)
**EXHIBIT L**

**CLAIMS TO BE MODIFIED OR EXPUNGED FOR MULTIPLE REASONS**

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **MODIFIED CLAIMS** | | | |
| 05-Dec-08 | 182 | ADD ON COMPUTER PERIPHERALS JAMES PATTON 34 A MAUCHLY IRVINE, CA 92618 | | $7,407.76 (administrative) | Circuit City Stores, Inc. 08-35653 | $6,750.24 (administrative) | Circuit City Stores, Inc. 08-35653 | 1st Objection (Books & Records): Per Debtors' books and records, claim should be reduced by $1909 due to a variance in quantity of merchandise provided. 2nd Objection (Setoff): Claim should further be reduced by $638.52 on account of setoff. | |
| 11-Dec-08 | 788 | I TOUCHLESS HOUSEWARES & PRODUCTS, INC ABN VIVIAN DIN 551 FOSTER CITY BLVD UNIT M FOSTER CITY, CA 94404 | | $12,628.00 (administrative) | Circuit City Stores, Inc. 08-35653 | $12,277.50 (general unsecured) | Circuit City Stores, Inc. 08-35653 | 1st Objection (Reclassify): Entire claim should be reclassified to general, unsecured claim as claimant drop-shipped merchandise directly to customer and Circuit City Stores never took possession of merchandise. Accordingly, claimant not entitled to a 503(b)(9) claim. 2nd Objection (Books & Records): Once reclassified, $350.50 of the claim should be disallowed as there was a duplicate invoice. POs already fulfilled and due to invoice variances. | |
| 19-Dec-08 | 1319 | Toshiba America Information Systems Inc Attn Steven N Leduc c o o Lefess Leduc Friedberg & Felder PC 1 Corporate Dr 10451 Mill Run Cir Ste 1000 Owings Mills, MD 21117 | Toshiba America Information Systems Inc 9740 Irvine Blvd Irvine, CA 92618 | $4,786,331.56 (administrative); $257,427.72 (general unsecured) | Circuit City Stores, Inc. 08-35653 | $595,873.83 (administrative); $257,427.72 (general unsecured) | Circuit City Stores, Inc. 08-35653 | 1st Objection (Books & Records): Per Debtors' books and records, administrative portion of claim should be reduced by $929,312.32 due to pricing and quantity discrepancies. 2nd Objection (Setoff): Administrative claim should further be reduced by $3,261,145.41 on account of setoff. | |
| 03-Feb-09 | 10546 | McCabe, Michael PO Box B Villa Grande, CA 95486 | | $473.25 (priority) | Circuit City Stores, Inc. 08-35653 | | | 1st Objection (Books & Records): No liability to claimant; basis of claim is that claimant should receive claim because after purchasing TV, he saw an ad in paper advertising same TV with a additional free offer and now claims value of free offer. 2nd Objection (Books & Records): In the alternative, no basis for priority claim. If claim not disallowed in its entirety, should be reclassified to general unsecured. | |
| 03-Mar-09 | 11500 | KOENIG, ROBERT A PO BOX 10834 BEDFORD, NH 03110 | | $100.00 (secured) | Circuit City Stores, Inc. 08-35653 | | | 1st Objection (Books & Records): Books and records show no liability to claimant and no backup provided. 2nd Objection (Reclassify): In the alternative, no basis for secured claim. If claim not disallowed in its entirety, should be reclassified to general | |
| 03-Mar-09 | 11501 | KOENIG, ROBERT A PO BOX 10834 BEDFORD, NH 03110 | | $550.00 (secured) | Circuit City Stores, Inc. 08-35653 | | | 1st Objection (Books & Records): Books and records show no liability to claimant and no backup provided. 2nd Objection (Reclassify): In the alternative, no basis for secured claim. If claim not disallowed in its entirety, should be reclassified to general | |
| 13-Apr-10 | 15011 | Sylvia H Middlebrooks 3390 Spreading Oak Dr SW Atlanta, GA 30311 | | $250.00 (secured) | Circuit City Stores, Inc. 08-35653 | | | 1st Objection (Late): Claimant's first filing was subsequent to the relevant bar date. 2nd Objection (Stock Loss): Invalid claim based on loss of money due to stock. Accordingly, claim should be expunged in its entirety. | |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Proposed Modified Claim | Debtor | Comments | Additional Comments |
|---|---|---|---|---|---|---|---|---|
| 17-Jun-09 | 13437 | Tocad America Inc<br>Teresa Da Costa<br>53 Green Pond Rd Ste 5<br>Rockaway, NJ 07866 | | $161,070.52<br>(administrative) | $153,356.18<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | 1st Objection (Books & Records): Per Debtors' books and records, administrative portion of claim should be reduced by $ $1,392.90 as one invoice with no receivings appears to be a duplicate of another invoice.<br>2nd Objection (Setoff): Administrative claim should further be reduced by $6,321.44 on | |
| 18-Jun-09 | 13452 | Acxiom Corporation<br>CB Blackard<br>Corporate Counsel<br>PO Box 2000<br>Conway, AR 72033-2000 | | $169,117.83<br>(administrative) | $165,245.11<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | 1st Objection (Books & Records): Administrative claim should be reduced by $3,500.00 as vendor sent a credit for an invoice on unpaid.<br>2nd Objection (Reclassify Then Late): A separate $372.72 of the claim should be expunged as it was on account of a prepetition invoice, and once reclassified as a general, unsecured claim, missed the earlier bar date (1/30/09). | |
| 24-Jun-09 | 13487 | Allegheny Power<br>Mountaineer Gas Company<br>1310 Fairmont Ave<br>PO Box 1392<br>Fairmont, WV 26555 | | $3,154.65<br>(administrative) | $3,046.78<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | 1st Objection (Books & Records): Administrative claim should be reduced by $30.47, as this amount is not on the books and records.<br>2nd Objection (Reclassify Then Late): Administrative claim should further be reduced by $77.40 as it is on account of prepetition amount, and once reclassified as a general, unsecured claim, missed the earlier bar date (1/30/09). | |
| 16-Jun-09 | 13496 | False Alarm Reduction Unit<br>10425 Audie Ln<br>PO Box 2150<br>La Plata, MD 20646 | | $1,555.00<br>(administrative) | $600.00 (administrative) | Circuit City Stores, Inc.<br>08-35653 | 1st Objection (Reclassify Then Late): A portion of the claim, in the amount of $505.00 should be disallowed as it was on account of prepetition invoices, and once reclassified as a general, unsecured claim, missed the earlier bar date (1/30/09).<br>2nd Objection (Books & Records): Another portion of the claim, in the amount of $450.00 should be disallowed as books and records show that portion was not | |
| 01-Jul-09 | 13926 | BellSouth Telecommunications Inc<br>Vincent A D'Agostino Esq<br>c o Lowenstein Sandler PC<br>651 Livingston Ave<br>Roseland, NJ 07068 | AT&T Services Inc<br>Attn James Grudus<br>One AT&T Way Rm 3A218<br>Bedminster, NJ 07921 | $146,003.58<br>(administrative) | | Circuit City Stores, Inc.<br>08-35653 | 1st Objection (Books & Records): Debtors' books and records show no liability to claimant as claim was satisfied post petition.<br>2nd Objection (Late): In addition, filed late for administrative claim (6/30/09). | |
| 29-Jun-09 | 13954 | Express Personnel Services Inc<br>Attn Richard C Ogden and Marin Allen Brown<br>Mulinix Ogden Hall & Andrews & Ludlam PLLC<br>210 Park Ave Ste 3030<br>Oklahoma City, OK 73102 | | $11,874.80<br>(administrative) | $773.80 (administrative) | Circuit City Stores, Inc.<br>08-35653 | 1st Objection (Reclassify Then Late): A portion of the claim, in the amount of $10,176.20 should be disallowed as it was due to prepetition invoices, and once reclassified as a general, unsecured claim, missed the earlier bar date (1/30/09).<br>2nd Objection (Books & Records): Another portion of the claim, in the amount of $924.80 should be disallowed as books and records show no liability. | |
| 30-Jun-09 | 14063 | XM Satellite Radio Inc<br>Eric D Goldberg and Gregory K Jones<br>Stutman Treister & Glatt<br>Professional Corporation<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067 | | Unliquidated<br>(administrative) | | Circuit City Stores, Inc.<br>08-35653 | 1st Objection (Books & Records): Debtors' books and records show no liability to claimant; claim is for an unliquidated amount and support was not provided. Accordingly, the entire claim should be expunged.<br>2nd Objection (Already Resolved): In addition, claim was resolved per stipulation (Docket No. 7027) | |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|
| 23-Mar-10 | 14876 | Orange & Rockland Utilities Inc Customer Support Operations 390 W Rte 59 Spring Valley, NY 10977 | | $9,422.66 (administrative) | Circuit City Stores, Inc. 08-35653 | | | 1st Objection (Books & Records): Administrative claim should be reduced by $4,897.96, as this amount was satisfied postpetition (valid invoices netted against postpetition deposit overpayment). 2nd Objection (Late): 2nd Objection (Late): Administrative claim should further be reduced by $4,524.70 as the invoice on which that amount is based is for charges incurred 12/08 to 1/09. The claimant first filed for this amount on 3/25/10 with Claim No. 14876. This misses the relevant bar date (9/3009). | |
| 14-Oct-10 | 15106 | Toshiba America Consumer Products LLC c o Lateca Lateca Friedberg & Fedder PC 1 Corporate Ctr 10451 Mill Run Cir Ste 1000 Owings Mills, MD 21117 | | $1,975,585.75 (general unsecured); $5,293,249.00 (administrative) | Circuit City Stores, Inc. 08-35653 | Surviving Claim are Claim No. 9648 (Current amount: $1,100,432.50 - unsecured) and Claim No. 1331 (Current amount: $5,293,249.00 - administrative). Claim No. 1331 is the subject of a setoff or objection on Exhibit K. | | 1st Objection (No Liability): The administrative portion of the claim ($5,293,249.00) was previously included in Claim No. 9648 and was disallowed, and is currently part of Claim 1331 (subject to setoff objection on Exhibit K). This portion of the claim should be disallowed as it is on account of the liability asserted in Claim 1331. 2nd Objection (Late): Vendor attempts to add $875,155.25 to the unsecured portion of Claim No. 9648. Claimant cannot add substantial new claim items after the bar date that applied to those items. The items related to the newly-asserted $875,155.25 date between 4/3008 - 9/19/08, and two credits dated 10/30/08. This represents an effective first filing and should be disallowed for missing the 1/30/09 bar date. 3rd Objection (Setoff): To the extent any portion of the administrative claim is allowed, the Liquidating Trust asserts its remaining setoff rights. Total setoff available to Liquidating Trust is $9,936,070.79; however $5,293,249.00 of that amount is proposed to be used to disallow Claim No. 1331 (Exhibit K). | Background: Claimant previously filed 593(b)(9) Claim No. 1331 in the amount of $5,735,769.00, which was reduced to $5,293,249.00 (administrative). Claimant previously and timely filed Claim No. 9648 on 1/30/09 (an administrative claim of $6,393,681.50). Debtors objected and the Claim No. 9648 was reclassified in the amount of $1,100,432.50 (unsecured) (i.e. $5,293,249.00 of the claim was disallowed). Claimants then filed Claim No. 14506 on 7/16/09 to amend Claim No. 9648 in the amount of the current Claim No. 9648 ($1,100,432.50 - unsecured) and attempted to add back the disallowed portion ($5,293,249.00) as an administrative claim. Debtors objected to Claim No. 14506, which Claimants withdrew. Claimants now file this claim, reasserting the $5,293,249.00 previously disallowed portion of Claim No. 9648 as an administrative claim. Claimants also add $875,155.25 to the unsecured portion. |
| 18-Oct-01 | 15107 | Marblegate Asset Management LLC Robert S Westermann and Sheila deLa Cruz Asset Management II LLC 21001E Cary St The Edgeworth Bldg Richmond, VA 23223 | Diamond McCarthy LLP Christopher A Prevost Jason M Rudd and Jason B Porter 620 Eighth Ave 39th Fl New York, NY 10018 | $3,874,428.88 (administrative) | Circuit City Stores, Inc. 08-35653 | | | This claim seeks to amend Claim No. 1147 to reassign the claim to a third party. Marblegate Rudd and Jason B Porter. This is an improper claim transfer after the Plan Distribution Record Date (9/14/10), the date of the Plan Confirmation Order. | |
| 23-Dec-10 | 15190 | AT&T Corp c o James Grudus Esq AT&T Services Inc One AT&T Way Rm 3A218 Bedminster, NJ 07921 | AT&T Accounts Receivable Center c o Cheryl Becker Bankruptcy Dept 722 N Broadway 9th Fl Milwaukee, WI 53202 | $26,382.75 (administrative secured) | Circuit City Stores, Inc. 08-35653 | | | 1st Objection (Books & Records): Circuit City Liquidating Trust disputes the validity of this claim as Debtor's books and records confirm that Debtor's cancelled all AT&T services in 2009, which was confirmed in an email from AT&T. Furthermore, a third party service (Tangoe) was used to coordinate store phone services. 2nd Objection (Reclassify Then Late or Late): As no services could have been from 2010, to the extent the services provided were on account of a time period prior the period claimed, the claim was filed subsequent to the earlier bar date (6/3009 for administrative claims; 1/30/09 for non-administrative claims). Accordingly, the claim should be expunged in its entirety. | |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|
| 23-Dec-10 | 15191 | AT&T Corp c o James Grudus Esq AT&T Services Inc One AT&T Way Rm 3A218 Bedminster, NJ 07921 | AT&T Accounts Receivable Center c o Cheryl Becker Bankruptcy Dept 722 N Broadway 9th Fl Milwaukee, WI 53202 | $26,382.75 (administrative secured) | Circuit City Stores, Inc. 08-35653 | - | - | 1st Objection (Duplicate): Duplicate of the claim above. 2nd Objection (Books & Records): Circuit City Liquidating Trust disputes the validity of the claim as Debtor's books and records confirm that Debtor's cancelled all AT&T services in 2009, which was confirmed in an email from AT&T. Furthermore, a third party service (Tangoe) was used to coordinate store phone services. 2nd Objection (Reclassify Then Late or Late): As no services could have been from 2010, to the extent the services provided were on account of a time period prior the period claimed, the claim was filed subsequent to the earlier bar date (6/30/09 for administrative claims; 1/30/09 for non-administrative claims). Accordingly, the claim should be expunged in its entirety. | |
| 30-Dec-10 | 15184 / Docket No. 9695 | AT&T Julie Quagliano, Esq. Seeger Faughnan Mendicino, P.C. 2620 P Street, NW Washington, D.C. 20007 | AT&T Scott Cargil Esq & Joseph A Becht Esq 65 Livingston Ave Roseland, NJ 07068-1791 | $828,253.14 (administrative) | Circuit City Stores, Inc. 08-35653 | | | 1st Objection (Books & Records): Circuit City Liquidating Trust disputes the validity of the claim as the telephone services listed in the claim were not on account of the period between 1/1/10 and the effective date. Debtor's books and records confirm that Debtor's cancelled all AT&T services in 2009, which was confirmed in an email from AT&T. Furthermore, a third party service (Tangoe) was used to coordinate store phone services. 2nd Objection (Reclassify Then Late or Late): As no services could have been from 2010, to the extent the services provided were on account of a time period prior the period claimed, the claim was filed subsequent to the earlier bar date (6/30/09 for administrative claims; 1/30/09 for non-administrative claims). Accordingly, the claim should be expunged in its entirety. | |