Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al., | **:** Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:** (Jointly Administered) |
| | **:** |
| | **:** |

**NOTICE OF LIQUIDATING TRUST'S EIGHTH OMNIBUS OBJECTION TO
LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED
CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Liquidating Trust's Eighth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Amended Claims, and Disallowance of Certain Invalid Claims) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.  By the Objection, the Liquidating Trust is seeking to reduce certain claims, reclassify certain claims and disallow certain claims.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and

Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

TO:                          Claim            Claim            Reference
                             Number           Amount           Objection

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY <u>4:00 P.M. (EASTERN TIME) ON APRIL 7, 2011</u>, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

<u>**Critical Information for Claimants
Choosing to File a Response to the Objection**</u>

<u>Who Needs to File a Response</u>:  If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

<u>Response Deadline</u>:  The Response Deadline is **<u>4:00 p.m. (Eastern Time) on April 7, 2011 (the "Response Deadline")</u>**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

>Clerk of the Bankruptcy Court
>United States Bankruptcy Court
>701 East Broad Street – Room 4000
>Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

The status hearing on the Objection will be held at  **2:00 p.m. (Eastern Time) on April 14, 2011 at:**

>United States Bankruptcy Court
>701 East Broad Street – Courtroom 5000
>Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

<u>**Procedures for Filing a Timely Response and
Information Regarding the Hearing on the Objection**</u>

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

>a.    a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

b.      the claimant's name and an explanation for the amount of the Claim;

c.      a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d.      a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e.      a declaration of a person with personal knowledge of the relevant facts that support the Response;

f.      the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address").  If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

g.      to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**.  To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf.  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection without further notice to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

### Additional Information

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.

Dated:    February 25, 2011

                        */s/ Paula S. Beran*
                        Lynn L. Tavenner (VA Bar No. 30083)
                        Paula S. Beran (VA Bar No. 34679)
                        TAVENNER & BERAN, P.L.C.
                        20 North Eighth Street, 2nd Floor
                        Richmond, Virginia  23219
                        Telephone:  804-783-8300
                        Facsimile:  804-783-0178
                        Email:  ltavenner@tb-lawfirm.com
                                pberan@tb-lawfirm.com

                        -and-

                        Jeffrey N. Pomerantz (admitted *pro hac vice*)
                        Andrew W. Caine (admitted *pro hac vice*)
                        PACHULSKI STANG ZIEHL & JONES LLP
                        10100 Santa Monica Blvd.
                        11th Floor
                        Los Angeles, California  90067-4100
                        Telephone: 805-123-4567
                        Facsimile:  310/201-0760
                        E-mail:  jpomerantz@pszjlaw.com
                                acaine@pszjlaw.com

                        *Counsel for the Circuit City Stores, Inc.*
                        *Liquidating Trust*

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - x | | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**LIQUIDATING TRUST'S EIGHTH OMNIBUS OBJECTION TO
LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED
CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through

Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the

Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated

Debtors and Debtors in Possession and its Official Committee of Creditors Holding

General Unsecured Claims (the "Plan") in the above-captioned cases, hereby files this

Liquidating Trust's Eighth Omnibus Objection to Landlord Claims (Reduction of Certain

Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of

Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of

Certain Amended Claims, and Disallowance of Certain Invalid Claims) (the "Objection"),

and hereby moves this court (the "Court"), pursuant to sections 105, 502 and 503 of title

11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy

Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and Local Bankruptcy Rule 3007-1, for an order, the proposed form of which is

attached hereto as Exhibit A, granting the relief sought by this Objection, and in support

thereof states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Objection under 28

U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of

these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

The statutory and legal predicates for the relief requested herein are Bankruptcy Code

sections 105, 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.      On November 10, 2008 (the "Petition Date"), the debtors in the

above-captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief

under chapter 11 of the Bankruptcy Code.

3.      On November 12, 2008, the Office of the United States Trustee for

the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").

4.      On November 12, 2008, the Court appointed Kurtzman Carson

Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these

chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.      On December 10, 2008, the Court entered that certain Order

Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002,

3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of

Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the

"Claims Bar Date Order").

6.      Pursuant to the Claims Bar Date Order, the deadline for filing all

"claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the

Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the

"General Bar Date").  The deadline for governmental units to file claims that arose before

November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar

Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC
(0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer
Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky
Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel,
*(cont'd)*

of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date
Order (the "Claims Bar Date Notice").

7.    On December 17 and 19, 2008, KCC served a copy of the Claims
Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy
Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity
holders, and certain other parties (Docket No. 1314).  In addition, the Debtors published
the Claims Bar Date Notice in <u>The Wall Street Journal</u> (Docket No. 1395) and <u>The
Richmond Times-Dispatch</u> (Docket No. 1394).

8.    On November 12, 2008, this Court entered that certain Order
Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims
Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and
Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No.
107)(the "503(b)(9) Bar Date Order").

9.    Pursuant to the 503(b)(9) Bar Date Order, this Court approved the
form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the
503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9)
Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim
asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy
Code was on December 19, 2008 (the "503(b)(9) Bar Date").

10.    On November 19, 2008, KCC served a copy of the 503(b)(9) Bar
Date Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases,

_____
*(cont'd from previous page)*
  LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

the Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the

Debtors published the 503(b)(9) Bar Date Notice in The New York Times (Docket No.

549), The Wall Street Journal (Docket No. 548), and The Richmond Times-Dispatch

(Docket No. 547).

11.    On January 16, 2009, the Court authorized the Debtors, among other

things, to conduct going out of business sales at the Debtors' remaining 567 stores

pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a

joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going

out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.

As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had

been completed.

12.    On April 1, 2009, this Court entered an Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of Notice of Omnibus

Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

13.    On May 15, 2009, the Court entered that certain Order Pursuant to

Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Administrative Bar Date and Procedures For Filing and Objecting To Administrative

Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No.

3354) (the "First Administrative Claims Bar Date Order").

14.    Pursuant to the First Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests (as defined in the First

Administrative Claims Bar Date Order) incurred in the period between November 10, 2008

and April 30, 2009 was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant to the First

Administrative Claims Bar Date Order, this Court approved the form and manner of the

claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar

Date Order (the "Claims Bar Date Notice").

15.    On or before May 22, 2009, KCC served a copy of the

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609).  In

addition, the Debtors published the Administrative Claims Bar Date Notice in The

Financial Times (Docket No. 3970), The Richmond Times-Dispatch (Docket No. 3969)

and The Wall Street Journal (Docket No. 3968).

16.    On February 18, 2010, the Court entered that certain Order Pursuant

to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Second Administrative Bar Date and Procedures For Filing and Objecting To

Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof

(Docket No. 6555) (the "Second Administrative Claims Bar Date Order").

17.    Pursuant to the Second Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests for the period May 1, 2009

through December 31, 2009 (as defined in the Administrative Claims Bar Date Order) was

5:00 p.m. (Pacific) on March 31, 2010.  Pursuant to the Second Administrative Claims Bar

Date Order, this Court approved the form and manner of the claims bar date notice, which

was attached as Exhibit A to the Second Administrative Claims Bar Date Order (the

"Claims Bar Date Notice").

18.    On or before February 25, 2010, KCC served a copy of the Second

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket No. 6705). Supplemental

service of the Second Administrative Bar Date Notice was provided by overnight mail to

one party, Brockton Superior Court, on March 26, 2010 (Docket Nos. 7089 and 7535). In

addition, the Debtors published the Administrative Claims Bar Date Notice in The

Financial Times (Docket No. 6719), The Richmond Times-Dispatch (Docket No. 6717)

and The Wall Street Journal (Docket No. 6718).

        19.      On August 9, 2010, the Debtors and the Creditors' Committee filed

the Plan, which provides for the liquidation of the Debtors' assets and distribution of the

proceeds thereof under chapter 11 of the Bankruptcy Code.

        20.      On September 10, 2010, the United States Bankruptcy Court,

Eastern District of Virginia, signed an Order confirming the Plan.

        21.      The Plan became effective on November 1, 2010 (the "Effective

Date"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the

Liquidation Trust assumed the right and responsibility to liquidate the Debtors' remaining

assets and distribute the proceeds to creditors, including the prosecution of Causes of

Action and objections to claims.

### OBJECTIONS TO CLAIMS

        22.      By this Objection, the Liquidating Trust seeks entry of an order, in

substantially the form attached hereto as Exhibit A, pursuant to Bankruptcy Code sections

105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1,

(i) reducing each of the claims identified on Exhibit C attached hereto, (ii) reclassifying

each of the claims on Exhibit D attached hereto, and (iii) disallowing each of the claims

identified on Exhibits E through G attached hereto (collectively, the "Claims") for the

reasons set forth below.

23.     For ease of reference, attached hereto as Exhibit B is an alphabetical

listing of all claimants whose Claims are included in this Objection (the "Claimants"), with

a cross-reference by claim number.

**A.     Reduction of Certain Partially Invalid Claims**

24.     The basis for reduction of the claims listed on Exhibit C attached

hereto (the "Partially Invalid Claims") is that all of the Partially Invalid Claims assert, in

part, amounts for which the Debtors are not liable.

25.     Specifically, after a review of the Partially Invalid Claims and the

bases upon which each is asserted, and a review of the Debtors' books and records, the

Liquidating Trust has determined that certain portions of the Partially Invalid Claims are

(i) liabilities already asserted by the Claimants in other claims; (ii) liabilities that have

already been satisfied by the Debtors; or (iii) liabilities for which the Debtors dispute

liability.  Accordingly, the Liquidating Trust requests that the Partially Invalid Claims

identified on Exhibit C be reduced in the manner stated in Exhibit C for the reasons stated

therein.

**B.     Reclassification of Certain Misclassified Claims**

26.     The basis for reduction of the claims listed on Exhibit D attached

hereto (the "Misclassified Claims") is that the Misclassified Claims are improperly

classified.

27.     Specifically, after a review of the Misclassified Claims, the bases

upon which each is asserted, and a review of the Debtors' books and records, the

Liquidating Trust submits that the Misclassified Claims are asserted, in whole or in part,

with incorrect classifications and should be reclassified.  Accordingly, the Liquidating

Trust requests that each Misclassified Claim identified on <u>Exhibit D</u> be reclassified in the

manner set forth in <u>Exhibit D</u>.

**C.      Disallowance of Certain Invalid Claims**

28.      The basis for disallowance of the claims listed on <u>Exhibit E</u> attached

hereto (the "Invalid Claims") is that all of the Invalid Claims assert, in their entirety,

amounts for which the Debtors are not liable.

29.      Specifically, after a review of the Invalid Claims and the bases upon

which each is are asserted, and a review of the Debtors' books and records, the Liquidating

Trust has determined that the Invalid Claims are based on liabilities already asserted by the

Claimants in other claims (i) liabilities that already have been satisfied by the Debtors, or

(ii) liabilities for which the Debtors dispute any liability.  Accordingly, the Liquidating

Trust requests that the Invalid Claims identified on <u>Exhibit E</u> be disallowed for the reasons

stated therein.

**D.      Disallowance of Certain Late Filed Claims**

30.      The basis for disallowance of the claims listed on <u>Exhibit F</u> attached

hereto (the "Late-Filed Claims") is that each such claim was filed after the relevant bar

date.  The disallowance of each of the Late-Filed Claims set forth on <u>Exhibit F</u> is

appropriate under the appropriate Bar Date Order as well as under applicable law.

31.      Bar dates for asserting claims in chapter 11 bankruptcy cases serve

extremely important purposes.  "The requirement of a Bar Date in Chapter 11 enables the

debtor…to establish the universe of claims with which it must deal and the amount of

those claims." See In re A.H. Robins Co., Inc., 129 B.R. 457, 459 (Bankr. E.D. Va. 1991).

Premised on the imperative purpose of finality of asserting claims against a debtor, courts

have not allowed claims filed by creditors after the bar date, absent special circumstances.

See In re Provident Hosp., Inc., 122 B.R. 683, 685 (D. Md. 1990), aff'd, 943 F.2d 49 (4th

Cir. 1991) (unpublished opinion) ("Because Bean did not timely file his bankruptcy claim

after having been given constitutionally sufficient notice, his claim is barred under well-

settled authority, 11 U.S.C. 1141(d) and Bankruptcy Rule 3003 (c) (2).").

33.  Each Late-Filed Claim was filed in the present cases after the

applicable bar date had passed.  Accordingly, pursuant to the applicable Bar Date Order,

these Claims are "forever barred, estopped, and permanently enjoined from asserting such

claim against the Debtors…"

33.  It is essential for the Liquidating Trust to establish the proper

liabilities asserted against the Debtors.  In order to achieve the imperative of finality in the

claims process, the Liquidating Trust requests that this Court disallow the Late-Filed

Claims in their entirety and for all purposes in these bankruptcy cases.

**E.**     **Disallowance of Certain Amended Claims**

34.  Exhibit G contains a list of claims that have been rendered moot by

the claimant filing a subsequent "amending" claim that supersedes the claim listed on

Exhibit G (the "Amended Claims").

35.  The Liquidating Trust objects to the Amended Claims, because,

among other reasons, the same claimant subsequently filed an amended claim, the amount

and basis of which are the subject of the Amended Claim.  Such repetitive claims should

be disallowed.  The Amended Claims listed on <u>Exhibit G</u> under "Claim to be Disallowed"

should be disallowed for all purposes in these bankruptcy cases.  The claims listed as

"Surviving Claim" on <u>Exhibit G</u> hereto (the "Surviving Superseding Claims") shall remain

in effect and are not affected by this portion of this Objection; <u>provided,</u> <u>however,</u> that

such Surviving Superseding Claims may be the subject of another section of this Objection

or a separate subsequently filed objection.

## <u>RESERVATION OF RIGHTS</u>

36.     At this time, the Liquidating Trust has not completed its review of

the validity of all claims/expenses filed against the Debtors' estates, including the Claims

objected to herein.  Accordingly, any of the Claims objected to herein may be the subject

of other bases for objection herein and/or additional subsequently filed objections on any

grounds that bankruptcy law or non-bankruptcy law permits.  To that end, the Liquidating

Trust reserves the right to further object to any and all claims, whether or not the subject of

this Objection, for allowance and/or distribution purposes, and on any other grounds.

Furthermore, the Liquidating Trust reserves the right to modify, supplement and/or amend

this Objection as it pertains to any Claim or claimant herein.

## <u>NOTICE AND PROCEDURE</u>

37.     Notice of this Objection has been provided to all Claimants with

Claims that are the subject to this Objection as identified on <u>Exhibits C</u> through <u>G</u>,

respectively, and to parties-in-interest in accordance with the Court's Supplemental Order

Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and

Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case

Management and Administrative Procedures (entered on December 30, 2009 at Docket No.

6208) (the "Case Management Order").  The Liquidating Trust submits that the following

methods of service upon the Claimants should be deemed by the Court to constitute due

and sufficient service of this Objection: (a) service in accordance with Federal Rule of

Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of Civil

Procedure 4; (b) to the extent counsel for a Claimant is not known to the Liquidating Trust,

by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form

or other representative identified in the proof of claim form or any attachment thereto; or

(c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's

behalf in the Debtors' bankruptcy cases.  The Liquidating Trust is serving the Claimant

with this Objection and the exhibit on which the Claimant's claim is listed.

       38.     To the extent any Claimant timely files and properly serves a

response to this Objection by **4:00 P.M. (Eastern) on April 7, 2011** as required by the

Case Management Order and under applicable law, and the parties are unable to otherwise

resolve the Objection, the Liquidating Trust requests that the Court conduct a status

conference[2] with respect to any such responding claimant at **2:00 P.M. (Eastern) on April

14, 2011** and thereafter schedule the matter for a future hearing as to the merits of such

claim.  However, to the extent any Claimant fails to timely file and properly serve a

response to this Objection as required by the Case Management Order and applicable law,

the Liquidating Trust requests that the Court enter an order, substantially in the form

attached hereto as Exhibit A, reducing the Partially Invalid Claims set forth on Exhibit C,

Reclassifying the Misclassified Claims set forth on Exhibit D, and disallowing the invalid,

late filed, duplicate and amended claims set forth on <u>Exhibit E</u> through <u>Exhibit G</u> attached

hereto.

**COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
THE OMNIBUS OBJECTION PROCEDURES ORDER**

39.    This Objection complies with Bankruptcy Rule 3007(e).

Additionally, the Liquidating Trust submits that this Objection is filed in accordance with

the Omnibus Objection Procedures Order.

**WAIVER OF MEMORANDUM OF LAW**

40.    Pursuant to Local Bankruptcy Rule 9013-1(G), and because there

are no novel issues of law presented in the Motion, the Liquidating Trust requests that the

requirement that all motions be accompanied by a written memorandum of law be waived.

**NO PRIOR RELIEF**

41.    No previous request for the relief sought herein has been made to

this Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter an

Order sustaining this Objection and granting such other and further relief as the Court

deems appropriate.

---

*(cont'd from previous page)*
[2]  In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the
Objection do not need to appear at the status conference.

Dated: Richmond, Virginia
February 25, 2011

TAVENNER & BERAN, PLC


_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

## EXHIBIT A

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S EIGHTH OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS,
AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Eighth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit G attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED.

2.      The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3.      The Claims identified on Exhibit B as attached hereto and incorporated herein are forever reclassified in these bankruptcy cases in the manner stated

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

in Exhibit B.

4.      The Claims identified on Exhibit C through Exhibit E as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

5.      The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

6.      The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

7.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.


Dated: Richmond, Virginia
       _____, 2011


                     _____
                     HONORABLE KEVIN R. HUENNEKENS
                     UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

                          - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

                   - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*




## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

      Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                          /_____
                          Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Claimant Name & Address | Claim No. | Exhibit |
|---|---|---|
| Alexander H Bobinski as Trustee under Trust No 001<br>c o Augustus C Epps Jr Esq Michael D Mueller Esq<br>Jennifer M McLemore Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 14248 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Alexander H Bobinski as Trustee under Trust No 1001<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3095 | 12498 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| AmCap Northpoint LLC<br>Robert W Dremluk Esq<br>Seyfarth Shaw LLP<br>620 Eighth Ave<br>New York, NY 10018 | 9373 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Bank of America NA as Trustee for the Registered<br>Holders of LB UBS Commercial Mortgage Trust 2002<br>C7 Commercial Mortgage Pass Through Certificates<br>Series 2002 C7 as Collateral Assignee of Shoppes of<br>Beavercreek LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 8580 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Bank of America NA as Trustee for the Registered<br>Holders of LB UBS Commercial Mortgage Trust 2003<br>C1 Commercial Mortgage Pass<br>Through Certificates Series 2003 C1 as Collateral<br>Assignee of Circuit Sports LP<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 8311 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Bank of America NA, as Trustee for the Registered<br>Holders of LB UBS Commercial Mortgage Trust 2003<br>C1 Commercial Mortgage Pass<br>Through Certificates Series 2003 C1, as Collateral<br>Assignee of W&S Associates LP<br>Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 | 8930 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |

| Claimant Name & Address | Claim No. | Exhibit |
|---|---|---|
| BEV CON I LLC<br>c o Vornado Realty Trust<br>210 Rte 4 E<br>Paramus, NJ 07652 | 8786 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| BEV CON I LLC<br>c o Vornado Realty Trust<br>210 Rte 4 E<br>Paramus, NJ 07652 | 8786 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| BFW Pike Associates LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13542 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| BFW Pike Associates LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12655 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| BFW Pike Associates LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14985 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| BPP VA LLC<br>John C La Liberte Esq<br>Sherin and Lodgen LLP<br>101 Federal St<br>Boston, MA  02110 | 7422 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| BPP-VA,LLC<br>c/o John C. LaLiberte, Esq.<br>Sherin and Lodgen, LLP<br>101 Federal Street<br>Boston, MA 02110 | 13076 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| CADI Monrovia Marketplace LLC Dome Monrovia<br>Marketplace LLC & Nationwide Monrovia Marketplace<br>LLC<br>CADI Monrovia Marketplace LLC, et al.<br>c/o David M Poitras PC<br>Jeffer Mangels Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067 | 12823 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |

| Claimant Name & Address | Claim No. | Exhibit |
|---|---|---|
| CADI Monrovia Marketplace LLC; Dome Monrovia Marketplace LLC; and Nationwide Monrovia Marketplace LLC<br>David M. Poitras PC<br>Caroline R. Djang<br>Jeffer Mangels Butler & Marmaro LLP<br>1900 Avenue of the Stars, Seventh Fl.<br>Los Angeles, CA 90067 | 12996 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CC La Quinta LLC<br>Jess R Bressi Esq<br>Luce Forward Hamilton & Scripps LLP<br>2050 Main St Ste 600<br>Irvine, CA 92614 | 12063 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Centro Properties Group t a County Line Plaza Jackson MS<br>c o David L Pollock Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 8100 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Centro Properties Group t a Midway Market Square Elyria OH<br> c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103 | 8486 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Centro Properties Group ta Chamberlain Plaza Meriden CT<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12533 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Centro Properties Group ta Chamberlain Plaza Meriden CT<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12538 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Centro Properties Group ta Midway Market Square Elyria OH<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103 | 12531 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Centro Properties Group ta Midway Market Square Elyria OH<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103 | 12532 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Claimant Name & Address | Claim No. | Exhibit |
|---|---|---|
| Chambersburg Crossing LLP<br>Attn: Neil E. Herman<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178 | 11970 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Chambersburg Crossing LLP<br>Attn: Neil E. Herman<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178 | 12000 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Citrus Park CC LLC<br>c o Donald Emerick<br>737 Roma Rd<br>Venice, FL 34285 | 13355 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| CMAT 1999 C2 Lawence Road LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 12077 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| CMAT 1999 C2 Ridgeland Retail LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 11958 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Colorado Structures, Inc. dba CSI Construction Co<br>c/o Andre K. Campbell, Esq.<br>McDonough Holland & Allen PC<br>555 Capitol Mall, 9th Fl.<br>Sacramento, CA 95814-4692 | 7810 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| CONTINENTAL 45 FUND LP<br>PO BOX 220<br>C/O CONTINENTAL PROPERTIES CO<br>MENOMONEE FALLS, WI 53052 | 6650 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Continental 64 Fund LLC<br>W134  N8675 Executive Pkwy<br>Menomonee Falls, WI  53051 | 12049 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Continental 64 Fund LLC<br>W134 N8675 Executive Pkwy<br>Menomonee Falls, WI  53051 | 13364 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| CWCapital Asset Management LLC, as Special Servicer<br>for Bank of America N A<br>Demetrios Morakis<br>Capmark Finance, Inc.<br>701 13th St. NW, Ste. 1000<br>Washington, DC 20005 | 12832 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |

| Claimant Name & Address | Claim No. | Exhibit |
|---|---|---|
| CWCapital Asset Management LLC, as Special Servicer for Bank of America NA, Successor by Merger to LaSalle Bank NA, as Trustee for the Holders of Nomura Asset Securities Corporation Commercial Mortgage Pass Through Certificates Series 1998 D6 Attn: Lawrence A. Katz and Kristen E. Burgers 8010 Towers Crescent Dr., Ste. 300 Vienna, VA 22182-2707 | 13950 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Daniel G Kamin McAllen LLC Attn Kelly Serenko Dir Lease Adm Kamin Realty Company PO Box 10234 Pittsburgh, PA 15232 | 11716 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| DDR MDT Carillon Place LLC Attn James S Carr & Robert L LeHane Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 12440 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| DDR MDT Carillon Place LLC Attn James S Carr & Robert L LeHane Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 13552 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| DDR MDT Carillon Place LLC Attn James S Carr & Robert L LeHane Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 13557 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| DDR Union Consumer Square LLC Attn James S Carr Esq and Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 13553 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| DDR Union Consumer Square LLC Attn James S Carr Esq and Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 13566 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| DDRM Skyview Plaza LLC Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave | 13545 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| DDRM Skyview Plaza LLC Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 13520 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |

| Claimant Name & Address | Claim No. | Exhibit |
|---|---|---|
| DDRM Skyview Plaza LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13563 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| DDRM Skyview Plaza LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14948 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| DDR Southeast Cortez LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13518 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| DDR Southeast Cortez LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14986 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| DDR Southeast Cortez LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14986 | EXHIBIT D<br>CLAIMS TO BE<br>RECLASSIFIED |
| DDRTC Columbiana Station I LLC<br>Attn James S Carr Esq and Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13457 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| DDRTC Columbiana Station LLC<br>Attn James S Carr & Robert L LeHane Esq<br>101 Park Ave<br>New York, NY 10178 | 13471 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| DDRTC Columbiana Station LLC<br>Attn James S Carr & Robert L LeHane Esq<br>101 Park Ave<br>New York, NY 10178 | 14950 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| DDRTC Sycamore Commons LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 12664 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| DDRTC Sycamore Commons LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 13587 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |

| Claimant Name & Address | Claim No. | Exhibit |
|---|---|---|
| DDRTC Sycamore Commons LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 14978 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Dentici Family Limited Partnership<br>United States Debt Recovery V LP<br>940 Southwood Bl, Suite 101,<br>Incline Village NV 89451 | 7984 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Dentici Family Limited Partnership<br>United States Debt Recovery V LP<br>940 Southwood Bl, Suite 101,<br>Incline Village NV 89451 | 13732 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| DMARC 2006-CD2 DAVIDSON PLACE, LLC<br>c/o Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 South Biscayne Blvd., Suite 2500<br>Miami, Florida 33131 | 13076 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Dollar Tree Stores Inc<br> Hofheimer Gartlir & Gross LLP<br>530 5th Ave<br>New York, NY 10036-5101 | 9102 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Donald L Emerick<br>737 Roma Rd<br>Venice, FL 34285 | 12218 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| EastChase Market Center LLC<br>Eric T Ray<br>Balch & Bingham LLP<br>1901 Sixth Ave N Ste 1500<br>Birmingham, AL 35203 | 12570 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| EklecCo NewCo LLC<br>Attn: Kevin M. Newman, Esq.<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St., Ste. 200<br>Syracuse, NY 13204-1498 | 3733 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| EklecCo NewCo LLC<br>Attn: Kevin M. Newman, Esq.<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St., Ste. 200<br>Syracuse, NY 13204-1498 | 4251 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| EklecCo NewCo LLC<br>Attn: Kevin M. Newman, Esq.<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St., Ste. 200<br>Syracuse, NY 13204-1498 | 13698 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |

| Claimant Name & Address | Claim No. | Exhibit |
|---|---|---|
| Exeter JV Associates LP<br>c/o Jeffrey Kurtzman, Esq.<br>Klehr Harrison Harvey Branzburg & Ellers LLC<br>260 S. Broad St.<br>Philadelphia, PA 19102 | 12005 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Fairway Centre Associates LP<br>Attn: Craig Cheney<br>c/o Trammell Crow Company<br>2800 Post Oak Blvd., Ste. 2300<br>Houston, TX 77056 | 12810 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Fairway Centre Associates LP<br>Attn: Shari L. Heyen<br>Greenberg Traurig LLP<br>1000 Louisiana Ste., 1800<br>Houston, TX 77002 | 14257 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| First Berkshire Properties LLC<br>Attn James S Carr Esq Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14901 | EXHIBIT D<br>CLAIMS TO BE<br>RECLASSIFIED |
| First Berkshire Properties LLC<br>Attn James S Carr Esq Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14901 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| First Berkshire Properties LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13441 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| First Berkshire Properties LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13444 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| FLINTLOCK NORTHRIDGE LLC<br>C/O BLOCK & CO INC REALTORS<br>605 W 47TH ST STE 200<br>KANSAS CITY, MO 64112 | 4177 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Forest City Commercial Management Inc<br>Agent for Short Pump Town Center LLC<br>50 Public Sq Ste 1360<br>Cleveland, OH 44113 | 11598 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| FRIEDLAND, LAWRENCE & MELVIN<br>22 E. 65TH ST.<br>NEW YORK, NY 10021 | 9485 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |

| Claimant Name & Address | Claim No. | Exhibit |
|---|---|---|
| Greeley Shopping Center LLC<br>Attn: Neil E. Herman, Esq.<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178 | 11947 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| GREEN 521 5TH AVENUE LLC<br>ATTN NEIL KESSNER<br>C O SL GREEN REALTY CORP<br>420 LEXINGTON AVE 18TH FLOOR<br>NEW YORK, NY 10170 | 12492 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| GSII Green Ridge LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13560 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| HOLIDAY UNION ASSOCIATES LP<br>JAMES S CARR ESQ ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 10862 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Inland Sau Greenville Point LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12485 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Inland Sau Greenville Point LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12592 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Inland Sau Greenville Point LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14938 | EXHIBIT D<br>CLAIMS TO BE<br>RECLASSIFIED |
| Inland Sau Greenville Point LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14938 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Inland Southeast Colonial LLC<br>Attn James S Carr Esq<br>Attn Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 9920 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |

| Claimant Name & Address | Claim No. | Exhibit |
|---|---|---|
| Inland Southeast Colonial LLC<br>Attn James S Carr Esq<br>Attn Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 9922 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Janaf Shops LLC<br>Attn: Adam K. Keith<br>Honigman Miller Schwartz & Cohn LLP<br>660 Woodward Ave.<br>2290 First National Bldg.<br>Detroit, MI 48226-3506 | 14284 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Janaf Shops LLC<br>Attn: Adam K. Keith<br>Honigman Miller Schwartz & Cohn LLP<br>660 Woodward Ave.<br>2290 First National Bldg.<br>Detroit, MI 48226-3506 | 14511 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| JUBILEE-SPRINGDALE, LLC<br>Attention: Kimberly A. Pierro, ESQ.<br>Kutak Rock LLP<br>1111 E. Main Street, STE 800<br>Richmond, VA 23219 | 12771 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| KIR Amarillo LP<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11949 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| KIR Amarillo LP<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11950 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| LA FRONTERA VILLAGE LP<br>120 S CENTRAL AVE STE 100<br>C O SANSONE GROUP<br>ST LOUIS, MO 63105 | 9367 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| La Frontera Village LP<br>Linda S Broyhill<br>Reed Smith LLP<br>3110 Fairview Park Dr Ste 1400<br>Falls Church, VA 22042 | 13930 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| MAIN STREET AT EXTON LP<br>120 W GERMANTOWN PIKE STE 120<br>PLYMOUTH MEETING, PA 19462 | 12421 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| MAIN STREET AT EXTON LP<br>120 W GERMANTOWN PIKE STE 120<br>PLYMOUTH MEETING, PA 19462 | 12614 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |

| Claimant Name & Address | Claim No. | Exhibit |
|---|---|---|
| Manufacturers & Traders Trust Company as Trustee<br>c o Nicholas M Miller Esq<br>Neal Gerber & Eisenberg LLP<br>Two N LaSalle St Ste 1700<br>Chicago, IL 60602 | 8562 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Montgomery Towne Center Station Inc<br>c/o Catherine Harrison King<br>1170 Peachtree St NE Ste 1170<br>Atlanta, GA 30309-7706 | 7421 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Morgan Hill Retail Venture LP<br>Pepler Mastromonaco LLP<br>Attn Frank T Pepler<br>100 First St 25th Fl<br>San Fransisco, CA 94105 | 10265 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Morse Sembler Villages Partnership No. 4<br>c/o Heather D. Dawson, Esq.<br>Kitchens Kelley Gaynes PC<br>Eleven Piedmont Ctr., Ste. 900<br>3495 Piedmont Rd. NE<br>Atlanta, GA 30305 | 12494 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Morse Sembler Villages Partnership No. 4<br>c/o Heather D. Dawson, Esq.<br>Kitchens Kelley Gaynes PC<br>Eleven Piedmont Ctr., Ste. 900<br>3495 Piedmont Rd. NE<br>Atlanta, GA 30305 | 14162 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| NAP Northpoint LLC<br>Augustus C. Epps Jr., Esq.<br>Christian & Barton LLP<br>909 E Main St., Ste. 1200<br>Richmond, VA 23219-3095 | 12497 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| National Western Life Insurance Company<br>Frederick Black/Tara B. Annweiler<br>One Moody Plaza, 18th Floor<br>Galveston, TX 77550 | 7621 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| NORTH PLAINFIELD VF LLC<br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br>PARAMUS, NJ 07652 | 8723 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| North Plainfield VF LLC<br>Vornado Realty Trust<br>PO Box 31594<br>Hartford, CT 06150-1594 | 13928 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| P A ACADIA PELHAM MANOR LLC<br>ATTN DANIEL J ANSELL<br>GREENBERG TRAURIG LLP<br>200 PARK AVE<br>NEW YORK, NY 10166 | 9086 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |

| Claimant Name & Address | Claim No. | Exhibit |
|---|---|---|
| PA Acadia Pelham Manor LLC<br>Daniel J Ansell and Howard J Berman and Heath B Kushnick<br>Greenberg Traurig LLP<br>200 Park Ave<br>New York, NY 10166 | 13777 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Pacific Harbor Equities LLC<br>c o Hope Properties<br>3000 Pablo Kisel Blvd Ste 300C<br>Brownsville, TX 78526 | 12379 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Philips International Holding Corp., As Agent for SP Massapequa LLC<br>Attn: James S. Carr, Esq.; Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 12670 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Philips International Holding Corp., As Agent for SP Massapequa LLC<br>Attn: James S. Carr, Esq.; Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 13574 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Philips International Holding Corp., As Agent for SP Massapequa LLC<br>Attn: James S. Carr, Esq.; Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 14417 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| PK Sale LLC<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11953 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| PK Sale LLC<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10179 | 11955 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Raymond & Main Retail LLC<br>c o William A Trey Wood III<br>Bracewell & Giuliani LLP<br>711 Louisiana St Ste 2300<br>Houston, TX 77002 | 8985 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Raymond & Main Retail LLC<br>c o William A Trey Wood III<br>Bracewell & Giuliani LLP<br>711 Louisiana St Ste 2300<br>Houston, TX 77002 | 8988 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Ricmac Equities Corporation<br>c/o Contrarian Capital Management LLC<br>411 W. Putnam Ave., Ste. 425<br>Greenwich, CT 06830 | 12821 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Claimant Name & Address | Claim No. | Exhibit |
|---|---|---|
| Ricmac Equities Corporation<br>c/o Contrarian Capital Management LLC<br>411 W. Putnam Ave., Ste. 425<br>Greenwich, CT 06830 | 13816 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Ricmac Equities Corporation<br>c/o Contrarian Capital Management LLC<br>411 W. Putnam Ave., Ste. 425<br>Greenwich, CT 06830 | 14880 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Riverdale Retail Associates, LC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13543 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Ronus Meyerland Plaza LP<br>attn: Laurance J Warco<br>Sutherland Asbill & Brennan LLP<br>999 Peachtree St NE<br>Atlanta, GA  30309-3996 | 12424 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| ROSSMOOR SHOPS, LLC<br>c o Niclas A. Ferland, Esq.<br>LeClairRyan, A Professional Corporation<br>555 Long Wharf Drive, 8th Floor<br>New Haven, CT 06511 | 7163 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| San Tan Village Phase 2 LLC Macerich 203270 1464<br>Attn Dustin P Branch<br>Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 | 13991 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| San Tan Village Phase 2 LLC<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 | 13943 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Schiffman Circuit Props<br>Matthew W Grimshaw<br>Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 | 2623 | EXHIBIT D<br>CLAIMS TO BE<br>RECLASSIFIED |
| Schiffman Circuit Props<br>Matthew W Grimshaw<br>Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 | 2623 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Schottenstein Property Group Inc<br>Peter J Barrett and Loc Pfeiffer<br>Kutak Rock LLP<br>Bank of America Center<br>1111 E Main St Ste 800<br>Richmond , VA  23219-3500 | 13166 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |

| Claimant Name & Address | Claim No. | Exhibit |
|---|---|---|
| Schottenstein Property Group Inc<br>Peter J Barrett and Loc Pfeiffer<br>Kutak Rock LLP<br>Bank of America Center<br>1111 E Main St Ste 800<br>Richmond , VA 23219-3500 | 13166 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Sebring Retail Associates LLC<br>Attn Augustus C Epps Jr & Jennifer M McLemore<br>Christian & Barton LLP<br>909 E Main St Ste 1200 | 14177 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Sebring Retail Associates LLC<br>Attn Augustus C Epps Jr & Jennifer M McLemore<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3095 | 12447 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Sierra Lakes Marketplace LLC<br>1156 N Mountain Ave<br>Upland, CA 91786 | 9635 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Silverlake CCU Petula LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103-4196 | 9476 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Silverlake CCU Petula LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103-4196 | 12766 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Silverlake CCU Petula LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103-4196 | 14009 | EXHIBIT D<br>CLAIMS TO BE<br>RECLASSIFIED |
| Silverlake CCU Petula LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103-4196 | 14009 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Southland Center Investors LLC<br>Attorney Mark A Bartels<br>Stellpflug Law SC<br>PO Box 5637<br>De Pere, WI 54115 | 13887 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |

| Claimant Name & Address | Claim No. | Exhibit |
|---|---|---|
| Southland Center Investors LLC<br>Atty Mark A Bartels<br>Stellpflug Law SC<br>PO Box 5637<br>De Pere, WI 54115-5637 | 12676 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Spring Hill Development Partners GP Dickson<br>Management Associates LLC Gallatin Management<br>Associates LLC<br>Attn Sheila deLa Cruz Esq<br>c o Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA 23218-0500 | 12336 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| St Indian Ridge LLC<br>Mr Dale Smith<br>Thompson Hine LLP<br>3900 Key Ctr<br>127 Public Sq<br>Cleveland, OH 44114 | 12790 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| T & T Enterprises LP a California Limited Partnership<br>Attn Anne Secker and Lisa Omori<br>Noland Hamerly Etienne & Hoss<br>333 Salinas St<br>Salinas, CA 93901 | 13736 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| T&T Enterprises LP<br>Attn Anthony Sammut<br>60 D Corral Detierra Rd<br>Salinas, CA 93908-9485 | 12872 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Tanglewood Park LLC Luckoff Land Company LLC and<br>Roth Tanglewood LLC as Tenants in Common<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 14348 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Tanglewood Park LLC Luckoff Land Company LLC and<br>Roth Tanglewood LLC as tenants<br>c o Ralph E Dill Esq<br>Tanglewood Park LLC<br>37 W Broad St Ste 950<br>Columbus, OH 43215 | 5163 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Terranomics Crossroads Associates<br>Wolfstone Planchot & Bloch PS Inc<br>1111 3rd Ave Ste 1800<br>Seattle, WA 98101 | 12429 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Terranomics Crossroads Associates<br>Wolfstone Planchot & Bloch PS Inc<br>1111 3rd Ave Ste 1800<br>Seattle, WA 98101 | 14133 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |

| Claimant Name & Address | Claim No. | Exhibit |
|---|---|---|
| TIAA CREF<br>Jonathan L Howell<br>Munch Hardt Kopf & Harr PC<br>500 N Akard St No 3800<br>Dallas, TX 75201 | 12254 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| TKG Coffee Tree LP<br>c/o Eugene Chang<br>Stein & Lubin LLP<br>600 Montgomery St., 14th Fl.<br>San Francisco, CA 94111 | 12578 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| TKG Coffee Tree LP<br>c/o Eugene Chang<br>Stein & Lubin LLP<br>600 Montgomery St., 14th Fl.<br>San Francisco, CA 94111 | 13010 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| TKG Coffee Tree LP<br>c/o Leon Y. Tuan and Eugene K. Chang<br>Stein & Lubin LLP<br>600 Montgomery St., 14th Fl.<br>San Francisco, CA 94111 | 9236 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| TKG Coffee Tree LP<br>c/o Leon Y. Tuan and Eugene K. Chang<br>Stein & Lubin LLP<br>600 Montgomery St., 14th Fl.<br>San Francisco, CA 94111 | 14239 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| TOWNE SQUARE PLAZA<br>TERRI CIPOLLONE PROPERTY MGR<br>GRUBB & ELLIS MANAGEMENT SERVICES<br>401 RT 73 N, STE. 120<br>40 LAKE CTR.<br>MARLTON, NJ 08053 | 573 | EXHIBIT D<br>CLAIMS TO BE<br>RECLASSIFIED |
| TOWNE SQUARE PLAZA<br>TERRI CIPOLLONE PROPERTY MGR<br>GRUBB & ELLIS MANAGEMENT SERVICES<br>401 RT 73 N, STE. 120<br>40 LAKE CTR.<br>MARLTON, NJ 08053 | 573 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Walnut Capital Partners Lincoln Place LP<br>c o William E Kelleher Jr Esq<br>Cohen & Grigsby PC<br>625 Liberty Ave<br>Pittsburgh, PA 15222-3152 | 9785 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| WEC 99A 1 LLC c o Midland Loan Services Inc a<br>Delaware Corporation<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 12685 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |

| Claimant Name & Address | Claim No. | Exhibit |
|---|---|---|
| WEC 99A 1 LLC<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 14249 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| WEC 99A 3 LLC Acting by and through Midland Loan<br>Services Inc<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>Dallas, TX 75201 | 14135 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| WEC 99A 3 LLC c o Midland Loan Services Inc a<br>Delaware Corporation<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 12851 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Wells Fargo Bank NA<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami FL 33131 | 2310 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Wells Fargo Bank NA as Trustee for the Registered<br>Holders of Banc of America Commercial Mortgage Inc<br>Commercial Mortgage Pass<br>Through Certificates Series 2007 2 as Collateral<br>Assignee of DDRTC Sycamore Commons<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami FL 33131 | 8914 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Wells Fargo Bank NA as Trustee for the Registered<br>Holders of GE Capital Commercial Mortgage<br>Corporation Commercial Mortgage<br>Pass Through Certificates Series 2002 2 as Collateral<br>Assignee of DDR Southeast Cortez LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami FL 33131 | 8565 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Wells Fargo Bank NA as Trustee for the Registered<br>Holders of JP Morgan Chase Commercial Mortgage<br>Securities Corp Commercial Mortgage Pass Through<br>Certificates Series 2005 LDP2 as Collateral Assignee of<br>Southland Center Investors<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami FL 33131 | 8348 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |

| Claimant Name & Address | Claim No. | Exhibit |
|---|---|---|
| Wells Fargo Bank NA as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass Through Certificates Series 2003 C5 as Collateral Assignee of DDRTC Columbiana Station 1 LLC Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | 8326 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank NA, as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass Through Certificates Series 2003 C6, as Collateral Assignee of 36 Mommouth Plaza LLC Mindy A. Mora, Esq. Bilzin Sumberg Baena Price & Axelrod LLP 200 S. Biscayne Blvd., Ste. 2500 Miami, FL 33131 | 8322 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**
**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 6/30/09 | 14248 | Alexander H Bobinski as Trustee under Trust No 001 c o Augustus C Epps Jr Esq Michael D Mueller Esq Jennifer M McLemore Esq Christian & Barton LLP 909 E Main St Ste 1200 Richmond, VA 23219 | | Unliquidated but not less than $572,206.22 (administrative) | Circuit City Stores, Inc. | $43,767.44 (administrative) | Circuit City Stores, Inc. | According the debtor's books and records, the claim is reduced by $502.37 fo attorney's fees, $787.75 of postpetition taxes, $183,600 of leasing fees and $343,548.66 of damages repairs. |
| 4/27/09 | 12498 | Alexander H Bobinski as Trustee under Trust No 1001 Augustus C Epps Jr Esq Christian & Barton LLP 909 E Main St Ste 1200 Richmond, VA 23219-3095 | Alexander Bobinski 1351 N Courtenay Pkwy Ste AA Merritt Island, FL 32953 | $743,955.58 (general unsecured) | Circuit City Stores, Inc. | $578,648.08 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $26,055.43 for stub rent (which is addressed in the debtor's objecton to claim no. 14248), $124,653.70 for rejection damages, $1,891.37 for prepetition taxes, $4,745.69 for attorney's fees and $7,950.31 for postpetition taxes. |
| 1/30/2009 | 9373 | AmCap Northpoint LLC Robert W Dremluk Esq Seyfarth Shaw LLP 620 Eighth Ave New York, NY 10018 | Ricki Singer VP AmCap Inc 1281 E Main St Ste 200 Stamford, CT 06902 | $1,057,331.76 (general unsecured) $72,668.85 (priority) | Circuit City Stores, Inc. | $878,951.86 (general unsecured) $51,965.18 (priority) | Circuit City Stores, Inc. | Reduce by $172,168.80 in rejection damages, $6,211.10 in prepetition taxes and $20,703.67 in post petition taxes according to the Debtors' books and records. |
| 1/30/2009 | 8786 | BEV CON I LLC c o Vornado Realty Trust 210 Rte 4 E Paramus, NJ 07652 | | Unliquidated, but not less than $4,154,347.74 (general unsecured) Unliquidated (administrative) | Circuit City Stores West Coast, Inc. | $3,627,861.14 (general unsecured) $0.00 (administrative) | Circuit City Stores West Coast, Inc. | According to the Debtors' books and records, the claim should be reduced by $526,486.60 for rejection damages. This claim is also included on the Late Filed Claims exhibit. |
| 4/30/09 | 12655 | BFW Pike Associates LLC Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | Developers Diversified Realty Corporation Attn Eric C Cotton Associate General Counsel 3300 Enterprise Pkwy Beachwood, OH 44122 Jeffries Leveraged Credit Products, LLC One Station Place, Three North Stamford, CT 06902 Attn: Robert K. Minkoff | $1,142,649.15 (general unsecured) | Circuit City Stores, Inc. | $1,055,574.80 (general unsecured) | Circuit City Stores, Inc. | The amounts for rejections damages and a tax assesment fee are accepted. The claim is reduced for the following amounts that are in excess of the amounts in the debtor's books and records:  (a) $2,206.07 for prepetition rent; (b) $15,787.44 for prepetition taxes; (c) $1,780.00 for attorney's fees; (d) $67,260.07 for CAM reconcilliation;and (e) $40.77 for utilities. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 3/31/10 | 14985 | BFW Pike Associates LLC Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | Developers Diversified Realty Corporation Attn Eric C Cotton Associate General Counsel 3300 Enterprise Pkwy Beachwood, OH 44122 Jeffries Leveraged Credit Products, LLC One Station Place, Three North Stamford, CT 06902 Attn: Robert K. Minkoff | $26,091.95 (administrative) | Circuit City Stores, Inc. | $3,697.39 (administrative) | Circuit City Stores, Inc. | The amount for postpetion taxes is accepted. The claim is reduced for the following amounts that are in excess of the amounts in the debtor's books and records: (a) $1,000.00 for attorney's fees; and (b) $21,394.56 for damages. |
| 4/30/09 | 12823 | CADI Monrovia Marketplace LLC Dome Monrovia Marketplace LLC & Nationwide Monrovia Marketplace LLC CADI Monrovia Marketplace LLC, et al. c/o David M Poitras PC Jeffer Mangels Butler & Marmaro LLP 1900 Avenue of the Stars, 7th Fl. Los Angeles, CA 90067 | | $990,393.52 (general unsecured) | Circuit City Stores West Coast, Inc. | $883,050.39 (general unsecured) | Circuit City Stores West Coast, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $2,597.54 of insurance charges and $18,339.74 of damages that are not owed. The claim should be further reduced by $86,405.85 of charges related to a mechanic's lien, which is not a valid claim and has also been asserted by the mechanic's lien claimant in claim 7810. |
| 4/30/09 | 12996 | CADI Monrovia Marketplace LLC; Dome Monrovia Marketplace LLC; and Nationwide Monrovia Marketplace LLC David M. Poitras PC Caroline R. Djang Jeffer Mangels Butler & Marmaro LLP 1900 Avenue of the Stars, Seventh Fl. Los Angeles, CA 90067 | | $62,450.84 (administrative) | Circuit City Stores, Inc. | $25,860.94 (administrative) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $25,461.05 of administrative rent which is not owed, $2,605.58 of overstated postpetition taxes, $1,023.27 of insurance charges and $7,500.00 of other damages. |
| 4/3/09 | 12063 | CC La Quinta LLC Jess R Bressi Esq Luce Forward Hamilton & Scripps LLP 2050 Main St Ste 600 Irvine, CA 92614 | | $42,772.78 (administrative) $1,172,707.52 (general unsecured) | Circuit City Stores, Inc. | $1,082,726.45 (general unsecured) | Circuit City Stores, Inc. | Reduce by $42,772.78 in administrative rent and $82,478.65 in rejection damages not supported by the Debtors' books and records. Reduce by $7,502.42 in invalid postpetition damages. |
| 4/30/09 | 12533 | Centro Properties Group ta Chamberlain Plaza Meriden CT c o David L Pollack Esq Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | | $74,407.38 (administrative) | Circuit City Stores, Inc. | $54,778.77 (general unsecured) | Circuit City Stores, Inc. | Reduce by $1,677.14 in November stub rent and $17,951.47 in other administrative rent not supported by the Debtors' books and records. |
| 4/30/09 | 12538 | Centro Properties Group ta Chamberlain Plaza Meriden CT c o David L Pollack Esq Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | | $942,818.50 (general unsecured) | Circuit City Stores, Inc. | $835,991.59 (general unsecured) | Circuit City Stores, Inc. | Reduce by $718.78 in prepetition rent. $36,362.50 in rejection damages and $69,745.63 in CAM not supported by the Debtors' books and records. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 4/30/2009 | 12532 | Centro Properties Group ta Midway Market Square Elyria OH c/o David L Pollack Esq Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA  19103 | | $33,983.04 (administrative) | Circuit City Stores, Inc. | $3,920.68 (administrative) | Circuit City Stores, Inc. | Reduce by following amounts not supported by Debtor's books and records (1) $28,560.00 November stub rent (out of $28,560.00 claimed); (2) $899.47 postpetition CAM (out of $899.47 claimed); (3) $602.89 postpetition insurance (out of $602.89 claimed). |
| 4/30/09 | 12531 | Centro Properties Group ta Midway Market Square Elyria OH c/o David L Pollack Esq Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA  19103 | | $961,746.36 (general unsecurd) | Circuit City Stores, Inc. | $923,299.55 (general unsecured) | Circuit City Stores, Inc. | Reduce by following amounts not supported by Debtor's books and records (1) $34,806.28 prepetition CAM (out of $34,806.28 claimed); (2) $3,640.53 pre-petition insurance (out of $3,640.53 claimed). |
| 3/30/09 | 11970 | Chambersburg Crossing LLP Attn: Neil E. Herman c/o Morgan Lewis & Bockius LLP 101 Park Ave. New York, NY 10178 | | $555,874.35 (general unsecured) | Circuit City Stores, Inc. | $551,956.38 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $3,917.97 of overstated rejection damages. |
| 3/30/09 | 12000 | Chambersburg Crossing LLP Attn: Neil E. Herman c/o Morgan Lewis & Bockius LLP 101 Park Ave. New York, NY 10178 | | $27,713.58 (administrative) | Circuit City Stores, Inc. | $9,001.76 (administrative) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $18,711.82 of administrative rent that is not owed. |
| 6/12/09 | 13355 | Citrus Park CC LLC c o Donald Emerick 737 Roma Rd Venice, FL 34285 | | $21,428.35 (administrative) | Circuit City Stores, Inc. | $12,595.56 (administrative) | Circuit City Stores, Inc. | According to the debtor's books and records, th claim is reduced by $5,891.83 for postpetition taxes. |
| 3/30/09 | 12077 | CMAT 1999 C2 Lawence Road LLC c o Mindy A Mora Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | | $713,959.87 (general unsecured) | Circuit City Stores, Inc. | $574,731.45 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, th claim is reduced by $719.17 for prepetition rent and $138,509.25 for rejection damages. |
| 3/30/09 | 11958 | CMAT 1999 C2 Ridgeland Retail LLC c o Mindy A Mora Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL  33131 | | $1,139,111.72 (general unsecured) | Circuit City Stores, Inc. | $948,394.67 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, th claim is reduced by $1,198.61 for prepetition rent and $189,518.44 for rejection damages. |
| 1/28/09 | 6650 | CONTINENTAL 45 FUND LP PO BOX 220 C/O CONTINENTAL PROPERTIES CO MENOMONEE FALLS, WI 53052 | | $874,599.14 (general unsecured)  $23,931.44 (priority) | Circuit City Stores, Inc. | $832,412.17 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, th claim is reduced by $12,479.31 for prepetition rent, $17, 221.70 for rejection damages $2,073.24 for administrative rent and $12,858.20 for postpetition taxes.  The claim is also reduced by a $12,484.70 credit for paid prepetition taxes. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 6/15/09 | 13364 | Continental 64 Fund LLC<br>W134 N8675 Executive Pkwy<br>Menomonee Falls, WI  53051 | | $1,539,498.74<br>(general unsecured;)<br><br>$74,195.46<br>(administrative) | Circuit City Stores, Inc. | $1,525,641.07<br>(general unsecured)<br><br>$33,256.84<br>(administrative) | Circuit City Stores, Inc. | Reduce general unsecured by following amounts not supported by Debtor's books and records (1) $13,857.67 rejection damages (out of $1,433,847.67 claimed). Reduce administrative by following not supported by Debtor's books and records (1) $39,415.57 November stub rent (out of $39,415.57 claimed); (2) $999.79 postpetition CAM (out of $1,751.19 claimed); (3) $523.26 insurance (out of $523.26 claimed). |
| 3/13/09 | 11716 | Daniel G Kamin McAllen LLC<br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA 15232 | Kamin Realty Company<br>490 S Highland Ave<br>Pittsburgh, PA  15206 | $536,509.04<br>(general unsecured) | Circuit City Stores, Inc. | $535,822.38<br>(general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $686.66 for a late fee. |
| 6/19/09 | 13552 | DDR MDT Carillon Place LLC<br>Attn James S Carr & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | $511,959.23<br>(general unsecured) | Circuit City Stores, Inc. | $455,253.52<br>(general unsecured) | Circuit City Stores, Inc. | The amounts for prepetition rent and prepetition utilities reconcilliation accepted. The claim is reduced for the following amounts that are in excess of the amounts in the debtor's books and records:  (a) $32,542.70 of rejection damages; (b) $1,780 of attorney's fees; (c) $19,453.51 of prepetition CAM reconcilliation; and (d) $2,929.50 of damages. |
| 6/19/09 | 13557 | DDR MDT Carillon Place LLC<br>Attn James S Carr & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | $59,151.60<br>(administrative) | Circuit City Stores, Inc. | $2,695.06<br>(administrative)<br><br>$40,299.33<br>(general unsecured) | Circuit City Stores, Inc. | The claim is reduced for the following amounts that are in excess of the amounts in the debtor's books and records:  (a) $21,416.63 of stub rent (which was paid); (b) $14,174.57 of postpetition rent (which has been paid); and (c) $1,942.64 of CAM reconcilliation.  Taxes are pro rated $40,299.24 as a prepetition nonpriority unsecured claim and $2,695.06 as adminstrative.  $40.09 of sales tax on utilties is reclassified as nonpriority unsecured. |
| 6/19/09 | 13518 | DDR Southeast Cortez LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | $330,895.91<br>(general unsecured) | Circuit City Stores, Inc. | $324,132.08<br>(general unsecured) | Circuit City Stores, Inc. | The amount for rejection damages is accepted. The claim is reduced for the following amounts that are in excess of the amounts in the debtor's books and records:  (a) $4,983.83 of prepetition rent; and (b) $1,780.00 of attorney's fees. |

| | | | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 6/19/09 | 14986 | DDR Southeast Cortez LLC Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | Developers Diversified Realty Corporation Attn Eric C Cotton Associate General Counsel 3300 Enterprise Pkwy Beachwood, OH  44122 | $92,490.22 (adminstrative) | Circuit City Stores, Inc. | $12,749.17 (adminstrative)  $36,771.85 (general unsecured) | Circuit City Stores, Inc. | The claim is reduced for the following amounts that are in excess of the amounts in the debtor's books and records: (a) $1,000.00 of attorney's fees; (b) $5,742.87 of damages; (c) $4,447.37 of taxes, (d) $29,437.89 of pre-petition CAM, and (e) $2,341.07 of postpetition CAM. $36,771.85 of taxes are reclassified as a nonpriority unsecured claim.  $10,489.92 of taxes remain classified as an as adminstrative claim. $2,533.96 of CAM remains classified as an adminstrative claim. |
| 6/19/09 | 13553 | DDR Union Consumer Square LLC Attn James S Carr Esq and Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | Developers Diversified Realty Corporation Attn Eric C Cotton Associate General Counsel 3300 Enterprise Pkwy Beachwood, OH  44122  Jeffries Leveraged Credit Products, LLC One Station Place, Three North Stamford, CT 06902 Attn: Robert K. Minkoff | $1,045,074.50 (general unsecured) | Circuit City Stores, Inc. | $1,000,543.32 (general unsecured) | Circuit City Stores, Inc. | The amounts for prepetition rent and rejections damages are accepted.  The claim is reduced fo the following amounts that are in excess of the amounts in the debtor's books and records:  (a) $27,796.58 for prepetition taxes; (b) $1,780.00 for attorney's fees; (c) $248.77 for CAM reconcilliation; (d) $14,054.64 for 2008/2009 reconcilliation; (e) $319.88 for expenses; and (f) $331.31 for utillities. |
| 6/19/09 | 13566 | DDR Union Consumer Square LLC Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | Developers Diversified Realty Corporation Attn Eric C Cotton Associate General Counsel 3300 Enterprise Pkwy Beachwood, OH  44122 | $175,257.91 (administrative) | Circuit City Stores, Inc. | $32,643.26 (administrative) | Circuit City Stores, Inc. | The claim is reduced for the following amounts that are in excess of the amounts in the debtor's books and records:  (a) $53,735.97 of stub rent (which was paid); (b) $7,537.63 of postpetition rent (which has been paid); (c) $2,327.52 of CAM reconcilliation; and (d) $79,013.53 of postpetition taxes. |
| 6/19/09 | 13563 | DDRM Skyview Plaza LLC Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | Developers Diversified Realty Corporation Attn Eric C Cotton Associate General Counsel 3300 Enterprise Pkwy Beachwood, OH  44122  Jeffries Leveraged Credit Products, LLC One Station Place, Three North Stamford, CT 06902 Attn: Robert K. Minkoff | $633,333.98 (general unsecured) | Circuit City Stores, Inc. | $578,111.56 (general unsecured) | Circuit City Stores, Inc. | The amount for rejection damages is accepted. The claim is reduced for the following amonts that are in excess of the amounts in the debtor's books and records:  (a) $1,780.00 of attorney's fees; (b) $766.55 for CAM; and (c) $52,675.87 for other amounts for which no support has been provided. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
|---|---|---|---|---|---|---|---|---|
| 3/31/10 | 14948 | DDRM Skyview Plaza LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | $75,537.28 (administrative) | Circuit City Stores, Inc. | $12,972.22 (administrative)<br><br>$55,846.56 (general unsecured) | Circuit City Stores, Inc. | Stub rent was paid and is disallowed. Taxes are pro rated $39,134.19 as a prepetition nonpriority unsecured claim and $10,489.92 as adminstrative. CAM is pro rated $16,712.37 as prepetition nonpriority and $2,237.49 adminstrative. The $1,000 claim for attorney's fees is disallowed as not owed and not being in the debtor's books and records. |
| 6/19/09 | 13457 | DDRTC Columbiana Station I LLC<br>Attn James S Carr Esq and Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122<br><br>Jeffries Leveraged Credit Products, LLC<br>One Station Place, Three North<br>Stamford, CT 06902<br>Attn: Robert K. Minkoff | $732,960.36 (general unsecured) | Circuit City Stores, Inc. | $706,845.73 (general unsecured) | Circuit City Stores, Inc. | The amount for rejection damages is accepted. The claim is reduced for the following amounts that are in excess of the amounts in the debtor's books and records: (a) $1,780.00 of attorney's fees; (b) $10,632.96 of prepetition taxes; (c) $603.93 of prepetition CAM; and (d) $13,097.74 of year-end reconcilliation for which no support is provided. |
| 3/31/10 | 14950 | DDRTC Columbiana Station LLC<br>Attn James S Carr & Robert L LeHane Esq<br>101 Park Ave<br>New York, NY 10178 | Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | $41,048.09 (administrative) | Circuit City Stores, Inc. | $1,370.67 (adminstrative) | Circuit City Stores, Inc. | The amount for postpetition taxes is accepted. The claim is reduced for the following amounts that are in excess of the amounts in the debtor's books and records: (a) $12,679.26 of postpetition rent (which was paid); (b) $1,000 of attorney's fees; (c) $7,872.90 of damages; and (d) $18,125.26 of year-end reconcilliation for which no support is provided. |
| 4/30/09 | 12664 | DDRTC Sycamore Commons LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122<br><br>Jeffries Leveraged Credit Products, LLC<br>One Station Place, Three North<br>Stamford, CT 06902<br>Attn: Robert K. Minkoff | $2,090,934.34 (general unsecured) | Circuit City Stores, Inc. | $1,823,679.05 (general unsecured) | Circuit City Stores, Inc. | The amount for prepetition rent is accepted. The claim is reduced for the following amounts that are in excess of the amounts in the debtor's books and records: (a) $259,616.28 for rejection damages; (b) $5,427.30 for taxes (a portion of which is pro rated and allowed in claim no. 14978); and (c) $1,780.00 for attorney's fees. In addition, pre-petition CAM is adjusted by $431.82 in the debtors favor |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 3/31/10 | 14978 | DDRTC Sycamore Commons LLC Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren 101 Park Ave New York, NY 10178 | Developers Diversified Realty Corporation Attn Eric C Cotton Associate General Counsel 3300 Enterprise Pkwy Beachwood, OH 44122  Jeffries Leveraged Credit Products, LLC One Station Place, Three North Stamford, CT 06902 Attn: Robert K. Minkoff | $33,420.62 (administrative) | Circuit City Stores, Inc. | $2,119.00 (administrative) | Circuit City Stores, Inc. | The claim is reduced for the following amounts that are in excess of the amounts in the debtor's books and records: (a) $1,000.00 for attorney's fees; (b) $7,757.90 of damages; and (c) $182.31 for a year end water bill for which no support is provided. Taxes are pro rated $31,685.60 as a prepetition nonpriority unsecured claim which were removed on claim # 12664, and disallowed on this claim and $2,119.00 as adminstrative allowed on this claim.The CAM reconciliation credit of $9,324.19 in the debtors favor is removed from this claim and allowed on claim # 12664. |
| 1/29/09 | 7984 | Dentici Family Limited Partnership United States Debt Recovery V LP 940 Southwood BI, Suite 101, Incline Village NV 89451 | Neil E. McCullagh Spotts Fain PC 411 East Franklin Street, Suite 600 Richmond, VA 23219 | $169,063.53 (general unsecured) | Circuit City Stores, Inc. | $102,063.53 (general unsecured) | Circuit City Stores, Inc. | Reduce by following amounts not supported by Debtor's books and records (1) $67,000.00 damages and repairs (out of $67,000.00 claimed). |
| 6/29/09 | 13732 | Dentici Family Limited Partnership United States Debt Recovery V LP 940 Southwood BI, Suite 101, Incline Village NV 89451 | Neil E. McCullagh (VSB No. 39027) Cantor Arkema, PC Bank of America Center 1111 East Main Street, 16th Floor Post Office Box 561 Richmond, VA 23218-0561 | $53,505.29 (administrative) | Circuit City Stores, Inc. | $50,367.79 (administrative) | Circuit City Stores, Inc. | Reduce by following amount not supported by Debtor's books and records (1) $3,137.50 attorneys' fees (out of $3,137.50 claimed). |
| 5/27/09 | 13076 | DMARC 2006-CD2 DAVIDSON PLACE, LLC c/o Mindy A. Mora, Esq. Bilzin Sumberg Baena Price & Axelrod LLP 200 South Biscayne Blvd., Suite 2500 Miami, Florida 33131 | BPP-VA,LLC c/o John C. LaLiberte, Esq. Sherin and Lodgen, LLP 101 Federal Street Boston, MA 02110 | $930,010.73 (general unsecured)  $2,000 (priority) | Circuit City Stores, Inc. | $855,376.86 (general unsecured) | Circuit City Stores, Inc. | Reduce by following amounts not supported by Debtor's books and records (1) $2,000.00 administrative claim for penalty for damages and repairs (out of $2,000.00 claimed). The following line item is separately objected to as late (filed after both the general unsecured and rejection damage bar date for this location): (1) $74,633.87 (out of $74,633.87 claimed). However, if this portion of the claim was not late, it should be reduced to $60,848.67 according to the Debtors' books and records. |
| 4/13/09 | 12218 | Donald L Emerick 737 Roma Rd Venice, FL 34285 | | $1,804,842.10 (general unsecured) | Circuit City Stores, Inc. | $1,381,212.66 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $1,450.80 for prepetition rent, $17,203.64 for prepetition taxes and $404,975.00 for damages. |
| 4/28/09 | 12570 | EastChase Market Center LLC Eric T Ray Balch & Bingham LLP 1901 Sixth Ave N Ste 1500 Birmingham, AL 35203 | | $686,285.37 (general unsecured) | Circuit City Stores, Inc. | $674,375.83 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $11,390.19 for taxes and $519.35 for insurance. |
| 1/13/09 | 3733 | EklecCo NewCo LLC Attn: Kevin M. Newman, Esq. Menter Rudin & Trivelpiece PC 308 Maltbie St., Ste. 200 Syracuse, NY 13204-1498 | Eklecco LLC nka Eklecco Newco LLC The Clinton Exchange 4 Clinton Square Syracuse, NY 13202-1078 | Unliquidated, but not less than $29,039.02 (general unsecured) | Circuit City Stores, Inc. | $29,039.02 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be allowed at $29,039.02. No additional unliquidated amounts should be allowed. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | | MODIFIED CLAIMS | | |
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
|---|---|---|---|---|---|---|---|---|
| 1/20/09 | 4251 | EklecCo NewCo LLC Attn: Kevin M. Newman, Esq. Menter Rudin & Trivelpiece PC 308 Maltbie St., Ste. 200 Syracuse, NY 13204-1498 | Eklecco LLC nka Eklecco Newco LLC The Clinton Exchange 4 Clinton Square Syracuse, NY 13202-1078 | Unliquidated, but not less than $1,930,475.63 (general unsecured) | Circuit City Stores, Inc. | $1,269,662.30 (general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be reduced by $660,813.33 of overstated rejection damages. |
| 4/30/09 | 12810 | Fairway Centre Associates LP Attn: Craig Cheney c/o Trammell Crow Company 2800 Post Oak Blvd., Ste. 2300 Houston, TX 77056 | | $810,962.68 (general unsecured) | Circuit City Stores, Inc. | $753,016.05 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $29,465.78 of prepetition rent and $28,480.85 of overstated rejection damages. |
| 6/30/09 | 14257 | Fairway Centre Associates LP Attn: Shari L. Heyen Greenberg Traurig LLP 1000 Louisiana Ste., 1800 Houston, TX 77002 | | $43,045.19 (administrative) | Circuit City Stores, Inc. | $35,527.27 (administrative) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $2,277.92 of overstated taxes. The claim should be further reduced by an invalid $5,240.00 claim for attorneys fees. |
| 3/31/10 | 14901 | First Berkshire Properties LLC Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | First Berkshire Properties Inc Attn Ken Labenski c o Benderson Development Company Inc 570 Delaware Ave Buffalo, NY 14202 | $125,191.93 (administrative) | Circuit City Stores, Inc. | $95,323.85 (general unsecured) $16,804.59 (adminstrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim is reduced by $7,780.41 for prepetition taxes, $1,388.39 for postpetition taxes, $2,165.78 for late charges and $1,728.91 for utilities. The prepetition taxes of $95,323.85 are reclassified as a nonpriority unsecured claim. |
| 6/18/09 | 13441 | First Berkshire Properties LLC Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | First Berkshire Properties Inc Attn Ken Labenski c o Benderson Development Company Inc 570 Delaware Ave Buffalo, NY 14202 | $1,583,505.36 (general unsecured) | Circuit City Stores, Inc. | $1,076,677.46 (general unsecured) | Circuit City Stores, Inc. | Reduce by $495,547.02 for rejection damages, $1,000.00 for attorney fees, $1,280.88 for late charges and $9,000.00 for cleanup according to the Debtors' books and records. |
| 1/30/2009 | 4177 | FLINTLOCK NORTHRIDGE LLC C/O BLOCK & CO INC REALTORS 605 W 47TH ST STE 200 KANSAS CITY, MO 64112 | | $611,741.47 (general unsecured) $4,553.53 (administrative) | Circuit City Stores, Inc. | $611,741.47 (general unsecured) | Circuit City Stores, Inc. | Reduce by $4,553.53 in administrative rent according to the Debtors' books and records. |
| 2/20/09 | 11598 | Forest City Commercial Management Inc Agent for Short Pump Town Center LLC 50 Public Sq Ste 1360 Cleveland, OH 44113 | | $57,615.21 (general unsecured) | Circuit City Stores, Inc. | $26,644.94 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $16,036.67 for prepetition rent and $14,933.60 for water. |
| 3/25/09 | 11947 | Greeley Shopping Center LLC Attn: Neil E. Herman, Esq. c/o Morgan Lewis & Bockius LLP 101 Park Ave. New York, NY 10178 | | $36,200.01 (administrative) | Circuit City Stores, Inc. | $20,415.43 (administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be reduced by $15,784.58 of November stub rent that is not owed. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 4/29/2009 | 12492 | GREEN 521 5TH AVENUE LLC ATTN NEIL KESSNER C O SL GREEN REALTY CORP 420 LEXINGTON AVE 18TH FLOOR NEW YORK, NY 10170 | | $10,509,257.48 (general unsecured) $288,158.43 (administrative) | Circuit City Stores, Inc. | $9,079,738.86 (general unsecured) | Circuit City Stores, Inc. | Reduce by $244,212.50 in November stub rent (already paid in July), $43,945.93 in administrative rent $,1279,022.62 in rejection damages, and $33,462 and $117,034 in mechanic liens according to the Debtors' books and records. |
| 4/30/09 | 12485 | Inland Sau Greenville Point LLC Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | Developers Diversified Realty Corporation Attn Eric C Cotton Associate General Counsel 3300 Enterprise Pkwy Beachwood, OH 44122 Jeffries Leveraged Credit Products, LLC One Station Place, Three North Stamford, CT 06902 Attn: Robert K. Minkoff | $561,986.48 (general unsecured) | Circuit City Stores, Inc. | $486,116.45 (general unsecured) | Circuit City Stores, Inc. | The amounts for rejections damages is accepted. The claim is reduced for $60,278.66 for taxes and $1,780.00 for attorneys fees as these are also claimed under claim 14938 and are analyzed under that claim. Debtor's books and records also show an owed credit from the landlord for 2007 CAM in the amount of $13,811.37. |
| 3/31/10 | 14938 | Inland Sau Greenville Point LLC Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | Developers Diversified Realty Corporation Attn Eric C Cotton Associate General Counsel 3300 Enterprise Pkwy Beachwood, OH 44122 | $69,411.67 (administrative) | Circuit City Stores, Inc. | $3,127.19 (adminstrative) $56,499.97 (general unsecured) | Circuit City Stores, Inc. | The claim is reduced for the following amounts that are in excess of the amounts in the debtor's books and records: (a) $1,000.00 for attorney's fees and (b) $8,784.51 for damages. Taxes are pro rated $56,499.97 as a prepetition nonpriority unsecured claim and $15,890.90 as adminstrative. The debtor has an offsetting credit for CAM of $12,763.71, which reduces the allowed amount of the adminstrative claim to $3,127.19. Claim is also subject to reclass objection. Amounts under Proposed Modified Claim are the ultimate amounts/classes that we believe the claim should be reduced to. |
| 7/20/09 | 14511 | Janaf Shops LLC Attn: Adam K. Keith Honigman Miller Schwartz & Cohn LLP 660 Woodward Ave. 2290 First National Bldg. Detroit, MI 48226-3506 | Janaf Crossings LLC Janaf Office Bldg., Ste. 520 5900 .E Virginia Beach Blvd. Norfolk, VA 23502-2512 | $678,695.94 (general unsecured) $29,518.58 (administrative) | Circuit City Stores, Inc. | $501,074.23 (general unsecured) $18,851.14 (administrative) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the general unsecured portion of the claim should be reduced by $129,689.21 of overstated rejection damages and $47,932.50 of other damages that are not owed. The administrative portion of the claim should be reduced by $1,068.14 of overstated November stub rent and $4,101.30 of postpetition taxes. The administrative claim should be further reduced by an invalid claim of $5,498.00 for attorneys fees. |
| 3/25/09 | 11949 | KIR Amarillo LP Attn Neil E Herman Esq c o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10178 | | $395,281.31 (general unsecured) | Circuit City Stores, Inc. | $391,453.94 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $436.54 for prepetition rent and $3,390.83 for prepetition taxes. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 3/25/09 | 11950 | KIR Amarillo LP<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | | $26,013.11<br>(administrative) | Circuit City Stores, Inc. | $8,696.15<br>(administrative) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $17,316.96 of stub rent. |
| 1/29/09 | 9367 | LA FRONTERA VILLAGE LP<br>120 S CENTRAL AVE STE 100<br>C O SANSONE GROUP<br>ST LOUIS, MO 63105 | Stuart J Radloff Attorney & Agent<br>13321 N Outer 40 Rd No 800<br>Town and Country, MO 63017 | $155,758.06<br>(general unsecured) | Circuit City Stores, Inc. | $11,045.29<br>(general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $25,772.36 for rent (this amount is allowed as stub rent in claim no. 13930) and $118,940.41 for taxes. |
| 6/29/09 | 13930 | La Frontera Village LP<br>Linda S Broyhill<br>Reed Smith LLP<br>3110 Fairview Park Dr Ste 1400<br>Falls Church, VA 22042 | | $63,273.04<br>(administrative) | Circuit City Stores, Inc. | $56,547.71<br>(administrative) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $6,725.33 for damages. |
| 4/29/09 | 12421 | MAIN STREET AT EXTON LP<br>120 W GERMANTOWN PIKE STE 120<br>PLYMOUTH MEETING, PA 19462 | | $794,614.31<br>(general unsecured) | Circuit City Stores, Inc. | $713,700.12<br>(general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $5,214.09 for prepetition rent, $166.57 for attorney's fees and $75,533.53 for damages. |
| 4/29/09 | 12614 | MAIN STREET AT EXTON LP<br>120 W GERMANTOWN PIKE STE 120<br>PLYMOUTH MEETING, PA 19462 | | $43,814.10<br>(adminstrative) | Circuit City Stores, Inc. | $32,946.99<br>(administrative) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $983.54 for CAM and sewer and $2,213.48 for real estate taxes. In addition the debtor shows a credit owed from the landlord for prepaid real estate taxes in the amount of $7,670.09. |
| 1/29/09 | 7421 | Montgomery Towne Center Station Inc<br>c/o Catherine Harrison King<br>1170 Peachtree St NE Ste 1170<br>Atlanta, GA 30309-7706 | | $1,062,253.64<br>(general unsecured) | Circuit City Stores, Inc. | $1,046,026.40<br>(general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $1,500.00 for prepetition rent, $9,878.67 for rejection damages, $4,848.57 for prepetition taxes. |
| 1/22/2009 | 10265 | Morgan Hill Retail Venture LP<br>Pepler Mastromonaco LLP<br>Attn Frank T Pepler<br>100 First St 25th Fl<br>San Fransisco, CA 94105 | Morgan Hill Retail Venture LP<br>c o Browman Development Company<br>1556 Parkside Dr 2nd Fl<br>Walnut Creek, CA 94596 | $1,690,135.98<br>(general unsecured) | Circuit City Stores West Coast, Inc. | $1,095,500.36<br>(general unsecured) | Circuit City Stores West Coast, Inc. | Reduce by $594,635.62 in rejection damages according to the Debtors' books and records. |
| 4/29/09 | 12494 | Morse Sembler Villages Partnership No. 4<br>c/o Heather D. Dawson, Esq.<br>Kitchens Kelley Gaynes PC<br>Eleven Piedmont Ctr., Ste. 900<br>3495 Piedmont Rd. NE<br>Atlanta, GA 30305 | | $489,889.80<br>(general unsecured) | Circuit City Stores, Inc. | $421,527.68<br>(general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be reduced by $605.29 of overstated prepetition rent. The claim should be further reduced by $23,451.79 of November stub rent, $2,500.00 of other damages, $3,016.26 of CDD, and $38,788.82 of postpetition taxes, which have been subsumed into claim 14162. |
| 6/30/09 | 14162 | Morse Sembler Villages Partnership No. 4<br>c/o Heather D. Dawson, Esq.<br>Kitchens Kelley Gaynes PC<br>Eleven Piedmont Ctr., Ste. 900<br>3495 Piedmont Rd. NE<br>Atlanta, GA 30305 | Christian & Barton LLP<br>Michael D. Mueller & Augustus C. Epps<br>Jr. & Jennifer M. McLemore<br>909 E. Main St., Ste. 1200<br>Richmond, VA 23219 | $67,756.83<br>(administrative) | Circuit City Stores, Inc. | $33,360.74<br>(administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be reduced by $2,500.00 of unsubstantiated damages, $3,016.26 of CDD, and $28,879.83 of taxes. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 4/27/09 | 12497 | NAP Northpoint LLC<br>Augustus C. Epps Jr., Esq.<br>Christian & Barton LLP<br>909 E Main St., Ste. 1200<br>Richmond, VA 23219-3095 | Mr. Greg Browne<br>NAP Southeast Inc.<br>7500 College Pkwy.<br>Ft Myers, FL  33907 | $897,794.02<br>(general unsecured) | Circuit City Stores, Inc. | $537,136.12 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $304,314.44 of overstated rejection damages, $705.83 of taxes and $54,857.63 of other damages that are not owed.  The claim should be further reduced by an invalid claim of $780.00 of attorneys fees. |
| 1/30/2009 | 8723 | NORTH PLAINFIELD VF LLC<br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br>PARAMUS, NJ 07652 | | $1,529,855.01<br>(general unsecured)<br><br>Unliquidated, but not less than $1,092,507.59<br>(administrative) | Circuit City Stores, Inc. | $1,483,269.54<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by $46,032.44 in rejection damages, $553.03 in prepetition taxes and $918,967.26 in unsubstantiated mechanics liens according to the Debtors' books and records.  Reduce further by $45,681.15 in November stub rent, $98,940.73 in administrative rent and $28,918.45 in post petition taxes because these administrative amounts are amended and superseded by claim 13928. |
| 6/29/2009 | 13928 | North Plainfield VF LLC<br>Vornado Realty Trust<br>PO Box 31594<br>Hartford, CT 06150-1594 | | $176,837.48 (admini | Circuit City Stores, Inc. | $171,985.11<br>(administrative) | Circuit City Stores, Inc. | Reduce by $1,555.22 in postpetition taxes and $3,496.32 in CAM recon according to the Debtors' books and records. |
| 1/30/2009 | 9086 | P A ACADIA PELHAM MANOR LLC<br>ATTN DANIEL J ANSELL<br>GREENBERG TRAURIG LLP<br>200 PARK AVE<br>NEW YORK, NY 10166 | Christian & Barton LLP<br>Attn Michael D Mueller<br>909 E Main St Ste 1200<br>Richmond, VA  23219 | Unliquidated, but not less than $1,274,376.34<br>(general unsecured)<br><br>Unliquidated, but not less than $127,465.51<br>(administrative) | Circuit City Stores, Inc. | $735,593.40<br>(general unsecured)<br><br>$87,108.49<br>(administrative) | Circuit City Stores, Inc. | Reduce by $538,782.94 in rejection damages and $40,357.02 in unsubstantiated postpetition taxes according to the Debtors' books and records. |
| 4/21/09 | 12379 | Pacific Harbor Equities LLC<br>c o Hope Properties<br>3000 Pablo Kisel Blvd Ste 300C<br>Brownsville, TX 78526 | | $5,241,606.83<br>(general unsecured)<br><br>$59,258.50<br>(priority) | Circuit City Stores, Inc. | $1,007,674.25<br>(general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $1,575.75 of prepetition rent, $37,753.40 of postpetition rent, $4,194,603.43 of rejection damages and $59,258.50 of prepetition taxes. |
| 4/30/09 | 12670 | Philips International Holding Corp., As Agent for SP Massapequa LLC<br>Attn: James S. Carr, Esq.; Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | Philip J. Eisenberg<br>General Counsel<br>Philips International<br>295 Madison Ave.<br>New York, NY  10017 | $1,859,084.80<br>(general unsecured) | Circuit City Stores, Inc. | $1,417,915.99<br>(general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be reduced by $9,730.77 of overstated prepetition rent, $424,213.79 of rejection damages, $4,400.00 of attorneys fees and $2,824.25 of other damages. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 6/19/09 | 13574 | Philips International Holding Corp., As Agent for SP Massapequa LLC Attn: James S. Carr, Esq.; Robert L. LeHane, Esq. Kelley Drye & Warren LLP 101 Park Ave. New York, NY 10178 | Philip J. Eisenberg General Counsel Philips International 295 Madison Ave. New York, NY 10017 | $37,776.91 (administrative) | Circuit City Stores, Inc. | $37,367.61 (administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be reduced by $409.30 for a water charge that is not owed. |
| 3/25/09 | 11953 | PK Sale LLC c/o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10178 | | $454,731.47 (general unsecured) | Circuit City Stores, Inc. | $441,276.33 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $12,598.44 for rejection damages, $73.89 for prepetition taxes, $782.81 for CAM. |
| 3/25/09 | 11955 | PK Sale LLC c/o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10179 | | $24,044.79 (administrative) | Circuit City Stores, Inc. | $1,382.34 (administrative) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $15,233.16 for post petition rent, $7,388.64 for post petition taxes, $40.65 for post petition CAM. |
| 4/30/09 | 12821 | Ricmac Equities Corporation c/o Contrarian Capital Management LLC 411 W. Putnam Ave., Ste. 425 Greenwich, CT 06830 | | $2,206,793.70 (general unsecured) | Circuit City Stores, Inc. | $2,110,210.44 (general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim is reduced by $53,814.63 of overstated rejection damages and $31,268.63 of unsubstantiated attorneys fees.  The claim should be further reduced by $11,500.00 of other damages, which have been subsumed into claim 14880. |
| 3/23/10 | 14880 | Ricmac Equities Corporation c/o Contrarian Capital Management LLC 411 W. Putnam Ave., Ste. 425 Greenwich, CT 06830 | | $82,716.98 (administrative) | Circuit City Stores, Inc. | $34,146.74 (administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim is reduced by $30,331.92 of unsubstantiated attorneys fees, $15,000.00 of other damages, $2,134.09 of penalties and interest, and $1,104.23 of insurance charges. |
| 4/28/09 | 12424 | Ronus Meyerland Plaza LP attn: Laurance J Warco Sutherland Asbill & Brennan LLP 999 Peachtree St NE Atlanta, Georgia  30309-3996 | | $604,658.47 (general unsecured) | Circuit City Stores, Inc. | $594,815.00 (general unsecured) | Circuit City Stores, Inc. | Reduce by $864.47 in prepetition rent not supported by the Debtors' books and records. Reduce by $8,797.00 in invalid attorneys' fees. |
| 6/30/09 | 13991 | San Tan Village Phase 2 LLC Macerich 20327 1464 Attn Dustin P Branch Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl Los Angeles, CA 90067 | | $11,941.24 (administrative) | Circuit City Stores West Coast, Inc. | $8,474.40 (administrative) | Circuit City Stores West Coast, Inc. | Reduce by $19.80 for other admin rent & $3,447.04 in invalid attorneys fees. |
| 6/30/09 | 13943 | San Tan Village Phase 2 LLC Thomas J Leanse Esq c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl Los Angeles, CA 90067 | | $11,941.24 (administrative) $1,077,525.46 (general unsecured) | Circuit City Stores West Coast, Inc. | $1,033,488.16 (general unsecured) | Circuit City Stores West Coast, Inc. | Reduce by $19.80 in administrative rent, $8474.40 in taxes and $3,447.04 in attorneys fees also sought in Claim No. 13991.  Reduce by $446.23 in prepetition rent and $43,591.07 in taxes not supported by the Debtors' books and records. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 1/2/09 | 2623 | Schiffman Circuit Props<br>Matthew W Grimshaw<br>Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 | | $104,177.32<br>(administrative)<br><br>$17,099.84<br>(general unsecured) | Circuit City Stores West Coast, Inc. | $42,185.50<br>(administrative)<br><br>$67,301.81<br>(general unsecured) | Circuit City Stores West Coast, Inc. | Reduce post petition taxes by $11,789.85 pursuant to to Debtors' books and records. **Prepetition taxes are subject to reclassification as general unsecured.** Proposed Modified Claim Amount is net of both objections and is what the claim should ultimately be modified to. |
| 4/30/2009 | 13166 | Schottenstein Property Group Inc<br>Peter J Barrett and Loc Pfeiffer<br>Kutak Rock LLP<br>Bank of America Center<br>1111 E Main St Ste 800<br>Richmond , VA 23219-3500 | | $31,288.44<br>(administrative) | Circuit City Stores, Inc. | $9,043.54<br>(administrative) | Circuit City Stores, Inc. | Reduce by following amounts not supported by Debtor's books and records (1) $20,916.79 other administrative rent (out of $20,916.79 claimed); (2) $1,328.11 CAM (out of $1,328.11 claimed).  This claim is also included on the Books and Records Claims to be Expunged exhibit. |
| 4/28/2009 | 12447 | Sebring Retail Associates LLC<br>Attn Augustus C Epps Jr & Jennifer M McLemore<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3095 | SEBRING RETAIL ASSOCIATES LLC<br>3610 NE 1ST AVE<br>MIAMI, FL  33137 | Unliquidated, but not less than $549,096.74<br>(general unsecured) | Circuit City Stores, Inc. | $530,909.83<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by $17,458.90 in post petition taxes and $728.01 in attorney fees according to the Debtors' books and records. |
| 1/3/2009 | 9635 | Sierra Lakes Marketplace LLC<br>1156 N Mountain Ave<br>Upland, CA 91786 | | $930,048.21<br>(general unsecured)<br><br>$61,688.19<br>(administrative) | Circuit City Stores, Inc. | $930,048.21 (general unsecured)<br><br>$11,343.84<br>(administrative) | Circuit City Stores, Inc. | Reduce by $13,600.57 in November stub rent, $317.35 in post petition insurance, $567.33 in post petition CAM and $35,859.10 in other charges according to the Debtors' books and records. |
| 4/30/09 | 12766 | Silverlake CCU Petula LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103-4196 | Silverlake CCU Petula LLC<br>Mary Schwarze Esq<br>c o Principal Life Insurance Company<br>711 High St<br>Des Moines, IA  50392 | $1,022,303.26<br>(general unsecured) | Circuit City Stores, Inc. | $991,501.63<br>(general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records the claim is reduced by $30,801.62. |
| 6/29/09 | 14009 | Silverlake CCU Petula LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103-4196 | Silverlake CCU Petula LLC<br>Mary Schwarze Esq<br>c o Principal Life Insurance Company<br>711 High St<br>Des Moines, IA  50392 | $123,123.63<br>(administrative) | Circuit City Stores, Inc. | $56,028.55<br>(administrative)<br><br>$10,492.79<br>(general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $50,967.70 for admin taxes, $1,377.08 for postpetition CAM and $2,036.23 for insurance. Rent claimed is reduced by $2,221.28 per the debtor's books and records. Claim is also subject to reclass objection. Amounts under Proposed Modified Claim are the ultimate amounts/classes that we believe the claim should be modified to. |
| 6/29/09 | 13887 | Southland Center Investors LLC<br>Attorney Mark A Bartels<br>Stellpflug Law SC<br>PO Box 5637<br>De Pere, WI  54115 | | $56,123.72<br>(administrative) | Circuit City Stores, Inc. | $36,552.54<br>(administrative) | Circuit City Stores, Inc. | Reduce by following amounts not supported by Debtor's books and records (1) $2,117.28 postpetition CAM (out of $2,117.28 claimed); (2) $17,453.90 postpetition taxes (out of $17,453.90 claimed). |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 4/30/09 | 12676 | Southland Center Investors LLC<br>Atty Mark A Bartels<br>Stellpflug Law SC<br>PO Box 5637<br>De Pere, WI 54115-5637 | | $837,308.31<br>(general unsecured) | Circuit City Stores, Inc. | $694,984.75<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by following amounts not supported by Debtor's books and records (1) $36,044.21 rejection damages (out of $715,363.58 claimed); (2) $45,258.42 pre-petition taxes (out of $45,258.42 claimed); (3) $4,897.21 prepetition CAM (out of $4,897.21 claimed). Reduce by following amounts superseded by claim #13887 (1) $36,552.54 November stub rent; (2) $2,117.28 postpetition CAM; (3) $17,453.90 postpetition taxes. Claim #13887 is separately objected to on the basis of books and records reduction. |
| 4/22/09 | 12336 | Spring Hill Development Partners GP Dickson Management Associates LLC Gallatin Management Associates LLC<br>Attn Sheila deLa Cruz Esq<br>c o Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA 23218-0500 | | $531,090.58<br>(general unsecured) | Circuit City Stores, Inc. | $276,986.09<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by $23,465.72 for prepetition rent, $195,531.77 for rejection damages and $35,107.00 for a mechanic's lien according to the Debtors' books and records. |
| 04/30/09 | 12790 | St Indian Ridge LLC<br>Mr Dale Smith<br>Thompson Hine LLP<br>3900 Key Ctr<br>127 Public Sq<br>Cleveland, OH 44114 | | $537,593.76<br>(general unsecured) | Circuit City Stores, Inc. | $460,887.48<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by following amount not supported by Debtor's books and records (1) $76,706.28 rejection damages (out of $528,445.69 claimed). |
| 6/30/09 | 13736 | T & T Enterprises LP a California Limited Partnership<br>Attn Anne Secker and Lisa Omori<br>Noland Hamerly Etienne & Hoss<br>333 Salinas St<br>Salinas, CA 93901 | Christian & Barton LLP<br>Michael D Mueller & Augustus C Epps Jr & Jennifer M McLemore<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | $74,804.05<br>(administrative) | Circuit City Stores West Coast, Inc. | $58,084.00<br>(administrative) | Circuit City Stores West Coast, Inc. | According to the debtor's books and records, the claim is reduced by $10,834.47 for postpetition taxes and $5,885.58 for an "unsecured personal property lien." |
| 4/30/09 | 12872 | T&T Enterprises LP<br>Attn Anthony Sammut<br>60 D Corral Detierra Rd<br>Salinas, CA 93908-9485 | T&T Enterprises LP<br>Attn Lisa Omori<br>Noland Hamerly Etienne Hoss<br>333 Salinas St<br>PO Box 2510<br>Salinas, CA 93902-2510 | $1,620,456.60<br>(general unsecured)<br><br>$74,804.05<br>(administrative) | Circuit City Stores West Coast, Inc. | $1,459,727.02<br>(general unsecured) | Circuit City Stores West Coast, Inc. | According to the debtor's books and records, the claim is reduced by $41,671.93 for administrative rent (which is addressed in claim no. 13736), $27,246.54 of postpetition taxes (which is addressed in claim 13736), $9,229.39 of attorney's fees, $151,500.19 for damages, and $5,885.58 for an "unsecured personal property lien" (which is addressed in claim no. 13736). |
| 6/30/09 | 14348 | Tanglewood Park LLC Luckoff Land Company LLC and Roth Tanglewood LLC as Tenants in Common<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | | $26,747.46<br>(administrative) | Circuit City Stores, Inc. | $8,792.44<br>(administrative) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $2,086.06 for adminstrative rent, $363.26 for postpetition taxes and $15,505.70 for attorney's fees. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 1/23/09 | 5163 | Tanglewood Park LLC Luckoff Land Company LLC and Roth Tanglewood LLC as tenants c o Ralph E Dill Esq Tanglewood Park LLC 37 W Broad St Ste 950 Columbus, OH 43215 | | $636,614.67 (general unsecured) | Circuit City Stores, Inc. | $583,565.53 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $53,049.14 for prepetition rent,CAM, taxes and insurance. |
| 4/28/09 | 12429 | Terranomics Crossroads Associates Wolfstone Planchot & Bloch PS Inc       1111 3rd Ave Ste 1800 Seattle, WA 98101 | | $1,650,833.13 (general unsecured) | Circuit City Stores, Inc. | $1,385,578.95 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $219,173.88 for rejection damages, $7,465.61 for prepetition taxes, $38,614.69 for prepetition CAM. |
| 6/30/09 | 14133 | Terranomics Crossroads Associates Wolfstone Planchot & Bloch PS Inc       1111 3rd Ave Ste 1800 Seattle, WA 98101 | | $53,386.18 (administrative) | Circuit City Stores, Inc. | $46,970.96 (administrative) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $6,415.22 for post petition CAM. |
| 4/9/09 | 12254 | TIAA CREF Jonathan L Howell Munch Hardt Kopf & Harr PC 500 N Akard St No 3800 Dallas, TX 75201 | | $796,110.05 (general unsecured) | Circuit City Stores, Inc. | $764,237.40 (general unsecured) | Circuit City Stores, Inc. | The clam is reduced for $31,870.65 of rent which was superceded by claim 13717. |
| 4/30/09 | 13010 | TKG Coffee Tree LP c/o Eugene Chang Stein & Lubin LLP 600 Montgomery St., 14th Fl. San Francisco, CA 94111 | | Unliquidated, but not less than $757,474.37 (general unsecured) $213,127.83 (administrative) | Circuit City Stores West Coast, Inc. | $543,422.12 (general unsecured) | Circuit City Stores West Coast, Inc. | Pursuant to the Debtors' books and records, the general unsecured portion of the claim should be reduced by $213,789.34 of overstated rejection damages, $262.91 of prepetition utilities charges, and $1,827.86 of interest. The Debtors books and records reflect that the administrative insurance charge of $9,955.10 has been paid and should be disallowed. The balance of the administrative portion of the claim of November stub rent, attorneys fees, postpetition utilities and postpetition taxes, and the general unsecured mechanics lien claim $116,461.77 should be disallowed because such amounts are duplicated in claim 14239. |
| 6/30/09 | 14239 | TKG Coffee Tree LP c/o Leon Y. Tuan and Eugene K. Chang Stein & Lubin LLP 600 Montgomery St., 14th Fl. San Francisco, CA 94111 | | $209,227.98 (administrative) | Circuit City Stores West Coast, Inc. | $35,874.57 (administrative) | Circuit City Stores West Coast, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $401.98 of utilities charges and $6,172.47 of interest that are not owed. The claim should be further reduced by an invalid claim of $50,317.19 for attorneys fees. The claim should be further reduced by $116,461.77 for a mechanics lien that is also asserted on claim 12341. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 12/4/08 | 573 | TOWNE SQUARE PLAZA TERRI CIPOLLONE PROPERTY MGR GRUBB & ELLIS MANAGEMENT SERVICES 401 RT 73 N, STE. 120 40 LAKE CTR. MARLTON, NJ 08053 | | $90,739.25 (administrative) | Circuit City Stores, Inc. | $13,608.68 (general unsecured) $31,759.65 (administrative) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the administrative portion of the claim should be reduced by $45,370.92 of administrative rent that is not owed. |
| 1/2/09 | 2310 | Wells Fargo Bank NA Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500        Miami FL 33131 | | $811,266.79 (general unsecured) | Circuit City Stores, Inc. | $780,673.44 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $1,244.59 for prepetition rent, $29,195.27 for rejection damages, $153.49 for prepetition taxes. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT D**

**CLAIMS TO BE RECLASSIFIED**

| | | CLAIMS TO BE RECLASSIFIED | | | | RECLASSIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount and Classification | Debtor | Proposed Reclassified Claim Amount and Classification | Debtor | Comments |
| 3/31/10 | 14986 | DDR Southeast Cortez LLC Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | Developers Diversified Realty Corporation Attn Eric C Cotton Associate General Counsel 3300 Enterprise Pkwy Beachwood, OH  44122 | $92,490.22 (administrative) | Circuit City Stores, Inc. | $12,749.37 (administrative) $79,740.85 (general unsecured) | Circuit City Stores, Inc. | Reclassify taxes and CAM recon charges attributable to the prepetition period to general unsecured. |
| 3/31/10 | 14901 | First Berkshire Properties LLC Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | First Berkshire Properties Inc Attn Ken Labenski c o Benderson Development Company Inc 570 Delaware Ave Buffalo, NY  14202 | $125,191.93 (administrative) | Circuit City Stores, Inc. | $95,323.85 (general unsecured ) $16,804.59 | Circuit City Stores, Inc. | $95,323.85 of the claim is for prepetition real estate tax, and, accordingly, should be reclassified as unsecured nonpriority. |
| 3/31/10 | 14938 | Inland Sau Greenville Point LLC Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | Developers Diversified Realty Corporation Attn Eric C Cotton Associate General Counsel 3300 Enterprise Pkwy Beachwood, OH  44122 | $69,411.67 (administrative) | Circuit City Stores, Inc. | $12,911.70 (administrative) $56,499.97 (general unsecured) | Circuit City Stores, Inc. | Taxes are pro rated $56,499.97 as a general unsecured claim and $15,890.90 as administrative. **Claim is also subject to books and records reduce objection.** Amounts in Proposed Reclassified Claim Amount and Classification are prior to the books and records objection. |
| 1/2/09 | 2623 | Schiffman Circuit Props Matthew W Grimshaw Rutan & Tucker LLP 611 Anton Blvd Ste 1400 Costa Mesa, CA 92626 | | $104,177.32 (administrative) $17,099.84 (general unsecured) | Circuit City Stores West Coast, Inc. | $53,975.35 (administrative) $67,301.81 (general unsecured) | Circuit City Stores West Coast, Inc. | $50,201.97 in prepetition taxes should be reclassified as general unsecured.**Claim is also subject to books and records reduce objection.** Amounts in Proposed Reclassified Claim Amount and Classification are prior to the books and records reduce objection. |
| 6/29/09 | 14009 | Silverlake CCU Petula LLC Lauren Lonergan Taylor Esq Matthew E Hoffman Esq Duane Morris LLP 30 S 17th St Philadelphia, PA 19103-4196 | Silverlake CCU Petula LLC Mary Schwarze Esq c o Principal Life Insurance Company 711 High St Des Moines, IA  50392 | $123,123.63 (administrative) | Circuit City Stores, Inc. | $110,409.56 (administrative) $12,714.07 (general unsecured) | Circuit City Stores, Inc. | $12,714.07 of the rent claimed is for a prepetition period and should be reclassified as nonpriority unsecured.  Claim is also**subject to books and records reduce objection.** Amounts in Proposed Reclassified Claim Amount and Classification are prior to the books and records reduce objection. |
| 12/4/08 | 573 | TOWNE SQUARE PLAZA TERRI CIPOLLONE PROPERTY MGR GRUBB & ELLIS MANAGEMENT SERVICES 401 RT 73 N, STE. 120 40 LAKE CTR. MARLTON, NJ 08053 | | $90,739.25 (administrative) | Circuity City Stores, Inc. | $13,608.68 (general unsecured) $77,130.57 (administrative) | Circuit City Stores, Inc. | A portion of the claim for $13,608.68 is for prepetition rent and thus is a general unsecured claim.  The amount of the claim is also subject to a books and records objection. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT E**

**INVALID CLAIMS TO BE EXPUNGED**

| | | | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 1/30/09 | 8580 | Bank of America NA as Trustee for the Registered Holders of LB UBS Commercial Mortgage Trust 2002 C7 Commercial Mortgage Pass Through Certificates Series 2002 C7 as Collateral Assignee of Shoppes of Beavercreek LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL  33131 | | Unliquidated (general unsecured) | Circuit City Stores Inc. | Claim is unliquidated-no statement of amounts claimed or what they are claimed for.  In addition, the claimant is not the landlord.  The Debtor is dealing directly with the landlord on claim 12770. |
| 1/30/09 | 8311 | Bank of America NA as Trustee for the Registered Holders of LB UBS Commercial Mortgage Trust 2003 C1 Commercial Mortgage Pass Through Certificates Series 2003 C1 as Collateral Assignee of Circuit Sports LP<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | Circuit Sports LP<br>Dept 355<br>PO Box 4408<br>Houston, TX  77210-4408 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant filed as lender to landlord not the landlord itself.  Also, the claim is unliquidated and the claimant has not provded any support for it. |
| 1/30/09 | 8930 | Bank of America NA, as Trustee for the Registered Holders of LB UBS Commercial Mortgage Trust 2003 C1 Commercial Mortgage Pass Through Certificates Series 2003 C1, as Collateral Assignee of W&S Associates LP<br>Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 | W&S ASSOCIATES LP<br>C/O SIMON PROPERTY GROUP<br>225 W. WASHINGTON ST.<br>INDIANAPOLIS, IN  46204 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant is lender to landlord and Debtors are addressing claim 12345 of the landlord. Claim lacks proof that claimant is entitled to assert claim or that any amounts are owing. |
| 1/29/09 | 8100 | Centro Properties Group t a County Line Plaza Jackson MS<br>c o David L Pollock Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | | $1,767.87 (administrative) | Circuit City Stores, Inc. | According to the debtor's books and records, nothing is owed for administrative CAM |
| 1/29/09 | 7810 | Colorado Structures, Inc. dba CSI Construction Co<br>c/o Andre K. Campbell, Esq.<br>McDonough Holland & Allen PC<br>555 Capitol Mall, 9th Fl.<br>Sacramento, CA 95814-4692 | | $82,409.48 (general unsecured) | Circuit City Stores West Coast, Inc. | The claim should be disallowed because the claim is not owed by the Debtors. |

| | | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 4/30/09 | 12832 | CWCapital Asset Management LLC, as Special Servicer for Bank of America N A Demetrios Morakis Capmark Finance, Inc. 701 13th St. NW, Ste. 1000 Washington, DC 20005 | CWCapital Asset Management LLC, as Special Servicer for Bank of America N A c/o Kristen E. Burgers Venable LLP 8010 Towers Crescent Dr., Ste. 300 Vienna, VA  22182 | $794,308.99 (general unsecured) | Circuit City Stores, Inc. | Claimant is lender to landlord.  Claim lacks proof that claimant is entitled to assert claim. |
| 6/30/09 | 13950 | CWCapital Asset Management LLC, as Special Servicer for Bank of America NA, Successor by Merger to LaSalle Bank NA, as Trustee for the Holders of Nomura Securities Corporation Commercial Mortgage Pass Through Certificates Series 1998 D6 Attn: Lawrence A. Katz and Kristen E. Burgers 8010 Towers Crescent Dr., Ste. 300 Vienna, VA 22182-2707 | | $145,636.38 (administrative) | Circuit City Stores, Inc. | Claimant is lender to landlord.  Claim lacks proof that claimant is entitled to assert claim.  According to the Debtors' books and records, the amounts asserted are not owed. |
| 1/30/09 | 9102 | Dollar Tree Stores Inc Hofheimer Gartlir & Gross LLP 530 5th Ave New York, NY 10036-5101 | | $17,138,303.88 (general unsecured) $31,850.00 (administrative) | Circuit City Stores, Inc. | No amounts are owed per the debtor's books and records. |
| 6/15/09 | 13698 | EklecCo NewCo LLC Attn: Kevin M. Newman, Esq. Menter Rudin & Trivelpiece PC 308 Maltbie St., Ste. 200 Syracuse, NY 13204-1498 | | Unliquidated, but not less than $6,243.39 (administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the amounts asserted are not owed. |
| 3/23/09 | 12005 | Exeter JV Associates LP c/o Jeffrey Kurtzman, Esq. Klehr Harrison Harvey Branzburg & Ellers LLC 260 S. Broad St. Philadelphia, PA 19102 | | $50,000.00 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, there are no amounts owing the claimant. |
| 1/30/09 | 9485 | FRIEDLAND, LAWRENCE & MELVIN 22 E. 65TH ST. NEW YORK, NY 10021 | | $147,660.02 (general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the amount asserted for prepetition rent is overstated by $99,935.02.  After application of a credit in the amount of $178,381.85 for tax overpayment, no prepetition rent is owned. |
| 2/13/09 | 10862 | HOLIDAY UNION ASSOCIATES LP JAMES S CARR ESQ ROBERT L LEHANE ESQ KELLEY DRYE & WARREN LLP 101 PARK AVE NEW YORK, NY 10178 | Holiday Union Associates LP c o Benderson Development Company Inc Attn Ken Labenski 570 Delaware Ave Buffalo, NY  14202 | $5,732.26 (general unsecured) | Circuit City Stores, Inc. | Previously paid per debtor's books and records. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 1/30/09 | 9920 | Inland Southeast Colonial LLC Attn James S Carr Esq Attn Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | Developers Diversified Realty Corporation Attn Eric C Cotton Associate General Counsel 3300 Enterprise Pkwy Beachwood, OH  44122 | $13,711.23 (general unsecured) | Circuit City Stores, Inc. | No amounts owed to former landord (current landlord is making same claim in claim no. 13563). |
| 1/30/09 | 9922 | Inland Southeast Colunmbiana LLC Attn James S Carr Esq Attn Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | Developers Diversified Realty Corporation Attn Eric C Cotton Associate General Counsel 3300 Enterprise Pkwy Beachwood, OH  44122 | $2,273.90 (general unsecured) | Circuit City Stores, Inc. | No amounts owed to former landord (current landlord is making same claim in claim no. 13457). |
| 6/29/09 | 14284 | Janaf Shops LLC Attn: Adam K. Keith Honigman Miller Schwartz & Cohn LLP 660 Woodward Ave. 2290 First National Bldg. Detroit, MI 48226-3506 | | $29,790.54 (administrative) | Circuit City Stores, Inc. | The claim should be disallowed because the Debtors' books and records reflect that $271.96 of unsubstantiated damages are not owed, and $13,406.81 of November stub rent, $10,613.77 of postpetition taxes, and $5,498.00 of attorneys fees duplicate the amounts asserted in claim 14511. |
| 1/30/2009 | 8562 | Manufacturers & Traders Trust Company as Trustee c o Nicholas M Miller Esq Neal Gerber & Eisenberg LLP Two N LaSalle St Ste 1700 Chicago, IL 60602 | Manufacturers & Traders Trust Company as Trustee c o Nancy George VP Corporate Trust Dept 1 M&T Plaza 7th Fl Buffalo, NY  14203 | Unliquidated but not less than $124,509.04 (general unsecured) | Circuit City Stores, Inc. | Claimant filed as lender to landlord and debtor is addressing claim 11716 with the landlord |
| 1/29/09 | 7621 | National Western Life Insurance Company Frederick Black/Tara B. Annweiler One Moody Plaza, 18th Floor Galveston, TX 77550 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | No amounts are owed per the debtor's books and records. |
| 6/26/2009 | 13777 | PA Acadia Pelham Manor LLC Daniel J Ansell and Howard J Berman and Heath B Kushnick Greenberg Traurig LLP 200 Park Ave New York, NY 10166 | Christian & Barton LLP Michael D Mueller & Augustus C Epps Jr & Jennifer M McLemore 909 E Main St Ste 1200 Richmond, VA  23219 | $127,465.51 (administrative) | Circuit City Stores, Inc. | November stub rent, administrative rent and post petition taxes are already covered in claim 9086. |
| 7/1/09 | 14417 | Philips International Holding Corp., As Agent for SP Massapequa LLC Attn: James S. Carr, Esq.; Robert L. LeHane, Esq. Kelley Drye & Warren LLP 101 Park Ave. New York, NY 10178 | Philip J. Eisenberg General Counsel Philips International 295 Madison Ave. New York, NY  10017 | $2,000.00 (administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the amounts asserted are not owed. |

| | | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 1/30/09 | 8985 | Raymond & Main Retail LLC c o William A Trey Wood III Bracewell & Giuliani LLP 711 Louisiana St Ste 2300 Houston, TX 77002 | Fredric Albert CVM Law Group LLP 34 Tesla Ste 100 Irvine, CA 92618 | $856,459.10 (general unsecured) | Circuit City Stores, Inc. | No amounts are owed per the debtor's books and records (this claim is against the wrong debtor). |
| 1/30/09 | 8988 | Raymond & Main Retail LLC c o William A Trey Wood III Bracewell & Giuliani LLP 711 Louisiana St Ste 2300 Houston, TX 77002 | Fredric Albert CVM Law Group LLP 34 Tesla Ste 100 Irvine, CA 92618 | $856,459.10 (general unsecured) | Circuit City Stores West Coast, Inc. | No amounts are owed per the debtor's books and records. |
| 4/30/2009 | 13166 | Schottenstein Property Group Inc Peter J Barrett and Loc Pfeiffer Kutak Rock LLP Bank of America Center 1111 E Main St Ste 800 Richmond , VA 23219-3500 | | $31,288.44 (administrative) | Circuit City Stores, Inc. | The Debtor does not believe this claimant is the landlord, and thus is not entitled to this claim. The Debtor is dealing directly with the landlord on claim 12770. This claim is also included on the Books and Records Claims to be Reduced exhibit. |
| 6/30/2009 | 14177 | Sebring Retail Associates LLC Attn Augustus C Epps Jr & Jennifer M McLemore Christian & Barton LLP 909 E Main St Ste 1200 Richmond, VA 23219-3095 | | $23,971.78 (administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the administrative rent asserted is not owed. In addition, attorney fees are already addressed in claim 12447. |
| 1/30/09 | 9476 | Silverlake CCU Petula LLC Lauren Lonergan Taylor Esq Matthew E Hoffman Esq Duane Morris LLP 30 S 17th St Philadelphia, PA 19103-4196 | Mary Shwarze Esq c o Principal Life Insurance Company Silverlake CCU Petula LLC 711 High St Des Moines, IA 50392 | $56,047.58 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, nothing is owed to this claimant for the claim. |
| 4/29/09 | 12578 | TKG Coffee Tree LP c/o Eugene Chang Stein & Lubin LLP 600 Montgomery St., 14th Fl. San Francisco, CA 94111 | | Unliquidated, but not less than $970,602.20 -- $757,474.37 (general unsecured) $213,127.83 (administrative) | Circuit City Stores, Inc. | Circuit City Stores, Inc. is not an obligor or guarantor under the lease, and the Debtors are addressing duplicate claim 13010 filed against Circuit City Stores West Coast, Inc. |

| | | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 1/30/2009 | 9785 | Walnut Capital Partners Lincoln Place LP c o William E Kelleher Jr Esq Cohen & Grigsby PC 625 Liberty Ave Pittsburgh, PA 15222-3152 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | The claim is unliquidated and the claimant has not provided any support for the claim. |
| 4/30/09 | 12685 | WEC 99A 1 LLC c o Midland Loan Services Inc a Delaware Corporation c o Katharine Battaia Thompson and Knight LLP 1722 Routh St Ste 1500 Dallas, TX 75201 | Midland Loan Services Inc c o JP Morgan Chase Lockbox 974754 PNC Bank Lockbox 14800 Frye Rd TX1 0006 Fort Worth, TX  76155 | $327,946.27 (general unsecured) | Circuit City Stores, Inc. | The claimant is not the landlord, and has not provided any support for a claim by it against the debtor. |
| 6/30/09 | 14249 | WEC 99A 1 LLC c o Katharine Battaia Thompson and Knight LLP 1722 Routh St Ste 1500 Dallas, TX 75201 | | $21,485.23 (administrative) | Circuit City Stores, Inc. | The claimant is not the landlord, and has not provided any support for a claim by it against the debtor. In addition, the Debtors' books and records do not support the asserted liabilities. |
| 6/30/2009 | 14135 | WEC 99A 3 LLC Acting by and through Midland Loan Services Inc c o Katharine Battaia Thompson and Knight LLP Dallas, TX 75201 | | $33,249.25 (administrative) | Circuit City Stores, Inc. | The claimant is not the landlord, and has not provided any support for a claim by it against the debtor. |
| 4/30/2009 | 12851 | WEC 99A 3 LLC c o Midland Loan Services Inc a Delaware Corporation c o Katharine Battaia Thompson and Knight LLP 1722 Routh St Ste 1500 Dallas, TX 75201 | Midland Loan Services Inc c o JP Morgan Chase Lockbox 974754 PNC Bank Lockbox 14800 Frye Rd TX1 0006 Fort Worth, TX  76155 | $442,917.84 (general unsecured) | Circuit City Stores, Inc. | The claimant is not the landlord, and has not provided any support for a claim by it against the debtor. |
| 1/30/09 | 8914 | Wells Fargo Bank NA as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc Commercial Mortgage Pass Through Certificates Series 2007 2 as Collateral Assignee of DDRTC Sycamore Commons Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | DDRTC SYCAMORE COMMONS LLC C O DEVELOPERS DIVERSIFIED REALTY CORPORATION 3300 ENTERPRISE PARKWAY BEACHWOOD, OH  44122 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | The claim is expunged because the claimant has not provided support for its unliquidated claim. |
| 1/30/09 | 8565 | Wells Fargo Bank NA as Trustee for the Registered Holders of GE Capital Commercial Mortgage Corporation Commercial Mortgage Pass Through Certificates Series 2002 2 as Collateral Assignee of DDR Southeast Cortez LLC Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | Notice Party(ies): DDR SOUTHEAST CORTEZ LLC C O DEVELOPERS DIVERSIFIED REALTY CORPORATION 3300 ENTERPRISE PKWY NO 1 BEACHWOOD, OH  44122 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | The claim is expunged because the claimant has not provided support for its unliquidated claim. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 1/30/09 | 8348 | Wells Fargo Bank NA as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Corp Commercial Mortgage Pass Through Certificates Series 2005 LDP2 as Collateral Assignee of Southland Center Investors<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL  33131 | | Unliquidated (general unsecured) | Circuit City Stores Inc. | Claim is unliquidated-no statement of amounts claimed or what they are claimed for.  In addition, the claimant is not the landlord.  The Debtor is dealing directly with the landlord on claims 12676 and 13887. |
| 1/30/09 | 8326 | Wells Fargo Bank NA as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass Through Certificates Series 2003 C5 as Collateral Assignee of DDRTC Columbiana Station 1 LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | DDRTC Columbiana Station 1 LLC<br>c o Developers Diversified Realty Corp<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | The claim is expunged because the claimant has not provided support for its unliquidated claim. |
| 1/30/09 | 8322 | Wells Fargo Bank NA, as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass Through Certificates Series 2003 C6, as Collateral Assignee of 36 Mommouth Plaza LLC<br>Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 | 36 Mommouth Plaza LLC<br>Achs Management Corp.<br>1412 Broadway, 3rd Fl.<br>New York, NY  10018 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant is lender to landlord.  Claim lacks proof that claimant is entitled to assert claim or that any amounts are owing. |

12304-003\DOCS_LA:233175v1

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT E**

**INVALID CLAIMS TO BE EXPUNGED**

| | | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 1/30/09 | 8580 | Bank of America NA as Trustee for the Registered Holders of LB UBS Commercial Mortgage Trust 2002 C7 Commercial Mortgage Pass Through Certificates Series 2002 C7 as Collateral Assignee of Shoppes of Beavercreek LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL  33131 | | Unliquidated (general unsecured) | Circuit City Stores Inc. | Claim is unliquidated-no statement of amounts claimed or what they are claimed for.  In addition, the claimant is not the landlord.  The Debtor is dealing directly with the landlord on claim 12770. |
| 1/30/09 | 8311 | Bank of America NA as Trustee for the Registered Holders of LB UBS Commercial Mortgage Trust 2003 C1 Commercial Mortgage Pass Through Certificates Series 2003 C1 as Collateral Assignee of Circuit Sports LP<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | Circuit Sports LP<br>Dept 355<br>PO Box 4408<br>Houston, TX  77210-4408 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant filed as lender to landlord not the landlord itself.  Also, the claim is unliquidated and the claimant has not provded any support for it. |
| 1/30/09 | 8930 | Bank of America NA, as Trustee for the Registered Holders of LB UBS Commercial Mortgage Trust 2003 C1 Commercial Mortgage Pass Through Certificates Series 2003 C1, as Collateral Assignee of W&S Associates LP<br>Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 | W&S ASSOCIATES LP<br>C/O SIMON PROPERTY GROUP<br>225 W. WASHINGTON ST.<br>INDIANAPOLIS, IN  46204 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant is lender to landlord and Debtors are addressing claim 12345 of the landlord. Claim lacks proof that claimant is entitled to assert claim or that any amounts are owing. |
| 1/29/09 | 8100 | Centro Properties Group t a County Line Plaza Jackson MS<br>c o David L Pollock Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | | $1,767.87 (administrative) | Circuit City Stores, Inc. | According to the debtor's books and records, nothing is owed for administrative CAM |
| 1/29/09 | 7810 | Colorado Structures, Inc. dba CSI Construction Co<br>c/o Andre K. Campbell, Esq.<br>McDonough Holland & Allen PC<br>555 Capitol Mall, 9th Fl.<br>Sacramento, CA 95814-4692 | | $82,409.48 (general unsecured) | Circuit City Stores West Coast, Inc. | The claim should be disallowed because the claim is not owed by the Debtors. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 4/30/09 | 12832 | CWCapital Asset Management LLC, as Special Servicer for Bank of America N A Demetrios Morakis Capmark Finance, Inc. 701 13th St. NW, Ste. 1000 Washington, DC 20005 | CWCapital Asset Management LLC, as Special Servicer for Bank of America N A c/o Kristen E. Burgers Venable LLP 8010 Towers Crescent Dr., Ste. 300 Vienna, VA  22182 | $794,308.99 (general unsecured) | Circuit City Stores, Inc. | Claimant is lender to landlord.  Claim lacks proof that claimant is entitled to assert claim. |
| 6/30/09 | 13950 | CWCapital Asset Management LLC, as Special Servicer for Bank of America NA, Successor by Merger to LaSalle Bank NA, as Trustee for the Holders of Nomura Securities Corporation Commercial Mortgage Pass Through Certificates Series 1998 D6 Attn: Lawrence A. Katz and Kristen E. Burgers 8010 Towers Crescent Dr., Ste. 300 Vienna, VA 22182-2707 | | $145,636.38 (administrative) | Circuit City Stores, Inc. | Claimant is lender to landlord.  Claim lacks proof that claimant is entitled to assert claim.  According to the Debtors' books and records, the amounts asserted are not owed. |
| 1/30/09 | 9102 | Dollar Tree Stores Inc Hofheimer Gartlir & Gross LLP 530 5th Ave New York, NY 10036-5101 | | $17,138,303.88 (general unsecured) $31,850.00 (administrative) | Circuit City Stores, Inc. | No amounts are owed per the debtor's books and records. |
| 6/15/09 | 13698 | EklecCo NewCo LLC Attn: Kevin M. Newman, Esq. Menter Rudin & Trivelpiece PC 308 Maltbie St., Ste. 200 Syracuse, NY 13204-1498 | | Unliquidated, but not less than $6,243.39 (administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the amounts asserted are not owed. |
| 3/23/09 | 12005 | Exeter JV Associates LP c/o Jeffrey Kurtzman, Esq. Klehr Harrison Harvey Branzburg & Ellers LLC 260 S. Broad St. Philadelphia, PA 19102 | | $50,000.00 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, there are no amounts owing the claimant. |
| 1/30/09 | 9485 | FRIEDLAND, LAWRENCE & MELVIN 22 E. 65TH ST. NEW YORK, NY 10021 | | $147,660.02 (general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the amount asserted for prepetition rent is overstated by $99,935.02.  After application of a credit in the amount of $178,381.85 for tax overpayment, no prepetition rent is owned. |
| 2/13/09 | 10862 | HOLIDAY UNION ASSOCIATES LP JAMES S CARR ESQ ROBERT L LEHANE ESQ KELLEY DRYE & WARREN LLP 101 PARK AVE NEW YORK, NY 10178 | Holiday Union Associates LP c o Benderson Development Company Inc Attn Ken Labenski 570 Delaware Ave Buffalo, NY  14202 | $5,732.26 (general unsecured) | Circuit City Stores, Inc. | Previously paid per debtor's books and records. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 1/30/09 | 9920 | Inland Southeast Colonial LLC<br>Attn James S Carr Esq<br>Attn Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate<br>General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | $13,711.23<br>(general unsecured) | Circuit City Stores, Inc. | No amounts owed to former landord (current landlord is making same claim in claim no. 13563). |
| 1/30/09 | 9922 | Inland Southeast Colunmbiana LLC<br>Attn James S Carr Esq<br>Attn Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate<br>General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | $2,273.90<br>(general unsecured) | Circuit City Stores, Inc. | No amounts owed to former landord (current landlord is making same claim in claim no. 13457). |
| 6/29/09 | 14284 | Janaf Shops LLC<br>Attn: Adam K. Keith<br>Honigman Miller Schwartz & Cohn LLP<br>660 Woodward Ave.<br>2290 First National Bldg.<br>Detroit, MI 48226-3506 | | $29,790.54<br>(administrative) | Circuit City Stores, Inc. | The claim should be disallowed because the Debtors' books and records reflect that $271.96 of unsubstantiated damages are not owed, and $13,406.81 of November stub rent, $10,613.77 of postpetition taxes, and $5,498.00 of attorneys fees duplicate the amounts asserted in claim 14511. |
| 1/30/2009 | 8562 | Manufacturers & Traders Trust Company as Trustee<br>c o Nicholas M Miller Esq<br>Neal Gerber & Eisenberg LLP<br>Two N LaSalle St Ste 1700<br>Chicago, IL 60602 | Manufacturers & Traders Trust Company as Trustee<br>c o Nancy George VP<br>Corporate Trust Dept<br>1 M&T Plaza 7th Fl<br>Buffalo, NY 14203 | Unliquidated but not less than $124,509.04<br>(general unsecured) | Circuit City Stores, Inc. | Claimant filed as lender to landlord and debtor is addressing claim 11716 with the landlord |
| 1/29/09 | 7621 | National Western Life Insurance Company<br>Frederick Black/Tara B. Annweiler<br>One Moody Plaza, 18th Floor<br>Galveston, TX 77550 | | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc. | No amounts are owed per the debtor's books and records. |
| 6/26/2009 | 13777 | PA Acadia Pelham Manor LLC<br>Daniel J Ansell and Howard J Berman and Heath B Kushnick<br>Greenberg Traurig LLP<br>200 Park Ave<br>New York, NY 10166 | Christian & Barton LLP<br>Michael D Mueller & Augustus C Epps Jr & Jennifer M McLemore<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | $127,465.51<br>(administrative) | Circuit City Stores, Inc. | November stub rent, administrative rent and post petition taxes are already covered in claim 9086. |
| 7/1/09 | 14417 | Philips International Holding Corp., As Agent for SP Massapequa LLC<br>Attn: James S. Carr, Esq.; Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | Philip J. Eisenberg<br>General Counsel<br>Philips International<br>295 Madison Ave.<br>New York, NY 10017 | $2,000.00<br>(administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the amounts asserted are not owed. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 1/30/09 | 8985 | Raymond & Main Retail LLC c o William A Trey Wood III Bracewell & Giuliani LLP 711 Louisiana St Ste 2300 Houston, TX 77002 | Fredric Albert CVM Law Group LLP 34 Tesla Ste 100 Irvine, CA 92618 | $856,459.10 (general unsecured) | Circuit City Stores, Inc. | No amounts are owed per the debtor's books and records (this claim is against the wrong debtor). |
| 1/30/09 | 8988 | Raymond & Main Retail LLC c o William A Trey Wood III Bracewell & Giuliani LLP 711 Louisiana St Ste 2300 Houston, TX 77002 | Fredric Albert CVM Law Group LLP 34 Tesla Ste 100 Irvine, CA 92618 | $856,459.10 (general unsecured) | Circuit City Stores West Coast, Inc. | No amounts are owed per the debtor's books and records. |
| 4/30/2009 | 13166 | Schottenstein Property Group Inc Peter J Barrett and Loc Pfeiffer Kutak Rock LLP Bank of America Center 1111 E Main St Ste 800 Richmond , VA 23219-3500 | | $31,288.44 (administrative) | Circuit City Stores, Inc. | The Debtor does not believe this claimant is the landlord, and thus is not entitled to this claim. The Debtor is dealing directly with the landlord on claim 12770. This claim is also included on the Books and Records Claims to be Reduced exhibit. |
| 6/30/2009 | 14177 | Sebring Retail Associates LLC Attn Augustus C Epps Jr & Jennifer M McLemore Christian & Barton LLP 909 E Main St Ste 1200 Richmond, VA 23219-3095 | | $23,971.78 (administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the administrative rent asserted is not owed. In addition, attorney fees are already addressed in claim 12447. |
| 1/30/09 | 9476 | Silverlake CCU Petula LLC Lauren Lonergan Taylor Esq Matthew E Hoffman Esq Duane Morris LLP 30 S 17th St Philadelphia, PA 19103-4196 | Mary Shwarze Esq c o Principal Life Insurance Company Silverlake CCU Petula LLC 711 High St Des Moines, IA 50392 | $56,047.58 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, nothing is owed to this claimant for the claim. |
| 4/29/09 | 12578 | TKG Coffee Tree LP c/o Eugene Chang Stein & Lubin LLP 600 Montgomery St., 14th Fl. San Francisco, CA 94111 | | Unliquidated, but not less than $970,602.20 -- $757,474.37 (general unsecured) $213,127.83 (administrative) | Circuit City Stores, Inc. | Circuit City Stores, Inc. is not an obligor or guarantor under the lease, and the Debtors are addressing duplicate claim 13010 filed against Circuit City Stores West Coast, Inc. |

| | | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 1/30/2009 | 9785 | Walnut Capital Partners Lincoln Place LP c o William E Kelleher Jr Esq Cohen & Grigsby PC 625 Liberty Ave Pittsburgh, PA 15222-3152 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | The claim is unliquidated and the claimant has not provided any support for the claim. |
| 4/30/09 | 12685 | WEC 99A 1 LLC c o Midland Loan Services Inc a Delaware Corporation c o Katharine Battaia Thompson and Knight LLP 1722 Routh St Ste 1500 Dallas, TX 75201 | Midland Loan Services Inc c o JP Morgan Chase Lockbox 974754 PNC Bank Lockbox 14800 Frye Rd TX1 0006 Fort Worth, TX 76155 | $327,946.27 (general unsecured) | Circuit City Stores, Inc. | The claimant is not the landord, and has not provided any support for a claim by it against the debtor. |
| 6/30/09 | 14249 | WEC 99A 1 LLC c o Katharine Battaia Thompson and Knight LLP 1722 Routh St Ste 1500 Dallas, TX 75201 | | $21,485.23 (administrative) | Circuit City Stores, Inc. | The claimant is not the landord, and has not provided any support for a claim by it against the debtor. In addition, the Debtors' books and records do not support the asserted liabilities. |
| 6/30/2009 | 14135 | WEC 99A 3 LLC Acting by and through Midland Loan Services Inc c o Katharine Battaia Thompson and Knight LLP Dallas, TX 75201 | | $33,249.25 (administrative) | Circuit City Stores, Inc. | The claimant is not the landord, and has not provided any support for a claim by it against the debtor. |
| 4/30/2009 | 12851 | WEC 99A 3 LLC c o Midland Loan Services Inc a Delaware Corporation c o Katharine Battaia Thompson and Knight LLP 1722 Routh St Ste 1500 Dallas, TX 75201 | Midland Loan Services Inc c o JP Morgan Chase Lockbox 974754 PNC Bank Lockbox 14800 Frye Rd TX1 0006 Fort Worth, TX 76155 | $442,917.84 (general unsecured) | Circuit City Stores, Inc. | The claimant is not the landord, and has not provided any support for a claim by it against the debtor. |
| 1/30/09 | 8914 | Wells Fargo Bank NA as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc Commercial Mortgage Pass Through Certificates Series 2007 2 as Collateral Assignee of DDRTC Sycamore Commons Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | DDRTC SYCAMORE COMMONS LLC C O DEVELOPERS DIVERSIFIED REALTY CORPORATION 3300 ENTERPRISE PARKWAY BEACHWOOD, OH 44122 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | The claim is expunged because the claimant has not provided support for its unliquidated claim. |
| 1/30/09 | 8565 | Wells Fargo Bank NA as Trustee for the Registered Holders of GE Capital Commercial Mortgage Corporation Commercial Mortgage Pass Through Certificates Series 2002 2 as Collateral Assignee of DDR Southeast Cortez LLC Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | Notice Party(ies): DDR SOUTHEAST CORTEZ LLC C O DEVELOPERS DIVERSIFIED REALTY CORPORATION 3300 ENTERPRISE PKWY NO 1 BEACHWOOD, OH 44122 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | The claim is expunged because the claimant has not provided support for its unliquidated claim. |

| | | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 1/30/09 | 8348 | Wells Fargo Bank NA as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Corp Commercial Mortgage Pass Through Certificates Series 2005 LDP2 as Collateral Assignee of Southland Center Investors<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL  33131 | | Unliquidated (general unsecured) | Circuit City Stores Inc. | Claim is unliquidated-no statement of amounts claimed or what they are claimed for.  In addition, the claimant is not the landlord.  The Debtor is dealing directly with the landlord on claims 12676 and 13887. |
| 1/30/09 | 8326 | Wells Fargo Bank NA as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass Through Certificates Series 2003 C5 as Collateral Assignee of DDRTC Columbiana Station 1 LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | DDRTC Columbiana Station 1 LLC<br>c o Developers Diversified Realty Corp<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | The claim is expunged because the claimant has not provided support for its unliquidated claim. |
| 1/30/09 | 8322 | Wells Fargo Bank NA, as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass Through Certificates Series 2003 C6, as Collateral Assignee of 36 Mommouth LLC<br>Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 | 36 Mommouth Plaza LLC<br>Achs Management Corp.<br>1412 Broadway, 3rd Fl.<br>New York, NY  10018 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant is lender to landlord.  Claim lacks proof that claimant is entitled to assert claim or that any amounts are owing. |

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)

**EXHIBIT F**

**LATE FILED CLAIMS TO BE EXPUNGED**

| LATE FILED CLAIMS | | | | | |
|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Face Claim Amount | Debtor |
| 1/30/2009 | 8786 | BEV CON I LLC<br>c o Vornado Realty Trust<br>210 Rte 4 E<br>Paramus, NJ 07652 | | Unliquidated, but not less than $4,154,347.74 (general unsecured)<br><br>Unliquidated (administrative) | Circuit City Stores West Coast, Inc. |
| 5/27/09 | 13076 | DMARC 2006-CD2 DAVIDSON PLACE, LLC<br>c/o Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 South Biscayne Blvd., Suite 2500<br>Miami, Florida 33131 | BPP-VA,LLC<br>c/o John C. LaLiberte, Esq.<br>Sherin and Lodgen, LLP<br>101 Federal Street<br>Boston, MA 02110 | $74,633.87 (general unsecured) | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc. et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**AMENDED CLAIMS TO BE EXPUNGED**

| | | CLAIMS TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 6/19/09 | 13542 | BFW Pike Associates LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122<br><br>Jeffries Leveraged Credit Products, LLC<br>One Station Place, Three North<br>Stamford, CT 06902<br>Attn: Robert K. Minkoff | $84,215.80<br>(administrative) | Circuit City Stores, Inc. | 14985 | Circuit City Stores, Inc. | $26,091.95 (administrative) |
| 1/28/09 | 7422 | BPP VA LLC<br>John C La Liberte Esq<br>Sherin and Lodgen LLP<br>101 Federal St<br>Boston, MA  02110 | | $855,376.86<br>(general unsecured) | Circuit City Stores Inc. | 13076 | Circuit City Stores, Inc. | $930,010.73<br>(general unsecured)<br><br>$2,000.00<br>(priority) |
| 1/29/09 | 8486 | Centro Properties Group t a Midway Market Square Elyria OH<br> c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103 | | $28,560.00<br>(administrative) | Circuit City Stores Inc. | 12532 | Circuit City Stores, Inc. | $33,983.04<br>(administrative) |
| 4/8/09 | 12049 | Continental 64 Fund LLC<br>W134 N8675 Executive Pkwy<br>Menomonee Falls, WI  53051 | | Unliquidated<br>(priority) | Circuit City Stores Inc. | 13364 | Circuit City Stores, Inc. | $1,539,498.74<br>(general unsecured)<br><br>$74,195.46<br>(administrative) |
| 4/30/09 | 12440 | DDR MDT Carillon Place LLC<br>Attn James S Carr & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | $80,040.76<br>(administrative) | Circuit City Stores, Inc. | 13557 | Circuit City Stores, Inc. | $59,151.60 (administrative) |
| 6/19/09 | 13520 | DDRM Skyview Plaza LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | $87,744.59<br>(administrative) | Circuit City Stores, Inc. | 14948 | Circuit City Stores, Inc. | $75,537.28 (administrative) |

In re Circuit City Stores, Inc. et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**AMENDED CLAIMS TO BE EXPUNGED**

| | | CLAIMS TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
| 6/19/09 | 13545 | DDRM Skyview Plaza LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | $73,212.47 (administrative) | Circuit City Stores, Inc. | 14986 | Circuit City Stores, Inc. | $92,490.22 (administrative) |
| 6/19/09 | 13471 | DDRTC Columbiana Station LLC<br>Attn James S Carr & Robert L LeHane Esq<br>101 Park Ave<br>New York, NY 10178 | Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | $32,175.19 (administrative) | Circuit City Stores, Inc. | 14950 | Circuit City Stores, Inc. | $41,048.09 (administrative) |
| 4/30/09 | 13587 | DDRTC Sycamore Commons LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122<br><br>Jeffries Leveraged Credit Products, LLC<br>One Station Place, Three North<br>Stamford, CT 06902<br>Attn: Robert K. Minkoff | $51,165.01 (administrative) | Circuit City Stores, Inc. | 14978 | Circuit City Stores, Inc. | $33,420.62 (administrative) |
| 6/18/09 | 13444 | First Berkshire Properties LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | First Berkshire Properties Inc<br>Attn Ken Labenski<br>c o Benderson Development Company Inc<br>570 Delaware Ave<br>Buffalo, NY  14202 | $123,463.02 (administrative) | Circuit City Stores, Inc. | 14901 | Circuit City Stores, Inc. | $125,191.93 (administrative) |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**AMENDED CLAIMS TO BE EXPUNGED**

| | | CLAIMS TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
| 6/19/09 | 13560 | GSII Green Ridge LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122<br><br>Jeffries Leveraged Credit Products, LLC<br>One Station Place, Three North<br>Stamford, CT 06902<br>Attn: Robert K. Minkoff | $49,148.77<br>(administrative) | Circuit City Stores, Inc. | 14985 | Circuit City Stores, Inc. | $26,091.95 (administrative) |
| 4/30/09 | 12592 | Inland Sau Greenville Point LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | Unliquidated<br>(administrative) | Circuit City Stores, Inc. | 14938 | Circuit City Stores, Inc. | $69,411.67 (administrative) |
| 5/1/09 | 12771 | JUBILEE-SPRINGDALE, LLC<br>Attention: Kimberly A. Pierro, ESQ.<br>Kutak Rock LLP<br>1111 E. Main Street, STE 800<br>Richmond, VA 23219 | Claim 12770:<br>Shoppes of Beavercreek LTD<br>Attention: Kimberly A. Pierro, Esq.<br>Kutak Rock LLP<br>1111 E. Main Street, STE 800<br>Richmond, VA 23219 | $759,541.86<br>(general unsecured) | Circuit City Stores Inc. | 12770 | Circuit City Stores, Inc. | $721,557.53<br>(general unsecured) |
| 6/29/09 | 13816 | Ricmac Equities Corporation<br>c/o Contrarian Capital Management LLC<br>411 W. Putnam Ave., Ste. 425<br>Greenwich, CT 06830 | | $76,619.34<br>(administrative) | Circuit City Stores, Inc. | 14880 | Circuit City Stores, Inc. | $82,716.98<br>(administrative) |
| 6/19/09 | 13543 | Riverdale Retail Associates, LC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122<br><br>Jeffries Leveraged Credit Products, LLC<br>One Station Place, Three North<br>Stamford, CT 06902<br>Attn: Robert K. Minkoff | $24,400.32<br>(administrative) | Circuit City Stores, Inc. | 14985 | Circuit City Stores, Inc. | $26,091.95 (administrative) |
| 1/28/2009 | 7163 | ROSSMOOR SHOPS, LLC<br>c o Niclas A. Ferland, Esq.<br>LeClairRyan, A Professional Corporation<br>555 Long Wharf Drive, 8th Floor<br>New Haven, CT 06511 | | $21,954.26<br>(general unsecured) | Circuit City Stores, Inc. | 12339 | Circuit City Stores, Inc. | $1,223,837.06<br>(general unsecured) |
| 1/30/09 | 9236 | TKG Coffee Tree LP<br>c/o Leon Y. Tuan and Eugene K. Chang<br>Stein & Lubin LLP<br>600 Montgomery St., 14th Fl.<br>San Francisco, CA 94111 | | $67,466.66<br>(administrative) | Circuit City Stores West Coast, Inc. | 13010 | Circuit City Stores West Coast, Inc. | Unliquidated, but not less than<br>$757,474.37<br>(general unsecured)<br><br>$213,127.83<br>(administrative) |