Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | **:**  Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al., | **:**  Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:**  (Jointly Administered) |
| | **:** |
| | **:** |

## NOTICE OF LIQUIDATING TRUST'S NINTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Liquidating Trust's Ninth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.  By the Objection, the Liquidating Trust is seeking to reduce certain claims, reclassify certain claims, and disallow certain claims.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the

Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Reference Objection |
|---|---|---|---|

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M. (EASTERN TIME) ON APRIL 7, 2011, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

<u>**Critical Information for Claimants Choosing to File a Response to the Objection**</u>

<u>Who Needs to File a Response</u>: If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

<u>Response Deadline</u>: The Response Deadline is **<u>4:00 p.m. (Eastern Time) on April 7, 2011 (the "Response Deadline")</u>**.

2

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

The status hearing on the Objection will be held at  **2:00 p.m. (Eastern Time) on April 14, 2011 at:**

> United States Bankruptcy Court
> 701 East Broad Street – Courtroom 5000
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

<u>**Procedures for Filing a Timely Response and
Information Regarding the Hearing on the Objection**</u>

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

> a.     a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

b.      the claimant's name and an explanation for the amount of the Claim;

c.      a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d.      a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e.      a declaration of a person with personal knowledge of the relevant facts that support the Response;

f.      the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address").  If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

g.      to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**.  To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf.  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

**Additional Information**

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.

Dated:    February 25, 2011

                              */s/ Paula S. Beran*
                              Lynn L. Tavenner (VA Bar No. 30083)
                              Paula S. Beran (VA Bar No. 34679)
                              TAVENNER & BERAN, P.L.C.
                              20 North Eighth Street, 2nd Floor
                              Richmond, Virginia  23219
                              Telephone:  804-783-8300
                              Facsimile:  804-783-0178
                              Email:  ltavenner@tb-lawfirm.com
                                      pberan@tb-lawfirm.com

                              -and-

                              Jeffrey N. Pomerantz (admitted *pro hac vice*)
                              Andrew W. Caine (admitted *pro hac vice*)
                              PACHULSKI STANG ZIEHL & JONES LLP
                              10100 Santa Monica Blvd.
                              11th Floor
                              Los Angeles, California  90067-4100
                              Telephone: 805-123-4567
                              Facsimile:  310/201-0760
                              E-mail:  jpomerantz@pszjlaw.com
                                       acaine@pszjlaw.com

                              *Counsel for the Circuit City Stores, Inc.*
                              *Liquidating Trust*

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                                    :     Chapter 11
                                          :
CIRCUIT CITY STORES, INC., et al.,        :     Case No. 08-35653 (KRH)
                                          :
            Debtors.                      :
- - - - - - - - - - - - - - -             :     Jointly Administered
                                          x

**LIQUIDATING TRUST'S NINTH OMNIBUS OBJECTION TO
LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED
CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through

Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the

Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated

Debtors and Debtors in Possession and its Official Committee of Creditors Holding

General Unsecured Claims (the "Plan") in the above-captioned cases, hereby files this

Liquidating Trust's Ninth Omnibus Objection to Landlord Claims (Reduction of Certain

Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of

Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of

Certain Amended Claims) (the "Objection"), and hereby moves this court (the "Court"),

pursuant to sections 105, 502 and 503 of title 11 of the United States Code, 11 U.S.C. §§

101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for

an order, the proposed form of which is attached hereto as Exhibit A, granting the relief

sought by this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.        This Court has jurisdiction to consider this Objection under 28

U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of

these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

The statutory and legal predicates for the relief requested herein are Bankruptcy Code

sections 105, 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.        On November 10, 2008 (the "Petition Date"), the debtors in the

above-captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief

under chapter 11 of the Bankruptcy Code.

      3.      On November 12, 2008, the Office of the United States Trustee for

the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").

      4.      On November 12, 2008, the Court appointed Kurtzman Carson

Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these

chapter 11 cases pursuant to 28 U.S.C. § 156(c).

      5.      On December 10, 2008, the Court entered that certain Order

Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002,

3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of

Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the

"Claims Bar Date Order").

      6.      Pursuant to the Claims Bar Date Order, the deadline for filing all

"claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the

Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the

"General Bar Date"). The deadline for governmental units to file claims that arose before

November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar

Date"). Pursuant to the Claims Bar Date Order, this Court approved the form and manner

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel,

*(cont'd)*

of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date

Order (the "Claims Bar Date Notice").

7.      On December 17 and 19, 2008, KCC served a copy of the Claims

Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy

Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity

holders, and certain other parties (Docket No. 1314).  In addition, the Debtors published

the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The

Richmond Times-Dispatch (Docket No. 1394).

8.      On November 12, 2008, this Court entered that certain Order

Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims

Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and

Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No.

107)(the "503(b)(9) Bar Date Order").

9.      Pursuant to the 503(b)(9) Bar Date Order, this Court approved the

form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the

503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9)

Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim

asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy

Code was on December 19, 2008 (the "503(b)(9) Bar Date").

10.     On November 19, 2008, KCC served a copy of the 503(b)(9) Bar

Date Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases,

_____

*(cont'd from previous page)*
  LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

the Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the

Debtors published the 503(b)(9) Bar Date Notice in The New York Times (Docket No.

549), The Wall Street Journal (Docket No. 548), and The Richmond Times-Dispatch

(Docket No. 547).

   11. On January 16, 2009, the Court authorized the Debtors, among other

things, to conduct going out of business sales at the Debtors' remaining 567 stores

pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a

joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going

out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.

As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had

been completed.

   12. On April 1, 2009, this Court entered an Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of Notice of Omnibus

Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

   13. On May 15, 2009, the Court entered that certain Order Pursuant to

Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Administrative Bar Date and Procedures For Filing and Objecting To Administrative

Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No.

3354) (the "First Administrative Claims Bar Date Order").

   14. Pursuant to the First Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests (as defined in the First

Administrative Claims Bar Date Order) incurred in the period between November 10, 2008

and April 30, 2009 was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant to the First

Administrative Claims Bar Date Order, this Court approved the form and manner of the

claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar

Date Order (the "Claims Bar Date Notice").

15.    On or before May 22, 2009, KCC served a copy of the

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609).  In

addition, the Debtors published the Administrative Claims Bar Date Notice in The

Financial Times (Docket No. 3970), The Richmond Times-Dispatch (Docket No. 3969)

and The Wall Street Journal (Docket No. 3968).

16.    On February 18, 2010, the Court entered that certain Order Pursuant

to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Second Administrative Bar Date and Procedures For Filing and Objecting To

Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof

(Docket No. 6555) (the "Second Administrative Claims Bar Date Order").

17.    Pursuant to the Second Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests for the period May 1, 2009

through December 31, 2009 (as defined in the Administrative Claims Bar Date Order) was

5:00 p.m. (Pacific) on March 31, 2010.  Pursuant to the Second Administrative Claims Bar

Date Order, this Court approved the form and manner of the claims bar date notice, which

was attached as Exhibit A to the Second Administrative Claims Bar Date Order (the

"Claims Bar Date Notice").

18.    On or before February 25, 2010, KCC served a copy of the Second

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket No. 6705).  Supplemental

service of the Second Administrative Bar Date Notice was provided by overnight mail to

one party, Brockton Superior Court, on March 26, 2010 (Docket Nos. 7089 and 7535).  In

addition, the Debtors published the Administrative Claims Bar Date Notice in The

Financial Times (Docket No. 6719), The Richmond Times-Dispatch (Docket No. 6717)

and The Wall Street Journal (Docket No. 6718).

19.     On August 9, 2010, the Debtors and the Creditors' Committee filed

the Plan, which provides for the liquidation of the Debtors' assets and distribution of the

proceeds thereof under chapter 11 of the Bankruptcy Code.

20.     On September 10, 2010, the United States Bankruptcy Court,

Eastern District of Virginia, signed an Order confirming the Plan.

21.     The Plan became effective on November 1, 2010 (the "Effective

Date"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the

Liquidation Trust assumed the right and responsibility to liquidate the Debtors' remaining

assets and distribute the proceeds to creditors, including the prosecution of Causes of

Action and objections to claims.

### OBJECTIONS TO CLAIMS

22.     By this Objection, the Liquidating Trust seeks entry of an order, in

substantially the form attached hereto as Exhibit A, pursuant to Bankruptcy Code sections

105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1,

(i) reducing each of the claims identified on Exhibit C attached hereto, (ii) reclassifying

each of the claims on Exhibit D attached hereto, and (iii) disallowing each of the claims

identified on Exhibit E through Exhibit G attached hereto (collectively, the "Claims") for

the reasons set forth below.

23.    For ease of reference, attached hereto as Exhibit B is an alphabetical

listing of all claimants whose Claims are included in this Objection (the "Claimants"), with

a cross-reference by claim number.

**A.    Reduction of Certain Partially Invalid Claims**

24.    The basis for reduction of the claims listed on Exhibit C attached

hereto (the "Partially Invalid Claims") is that all of the Partially Invalid Claims assert, in

part, amounts for which the Debtors are not liable.

25.    Specifically, after a review of the Partially Invalid Claims and the

bases upon which each is asserted, and a review of the Debtors' books and records, the

Liquidating Trust has determined that certain portions of the Partially Invalid Claims are

(i) liabilities already asserted by the Claimants in other claims; (ii) liabilities that have

already been satisfied by the Debtors; or (iii) liabilities for which the Debtors dispute

liability.  Accordingly, the Liquidating Trust requests that the Partially Invalid Claims

identified on Exhibit C be reduced in the manner stated in Exhibit C for the reasons stated

therein.

**B.    Reclassification of Certain Misclassified Claims**

26.    The basis for reduction of the claims listed on Exhibit D attached

hereto (the "Misclassified Claims") is that the Misclassified Claims are improperly

classified.

27.    Specifically, after a review of the Misclassified Claims, the bases

upon which each is asserted, and a review of the Debtors' books and records, the

Liquidating Trust submits that the Misclassified Claims are asserted, in whole or in part,

with incorrect classifications and should be reclassified.  Accordingly, the Liquidating

Trust requests that each Misclassified Claim identified on <u>Exhibit D</u> be reclassified in the

manner set forth in <u>Exhibit D</u>.

**C.      Disallowance of Certain Invalid Claims**

28.      The basis for disallowance of the claims listed on <u>Exhibit E</u> attached

hereto (the "Invalid Claims") is that all of the Invalid Claims assert, in their entirety,

amounts for which the Debtors are not liable.

29.      Specifically, after a review of the Invalid Claims and the bases upon

which each is are asserted, and a review of the Debtors' books and records, the Liquidating

Trust has determined that the Invalid Claims are based on liabilities already asserted by the

Claimants in other claims (i) liabilities that already have been satisfied by the Debtors, or

(ii) liabilities for which the Debtors dispute any liability.  Accordingly, the Liquidating

Trust requests that the Invalid Claims identified on <u>Exhibit E</u> be disallowed for the reasons

stated therein.

**D.      Disallowance of Certain Late Filed Claims**

30.      The basis for disallowance of the claims listed on <u>Exhibit F</u> attached

hereto (the "Late-Filed Claims") is that each such claim was filed after the relevant bar

date.  The disallowance of each of the Late-Filed Claims set forth on <u>Exhibit F</u> is

appropriate under the appropriate Bar Date Order as well as under applicable law.

31.      Bar dates for asserting claims in chapter 11 bankruptcy cases serve

extremely important purposes.  "The requirement of a Bar Date in Chapter 11 enables the

debtor…to establish the universe of claims with which it must deal and the amount of

those claims." See In re A.H. Robins Co., Inc., 129 B.R. 457, 459 (Bankr. E.D. Va. 1991).

Premised on the imperative purpose of finality of asserting claims against a debtor, courts

have not allowed claims filed by creditors after the bar date, absent special circumstances.

See In re Provident Hosp., Inc., 122 B.R. 683, 685 (D. Md. 1990), aff'd, 943 F.2d 49 (4th

Cir. 1991) (unpublished opinion) ("Because Bean did not timely file his bankruptcy claim

after having been given constitutionally sufficient notice, his claim is barred under well-

settled authority, 11 U.S.C. 1141(d) and Bankruptcy Rule 3003 (c) (2).").

32.     Each Late-Filed Claim was filed in the present cases after the

applicable bar date had passed.  Accordingly, pursuant to the applicable Bar Date Order,

these Claims are "forever barred, estopped, and permanently enjoined from asserting such

claim against the Debtors…"

33.     It is essential for the Liquidating Trust to establish the proper

liabilities asserted against the Debtors.  In order to achieve the imperative of finality in the

claims process, the Liquidating Trust requests that this Court disallow the Late-Filed

Claims in their entirety and for all purposes in these bankruptcy cases.

**E.     Disallowance of Certain Amended Claims**

34.     Exhibit G contains a list of claims that have been rendered moot by

the claimant filing a subsequent "amending" claim that supersedes the claim listed on

Exhibit G (the "Amended Claims").

35.     The Liquidating Trust objects to the Amended Claims, because,

among other reasons, the same claimant subsequently filed an amended claim, the amount

and basis of which are the subject of the Amended Claim.  Such repetitive claims should

be disallowed. The Amended Claims listed on <u>Exhibit G</u> under "Claim to be Disallowed"

should be disallowed for all purposes in these bankruptcy cases. The claims listed as

"Surviving Claim" on <u>Exhibit G</u> hereto (the "Surviving Superseding Claims") shall remain

in effect and are not affected by this portion of this Objection; <u>provided</u>, <u>however</u>, that

such Surviving Superseding Claims may be the subject of another section of this Objection

or a separate subsequently filed objection.

## <u>RESERVATION OF RIGHTS</u>

36.     At this time, the Liquidating Trust has not completed its review of

the validity of all claims/expenses filed against the Debtors' estates, including the Claims

objected to herein. Accordingly, any of the Claims objected to herein may be the subject

of other bases for objection herein and/or additional subsequently filed objections on any

grounds that bankruptcy law or non-bankruptcy law permits. To that end, the Liquidating

Trust reserves the right to further object to any and all claims, whether or not the subject of

this Objection, for allowance and/or distribution purposes, and on any other grounds.

Furthermore, the Liquidating Trust reserves the right to modify, supplement and/or amend

this Objection as it pertains to any Claim or claimant herein.

## <u>NOTICE AND PROCEDURE</u>

37.     Notice of this Objection has been provided to all Claimants with

Claims that are the subject to this Objection as identified on <u>Exhibit C</u> through <u>Exhibit G</u>,

respectively, and to parties-in-interest in accordance with the Court's Supplemental Order

Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and

Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case

Management and Administrative Procedures (entered on December 30, 2009 at Docket No.

6208) (the "Case Management Order").  The Liquidating Trust submits that the following

methods of service upon the Claimants should be deemed by the Court to constitute due

and sufficient service of this Objection: (a) service in accordance with Federal Rule of

Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of Civil

Procedure 4; (b) to the extent counsel for a Claimant is not known to the Liquidating Trust,

by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form

or other representative identified in the proof of claim form or any attachment thereto; or

(c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's

behalf in the Debtors' bankruptcy cases.  The Liquidating Trust is serving the Claimant

with this Objection and the exhibit on which the Claimant's claim is listed.

      38.    To the extent any Claimant timely files and properly serves a

response to this Objection by **4:00 P.M. (Eastern) on April 7, 2011** as required by the

Case Management Order and under applicable law, and the parties are unable to otherwise

resolve the Objection, the Liquidating Trust requests that the Court conduct a status

conference[2] with respect to any such responding claimant at **2:00 P.M. (Eastern) on April

14, 2011** and thereafter schedule the matter for a future hearing as to the merits of such

claim.  However, to the extent any Claimant fails to timely file and properly serve a

response to this Objection as required by the Case Management Order and applicable law,

the Liquidating Trust requests that the Court enter an order, substantially in the form

attached hereto as Exhibit A, reducing the Partially Invalid Claims set forth on Exhibit C,

Reclassifying the Misclassified Claims set forth on Exhibit D, and disallowing the invalid,

late filed, duplicate and amended claims set forth on <u>Exhibit E</u> through <u>Exhibit G</u> attached hereto.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

39.     This Objection complies with Bankruptcy Rule 3007(e). Additionally, the Liquidating Trust submits that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

40.     Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Liquidating Trust requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

41.     No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

---

*(cont'd from previous page)*
[2] In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the Objection do not need to appear at the status conference.

Dated: Richmond, Virginia
     February 25, 2011

TAVENNER & BERAN, PLC


    */s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## EXHIBIT A

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S NINTH OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS,
AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Ninth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit G attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.     The Objection is SUSTAINED.

2.     The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3.     The Claims identified on Exhibit B as attached hereto and incorporated herein are forever reclassified in these bankruptcy cases in the manner stated

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

in <u>Exhibit B</u>.

4.      The Claims identified on <u>Exhibits C</u> through <u>Exhibit E</u> as attached

hereto and incorporated herein are forever disallowed in their entirety for all purposes in

these bankruptcy cases.

5.      The Liquidating Trust's rights to object to any claim including

(without limitation) the Claims subject to the Objection, on any grounds that applicable

law permits, are not waived and are expressly reserved.

6.      The Liquidating Trust shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or before five (5) business days from

the entry of this Order.

7.      This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
          _____, 2011


                         _____
                         HONORABLE KEVIN R. HUENNEKENS
                         UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                        - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                        - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*




## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing
proposed order has been endorsed by or served upon all necessary parties.

                                    /_____
                                    Lynn L. Tavenner

In re Circuit City Stores, et al.
Case No. 08-35653 (KRH)
**Exhibit B**
ALPHABETICAL LISTING OF CLAIMANTS

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 19th Street Investors Inc<br>John D Demmy<br>Stevens & Lee PC<br>1105 N Market St 7th Fl<br>Wilmington, DE 19801 | 14055 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Abilene Ridgemont LLC<br>c o Douglas C Noble Esq<br>Phelps Dunbar LLP<br>PO Box 23066<br>Jackson, MS  39225-3066 | 14599 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Abilene Ridgemont LLC<br>c o Douglas C Noble Esq<br>Phelps Dunbar LLP<br>PO Box 23066<br>Jackson, MS  39225-3066 | 12241 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Alamonte Springs Real Estate Associates LLC<br>Attn David Gould<br>c/o Yale Realty Services<br>501 Washington Ave<br>Pleasantville, NY  10570 | 5548 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Altamonte Springs Real Estate Associates LLC<br>c/o Shiela deLa Cruz Esq<br>Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA  23218-0500 | 12314 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Altamonte Springs Real Estate Associates LLC<br>c o Shiela deLa Cruz Michael P Falzone<br>Hirschler Fleischer, PC<br>Post Office Box 500<br>Richmond, Virginia 23218-0500 | 14807 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Altamonte Springs Real Estate Associates LLC<br>c o Shiela deLa Cruz Esq<br>Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA  23218-0500 | 13636 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Amreit a Texas Real Estate Investment Trust<br>c/o James V Lombardi III<br>Ross Banks May Cron & Cavin PC<br>2 Riverway, Ste. 700<br>Houston, TX 77056 | 11085 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Amreit a Texas Real Estate Investment Trust<br>c/o James V. Lombardi III<br>Ross Banks May Cron & Cavin PC<br>2 Riverway, Ste. 700<br>Houston, TX 77056 | 6073 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| AmREIT, a Texas Real Estate Investment Trust<br>c/o James V. Lombardi, III<br>Ross, Banks, May, Cron, & Cavin, P.C.<br>2 Riverway, Suite 700<br>Houston, TX 77056 | 12367 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Archon Group LP<br>William L Wallander & Angela B Degeyter<br>Vinson & Elkins LLP<br>2001 Ross Ave Ste 3700<br>Dallas, TX  75201-2975 | 13783 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Argyle Forest Retail I LLC<br>c o Heather D Dawson Esq<br>Kitchens Kelley Gaynes PC<br>3495 Piedmont Rd NE Bldg 11 Ste 900<br>Atlanta, GA 30305 | 5575 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Ave Forsyth LLC Cousins 335932 11<br>Attn Dustin P Branch<br>Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 | 14129 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Ave Forsyth LLC Cousins Store No 4252<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Pk E 26th Fl<br>Los Angeles, CA 90067 | 9506 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| AVR CPC Associates LLC<br>c o AVR Realty Company<br>One Executive Blvd<br>Yonkers, NY 10701 | 12866 | EXHIBIT F<br>LATE-FILED CLAIMS TO BE EXPUNGED |
| AVR CPC Associates LLC<br>c o AVR Realty Company<br>One Executive Blvd<br>Yonkers, NY 10701 | 12865 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| AVR CPC Associates LLC<br>c o AVR Realty Company<br>One Executive Blvd<br>Yonkers, NY 10701 | 12866 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Bank of America NA as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Corp Commercial<br>Mortgage Pass Through Certificates Series 2003 MLI as Collateral Assignee of Encinitas PFA LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 8328 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Bank of America NA, as Trustee for the Registered Holders of CD 2005 CD1 Commercial Mortgage Trust Commercial Mortgage Pass Through Certificates Series 2005 CD1, as Collateral Assignee of Johnson City Crossing Delaware LLC<br>Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 | 8917 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Bank<br>Attn: Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 9724 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| BLDG 2007 RETAIL LLC & NETARC LLC<br>attn:  Scott Zecher<br>Dorian Goldman, Katja Goldman, Lloyd Goldman<br>c/o Building Management Co., Inc.<br>Attn: Scott Zecher<br>417 Fifth Avenue, 4th Floor<br>New York, NY 10016 | 12574 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| BLDG 2007 RETAIL LLC & NETARC LLC<br>attn:  Scott Zecher<br>Dorian Goldman, Katja Goldman, Lloyd Goldman<br>c/o Building Management Co., Inc.<br>Attn: Scott Zecher<br>417 Fifth Avenue, 4th Floor<br>New York, NY 10016 | 14052 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| BLDG 2007 RETAIL LLC & NETARC LLC<br>attn:  Scott Zecher<br>Dorian Goldman, Katja Goldman, Lloyd Goldman<br>c/o Building Management Co., Inc.<br>Attn: Scott Zecher<br>417 Fifth Avenue, 4th Floor<br>New York, NY 10016 | 14052 | EXHIBIT F<br>LATE-FILED CLAIMS TO BE EXPUNGED |
| Bond  Circuit VIII Delaware Business Trust<br>One Paragon Dr Suite 145<br>Montvale, NJ 07645 | 12407 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Bond CC II DBT<br>Attn David Vanaskey Corporate Trust Administration<br>c o Wilmington Trust Company<br>1100 N Market St<br>Wilmington, DE 19890 | 8883 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Bond CC III DBT<br>Attn: David Vanaskey Corporate Trust Administration<br>c/o Wilmington Trust Company<br>1100 N. Market St.<br>Wilmington, DE 19890 | 8868 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Bond CC VI DBT<br>Attn: David Vanaskey, Corporate Trust Administration<br>c/o Wilmington Trust Company<br>1100 N. Market St.<br>Wilmington, DE 1989 | 8709 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Bond Circuit III DBT<br>Attn: David Vanaskey Corporate Trust Administration<br>c/o Wilmington Trust Company<br>1100 N. Market St.<br>Wilmington, DE 19890 | 8686 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Bond Circuit VIII<br>Attn David Vanaskey Corporate Trust Administration<br>c o Wilmington Trust Company<br>1100 N Market St<br>Wilmington, DE 19890 | 8684 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Brandywine Operating Partnership LP<br>LeClairRyan, A Professional Corporation<br>Niclas A. Ferland, Admitted Pro Hac Vice<br>Ilan Markus<br>555 Long Wharf Dr., 8th Fl.<br>New Haven, CT 06511 | 13723 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BT Bloomington LLC an Illinois Limited Liability Company and Successor in Interest to Colonial Plaza Associates<br>Jeffrey Kurtzman, Esq. and Kathleen E. Torbit, Esq.<br>Klehr Harrison Harvey Branzburg & Ellers LLP<br>260 S. Broad St.<br>Philadelphia, PA 19102 | 14048 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Carriage Crossing Market Place LLC<br>Attn Eric T Ray<br>Balch & Bingham LLP<br>1901 Sixth Ave N Ste 1500<br>PO Box 306<br>Birmingham, AL 35201-4642 | 14022 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CBL Terrace Limited Partnership<br>c o Scott M Shaw<br>Husch Blackwell Sanders LLP<br>2030 Hamilton Pl Blvd Ste 150<br>Chattanooga, TN 37421 | 12275 | EXHIBIT D<br>CLAIMS TO BE RECLASSIFIED |
| CC Properties LLC<br>Attn: Michelle Ingle<br>c/o FBL Financial Group, Inc.<br>5400 University Ave.<br>West Des Moines, IA 50266 | 14001 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Properties LLC<br>Attn Michelle Ingle<br>c o FBL Financial Group Inc<br>5400 University Ave<br>West Des Moines, IA  50266 | 14002 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| CC Properties LLC<br>Attn: Michelle Ingle<br>c/o FBL Financial Group, Inc.<br>5400 University Ave.<br>West Des Moines, IA 50266 | 13973 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Centro Properties Group t a Sun Plaza Walton Beach FL<br>c o David L Pollack esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12623 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Centro Properties Group t a Sun Plaza Walton Beach FL<br>c o David L Pollack esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12678 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Centro Properties Group ta Dickson City Crossing Dickson City PA<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12528 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Centro Properties Group ta Dickson City Crossing Dickson City PA<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12920 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Centro Properties Group ta Dickson City Crossing Dickson City PA<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12920 | EXHIBIT D<br>CLAIMS TO BE RECLASSIFIED |
| Centro Properties Group ta University Commons Greenville Greenville NC<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12557 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| CGCMT 2006 C5 Glenway Avenue LLC<br>c/o Mindy Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 | 12981 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Chandler Gateway Partners LLC<br>Macerich 203270 1461<br>Attn Dustin P Branch<br>Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 | 13990 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Chandler Gateway Partners LLC<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 | 13939 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Chico Crossroads LP<br>Attn Neil E Herman<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 12001 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Chino South Retail PG LLC<br>c/o William A. Trey Wood III<br>Bracewell & Giuliani LLP<br>711 Louisiana St., Ste. 2300<br>Houston, TX 77002 | 8990 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Chino South Retail PG LLC<br>c/o William A. Trey Wood III<br>Bracewell & Giuliani LLP<br>711 Louisiana St., Ste. 2300<br>Houston, TX 77002 | 8990 | EXHIBIT F<br>LATE-FILED CLAIMS TO BE EXPUNGED |
| Circuit Investors No 2 Ltd A Texas Partnership<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven., CT 06511 | 12165 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Cobb Corners II Limited Partnership<br>c/o Amy Pritchard Williams, Esq.<br>K & L Gates LLP<br>214 N. Tryon St.<br>Hearst Tower, 47th Fl.<br>Charlotte, NC 28202 | 12114 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Cobb Corners II Limited Partnership<br>c/o Amy Pritchard Williams, Esq.<br>K & L Gates LLP<br>214 N. Tryon St.<br>Hearst Tower, 47th Fl.<br>Charlotte, NC 28202 | 14138 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| COLDWATER DEVELOPMENT CO LLC<br>2220 N MERIDIAN ST<br>INDIANAPOLIS, IN 46208 | 7593 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Corre Opportunities Fund, L.P.<br>1370 Avenue oftheAmericas, 29th Floor<br>New York, NY 10019<br>Attn: Oaims Processing (Bankruptcy) | 1226 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Corre Opportunities Fund, L.P.<br>1370 Avenue of the Americas, 29'h Floor<br>New York, NY 10019<br>Attn: Claims Processing (Bankruptcy) | 7589 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Corre Opportunities Fund, L.P.<br>1370 Avenue of the Americas, 29'"<br>Floor<br>New York, NY 10019<br>Attn: Claims Processing (Bankruptcy) | 12487 | EXHIBIT D<br>CLAIMS TO BE RECLASSIFIED |
| CP NORD DU LAC JV LLC<br>C/O HEATHER A. LEE<br>BURR & FORMAN LLP<br>420 N. 20TH ST., STE. 3400<br>BIRMINGHAM, AL 35203 | 9641 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CP NORD DU LAC JV LLC<br>C/O HEATHER A. LEE<br>BURR & FORMAN LLP<br>420 N. 20TH ST., STE. 3400<br>BIRMINGHAM, AL 35203 | 9641 | EXHIBIT F<br>LATE-FILED CLAIMS TO BE EXPUNGED |
| Crone & Associates, Inc.<br>James as agent for Plaza Las Palmas LLC<br>Crone & Associates Inc.<br>101 N Broadway<br>Escondido, CA 92025 | 5773 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Crossgates Commons NewCo LLC<br>Attn: Kevin M. Newman, Esq.<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St., Ste. 200<br>Syracuse, NY 13204-1498 | 13848 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Crossgatets Commons NewCo LLC<br>Attn: Kevin M. Newman, Esq.<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St., Ste. 200<br>Syracuse, NY 13204-1498 | 13020 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| CT Retail Properties Finance V LLC<br>Attn Neil E HermanEsq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11944 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| CT Retail Properties Finance V LLC<br>Attn Neil E HermanEsq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11945 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| CWCapital Asset Management LLC, as Special Servicer for Bank of America N A<br>Michael J. McGregor<br>11200 Rockville Pike, Ste. 300<br>Rockville, MD 20852 | 12728 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CWCapital Asset Management LLC, as Special Servicer for Bank of America NA Successor by Merger to LaSalle Bank NA as Trustee<br>for the Holders of Nomura Asset Securities Corporation Commercial Mortgage Pass Through Certificates Series 1998 D6<br>Attn: Lawrence A. Katz & Kristen E. Burgers<br>8010 Towers Crescent Dr., Ste. 300<br>Vienna, VA 22182-2707 | 13978 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| De Rito Pavilions 140 LLC<br>Adam B Nach Esq<br>Lane & Nach PC<br>2025 N 3rd St Ste 157<br>Phoenix, AZ 85004 | 4911 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| De Rito Pavilions 140 LLC<br>Adam B Nach Esq<br>Lane & Nach PC<br>2025 N 3rd St Ste 157<br>Phoenix, AZ 85004 | 4863 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Diamond Square LLC and Builder Square LLC<br>Edward C. Tu, Esq.<br>Law Offices of Edward C. Tu<br>A Professional Corporation<br>750 E. Green St., Ste. 209<br>Pasadena, CA 91101 | 14357 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| DIAMOND SQUARE LLC<br>900 S. SAN GABRIEL BLVD., NO. 100<br>SAN GABRIEL, CA 91776 | 9177 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| DIAMOND SQUARE LLC<br>900 S. SAN GABRIEL BLVD., NO. 100<br>SAN GABRIEL, CA 91776-2763 | 12694 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Durham Westgate Plaza Investors, LLC<br>Attn.  Simone Spiegal<br>c/o SAMCO Properties Inc.<br>455 Fairway Dr Suite 301<br>Deerfield Beach, FL 33441 | 12422 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Encinitas PFA LLC<br>Amy Pritchard Williams Esq<br>K&L Gates LLP<br>Hearst Tower 47th Fl<br>214 N Tryon St<br>Charlotte, NC 28202 | 12648 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Encinitas PFA LLC<br>Amy Pritchard Williams<br>K&L Gates LLP<br>214 N Tryon St Ste 4700<br>Charlotte, NC 28202 | 14355 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| FC Woodbridge Crossing LLC<br>Attn Rachel M Harari Esq<br>Forest City Ratner Companies LLC<br>1 Metrotech Center N<br>Brooklyn, NY 11201 | 12817 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Federal Realty Investment Trust ta<br>Quince Orchard Shopping Center<br>Gaithersburg MD<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12545 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Federal Realty Investment Trust ta<br>Quince Orchard Shopping Center<br>Gaithersburg MD<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12546 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| G&S LIVINGSTON REALTY INC<br>211 E 43RD ST<br>NEW YORK, NY 10017 | 6064 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| GECMC 200S-C2 LUDWIG DRIVE, LLC<br>clo Mindy A. Mora, Esq.<br>Bilzin Sum berg Baena Price & Axelrod LLP<br>200 South Biscayne Blvd., Suite 2500<br>Miami, Florida 33131 | 14402 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| GECMC 200S-C2 LUDWIG DRIVE, LLC<br>clo Mindy A. Mora, Esq.<br>Bilzin Sum berg Baena Price & Axelrod LLP<br>200 South Biscayne Blvd., Suite 2500<br>Miami, Florida 33131 | 14402 | EXHIBIT F<br>LATE-FILED CLAIMS TO BE EXPUNGED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Geenen DeKock Properties LLC<br>David M Blau Esq<br>Kupelian Ormond & Magy PC<br>25800 Northwestern Hwy Ste 950<br>Southfield, MI 48075 | 12411 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Glenmoor Limited Partnership<br>c/o Kevin L Sink<br>PO Box 18237<br>Raleigh, NC 27619 | 12387 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Glenmoor Limited Partnership<br>Kevin L Sink<br>Nicholls & Crampton PA<br>PO Box 18237<br>Raleigh, NC 27619 | 13908 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Gree Tree Mall Associates Macerich<br>203270 1462<br>c/o Dustin P. Branch, Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park E., 26th Fl.<br>Los Angeles, CA 90067 | 14111 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Green Tree Mall Associates<br>Thomas J. Leanse, Esq.<br>c/o Katten Muchin Rosenman LLP<br>2029 Century Park E., 26th Fl.<br>Los Angeles, CA 90067 | 13941 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| HANNON RANCHES LTD<br>PO BOX 1452<br>C/O COASTAL RIDGE MGMT CO<br>LA MESA, CA 91944 | 1311 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Harvest NPE LP<br>Michael S. Held<br>Hunton & Williams LLP<br>1445 Ross Ave., Ste. 3700<br>Dallas, TX 75202 | 5656 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Harvest NPE LP<br>Michael S. Held<br>Hunton & Williams LLP<br>1445 Ross Ave., Ste. 3700<br>Dallas, TX 75202 | 5656 | EXHIBIT F<br>LATE-FILED CLAIMS TO BE EXPUNGED |
| Hickory Ridge Pavillion LLC<br>Legal Department<br>1800 Moler Rd<br>Columbus, OH 43207 | 9247 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Holyoke Crossing Limited Partnership II<br>David R. Ruby, Esq.<br>McSweeney Crump Shildress &<br>Temple PC<br>PO Box 1463<br>11 S. 12th St.<br>Richmond, VA 23219 | 13109 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Holyoke Crossing Limited Partnership II<br>James D. Klucznik, Esq.<br>OConnell Development Group Inc.<br>480 Hampden St.<br>PO Box 867<br>Holyoke, MA 01041-0867 | 12620 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |
| Huntington Mall Company<br>c o Richard T Davis<br>2445 Belmont Ave<br>PO Box 2186<br>Youngstown, OH 44504-0186 | 9433 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |
| Integrated Real Estate Services LLC<br>Corey Michael Barr<br>1015 Thrid Ave Ste 900<br>Seattle, WA 98104 | 13854 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |
| Jantzen Dynamic Corporation<br>Attn: Brett Berlin, Esq.<br>Jones Day<br>1420 Peachtree St. NE, Ste. 800<br>Atlanta, GA 30309 | 13878 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |
| Jantzen Dynamic Corporation<br>Attn: Brett Berlin, Esq.<br>Jones Day<br>1420 Peachtree St. NE, Ste. 800<br>Atlanta, GA 30309 | 12610 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |
| Johnson City Crossing LP<br>Laurance J. Warco<br>Sutherland Asbill & Brennan LLP<br>999 Peachtree St. NE<br>Atlanta, GA 30309-3996 | 12564 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |
| Johnson City Crossing, L.P.<br>c/o Laurance J. Warco<br>Sutherland Asbill & Brennan LLP<br>999 Peachtree Street, NE<br>Atlanta, GA 30309-3996 | 14966 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| KB Columbus I-CC, LLC<br>c/o Kenneth Miller<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., Ninth Floor<br>Beverly Hills, CA 90212 | 12331 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| KB Columbus I-CC, LLC<br>c/o Kenneth Miller<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., Ninth Floor<br>Beverly Hills, CA 90212 | 13351 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Kendall 77 Ltd<br>c o Patricia A Redmond Esq<br>Stearns Weaver Miller et al<br>150 West Flagler St Ste 2200<br>Miami, FL 33130 | 12691 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Kendall 77 Ltd<br>c o Patricia A Redmond Esq<br>Stearns Weaver Miller et al<br>150 West Flagler St Ste 2200<br>Miami, FL 33130 | 6624 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Kendall 77 Ltd<br>Patricia A Redmond<br>Stearns Weaver Miller Weissler<br>Alhadeff & Sitterson PA<br>Museum Tower Building Ste 2200<br>150 W Flagler St<br>Miami, FL 33130 | 14064 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Kendall 77 Ltd<br>Patricia A Redmond<br>Stearns Weaver Miller Weissler<br>Alhadeff & Sitterson PA<br>Museum Tower Building Ste 2200<br>150 W Flagler St<br>Miami, FL 33130 | 14064 | EXHIBIT D<br>CLAIMS TO BE RECLASSIFIED |
| Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer<br>Gregory A Cross Esq<br>Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 | 12423 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| KeyBank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer on behalf of Bank of America NA successor by<br>Gregory A Cross Esq<br>Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 | 12399 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| M I A Brookhaven LLC<br>Creditor Notice Name: Allison Fridy<br>Arbuckle Esq<br>Address:<br>Wise DelCutto PLLC<br>200 North Upper St<br>Lexington, KY  40507 | 10066 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Magna Trust Company Trustee<br>c/o Circuit City Partnership<br>2144 S Macarthur Blvd<br>Springfield, IL 62704 | 8959 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| MAGNA TRUST COMPANY TRUSTEE<br>C/O CIRCUIT CITY PARTNERSHIP<br>2144 S. MACARTHUR BLVD.<br>SPRINGFIELD, IL 62704 | 12673 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Magna Trust Company Trustee<br>Peter J. Barrett and Kimberly A. Pierro<br>Kutak Rock LLP<br>1111 E. Main St., Ste. 800<br>Richmond, VA 23219 | 13763 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Mallview Plaza Company Ltd<br>Attn Kathleen J Baginski<br>c o Carnegie Management and<br>Development Corp<br>27500 Detroit Rd Ste 300<br>Westlake, OH 44145 | 6964 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Marco Portland General Partnership<br>Peter Jazayeri<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd<br>Beverly Hills, CA 90212 | 13003 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Marco Portland General Partnership<br>Randall S Leff Esq and Michael S<br>Kogan Esq<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd 9th Fl<br>Beverly Hills, CA 90210 | 9946 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Mayfair MDCC Business Trust<br>c/o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St., Ste. 1500<br>Dallas, TX 75201 | 14252 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Mayfair MDCC Business Trust<br>c/o Thomas J. Kelly<br>Pederson & Houpt, PC<br>161 North Clark Street, Suite 3100<br>Chicago, IL 60601-3242 | 12309 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Mayfair MDCC Business Trust<br>Peter J. Barrett & Kimberly A. Pierro<br>Kutak Rock LLP<br>1111 E. Main St., Ste. 800<br>Richmond, VA 23219 | 14378 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Mayfair ORCC Business Trust<br>c/o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St., Ste. 1500<br>Dallas, TX 75201 | 14247 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |
| MD GSI Associates LLC<br>James Bird & Amy E Hatch Esq<br>Polsinelli Shughart PC<br>700 W 47th St Ste 1000<br>Kansas City, MO 64112 | 13819 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| MD GSI ASSOCIATES LLC<br>PO BOX 129<br>SHAWNEE MISSION, KS 60611 | 9630 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |
| Meridian Village LLC<br>Attn Charles Royce<br>K&L Gates LLP<br>925 4th Ave Ste 2900<br>Seattle, WA 98104-1158 | 2114 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |
| Metro Center LLC<br>223 E Strawberry Dr<br>Mill Valley, CA<br>94941-2506 | 4975 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |
| Nationwide Life Insurance Company of America<br>c o Cristian I Donoso<br>1 Nationwide Plz<br>01-05 801<br>Columbus, Ohio 43215-2226 | 11756 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Novogroder Companies Inc<br>John Hancock Ctr<br>875 N Michigan Ave<br>Chicago, IL 60611 | 14302 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Orion Alliance Group LLC Successor in Interest to Wasang Associates c/o Coast Real Estate Services 2829 Rucker Ave No 100 Everett, WA 98201 | 9239 | EXHIBIT C PARTIALLY INVALID CLAIMS TO BE REDUCED |
| ORIX Capital Markets LLC c o Gregory A Cross Esq Venable LLP 750 E Pratt St Ste 900 Baltimore, MD 21202 | 12495 | EXHIBIT C PARTIALLY INVALID CLAIMS TO BE REDUCED |
| ORIX Capital Markets LLC c o Lawrence A Katz Kristen E Burgers 8010 Towers Crescent Dr Ste 300 Vienna, VA 22182-2707 | 14244 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| ORIX Capital Markets LLC c o Lawrence A Katz Kristen E Burgers 8010 Towers Crescent Dr Ste 300 Vienna, VA 22182-2707 | 14242 | EXHIBIT C PARTIALLY INVALID CLAIMS TO BE REDUCED |
| ORIX Capital Markets LLC c o Lawrence A Katz Kristen E Burgers 8010 Towers Crescent Dr Ste 300 Vienna, VA 22182-2707 | 14242 | EXHIBIT D CLAIMS TO BE RECLASSIFIED |
| Pacific Carmel Mountain Holdings LP 11455 El Camino Real Ste 200 San Diego, CA 92130 | 12782 | EXHIBIT C PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Pacific Carmel Mountain Holdings LP 11455 El Camino Real Ste 200 San Diego, CA 92130 | 12782 | EXHIBIT F LATE-FILED CLAIMS TO BE EXPUNGED |
| Park National Bank Attn Richard C Maxwell c o Woods Rogers PLC 10 S Jefferson St Ste 1400 PO Box 14125 Roanoke, VA 24011 | 11750 | EXHIBIT C PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Park National Bank Attn: Richard C. Maxwell c/o Woods Rogers PLC 10 S Jefferson St., Ste. 1400 PO Box 14125 Roanoke, VA 24011 | 11752 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| PARKER BULLSEYE LLC<br>WOODBURY CORPORATION<br>2733 EAST PARLEYS WAY STE 300<br>SALT LAKE CITY, UT 84109 | 13808 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| PARKER BULLSEYE LLC<br>WOODBURY CORPORATION<br>2733 EAST PARLEYS WAY STE 300<br>SALT LAKE CITY, UT 84109 | 11757 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| PREIT Services LLC as Agent for<br>PRGL Paxton Limited Partnership<br>c o Jeffrey Kurtzman Esq<br>Klehr Harrison Harvey Branzburg &<br>Ellers LLC<br>260 S Broad St<br>Philadelphia, PA 19102 | 14021 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| PRGL Paxton Limited Partnership<br>c o Jeffrey Kurtzman Esq<br>Klehr Harrison Harvey Branzburg &<br>Ellers LLC<br>260 S Broad St<br>Philadelphia, PA 19102 | 45 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Principal Life Insurance Company<br>Dennis Ballard Esq<br>Darin Bennigsdorf<br>Bank of America as Lender Under<br>Loan 750726<br>801 Grand Ave<br>Des Moines, IA 50392-0301 | 12383 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Puente Hills Mall LLC<br>Sharisse Cumberbatch, Esq.<br>Glimcher Properties Limited<br>Partnership<br>180 E. Broad St., 21st Fl.<br>Columbus, OH 43215 | 12477 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Puente Hills Mall LLC<br>Sharisse Cumberbatch, Esq.<br>Glimcher Properties Limited<br>Partnership<br>180 E. Broad St., 21st Fl.<br>Columbus, OH 43215 | 9965 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Puente Hills Mall LLC<br>Sharisse Cumberbatch, Esq.<br>Glimcher Properties Limited<br>Partnership<br>180 E. Broad St., 21st Fl.<br>Columbus, OH 43215 | 1651 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Puente Hills Mall LLC<br>Sharisse Cumberbatch, Esq.<br>Glimcher Properties Limited<br>Partnership<br>180 E. Broad St., 21st Fl.<br>Columbus, OH 43215 | 9900 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| PURI, SUNIL<br>6801 SPRING CREEK RD<br>ROCKFORD, IL 61114-7420 | 1455 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Red Rose Commons LP<br>c o Jeffrey Kurtzman Esq<br>Klehr Harrison Harvey Branzburg &<br>Ellers LLC<br>260 S Broad St<br>Philadelphia, PA 19102 | 11778 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |
| Retail Property Group Inc<br>101 Plaza Real S Ste 200<br>Boca Raton, FL 33432 | 12259 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |
| Riverwood Partners LLC<br>Attn: Jay Timon<br>PO Box 19609<br>Reno, NV 89511-9609 | 5622 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Rockwall Crossings Ltd<br>Attn: James S. Carr, Esq. & Robert L.<br>LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 13423 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |
| Rockwall Crossings Ltd.<br>Attn: James S. Carr, Esq.<br>Robert L LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 12671 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |
| S W Albuquerque LP<br>Attn: Jenny J. Hyun, Esq.<br>c/o Weingarten Realty Investors<br>2600 Citadel Plz. Dr., Ste. 125<br>Houston, TX 77008 | 12740 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |
| Save Mart Supermarkets, a California<br>Corporation<br>Paul S. Bliley Jr. Esq.<br>Williams Mullen<br>PO Box 1320<br>Richmond, VA 23218-1320 | 13418 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SJ Collins Enterprises LLC Goodman Enterprises LLC DeHart Holdings LLC and Weeks Properties GC Holdings LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 9366 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| SJ Collins Enterprises LLC Goodman Enterprises LLC DeHart Holdings LLC and Weeks Properties GC Holdings LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13572 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| SOUTHROADS LLC<br>DEBBIE PATE<br>C/O MD MANAGEMENT, INC.<br>5201 JOHNSON DR., STE. 450<br>MISSION, KS 66205 | 11581 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Southroads LLC<br>James Bird & Amy E. Hatch, Esq.<br>Polsinelli Shughart PC<br>700 W. 47th St., Ste. 1000<br>Kansas City, MO 64112 | 13820 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| SPITZER FAMILY INVESTMENTS, LLC<br>PO BOX 3601<br>TELLURIDE, CO 81435 | 745 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| SW Albuquerque LP<br>Attn: James S. Carr & Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 13981 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Target Corporation<br>Jayne G. Trudell<br>Target Corporation Law Dept.<br>1000 Nicollet Mall<br>Minneapolis, MN 55413 | 9265 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Target Corporation<br>Jayne G. Trudell<br>Target Corporation Law Dept.<br>1000 Nicollet Mall<br>Minneapolis, MN 55413 | 9264 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| The Irvine Company Fashion Island Shopping Center c/o Liquidity Solutions, Inc. One University Plz., Ste. 312 Hackensack, NJ 07601 | 3624 | EXHIBIT C PARTIALLY INVALID CLAIMS TO BE REDUCED |
| The Irvine Company Fashion Island Shopping Center c/o Liquidity Solutions, Inc. One University Plz., Ste. 312 Hackensack, NJ 07601 | 12071 | EXHIBIT C PARTIALLY INVALID CLAIMS TO BE REDUCED |
| The Irvine Company The Market Place c/o Liquidity Solutions Inc One University Plz., Ste. 312 Hackensack, NJ 07601 | 3919 | EXHIBIT C PARTIALLY INVALID CLAIMS TO BE REDUCED |
| The Landings Management Association Inc Hankin Persson Davis McClenathen & Darnell 1820 Ringling Blvd Sarasota FL 34236 | 13746 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| The Lincoln National Life Insurance Company c/o Mary Jo Potter Nexsen Pruet PO Box 21008 Greensboro, NC 27420 | 12870 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| The Village at Rivergate Limited Partnership c/o Scott M Shaw Esq Husch Blackwell Sanders LLP 2030 Hamilton Pl Blvd Ste 150 Chattanooga, TN 37421 | 14476 | EXHIBIT C PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Torrance Town Center Associates LLC c o Ian S Landsberg Esq Landsberg Margulies LLP 16030 Ventura Blvd Ste 470 Encino, CA 91436 | 12914 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| Torrance Towne Center Associates LLC c o Ian S Landsberg Landsberg Margulies LLP 16030 Ventura Blvd Ste 470 Encino, CA 91436 | 12733 | EXHIBIT C PARTIALLY INVALID CLAIMS TO BE REDUCED |
| TUP 340 Company LLC Louis F. Solimine, Esq. Thompson Hine LLP 312 Walnut St., Ste. 1400 Cincinnati, OH 45202 | 4807 | EXHIBIT C PARTIALLY INVALID CLAIMS TO BE REDUCED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| U.S. Bank National Association as purchaser of assets of Park National Bank<br>Attn: Richard C. Maxwell<br>c/o Woods Rogers PLC<br>10 S Jefferson St., Ste. 1400<br>Roanoke, VA 24011 | 14802 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Bl., Ste. 101<br>Incline Village, NV 89451 | 12588 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Bl., Suite 101<br>Incline Village NV 89451 | 12589 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Bl., Ste. 101<br>Incline Village, NV 89451 | 12735 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| US Bank National Association as Purchaser of Assets of Park National Bank<br>Attn Richard C Maxwell Esq<br>10 S Jefferson St Ste 1400<br>Roanoke VA 24011 | 14796 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| US Bank National Association, as Trustee for the Registered Holders of Chase Commercial Mortgage Securities Corp Commercial<br>Mortgage Pass Through Certificates Series 2000 3, as Collateral Assignee of Southwestern Albuquerque LP<br>Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 | 8938 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Victoria Estates LTD Magpond LLC Magpond A LLC and Magpond B LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 9953 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| VNO MUNDY STREET LLC<br>ATTN: MEI CHENG<br>C/O VORNADO REALTY TRUST<br>210 RTE. 4 E<br>PARMUS, NJ 07652 | 12705 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| VNO MUNDY STREET LLC<br>ATTN: MEI CHENG<br>C/O VORNADO REALTY TRUST<br>210 RTE. 4 E<br>PARMUS, NJ 07652 | 8372 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Washington Department of Natural Resources<br>c/o Integrated Real Estate Services<br>1015 3rd Ave Ste 900<br>Seattle, WA 98104-1155 | 12061 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| WEA Gateway LLC<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT  06511 | 12162 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| WEC 96 D Springfield 2 Investment Trust<br>Attn Jason Blumberg Esq<br>Loeb & Loeb LLP<br>345 Park Ave<br>New York, NY 10154 | 7941 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| WEC 96 D Springfield 2 Investment Trust<br>Attn Jason Blumberg Esq<br>Loeb & Loeb LLP<br>345 Park Ave<br>New York, NY 10154 | 12571 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| WEC 96D Springfield 1 Investment Trust<br>Attn Jason Blumberg Esq<br>Loeb & Loeb LLP<br>345 Park Ave<br>New York, NY 10154 | 12572 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| WEC 96D Springfield 1 Investment Trust<br>Attn Jason Blumberg Esq<br>Loeb & Loeb LLP<br>345 Park Ave<br>New York, NY 10154 | 7947 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Weingarten Nostat, Inc.<br>Attn: James S. Carr and Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 13982 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Weingarten Nostat, Inc.<br>Attn: Jenny J. Hyun, Esq.<br>c/o Weingarten Realty Investors<br>2600 Citadel Plz. Dr., Ste. 125<br>Houston, TX 77008 | 12632 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Wells Fargo Bank Minnesota NA as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp<br>Mindy A Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod, LLP<br>200 S. Biscayne Blvd, Ste 2500<br>Miami, FL 33131 | 8560 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank NA as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc Commercial Mortgage Pass Through Certificates Series 2004 L as Collateral Assignee of Orion Alliance Group LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 9128 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank NA as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 8306 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank NA, as Trustee for the Holders of COMM 2005 FL11 Commercial Mortgage Pass Through Certificates, as Collateral Assignee of NeCrossgates Commons Newco LLC<br>Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 | 8563 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Wells Fargo Bank NA, as Trustee for the Registered Holders of Citigroup Commercial Mortgage Trust 2004 C2 Commercial Mortgage Pass Through Certificates Series 2004 C2, as Collateral Assignee of VNO Mundy Street LLC Mindy A. Mora, Esq. Bilzin Sumberg Baena Price & Axelrod LLP 200 S. Biscayne, Ste. 2500 Miami, FL 33131 | 8889 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Westlake Limited Partnership HSBC Bank USA NA VonWin Dept. Ch. 16354 Palatine, IL 60055-6354 | 14669 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| Westlake Limited Partnership HSBC Bank USA NA VonWin Dept. Ch. 16354 Palatine, IL 60055-6354 | 13847 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| Woodlawn Trustees Incorporated Attn: Sheila deLa Cruz c/o Hirschler Fleischer PC PO Box 500 Richmond, VA 23218-0500 | 12313 | EXHIBIT C PARTIALLY INVALID CLAIMS TO BE REDUCED |
| Woodlawn Trustees Incorporated Attn: Sheila deLa Cruz c/o Hirschler Fleischer PC PO Box 500 Richmond, VA 23218-0500 | 4890 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| Woodlawn Trustees Incorporated c/o Hirschler Fleischer PC Attn: Sheila deLa Cruz PO Box 500 Richmond, VA 23218-0500 | 3971 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| Woodlawn Trustees Incorporated Michael P Falzone & Sheila de La Cruz Hirschler Fleischer PC PO Box 500 Richmond, VA  23218-0500 | 13884 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Woodlawn Trustees Incorporated Michael P Falzone & Sheila de La Cruz Hirschler Fleischer PC PO Box 500 Richmond, VA  23218-0501 | 14915 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| WR I Associates LTD<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave | 13451 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| WR I Associates LTD<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 14903 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |
| WR I Associates LTD<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 13438 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |
| WXIII/PWM Real Estate Limited<br>Partnership<br>c/o William L. Wallander<br>Angela B. Degeyter<br>VINSON & ELKINS L.L.P.<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201 | 12919 | EXHIBIT C<br>PARTIALLY INVALID CLAIMS TO<br>BE REDUCED |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**

**PARTIALLY INVALID CLAIMS TO BE REDUCED**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 6/30/2009 | 14055 | 19th Street Investors Inc<br>John D Demmy<br>Stevens & Lee PC<br>1105 N Market St 7th Fl<br>Wilmington, DE 19801 | | $87,392.72 (adminstrative) | Circuit City Stores Inc. | $64,954.79 (administrative) | Circuit City Stores Inc. | Reduce by following amounts as not supported by Debtor's books and records: (1) $3,093.64 other administrative rent (out of $3,811.83 claimed); (2) $19,344.29 post-petition CAM (out of $19,690.45 claimed). |
| 9/8/09 | 14599 | Abilene Ridgemont LLC<br>c o Douglas C Noble Esq<br>Phelps Dunbar LLP<br>PO Box 23066<br>Jackson, MS  39225-3066 | | $1,098,291.52 (general unsecured) | Circuit City Stores, Inc. | $997,838.67 (general unsecured) | Circuit City Stores, Inc. | Reduce by $100,452.85 in rejection damages not supported by the Debtors' books and records. |
| 1/23/09 | 5548 | Alamonte Springs Real Estate Associates LLC<br>Attn David Gould<br>c/o Yale Realty Services<br>501 Washington Ave<br>Pleasantville, NY  10570 | McDermott Will & Emory Attn.  Geoffrey Raicht, Esq. 340 Madison Avenue New York, New York 10173-1922 | UNLIQUIDATED but not less than $43,203.70 (general unsecured) | Circuit City Stores Inc. | $11,883.32 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts as not supported by Debtor's books and records: (1) $1,320.38 pre-petition rent (out of $13,203.70 claimed); (2) $30,000.00 for attorneys' fees (out of $30,000 claimed). |
| 4/21/09 | 12314 | Altamonte Springs Real Estate Associates LLC<br>c/o Shiela deLa Cruz Esq<br>Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA  23218-0500 | Altamonte Springs Real Estate Associates, LLC c/o Yale Realty Services Corp. 501 Washington Avenue Pleasantville, NY 10570 | $596,367.46 (general unsecured) | Circuit City Stores Inc. | $494,865.35 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts as not supported by Debtor's books and records: (1) $101,502.11 rejection damages (out of $596,367.46). |
| 1/28/10 | 14807 | Altamonte Springs Real Estate Associates LLC<br>c o Shiela deLa Cruz Michael P Falzone<br>Hirschler Fleischer, PC<br>Post Office Box 500<br>Richmond, Virginia 23218-0500 | | Unliquidatd but not less than $55,894.45 (administrative) | Circuit City Stores Inc. | $36,117.06 (administrative) | Circuit City Stores Inc. | Reduce by following amounts as not supported by Debtor's books and records: (1)$6,116.14 for attorneys' fees (out of $6,116.14 claimed); (2)$2,390.77 post-petition taxes (out of $12,100.45 claimed); (3)$11,270.48 post-petition CAM (out of $11,270.48 claimed). |
| 4/27/09 | 12367 | AmREIT, a Texas Real Estate Investment Trust<br>c/o James V. Lombardi, III<br>Ross, Banks, May, Cron, & Cavin, P.C.<br>2 Riverway, Suite 700<br>Houston, TX 77056 | | $404,758.52 (general unsecured) | Circuit City Stores, Inc. | $374,243.09 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $12,324.41 of November stub rent, $6,097.14 of assessment charges, and $12,093.88 of postpetition taxes that were subsumed into claim 14390. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 6/26/2009 | 13783 | Archon Group LP<br>William L Wallander & Angela B Degeyter<br>Vinson & Elkins LLP<br>2001 Ross Ave Ste 3700<br>Dallas, TX 75201-2975 | | $100,769.17 (administrative) | Circuit City Stores. Inc. | $70,597.17 (administrative) | Circuit City Stores, Inc. | Reduce by following amounts as not supported by Debtor's books and records : (1) $1,531.32 other administrative rent (out of $1,531.32 claimed); (2) $18,061.98 post-petition taxes (out of $54,660.16 claimed); (3) $77.80 for post-petition insurance (out of $847.09 claimed);  (4) $10,500.00 for other damages (out of $10,500 claimed). |
| 1/26/09 | 5575 | Argyle Forest Retail I LLC<br>c o Heather D Dawson Esq<br>Kitchens Kelley Gaynes PC<br>3495 Piedmont Rd NE Bldg 11 Ste 900<br>Atlanta, GA 30305 | | $635,123.75 (general unsecured) | Circuit City Stores, Inc. | $605,322.50 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by$29,801.25 for rejection damages.. |
| 1/29/09 | 9506 | Ave Forsyth LLC Cousins Store No 4252<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Pk E 26th Fl<br>Los Angeles, CA 90067 | | $811,323.71 (general unsecured); $11,715.43 (administrative) | Circuit City Stores, Inc. | $417,288.71 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $98,727.16 for prepetition rent, $6,584.31 for adminstrative rent, $295,307.84 for rejection damages, $3,721.81 for attorney's fees and $1,409.31 for postpetition taxes. This claim is superseded in for the administrative portion of the claim by claim no. 14129.. |
| 5/6/09 | 12865 | AVR CPC Associates LLC<br>c o AVR Realty Company<br>One Executive Blvd<br>Yonkers, NY 10701 | | $42,367.72 (administrative) | Circuit City Stores. Inc. | $39,217.32 (administrative) | Circuit City Stores, Inc. | Reduce by $3,1540.40 in stub rent not supported by Debtors' books and records. |
| 5/6/09 | 12866 | AVR CPC Associates LLC<br>c o AVR Realty Company<br>One Executive Blvd<br>Yonkers, NY 10701 | | $1,697,655.85 (general unsecured) | Circuit City Stores, Inc. | $814,277.70 (general unsecured) | Circuit City Stores, Inc. | Reduce by $878,220.47 in improperly calculated rejection damages.  Reduce by $157.68 in prepetition taxes not supported by the Debtors' books and records.  Reduce by $5,000 in invalid attorneys fees. Claim also objected to as late filed. |
| 4/28/09 | 12574 | BLDG 2007 RETAIL LLC & NETARC LLC<br>attn:  Scott Zecher<br>Dorian Goldman, Katja Goldman, Lloyd Goldman<br>c/o Building Management Co., Inc. Attn: Scott Zecher<br>417 Fifth Avenue, 4th Floor<br>New York, NY 10016 | Jefferies Leveraged Credit Products, LLC<br>c/o Abhishek Mathur, Esq.<br>Andrews Kurth LLP<br>450 Lexington Avenue<br>New York, NY 10017 | $803,528.00 (general unsecured) | Circuit City Stores, Inc. | $802,546.92 (general unsecured) | Circuit City Stores, Inc. | Claim was docketed incorrectly and should have been for $896,975.33.  From that amount, reduce by $94,428.41 in rejection damages not supported by the Debtors' books and records. |
| 7/1/09 | 14052 | BLDG 2007 RETAIL LLC & NETARC LLC<br>attn:  Scott Zecher<br>Dorian Goldman, Katja Goldman, Lloyd Goldman<br>c/o Building Management Co., Inc. Attn: Scott Zecher<br>417 Fifth Avenue, 4th Floor<br>New York, NY 10016 | Jefferies Leveraged Credit Products, LLC<br>c/o Abhishek Mathur, Esq.<br>Andrews Kurth LLP<br>450 Lexington Avenue<br>New York, NY 10017 | $40,655.36 (administrative) | Circuit City Stores, Inc. | $30,655.36 (administrative) | Circuit City Stores, Inc. | Reduce by $10,000 for attorneys fees not permitted by the lease. Also objected to as late filed. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 6/29/09 | 14002 | CC Properties LLC Attn Michelle Ingle c o FBL Financial Group Inc 5400 University Ave West Des Moines, IA 50266 | Manufacturers and Traders Company as Trustee c/o Hodgson Russ LLP Attn: Deborah J. Piazza, Esq. 60 East 42nd Street, 37th Floor New York, New York 10165 | $74,136.81 (administrative) | Circuit City Stores, Inc. | $37,827.42 (administrative) | Circuit City Stores, Inc. | Reduce by $15,840.01 in attorneys fees, $14,157.01 in postpetition insurance, $5,237.37 in trustee fees, $835 in damages and repairs, and $240.00 in proxy fees all of which are invalid. |
| 4/30/09 | 12920 | Centro Properties Group ta Dickson City Crossing Dickson City PA c/o David L. Pollack Ballard Spahr Andrews & Ingersoll 1735 Market St., 51st Fl. Philadelphia, PA 19103 | | $68,794.52 (administrative) | Circuit City Stores, Inc. | $26,491.06 (administrative) $6,122.18 (general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be reduced by $26,000.00 of unsubstantiated damages, $3,975.30 of CAM, $4,611.34 of post-petition real estate tax, and a credit of $1,594.64 for overpayment of real estate tax. This claim is also on the reclassification exhibit. |
| 4/30/09 | 12528 | Centro Properties Group ta Dickson City Crossing Dickson City PA c/o David L. Pollack Ballard Spahr Andrews & Ingersoll 1735 Market St., 51st Fl. Philadelphia, PA 19103 | | $787,812.02 (general unsecured) | Circuit City Stores, Inc. | $776,989.47 (general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be reduced by $10,000.00 of unsubstantiated damages and $822.55 of CAM charges. |
| 4/30/09 | 12623 | Centro Properties Group t a Sun Plaza Walton Beach FL c o David L Pollack esq Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | | $14,164.39 (administrative) | Circuit City Stores, Inc. | $10,178.08 (administrative) | Circuit City Stores, Inc. | Reduce by $455.26 in stub rent which is not supported by the Debtors' books and records. Reduce by $3,000 in damages and repairs not permitted under the lease. Reduce by $215.70 in postpetition insurance and $315.35 in postpetition CAM reconciliation not supported by the Debtors' books and records. |
| 4/30/09 | 12678 | Centro Properties Group t a Sun Plaza Walton Beach FL c o David L Pollack esq Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | | $166,882.82 (general unsecured) | Circuit City Stores, Inc. | $148,464.41 (general unsecured) | Circuit City Stores, Inc. | Reduce by $195.11 in prepetition rent not supported by the Debtors' books and records. Reduce by $16,883.97 in rejection damages not supported by the Debtors' books and records. Reduce by $36.83 in prepetition taxes not supported by the Debtors' books and records. Reduce by $1,302.50 in claim for prepetiton insurance which is invalid. |
| 4/30/09 | 12557 | Centro Properties Group ta University Commons Greenville NC c/o David L. Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St., 51st Fl. Philadelphia, PA 19103 | | $33,683.41 (administrative) | Circuit City Stores, Inc. | $24,348.41 (administrative) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $9,335.00 of unsubstantiated damages. |
| 5/13/09 | 12981 | CGCMT 2006 C5 Glenway Avenue LLC c/o Mindy Mora, Esq. Bilzin Sumberg Baena Price & Axelrod LLP 200 S. Biscayne Blvd., Ste. 2500 Miami, FL 33131 | | $795,263.37 (general unsecured); $2,000.00 (administrative) | Circuit City Stores, Inc. | $788,641.85 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the general unsecured portion of the claim should be reduced by $2,705.22 of overstated prepetition rent, $2,000.00 of unsubstantiated attorneys fees, and CAM reconciliation credits in the amounts of $1,644.04 and $272.26. There are no postpetition penalty fees owing and thus the administrative portion of the claim should be allowed in the amount of zero. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 6/30/2009 | 13939 | Chandler Gateway Partners LLC<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 | | $845,867.45 (general unsecured); $13,729.26 (administrative) | Circuit City Stores West Coast, Inc. | $841,122.09 (general unsecured) | Circuit City Stores West Coast, Inc. | Reduce by $4,632.41 for prepetition rent, $10,365.16 for administrative rent, $3,364.10 for attorney fees and $112.95 for interest according to the Debtors' books and records.  The administrative portions of the claim are superseded by claim no. 13990. |
| 3/30/009 | 12001 | Chico Crossroads LP<br>Attn Neil E Herman<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | | $26,629.16 (administrative) | Circuit City Stores, Inc. | $9,369.43 (administrative) | Circuit City Stores, Inc. | Reduce by $16,639.26 for stub rent and $620.47 for administrative rent according to Debtors' books and records. |
| 3/30/09 | 12165 | Circuit Investors No 2 Ltd A Texas Partnership<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven., CT 06511 | | $254,637.46 (general unsecured) | Circuit City Stores, Inc. | $249,780.49 (general unsecured) | Circuit City Stores, Inc. | Reduce by $4,856.97 in prepetition rent not supported by the Debtors' books and records. |
| 4/2/09 | 12114 | Cobb Corners II Limited Partnership<br>c/o Amy Pritchard Williams, Esq.<br>K & L Gates LLP<br>214 N. Tryon St.<br>Hearst Tower, 47th Fl.<br>Charlotte, NC 28202 | | $303,529.82 (general unsecured) | Circuit City Stores, Inc. | $289,991.75 (general unsecured) | Circuit City Stores, Inc. | The claim should be reduced by $13,601.07 of November stub rent, which has been subsumed into claim 14138. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 6/30/09 | 14138 | Cobb Corners II Limited Partnership c/o Amy Pritchard Williams, Esq. K & L Gates LLP 214 N. Tryon St. Hearst Tower, 47th Fl. Charlotte, NC 28202 | | $18,803.67 (administrative) | Circuit City Stores, Inc. | $13,601.07 (administrative) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $5,202.60 of unsubstantiated attorneys fees. |
| 1/29/09 | 7593 | COLDWATER DEVELOPMENT CO LLC 2220 N MERIDIAN ST INDIANAPOLIS, IN 46208 | | $29,001.12 (administrative); $353,013.44 (general unsecured) | Circuit City Stores, Inc. | $20,300.79 (administrative); $353,013.44 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the administrative portion of the claim is reduced by $8,700.33 for stub rent. |
| 1/26/09 | 5773 | Crone & Associates, Inc. James as agent for Plaza Las Palmas LLC Crone & Associates Inc. 101 N Broadway Escondido, CA 92025 | | $580,195.60 (general unsecured); $46,054.40 (administrative) | Circuit City Stores Inc. | $401,223.00 (general unsecured); $7,625.64 (administrative) | Circuit City Stores Inc. | Reduce by following amounts as not supported by Debtor's books and records: (1) $178,972.60 general unsecured consisting of (a) $163,136.60 from other damages; (b) $15,836.00 from pre-petition CAM.  (2) $38,428.76 administrative for post-petition taxes |
| 6/15/09 | 13848 | Crossgates Commons NewCo LLC Attn: Kevin M. Newman, Esq. Menter Rudin & Trivelpiece PC 308 Maltbie St., Ste. 200 Syracuse, NY 13204-1498 | | Unliquidated, but no less than $52,574.86 (administrative) | Circuit City Stores, Inc. | $50,417.40 (administrative) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $2,157.46 for overstatement of November stub rent. |
| 5/18/09 | 13020 | Crossgates Commons NewCo LLC Attn: Kevin M. Newman, Esq. Menter Rudin & Trivelpiece PC 308 Maltbie St., Ste. 200 Syracuse, NY 13204-1498 | | Unliquidated, but no less than $1,827,361.40 (general unsecured) | Circuit City Stores, Inc. | $1,239,742.30 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $924.62 of overstated prepetition rent and $534,119.62 of rejection damages.  The claim should be further reduced by $52,574.86 of November stub rent. The landlord has not provided any support for any claim for attorneys' fees and thus no amounts should allowed. |
| 3/25/09 | 11944 | CT Retail Properties Finance V LLC Attn Neil E HermanEsq c o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10178 | | $735,996.31 (general unsecured) | Circuit City Stores Inc. | $732,667.22 (general unsecured) | Circuit City Stores Inc. | Reduce by following as not supported by Debtor's books and records:  $14,187.50 in pre-petition rent; $3,329.09 in 2008 taxes (out of $25,441.46 claimed).  Not reduced: $697,259.61 rejection damages. |
| 3/25/09 | 11945 | CT Retail Properties Finance V LLC Attn Neil E HermanEsq c o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10178 | | $55,706.35 (administrative) | Circuit City Stores Inc. | $8,872.34 (administrative) | Circuit City Stores Inc. | Reduce by following as not supported by Debtor's books and records:  $33,104.17 November stub rent; $13,329.84 admin rent. Remaining figure is for post-petition taxes. |
| 1/21/09 | 4911 | De Rito Pavilions 140 LLC Adam B Nach Esq Lane & Nach PC 2025 N 3rd St Ste 157 Phoenix, AZ 85004 | | $594,334.52 (general unsecured) | Circuit City Stores Inc. | $545,363.24 (general unsecured) | Circuit City Stores Inc. | Reduce by following as not supported by Debtor's books and records:  $31,500.34 pre-petition rent (out of $44,006.72 claimed); $17,470.94 rejection damages (out of $550,327.80 claimed). |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | | MODIFIED CLAIMS | | |
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
|---|---|---|---|---|---|---|---|---|
| 1/30/09 | 9177 | DIAMOND SQUARE LLC 900 S. SAN GABRIEL BLVD., NO. 100 SAN GABRIEL, CA 91776 | | $121,964.70 (general unsecured) | Circuit City Stores West Coast, Inc. | $65,107.66 (general unsecured) | Circuit City Stores West Coast, Inc. | According to the Debtors' books and records, the claim should be reduced by $19,433.75 of taxes and $612.95 of insurance charges. It should be further reduced by $36,810.34 of November stub rent which has been subsumed into claim #14357. |
| 6/30/09 | 14357 | Diamond Square LLC and Builder Square LLC Edward C. Tu, Esq. Law Offices of Edward C. Tu A Professional Corporation 750 E. Green St., Ste. 209 Pasadena, CA 91101 | | $71,682.03 (administrative) | Circuit City Stores Inc. | $71,252.97 (administrative) | Circuit City Stores Inc. | According to the Debtors' books and records, the claim should be reduced by $429.06 of insurance charges. |
| 4/29/2009 | 12422 | Durham Westgate Plaza Investors, LLC Attn. Simone Spiegal c/o SAMCO Properties Inc. 455 Fairway Dr Suite 301 Deerfield Beach, FL 33441 | | $393,196.44 (general unsecured) | Circuit City Stores Inc. | $390,128.70 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: $3,067.74 in rejection damages (out of $393,196.44 claimed). |
| 4/30/09 | 12648 | Encinitas PFA LLC Amy Pritchard Williams Esq K&L Gates LLP Hearst Tower 47th Fl 214 N Tryon St Charlotte, NC 28202 | | $756,639.88 (general unsecured); $41,822.68 (administrative) | Circuit City Stores, Inc. | $756,639.88 (general unsecured) | Circuit City Stores, Inc. | Reduce by $29,630.58 for stub rent, $523.80 for administrative rent and $11,668.30 for postpetition taxes according to the Debtors' books and records. The administrative portions of the claim are superseded by claim no. 14355. |
| 6/30/09 | 14355 | Encinitas PFA LLC Amy Pritchard Williams K&L Gates LLP 214 N Tryon St Ste 4700 Charlotte, NC 28202 | | $46,845.08 (administrative) | Circuit City Stores, Inc. | $13,430.20 (administrative) | Circuit City Stores, Inc. | Reduce by $27,868.68 for stub rent and $523.80 for administrative rent and $5,022.40 for attorney's fees according to the Debtors' books and records. |
| 4/30/09 | 12817 | FC Woodbridge Crossing LLC Attn Rachel M Harari Esq Forest City Ratner Companies LLC 1 Metrotech Center N Brooklyn, NY 11201 | FC Woodbridge Crossing LLC Attn Michael Canning Esq Arnold & Porter LLP 399 Park Ave New York, NY 10022 | $26,540.68 (administrative); unliquidated but not less than $1,237,616.67 (general unsecured) | Circuit City Stores, Inc. | $1,157,965.72 (general unsecured) | Circuit City Stores, Inc. | No amounts are owed for the administrative portion of the claim per the debtor's books and records. Also, according to the debtor's books and records the unsecured portion of the claim is reduced by $54,649.95 for prepetition rent and $25,000.00 for attorney's fees. |
| 4/30/2009 | 12545 | Federal Realty Investment Trust ta Quince Orchard Shopping Center Gaithersburg MD c o David L Pollack Esq Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | | $673,359.48 (general unsecured) | Circuit City Stores Inc. | $569,046.47 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts as not supported by Debtor's books and records: (1) $156.37 pre-petition rent (out of $14,913.60 claimed); (2) $63,739.30 rejection damages (out of $618,028.54 claimed); (3) $40,417.34 pre-petition taxes (out of $40,417.34 claimed). |
| 4/30/2009 | 12546 | Federal Realty Investment Trust ta Quince Orchard Shopping Center Gaithersburg MD c o David L Pollack Esq Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | | $50,914.38 (administrative) | Circuit City Stores Inc. | $34,433.54 (administrative) | Circuit City Stores Inc. | Reduce by following amounts as not supported by Debtor's books and records: (1) $16,215.39 post-petition taxes (out of $16,215.39 claimed). |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
|---|---|---|---|---|---|---|---|---|
| 1/26/09 | 6064 | G&S LIVINGSTON REALTY INC<br>211 E 43RD ST<br>NEW YORK, NY 10017 | G&S Livingston Realty Inc<br>c o Key Bank<br>PO Box 712421<br>Cincinnati, OH 45271-2421 | $1,350,404.28 (general unsecured) | Circuit City Stores, Inc. | $1,277,820.02 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $72,584.26 |
| 7/1/09 | 14402 | GECMC 2008-C2 LUDWIG DRIVE, LLC<br>c/o Mindy A. Mora, Esq.<br>Bilzin Sum berg Baena Price & Axelrod LLP<br>200 South Biscayne Blvd., Suite 2500<br>Miami, Florida 33131 | OLP CCFAIRVIEW HEIGHTS LLC<br>c/o Michelle McMahon, Esq.<br>1290 Avenue of the Americas<br>New York, NY 10104 | $18,583.29 (administrative) | Circuit City Stores Inc | $15,390.52 (administrative) | Circuit City Stores Inc. | Reduce to $3,192.77 for post-petition CAM as not supported by Debtor's books and records. Claim is also objected to as late filed. |
| 4/29/09 | 12411 | Geenen DeKock Properties LLC<br>David M Blau Esq<br>Kupelian Ormond & Magy PC<br>25800 Northwestern Hwy Ste 950<br>Southfield, MI 48075 | | $386,559.18 (general unsecured) | Circuit City Stores, Inc. | $371,228.22 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $15,330.96 of prepetition rent. |
| 4/24/09 | 12387 | Glenmoor Limited Partnership<br>c/o Kevin L Sink<br>PO Box 18237<br>Raleigh, NC 27619 | | $701,827.73 (general unsecured); $28,233.34 (administrative) | Circuit City Stores Inc. | $694,055.60 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts as not supported by Debtor's books and records: (1) $7,772.13 pre-petition taxes (out of $54,703.81 claimed). Reduce by following amount superseded by claim #13908: (1) $28,233.34 administrative claim for November stub rent. |
| 6/29/09 | 13908 | Glenmoor Limited Partnership<br>Kevin L Sink<br>Nicholls & Crampton PA<br>PO Box 18237<br>Raleigh, NC 27619 | | $46,002.7 (administrative) | Circuit City Stores Inc. | $44,860.36 (adminsitrative) | Circuit City Stores Inc. | Reduce by following amounts as not supported by Debtor's books and records: (1) $1,142.34 post-petition taxes (out of $17,769.36 claimed). |
| 6/30/09 | 14111 | Gree Tree Mall Associates Macerich 203270 1462<br>c/o Dustin P. Branch, Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park E., 26th Fl.<br>Los Angeles, CA 90067 | | $5,631.73 (administrative) | Circuit City Stores, Inc. | $1,080.01 (administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be reduced by $3,354.04 of unsubstantiated attorneys fees and $1,197.68 of postpetition taxes that are not owed. |
| 6/30/09 | 13941 | Green Tree Mall Associates<br>Thomas J. Leanse, Esq.<br>c/o Katten Muchin Rosenman LLP<br>2029 Century Park E., 26th Fl.<br>Los Angeles, CA 90067 | | $336,959.01 (general unsecured); $5,631.73 (administrative) | Circuit City Stores, Inc. | $330,181.52 (general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be reduced by $6,559.74 of overstated prepetition rent and $217.75 of taxes. The claim should be further reduced by $3,354.04 of attorneys fees, $1,080.01 of postpetition CAM and $1,197.68 of postpetition taxes, which have been subsumed into claim 14111. |
| 1/27/09 | 5656 | Harvest NPE LP<br>Michael S. Held<br>Hunton & Williams LLP<br>1445 Ross Ave., Ste. 3700<br>Dallas, TX 75202 | | Unliquidated, but not less than $2,528,254.00 (general unsecured) | Circuit City Stores, Inc. | $1,989,674.79 (general unsecured) | Circuit City Stores, Inc. | Reduce by $538,579.21 for rejection damages as not supported by Debtor's books and records. Claim is also objected to as late filed. |
| 1/30/2009 | 9247 | Hickory Ridge Pavillion LLC<br>Legal Department<br>1800 Moler Rd<br>Columbus, OH 43207 | | $117,460.00 (general unsecured) | Circuit City Stores Inc. | $11,496.90 (general unsecured) | Circuit City Stores Inc. | Reduce by following not supported by Debtor's books and records: $105,963.10 in pre-petition rent (out of $117,460.00 claimed) |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 4/29/09 | 12620 | Holyoke Crossing Limited Partnership II James D. Klucznik, Esq. OConnell Development Group Inc. 480 Hampden St. PO Box 867 Holyoke, MA 01041-0867 | | $2,144,681.63 (general unsecured); $72,299.43 (administrative) | Circuit City Stores, Inc. | $1,751,204.95 -- $1,703,628.69 (general unsecured); $47,576.26 (administrative) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the general unsecured portion of the claim should be reduced by $889.63 of overstated prepetition rent, $359,018.93 of overstated rejection damages, $414.38 of prepetition taxes, and $80,730.00 of other damages and repair charges.  The administrative claim should be reduced by $16,537.50 of unsubstantiated attorneys' fees, $4,566.62 of overstated postpetition taxes, and $3,619.05 of interest. |
| 1/30/09 | 9433 | Huntington Mall Company c o Richard T Davis 2445 Belmont Ave PO Box 2186 Youngstown, OH 44504-0186 | | $516,186.18 (general unsecured) | Circuit City Stores, Inc. | $510,498.50 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $5,687.68 for rejection damages. |
| 6/29/09 | 13854 | Integrated Real Estate Services LLC Corey Michael Barr 1015 Thrid Ave Ste 900 Seattle, WA 98104 | | $53,763.14 (administrative) | Circuit City Stores, Inc. | $6,257.97 (administrative) | Circuit City Stores, Inc. | Reduce by $29,983.05 for prepetition rent, $10,891.68 for damages, and $6,630.44 for 11/08 CPI according to Debtors' books and records. |
| 4/30/09 | 12610 | Jantzen Dynamic Corporation Attn: Brett Berlin, Esq. Jones Day 1420 Peachtree St. NE, Ste. 800 Atlanta, GA 30309 | Jantzen Dynamic Corporation Attn: Mark Drogalis, Esq. 900 Bank of America Plaza 1901 Main Street Columbia, SC  29201 | $266,633.75 (general unsecured) | Circuit City Stores, Inc. | $150,114.03 (general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be reduced by $1,257.45 of overstated prepetition rent, $1,777.91 of prepetition utility fees, $7,600 of cleaning fees, and $39.99 of unknown charges.  The claim should be further reduced by $65,579.65 of postpetition rent, $33,337.29 of postpetition taxes, $2,151.00 of damages, and $4,776.43 of postpetition utility fees which have been subsumed into claim 13878. |
| 6/29/09 | 13878 | Jantzen Dynamic Corporation Attn: Brett Berlin, Esq. Jones Day 1420 Peachtree St. NE, Ste. 800 Atlanta, GA 30309 | Jantzen Dynamic Corporation Attn: Gregg Edelstein, Director of Property Operations Edens and Avant 21 Custom House St., Ste. 450 Boston, MA  02110 | $105,844.37 (administrative) | Circuit City Stores, Inc. | $76,125.84 (administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be reduced by $22,791.10 of administrative rent, $2,151.00 of other damages, and $4,776.43 of utility fees that are not owed. |
| 4/28/09 | 12564 | Johnson City Crossing LP Laurance J. Warco Sutherland Asbill & Brennan LLP 999 Peachtree St. NE Atlanta, GA 30309-3996 | | $593,151.88 (general unsecured) | Circuit City Stores, Inc. | $584,172.88 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $8,979.00 of unsubstantiated attorneys' fees. |
| 4/22/2009 | 12331 | KB Columbus I-CC, LLC c/o Kenneth Miller Ervin Cohen & Jessup LLP 9401 Wilshire Blvd., Ninth Floor Beverly Hills, CA 90212 | | unliquidated but not less than $1,610,326.65 (general unsecured) | Circuit City Stores Inc. | $1,416,468.94 (general unsecured) | Circuit City Stores, Inc. | Reduce by following amounts as not supported by Debtor's books and records: (1) $193,233.60 rejection damages (out of $1,424,534.10 claimed); (2) $624.11 pre-petition taxes (out of $182,403.87 claimed). |
| 6/15/2009 | 13351 | KB Columbus I-CC, LLC c/o Kenneth Miller Ervin Cohen & Jessup LLP 9401 Wilshire Blvd., Ninth Floor Beverly Hills, CA 90212 | | $99,093.81 (administrative) | Circuit City Stores Inc. | $98,312.92 (administrative) | Circuit City Stores Inc. | Reduce by following amounts as not supported by Debtor's books and records: (1) $780.89 post-petition taxes (out of $70,386.43 claimed). |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 4/30/2009 | 12691 | Kendall 77 Ltd c o Patricia A Redmond Esq Stearns Weaver Miller et al 150 West Flagler St Ste 2200 Miami, FL 33130 | | $1,721,134.93 (general unsecured) | Circuit City Stores Inc. | $1,671,179.88 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts as not supported by Debtor's books and records: $49,955.05 rejection damages (out of $1,721,134.93 claimed). |
| 6/30/2009 | 14064 | Kendall 77 Ltd Patricia A Redmond Stearns Weaver Miller Weissler Alhadeff & Sitterson PA Museum Tower Building Ste 2200 150 W Flagler St Miami, FL 33130 | | $464,555.29 (administrative) | Circuit City Stores Inc. | $218,696.90 general unsecured; $132,931.55 administrative | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $7,389.67 in general unsecured consisting of $7,389.67 attorneys' fees (out of $7,389.67 claimed); (2) $105,537.17 total in administrative consisting of: (a) $85,963.17 other administrative rent (out of $85,963.17 claimed); (b) $12,574.00 post-petition taxes (out of $62,870.02 claimed); (c) $7,000.00 clean-up (out of $7,000 claimed). This claim is also on the reclassification exhibit. |
| 4/29/2009 | 12423 | Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer Gregory A Cross Esq Venable LLP 750 E Pratt St Ste 900 Baltimore, MD 21202 | | $1,310,265.72 (general unsecured) | Circuit City Stores Inc. | $1,205,892.18 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $1,469.60 pre-petition rent (out of $65282.27 claimed). Reduce by following amounts amended by claim #14242: (1) $86,827.57 in pre-petition taxes (out of $86,827.57); (2) $14,379.09 in post-petition taxes (out of $14,379.09 claimed); and (3) $1,697.28 in interest (out of $1,697.28). Claim # 14242 is separately objected to based on Debtor's books and records reduction and misclassification. |
| 1/30/09 | 10066 | M I A Brookhaven LLC Creditor Notice Name: Allison Fridy Arbuckle Esq Address: Wise DelCutto PLLC 200 North Upper St Lexington, KY 40507 | | $163,345.05 (general unsecured) | Circuit City Stores Inc. | $118,098.76 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $30,469.17 taxes (out of $30,469.17 claimed); (2) $8,278.86 attorneys' fees (out of $8,278.86 claimed); (3) $6,498.26 CAM (out of $6,498.26 claimed. |
| 4/28/09 | 12673 | MAGNA TRUST COMPANY TRUSTEE C/O CIRCUIT CITY PARTNERSHIP 2144 S. MACARTHUR BLVD. SPRINGFIELD, IL 62704 | | $454,547.51 (general unsecured); $59,202.46 (administrative) | Circuit City Stores, Inc. | $445,914.87 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $1,354.07 of overstated prepetition rent and $7,278.57 of other damages and repairs. The claim should be further reduced by $27,081.51 of November stub rent, $3,955.23 of postpetition CAM, $28,165.72 of postpetition taxes, which amounts are subsumed into claim 13763. |
| 6/22/09 | 13763 | Magna Trust Company Trustee Peter J. Barrett and Kimberly A. Pierro Kutak Rock LLP 1111 E. Main St., Ste. 800 Richmond, VA 23219 | Sorling Northrup Hanna Cullen & Cochran Ltd. R. Lee Allen, Esq. and Emily B. Cour, Esq. Illinois Building, Ste. 800 PO Box 5131 Springfield, IL 62705 | $70,137.54 (administrative) | Circuit City Stores, Inc. | $57,152.61 (administrative) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $10,935.08 of unsubstantiated attorneys fees and $2,049.85 of CAM. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 1/26/09 | 6964 | Mallview Plaza Company Ltd Attn Kathleen J Baginski c o Carnegie Management and Development Corp 27500 Detroit Rd Ste 300 Westlake, OH 44145 | | $14,019.00 (administrative); $412,537.95 (general unsecured) | Circuit City Stores, Inc. | $411,528.7 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced $14,019.00 for administrative rent, $816.57 for utilities (gas) and $192.68 for damages. |
| 1/30/09 | 9946 | Marco Portland General Partnership Randall S Leff Esq and Michael S Kogan Esq Ervin Cohen & Jessup LLP 9401 Wilshire Blvd 9th Fl Beverly Hills, CA 90210 | | $107,597.54 (general unsecured) | Circuit City Stores, Inc. | $87,470.20 (general unsecured) | Circuit City Stores, Inc. | Reduce by $1,585.04 for prepetition rent, $1,267.26 for prepetition taxes, $16,300.04 for subtenant rent and expenses and $975.00 for an unsupported portion of the claim (the claim amounts do not add to the total claim) according to Debtors' books and records. |
| 4/30/09 | 13003 | Marco Portland General Partnership Peter Jazayeri Ervin Cohen & Jessup LLP 9401 Wilshire Blvd Beverly Hills, CA 90212 | | $1,819,845.00 (general unsecured) | Circuit City Stores, Inc. | $800,206.68 (general unsecured) | Circuit City Stores, Inc. | Reduce by $1,019,638.32 for rejection damages according to the Debtors' books and records. |
| 4/20/09 | 12309 | Mayfair MDCC Business Trust c/o Thomas J. Kelly Pederson & Houpt, PC 161 North Clark Street, Suite 3100 Chicago, IL 60601-3242 | | $468,756.47 (general unsecured) | Circuit City Stores, Inc. | $453,101.14 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced for a credit for a tax overpayment in the amount of $15,655.33. |
| 6/30/09 | 14247 | Mayfair ORCC Business Trust c/o Katharine Battaia Thompson and Knight LLP 1722 Routh St., Ste. 1500 Dallas, TX 75201 | | $58,245.10 (administrative) | Circuit City Stores, Inc. | $21,288.07 (administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be reduced by $27,486.99 of November stub rent that is not owing, $3,571.04 of taxes, and $5,899.00 of unsubstantiated attorneys fees. |
| 1/30/09 | 9630 | MD GSI ASSOCIATES LLC PO BOX 129 SHAWNEE MISSION, KS 60611 | | $698,785.70 (general unsecured) | Circuit City Stores, Inc. | $596,218.23 (general unsecured) | Circuit City Stores, Inc. | Reduce by $981.21 in prepetition rent and $30213.32 unsupported by Debtors' books and records.  Reduce by $6,000.00 in damages and $7,119.75 in prepetition CAM reconciliation not supported by the Debtors' books and records. |
| 12/30/08 | 2114 | Meridian Village LLC Attn Charles Royce K&L Gates LLP 925 4th Ave Ste 2900 Seattle, WA 98104-1158 | Meridian Village LLC c o Subrco Management Inc PO Box 34960 Seattle, WA  98124 | $21,303.44 (general unsecured) | Circuit City Stores, Inc. | $6,000.03 (general unsecured) | Circuit City Stores, Inc. | Reduce by $14,000.07 for administrative rent, $86.67 for prepetition insurance, $202.23 for postpetition insurance and $1,014.44 for late fees according to the Debtors' books and records. |
| 1/21/09 | 4975 | Metro Center LLC 223 E Strawberry Dr Mill Valley, CA 94941-2506 | | $867,295.00 (general unsecured) | Circuit City Stores Inc. | $660,472.90 (general unsecured) | Circuit City Stores Inc. | Reduce by following as not supported by Debtor's books and records:  $206,822.10 rejection damages (out of $852,130.00 claimed).  $15,142.00 claim for pre-petition rent not reduced. |
| 6/30/09 | 14302 | Novogroder Companies Inc John Hancock Ctr 875 N Michigan Ave Chicago, IL 60611 | | ($54,959.73 (administrative) | Circuit City Stores, Inc. | $44,204.49 (administrative) | Circuit City Stores, Inc. | Reduce by $10,755.24 in postpetition taxes not supported by the Debtors' books and records. |
| 1/30/09 | 9239 | Orion Alliance Group LLC Successor in Interest to Wasang Associates c/o Coast Real Estate Services 2829 Rucker Ave No 100 Everett, WA 98201 | ORION ALLIANCE GROUP LLC ATTN NANCY COX 3284 SURMONT DR LAFAYETTE, CA  94549 | $31,460.68 (general unsecured) | Circuit City Stores, Inc. | $9,438.20 (general unsecured) | Circuit City Stores, Inc. | Reduce by $22,021.88 for prepetition rent according to the Debtors' books and records. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 4/27/09 | 12495 | ORIX Capital Markets LLC c o Gregory A Cross Esq Venable LLP 750 E Pratt St Ste 900 Baltimore, MD 21202 | | $874,900.06 (general unsecured) | Circuit City Stores, Inc. | $833,554.38 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $40,543.71 for prepetition rent and $801.97 for prepetition taxes. |
| 6/30/2009 | 14242 | ORIX Capital Markets LLC c o Lawrence A Katz Kristen E Burgers 8010 Towers Crescent Dr Ste 300 Vienna, VA 22182-2707 | | $110,440.65 (administrative) | Circuit City Stores Inc. | $86,827.57 (general unsecured); $14,379.09 (administrative) | Circuit City Stores Inc. | Reduce by following not supported by Debtor's books and records: (1) $9,233.99 in interest (out of $9,233.99 claimed). Misclassified $86,827.57 in pre-petition taxes separately objected to. This claim is also on the Reclassification Exhibit. |
| 5/1/09 | 12782 | Pacific Carmel Mountain Holdings LP 11455 El Camino Real Ste 200 San Diego, CA 92130 | | $782,758.56 (general unsecured) | Circuit City Stores, Inc. | $656,735.32 (general unsecured) | Circuit City Stores Inc. | Reduce by $38,832.71 for pre-petition rent and by $87,190.53 for rejection damages as not supported by Debtor's books and records. Claim is also objected to as late filed. |
| 3/5/09 | 11750 | Park National Bank Attn Richard C Maxwell c o Woods Rogers PLC 10 S Jefferson St Ste 1400 PO Box 14125 Roanoke, VA 24011 | | Not less than $690,065.44 (general unsecured) | Circuit City Stores, Inc. | $14,560.00 (general unsecured) | Circuit City Stores, Inc. | Reduce by $582,400.00 in rejection damages and $93,105.44 in prepetition taxes not supported by the Debtors' books and records. |
| 3/5/09 | 11757 | PARKER BULLSEYE LLC WOODBURY CORPORATION 2733 EAST PARLEYS WAY STE 300 SALT LAKE CITY, UT 84109 | Joel T Marker McKay Burton & Thurman 170 S Main St Ste 800 Salt Lake City, UT 84101 | $945,269.57 (general unsecured) | Circuit City Stores West Coast, Inc. | $13,904.01 (general unsecured) | Circuit City Stores West Coast, Inc. | According to the debtor's books and records, the claim is reduced by $26,638.98 for prepetition rent and $5,803.70 for prepetition CAM. The claim is also reduced by $727,541.58 of rejection damages and $171,381.30 of prepetition taxes because the claim was filed after the applicable claims bar date and the claim it amended did not include rejection damages or prepetition taxes. The debtor would object to the amounts of the claims for rejection damages and CAM had they not been otherwise disallowed. |
| 6/26/09 | 13808 | PARKER BULLSEYE LLC WOODBURY CORPORATION 2733 EAST PARLEYS WAY STE 300 SALT LAKE CITY, UT 84109 | McKay Burton & Thurman Joel T Marker 170 S Main St Ste 800 Salt Lake City, UT 84101 | $54,844.22 (administrative) | Circuit City Stores, Inc. | $8,613.53 (administrative) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $30,897.79 for stub rent and $15,332.90 for postpetition taxes. |
| 11/25/08 | 45 | PRGL Paxton Limited Partnership c o Jeffrey Kurtzman Esq Klehr Harrison Harvey Branzburg & Ellers LLC 260 S Broad St Philadelphia, PA 19102 | PRGL Paxton Limited Partnership 200 S Broad 3rd Fl Philadelphia, PA 19102 | $42,812.09 (general unsecured) | Circuit City Stores, Inc. | $12,843.63 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $29,968.46 for prepetition rent. |
| 1/30/09 | 9965 | Puente Hills Mall LLC Sharisse Cumberbatch, Esq. Glimcher Properties Limited Partnership 180 E. Broad St., 21st Fl. Columbus, OH 43215 | | $100,430.79 (priority) | Circuit City Stores, Inc. | $1,058.34 (priority) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be reduced by $29,277.69 of November stub rent that is not owed, $43,894.60 of other administrative rent, $21,687.52 of taxes, $2,519.14 of late fees, and $1,993.48 of utilities charges. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 4/30/09 | 12477 | Puente Hills Mall LLC Sharisse Cumberbatch, Esq. Glimcher Properties Limited Partnership 180 E. Broad St., 21st Fl. Columbus, OH 43215 | | $300,855.90 (general unsecured) | Circuit City Stores, Inc. | $152,840.89 (general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be reduced by $46,859.40 of overstated prepetition rent, $34,819.55 of late fees and $22,441.48 of XPY charges.  The claim should be further reduced by $43,894.60 of rejection damages, which were asserted as a rejection damages claim for the first time on 4/30/2009 and thus was late filed. |
| 3/19/09 | 11778 | Red Rose Commons LP c o Jeffrey Kurtzman Esq Klehr Harrison Harvey Branzburg & Ellers LLC 260 S Broad St Philadelphia, PA 19102 | | $692,297.12 (general unsecured) | Circuit City Stores, Inc. | $661,458.70 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $30,838.42 for prepetition rent. |
| 4/8/2009 | 12259 | Retail Property Group Inc 101 Plaza Real S Ste 200 Boca Raton, FL 33432 | 19th Street Investors Inc John D Demmy Esq Stevens & Lee PC 620 Freedom Business Center Ste 200 King of Prussia, PA  19406 | $87,392.72 (priority); $2,636,827.75 (general unsecured) | Circuit City Stores Inc. | $2,297,953.44 (general unsecured) | Circuit City Stores Inc. | Reduce by following general unsecured amounts as not supported by Debtor's books and records: (1) $3,194.53 pre-petition rent (out of $31,945.22 claimed); (2) $207,674.56 rejection damages (out of $2,490,401.21 claimed); (3) $2,500 attorneys' fees (out of $2,500 claimed); (4) $38,112.50 pre-petition CAM (per Debtor B&R should be credit of $13,523.90 versus $24,588.60 claimed).  $87,392.72 was also listed in unsecured amount by mistake so reduce by that amount as well. Reduce by following priority amounts as amended by claim no. 14055:  (1) $63,890.44 November stub rent; (2) $3,811.83 other administrative rent; (3) $19,690.45 post-petition CAM. |
| 4/30/09 | 12671 | Rockwall Crossings Ltd. Attn: James S. Carr, Esq. Robert L LeHane, Esq. Kelley Drye & Warren LLP 101 Park Ave. New York, NY 10178 | Rockwall Crossings Ltd. Attn: Carol Ware Bracken President Investment Services c/o The Woodmont Company 2100 W. 7th St. Ft Worth, TX  76107 | $789,121.71 (general unsecured) | Circuit City Stores, Inc. | $572,657.49 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $60.12 of overstated prepetition rent, $204,207.22 of rejection damages, $2,500.00 of unsubstantiated attorneys fees, and $9,696.88 of other damages. |
| 6/18/09 | 13423 | Rockwall Crossings Ltd Attn: James S. Carr, Esq. & Robert L. LeHane, Esq. Kelley Drye & Warren LLP 101 Park Ave. New York, NY 10178 | Rockwall Crossings Ltd. Attn: Carol Ware Bracken President Investment Services c/o The Woodmont Company 2100 W. 7th St. Ft Worth, TX  76107 | $46,768.45 (administrative) | Circuit City Stores, Inc. | $12,540.73 (administrative) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $17,180.17 of November stub rent, $12,841.06 of other administrative rent, and $4,206.49 of postpetition taxes. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | | MODIFIED CLAIMS | | |
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
|---|---|---|---|---|---|---|---|---|
| 1/29/09 | 9366 | SJ Collins Enterprises LLC Goodman Enterprises LLC DeHart Holdings LLC and Weeks Properties GC Holdings LLC Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | DeHart Holdings LLC PO Box 214 Fairburn, GA 30213<br><br>Goodman Enterprises LLC 2870 Peachtree Rd No 889 Atlanta, GA 30305<br><br>SJ Collins Enterprises PO Box 214 Fairburn, GA 30213<br><br>SJ Collins Enterprises LLC et al Victor W Newmark Esq Wiles and Wiles LLP 800 Kennesaw Ave Ste 400 Marietta, GA 30060<br><br>Weeks Properties CG Holdings LLC 3350 Riverwood Pkwy Ste 700 Atlanta, GA 30339 | $646,554.39 (general unsecured) | Circuit City Stores, Inc. | $629,494.00 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $13,261.73 for prepetition taxes and $3,798.66 for attorney's fees. |
| 3/12/09 | 11581 | SOUTHROADS LLC DEBBIE PATE C/O MD MANAGEMENT, INC. 5201 JOHNSON DR., STE. 450 MISSION, KS 66205 | SOUTHROADS LLC AMY E. HATCH POLSINELLI SHUGHART PC 700 W. 47TH ST., STE. 1000 | $649,403.89 (general unsecured) | Circuit City Stores, Inc. | $564,064.27 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $22,154.61 of overstated prepetition rent, $26,415.01 of rejection damages, and $36,770.00 of other damages. |
| 6/29/09 | 13820 | Southroads LLC James Bird & Amy E. Hatch, Esq. Polsinelli Shughart PC 700 W. 47th St., Ste. 1000 Kansas City, MO 64112 | | $25,816.32 (administrative) | Circuit City Stores, Inc. | $24,792.95 (administrative) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $1,023.37 of other administrative rent. |
| 12/12/08 | 745 | SPITZER FAMILY INVESTMENTS, LLC PO BOX 3601 TELLURIDE, CO 81435 | | $22,354.16 (general unsecured) | Circuit City Stores, Inc. | $11,602.28 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $10,751.88 for prepetition rent. |
| 4/30/09 | 12740 | SW Albuquerque LP Attn: Jenny J. Hyun, Esq. c/o Weingarten Realty Investors 2600 Citadel Plz. Dr., Ste. 125 Houston, TX 77008 | | $969,312.29 (general unsecured) | Circuit City Stores West Coast, Inc. | $833,639.92 (general unsecured) | Circuit City Stores West Coast, Inc. | According to the Debtors' books and records, the claim should be reduced by $51,036.18 of year end billing charges, $73,993.75 of other damages, and a credit of $10,642.44 for prepetition CAM reconciliation. |
| 6/29/09 | 13981 | SW Albuquerque LP Attn: James S. Carr & Robert L. LeHane Kelley Drye & Warren LLP 101 Park Ave. New York, NY 10178 | Weingarten Realty Investors Attn: Lisa L. Seabron Legal Administrator 2600 Citadel Plz. Dr., Ste. 125 Houston, TX 77008 | $52,052.14 (administrative) | Circuit City Stores West Coast, Inc. | $10,824.14 (administrative) | Circuit City Stores West Coast, Inc. | According to the Debtors' books and records, the claim should be reduced by $36,661.17 of November stub rent that is not owed, $329.37 of other administrative rent, $2,475.02 of postpetition taxes, and a credit of $1,762.44 for postpetition CAM reconciliation. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
|---|---|---|---|---|---|---|---|---|
| 1/15/09 | 3624 | The Irvine Company Fashion Island Shopping Center c/o Liquidity Solutions, Inc. One University Plz., Ste. 312 Hackensack, NJ 07601 | The Irvine Company Fashion Island Shopping Center The Irvine Company c/o Ernie Zachary Park Bewley Lassleben & Miller 13215 E. Penn. St., Ste. 510 Whittier, CA 90602 | $79,156.55 (general unsecured) | Circuit City Stores, Inc. | $20,933.34 (general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be reduced by $52,513.12 of prepetition rent, $3,759.18 of taxes, $594.00 promo charge, $356.91 sprinkler repair charge, and $1,000.00 of storage rent. |
| 1/15/09 | 3919 | The Irvine Company The Market Place c/o Liquidity Solutions Inc One University Plz., Ste. 312 Hackensack, NJ 07601 | The Irvine Company The Market Place c/o Ernie Zachary Park Bewley Lassleben & Miller 13215 E. Penn St., Ste. 510 Whittier, CA 90602 | $90,560.09 (general unsecured) | Circuit City Stores West Coast, Inc. | $84,789.53 (general unsecured) | Circuit City Stores West Coast, Inc. | According to the Debtors' books and records, the claim should be reduced by $2,169.73 of prepetition taxes, $2,796.45 of other taxes, $500.00 of late fees, and $304.38 of other reconciliation charges. |
| 4/3/09 | 12071 | The Irvine Company Fashion Island Shopping Center c/o Liquidity Solutions, Inc. One University Plz., Ste. 312 Hackensack, NJ 07601 | The Irvine Company Fashion Island Shopping Center The Irvine Company c/o Ernie Zachary Park Bewley Lassleben & Miller 13215 E. Penn. St., Ste. 510 Whittier, CA 90602 | $958,878.60 (general unsecured) | Circuit City Stores, Inc. | $941,591.16 (general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be reduced by $17,287.44 of overstated rejection damages. |
| 6/29/09 | 14476 | The Village at Rivergate Limited Partnership c/o Scott M Shaw Esq Husch Blackwell Sanders LLP 2030 Hamilton Pl Blvd Ste 150 Chattanooga, TN 37421 | | $941,139.33 (general unsecured); $38,200.23 (administrative) | Circuit City Stores Inc. | $913,658.79 ($884,937.82 general unsecured; $28,720.97 administrative) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $56,201.51 in general unsecured for pre-petition CAM (per Debtor B&R, should be credit of $6,814.88 versus $549,386.63 claimed); (2) $9,479.26 in administrative for post-petition CAM (per Debtor B&R should be credit of $1,128.58 versus $8,350.68 claimed). |
| 4/30/09 | 12733 | Torrance Towne Center Associates LLC c o Ian S Landsberg Landsberg Margulies LLP 16030 Ventura Blvd Ste 470 Encino, CA 91436 | | $84,726.00 (administrative); $757,985.00 (general unsecured) | Circuit City Stores West Coast | $749,306.19 (general unsecured); $36,607.00 (administrative) | Circuit City Stores West Coast | Reduce by following as not supported by Debtor's books and records: (1) $8,678.81 general unsecured consisting of (a) $7,275.23 from pre-petition from (out of $24,587.00 claimed); $1,403.58 from rejection damages (out of $733,398.00 claimed). (2) $48,119.00 from other administrative rent (out of $48,119.00 claimed). |
| 1/21/09 | 4807 | TUP 340 Company LLC Louis F. Solimine, Esq. Thompson Hine LLP 312 Walnut St., Ste. 1400 Cincinnati, OH 45202 | | $61,247.07 (general unsecured) | Circuit City Stores, Inc. | $6,332.91 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $54,914.16 of overstated prepetition rent. |
| 4/30/09 | 12705 | VNO MUNDY STREET LLC ATTN: MEI CHENG C/O VORNADO REALTY TRUST 210 RTE. 4 E PARMUS, NJ 07652 | | $1,094,144.27 (general unsecured) | Circuit City Stores, Inc. | $1,073,108.33 (general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be reduced by $2,976.18 of overstated prepetition rent, $17,964.67 of rejection damages, and $95.09 of CAM charges. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 4/3/09 | 12061 | Washington Department of Natural Resources c/o Integrated Real Estate Services 1015 3rd Ave Ste 900 Seattle, WA 98104-1155 | Cushman & Wakefield Inc 700 Fifth Ave Ste 2700 Seattle, WA 98104 Washington State Department of Natural Resources c o Integrated RE Svcs LLC Blvd Ctr 1015 Third Ave Ste 900 Seattle, WA 98104-1155 | $586,378.73 (general unsecured) | Circuit City Stores, Inc. | $534,891.07 (general unsecured) | Circuit City Stores, Inc. | Reduce by $18,999.00 for prepetiton rent, $3,516.92 for prepetition taxes, $11,449.62 for postpetition taxes, $10,891.68 for damages and $6,630.44 for 11/08 CPI according to Debtors' books and records. This claim was superseded in part by claim no. 13854. |
| 3/30/09 | 12162 | WEA Gateway LLC 555 Long Wharf Dr 8th Fl New Haven, CT 06511 | | $275,585.65 (general unsecured) | Circuit City Stores, Inc. | $262,981.49 (general unsecured) | Circuit City Stores, Inc. | Reduce by $12,604.16 in overstated prepetition rent. |
| 4/28/09 | 12572 | WEC 96D Springfield 1 Investment Trust Attn Jason Blumberg Esq Loeb & Loeb LLP 345 Park Ave New York, NY 10154 | | Unliquidated but not less than $811,883.12 (general unsecured); unliquidated (priority) | Circuit City Stores, Inc. | $809,463.25 (general unsecured) | Circuit City Stores, Inc. | No priority amount and reduce unsecured amount by $2,419.87 for balance error not supported by the Debtors' books and records. |
| 4/30/09 | 12632 | Weingarten Nostat, Inc. Attn: Jenny J. Hyun, Esq. c/o Weingarten Realty Investors 2600 Citadel Plz. Dr., Ste. 125 Houston, TX 77008 | | $1,620,858.57 (general unsecured) | Circuit City Stores West Coast, Inc. | $1,408,260.38 (general unsecured) | Circuit City Stores West Coast, Inc. | According to the Debtors' books and records, the claim should be reduced by $80,583.26 of overstated prepetition rent and $132,014.93 of rejection damages. |
| 4/21/09 | 12313 | Woodlawn Trustees Incorporated Attn: Sheila deLa Cruz c/o Hirschler Fleischer PC PO Box 500 Richmond, VA 23218-0500 | Hatch Allen & Shepherd PA Leslie D. Maxwell, Esq. PO Box 94750 Albuquerque, NM 87199-4750 | $583,523.74 (general unsecured) | Circuit City Stores, Inc. | $557,423.11 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $14,209.18 of prepetition rent that is not owing and a credit for a tax overpayment in the amount of $11,891.45. |
| 6/18/09 | 13438 | WR I Associates LTD Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren 101 Park Ave New York, NY 10178 | WRI I Associates Ltd Attn Ken Labenski c o Benderson Development Company Inc 570 Delaware Ave Buffalo, NY 14202 | $1,353,278.99 (general unsecured) | Circuit City Stores, Inc. | $940,588.55 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $1,210.58 for prepetition ren, $401,628.38 for rejection damages, $1,000 for attorney's fees, $8,478.30 for damages and $373.18 for utilities. |
| 3/31/10 | 14903 | WR I Associates LTD Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren 101 Park Ave New York, NY 10178 | WRI I Associates Ltd Attn Ken Labenski c o Benderson Development Company Inc 570 Delaware Ave Buffalo, NY 14202 | $16,106.27 (administrative) | Circuit City Stores, Inc. | $1,768.53 (administrative) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $14,337.74 due to overstated taxs and invalid damage charges. |

| | | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | |
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 4/30/09 | 12919 | WXIII/PWM Real Estate Limited Partnership c/o William L. Wallander Angela B. Degeyter VINSON & ELKINS L.L.P. 2001 Ross Avenue, Suite 3700 Dallas, TX 75201 | WXIII/PWM Real Estate Limited Partnership c/o Steven E. Wright, Esq. Director of Legal Services, Archon Group, LP 6011 Connection Drive Irving, Texas 75039 | $91,772.03 (administrative), $9,639,599.04 (general unsecured) | Circuit City Stores Inc | $1,617,794.81 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts as not supported by Debtor's books and records: (1) $8,063,061.23 for rejection damages (out of $9,523,775.93 claimed); (2) $51,004.30 for attorneys' fees (out of $51,004.30 claimed); (3) $180.10 for pre-petition insurance (out of $2,173.34 claimed). Reduce by following amounts as superseded/amended by claim 13783 (all administrative) (1) $34,649.71 for November stub rent; (2) $1,614.17 other administrative rent; (3) $54,660.16 post-petition taxes; (4) $847.09 post-petition insurance.  Not all claim amts were easily deducted, this is debtors best estimate at calculating the differences. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT D**

**CLAIMS TO BE RECLASSIFIED**

| | | CLAIMS TO BE RECLASSIFIED | | | | RECLASSIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount and Classification | Debtor | Proposed Reclassified Claim Face Amount and Classification | Debtor | Comments |
| 3/20/09 | 12275 | CBL Terrace Limited Partnership c o Scott M Shaw Husch Blackwell Sanders LLP 2030 Hamilton Pl Blvd Ste 150 Chattanooga, TN 37421 | | $3,709.62 (administrative) | Circuit City Stores Inc. | $1,112.89 general unsecured $2,596.73 administrative | Circuit City Stores Inc. | Misclassified $1,112.89 pre-petition CAM-change to general unsecured. |
| 4/30/09 | 12920 | Centro Properties Group ta Dickson City Crossing Dickson City PA c/o David L. Pollack Ballard Spahr Andrews & Ingersoll 1735 Market St., 51st Fl. Philadelphia, PA 19103 | | $68,794.52 (administrative) | Circuit City Stores, Inc. | $6,122.18 general unsecured $62,672.34 administrative | Circuit City Stores, Inc. | The $6,122.18 of prepetition real estate taxes should be classified as an unsecured nonpriority claim. The amount of the claim is also subject to an objection based on the Debtors' books and records. |
| 4/29/09 | 12487 | Corre Opportunities Fund, L.P. 1370 Avenue of the Americas, 29" Floor New York, NY 10019 Attn: Claims Processing (Bankruptcy) | Sherwood Properties, LLC clo Walter W. Kelley, Esq. P.O. Box 70879 (Jlknown) Albany, GA 31708 | $65,038.00 (administrative) | Circuit City Stores Inc. | $33,290.00 general unsecured $31,748.00 administrative | Circuit City Stores Inc. | The following amounts of the reclassified claim are separately objected to as subject to reduction pursuant to Debtor's books and records as follows: (1) $9,523.76 of November stub rent (out of $31,748.00 claimed); (2) $2,132.80 in pre-petition rent (out of $31,157.20 claimed). |
| 6/30/09 | 14064 | Kendall 77 Ltd Patricia A Redmond Stearns Weaver Miller Weissler Alhadeff & Sitterson PA Museum Tower Building Ste 2200 150 W Flagler St Miami, FL 33130 | | $464,555.29 (administrative) | Circuit City Stores Inc. | $226,086.57 general unsecured $97,046.46 administrative | Circuit City Stores Inc. | This claim is separately objected to on the basis of Debtor's books and records reduction. The amounts reclassified to general unsecured consist of: $33,797.75 pre-petition rent; $175,477.21 pre-petition taxes; $7,389.67 attorneys' fees; $9,421.94 pre-petition CAM recon. |
| 6/30/2009 | 14242 | ORIX Capital Markets LLC c o Lawrence A Katz Kristen E Burgers 8010 Towers Crescent Dr Ste 300 Vienna, VA 22182-2707 | | $110,440.65 (administrative) | Circuit City Stores Inc. | $86,827.57 general unsecured $23,613.08 administrative | Circuit City Stores Inc. | Misclassified $86,827.57 in pre-petition taxes separately objected to. Objection also filed to reduce due to books & records. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT E**

**INVALID CLAIMS TO BE EXPUNGED**

| | | | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 6/30/09 | 14129 | Ave Forsyth LLC Cousins 335932 11 Ave Attn Dustin P Branch Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl Los Angeles, CA 90067 | | $3,975.50 (administrative) | Circuit City Stores, Inc. | No amounts are owed per the debtor's books and records. |
| 1/30/09 | 8328 | Bank of America NA as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Corp Commercial Mortgage Pass Through Certificates Series 2003 MLI as Collateral Assignee of Encinitas PFA LLC Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | Encinitas PFA LLC Attn Dr Frederick Aladjem 845 Las Palmas Rd Pasadena, CA  91105 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | The claimant is not the landlord, and has not provided any support for a claim by it against the debtor.  The claim is unliquidated and the claimant has not provided any support for the claim. |
| 1/30/09 | 8917 | Bank of America NA, as Trustee for the Registered Holders of CD 2005 CD1 Commercial Mortgage Trust Commercial Mortgage Pass Through Certificates Series 2005 CD1, as Collateral Assignee of Johnson City Crossing Delaware LLC Mindy A. Mora, Esq. Bilzin Sumberg Baena Price & Axelrod LLP 200 S. Biscayne Blvd., Ste. 2500 Miami, FL 33131 | JOHNSON CITY CROSSING DELAWARE LLC C/O RONUS PROPERTIES LLC 3290 NORTHSIDE PWKY., STE. 250 ATLANTA, GA  30327 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant is lender to landlord and debtors are addressing claim 12564 with the landlord. Claim lacks proof that claimant is entitled to assert claim. |
| 1/30/09 | 9724 | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Bank Attn: Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant is not the landlord.  Debtors are addressing the prepetition claim for this property in Claim No. 12572 filed by the landlord. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 1/30/09 | 8883 | Bond CC II DBT<br>Attn David Vanaskey Corporate Trust Administration<br>c o Wilmington Trust Company<br>1100 N Market St<br>Wilmington, DE 19890 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant filed as trustee.  Debtors are addressing the prepetition lease obligations for this property with the holder of Claim No. 12589 |
| 1/30/09 | 8868 | Bond CC III DBT<br>Attn: David Vanaskey Corporate Trust Administration<br>c/o Wilmington Trust Company<br>1100 N. Market St.<br>Wilmington, DE 19890 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claim should be disallowed in its entirety because the landlord has provided no support for the claim. |
| 1/30/09 | 8684 | Bond Circuit VIII<br>Attn David Vanaskey Corporate Trust Administration<br>c o Wilmington Trust Company<br>1100 N Market St<br>Wilmington, DE 19890 | | Unliquidated (general unsecured) | Circuit City Stores Inc. | Unliquidated. |
| 1/30/09 | 8709 | Bond CC VI DBT<br>Attn: David Vanaskey, Corporate Trust Administration<br>c/o Wilmington Trust Company<br>1100 N. Market St.<br>Wilmington, DE 1989 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claim should be disallowed in its entirety because the landlord has provided no support for the claim. |
| 6/30/09 | 13723 | Brandywine Operating Partnership LP<br>LeClairRyan, A Professional Corporation<br>Niclas A. Ferland, Admitted Pro Hac Vice<br>Ilan Markus<br>555 Long Wharf Dr., 8th Fl.<br>New Haven, CT 06511 | Brandywine Operating Partnership LP<br>2 Righter Pkwy.<br>Talleyville, DE  19803<br><br>LeClairRyan, a Professional Corporation<br>Christopher L. Perkins<br>Riverfront Plz., E Tower<br>951 E. Byrd St., 8th Fl.<br>Richmond, VA  23219 | $3,500.00 (administrative) | Circuit City Stores, Inc. | The claim should be disallowed in its entirety because the Debtors' books and records do not show any amounts owing. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 6/24/09 | 14048 | BT Bloomington LLC an Illinois Limited Liability Company and Successor in Interest to Colonial Plaza Associates Jeffrey Kurtzman, Esq. and Kathleen E. Torbit, Esq. Klehr Harrison Harvey Branzburg & Ellers LLP 260 S. Broad St. Philadelphia, PA 19102 | | $21,395.80 (administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the claim should be disallowed in its entirety because the amounts asserted are not owed. |
| 6/29/09 | 14022 | Carriage Crossing Market Place LLC Attn Eric T Ray Balch & Bingham LLP 1901 Sixth Ave N Ste 1500 PO Box 306 Birmingham, AL 35201-4642 | | $2,283.04 (general unsecured) | Circuit City Stores, Inc. | No amounts are owed per the debtor's books and records. |
| 6/29/09 | 13973 | CC Properties LLC Attn: Michelle Ingle c/o FBL Financial Group, Inc. 5400 University Ave. West Des Moines, IA 50266 | | $84,206.27 (administrative) | Circuit City Stores, Inc. | Claimant is lender to the landlord and debtors are addressing claim 14048 with landlord. |
| 6/29/09 | 14001 | CC Properties LLC Attn: Michelle Ingle c/o FBL Financial Group, Inc. 5400 University Ave. West Des Moines, IA 50266 | | $62,273.52 (administrative) | Circuit City Stores, Inc. | Claimant is lender to the landlord and debtors are addressing claim 8868 with landlord. Claim lacks proof that claimant is entitled to assert claim. |
| 6/30/2009 | 13990 | Chandler Gateway Partners LLC Macerich 203270 1461 Attn Dustin P Branch Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl Los Angeles, CA 90067 | | $13,729.26 (administrative) | Circuit City Stores West Coast, Inc. | No amounts are owed according to the Debtor's books and records. |
| 1/30/09 | 8990 | Chino South Retail PG LLC c/o William A. Trey Wood III Bracewell & Giuliani LLP 711 Louisiana St., Ste. 2300 Houston, TX 77002 | Fredric Albert CVM Law Group LLP 34 Tesla, Ste. 100 Irvine, CA 92618 | $225,979.07 (general unsecured) | Circuit City Stores West Coast, Inc. | No amounts are owed per the debtor's books and records. Also objected as late filed. |
| 1/30/09 | 9641 | CP NORD DU LAC JV LLC C/O HEATHER A. LEE BURR & FORMAN LLP 420 N. 20TH ST., STE. 3400 BIRMINGHAM, AL 35203 | | $974,851.79 (general unsecured) | Circuit City Stores, Inc. | No amounts are owed per the debtor's books and records. Also objected as late filed. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 4/30/09 | 12728 | CWCapital Asset Management LLC, as Special Servicer for Bank of America N A Michael J. McGregor 11200 Rockville Pike, Ste. 300 Rockville, MD 20852 | CWCapital Asset Management LLC c/o Michael J. McGregor Capmark Finance, Inc. 11200 Rockville Pike, Ste. 300 Rockville, MD 20852 CWCapital Asset Management LLC, as Special Servicer for Bank of America NA Kristen E. Burgers, Esq. Venable LLC 8010 Towers Crescent Dr., Ste. 300 Vienna, VA 22182 | $645,203.96 (general unsecured) | Circuit City Stores, Inc. | Claimant is lender to landlord and the claim lacks proof that claimant is entitled to assert the claim. |
| 6/30/09 | 13978 | CWCapital Asset Management LLC, as Special Servicer for Bank of America NA Successor by Merger to LaSalle Bank NA as Trustee for the Holders of Nomura Asset Securities Corporation Commercial Mortgage Pass Through Certificates Series 1998 D6 Attn: Lawrence A. Katz & Kristen E. Burgers 8010 Towers Crescent Dr., Ste. 300 Vienna, VA 22182-2707 | | $117,367.40 (administrative) | Circuit City Stores, Inc. | Claimant is lender to landlord and the claim lacks proof that claimant is entitled to assert the claim. |
| 4/30/09 | 12694 | DIAMOND SQUARE LLC 900 S. SAN GABRIEL BLVD., NO. 100 SAN GABRIEL, CA 91776-2763 | Edward C. Tu, General Counsel Law Offices of Edward C. Tu APC 750 E. Green St., Ste. 209 Pasadena, CA 91101 | $1,118,265.00 (general unsecured) | Circuit City Stores West Coast, Inc. | The claim lacks proof or support for the amounts asserted. |
| 12/18/08 | 1311 | HANNON RANCHES LTD PO BOX 1452 C/O COASTAL RIDGE MGMT CO LA MESA, CA 91944 | David M Korrey Esq Law Offices of David M Korrey 624 S 9th St Las Vegas, NV 89101 | $2,517.00 (general unsecured) | Circuit City Stores, Inc. | No amounts are owed per the debtor's books and records. |
| 3/31/10 | 14966 | Johnson City Crossing, L.P. c/o Laurance J. Warco Sutherland Asbill & Brennan LLP 999 Peachtree Street, NE Atlanta, GA 30309-3996 | | $6,467.08 (administrative) | Circuit City Stores, Inc. | The claim should be disallowed in its entirety because the Debtors' books and records do not show any amounts owing. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 4/29/2009 | 12399 | KeyBank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer on behalf of Bank of America NA successor by Gregory A Cross Esq Venable LLP 750 E Pratt St Ste 900 Baltimore, MD 21202 | | $832,363.97 (general unsecured) | Circuit City Stores, Inc. | The claimant is not the landlord, and has not provided any support for a claim by it against the debtor. The landlord filed claim no. 12495 for the same location and transferred it to Orix Capital Markets, LLC as special servicer for Bank of America, N.A. |
| 6/30/09 | 14252 | Mayfair MDCC Business Trust c/o Katharine Battaia Thompson and Knight LLP 1722 Routh St., Ste. 1500 Dallas, TX 75201 | | $23,288.73 (administrative) | Circuit City Stores, Inc. | The claim should be disallowed in its entirety because the Debtors' books and records do not show any amounts owing. |
| 6/29/09 | 13819 | MD GSI Associates LLC James Bird & Amy E Hatch Esq Polsinelli Shughart PC 700 W 47th St Ste 1000 Kansas City, MO 64112 | | $4,907.27 (administrative) | Circuit City Stores, Inc. | Claim seeks $4,907.27 in unsupported postpetition CAM reconciliation. |
| 6/30/09 | 14244 | ORIX Capital Markets LLC c o Lawrence A Katz Kristen E Burgers 8010 Towers Crescent Dr Ste 300 Vienna, VA 22182-2707 | | $42,318.46 (administrative) | Circuit City Stores, Inc. | No amounts are owed per the debtor's books and records. |
| 6/25/09 | 14021 | PREIT Services LLC as Agent for PRGL Paxton Limited Partnership c o Jeffrey Kurtzman Esq Klehr Harrison Harvey Branzburg & Ellers LLC 260 S Broad St Philadelphia, PA 19102 | | $7,087.67 (administrative) | Circuit City Stores, Inc. | No amounts are owed per the debtor's books and records. |
| 4/24/09 | 12383 | Principal Life Insurance Company Dennis Ballard Esq Darin Bennigsdorf Bank of America as Lender Under Loan 750726 801 Grand Ave Des Moines, IA 50392-0301 | | $935,552.10 (general unsecured) | Circuit City Stores, Inc. | The claimant is not the landlord, and has not provided any support for a claim by it against the debtor. The landlord has filed claims 9946 and 13003 for the same location. |
| 12/3/08 | 1455 | PURI, SUNIL 6801 SPRING CREEK RD ROCKFORD, IL 61114-7420 | | $1,818.70 (general unsecured) | Circuit City Stores, Inc. | Claim seeks $1,818.70 in CAM reconciliation that is not supported by the Debtors' books and records. |
| 1/16/09 | 5622 | Riverwood Partners LLC Attn: Jay Timon PO Box 19609 Reno, NV 89511-9609 | | $1,160,000.00 (general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the amounts asserted are not owed. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 6/17/09 | 13418 | Save Mart Supermarkets, a California Corporation Paul S. Bliley Jr. Esq. Williams Mullen PO Box 1320 Richmond, VA 23218-1320 | | $8,618.71 (general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the amounts asserted are not owed. |
| 6/19/2009 | 13572 | SJ Collins Enterprises LLC Goodman Enterprises LLC DeHart Holdings LLC and Weeks Properties GC Holdings LLC Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | DeHart Holdings LLC PO Box 214 Fairburn, GA  30213  Goodman Enterprises LLC 2870 Peachtree Rd No 889 Atlanta, GA  30305  SJ Collins Enterprises PO Box 214 Fairburn, GA  30213  SJ Collins Enterprises LLC et al Victor W Newmark Esq Wiles and Wiles LLP 800 Kennesaw Ave Ste 400 Marietta, GA  30060  Weeks Properties CG Holdings LLC 3350 Riverwood Pkwy Ste 700 Atlanta, GA  30339 | $9,060.11 (administrative) | Circuit City Stores, Inc. | No amounts are owed per the debtor's books and records. |
| 1/30/09 | 9264 | Target Corporation Jayne G. Trudell Target Corporation Law Dept. 1000 Nicollet Mall Minneapolis, MN 55413 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant filed on behalf of landlord and debtor is addressing in claim 8868 with landlord. |
| 1/30/09 | 9265 | Target Corporation Jayne G. Trudell Target Corporation Law Dept. 1000 Nicollet Mall Minneapolis, MN 55413 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant filed on behalf of landlord and debtor is addressing claim 12981 with landlord. |
| 6/22/2009 | 13746 | The Landings Management Association Inc Hankin Persson Davis McClenathen & Darnell 1820 Ringling Blvd Sarasota FL 34236 | | 4599.50 (administrative) | Circuit City Stores, Inc. | Claim seeks $4,599.50 in administrative liability that is not supported by the Debtors' books and records. |

| | | | | | | |
|---|---|---|---|---|---|---|
| **BOOKS AND RECORDS CLAIMS TO BE EXPUNGED** | | | | | | |
| **Date Filed** | **Claim Number** | **Name and Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** | **Comments** |
| 4/30/09 | 12870 | The Lincoln National Life Insurance Company<br>c/o Mary Jo Potter<br>Nexsen Pruet<br>PO Box 21008<br>Greensboro, NC 27420 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant is lender to the landlord and debtors are addressing claim 12671 with landlord. |
| 1/19/10 | 14802 | U.S. Bank National Association as purchaser of assets of Park National Bank<br>Attn: Richard C. Maxwell<br>c/o Woods Rogers PLC<br>10 S Jefferson St., Ste. 1400<br>Roanoke, VA 24011 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant is lender to the landlord and debtors are addressing claim 12673 with landlord. |
| 3/5/09 | 14796 | US Bank National Association as Purchaser of Assets of Park National Bank<br>Attn Richard C Maxwell Esq<br>10 S Jefferson St Ste 1400<br>Roanoke VA 24011 | | Not less than $690,065.44 (general unsecured) | Circuit City Stores, Inc. | Original claim 11750 survives, Trust is not recognizing claims transfered after September 14th 2010. |
| 1/30/09 | 8938 | US Bank National Association, as Trustee for the Registered Holders of Chase Commercial Mortgage Securities Corp Commercial Mortgage Pass Through Certificates Series 2000 3, as Collateral Assignee of Southwestern Albuquerque LP<br>Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 | SOUTHWESTERN ALBUQUERQUE LP PAVILLIONS AT SAN MATEO<br>PO BOX 924133<br>HOUSTON, TX  77292-4133 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant is lender to landlord and Debtors are addressing claim 12739 with the landlord. Claim lacks proof that claimant is entitled to assert claim or proof that amounts are owed. |
| 1/30/2009 | 9953 | Victoria Estates LTD Magpond LLC Magpond A LLC and Magpond B LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | Victoria Estates LTD Magpond LLC Magpond A LLC Magpond B LLC<br>Attn Ken Labenski<br>c o Benderson Development Company Inc<br>570 Delaware Ave<br>Buffalo, NY  14202 | $1,867,055.98 (general unsecured) | Circuit City Stores, Inc. | No amounts are owed per the debtor's books and records. |

| | | | | | | |
|---|---|---|---|---|---|---|
| **BOOKS AND RECORDS CLAIMS TO BE EXPUNGED** | | | | | | |
| **Date Filed** | **Claim Number** | **Name and Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** | **Comments** |
| 1/30/09 | 8372 | VNO MUNDY STREET LLC ATTN: MEI CHENG C/O VORNADO REALTY TRUST 210 RTE. 4 E PARMUS, NJ 07652 | | Unliquidated, but not less than $53,967.15 (administrative) | Circuit City Stores, Inc. | The claim should be expunged because all amounts asserted have been either subsumed into other claims filed by the landlord or, according to the Debtors' books and records, are not owed.  Specifically, the amounts of $15,804.55 of prepetition rent, $95.09 of 2007 CAM reconciliation and $1,006.40 of prepetition tax adjustments are general unsecured claims that have been subsumed into claim 12705; the amount of $36,877.27 of November stub rent has been subsumed into administrative claim 13919; and the amount of $201.28 of postpetition taxes is not owing pursuant to the Debtors' books and records. |
| 1/29/09 | 7941 | WEC 96 D Springfield 2 Investment Trust Attn Jason Blumberg Esq Loeb & Loeb LLP 345 Park Ave New York, NY 10154 | | Unliquidated at least $59,851.13 (general unsecured) | Circuit City Stores, Inc. | Claimant is not the landlord.  Debtors are addressing the prepetition claim for this property in Claim No. 12572 filed by the landlord. |
| 4/28/09 | 12571 | WEC 96 D Springfield 2 Investment Trust Attn Jason Blumberg Esq Loeb & Loeb LLP 345 Park Ave New York, NY 10154 | | $811,883.12 (general unsecured) | Circuit City Stores, Inc. | Claimant is not the landlord.  Debtors are addressing the prepetition claim for this property in Claim No. 12572 filed by the landlord. |
| 6/29/09 | 13982 | Weingarten Nostat, Inc. Attn: James S. Carr and Robert L. LeHane Kelley Drye & Warren LLP 101 Park Ave. New York, NY 10178 | Weingarten Realty Investors Attn: Lisa L. Seabron Legal Administrator 2600 Citadel Plz. Dr., Ste. 125 Houston, TX  77008 | $49,272.93 (administrative) | Circuit City Stores West Coast, Inc. | According to the Debtors' books and records, the amounts asserted are not owed. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 1/30/09 | 8560 | Wells Fargo Bank Minnesota NA as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp Mindy A Mora, Esq. Bilzin Sumberg Baena Price & Axelrod, LLP 200 S. Biscayne Blvd, Ste 2500 Miami, FL 33131 | CT Retail Properties Finance V, LLC c/o Kimco Realty Corporation JJJJ New Hyde Park, Ste. 100 New Hyde Park, NY 11042 | Unliquidated (general unsecured) | Circuit City Stores Inc. | No amounts specified in claim.  POC states is filed by LNR Partners, Inc., as special servicer and attorney in fact for Wells Fargo Bank Minnesota, N.A., formerly known as Norwest Bank Minnesota, National Association, as trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2000-Cl (the "Trust") with respect to the claim of the Trust arising under that certain lease (the "Lease") for premises located at 7925-7985 Dunbrook Rd & 9220-9270 Trade Pl, San Diego, CA 92126 by and between CT Retail Properties Finance V, LLC, c/o Kimco Realty Corporation (the "Landlord") and the Debtor, and the Assignment of Rents executed by the Landlord in favor of the Trust or its predecessors in interest. |
| 1/30/09 | 8563 | Wells Fargo Bank NA, as Trustee for the Holders of COMM 2005 FL11 Commercial Mortgage Pass Through Certificates, as Collateral Assignee of NeCrossgates Commons Newco LLC Mindy A. Mora, Esq. Bilzin Sumberg Baena Price & Axelrod LLP 200 S. Biscayne Blvd., Ste. 2500 Miami, FL 33131 | NECROSSGATES COMMONS NEWCO LLC C/O MANUFACTURERS AND TRADERS CO P O BOX 8000 DEPT. 330 BUFFALO, NY  14267 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant filed as lender to landlord and debtor is addressing claim 13020 with the landlord. |
| 1/30/09 | 9128 | Wells Fargo Bank NA as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc Commercial Mortgage Pass Through Certificates Series 2004 L as Collateral Assignee of Orion Alliance Group LLC Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | ORION ALLIANCE GROUP LLC COAST REAL ESTATE SERVICES 2829 RUCKER AVE STE 100 EVERETT, WA  98201 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | The claimant is not the landlord, and has not provided any support for a claim by it against the debtor.  The claim is unliquidated and the claimant has not provided any support for the claim. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 1/30/09 | 8889 | Wells Fargo Bank NA, as Trustee for the Registered Holders of Citigroup Commercial Mortgage Trust 2004 C2 Commercial Mortgage Pass Through Certificates Series 2004 C2, as Collateral Assignee of VNO Mundy Street LLC Mindy A. Mora, Esq. Bilzin Sumberg Baena Price & Axelrod LLP 200 S. Biscayne, Ste. 2500 Miami, FL 33131 | VNO MUNDY STREET LLC C/O VORNADO REALTY TRUST 888 7TH AVE. NEW YORK, NY 10019 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant is lender to landlord and Debtors are addressing claim 12705 with the landlord. Claim lacks proof that claimant is entitled to assert claim or proof that amounts are owed. |
| 1/30/09 | 8306 | Wells Fargo Bank NA as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | 19th Street Investors Inc c o Retail Property Group Inc 101 Plaza Real S Ste 200 Boca Raton, FL 33432 | Unliquidated (general unsecured) | Circuit City Stores Inc. | The claimant is not the landlord, and has not provided any support for a claim by it against the debtor.  The claim is unliquidated and the claimant has not provided any support for the claim. |
| 6/29/09 | 13884 | Woodlawn Trustees Incorporated Michael P Falzone & Sheila de La Cruz Hirschler Fleischer PC PO Box 500 Richmond, VA 23218-0500 | | $30,283.11 (administrative) | Circuit City Stores, Inc. | The claim should be disallowed in its entirety because the Debtors' books and records do not show any amounts owing. |
| 3/30/10 | 14915 | Woodlawn Trustees Incorporated Michael P Falzone & Sheila de La Cruz Hirschler Fleischer PC PO Box 500 Richmond, VA 23218-0501 | | $11,901.00 (administrative) | Circuit City Stores, Inc. | The claim should be disallowed in its entirety because the Debtors' books and records do not show any amounts owing. |
| 6/18/09 | 13451 | WR I Associates LTD Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren 101 Park Ave | WRI I Associates Ltd Attn Ken Labenski c o Benderson Development Company Inc 570 Delaware Ave Buffalo, NY 14202 | $8,233.02 (administrative) | Circuit City Stores, Inc. | No amounts are owed per the debtor's books and records. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT F**

**LATE-FILED CLAIMS TO BE EXPUNGED**

| | | LATE FILED CLAIMS | | | |
|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
| 5/6/09 | 12866 | AVR CPC Associates LLC<br>c o AVR Realty Company<br>One Executive Blvd<br>Yonkers, NY 10701 | | $1,697,655.85 (general unsecured) | Circuit City Stores Inc. |
| 7/1/09 | 14052 | BLDG 2007 RETAIL LLC & NETARC LLC<br>attn:  Scott Zecher<br>Dorian Goldman, Katja Goldman, Lloyd Goldman<br>c/o Building Management Co., Inc. Attn: Scot Zecher<br>417 Fifth Avenue, 4th Floor<br>New York, NY 10016 | Jefferies Leveraged Credit Products, LLC<br>c/o Abhishek Mathur, Esq.<br>Andrews Kurth LLP<br>450 Lexington Avenue<br>New York, NY  10017 | $40,655.36 (administrative) | Circuit City Stores, Inc. |
| 1/30/09 | 8990 | Chino South Retail PG LLC<br>c/o William A. Trey Wood III<br>Bracewell & Giuliani LLP<br>711 Louisiana St., Ste. 2300<br>Houston, TX 77002 | Fredric Albert<br>CVM Law Group LLP<br>34 Tesla, Ste. 100<br>Irvine, CA  92618 | $225,979.07 (general unsecured) | Circuit City Stores West Coast, Inc. |
| 1/30/09 | 9641 | CP NORD DU LAC JV LLC<br>C/O HEATHER A. LEE<br>BURR & FORMAN LLP<br>420 N. 20TH ST., STE. 3400<br>BIRMINGHAM, AL 35203 | | $974,851.79 (general unsecured) | Circuit City Stores, Inc. |
| 7/1/09 | 14402 | GECMC 200S-C2 LUDWIG DRIVE, LLC<br>clo Mindy A. Mora, Esq.<br>Bilzin Sum berg Baena Price & Axelrod LLP<br>200 South Biscayne Blvd., Suite 2500<br>Miami, Florida 33131 | OLP CCFAIRVIEW HEIGHTS LLC<br>c/o Michelle McMahon, Esq.<br>1290 Avenue of the Americas<br>New York, NY 10104 | $18,583.29 (administrative) | Circuit City Stores Inc |
| 1/27/09 | 5656 | Harvest NPE LP<br>Michael S. Held<br>Hunton & Williams LLP<br>1445 Ross Ave., Ste. 3700<br>Dallas, TX 75202 | | Unliquidated | Circuit City Stores, Inc. |
| 5/1/09 | 12782 | Pacific Carmel Mountain Holdings LP<br>11455 El Camino Real Ste 200<br>San Diego, CA  92130 | | $782,758.56 (general unsecured) | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT G**

**AMENDED CLAIMS TO BE EXPUNGED**

| | | CLAIMS TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
| 4/10/09 | 12241 | Abilene Ridgemont LLC<br>c o Douglas C Noble Esq<br>Phelps Dunbar LLP<br>PO Box 23066<br>Jackson, MS  39225-3066 | Novogroder Co., Inc.<br>875 North Michigan Ave, Suite 3612<br>Chicago, IL 60611 | $57,370.55 administrative<br><br>$1,098,291.52 general unsecured | Circuit City Stores, Inc. | 14302 and 14599 | Circuit City Stores, Inc. | $54,959.73 administrative<br><br>$1,098,291.52 general unsecured |
| 6/26/09 | 13636 | Altamonte Springs Real Estate Associates LLC<br>c o Shiela deLa Cruz Esq<br>Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA  23218-0500 | | $31,110.16 (administrative) | Circuit City Stores, Inc. | 14807 | Circuit City Stores, Inc. | Unliquidated (administrative) |
| 1/26/09 | 6073 | Amreit a Texas Real Estate Investment Trust<br>c/o James V. Lombardi III<br>Ross Banks May Cron & Cavin PC<br>2 Riverway, Ste. 700<br>Houston, TX 77056 | | $84,889.74 general unsecured<br><br>$17,606.30 administrative | Circuit City Stores, Inc. | 12367 | Circuit City Stores, Inc. | $404,758.52 (general unsecured) |
| 2/2/09 | 11085 | Amreit a Texas Real Estate Investment Trust<br>c/o James V Lombardi III<br>Ross Banks May Cron & Cavin PC<br>2 Riverway, Ste. 700<br>Houston, TX 77056 | | $90,986.88 general unsecured<br><br>$17,606.30 administrative | Circuit City Stores, Inc. | 12367 | Circuit City Stores, Inc. | $404,758.52 (general unsecured) |
| 4/29/09 | 12407 | Bond  Circuit VIII Delaware Business Trust<br>One Paragon Dr Suite 145<br>Montvale, NJ 07645 | | $771,166.52 (general unsecured) | Circuit City Stores Inc. | 12423 | Circuit City Stores, Inc. | $1,308,568.44 (general unsecured) |
| 1/30/09 | 8686 | Bond Circuit III DBT<br>Attn: David Vanaskey Corporate Trust Administration<br>c/o Wilmington Trust Company<br>1100 N. Market St.<br>Wilmington, DE 19890 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | 8868 | Circuit City Stores, Inc. | Unliquidated (general unsecured) |
| 12/17/08 | 1226 | Corre Opportunities Fund, L.P.<br>1370 Avenue oftheAmericas, 29th Floor<br>New York, NY 10019<br>Attn: Oaims Processing (Bankruptcy) | Sherwood Properties, LLC<br>C/O Walden & Kirkland, Inc.<br>P.O. Box 1787<br>Albany, GA 31702<br><br>Walter W. Kelley<br>Attorney for Sherwood Properties<br>P.O. Box 70879<br>Albany, GA 31708 | $64,637.43 (general unsecured) | Circuit City Stores Inc. | 7589 | Circuit City Stores, Inc. | $61,610.44 (priority) |

12304-002\DOCS_NY:23625v3

| | | CLAIMS TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
| 1/28/09 | 7589 | Corre Opportunities Fund, L.P. 1370 Avenue of the Americas, 29h Floor New York, NY 10019 Attn: Claims Processing (Bankruptcy) | Sherwood Properties, LLC C/O Walden & Kirkland, Inc. P.O. Box 1787 Albany, GA 31702  Walter W. Kelley Attorney for Sherwood Properties P.O. Box 70879 Albany, GA 31708 | $61,610.44 (priority) | Circuit City Stores, Inc. | 12487 | Circuit City Stores, Inc. | $65,038.00 (administrative) |
| 1/21/2009 | 4863 | De Rito Pavilions 140 LLC Adam B Nach Esq Lane & Nach PC 2025 N 3rd St Ste 157 Phoenix, AZ 85004 | | $594,334.52 (general unsecured) | Circuit City Stores West Coast, Inc | 4911 | Circuit City Stores | $594,334.52 (general unsecured) |
| 2/3/09 | 13109 | Holyoke Crossing Limited Partnership II David R. Ruby, Esq. McSweeney Crump Shildress & Temple PC PO Box 1463 11 S. 12th St. Richmond, VA 23219 | Holyoke Crossing Limited Partnership II Paul R. Salvage, Esq. 33 State St. Springfield, MA  01103 | $227,784.26 (administrative) | Circuit City Stores, Inc. | 12620 | Circuit City Stores, Inc. | $2,144,681.63 general unsecured  $72,299.43 administrative |
| 1/28/09 | 6624 | Kendall 77 Ltd c o Patricia A Redmond Esq Stearns Weaver Miller et al 150 West Flagler St Ste 2200 Miami, FL 33130 | The Green Companies Elizabeth Green 9155 S Dadeland Blvd Ste 1812 Miami, FL  33156 | Unliquidated (general unsecured) | Circuit City Stores Inc. | 14064 | Circuit City Stores Inc. | $464,555.29 (administrative) |
| 1/30/09 | 8959 | Magna Trust Company Trustee c/o Circuit City Partnership 2144 S Macarthur Blvd Springfield, IL 6270c | | $59,747.88 (general unsecured) | Circuit City Stores, Inc. | 13763 | Circuit City Stores, Inc. | $70,137.54 (administrative) |
| 6/29/09 | 14378 | Mayfair MDCC Business Trust Peter J. Barrett & Kimberly A. Pierro Kutak Rock LLP 1111 E. Main St., Ste. 800 Richmond, VA 23219 | Pedersen & Houpt PC Lawrence W. Byrne, Esq. 161 N. Clark St., Ste. 3100 Chicago, IL  60601 | $9,750.00 (administrative) | Circuit City Stores, Inc. | 14252 | Circuit City Stores, Inc. | $23,288.73 (administrative) |
| 3/4/09 | 11756 | Nationwide Life Insurance Company of America c o Cristian I Donoso 1 Nationwide Plz 01-05 801 Columbus, Ohio 43215-2226 | | Unliquidated At least $218,000.00 (general unsecured) | Circuit City Stores, Inc. | 12165 | Circuit City Stores, Inc. | $254,637.46 (general unsecured) |
| 3/5/09 | 11752 | Park National Bank Attn: Richard C. Maxwell c/o Woods Rogers PLC 10 S Jefferson St., Ste. 1400 PO Box 14125 Roanoke, VA 24011 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | 14802 | Circuit City Stores, Inc. | $468,700.80 (general unsecured) |
| 12/11/08 | 1651 | Puente Hills Mall LLC Sharisse Cumberbatch, Esq. Glimcher Properties Limited Partnership 180 E. Broad St., 21st Fl. Columbus, OH 43215 | | $53,105.02 (administrative) | Circuit City Stores, Inc. | 9965 | Circuit City Stores, Inc. | $100,430.79 (priority) |

| | | CLAIMS TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
|---|---|---|---|---|---|---|---|---|
| 1/30/09 | 9900 | Puente Hills Mall LLC<br>Sharisse Cumberbatch, Esq.<br>Glimcher Properties Limited Partnership<br>180 E. Broad St., 21st Fl.<br>Columbus, OH 43215 | | $256,961.30 (general unsecured) | Circuit City Stores, Inc. | 12477 | Circuit City Stores, Inc. | $300,855.90 (general unsecured) |
| 4/30/2009 | 12914 | Torrance Town Center Associates LLC<br>c o Ian S Landsberg Esq<br>Landsberg Margulies LLP<br>16030 Ventura Blvd Ste 470<br>Encino, CA 91436 | | $84,726.00 (administrative) | Circuit City Stores West Coast, Inc. | 12733 | Circuit City Stores West Coast, Inc. | $84,726.00 (administrative); $757,985 (general unsecured) |
| 4/30/009 | 12588 | United States Debt Recovery V LP<br>940 Southwood Bl., Suite 101<br>Incline Village NV 89451 | | Unliquidated, but no less than $932,005.27 (general unsecured) | Circuit City Stores, Inc. | 15115 | Circuit City Stores, Inc. | $880,847.31 (general unsecured) |
| 4/30/009 | 12589 | United States Debt Recovery V LP<br>940 Southwood Bl., Suite 101<br>Incline Village NV 89451 | Manufacturers and Traders Company as Trustee<br>c/o Hodgson Russ LLP<br>Attn:  Deborah J. Piazza, Esq.<br>60 East 42nd Street, 37th Floor<br>New York, New York 10165 | Unliquidated but not less than $1,069,909.97 (general unsecured) | Circuit City Stores, Inc. | 15110 | Circuit City Stores, Inc. | $996,033.35 (general unsecured) |
| 4/30/09 | 12735 | United States Debt Recovery V LP<br>940 Southwood Bl., Ste. 101<br>Incline Village, NV 89451 | | Unliquidated, but no less than $866,003.93 (general unsecured) | Circuit City Stores, Inc. | 15116 | Circuit City Stores, Inc. | $815,185.77 (general unsecured) |
| 1/29/09 | 7947 | WEC 96D Springfield 1 Investment Trust<br>Attn Jason Blumberg Esq<br>Loeb & Loeb LLP<br>345 Park Ave<br>New York, NY 10154 | | Unliquidated priority<br><br>Unliquidated at least $59,851.13 general unsecured | Circuit City Stores, Inc. | 12572 | Circuit City Stores, Inc. | Unliquidated priority<br><br>Unliquidated general unsecured |
| 6/29/09 | 13847 | Westlake Limited Partnership<br>HSBC Bank USA NA<br>VonWin<br>Dept. Ch. 16354<br>Palatine, IL  60055-6354 | Westlake Limited Partnership<br>HSBC Bank USA NA<br>VonWin<br>Dept. CH 16354<br>Palatine, IL  60055 | $63,610.57 (administrative) | Circuit City Stores, Inc. | 14669 | Circuit City Stores, Inc. | $167,790.33 (administrative) |
| 10/2/09 | 14669 | Westlake Limited Partnership<br>HSBC Bank USA NA<br>VonWin<br>Dept. Ch. 16354<br>Palatine, IL  60055-6354 | Westlake Limited Partnership<br>HSBC Bank USA NA<br>VonWin<br>Dept. CH 16354<br>Palatine, IL  60055 | $167,790.33 (administrative) | Circuit City Stores, Inc. | 15213 | Circuit City Stores, Inc. | $86,860.51 (general unsecured) |
| 1/22/09 | 4890 | Woodlawn Trustees Incorporated<br>Attn: Sheila deLa Cruz<br>c/o Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA 23218-0500 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | 12313 | Circuit City Stores, Inc. | $583,523.74 (general unsecured) |
| 1/21/09 | 3971 | Woodlawn Trustees Incorporated<br>c/o Hirschler Fleischer PC<br>Attn: Sheila deLa Cruz<br>PO Box 500<br>Richmond, VA 23218-0500 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | 4890 | Circuit City Stores, Inc. | Unliquidated (general unsecured) |