Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al., | **:** Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:** (Jointly Administered) |
| | **:** |
| | **:** |

## NOTICE OF LIQUIDATING TRUST'S FIFTEENTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Liquidating Trust's Fifteenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.  By the Objection, the Liquidating Trust is seeking to reduce certain claims, reclassify certain claims, and disallow certain claims.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | <u>Claim Number</u> | <u>Claim Amount</u> | <u>Reference Objection</u> |
|---|---|---|---|

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION.  YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY <u>4:00 P.M. (EASTERN TIME) ON APRIL 7, 2011</u>, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

<u>**Critical Information for Claimants
Choosing to File a Response to the Objection**</u>

<u>Who Needs to File a Response</u>:  If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

<u>Response Deadline</u>:  The Response Deadline is **<u>4:00 p.m. (Eastern Time) on April 7, 2011 (the "Response Deadline")</u>**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

The status hearing on the Objection will be held at  **2:00 p.m. (Eastern Time) on April 14, 2011 at:**

> United States Bankruptcy Court
> 701 East Broad Street – Courtroom 5000
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

### <u>Procedures for Filing a Timely Response and</u> <u>Information Regarding the Hearing on the Objection</u>

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

> a.    a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

      b.      the claimant's name and an explanation for the amount of the Claim;

      c.      a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

      d.      a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

      e.      a declaration of a person with personal knowledge of the relevant facts that support the Response;

      f.      the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address").  If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

      g.      to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**.  To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf.  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection without further notice to you.

**Each Objection Is a Contested Matter**.  Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

## Additional Information

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.

Dated:    February 27, 2011

*/s/ Paula S. Beran*

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
        pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
        acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**LIQUIDATING TRUST'S FIFTEENTH OMNIBUS OBJECTION TO
LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED
CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS,
AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through

Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the

Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated

Debtors and Debtors in Possession and its Official Committee of Creditors Holding

General Unsecured Claims (the "Plan") in the above-captioned cases, hereby files this

Liquidating Trust's Fifteenth Omnibus Objection to Landlord Claims (Reduction of

Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims,

Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims,

Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)

(the "Objection"), and hereby moves this court (the "Court"), pursuant to sections 105, 502

and 503 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the

"Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the proposed form

of which is attached hereto as Exhibit A, granting the relief sought by this Objection, and

in support thereof states as follows:

<u>JURISDICTION AND VENUE</u>

1.      This Court has jurisdiction to consider this Objection under 28

U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of

these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

The statutory and legal predicates for the relief requested herein are Bankruptcy Code

sections 105, 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.       On November 10, 2008 (the "Petition Date"), the debtors in the
above-captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief
under chapter 11 of the Bankruptcy Code.

3.       On November 12, 2008, the Office of the United States Trustee for
the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the
"Creditors' Committee").

4.       On November 12, 2008, the Court appointed Kurtzman Carson
Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these
chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.       On December 10, 2008, the Court entered that certain Order
Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002,
3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of
Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the
"Claims Bar Date Order").

6.       Pursuant to the Claims Bar Date Order, the deadline for filing all
"claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the
Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the
"General Bar Date").  The deadline for governmental units to file claims that arose before

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC
(0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer
Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky
Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel,

*(cont'd)*

November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

7.     On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314).  In addition, the Debtors published the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The Richmond Times-Dispatch (Docket No. 1394).

8.     On November 12, 2008, this Court entered that certain Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No. 107)(the "503(b)(9) Bar Date Order").

9.     Pursuant to the 503(b)(9) Bar Date Order, this Court approved the form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the 503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9) Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy Code was on December 19, 2008 (the "503(b)(9) Bar Date").

_____
*(cont'd from previous page)*
   LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

10.     On November 19, 2008, KCC served a copy of the 503(b)(9) Bar

Date Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the

Debtors published the 503(b)(9) Bar Date Notice in The New York Times (Docket No.

549), The Wall Street Journal (Docket No. 548), and The Richmond Times-Dispatch

(Docket No. 547).

11.     On January 16, 2009, the Court authorized the Debtors, among other

things, to conduct going out of business sales at the Debtors' remaining 567 stores

pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a

joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going

out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.

As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had

been completed.

12.     On April 1, 2009, this Court entered an Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of Notice of Omnibus

Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

13.     On May 15, 2009, the Court entered that certain Order Pursuant to

Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Administrative Bar Date and Procedures For Filing and Objecting To Administrative

Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No.

3354) (the "First Administrative Claims Bar Date Order").

14.     Pursuant to the First Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests (as defined in the First

Administrative Claims Bar Date Order) incurred in the period between November 10, 2008

and April 30, 2009 was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant to the First

Administrative Claims Bar Date Order, this Court approved the form and manner of the

claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar

Date Order (the "Claims Bar Date Notice").

15.     On or before May 22, 2009, KCC served a copy of the

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609).  In

addition, the Debtors published the Administrative Claims Bar Date Notice in The

Financial Times (Docket No. 3970), The Richmond Times-Dispatch (Docket No. 3969)

and The Wall Street Journal (Docket No. 3968).

16.     On February 18, 2010, the Court entered that certain Order Pursuant

to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Second Administrative Bar Date and Procedures For Filing and Objecting To

Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof

(Docket No. 6555) (the "Second Administrative Claims Bar Date Order").

17.     Pursuant to the Second Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests for the period May 1, 2009

through December 31, 2009 (as defined in the Administrative Claims Bar Date Order) was

5:00 p.m. (Pacific) on March 31, 2010.  Pursuant to the Second Administrative Claims Bar

Date Order, this Court approved the form and manner of the claims bar date notice, which

was attached as Exhibit A to the Second Administrative Claims Bar Date Order (the

"Claims Bar Date Notice").

18.     On or before February 25, 2010, KCC served a copy of the Second

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket No. 6705).  Supplemental

service of the Second Administrative Bar Date Notice was provided by overnight mail to

one party, Brockton Superior Court, on March 26, 2010 (Docket Nos. 7089 and 7535).  In

addition, the Debtors published the Administrative Claims Bar Date Notice in The

Financial Times (Docket No. 6719), The Richmond Times-Dispatch (Docket No. 6717)

and The Wall Street Journal (Docket No. 6718).

19.     On August 9, 2010, the Debtors and the Creditors' Committee filed

the Plan, which provides for the liquidation of the Debtors' assets and distribution of the

proceeds thereof under chapter 11 of the Bankruptcy Code.

20.     On September 10, 2010, the United States Bankruptcy Court,

Eastern District of Virginia, signed an Order confirming the Plan.

21.     The Plan became effective on November 1, 2010 (the "Effective

Date"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the

Liquidation Trust assumed the right and responsibility to liquidate the Debtors' remaining

assets and distribute the proceeds to creditors, including the prosecution of Causes of

Action and objections to claims.

## OBJECTIONS TO CLAIMS

22.     By this Objection, the Liquidating Trust seeks entry of an order, in

substantially the form attached hereto as Exhibit A, pursuant to Bankruptcy Code sections

105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1,

(i) reducing each of the claims identified on Exhibit C attached hereto, (ii) reclassifying

each of the claims on Exhibit D attached hereto, and (iii) disallowing each of the claims

identified on Exhibits E through H attached hereto (collectively, the "Claims") for the

reasons set forth below.

23.    For ease of reference, attached hereto as Exhibit B is an alphabetical

listing of all claimants whose Claims are included in this Objection (the "Claimants"), with

a cross-reference by claim number.

**A.    Reduction of Certain Partially Invalid Claims**

24.    The basis for reduction of the claims listed on Exhibit C attached

hereto (the "Partially Invalid Claims") is that all of the Partially Invalid Claims assert, in

part, amounts for which the Debtors are not liable.

25.    Specifically, after a review of the Partially Invalid Claims and the

bases upon which each is asserted, and a review of the Debtors' books and records, the

Liquidating Trust has determined that certain portions of the Partially Invalid Claims are

(i) liabilities already asserted by the Claimants in other claims; (ii) liabilities that have

already been satisfied by the Debtors; or (iii) liabilities for which the Debtors dispute

liability.  Accordingly, the Liquidating Trust requests that the Partially Invalid Claims

identified on Exhibit C be reduced in the manner stated in Exhibit C for the reasons stated

therein.

**B.    Reclassification of Certain Misclassified Claims**

26.    The basis for reduction of the claims listed on Exhibit D attached

hereto (the "Misclassified Claims") is that the Misclassified Claims are improperly

classified.

27.    Specifically, after a review of the Misclassified Claims, the bases

upon which each is asserted, and a review of the Debtors' books and records, the

Liquidating Trust submits that the Misclassified Claims are asserted, in whole or in part,

with incorrect classifications and should be reclassified.  Accordingly, the Liquidating

Trust requests that each Misclassified Claim identified on <u>Exhibit D</u> be reclassified in the

manner set forth in <u>Exhibit D</u>.

**C.    Disallowance of Certain Invalid Claims**

28.    The basis for disallowance of the claims listed on <u>Exhibit E</u> attached

hereto (the "Invalid Claims") is that all of the Invalid Claims assert, in their entirety,

amounts for which the Debtors are not liable.

29.    Specifically, after a review of the Invalid Claims and the bases upon

which each is are asserted, and a review of the Debtors' books and records, the Liquidating

Trust has determined that the Invalid Claims are based on liabilities already asserted by the

Claimants in other claims (i) liabilities that already have been satisfied by the Debtors, or

(ii) liabilities for which the Debtors dispute any liability.  Accordingly, the Liquidating

Trust requests that the Invalid Claims identified on <u>Exhibit E</u> be disallowed for the reasons

stated therein.

**D.    Disallowance of Certain Late Filed Claims**

30.    The basis for disallowance of the claims listed on <u>Exhibit F</u> attached

hereto (the "Late-Filed Claims") is that each such claim was filed after the relevant bar

date.  The disallowance of each of the Late-Filed Claims set forth on <u>Exhibit F</u> is

appropriate under the appropriate Bar Date Order as well as under applicable law.

31.     Bar dates for asserting claims in chapter 11 bankruptcy cases serve extremely important purposes.  "The requirement of a Bar Date in Chapter 11 enables the debtor…to establish the universe of claims with which it must deal and the amount of those claims." See In re A.H. Robins Co., Inc., 129 B.R. 457, 459 (Bankr. E.D. Va. 1991).  Premised on the imperative purpose of finality of asserting claims against a debtor, courts have not allowed claims filed by creditors after the bar date, absent special circumstances.  See In re Provident Hosp., Inc., 122 B.R. 683, 685 (D. Md. 1990), aff'd, 943 F.2d 49 (4th Cir. 1991) (unpublished opinion) ("Because Bean did not timely file his bankruptcy claim after having been given constitutionally sufficient notice, his claim is barred under well-settled authority, 11 U.S.C. 1141(d) and Bankruptcy Rule 3003 (c) (2).").

32.     Each Late-Filed Claim was filed in the present cases after the applicable bar date had passed.  Accordingly, pursuant to the applicable Bar Date Order, these Claims are "forever barred, estopped, and permanently enjoined from asserting such claim against the Debtors…"

33.     It is essential for the Liquidating Trust to establish the proper liabilities asserted against the Debtors.  In order to achieve the imperative of finality in the claims process, the Liquidating Trust requests that this Court disallow the Late-Filed Claims in their entirety and for all purposes in these bankruptcy cases.

**E.     Disallowance of Certain Amended Claims**

34.     Exhibit G contains a list of claims that have been rendered moot by the claimant filing a subsequent "amending" claim that supersedes the claim listed on Exhibit G (the "Amended Claims").

35.     The Liquidating Trust objects to the Amended Claims, because,

among other reasons, the same claimant subsequently filed an amended claim, the amount

and basis of which are the subject of the Amended Claim.  Such repetitive claims should

be disallowed.  The Amended Claims listed on <u>Exhibit G</u> under "Claim to be Disallowed"

should be disallowed for all purposes in these bankruptcy cases.  The claims listed as

"Surviving Claim" on <u>Exhibit G</u> hereto (the "Surviving Superseding Claims") shall remain

in effect and are not affected by this portion of this Objection; <u>provided,</u> <u>however</u>, that

such Surviving Superseding Claims may be the subject of another section of this Objection

or a separate subsequently filed objection.

**F.**    **<u>Disallowance of Certain Duplicate Claims</u>**

36.    The basis for the disallowance of the claims listed on <u>Exhibit H</u>

hereto (the "Duplicate Claims") is that all of the claims are duplicative of other filed

claims.  The Liquidating Trust objects to the Duplicate Claims because, among other

reasons, the same claimant filed two (2) or more proofs of claim or portions thereof

asserting the same liability, the amounts and basis of which are the subject of the original

claim.  The Duplicate Claims listed on <u>Exhibit H</u> under "claim to be disallowed" should be

disallowed for all purposes in these bankruptcy cases.  The claims listed as "Surviving

Claim" on <u>Exhibit H</u> hereto (the "Surviving Duplicate Claims") shall remain in effect and

are not affected by this portion of this Objection; <u>provided,</u> <u>however</u>, that such Surviving

Duplicate Claims may be the subject of another section of this Objection or a separate

subsequently filed objection.

**<u>RESERVATION OF RIGHTS</u>**

37.    At this time, the Liquidating Trust has not completed its review of

the validity of all claims/expenses filed against the Debtors' estates, including the Claims

objected to herein.  Accordingly, any of the Claims objected to herein may be the subject

of other bases for objection herein and/or additional subsequently filed objections on any

grounds that bankruptcy law or non-bankruptcy law permits.  To that end, the Liquidating

Trust reserves the right to further object to any and all claims, whether or not the subject of

this Objection, for allowance and/or distribution purposes, and on any other grounds.

Furthermore, the Liquidating Trust reserves the right to modify, supplement and/or amend

this Objection as it pertains to any Claim or claimant herein.

## NOTICE AND PROCEDURE

       38.    Notice of this Objection has been provided to all Claimants with

Claims that are the subject to this Objection as identified on Exhibits C through H,

respectively, and to parties-in-interest in accordance with the Court's Supplemental Order

Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and

Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case

Management and Administrative Procedures (entered on December 30, 2009 at Docket No.

6208) (the "Case Management Order").  The Liquidating Trust submits that the following

methods of service upon the Claimants should be deemed by the Court to constitute due

and sufficient service of this Objection: (a) service in accordance with Federal Rule of

Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of Civil

Procedure 4; (b) to the extent counsel for a Claimant is not known to the Liquidating Trust,

by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form

or other representative identified in the proof of claim form or any attachment thereto; or

(c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's

behalf in the Debtors' bankruptcy cases.  The Liquidating Trust is serving the Claimant

with this Objection and the exhibit on which the Claimant's claim is listed.

39.     To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 P.M. (Eastern) on April 7, 2011** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Liquidating Trust requests that the Court conduct a status conference[2] with respect to any such responding claimant at **2:00 P.M. (Eastern) on April 14, 2011** and thereafter schedule the matter for a future hearing as to the merits of such claim.  However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Liquidating Trust requests that the Court enter an order, substantially in the form attached hereto as <u>Exhibit A</u>, reducing the Partially Invalid Claims set forth on <u>Exhibit C</u>, Reclassifying the Misclassified Claims set forth on <u>Exhibit D</u>, and disallowing the invalid, late filed, duplicate and amended claims set forth on <u>Exhibit E</u> through <u>Exhibit H</u> attached hereto.

**COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
THE OMNIBUS OBJECTION PROCEDURES ORDER**

40.     This Objection complies with Bankruptcy Rule 3007(e). Additionally, the Liquidating Trust submits that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

**<u>WAIVER OF MEMORANDUM OF LAW</u>**

41.     Pursuant to Local Bankruptcy Rule 9013-1(G), and because there

---

[2] In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the Objection do not need to appear at the status conference.

are no novel issues of law presented in the Motion, the Liquidating Trust requests that the

requirement that all motions be accompanied by a written memorandum of law be waived.

### NO PRIOR RELIEF

42.     No previous request for the relief sought herein has been made to

this Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter an

Order sustaining this Objection and granting such other and further relief as the Court

deems appropriate.

Dated: Richmond, Virginia
         February 27, 2011

TAVENNER & BERAN, PLC


        _/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

                  - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

                  - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

## EXHIBIT A

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - -   x
In re:                                         :      Chapter 11
                                                :
CIRCUIT CITY STORES, INC., et al.,  :      Case No. 08-35653 (KRH)
                                                :
                   Debtors.              :
- - - - - - - - - - - - - -             :      Jointly Administered
                                                x

**ORDER SUSTAINING LIQUIDATING TRUST'S FIFTEENTH OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS,
DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS
AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Fifteenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit H attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

43.     The Objection is SUSTAINED.

44.     The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

45.     The Claims identified on Exhibit B as attached hereto and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

incorporated herein are forever reclassified in these bankruptcy cases in the manner stated

in Exhibit B.

46.    The Claims identified on Exhibit C through Exhibit F as attached

hereto and incorporated herein are forever disallowed in their entirety for all purposes in

these bankruptcy cases.

47.    The Liquidating Trust's rights to object to any claim including

(without limitation) the Claims subject to the Objection, on any grounds that applicable

law permits, are not waived and are expressly reserved.

48.    The Liquidating Trust shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or before five (5) business days from

the entry of this Order.

49.    This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
_____, 2011


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                        - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                        - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                        /_____
                        Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC<br>Lori E Eropkin Esq SBN 253048<br>Levinson Arshonsky & Kurtz LLP<br>15303 Ventura Blvd Ste 1650<br>Sherman Oaks, CA 91403 | 9271 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC<br>Lori E Eropkin Esq SBN 253048<br>Levinson Arshonsky & Kurtz LLP<br>15303 Ventura Blvd Ste 1650<br>Sherman Oaks, CA 91403 | 12458 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC<br>Lori E Eropkin Esq SBN 253048<br>Levinson Arshonsky & Kurtz LLP<br>15303 Ventura Blvd Ste 1650<br>Sherman Oaks, CA 91403 | 14956 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC<br>Lori E Eropkin Esq SBN 253048<br>Levinson Arshonsky & Kurtz LLP<br>15303 Ventura Blvd Ste 1650<br>Sherman Oaks, CA 91403 | 14361 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC<br>Lori E Eropkin Esq SBN 253048<br>Levinson Arshonsky & Kurtz LLP<br>15303 Ventura Blvd Ste 1650<br>Sherman Oaks, CA 91403 | 14958 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| 44 North Properties LLC<br>Patricia A Borenstein Esq<br>Miles & Stockbridge PC<br>10 Light St<br>Baltimore, MD 21202 | 8777 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| | | |
|---|---|---|
| ACADIA REALTY LIMITED PARTNERSHIP & BRIGHTON COMMERICAL LLC & CATELLUS OPERATING LIMITED PARTNERSHIP & CEDAR DEVELOPMENT LTD ATTN JENNIFER M MCLEMORE & AUGUSTUS C EPPS JR & MICHAEL D MUELLER ESQ & JENNIFER M MCLEMORE ESQ & NOELLE M JAMES ESQ c/o Christian & Barton 909 E. Main Street, Suite 1200 Richmond, VA 23219 | 13098 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Acadia Realty Limited Partnership fka Mark Centers Limited Partnership Attn Daniel J Ansell Greenberg Traurig LLp 200 Park Ave New York, NY 10166 | 13802 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Accent Homes Inc. 14145 Brandywine Rd Brandywine, MD 20613 | 896 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| ADD Holdings LP a Texas Limited Partnership Attn Joseph A Friedman c o Kane Russell Coleman & Logan PC 3700 Thanksgiving Tower 1601 Elm St Dallas, TX 75201 | 7559 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| ADVANCE REAL ESTATE MANAGEMENT LLC 1420 TECHNY RD NORTHBROOK, IL 60062 | 7813 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Advance Real Estate Management LLC 1420 Techny Rd Northbrook, IL 60062 | 12238 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Amargosa Palmdale Investments LLC J Bennett Friedman Esq Friedman Law Group 1900 Avenue of the Stars Ste 1800 Los Angeles, CA 90067-4409 | 13962 | EXHIBIT H DUPLICATE CLAIMS TO BE EXPUNGED |
| AUTOZONE NORTHEAST, INC ATTN JIM MCCLAIN ATTN PROPERTY MANAGEMENT DEPTARTMENT 8700 123 S FRONT STREET MEMPHIS, TN 38103-3618 | 7538 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |

| | | |
|---|---|---|
| Banc One Building Corporation<br>c/o Kevin G. Mruk<br>JPMorgan Chase Legal & Compliance Dept<br>10 S. Dearborn, Fl. 6<br>Chicago, IL 60603-2003 | 6036 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Bank of America, N.A., as trustee for the registered holders of<br>GMAC Commercial Mortgage Securities, Inc.,<br>Mortgage PassThrough<br>Certificates, Series 1998-C2<br>c/o Capmark Finance Inc.<br>Attn: Peyton Inge<br>700 N. Pearl Street<br>Dallas, TX 75201 | 7953 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Bank of America, N.A., as trustee for the registered holders of<br>GMAC Commercial Mortgage Securities, Inc.,<br>Mortgage PassThrough<br>Certificates, Series 1998-C2<br>c/o Capmark Finance Inc.<br>Attn: Peyton Inge<br>700 N. Pearl Street<br>Dallas, TX 75201 | 9721 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Bank of America, N.A., as trustee for the registered holders of<br>GMAC Commercial Mortgage Securities, Inc.,<br>Mortgage PassThrough<br>Certificates, Series 1998-C2<br>c/o Capmark Finance Inc.<br>Attn: Peyton Inge<br>700 N. Pearl Street<br>Dallas, TX 75201 | 12573 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Bank of America NA as successor by merger to<br>LaSalle Bank National Association as Trustee for<br>the Registered Holders of GMAC<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 9488 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Bank of America National Association as<br>Successor by Merger to LaSalle Bank National<br>Association as Trustee for the Registered Holders<br>of the Morgan Stanley Capital Inc Commercial<br>Mortgage Pass Through Certificates Series 1997<br>C1 c/o Capmark Finance Inc. Peyton Inge<br>700 N. Pearl Street, Suite 2200<br>Dallas, TX  75201 | 9899 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE<br>EXPUNGED |

| | | |
|---|---|---|
| Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank As Tr Creditor Notice Name: Peyton Inge Address: c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX  75201 | 10030 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank As Tr Peyton Inge c/o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX  75201 | 9050 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX  75201 | 9704 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank Peyton Inge c/o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX  75201 | 9734 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank Peyton Inge c/o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX  75201 | 9707 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| Bank of America, N.A., as successor-by-merger to laSalle Bank National Association, as Trustee for the Registered holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 1997-C1 c/o Capmark Finance Inc. Peyton Inge 700 N. Pearl Street, Suite 2200 Dallas, TX  75201 | 9449 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| | | |
|---|---|---|
| BARNES AND POWERS NORTH LLC<br>111 SOUTH TEJON<br>SUITE 222<br>ATTN CHRIS JENKINS<br>COLORADO SPRINGS, CO 80903 | 2367 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| BARNES AND POWERS NORTH LLC<br>111 SOUTH TEJON<br>SUITE 222<br>ATTN CHRIS JENKINS<br>COLORADO SPRINGS, CO 80903 | 11773 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| BARNES AND POWERS NORTH LLC<br>111 SOUTH TEJON<br>SUITE 222<br>ATTN CHRIS JENKINS<br>COLORADO SPRINGS, CO 80903 | 11773 | EXHIBIT D<br>CLAIMS TO BE<br>RECLASSIFIED |
| Becker Trust LLC<br>Barry Becker<br>50 S Jones Blvd STE 100<br>Las Vegas, NV 89107 | 11465 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Becker Trust LLC<br>Barry Becker<br>50 S Jones Blvd STE 100<br>Las Vegas, NV 89107 | 13923 | EXHIBIT D<br>CLAIMS TO BE<br>RECLASSIFIED |
| Becker Trust LLC<br>Steven H Greenfeld<br>Cohen Baldinger & Greenfeld LLC<br>7910 Woodmont Ave Ste 760<br>Bethesda , MD 20814<br>USA | 13137 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE<br>EXPUNGED |
| Bella Terra Associates LLC<br>J Bennett Friedman Esq<br>Frideman Law Group<br>1900 Ave of the Stars STE 1800<br>Los Angeles, CA 90067-4409 | 13955 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE<br>EXPUNGED |
| BLOCKBUSTER, INC<br> 12327 01 3000 REDBUD BLVD.<br>MCKINNEY, TX 75069 | 9290 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Bond CC I DBT<br>Attn David Vanaskey Corporate Trust<br>Administration<br>c o Wilmington Trust Company<br>1100 N Market St<br>Wilmington, DE 19890 | 8680 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |

| | | |
|---|---|---|
| Bond Circuit I Delaware Business Trust<br>Attn James S Carr & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY  10178 | 13448 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Bond Circuit I Delaware Business Trust<br>Creditor Notice Name: Attn James S Carr & Robert<br>L LeHane<br>Address:<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY  10178 | 14935 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Bond Circuit II DBT (If known)<br>c/o Wilmington Trust Company<br>1100 North Market Street<br>Wilmington, DE 19890<br>Attn: David Vanaskey, Corporate Trust<br>Administration | 8682 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Bond Circuit XI DBT<br>c/o Wilmington Trust Company<br>1100 North Market Street<br>Wilmington, DE 19890<br>Attn: David Vanaskey, Corporate Trust<br>Administration | 8690 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Bond Circuit IV DBT<br>Attn David Vanaskey Corporate Trust<br>Administration<br>c o WilmingtonTrust Company<br>1100 N Market St<br>Wilmington, DE  19890 | 8685 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE<br>EXPUNGED |
| Bond Circuit IV Delaware Business Trust<br>Mark B Conlan Esq<br>Gibbons PC<br>One Gateway Ctr<br>Newark, NJ  07102-5310 | 8796 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Bond Circuit V DBT<br> Attn David Vanaskey Corporate Trust<br>Administration<br>c o Wilmington Trust Company<br>1100 N Market St<br>Wilmington, DE  19890 | 8702 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Bond Circuit VII DBT<br>c/o Wilmington Trnst Company<br>1100 North Market Street<br>Wilmington, DE 19890<br>Attn: David Vanaskey, Corporate Trust<br>Administration | 8681 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |

| | | |
|---|---|---|
| BPP WB LLC<br>John C La Liberte Esq<br>Sherin and Lodgen LLP<br>101 Federal St<br>Boston, MA 02110 | 13046 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Brighton Commercial LLC<br>325 Ridgeview Drive<br>Palm Beach, FL 33480 | 9477 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Brighton Commercial LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 14345 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Capmark Finance Inc<br>Keith M Aurzada & John C Leininger<br>Bryan Cave LLP<br>2200 Ross Ave Ste 3300<br>Dallas, TX  75201 | 14363 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Catellus Operating Limited Partnership<br> Edward J Tredinnick Esq<br>Greene Radovsky Maloney Share & Hennigh LLP<br>Four Embarcadero Ctr Ste 4000<br>San Francisco, CA 94111 | 7957 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE<br>EXPUNGED |
| CC Countryside 98 LLC<br>Attn Simon Marciano Esq<br>Neuberger Quinn Gielen Rubin & Gibber PA<br>1 South St 27th Fl<br>Baltimore, MD  21202 | 14529 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| CC Investors 1996 17<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 | 7162 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| CC Properties LLC<br>Atten:  Michelle Ingle<br>c/o FBL Financial Group, Inc.<br>5400 University Ave.<br>West Des Moines, IA 50266 | 14005 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Cedar Development Ltd.<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 14140 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |

| | | |
|---|---|---|
| Centro Properties Group t a Parkway Plaza Vestal NY<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103 | 8102 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Centro Properties Group t a Parkway Plaza Vestal NY<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103 | 8104 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Centro Properties Group ta Valley Crossing Hickory NC<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 1604 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Circuit IL Corp<br>Sigmond Sommer Properties<br>280 Park Avenue, 4th Floor, West Building<br>New York, NY 10017 | 5027 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Circuit Investors Fairfield Limited Partnership<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT  06511 | 14548 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CJM Management Company<br>4198 Orchard Lake Rd<br>STE 250<br>Orchard Lake, MI  48323-1644 | 1369 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CMAT 1999 C1 Kelly Road LLC<br>c/o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 5005 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CMAT 1999 C2 Moller Road LLC<br>c/o Mindy A. Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 | 4994 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Cosmo Eastgate Ltd<br>Attn David M Neumann<br>Benesch Friedlander Coplan & Aronoff LLP<br>200 Public Sq Ste 2300<br>Cleveland, OH 44114-2378 | 6616 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| | | |
|---|---|---|
| Cottonwood Corners - Phase V, LLC<br> RSF Land & Cattle Company, LLC<br>10200 Corrales Road NW, Suite B-3<br>Alberquerque, NM  87114 | 14916 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Cottonwood Corners - Phase V, LLC<br> RSF Land & Cattle Company, LLC<br>10200 Corrales Road NW, Suite B-3<br>Alberquerque, NM  87114 | 14916 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| Cottonwood Corners - Phase V, LLC<br>RSF Land & Cattle Company, LLC<br>10200 Corrales Road NW, Suite B-3<br>Alberquerque, NM  87114 | 14917 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Cottonwood Corners - Phase V, LLC<br>RSF Land & Cattle Company, LLC<br>10200 Corrales Road NW, Suite B-3<br>Alberquerque, NM  87114 | 14917 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| Country Aire Retention Pond Owners Association<br>Kimberly A Reves<br>1901 Butterfield Rd Ste 260<br>Downers Grove, IL 60515 | 13500 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| CW Capital Asset Management LLC as Special<br>Servicer on Behalf of Wells Fargo Bank NA<br>Brent Procida<br>Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 | 7233 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Daboo LLC<br>Frank Boren<br>8715 Wood Duck Way<br>Blaine, VA 98230 | 2621 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Daniel G Kamin Flint LLC<br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA  15232-0234 | 11573 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Dollinger Lost Hills Associates<br>James A Tiemstra<br>Law Offices of James A Tiemstra<br>Tribune Tower<br>409 13th St 15th Fl<br>Oakland, CA  94612-2607 | 8145 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| DOWEL CONSHOHOCKEN LLC<br>c o Dowel Associates LLC<br>25 LINDSLEY DR STE 201<br>MORRISTOWN, NJ 07960 | 12354 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |

| | | |
|---|---|---|
| Evergreen Plaza Associates I LPJohn L. Senica, Esq.Miller Canfield Paddock and Stone PC225 W. Washington St., Ste. 600Chicago, IL 60606 | 8143 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Fingerlakes Crossing LLC Attn Kevin M Newman Esq Menter Rudin & Trivelpiece PC 308 Maltbie St Ste 200 Syracuse, NY 13204-1498 | 12067 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| FW CA Brea Marketplace LLC Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 13446 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| FW CA Brea Marketplace LLC Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 12796 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| FW CA Brea Marketplace, LLC Attn Randy Shoemaker c o Regency Centers LP One Independent Dr Ste 114 Jacksonville, FL 32202-5019 | 14382 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| GECMC 2005 C2 Eastex Fwy LLC c o LNR Partners Inc 1601 Washington Ave Ste 700 Miami Beach, FL 33139 | 8667 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Gemini Property Management LLC As Special Agent of All Owners of The Johnstown Galleria 300 Market St Johnstown, PA 15901 | 9742 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Goldsmith, Barbara L Attn Michael Hecht Hecht & Company PC 111 W 40th St New York, NY 10018 | 9728 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| Goldsmith, Barbara L Attn Michael Hecht Hecht & Company PC 111 W 40th St New York, NY 10018 | 14867 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| | | |
|---|---|---|
| Greenback Associates<br>Attn Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 | 13365 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Greenback Associates<br>Attn Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 | 13366 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Greenback Associates<br>Attn Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 | 13379 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Greenback Associates<br>Attn Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 | 15006 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| GRI EQY Sparklberry Square LLC<br>Arthur L Gallagher Vice President<br>1600 NE Miami Gardens Dr<br>North Miami Beach, FL 33179 | 14062 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| GUNNING INVESTMENTS LLC<br>CO NAINVISION<br>534 S KANSAS AVE STE 1008<br>TOPEKA, KS 66603 | 8675 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Inland Southwest Management LLC<br>Attn: Karen C. Bifferato & Kelly M. Conlan<br>Connolly Bove Ldge & Hutz LLP<br>The Nemours Bldg 1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 14928 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE<br>EXPUNGED |
| Inland Western Avondale McDowell LLC<br>c/o Bert Bittouma Esq.<br>Inland Real Estate Group<br>2901 Butterfield Rd., 3rd Fl.<br>Oak Brook, IL 60523 | 8943 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE<br>EXPUNGED |
| Jurupa Bolingbrook LLC<br>William A Broscious<br>Kepley Broscious & Biggs PLC<br>2211 Pump Rd<br>Richmond, VA 23233 | 14537 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| KIR Arboretum Crossing LP<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 904 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |

| | | |
|---|---|---|
| La Habra Imperial LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 13637 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| LA Z BOY SHOWCASE SHOPPES, INC<br>800 S WEBER RD<br>STE B<br>BOLINGBROOK, IN 60490-5613 | 11202 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| LEBEN FAMILY LP<br>1700 W. PIONEER RD.<br>CEDARBURG, WI 53012 | 14226 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| LEBEN FAMILY LP1700 W. PIONEER<br>RD.CEDARBURG, WI 53012 | 14226 | EXHIBIT D<br>CLAIMS TO BE<br>RECLASSIFIED |
| LEBEN FAMILY LP<br>4001 N. TAMIAMI TRAIL<br>C/O NORTHERN TRUST BANK<br>NAPLES, FL 34103 | 1368 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Lexington Richmond LLC<br>Attn Harvey A Strickon<br>Paul Hastings Janofsky & Walker LLP<br>75 E 55th St<br>New York, NY 10022-3205 | 12029 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| Liquidity Solutions Inc.<br>c o Joshua M. Farber, Esq.<br>Meyer, Unkovic & Scott LLP<br>1300 Oliver Building<br>Pittsburgh, PA 15222 | 8935 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Liquidity Solutions Inc<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 12791 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Manco Abbott OEA INC<br>Benjamin Nurse<br>851 Munras Ave<br>Monterey, CA 93940<br>(claim #2411) | 1264 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Manufacturers & Traders Trust Company as<br>Trustee<br>c o Nicholas M Miller Esq<br>Neal Gerber & Eisenberg LLP<br>Two N LaSalle St Ste 1700<br>Chicago, IL 60602 | 8613 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |

| | | |
|---|---|---|
| Manufacturers & Traders Trust Company as Trustee<br>c o Nicholas M Miller Esq<br>Neal Gerber & Eisenberg LLP<br>Two N LaSalle St Ste 1700<br>Chicago, IL 60602 | 8620 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Manufacturers & Traders Trust Company as Trustee<br>c/o Nicholas M Miller Esq<br>Neal Gerber & Eisenberg LLP<br>Two N LaSalle St Ste 1700<br>Chicago, IL 60602 | 8561 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Manufacturers & Traders Trust Company, as Trustee<br>c/o Nicholas M Miller Esq<br>Neal Gerber & Eisenberg LLP<br>Two N. LaSalle St., Ste. 1700<br>Chicago, IL 60602 | 8611 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| MRV Wanamaker, LC<br>3501 Southwest Fairlawn Road<br>Suite 200<br>Topeka, KS 66614 | 9282 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Northbrook Sub LLC Northbrook PLIC LLC and Northbrook VNBP LLC as Tenants in Common<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103 | 12247 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Northbrook Sub LLC Northbrook PLIC LLC and Northbrook VNBP LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103 | 7979 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| OLP CCFERGUSON LLC<br>c/o Michelle McMahon, Esq.<br>1290 Avenue of the Americas<br>NewYork,NY 10104 | 14418 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| ORIX Capital Markets LLC<br>c/o Lawrence A Katz Kristen E Burgers<br>8010 Towers Crescent Dr Ste 300<br>Vienna, VA 22182-2707 | 14245 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| | | |
|---|---|---|
| ORIX Capital Markets LLC<br>c/o Lawrence A Katz Kristen E Burgers<br>8010 Towers Crescent Dr Ste 300<br>Vienna, VA  22182-2707 | 14245 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| ORTHODONTIC CENTERS OF VIRGINIA INC<br>ATTN REAL ESTATE DEPT<br>3850 NORTH CAUSEWAY BLVD STE 800<br>METAIRIE, LA 70002 | 11579 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| ORTHODONTIC CENTERS OF VIRGINIA INC<br>ATTN REAL ESTATE DEPT<br>3850 NORTH CAUSEWAY BLVD STE 800<br>METAIRIE, LA 70002 | 11579 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| ORTHODONTIC CENTERS OF VIRGINIA INC<br>ATTN REAL ESTATE DEPT<br>3850 NORTH CAUSEWAY BLVD STE 800<br>METAIRIE, LA 70002 | 11587 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| ORTHODONTIC CENTERS OF VIRGINIA INC<br>ATTN REAL ESTATE DEPT<br>3850 NORTH CAUSEWAY BLVD STE 800<br>METAIRIE, LA 70002 | 11587 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Park National Bank as Assignee of Rents Under the<br>Columbus Georgia Lease with Circuit Investors No<br>2 Ltd<br>Attn Richard C Maxwell<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24038-4125 | 8947 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Parkdale Mall Associates, LP<br>c o Scott M. Shaw, Esq.<br>763 Georgia Avenue, Suite 300<br>Chattanooga, TN 37402 | 14965 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Parkdale Mall Associates, LP<br>c o Scott M. Shaw, Esq.<br>763 Georgia Avenue, Suite 300<br>Chattanooga, TN 37402 | 14965 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| Paskin, Marc<br>8550 El Paseo Grande<br>La Jolla, CA 92037 | 4828 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |

| | | |
|---|---|---|
| PK Sale LLC<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 903 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Point West Plaza II Investors<br>Attn: Lorene Sublett<br>c/o Buckeye Pacific Investors<br>201 Hoffman Ave.<br>Monterey, CA 93940 | 6266 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Point West Plaza II Investors<br>Attn: Lorene Sublett<br>c/o Buckeye Pacific Investors<br>201 Hoffman Ave.<br>Monterey, CA 93940 | 6588 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| PROMENADE MODESTO, LLC<br>280 SECOND STREET<br>SUITE 230<br>C/O WEST VALLEY PROPERTIES INC.<br>LOS ALTOS, CA 94022 | 2979 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Rancon Realty Fund IV<br>Ronald K Brown Jr<br>Law Offices of Ronald K Brown Jr APC<br>901 Dove St Ste 120<br>Newport Beach, CA 92660-3018 | 6754 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| RC CA Santa Barbara LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12792 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE<br>EXPUNGED |
| RC CA Santa Barbara LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12797 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| RD Bloomfield Associates Limited Partnership<br>Greenberg Traurig LLp<br>200 Park Ave<br>New York, NY 10166 | 13801 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| REMINGTON SEEDS<br>STEVE HAGEMAN<br>4746 WEST US HIGHWAY 24<br>REMINGTON, IN 47977 | 6551 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |

| | | |
|---|---|---|
| REMINGTON SEEDS<br>STEVE HAGEMAN<br>4746 WEST US HIGHWAY 24<br>REMINGTON, IN 47977 | 6551 | EXHIBIT D<br>CLAIMS TO BE<br>RECLASSIFIED |
| Remount Road Associates Limited Partnership<br>Hirschler Fleischer PC<br>Attn Sheila deLa Cruz<br>PO Box 500<br>Richmond, VA 23218-0500 | 8597 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Remount Road Associates<br>c o LMG Properties Inc<br>Northridge Shopping Center<br>5815 Westpark Dr<br>Charlotte, NC 28217 | 12488 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| S&F3 Management Company LLC<br>7777 Glades Road, Suite 212<br>Boca Raton, FL 33434 | 14539 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Schiffman Circuit Props<br>Matthew W Grimshaw<br>Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 | 9178 | EXHIBIT D<br>CLAIMS TO BE<br>RECLASSIFIED |
| Seekonk Equities LLC<br>Scott Klatsky<br>Director of Leasin Time Equities Inc as agent for<br>Seekonk Equities LLC<br>55 5th Ave<br>New York, NY  10003 | 12848 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| Seekonk Equities LLC<br>Scott Klatsky<br>Director of Leasin Time Equities Inc as agent for<br>Seekonk Equities LLC<br>55 5th Ave<br>New York, NY  10003 | 12848 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Shops at Kildeer LLC<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 9061 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Shops at Kildeer LLC<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 9064 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |

| | | |
|---|---|---|
| SILVERSTEIN TRUSTEE, RAYMOND<br>C/O THE GOODMAN GROUP<br>2828 CHARTER RD<br>PHILADELPHIA, PA 19154 | 6645 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Sir Barton Place LLC<br>250 W Main St Ste 1600<br>Lexington, KY 40507-1746 | 11894 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Site A LLC<br>Ann K. Crenshaw, Esq. and Paul K. Campsen,<br>Esq.<br>Kaufman & Canoles PC<br>2101 Parks Ave., Ste. 700<br>Virginia Beach, VA 23451 | 14770 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| Smith Gambrell & Russell LLP<br>Attn Brian Hall Esq<br>1230 Peachtree St NE Ste 3100<br>Atlanta, GA 30309 | 6554 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Station Landing LLC<br>John C La Liberte Esq<br>Sherin and Lodgen LLP<br>101 Federal St<br>Boston, MA 02110 | 2901 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Sullivan Crosby Trust<br>Brad Boodt Esq<br>Holland & Hart LLP<br>3800 Howard Hughes Pkwy 10th Fl<br>Las Vegas, NV 89169 | 8824 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Target Corporation<br>Jayne G. Trudell<br>Target Corporation Law Dept.<br>1000 Nicollet Mall<br>Minneapolis, MN 55413 | 9268 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| TEAM RETAIL WESTBANK LTD<br>ATTN WORTH R WILLIAMS<br>9362 HOLLOW WAY RD<br>DALLAS, TX 75220 | 8939 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| The Berkshire Group<br>One Beacon Street, Suite 1500<br>Boston, MA 02108<br>Attn: Wayne Zarozny, Vice President | 8747 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| The Hutensky Group LLC agent for HRI<br>Lutherville Station LLC ta Lutherville Station<br>Lutherville MD<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 1897 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |

| | | |
|---|---|---|
| The Marketplace of Rochester Hills Parcel B LLC<br>Adam K Keith<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Bldg<br>660 Woodward Ave<br>Detroit, MI  48226 | 6805 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| The Woodmont Company<br>Attn Carol Ware Bracken Pres Investment Services<br>2100 W 7th St<br>Fort Worth, TX 76107 | 14440 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| The Woodmont Company<br>Attn Carol Ware Bracken Pres Investment Services<br>2100 W 7th St<br>Fort Worth, TX 76107 | 14440 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| Toys R Us Deleware Inc<br>Attn Karen L Gilman Esq<br>Wolff & Samson<br>1 Boland Dr<br>West Orange, NJ 07052 | 6118 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Trader Joe's East, Inc.<br>Eugene M. Magier, Esq.<br>687 Highland Avenue<br>Suite 1<br>Needham, MA  02494 | 4983 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| U.S. Bank National Association, as purchaser of<br>assets of Park National Bank Attn: Richard C<br>Maxwell, Esq.<br>c/o Woods Rogers PLC<br>10 S. Jefferson St., Suite 1400<br>Roanoke, VA 24011 | 14793 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| UBS Realty Investors LLC agent for Wayside<br>Commons Investors LLC ta Wayside Commons<br>Burlington MA<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 1898 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Uncommon Ltd<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 14141 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery III LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 | 6025 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |

| | | |
|---|---|---|
| United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 | 7735 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 | 14519 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Van Ness Post Center LLC<br>720 Market St Ste 500<br>San Francisco, CA<br>94102 | 14220 | EXHIBIT D<br>CLAIMS TO BE<br>RECLASSIFIED |
| Van Ness Post Center LLC<br>Portfolio Manager<br>720 Market St FL 5<br>ATTN Dr Jospeh & Maria Fang<br>San Francisco,<br>CA 94102 | 3896 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Van Ness Post Central  LLC<br>27 E Fourth Ave<br>C/ O United Commerical Bank<br>San Mateo, CA<br>94401-4001 | 3893 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Vestar OCM LLC<br>c o William Novotny<br>Mariscal Weeks McIntye & Friedlander PA<br>2901 N Central Ave Ste 200<br>Phoenix, AZ  85012 | 8227 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Vornado North Bergen Tonnelle Plaza LLC<br>Attn Mei Cheng<br>c o Vornado Realty Trust<br>210 Rte 4 E<br>Paramus, NJ 07652 | 8489 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Water Tower Square Limited Partnership<br>Attn Kathleen J Baginski<br>c o Carnegie Management & Development Corp<br>27500 Detroit Rd Ste 300<br>Westlake, OH 44145-0000 | 11240 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| Water Tower Square Limited Partnership<br>Attn Kathleen J Baginski<br>c o Carnegie Management & Development Corp<br>27500 Detroit Rd Ste 300<br>Westlake, OH 44145-0000 | 11240 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Watercress Associates LP LLLP dba Pearlridge<br>Center<br> Attn Lawrence A Diamant Esq<br>Levene Neale Bender Rankin & Brill LLP<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067 | 11820 | EXHIBIT D<br>CLAIMS TO BE<br>RECLASSIFIED |

| | | |
|---|---|---|
| WEC 96D Niles Investment Trust<br>Neil D Goldman Esq<br>Young Goldman & Van Beek PC<br>510 King St Ste 416<br>Alexandria, VA 22314 | 9647 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| WEC 96D Vestal Investment Trust<br>Attn Wayne Zarozny VP<br>The Berkshire Group<br>One Beacon St Ste 1500<br>Boston, MA  02108 | 9780 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Wells Fargo Bank as Trustee for the Registered<br>Holders of Credit Suisse First Boston Mortgage<br>Securities Corp Commercial Mortgage Pass<br>Through Certificates Series 2005 C1 as Collateral<br>Assignee of Sunrise Plantation Properties LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 8583 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Wells Fargo Bank NA a National Banking<br>Association as Trustee for the Registered Holders<br>of GE Commercial Mortgage<br>Corporation Commercial Mortgage Pass Through<br>Certificates Series 2005 C2<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 9123 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Wells Fargo Bank NA as Trustee for the Registered<br>Holders of Wachovia Bank Commercial Mortgage<br>Trust Commercial Mortgage Pass<br>Through Certificates Series 2004 C11 as Collateral<br>Assignee of Amargosa Palmdale Investments LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 8505 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE<br>EXPUNGED |

| | | |
|---|---|---|
| Wells Fargo Bank NA as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass Through Certificates Series 2006 C29 as Collateral Assignee of Cedar Development LTD<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 9121 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas , TX  75201 | 9441 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas , TX  75201 | 9741 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX  75201 | 9450 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| WHITNEY NATIONAL BANK<br>E B PEEBLES III ESQ BENJAMIN Y FORD ESQ<br>ARMBRECHT JACKSON LLP<br>PO BOX 290<br>MOBILE, AL 36601 | 11384 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| WIRED MANAGEMENT, LLCATTN: REAL ESTATE2500 E. CENTRAL TEXAS EXPY., STE. C KILLEEN, TX 76543-5301 | 6289 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Woodmont Sherman LP<br>Attn James S Carr Esq Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 11526 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Woodmont Sherman LP Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 13421 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
|---|---|---|

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**
**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim Amount | Debtor | Comments |
| 01/28/09 | 7559 | ADD Holdings LP a Texas Limited Partnership Attn Joseph A Friedman c o Kane Russell Coleman & Logan PC 3700 Thanksgiving Tower 1601 Elm St Dallas, TX 75201 | | $837,446.39 (general unsecured) | Circuit City Stores, Inc. | $744,453.94 (general unsecured) | Circuit City Stores, Inc. | Reduce by $55,342.76 in prepetition rent and $37,649.69 in rejection damages according to the Debtors' books and records. |
| 01/29/09 | 7813 | ADVANCE REAL ESTATE MANAGEMENT LLC 1420 TECHNY RD NORTHBROOK, IL 60062 | | $43,345.61 (general unsecured) | Circuit City Stores, Inc. | $14,748.00 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, th claim is reduced by $28,597.61 for prepetition rent. |
| 04/20/09 | 12238 | Advance Real Estate Management LLC 1420 Techny Rd Northbrook, IL 60062 | Law Offices Jay Zabel & Associates Ltd William P Ellsworth 33 W Monroe Ste 3950 Chicago, IL 60603 | $901,006.81 (general unsecured) | Circuit City Stores, Inc. | $861,728.23 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, th claim is reduced by $39,278.58 for rejection damages. |
| 01/30/09 | 9449 | Bank of America, N.A., as successor-by-merger to laSalle Bank National Association, as Trustee for the Registered holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 1997-C1 c/o Capmark Finance Inc. Peyton Inge 700 N. Pearl Street, Suite 2200 Dallas, TX 75201 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | $350,432.06 (general unsecured) | Circuit City Stores, Inc. | Reduce to $350,432.06 in accordance with the Debtors' books and records. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim Amount | Debtor | Comments |
| 03/16/09 | 11773 | BARNES AND POWERS NORTH LLC<br>111 SOUTH TEJON<br>SUITE 222<br>ATTN CHRIS JENKINS<br>COLORADO SPRINGS, CO 80903 | | $96,590.07 (administrative)<br><br>$630,535.79 (general unsecured) | Circuit City Stores West Coast, Inc. | $8,132.80 (administrative)<br><br>$697,604.15 (general unsecured) | Circuit City Stores West Coast, Inc. | **Claim is also subject to a Reclassify objection.** $71,932.35 should be reclassed from admin to unsecured. Also reduce admin amount by $8,247.21 in March rent & expenses and by $4,497.44 in CAM not supported by the Debtors' books and records. Also reduce administrative claim by $3,779.67 for postpetition CAM credit owed to debtor's. Unsecured should be reduced by $1,483.83 in prepetition rent and $3,380.76 in reclassed taxes not supported by the Debtors' books and records. Reduce by $4,497.44 in 2008 CAM adjustment claimed as administrative expense and not supported by the Debtors' books and records. |
| 05/27/09 | 13046 | BPP WB LLC<br>John C La Liberte Esq<br>Sherin and Lodgen LLP<br>101 Federal St<br>Boston, MA 02110 | | $816,021.39 (general unsecured) $2,000 (priority) | Circuit City Stores, Inc. | $802,236.19 (general unsecured) | Circuit City Stores, Inc. | Reduce by $4,170.76 in prepetition rent, $7,614.44 in prepetition taxes, $2,000 in attorney fees and $2,000 in damages according to the Debtors' books and records. |
| 01/28/09 | 7162 | CC Investors 1996 17<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 | | $1,545,260.62 (general unsecured) | Circuit City Stores, Inc. | $1,475,263.05 (general unsecured) | Circuit City Stores, Inc. | Reduce by $467.89 in prepetition rent and $69,529.68 in rejection damages according to the Debtors' books and records. |
| 12/12/08 | 1604 | Centro Properties Group ta Valley Crossin Hickory NC<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | | $153,341.43 (general unsecured) | Circuit City Stores, Inc. | $137,549.93 (general unsecured) | Circuit City Stores, Inc. | Reduce by $13,851.49 in prepetition rent and $1,940.01 in rejection damages according to the Debtors' books and records. |
| 01/21/09 | 5027 | Circuit IL Corp<br>Sigmond Sommer Properties<br>280 Park Avenue, 4th Floor, West Building<br>New York, NY 10017 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | $433,839.27 (general unsecured) | Circuit City Stores, Inc. | Claim should be reduced to amount pursuant to the Debtors' books and records. |

| | | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim Amount | Debtor | Comments |
| 08/13/09 | 14548 | Circuit Investors Fairfield Limited Partnership<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 | | $725,339.33 (general unsecured) | Circuit City Stores, Inc. | $641,150.89 (general unsecured) | Circuit City Stores, Inc. | Reduce by $45,457.91 in rejection damages an $38,730.53 in real estate taxes not supported by the Debtors' books and records. |
| 01/21/09 | 5005 | CMAT 1999 C1 Kelly Road LLC<br>c/o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | | $1,187,983.93 (general unsecured) | Circuit City Stores, Inc. | $1,011,402.41 (general unsecured) | Circuit City Stores, Inc. | Reduce by $1,294.50 in prepetition rent and $175,287.02 in rejection damages according to the Debtors' books and records. |
| 01/21/09 | 4994 | CMAT 1999 C2 Moller Road LLC<br>c/o Mindy A. Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 | | $1,029,584.71 (general unsecured) | Circuit City Stores, Inc. | $714,935.91 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $1,708.75 of overstated prepetition rent and $312,940.05 of rejection damages. |
| 01/28/09 | 6616 | Cosmo Eastgate Ltd<br>Attn David M Neumann<br>Benesch Friedlander Coplan & Aronoff LLP<br>200 Public Sq Ste 2300<br>Cleveland, OH 44114-2378 | | $1,057,300.80 (general unsecured) | Circuit City Stores, Inc. | $955,959.09 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, th claim is reduced by $20,700.61 for rejection damages, $238.73 for insurance and $327.36 fo utilities.. |
| 01/29/09 | 8145 | Dollinger Lost Hills Associates<br>James A Tiemstra<br>Law Offices of James A Tiemstra<br>Tribune Tower<br>409 13th St 15th Fl<br>Oakland, CA 94612-2607 | | $1,135,247.40 (general unsecured) | Circuit City Stores West Coast, Inc. | $1,111,581.42 (general unsecured) | Circuit City Stores West Coast, Inc. | Claim reduced by $23,665.98 for rejection damages not supported by debtor's books and records. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim Amount | Debtor | Comments |
| 04/23/09 | 12354 | DOWEL CONSHOHOCKEN LLC c o Dowel Associates LLC 25 LINDSLEY DR STE 201 MORRISTOWN, NJ 07960 | | $1,817,416.07 (general unsecured) $69,173.56 (administrative) | Circuit City Stores, Inc. | $1,349.,734.81 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, th claim is reduced by $50,678.38 for prepetition rent, $417,002.88 for rejection damages, $3,345.19 for postpetition taxes, $9,757.65 for insurance, $56,000 for repairs/damages and $70.72 for sewer expenses. |
| 01/29/09 | 8143 | Evergreen Plaza Associates I LPJohn L. Senica, Esq.Miller Canfield Paddock and Stone PC225 W. Washington St., Ste. 600Chicago, IL 60606 | | $854,040.03 (general unsecured) | Circuit City Stores, Inc. | $630,144.13 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $35,478.62 of overstated rent, $102,962.48 of rejection damages, and $84,246.13 of taxes.  The claim for $1,208.67 of attorneys fees is invalid and should be disallowed. |
| 04/03/09 | 12067 | Fingerlakes Crossing LLC Attn Kevin M Newman Esq Menter Rudin & Trivelpiece PC 308 Maltbie St Ste 200 Syracuse, NY 13204-1498 | | Unliquidated in the amount of not less than $350,340.76 (general unsecured) | Circuit City Stores, Inc. | $319,299.00 (general unsecured) | Circuit City Stores, Inc. | Reduce by $31,111.76 in rejection damages no supported by the Debtors' books and records. |
| 04/30/09 | 12796 | FW CA Brea Marketplace LLC Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY  10178 | | $988,654.44 (general unsecured) | Circuit City Stores West Coast, Inc. | $910,215.91 (general unsecured) | Circuit City Stores West Coast, Inc. | Reduce by $13,791.73 in rejection damages an $64,646.80 in real estate taxes not supported by the Debtors' books and records. |
| 06/30/09 | 14382 | FW CA Brea Marketplace, LLC Attn Randy Shoemaker c o Regency Centers LP One Independent Dr Ste 114 Jacksonville, FL  32202-5019 | | $162,054.32 (admin priority) | Circuit City Stores West Coast, Inc. | $31,629.62 (administrative) | Circuit City Stores West Coast, Inc. | Reduce by $10,840.92 in stub rent not supported by the Debtors' books and records. Also reduce by $119,583.78 for mechanic's lien, which is already reviewed under claim 1612. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim Amount | Debtor | Comments |
| 01/29/09 | 8667 | GECMC 2005 C2 Eastex Fwy LLC c o LNR Partners Inc 1601 Washington Ave Ste 700 Miami Beach, FL 33139 | Akin Gump Strauss Hauer & Feld LLP Catherine E Creely 1333 New Hampshire Ave NW Washington, DC 20036 USA | $663,623.84 (general unsecured) | Circuit City Stores, Inc. | $538,376.97 (general unsecured) | Circuit City Stores, Inc. | Reduce by $125,246.87 in prepetition rent according to the Debtors' books and records. |
| 03/18/10 | 14867 | Goldsmith, Barbara L Attn Michael Hecht Hecht & Company PC 111 W 40th St New York, NY 10018 | Ehrenkranz & Ehrenkranz Attn Roger A Goldman Esq 375 Park Ave New York, NY 10152  Schulte Roth & Zabel LLP Attn Michael L Cook Esq 919 3rd Ave New York, NY 10022 | Unliquidated, but not less than $112,978.55 (general unsecured) | Circuit City Stores, Inc. | $54,639.00 (general unsecured) | Circuit City Stores, Inc. | Reduce by $56,278.65 in attorney fees and $2,060.90 in miscellaneous charges according to the Debtors' books and records. |
| 01/26/09 | 8675 | GUNNING INVESTMENTS LLC CO NAINVISION 534 S KANSAS AVE STE 1008 TOPEKA, KS 66603 | | $36,422.94 (general unsecured) | Circuit City Stores, Inc. | $12,301.96 (general unsecured) | Circuit City Stores, Inc. | Reduce by $13,590.00 in prepetition rent, $9,789.81 in prepetition taxes and $741.17 in CAM according to the Debtors' books and records. |
| 08/04/09 | 14537 | Jurupa Bolingbrook LLC William A Broscious Kepley Broscious & Biggs PLC 2211 Pump Rd Richmond, VA 23233 | KNEELAND KORB COLLIER & LEGG PLLC ROBERT KORB KNEELAND PROFESSIONAL BLDG 128 SADDLE RD STE 103 PO BOX 249 KETCHUM, ID 83340-0249  Ted Dale Managing Member 122 Aspen Lakes Dr Hailey, ID 83333 | $1,393,117.00 (general unsecured) | Circuit City Stores, Inc. | $1,312,940.00 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, th claim is reduced by $48,852.00 for prepetion rent, $1,325.00 for late charges and $30,000.00 for repairs. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|---|---|
| 12/09/08 | 904 | KIR Arboretum Crossing LP Attn Neil E Herman Esq c o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10178 | | $1,418,633.22 (general unsecured) | Circuit City Stores, Inc. | $1,273,528.14 (general unsecured) | Circuit City Stores, Inc. | Reduce by $124,337.01 in rejection damages and $20,768.07 in prepetition taxes according to the Debtors' books and records. |
| 06/30/09 | 14226 | LEBEN FAMILY LP 1700 W. PIONEER RD. CEDARBURG, WI 53012 | | $104,877.92 (administrative) | Circuit City Stores, Inc. | $59,027.02 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the administrative portion of the claim for November stub rent, other postpetition rent and postpetition taxes should be disallowed because such amounts are not owed. |
| 04/30/09 | 12791 | Liquidity Solutions Inc. One University Plz Ste 312 Hackensack, NJ 07601 | 1965 Retail LLC c/o Millenium Partners 1995 Broadway, Third Floor New York, New York 10023 Attn: Chief Financial Officer | Unliquidated (general unsecured) | Circuit City Stores, Inc. | $1,116,983.61 (general unsecured) | Circuit City Stores, Inc. | Claimant lists amount owed as indeterminate and amounts sought are unclear. The debtor disputes and liability for the amounts that are listed: $70,493.72 for taxes and $111,663.47 for water & steam bills. The allowed amount, $1,116.983.72, is what appears to be the amount claimed for rejection damages. |
| 01/30/09 | 8935 | Liquidity Solutions, LLC c o Joshua M. Farber, Esq. Meyer, Unkovic & Scott LLP 1300 Oliver Building Pittsburgh, PA 15222 | | $594,727.74 (general unsecured) | Circuit City Stores, Inc. | $463,079.50 (general unsecured) | Circuit City Stores, Inc. | Reduce by $131,648.24 in rejection damages according to the Debtor's books and records. |
| 01/30/09 | 8620 | Manufacturers & Traders Trust Company as Trustee c o Nicholas M Miller Esq Neal Gerber & Eisenberg LLP Two N LaSalle St Ste 1700 Chicago, IL 60602 | Manufacturers & Traders Trust Company as Trustee c o Nancy George VP Corporate Trust Dept 1 M&T Plaza 7th Fl Buffalo, NY  14203 | Unliquidated, but not less than $417,372.12 (general unsecured) | Circuit City Stores, Inc. | $400,888.89 (general unsecured) | Circuit City Stores, Inc. | Reduce by $13,035.35 in attorney fees and $3,447.88 in trustee fees according to the Debtors' books and records. |
| 01/30/09 | 9282 | MRV Wanamaker, LC 3501 Southwest Fairlawn Road Suite 200 Topeka, KS  66614 | | $627,207.65 (general unsecured) | Circuit City Stores, Inc. | $15,781.50 (general unsecured) | Circuit City Stores, Inc. | Reduce by $10,521.00 for November stub rent, $590,384.22 for rejection damages, $203.49 for postpetition CAM, $3,540.04 for roof repair, $368.23 for insurance and $6,409.17 for postpetition taxes as this claimant was not the landlord for this property, but the subtenant of the Debtor and is not entitled to the items claimed. |
| 01/29/09 | 7979 | Northbrook Sub LLC Northbrook PLIC LLC and Northbrook VNBP LLC Lauren Lonergan Taylor Esq Matthew E Hoffman Esq Duane Morris LLP 30 S 17th St Philadelphia, PA 19103 | Mary Schwarze Esq Northbrook Sub LLC c o Principal Life Insureance Company 711 High St Des Moines, IA  50392 | $75,905.47 (general unsecured) | Circuit City Stores, Inc. | $22,632.14 (general unsecured) | Circuit City Stores, Inc. | Reduce by $53,273.33 in prepetition rent according to the Debtors' books and records. |
| 01/23/09 | 4828 | Paskin, Marc 8550 El Paseo Grande La Jolla, CA 92037 | | $31,055.00 (general unsecured) $2,425.00 (priority) | Circuit City Stores West Coast, Inc. | $28,789.00 (general unsecured) | Circuit City Stores West Coast, Inc. | Reduce Priorty amount by $2,425 for prepetition expenses not supported by the Debtors' books and records.  And reduce unsecured amount by $2,266.00 in prepetition rent not supported by the Debtors' books and records. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|---|---|
| 12/09/08 | 903 | PK Sale LLC<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | | $796,954.87<br>(general unsecured) | Circuit City Stores, Inc. | $702,086.41<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by $64,261.74 in prepetition rent and $30,606.72 in rejection damages according to the Debtors' books and records. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim Amount | Debtor | Comments |
| 01/27/09 | 6588 | Point West Plaza II Investors Attn: Lorene Sublett c/o Buckeye Pacific Investors 201 Hoffman Ave. Monterey, CA 93940 | Ballard Spahr Andrews & Ingersoll LLP Constantinos G. Panagopoulos & Charles W. Chotvacs 601 13th St. NW ST 1000 S Washington, DC 20005-3807 Ivan M. Gold, Esq. Allen Matkins Leck Gamble Mallory & Natsis LLP Three Embarcadero Center, 12th Fl San Francisco, CA 94111-0000 | $126,932.68 (general unsecured) | Circuit City Stores West Coast, Inc. | $9,918.74 (general unsecured) | Circuit City Stores West Coast, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $18,2777.72 of overstated prepetition rent, $24,684.06 of November stub rent, and $74,052.16 of other postpetition rent that is not owed. |
| 01/23/09 | 6551 | REMINGTON SEEDS STEVE HAGEMAN 4746 WEST US HIGHWAY 24 REMINGTON, IN 47977 | Donald Shelmon Att 119 5 N Cullen St Rensselaer, IN 47978 | $43,133.73 (secured) | Circuit City Stores, Inc. | $42,133.75 (general unsecured) | Circuit City Stores, Inc. | Reduce by $999.98 for subtenant security deposit according to the Debtors' books and records. |
| 01/29/09 | 8597 | Remount Road Associates Limited Partnership Hirschler Fleischer PC Attn Sheila deLa Cruz PO Box 500 Richmond, VA 23218-0500 | | $419,286.69 (general unsecured) | Circuit City Stores, Inc. | $395,664.98 (general unsecured) | Circuit City Stores, Inc. | Reduce by $23,621.71 in prepetition rent according to the Debtors' books and records. |
| 05/05/09 | 12848 | Seekonk Equities LLC Scott Klatsky Director of Leasin Time Equities Inc as agent for Seekonk Equities LLC 55 5th Ave New York, NY 10003 | | $644,939.40 (general unsecured) $42,597.66 (administrative) | Circuit City Stores Inc. | $462,625.54 (general unsecured) $27,237.38 (administrative) | Circuit City Stores, Inc. | Reduce by following amounts not supported by Debtors' books and records: (1) $26,188.20 prepetition rent, (2) $14,304.22 Nov stub period rent, (3) $5,320.03 prepetition CAM, (4) $1,418.00 prepetition insurance, (5) $149,387.63 prepetition damages, and (6) $1,056.06 other postpetition CAM, insurance. |
| 01/30/09 | 9061 | Shops at Kildeer LLC Attn Neil E Herman Esq c o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10178 | | $965,043.38 (general unsecured) | Circuit City Stores, Inc. | $930,836.71 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $33,983.30 for rejection damages and $223.37 for prepetition taxes.. |
| 01/30/09 | 9064 | Shops at Kildeer LLC Attn Neil E Herman Esq c o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10178 | | $16,508.53 (general unsecured) | Circuit City Stores, Inc. | $12,421.25 (administrative) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $541.49 for prepetition taxes and $3,545.79 for other admin rent expenses. |
| 01/28/09 | 6645 | SILVERSTEIN TRUSTEE, RAYMOND C/O THE GOODMAN GROUP 2828 CHARTER RD PHILADELPHIA, PA 19154 | | $1,530,934.99 (general unsecured) | Circuit City Stores, Inc. | $539,346.76 (general unsecured) | Circuit City Stores, Inc. | Reduce by $991,588.23 in rejection damages according to the Debtors' books and records. |
| 03/17/09 | 11894 | Sir Barton Place LLC 250 W Main St Ste 1600 Lexington, KY 40507-1746 | | $900,855.70 (general unsecured) | Circuit City Stores, Inc. | $854,598.53 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $1,535.56 for prepetition rent and $44,721.61 for rejection damages. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim Amount | Debtor | Comments |
| 01/26/09 | 6554 | Smith Gambrell & Russell LLP Attn Brian Hall Esq 1230 Peachtree St NE Ste 3100 Atlanta, GA 30309 | Kristopher Arviso 3350 Riverwood Pkwy Ste 850 Atlanta, GA  30339 | $582,922.00 (general unsecured) | Circuit City Stores, Inc. | $292,457.00 general unsecured) | Circuit City Stores, Inc. | Reduce by $61,075 in prepetition rent, $182,750 in sublease security deposit and $46,640 in maintenance according to the Debtors' books and records. |
| 01/02/09 | 2901 | Station Landing LLC John C La Liberte Esq Sherin and Lodgen LLP 101 Federal St Boston, MA 02110 | | $111,926.17 (general unsecured) | Circuit City Stores, Inc. | $97,082.06 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, th claim is reduced by $6,070.32 for prepetition rent and $8,733.80 for rejection damages. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|---|---|
| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
| 01/30/09 | 8824 | Sullivan Crosby Trust<br>Brad Boodt Esq<br>Holland & Hart LLP<br>3800 Howard Hughes Pkwy 10th Fl<br>Las Vegas, NV 89169 | SULLIVAN CROSBY TRUST<br>C O ALLBRITTEN SLATES CPAS LLC<br>508 W THIRD ST<br>CARSON CITY, NV  89703 | $505,436.81<br>(general unsecured) | Circuit City Stores, Inc. | $496,288.04<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by $1,344.08 for prepetition rent, $7,562.18 for rejection damages and $242.51 for prepetition taxes according to the Debtors' books and records. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim Amount | Debtor | Comments |
| 01/30/09 | 8939 | TEAM RETAIL WESTBANK LTD ATTN WORTH R WILLIAMS 9362 HOLLOW WAY RD DALLAS, TX 75220 | | $780,462.16 (general unsecured) | Circuit City Stores, Inc. | $682,748.35 (general unsecured) | Circuit City Stores, Inc. | Reduce by $32,779.14 in prepetition rent, by $3,144.38 in prepetition insurance, by $7,672.58 in prepetition taxes and by $54,117.51 in postpetition taxes not supported by the Debtors' books and records. |
| 12/23/08 | 1897 | The Hutensky Group LLC agent for HRI Lutherville Station LLC ta Lutherville Station Lutherville MD c o David L Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | | $587,705.57 (general unsecured) | Circuit City Stores, Inc. | $573,965.95 (general unsecured) | Circuit City Storesf Inc. | According to the debtor's books and records, th claim is reduced by $13,739.62 for CAM reconciliation. |
| 01/28/09 | 6805 | The Marketplace of Rochester Hills Parcel B LLC Adam K Keith Honigman Miller Schwartz and Cohn LLP 2290 First National Bldg 660 Woodward Ave Detroit, MI 48226 | | $59,764.05 (administrative) Unliquidated but not less than $579,870.30 general unsecured | Circuit City Stores, Inc. | $0.00 (administrative) $482,625.36 (general unsecured) | Circuit City Stores, Inc. | Reduce administrative claim by $31,915.33 in administrative rent, by $22,848.72 for post-petition taxes & by $5,000 in invalid attornes fees not supported by the Debtors' books and records.  Reduce unsecured portion by $31,915.33, $22,848.72 & $5,000 for duplicate amounts claimed as admin.  Also reduce unsecured portion by $31,861.00 in invalid prepetition damages.  Finally, debtor shows a credit owed by the claimant for real estate taxes paid of $5,619.89. |
| 12/23/08 | 1898 | UBS Realty Investors LLC agent for Wayside Commons Investors LLC ta Wayside Commons Burlington MA c o David L Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | | $218,139.22 (general unsecured) | Circuit City Stores, Inc. | $167,894.02 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, th claim is reduced by $13,764.72 for prepetition rent and $36,480.48 for rejection damages. |
| 01/29/09 | 7735 | United States Debt Recovery V LP 940 Southwood Bl Ste 101 Incline Village, NV 89451 | | $911,389.17 (general unsecured) Unliquidated (secured) | Circuit City Stores, Inc. | $752,674.68 (general unsecured) $0.00 (secured) | Circuit City Stores, Inc. | According to the debtor's books and records, th claim is reduced by $81,614.78 for prepetition rent and $83,805.86 for rejection damages. |
| 07/23/09 | 14519 | United States Debt Recovery V LP 940 Southwood Bl Ste 101 Incline Village, NV 89451 | | Unliquidated, but not less than $462,768.36 (general unsecured) | Circuit City Stores, Inc. | $359,530.68 (general unsecured) | Circuit City Stores, Inc. | Reduce by $20,903.95 in prepetition rent, $27,464.40 in rejection damages, $4,126.85 in prepetition taxes, $18,133.46 in attorney fees, $34.02 in late fee, $31,000 in trustee fees, $1,335 in environmentals and $240 in proxy fees according to the Debtors' books and records. |
| 01/29/09 | 8227 | Vestar OCM LLC c o William Novotny Mariscal Weeks McIntye & Friedlander PA 2901 N Central Ave Ste 200 Phoenix, AZ 85012 | | $1,901,938.36 (general unsecured) | Circuit City Stores West Coast, Inc. | $1,493,028.10 (general unsecured) | Circuit City Stores West Coast, Inc. | Reduce by $367,525.83 in rejection damages, by $27,042.96 in prepetition taxes and by $14,341.46 in prorated bond assessments not supported by the Debtors' books and records. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim Amount | Debtor | Comments |
| 01/30/09 | 8489 | Vornado North Bergen Tonnelle Plaza LLC<br>Attn Mei Cheng<br>c o Vornado Realty Trust<br>210 Rte 4 E<br>Paramus, NJ 07652 | | Unliquidated but not less than $1,087,628.01 (administrative) | Circuit City Stores, Inc. | $1,084,118.20 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $3,509.81 for rejection damages. **The claim is a rejection damages claim but was filed as an administrative claim per the checkbox.  This claim is reclassifed as a nonpriority general unsecured claim.** |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim Amount | Debtor | Comments |
| 03/10/09 | 11240 | Water Tower Square Limited Partnership Attn Kathleen J Baginski c o Carnegie Management & Development Corp 27500 Detroit Rd Ste 300 Westlake, OH 44145-0000 | | $845,322.84 (general unsecured) | Circuit City Stores, Inc. | $762,361.92 (general unsecured) | Circuit City Stores, Inc. | Reduce by 82,960.92 in rejection damages according to the Debtors' books and records. This claim is also included on the Late Filed Claims exhibit. |
| 01/30/09 | 9647 | WEC 96D Niles Investment Trust Neil D Goldman Esq Young Goldman & Van Beek PC 510 King St Ste 416 Alexandria, VA 22314 | | $1,008,343.72 (general unsecured) | Circuit City Stores, Inc. | $890,578.16 (general unsecured) | Circuit City Stores, Inc. | Reduce by $113,521.76 in rejection damages and $4,243.80 in prepetition taxes according to the Debtors' books and records. |
| 02/23/09 | 11526 | Woodmont Sherman LP Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | Woodmont Sherman LP Attn Carol Ware Bracken Pres Investment Svcs c o The Woodmont Company 2100 W 7th St Fort Worth, TX  76107 | $461,480.93 (general unsecured) | Circuit City Stores West Coast, Inc. | $443,135.96 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, th claim is reduced by $8,494.41 for rejection damages, $2,400.00 for attorney's fees and $4,850.56 for repairs/damages.. |
| 06/18/09 | 13421 | Woodmont Sherman LP Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | Woodmont Sherman LP Attn Carol Ware Bracken Pres Investment Svcs c o The Woodmont Company 2100 W 7th St Fort Worth, TX  76107 | $14,969.99 (administrative) | Circuit City Stores West Coast, Inc. | $6,222.95 (administrative) | Circuit City Stores, Inc. | According to the debtor's books and records, th claim is reduced by $3,298.23 for administrative rent, $598.35 for postpetition taxes and $4,850.56 for repairs/damages. |

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)
**EXHIBIT D**

**CLAIMS TO BE RECLASSIFIED**

| CLAIMS TO BE RECLASSIFIED | | | | | | RECLASSIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount and Classification | Debtor | Proposed Reclassified Face Claim Amount and Classification | Debtor | Comments |
| 03/16/09 | 11773 | BARNES AND POWERS NORTH LLC 111 SOUTH TEJON SUITE 222 ATTN CHRIS JENKINS COLORADO SPRINGS, CO 80903 | | $96,590.07 (administrative) $630,535.79 (general unsecured) | Circuit City Stores West Coast, Inc. | $24,657.12 (administrative) $702,468.74 (general unsecured) | Circuit City Stores West Coast, Inc. | A portion of the claim that is listed as admininstrative is for prepetition taxes and should be reclassified. **Also subject to reduction based upon the Debtors' books and records.** |
| 02/28/09 | 13923 | Becker Trust LLC Barry Becker 50 S Jones Blvd STE 100 Las Vegas, NV 89107 | | $172,374.01 (administrative) | Circuit City Stores West Coast, Inc. | $7,785.08 (general unsecured) $164,588.93 (administrative) | Circuit City Stores West Coast, Inc. | Allow $7,785.08 as a general unsecured claim and allow $18,165.01 November stub rent as an administartive claim. Remainder of claim ($146,423.92) to be expunged as not supported by Debtor's books and records. |
| 06/30/09 | 14226 | LEBEN FAMILY LP1700 W. PIONEER RD.CEDARBURG, WI 53012 | | $104,877.92 (administrative) | Circuit City Stores, Inc. | $59,027.02 (general unsecured) $45,850.90 (administrative) | Circuit City Stores, Inc. | $59,027.02 of prepetition rent and prepetition taxes should be classified as a general unsecured claim. The amount of the claim is also subject to objection based upon the Debtors' books and records. |
| 01/23/09 | 6551 | REMINGTON SEEDS STEVE HAGEMAN 4746 WEST US HIGHWAY 24 REMINGTON, IN 47977 | Donald Shelmon Att 119 5 N Cullen St Rensselaer, IN 47978 | $43,133.73 (secured) | Circuit City Stores, Inc. | $43,133.73 (general unsecured) | Circuit City Stores, Inc. | This claim is for a prepetition security deposit paid to the Debtor by the claimant and should be classified as general unsecured. This claim is also included on the Books and Records Claims to be Reduced exhibit. |
| 01/30/09 | 9178 | Schiffman Circuit Props Matthew W Grimshaw Rutan & Tucker LLP 611 Anton Blvd Ste 1400 Costa Mesa, CA 92626 | | $147,795.88 (administrative) | Circuit City Stores West Coast, Inc. | $147,795.88 (general unsecured) | Circuit City West Coast Stores, Inc. | reclass rejection damages to general unsecured status and allow at $147,795.88 |

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)
**EXHIBIT D**

**CLAIMS TO BE RECLASSIFIED**

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount and Classification | Debtor | Proposed Reclassified Face Claim Amount and Classification | Debtor | Comments |
|---|---|---|---|---|---|---|---|---|
| 06/30/09 | 14220 | Van Ness Post Center LLC 720 Market St Ste 500 San Francisco, CA 94102 | | $271,543.97 (administrative) | Circuit City Stores Inc | $73,203.26 (administrative) $44,773.08 (general unsecured) | Circuit City Stores Inc. | Remaining administrative: $58,515.19 Nov stub rent; $12,615.64 post-petition taxes; $2,072.43 post-petition CAM. Remaining general unsecured: $25,077.94 for pre-petition rent; $18,252.30 pre-petition taxes; $1,223.32 pre-petiton CAM; $219.52 pre-petition water/sewer. Removed as not supported by Debtor's books and records: : $112,469.52; $7,288.42 post-petition taxes; $1,718.76 other damages; $30,755.70 post-petition CAM; $1,335.23 post-petition sewer/water. |
| 03/10/09 | 11820 | Watercress Associates LP LLLP dba Pearlridge Center Attn Lawrence A Diamant Esq Levene Neale Bender Rankin & Brill LLP          10250 Constellation Blvd Ste 1700 Los Angeles, CA 90067 | | $58,900.99 (priority) | Circuit City Stores Inc. | $58,900.99 (administrative) | Circuit City Stores Inc. | Claim is for postpetition amounts and, thus, should have administrative priority. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT E**

**INVALID CLAIMS TO BE EXPUNGED**

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 03/30/09 | 14956 | 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC<br>Lori E Eropkin Esq SBN 253048<br>Levinson Arshonsky & Kurtz LLP<br>15303 Ventura Blvd Ste 1650<br>Sherman Oaks, CA 91403 | | $57,497.43 (administrative) | Circuit City Stores West Coast, Inc. | Amounts covered on claim 14958. |
| 01/30/09 | 8777 | 44 North Properties LLC<br>Patricia A Borenstein Esq<br>Miles & Stockbridge PC<br>10 Light St<br>Baltimore, MD 21202 | Gregory M Burgee<br>Miles & Burgee<br>30 W Patrick St<br>Frederick, MD  21701 | $15,390.45 (general unsecured)<br><br>$26,911.05 (administrative) | Circuit City Stores, Inc. | Reduce by $2,700 in prepetition rent and $26,911.05 in November stub rent according to the Debtors' books and records.  In addition, the Debtor believes it is owed $31,549.83 for overpayment of postpetition taxes, which would reduce the claim amount to $0. |
| 12/19/08 | 13098 | ACADIA REALTY LIMITED PARTNERSHIP & BRIGHTON COMMERICAL LLC & CATELLUS OPERATING LIMITED PARTNERSHIP & CEDAR DEVELOPMENT LTD<br>ATTN JENNIFER M MCLEMORE & AUGUSTUS C EPPS JR & MICHAEL D MUELLER ESQ & JENNIFER M MCLEMORE ESQ & NOELLE M JAMES ESQ<br>c/o Christian & Barton<br> 909 E. Main Street, Suite 1200<br>Richmond, VA 23219 | | Unliquidated (administrative) | Circuit City Stores Inc. | Debtor shows no record of amounts due. |
| 06/26/09 | 13802 | Acadia Realty Limited Partnership fka Mark Centers Limited Partnership<br>Attn Daniel J Ansell<br>Greenberg Traurig LLp<br>200 Park Ave<br>New York, NY 10166 | | $98,245.59 (administrative) | Circuit City Stores Inc. | Amounts covered on claim 12789. |
| 12/10/08 | 896 | Accent Homes Inc.<br>14145 Brandywine Rd<br>Brandywine, MD 20613 | | $8,295 .00 (general unsecured) | Circuit City Stores Inc. | Debtor shows no record of prepetition rent due. |
| 01/29/09 | 7538 | AUTOZONE NORTHEAST, INC<br>ATTN JIM MCCLAIN<br>ATTN PROPERTY MANAGEMENT DEPTARTMENT 8700<br>123 S FRONT STREET<br>MEMPHIS, TN 38103-3618 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant lacks proof that amounts are owed. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 01/27/09 | 6036 | Banc One Building Corporation c/o Kevin G. Mruk JPMorgan Chase Legal & Compliance Dept 10 S. Dearborn, Fl. 6 Chicago, IL 60603-2003 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant is the lender of the landlord, and the Debtor's are addressing claim 9678 with the landlord. |
| 01/30/09 | 9488 | Bank of America NA as successor by merger to LaSalle Bank National Association as Trustee for the Registered Holders of GMAC Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | | Unliquidated, but not less than $514,620.00 (general unsecured) | Circuit City Stores, Inc. | Claimant is lender to landlord and Debtors are addressing claim 9647 with the landlord. |
| 01/30/09 | 10030 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank As Tr Creditor Notice Name: Peyton Inge Address: c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX  75201 | | $618,051.65 (general unsecured) | Circuit City Stores Inc. | This claim is made by or on behalf of a lender for rejection damages.  Claim no. 9424 was made by landlord for same item. Expunge as not supported by Debtors books and records. |
| 01/30/09 | 9290 | BLOCKBUSTER, INC 12327 01 3000 REDBUD BLVD. MCKINNEY, TX 75069 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claim should be disallowed because no amounts are asserted as owed. |
| 01/30/09 | 8680 | Bond CC I DBT Attn David Vanaskey Corporate Trust Administration c o Wilmington Trust Company 1100 N Market St Wilmington, DE 19890 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claim lacks proof that amounts are owed. |
| 03/31/10 | 14935 | Bond Circuit I Delaware Business Trust Creditor Notice Name: Attn James S Carr & Robert L LeHane Address: Kelley Drye & Warren LLP 101 Park Ave New York, NY  10178 | | $90,325.81 (administrative) | Circuit City Stores Inc. | The following amounts are not supported by Debtor's books and records: (1) $66,309.33 other administrative rent (out of $66,309.33 claimed); (2) $3,343.52 post-petition taxes (out of $3,343.52 claimed); (3) $384.65 post-petition utilities (out of $384.65 claimed); (4) $20,288.31 property damage (out of $20,288.31 claimed). |
| 01/30/09 | 8682 | Bond Circuit II DBT (If known) c/o Wilmington Trust Company 1100 North Market Street Wilmington, DE 19890 Attn: David Vanaskey, Corporate Trust Administration | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | This claim gives no details of why or for how much the claim is made.  Expunge as not supported by Debtor's books and records. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 01/30/09 | 8690 | Bond Circuit XI DBT<br>c/o Wilmington Trust Company<br>1100 North Market Street<br>Wilmington, DE 19890<br>Attn: David Vanaskey, Corporate Trust Administration | | Unliquidated<br>(general unsecured) | Circuit City Stores Inc. | This claim gives no details of why, for how much the claim is made, or the standing of the claimant, which is not a landlord, to submit the claim.  Expunge as not supported by Debtor's books and records. |
| 01/30/09 | 8702 | Bond Circuit V DBT<br> Attn David Vanaskey Corporate Trust Administration<br>c o Wilmington Trust Company<br>1100 N Market St<br>Wilmington, DE  19890 | | Unliquidated | Circuit City Stores Inc. | This claim contains no description of the nature of  claim, the amounts claimed or the basis of the claim. |
| 01/30/09 | 8681 | Bond Circuit VII DBT<br>c/o Wilmington Trnst Company<br>1100 North Market Street<br>Wilmington, DE 19890<br>Attn: David Vanaskey, Corporate Trust Administration | | Unliquidated<br>(general unsecured) | Circuit City Stores Inc. | This claim contains no description of the nature of  claim, the amounts claimed or the basis of the claim. |
| 01/30/09 | 9477 | Brighton Commercial LLC<br>325 Ridgeview Drive<br>Palm Beach, FL 33480 | | $45,839.61<br>(general unsecured) | Circuit City Stores Inc. | Debtor shows no record of amounts due. |
| 06/30/09 | 14345 | Brighton Commercial LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | | $72,396.97<br>(administrative) | Circuit City Stores Inc. | Debtor shows no record of amounts due. |
| 06/30/09 | 14363 | Capmark Finance Inc<br>Keith M Aurzada & John C Leininger<br>Bryan Cave LLP<br>2200 Ross Ave Ste 3300<br>Dallas, TX  75201 | | $1,120,367.84<br>(administrative) | Circuit City Stores Inc. | (1) Capmark Financial is not proper claimant.  (2) Certain amounts included in this claim have been settled between Debtor and Landlords.<br>(3) Remaining amounts are not supported by  Debtor's books and records. (This claim includes more than one location.) |
| 06/29/09 | 14005 | CC Properties LLC<br>Atten:  Michelle Ingle<br>c/o FBL Financial Group, Inc.<br>5400 University Ave.<br>West Des Moines, IA 50266 | Manufacturers and Traders Trust Company, as Trustee<br>c/o Hodgson Russ LLP<br>Atten:  Deborah J. Piazza, Esq.<br>60 East 42nd St., 37th Floor<br>New York, NY 10165 | $77,551.04<br>(administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the amounts asserted are not owed. |
| 12/17/08 | 1369 | CJM Management Company<br>4198 Orchard Lake Rd<br>STE 250<br>Orchard Lake, MI  48323-1644 | | $7,812.00<br>(general unsecured) | Circuit City Stores Inc. | This claim is for CAM which is not supported by Debtor's books and records. |

| | | | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 03/30/10 | 14916 | Cottonwood Corners - Phase V, LLC<br>RSF Land & Cattle Company, LLC<br>10200 Corrales Road NW, Suite B-3<br>Alberquerque, NM  87114 | Michael P. Falzone<br>Hirschler Fleischer PC<br>The Edgeworth Building<br>2100 E. Cary St.<br>Richmond, VA  23218-0500 | $15,385.18<br>(administrative) | Circuit City Stores West Coast, Inc. | Attorneys' fees are unsubstantiated. |
| 03/30/10 | 14917 | Cottonwood Corners - Phase V, LLC<br>RSF Land & Cattle Company, LLC<br>10200 Corrales Road NW, Suite B-3<br>Alberquerque, NM  87114 | Michael P. Falzone<br>Hirschler Fleischer PC<br>The Edgeworth Building<br>2100 E. Cary St.<br>Richmond, VA  23218-0500 | $15,385.18<br>(administrative) | Circuit City Stores West Coast, Inc. | Attorneys' fees are unsubstantiated. |
| 06/25/09 | 13500 | Country Aire Retention Pond Owners Association<br>Kimberly A Reves<br>1901 Butterfield Rd Ste 260<br>Downers Grove, IL 60515 | | $881.88<br>(administrative) | Circuit City Stores, Inc. | Claimant asserts liability for alleged 2009 common are expenses; however, the lease for the associated location (Store No. 3790) was rejected 12/31/2008.  No amounts are owed per the debtor's books and records. |
| 01/28/09 | 7233 | CW Capital Asset Management LLC as Special Servicer on Behalf of Wells Fargo Bank NA<br>Brent Procida<br>Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 | | $720,154.00<br>(general unsecured)<br><br>$18,748.13<br>(administrative) | Circuit City Stores, Inc. | Claimant is lender to landlord and Debtors are addressing claim 13046 with the landlord. |
| 01/08/09 | 2621 | Daboo LLC<br>Frank Boren<br>8715 Wood Duck Way<br>Blaine, VA 98230 | Daboo LLC<br>36313 S Desert Sun Dr<br>Tucson, AZ  85739 | $1,562,619.90<br>(general unsecured) | Circuit City Stores, Inc. | No amounts are owed per the debtor's books and records. |
| 01/30/09 | 9742 | Gemini Property Management LLC<br>As Special Agent of All Owners of The Johnstown Galleria<br>300 Market St<br>Johnstown, PA 15901 | | $2,400.98<br>(general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the amount asserted is not owed. |
| 06/15/09 | 13365 | Greenback Associates<br>Attn Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 | | $737,801.12<br>(general unsecured) | Circuit City Stores Inc. | Claim amounts covered by claim 13378, filed against CCSWC. |
| 04/08/10 | 15006 | Greenback Associates<br>Attn Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 | | $65,610.58<br>(administrative) | Circuit City Stores Inc. | Claim amounts covered by claim 15007, filed against CCSWC. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 06/30/09 | 14062 | GRI EQY Sparklberry Square LLC<br>Arthur L Gallagher Vice President<br>1600 NE Miami Gardens Dr<br>North Miami Beach, FL 33179 | | $34,809.82<br>(administrative) | Circuit City Stores Inc. | Debtor shows no record of Nov stub rent due. |
| 06/26/09 | 13637 | La Habra Imperial LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | | $85,257.38<br>(administrative) | Circuit City Stores Inc. | Debtor shows no record of Nov stub rent due.  Also, attorneys' fees are unsubstantiated. |
| 01/30/09 | 8561 | Manufacturers & Traders Trust Company as Trustee<br>c/o Nicholas M Miller Esq<br>Neal Gerber & Eisenberg LLP<br>Two N LaSalle St Ste 1700<br>Chicago, IL  60602 | | Unliquidated but not less than $738,806.90<br>(general unsecured) | Circuit City Stores, Inc. | This claim is made by or on behalf of a lender for rejection damages.  Claim no. 8163  was made by landlord. Expunge as not supported by Debtors books and records. |
| 01/30/09 | 8611 | Manufacturers & Traders Trust Company, as Trustee<br>c/o Nicholas M Miller Esq<br>Neal Gerber & Eisenberg LLP<br>Two N. LaSalle St., Ste. 1700<br>Chicago, IL 60602 | Manufacturers & Traders Trust Company, as Trustee<br>c/o Nancy George VP<br>Corporate Trust Dept.<br>1 M&T Plaza, 7th Fl.<br>Buffalo, NY  14203 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant is the lender of the landlord, and the Debtors' are addressing claim 5027 with the landlord. |
| 06/30/09 | 14245 | ORIX Capital Markets LLC<br>c/o Lawrence A Katz Kristen E Burgers<br>8010 Towers Crescent Dr Ste 300<br>Vienna, VA  22182-2707 | | $76,050.25<br>(administrative) | Circuit City Stores, Inc. | Claimant is the lender of the landlord, and the Debtors are addressing claim 1264 with the landlord. |
| 03/11/09 | 11579 | ORTHODONTIC CENTERS OF VIRGINIA INC<br>ATTN REAL ESTATE DEPT<br>3850 NORTH CAUSEWAY BLVD STE 800<br>METAIRIE, LA 70002 | | $4,711.37<br>(administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the amount asserted is not owed. |
| 03/11/09 | 11587 | ORTHODONTIC CENTERS OF VIRGINIA INC<br>ATTN REAL ESTATE DEPT<br>3850 NORTH CAUSEWAY BLVD STE 800<br>METAIRIE, LA 70002 | | $4,001.58<br>(administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the amount asserted is not owed. |
| 03/30/10 | 14965 | Parkdale Mall Associates, LP<br>c o Scott M. Shaw, Esq.<br>763 Georgia Avenue, Suite 300<br>Chattanooga, TN 37402 | | $2,418.11<br>(administrative) | Circuit City Stores, Inc. | Debtor shows no record of amounts due. |
| 01/27/09 | 6266 | Point West Plaza II Investors<br>Attn: Lorene Sublett<br>c/o Buckeye Pacific Investors<br>201 Hoffman Ave.<br>Monterey, CA 93940 | Ivan M. Gold, Esq.<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>Three Embarcadero Center, 12th Fl<br>.San Francisco, CA  94111-0000 | $126,932.68<br>(general unsecured) | Circuit City Stores, Inc. | Claim amounts are duplicative of amounts asserted in claim 6588. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 01/08/09 | 2979 | PROMENADE MODESTO, LLC<br>280 SECOND STREET<br>SUITE 230<br>C/O WEST VALLEY PROPERTIES INC.<br>LOS ALTOS, CA 94022 | | $0.00<br>(priority) | Circuit City Stores, Inc. | Claim is asserted in the amount of $0.00 and thus should be disallowed. |
| 04/30/09 | 12797 | RC CA Santa Barbara LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | | $320,171.64<br>(general unsecured) | Circuit City Stores West Coast, Inc. | Removed as not supported by Debtor's books and records: $229,889.32 rejection damages; $71,045.65 other taxes; $11,736.67 attorneys' fees; $7,500 clean-up charges. |
| 06/26/09 | 13801 | RD Bloomfield Associates Limited Partnership<br>Greenberg Traurig LLp<br>200 Park Ave<br>New York, NY 10166 | | $46,369.58<br>(administrative) | Circuit City Stores Inc. | Debtor shows no record of amounts due. |
| 04/28/09 | 14539 | S&F3 Management Company LLC<br>7777 Glades Road, Suite 212<br>Boca Raton, FL 33434 | | $220,080.65<br>(general unsecured) | Circuit City Stores, Inc. | Amounts covered on claim 12787. |
| 01/30/09 | 9268 | Target Corporation<br>Jayne G. Trudell<br>Target Corporation Law Dept.<br>1000 Nicollet Mall<br>Minneapolis, MN 55413 | | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc. | Claim should be disallowed because no amounts are asserted as owed. |
| 01/30/09 | 8747 | The Berkshire Group<br>One Beacon Street, Suite 1500<br>Boston, MA 02108<br>Attn: Wayne Zarozny, Vice President | Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022<br>Attn: Cassandra Aquart, Esq. | $58,131.89<br>(general unsecured)<br><br>Unliquidated<br>(secured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $44,992.21 pre-petition rent (out of $58,131.89 claimed) |
| 07/01/09 | 14440 | The Woodmont Company<br>Attn Carol Ware Bracken Pres Investment Services<br>2100 W 7th St<br>Fort Worth, TX 76107 | Kelley Drye & Warren LLP<br>Attn James S Carr & Robert L LeHane Esq<br>101 Park Ave<br>New York, NY 10178 | $2,000.00<br>(administrative) | Circuit City Stores, Inc. | Attorneys' fees are unsubstantiated. |
| 01/27/09 | 6118 | Toys R Us Deleware Inc<br>Attn Karen L Gilman Esq<br>Wolff & Samson<br>1 Boland Dr<br>West Orange, NJ 07052 | | $170,674.85<br>(general unsecured) | Circuit City Stores, Inc. | Claimant is a subtenant. Debtors are addressing claim 14867 with the landlord. According to the debtor's books and records, the amount asserted is not owed. |
| 01/22/09 | 4983 | Trader Joe's East, Inc.<br>Eugene M. Magier, Esq.<br>687 Highland Avenue<br>Suite 1<br>Needham, MA 02494 | | $17,173.20<br>(general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the amount asserted is not owed. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 01/19/10 | 14793 | U.S. Bank National Association, as purchaser of assets of Park National Bank Attn: Richard C Maxwell, Esq. c/o Woods Rogers PLC 10 S. Jefferson St., Suite 1400 Roanoke, VA 24011 | | $303,611.44 (general unsecured) | Circuit City Stores, Inc. | Debtors are addressing claim 8587 with the landlord. Claim lacks proof that claimant is entitled to assert claim. |
| 01/27/09 | 6025 | United States Debt Recovery III LP 940 Southwood Bl Ste 101 Incline Village, NV 89451 | | $2,758,565.13 (general unsecured) | Circuit City Stores, Inc. | No amounts are owed per the debtor's books and records. |
| 01/30/09 | 9780 | WEC 96D Vestal Investment Trust Attn Wayne Zarozny VP The Berkshire Group One Beacon St Ste 1500 Boston, MA  02108 | | $57,180.00 (general unsecured)  Unliquidated (secured) | Circuit City Stores Inc. | $55,750.50 is for pre-petition rent which (1) is not supported by Debtor's books and records; and (2) was the subject of a claim by the landlord for a lesser amount. $1,429.50 is for Nov stub rent which (1) is not supported by Debtor's books and records; and (2) was the subject of a claim by the landlord for a lesser amount. |
| 01/30/09 | 8583 | Wells Fargo Bank as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp Commercial Mortgage Pass Through Certificates Series 2005 C1 as Collateral Assignee of Sunrise Plantation Properties LLC Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Debtor shows no record of amounts due. |
| 01/30/09 | 9123 | Wells Fargo Bank NA a National Banking Association as Trustee for the Registered Holders of GE Commercial Mortgage Corporation Commercial Mortgage Pass Through Certificates Series 2005 C2 Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | HSBC Bank USA NA Account No 610930192 452 5th Ave 24th Fl New York, NY  10018 | $457,953.60 (general unsecured) | Circuit City Stores, Inc. | Claimant is lender to landlord and Debtors are addressing claim 8667 with the landlord. |
| 01/30/09 | 9121 | Wells Fargo Bank NA as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass Through Certificates Series 2006 C29 as Collateral Assignee of Cedar Development LTD Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500  Miami, FL 33131 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Debtor shows no record of amounts due. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
| 01/30/09 | 9741 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee Peyton Inge c/o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas , TX  75201 | | Unliquidated but not less than $812,334.91 (general unsecured) | Circuit City Stores Inc. | Claim # 9741 is a single line item claim for rejection damages and appears to be filed by a lender to which the debtor does not acknowlege as entitled to make a claim. |
| 02/02/09 | 11384 | WHITNEY NATIONAL BANK E B PEEBLES III ESQ BENJAMIN Y FORD ESQ ARMBRECHT JACKSON LLP PO BOX 290 MOBILE, AL 36601 | | $1,061,863.48 (general unsecured) | Circuit City Stores, Inc. | The claimant is not the landlord, and the claimant has not provided any support for a claim by the claimant against the debtor. |
| 01/26/09 | 6289 | WIRED MANAGEMENT, LLCATTN: REAL ESTATE2500 E. CENTRAL TEXAS EXPY., STE. C KILLEEN, TX 76543-5301 | Wired Management LLC Attn: Raymond Assed 1302 Harvest Dr. Nolanville, TX  76559 | $28,798.50 (general unsecured) | Circuit City Stores, Inc. | The Debtors' books and records do not show amounts as owed to claimant. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KR
**EXHIBIT F**
**LATE FILED CLAIMS TO BE EXPUNGED**

<table>
<tr><th colspan="6" style="text-align:center">LATE FILED CLAIMS</th></tr>
<tr><th>Date Filed</th><th>Claim Number</th><th>Name & Address</th><th>Additional Notice Address</th><th>Claim Amount</th><th>Debtor</th></tr>
<tr>
<td>07/29/09</td><td>14529</td>
<td>CC Countryside 98 LLC<br>Attn Simon Marciano Esq<br>Neuberger Quinn Gielen Rubin & Gibber PA<br>1 South St 27th Fl<br>Baltimore, MD 21202</td>
<td>Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank As Tr Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201</td>
<td>$71,368.89<br><br>(out of $1,170,300.25 general unsecured) for pre-petition rent.</td>
<td>Circuit City Stores Inc.</td>
</tr>
<tr>
<td>03/30/10</td><td>14916</td>
<td>Cottonwood Corners - Phase V, LLC<br>RSF Land & Cattle Company, LLC<br>10200 Corralles Road NW, Suite B-3<br>Alberquerque, NM 87114</td>
<td>Michael P. Falzone<br>Hirschler Fleischer PC<br>The Edgeworth Building<br>2100 E. Cary St.<br>Richmond, VA 23218-0500</td>
<td>$15,385.18<br>(administrative)</td>
<td>Circuit City Stores West Coast, Inc.</td>
</tr>
<tr>
<td>03/30/10</td><td>14917</td>
<td>Cottonwood Corners - Phase V, LLC<br>RSF Land & Cattle Company, LLC<br>10200 Corralles Road NW, Suite B-3<br>Alberquerque, NM 87114</td>
<td>Michael P. Falzone<br>Hirschler Fleischer PC<br>The Edgeworth Building<br>2100 E. Cary St.<br>Richmond, VA 23218-0500</td>
<td>$15,385.18<br>(administrative)</td>
<td>Circuit City Stores West Coast, Inc.</td>
</tr>
<tr>
<td>02/04/09</td><td>11202</td>
<td>LA Z BOY SHOWCASE SHOPPES, INC<br>800 S WEBER RD<br>STE B<br>BOLINGBROOK, IN 60490-5613</td>
<td></td>
<td>$20,167.00<br>(general unsecured)</td>
<td>Circuit City Stores, Inc.</td>
</tr>
<tr>
<td>04/01/09</td><td>12029</td>
<td>Lexington Richmond LLC<br>Attn Harvey A Strickon<br>Paul Hastings Janofsky & Walker LLP<br>75 E 55th St<br>New York, NY 10022-3205</td>
<td></td>
<td>$8,233,852.35<br>(general unsecured)</td>
<td>Circuit City Stores Inc.</td>
</tr>
</table>

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 04/10/09 | 12247 | Northbrook Sub LLC Northbrook PLIC LLC and Northbrook VNBP LLC as Tenants in Common<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103 | Mary E Schwarze Esq<br>c o Principal Life Insurance Company<br>Northbrook Sub LLC et al<br>711 High St<br>Des Moines, IA 50392 | $1,128,762.38<br>(general unsecured) | Circuit City Stores, Inc. |
| 07/01/09 | 14418 | OLP CCFERGUSON LLC<br>c/o Michelle McMahon, Esq.<br>1290 Avenue of the Americas<br>NewYork,NY 10104 | Transferee<br>GECMC 2005·C2 CC PARENT, LLC<br>c/o Mindy A. Mora, Esq.<br>BiIzin Sum berg Baena Price & Axelrod LLP<br>200 Soutb Biscayne Blvd., Suite 2500<br>Miami, Florida 33131<br>MIAMI 1970991.1 | $7,477.10<br>(administrative) | Circuit City Stores Inc. |
| 06/30/09 | 14245 | ORIX Capital Markets LLC<br>c/o Lawrence A Katz Kristen E Burgers<br>8010 Towers Crescent Dr Ste 300<br>Vienna, VA 22182-2707 | | $76,050.25<br>(administrative) | Circuit City Stores Inc. |
| 03/11/09 | 11579 | ORTHODONTIC CENTERS OF VIRGINIA INC<br>ATTN REAL ESTATE DEPT<br>3850 NORTH CAUSEWAY BLVD STE 800<br>METAIRIE, LA 70002 | | $4,711.37<br>(general unsecured) | Circuit City Stores, Inc. |
| 03/11/09 | 11587 | ORTHODONTIC CENTERS OF VIRGINIA INC<br>ATTN REAL ESTATE DEPT<br>3850 NORTH CAUSEWAY BLVD STE 800<br>METAIRIE, LA 70002 | | $4,001.58<br>(general unsecured) | Circuit City Stores, Inc. |
| 03/30/10 | 14965 | Parkdale Mall Associates, LP<br>c o Scott M. Shaw, Esq.<br>763 Georgia Avenue, Suite 300<br>Chattanooga, TN 37402 | | $2,418.11<br>(administrative) | Circuit City Stores, Inc. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 04/07/09 | 12488 | Remount Road Associates<br>c o LMG Properties Inc<br>Northridge Shopping Center<br>5815 Westpark Dr<br>Charlotte, NC 28217 | | Unliquidated but not less than $47,929.27 (general unsecured) | Circuit City Stores, Inc. |
| 05/05/09 | 12848 | Seekonk Equities LLC<br>Scott Klatsky<br>Director of Leasin Time Equities Inc as agent for Seekonk Equities LLC<br>55 5th Ave<br>New York, NY 10003 | | $644,939.40 (general unsecured)<br><br>$42, 597.66 (administrative) | Circuit City Stores Inc. |
| 10/30/09 | 14770 | Site A LLC<br>Ann K. Crenshaw, Esq. and Paul K. Campsen, Esq.<br>Kaufman & Canoles PC<br>2101 Parks Ave., Ste. 700<br>Virginia Beach, VA 23451 | Chambers Dansky & Mulvahill LLC<br>c/o David J. Dansky, Esq.<br>1601 Blake St., No. 500<br>Denver, CO 80202 | $1,398,365.04 (general unsecured) | Circuit City Stores, Inc. |
| 07/01/09 | 14440 | The Woodmont Company<br>Attn Carol Ware Bracken Pres Investment Services<br>2100 W 7th St<br>Fort Worth, TX 76107 | Kelley Drye & Warren LLP<br>Attn James S Carr & Robert L LeHane Esq<br>101 Park Ave<br>New York, NY 10178 | $2,000.00 (administrative) | Circuit City Stores, Inc. |
| 03/10/09 | 11240 | Water Tower Square Limited Partnership<br>Attn Kathleen J Baginski<br>c o Carnegie Management & Development Corp<br>27500 Detroit Rd Ste 300<br>Westlake, OH 44145-0000 | | $845,322.84 (general unsecured) | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)
**EXHIBIT G**
**AMENDED CLAIMS TO BE EXPUNGED**

| | | | CLAIMS TO BE EXPUNGED | | | SURVIVING CLAIM | | |
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
|---|---|---|---|---|---|---|---|---|
| 01/30/09 | 9271 | 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC Lori E Eropkin Esq SBN 253048 Levinson Arshonsky & Kurtz LLP 15303 Ventura Blvd Ste 1650 Sherman Oaks, CA 91403 | | $2,234,942.29 (general unsecured) | Circuit City Stores West Coast, Inc. | 12458 | Circuit City Stores West Coast, Inc. | $2,468,704.69 (general unsecured) |
| 01/29/09 | 7953 | Bank of America, N.A., as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Mortgage PassThrough Certificates, Series 1998-C2 c/o Capmark Finance Inc. Attn: Peyton Inge 700 N. Pearl Street Dallas, TX 75201 | WEC-96D Appleton-l Investment Trust 50 West Liberty Street, Suite 1080 Reno, NV 89501 -and- Loeb & Loeb LLP, 345 Park A venue New York, New York 10154 Attn: Jason Blumberg | Unliquidated but not less than $11,912.50 (priority) $50,358.50 (general unsecured) | Circuit City Stores Inc. | 12573 | Circuit City Stores Inc. | $842,991.27 (general unsecured) |
| 01/30/09 | 9721 | Bank of America, N.A., as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Mortgage PassThrough Certificates, Series 1998-C2 c/o Capmark Finance Inc. Attn: Peyton Inge 700 N. Pearl Street Dallas, TX 75201 | WEC-96D Appleton-l Investment Trust 50 West Liberty Street, Suite 1080 Reno, NV 89501 -and- Loeb & Loeb LLP, 345 Park A venue New York, New York 10154 Attn: Jason Blumberg | Unliquidated but not less than $256,520.40 (general unsecured) | Circuit City Stores Inc. | 12911 | Circuit City Stores Inc. | $842,991.27 (general unsecured) |
| 04/28/09 | 12573 | Bank of America, N.A., as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Mortgage PassThrough Certificates, Series 1998-C2 c/o Capmark Finance Inc. Attn: Peyton Inge 700 N. Pearl Street Dallas, TX 75201 | WEC-96D Appleton-l Investment Trust 50 West Liberty Street, Suite 1080 Reno, NV 89501 -and- Loeb & Loeb LLP, 345 Park A venue New York, New York 10154 Attn: Jason Blumberg | $842,991.27 (general unsecured) | Circuit City Stores Inc. | 12911 | Circuit City Stores Inc. | $842,991.27 (general unsecured) |
| 01/30/09 | 9050 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank As Tr Peyton Inge c/o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | CC Countryside 98 LLC Attn Simon Marciano Esq Neuberger Quinn Gielen Rubin & Gibber PA 1 South St 27th Fl Baltimore, MD 21202 | Unliquidated but not less than $786,847.00 (general unsecured) | Circuit City Stores Inc. | 14529 | Circuit City Stores Inc. | $1,170,300.25 (general unsecured) |
| 01/30/09 | 9704 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | | Unliquidated but not less than $968,160.44 (general unsecured) | Circuit City Stores Inc. | 11573 | | $953,700.09 (general unsecured) |

| 01/30/09 | 9734 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank Peyton Inge c/o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | | Unliquidated but not less than $489,877.00 (general unsecured) | Circuit City Stores Inc. | 9413 | Circuit City Stores Inc. | $491,842.00 (general unsecured) |
| 01/30/09 | 9707 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank Peyton Inge c/o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | | Unliquidated but not less than $471,794.40 (general unsecured) | Circuit City Stores Inc. | 9407 | Circuit City Stores Inc. | $432,829.47 (general unsecured) |
| 01/05/09 | 2367 | BARNES AND POWERS NORTH LLC 111 SOUTH TEJON SUITE 222 ATTN CHRIS JENKINS COLORADO SPRINGS, CO 80903 | | $14,839.00 (general unsecured) | Circuit City Stores West Coast, Inc. | 11773 | Circuit City Stores West Coast, Inc. | $96,590.07 (administrative) $630,535.79 (general unsecured) |
| 02/18/09 | 11465 | Becker Trust LLC Barry Becker 50 S Jones Blvd STE 100 Las Vegas, NV 89107 | | $20,658.75 (priority) $8,853.82 (general unsecured) | Circuit City Stores West Coast, Inc. | 13,923.00 | Circuit City Stores Inc. | $172,374.01 (administrative) |
| 06/18/09 | 13448 | Bond Circuit I Delaware Business Trust Attn James S Carr & Robert L LeHane Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | | $89,941.16 (administrative) | Circuit City Stores Inc. | 14935 | Circuit City Stores Inc. | $90,325.81 (administrative) |
| 01/30/09 | 8796 | Bond Circuit IV Delaware Business Trust Mark B Conlan Esq Gibbons PC One Gateway Ctr Newark, NJ 07102-5310 | | Unliquidated but not less than $116,367.45 (general unsecured) | Circuit City Stores Inc. | 12765 | Circuit City Stores Inc. | $1,715,253.14 |
| 06/30/09 | 14140 | Cedar Development Ltd. Christian & Barton LLP 909 E Main St ASte 1200 Richmond, VA 23219 | | $56,395.05 (administrative) | Circuit City Stores Inc. | 14811 | Circuit City Stores Inc. | $82,071.19 (administrative) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/29/09 | 8102 | Centro Properties Group t a Parkway Plaza Vestal NY c/o David L Pollack Esq Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | | $1,232.29 (administrative) | Circuit City Stores Inc. | 12580 and 12584 | Circuit City Stores Inc. | 12580 $1,232.29 (administrative) #12584 $528.13 (general unsecured) |
| 01/29/09 | 8104 | Centro Properties Group t a Parkway Plaza Vestal NY c/o David L Pollack Esq Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | | $528.13 (general unsecured) | Circuit City Stores Inc. | 12584 | Circuit City Stores Inc. | $13,636.31 (general unsecured) |
| 02/24/09 | 11573 | Daniel G Kamin Flint LLC Attn Kelly Serenko Dir Lease Adm Kamin Realty Company PO Box 10234 Pittsburgh, PA 15232-0234 | | $953,700.09 (general unsecured) | Circuit City Stores Inc. | 12096 | Circuit City Stores Inc. | $972,886.51 (general unsecured) |
| 06/18/09 | 13446 | FW CA Brea Marketplace LLC Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | | $28,778.00 (administrative) | Circuit City Stores West Coast, Inc. | 14382 | Circuit City Stores West Coast, Inc. | $162,054.32 (administrative) |
| 01/30/09 | 9728 | Goldsmith, Barbara L Attn Michael Hecht Hecht & Company PC 111 W 40th St New York, NY 10018 | Barbara Goldsmith 550 Park Ave No 17 E New York, NY 10065 Ehrenkranz & Ehrenkranz Attn Roger A Goldman Esq 375 Park Ave New York, NY 10152 Schulte Roth & Zabel LLP Attn Michael L Cook Esq 919 3rd Ave New York, NY 10022 | Unliquidated, but not less than $232,127.32 (general unsecured) | Circuit City Stores, Inc. | 14867 | Circuit City Stores, Inc. | Unliquidated, but not less than $112,978.55 (general unsecured) |
| 06/15/09 | 13366 | Greenback Associates Attn Nancy Hotchkiss Trainor Fairbrook 980 Fulton Ave Sacramento, CA 95825 | | $60,831.93 (administrative) | Circuit City Stores Inc. | 15006 | Circuit City Stores Inc. | $65,610.58 (administrative) |
| 06/15/09 | 13379 | Greenback Associates Attn Nancy Hotchkiss Trainor Fairbrook 980 Fulton Ave Sacramento, CA 95825 | | $60,831.93 (administrative) | Circuit City Stores West Coast, Inc. | 15007 | Circuit City Stores West Coast, Inc. | $65,610.58 (administrative) |
| 12/17/08 | 1368 | LEBEN FAMILY LP 4001 N. TAMIAMI TRAIL C/O NORTHERN TRUST BANK NAPLES, FL 34103 | LEBEN FAMILY LP 1700 W. PIONEER RD. CEDARBURG, WI 53012 | $103,039.15 (general unsecured) | Circuit City Stores, Inc. | 14226 | Circuit City Stores, Inc. | $104,877.92 (administrative) |
| 12/18/08 | 1264 | Manco Abbott OEA INC Benjamin Nurse 851 Munras Ave Monterey, CA 93940 (claim #2411) | | $1,743.92 (general unsecured) | Circuit City Stores Inc. | 2441 | Circuit City Stores Inc. | $1,743.92 (general unsecured) |

| 01/30/09 | 8613 | Manufacturers & Traders Trust Company as Trustee<br>c o Nicholas M Miller Esq<br>Neal Gerber & Eisenberg LLP<br>Two N LaSalle St Ste 1700<br>Chicago, IL  60602 | | Unliquidated | Circuit City Stores, Inc | 14548 | Circuit City Stores, Inc | $725,339.33<br>(general unsecured) |
| 01/30/09 | 8947 | Park National Bank as Assignee of Rents Under the Columbus Georgia Lease with Circuit Investors No 2 Ltd<br>Attn Richard C Maxwell<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24038-4125 | | Unliquidated but not less than $303,611.44<br>(general unsecured) | Circuit City Stores, Inc. | 14793 | Circuit City Stores, Inc. | $303,611.44<br>(general unsecured) |
| 01/28/09 | 6754 | Rancon Realty Fund IV<br>Ronald K Brown Jr<br>Law Offices of Ronald K Brown Jr APC<br>901 Dove St Ste 120<br>Newport Beach, CA 92660-3018 | | $86,813.54<br>(administrative) | Circuit City Stores West Coast, Inc. | 12121 | Circuit City Stores West Coast, Inc. | $1,112,594.70<br>(general unsecured) |
| 06/30/09 | 14141 | Uncommon Ltd<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | | $83,875.24<br>(administrative) | Circuit City Stores Inc. | 14812 | Circuit City Stores Inc. | $113,176.89<br>(administrative) |
| 01/15/09 | 3896 | Van Ness Post Center LLC<br>Portfolio Manager<br>720 Market St FL 5<br>ATTN Dr Jospeh & Maria Fang<br>San Francisco, CA 94102 | | $9,210.47 (general unsecured) | Circuit City Stores Inc | 14220 | Circuit City Stores Inc. | $271,543.97 |
| 01/15/09 | 3893 | Van Ness Post Central  LLC<br>27 E Fourth Ave<br>C/ O United Commerical Bank<br>San Mateo, CA 94401-4001 | | $83,593.13<br>(general unsecured) | Circuit City Stores Inc | 14220 | Circuit City Stores Inc. | $271,543.97 |
| 01/30/09 | 9441 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas , TX  75201 | | Unliquidated but not less than $1,229,478.60<br>(general unsecured) | Circuit City Stores Inc. | 13440 | Circuit City Stores, Inc. | $2,479,902.78<br>(general unsecured) |
| 01/30/09 | 9450 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX  75201 | | Unliquidated but not less than $1,419,755.11<br>(general unsecured) | Circuit City Stores Inc. | 13426 | Circuit City Stores Inc. | $2,781,854.61<br>(general unsecured) |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT H**
**DUPLICATE CLAIMS TO BE EXPUNGED**

| | | CLAIM TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Number | Debtor | Total Surviving Claim Face Amount |
| 04/28/09 | 12458 | 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC Lori E Eropkin Esq SBN 253048 Levinson Arshonsky & Kurtz LLP 15303 Ventura Blvd Ste 1650 Sherman Oaks, CA 91403 | | $2,468,704.69 (general unsecured) | Circuit City Stores West Coast, Inc. | 12461 | Circuit City Stores Inc. | $2,468,704.69 (general unsecured) |
| 06/30/09 | 14361 | 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC Lori E Eropkin Esq SBN 253048 Levinson Arshonsky & Kurtz LLP 15303 Ventura Blvd Ste 1650 Sherman Oaks, CA 91403 | | $114,633.82 (administrative) | Circuit City Stores Inc. | 13731 | Circuit City Stores West Coast, Inc. | $114,633.82 (administrative) |
| 03/30/10 | 14958 | 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC Lori E Eropkin Esq SBN 253048 Levinson Arshonsky & Kurtz LLP 15303 Ventura Blvd Ste 1650 Sherman Oaks, CA 91403 | | $57,497.43 (administrative) | Circuit City Stores Inc. | 14596 | Circuit City Stores West Coast, Inc. | $57,497.43 (administrative) |
| 06/29/09 | 13962 | Amargosa Palmdale Investments LLC J Bennett Friedman Esq Friedman Law Group 1900 Avenue of the Stars Ste 1800 Los Angeles, CA 90067-4409 | | $29,027.28 (administrative) | Circuit City Stores West Coast, Inc. | 12997 | Circuit City Stores Inc. | $804,599.73 (administrative) (general unsecured) |
| 01/30/09 | 9899 | Bank of America National Association as Successor by Merger to LaSalle Bank National Association as Trustee for the Registered Holders of the Morgan Stanley Capital Inc Commercial Mortgage Pass Through Certificates Series 1997 C1 c/o Capmark Finance Inc. Peyton Inge 700 N. Pearl Street, Suite 2200 Dallas, TX 75201 | | Unliquidated (general unsecured and administrative) | Circuit City Stores, Inc. | 12152 | Circuit City Stores, Inc | $50,000 (general unsecured and secured) |
| 04/08/09 | 13137 | Becker Trust LLC Steven H Greenfeld Cohen Baldinger & Greenfeld LLC 7910 Woodmont Ave Ste 760 Bethesda , MD 20814 USA | | $172,374.01 (administrative) | Circuit City Stores Inc. | 13923 | Circuit City Stores Inc. | $172,374.01 (administrative) |

| | | CLAIM TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Number | Debtor | Total Surviving Claim Face Amount |
| 06/29/09 | 13955 | Bella Terra Associates LLC<br>J Bennett Friedman Esq<br>Frideman Law Group<br>1900 Ave of the Stars STE 1800<br>Los Angeles, CA 90067-4409 | | $54,927.34<br>(administrative) | Circuit City Stores West Coast, Inc. | 12999 | Circuit City Stores Inc. | $1,520,301.30<br>(administrative) |
| 01/30/09 | 8685 | Bond Circuit IV DBT<br>Attn David Vanaskey Corporate Trust Administration<br>c o WilmingtonTrust Company<br>1100 N Market St<br>Wilmington, DE 19890 | | Unliquidated<br>(general unsecured) | Circuit City Stores Inc. | 12765 | Circuit City Stores Inc. | $1,715,253.14<br>(administrative)<br><br>(general unsecured) |
| 01/29/09 | 7957 | Catellus Operating Limited Partnership<br>Edward J Tredinnick Esq<br>Greene Radovsky Maloney Share & Hennigh LLP<br>Four Embarcadero Ctr Ste 4000<br>San Francisco, CA 94111 | | $1,903,434.65<br>(general unsecured) | Circuit City Stores West Coast, Inc. | 7933 | Circuit City Stores Inc. | $1,903,434.65<br>(general unsecured) |
| 03/31/10 | 14928 | Inland Southwest Management LLC<br>Attn: Karen C. Bifferato & Kelly M. Conlan<br>Connolly Bove Ldge & Hutz LLP<br>The Nemours Bldg 1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | | Unliquidated<br>(administrative) | Circuit City Stores West Coast, Inc. | 14936 | Circuit City Stores, Inc. | Unliquidated<br>(administrative) |
| 01/30/09 | 8943 | Inland Western Avondale McDowell LLC<br>c/o Bert Bittouma Esq.<br>Inland Real Estate Group<br>2901 Butterfield Rd., 3rd Fl.<br>Oak Brook, IL 60523 | Karen C. Bifferato<br>Connolly Bove Ldge & Hutz LLP<br>The Nemours Bldg 1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | Unliquidated<br>(general unsecured) | Circuit City Stores West Coast, Inc. | 9725 | Circuit City Stores, Inc. | Unliquidated<br>(general unsecured) |
| 04/30/09 | 12792 | RC CA Santa Barbara LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | | Unliquidated but not less than $320,171.64<br>(administrative) | Circuit City Stores West Coast, Inc. | 12797 | Circuit City Stores West Coast, Inc. | $320,171.64<br>(general unsecured) |
| 01/30/09 | 8505 | Wells Fargo Bank NA as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass Through Certificates Series 2004 C11 as Collateral Assignee of Amargosa Palmdale Investments LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | | Unliquidated<br>(general unsecured) | Circuit City Stores Inc. | 12997 | Circuit City Stores Inc. | $804,599.73<br>(administrative)<br><br>(general unsecured) |

DOCS_NY:23583v1