Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al., | **:** Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:** (Jointly Administered) |
| | **:** |
| | **:** |

**NOTICE OF LIQUIDATING TRUST'S SEVENTEENTH OMNIBUS OBJECTION TO
LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED
CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS,
AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.  By the Objection, the Liquidating Trust is seeking to reduce certain claims, reclassify certain claims, and disallow certain claims.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | <u>Claim Number</u> | <u>Claim Amount</u> | <u>Reference Objection</u> |
|---|---|---|---|

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION.  YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY <u>4:00 P.M. (EASTERN TIME) ON APRIL 7, 2011</u>, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

<u>**Critical Information for Claimants
Choosing to File a Response to the Objection**</u>

<u>Who Needs to File a Response</u>:  If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

<u>Response Deadline</u>:  The Response Deadline is **<u>4:00 p.m. (Eastern Time) on April 7, 2011 (the "Response Deadline")</u>**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

The status hearing on the Objection will be held at  **2:00 p.m. (Eastern Time) on April 14, 2011 at:**

> United States Bankruptcy Court
> 701 East Broad Street – Courtroom 5000
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

<u>**Procedures for Filing a Timely Response and
Information Regarding the Hearing on the Objection**</u>

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

> a.   a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

b.      the claimant's name and an explanation for the amount of the Claim;

c.      a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d.      a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e.      a declaration of a person with personal knowledge of the relevant facts that support the Response;

f.      the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address"). If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

g.      to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses"). Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**. To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf. Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

<u>**Additional Information**</u>

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of <u>www.kccllc.net/circuitcity</u>.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.

Dated:    February 28, 2011

*/s/ Paula S. Beran*

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
          pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
          acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**LIQUIDATING TRUST'S SEVENTEENTH OMNIBUS OBJECTION TO
LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED
CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS,
<u>AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS</u>)**

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through

Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the

Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated

Debtors and Debtors in Possession and its Official Committee of Creditors Holding

General Unsecured Claims (the "Plan") in the above-captioned cases, hereby files this

Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of

Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims,

Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims,

Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims)

(the "Objection"), and hereby moves this court (the "Court"), pursuant to sections 105, 502

and 503 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the

"Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the proposed form

of which is attached hereto as Exhibit A, granting the relief sought by this Objection, and

in support thereof states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Objection under 28

U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of

these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

The statutory and legal predicates for the relief requested herein are Bankruptcy Code

sections 105, 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.      On November 10, 2008 (the "Petition Date"), the debtors in the above-captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3.      On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").

4.      On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.      On December 10, 2008, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

6.      Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the "General Bar Date"). The deadline for governmental units to file claims that arose before

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel,

*(cont'd)*

November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar Date"). Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

7. On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314). In addition, the Debtors published the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The Richmond Times-Dispatch (Docket No. 1394).

8. On November 12, 2008, this Court entered that certain Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No. 107)(the "503(b)(9) Bar Date Order").

9. Pursuant to the 503(b)(9) Bar Date Order, this Court approved the form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the 503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice"). Pursuant to the 503(b)(9) Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy Code was on December 19, 2008 (the "503(b)(9) Bar Date").

_____

*(cont'd from previous page)*
  LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

10.     On November 19, 2008, KCC served a copy of the 503(b)(9) Bar

Date Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the

Debtors published the 503(b)(9) Bar Date Notice in The New York Times (Docket No.

549), The Wall Street Journal (Docket No. 548), and The Richmond Times-Dispatch

(Docket No. 547).

11.     On January 16, 2009, the Court authorized the Debtors, among other

things, to conduct going out of business sales at the Debtors' remaining 567 stores

pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a

joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going

out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.

As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had

been completed.

12.     On April 1, 2009, this Court entered an Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of Notice of Omnibus

Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

13.     On May 15, 2009, the Court entered that certain Order Pursuant to

Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Administrative Bar Date and Procedures For Filing and Objecting To Administrative

Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No.

3354) (the "First Administrative Claims Bar Date Order").

14.     Pursuant to the First Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests (as defined in the First

Administrative Claims Bar Date Order) incurred in the period between November 10, 2008

and April 30, 2009 was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant to the First

Administrative Claims Bar Date Order, this Court approved the form and manner of the

claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar

Date Order (the "Claims Bar Date Notice").

　　　　15.　　On or before May 22, 2009, KCC served a copy of the

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609).  In

addition, the Debtors published the Administrative Claims Bar Date Notice in The

Financial Times (Docket No. 3970), The Richmond Times-Dispatch (Docket No. 3969)

and The Wall Street Journal (Docket No. 3968).

　　　　16.　　On February 18, 2010, the Court entered that certain Order Pursuant

to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Second Administrative Bar Date and Procedures For Filing and Objecting To

Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof

(Docket No. 6555) (the "Second Administrative Claims Bar Date Order").

　　　　17.　　Pursuant to the Second Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests for the period May 1, 2009

through December 31, 2009 (as defined in the Administrative Claims Bar Date Order) was

5:00 p.m. (Pacific) on March 31, 2010.  Pursuant to the Second Administrative Claims Bar

Date Order, this Court approved the form and manner of the claims bar date notice, which

was attached as Exhibit A to the Second Administrative Claims Bar Date Order (the

"Claims Bar Date Notice").

18.     On or before February 25, 2010, KCC served a copy of the Second

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket No. 6705).  Supplemental

service of the Second Administrative Bar Date Notice was provided by overnight mail to

one party, Brockton Superior Court, on March 26, 2010 (Docket Nos. 7089 and 7535).  In

addition, the Debtors published the Administrative Claims Bar Date Notice in The

Financial Times (Docket No. 6719), The Richmond Times-Dispatch (Docket No. 6717)

and The Wall Street Journal (Docket No. 6718).

19.     On August 9, 2010, the Debtors and the Creditors' Committee filed

the Plan, which provides for the liquidation of the Debtors' assets and distribution of the

proceeds thereof under chapter 11 of the Bankruptcy Code.

20.     On September 10, 2010, the United States Bankruptcy Court,

Eastern District of Virginia, signed an Order confirming the Plan.

21.     The Plan became effective on November 1, 2010 (the "Effective

Date"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the

Liquidation Trust assumed the right and responsibility to liquidate the Debtors' remaining

assets and distribute the proceeds to creditors, including the prosecution of Causes of

Action and objections to claims.

## **OBJECTIONS TO CLAIMS**

22.     By this Objection, the Liquidating Trust seeks entry of an order, in

substantially the form attached hereto as Exhibit A, pursuant to Bankruptcy Code sections

105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1,

(i) reducing each of the claims identified on <u>Exhibit C</u> attached hereto, (ii) reclassifying

each of the claims on <u>Exhibit D</u> attached hereto, and (iii) disallowing each of the claims

identified on <u>Exhibits E</u> through <u>H</u> attached hereto (collectively, the "Claims") for the

reasons set forth below.

23.     For ease of reference, attached hereto as <u>Exhibit B</u> is an alphabetical

listing of all claimants whose Claims are included in this Objection (the "Claimants"), with

a cross-reference by claim number.

**A.      <u>Reduction of Certain Partially Invalid Claims</u>**

24.     The basis for reduction of the claims listed on <u>Exhibit C</u> attached

hereto (the "Partially Invalid Claims") is that all of the Partially Invalid Claims assert, in

part, amounts for which the Debtors are not liable.

25.     Specifically, after a review of the Partially Invalid Claims and the

bases upon which each is asserted, and a review of the Debtors' books and records, the

Liquidating Trust has determined that certain portions of the Partially Invalid Claims are

(i) liabilities already asserted by the Claimants in other claims; (ii) liabilities that have

already been satisfied by the Debtors; or (iii) liabilities for which the Debtors dispute

liability.  Accordingly, the Liquidating Trust requests that the Partially Invalid Claims

identified on <u>Exhibit C</u> be reduced in the manner stated in <u>Exhibit C</u> for the reasons stated

therein.

**B.      <u>Reclassification of Certain Misclassified Claims</u>**

26.     The basis for reduction of the claims listed on <u>Exhibit D</u> attached

hereto (the "Misclassified Claims") is that the Misclassified Claims are improperly

classified.

27.     Specifically, after a review of the Misclassified Claims, the bases upon which each is asserted, and a review of the Debtors' books and records, the Liquidating Trust submits that the Misclassified Claims are asserted, in whole or in part, with incorrect classifications and should be reclassified.  Accordingly, the Liquidating Trust requests that each Misclassified Claim identified on Exhibit D be reclassified in the manner set forth in Exhibit D.

**C.     Disallowance of Certain Invalid Claims**

28.     The basis for disallowance of the claims listed on Exhibit E attached hereto (the "Invalid Claims") is that all of the Invalid Claims assert, in their entirety, amounts for which the Debtors are not liable.

29.     Specifically, after a review of the Invalid Claims and the bases upon which each is are asserted, and a review of the Debtors' books and records, the Liquidating Trust has determined that the Invalid Claims are based on liabilities already asserted by the Claimants in other claims (i) liabilities that already have been satisfied by the Debtors, or (ii) liabilities for which the Debtors dispute any liability.  Accordingly, the Liquidating Trust requests that the Invalid Claims identified on Exhibit E be disallowed for the reasons stated therein.

**D.     Disallowance of Certain Late Filed Claims**

30.     The basis for disallowance of the claims listed on Exhibit F attached hereto (the "Late-Filed Claims") is that each such claim was filed after the relevant bar date.  The disallowance of each of the Late-Filed Claims set forth on Exhibit F is appropriate under the appropriate Bar Date Order as well as under applicable law.

31.     Bar dates for asserting claims in chapter 11 bankruptcy cases serve

extremely important purposes.  "The requirement of a Bar Date in Chapter 11 enables the

debtor…to establish the universe of claims with which it must deal and the amount of

those claims." See In re A.H. Robins Co., Inc., 129 B.R. 457, 459 (Bankr. E.D. Va. 1991).

Premised on the imperative purpose of finality of asserting claims against a debtor, courts

have not allowed claims filed by creditors after the bar date, absent special circumstances.

See In re Provident Hosp., Inc., 122 B.R. 683, 685 (D. Md. 1990), aff'd, 943 F.2d 49 (4th

Cir. 1991) (unpublished opinion) ("Because Bean did not timely file his bankruptcy claim

after having been given constitutionally sufficient notice, his claim is barred under well-

settled authority, 11 U.S.C. 1141(d) and Bankruptcy Rule 3003 (c) (2).").

32.     Each Late-Filed Claim was filed in the present cases after the

applicable bar date had passed.  Accordingly, pursuant to the applicable Bar Date Order,

these Claims are "forever barred, estopped, and permanently enjoined from asserting such

claim against the Debtors…"

33.     It is essential for the Liquidating Trust to establish the proper

liabilities asserted against the Debtors.  In order to achieve the imperative of finality in the

claims process, the Liquidating Trust requests that this Court disallow the Late-Filed

Claims in their entirety and for all purposes in these bankruptcy cases.

**E.     Disallowance of Certain Amended Claims**

34.     Exhibit G contains a list of claims that have been rendered moot by

the claimant filing a subsequent "amending" claim that supersedes the claim listed on

Exhibit G (the "Amended Claims").

35.     The Liquidating Trust objects to the Amended Claims, because,

among other reasons, the same claimant subsequently filed an amended claim, the amount

and basis of which are the subject of the Amended Claim.  Such repetitive claims should

be disallowed.  The Amended Claims listed on <u>Exhibit G</u> under "Claim to be Disallowed"

should be disallowed for all purposes in these bankruptcy cases.  The claims listed as

"Surviving Claim" on <u>Exhibit G</u> hereto (the "Surviving Superseding Claims") shall remain

in effect and are not affected by this portion of this Objection; <u>provided,</u> <u>however</u>, that

such Surviving Superseding Claims may be the subject of another section of this Objection

or a separate subsequently filed objection.

**F.**    **<u>Disallowance of Certain Duplicate Claims</u>**

36.    The basis for the disallowance of the claims listed on <u>Exhibit H</u>

hereto (the "Duplicate Claims") is that all of the claims are duplicative of other filed

claims.  The Liquidating Trust objects to the Duplicate Claims because, among other

reasons, the same claimant filed two (2) or more proofs of claim or portions thereof

asserting the same liability, the amounts and basis of which are the subject of the original

claim.  The Duplicate Claims listed on <u>Exhibit H</u> under "claim to be disallowed" should be

disallowed for all purposes in these bankruptcy cases.  The claims listed as "Surviving

Claim" on <u>Exhibit H</u> hereto (the "Surviving Duplicate Claims") shall remain in effect and

are not affected by this portion of this Objection; <u>provided,</u> <u>however</u>, that such Surviving

Duplicate Claims may be the subject of another section of this Objection or a separate

subsequently filed objection.

## <u>RESERVATION OF RIGHTS</u>

37.    At this time, the Liquidating Trust has not completed its review of

the validity of all claims/expenses filed against the Debtors' estates, including the Claims

objected to herein.  Accordingly, any of the Claims objected to herein may be the subject

of other bases for objection herein and/or additional subsequently filed objections on any

grounds that bankruptcy law or non-bankruptcy law permits.  To that end, the Liquidating

Trust reserves the right to further object to any and all claims, whether or not the subject of

this Objection, for allowance and/or distribution purposes, and on any other grounds.

Furthermore, the Liquidating Trust reserves the right to modify, supplement and/or amend

this Objection as it pertains to any Claim or claimant herein.

**<u>NOTICE AND PROCEDURE</u>**

38.     Notice of this Objection has been provided to all Claimants with

Claims that are the subject to this Objection as identified on <u>Exhibits C</u> through <u>H</u>,

respectively, and to parties-in-interest in accordance with the Court's Supplemental Order

Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and

Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case

Management and Administrative Procedures (entered on December 30, 2009 at Docket No.

6208) (the "Case Management Order").  The Liquidating Trust submits that the following

methods of service upon the Claimants should be deemed by the Court to constitute due

and sufficient service of this Objection: (a) service in accordance with Federal Rule of

Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of Civil

Procedure 4; (b) to the extent counsel for a Claimant is not known to the Liquidating Trust,

by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form

or other representative identified in the proof of claim form or any attachment thereto; or

(c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's

behalf in the Debtors' bankruptcy cases.  The Liquidating Trust is serving the Claimant

with this Objection and the exhibit on which the Claimant's claim is listed.

39.     To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 P.M. (Eastern) on April 7, 2011** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Liquidating Trust requests that the Court conduct a status conference[2] with respect to any such responding claimant at **2:00 P.M. (Eastern) on April 14, 2011** and thereafter schedule the matter for a future hearing as to the merits of such claim.  However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Liquidating Trust requests that the Court enter an order, substantially in the form attached hereto as <u>Exhibit A</u>, reducing the Partially Invalid Claims set forth on <u>Exhibit C</u>, Reclassifying the Misclassified Claims set forth on <u>Exhibit D</u>, and disallowing the invalid, late filed, duplicate and amended claims set forth on <u>Exhibit E</u> through <u>Exhibit H</u> attached hereto.

**COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
THE OMNIBUS OBJECTION PROCEDURES ORDER**

40.     This Objection complies with Bankruptcy Rule 3007(e). Additionally, the Liquidating Trust submits that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

**<u>WAIVER OF MEMORANDUM OF LAW</u>**

41.     Pursuant to Local Bankruptcy Rule 9013-1(G), and because there

---

[2] In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the Objection do not need to appear at the status conference.

are no novel issues of law presented in the Motion, the Liquidating Trust requests that the

requirement that all motions be accompanied by a written memorandum of law be waived.

### **NO PRIOR RELIEF**

42.    No previous request for the relief sought herein has been made to

this Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter an

Order sustaining this Objection and granting such other and further relief as the Court

deems appropriate.

Dated: Richmond, Virginia
    February 28, 2011

TAVENNER & BERAN, PLC


_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

## EXHIBIT A

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| - - - - - - - - - - - - - - | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S SEVENTEENTH OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS,
DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS
AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's

Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially

Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain

Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain

Duplicate Claims and Disallowance of Certain Amended Claims) (the "Objection"), which

requested, among other things, that the claims specifically identified on Exhibit C through

Exhibit H attached to the Objection be reduced or disallowed for those reasons set forth in

the Objection; and it appearing that due and proper notice and service of the Objection as

set forth therein was good and sufficient and that no other further notice or service of the

Objection need be given; and it further appearing that no response was timely filed or

properly served by the Claimants being affected by this Order; and it appearing that the

relief requested on the Objection is in the best interest of the Liquidating Trust, the

Debtors' estates and creditors and other parties-in-interest; and after due deliberation

thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

43.     The Objection is SUSTAINED.

44.     The Claims identified on Exhibit A as attached hereto and

incorporated herein are forever reduced for all purposes in these bankruptcy cases in the

manner stated in Exhibit A.

45.     The Claims identified on Exhibit B as attached hereto and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

incorporated herein are forever reclassified in these bankruptcy cases in the manner stated

in Exhibit B.

46.    The Claims identified on Exhibit C through Exhibit F as attached

hereto and incorporated herein are forever disallowed in their entirety for all purposes in

these bankruptcy cases.

47.    The Liquidating Trust's rights to object to any claim including

(without limitation) the Claims subject to the Objection, on any grounds that applicable

law permits, are not waived and are expressly reserved.

48.    The Liquidating Trust shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or before five (5) business days from

the entry of this Order.

49.    This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia

_____, 2011



_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/_____
Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| 1003 College Station LLC<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 14515 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| 507 Northgate LLC<br>Christopher M Alston<br>1111 3rd Ave No 3400<br>Seattle, WA 98101 | 9181 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| 507 Northgate LLC<br>Christopher M Alston<br>1111 3rd Ave No 3400<br>Seattle, WA 98101 | 9181 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Acadia Realty Limited Partnership fka Mark Centers Limited Partnership<br>Attn Daniel J Ansell<br>Greenberg Traurig LLp<br>200 Park Ave<br>New York, NY 10166 | 12789 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| ALMADEN PLAZA SHOPPING CTR INC<br>5353 ALMADEN EXPY<br>49 ALMADEN PLAZA SHOPPING CTR<br>SAN JOSE, CA 95118 | 12122 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Amargosa Palmdale Investments LLC<br>J Bennett Friedman Esq<br>Friedman Law Group<br>1900 Avenue of the Stars Ste 1800<br>Los Angeles, CA 90067-4409 | 12997 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Bank of America NA as Trustee for the Registered Holders of LB UBS Commercial Mortgage Trust 2002 C4 Commercial Mortgage Pass Through Certificates Series 2002 C4 as Collateral Assignee of Decatur Plaza LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 8581 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Bank of America National Association as Successor by Merger to LaSalle Bank National Association as Trustee for the Registered Holders of CDC Commercial Mortgage Trust 2002 FX1 Commercial Mortgage Pass Through Certificates Series 2002 FX1<br>c/o Capmark Finance Inc<br>Peyton Inge<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 11929 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Bank of America National Association Successor by Merger to LaSalle Bank National Association Attn Diane Schapiro c o Berkadia Commercial Mortgage LLC 700 N Pearl St Ste 2200 Dallas, TX 75201 | 12663 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| BB Fonds International 1 USA LP  Eric Horan Pheonix Property Co 5950 Sherry Ln Ste 320 Dallas, TX 75225 | 12756 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| BB Fonds International 1 USA LP Jason Binford Haynes and Boone LLP 2323 Victory Ave Ste 700 Dallas, TX 75219 | 13772 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Becker Trust LLC Barry Becker 50 S Jones Blvd Ste 100 Las Vegas, NV 89107 | 13013 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Bella Terra Associates LLC J Bennett Friedman Esq Frideman Law Group 1900 Ave of the Stars STE 1800 Los Angeles, CA 90067-4409 | 12999 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| BFLO Waterford Associates LLC Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren 101 Park Ave New York, NY 10178 | 9952 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| BFLO Waterford Associates LLC Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren 101 Park Ave New York, NY 10178 | 9952 | EXHIBIT F LATE FILED CLAIMS TO BE EXPUNGED |
| Bond Circuit I Delaware Business Trust Attn James S Carr Esq Robert L LeHane Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 13440 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Bond Circuit IV Delaware Business Trust Mark B Conlan Esq Gibbons PC One Gateway Ctr Newark, NJ 07102-5310 | 12765 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Bond Circuit VI Delaware Business Trust Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 13426 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Bond Circuit VI Delaware Business Trust<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13439 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Bond Circuit VII Delaware Business Trust<br>Attn Wayne Zarozny Vice President<br>The Berkshire Group<br>1 Beacon St Ste 1500<br>Boston, MA 02108 | 8676 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| BR Fries & Associates LLC<br>c/o Lewis W Siegel<br>355 Lexington Ave Ste 1400<br>New York, NY 10017 | 7451 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Brandywine Grande C LP<br>c o L Minnici<br>2711 N Haskell Ave Ste 250<br>Dallax, TX 75204 | 13797 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Brighton Commercial LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 12493 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| BROADSTONE CROSSING LLC<br>ELLIOT HOMES<br>ATTN STEPHEN HEMINGTON<br>80 IRON POINT CIR STE 110<br>FOLSOM, CA 95630 | 5097 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Brothers International Corporation<br>100 Bush Street, Suite 218<br>San Francisco, CA 94104 | 15156 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| C1 West Mason Street LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 5060 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Cameron Bayonne LLC<br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece Esq<br>308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 | 5814 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Catellus Operating Limited Partnership<br>Edward J Tredinnick Esq<br>Greene Radovsky Maloney Share & Hennigh LLP<br>Four Embarcadero Ctr Ste 4000<br>San Francisco, CA 94111 | 7933 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Catellus Operating Limited Partnership a<br>Delaware LP<br>Attn Edward J Tredinnick<br>Greene Radovsky Maloney Share & Hennigh LLP<br>Four Embarcadero Ctr 40th Fl<br>San Francisco, CA 94111 | 12328 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Catellus Operating Limited Partnership a Delaware LP<br>Attn Edward J Tredinnick<br>Greene Radovsky Maloney Share & Hennigh LLP<br>Four Embarcadero Ctr 40th Fl<br>San Francisco, CA 94111 | 13708 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 14518 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 14521 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 14522 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 14574 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 14577 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 13716 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 14270 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 14288 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 14290 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 14053 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 12718 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 12721 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 12722 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 12725 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 14523 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 12722 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Brandywine Investors 1998 LLC<br>c/o Capital Development Company<br>711 Sleater Kinney Rd SE<br>Lacey, WA 98503 | 11591 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| CC Independence LLC<br>Attn Eric J Rietz Esq<br>Vedder Price PC<br>222 N LaSalle St Ste 2600<br>Chicago, IL 60601 | 9413 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| CC Investors 1995 3<br>Ronald G Cameron Administrative Trustee<br>1004 Commercial Ave No 353<br>Anacortes, WA 98221 | 1665 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| CC Investors 1997 11<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 9955 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| CC Lafayette LLC<br>Attn Eric J Rietz Esq<br>Vedder Price PC<br>222 N LaSalle St Ste 2600<br>Chicago , IL 60601 | 9407 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| CC Minnetonka LLC<br>Attn Eric J Rietz Esq<br>Vedder Price PC<br>222 N LaSalle St Ste 2600<br>Chicago , IL 60601 | 9424 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| CCI Trust 1994 1<br>Attn: David Vanaskey Corporate Trust<br>Administration<br>c/o Wilmington Trust Company<br>1100 N. Market St.<br>Wilmington, DE 19890 | 8689 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| CCMS 2005 CD1 Lycoming Mall Circle Limited<br>Partnership<br>c o Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Alexrod LLP<br>200 S Biscyane Blvd Ste 2500<br>Miami, FL 33131 | 7165 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Cedar Development Ltd<br>7777 Glades Road, Suite 310<br>Boca Raton, FL 33434-6424 | 12787 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Cedar Development Ltd.<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 14811 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Centro Properties Group t a Parkway Plaza Vestal<br>NY<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12584 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Centro Properties Group ta Freshwater Stateline Plaza Enfield CT<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12628 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CHK LLC<br>Augustus C Epps Jr. Esq.<br>Christian & Barton LLP<br>909 E Main st Ste 1200<br>Richmond, VA 23219 | 14346 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Circsan Limited Partnership<br>c/o Kin Properties Inc<br>185 NW Spanish River Blvd Ste 100<br>Boca Raton FL 33431-4230 | 8070 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Circsan Limited Partnership<br>Allen P Lev Esq<br>Kin Properties Inc<br>185 NW Spanish River Blvd Ste 100<br>Boca Raton, FL 33431-4230 | 15168 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Circuit Investors No 4 Thousand Oaks Limited Partnership<br>c/o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 | 8163 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Circuit Realty NJ LLC<br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA 15232 | 11761 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Cleveland Towne Center LLC<br> Attn Nicholas W Whittenburg<br>Miller & Martin PLLC<br>832 Georgia Ave Ste 1000<br>Chattanooga, TN 37402 | 12140 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Cleveland Towne Center LLC<br>Attn Nicholas W Whittenburg<br>Miller & Martin PLLC<br>832 Georgia Ave Ste 1000<br>Chattanooga, TN 37402 | 13715 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CMAT 1999 C1 Grand River Avenue LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 5002 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Contrarian Funds LLC<br>Attn Alisa Mumola<br>411 W Putnam Ave Ste 425<br>Greenwich, CT 06830 | 7536 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Contrarian Funds LLC<br>Attn Alisa Mumola<br>411 W Putnam Ave Ste 425<br>Greenwich, CT 06830 | 13918 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Contrarian Funds LLC<br>Attn Alisa Mumola<br>411 W Putnam Ave Ste 425<br>Greenwich, CT 06830 | 15035 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Crown CCI LLC<br>Paul S Bliley Jr Esq<br>Williams Mullen<br>PO Box 1320<br>Richmond, VA 23218- 1320 | 7631 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Crown CCI LLC<br>Paul S Bliley Jr Esq<br>Williams Mullen<br>PO Box 1320<br>Richmond, VA 23218- 1320 | 13467 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Daniel G Kamin Elmwood Park LLC<br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA 15232-0234 | 2418 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Daniel G Kamin Elmwood Park LLC<br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA 15232-0234 | 14575 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| DeMatteo Management Inc<br>Jennifer V Doran Esq<br>Hinckley Allen & Snyder LLP<br>28 State St<br>Boston, MA 02109-1775 | 13034 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| DeMatteo Management Inc<br>Jennifer V Doran Esq<br>Hinckley Allen & Snyder LLP<br>28 State St<br>Boston, MA 02109-1775 | 14424 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| DeMatteo Management Inc<br>Jennifer V Doran Esq<br>Hinckley Allen & Snyder LLP<br>28 State St<br>Boston, MA 02109-1775 | 15049 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Desert Home Communities of Oklahoma, LLC<br>7911 Herschel Ave Suite No 306<br>La Jolla, CA 92037 | 11685 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Desert Home Communities of Oklahoma, LLC<br>7911 Herschel Ave Suite No 306<br>La Jolla, CA 92037 | 11696 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| EASTLAND PLAZA INC<br>2220 N MERIDIAN ST<br>INDIANAPOLIS, IN 46208-5728 | 7885 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Evergreen McDowell & Pebble Creek LLC<br>c o William Novotny<br>Mariscal Weeks McIntyre & Friedlander PA<br>2901 N Central Ave Ste 200<br>Phoenix, AZ 85012 | 11269 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Evergreen McDowell & Pebble Creek LLC<br>c o William Novotny<br>Mariscal Weeks McIntyre & Friedlander PA<br>2901 N Central Ave Ste 200<br>Phoenix, AZ 85012 | 11269 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Forest City Commercial Management Inc<br>Agent for Laburnum Investment LLC<br>50 Public Sq Ste 1360<br>Cleveland, OH  44113 | 12035 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| General Growth Management Inc<br>Julie Minnick Bowden<br>110 N Wacker Dr<br>Chicago , IL  60606 | 14439 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| GRE Grove Street One LLC<br>Attn Denison M Hall<br>c/o Hall Royce LLC<br>40 Beach St Ste 203<br>Manchester, MA 01944 | 12062 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Greater Orlando Aviation Authority<br>Roy S Kobert P A<br>Broad & Cassel<br>PO Box 4961<br>Orlando, FL  32802-4961 | 9507 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Greenback Associates<br>Attn Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 | 13378 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Greenback Associates<br>Attn Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 | 15007 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Gri Eqy Sparkleberry Square LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 12759 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| GVD Commercial Properties Inc<br>Mr David Case<br>1915 A E Katella Ave<br>Orange, CA 92867 | 11981 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| I 93 SOMERVILLE LLC<br>C/O MILSTEIN PROPERTIES CORP<br>335 MADISON AVENUE 15TH FL<br>NEW YORK, NY  10017 | 6261 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Inland Commercial Property Management Inc<br>Attn Karen C Bifferato & Kelly M Conlan<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg 1007 N Orange St<br>PO Box 2207<br>Wilmington, DE 19807 | 13968 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Inland Commercial Property Management Inc<br>Attn Karen C Bifferato & Kelly M Conlan<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg 1007 N Orange St<br>PO Box 2207<br>Wilmington, DE 19807 | 14929 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Inland Commercial Property Management Inc<br>c o Beth Brooks Esq<br>Inland Real Estate Corporation<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | 12827 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Inland Traverse City LLC<br>c o Beth Brooks Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | 9719 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Johnstown Shopping Center LLC<br>McGill Property Group<br>4425 Military Trail, Ste 202<br>Jupiter, FL 33458-4817 | 14782 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| K Gam Broadway Craycroft LLC<br>c o Sally M Darcy<br>McEvoy Daniels & Darcy PC<br>4560 E Camp Lowell Dr<br>Tucson, AZ 85712 | 15172 | EXHIBIT D<br>CLAIMS TO BE RECLASSIFIED |
| K Gam Broadway Craycroft LLC<br>c o Sally M Darcy<br>McEvoy Daniels & Darcy PC<br>4560 E Camp Lowell Dr<br>Tucson, AZ 85712 | 15172 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| K Gam Broadway Craycroft LLC<br>c o Sally M Darcy<br>McEvoy Daniels & Darcy PC<br>4560 E Camp Lowell Dr<br>Tucson, AZ 85712 | 15172 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer<br>Gregory A Cross Esq<br>Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 | 12420 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| La Habra Imperial LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 12448 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| La Habra Imperial LLC<br>Ronald K Brown Jr<br>Law Offices of Ronald K Brown Jr APC<br>901 Dove St Ste 120<br>Newport Beach, CA 92660 | 6575 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| LEBEN FAMILY LP<br>1700 W PIONEER RD<br>CEDARBURG, WI 53012 | 6968 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Lexington Richmond LLC<br>Attn Harvey A Strickon<br>Paul Hastings Janofsky & Walker LLP<br>75 E 55th St<br>New York, NY 10022-3205 | 12029 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Lexington Richmond LLC<br>Attn Harvey A Strickon<br>Paul Hastings Janofsky & Walker LLP<br>75 E 55th St<br>New York, NY 10022-3205 | 12029 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| M & M Berman Enterprises<br>c o Michael P Falzone and Sheila deLa Cruz<br>The Edgeworth Building<br>2100 E Cary St<br>PO Box 500<br>Richmond, VA 23218-0500 | 14163 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| M & M Berman Enterprises<br>c o Sheila deLa Cruz & Michael P Falzone<br>Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA 23218-0500 | 5993 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| M&M Berman Enterprises<br>Hirschler Fleischer PC<br>The Edgeworth Bldg<br>2100 E Cary St<br>Richmond, VA 23233 | 15185 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| M&M Berman Enterprises<br>Wayne R Terry<br>Hemar Rousso & Heald LLP<br>15910 Ventura Blvd 12th Fl<br>Encino, CA 90210 | 5992 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Madison Waldorf LLC<br>c o Liquidity Solutions Inc<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 15139 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Manco Abbott OEA INC<br>Benjamin Nurse<br>851 Munras Ave<br>Monterey, CA 93940 | 2411 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Manufacturers and Traders Trust Company as Trustee<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 8081 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Manufacturers and Traders Trust Company as Trustee<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 8170 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Manufacturers and Traders Trust Company as Trustee<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 8626 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Manufacturers and Traders Trust Company as Trustee<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 8627 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| McAlister Square Partners Ltd a Texas limited partnership<br>Attn Joseph A Friedman<br>Kane Russell Coleman & Logan PC<br>3700 Thanksgiving Tower<br>1601 Elm St<br>Dallas, TX 75201 | 4891 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Meacham Business Center LLC<br>David Aufrecht<br>65 E Wacker Pl No 2300<br>Chicago, IL 60601 | 12248 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Melville Realty Company Inc<br>Attn Edith K Altice Esq<br>Saul Ewing LLP<br>500 E Pratt St 8th Fl<br>Baltimore, MD 21202 | 7491 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Milford Crossing LLC<br>c o Julie A Manning<br>Shipman & Goodwin LLP<br>One Constitution Plz<br>Hartford, CT 06103-1919 | 15171 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Milford Crossing LLC<br>c o Julie A Manning<br>Shipman & Goodwin LLP<br>One Constitution Plz<br>Hartford, CT 06103-1919 | 15171 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| New River Properties LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 12418 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| ONICS LLC<br>Attn Michael D Plante<br>730 17th St Ste 715<br>Denver, CO 80202 | 14510 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Park National Bank Successor Trustee<br>Richard C Maxwell<br>Woods Rogers PLC<br>PO Box 14125<br>Roanoke, VA 24038-4125 | 14078 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Parkway Center East LLC<br>c/o Daniel M Anderson Esq<br>Schottenstein Zox & Dunn Co LPA<br>250 West St<br>Columbus, OH  43215 | 5958 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Rancon Realty Fund IV<br>Law Offices of Ronald K Brown Jr APC<br>901 Dove St, Ste 120<br>Newport Beach, CA 92660-3018 | 6754 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Rancon Realty Fund IV<br>Ronald K Brown Jr<br>Law Offices of Ronald K Brown Jr APC<br>901 Dove St Ste 120<br>Newport Beach, CA 92660-3018 | 12121 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Rancon Realty Fund IV<br>Ronald K Brown Jr<br>Law Offices of Ronald K Brown Jr APC<br>901 Dove St Ste 120<br>Newport Beach, CA 92660-3018 | 13367 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| RD Bloomfield Associates Limited Partnership<br>Greenberg Traurig LLp<br>200 Park Ave<br>New York, NY 10166 | 8749 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Redtree Properties LP<br>PO BOX 1041<br>Santa Cruz, CA  95061 | 9156 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Redtree Properties LP<br>PO BOX 1041<br>Santa Cruz, CA  95061 | 12404 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| REIFF & GIVERTZ TEXAS PROP LLC<br>ART MULLAN<br>CIRCUIT CITY PAVILION<br>1828 ESE LOOP 323, NO. 107<br>C O SIGNATURE MANAGEMENT INC<br>TYLER, TX 75701 | 2766 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Richland Town Center LLC<br>McGill Property Group<br>4425 Military Trail, Ste 202<br>Jupiter, FL 33458-4817 | 12696 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Schiffman Circuit Props<br>Matthew W Grimshaw<br>Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 | 3541 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| SPARKS GALLERIA INVESTORS LLC<br>2222 ARLINGTON AVE<br>BIRMINGHAM, AL 35205 | 10226 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Staples The Office Superstore East Inc<br>500 Staples Dr<br>Framingham, MA 01702 | 9985 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Staples The Office Superstore East Inc<br>G Perry Wu<br>500 Staples Dr<br>Framingham, MA  01702 | 14622 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Starpoint Properties LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 12855 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Starpoint Properties LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 14343 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| THF St Clairsville Development LP<br>2127 Innerbelt Business Center Dr Ste 200<br>St Louis, MO 63114 | 12452 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Torrington Triplets LLC<br>Attn Gerald Morganstern<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave 9th Fl<br>New York, NY  10036-5115 | 7114 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Torrington Triplets LLC<br>Attn Gerald Morganstern<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave 9th Fl<br>New York, NY  10036-5115 | 12808 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Tourboullin Corporation<br>Clifford A Katz Esq<br>Platzer Swergold Karlin Levine Goldberg & Jaslow LLP<br>1065 Avenue of the Americas 18th Fl<br>New York, NY 10018 | 13753 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Trane US Inc<br>c/o Wagner Falconer & Judd LTD<br>Mark O  Anderson<br>1700 IDS CTR<br>Minneapolis, MN  55402 | 9206 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Triangle Equities Junction LLC<br>Mark D Taylor Esq<br>Kilpatrick Stockton LLP<br>607 14th St NW Ste 900<br>Washington, DC  20005-2018 | 13401 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Uncommon Ltd<br>7777 Glades Road, Suite 310<br>Boca Raton, FL 33434-4150 | 12786 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Uncommon Ltd<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 14812 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP<br> 940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12461 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| United States Debt Recovery IV LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 13731 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 8614 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12017 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12115 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12461 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12588 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12589 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12735 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12819 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 13254 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 13731 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 14361 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 14519 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br> Incline Village, NV  89451 | 15110 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP<br> 940 Southwood Blvd, Suite 101<br>Incline Village, NV  89451 | 15112 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP Assignee of<br>1251 Fourth Street Investors LLC and Beverley Gemini Investments LLC<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV  89451 | 15098 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| United States Debt Recovery V LP Assignee of 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 | 15101 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of CC Properties LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 | 15115 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of CC Properties LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 | 15113 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of CC Properties LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 | 15116 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of CC Properties LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 | 15117 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of Faber Brothers Inc United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 | 15108 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of Faber Brothers Inc United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 | 15109 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of FRO LLC IX United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 | 15111 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of Hoprock Limonite LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 | 15073 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of Rancon Realty Fund IV United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 | 15072 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP assignee of CC Properties LLC 940 Southwood Blvd, Suite 101 Incline Village, NV 89451 | 14520 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| United States Debt Recovery V LP assignee of Hoprock Limonite LLC 940 Southwood Blvd, Suite 101 Incline Village, NV 89451 | 10186 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP assignee of Johnstown Shopping Center LLC 940 Southwood Blvd, Suite 101 Incline Village, NV 89451 | 7550 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP assignee of Rancon Realty Fund IV 940 Southwood Blvd, Suite 101 Incline Village, NV 89451 | 12121 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| Urbancal Oakland II LLC c o I Bruce Speiser Pircher Nichols & Meeks 1925 Century Park E 17th Fl Los Angeles, CA 90067 | 7930 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Van Ness Post Center LLC 720 Market St Ste 500 San Francisco, CA 94102 | 14220 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| VIWY LP John E Lucian VSB No 43558 Blank Rome LLP One Logan Sq 130 N 18th St Philadelphia, PA 19103 | 13260 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Voit Partners LTD I Trust No 5 c o Croudace & Dietrich LLP Voit Partners LTD I Trust No 5 4750 Von Karman Ave Newport Bch, CA 92660 | 15176 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Voit Partners LTD I Trust No 5 c o Croudace & Dietrich LLP Voit Partners LTD I Trust No 5 4750 Von Karman Ave Newport Bch, CA 92660 | 15195 | EXHIBIT H DUPLICATE CLAIMS TO BE EXPUNGED |
| Voit Partners LTD I Trust No 5 Cc o Croudace & Dietrich LLP Voit Partners LTD I Trust No 5 4750 Von Karman Ave Newport Bch, CA 92660 | 6764 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| VORNADO GUN HILL ROAD LLC ATTN MEI CHENG C O VORNADO REALTY TRUST 210 RTE 4 E PARAMUS, NJ 07652 | 8496 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| VORNADO GUN HILL ROAD LLC ATTN MEI CHENG C O VORNADO REALTY TRUST 210 RTE 4 E PARAMUS, NJ 07652 | 13970 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Walton Whitney Investors V LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12481 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Walton Whitney Investors V LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13424 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Walton Whitney Investors V LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14415 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Walton Whitney Investors V LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14415 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Watercress Associates LP LLP dba Pearlridge Center<br>Attn Lawrence A Diamant Esq<br>Levene Neale Bender Rankin & Brill LLP<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067 | 11791 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Watercress Associates LP LLP dba Pearlridge Center<br>Attn Lawrence A Diamant Esq<br>Levene Neale Bender Rankin & Brill LLP<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067 | 11820 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| WEC 96D Laguna Investment Trust<br>Attn Wayne Zarozny, Vice President<br>The Berkshire Group<br>1Beacon St Ste 1500<br>Boston , MA 02108 | 8718 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| WEC 97 GNORTH HOUSTON INVESTMENT TRUST TEXAS LAND & FARMING I, LLC<br>3186 C AIRWAY AVE<br>COSTA MESA, CA  92626 | 4332 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX  75201 | 9444 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Westlake Limited Partnership<br> Williams Mullen<br>P. O. Box 1320<br> Richmond, VA 23218-1320 | 15213 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| William A Broscious Esq<br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA  15232 | 12096 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Wilmington Trust Company<br>Wilmington Trust Company<br>Rodney Square North<br>J 100 North Market Street<br>Wilmington, DE 19890<br>Attn: David Vanaskey | 13171 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 04/30/09 | 12789 | Acadia Realty Limited Partnership fka Mark Centers Limited Partnership Attn Daniel J Ansell Greenberg Traurig LLp 200 Park Ave New York, NY 10166 | | Unliquidated (administrative and general unsecured) | Circuit City Stores Inc. | $36,240.15 (administrative) $980,215.01 (general unsecured) | Circuit City Stores, Inc. | Remaining:  $13,105.69 of prepetition rent; $967,109.32 of rejection damages; $30,579.95 of Nov stub rent; $5,660.20 of postpetition taxes.  Removed as not supported by Debtor's books and records:  $62,005.44 of other admin rent; $62,804.03 of rejection damages. |
| 04/02/09 | 12122 | ALMADEN PLAZA SHOPPING CTR INC 5353 ALMADEN EXPY 49 ALMADEN PLAZA SHOPPING CTR SAN JOSE, CA 95118 | | $69,486.91 (general unsecured) | Circuit City Stores, Inc. | $43,636.90 (general unsecured) | Circuit City Stores, Inc. | Reduce by $17,993.89 of utilities and 7,856.12 of CAM in accordance with the Debtors' books and records. |
| 04/30/09 | 12997 | Amargosa Palmdale Investments LLC J Bennett Friedman Esq Friedman Law Group 1900 Avenue of the Stars Ste 1800 Los Angeles, CA 90067-4409 | | $775,571.95 (general unsecured) $29,027.78 (administrative) | Circuit City Stores Inc | $635,169.73 (general unsecured) $21,899.65 (administrative) | Circuit City Stores Inc. | Remaining:  $589,086.84 rejection damages per Debtor's books and records which agree with claimant; $14,716.98 pre-petition rent after reduction per Debtor's books and records; $21,899.65 of  post-petition taxes ; and $31,365.91 of prepetition taxes.  Removed as not supported by Debtor's books and records: $34,339.61  for pre-petition rent; 9,000.00 for attorneys' fees; $7,128.13 of postpetition taxes; $237.61 for pre-petition taxes; $96,825.00 for other damages. |
| 04/30/09 | 12663 | Bank of America National Association Successor by Merger to LaSalle Bank National Association c o Berkadia Commercial Mortgage LLC 700 N Pearl St Ste 2200 Dallas, TX 75201 | CHK, LLC c/o Augustus C. Epps, Jr., Esq. Christian & Barton, LLP 909 East Main Street, Suite 1200 Richmond, VA 23219-3095 | $1,316,782.37 (general unsecured) | Circuit City Stores Inc. | $1,181,915.15 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $55,983.38 pre-petition rent (out of $75,778.56 claimed); (2) $50,333.47 rejection damages (out of $1,212,453.44 claimed); (3) $10,850.15 other insurance (out of $10,850.15 claimed); (4) $2,442.67 other damages (out of $2,442.67 claimed). Reduce by the following amounts which were amended by subsequent claims that are separately objected to: (1) $15,257.55 attorneys fees amended by claim #14346 and re-classified as administrative. |
| 03/23/09 | 11929 | Bank of America National Association as Successor by Merger to LaSalle Bank National Association as Trustee for the Registered Holders of CDC Commercial Mortgage Trust 2002 FX1 Commercial Mortgage Pass Through Certificates Series 2002 FX1 c/o Capmark Finance Inc Peyton Inge 700 N Pearl St Ste 2200 Dallas, TX  75201 | | Unliquidated but not less than $1,097,798.93 (general unsecured) | Circuit City Stores Inc. | $1,097,798.93 (general unsecured) | Circuit City Stores Inc. | All unliquidated amounts should be reduced to $0 for lack of documentation and amounts. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 04/30/09 | 12756 | BB Fonds International 1 USA LP<br>Eric Horan<br>Pheonix Property Co<br>5950 Sherry Ln Ste 320<br>Dallas, TX  75225 | | $1,067,385.77<br>(general unsecured) | Circuit City Stores Inc. | $1,018,189.31<br>(general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $21,939.71 rejection damages (out of $1,040,129.02 claimed); (2) $13,232.00 attorneys' fees (out of $13,232.00 claimed); (3) $14,024.75 removal and clean-up damages (out of $14,024.75 claimed). |
| 06/26/09 | 13772 | BB Fonds International 1 USA LP<br>Jason Binford<br>Haynes and Boone LLP<br>2323 Victory Ave Ste 700<br>Dallas, TX  75219 | | $100,500.36<br>(administrative) | Circuit City Stores Inc. | $97,316.51<br>(general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $3,183.85 in postpetition real estate tax (out of $68,735.45 claimed). |
| 04/30/09 | 13013 | Becker Trust LLC<br>Barry Becker<br>50 S Jones Blvd Ste 100<br>Las Vegas, NV 89107 | | $700,782.94<br>(general unsecured) | Circuit City Stores, Inc. | $549,304.96<br>(general unsecured) | Circuit City Stores, Inc. | Proposed modified claim amount is for rejection damages only.  $105,686.16 in overstated rejection damages was not supported by debtors' books and records; $15,445.92 in original claim is for other damages and was not supported by Debtor's books and records.  Other line items in original claim for pre-petition rent and November stub rent were superseded and amended by claim 13923. |
| 04/30/09 | 12999 | Bella Terra Associates LLC<br>J Bennett Friedman Esq<br>Frideman Law Group<br>1900 Ave of the Stars STE 1800<br>Los Angeles, CA 90067-4409 | | $1,465,373.96<br>(general unsecured)<br><br>$54,927.34<br>(administrative) | Circuit City Stores Inc. | $1,407,884.79<br>(general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $26,514.80 pre-petition rent;  (2) $11,494.27 pre-petition taxes; (3) $9,000.00 attorneys fees; (4) $10,480.00 repair expense; (5) $54,927.34 post-petition taxes which are allowed in part on claim # 13955. |
| 01/30/09 | 9952 | BFLO Waterford Associates LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | BFLO Waterford Associates LLC<br>Attn Ken Labenski<br>c o Benderson Development Company Inc<br>570 Delaware Ave<br>Buffalo, NY 14202 | $2,393,924.69 (general unsecured) | Circuit City Stores, Inc. | $1,268,919.61 (general unsecured) | Circuit City Stores, Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $1,124,005.08 rejection damages; and (2) $1,000.00 of invalid attorneys fees.  Also listed on Exhibit F Late Filed Claims. |
| 06/18/09 | 13440 | Bond Circuit I Delaware Business Trust<br>Attn James S Carr Esq<br>Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY  10178 | Bond Circuit I Delaware Business Trust<br>Attn Ken Labenski<br>c o Benderson Development Company Inc<br>570 Delaware Ave<br>Buffalo, NY  14202 | $2,479,902.78<br>(general unsecured) | Circuit City Stores Inc. | $1,475,481.92<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $935,347.83 rejection damages (out of $2,391,045.28 claimed); (2) $5,423.03 pre-petition taxes (out of $5,423.03 claimed); (3) $1,000.00 attorneys' fees (out of $1,000.00 claimed); (4) $62,650.00 clean-up and damage claim (out of $62,650.00 claimed). |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 04/30/09 | 12765 | Bond Circuit IV Delaware Business Trust Mark B Conlan Esq Gibbons PC One Gateway Ctr Newark, NJ 07102-5310 | | Unliquidated (administrative) | Circuit City Stores Inc. | $1,524,177.85 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $87.50 pre-petition rent (out of $73,817.50 claimed); (2) $65,034.20 rejection damages (out of $1,375,738.61 claimed). Allow prepetition taxes of $139,655.94. Disallow remaining amount of $125,953.19 as they were amended and superceded by Claim #13171. |
| 06/18/09 | 13426 | Bond Circuit VI Delaware Business Trust Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | | $2,781,854.61 (general unsecured) | Circuit City Stores Inc. | $1,814,640.21 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $926,882.73 rejection damges (out of $$2,718,711.16 claimed); (2) $1,000.00 attorneys' fees (out of $1,000.00 claimed); (3) $39,290.00 other damages (out of $39,290.00 claimed): (4) $41.67 miscellaneous pre-petition rent (out of $41.67 claimed). |
| 06/18/09 | 13439 | Bond Circuit VI Delaware Business Trust Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | | $81,842.29 (administrative) | Circuit City Stores Inc. | $5,303.04 (administrative) | Circuit City Stores Inc. | The following amounts are not supported by Debtor's books and records: (1) $76,539.25 other administrative rent (out of $76,539.25 claimed). |
| 01/30/09 | 8676 | Bond Circuit VII Delaware Business Trust Attn Wayne Zarozny Vice President The Berkshire Group 1 Beacon St Ste 1500 Boston, MA 02108 | | $0.00 (general unsecured) Unliquidated (secured) | Circuit City Stores Inc. | $13,611.83 (general unsecured) | Circuit City Stores, Inc. | Reduce by the following amount which is not supported by Debtor's books and records : $46,618.50 pre-petition rent. |
| 04/27/09 | 12493 | Brighton Commercial LLC Christian & Barton LLP 909 E Main St ASte 1200 Richmond, VA 23219 | | $1,014,364.97 (general unsecured) | Circuit City Stores Inc. | $924,357.55 (general unsecured) | Circuit City Stores, Inc. | Remaining: $947,884.67 of rejection damages less a credit due of $23,527.12 for postpetition taxes. Removed as not supported by Debtor's books and records: $48,609.47 of prepetition rent; $14,578.92 of other admin rent; $1,193.00 of attorneys' fees; $2,098.91 late fees. |
| 01/22/09 | 5097 | BROADSTONE CROSSING LLC ELLIOT HOMES ATTN STEPHEN HEMINGTON 80 IRON POINT CIR STE 110 FOLSOM, CA 95630 | Hefner Stark & Marois LLP Howard S Nevins Esq 2150 River Plz Dr Ste 450 Sacramento, CA 95833 | $838,761.82 (general unsecured) | Circuit City Stores West Coast, Inc. | $813,446.73 (general unsecured) | Circuit City Stores West Coast, Inc. | Reduce by $25,315.09 in prepetition CAM recon according to the Debtors' books and records. |
| 01/21/09 | 5060 | C1 West Mason Street LLC c o Mindy A Mora Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | | $959,382.47 (general unsecured) | Circuit City Stores, Inc. | $801,215.14 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $1,078.75 for prepetition rent and $157,088.58 for rejection damages. |
| 01/29/09 | 7933 | Catellus Operating Limited Partnership Edward J Tredinnick Esq Greene Radovsky Maloney Share & Hennigh LLP Four Embarcadero Ctr Ste 4000 San Francisco, CA 94111 | | $1,903,434.65 (general unsecured) | Circuit City Stores Inc. | $1,876,130.81 (general unsecured) | Circuit City Stores, Inc. | Remaining: $20,734.54 of prepetition rent; $1,781,105.10 of rejection damages; $74,291.17 of prepetition taxes. Removed as not supported by Debtor's books and records: $2,303.84 of prepetition rent; $25,000 of other damages. |

12304-003\DOCS_LA:233512v1

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | **BOOKS AND RECORDS CLAIMS TO BE REDUCED** | | **MODIFIED CLAIMS** | | |
| 04/22/09 | 12328 | Catellus Operating Limited Partnership a Delaware LP Attn Edward J Tredinnick Greene Radovsky Maloney Share & Hennigh LLP Four Embarcadero Ctr 40th Fl San Francisco, CA 94111 | | $5,149,326.69 (general unsecured) | Circuit City Stores, Inc. | $3,066,976.46 (general unsecured) | Circuit City Stores Inc. | Remaining: rejection damages-Debtor and claimant's records agree. Removed because not supported by Debtor's books and records: $251,727.33 for pre-petition rent; $1,830,622.90 for other damages. |
| 06/16/09 | 13708 | Catellus Operating Limited Partnership a Delaware LP Attn Edward J Tredinnick Greene Radovsky Maloney Share & Hennigh LLP Four Embarcadero Ctr 40th Fl San Francisco, CA 94111 | | $188,398.34 (administrative) | Circuit City Stores Inc | $181,737.59 (administrative) | Circuit City Stores | Remaining: November stub rent & post-petition taxes. Removed as not supported by Debtor's books and records: $6,660.75 for post-petition taxes. |
| 03/17/09 | 11591 | CC Brandywine Investors 1998 LLC c/o Capital Development Company 711 Sleater Kinney Rd SE Lacey, WA 98503 | | $2,177,891.60 (general unsecured) | Circuit City Stores Inc. | $2,053,984.35 (general unsecured) | Circuit City Stores Inc. | Remaining: rejection damages. Removed because not supported by Debtor's books and records: $123,907.25 pre-petition rent. |
| 01/30/09 | 9413 | CC Independence LLC Attn Eric J Rietz Esq Vedder Price PC 222 N LaSalle St Ste 2600 Chicago, IL 60601 | | $602,680.34 (general unsecured) $10,540.55 (administrative) | Circuit City Stores Inc. | $598,308.14 (general unsecured) $10,456.98 (administrative) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $1,110.82 pre-petition rent (out of $44,432.89 claimed); (2) $3,261.38 pre-petition taxes (out of $66,405.45claimed); (3)$83.57 post petition taxes (out of $10,540.55 claimed). |
| 12/17/08 | 1665 | CC Investors 1995 3 Ronald G Cameron Administrative Trustee 1004 Commercial Ave No 353 Anacortes, WA 98221 | | $2,205,157.50 (general unsecured) | Circuit City Stores, Inc. | $387,758.80 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $1,817,739.70 for rejection damages. |
| 01/30/09 | 9407 | CC Lafayette LLC Attn Eric J Rietz Esq Vedder Price PC 222 N LaSalle St Ste 2600 Chicago , IL 60601 | | $506,560.22 (general unsecured) $14,231.69 (administrative) | Circuit City Stores Inc. | $464,199.33 (general unsecured) $6,945.16 (administrative) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $1,059.52 pre-petition rent (out of $42,360.89 claimed); (2) $7,286.53 post petition taxes (out of $14,231,69 claimed). |
| 01/30/09 | 9424 | CC Minnetonka LLC Attn Eric J Rietz Esq Vedder Price PC 222 N LaSalle St Ste 2600 Chicago , IL 60601 | | $767,167.54 (general unsecured) $46,542.57 (administrative) | Circuit City Stores, Inc. | $724,567.87 (general unsecured) | Circuit City Stores, Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $42,599.67 pre-petition rent (general unsecured); and (2) $46,542.57 post-petition CAM and Taxes (administrative). |
| 01/28/09 | 7165 | CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership c o Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | | $560,167.08 (general unsecured) | Circuit City Stores, Inc. | $433,102.67 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $16,618.25 for prepetition rent, $92,950.16 for rejection damages, $2,000.00 for attorney's fees, $14,996.00 for utilities and $500.00 for a building management fee.. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 04/30/09 | 12787 | Cedar Development Ltd 7777 Glades Road, Suite 310 Boca Raton, FL 33434-6424 | | $51,346.73 (administrative) $1,057,077.87 (general unsecured) | Circuit City Stores Inc. | $1,037,805.53 (general unsecured) | Circuit City Stores Inc. | Remaining: $930,471.19 of rejection damages; $107,334.34 of prepetition taxes. Removed as not supported by Debtor's books and records: $19,034.96 of prepetition rent; $44,414.91 of Nov stub rent; $6,931.82 of postpetition taxes; $237.38 of postpetition taxes. |
| 02/09/10 | 14811 | Cedar Development Ltd. Christian & Barton LLP 909 E Main St ASte 1200 Richmond, VA 23219 | | $82,071.19 (administrative) | Circuit City Stores Inc. | $31,595.75 (administrative) | Circuit City Stores Inc. | Remaining: $31,595.75 of postpetition taxes. Removed as not supported by Debtor's books and records: $44,414.91 Nov stub rent; $1,012.21 of postpetition taxes; $5,048.32 attorneys' fees. |
| 04/30/09 | 12584 | Centro Properties Group t a Parkway Plaza Vestal NY c/o David L Pollack Esq Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | | $ 13,636.31 (general unsecured) | Circuit City Stores Inc. | $528.13 (general unsecured) | Circuit City Stores, Inc. | Reduce by $13,108.18 for other CAM charges not supported by debtor's books and records |
| 04/30/09 | 12628 | Centro Properties Group ta Freshwater Stateline Plaza Enfield CT c o David L Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | | $818,537.72 (general unsecured) | Circuit City Stores, Inc. | $766,788.44 (general unsecured) | Circuit City Stores, Inc. | Reduce by $41,552.96 in November stub rent and $13,830.82 in postpetition taxes, and increase by $3,634.50 in postpetition CAM reconciliation because these amounts are covered in claim 12627. |
| 06/30/09 | 14346 | CHK LLC Augustus C Epps Jr. Esq. Christian & Barton LLP 909 E Main st Ste 1200 Richmond, VA 23219 | CHK LLC 12 Deep Well Los Altos, CA 94022 | $97,201.72 (administrative) | Circuit City Stores Inc. | $80,397.66 (administrative) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $2,071.87 post-petition taxes (out of $37,815.31 claimed); (2) $15,257.55 attorneys' fees (out of $15,257.55 claimed). |
| 12/07/10 | 15168 | Circsan Limited Partnership Allen P Lev Esq Kin Properties Inc 185 NW Spanish River Blvd Ste 100 Boca Raton, FL 33431-4230 | | Unliquidated but not less than $1,202,265.21 (general unsecured) | Circuit City Stores, Inc | $884,217.85 (general unsecured) | Circuit City Stores, Inc | Reduce by the following that do not agree with debtor's books and records: $75,463.50 for postpetition rent; $95,591.30 for rejection damages; $25,167.98 for misc fees; $121,824.58 for repairs. |
| 01/29/09 | 8163 | Circuit Investors No 4 Thousand Oaks Limited Partnership c/o Niclas A Ferland Esq LeClairRyan A Professional Corporation 555 Long Wharf Dr 8th Fl New Haven, CT 06511 | | $709,187.54 (general unsecured) | Circuit City Stores Inc. | $646,812.17 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1)$52,566.50 rejection damages (out of $628,809.91 claimed); (2) $9,808.87 pre-petition taxes (out of $25,088.08 claimed). |
| 03/13/09 | 11761 | Circuit Realty NJ LLC Attn Kelly Serenko Dir Lease Adm Kamin Realty Company PO Box 10234 Pittsburgh, PA 15232 | | $1,357.269.60 (general unsecured) | Circuit City Stores Inc. | $1,266,444.52 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $31,775.48 pre-petition taxes (out of $35,628.85 claimed); (2) $1,898.63 late charges (out of $1,898.63 claimed); (3) $57,150.97 damages and repairs (out of $57,150.97 claimed). |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 04/07/09 | 12140 | Cleveland Towne Center LLC Attn Nicholas W Whittenburg Miller & Martin PLLC 832 Georgia Ave Ste 1000 Chattanooga, TN 37402 | | $510,015.79 (general unsecured) $21,114.30 (administrative) | Circuit City Stores Inc. | $496,675.53 (general unsecured) | Circuit City Stores Inc. | Reduce by following amount not supported by Debtor's books and records: (1) $587.11 pre-petition rent (out of $9,048.99 claimed).  Also reduce by $12,753.15 for credit for prepetition CAM that debtor is owed by claimant. Reduce by following amount superseded by claim # 13715: (1) $21,114.30 Nov stub rent. (Claim #13715 contains other line item and is separately objected to based on Debtor's books and records.) |
| 06/19/09 | 13715 | Cleveland Towne Center LLC Attn Nicholas W Whittenburg Miller & Martin PLLC 832 Georgia Ave Ste 1000 Chattanooga, TN 37402 | | $38,533.15 (administrative) | Circuit City Stores Inc. | $22,902.34 (administrative) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $2,920.77 Nov stub rent (out of $22,665.17 claimed); (2) $10,598.04 other administrative rent (out of $15,687.98 claimed).  Also reduce by $2,111.99 for credit for postpetition CAM that debtor is owed by claimant. |
| 01/21/09 | 5002 | CMAT 1999 C1 Grand River Avenue LLC c o Mindy A Mora Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | | $1,046,008.75 (general unsecured) | Circuit City Stores, Inc. | $918,314.26 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $127,694.49 for rejection damages. |
| 06/30/09 | 13918 | Contrarian Funds LLC Attn Alisa Mumola 411 W Putnam Ave Ste 425 Greenwich, CT 06830 | | $4,534.00 (administrative) | Circuit City Stores Inc. | $2,463.00 (administrative) | Circuit City Stores Inc. | Reduce by following amount not supported by Debtor's books and records: (1) $2,071.00 other administrative rent (out of $2,071.00 claimed); |
| 05/19/10 | 15035 | Contrarian Funds LLC Attn Alisa Mumola 411 W Putnam Ave Ste 425 Greenwich, CT 06830 | Transferee: Contrarian Funds, LLC 411 West Putnam Ave., Ste. 425 Greenwich, CT 06830 Attn: Alisa Mumola | $583,914.90 (general unsecured) $4,534.00 (priority) | Circuit City Stores Inc. | $581,472.44 (general unsecured) | Circuit City Stores Inc. | Reduce by following amount not supported by Debtor's books and records: (1) $2,441.00 pre-petition CAM (out of $2,441.00 claimed) (2) $1.46 for a calculation error. Reduce by following amounts already claimed in claim # 13918: (1) $2,071.00 other administrative rent (out of $2,071.00 claimed); (2) $2,463.00 post-petition taxes (out of $2,443.00 claimed). Claim #13918 separately objected to based on Debtor's books and records reduction. |
| 01/28/09 | 7631 | Crown CCI LLC Paul S Bliley Jr Esq Williams Mullen PO Box 1320 Richmond, VA 23218- 1320 | | $72,583.22 (general unsecured) | Circuit City Stores West Coast, Inc. | $69,711.25 (general unsecured) | Circuit City Stores West Coast, Inc. | Remaining:  Pre-petition rent & pre-petition taxes-Debtor books and records show amount due per proposed modified claim column. Removed based on Debtor's books and records: $2,544.91 from original pre-petition rent claim of $29,084.73; $327.06 for other taxes.: |
| 06/19/09 | 13467 | Crown CCI LLC Paul S Bliley Jr Esq Williams Mullen PO Box 1320 Richmond, VA 23218- 1320 | | $68,381.33 (general unsecured) | Circuit City Stores West Coast, Inc. | $61,926.24 (general unsecured) | Circuit City Stores West Coast, Inc. | Remaining:  November stub rent.  Removed as not supported by Debtor's books and records: attorneys' fees of $6,455.09. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 09/01/09 | 14575 | Daniel G Kamin Elmwood Park LLC Attn Kelly Serenko Dir Lease Adm Kamin Realty Company PO Box 10234 Pittsburgh, PA 15232-0234 | Kamin Realty Company 490 S Highland Ave Pittsburgh, PA 15206 Kamin Realty Company Attn Kelly Serenko Dir Lease Adm PO Box 10234 Pittsburgh, PA 15232 | $724,441.58 (general unsecured) | Circuit City Stores, Inc. | $666,264.46 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $57,014.62 for prepetition taxes and $1,162.50 for late charges. |
| 06/08/10 | 15049 | DeMatteo Management Inc Jennifer V Doran Esq Hinckley Allen & Snyder LLP 28 State St Boston, MA 02109-1775 | | $3,181,345.66 (general unsecured) | Circuit City Stores, Inc | $2,617,977.77 (general unsecured) | Circuit City Stores, Inc | Reduce by the following that do not agree with debtor's books records: $4,628.73 for prepetition rent; $220,738.77 for rejection damages; $7,269.78 for insurance; $330,730.61 for damages |
| 03/03/09 | 11685 | Desert Home Communities of Oklahoma, LLC 7911 Herschel Ave Suite No 306 La Jolla, CA 92037 | | $665,254.24 (general unsecured) | Circuit City Stores Inc. | $577,923.12 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $11,599.96 rejection damages (out of $525,509.53 claimed); (2) $731.16 October late fee (out of $731.16 claimed); (3) $75,000.00 other damages (out of $75,000 claimed). |
| 02/02/09 | 11269 | Evergreen McDowell & Pebble Creek LLC c o William Novotny Mariscal Weeks McIntyre & Friedlander PA 2901 N Central Ave Ste 200 Phoenix, AZ 85012 | | $706,847.80 (general unsecured) | Circuit City Stores, Inc. | $637,634.45 (general unsecured) | Circuit City Stores, Inc. | Reduce by $69,213.35 of rejection damages that do not agree with the Debtor's books and records. Also listed on Exhibit F Late Filed Claims. |
| 04/03/09 | 12062 | GRE Grove Street One LLC Attn Denison M Hall c/o Hall Royce LLC 40 Beach St Ste 203 Manchester, MA 01944 | | $7,078.95 (administrative) | Circuit City Stores Inc. | $662.38 (administrative) | Circuit City Stores Inc. | Remaining: Operating expenses and tax true-ups based on Debtor's books and records. Removed because not supported by Debtor's books and records: $5,453.37 other admin rent; $963.20 of operating expenses and tax true-ups. |
| 01/30/09 | 9507 | Greater Orlando Aviation Authority Roy S Kobert P A Broad & Cassel PO Box 4961 Orlando, FL 32802-4961 | | $12,626.16 (administrative) | Circuit City Stores, Inc | $9,723.96 (administrative) | Circuit City Stores Inc | Reduce by $2,902.20 for stub rent above what debtor's show on their books and records. |
| 06/15/09 | 13378 | Greenback Associates Attn Nancy Hotchkiss Trainor Fairbrook 980 Fulton Ave Sacramento, CA 95825 | | $737,801.12 (general unsecured) | Circuit City Stores West Coast, Inc. | $702,068.28 (general unsecured) | Circuit City Stores West Coast, Inc. | Remaining: rejection damages & pre-petition taxes. Removed because not supported by Debtor's books and records: $14,944.50 pre-petition rent; $19,750.18 other damages; $1,038.16 pre-petition utilities. |
| 04/08/10 | 15007 | Greenback Associates Attn Nancy Hotchkiss Trainor Fairbrook 980 Fulton Ave Sacramento, CA 95825 | | $65,610.58 (administrative) | Circuit City Stores West Coast, Inc. | $52,220.43 (administrative) | Circuit City Stores West Coast, Inc. | Remaining: November stub rent & post-petition taxes. Removed because not supported by Debtor's books and records: $5,288.42 post-petition attorneys' fees; $6,256.50 post-petition taxes; $1,845.23 post-petition utilities. |

12304-003\DOCS_LA:233512v1

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 04/30/09 | 12759 | Gri Eqy Sparkleberry Square LLC Christian & Barton LLP 909 E Main St ASte 1200 Richmond, VA 23219 | | Unliquidated (general unsecured) | Circuit City Stores Inc. | $570,931.90 (general unsecured) | Circuit City Stores Inc. | Remaining:  $10,029.390 prepetition rent-agrees with Debtor's books and records; $506,067.28 rejection damages-agrees with Debtor's books and records; $54,835.23 taxes-agrees with Debtors' books and records.  Removed as not supported by Debtor's books and records: $1,290.92 attorneys' fees. |
| 04/02/09 | 11981 | GVD Commercial Properties Inc Mr David Case 1915 A E Katella Ave Orange, CA 92867 | | $2,565,909.97 (general unsecured) | Circuit City Stores, Inc. | $2,348,576.01 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced as follows: Location 3122 -- $1,186.70 of prepetition rent, $41,352.68of rejection damages, and $35,000.00 of damages.  Location 4115 -- $1,466.70 of prepetition rent, $4,621.18 of rejection damages, and $35,000.00 of other damages.  Location 4116 -- $1,056.00 of prepetition rent, and $35,000.00 of other damages.  Location 4124 -- $1,178.70 of prepetition rent, $4,782.80 of rejection damages, $21,689.20 of taxes and $35,000.00 of other damages. |
| 01/26/09 | 6261 | I 93 SOMERVILLE LLC C/O MILSTEIN PROPERTIES CORP 335 MADISON AVENUE 15TH FL NEW YORK, NY  10017 | | $103,925.14 (general unsecured) | Circuit City Stores Inc. | $61,150.74 (general unsecured) | Circuit City Stores, Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $18,071.10 in sub rent (out of $60,237.00 claimed); (2) $24,693.29 pre-petition taxes (out of $43,688.14 claimed). |
| 03/31/10 | 14929 | Inland Commercial Property Management Inc Attn Karen C Bifferato & Kelly M Conlan Connolly Bove Lodge & Hutz LLP The Nemours Bldg 1007 N Orange St PO Box 2207 Wilmington, DE 19807 | | Unliquidated, but not less than $32,977.20 (administrative) | Circuit City Stores, Inc. | $820.05 (administrative) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced as follows: Location 6703 -- $1,476.10 of interest that is not owed.  Location 3129 -- $18,095.16 of postpetition taxes and $12,585.89 of CAM. |
| 04/30/09 | 12827 | Inland Commercial Property Management Inc c o Beth Brooks Esq Inland Real Estate Corporation 2901 Butterfield Rd 3rd Fl Oak Brook, IL 60523 | Connolly Bove Lodge & Hutz LLP Karen C Bifferato Esq 1007 N Orange St PO Box 2207 Wilmington, DE 19899 | Unliquidated, but not less than $1,246,735.23 (general unsecured) | Circuit City Stores, Inc. | $1,039,017.11 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $99,940.72 of prepetition rent and $107,777.40 of rejection damages. |
| 01/30/09 | 9719 | Inland Traverse City LLC c o Beth Brooks Esq Inland Real Estate Group 2901 Butterfield Rd 3rd Fl Oak Brook, IL 60523 | Karen C Bifferato Esq Connolly Bove Lodge & Hutz LLP 1007 N Orange St PO Box 2207 Wilmington , DE  19899-0000 | Unliquidated, but not less than $847,743.64 (general unsecured) | Circuit City Stores, Inc. | $618,300.28 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $6,987.08 for pre-petiton rent and $222,456.28 of overstated rejection damages. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 12/08/10 | 15172 | K Gam Broadway Craycroft LLC c o Sally M Darcy McEvoy Daniels & Darcy PC 4560 E Camp Lowell Dr Tucson, AZ 85712 | | $162,683.71 (administrative) | Circuit City Stores, Inc | $64,615.05 (administrative)  $82,720.36 (general unsecured) | Circuit City Stores, Inc | Reduce by $14,705.37 for prepetition rent already claimed under claim 9184; also reduce for the following that do not agree with Debtor's books and records: $194.94 for prepetition taxes and $447.99 for postpetition taxes.  Prepetition taxes also need to be reclassed.  **Claim also objected to as Reclass.  Claim also objected to as late.** |
| 04/29/09 | 12420 | Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer Gregory A Cross Esq Venable LLP 750 E Pratt St Ste 900 Baltimore, MD 21202 | NOTE: For Name of Creditor, the Creditor Wrote, "Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer on behalf of Bank of America NA successor by Merger to LaSalle Bank NA as Trustee for Registered Holders of Asset Securitization Corporation Commercial Mortgage Pass Through Certificates Series 1997 D 5" | $976,108.09 (general unsecured) | Circuit City Stores Inc. | $885,215.14 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $1,075.61 pre- petition rent (out of $$49,524.44 claimed); (2) $89,052.84 rejection damages (out of $925,295.97 claimed); (3) $1,287.68 penalties and interest. |

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)
**EXHIBIT D**

**CLAIMS TO BE RECLASSIFIED**

| CLAIMS TO BE RECLASSIFIED | | | | | | RECLASSIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount and Classification | Debtor | Proposed Reclassified Face Claim Amount and Classification | Debtor |
| 12/08/10 | 15172 | K Gam Broadway Craycroft LLC c o Sally M Darcy McEvoy Daniels & Darcy PC 4560 E Camp Lowell Dr Tucson, AZ  85712 | | $162,683.71 (adminsitrative) | Circuit City Stores, Inc | $64,446.67 (administrative)<br><br>$98,237.04 (general unsecured) | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)
**EXHIBIT D**

**CLAIMS TO BE RECLASSIFIED**

| Comments |
| --- |
| Claim includes amounts for prepetition rent and prepetition real estate taxes that should be reclassified as general unsecured. **Claim also objected to as Books & Records Reduce. Claim also objected to as late.** |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT E**
**INVALID CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 07/24/09 | 14515 | 1003 College Station LLC Attn Deborah J Piazza Esq c o Hodgson Russ LLP 60 E 42nd St 37th Fl New York, NY 10165 | 1003 College Station LLC Attn Michael Mason President c o Fairfield Finanical Group Inc Managing Member 8 Greenway Plz Ste 1100 Houston, TX  77046 | Not less than $467,372.74 (general unsecured) | Circuit City Stores, Inc. | The claimant is not the landlord, and the claimant has not provided any support for a claim by the claimant against the debtor.  Claim is also filed after the applicable 1/30/09 bar date and purports to amend claim no. 8018, which was filed by a different claimant. |
| 01/30/09 | 8581 | Bank of America NA as Trustee for the Registered Holders of LB UBS Commercial Mortgage Trust 2002 C4 Commercial Mortgage Pass Through Certificates Series 2002 C4 as Collateral Assignee of Decatur Plaza LLC Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | Decatur Plaza LLC c o Brad Barkau 239 E St Luis St PO Box 224 Nashville, IL  62263 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant is lender to landlord and Debtors are addressing claim 12777 regarding general unsecured claims with the landlord.  Claim lacks proof that claimant is entitled to assert claim or proof that amounts are owed. |
| 01/28/09 | 7451 | BR Fries & Associates LLC c/o Lewis W Siegel 355 Lexington Ave Ste 1400 New York, NY  10017 | | $199,393.04 (general unsecured) | Circuit City Stores Inc. | #7451 is a claim by a contractor which filed a mechanic's lien for tenant improvement work which was supposed to be reimbursed by landlord under the subject lease (sections 3.01 and 16.01).  Landlord included this item in #13401 based on section 14.02 which required Debtor to discharge any mechanic's liens. |
| 06/26/09 | 13797 | Brandywine Grande C LP c o L Minnici 2711 N Haskell Ave Ste 250 Dallax, TX 75204 | LeClairRyan a Professional Corporation Christopher L Perkins Riverfront Plz E Tower 951 E Byrd St 8th Fl Richmond, VA  23219 USA

LeClairRyan a Professional Corporation Niclas A Ferland & Ilan Markus 555 Long Wharf Dr 8th Fl New Haven, CT  06511 | $8,382.39 (administrative) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, there is a credit for postpetition tax overpayments in the amount of $501.27. |
| 01/26/09 | 5814 | Cameron Bayonne LLC Attn Kevin M Newman Esq Menter Rudin & Trivelpiece Esq 308 Maltbie St Ste 200 Syracuse, NY  13204-1498 | | Unliquidated (general unsecured) | Circuit City Stores Inc. | No data in claim or Debtor's books and records to confirm. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 07/23/09 | 14518 | CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | CC Acquisitions LP<br>Attn Vivian Dubin Associate<br>General Counsel<br>c o NYLIFE Real Estate Holdings<br>LLC General Partner<br>51 Madison Ave<br>New York, NY 10010 | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc. | The Debtors' books and records do not reflect that the Debtors are obligated to claimant under the lease. The claim lacks evidence that the Debtors are obligated to claimant under the lease. |
| 07/23/09 | 14521 | CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | CC Acquisitions LP<br>Attn Vivian Dubin Associate<br>General Counsel<br>c o NYLIFE Real Estate Holdings<br>LLC General Partner<br>51 Madison Ave<br>New York, NY 10010 | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc. | The Debtors' books and records do not reflect that the Debtors are obligated to claimant under the lease. The claim lacks evidence that the Debtors are obligated to claimant under the lease. |
| 07/23/09 | 14522 | CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | CC Acquisitions LP<br>Attn Vivian Dubin Associate<br>General Counsel<br>c o NYLIFE Real Estate Holdings<br>LLC General Partner<br>51 Madison Ave<br>New York, NY 10010 | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc. | The Debtors' books and records do not reflect that the Debtors are obligated to claimant under the lease. The claim lacks evidence that the Debtors are obligated to claimant under the lease. |
| 09/02/09 | 14574 | CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings<br>LLC General Partner<br>51 Madison Ave<br>New York, NY 10010 | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc. | The Debtors' books and records do not reflect that the Debtors are obligated to claimant under the lease. The claim lacks evidence that the Debtors are obligated to claimant under the lease. |
| 06/29/09 | 13716 | CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | Hodgson Russ LLP<br>Attn Deborah J Piazza Esq<br>Counsel to CC Acquisitions LP<br>60 E 42nd St 37th Fl<br>New York, NY 10165-0150 | $114,350.26<br>(administrative) | Circuit City Stores, Inc. | The Debtors' books and records do not reflect that the Debtors are obligated to claimant under the lease. The claim lacks evidence that the Debtors are obligated to claimant under the lease. |
| 06/29/09 | 14053 | CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | Hodgson Russ LLP<br>Attn Deborah J Piazza Esq<br>Counsel to CC Acquisitions LP<br>60 E 42nd St 37th Fl<br>New York, NY 10165-0150 | $93,342.13<br>(administrative) | Circuit City Stores, Inc. | The Debtors' books and records do not reflect that the Debtors are obligated to claimant under the lease. The claim lacks evidence that the Debtors are obligated to claimant under the lease. |
| 06/29/09 | 14270 | CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | Hodgson Russ LLP<br>Attn Deborah J Piazza Esq<br>Counsel to CC Acquisitions LP<br>60 E 42nd St 37th Fl<br>New York, NY 10165-0150 | $64,319.26<br>(administrative) | Circuit City Stores, Inc. | The Debtors' books and records do not reflect that the Debtors are obligated to claimant under the lease. The claim lacks evidence that the Debtors are obligated to claimant under the lease. |
| 06/29/09 | 14288 | CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | Hodgson Russ LLP<br>Attn Deborah J Piazza Esq<br>Counsel to CC Acquisitions LP<br>60 E 42nd St 37th Fl<br>New York, NY 10165-0150 | $79,296.26<br>(administrative) | Circuit City Stores, Inc. | The Debtors' books and records do not reflect that the Debtors are obligated to claimant under the lease. The claim lacks evidence that the Debtors are obligated to claimant under the lease. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 06/29/09 | 14290 | CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | Hodgson Russ LLP<br>Attn Deborah J Piazza Esq<br>Counsel to CC Acquisitions LP<br>60 E 42nd St 37th Fl<br>New York, NY 10165-0150 | $103,332.20<br>(administrative) | Circuit City Stores, Inc. | The Debtors' books and records do not reflect that the Debtors are obligated to claimant under the lease. The claim lacks evidence that the Debtors are obligated to claimant under the lease. |
| 04/30/09 | 12718 | CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc. | The Debtors' books and records do not reflect that the Debtors are obligated to claimant under the lease. The claim lacks evidence that the Debtors are obligated to claimant under the lease. |
| 04/30/09 | 12721 | CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc. | The Debtors' books and records do not reflect that the Debtors are obligated to claimant under the lease. The claim lacks evidence that the Debtors are obligated to claimant under the lease. |
| 04/30/09 | 12722 | CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc. | The Debtors' books and records do not reflect that the Debtors are obligated to claimant under the lease. The claim lacks evidence that the Debtors are obligated to claimant under the lease. The claim is also subject to an objection as late-filed. |
| 04/30/09 | 12725 | CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc. | The Debtors' books and records do not reflect that the Debtors are obligated to claimant under the lease. The claim lacks evidence that the Debtors are obligated to claimant under the lease. |
| 07/23/09 | 14523 | CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc. | The Debtors' books and records do not reflect that the Debtors are obligated to claimant under the lease. The claim lacks evidence that the Debtors are obligated to claimant under the lease. |
| 01/30/09 | 9955 | CC Investors 1997 11<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | | $454,643.99<br>(general unsecured) | Circuit City Stores, Inc | This is a Carmax location. |
| 01/30/09 | 8689 | CCI Trust 1994 1<br>Attn: David Vanaskey Corporate Trust Administration<br>c/o Wilmington Trust Company<br>1100 N. Market St.<br>Wilmington, DE 19890 | | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc. | Claim should be disallowed because no amounts are asserted as owed. |
| 03/03/09 | 11696 | Desert Home Communities of Oklahoma, LLC<br>7911 Herschel Ave Suite No 306<br>La Jolla, CA 92037 | | $65,588.96<br>(administrative) | Circuit City Stores, Inc. | $64,013.55 in admin taxes claimed are prepetition and are claimed under claim 11685; $1,575.41 in other admin rent does not agree to debtor's books and records. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 01/29/09 | 7885 | EASTLAND PLAZA INC<br>2220 N MERIDIAN ST<br>INDIANAPOLIS, IN 46208-5728 | | $234,761.00<br>(general unsecured) | Circuit City Stores, Inc. | No amounts are owed per the debtor's books and records. |
| 03/26/09 | 12035 | Forest City Commercial Management Inc<br>Agent for Laburnum Investment LLC<br>50 Public Sq Ste 1360<br>Cleveland, OH 44113 | | $9,795.38<br>(administrative) | Circuit City Stores, Inc | Claim is for taxes, no backup support provided. |
| 07/01/09 | 14439 | General Growth Management Inc<br>Julie Minnick Bowden<br>110 N Wacker Dr<br>Chicago , IL 60606 | | $11,000.00<br>(administrative) | Circuit City Stores, Inc | No support for claim; debtor shows no liability for attorney's fees at presumed location. |
| 01/03/11 | 15185 | M & M Berman Enterprises<br>Michael P Falzone & Sheila deLa Cruz<br>Hirschler Fleischer PC<br>The Edgeworth Bldg<br>2100 E Cary St<br>Richmond, VA 23223 | M & M Berman Enterprises<br>c o Sheila deLa Cruz & Michael P Falzone<br>Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA  23218-0500 | $14,704.55 (administrative) | Circuit City Stores, Inc. | This claim relates to postpetition taxes, which were also filed by this claimant on claim 14295, which claim has been allowed.  Thus, this claim is not valid. |
| 01/29/09 | 8081 | Manufacturers and Traders Trust Company as Trustee<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | Manufacturers and Traders Trust Company as Trustee<br>One M&T Plaza<br>Buffalo, NY  14203 | Unliquidated but not less than $375,039.24 (general unsecured) | Circuit City Stores, Inc. | The claimant is not the landlord, and the claimant has not provided any support for a claim by the claimant against the debtor. |
| 01/29/09 | 8170 | Manufacturers and Traders Trust Company as Trustee<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | Manufacturers and Traders Trust Company as Trustee<br>One M&T Plaza<br>Buffalo, NY  14203 | $823,534.95<br>(general unsecured) | Circuit City Stores, Inc. | The claimant is the landlord's lender and the Debtors' are addressing claim 8689 with the landlord. |
| 01/29/09 | 8626 | Manufacturers and Traders Trust Company as Trustee<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | Manufacturers and Traders Trust Company as Trustee<br>One M&T Plaza<br>Buffalo, NY  14203 | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc. | The claimant is the landlord's lender and the Debtors' are addressing claim 8689 with the landlord. |
| 07/23/09 | 14510 | ONICS LLC<br>Attn Michael D Plante<br>730 17th St Ste 715<br>Denver, CO 80202 | | Unliquidated but not less than $407,425.23<br>(general unsecured) | Circuit City Stores, Inc. | The claimant is not the landlord, and the claimant has not provided any support for a claim by the claimant against the debtor. |
| 06/30/09 | 14078 | Park National Bank Successor Trustee<br>Richard C Maxwell<br>Woods Rogers PLC<br>PO Box 14125<br>Roanoke, VA  24038-4125 | | $32,360.68<br>(administrative) | Circuit City Stores, Inc | Claimant is not the landlord. |
| 01/06/09 | 2766 | REIFF & GIVERTZ TEXAS PROP LLC<br>ART MULLAN<br>CIRCUIT CITY PAVILION<br>1828 ESE LOOP 323, NO. 107<br>C O SIGNATURE MANAGEMENT INC<br>TYLER, TX 75701 | | $92.32<br>(general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, there are no amounts owed to claimant. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 09/09/09 | 14622 | Staples The Office Superstore East Inc<br>G Perry Wu<br>500 Staples Dr<br>Framingham, MA  01702 | | $16,650.18<br>(general unsecured) | Circuit City Stores, Inc | No liability per debtor's books & records. |
| 01/30/09 | 9206 | Trane US Inc<br>c/o Wagner Falconer & Judd LTD<br>Mark O  Anderson<br>1700 IDS CTR<br>Minneapolis, MN  55402 | | $105,247.60<br>(general unsecured) | Circuit City Stores Inc. | #9206 is a claim by a contractor which filed a mechanic's lien for tenant improvement work which was supposed to be reimbursed by landlord under the subject lease (section 3.01 and 16.01).  Landlord included this item in #13401 based on section 14.02 which required Debtor to discharge mechanic's liens. |
| 06/02/09 | 13260 | VIWY LP<br>John E Lucian VSB No 43558<br>Blank Rome LLP<br>One Logan Sq<br>130 N 18th St<br>Philadelphia, PA 19103 | | $19,615.60<br>(administrative) | Circuit City Stores, Inc. | The claimant is not the landord, and the claimant has not provided any support for a claim by the claimant against the debtor.  Also, no amounts are owed for stub rent per the debtor's books and records (the claim is solely for stub rent). |
| 12/08/10 | 15176 | Voit Partners LTD I Trust No 5<br> c o Croudace & Dietrich LLP<br>Voit Partners LTD I Trust No 5<br>4750 Von Karman Ave<br>Newport Bch, CA  92660 | | $1,010,293.00<br>(general unsecured) | Circuit City Stores, Inc | This is a Carmax location. |
| 07/01/09 | 14415 | Walton Whitney Investors V LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Elizabeth Kelley<br>Walton Whitney Investors V LLC<br>The Mall at Whitney Field<br>Management Office<br>100 Commercial Rd<br>Leominster, MA  01453 | $1,000.00<br>(administrative) | Circuit City Stores, Inc. | According to Debtor's books and records, the amount claimed for attorneys' fees is not owed.  **This claim is also objected to as being filed late.** |
| 01/22/09 | 4332 | WEC 97 GNORTH HOUSTON INVESTMENT TRUST TEXAS LAND & FARMING I, LLC<br>3186 C AIRWAY AVE<br>COSTA MESA, CA  92626 | | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc | This is a Carmax location. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT F**
**LATE FILED CLAIMS TO BE EXPUNGED**

**LATE FILED CLAIMS**

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 01/30/09 | 9181 | 507 Northgate LLC<br>Christopher M Alston<br>1111 3rd Ave No 3400<br>Seattle, WA 98101 | Wallace Properties Inc<br>Kevin Wallace<br>330 112th Ave NE No 200<br>Bellevue, WA  98004 | $3,043,957.13<br>(general unsecured) | Circuit City Stores, Inc. |
| 01/30/09 | 9952 | BFLO Waterford Associates LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | Decatur Plaza LLC<br>c o Brad Barkau<br>239 E St Luis St<br>PO Box 224<br>Nashville, IL  62263 | $2,393,924.69<br>(general unsecured) | Circuit City Stores, Inc. |
| 12/03/10 | 15156 | Brothers International Corporation<br>100 Bush Street, Suite 218<br>San Francisco, CA  94104 | David Barry Whitehead, Esq.<br>Whitehead & Porter LLP<br>220 Montgomery St, Ste 1850<br>San Francisco, CA  94104 | $1,005,223.46<br>(general unsecured) | Circuit City Stores West Coast, Inc. |
| 04/30/09 | 12722 | CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc. |
| 02/02/09 | 11269 | Evergreen McDowell & Pebble Creek LLC<br>c o William Novotny<br>Mariscal Weeks McIntyre & Friedlander PA<br>2901 N Central Ave Ste 200<br>Phoenix, AZ 85012 | | $706,847.80<br>(general unsecured) | Circuit City Stores, Inc. |
| 12/08/10 | 15172 | K Gam Broadway Craycroft LLC<br>c o Sally M Darcy<br>McEvoy Daniels & Darcy PC<br>4560 E Camp Lowell Dr<br>Tucson, AZ  85712 | | $162,683.71<br>(administrative) | Circuit City Stores, Inc |
| 04/01/09 | 12029 | Lexington Richmond LLC<br>Attn Harvey A Strickon<br>Paul Hastings Janofsky & Walker LLP<br>75 E 55th St<br>New York, NY  10022-3205 | | $8,233,852.35<br>(general unsecured) | Circuit City Stores Inc. |
| 12/08/10 | 15171 | Milford Crossing LLC<br>c o Julie A Manning<br>Shipman & Goodwin LLP<br>One Constitution Plz<br>Hartford, CT  06103-1919 | | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc |
| 07/01/09 | 14415 | Walton Whitney Investors V LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Elizabeth Kelley<br>Walton Whitney Investors V LLC<br>The Mall at Whitney Field<br>Management Office<br>100 Commercial Rd<br>Leominster, MA  01453 | $1,000.00<br>(administrative) | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)
**EXHIBIT G**

**AMENDED CLAIMS TO BE EXPUNGED**

| | | CLAIMS TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
| 01/29/09 | 8070 | Circsan Limited Partnership c/o Kin Properties Inc 185 NW Spanish River Blvd Ste 100 Boca Raton FL 33431-4230 | | Unliquidated (general unsecured) | Circuit City Stores, Inc | 15168 | Circuit City Stores, Inc | Unliquidated, but not less than $1,202,265.21 (general unsecured) |
| 01/29/09 | 7536 | Contrarian Funds, LLC 411 West Putnam Ave., Ste. 425 Greenwich, CT 06830 Attn: Alisa Mumola | MHW Warner Robins, LLC c/o Corporate Property Group, Inc. 7332 Office Park Place, Suite 101 Melbourne, FL 32940 | $563,914.90 (general unsecured) $4,534.00 (priority) | Circuit City Stores Inc. | 15035 | Circuit City Stores Inc. | $583,914.90 (general unsecured) $4,534.00 (priority) |
| 01/02/09 | 2418 | Daniel G Kamin Elmwood Park LLC Attn Kelly Serenko Dir Lease Adm Kamin Realty Company PO Box 10234 Pittsburgh, PA 15232-0234 | Kamin Realty Company 490 S Highland Ave Pittsburgh, PA 15206 | $581,327.98 (general unsecured) | Circuit City Stores, Inc. | 14575 | Circuit City Stores, Inc. | $724,441.58 (general unsecured) |
| 05/20/09 | 13034 | DeMatteo Management Inc Jennifer V Doran Esq Hinckley Allen & Snyder LLP 28 State St Boston, MA 02109-1775 | | $2,890,256.25 (general unsecured) | Circuit City Stores, Inc | 15049 | Circuit City Stores, Inc | $3,181,345.66 (general unsecured) |
| 06/16/09 | 14424 | DeMatteo Management Inc Jennifer V Doran Esq Hinckley Allen & Snyder LLP 28 State St Boston, MA 02109-1775 | | $244,247.72 (priority) | Circuit City Stores, Inc | 15049 | Circuit City Stores, Inc | $3,181,345.66 (general unsecured) |
| 06/30/09 | 13968 | Inland Commercial Property Management Inc Attn Karen C Bifferato & Kelly M Conlan Connolly Bove Lodge & Hutz LLP The Nemours Bldg 1007 N Orange St PO Box 2207 Wilmington, DE 19807 | | $74,490.03 (administrative) | Circuit City Stores, Inc. | 14929 | Circuit City Stores, Inc. | Unliquidated (administrative) |
| 12/29/09 | 14782 | Johnstown Shopping Center LLC McGill Property Group 4425 Military Trail, Ste 202 Jupiter, FL 33458-4817 | | $5,986,470.00 (general unsecured) | Circuit City Stores, Inc | 15099 | Circuit City Stores, Inc | $824,496.86 (general unsecured) |
| 01/28/09 | 6968 | LEBEN FAMILY LP 1700 W PIONEER RD CEDARBURG, WI 53012 | | $103,039.15 (priority) | Circuit City Stores, Inc | 14226 | Circuit City Stores, Inc | $104,877.92 (administrative) |
| 06/24/09 | 14163 | M & M Berman Enterprises c o Michael P Falzone and Sheila deLa Cruz The Edgeworth Building 2100 E Cary St PO Box 500 Richmond, VA 23218-0500 | | $0.00 (administrative) | Circuit City Stores, Inc. | 14295 | Circuit City Stores, Inc. | $0.00 (administrative) |
| 01/29/09 | 8627 | Manufacturers and Traders Trust Company as Trustee Attn Deborah J Piazza Esq c o Hodgson Russ LLP 60 E 42nd St 37th Fl New York, NY 10165 | Manufacturers and Traders Trust Company as Trustee One M&T Plaza Buffalo, NY 14203 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | 14522 | Circuit City Stores, Inc. | Unliquidated (general unsecured) |

| Date | No. | Creditor | | Amount | Debtor | Claim No. | Debtor | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/28/09 | 7491 | Melville Realty Company Inc<br>Attn Edith K Altice Esq<br>Saul Ewing LLP<br>500 E Pratt St 8th Fl<br>Baltimore, MD 21202 | | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc | 14362 | Circuit City Stores, Inc | $75,821.38<br>(administrative) |
| 01/28/09 | 6754 | Rancon Realty Fund IV<br>Law Offices of Ronald K Brown Jr APC<br>901 Dove St, Ste 120<br>Newport Beach, CA 92660-3018 | | $86,813.54<br>(priority) | Circuit City Stores<br>West Coast, Inc. | 15072 | Circuit City Stores<br>West Coast, Inc. | $1,112,169.01<br>(general unsecured) |
| 01/30/09 | 9156 | Redtree Properties LP<br>PO BOX 1041<br>Santa Cruz, CA 95061 | | $36,953.01<br>(general unsecured)<br><br>$38,251.42<br>(administrative) | Circuit City Stores<br>West Coast, Inc. | 12404<br>13308 | Circuit City Stores<br>West Coast, Inc.<br><br>Circuit City Stores,<br>Inc. | 12404:<br>$907,888.21<br>(general unsecured)<br><br>13308:<br>$44,574.23<br>(administrative) |
| 04/30/09 | 12696 | Richland Town Center LLC<br>McGill Property Group<br>4425 Military Trail, Ste 202<br>Jupiter, FL 33458-4817 | | $5,986,470.00<br>(general unsecured) | Circuit City Stores, Inc | 15099 | Circuit City Stores, Inc | $824,496.86<br>(general unsecured) |
| 01/30/09 | 9985 | Staples The Office Superstore East Inc<br>500 Staples Dr<br>Framingham, MA 01702 | | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc | 14622 | Circuit City Stores, Inc | $16,650.18<br>(general unsecured) |
| 01/28/09 | 7114 | Torrington Triplets LLC<br>Attn Gerald Morganstern<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave 9th Fl<br>New York, NY 10036-5115 | | $57,759.39<br>(administrative) | Circuit City Stores Inc. | 12808 | Circuit City Stores Inc. | $669,386.84<br>(general unsecured)<br><br>$47,234.38<br>(administrative) |
| 04/02/09 | 12115 | United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 8945 | | $2,639,854.84<br>(general unsecured) | Circuit City Stores, Inc | 15109 | Circuit City Stores, Inc | $2,639,429.40<br>(general unsecured) |
| 04/28/09 | 12461 | United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 8945 | | $2,468,704.69<br>(general unsecured) | Circuit City Stores, Inc | 15098 | Circuit City Stores, Inc | $2,528,728.38<br>(general unsecured) |
| 06/01/09 | 13254 | United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 8945 | | $121,131.11<br>(administrative) | Circuit City Stores, Inc | 15108 | Circuit City Stores, Inc | $118,379.99<br>(administrative) |
| 06/30/09 | 13731 | United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 8945 | | $114,633.82<br>(administrative) | Circuit City Stores<br>West Coast, Inc. | 15101 | Circuit City Stores, Inc | $117,300.50<br>(administrative) |
| 06/30/09 | 14361 | United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 8945 | | $114,633.82<br>(administrative) | Circuit City Stores, Inc | 15101 | Circuit City Stores, Inc | $117,300.50<br>(administrative) |
| 03/30/09 | 12017 | United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | | $542,622.61<br>(general unsecured) | Circuit City Stores, Inc. | 15139 | Circuit City Stores,<br>Inc. | $498,769.57<br>(general unsecured) |
| 04/30/09 | 12588 | United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | | Unliquidated but not<br>less than $932,005.27<br>(general unsecured) | Circuit City Stores, Inc. | 15115 | Circuit City Stores,<br>Inc. | $880,847.31<br>(general unsecured) |
| 01/29/09 | 8614 | United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | | $1,396,114.76<br>(general unsecured) | Circuit City Stores, Inc. | 15111 | Circuit City Stores,<br>Inc. | $951,184.04<br>(general unsecured) |
| 04/30/09 | 12589 | United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | | Unliquidated but not<br>less than $1,069,909.97<br>(general unsecured) | Circuit City Stores, Inc. | 15110 | Circuit City Stores,<br>Inc. | $996,033.35<br>(general unsecured) |
| 04/30/09 | 12735 | United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | | Unliquidated but not<br>less than $866,003.93<br>(general unsecured) | Circuit City Stores, Inc. | 15116 | Circuit City Stores,<br>Inc. | $815,185.77<br>(general unsecured) |
| 04/30/09 | 12819 | United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | | $1,075,762.00<br>(general unsecured) | Circuit City Stores, Inc. | 15118 | Circuit City Stores,<br>Inc. | $347,988.00<br>(general unsecured) |

| 07/23/09 | 14519 | United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | | Unliquidated but not less than $462,768.36 (general unsecured) | Circuit City Stores, Inc. | 15113 | Circuit City Stores, Inc. | $415,069.08 (general unsecured) |
|---|---|---|---|---|---|---|---|---|
| 07/23/09 | 14520 | United States Debt Recovery V LP, assignee of CC Properties LLC<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 8945 | | Unliquidated but not less than $1,168,493.14 (general unsecured) | Circuit City Stores, Inc | 15117 | Circuit City Stores, Inc | $1,094,104.39 (general unsecured) |
| 01/30/09 | 10186 | United States Debt Recovery V LP, assignee of Hoprock Limonite LLC<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | | $2,836.32 (priority)<br><br>$888,407.42 (general unsecured) | Circuit City Stores, Inc | 15073 | Circuit City Stores, Inc | $173,141.91 (priority)<br><br>$831,827.33 (general unsecured) |
| 01/29/09 | 7550 | United States Debt Recovery V LP, assignee of Johnstown Shopping Center LLC<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | | $962,727.35 (general unsecured) | Circuit City Stores, Inc | 15099 | Circuit City Stores, Inc | $824,496.86 (general unsecured) |
| 03/27/09 | 12121 | United States Debt Recovery V LP, assignee of Rancon Realty Fund IV<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 8945 | | $1,112,594.70 (general unsecured) | Circuit City Stores West Coast, Inc. | 15072 | Circuit City Stores West Coast, Inc. | $1,112,169.01 (general unsecured) |
| 01/28/09 | 6764 | Voit Partners LTD I Trust No 5<br>Cc o Croudace & Dietrich LLP<br>Voit Partners LTD I Trust No 5<br>4750 Von Karman Ave<br>Newport Bch, CA 92660 | | $1,268,740.60 (general unsecured) | Circuit City Stores, Inc | 15176 | Circuit City Stores, Inc | $1,010,293.00 (general unsecured) |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KR
**EXHIBIT H**

**DUPLICATE CLAIMS TO BE EXPUNGED**

| | | CLAIM TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Number | Debtor | Total Surviving Claim Face Amount |
|---|---|---|---|---|---|---|---|---|
| 09/02/09 | 14577 | CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | CC Acquisitions LP<br>Attn Vivian Dubin Secretary<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc. | 14574 | Circuit City Stores, Inc. | Unliquidated<br>(general unsecured) |
| 4/30/09 | 15112 | United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | | $996,033.35<br>(general unsecured) | Circuit City Stores, Inc. | 15110 | Circuit City Stores, Inc. | $996,033.35<br>(general unsecured) |
| 12/31/10 | 15195 | Voit Partners LTD I Trust No 5<br> c o Croudace & Dietrich LLP<br>Voit Partners LTD I Trust No 5<br>4750 Von Karman Ave<br>Newport Bch, CA 92660 | | $1,010,293.00<br>(general unsecured) | Circuit City Stores, Inc | 15176 | Circuit City Stores, Inc | $1,010,293.00<br>(general unsecured) |