Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al.,. | **:** Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:** (Jointly Administered) |
| | **:** |
| | **:** |

## NOTICE OF LIQUIDATING TRUST'S TWENTIETH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Liquidating Trust's Twentieth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.  By the Objection, the Liquidating Trust is seeking to reduce certain claims, reclassify certain claims, and disallow certain claims.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Reference Objection |
|---|---|---|---|

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION.  YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY <u>4:00 P.M. (EASTERN TIME) ON APRIL 7, 2011</u>, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

<u>**Critical Information for Claimants
Choosing to File a Response to the Objection**</u>

<u>Who Needs to File a Response</u>:  If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

<u>Response Deadline</u>:  The Response Deadline is **<u>4:00 p.m. (Eastern Time) on April 7, 2011 (the "Response Deadline")</u>**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083 |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

The status hearing on the Objection will be held at  **2:00 p.m. (Eastern Time) on April 14, 2011 at:**

> United States Bankruptcy Court
> 701 East Broad Street – Courtroom 5000
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

**<u>Procedures for Filing a Timely Response and
Information Regarding the Hearing on the Objection</u>**

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

> a.      a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

b.      the claimant's name and an explanation for the amount of the Claim;

c.      a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d.      a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e.      a declaration of a person with personal knowledge of the relevant facts that support the Response;

f.      the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address"). If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

g.      to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses"). Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**. To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf. Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

### Additional Information

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.

Dated:    February 28, 2011

*/s/ Paula S. Beran*

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
        pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
        acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| - - - - - - - - - - - - - - | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**LIQUIDATING TRUST'S TWENTIETH OMNIBUS OBJECTION TO
LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED
CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS,
AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through

Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the

Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated

Debtors and Debtors in Possession and its Official Committee of Creditors Holding

General Unsecured Claims (the "Plan") in the above-captioned cases, hereby files this

Liquidating Trust's Twentieth Omnibus Objection to Landlord Claims (Reduction of

Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims,

Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims,

Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims)

(the "Objection"), and hereby moves this court (the "Court"), pursuant to sections 105, 502

and 503 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the

"Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the proposed form

of which is attached hereto as Exhibit A, granting the relief sought by this Objection, and

in support thereof states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Objection under 28

U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of

these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

The statutory and legal predicates for the relief requested herein are Bankruptcy Code

sections 105, 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.      On November 10, 2008 (the "Petition Date"), the debtors in the above-captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3.      On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").

4.      On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.      On December 10, 2008, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

6.      Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the "General Bar Date"). The deadline for governmental units to file claims that arose before

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel,

*(cont'd)*

November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar

Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner

of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date

Order (the "Claims Bar Date Notice").

7.     On December 17 and 19, 2008, KCC served a copy of the Claims

Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy

Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity

holders, and certain other parties (Docket No. 1314).  In addition, the Debtors published

the Claims Bar Date Notice in <u>The Wall Street Journal</u> (Docket No. 1395) and <u>The

Richmond Times-Dispatch</u> (Docket No. 1394).

8.     On November 12, 2008, this Court entered that certain Order

Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims

Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and

Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No.

107)(the "503(b)(9) Bar Date Order").

9.     Pursuant to the 503(b)(9) Bar Date Order, this Court approved the

form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the

503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9)

Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim

asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy

Code was on December 19, 2008 (the "503(b)(9) Bar Date").

_____

*(cont'd from previous page)*
   LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

10.     On November 19, 2008, KCC served a copy of the 503(b)(9) Bar

Date Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the

Debtors published the 503(b)(9) Bar Date Notice in The New York Times (Docket No.

549), The Wall Street Journal (Docket No. 548), and The Richmond Times-Dispatch

(Docket No. 547).

11.     On January 16, 2009, the Court authorized the Debtors, among other

things, to conduct going out of business sales at the Debtors' remaining 567 stores

pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a

joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going

out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.

As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had

been completed.

12.     On April 1, 2009, this Court entered an Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of Notice of Omnibus

Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

13.     On May 15, 2009, the Court entered that certain Order Pursuant to

Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Administrative Bar Date and Procedures For Filing and Objecting To Administrative

Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No.

3354) (the "First Administrative Claims Bar Date Order").

14.     Pursuant to the First Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests (as defined in the First

Administrative Claims Bar Date Order) incurred in the period between November 10, 2008

and April 30, 2009 was 5:00 p.m. (Pacific) on June 30, 2009. Pursuant to the First

Administrative Claims Bar Date Order, this Court approved the form and manner of the

claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar

Date Order (the "Claims Bar Date Notice").

15.    On or before May 22, 2009, KCC served a copy of the

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609). In

addition, the Debtors published the Administrative Claims Bar Date Notice in The

Financial Times (Docket No. 3970), The Richmond Times-Dispatch (Docket No. 3969)

and The Wall Street Journal (Docket No. 3968).

16.    On February 18, 2010, the Court entered that certain Order Pursuant

to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Second Administrative Bar Date and Procedures For Filing and Objecting To

Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof

(Docket No. 6555) (the "Second Administrative Claims Bar Date Order").

17.    Pursuant to the Second Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests for the period May 1, 2009

through December 31, 2009 (as defined in the Administrative Claims Bar Date Order) was

5:00 p.m. (Pacific) on March 31, 2010. Pursuant to the Second Administrative Claims Bar

Date Order, this Court approved the form and manner of the claims bar date notice, which

was attached as Exhibit A to the Second Administrative Claims Bar Date Order (the

"Claims Bar Date Notice").

18.     On or before February 25, 2010, KCC served a copy of the Second

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket No. 6705).  Supplemental

service of the Second Administrative Bar Date Notice was provided by overnight mail to

one party, Brockton Superior Court, on March 26, 2010 (Docket Nos. 7089 and 7535).  In

addition, the Debtors published the Administrative Claims Bar Date Notice in The

Financial Times (Docket No. 6719), The Richmond Times-Dispatch (Docket No. 6717)

and The Wall Street Journal (Docket No. 6718).

19.     On August 9, 2010, the Debtors and the Creditors' Committee filed

the Plan, which provides for the liquidation of the Debtors' assets and distribution of the

proceeds thereof under chapter 11 of the Bankruptcy Code.

20.     On September 10, 2010, the United States Bankruptcy Court,

Eastern District of Virginia, signed an Order confirming the Plan.

21.     The Plan became effective on November 1, 2010 (the "Effective

Date"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the

Liquidation Trust assumed the right and responsibility to liquidate the Debtors' remaining

assets and distribute the proceeds to creditors, including the prosecution of Causes of

Action and objections to claims.

## OBJECTIONS TO CLAIMS

22.     By this Objection, the Liquidating Trust seeks entry of an order, in

substantially the form attached hereto as Exhibit A, pursuant to Bankruptcy Code sections

105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1,

(i) reducing each of the claims identified on Exhibit C attached hereto, (ii) reclassifying

each of the claims on Exhibit D attached hereto, and (iii) disallowing each of the claims

identified on Exhibits E through H attached hereto (collectively, the "Claims") for the

reasons set forth below.

      23.    For ease of reference, attached hereto as Exhibit B is an alphabetical

listing of all claimants whose Claims are included in this Objection (the "Claimants"), with

a cross-reference by claim number.

**A.    Reduction of Certain Partially Invalid Claims**

      24.    The basis for reduction of the claims listed on Exhibit C attached

hereto (the "Partially Invalid Claims") is that all of the Partially Invalid Claims assert, in

part, amounts for which the Debtors are not liable.

      25.    Specifically, after a review of the Partially Invalid Claims and the

bases upon which each is asserted, and a review of the Debtors' books and records, the

Liquidating Trust has determined that certain portions of the Partially Invalid Claims are

(i) liabilities already asserted by the Claimants in other claims; (ii) liabilities that have

already been satisfied by the Debtors; or (iii) liabilities for which the Debtors dispute

liability.  Accordingly, the Liquidating Trust requests that the Partially Invalid Claims

identified on Exhibit C be reduced in the manner stated in Exhibit C for the reasons stated

therein.

**B.    Reclassification of Certain Misclassified Claims**

      26.    The basis for reduction of the claims listed on Exhibit D attached

hereto (the "Misclassified Claims") is that the Misclassified Claims are improperly

classified.

27.     Specifically, after a review of the Misclassified Claims, the bases

upon which each is asserted, and a review of the Debtors' books and records, the

Liquidating Trust submits that the Misclassified Claims are asserted, in whole or in part,

with incorrect classifications and should be reclassified.  Accordingly, the Liquidating

Trust requests that each Misclassified Claim identified on <u>Exhibit D</u> be reclassified in the

manner set forth in <u>Exhibit D</u>.

**C.     Disallowance of Certain Invalid Claims**

28.     The basis for disallowance of the claims listed on <u>Exhibit E</u> attached

hereto (the "Invalid Claims") is that all of the Invalid Claims assert, in their entirety,

amounts for which the Debtors are not liable.

29.     Specifically, after a review of the Invalid Claims and the bases upon

which each is are asserted, and a review of the Debtors' books and records, the Liquidating

Trust has determined that the Invalid Claims are based on liabilities already asserted by the

Claimants in other claims (i) liabilities that already have been satisfied by the Debtors, or

(ii) liabilities for which the Debtors dispute any liability.  Accordingly, the Liquidating

Trust requests that the Invalid Claims identified on <u>Exhibit E</u> be disallowed for the reasons

stated therein.

**D.     Disallowance of Certain Late Filed Claims**

30.     The basis for disallowance of the claims listed on <u>Exhibit F</u> attached

hereto (the "Late-Filed Claims") is that each such claim was filed after the relevant bar

date.  The disallowance of each of the Late-Filed Claims set forth on <u>Exhibit F</u> is

appropriate under the appropriate Bar Date Order as well as under applicable law.

31.     Bar dates for asserting claims in chapter 11 bankruptcy cases serve extremely important purposes.  "The requirement of a Bar Date in Chapter 11 enables the debtor…to establish the universe of claims with which it must deal and the amount of those claims." See In re A.H. Robins Co., Inc., 129 B.R. 457, 459 (Bankr. E.D. Va. 1991).  Premised on the imperative purpose of finality of asserting claims against a debtor, courts have not allowed claims filed by creditors after the bar date, absent special circumstances.  See In re Provident Hosp., Inc., 122 B.R. 683, 685 (D. Md. 1990), aff'd, 943 F.2d 49 (4th Cir. 1991) (unpublished opinion) ("Because Bean did not timely file his bankruptcy claim after having been given constitutionally sufficient notice, his claim is barred under well-settled authority, 11 U.S.C. 1141(d) and Bankruptcy Rule 3003 (c) (2).").

32.     Each Late-Filed Claim was filed in the present cases after the applicable bar date had passed.  Accordingly, pursuant to the applicable Bar Date Order, these Claims are "forever barred, estopped, and permanently enjoined from asserting such claim against the Debtors…"

33.     It is essential for the Liquidating Trust to establish the proper liabilities asserted against the Debtors.  In order to achieve the imperative of finality in the claims process, the Liquidating Trust requests that this Court disallow the Late-Filed Claims in their entirety and for all purposes in these bankruptcy cases.

**E.     Disallowance of Certain Amended Claims**

34.     Exhibit G contains a list of claims that have been rendered moot by the claimant filing a subsequent "amending" claim that supersedes the claim listed on Exhibit G (the "Amended Claims").

35.     The Liquidating Trust objects to the Amended Claims, because,

among other reasons, the same claimant subsequently filed an amended claim, the amount

and basis of which are the subject of the Amended Claim.  Such repetitive claims should

be disallowed.  The Amended Claims listed on <u>Exhibit G</u> under "Claim to be Disallowed"

should be disallowed for all purposes in these bankruptcy cases.  The claims listed as

"Surviving Claim" on <u>Exhibit G</u> hereto (the "Surviving Superseding Claims") shall remain

in effect and are not affected by this portion of this Objection; <u>provided,</u> <u>however</u>, that

such Surviving Superseding Claims may be the subject of another section of this Objection

or a separate subsequently filed objection.

**F.     <u>Disallowance of Certain Duplicate Claims</u>**

36.     The basis for the disallowance of the claims listed on <u>Exhibit H</u>

hereto (the "Duplicate Claims") is that all of the claims are duplicative of other filed

claims.  The Liquidating Trust objects to the Duplicate Claims because, among other

reasons, the same claimant filed two (2) or more proofs of claim or portions thereof

asserting the same liability, the amounts and basis of which are the subject of the original

claim.  The Duplicate Claims listed on <u>Exhibit H</u> under "claim to be disallowed" should be

disallowed for all purposes in these bankruptcy cases.  The claims listed as "Surviving

Claim" on <u>Exhibit H</u> hereto (the "Surviving Duplicate Claims") shall remain in effect and

are not affected by this portion of this Objection; <u>provided,</u> <u>however</u>, that such Surviving

Duplicate Claims may be the subject of another section of this Objection or a separate

subsequently filed objection.

## <u>RESERVATION OF RIGHTS</u>

37.     At this time, the Liquidating Trust has not completed its review of

the validity of all claims/expenses filed against the Debtors' estates, including the Claims

objected to herein.  Accordingly, any of the Claims objected to herein may be the subject

of other bases for objection herein and/or additional subsequently filed objections on any

grounds that bankruptcy law or non-bankruptcy law permits.  To that end, the Liquidating

Trust reserves the right to further object to any and all claims, whether or not the subject of

this Objection, for allowance and/or distribution purposes, and on any other grounds.

Furthermore, the Liquidating Trust reserves the right to modify, supplement and/or amend

this Objection as it pertains to any Claim or claimant herein.

## <u>NOTICE AND PROCEDURE</u>

38.    Notice of this Objection has been provided to all Claimants with

Claims that are the subject to this Objection as identified on <u>Exhibits C</u> through <u>H</u>,

respectively, and to parties-in-interest in accordance with the Court's Supplemental Order

Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and

Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case

Management and Administrative Procedures (entered on December 30, 2009 at Docket No.

6208) (the "Case Management Order").  The Liquidating Trust submits that the following

methods of service upon the Claimants should be deemed by the Court to constitute due

and sufficient service of this Objection: (a) service in accordance with Federal Rule of

Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of Civil

Procedure 4; (b) to the extent counsel for a Claimant is not known to the Liquidating Trust,

by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form

or other representative identified in the proof of claim form or any attachment thereto; or

(c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's

behalf in the Debtors' bankruptcy cases.  The Liquidating Trust is serving the Claimant

with this Objection and the exhibit on which the Claimant's claim is listed.

39.    To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 P.M. (Eastern) on April 7, 2011** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Liquidating Trust requests that the Court conduct a status conference[2] with respect to any such responding claimant at **2:00 P.M. (Eastern) on April 14, 2011** and thereafter schedule the matter for a future hearing as to the merits of such claim.  However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Liquidating Trust requests that the Court enter an order, substantially in the form attached hereto as <u>Exhibit A</u>, reducing the Partially Invalid Claims set forth on <u>Exhibit C</u>, Reclassifying the Misclassified Claims set forth on <u>Exhibit D</u>, and disallowing the invalid, late filed, duplicate and amended claims set forth on <u>Exhibit E</u> through <u>Exhibit H</u> attached hereto.

**COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
THE OMNIBUS OBJECTION PROCEDURES ORDER**

40.    This Objection complies with Bankruptcy Rule 3007(e).

Additionally, the Liquidating Trust submits that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

**<u>WAIVER OF MEMORANDUM OF LAW</u>**

41.    Pursuant to Local Bankruptcy Rule 9013-1(G), and because there

---

[2] In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the Objection do not need to appear at the status conference.

are no novel issues of law presented in the Motion, the Liquidating Trust requests that the

requirement that all motions be accompanied by a written memorandum of law be waived.

### **NO PRIOR RELIEF**

42.    No previous request for the relief sought herein has been made to

this Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter an

Order sustaining this Objection and granting such other and further relief as the Court

deems appropriate.

Dated: Richmond, Virginia
     February 28, 2011

TAVENNER & BERAN, PLC

_____*/s Paula S. Beran*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## EXHIBIT A

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S TWENTIETH OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS,
DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS
AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

12304-003\DOCS_LA:233692.1

THIS MATTER having come before the Court[1] on the Liquidating Trust's Twentieth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit H attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

43.    The Objection is SUSTAINED.

44.    The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

45.    The Claims identified on Exhibit B as attached hereto and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

incorporated herein are forever reclassified in these bankruptcy cases in the manner stated

in Exhibit B.

46.     The Claims identified on Exhibit C through Exhibit F as attached

hereto and incorporated herein are forever disallowed in their entirety for all purposes in

these bankruptcy cases.

47.     The Liquidating Trust's rights to object to any claim including

(without limitation) the Claims subject to the Objection, on any grounds that applicable

law permits, are not waived and are expressly reserved.

48.     The Liquidating Trust shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or before five (5) business days from

the entry of this Order.

49.     This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
             _____, 2011


                         _____
                         HONORABLE KEVIN R. HUENNEKENS
                         UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                          - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                     - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*




### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing
proposed order has been endorsed by or served upon all necessary parties.

                          /_____
                          Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| 412 SOUTH BROADWAY REALTY LLC<br>c/o The MEG Companies<br>25 Orchard View Drive<br>Londonderry, NH 03053<br><br>Robert Somma, Esquire<br>Laura A. Otenti, Esquire<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br><br>Augustus C. Epps, Jr., Esquire<br>Michael D. Mueller, Esquire<br>Jennifer M. McLemore, Esquire<br>Christian & Barton, L.L.P.<br>909 East Main Street, Suite 1200<br>Richmond, VA 23219-3095 | 13675 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| 412 South Broadway Realty LLC<br>c/o the MEG Companies<br>25 Orchard View Drive<br>Londonderry, NH 03053<br><br>Robert Somma, Esquire<br>Laura A. Otenti, Esquire<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br><br>Augustus C. Epps, Jr., Esquire<br>Michael D. Mueller, Esquire<br>Jennifer M. McLemore, Esquire<br>Christian & Barton, L.L.P.<br>909 East Main Street, Suite 1200<br>Richmond, VA 23219-3095 | 5020 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| 412 South Broadway Realty LLC<br>c/o the MEG Companies<br>25 Orchard View Drive<br>Londonderry, NH 03053<br><br>Robert Somma, Esquire<br>Laura A. Otenti, Esquire<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br><br>Augustus C. Epps, Jr., Esquire<br>Michael D. Mueller, Esquire<br>Jennifer M. McLemore, Esquire<br>Christian & Barton, L.L.P.<br>909 East Main Street, Suite 1200<br>Richmond, VA 23219-3095 | 12568 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| 610 & San Felipe Inc<br>David H Cox Esq and John J Matteo Esq<br>Jackson & Campbell PC<br>1120 20th St NW<br>South Tower<br>Washington, DC 20036 | 13946 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| 610 & San Felipe Inc<br>David H Cox Esq<br>Jackson & Campbell PC<br>1120 20th St NW Ste 300 S<br>Washington, DC 20036-3445 | 12536 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| ACADIA REALTY LIMITED PARTNERSHIP &<br>BRIGHTON COMMERICAL LLC & CATELLUS<br>OPERATING LIMITED PARTNERSHIP & CEDAR<br>DEVELOPMENT LTD<br>ATTN JENNIFER M MCLEMORE & AUGUSTUS C<br>EPPS JR & MICHAEL D MUELLER ESQ & JENNIFER<br>M MCLEMORE ESQ & NOELLE M JAMES ESQ<br>CO CHRISTIAN & BARTON<br>909 E MAIN SR STE 1200<br>RICHMOND, VA 23219 | 13098 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Acadia Realty Limited Partnership fka Mark Centers<br>Limited Partnership<br>Attn Daniel J Ansell and Howard J Berman and Heath B<br>Kushnick<br>Greenberg Traurig LLP<br>200 Park Ave<br>New York, NY 10166 | 13802 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Acadia Realty Limited Partnership fka Mark Centers<br>Limited Partnership<br>Attn Daniel J Ansell<br>Greenberg Traurig LLp<br>200 Park Ave<br>New York, NY 10166 | 12789 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Bank of America NA as Trustee for the Registered Holders of Greenwich Capital Commercial Funding Corp Commercial Mortgage Trust 2007 GG9 Commercial Mortgage Pass Through Certificates Series 2007 GG9 as Collateral Assignee of NP SSP Baybrook LLC Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | 9119 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Basser Kaufman 222 LLC Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 8678 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Basser Kaufman 312 LLC Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 14703 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Basser Kaufman 312 LLC Attn James S Carr Esq Robert L LeHane Esq 101 Park Ave New York, NY 10178 | 12509 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| Basser Kaufman 312 LLC Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 12507 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Basser Kaufman Attn Marc Kemp 335 Central Ave Lawrence, NY 11559 | 14416 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Brighton Commercial LLC 325 Ridgeview Dr Palm Beach, FL 33480 | 9477 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| Brighton Commercial LLC Augustus C Epps Jr Esq Christian & Barton LLP 909 E Main St Ste 1200 Richmond, VA 23219 | 12493 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Brighton Commercial LLC Augustus C Epps Jr Esq Christian & Barton LLP 909 E Main St Ste 1200 Richmond, VA 23219 | 14345 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Catellus Operating Limited Partnership a Delaware Limited Partnership Edward J Tredinnick Esq Greene Radovsky Maloney Share & Hennick LLP Four Embarcadero Center 40th Fl San Francisco, CA 94111 | 7957 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Catellus Operating Limited Partnership, a Delaware Limited Partnership<br>Edward J Tredinnick Esq<br>Greene Radovsky Maloney Share & Hennick LLP<br>Four Embarcadero Center, 40th Floor<br>San Francisco, CA 94111 | 7933 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| CC Investors 1996 12<br>Randy J Croswell Esq<br>Perkins Thompson PA<br>One Canal Plz<br>PO Box 426<br>Portland, ME 04112-0426 | 13634 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CC Investors 1996 12<br>Rick Donald<br>CB Richard Ellis Boulos Property Management<br>One Canal Plz Ste 500<br>Portland, ME 04112 | 11985 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CC Investors 1996 14<br>William A Broscious Esquire<br>Kepley Broscious & Biggs PLC<br>2211 Pump Rd<br>Richmond, VA 23233-3507 | 11572 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CC Investors 1996 9<br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA 15232-0234 | 11829 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CC Madison PJP LLC CC Madison EJR LLC CC Madison TFR LLC & CC Madison JLR LLC<br>Attn Eric J Rietz Esq<br>Vedder Price PC<br>222 N LaSalle St Ste 2600<br>Chicago, IL 60601 | 9416 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CC Roseville LLC<br>Attn Eric J Rietz Jr<br>Vedder Price PC<br>222 N LaSalle St Ste 2600<br>Chicago, IL 60601 | 9417 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CDB Falcon Sunland Plaza LP<br>17400 Dallas Pkwy Ste 216<br>Dallas, TX 75248 | 8607 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CDB Falcon Sunland Plaza LP<br>17400 Dallas Pkwy Ste 216<br>Dallas, TX 75248 | 8607 | EXHIBIT D<br>CLAIMS TO BE RECLASSIFIED |
| CDB Falcon Sunland Plaza LP<br>Mark Stromberg Esq<br>Stromberg & Associates PC<br>Two Lincoln Centre<br>5420 LBJ Freeway Ste 300<br>Dallas, TX 75240 | 13905 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CEDAR DEVELOPMENT LTD<br>7777 GLADES RD STE 310<br>BOCA RATON, FL 33434-6424 | 12787 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Cedar Development Ltd<br>Michael D Mueller & Augustus C Epps Jr & Jennifer M McLemore<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 14140 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Cedar Development Ltd<br>Michael D Mueller & Augustus C Epps Jr & Jennifer M McLemore<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 14811 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Cencor Realty Services Inc Agent for SWQ 35 Forum LTD<br>Located in San Antonio TX<br>c o David L Pollack Esq<br>Ballard Sparh Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12541 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Cencor Realty Services Inc Agent for SWQ 35 Forum LTD<br>Located in San Antonio TX<br>c o David L Pollack Esq<br>Ballard Sparh Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12544 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Centro Properties Group ta Baybrook Gateway Webster TX<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12583 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Centro Properties Group ta Baybrook Gateway Webster TX<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12616 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Chalek Company LLC<br>Kenneth R Blumer Esq<br>TroyGould PC<br>1801 Century Pk E Ste 1600<br>Los Angeles, CA 90067 | 5955 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Circuit Investors Colorado Limited Partnership<br>c/o Ten Pryor Street Building LLC (General Partner)<br>Attn: Guy Millner<br>5500 Interstate North Parkway<br>RiverEdge One, Suite 600<br>Atlanta, GA 30328 | 1025 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Circuit Investors No 2 Ltd, A Texas Partnership<br>c/o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 | 9038 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Circuit NH Corp.<br>Sigmund Sommer Properties<br>280 Park Avenue, 4th Floor, West Building<br>New York, NY 10017<br><br>Proskauer Rose LLP<br>David C. Cooper<br>1585 Broadway<br>New York, NY 10036-8299 | 13397 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Circuit PA Corp<br>Sigmond Sommer Properties<br>Attn ronald Dictrow<br>280 Park Ave 4th Fl West Bldg<br>New York, NY  10017 | 12318 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CK Richmond Business Services No 2 Limited Liability Company<br>c/o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT  06511 | 8151 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Colonial Square Associates<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY  10178 | 12468 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Colonial Square Associates<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY  10178 | 13449 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Contracting Systems, Inc.  II<br>472 California Road<br>Quakertown, PA  18951 | 2818 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CVS Pharmacy Inc and Melville Realty Company Inc<br>Mark Minuti<br>Saul Ewing LLP<br>222 Delaware Ave Ste 1200<br>PO Box 1266<br>Wilmington, DE 19899 | 14362 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CVS Pharmacy Inc<br>Attn Edith K Altice Esq<br>Saul Ewing LLP<br>500 E Pratt St 8th Fl<br>Baltimore, MD  21202 | 7492 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CVS Pharmacy Inc<br>Attn Edith K Altice Esq<br>Saul Ewing LLP<br>500 E Pratt St 8th Fl<br>Baltimore, MD 21202 | 7492 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Dicks Sporting Goods Inc<br>Attn James D Newell & Zakarij O Thomas<br>Buchanan Ingersoll & Rooney PC<br>One Oxford Ctr 20th Fl<br>Pittsburgh, PA  15219 | 14213 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Dicks Sporting Goods Inc<br>Attn Jay Blount<br>300 Industry Dr<br>Pittsburgh, PA  15275 | 8936 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Dollar Tree Stores Inc<br>Attn Scott R Kipnis<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave<br>New York, NY  10036-5101 | 9102 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Donahue Schriber Realty Group, LP<br>c/o Trainor Fairbrook,<br>Attn:  Nancy Hotchkiss<br>980 Fulton Avenue<br>Sacramento, CA  95825 | 12863 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Drury Land Development, Inc.<br>Attn David E. Wilson, Esq.<br>721 Emerson Rd  STE 200<br>St. Louis, MO  63141 | 8353 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Edwin Watts Golf Shops LLC<br>Stephen E Scarce<br>6802 Paragon Pl Ste 300<br>Richmond, VA  23230-1655 | 7659 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Federal Realty Investment Trust ta Troy Hills Shopping Center Parsippany NJ<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103 | 12086 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Federal Realty Investment Trust ta Troy Hills Shopping Center Parsippany NJ<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103-7599 | 12085 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Forest City Commercial Management Inc<br>Agent for Laburnum Investment LLC<br>50 Public Sq Ste 1360<br>Cleveland, OH 44113 | 11967 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Forest City Commercial Mgmt, Inc.<br>Agent for Laburnum Investment, LLC<br>50 Public Square, Suite 1360<br>Cleveland, OH  44113 | 12035 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| GA Lakewood LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA  19103 | 12456 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| GA Lakewood LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA  19103 | 13336 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| GA Lakewood LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA  19103 | 13389 | EXHIBIT D<br>CLAIMS TO BE RECLASSIFIED |
| GA Montgomeryville LLC<br>Lauren Lonergan Taylor Esq and Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA  19103 | 12425 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| GA Montgomeryville LLC<br>Lauren Lonergan Taylor Esq and Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA  19103 | 13328 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Galleria Alpha Plaza Ltd<br>c/o Lynnette R Warman<br>Hunton & Wiliams LLP<br>1445 Ross Ave Ste 3700<br>Dallas, TX  75202 | 9190 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Galleria Plaza Ltd<br>c/o Henry P Long III<br>Hunton & Williams LLP<br>Riverfront Plz E Tower<br>951 E Byrd St<br>Richmond, VA  23219-4074 | 14280 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| Galleria Plaza Ltd<br>c/o Henry P Long III<br>Hunton & Williams LLP<br>Riverfront Plz E Tower<br>951 E Byrd St<br>Richmond, VA  23219-4074 | 14388 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Golf Galaxy Inc<br>Attn James D Newell & Zakarij O Thomas<br>Buchanan Ingersoll & Rooney<br>One Oxford Ctr 20th Fl<br>Pittsburgh, PA 15219 | 14197 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Golf Galaxy Inc<br>Jay Blount<br>c o Dicks Sporting Goods Inc<br>300 Industry Dr<br>Pittsburgh, PA 15275 | 12222 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| HAJOCA CORPORATION<br>d/b/a Haines, Jones & Cadbury<br>310 SW 24th Street<br>Bentonville, AR  72712 | 2779 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| HD Supply Facilities Maintenance Ltd<br>c/o Ross Tanner Director<br>10641 Scripps Summit Ct<br>San Diego, CA  92131 | 9944 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| KNOXVILLE LEVCAL LLC<br>ATTN DONISUE RUPP<br>C O PRINCIPAL REAL ESTATE INVESTORS<br>801 GRAND AVE G 022 E30<br>DES MOINES, IA 50392 | 9159 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| La Habra Imperial LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3095 | 12448 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| La Habra Imperial LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3095 | 13637 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| La Habra Imperial LLC<br>Ronald K Brown Jr<br>Law Offices of Ronald K Brown Jr APC<br>901 Dove St Ste 120<br>Newport Beach, CA 92660 | 6575 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Lee's Tailor Shop<br>5640 Greenview Dr<br>Oklahoma City, OK  73735 | 9228 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Manufacturers & Traders Trust Company as Trustee<br>c/o Nicholas M Miller Esq<br>Neal Gerber & Eisenberg LLP<br>Two N LaSalle St Ste 1700<br>Chicago, IL  60602 | 8564 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Marc Realty LLC as Agent for the Owners of Orchard<br>Place Shopping Center<br>Colleen E McManus Esq<br>Much Shelist Denenberg Ament & Rubenstein PC<br>191 N Wacker Dr Ste 1800<br>Chicago, IL 60606 | 8594 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Marlton VF LLC<br>c/o Vornado Realty Trust<br>210 Route 4 East<br>Paramus, New Jersey 07652<br>Attn.: Mei Cheng | 8782 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Marlton VF LLC<br>c/o Vornado Realty Trust<br>210 Route 4 East<br>Paramus, New Jersey 07652<br>Attn.: Mei Cheng | 11990 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Marlton VF LLC<br>c/o Vornado Realty Trust<br>210 Route 4 East<br>Paramus, New Jersey 07652<br>Attn.: Mei Cheng | 13971 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| MDS Realty II LLC<br>c o Zachary J Eskau<br>Dawda Mann Mulcahy & Sadler PLC<br>39533 Woodward Ave Ste 200<br>Bloomfield Hills, MI 48304-5103 | 9280 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| MDS REALTY II LLC<br>PARKER POLLARD & BROWN PC<br>STEPHEN E SCARCE<br>MEREDITH L YODER<br>6802 PARAGON PL STE 300<br>RICHMOND, VA 23230 | 13111 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Nathan Teplis, Dr. Paul Teplis, Mrs. Belle Teplis, Frank<br>and Sharon Rose Friedman<br>c/o Hendee Barnes Properties<br>3280 Pointe Pkwy Suite 2300<br>Norcross, GA  30092 | 7825 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Palmetto Investors LLC<br>Mark A Bartels Esq<br>Stellpflug Law SC<br>444 Reid St Ste 200<br>PO Box 5637<br>De Pere, WI 54115-2100 | 12757 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Palmetto Investors LLC<br>Mark A Bartels Esq<br>Stellpflug Law SC<br>444 Reid St Ste 200<br>PO Box 5637<br>De Pere, WI 54115-2100 | 13933 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Park National Bank as assignee of rents under Henrico<br>County Virginia Deed of Lease with CK Richmond<br>Business Services No 2<br>Attn Richard C Maxwell<br>Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA  24011 | 9009 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Park National Bank as assignee of rents under the<br>Duncanville, Texas lease with Circuit Investors #2, Ltd.<br>clo Woods Rogers, PLC,<br>Attn: Richard C. Maxwell,<br>10 S. Jefferson Street, Suite 1400,<br>P.O. Box 14125 (24038)<br>Roanoke, Virginia 24011 | 9000 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Parkdale Mall Associates LP<br>c o Scott M Shaw Esq<br>Husch Blackwell Sanders LP<br>2030 Hamilton Pl Blvd Ste 150<br>Chattanooga, TN 37421 | 12201 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Port Arthur Holdings III Ltd and 610 & San Felipe Inc<br>c o David H Cox Esq and John Matteo Esq<br>Jackson & Campbell PC<br>1120 Twentieth St NW<br>South Tower<br>Washington, DC 20036-3437 | 13122 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Port Arthur Holdings III Ltd<br>David H Cox Esq & John J Matteo Esq<br>Jackson & Campbell PC<br>1120 20th St NW<br>South Tower<br>Washington, DC 20036 | 14356 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Port Arthur Holdings III Ltd<br>David H Cox Esq<br>Jackson & Campbell PC<br>1120 20th St NW Ste 300 S<br>Washington, DC 20036 | 12535 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Principal Life Insurance Company fka Principal Mutual Life Insurance Company<br>Attn Denyse Sabagh Esq<br>c/o Duane Morris LLP<br>505 9th St NW Ste1000<br>Washington DC  20004 | 8224 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Principal Life Insurance Company fka Principal Mutual Life Insurance Company<br>Attn Denyse Sabagh Esq<br>c/o Duane Morris LLP<br>505 9th St NW Ste1000<br>Washington DC  20004 | 13094 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Principal Life Insurance Company fka Principal Mutual Life Insurance Company<br>Lauren Lonergan Taylor Esq & Matthew E Hoffman Esq<br>Duane Morrise LLP<br>30 S 17th St<br>Philadelphia, PA  19103 | 13094 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Prinicipal Life Insurance Company f/k/a Principal Mutual Life Insurance Company<br><br>Lauren Lonergan Taylor, Esquire<br>Matthew E. Hoffman, Esquire<br>Duane Morris LLP<br>30 South 171h Street<br>Philadelphia, PA 19103-4196<br><br>Dennis Ballard, Esquire<br>Principal Life Insurance Company<br>801 Grand Avenue<br>Des Moines, IA 50392-0301 | 8235 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Prinicipal Life Insurance Company f/k/a Principal Mutual Life Insurance Company<br><br>Lauren Lonergan Taylor, Esquire<br>Matthew E. Hoffman, Esquire<br>Duane Morris LLP<br>30 South 171h Street<br>Philadelphia, PA 19103-4196<br><br>Dennis Ballard, Esquire<br>Principal Life Insurance Company<br>801 Grand Avenue<br>Des Moines, IA 50392-0301 | 13094 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| R Garza OD PA Raymund Garza<br>777 N Texas Blvd<br>Alice, TX 78332 | 8778 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Ray Fogg Corporate Properties LLC<br>Weltman Weinberg & Reis<br>323 W Lakeside Ave 2nd Fl<br>Cleveland, OH 44113 | 3687 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Ray Fogg Corporate Properties LLC<br>Weltman Weinberg & Reis<br>323 W Lakeside Ave 2nd Fl<br>Cleveland, OH 44113 | 14803 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| RD Bloomfield Associates Limited Partnership<br>Attn David J Ansell and Howard J Berman and Heath B Kushnick<br>Greenberg Traurig LLP<br>200 Park Ave<br>New York, NY 10166 | 13801 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| RD Bloomfield Associates Limited Partnership<br>Attn David J Ansell<br>Greenberg Traurig LLP<br>200 Park Ave<br>New York, NY 10166 | 8749 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| S&F3 Management Company LLC<br>Cedar Development Ltd<br>7777 Glades Rd Ste 212<br>Boca Raton, FL 33434 | 14539 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Sky Bank / The Huntington National Bank<br>Lynn Putterbaugh<br>Corporate Real Estate Lease Admin<br>37 W Broad St HP1097<br>Columbus, OH 43215 | 9369 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Staples, The Office Superstore East, Inc<br>Perry Wu<br>50 Staples Dr.<br>Farmingham, MA01702 | 14622 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Staples, The Office Superstore East, Inc<br>Perry Wu<br>500 Staples Dr.<br>Farmingham, MA 01702 | 9985 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Starpoint Properties LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 12855 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Starpoint Properties LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 12855 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| Starpoint Properties LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 14343 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| STOR ALL NEW ORLEANS, L L C<br>259 LAKE VISTA DR<br>MANDEVILLE, LA 70471 | 8573 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Suemar Realty Inc<br>Attn David J Coyle<br>Shumaker Loop & Kendrick LLP<br>North Courhouse Sq<br>1000 Jackson St<br>Toledo, OH 43604 | 14017 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Suemar Realty Inc<br>Rob Armstrong<br>27476 Holiday Ln<br>Perrysburg, OH 43551 | 12173 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Tam Stockton LLC a California Limited Liability<br>Company<br>Attn David J Gustafson<br>Tam Stockton LLC<br>500 Washington St Ste 475<br>San Francisco, CA 94111-2949 | 9943 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Tourboullin Corporation<br>Clifford A Katz Esq<br>Platzer Swergold Karlin Levine Goldberg & Jaslow LLP<br>1065 Avenue of the Americas 18th Fl<br>New York, NY 10018 | 13753 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID<br>CLAIMS |
| Trane US Inc.<br>WAGNER FALCONER & JUDD LTD<br>Mark O. Anderson<br>1700 IDS Center<br>Minneapolis, MN 55402 | 9207 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Trane US, Inc.<br>3600 Pammel Creek Road<br>LaCrosse, WI 54601 | 9205 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Trane US, Inc.<br>3600 Pammel Creek Road<br>LaCrosse, WI 54601 | 9207 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Trust No 45786 by CTLT as Trustee<br>c o Joseph Freed and Associates LLC<br>Attn Douglas McMahon Atty<br>c o Joseph Freed and Associates LLC<br>33 S State St Ste 400<br>Chicago, IL 60603 | 12824 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| U.S. Bank National Association, as purchaser of assets of Park National Bank<br>c/o Woods Rogers PLC<br>attn: Richard C. Maxwell, Esq.<br>10 S. Jefferson Street, Suite 1400<br>Roanoke, VA 24011 | 14798 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| U.S. Bank National Association, as purchaser of assets of Park National Bank<br>c/o Woods Rogers PLC<br>attn: Richard C. Maxwell, Esq.<br>10 S. Jefferson Street, Suite 1400<br>Roanoke, VA 24011 | 14801 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Uncommon Ltd<br>c o Michael D Mueller & Augustus C Epps Jr & Jennifer M McLemore<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3013 | 14141 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Uncommon Ltd<br>c o Michael D Mueller & Augustus C Epps Jr & Jennifer M McLemore<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3013 | 14812 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| UNCOMMON LTD<br>ROBERT J SCHMIER<br>7777 GLADES RD STE 310<br>BOCA RATON, FL 33434-4150 | 12786 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| VIWY LP<br>c/o Vision Group Ventures<br>633 W Germantown Pike STE 104<br>Plymouth Meeting, PA 19462 | 12149 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| VIWY LP<br>John E. Lucian VSB No. 43358<br>Blank Rome LLP<br>One Logan Sq<br>130 N 18th St<br>Philadelphia, PA 19103 | 13260 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Watercress Associates LP LLLP dba Pearlridge Center<br>Attn Lawrence A Diamant Esq<br>Levene Neale Bender Rankin & Brill LLP<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067 | 11791 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Watercress Associates LP LLLP dba Pearlridge Center<br>Attn Lawrence A Diamant Esq<br>Levene Neale Bender Rankin & Brill LLP<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067 | 11820 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Watkins Houston Investment LP<br>c/o Midland Loan Services Inc A Delaware Corporation<br>c/o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 9554 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Watkins Houston Investments LP<br>Attn Lee A Collins<br>c/o Boyar & Miller<br>4265 San Felipe Ste 1200<br>Houston, TX 77024 | 7836 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Weingarten Miller Sheridan LLC<br>clo Weingarten Realty Investors<br>2600 Citadel Plaza Drive, Suite 125<br>Houston, Texas 77008<br>Attn: Jenny J. Hyun, Esq. | 11158 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Wells Fargo Bank as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp Commercial<br>Mortgage Pass Through Certificates Series 2005 C1 as Collateral Assignee of Sunrise Plantation Properties LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 8583 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank NA as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp Commercial<br>Mortgage Pass Through Certificates Series 2006 C4 as Collateral Assignee of CDB Falcon Sunland Plaza LP<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 8515 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank NA as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass<br>Through Certificates Series 2006 C29 as Collateral Assignee of Cedar Development LTD<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 9121 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank Northwest NA<br>Attn Krystal Bagshaw<br>299 S Main St 12th Fl<br>Salt Lake City, UT 86111 | 12416 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Wells Fargo Bank Northwest NA<br>Attn Krystal Bagshaw<br>299 S Main St 12th Fl<br>Salt Lake City, UT 86111 | 13079 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Wells Fargo Bank Northwest NA<br>Attn Richard C Maxwell<br>c o Woods Rogers PLC<br>10 S Jefferson St 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 12023 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 12004 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 12011 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 12012 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 12013 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 13079 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| Wells Fargo Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>Roanoke, VA 24011 | 12014 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Wells Fargo Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>Roanoke, VA 24011 | 14315 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 06/26/09 | 13675 | 412 SOUTH BROADWAY REALTY LLC c/o The MEG Companies 25 Orchard View Drive Londonderry, NH 03053  Robert Somma, Esquire Laura A. Otenti, Esquire Posternak Blankstein & Lund LLP Prudential Tower 800 Boylston Street Boston, MA 02199  Augustus C. Epps, Jr., Esquire Michael D. Mueller, Esquire Jennifer M. McLemore, Esquire Christian & Barton, L.L.P. 909 East Main Street, Suite 1200 Richmond, VA 23219-3095 | | $146,486.24 (general unsecured) | Circuit City Stores Inc. | $21,681.97 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $23,733.33 for Nov stub rent (out of $23,733.33 claimed); (2) $74,470.94 other administrative rent (out of $74,470.94 claimed); (3) $26,600.00 damages repair (out of $26,600.00 claimed). |
| 04/27/09 | 12536 | 610 & San Felipe Inc David H Cox Esq and John J Matteo Esq Jackson & Campbell PC 1120 20th St NW South Tower Washington, DC 20036 | 610 & San Felipe Inc 11219 100 Avenue Edmonton, AB  T5K 0J1 Canada | $1,629,938.80 (general unsecured)  Unliquidated (administrative) | Circuit City Stores, Inc. | $1,629,938.80 (general unsecured)  $0.00 (administrative) | Circuit City Stores, Inc. | General unsecured amounts agree with Debtors' books and records, however, unliquidated portion was superseded by Claim 13946. |
| 06/30/09 | 13946 | 610 & San Felipe Inc David H Cox Esq and John J Matteo Esq Jackson & Campbell PC 1120 20th St NW South Tower Washington, DC 20036 | 610 & San Felipe Inc 11219 100 Avenue Edmonton, AB  T5K 0J1 Canada | $128,989.54 (administrative) | Circuit City Stores, Inc. | $34,573.31 (administrative) | Circuit City Stores, Inc. | Reduce by $58,089.39 in prepetition rent, $5,762.64 in postpetition taxes,  and $30,564.20 in attorney's fees according to the Debtors' books and records. |
| 04/30/09 | 12789 | Acadia Realty Limited Partnership fka Mark Centers Limited Partnership Attn Daniel J Ansell Greenberg Traurig LLp 200 Park Ave New York, NY 10166 | | Unliquidated, but not less than $1,043,019.04 (general unsecured)  Unliquidated, but not less than $98,245.59 (administrative) | Circuit City Stores, Inc. | $980,215.01 (general unsecured)  $32,240.15 (administrative) | Circuit City Stores, Inc. | Reduce by $62,005.44 in administrative rent and $62,804.03 in rejection damages according to the Debtors' books and records. |
| 01/30/09 | 8678 | Basser Kaufman 222 LLC Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | Developers Diversified Realty Corporation Attn Eric C Cotton 3300 Enterprise Pkwy Beachwood, OH  44122 | $683,764.51 (general unsecured) | Circuit City Stores, Inc. | $662,638.76 (general unsecured) | Circuit City Stores, Inc. | Reduce by $16,125.75 in rejection damages and $5,000 in attorney fees according to the Debtors' books and records. |
| 04/30/09 | 12507 | Basser Kaufman 312 LLC Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | Basser Kaufman Attn Marc Kemp 335 Central Ave Lawrence, NY  11559 | $721,432.54 (general unsecured) | Circuit City Stores, Inc. | $647,277.86 (general unsecured) | Circuit City Stores, Inc. | Reduce by $11,224.09 in prepetition rent, $46,706.50 in rejection damages and $5,000 in attorney fees and $11,224.09 in Vendor error according to the Debtors' books and records. |
| 04/27/09 | 12493 | Brighton Commercial LLC Augustus C Epps Jr Esq Christian & Barton LLP 909 E Main St Ste 1200 Richmond, VA 23219 | Brighton Commercial LLC 325 Ridgeview Dr Palm Beach, FL  33480 | $1,014,364.97 (general unsecured) | Circuit City Stores, Inc. | $960,478.10 (general unsecured) | Circuit City Stores, Inc. | Reduce by $36,016.04 in prepetition rent, $14,578.92 in administrative rent, $1,193 in attorney fees and $2,098.91 in Dec '08 late fee according to the Debtors' books and records. |

12304-003\DOCS_LA:233631v1

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 06/30/09 | 14345 | Brighton Commercial LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | Brighton Commercial LLC<br>325 Ridgeview Dr<br>Palm Beach, FL 33480 | $72,396.97<br>(administrative) | Circuit City Stores, Inc. | -$23,527.12<br>administrative | Circuit City Stores, Inc. | Reduce by $27,957.65 in November stub rent, $47,567.57 in postpetition taxes, $1,399.27 in November '08 late fee and $1,907.10 in postpetition CAM recon according to the Debtors' books and records. Further reduce by $12,580.92 in administrative rent, $2,412.67 in attorney fees and $2,098.91 in Dec. '08 late fee because these items are covered in claim 12493. |
| 01/29/09 | 7957 | Catellus Operating Limited Partnership a Delaware Limited Partnership<br>Edward J Tredinnick Esq<br>Greene Radovsky Maloney Share & Hennick LLP<br>Four Embarcadero Center 40th Fl<br>San Francisco, CA 94111 | Catellus Operating Limited Partnership<br>Attn: Greg Moore<br>66 Franklin St., Ste 200<br>Oakland, CA 94607 | $1,903,434.65<br>(unsecured) | Circuit City Stores West Coast, Inc. | 1,850,958.97<br>(general unsecured) | Circuit City Stores West Coast, Inc. | Reduce by $2,303.84 in prepetition rent and $25,171.84 in rejection damages and $25,000 in Other damages according to the Debtor's books and records. |
| 06/26/09 | 13634 | CC Investors 1996 12<br>Randy J Croswell Esq<br>Perkins Thompson PA<br>One Canal Plz<br>PO Box 426<br>Portland, ME 04112-0426 | CC Investors 1996 12<br>Rick Donald<br>CB Richard Ellis Boulos Property Management<br>One Canal Plz 5th Fl<br>Portland, ME 04112 | $209,492.70<br>(administrative) | Circuit City Stores, Inc. | $6375.09<br>(administrative) | Circuit City Stores, Inc. | Reduce by $25,651.66 in November stub rent, $131,802.04 in administrative rent, $36,854.91 in postpetition taxes and $8,809 in unsubstantiated postpetition attorney fees according to the Debtors' books and records. |
| 03/30/09 | 11985 | CC Investors 1996 12<br>Rick Donald<br>CB Richard Ellis Boulos Property Management<br>One Canal Plz Ste 500<br>Portland, ME 04112 | | $903,918.44<br>(general unsecured) | Circuit City Stores, Inc. | $688,609.09<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by $25,651.58 in November stub rent, $178,956.32 in rejection damages and $10,701.45 in postpetition attorney fees according to the Debtors' books and records. |
| 02/24/09 | 11572 | CC Investors 1996 14<br>William A Broscious Esquire<br>Kepley Broscious & Biggs PLC<br>2211 Pump Rd<br>Richmond, VA 23233-3507 | CC Investors 1996 14<br>Kamin Realty Company<br>490 S Highland Ave<br>Pittsburgh, PA 15206<br><br>CC INVESTORS 1996 14<br>DANIEL G KAMIN TAYLOR LLC<br>PO BOX 10234<br>PITTSBURGH, PA 15232 | $863,858.59<br>(general unsecured) | Circuit City Stores, Inc. | $791,135.53<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by $51,623.69 in prepetition rent, $5,000 in attorney fees and $15,879.37 in prepetition taxes according to the Debtors' books and records. |
| 03/13/09 | 11829 | CC Investors 1996 9<br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA 15232-0234 | Kamin Realty Company<br>490 S Highland Ave<br>Pittsburgh, PA 15206 | $1,154,776.86<br>(general unsecured) | Circuit City Stores, Inc. | $1,127,393.47<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by $19,717.07 in prepetition rent and $7,666.32 in late charges according to the Debtors' books and records. |
| 01/30/09 | 9416 | CC Madison PJP LLC CC Madison EJR LLC CC Madison TFR LLC & CC Madison JLR LLC<br>Attn Eric J Rietz Esq<br>Vedder Price PC<br>222 N LaSalle St Ste 2600<br>Chicago, IL 60601 | | $750,257.00<br>(general unsecured)<br><br>$29,265.29<br>(administrative) | Circuit City Stores, Inc. | $748,715.58<br>(general unsecured)<br><br>$29,265.29<br>(administrative) | Circuit City Stores, Inc. | Reduce by $1,541.42 in prepetition rent according to the Debtors' books and records. |
| 01/30/09 | 9417 | CC Roseville LLC<br>Attn Eric J Rietz Jr<br>Vedder Price PC<br>222 N LaSalle St Ste 2600<br>Chicago, IL 60601 | | $615,345.06<br>(general unsecured)<br><br>$15,573.23<br>(administrative) | Circuit City Stores, Inc. | $554,160.72<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by $43,275.66 in prepetition rent, $15,573.23 in postpetition taxes and $17,908.68 in prepetition rent according to the Debtors' books and records. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | | | | | **MODIFIED CLAIMS** | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **BOOKS AND RECORDS CLAIMS TO BE REDUCED** | | | | | |
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 01/29/09 | 8607 | CDB Falcon Sunland Plaza LP<br>17400 Dallas Pkwy Ste 216<br>Dallas, TX 75248 | Stromberg & Associates<br>Counsel for CDB Falcon Sunland Plaza LP<br>2 Lincoln Centre<br>5420 LBJ Fwy Ste 300<br>Dallas , TX 75240 | $481,787.73<br>(general unsecured)<br><br>$110,996.45<br>(administrative) | Circuit City Stores, Inc. | $517,182.39<br>(general unsecured)<br><br>$39,868.70<br>(administrative) | Circuit City Stores, Inc. | Reduce by $2,002.56 in prepetition taxes and $33,730.53 in postpetition taxes according to the Debtors' books and records.  Please note that the prepetition taxes will be reclassified from being administrative to general unsecured. |
| 04/30/09 | 12787 | CEDAR DEVELOPMENT LTD<br>7777 GLADES RD STE 310<br>BOCA RATON, FL 33434-6424 | | $1,057,077.87<br>(general unsecured)<br><br>$51,346.73<br>(administrative) | Circuit City Stores, Inc. | $1,055,678.72<br>(general unsecured)<br><br>$6,931.82<br>(administrative) | Circuit City Stores, Inc. | Reduce by $1,161.75 in prepetition rent, $44,414.91 in November stub rent and $417.38 in prepetition taxes according to the Debtors' books and records. |
| 04/30/09 | 12541 | Cencor Realty Services Inc Agent for SWQ 35 Forum LTD Located in San Antonio TX<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | | $564,678.58<br>(general unsecured) | Circuit City Stores, Inc. | $555,236.59<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by $9,441.99 in prepetition reconciliation according to the Debtors' books and records. |
| 04/30/09 | 12544 | Cencor Realty Services Inc Agent for SWQ 35 Forum LTD Located in San Antonio TX<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | | $25,370.35<br>(administrative) | Circuit City Stores, Inc. | $19,625.09<br>(administrative) | Circuit City Stores, Inc. | Reduce by $602.45 in November stub rent, $267.73 in postpetition insurance reconciliation and $4,875.08 in postpetition tax reconciliation according to the Debtors' books and records. |
| 04/30/09 | 12616 | Centro Properties Group ta Baybrook Gateway Webster TX<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | | $859,130.63<br>(general unsecured) | Circuit City Stores, Inc. | $753,431.87<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by $64,379.03 in rejection damages and $41,319.73 in prepetition taxes according to the Debtors' books and records. |
| 01/27/09 | 5955 | Chalek Company LLC<br>Kenneth R Blumer Esq<br>TroyGould PC<br>1801 Century Pk E Ste 1600<br>Los Angeles, CA  90067 | | $289,747.532<br>(general unsecured) | Circuit City Stores Inc. | $275,135.60<br>(general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $513.90 pre-petition rent (out of $20,556.00 claimed) |
| 01/30/09 | 9038 | Circuit Investors No 2 Ltd, A Texas Partnership<br>c/o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT  06511 | | $421,715.81<br>(general unsecured) | Circuit City Stores Inc. | $341,119.96<br>(general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $52,862.95 rejection damages (out of $385,662.91 claimed) and $27,732.90 prepetition rent (out of $36,052.90 claimed). |

12304-003\DOCS_LA:233631v1

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 06/16/09 | 13397 | Circuit NH Corp. Sigmund Sommer Properties 280 Park Avenue, 4th Floor, West Building New York, NY 10017  Proskauer Rose LLP David C. Cooper 1585 Broadway New York, NY 10036-8299 | TRANSFEREE: 412 SOUTH BROADWAY REALTY LLC c/o The MEG Companies 25 Orchard View Drive Londonderry, NH 03053  Robert Somma, Esquire Laura A. Otenti, Esquire Posternak Blankstein & Lund LLP Prudential Tower 800 Boylston Street Boston, MA 02199  Augustus C. Epps, Jr., Esquire Michael D. Mueller, Esquire Jennifer M. McLemore, Esquire Christian & Barton, L.L.P. 909 East Main Street, Suite 1200 Richmond, VA 23219-3095 | $460,426.66 (general unsecured)  $143,586.66 (administrative) | Circuit City Stores Inc. | $460,426.66 (general unsecured) | Circuit City Stores Inc. | Reduce by following amount not supported by Debtor's books and records: (1) $143,586.66 other administrative rent (out of $143,586.66 claimed). |
| 04/21/09 | 12318 | Circuit PA Corp Sigmond Sommer Properties Attn ronald Dictrow 280 Park Ave 4th Fl West Bldg New York, NY 10017 | Proskauer Rose LLP Attn. David C. Cooper, Esq. 1585 Broadway New York, New York 10036-8299 | $190,458.49 (administrative)  $612,522.66 (general unsecured) | Circuit City Stores Inc. | $612,522.66 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $190,458.49 other administrative rent. |
| 01/29/09 | 8151 | CK Richmond Business Services No 2 Limited Liability Company c/o Niclas A Ferland Esq LeClairRyan A Professional Corporation 555 Long Wharf Dr 8th Fl New Haven, CT 06511 | | $170,799.69 (general unsecured) | Circuit City Stores Inc. | $163,842.68 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $5,220.89 pre-petition rent (out of $8,861.69 claimed) and (2) $1,736.12 for rejection damages (out of $161,938.00 claimed). |
| 04/29/09 | 12468 | Colonial Square Associates Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | | $1,516,857.89 (general unsecured) | Circuit City Stores Inc. | $632,722.94 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $442,387.94 Nov stub rent (out of $442,387.94 claimed); (2) $428,646.33 rejection damages (out of $1,061,451.91 claimed); (3) $1,000.00 attorneys' fees (out of $1,000.00 claimed); (4) $11,150.00 other damages (out of $11,150.00 claimed); (5) $350.68 pre-petition taxes (out of $350.68 claimed). |
| 05/06/09 | 12863 | Donahue Schriber Realty Group, LP c/o Trainor Fairbrook, Attn: Nancy Hotchkiss 980 Fulton Avenue Sacramento, CA 95825 | | $40,726.80 (administrative) | Circuit City Stores West Coast, Inc. | $24,289.00 (administrative) | Circuit City Stores West Coast, Inc. | Reduce by $11,752.80 in administrative rent and $4,685.00 in attorneys' fees according to Debtor's books and records. |
| 01/29/09 | 8353 | Drury Land Development, Inc. Attn David E. Wilson, Esq. 721 Emerson Rd STE 200 St. Louis, MO 63141 | | $319,460.32 (general unsecured)  $17,353.26 (administrative) | Circuit City Stores Inc. | $319,420.08 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $16,368.37 Nov stub rent (out of $16,368.37 claimed); (2) $40.24 pre-petition taxes (out of $14,726.38 claimed); (3) $984.89 post-petition taxes (out of $984.89 claimed). |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 01/27/09 | 7659 | Edwin Watts Golf Shops LLC Stephen E Scarce 6802 Paragon Pl Ste 300 Richmond, VA  23230-1655 | | $10,850.00 (general unsecured) | Circuit City Stores Inc. | $5,071.20 (general unsecured) | Circuit City Stores Inc. | Reduce by subtenant rent past due from claimant of $5,778.80. |
| 04/02/09 | 12086 | Federal Realty Investment Trust ta Troy Hills Shopping Center Parsippany NJ c/o David L Pollack Esq Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA  19103 | | $591,761.64 (administrative) | Circuit City Stores Inc. | $154,081.84 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $42,535.27 Nov stub rent (out of $42,535.27 claimed); (2) $12,915.55 post-petition taxes (out of $12,915.55 claimed); (3) $174.79 post-petition CAM (out of $174.79 claimed); (5) $281.09 electric (out of $281.09 claimed). Reduce $301,296.85 for mechanic's liens superseded by claim #s 2779, 2818, 9207 made by mechanics (out of total of $301,296.85 in claims). Reduce by $12,100.00 in post-petition damage repair (out of $80,476.25 claimed) for Vapor Mitigation System which was Landlord's responsiblity under lease. |
| 04/02/09 | 12085 | Federal Realty Investment Trust ta Troy Hills Shopping Center Parsippany NJ c/o David L Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA  19103-7599 | | $1,415,022.15 (general unsecured) | Circuit City Stores Inc. | $1,377,470.39 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $19,499.50 rejection damages (out of $1,295,464.08 claimed); (2) $171.43 pre-petition CAM (out of $171.43 claimed); (3) $5,213.66 electric (out of $5,213.66 claimed); (4) $12,667.17 pre-petition taxes (out of $12,667.17 claimed). |
| 03/26/09 | 11967 | Forest City Commercial Management Inc Agent for Laburnum Investment LLC 50 Public Sq Ste 1360 Cleveland, OH 44113 | | $665,436.41 (general unsecured) | Circuit City Stores, Inc. | $629,627.85 (general unsecured) | Circuit City Stores Inc. | Reduce by $35,808.56 in prepetition rent according to the Debtors' books and records. |
| 04/28/09 | 12456 | GA Lakewood LLC Lauren Lonergan Taylor Esq Matthew E Hoffman Esq Duane Morris LLP 30 S 17th St Philadelphia, PA  19103 | Dennis Ballard, Esq. Darin Bennigsdorf GA Lakewood, LLC clo Principal Life Insurance Company 801 Grand Avenue Des Moines, IA 50392-0301 | $831,516.45 (general unsecured) | Circuit City Stores Inc. | $730,811.33 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $100,705.12 rejection damages (out of $831,516.45 claimed) |
| 06/12/09 | 13336 | GA Lakewood LLC Lauren Lonergan Taylor Esq Matthew E Hoffman Esq Duane Morris LLP 30 S 17th St Philadelphia, PA  19103 | Dennis Ballard, Esq. Darin Bennigsdorf GA Lakewood, LLC clo Principal Life Insurance Company 801 Grand Avenue Des Moines, IA 50392-0301 | $129,004.25 (general unsecured) | Circuit City Stores Inc. | $46,556.25 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $82,448.00 damages (out of $82,448.00 claimed) |
| 01/30/09 | 9190 | Galleria Alpha Plaza Ltd c/o Lynnette R Warman Hunton & Wiliams LLP 1445 Ross Ave Ste 3700 Dallas, TX  75202 | | $2,482,536.52 (general unsecured) | Circuit City Stores Inc. | $2,312,257.95 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $77,651.70 pre-petition rent (out of $110,621.21 claimed); (2) $48,408.69 rejection damages (out of $2,060,687.31 claimed); (3) $44,218.18 pre-petition taxes (out of $311,228.00 claimed). |
| 04/28/09 | 12448 | La Habra Imperial LLC Augustus C Epps Jr Esq Christian & Barton LLP 909 E Main St Ste 1200 Richmond, VA 23219-3095 | METRO POINTE RETAIL ASSOC 949 S COAST DR STE 600 COSTA MESA, CA  92626 | $1,400,456.79 (general unsecured) | Circuit City Stores, Inc. | $1,302,372.91 (general unsecured) | Circuit City Stores, Inc. | Reduce by $73,726.01 in November stub rent, $12,541.28 in attorney fees, $2,777.38 in postpetition taxes and $9,039.21 in damages according to the Debtors' books and records. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 01/30/09 | 8564 | Manufacturers & Traders Trust Company as Trustee c/o Nicholas M Miller Esq Neal Gerber & Eisenberg LLP Two N LaSalle St Ste 1700 Chicago, IL 60602 | | Unliquidated (general unsecured) | Circuit City Stores Inc. | $327,947.88 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $13,035.35 attorney fees (out of $13,035.35 claimed) and (2) $3,447.88 trustee fees (out of $3,447.88 claimed). Reduce unliquidated amounts to $0 for lack of documentation. |
| 01/30/09 | 8782 | Marlton VF LLC c/o Vornado Realty Trust 210 Route 4 East Paramus, New Jersey 07652 Attn.: Mei Cheng | | $44,773.00 (general unsecured) $1,070,224.93 (administrative) | Circuit City Stores Inc. | $45,484.58 (administrative) | Circuit City Stores Inc. | Reduce by mechanic's lien claims: (1) general unsecured $44,773.00; (2) administrative $1,024,740.35 on grounds: (A) claims belong to mechanics which have filed following claims: #9207 for $44,700 (Trane); #5163 for $47,700.00 (Laurel Plumbing); #3739 for $120,225.00 (Union County Construction); #2818 for $614,018.00 (Contracting Systems, Inc.); #2779 for $18,075.32 (Haines, Jones & Cadbury). (B) No showing that these claims are valid liens against property as opposed to contract claims against Debtor for which landlord would not be responsible. (C) Note that MJ Binder, Laurel Plumbing and Union County Construction were sub-contractors to Contracting Systems and hence their claims are included in the latter's claim. Reduce by all items for unliquidated amounts. |
| 01/30/09 | 11990 | Marlton VF LLC c/o Vornado Realty Trust 210 Route 4 East Paramus, New Jersey 07652 Attn.: Mei Cheng | | $942,331.40 (general unsecured) $1,074,621.35 (administrative) | Circuit City Stores Inc. | $837,558.40 (general unsecured) | Circuit City Stores Inc. | Reduce by following amount not supported by Debtor's books and records: (1) $59,994.13 for rejection damages (out of $897,558.40 claimed. Reduce by mechanic's lien claims: (1) general unsecured $44,773.00; (2) administrative $1,074,621.35 on grounds: (A) claims belong to mechanics which have filed following claims: #9207 for $44,700 (Trane); #5163 for $47,700.00 (Laurel Plumbing); #3739 for $120,225.00 (Union County Construction); #2818 for $614,018.00 (Contracting Systems, Inc.); #2779 for $18,075.32 (Haines, Jones & Cadbury). (B) No showing that these claims are valid liens against property as opposed to contract claims against Debtor for which landlord would not be responsible. (C) Note that MJ Binder, Laurel Plumbing and Union County Construction were sub-contractors to Contracting Systems and hence their claims are included in the latter's claim. Reduce by all items for unliquidated amounts. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 01/30/09 | 9280 | MDS Realty II LLC c o Zachary J Eskau Dawda Mann Mulcahy & Sadler PLC 39533 Woodward Ave Ste 200 Bloomfield Hills, MI 48304-5103 | MDS REALTY II LLC 122 S MICHIGAN AVE STE 1000 CO KLAFF REALTY LP CHICAGO, IL 60603 | $3,536,433.82 (general unsecured) | Circuit City Stores, Inc. | $960,270.98 (general unsecured) | Circuit City Stores, Inc. | Reduce by $2,576,162.84 in rejection damages according to the Debtors' books and records. |
| 02/10/09 | 13111 | MDS REALTY II LLC PARKER POLLARD & BROWN PC STEPHEN E SCARCE MEREDITH L YODER 6802 PARAGON PL STE 300 RICHMOND, VA 23230 | MDS REALTY II LLC 122 S MICHIGAN AVE STE 1000 CO KLAFF REALTY LP CHICAGO, IL 60603 | $98,289.58 (administrative) | Circuit City Stores, Inc. | $63,609.52 (administrative) | Circuit City Stores, Inc. | Reduce by $34,680.06 in administrative rent according to the Debtors' books and records. |
| 04/30/09 | 12757 | Palmetto Investors LLC Mark A Bartels Esq Stellpflug Law SC 444 Reid St Ste 200 PO Box 5637 De Pere, WI 54115-2100 | PALMETTO INVESTORS LLC C O NIFONG REALTY INC 2181 S ONEIDA ST STE 1 GREEN BAY, WI 54304 | $997,595.02 (general unsecured) | Circuit City Stores, Inc. | $913,015.87 (general unsecured) | Circuit City Stores, Inc. | Reduce by $822.61 in prepetition CAM reconciliation and $60,024.16 in prepetition taxes according to the Debtors' books and records. Claim should further be reduced by $37,316.33 in November stub rent, $5,833.02 in administrative rent, $584.09 in postpetition CAM reconciliation and $13,232.16 in postpetition taxes which have been subsumed into claim #13933. |
| 06/29/09 | 13933 | Palmetto Investors LLC Mark A Bartels Esq Stellpflug Law SC 444 Reid St Ste 200 PO Box 5637 De Pere, WI 54115-2100 | PALMETTO INVESTORS LLC C O NIFONG REALTY INC 2181 S ONEIDA ST STE 1 GREEN BAY, WI 54304 | $56,965.60 (administrative) | Circuit City Stores, Inc. | $33,233.22 (administrative) | Circuit City Stores, Inc | Reduce by $4,083.11 in November stub rent, $5,833.02 in administrative rent, $584.09 in postpetition CAM reconciliation and $13,232.16 in postpetition taxes according to the Debtors' books and records. |
| 03/20/09 | 12201 | Parkdale Mall Associates LP c o Scott M Shaw Esq Husch Blackwell Sanders LP 2030 Hamilton Pl Blvd Ste 150 Chattanooga, TN 37421 | | $822,706.01 (general unsecured) $50,881.62 (administrative) | Circuit City Stores, Inc. | $821,470.21 (general unsecured) $36,325.03 (administrative) | Circuit City Stores, Inc. | Reduce by $1,235.80 in prepetition taxes and $14,556.59 in administrative rent according to the Debtors' books and records. |
| 06/30/09 | 14356 | Port Arthur Holdings III Ltd David H Cox Esq & John J Matteo Esq Jackson & Campbell PC 1120 20th St NW South Tower Washington, DC 20036 | | $197,548.20 (administrative) | Circuit City Stores, Inc. | $11,684.10 (administrative) | Circuit City Stores, Inc. | Reduce by $27,362.77 in November stub rent, $348.92 in postpetition taxes and $68,152.41 in attorney fees according to the Debtors' books and records. |
| 04/27/09 | 12535 | Port Arthur Holdings III Ltd David H Cox Esq Jackson & Campbell PC 1120 20th St NW Ste 300 S Washington, DC 20036 | Port Arthur Holdings III Ltd 712 Main St 29th Fl Houston, TX 77002 | $566,474.77 (general unsecured) | Circuit City Stores, Inc. | $520,810.64 (general unsecured) | Circuit City Stores, Inc. | Reduce by $45,664.13 in prepetition rent according to the Debtors' books and records. |
| 01/30/09 | 8778 | R Garza OD PA Raymund Garza 777 N Texas Blvd Alice, TX 78332 | | $1,828.12 (general unsecured) | Circuit City Stores, Inc. | $810.80 (general unsecured) | Circuit City Stores, Inc. | Reduce by subtenant rent past due from claimant of $1,017.32. |
| 01/13/09 | 3687 | Ray Fogg Corporate Properties LLC Weltman Weinberg & Reis 323 W Lakeside Ave 2nd Fl Cleveland, OH 44113 | | $1,565,646.40 (general unsecured) | Circuit City Stores Inc. | $10,447.91 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: $16,926.08 prepetition rent (out of $27,373.99 claimed). In addition, the rejection damages portion of this claim ($1,538,272.41) was amended by claim 14803 filed by this claimant on 1/20/10. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 01/20/10 | 14803 | Ray Fogg Corporate Properties LLC<br>Weltman Weinberg & Reis<br>323 W Lakeside Ave 2nd Fl<br>Cleveland, OH 44113 | | $421,589.77<br>(general unsecured) | Circuit City Stores Inc. | $410,431.14<br>(general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: $8,451.87 for rejection damages (out of $421,589.77 claimed). In addition, the Debtors' books and records show that they are owed $2,706.76 for overpayment of prepetition taxes. |
| 01/30/09 | 8749 | RD Bloomfield Associates Limited Partnership<br>Attn David J Ansell<br>Greenberg Traurig LLP<br>200 Park Ave<br>New York, NY 10166 | Christian & Barton LLP<br>Attn Michael D Mueller<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | Unliquidated, but not less than $1,400,750.85<br>(general unsecured)<br><br>Unliquidated<br>(administrative) | Circuit City Stores, Inc. | $1,212,467.22<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by $8,071.80 in administrative rent, $144,387.67 in rejection damages, $16,494.99 in postpetition taxes and $19,329.17 in postpetition CAM according to the Debtors' books and records. |
| 05/06/09 | 12855 | Starpoint Properties LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | Starpoint Properties LLC<br>450 N Roxbury Dr No 1050<br>Beverly Hills, CA 90210 | Unliquidated, but not less than $1,042,054.01<br>(general unsecured) | Circuit City Stores, Inc. | $995,067.89<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by $42,732.98 in November stub rent and $4253.14 in attorney fees because these amounts are amended and superseded by claim 14343. |
| 06/30/09 | 14343 | Starpoint Properties LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | | $150,067.91<br>(administrative) | Circuit City Stores, Inc. | $28,105.57<br>(administrative) | Circuit City Stores, Inc. | Reduce by $40,709.20 in November stub rent, $4,253.14 in attorney's fees & $77,000 in other damages according to the Debtors' books and records. |
| 01/29/09 | 8573 | STOR ALL NEW ORLEANS, L L C<br>259 LAKE VISTA DR<br>MANDEVILLE, LA 70471 | Stephen P Schott<br>Montgomery Barnett Brown Read Hammond & Mintz LLP<br>1100 Poydras St Ste 3300<br>New Orleans, LA 70163-3200 | $640,295.46<br>(general unsecured) | Circuit City Stores, Inc. | $617,625.99<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by $1,206.97 in prepetition rent and $21,462.50 in rejection damages according to the Debtors' books and records. |
| 04/01/09 | 12173 | Suemar Realty Inc<br>Rob Armstrong<br>27476 Holiday Ln<br>Perrysburg, OH 43551 | David J. Coyle<br>Shumaker Loop & Kendrick LLP<br>1000 Jackson Street<br>Toledo, Ohio 43604-5573 | $1,336,684.17<br>(general unsecured) | Circuit City Stores Inc. | $$1,212,856.48<br>(general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $360.00 pre-petition CAM (out of $360.00 claimed); (2) $807.56 post-petition CAM (out of $807.56 claimed).<br>Reduce by following amounts superseded by claim #14017: (1) $26,024..94 Nov stub rent (out of $26,024.94 claimed); (2) $11,950.23 other administrative rent (out of $11,950.23 claimed); (3) $4,986.22 post-petition taxes (out of $4,986.22 claimed); (4) $1,542.01 2009 CAM (out of $1,542.01 claimed); (5) $5,783.06 water (out of $5,783.06 claimed).<br>Reduce by following amounts not supported by Debtor's books and records: (1) $614.87 pre-petition CAM (out of $15,809.78 claimed); (2) $101.82 for 2008 CAM (out of $2,618.18 claimed).<br>Reduce by following amounts superseded by claim #14017: (1) $30,911.35 Nov stub rent (out of $30,911.35 claimed); (2) $14,193.99 other administrative rent (out of $14,193.99 claimed); (3) $16,806.94 post petition taxes (out of $16,806.94 claimed); $7,228.34 for 2009 CAM (out of $7,228.34 claimed). |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 01/30/09 | 9943 | Tam Stockton LLC a California Limited Liability Company Attn David J Gustafson Tam Stockton LLC 500 Washington St Ste 475 San Francisco, CA 94111-2949 | | $322,938.52 (general unsecured) | Circuit City Stores Inc. | $308,676.25 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $679.16 pre-petition rent (out of $6,791.56 claimed). |
| 06/24/09 | 13753 | Tourboullin Corporation Clifford A Katz Esq Platzer Swergold Karlin Levine Goldberg & Jaslow LLP 1065 Avenue of the Americas 18th Fl New York, NY 10018 | | $139,628.65 (administrative) | Circuit City Stores, Inc. | $11,409.86 (administrative) | Circuit City Stores Inc. | Reduce by $128,218.79 in postpetition taxes according to the Debtors' books and records. |
| 04/30/09 | 12824 | Trust No 45786 by CTLT as Trustee c o Joseph Freed and Associates LLC Attn Douglas McMahon Atty c o Joseph Freed and Associates LLC 33 S State St Ste 400 Chicago, IL 60603 | | $1,174,288.10 (general unsecured) $49,458.28 (administrative) | Circuit City Stores, Inc. | $1,082,467.45 (general unsecured) $48,713.97 (administrative) | Circuit City Stores Inc. | Reduce by $2,435.69 in prepetition rent, $69,632.66 in rejection damages, $4,615 in CAM Recon, $15,137.30 in damages and $744.31 in CAM Recon according to the Debtors' books and records. |
| 02/09/10 | 14812 | Uncommon Ltd c o Michael D Mueller & Augustus C Epps Jr & Jennifer M McLemore Christian & Barton LLP 909 E Main St Ste 1200 Richmond, VA 23219-3013 | | $113,176.89 (administrative) | Circuit City Stores, Inc. | $22,490.46 (administrative) | Circuit City Stores Inc. | Reduce by $74,554.09 in November stub rent, $4,784.40 in attorney fees and $11,347.94 in postpetition taxes according to the Debtors' books and records. |
| 04/30/09 | 12786 | UNCOMMON LTD ROBERT J SCHMIER 7777 GLADES RD STE 310 BOCA RATON, FL 33434-4150 | | $1,462,301.14 (general unsecured) $79,090.84 (administrative) | Circuit City Stores, Inc. | $1,462,140.12 (general unsecured) | Circuit City Stores Inc. | Reduce by $74,554.09 in November stub rent and $4,536.75 in postpetition taxes because administrative claims are amended and superseded by claim 14812. Further reduce by $161.02 according to Debtors' books and records. |
| 04/06/09 | 12149 | VIWY LP c/o Vision Group Ventures 633 W Germantown Pike STE 104 Plymouth Meeting, PA 19462 | | $678,490.22 (general unsecured) $19,615.60 (administrative) | Circuit City Stores Inc. | $531,803.10 (general unsecured) $19,615.60 (administrative) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: $980.73 pre-petition rent, $115,103.50 for mechanic's liens, $30,602.89 for rejection damages. (2) no evidence that this amount is claim against the property. |
| 03/10/09 | 11791 | Watercress Associates LP LLLP dba Pearlridge Center Attn Lawrence A Diamant Esq Levene Neale Bender Rankin & Brill LLP 10250 Constellation Blvd Ste 1700 Los Angeles, CA 90067 | Watercress Associates LP LLLP 98 1005 Moanalua Rd Ste 231 Aiea, HI 96701-4707 | $1,161,127.98 (general unsecured) | Circuit City Stores, Inc. | $1,125,617.32 (general unsecured) | Circuit City Stores Inc. | Reduce by $35,510.66 in rejection damages according to the Debtors' books and records. |
| 03/10/09 | 11820 | Watercress Associates LP LLLP dba Pearlridge Center Attn Lawrence A Diamant Esq Levene Neale Bender Rankin & Brill LLP 10250 Constellation Blvd Ste 1700 Los Angeles, CA 90067 | Watercress Associates LP LLLP 98 1005 Moanalua Rd Ste 231 Aiea, HI 96701-4707 | $58,000.99 (priority) | Circuit City Stores, Inc. | $47,586.21 (priority) | Circuit City Stores Inc. | Reduce by $10,383.37 in postpetition taxes, $30 in employee parking validation and $1.41 in GET recovery according to the Debtors' books and records. |
| 01/29/09 | 7836 | Watkins Houston Investments LP Attn Lee A Collins c/o Boyar & Miller 4265 San Felipe Ste 1200 Houston, TX 77024 | | $829,592.73 (general unsecured) | Circuit City Stores Inc. | $447,112.12 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $57,170.79 pre-petition rent (out of $95,423.29 claimed); (2) $7,708.38 rejection damages (out of $416,568.00 claimed); (3) $1,810.00 attorney fees (out of $1,810.00 claimed) and (4) $315,791.44 cleanup and repair (out of $315,791.44 claimed). |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 02/20/09 | 11158 | Weingarten Miller Sheridan LLC c/o Weingarten Realty Investors 2600 Citadel Plaza Drive, Suite 125 Houston, Texas 77008 Attn: Jenny J. Hyun, Esq. | | $907,752.72 (general unsecured) | Circuit City Stores Inc. | $547,823.84 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $180,094.44 rejection damages (out of $727,918.28 claimed). Reduce by $179,834.44 for mechanic's lien claims: (1) no backup for amounts claimed; (2) no showing that these are valid lien claims against landlord's property as opposed to contractual claims against Debtor for which landlord not liable; (3) separate claims filed by mechanics: (a) Trane US for $37,119.74, claim #9205; and (b) Brinkman Constructors for $88,305.00, claim #8669. |
| 04/29/09 | 12416 | Wells Fargo Bank Northwest NA Attn Krystal Bagshaw 299 S Main St 12th Fl Salt Lake City, UT 86111 | | $700,106.88 (general unsecured) $9,305.10 (administrative) | Circuit City Stores, Inc. | $702,347.35 (general unsecured) | Circuit City Stores, Inc. | Reduce by $2,061.60 in postpetition taxes and $5,003.03 in attorney fees according to the Debtors' books and records. |

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)
**EXHIBIT D**

**CLAIMS TO BE RECLASSIFIED**

| | | | CLAIMS TO BE RECLASSIFIED | | | RECLASSIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount and Classification | Debtor | Proposed Reclassified Face Claim Amount and Classification | Debtor | Comments |
| 01/29/09 | 8607 | CDB Falcon Sunland Plaza LP<br>17400 Dallas Pkwy Ste 216<br>Dallas, TX 75248 | Stromberg & Associates<br>Counsel for CDB Falcon Sunland Plaza LP<br>2 Lincoln Centre<br>5420 LBJ Fwy Ste 300<br>Dallas , TX 75240 | $481,787.73<br>(general unsecured)<br><br>$110,996.45<br>(administrative) | Circuit City Stores, Inc. | $519,184.95<br>(general unsecured)<br><br>$73,599.23<br>(administrative) | Circuit City Stores, Inc. | The category of prepetition taxes is being reclassified from administrative to general unsecured. **Claim is also subject to a books and records objection.** |
| 06/16/09 | 13389 | GA Lakewood LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA  19103 | Dennis Ballard, Esq.<br>Darin Bennigsdorf<br>GA Lakewood, LLC<br>clo Principal Life Insurance Company<br>801 Grand Avenue<br>Des Moines, IA 50392-0301 | $112,913.28<br>(administrative) | Circuit City Stores, Inc. | $96,958.14<br>(general unsecured)<br><br>$15,955.14<br>(general unsecured) | Circuit City Stores Inc. | Claim is for taxes which have been pro-rated between pre- and post-petition as indicated according to Debtor's books and records. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT E**
**INVALID CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 12/19/08 | 13098 | ACADIA REALTY LIMITED PARTNERSHIP & BRIGHTON COMMERICAL LLC & CATELLUS OPERATING LIMITED PARTNERSHIP & CEDAR DEVELOPMENT LTD ATTN JENNIFER M MCLEMORE & AUGUSTUS C EPPS JR & MICHAEL D MUELLER ESQ & JENNIFER M MCLEMORE ESQ & NOELLE M JAMES ESQ CO CHRISTIAN & BARTON 909 E MAIN SR STE 1200 RICHMOND, VA 23219 | | Unliquidated (administrative) | Circuit City Stores, Inc. | Claim is unliquidated-no statement of amounts claimed or what they are claimed for. |
| 06/26/09 | 13802 | Acadia Realty Limited Partnership fka Mark Centers Limited Partnership Attn Daniel J Ansell and Howard J Berman and Heath B Kushnick Greenberg Traurig LLP 200 Park Ave New York, NY 10166 | Christian & Barton LLP Michael D Mueller & Augustus C Epps Jr & Jennifer M McLemore 909 E Main St Ste 1200 Richmond, VA  23219 | $98,245.59 (administrative) | Circuit City Stores, Inc. | The administrative amounts asserted are already covered in claim 12789. |
| 01/30/09 | 9119 | Bank of America NA as Trustee for the Registered Holders of Greenwich Capital Commercial Funding Corp Commercial Mortgage Trust 2007 GG9 Commercial Mortgage Pass Through Certificates Series 2007 GG9 as Collateral Assignee of NP SSP Baybrook LLC Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | NP SSP BAYBROOK LLC C O CENTRO PROPERTIES GROUP 420 LEXINGTON AVE 7TH FL NEW YORK, NY  10170 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant is lender to landlord and Debtors are addressing claim 12616 regarding general unsecured claims with the landlord.  Claim lacks proof that claimant is entitled to assert claim or proof that amounts are owed. |
| 10/28/09 | 14703 | Basser Kaufman 312 LLC Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | Basser Kaufman Attn Marc Kemp 335 Central Ave Lawrence, NY  11559 | $24,745.08 (administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the amount of administrative rent asserted is not owed. |
| 07/01/09 | 14416 | Basser Kaufman Attn Marc Kemp 335 Central Ave Lawrence, NY 11559 | Kelley Drye & Warren LLP Attn James S Carr & Robert L LeHane Esq 101 Park Ave New York, NY  10178 | $3,000.00 (administrative) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, there are no administrative amounts owed to claimant. |
| 06/30/09 | 13905 | CDB Falcon Sunland Plaza LP Mark Stromberg Esq Stromberg & Associates PC Two Lincoln Centre 5420 LBJ Freeway Ste 300 Dallas, TX 75240 | P Matthew Roberts VSB70259 Berkeley & DeGaetani 1301 N Hamilton St Ste 200 Richmond, VA  23230 | $110,996.45 (administrative) | Circuit City Stores, Inc. | The claim should be expunged because all amounts asserted have been subsumed into claim 8607. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 06/30/09 | 14140 | Cedar Development Ltd Michael D Mueller & Augustus C Epps Jr & Jennifer M McLemore Christian & Barton LLP 909 E Main St Ste 1200 Richmond, VA 23219 | CEDAR DEVELOPMENT LTD 7777 GLADES RD STE 310 BOCA RATON, FL 33434-6424 | $56,395.05 (administrative) | Circuit City Stores, Inc. | The amounts asserted are covered in claim 12787. |
| 02/09/10 | 14811 | Cedar Development Ltd Michael D Mueller & Augustus C Epps Jr & Jennifer M McLemore Christian & Barton LLP 909 E Main St Ste 1200 Richmond, VA 23219 | CEDAR DEVELOPMENT LTD 7777 GLADES RD STE 310 BOCA RATON, FL 33434-6424 | $82,071.19 (administrative) | Circuit City Stores, Inc. | The November stub rent and post petition taxes are covered in claim 12787.  Also,  pursuant to the Debtors' books and records, the amount of attorney fees asserted by the claimant is not owed by the Debtors. |
| 04/30/09 | 12583 | Centro Properties Group ta Baybrook Gateway Webster TX c o David L Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | | $35,251.65 (administrative) | Circuit City Stores, Inc. | According to the Debtor's books and records, $7,186.04 in postpetition taxes and ($4,088.20) in CAM recon is not owed.  Reduce further by $32,153.81 in prepetition rent because this is covered in claim 12616. |
| 06/18/09 | 13449 | Colonial Square Associates Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY  10178 | | $78,329.25 (administrative) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $64,655.94 other administrative rent (out of $64,655.94 claimed); (2) $7,188.94 post-petition taxes (out of $7,188.94 claimed); (3) $6,484.37 post-petitin insurance (out of $6,484.37 claimed). |
| 01/06/09 | 2818 | Contracting Systems, Inc.  II 472 California Road Quakertown, PA  18951 | William J. Perone, Esq 1289 Shadow Oak Drive Malvern, Pennsylvania 19355 | $959,983.10 (general unsecured) | Circuit City Stores Inc. | According to the debtor's books & records, there is no liability under this claim number for a mechanics lien |
| 06/30/09 | 14362 | CVS Pharmacy Inc and Melville Realty Company Inc Mark Minuti Saul Ewing LLP 222 Delaware Ave Ste 1200 PO Box 1266 Wilmington, DE 19899 | Edith K Altice Lockwood Pl 500 E Pratt St 8th Fl Baltimore, MD  21202-3171  Mark Minun Weiland Golden Smiley Wang Ekin & Strok LLP 650 Town Ctr Ste 950 Costa Mesa, CA  92626 | $75,821.38 (administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the amounts asserted are not owed. |
| 01/28/09 | 7492 | CVS Pharmacy Inc Attn Edith K Altice Esq Saul Ewing LLP 500 E Pratt St 8th Fl Baltimore, MD  21202 | Saul Ewing LLP 222 Delaware Avenue, Suite 1200 Wilmington, DE 19801 Attn: Mark ~Unuti, Esq_ | Unliquidated (general unsecured) | Circuit City Stores Inc. | Claim is unliquidated and provides no information or dollar amounts as to basis for claim. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 01/28/09 | 7492 | CVS Pharmacy Inc<br>Attn Edith K Altice Esq<br>Saul Ewing LLP<br>500 E Pratt St 8th Fl<br>Baltimore, MD 21202 | CVS Pharmacy<br>Attn Michael B Nulman Sr Legal Counsel<br>One CVS Dr<br>Woonsocket, RI 02890<br><br>CVS Pharmacy Inc<br>Attn Mark Minuti Esq<br>Saul Ewing LLP<br>222 Delaware Ave Ste 1200<br>Wilmington, DE 19801 | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc. | Claim is unliquidated-no statement of amounts claimed or what they are claimed for. |
| 06/30/09 | 14213 | Dicks Sporting Goods Inc<br>Attn James D Newell & Zakarij O Thomas<br>Buchanan Ingersoll & Rooney PC<br>One Oxford Ctr 20th Fl<br>Pittsburgh, PA 15219 | | $60,964.43<br>(administrative) | Circuit City Stores Inc. | This claim is by a sub-tenant against the Debtor as sub-landlord.<br>The claim is for November rent and is not supported by Debtor's books and records. |
| 01/30/09 | 8936 | Dicks Sporting Goods Inc<br>Attn Jay Blount<br>300 Industry Dr<br>Pittsburgh, PA 15275 | | $3,064,868.52<br>(general unsecured) | Circuit City Stores Inc. | This claim is by a sub-tenant against the Debtor as sub-landlord.<br>The following amounts are not supported by Debtor's books and records, no explanation is given as to how claimant suffered damages on account of them and no explanation is given as to why they constitute legally recoverable damages: (1) Rent paid by sub-tenant for November $107,746.28; (2) $2,774,185.54 for the difference between (a) the amount claimant would have paid Debtor under the sublease through the end of the term and (b) the amount Debtor would have paid as rent under the master lease through the end of its term; (3) $182,936.70 for pre-petition taxes paid by claimant to Debtor and allegedly not paid by Debtor to its landlord. |
| 01/30/09 | 9102 | Dollar Tree Stores Inc<br>Attn Scott R Kipnis<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave<br>New York, NY 10036-5101 | | $17,138,303.88<br>(general unsecured)<br><br>$31,850.00<br>(administrative) | Circuit City Stores, Inc. | No proof of standing to present claim.<br>Reduce by following amounts not supported by Debtor's books and records: (1) $9,900.00 pre-petition rent; (2) $23,100.00 Nov stub rent ; (3) $4,000,000.00 future earnings loss and $1,124,653.88 in rejection damages already asserted in claim # 9943. A claim for pre-petition rent pre-empted by claim for same damages made by landlord in claim # 5955. |
| 03/26/09 | 12035 | Forest City Commercial Mgmt, Inc.<br>Agent for Laburnum Investment, LLC<br>50 Public Square, Suite 1360<br>Cleveland, OH 44113 | | $9,795.38<br>(administrative) | Circuit City Stores, Inc. | According to the Debtors' books and records, the amount of pot-petition real estate taxes asserted is not owed. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 04/28/09 | 12425 | GA Montgomeryville LLC<br>Lauren Lonergan Taylor Esq and Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA  19103 | Dennis Ballard, Esquire<br>Darin 8enmgsdorf<br>GA Montgomeryville. LLC<br>clo Principal Life Insurance Company<br>801 Grand Avenue<br>Des Moines, IA 50392-0301 | $694,618.05<br>(general unsecured) | Circuit City Stores Inc. | Reduce by $694,618.05 since this is one of multiple claims by various claimants.  Not possible to determine the correct claimant. |
| 06/12/09 | 13328 | GA Montgomeryville LLC<br>Lauren Lonergan Taylor Esq and Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA  19103 | Dennis Ballard, Esquire<br>Darin 8enmgsdorf<br>GA Montgomeryville. LLC<br>clo Principal Life Insurance Company<br>801 Grand Avenue<br>Des Moines, IA 50392-0301 | $142,868.00<br>(general unsecured) | Circuit City Stores Inc. | Reduce by $61,568.00 for pre-petition rent (out of $61,568.00 claimed) since there are 3 other claims for pre-petition rent by 2 other claimants: (1) Claim #s 8224 and 13094 by Principal Life Insurance Co. asserted to be assignee of rents; and (2) landlord Circuit PA Corp, claim #12318. No evidence to allow determination of proper claimant for this item.<br>Reduce by $81,300.00 for other damages (out of $81,300.00 claimed) not supported by Debtor's books and records. |
| 06/30/09 | 14388 | Galleria Plaza Ltd<br>c/o Henry P Long III<br>Hunton & Williams LLP<br>Riverfront Plz E Tower<br>951 E Byrd St<br>Richmond, VA  23219-4074 | Lynnette R. Warman<br>Cameron W. Kinvig<br>HUNTON & WILLIAMS LLP<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202 | Unliquidated<br>(administrative) | Circuit City Stores Inc. | An administrative claim by this claimant for this location is not supported by the Debtors' books and records. |
| 06/30/09 | 14197 | Golf Galaxy Inc<br>Attn James D Newell & Zakarij O Thomas<br>Buchanan Ingersoll & Rooney<br>One Oxford Ctr 20th Fl<br>Pittsburgh, PA 15219 | | $24,517.75<br>(administrative) | Circuit City Stores, Inc. | Claim lacks proof that claimant is entitled to assert claim. |
| 04/13/09 | 12222 | Golf Galaxy Inc<br>Jay Blount<br>c o Dicks Sporting Goods Inc<br>300 Industry Dr<br>Pittsburgh, PA 15275 | Buchanan Ingersoll & Rooney PC<br>Zakarij O Thomas Esq<br>One Oxford Centre<br>301 Grant St 20th Fl<br>Pittsburgh, PA  15219 | $9,993.32<br>general unsecured) | Circuit City Stores, Inc. | Claim lacks proof that claimant is entitled to assert claim. |
| 01/05/09 | 2779 | HAJOCA CORPORATION<br>d/b/a Haines, Jones & Cadbury<br>310 SW 24th Street<br>Bentonville, AR  72712 | | $30, 223.57<br>(general unsecured) | Circuit City Purchasing Co., LLC | According to the debtor's books & records, there is no liability under this claim number for a mechanics lien |
| 01/30/09 | 9944 | HD Supply Facilities Maintenance Ltd<br>c/o Ross Tanner Director<br>10641 Scripps Summit Ct<br>San Diego, CA  92131 | | $346,903.34<br>(general unsecured) | Circuit City Stores Inc. | The claim does not indicate (1) claimant's standing to assert the claim or (2) the relationship between the claim and a lease or sublease on the property.<br>The following amounts are not supported by Debtor's books and records: (1) $341,053.52 leasehold improvements; (2) $2,220.77 ADT security; (3) $3,629.05 carpet and flooring. |
| 01/30/09 | 9159 | KNOXVILLE LEVCAL LLC<br>ATTN DONISUE RUPP<br>C O PRINCIPAL REAL ESTATE INVESTORS<br>801 GRAND AVE G 022 E30<br>DES MOINES, IA 50392 | KNOXVILLE LEVCAL LLC<br>c o Gretchen McCord<br>Nathan Sommers Jacobs<br>2800 Post Oak Blvd 61st Fl<br>Houston, TX  77056-6102 | $53,124.55<br>(general unsecured) | Circuit City Stores, Inc. | According to the Debtors' books and records, the amount asserted is not owed. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 06/26/09 | 13637 | La Habra Imperial LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3095 | | $85,257.38<br>(administrative) | Circuit City Stores, Inc. | November stub rent and attorney fees are covered in claim 12448. |
| 01/28/09 | 6575 | La Habra Imperial LLC<br>Ronald K Brown Jr<br>Law Offices of Ronald K Brown Jr APC<br>901 Dove St Ste 120<br>Newport Beach, CA 92660 | | $68,063.25<br>(general unsecured)<br><br>$21,554.03<br>(administrative) | Circuit City Stores West Coast, Inc. | According to the Debtors' books and records, the amount of administrative rent asserted is not owed.  Also, postpetition taxes have been amended and superseded by claim 12448. |
| 01/30/09 | 9228 | Lee's Tailor Shop<br>5640 Greenview Dr<br>Oklahoma City, OK  73735 | | $750.00<br>(priority) | Circuit City Stores Properties, LLC | Not supported by Debtor's books and records. |
| 01/29/09 | 8594 | Marc Realty LLC as Agent for the Owners of Orchard Place Shopping Center<br>Colleen E McManus Esq<br>Much Shelist Denenberg Ament & Rubenstein PC<br>191 N Wacker Dr Ste 1800<br>Chicago, IL 60606 | | $732,255.96<br>(general unsecured)<br><br>$55,626.72<br>(administrative) | Circuit City Stores, Inc. | Claim lacks proof that claimant is entitled to assert claim. |
| 06/29/09 | 13971 | Marlton VF LLC<br>c/o Vornado Realty Trust<br>210 Route 4 East<br>Paramus, New Jersey 07652<br>Attn.: Mei Cheng | | Unliquidated<br>(administrative) | Circuit City Stores Inc. | Reduce by mechanic's lien claims:(1 ) administrative $849,899.32 on grounds:<br>(A) claims belong to mechanics which have filed following claims: #9207 for $44,700 (Trane); #5163 for $47,700.00 (Laurel Plumbing); #3739 for $120,225.00 (Union County Construction); #2818 for $614,018.00 (Contracting Systems, Inc.); #2779 for $18,075.32 (Haines, Jones & Cadbury).<br>(B) No showing that these claims are valid liens against property as opposed to contract claims against Debtor for which landlord would not be responsible.<br>(C) Note that MJ Binder, Laurel Plumbing and Union County Construction were sub-contractors to Contracting Systems and hence their claims are included in the latter's claim.<br>Reduce by all items for unliquidated amounts. |
| 01/29/09 | 7825 | Nathan Teplis, Dr. Paul Teplis, Mrs. Belle Teplis, Frank and Sharon Rose Friedman<br>c/o Hendee Barnes Properties<br>3280 Pointe Pkwy Suite 2300<br>Norcross, GA  30092 | John C. Pennington, P.C.<br>18 Yonah Street<br>Helen, GA 30545 | $85,958.61<br>(general unsecured) | Circuit City Stores Inc. | The claim gives no information as to what it is for or how the dollar amount was determined. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 12/12/08 | 13094 | Principal Life Insurance Company fka Principal Mutual Life Insurance Company<br>Lauren Lonergan Taylor Esq & Matthew E Hoffman Esq<br>Duane Morrise LLP<br>30 S 17th St<br>Philadelphia, PA 19103 | | $118,772.50 (administrative) | Circuit City Stores Inc. | Reduce by $14,208.00 for pre-petition rent (out of $14,208.00 claimed) since there are 3 other claims for pre-petition rent by 2 other claimants: (1) Claim #s 8224 by Principal Life Insurance Co. asserted as assignee of rents; (2) claim #12318 by landlord Circuit PA Corp; (3) claim #13328 by GA Montgomeryville LLC asserted to be assignee of Principal Life.  No evidence to determine which is proper claimant.  Reduce by $33,152.00 for Nov stub rent not supported by Debtor's books and records.  Misclassified:  $14,208.00 claim for pre-petition rent as administrative-should be general unsecured. |
| 01/29/09 | 8235 | Principal Life Insurance Company f/k/a Principal Mutual Life Insurance Company<br><br>Lauren Lonergan Taylor, Esquire<br>Matthew E. Hoffman, Esquire<br>Duane Morris LLP<br>30 South 171h Street<br>Philadelphia, PA 19103-4196<br><br>Dennis Ballard, Esquire<br>Principal Life Insurance Company<br>801 Grand Avenue<br>Des Moines, IA 50392-0301 | TRANSFEREE:<br>412 SOUTH BROADWAY REALTY LLC<br>c/o The MEG Companies<br>25 Orchard View Drive<br>Londonderry, NH 03053<br><br>Robert Somma, Esquire<br>Laura A. Otenti, Esquire<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br><br>Augustus C. Epps, Jr., Esquire<br>Michael D. Mueller, Esquire<br>Jennifer M. McLemore, Esquire<br>Christian & Barton, L.L.P.<br>909 East Main Street, Suite 1200<br>Richmond, VA 23219-3095 | $81,829.00 (general unsecured) | Circuit City Stores Inc. | Claimant is not landlord.   (1) Reduce by $46,280.00 pre-petiton rent (out of $46,280.00 claimed).  This is one of multiple claims for pre-petition rent: claim #s 5020 (by landlord), 13094 (by Principal Life Insurance) and 13397 (by landlord) also claim for pre-petition rent.  Not possible to determine correct claimant.  (2) Pre-petition rent claim superseded and amended by claim #s 13094 and 13397.  (3) Reduce by $35,549.00 for pre-petition rent (out of $35,549.00) not supported by Debtor's books and records. |
| 12/12/09 | 13094 | Principal Life Insurance Company f/k/a Principal Mutual Life Insurance Company<br><br>Lauren Lonergan Taylor, Esquire<br>Matthew E. Hoffman, Esquire<br>Duane Morris LLP<br>30 South 171h Street<br>Philadelphia, PA 19103-4196<br><br>Dennis Ballard, Esquire<br>Principal Life Insurance Company<br>801 Grand Avenue<br>Des Moines, IA 50392-0301 | | $118,772.50 (administrative) | Circuit City Stores Inc. | Claimant is not the landlord.  (1) Reduce by $10,680.00 pre-petiton rent (out of $10,680.00 claimed).  This is one of multiple claims for pre-petition rent: claim #s 5020 (by landlord), 8235 (also by Principal Life Insurance) and 13397 (by landlord) also claim for pre-petition rent.  Not possible to determine correct claimant.  (2) Pre-petition rent claim superseded by claim #13397 (by landlord, transferred to 412 South Broadway Realty).  (3) Reduce by $24,920.00 for Nov stub rent not supported by Debtor's books and records. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 06/26/09 | 13801 | RD Bloomfield Associates Limited Partnership Attn David J Ansell and Howard J Berman and Heath B Kushnick Greenberg Traurig LLP 200 Park Ave New York, NY 10166 | Christian & Barton LLP Michael D Mueller & Augustus C Epps Jr & Jennifer M McLemore 909 E Main St Ste 1200 Richmond, VA 23219 | $46,369.58 (administrative) | Circuit City Stores, Inc. | The amounts asserted by claimant for administrative rent, postpetition taxes and postpetition CAM are already covered in claim 8749. |
| 04/28/09 | 14539 | S&F3 Management Company LLC Cedar Development Ltd 7777 Glades Rd Ste 212 Boca Raton, FL 33434 | CEDAR DEVELOPMENT LTD 7777 GLADES RD STE 310 BOCA RATON, FL 33434-6424 | $220,080.65 (general unsecured) | Circuit City Stores, Inc. | Claim lacks proof that claimant is entitled to assert claim. |
| 01/30/09 | 9369 | Sky Bank / The Huntington National Bank Lynn Putterbaugh Corporate Real Estate Lease Admin 37 W Broad St HP1097 Columbus, OH 43215 | | $742,447.88 (general unsecured) | Circuit City Stores Inc. | Reduce by following amount not supported by Debtor's books and records: (1) $75,618.16 administrative rent (out of $75,618.16 claimed); (2) $2,853.50 attorney fees (out of $2,853.50 claimed); (3) $9,204.42 security deposit (out of $9,204.42 claimed); (4) $154,771.80 CAM subtenant overpaid (out of $154,771.80 claimed); (5) $500,000.00 removal of improvements (out of $500,000 clamied). Claim made by lender, not landlord. |
| 09/09/09 | 14622 | Staples, The Office Superstore East, IncPerry Wu 50 Staples Dr. Farmingham, MA01702 | G.Perry Wu Managing Counsel - Lititgation Staples The Office SS - East, Inc. 500 Staples Drive El Segundo, CA 90245 | $16,650.18 (general unsecured) | Circuit City Stores Inc. | According to the debtor's books & records, there is no liability for attorney's fees. |
| 06/29/09 | 14017 | Suemar Realty Inc Attn David J Coyle Shumaker Loop & Kendrick LLP North Courhouse Sq 1000 Jackson St Toledo, OH 43604 | Suemar Realty Inc Rob Armstrong 27476 Holiday Ln Perrysburg, OH 43551 | $166,134.65 (administrative) | Circuit City Stores Inc. | According to the debtor's books & records, there is no liability under this claim number, all other amounts have been reduced under claim # 12173. |
| 01/30/09 | 9207 | Trane US Inc. WAGNER FALCONER & JUDD LTD Mark O. Anderson 1700 IDS Center Minneapolis, MN 55402 | | $294,806.74 (general unsecured) | Circuit City Purchasing Co., LLC | Claimant is not the landlord and according to the Debtors' books and records, the amount of Other Damages asserted is not owed. |
| 01/30/09 | 9205 | Trane US, Inc. 3600 Pammel Creek Road LaCrosse, WI 54601 | Wagoner, Falconer & Judd, LTD Mark O. Anderson 1700 IDS Center Minneapolis, MN 55402 | $37,119.74 (general unsecured) | Circuit City Stores West Coast, Inc. | According to the debtor's books & records, there is no liability under this claim number for a mechanics lien |
| 01/30/09 | 9207 | Trane US, Inc. 3600 Pammel Creek Road LaCrosse, WI 54601 | Wagoner, Falconer & Judd, LTD Mark O. Anderson 1700 IDS Center Minneapolis, MN 55402 | $294,806.74 (general unsecured) | Circuit City Purchasing Co., LLC | According to the debtor's books & records, there is no liability under this claim number for a mechanics lien |
| 01/19/10 | 14798 | U.S. Bank National Association, as purchaser of assets of Park National Bank c/o Woods Rogers PLC attn: Richard C. Maxwell, Esq. 10 S. Jefferson Street, Suite 1400 Roanoke, VA 24011 | | $145,632.00 (general unsecured) | Circuit City Stores Inc. | This claim is not by the landlord. The debtor is working directly with the landlord on claim 8151. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 01/19/10 | 14801 | U.S. Bank National Association, as purchaser of assets of Park National Bank c/o Woods Rogers PLC attn: Richard C. Maxwell, Esq. 10 S. Jefferson Street, Suite 1400 Roanoke, VA  24011 | | $421,719.58 (general unsecured) | Circuit City Stores Inc. | This claim is not by the landlord.  The debtor is working directly with the landlord on claim 9038. |
| 06/02/09 | 13260 | VIWY LP John E. Lucian VSB No. 43358 Blank Rome LLP One Logan Sq 130 N 18th St Philadelphia, PA 19103 | | $19,615.60 (administrative) | Circuit City Stores Inc. | amount in claim is addressed in claim #12149 filed 4/6/09. |
| 01/30/09 | 9554 | Watkins Houston Investment LP c/o Midland Loan Services Inc A Delaware Corporation c/o Katharine Battaia Thompson and Knight LLP 1722 Routh St Ste 1500 Dallas, TX  75201 | | $362,908.33 (general unsecured) | Circuit City Stores Inc. | Claim by lender for following amounts: (1) $9,808.33 pre-petition rent and (2) $353,100.00 rejection damages.  Debtor is working directly with the landlord on claim #7836. |
| 01/30/09 | 8583 | Wells Fargo Bank as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp Commercial Mortgage Pass Through Certificates Series 2005 C1 as Collateral Assignee of Sunrise Plantation Properties LLC Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | SUNRISE PLANTATION PROPERTIES LLC C O STARPOINT PROPERTIES 450 N ROXBURY DR NO 1050 BEVERLY HILLS, CA  90210 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claim is unliquidated-no statement of amounts claimed or what they are claimed for. |
| 01/30/09 | 8515 | Wells Fargo Bank NA as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp Commercial Mortgage Pass Through Certificates Series 2006 C4 as Collateral Assignee of CDB Falcon Sunland Plaza LP Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | CDB Falcon Sunland Plaza LP 1600 Dallas Pkwy Ste 226 Dallas, TX  75248 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | Claimant is lender to landlord and Debtors are addressing claim 8607 regarding general unsecured claims with the landlord.  Claim lacks proof that claimant is entitled to assert claim or proof that amounts are owed. |
| 01/30/09 | 9121 | Wells Fargo Bank NA as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass Through Certificates Series 2006 C29 as Collateral Assignee of Cedar Development LTD Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | CEDAR DEVELOPMENT LTD C O S & F 3 MANAGEMENT CO LLC 7777 GLADES RD STE 212 BOCA RATON, FL  33434 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | The claimant is a lender and the Debtors' are addressing claim 12787 with the landlord. |
| 05/26/09 | 13079 | Wells Fargo Bank Northwest NA Attn Krystal Bagshaw 299 S Main St 12th Fl Salt Lake City, UT 86111 | | $709,411.98 (general unsecured) | Circuit City Stores, Inc. | The claimant is lender to landlord and the Debtors' are addressing claim 12416 with the landlord. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|
| 03/30/09 | 12023 | Wells Fargo Bank Northwest NA<br>Attn Richard C Maxwell<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 | Unliquidated, but not less than $649,951.50 (general unsecured) | Circuit City Stores, Inc. | The claimant is lender to landlord and the Debtors are addressing general unsecured claims in claim 8573 with the landlord. |
| 03/30/09 | 12004 | Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 | Unliquidated, but not less than $691,488.32 (general unsecured) | Circuit City Stores, Inc. | The claimant is lender to landlord and the Debtors are addressing claim 11572 with the landlord. |
| 03/30/09 | 12011 | Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | The claimant is lender to landlord and the Debtors are addressing claim 11829 with the landlord. |
| 03/30/09 | 12012 | Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 | Unliquidated, but no less than $759,368.25 (general unsecured) | Circuit City Stores, Inc. | The claimant is lender to landlord and the Debtors are addressing claim 9417 with the landlord. |
| 03/30/09 | 12013 | Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 | Unliquidated, but not less than $664,554.88 (general unsecured) | Circuit City Stores, Inc. | The claimant is lender to landlord and the Debtors are addressing general unsecured claims in claim 11985 with the landlord. |
| 03/30/09 | 12014 | Wells Fargo Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>Roanoke, VA 24011 | Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 | Unliquidated, but not less than $834,561.69 (general unsecured) | Circuit City Stores, Inc. | The claimant is lender to landlord and the Debtors are addressing claim 9416 with the landlord. |
| 06/30/09 | 14315 | Wells Fargo Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>Roanoke, VA 24011 | | Unliquidated, but not less than $44,558.93 (administrative) | Circuit City Stores, Inc. | The claimant is lender to landlord and the Debtors are addressing claim 12416, 9416, 9417 & 13634 with the landlord. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT F**
**LATE FILED CLAIMS TO BE EXPUNGED**

| LATE FILED CLAIMS | | | | |
|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
| 05/06/09 | 12855 | Starpoint Properties LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | Starpoint Properties LLC<br>450 N Roxbury Dr No 1050<br>Beverly Hills, CA 90210 | Unliquidated, but not less than $1,042,054.01<br>(general unsecured) | Circuit City Stores, Inc. |
| 05/26/09 | 13079 | Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | Wells Fargo Bank Northwest NA<br>Krystal Bagshaw Vice President<br>MAC U1228 120<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 | $709,411.98<br>(general unsecured) | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KR
**EXHIBIT G**
**AMENDED CLAIMS TO BE EXPUNGED**

| | | CLAIMS TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
| 01/21/09 | 5020 | 412 South Broadway Realty LLC c/o the MEG Companies 25 Orchard View Drive Londonderry, NH 03053<br><br>Robert Somma, Esquire Laura A. Otenti, Esquire Posternak Blankstein & Lund LLP Prudential Tower 800 Boylston Street Boston, MA 02199<br><br>Augustus C. Epps, Jr., Esquire Michael D. Mueller, Esquire Jennifer M. McLemore, Esquire Christian & Barton, L.L.P. 909 East Main Street, Suite 1200 Richmond, VA 23219-3095 | CIRCUIT INVESTORS #5 - SALEM LIMITED PARTNERSHIP Sigmond Sommer Properties Court Claim Number: 280 Park Avenue, 4th Floor, West Building New York, NY 10017<br><br>Circuit NH Corp. Sigmond Sommer Properties 280 Park Avenue, 4th Floor, West Building New York, NY 10017<br><br>Proskauer Rose LLP David C. Cooper 1585 Broadway New York, NY 10036-8299 | Unliquidated, but not less than $11,866.66 (general unsecured) | Circuit City Stores Inc. | 13397 | Circuit City Stores Inc. | $143,586.66 (priority)<br><br>$460,426.66 (general unsecured) |
| 04/28/09 | 12568 | 412 South Broadway Realty LLC c/o the MEG Companies 25 Orchard View Drive Londonderry, NH 03053<br><br>Robert Somma, Esquire Laura A. Otenti, Esquire Posternak Blankstein & Lund LLP Prudential Tower 800 Boylston Street Boston, MA 02199<br><br>Augustus C. Epps, Jr., Esquire Michael D. Mueller, Esquire Jennifer M. McLemore, Esquire Christian & Barton, L.L.P. 909 East Main Street, Suite 1200 Richmond, VA 23219-3095 | GA Salem LLC Lauren Lonergan Taylor, Esquire Matthew E. Hoffman, Esquire Duane Morris LLP 30 South 17th Street Philadelphia, PA 19103-4196<br><br>Dennis Ballard, Esquire Darin Bennigsdorf GA Salem. LLC c/o PrincipalUfe Insurance Company 801 Grand Avenue Des Moines, lA 50392-0301 | $569,140.20 (general unsecured) | Circuit City Stores Inc. | 13397 | Circuit City Stores Inc. | $143,586.66 (priority)<br><br>$460,426.66 (general unsecured) |
| 04/30/09 | 12509 | Basser Kaufman 312 LLC Attn James S Carr Esq Robert L LeHane Esq 101 Park Ave New York, NY 10178 | Basser Kaufman Attn Marc Kemp 335 Central Ave Lawrence, NY 11559 | $38,020.89 (administrative) | Circuit City Stores, Inc. | 14703 | Circuit City Stores, Inc. | $24,745.08 (administrative) |
| 01/30/09 | 9477 | Brighton Commercial LLC 325 Ridgeview Dr Palm Beach, FL 33480 | | $45,839.61 (general unsecured) | Circuit City Stores, Inc. | 12493 | Circuit City Stores, Inc. | $1,014,364.97 (general unsecured) |

| 12/19/08 | 1025 | Circuit Investors Colorado Limited Partnership c/o Ten Pryor Street Building LLC (General Partner) Attn: Guy Millner 5500 Interstate North Parkway RiverEdge One, Suite 600 Atlanta, GA 30328 | Circuit Investors Colorado Limited Partnership Rieser & Associates LLC 7925 Graceland ST Dayton, OH 45459-3834 | Unliquidated, but not less than $59,687.50 (general unsecured) | Circuit City Stores Inc. | 13336 | Circuit City Stores Inc. | $129,004.25 (general unsecured) |
| 01/30/09 | 9009 | Park National Bank as assignee of rents under Henrico County Virginia Deed of Lease with CK Richmond Business Services No 2 Attn Richard C Maxwell Woods Rogers PLC 10 S Jefferson St Ste 1400 PO Box 14125 24038 Roanoke, VA 24011 | | Unliquidated (general unsecured) | Circuit City Stores Inc. | 14798 | Circuit City Stores Inc. | $145,632.00 (general unsecured) |
| 01/30/09 | 9000 | Park National Bank as assignee of rents under the Duncanville, Texas lease with Circuit Investors #2, Ltd. c/o Woods Rogers, PLC, Attn: Richard C. Maxwell, 10 S. Jefferson Street, Suite 1400, P.O. Box 14125 (24038) Roanoke, Virginia 24011 | | Unliquidated (general unsecured) | Circuit City Stores Inc. | 14801 | Circuit City Stores Inc. | $421,719.58 (general unsecured) |
| 04/27/09 | 13122 | Port Arthur Holdings III Ltd and 610 & San Felipe Inc c o David H Cox Esq and John Matteo Esq Jackson & Campbell PC 1120 Twentieth St NW South Tower Washington, DC 20036-3437 | | $49,703.04 (administrative) | Circuit City Stores, Inc. | 14356 | Circuit City Stores, Inc. | $107,548.20 (administrative) |
| 01/29/09 | 8224 | Principal Life Insurance Company fka Principal Mutual Life Insurance Company Attn Denyse Sabagh Esq c/o Duane Morris LLP 505 9th St NW Ste1000 Washington DC, 20004 | | $61,568.00 (general unsecured)) | Circuit City Stores Inc. | 13328 | Circuit City Stores Inc. | $142,868.00 |
| 12/12/08 | 13094 | Principal Life Insurance Company fka Principal Mutual Life Insurance Company Attn Denyse Sabagh Esq c/o Duane Morris LLP 505 9th St NW Ste1000 Washington DC, 20004 | | $118,772.50 (administrative) | Circuit City Stores Inc. | 13336 | Circuit City Stores Inc. | $129,004.25 (general unsecured) |
| 01/30/09 | 9985 | Staples, The Office Superstore East, Inc Perry Wu 500 Staples Dr. Farmingham, MA 01702 | G.Perry Wu Managing Counsel - Litigation Staples The Office SS - East, Inc. 500 Staples Drive El Segundo, CA 90245 | Unliquidated | Circuit City Stores Inc. | 14622 | Circuit City Stores Inc. | $16,650.18 (general unsecured) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/30/09 | 14141 | Uncommon Ltd<br>c o Michael D Mueller & Augustus C Epps Jr<br>& Jennifer M McLemore<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3013 | Uncommon Ltd<br>7777 Glades Rd Ste 310<br>Boca Raton, FL  33434 | $83,875.24<br>(administrative) | Circuit City Stores,<br>Inc. | 14812 | Circuit City Stores,<br>Inc. | $113,176.89<br>(administrative) |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KR

**EXHIBIT H**

**DUPLICATE CLAIMS TO BE EXPUNGED**

| | | CLAIM TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Number | Debtor | Total Surviving Claim Face Amount |
| 01/29/09 | 7933 | Catellus Operating Limited Partnership, a Delaware Limited Partnership Edward J Tredinnick Esq Greene Radovsky Maloney Share & Hennick LLP Four Embarcadero Center, 40th Floor San Francisco, CA  94111 | Catellus Limited Partnership Attn: Greg Moore 66 Franklin Street, Sste 200 Oakland, CA 94607 | $1,903,434.65 (general unsecured) | Circuit City Stores, Inc. | 7957 | Circuit City Stores West Coast, Inc. | $1,903,434.65 (general unsecured) |
| 06/30/09 | 14280 | Galleria Plaza Ltd c/o Henry P Long III Hunton & Williams LLP Riverfront Plz E Tower 951 E Byrd St Richmond, VA  23219-4074 | Lynnette R. Warman Cameron W. Kinvig HUNTON & WILLIAMS LLP 1445 Ross Avenue, Suite 3700 Dallas, TX 75202 | Unliquidated (administrative) | Circuit City Stores, Inc. | 14388 | Circuit City Stores Inc. | Unliquidated (adimimstrative) |