Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | **:**  Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al., | **:**  Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:**  (Jointly Administered) |
| | **:** |
| | **:** |

**NOTICE OF LIQUIDATING TRUST'S TWENTY-FIRST OMNIBUS OBJECTION TO
LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED
CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

    **PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the
"Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the
Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City
Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of
Creditors Holding General Unsecured Claims in the above-captioned cases of the above
referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the
Liquidating Trust's Twenty-First Omnibus Objection to Landlord Claims (Reduction of Certain
Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of
Certain Invalid Claims, Disallowance of Certain Late Filed Claims, and Disallowance of
Certain Amended Claims) (the "Objection") with the United States Bankruptcy Court for the
Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to
this notice (this "Notice") as Exhibit 1.  By the Objection, the Liquidating Trust is seeking to
reduce certain claims, reclassify certain claims, and disallow certain claims.

    **PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court
entered the Order Establishing Omnibus Objection Procedures and Approving the Form and
Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the

Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Reference Objection |
|-----|--------------|--------------|---------------------|

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M. (EASTERN TIME) ON APRIL 7, 2011, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

**Critical Information for Claimants
Choosing to File a Response to the Objection**

Who Needs to File a Response: If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

Response Deadline: The Response Deadline is **4:00 p.m. (Eastern Time) on April 7, 2011 (the "Response Deadline")**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

The status hearing on the Objection will be held at  **2:00 p.m. (Eastern Time) on April 14, 2011 at:**

> United States Bankruptcy Court
> 701 East Broad Street – Courtroom 5000
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

**<u>Procedures for Filing a Timely Response and
Information Regarding the Hearing on the Objection</u>**

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

> a.   a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

b.    the claimant's name and an explanation for the amount of the Claim;

c.    a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d.    a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e.    a declaration of a person with personal knowledge of the relevant facts that support the Response;

f.    the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address").  If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

g.    to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**.  To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf.  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

### Additional Information

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.

Dated:    February 28, 2011

*/s/ Paula S. Beran*

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
         pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
         acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| - - - - - - - - - - - - - - | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**LIQUIDATING TRUST'S TWENTY-FIRST OMNIBUS OBJECTION TO
LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED
CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through

Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the

Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated

Debtors and Debtors in Possession and its Official Committee of Creditors Holding

General Unsecured Claims (the "Plan") in the above-captioned cases, hereby files this

Liquidating Trust's Twenty-First Omnibus Objection to Landlord Claims (Reduction of

Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims,

Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and

Disallowance of Certain Amended Claims) (the "Objection"), and hereby moves this court

(the "Court"), pursuant to sections 105, 502 and 503 of title 11 of the United States Code,

11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule

3007-1, for an order, the proposed form of which is attached hereto as Exhibit A, granting

the relief sought by this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Objection under 28

U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of

these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

The statutory and legal predicates for the relief requested herein are Bankruptcy Code

sections 105, 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.      On November 10, 2008 (the "Petition Date"), the debtors in the

above-captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief

under chapter 11 of the Bankruptcy Code.

   3.  On November 12, 2008, the Office of the United States Trustee for

the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").

   4.  On November 12, 2008, the Court appointed Kurtzman Carson

Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these

chapter 11 cases pursuant to 28 U.S.C. § 156(c).

   5.  On December 10, 2008, the Court entered that certain Order

Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002,

3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of

Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the

"Claims Bar Date Order").

   6.  Pursuant to the Claims Bar Date Order, the deadline for filing all

"claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the

Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the

"General Bar Date"). The deadline for governmental units to file claims that arose before

November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar

Date"). Pursuant to the Claims Bar Date Order, this Court approved the form and manner

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel,

*(cont'd)*

of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

7.      On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314). In addition, the Debtors published the Claims Bar Date Notice in <u>The Wall Street Journal</u> (Docket No. 1395) and <u>The Richmond Times-Dispatch</u> (Docket No. 1394).

8.      On November 12, 2008, this Court entered that certain Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No. 107)(the "503(b)(9) Bar Date Order").

9.      Pursuant to the 503(b)(9) Bar Date Order, this Court approved the form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the 503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice"). Pursuant to the 503(b)(9) Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy Code was on December 19, 2008 (the "503(b)(9) Bar Date").

10.     On November 19, 2008, KCC served a copy of the 503(b)(9) Bar Date Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases,

_____

*(cont'd from previous page)*
   LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

the Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the

Debtors published the 503(b)(9) Bar Date Notice in The New York Times (Docket No.

549), The Wall Street Journal (Docket No. 548), and The Richmond Times-Dispatch

(Docket No. 547).

11.     On January 16, 2009, the Court authorized the Debtors, among other

things, to conduct going out of business sales at the Debtors' remaining 567 stores

pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a

joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going

out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.

As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had

been completed.

12.     On April 1, 2009, this Court entered an Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of Notice of Omnibus

Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

13.     On May 15, 2009, the Court entered that certain Order Pursuant to

Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Administrative Bar Date and Procedures For Filing and Objecting To Administrative

Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No.

3354) (the "First Administrative Claims Bar Date Order").

14.     Pursuant to the First Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests (as defined in the First

Administrative Claims Bar Date Order) incurred in the period between November 10, 2008

and April 30, 2009 was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant to the First

Administrative Claims Bar Date Order, this Court approved the form and manner of the

claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar

Date Order (the "Claims Bar Date Notice").

15.    On or before May 22, 2009, KCC served a copy of the

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609).  In

addition, the Debtors published the Administrative Claims Bar Date Notice in The

Financial Times (Docket No. 3970), The Richmond Times-Dispatch (Docket No. 3969)

and The Wall Street Journal (Docket No. 3968).

16.    On February 18, 2010, the Court entered that certain Order Pursuant

to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Second Administrative Bar Date and Procedures For Filing and Objecting To

Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof

(Docket No. 6555) (the "Second Administrative Claims Bar Date Order").

17.    Pursuant to the Second Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests for the period May 1, 2009

through December 31, 2009 (as defined in the Administrative Claims Bar Date Order) was

5:00 p.m. (Pacific) on March 31, 2010.  Pursuant to the Second Administrative Claims Bar

Date Order, this Court approved the form and manner of the claims bar date notice, which

was attached as Exhibit A to the Second Administrative Claims Bar Date Order (the

"Claims Bar Date Notice").

18.    On or before February 25, 2010, KCC served a copy of the Second

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket No. 6705).  Supplemental

service of the Second Administrative Bar Date Notice was provided by overnight mail to

one party, Brockton Superior Court, on March 26, 2010 (Docket Nos. 7089 and 7535).  In

addition, the Debtors published the Administrative Claims Bar Date Notice in The

Financial Times (Docket No. 6719), The Richmond Times-Dispatch (Docket No. 6717)

and The Wall Street Journal (Docket No. 6718).

       19.     On August 9, 2010, the Debtors and the Creditors' Committee filed

the Plan, which provides for the liquidation of the Debtors' assets and distribution of the

proceeds thereof under chapter 11 of the Bankruptcy Code.

       20.     On September 10, 2010, the United States Bankruptcy Court,

Eastern District of Virginia, signed an Order confirming the Plan.

       21.     The Plan became effective on November 1, 2010 (the "Effective

Date"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the

Liquidation Trust assumed the right and responsibility to liquidate the Debtors' remaining

assets and distribute the proceeds to creditors, including the prosecution of Causes of

Action and objections to claims.

## OBJECTIONS TO CLAIMS

       22.     By this Objection, the Liquidating Trust seeks entry of an order, in

substantially the form attached hereto as Exhibit A, pursuant to Bankruptcy Code sections

105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1,

(i) reducing each of the claims identified on Exhibit C attached hereto, (ii) reclassifying

each of the claims on <u>Exhibit D</u> attached hereto, and (iii) disallowing each of the claims

identified on <u>Exhibits E</u> through <u>G</u> attached hereto (collectively, the "Claims") for the

reasons set forth below.

   23. For ease of reference, attached hereto as <u>Exhibit B</u> is an alphabetical

listing of all claimants whose Claims are included in this Objection (the "Claimants"), with

a cross-reference by claim number.

**A. <u>Reduction of Certain Partially Invalid Claims</u>**

   24. The basis for reduction of the claims listed on <u>Exhibit C</u> attached

hereto (the "Partially Invalid Claims") is that all of the Partially Invalid Claims assert, in

part, amounts for which the Debtors are not liable.

   25. Specifically, after a review of the Partially Invalid Claims and the

bases upon which each is asserted, and a review of the Debtors' books and records, the

Liquidating Trust has determined that certain portions of the Partially Invalid Claims are

(i) liabilities already asserted by the Claimants in other claims; (ii) liabilities that have

already been satisfied by the Debtors; or (iii) liabilities for which the Debtors dispute

liability.  Accordingly, the Liquidating Trust requests that the Partially Invalid Claims

identified on <u>Exhibit C</u> be reduced in the manner stated in <u>Exhibit C</u> for the reasons stated

therein.

**B. <u>Reclassification of Certain Misclassified Claims</u>**

   26. The basis for reduction of the claims listed on <u>Exhibit D</u> attached

hereto (the "Misclassified Claims") is that the Misclassified Claims are improperly

classified.

   27. Specifically, after a review of the Misclassified Claims, the bases

upon which each is asserted, and a review of the Debtors' books and records, the

Liquidating Trust submits that the Misclassified Claims are asserted, in whole or in part,

with incorrect classifications and should be reclassified.  Accordingly, the Liquidating

Trust requests that each Misclassified Claim identified on <u>Exhibit D</u> be reclassified in the

manner set forth in <u>Exhibit D</u>.

**C.      Disallowance of Certain Invalid Claims**

28.      The basis for disallowance of the claims listed on <u>Exhibit E</u> attached

hereto (the "Invalid Claims") is that all of the Invalid Claims assert, in their entirety,

amounts for which the Debtors are not liable.

29.      Specifically, after a review of the Invalid Claims and the bases upon

which each is are asserted, and a review of the Debtors' books and records, the Liquidating

Trust has determined that the Invalid Claims are based on liabilities already asserted by the

Claimants in other claims (i) liabilities that already have been satisfied by the Debtors, or

(ii) liabilities for which the Debtors dispute any liability.  Accordingly, the Liquidating

Trust requests that the Invalid Claims identified on <u>Exhibit E</u> be disallowed for the reasons

stated therein.

**D.      Disallowance of Certain Late Filed Claims**

30.      The basis for disallowance of the claims listed on <u>Exhibit F</u> attached

hereto (the "Late-Filed Claims") is that each such claim was filed after the relevant bar

date.  The disallowance of each of the Late-Filed Claims set forth on <u>Exhibit F</u> is

appropriate under the appropriate Bar Date Order as well as under applicable law.

31.      Bar dates for asserting claims in chapter 11 bankruptcy cases serve

extremely important purposes.  "The requirement of a Bar Date in Chapter 11 enables the

debtor…to establish the universe of claims with which it must deal and the amount of those claims." See In re A.H. Robins Co., Inc., 129 B.R. 457, 459 (Bankr. E.D. Va. 1991). Premised on the imperative purpose of finality of asserting claims against a debtor, courts have not allowed claims filed by creditors after the bar date, absent special circumstances. See In re Provident Hosp., Inc., 122 B.R. 683, 685 (D. Md. 1990), aff'd, 943 F.2d 49 (4th Cir. 1991) (unpublished opinion) ("Because Bean did not timely file his bankruptcy claim after having been given constitutionally sufficient notice, his claim is barred under well-settled authority, 11 U.S.C. 1141(d) and Bankruptcy Rule 3003 (c) (2).").

32.     Each Late-Filed Claim was filed in the present cases after the applicable bar date had passed.  Accordingly, pursuant to the applicable Bar Date Order, these Claims are "forever barred, estopped, and permanently enjoined from asserting such claim against the Debtors…"

33.     It is essential for the Liquidating Trust to establish the proper liabilities asserted against the Debtors.  In order to achieve the imperative of finality in the claims process, the Liquidating Trust requests that this Court disallow the Late-Filed Claims in their entirety and for all purposes in these bankruptcy cases.

**E.     Disallowance of Certain Amended Claims**

34.     Exhibit G contains a list of claims that have been rendered moot by the claimant filing a subsequent "amending" claim that supersedes the claim listed on Exhibit G (the "Amended Claims").

35.     The Liquidating Trust objects to the Amended Claims, because, among other reasons, the same claimant subsequently filed an amended claim, the amount and basis of which are the subject of the Amended Claim.  Such repetitive claims should

be disallowed.  The Amended Claims listed on <u>Exhibit G</u> under "Claim to be Disallowed"

should be disallowed for all purposes in these bankruptcy cases.  The claims listed as

"Surviving Claim" on <u>Exhibit G</u> hereto (the "Surviving Superseding Claims") shall remain

in effect and are not affected by this portion of this Objection; <u>provided,</u> <u>however</u>, that

such Surviving Superseding Claims may be the subject of another section of this Objection

or a separate subsequently filed objection.

## <u>RESERVATION OF RIGHTS</u>

36.    At this time, the Liquidating Trust has not completed its review of

the validity of all claims/expenses filed against the Debtors' estates, including the Claims

objected to herein.  Accordingly, any of the Claims objected to herein may be the subject

of other bases for objection herein and/or additional subsequently filed objections on any

grounds that bankruptcy law or non-bankruptcy law permits.  To that end, the Liquidating

Trust reserves the right to further object to any and all claims, whether or not the subject of

this Objection, for allowance and/or distribution purposes, and on any other grounds.

Furthermore, the Liquidating Trust reserves the right to modify, supplement and/or amend

this Objection as it pertains to any Claim or claimant herein.

## <u>NOTICE AND PROCEDURE</u>

37.    Notice of this Objection has been provided to all Claimants with

Claims that are the subject to this Objection as identified on <u>Exhibits C</u> through <u>G</u>,

respectively, and to parties-in-interest in accordance with the Court's Supplemental Order

Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and

Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case

Management and Administrative Procedures (entered on December 30, 2009 at Docket No.

6208) (the "Case Management Order").  The Liquidating Trust submits that the following

methods of service upon the Claimants should be deemed by the Court to constitute due

and sufficient service of this Objection: (a) service in accordance with Federal Rule of

Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of Civil

Procedure 4; (b) to the extent counsel for a Claimant is not known to the Liquidating Trust,

by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form

or other representative identified in the proof of claim form or any attachment thereto; or

(c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's

behalf in the Debtors' bankruptcy cases.  The Liquidating Trust is serving the Claimant

with this Objection and the exhibit on which the Claimant's claim is listed.

   38. To the extent any Claimant timely files and properly serves a

response to this Objection by **4:00 P.M. (Eastern) on April 7, 2011** as required by the

Case Management Order and under applicable law, and the parties are unable to otherwise

resolve the Objection, the Liquidating Trust requests that the Court conduct a status

conference[2] with respect to any such responding claimant at **2:00 P.M. (Eastern) on April

14, 2011** and thereafter schedule the matter for a future hearing as to the merits of such

claim.  However, to the extent any Claimant fails to timely file and properly serve a

response to this Objection as required by the Case Management Order and applicable law,

the Liquidating Trust requests that the Court enter an order, substantially in the form

attached hereto as Exhibit A, reducing the Partially Invalid Claims set forth on Exhibit C,

Reclassifying the Misclassified Claims set forth on Exhibit D, and disallowing the invalid,

late filed, duplicate and amended claims set forth on Exhibit E through Exhibit G attached

hereto.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
## THE OMNIBUS OBJECTION PROCEDURES ORDER

39.     This Objection complies with Bankruptcy Rule 3007(e).

Additionally, the Liquidating Trust submits that this Objection is filed in accordance with

the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

40.     Pursuant to Local Bankruptcy Rule 9013-1(G), and because there

are no novel issues of law presented in the Motion, the Liquidating Trust requests that the

requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

41.     No previous request for the relief sought herein has been made to

this Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter an

Order sustaining this Objection and granting such other and further relief as the Court

deems appropriate.

---

*(cont'd from previous page)*
[2] In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the
Objection do not need to appear at the status conference.

Dated: Richmond, Virginia
February 28, 2011

TAVENNER & BERAN, PLC

_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

## EXHIBIT A

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| - - - - - - - - - - - - - - | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S TWENTY-FIRST OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS, AND
<u>DISALLOWANCE OF CERTAIN AMENDED CLAIMS)</u>**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Twenty-First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit G attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

42.     The Objection is SUSTAINED.

43.     The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

44.     The Claims identified on Exhibit B as attached hereto and incorporated herein are forever reclassified in these bankruptcy cases in the manner stated

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

in Exhibit B.

45.     The Claims identified on Exhibit C through Exhibit E as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

46.     The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

47.     The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

48.     This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2011

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                              - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                              /_____
                              Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| 3725 Airport Boulevard LP<br>Stephen K Lehnardt LLC<br>20 Westwoods Dr<br>Liberty, MO 64068-3519 | 4175 | Exhibit E (Books and Rcords Claims to be Expunged) |
| 3725 Airport Boulevard LP<br>Stephen K Lehnardt<br>Lehnardt & Lehnardt LLC<br>20 Westwoods Dr<br>Liberty, MO 64068-3519 | 14482 | Exhibit C (Books and Records Claims to be Reduced) |
| 502 12 86th Street LLC<br>Attn Steven H Newman Esq<br>Katsky Korins LLP<br>605 Third Ave 16th Fl<br>New York, NY 10158 | 14879 | Exhibit E (Books and Rcords Claims to be Expunged) |
| 502 12 86th Street LLC<br>c/o Sheila deLa Cruz & Michael P Falzone<br>Hirschler Fleisher PC<br>The Edgeworth Bldg<br>2100 E Cary St<br>Richmond, VA 23218-0500 | 14292 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Abrams Willowbrook Three Lp<br>Attn Keith Therrien<br>c/o Investar Real Estate Svcs<br>11111 Katy Freeway Ste 535<br>Houston, TX 77079 | 8570 | Exhibit C (Books and Records Claims to be Reduced) |
| AmCap Arborland LLC<br>Robert W Dremluk Esq<br>Seyfarth Shaw LLP<br>620 Eighth Ave<br>New York, NY 10018 | 12514 | Exhibit C (Books and Records Claims to be Reduced) |
| Anna Schwartz Zoltan Schwartz Deborah Landman Eli Landman<br>Attn Mencahem O Zelmanovitz<br>Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178-0060 | 11937 | Exhibit C (Books and Records Claims to be Reduced) |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Bank of America National Association as Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank as Trustee for the Registered Hodlers of GMAC Commercial Mortgage Securities Inc Mortgage Pass Through Certificates Series 1998 C2 c/o Berkadia Commercial Mortgage LLC Geraldine Kohut 5 Park Plz Ste 400 Irvine, CA 92614 | 14859 | Exhibit C (Books and Records Claims to be Reduced) |
| Bedford Park Properties LLC c/o Ron L Estes Center Management 300 Park St Ste 410 Birmingham, MI 48009 | 14260 | Exhibit D (Claims to be Reclassified) |
| Benenson Columbus OH Trust c/o Niclas A Ferland Esq LeClairRyan A Professional Corporation 555 Long Wharf Dr 8th Fl New Haven, CT 06511 | 13614 | Exhibit C (Books and Records Claims to be Reduced) |
| Caparra Center Associates LLC Penny R Stark Attorney For Claimant 9861 Sunrise Lakes Blvd Ste 308 Sunrise, FL 33322 | 13014 | Exhibit C (Books and Records Claims to be Reduced) |
| Caparra Center Associates LLC PO Box 9506 San Juan, PR 00908 | 13008 | Exhibit G (Claims to be Expunged) |
| Capmark Finance Inc Keith M Aurzada & John C Leininger Bryan Cave LLP 2200 Ross Ave Ste 3300 Dallas, TX 75201 | 14363 | Exhibit E (Books and Rcords Claims to be Expunged) |
| CC 223 Andover Park East Tukwila LLC Attn David J LaSota c/o Chapman and Cutler LLP 111 West Monroe St Chicago, IL 60603 | 13974 | Exhibit C (Books and Records Claims to be Reduced) |
| CC Minnetonka LLC Attn Eric J Rietz Esq Vedder Price PC 222 N LaSalle St Ste 2600 Chicago , IL 60601 | 9424 | Exhibit C (Books and Records Claims to be Reduced) |
| CC Springs LLC a Colorado Limited Liability Company Debra Piazza Montgomery Little Soran & Murray PC 5445 DTC Pkwy Ste 800 Greenwood Village, CO 80111-3053 | 12333 | Exhibit C (Books and Records Claims to be Reduced) |
| Centro Properties Group ta Conyers Crossroads Conyers GA c/o David L Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | 12540 | Exhibit C (Books and Records Claims to be Reduced) |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Centro Properties Group ta Conyers Crossroads Conyers GA<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12556 | Exhibit C (Books and Records Claims to be Reduced) |
| Centro Properties Group ta Parkway Plaza Vestal NY<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12580 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Century Plaza Development Corporation<br>Douglas W  Messner<br>C O Sierra Pacific Properties  Inc<br>1800 Willow Pass Ct<br>Concord, Ca 94520 | 11238 | Exhibit G (Claims to be Expunged) |
| Century Plaza Development Corporation<br>Douglas W  Messner<br>c/o Sierra Pacific Properties  Inc<br>1800 Willow Pass Ct<br>Concord, CA 94520 | 11669 | Exhibit C (Books and Records Claims to be Reduced) |
| Circuit Sports LP<br>Edward L Rothberg & Melissa A Haselden<br>Weycer Kaplan Pulaski & Zuber PC<br>11 E Greenway Plz Ste 1400<br>Houston, TX 77046 | 13434 | Exhibit C (Books and Records Claims to be Reduced) |
| City of Pasadena, CA<br>PO Box 7120<br>Pasadeba, CA 91109 | 12856 | Exhibit E (Books and Rcords Claims to be Expunged) |
| COFAL Partners LP<br>Stacy L Lucas<br>Reed Smith LLP<br>435 Sixth Ave<br>Pittsburg, PA 15219-1886 | 13755 | Exhibit C (Books and Records Claims to be Reduced) |
| Crosspointe Plaza 08 A LLC<br>c/o Tom Stolting and Associates LLC<br>8301 E Prentice Ave Ste 210<br>Greenwood Village, CO 80111 | 13356 | Exhibit E (Books and Rcords Claims to be Expunged) |
| CW Investors 1997 12 by its Receiver CW Capital Asset Management LLC<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12529 | Exhibit C (Books and Records Claims to be Reduced) |
| CWCapital Asset Management LLC as Special Servicer for Bank of America NA Successor by Merger to LaSalle Bank NA as Trustee<br>Attn Lawrence A Katz and Kristen E Burgers<br>8010 Towers Crescent Dr Ste 300<br>Vienna, VA 22182-2707 | 13953 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Deno Dikeou<br>Deno P Dikeou Broker<br>Dikeou Realty<br>543 Wymore Rd N Ste 106<br>Maitland, FL 32751 | 13740 | Exhibit D (Claims to be Reclassified) |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Deno Dikeou<br>Deno P Dikeou Broker<br>Dikeou Realty<br>543 Wymore Rd N Ste 106<br>Maitland, FL 32751 | 13740 | Exhibit C (Books and Records Claims to be Reduced) |
| Eagleridge Associates<br>c/o Ian S Landsberg<br>16030 Ventura Marguiles LLP<br>Encino, CA 91436 | 12768 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Eagleridge Associates<br>c/o Ian S Landsberg<br>16030 Ventura Marguiles LLP<br>Encino, CA 91436 | 12769 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Enid Two LLC<br>c/o Nancy Isaacson Esq<br>75 Livingston Ave<br>Roseland, NJ 07068 | 12815 | Exhibit E (Books and Rcords Claims to be Expunged) |
| FC Richmond Associates<br>Attn rachel M Harari Esq<br>Forest City Ratner Companies LLC<br>1 Metrotech Center N<br>Brooklyn, NY 11201 | 12816 | Exhibit C (Books and Records Claims to be Reduced) |
| FC Treeco Columbia Park LLC<br>Attn Rachel M Harari Esq<br>Forest City Ratner Companies LLC<br>1 Metrotech Center N<br>Brooklyn, Ny 11201 | 12802 | Exhibit C (Books and Records Claims to be Reduced) |
| Generation H One and Two Limited Partnership<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 13635 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Goodmill LLC<br>c o Jeffrey Kurtzman Esq<br>Klehr Harrison Harvey Branzburg & Ellers LLC<br>260 S Broad St<br>Philadelphia, PA 19102 | 14041 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Gould Livermore LLC<br>Michelle McMahon Esq<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | 14419 | Exhibit F (Late Filed Claims) |
| Hayden Meadows JV<br>c/o Ronald T Adams<br>Black Helterline LLP<br>805 SW Broadway Ste 1900<br>Portland, OR 97205-3359 | 14878 | Exhibit F (Late Filed Claims) |
| Heritage Plaza LLC<br>Linda S Broyhill<br>Reed Smith LLP<br>3110 Fairview Park Dr Ste 1400<br>Falls Church, VA 22042 | 13932 | Exhibit C (Books and Records Claims to be Reduced) |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| HIP Stephanie LLC<br>c o Christine Coers Mitchell<br>Coers Mitchell Law LLC<br>1631 NE Broadway No 539<br>Portland, OR 97232-1425 | 14023 | Exhibit G (Claims to be Expunged) |
| Inland Southeast Darien LLC<br>C/o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Road, 3rd Floor<br>Oak Brook, IL 60523 | 10024 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Inland Southeast Darien LLC<br>C/o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Road, 3rd Floor<br>Oak Brook, IL 60523 | 9722 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Inland US Management LLC<br>Karen C Bifferato & Kelly M Conlan<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg 1007 N Orange St<br>PO Box 2207<br>Wilmington, DE 19807 | 14931 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Inland US Management LLC<br>Karen C Bifferato & Kelly M Conlan<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg<br>1007 N Orange St<br>PO Box 2207<br>Wilmington, DE 19807 | 14079 | Exhibit G (Claims to be Expunged) |
| International Speedway Square Ltd<br>Attn Kenneth B Chigges<br>Ice Miller LLP<br>One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 | 14142 | Exhibit C (Books and Records Claims to be Reduced) |
| Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer<br>Gregory A Cross Esq<br>Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 | 12420 | Exhibit E (Books and Rcords Claims to be Expunged) |
| KIR Augusta I 044 LLC<br>Attn Neil E Herman<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11938 | Exhibit D (Claims to be Reclassified) |
| KIR Augusta I 044 LLC<br>Attn Neil E Herman<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11938 | Exhibit C (Books and Records Claims to be Reduced) |
| Kite Coral Springs LLC<br>Attention Mark A Bogdanowicz<br>c/o Ice Miller LLP<br>One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 | 12873 | Exhibit C (Books and Records Claims to be Reduced) |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Kite Coral Springs LLC<br>Attn Kenneth B Chigges<br>Ice Miller LLP<br>One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 | 14170 | Exhibit C (Books and Records Claims to be Reduced) |
| LC White Plains Retail LLC<br>Attn Frank J Haupel Esq<br>c/o Delbello Donnellan et al<br>1 N Lexington Ave<br>White Plains, NY 10601 | 7519 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Liquidity Solutions Inc<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 13812 | Exhibit C (Books and Records Claims to be Reduced) |
| Macys Retail Holdings Inc<br>c/o Joseph B Wells Esq<br>Frost Brown Todd LLC<br>2200 PNC Ctr<br>201 E Fifth St<br>Cincinnati, OH 45202-4182 | 12427 | Exhibit C (Books and Records Claims to be Reduced) |
| Macys Retail Holdings Inc<br>Joseph B Wells and Ronald E Gold<br>Frost Brown Todd LLC<br>201 E Fifth St Ste 2200<br>Cincinnati, OH 45202 | 13743 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Madison Waldorf LLC<br>c/o Liquidity Solutions Inc<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 13099 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Marple XYZ Associates<br>Jeffrey Kurtzman Esq and Kathleen E Torbit Esq<br>Klehr Harrison Harvey Branzburg & Ellers LLP<br>260 S Broad St<br>Philadelphia, PA 19102 | 14047 | Exhibit C (Books and Records Claims to be Reduced) |
| MFR Properties<br>Attn FBR<br>c o Robinson Brog Leinwand et al<br>1345 Avenue of the Americas Ste 3100<br>New York, NY 10105-0143 | 5089 | Exhibit C (Books and Records Claims to be Reduced) |
| Montclair Plaza LLC<br>c/o Stephen Warsh<br>General Growth Properties Inc<br>110 N Wacker Dr BSC 1 26<br>Chicago, IL 60606-1511 | 4373 | Exhibit E (Books and Rcords Claims to be Expunged) |
| NP Huntsville Limited Liability Company<br>c/o Augustus C Epps Jr Michael D Mueller and Jennifer M McLemore<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 13942 | Exhibit C (Books and Records Claims to be Reduced) |
| ORIX Capital Markets LLC<br>Lawrence A Katz and Kristen E Burgers<br>8010 Towers Crescent Dr Ste 300<br>Vienna, VA 22182-2707 | 14058 | Exhibit E (Books and Rcords Claims to be Expunged) |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Palm Springs Mile Associates Ltd<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13536 | Exhibit C (Books and Records Claims to be Reduced) |
| Plaza Las Americas Inc<br>Attn Richard E Lear<br>c/o Holland & Knight LLP<br>2099 Pennsylvania Ave NW Ste 100<br>Washington, DC 20006-6801 | 13733 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Plaza Las Palmas LLC<br>Michael L Rubin<br>Chief Operating Officer<br>990 Highland Dr Ste 200<br>Solana Bch, CA 92075 | 13341 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Potomac Festival II LLC<br>Attn Timothy P Schwartz<br>Bregman Berbert Schwartz & Gilday LLC<br>7315 Wisconsin Ave Ste 800 W<br>Bethesda, MD 20814 | 14305 | Exhibit C (Books and Records Claims to be Reduced) |
| Potomac Run LLC<br>Attn Neil E Herman Esq<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11952 | Exhibit C (Books and Records Claims to be Reduced) |
| Property Management Support Inc as TTE of Shamrock Land Trust UTA dtd 11 13 1998<br>Attn Robert A Heekin Jr<br>50 N Laura St Ste 1600<br>Jacksonville, FL 32202 | 13937 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Rossiter, Ronald D & Barbara M<br>962 Paloma Dr<br>Arcadia, CA 91006 | 12330 | Exhibit D (Claims to be Reclassified) |
| Rossiter, Ronald D & Barbara M<br>962 Paloma Dr<br>Arcadia, Ca 91006 | 12330 | Exhibit C (Books and Records Claims to be Reduced) |
| Saugus Plaza Associates<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13504 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Seligson Properties Stanley M<br>605 W Ave 2nd Fl<br>Norwalk, CT 06850 | 11515 | Exhibit C (Books and Records Claims to be Reduced) |
| Seligson Properties, Stanley M<br>444 Connecticut Avenue LLC<br>405 W Ave 2nd Fl<br>Norwalk, CT 06850 | 6592 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Taft Corners Associates Inc<br>c/o Norman Williams<br>Gravel and Shea<br>76 St Paul St 7th Fl<br>PO Box 369<br>Burlington, VT 05402-0369 | 13938 | Exhibit D (Claims to be Reclassified) |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Taft Corners Associates Inc<br>c/o Norman Williams<br>Gravel and Shea<br>76 St Paul St 7th Fl<br>PO Box 369<br>Burlington, VT 05402-0369 | 13938 | Exhibit C (Books and Records Claims to be Reduced) |
| Tanglewood Park LLC Luckoff Land Company LLC and Roth Tanglewood LLC as tenants<br>c o Ralph E Dill Esq<br>Tanglewood Park LLC<br>37 W Broad St Ste 950<br>Columbus, OH 43215 | 5163 | Exhibit C (Books and Records Claims to be Reduced) |
| The Landing at Arbor Place II LLC<br>c/o Scott M Shaw<br>Husch Blackwell Sanders LLP<br>2030 Hamilton Pl Blvd Ste 150<br>Chattanooga, TN 37421 | 11814 | Exhibit E (Books and Rcords Claims to be Expunged) |
| The Landing at Arbor Place II LLC<br>c/o Scott M Shaw<br>Husch Blackwell Sanders LLP<br>2030 Hamilton Pl Blvd Ste 150<br>Chattanooga, TN 37421 | 12203 | Exhibit E (Books and Rcords Claims to be Expunged) |
| The Orangefair Marketplace LLC A California Limited Liability Company<br>Attn Kevin A Lake Esq<br>Vandeventer Black LLP<br>707 E Main St Ste 1700 8th & Main Bldg<br>PO Box 1558<br>Richmond, VA 23218-1558 | 14256 | Exhibit C (Books and Records Claims to be Reduced) |
| Trane US Inc<br>c/o Wagner Falconer & Judd Ltd<br>Mark O Anderson<br>1700 IDS Ctr<br>Minneapolis, MN 55402 | 8373 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Trust No 45786 by CTLT as Trustee c o Joseph Freed and Associates LLC<br>Attn Douglas McMahon Atty<br>c o Joseph Freed and Associates LLC<br>33 S State St Ste 400<br>Chicago, IL 60603 | 12824 | Exhibit C (Books and Records Claims to be Reduced) |
| Tysons 3 LLC and its Management Agent The Ziegler Companies LLC<br>Mitchell B Wietzman<br>Jackson & Campbell PC<br>1120 20th St NW<br>South Tower<br>Washington, DC 20036 | 13865 | Exhibit C (Books and Records Claims to be Reduced) |
| Tysons Corner Holdings LLC Macerich 203270 1467<br>Attn Dustin P Branch<br>Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 | 14128 | Exhibit E (Books and Rcords Claims to be Expunged) |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Tysons Corner Holdings LLC Macerich Tysons Corner Road Shop<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosenman LLP<br>2029 Century Pk E 26th Fl<br>Los Angeles, CA 90067 | 9530 | Exhibit C (Books and Records Claims to be Reduced) |
| Tysons Corner Holdings LLC Macerich Tysons Corner Road Shop<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosenman LLP<br>2029 Century Pk E 26th Fl<br>Los Angeles, CA 90067 | 9537 | Exhibit C (Books and Records Claims to be Reduced) |
| United States Debt Recovery V LP<br>Assignee of Forecast Danbury Limited Partnership<br>940 Southwood Blvd Ste 101<br>Incline Village, NV 89451 | 15046 | Exhibit C (Books and Records Claims to be Reduced) |
| UTC I LLC<br>Amy Pritchard Williams Esq<br>K&L Gates LLP<br>Hearst Tower 47th Fl<br>214 N Tryon St<br>Charlotte, NC 28202 | 9633 | Exhibit C (Books and Records Claims to be Reduced) |
| UTC I LLC<br>Amy Pritchard Williams<br>K&L Gates LLP<br>214 N Tryon St Ste 4700<br>Charlotte, NC 28202 | 14364 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Vno Tru Dale Mabry Llc<br>Attn Mei Cheng<br>c/o Vornado Realty Trust<br>210 Route 4 E<br>Paramus, NJ 07652 | 8784 | Exhibit C (Books and Records Claims to be Reduced) |
| VNO TRU Dale Mabry LLC<br>c/o Vornado Realty Trust<br>210 Route 4 East<br>Paramus, NJ 07652 | 13972 | Exhibit C (Books and Records Claims to be Reduced) |
| Wayne VF LLC<br>Vornado Realty Trust<br>210 Rte 4 E<br>Paramus, NJ 07652 | 13920 | Exhibit C (Books and Records Claims to be Reduced) |
| WEC 96D Vestal Investment Trust<br>Attn Wayne Zarozny VP<br>The Berkshire Group<br>One Beacon St Ste 1500<br>Boston, MA 02108 | 9780 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Weingarten Nostat Inc<br>Attn James S Carr and Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13983 | Exhibit E (Books and Rcords Claims to be Expunged) |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 9444 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Westgate Village LLC<br>c/o Heather D Dawson Esq<br>Kitchens Kelley Gaynes PC<br>3495 Piedmont Rd NE<br>Bldg 11 Ste 900<br>Atlanta, GA 30305 | 13720 | Exhibit C (Books and Records Claims to be Reduced) |
| William E Butler as General Receiver<br>David E Eash Esq<br>221 N Wall No 500<br>Spokane, WA 99201 | 9412 | Exhibit C (Books and Records Claims to be Reduced) |
| WRI Lakeside Marketplace LLC<br>James S Carr and Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14410 | Exhibit E (Books and Rcords Claims to be Expunged) |
| WRI Seminole Marketplace, LLC<br>Attn James S Carr & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13986 | Exhibit E (Books and Rcords Claims to be Expunged) |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **BOOKS AND RECORDS CLAIMS TO BE REDUCED** | | | | | | | | |
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim Amount | Debtor | Comments |
| 7/13/09 | 14482 | 3725 Airport Boulevard LP Stephen K Lehnardt Lehnardt & Lehnardt LLC 20 Westwoods Dr Liberty, MO 64068-351 | | $43,408.08 (administrative) | Circuit City Stores, Inc. | $10,712.52 (administrative) | Circuit City Stores, Inc. | Reduce by $6,021.82 for other administrative rent and $26,673.74 for postpetition taxes according to the Debtors' books and records. |
| 1/29/09 | 8570 | Abrams Willowbrook Three Lp Attn Keith Therrien c/o Investar Real Estate Svcs 11111 Katy Freeway Ste 535 Houston, TX 77079 | Powers & Therrien PS 3502 Tieton Dr Yakima, WA 98902 | $1,156,428.68 (general unsecured) ; $62,779.45 (administrative) | Circuit City Stores, Inc. | $1,145,014.05 (general unsecured) $53,060.78 (administrative) | Circuit City Stores, Inc. | Reduce by $11,025.98 for rejection damages, $9,046.57 for postpetition taxes, $671.90 for admin fee and $388.65 for prepetition taxes according to the Debtors' books and records. |
| 4/30/09 | 12514 | AmCap Arborland LLC Robert W Dremluk Esq Seyfarth Shaw LLP 620 Eighth Ave New York, NY 10018 | AmCap Arborland LLC Ricki Singer Vice President AmCap Inc 1281 E Main St Ste 200 Stamford, CT 06902 | $1,121,494.29 (general unsecured) ; $86,558.81 (administrative) | Circuit City Stores, Inc. | $28,665.00 (administrative priority) $1,065,385.83 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the administrative portion of the claim should be reduced by $57,903.81 in stub rent, other admin rent, post-petition taxes and post-petition utilities. The general unsecured portion of the claim should be reduced by $56,108.46 in pre-petition rent, rejections damages, pre-petition taxes and pre-petition utilities |
| 3/25/09 | 11937 | Anna Schwartz Zoltan Schwartz Deborah Landman Eli Landman Attn Mencahem O Zelmanovitz Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10178-0060 | | Unliquidated (general unsecured) ; $6,138.24 (administrative) | Circuit City Stores, Inc. | $6,138.24 (admin priority); Unliquidated (general unsecured) | Circuit City Stores, Inc. | For unsecured portion, allowed the following amounts from the claim: (1) $33,269.17 for prepetition rent (2) $569,186.79 for rejection damages (3) $18,125.17 for prepetition taxes. All other amounts rejected as not on debtor's books & records. |
| 3/17/10 | 14859 | Bank of America National Association as Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank as Trustee for the Registered Hodlers of GMAC Commercial Mortgage Securities Inc Mortgage Pass Through Certificates Series 1998 C2 c/o Berkadia Commercial Mortgage LLC Geraldine Kohut 5 Park Plz Ste 400 Irvine, CA 92614 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | $1,097,798.93 (general unsecured) | Circuit City Stores, Inc. | Allow general unsecured claim in the amount of $1,097,798.93 only. All other unspecified, unliquidated claims reduced to $0.00 |
| 6/25/09 | 13614 | Benenson Columbus OH Trust c/o Niclas A Ferland Esq LeClairRyan A Professional Corporation 555 Long Wharf Dr 8th Fl New Haven, CT 06511 | | $46,005.69 (administrative) | Circuit City Stores, Inc. | $16,850.13 (admin priority) | Circuit City Stores, Inc. | Reduce by the following amounts not reflected on the debtor's books & records: (1) $29,043.00 for stub rent; (2) $112.56 for postpetition taxes |
| 5/5/09 | 13014 | Caparra Center Associates LLC Penny R Stark Attorney For Claimant 9861 Sunrise Lakes Blvd Ste 308 Sunrise, FL 33322 | Caparra Center Associates LLC PO Box 9506 San Juan, PR 00908 | $735,406.08 (general unsecured) ; $66,581.71(administrative) | Circuit City Stores, Inc. | $46,904.08 (administrative priority) $735,404.08 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $10,250.00 of unsubstantiated attorneys fees, and $9,429.63 of post-petition taxes. |
| 6/29/09 | 13974 | CC 223 Andover Park East Tukwila LLC Attn David J LaSota c/o Chapman and Cutler LLP 111 West Monroe St Chicago, IL 60603 | | $48,748.68 (administrative) | Circuit City Stores, Inc. | $15,284.81 (administrative priority) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $15,840.01 in unsubstantiated attorneys fees, $5,237.37 in unsubstantiated trustee fees and $12,386.49 in post-petition taxes. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | | | |
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|---|---|
| 1/30/09 | 9424 | CC Minnetonka LLC<br>Attn Eric J Rietz Esq<br>Vedder Price PC<br>222 N LaSalle St Ste 2600<br>Chicago , IL 60601 | | $767,167.57 (general unsecured) ;<br>$46,542.57 (administrative) | Circuit City Stores, Inc. | $724,567.9 (general unsecured) | Circuit City Stores, Inc. | Reduce pre-petition rent by $42,599.67; reduce post-petition CAM by $46,542.57. allow remainder of $724,567.90 as general unsecured |
| 4/22/09 | 12333 | CC Springs LLC a Colorado Limited Liability Company<br>Debra Piazza<br>Montgomery Little Soran & Murray PC<br>5445 DTC Pkwy Ste 800<br>Greenwood Village, CO 80111-305: | CC Springs LLC<br>PO Box 3434<br>Englewood, CO 80155 | $562,886.75 (general unsecured) ;<br>Unliquidated (administrative) | Circuit City Stores West Coast, Inc. | $0.00 (administrative priority)<br>$547,812.26 (general unsecured) | Circuit City Stores West Coast, Inc. | Amounts included in claim for stub rent $27,586.85 and $18,234.14 in post-petition taxes were previously settled with claim #13190. |
| 4/30/09 | 12540 | Centro Properties Group ta Conyers Crossroads Conyers GA<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 1910? | | $85,013.40 (administrative) | Circuit City Stores, Inc. | $23,633.11 (administrative priority) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $57,880.29 in other admin rent and $3,500.00 in other damages. |
| 4/30/09 | 12556 | Centro Properties Group ta Conyers Crossroads Conyers GA<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 1910? | | $14,204.10 (administrative) | Circuit City Stores, Inc. | $9,610.73 (administrative priority) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim should be reduced by $267.04 in admin rent, $4,300.00 in post-petition damages, and $26.33 in post-petition taxes. |
| 3/3/09 | 11669 | Century Plaza Development Corporation<br>Douglas W  Messner<br>c/o Sierra Pacific Properties  Inc<br>1800 Willow Pass Ct<br>Concord, CA 94520 | John C Willsie Corporate Counsel<br>The Seeno Companies<br>4021 Port Chicago Hwy<br>Concord, CA 94520 | $1,959,982.56 (general unsecured) ;<br>Unliquidated (Priority) | Circuit City Stores, Inc. | Administrative $0.00 (priority)<br>$1,763,071.00 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the general unsecured portion of the claim is reduced by $26,094.40 in pre-petition rent and $170,817.16 in rejection damages. The debtor's books and records do not reflect any priority amounts owed to the claimant. |
| 6/17/09 | 13434 | Circuit Sports LP<br>Edward L Rothberg & Melissa A Haselden<br>Weycer Kaplan Pulaski & Zuber PC<br>11 E Greenway Plz Ste 1400<br>Houston, TX 77046 | | $48,109.86 (administrative) | Circuit City Stores, Inc. | $30,255.96 (administrative priority) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim should be reduced by $17,853.90 in post-petition rent, taxes and  insurance. |
| 6/25/09 | 13755 | COFAL Partners LP<br>Stacy L Lucas<br>Reed Smith LLP<br>435 Sixth Ave<br>Pittsburg, PA 15219-1886 | | $24,261.86 (administrative) | Circuit City Stores, Inc. | $19,615.04  (admin priority) | Circuit City Stores, Inc. | Reduce by the following amounts not reflected on the debtor's books & records: (1) $822.17 for cam/tax recon; (2) $353.69 for utilities; (3) $2,019.23 for real estate taxes.  Debtor also shows a credit for postpetition real estate taxes in the amount of $1,451.73. |
| 4/30/09 | 12529 | CW Investors 1997 12 by its Receiver CW Capital Asset Management LLC<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 1910? | | $157,753.56 (administrative) | Circuit City Stores, Inc. | $26,314.02 (administrative priority) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim should be reduced by $30,118.67 of stub rent, and $101,320.87 of other post-petition rent. |
| 6/22/2009 | 13740 | Deno Dikeou<br>Deno P Dikeou Broker<br>Dikeou Realty<br>543 Wymore Rd N Ste 106<br>Maitland, FL 32751 | | $121,436.53 (administrative) | Circuit City Stores, Inc. | $54,543.58 (administrative priority)<br>$60,924.59 (general unsecured) | Circuit City Stores, Inc. | Claim #13740 was included in the debtor's reclassification objection.  Assuming all amounts are reclassified as requested, the claim should also be reduced by $3,563.98 in post-petition taxes and $2,404.38 in pre-petition taxes, according to the debtor's books and records. |
| 4/30/09 | 12816 | FC Richmond Associates<br>Attn rachel M Harari Esq<br>Forest City Ratner Companies LLC<br>1 Metrotech Center N<br>Brooklyn, NY 11201 | FC Woodbridge Crossing LLC<br>Attn Michael Canning Esq<br>Arnold & Porter LLP<br>399 Park Ave<br>New York, NY 10022 | Unliquidated (general unsecured) ;<br>$4,761.87 (administrative) | Circuit City Stores, Inc. | $1,578,911.95 (general unsecured) | Circuit City Stores, Inc. | Allowed $109,914.55 for unpaid Nov rents & $1,468,997.40 for rejection damages, all other amounts disallowed. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim Amount | Debtor | Comments |
| 4/30/09 | 12802 | FC Treeco Columbia Park LLC Attn Rachel M Harari Esq Forest City Ratner Companies LLC 1 Metrotech Center N Brooklyn, Ny 11201 | FC Woodbridge Crossing LLC Attn Michael Canning Esq Arnold & Porter LLP 399 Park Ave New York, NY 10022 | Unliquidated (general unsecured) ; $13,193.49 (administrative) | Circuit City Stores, Inc. | $13,193.49 (admin priority); $1,286,895.73 (general unsecured) | Circuit City Stores, Inc. | Unliquidated portion of claim should be allowed at $1,286,895.79 for unpaid rent & taxes. Debtor does not agree with repayment of attorney's fees. |
| 6/29/2009 | 13932 | Heritage Plaza LLC Linda S Broyhill Reed Smith LLP 3110 Fairview Park Dr Ste 1400 Falls Church, VA 22042 | | Unliquidated (administrative) | Circuit City Stores, Inc. | $38,752.15 (administrative priority) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim should be reduced by $221.31 in post petition taxes, and $2,511.61 in other damages. |
| 6/30/09 | 14142 | International Speedway Square Ltd Attn Kenneth B Chigges Ice Miller LLP One American Sq Ste 2900 Indianapolis, IN 46282-0200 | | $106,221.59 (administrative) | Circuit City Stores, Inc. | $41,818.35 (administrative) | Circuit City Stores, Inc. | Reduce by $3,328.92 for November stub rent, $47,555.90 for prepetition taxes (handled with landlord on claim 12760), $6,555.87 for postpetition taxes and $6,962.55 for attorney fees according to the Debtors' books and records. |
| 3/27/09 | 11938 | KIR Augusta I 044 LLC Attn Neil E Herman c/o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10178 | | $32,366.90 (administrative) | Circuit City Stores, Inc. | $10,332.92 (general unsecured) $7,399.77 (administrative) | Circuit City Stores, Inc. | This claim is included on the Claims to be reclassified exhibit. Once the appropriate amounts have been reclassified, the claim should be reduced by $13,054.51 for prepetition rent and $1,579.70 for other administrative rent according to the Debtors' books and records |
| 4/30/09 | 12873 | Kite Coral Springs LLC Attention Mark A Bogdanowicz c/o Ice Miller LLP One American Sq Ste 2900 Indianapolis, IN 46282-0200 | | $2,028,604.06 (administrative) | Circuit City Stores, Inc. | $2,024,430.46 (general unsecured) | Circuit City Stores, Inc. | Reduce pre-petition rent by $2,985.41; reduce lease rejection damages by $1,188.19. allow remainder of $2,024,430.46 as general unsecured |
| 6/30/09 | 14170 | Kite Coral Springs LLC Attn Kenneth B Chigges Ice Miller LLP One American Sq Ste 2900 Indianapolis, IN 46282-0200 | | $173,663.15 (administrative) | Circuit City Stores, Inc. | $56,642.44 (administrative) | Circuit City Stores, Inc. | disallow prepetition taxes of $99,481.00 , disallow attorneys fees of $7134.32, reduce post-petition taxes by $12,405.39. Allow remaining $56,642.44 as an administrative claim. |
| 6/29/09 | 13812 | Liquidity Solutions Inc One University Plz Ste 312 Hackensack, NJ 07601 | | $54,907.37 (administrative) | Circuit City Stores, Inc. | $53,492.03 (administrative) | Circuit City Stores, Inc. | Reduce by $1,415.34 (other admin rent). Allow remainder of $53,492.03 |
| 4/28/09 | 12427 | Macys Retail Holdings Inc c/o Joseph B Wells Esq Frost Brown Todd LLC 2200 PNC Ctr 201 E Fifth St Cincinnati, OH 45202-4187 | | $433,235.41 (general unsecured) ; $17,668.61 (administrative) | Circuit City Stores, Inc. | $321,493.06 (general unsecured) $17,317.39 (administrative) | Circuit City Stores, Inc. | Reduce by $111,742.35 for rejection damages and $351.22 for postpetition taxes according to the Debtors' books and records. |
| 6/24/09 | 14047 | Marple XYZ Associates Jeffrey Kurtzman Esq and Kathleen E Torbit Esq Klehr Harrison Harvey Branzburg & Ellers LLP 260 S Broad St Philadelphia, PA 19102 | Marple XYZ Associates c o Blank Aschkenasy Properties LLC 300 Conshohocken State Rd Ste 360 West Conshohocken, PA 19428 | $885.00 (administrative) | Circuit City Stores, Inc. | $125.74 (administrative) | Circuit City Stores, Inc. | Reduce by $759.26 for CAM recon postpetition according to the Debotrs' boooks and records.  This claim is also included on the Late Filed Claims exhibit. |
| 1/21/09 | 5089 | MFR Properties Attn FBR c o Robinson Brog Leinwand et al 1345 Avenue of the Americas Ste 3100 New York, NY 10105-0143 | | $230,414.72 (general unsecured) ; $18,20.49 (administrative) | Circuit City Stores, Inc. | $226,136.55 (general unsecured) ; $11,741.20 (administrative) | Circuit City Stores, Inc. | Reduce by $6,458.29 (other admin rent); Reduce by $4,279.12 (pre-petition taxes). Allow remainder as $226,136.55 general unsecured, and $11,741.20 administrative |
| 6/30/09 | 13942 | NP Huntsville Limited Liability Company c/o Augustus C Epps Jr Michael D Mueller and Jennifer M McLemore Christian & Barton LLP 909 E Main St Ste 1200 Richmond, VA 23219 | | $57,997.54 (administrative) | Circuit City Stores, Inc. | $8,310.32 (administrative) | Circuit City Stores, Inc. | Reduce by $30,474.66 for November stub rent and $19,212.56 in attorney fees according to the Debtors' books and records. |

| | | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim Amount | Debtor | Comments |
| 6/19/09 | 13536 | Palm Springs Mile Associates Ltd Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | Palm Springs Mile Associates Ltd c/o Philips International Holding Corp Philip J Eisenberg General Counsel Philips International 295 Madison Ave New York, NY 10017 | $75,934.77 (administrative) | Circuit City Stores, Inc. | $35,360.90 (administrative) | Circuit City Stores, Inc. | Reduce by $38,773.87 for other administrative rent and $1,800.00 for water and sewer according to the Debtors' books and records. |
| 6/29/09 | 14305 | Potomac Festival II LLC Attn Timothy P Schwartz Bregman Berbert Schwartz & Gilday LLC 7315 Wisconsin Ave Ste 800 W Bethesda, MD 20814 | | $47,521.46 (administrative) | Circuit City Stores, Inc. | $45,889.91 (administrative) | Circuit City Stores, Inc. | Reduce by $1,631.65 for postpetition taxes according to the Debtors' books and records. |
| 3/25/09 | 11952 | Potomac Run LLC Attn Neil E Herman Esq c/o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10178 | | $47,199.10 (administrative) | Circuit City Stores, Inc. | $16,734.42 (admin priority) | Circuit City Stores, Inc. | Reduce claim amount by $29,752.80 for stub rent & by $711.88 for postpetition CAM that do not agree with debtor's books & records. |
| 4/22/09 | 12330 | Rossiter, Ronald D & Barbara M 962 Paloma Dr Arcadia, Ca 91006 | | $96,489.74 (general unsecured) ; Unliquidated (administrative) | Circuit City Stores, Inc. | $5,060.34 (general unsecured) | Circuit City Stores, Inc. | This claim is included on the Claims to be reclassified exhibit. Once the appropriate amounts have been reclassified, the claim should be reduced by $253.30 for prepetition rent, $11.68 for prepetition taxes and $86,035.28 for other administrative rent according to the Debtors' books and records. In addition, the claim should be reduced by $5,164.72 for November stub rent, $7,751.24 for postpetition taxes and $2,985.00 for cleanup and repairs as those amounts are being handled with the landlord on claim 13323. |
| 2/23/09 | 11515 | Seligson Properties Stanley M 605 W Ave 2nd Fl Norwalk, CT 06850 | 444 Connecticut Avenue LLC c/o Stanley M Seligson Properties 605 West Ave 2nd Fl Norwalk, CT 06850 | $72,910.02 (administrative) | Circuit City Stores, Inc. | $14,905.42 (admin priority) | Circuit City Stores, Inc. | Reduce claim amount by $895.00 for misc damages and by $56,895.84 for postpetition taxes not reflected on debtor's books & records. Also reduced by $213.76 that debtor shows as a credit owed by landlord for a CAM recon. |
| 6/30/09 | 13938 | Taft Corners Associates Inc c/o Norman Williams Gravel and Shea 76 St Paul St 7th Fl PO Box 369 Burlington, VT 05402-0369 | | $36,427.55 (administrative) | Circuit City Stores, Inc. | $31,450.95 (admin priority); $4,976.60 (general unsecured) | Circuit City Stores, Inc. | $4,976.60 moved to general unsecured as they are for prepetition periods. From new admin amount, reduce by $1,393.63 for stub rent above what debtor shows on books and records. Reduce unsecured portion by $2,778.08 for paving costs that debtor's do not show on books and records. **Claim is also subject to Reclassified objection.** |
| 1/23/09 | 5163 | Tanglewood Park LLC Luckoff Land Company LLC and Roth Tanglewood LLC as tenants c o Ralph E Dill Esq Tanglewood Park LLC 37 W Broad St Ste 950 Columbus, OH 43215 | | $636,614.67 (general unsecured) | Circuit City Stores, Inc. | $583,565.53 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $53,049.14 for prepetition rent,CAM, taxes and insurance. |
| 6/30/2009 | 14256 | The Orangefair Marketplace LLC A California Limited Liability Company Attn Kevin A Lake Esq Vandeventer Black LLP 707 E Main St Ste 1700 8th & Main Bldg PO Box 1558 Richmond, VA 23218-1558 | | $64,771.65 (administrative) | Circuit City Stores, Inc. | $41,467.87 (administrative priority) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $11,115.87 of other admin rent, $11,941.25 of unsubstantiated attorneys fees, and $246.66 of post-petition CAM charges. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim Amount | Debtor | Comments |
| 4/30/09 | 12824 | Trust No 45786 by CTLT as Trustee c o Joseph Freed and Associates LLC Attn Douglas McMahon Atty c o Joseph Freed and Associates LLC 33 S State St Ste 400 Chicago, IL 60603 | | $1,174,288.10 (general unsecured) ; $49,458.28 (administrative) | Circuit City Stores, Inc. | $1,082,467.45 (general unsecured); $48,713.97(administrative) | Circuit City Stores, Inc. | Reduce by $2,435.69 (pre-petition rent); Reduce by $69,632.66 (rejection damages; Reduce by $4615.00 (other CAM); Reduce by $15,137.30 (other damages); Reduce by $744.31 (other CAM). Allow remainder as $1,082,467.45 general unsecured, and $48,713.97 as administrative |
| 6/23/09 | 13865 | Tysons 3 LLC and its Management Agent The Ziegler Companies LLC Mitchell B Wietzman Jackson & Campbell PC 1120 20th St NW South Tower Washington, DC 20036 | Tysons 3 LLC PO Box 1393 o/o The Ziegler Companies LLC Great Falls, VA 22066 | $22,440.00 (administrative) | Circuit City Stores, Inc. | $4,350.07 (administrative) | Circuit City Stores, Inc. | Reduce by $1,900.00 (other Admin rent; reduce by $16,189.93 (post-petition taxes) allow remaining $4,350.07 as administrative claim |
| 1/29/09 | 9530 | Tysons Corner Holdings LLC Macerich Tysons Corner Road Shop Thomas J Leanse Esq c/o Katten Muchin Rosenman LLP 2029 Century Pk E 26th Fl Los Angeles, CA 90067 | | $8,872.83 (general unsecured) ; $2,217.02 (administrative) | Circuit City Stores West Coast, Inc. | $880.76 (general unsecured) | Circuit City Stores West Coast, Inc. | Reduce by $7,992.07 for rejection damages and $2,217.02 for attorney fees according to the Debtors' books and records. |
| 1/29/09 | 9537 | Tysons Corner Holdings LLC Macerich Tysons Corner Road Shop Thomas J Leanse Esq c/o Katten Muchin Rosenman LLP 2029 Century Pk E 26th Fl Los Angeles, CA 90067 | | $274,468.03 (general unsecured) ; $2,217.02 (administrative) | Circuit City Stores West Coast, Inc. | $218,685.58 (general unsecured) | Circuit City Stores West Coast, Inc. | Reduce by $75.55 for prepetition rent, $55,706.90 for rejection damages and $2,217.02 for attorney fees according to the Debtors' books and records. |
| 5/28/10 | 15046 | United States Debt Recovery V LP Assignee of Forecast Danbury Limited Partnership 940 Southwood Blvd Ste 101 Incline Village, NV 89451 | | $1,141,505.43 (general unsecured) ; $128,399.30(administrative) | Circuit City Stores, Inc. | $1,141,505.43 (general unsecured) | Circuit City Stores, Inc. | Reduce admin amount by the following amounts not reflected on the debtor's books & records: (1) $42,014.00 for stub rent; (2) $40,658.71 for other admin rent; (3) $34,965.98 for postpetition taxes; (4) $608.90 for postpetition CAM & insurance; (5) $10,151.71 for other damages. |
| 1/30/09 | 9633 | UTC I LLC Amy Pritchard Williams Esq K&L Gates LLP Hearst Tower 47th Fl 214 N Tryon St Charlotte, NC 28202 | | $461,889.99 (general unsecured) ; $4,283.73 (administrative) | Circuit City Stores, Inc. | $501.45 (administrative priority) $461,678.31 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by (1) $211.68 of pre-petition insurance; (2) $3,075.57 of post-petition insurance; and (3) $706.71 of other post-petition charges. |
| 1/30/09 | 8784 | Vno Tru Dale Mabry Llc Attn Mei Cheng c/o Vornado Realty Trust 210 Route 4 E Paramus, NJ 07652 | | Unliquidated (general unsecured) ; Unliquidated (administrative) | Circuit City Stores, Inc. | $121,706.91 (general unsecured) | Circuit City Stores, Inc. | Reduce by $56,647.65 for November stub rent and $16,134.80 for postpetition taxes as these amounts are included in claim 13972. Also reduce by $1,185.47 for prepetition taxes according to the Debtors' books and records. |
| 6/29/09 | 13972 | VNO TRU Dale Mabry LLC c/o Vornado Realty Trust 210 Route 4 East Paramus, NJ 07652 | VNO TRU Dale Mabry LLC 888 7th Ave Fl 44 New York, NY 10106-4499 | $70,463.17 (administrative) | Circuit City Stores, Inc. | $66,603.48 (administrative) | Circuit City Stores, Inc. | Reduce by $3,575.47 for other administrative rent and $284.23 for postpetition Cam reconciliation according to the Debtors' books and records. |
| 6/29/2009 | 13920 | Wayne VF LLC Vornado Realty Trust 210 Rte 4 E Paramus, NJ 07652 | | $92,387.25 (administrative) | Circuit City Stores, Inc. | $48,410.42 (admin priority) | Circuit City Stores, Inc. | Reduce claim amount by $43,976.83 in postpetition taxes the debtor shows as already paid to the landlord. |
| 6/30/09 | 13720 | Westgate Village LLC c/o Heather D Dawson Esq Kitchens Kelley Gaynes PC 3495 Piedmont Rd NE Bldg 11 Ste 900 Atlanta, GA 30305 | | $70,941.93 (administrative) | Circuit City Stores, Inc. | $28,123.59 (administrative) | Circuit City Stores, Inc. | Reduce by $36,818.34 for postpetition taxes and $6,000 for other damages according to the Debtors' books and records. |

| Date Filed | Claim Number | BOOKS AND RECORDS CLAIMS TO BE REDUCED | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim Amount | Debtor | Comments |
|---|---|---|---|---|---|---|---|---|
| 1/30/09 | 9412 | William E Butler as General Receiver David E Eash Esq 221 N Wall No 500 Spokane, WA 99201 | | $510,189.28 (general unsecured) ; $10,956.26 (administrative) | Circuit City Stores, Inc. | $7,407.08 (administrative priority) $475,255.72 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $1,126.89 in pre-petition rent and $3,549.18 in post-petition taxes. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT D**

Claims to be Reclassified

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6: **CLAIMS TO BE RECLASSIFIED** | | | | | | 2: **RECLASSIFIED CLAIMS** | | |
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount and Classification** | **Debtor** | **Proposed Reclassified Claim Face Amount and Classification** | **Debtor** | **Comments** |
| 6/30/09 | 14260 | Bedford Park Properties LLC c/o Ron L Estes Center Management 300 Park St Ste 410 Birmingham, MI 48009 | Quarles & Brady LLP Catherine M Guastello Esq 1 Renaissance Sq 2 N Central Ave Phoenix, AZ 85004 | $140,115.83 (administrative) | Circuit City Stores, Inc. | $120,208.66 (general unsecured) $19,907.17 (administrative) | | The amounts of $2,533.30 for prepetition rent and $2,792.02 for prepetition taxes should be reclassified to general unsecured. The amounts of $5,164.72 for November stub rent, $86,035.28 for other admin rent, $7,751.24 for postpetition taxes and $2,985.00 for cleanup and repairs should be classified as administrative. This claim is also included on the Books and Records Reduce exhibit. |
| 6/22/09 | 13740 | Deno Dikeou Deno P Dikeou Broker Dikeou Realty 543 Wymore Rd N Ste 106 Maitland, FL 32751 | | $121,436.53 (administrative) | Circuit City Stores, Inc. | $58,107.56 (administrative priority) $63,328.97 (general unsecured) | | The amount of $23,387.43 for prepetition rent should be reclassified to general unsecured. The amounts of $1,579.70 for other administrative rent and $7,399.77 for postpetition taxes should be classified as administrative. This claim is also included on the Books and Records Reduce exhibit. |
| 3/27/09 | 11938 | KIR Augusta I 044 LLC Attn Neil E Herman c/o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10178 | | $32,366.90 (administrative) | Circuit City Stores, Inc. | $23,387.43 (general unsecured) $8,979.47 (administrative) | | The amounts of $95,856.14 for prepetition taxes and $24,352.52 for prepetition CAM reconciliation should be reclassified to general unsecured. The amounts of $4,032.90 for postpetition CAM reconciliation and $15,874.27 for postpetition taxes should be classified as administrative. |
| 4/22/09 | 12330 | Rossiter, Ronald D & Barbara M 962 Paloma Dr Arcadia, CA 91006 | | $96,489.74 (general unsecured) Unliquidated (administrative) | Circuit City Stores, Inc. | $5,325.32 (general unsecured) $101,936.24 (administrative) | | Prepetition taxes in the amount of $63,328.97 should be classified as an unsecured nonpriority claim. The amount of this claim is also subject to an objection based on the Debtors' books and records. |
| 6/30/09 | 13938 | Taft Corners Associates Inc c/o Norman Williams Gravel and Shea 76 St Paul St 7th Fl PO Box 369 Burlington, VT 05402-0369 | | $36,427.55 (administrative) | Circuit City Stores, Inc. | $31,450.95 (admin priority); $4,976.60 (general unsecured) | | Reclass $2,778.08 for prepetition paving costs and $2,198.52 for prepetition CAM recon from admin priority to general unsecured. **Claim is also subject to Books & Records Reduce objection.** |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT E**

| | | | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Comments |
| 1/21/2009 | 4175 | 3725 Airport Boulevard LP<br>Stephen K Lehnardt LLC<br>20 Westwoods Dr<br>Liberty, MO 64068-3519 | | $22,068.55<br>(Admin Priority) | Circuit City Stores, Inc. | This claim is not supported by the Debtors' books and records. |
| 3/23/2010 | 14879 | 502 12 86th Street LLC<br>Attn Steven H Newman Esq<br>Katsky Korins LLP<br>605 Third Ave 16th Fl<br>New York, NY 10158 | Hirschler Fleischer PC<br>Michael P Falzone Sheila deLa Cruz<br>The Edgeworth Building<br>2100 E Cary St<br>PO Box 500<br>Richmond, VA 23218-0500 | Unliquidated<br>(Admin Priority) | Circuit City Stores, Inc. | Claim is for legal fees not shown on debtor's books & records |
| 6/29/2009 | 14292 | 502 12 86th Street LLC<br>c/o Sheila deLa Cruz & Michael P Falzone<br>Hirschler Fleisher PC<br>The Edgeworth Bldg<br>2100 E Cary St<br>Richmond, VA 23218-0500 | Katsky Korins LLP<br>Attn Steven H Newman<br>605 Third Ave 16th Fl<br>New York, NY 10158 | $91,055.20<br>(Admin Priority) | Circuit City Stores, Inc. | Remaining claim is for legal fees not shown on debtor's books & records |
| 6/30/2009 | 14363 | Capmark Finance Inc<br>Keith M Aurzada & John C Leininger<br>Bryan Cave LLP<br>2200 Ross Ave Ste 3300<br>Dallas, TX 75201 | | $1,120,367.89<br>(Admin Priority) | Circuit City Stores, Inc. | Expunge as unsupported by debtors books and records |
| 4/30/2009 | 12580 | Centro Properties Group ta Parkway Plaza Vestal NY<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | | $3,515.79<br>(Admin Priority) | Circuit City Stores, Inc. | Expunge as unsupported by debtors books and records |
| 5/6/2009 | 12856 | City of Pasadena, CA<br>PO Box 7120<br>Pasadeba, CA 91109 | City of Pasadena<br>100 N Garfield Ave Rm N210<br>Pasadena, CA 91009 | $1,668.97 (Gen Unsecured) | Circuit City Stores, Inc. | Amounts claimed are not supported by the Debtors' books and records. |
| 6/12/2009 | 13356 | Crosspointe Plaza 08 A LLC<br>c/o Tom Stolting and Associates LLC<br>8301 E Prentice Ave Ste 210<br>Greenwood Village, CO 80111 | | $13,298.10<br>(Admin Priority) | Circuit City Stores, Inc. | This claim is not supported by the Debtors' books and records. |
| 6/30/2009 | 13953 | CWCapital Asset Management LLC as Special Servicer for Bank of America NA Successor by Merger to LaSalle Bank NA as Trustee<br>Attn Lawrence A Katz and Kristen E Burgers<br>8010 Towers Crescent Dr Ste 300<br>Vienna, VA 22182-2707 | | $141,519.94<br>(Admin Priority) | Circuit City Stores, Inc. | Amounts claimed are not supported by the Debtors' books and records. |

| | | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Comments |
| 4/30/2009 | 12768 | Eagleridge Associates<br>c/o Ian S Landsberg<br>16030 Ventura Marguiles LLP<br>Encino, CA 91436 | | $31,573.67<br>(Admin Priority) | Circuit City Stores West Coast, Inc. | Amounts claimed are being addressed in claim #12825. |
| 4/30/2009 | 12769 | Eagleridge Associates<br>c/o Ian S Landsberg<br>16030 Ventura Marguiles LLP<br>Encino, CA 91436 | | $252,372.13 (Gen Unsecured)<br>$31,573.67<br>(Admin Priority) | Circuit City Stores West Coast, Inc. | Amounts claimed are being addressed in claim #12825. |
| 4/30/2009 | 12815 | Enid Two LLC<br>c/o Nancy Isaacson Esq<br>75 Livingston Ave<br>Roseland, NJ 07068 | | $65,010.45<br>(Admin Priority) | Circuit City Stores, Inc. | No support for the bulk of the claim.  Only amounts listed in claim are for repairs which the debtors show no liability for |
| 6/26/2009 | 13635 | Generation H One and Two Limited Partnership<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | Generation H One and Two Limited Partnership<br>3509 S Mason St<br>Fort Collins, CO 80525-2682 | $172,247.60<br>(Admin Priority) | Circuit City Stores, Inc. | Claim # 13635 is a single line item claim for administrative charges; however, claim lacks support of amount asserted |
| 6/24/2009 | 14041 | Goodmill LLC<br>c o Jeffrey Kurtzman Esq<br>Klehr Harrison Harvey Branzburg & Ellers LLC<br>260 S Broad St<br>Philadelphia, PA 19102 | | $1, 432.47<br>(Admin Priority) | Circuit City Stores, Inc. | Expunge : Amounts claimed are not supported by debtors books and records |
| 1/30/09 | 10024 | Inland Southeast Darien LLC<br>C/o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Road, 3rd Floor<br>Oak Brook, IL 60523 | | UNL (secured) | Circuit City Stores, Inc. | This claim is not supported by the Debtors' books and records. |
| 1/30/09 | 9722 | Inland Southeast Darien LLC<br>C/o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Road, 3rd Floor<br>Oak Brook, IL 60523 | | UNL (secured) | Circuit City Stores, Inc. | This claim is not supported by the Debtors' books and records. |
| 3/31/2010 | 14931 | Inland US Management LLC<br>Karen C Bifferato & Kelly M Conlan<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg 1007 N Orange St<br>PO Box 2207<br>Wilmington, DE 19807 | | Unliquidated<br>(Admin Priority) | Circuit City Stores, Inc. | This claim is not supported by the Debtors' books and records. |
| 4/29/2009 | 12420 | Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer<br>Gregory A Cross Esq<br>Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 | | $976,108.09 (Gen Unsecured) | Circuit City Stores, Inc. | Expunge as unsupported by debtors books and records |

| | | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Comments |
| 1/28/2009 | 7519 | LC White Plains Retail LLC<br>Attn Frank J Haupel Esq<br>c/o Delbello Donnellan et al<br>1 N Lexington Ave<br>White Plains, NY 10601 | | Unliquidated<br>(Admin Priority) | Circuit City<br>Stores, Inc. | Debtor shows a credit owed by the landlord for prepaid postpetition real estate taxes which is larger than any amounts claimed that the debtor shows as owed |
| 6/22/2009 | 13743 | Macys Retail Holdings Inc<br>Joseph B Wells and Ronald E Gold<br>Frost Brown Todd LLC<br>201 E Fifth St Ste 2200<br>Cincinnati, OH 4520. | | $17,668.61<br>(Admin Priority) | Circuit City<br>Stores, Inc. | This claim is for postpetition taxes, the amount for which is also included in claim 12427 for this claimant and is being handled through that claim.  Claim 12427 is included on the Books and Records Claims to be Reduced exhibit. |
| 12/23/2008 | 13099 | Madison Waldorf LLC<br>c/o Liquidity Solutions Inc<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | Madison Waldorf LLC<br>c/o Madison Marquette<br>2001 Pennsylvania Ave NW<br>Washington, DC 20006 | $22,948.20<br>(Admin Priority) | Circuit City<br>Stores, Inc. | This claim is not supported by the Debtors' books and records. |
| 1/20/2009 | 4373 | Montclair Plaza LLC<br>c/o Stephen Warsh<br>General Growth Properties Inc<br>110 N Wacker Dr BSC 1 26<br>Chicago, IL 60606-1511 | | $24,252.90<br>(Priority) | Circuit City<br>Stores West<br>Coast, Inc. | This claim is not supported by the Debtors' books and records. |
| 6/30/2009 | 14058 | ORIX Capital Markets LLC<br>Lawrence A Katz and Kristen E Burgers<br>8010 Towers Crescent Dr Ste 300<br>Vienna, VA 22182-270' | | $193,197.76<br>(Admin Priority) | Circuit City<br>Stores, Inc. | Amounts claimed are not supported by the Debtors' books and records. |
| 6/30/2009 | 13733 | Plaza Las Americas Inc<br>Attn Richard E Lear<br>c/o Holland & Knight LLP<br>2099 Pennsylvania Ave NW Ste 100<br>Washington, DC 20006-680 | | $50,429.79<br>(Admin Priority) | Circuit City<br>Stores, Inc. | Amounts claimed are not supported by the Debtors' books and records. |
| 6/11/2009 | 13341 | Plaza Las Palmas LLC<br>Michael L Rubin<br>Chief Operating Officer<br>990 Highland Dr Ste 200<br>Solana Bch, CA 9207: | Gerald P Kennedy<br>Procopio Cory Hargreaves &<br>Savitch LLP<br>530 B St Ste 2100<br>San Diego, CA 9210 | $7,625.64<br>(Admin Priority) | Circuit City<br>Stores West<br>Coast, Inc. | Amounts claimed are not supported by the Debtors' books and records. |
| 6/30/2009 | 13937 | Property Management Support Inc as TTE of<br>Shamrock Land Trust UTA dtd 11 13 1998<br>Attn Robert A Heekin Jr<br>50 N Laura St Ste 1600<br>Jacksonville, FL 3220: | | $42,032.79<br>(Admin Priority) | Circuit City<br>Stores, Inc. | Amounts claimed are not supported by the Debtors' books and records. |
| 6/19/2009 | 13504 | Saugus Plaza Associates<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Basser Kaufman<br>Attn Marc Kemp<br>335 Central Ave<br>Lawrence, NY 11559 | $43,583.20<br>(Admin Priority) | Circuit City<br>Stores, Inc. | Debtor shows no liability for admin period |
| 1/28/2009 | 6592 | Seligson Properties, Stanley M<br>444 Connecticut Avenue LLC<br>405 W Ave 2nd Fl<br>Norwalk, CT 0685( | Seligson Properties, Stanley M<br>605 W Ave<br>Norwalk, CT 0685( | $1,040,966.84 (<br>Gen Unsecured)<br>$54,809.16<br>(Admin Priority | Circuit City<br>Stores, Inc. | Debtor shows no liability for the amounts claimed, in fact debtor shows a small credit owed from the landlord. |

| | | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Comments |
| 3/20/2009 | 11814 | The Landing at Arbor Place II LLC c/o Scott M Shaw Husch Blackwell Sanders LLP 2030 Hamilton Pl Blvd Ste 150 Chattanooga, TN 3742☐ | | $1,815.46 (Admin Priority) | Circuit City Stores, Inc. | Amounts claimed are not supported by the Debtors' books and records. |
| 3/20/2009 | 12203 | The Landing at Arbor Place II LLC c/o Scott M Shaw Husch Blackwell Sanders LLP 2030 Hamilton Pl Blvd Ste 150 Chattanooga, TN 3742☐ | | $1,815.46 (Admin Priority) | Circuit City Stores, Inc. | Amounts claimed are not supported by the Debtors' books and records. |
| 1/29/2009 | 8373 | Trane US Inc c/o Wagner Falconer & Judd Ltd Mark O Anderson 1700 IDS Ctr Minneapolis, MN 55402 | | $619, 202.40 ( Gen Unsecured) | Circuit City Stores, Inc. | Expunge as unsupported by debtors books and records |
| 6/30/2009 | 14128 | Tysons Corner Holdings LLC Macerich 20327 1467 Attn Dustin P Branch Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl Los Angeles, CA 90067 | | $2,217.02 (Admin Priority) | Circuit City Stores, Inc. | This claim is not supported by the Debtors' books and records. |
| 6/30/2009 | 14364 | UTC I LLC Amy Pritchard Williams K&L Gates LLP 214 N Tryon St Ste 4700 Charlotte, NC 2820☐ | | $606.88 (Admin Priority) | Circuit City Stores, Inc. | Amounts claimed are not supported by the Debtors' books and records. |
| 1/30/2009 | 9780 | WEC 96D Vestal Investment Trust Attn Wayne Zarozny VP The Berkshire Group One Beacon St Ste 1500 Boston, MA 02108 | | Unliquidated (Gen Unsecured) Unliquidated (Secured) Unliquidated (Admin Priority) | Circuit City Stores, Inc. | Expunge as unsupported by debtors books and records |
| 6/29/2009 | 13983 | Weingarten Nostat Inc Attn James S Carr and Robert L LeHane Kelley Drye & Warren LLP 101 Park Ave New York, NY 1017☐ | | $49,272.93 (Admin Priority) | Circuit City Stores, Inc. | Amounts claimed are not supported by the Debtors' books and records. |
| 1/30/2009 | 9444 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee Peyton Inge c/o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | | Unliquidated (Gen Unsecured) | Circuit City Stores, Inc. | Expunge as unsupported by debtors books and records |
| 6/29/2009 | 14410 | WRI Lakeside Marketplace LLC James S Carr and Robert L LeHane Kelley Drye & Warren LLP 101 Park Ave New York, NY 1017☐ | Weingarten Realty Investors Attn Lisa L Seabron Legal Administrator 2600 Citadel Plz Dr Ste 125 Houston, TX 7700☐ | $12,016.74 (Admin Priority) | Circuit City Stores, Inc. | Amounts claimed are not supported by the Debtors' books and records. |

| | | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | |
|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | | **Additional Notice Address** | **Claim Amount** | **Debtor** | **Comments** |
| 6/29/2009 | 13986 | WRI Seminole Marketplace, LLC<br>Attn James S Carr & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | | $59,976.44<br>(Admin Priority) | Circuit City Stores, Inc. | Amounts claimed are not supported by the Debtors' books and records. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT F**

| | | | LATE FILED CLAIMS | | | |
|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** | **Comment** |
| 7/1/09 | 14419 | Gould Livermore LLC<br>Michelle McMahon Esq<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | | $120,701.19<br>(Admin Priority) | Circuit City Stores, Inc. | Claim filed after bar date. |
| 3/22/10 | 14878 | Hayden Meadows JV<br>c/o Ronald T Adams<br>Black Helterline LLP<br>805 SW Broadway Ste 1900<br>Portland, OR 97205-3359 | | $6,862.72<br>(Admin Priority) | Circuit City Stores West Coast, Inc. | Claim filed after bar date. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT G**

Amended/Superseded Claims to be Expunged

| CLAIMS TO BE EXPUNGED | | | | | | Surviving Claim Numbers | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
| 4/29/09 | 13008 | Caparra Center Associates LLC<br>PO Box 9506<br>San Juan, PR 00908 | Caparra Center Associates LLC<br>Penny R Stark<br>Attorney For Claimant<br>9861 Sunrise Lakes Blvd Ste 308<br>Sunrise, FL 33322 | $735,404.08<br>(Gen Unsecured)<br>$66,583.71<br>(Admin Priority | Circuit City<br>Stores, Inc. | 13014 | Circuit City Stores,<br>Inc. | $735,406.08 (Gen Unsecured)<br>$66,581.71 (Admin Priority) |
| 2/27/09 | 11238 | Century Plaza Development Corporation<br>Douglas W  Messner<br>C O Sierra Pacific Properties  Inc<br>1800 Willow Pass Ct<br>Concord, Ca 94520 | Century Plaza Development Corporation<br>John C Willsie Corporate Counsel<br>The Seeno Companies<br>4021 Port Chicago Hwy<br>Concord, CA 94520 | $1,959,982.56<br>(Gen Unsecured)<br>Unliquidated<br>(Priority) | Circuit City<br>Stores West<br>Coast, Inc. | 11669 | Circuit City Stores,<br>Inc. | $1,959,982.56 (Gen Unsecured)<br>Unliquidated (Priority) |
| 6/29/09 | 14023 | HIP Stephanie LLC<br>c o Christine Coers Mitchell<br>Coers Mitchell Law LLC<br>1631 NE Broadway No 539<br>Portland, OR 97232-1425 | Harsch Investment Properties LLC<br>1121 SW Salmon Ste 500<br>Portland, OR 97205 | $35,736.61<br>(AdminPriority) | Circuit City<br>Stores West<br>Coast, Inc. | 14175 | Circuit City Stores,<br>Inc. | $35,736.61 (Admin Priority) |
| 6/30/09 | 14079 | Inland US Management LLC<br>Karen C Bifferato & Kelly M Conlan<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg<br>1007 N Orange St<br>PO Box 2207<br>Wilmington, DE 19807 | | $470,582.28<br>(Admin Priority) | Circuit City<br>Stores, Inc. | 14931 | Circuit City Stores,<br>Inc. | Unliquidated (Admin Priority) |

12304-003\DOCS_NY:23780v1