In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** | **Proposed Modified Claim** | **Debtor** | **Comments** |
| 01/30/09 | 9181 | 507 Northgate LLC<br>Christopher M Alston<br>1111 3rd Ave No 3400<br>Seattle, WA 98101 | Wallace Properties Inc<br>Kevin Wallace<br>330 112th Ave NE No 200<br>Bellevue, WA 98004 | $3,043,957.13<br>(general unsecured) | Circuit City Stores, Inc. | $2,142,949.32 (general unsecured) | Circuit City Stores, Inc. | Reduce by the following amounts not supported by debtors books and records: Rejection damages ($821,259.43) and $79,748.38 of other repairs/damages.  Also listed on Exhibit F Late Filed Claims. |
| 04/30/09 | 12789 | Acadia Realty Limited Partnership fka Mark Centers Limited Partnership<br>Attn Daniel J Ansell<br>Greenberg Traurig LLp<br>200 Park Ave<br>New York, NY 10166 | | Unliquidated<br>(administrative and general unsecured) | Circuit City Stores Inc. | $36,240.15 (administrative)<br><br>$980,215.01 (general unsecured) | Circuit City Stores, Inc. | Remaining:  $13,105.69 of prepetition rent; $967,109.32 of rejection damages; $30,579.95 of Nov stub rent; $5,660.20 of postpetition taxes.  Removed as not supported by Debtor's books and records:  $62,005.44 of other admin rent; $62,804.03 of rejection damages. |
| 04/02/09 | 12122 | ALMADEN PLAZA SHOPPING CTR INC<br>5353 ALMADEN EXPY<br>49 ALMADEN PLAZA SHOPPING CTR<br>SAN JOSE, CA 95118 | | $69,486.91 (general unsecured) | Circuit City Stores, Inc. | $43,636.90 (general unsecured) | Circuit City Stores, Inc. | Reduce by $17,993.89 of utilities and $,7856.12 of CAM in accordance with the Debtors' books and records. |
| 04/30/09 | 12997 | Amargosa Palmdale Investments LLC<br>J Bennett Friedman Esq<br>Friedman Law Group<br>1900 Avenue of the Stars Ste 1800<br>Los Angeles, CA 90067-4409 | | $775,571.95 (general unsecured)<br><br>$29,027.78 (administrative) | Circuit City Stores Inc | $635,169.73 (general unsecured)<br><br>$21,899.65 (administrative) | Circuit City Stores Inc. | Remaining:  $589,086.84 rejection damages per Debtor's books and records which agree with claimant; $14,716.98 pre-petition rent after reduction per Debtor's books and records; $21,899.65 of post-petition taxes ; and $31,365.91 of prepetition taxes.  Removed as not supported by Debtor's books and records: $34,339.61  for pre-petition rent; 9,000.00 for attorneys' fees; $7,128.13 of postpetition taxes; $237.61 for pre-petition taxes; $96,825.00 for other damages. |
| 04/30/09 | 12663 | Bank of America National Association Successor by Merger to LaSalle Bank National Association<br>Attn Diane Schapiro<br>c o Berkadia Commercial Mortgage LLC<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | CHK, LLC<br>c/o Augustus C. Epps, Jr., Esq.<br>Christian & Barton, LLP<br>909 East Main Street, Suite 1200<br>Richmond, VA 23219-3095 | $1,316,782.37 (general unsecured) | Circuit City Stores Inc. | $1,181,915.15 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records (1) $55,983.38 pre-petition rent (out of $75,778.56 claimed); (2) $50,333.47 rejection damages (out of $1,212,453.44 claimed); (3) $10,850.15 other insurance (out of $10,850.15 claimed); (4) $2.442.67 other damages (out of $2,442.67 claimed).<br>Reduce by the following amounts which were amended by subsequent claims that are separately objected to: (1) $15,257.55 attorneys fees amended by claim #14346 and re-classified as administrative. |
| 03/23/09 | 11929 | Bank of America National Association as Successor by Merger to LaSalle Bank National Association as Trustee for the Registered Holders of CDC Commercial Mortgage Trust 2002 FX1 Commercial Mortgage Pass Through Certificates Series 2002 FX1<br>c/o Capmark Finance Inc<br>Peyton Inge<br>700 N Pearl St Ste 2200<br>Dallas, TX  75201 | | Unliquidated but not less than $1,097,798.93 (general unsecured) | Circuit City Stores Inc. | $1,097,798.93 (general unsecured) | Circuit City Stores Inc. | All unliquidated amounts should be reduced to $0 for lack of documentation and amounts. |
| 04/30/09 | 12756 | BB Fonds International 1 USA LP<br>Eric Horan<br>Pheonix Property Co<br>5950 Sherry Ln Ste 320<br>Dallas, TX  75225 | | $1,067,385.77 (general unsecured) | Circuit City Stores Inc. | $1,018,189.31 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records (1) $21,939.71 rejection damages (out of $1,040,129.02 claimed); (2) $13,232.00 attorneys' fees (out of $13,232.00 claimed); (3) $14,024.75 removal and clean-up damages (out of $14,024.75 claimed). |
| 06/26/09 | 13772 | BB Fonds International 1 USA LP<br>Jason Binford<br>Haynes and Boone LLP<br>2323 Victory Ave Ste 700<br>Dallas, TX  75219 | | $100,500.36 (administrative) | Circuit City Stores Inc. | $97,316.51 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records (1) $3,183.85 in postpetition real estate tax (out of $68,735.45 claimed). |
| 04/30/09 | 13013 | Becker Trust LLC<br>Barry Becker<br>50 S Jones Blvd Ste 100<br>Las Vegas, NV 89107 | | $700,782.94 (general unsecured) | Circuit City Stores, Inc. | $549,304.96 (general unsecured) | Circuit City Stores, Inc. | Proposed modified claim amount is for rejection damages only.  $105,686.16 in overstated rejection damages was not supported by debtors' books and records; $15,445.92 in original claim is for other damages and was not supported by Debtor's books and records.  Other line items in original claim for pre-petition rent and November stub rent were superseded and amended by claim 13923. |
| 04/30/09 | 12999 | Bella Terra Associates LLC<br>J Bennett Friedman Esq<br>Frideman Law Group<br>1900 Ave of the Stars STE 1800<br>Los Angeles, CA 90067-4409 | | $1,465,373.96 (general unsecured)<br><br>$54,927.34 (administrative) | Circuit City Stores Inc. | $1,407,884.79 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records (1) $26,514.80 pre-petition rent;  (2) $11,494.27 pre-petition taxes; (3) $9,000.00 attorneys fees; (4) $10,480.00 repair expense; (5) $54,927.34 post-petition taxes which are allowed in part on claim # 13955. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 01/30/09 | 9952 | BFLO Waterford Associates LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | BFLO Waterford Associates LLC<br>Attn Ken Labenski<br>c o Benderson Development Company Inc<br>570 Delaware Ave<br>Buffalo, NY 14202 | $2,393,924.69 (general unsecured) | Circuit City Stores, Inc. | $1,268,919.61 (general unsecured) | Circuit City Stores, Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $1,124,005.08 rejection damages; and (2) $1,000.00 of invalid attorneys fees. Also listed on Exhibit F Late Filed Claims. |
| 06/18/09 | 13440 | Bond Circuit I Delaware Business Trust<br>Attn James S Carr Esq<br>Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Bond Circuit I Delaware Business Trust<br>Attn Ken Labenski<br>c o Benderson Development Company Inc<br>570 Delaware Ave<br>Buffalo, NY 14202 | $2,479,902.78 (general unsecured) | Circuit City Stores Inc. | $1,475,481.92 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $935,347.83 rejection damages (out of $2,391,045.28 claimed); (2) $5,423.03 pre-petition taxes (out of $5,423.03 claimed); (3) $1,000.00 attorneys' fees (out of $1,000.00 claimed); (4) $62,650.00 clean-up and damage claim (out of $62,650.00 claimed). |
| 04/30/09 | 12765 | Bond Circuit IV Delaware Business Trust<br>Mark B Conlan Esq<br>Gibbons PC<br>One Gateway Ctr<br>Newark, NJ 07102-5310 | | Unliquidated (administrative) | Circuit City Stores Inc. | $1,524,177.85 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records (1) $87.50 pre-petition rent (out of $73,817.50 claimed); (2) $65,034.20 rejection damages (out of $1,375,738.61 claimed). Allow prepetition taxes of $139,655.94. Disallow remaining amount of $125,953.19 as they were amended and superceded by Claim #13171. |
| 06/18/09 | 13426 | Bond Circuit VI Delaware Business Trust<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | | $2,781,854.61 (general unsecured) | Circuit City Stores Inc. | $1,814,640.21 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $926,882.73 rejection damges (out of $$2,718,711.16 claimed); (2) $1,000.00 attorneys' fees (out of $1,000.00 claimed); (3) $39,290.00 other damages (out of $39,290.00 claimed): (4) $41.67 miscellaneous pre-petition rent (out of $41.67 claimed). |
| 06/18/09 | 13439 | Bond Circuit VI Delaware Business Trust<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | | $81,842.29 (administrative) | Circuit City Stores Inc. | $5,303.04 (administrative) | Circuit City Stores Inc. | The following amounts are not supported by Debtor's books and records: (1) $76,539.25 other administrative rent (out of $76,539.25 claimed). |
| 01/30/09 | 8676 | Bond Circuit VII Delaware Business Trust<br>Attn Wayne Zarozny Vice President<br>The Berkshire Group<br>1 Beacon St Ste 1500<br>Boston, MA 02108 | | $0.00 (general unsecured)<br>Unliquidated (secured) | Circuit City Stores Inc. | $13,611.83 (general unsecured) | Circuit City Stores Inc. | Reduce by the following amount which is not supported by Debtor's books and records : $46,618.50 pre-petition rent. |
| 04/27/09 | 12493 | Brighton Commercial LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | | $1,014,364.97 (general unsecured) | Circuit City Stores Inc. | $924,357.55 (general unsecured) | Circuit City Stores, Inc. | Remaining: $947,884.67 of rejection damages less a credit due of $23,527.12 for postpetition taxes. Removed as not supported by Debtor's books and records: $48,609.47 of prepetition rent; $14,578.92 of other admin rent; $1,193.00 of attorneys' fees; $2,098.91 late fees. |
| 01/22/09 | 5097 | BROADSTONE CROSSING LLC<br>ELLIOT HOMES<br>ATTN STEPHEN HEMINGTON<br>80 IRON POINT CIR STE 110<br>FOLSOM, CA 95630 | Hefner Stark & Marois LLP<br>Howard S Nevins Esq<br>2150 River Plz Dr Ste 450<br>Sacramento, CA 95833 | $838,761.82 (general unsecured) | Circuit City Stores West Coast, Inc. | $813,446.73 (general unsecured) | Circuit City Stores West Coast, Inc. | Reduce by $25,315.09 in prepetition CAM recon according to the Debtors' books and records. |
| 01/21/09 | 5060 | C1 West Mason Street LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | | $959,382.47 (general unsecured) | Circuit City Stores, Inc. | $801,215.14 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $1,078.75 for prepetition rent and $157,088.58 for rejection damages. |
| 01/29/09 | 7933 | Catellus Operating Limited Partnership<br>Edward J Tredinnick Esq<br>Greene Radovsky Maloney Share & Hennigh LLP<br>Four Embarcadero Ctr Ste 4000<br>San Francisco, CA 94111 | | $1,903,434.65 (general unsecured) | Circuit City Stores, Inc. | $1,876,130.81 (general unsecured) | Circuit City Stores, Inc. | Remaining: $20,734.54 of prepetition rent; $1,781,105.10 of rejection damages; $74,291.17 of prepetition taxes. Removed as not supported by Debtor's books and records: $2,303.84 of prepetition rent; $25,000 of other damages. |
| 04/22/09 | 12328 | Catellus Operating Limited Partnership a Delaware LP<br>Attn Edward J Tredinnick<br>Greene Radovsky Maloney Share & Hennigh LLP<br>Four Embarcadero Ctr 40th Fl<br>San Francisco, CA 94111 | | $5,149,326.69 (general unsecured) | Circuit City Stores, Inc. | $3,066,976.46 (general unsecured) | Circuit City Stores Inc. | Remaining: rejection damages-Debtor and claimant's records agree. Removed because not supported by Debtor's books and records: $251,727.33 for pre-petition rent; $1,830,622.90 for other damages. |
| 06/16/09 | 13708 | Catellus Operating Limited Partnership a Delaware LP<br>Attn Edward J Tredinnick<br>Greene Radovsky Maloney Share & Hennigh LLP<br>Four Embarcadero Ctr 40th Fl<br>San Francisco, CA 94111 | | $188,398.34 (administrative) | Circuit City Stores Inc | $181,737.59 (administrative) | Circuit City Stores | Remaining: November stub rent & post-petition taxes. Removed as not supported by Debtor's books and records: $6,660.75 for post-petition taxes. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 03/17/09 | 11591 | CC Brandywine Investors 1998 LLC c/o Capital Development Company 711 Sleater Kinney Rd SE Lacey, WA 98503 | | $2,177,891.60 (general unsecured) | Circuit City Stores Inc. | $2,053,984.35 (general unsecured) | Circuit City Stores Inc. | Remaining: rejection damages. Removed because not supported by Debtor's books and records: $123,907.25 pre-petition rent. |
| 01/30/09 | 9413 | CC Independence LLC Attn Eric J Rietz Esq Vedder Price PC 222 N LaSalle St Ste 2600 Chicago, IL 60601 | | $602,680.34 (general unsecured) $10,540.55 (administrative) | Circuit City Stores Inc. | $598,308.14 (general unsecured) $10,456.98 (administrative) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $1,110.82 pre-petition rent (out of $44,432.89 claimed); (2) $3,261.38 pre-petition taxes (out of $66,405.45 claimed); (3) $83.57 post petition taxes (out of $10,540.55 claimed). |
| 12/17/08 | 1665 | CC Investors 1995 3 Ronald G Cameron Administrative Trustee 1004 Commercial Ave No 353 Anacortes, WA 98221 | | $2,205,157.50 (general unsecured) | Circuit City Stores, Inc. | $387,758.80 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $1,817,739.70 for rejection damages. |
| 01/30/09 | 9407 | CC Lafayette LLC Attn Eric J Rietz Esq Vedder Price PC 222 N LaSalle St Ste 2600 Chicago, IL 60601 | | $506,560.22 (general unsecured) $14,231.69 (administrative) | Circuit City Stores Inc. | $464,199.33 (general unsecured) $6,945.16 (administrative) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $1,059.52 pre-petition rent (out of $42,360.89 claimed); (2) $7,286.53 post petition taxes (out of $14,231,69 claimed). |
| 01/30/09 | 9424 | CC Minnetonka LLC Attn Eric J Rietz Esq Vedder Price PC 222 N LaSalle St Ste 2600 Chicago, IL 60601 | | $767,167.54 (general unsecured) $46,542.57 (administrative) | Circuit City Stores, Inc. | $724,567.87 (general unsecured) | Circuit City Stores, Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $42,599.67 pre-petition rent (general unsecured); and (2) $46,542.57 post-petition CAM and Taxes (administrative). |
| 01/28/09 | 7165 | CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership c o Mindy A Mora Esq Bilzin Sumberg Baena Price & Alexrod LLP 200 S Biscyane Blvd Ste 2500 Miami, FL 33131 | | $560,167.08 (general unsecured) | Circuit City Stores, Inc. | $433,102.67 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $16,618.25 for prepetition rent, $92,950.16 for rejection damages, $2,000.00 for attorney's fees, $14,996.00 for utilities and $500.00 for a building management fee.. |
| 04/30/09 | 12787 | Cedar Development Ltd 7777 Glades Road, Suite 310 Boca Raton, FL 33434-6424 | | $51,346.73 (administrative) $1,057,077.87 (general unsecured) | Circuit City Stores Inc. | $1,037,805.53 (general unsecured) | Circuit City Stores Inc. | Remaining: $930,471.19 of rejection damages; $107,334.34 of prepetition taxes. Removed as not supported by Debtor's books and records: $19,034.96 of prepetition rent; $44,414.91 of Nov stub rent; $6,931.82 of postpetition taxes; $237.38 of postpetition taxes. |
| 02/09/10 | 14811 | Cedar Development Ltd. Christian & Barton LLP 909 E Main St ASte 1200 Richmond, VA 23219 | | $82,071.19 (administrative) | Circuit City Stores Inc. | $31,595.75 (administrative) | Circuit City Stores Inc. | Remaining: $31,595.75 of postpetition taxes. Removed as not supported by Debtor's books and records: $44,414.91 Nov stub rent; $1,012.21 of postpetition taxes; $5,048.32 attorneys' fees. |
| 04/30/09 | 12584 | Centro Properties Group t a Parkway Plaza Vestal NY c/o David L Pollack Esq Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | | $ 13,636.31 (general unsecured) | Circuit City Stores Inc. | $528.13 (general unsecured) | Circuit City Stores, Inc. | Reduce by $13,108.18 for other CAM charges not supported by debtor's books and records |
| 04/30/09 | 12628 | Centro Properties Group ta Freshwater Stateline Plaza Enfield CT c o David L Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | | $818,537.72 (general unsecured) | Circuit City Stores, Inc. | $766,788.44 (general unsecured) | Circuit City Stores, Inc. | Reduce by $41,552.96 in November stub rent and $13,830.82 in postpetition taxes, and increase by $3,634.50 in postpetition CAM reconciliation because these amounts are covered in claim 12627. |
| 06/30/09 | 14346 | CHK LLC Augustus C Epps Jr. Esq. Christian & Barton LLP 909 E Main st Ste 1200 Richmond, VA 23219 | CHK LLC 12 Deep Well Los Altos, CA 94022 | $97,201.72 (administrative) | Circuit City Stores Inc. | $80,397.66 (administrative) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records (1) $2,071.87 post-petition taxes (out of $37,815.31 claimed); (2) $15,257.55 attorneys' fees (out of $15,257.55 claimed). |
| 12/07/10 | 15168 | Circsan Limited Partnership Allen P Lev Esq Kin Properties Inc 185 NW Spanish River Blvd Ste 100 Boca Raton, FL 33431-4230 | | Unliquidated but not less than $1,202,265.21 (general unsecured) | Circuit City Stores, Inc | $884,217.85 (general unsecured) | Circuit City Stores, Inc | Reduce by the following that do not agree with debtor's books records: $75,463.50 for postpetition rent; $95,591.30 for rejection damages; $25,167.98 for misc fees; $121,824.58 for repairs. |
| 01/29/09 | 8163 | Circuit Investors No 4 Thousand Oaks Limited Partnership c/o Niclas A Ferland Esq LeClairRyan A Professional Corporation 555 Long Wharf Dr 8th Fl New Haven, CT 06511 | | $709,187.54 (general unsecured) | Circuit City Stores Inc. | $646,812.17 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1)$52,566.50 rejection damages (out of $628,809.91 claimed); (2) $9,808.87 pre-petition taxes (out of $25,088.08 claimed). |
| 03/13/09 | 11761 | Circsuit Realty NJ LLC Attn Kelly Serenko Dir Lease Adm Kamin Realty Company PO Box 10234 Pittsburgh, PA 15232 | | $1,357.269.60 (general unsecured) | Circuit City Stores Inc. | $1,266,444.52 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $31,775.48 pre-petition taxes (out of $35,628.85 claimed); (2) $1,898.63 late charges (out of $1,898.63 claimed); (3) $57,150.97 damages and repairs (out of $57,150.97 claimed). |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 04/07/09 | 12140 | Cleveland Towne Center LLC<br>Attn Nicholas W Whittenburg<br>Miller & Martin PLLC<br>832 Georgia Ave Ste 1000<br>Chattanooga, TN 37402 | | $510,015.79 (general unsecured)<br><br>$21,114.30 (administrative) | Circuit City Stores Inc. | $496,675.53 (general unsecured) | Circuit City Stores Inc. | Reduce by following amount not supported by Debtor's books and records (1) $587.11 pre-petition rent (out of $9,048.99 claimed). Also reduce by $12,753.15 for credit for prepetition CAM that debtor is owed by claimant.<br>Reduce by following amount superseded by claim # 13715: (1) $21,114.30 Nov stub rent. (Claim #13715 contains other line item and is separately objected to based on Debtor's books and records.) |
| 06/19/09 | 13715 | Cleveland Towne Center LLC<br>Attn Nicholas W Whittenburg<br>Miller & Martin PLLC<br>832 Georgia Ave Ste 1000<br>Chattanooga, TN 37402 | | $38,533.15 (administrative) | Circuit City Stores Inc. | $22,902.34 (administrative) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records (1) $2,920.77 Nov stub rent (out of $22,665.17 claimed); (2) $10,598.04 other administrative rent (out of $15,687.98 claimed). Also reduce by $2,111.99 for credit for postpetition CAM that debtor is owed by claimant. |
| 01/21/09 | 5002 | CMAT 1999 C1 Grand River Avenue LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | | $1,046,008.75 (general unsecured) | Circuit City Stores, Inc. | $918,314.26 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $127,694.49 for rejection damages. |
| 06/30/09 | 13918 | Contrarian Funds LLC<br>Attn Alisa Mumola<br>411 W Putnam Ave Ste 425<br>Greenwich, CT 06830 | | $4,534.00 (administrative) | Circuit City Stores Inc. | $2,463.00 (administrative) | Circuit City Stores Inc. | Reduce by following amount not supported by Debtor's books and records (1) $2,071.00 other administrative rent (out of $2,071.00 claimed); |
| 05/19/10 | 15035 | Contrarian Funds LLC<br>Attn Alisa Mumola<br>411 W Putnam Ave Ste 425<br>Greenwich, CT 06830 | Transferee:<br>Contrarian Funds, LLC<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola | $583,914.90 (general unsecured)<br><br>$4,534.00 (priority) | Circuit City Stores Inc. | $581,472.44 (general unsecured) | Circuit City Stores Inc. | Reduce by following amount not supported by Debtor's books and records (1) $2,441.00 pre-petition CAM (out of $2,441.00 claimed) (2) $1.46 for a calculation error.<br>Reduce by following amounts already claimed in claim # 13918: (1) $2,071.00 other administrative rent (out of $2,071.00 claimed); (2) $2,463.00 post-petition taxes (out of $2,443.00 claimed).<br>Claim #13918 separately objected to based on Debtor's books and records reduction. |
| 01/28/09 | 7631 | Crown CCI LLC<br>Paul S Bliley Jr Esq<br>Williams Mullen<br>PO Box 1320<br>Richmond, VA 23218- 1320 | | $72,583.22 (general unsecured) | Circuit City Stores West Coast, Inc. | $69,711.25 (general unsecured) | Circuit City Stores West Coast, Inc. | Remaining: Pre-petition rent & pre-petition taxes Debtor books and records show amount due per proposed modified claim column. Removed based on Debtor's books and records: $2,544.91 from original pre-petition rent claim of $29,084.73; $327.06 for other taxes.: |
| 06/19/09 | 13467 | Crown CCI LLC<br>Paul S Bliley Jr Esq<br>Williams Mullen<br>PO Box 1320<br>Richmond, VA 23218- 1320 | | $68,381.33 (general unsecured) | Circuit City Stores West Coast, Inc. | $61,926.24 (general unsecured) | Circuit City Stores West Coast, Inc. | Remaining: November stub rent. Removed as not supported by Debtor's books and records: attorneys' fees of $6,455.09. |
| 09/01/09 | 14575 | Daniel G Kamin Elmwood Park LLC<br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA 15232-0234 | Kamin Realty Company<br>490 S Highland Ave<br>Pittsburgh, PA 15206<br><br>Kamin Realty Company<br>Attn Kelly Serenko Dir Lease Adm<br>PO Box 10234<br>Pittsburgh, PA 15232 | $724,441.58 (general unsecured) | Circuit City Stores, Inc. | $666,264.46 (general unsecured) | Circuit City Stores, Inc. | According to the debtor's books and records, the claim is reduced by $57,014.62 for prepetition taxes and $1,162.50 for late charges. |
| 06/08/10 | 15049 | DeMatteo Management Inc<br>Jennifer V Doran Esq<br>Hinckley Allen & Snyder LLP<br>28 State St<br>Boston, MA 02109-1775 | | $3,181,345.66 (general unsecured) | Circuit City Stores, Inc | $2,617,977.77 (general unsecured) | Circuit City Stores, Inc | Reduce by the following that do not agree with debtor's books records: $4,628.73 for prepetition rent; $220,738.77 for rejection damages; $7,269.78 for insurance; $330,730.61 for damages |
| 03/03/09 | 11685 | Desert Home Communities of Oklahoma, LLC<br>7911 Herschel Ave Suite No 306<br>La Jolla, CA 92037 | | $665,254.24 (general unsecured) | Circuit City Stores Inc. | $577,923.12 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records (1) $11,599.96 rejection damages (out of $525,509.53 claimed); (2) $731.16 October late fee (out of $731.16 claimed); (3) $75,000.00 other damages (out of $75,000 claimed). |
| 02/02/09 | 11269 | Evergreen McDowell & Pebble Creek LLC<br>c o William Novotny<br>Mariscal Weeks McIntyre & Friedlander PA<br>2901 N Central Ave Ste 200<br>Phoenix, AZ 85012 | | $706,847.80 (general unsecured) | Circuit City Stores, Inc. | $637,634.45 (general unsecured) | Circuit City Stores, Inc. | Reduce by $69,213.35 of rejection damages that do not agree with the Debtors' books and records. Also listed on Exhibit F Late Filed Claims. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 04/03/09 | 12062 | GRE Grove Street One LLC<br>Attn Denison M Hall<br>c/o Hall Royce LLC<br>40 Beach St Ste 203<br>Manchester, MA 01944 | | $7,078.95<br>(administrative) | Circuit City Stores Inc. | $662.38<br>(administrative) | Circuit City Stores Inc. | Remaining: Operating expenses and tax true-ups based on Debtor's books and records. Removed because not supported by Debtor's books and records: $5,453.37 other admin rent; $963.20 of operating expenses and tax true-ups. |
| 01/30/09 | 9507 | Greater Orlando Aviation Authority<br>Roy S Kobert P A<br>Broad & Cassel<br>PO Box 4961<br>Orlando, FL 32802-4961 | | $12,626.16<br>(administrative) | Circuit City Stores, Inc | $9,723.96<br>(administrative) | Circuit City Stores, Inc | Reduce by $2,902.20 for stub rent above what debtor's show on their books and records. |
| 06/15/09 | 13378 | Greenback Associates<br>Attn Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 | | $737,801.12<br>(general unsecured) | Circuit City Stores West Coast, Inc. | $702,068.28<br>(general unsecured) | Circuit City Stores West Coast, Inc. | Remaining: rejection damages & pre-petition taxes. Removed because not supported by Debtor's books and records: $14,944.50 pre-petition rent; $19,750.18 other damages; $1,038.16 pre-petition utilities. |
| 04/08/10 | 15007 | Greenback Associates<br>Attn Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 | | $65,610.58<br>(administrative) | Circuit City Stores West Coast, Inc. | $52,220.43<br>(administrative) | Circuit City Stores West Coast, Inc. | Remaining: November stub rent & post-petition taxes. Removed because not supported by Debtor's books and records: $5,288.42 post-petition attorneys' fees; $6,256.50 post-petition taxes; $1,845.23 post-petition utilities. |
| 04/30/09 | 12759 | Gri Eqy Sparkleberry Square LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | | Unliquidated (general unsecured) | Circuit City Stores Inc. | $570,931.90 (general unsecured) | Circuit City Stores Inc. | Remaining: $10,029.390 prepetition rent-agrees with Debtor's books and records; $506,067.28 rejection damages-agrees with Debtor's books and records; $54,835.23 taxes-agrees with Debtors' books and records. Removed as not supported by Debtor's books and records: $1,290.92 attorneys' fees. |
| 04/02/09 | 11981 | GVD Commercial Properties Inc<br>Mr David Case<br>1915 A E Katella Ave<br>Orange, CA 92867 | | $2,565,909.97<br>(general unsecured) | Circuit City Stores, Inc. | $2,348,576.01<br>(general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced as follows: Location 3122 -- $1,186.70 of prepetition rent, $41,352.68of rejection damages, and $35,000.00 of damages. Location 4115 -- $1,466.70 of prepetition rent, $4,621.18 of rejection damages, and $35,000.00 of other damages. Location 4116 -- $1,056.00 of prepetition rent, and $35,000.00 of other damages. Location 4124 -- $1,178.70 of prepetition rent, $4,782.80 of rejection damages, $21,689.20 of taxes and $35,000.00 of other damages. |
| 01/26/09 | 6261 | I 93 SOMERVILLE LLC<br>C/O MILSTEIN PROPERTIES CORP<br>335 MADISON AVENUE 15TH FL<br>NEW YORK, NY 10017 | | $103,925.14<br>(general unsecured) | Circuit City Stores Inc. | $61,150.74<br>(general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records (1) $18,071.10 in sub rent (out of $60,237.00 claimed); (2) $24,693.29 pre-petition taxes (out of $43,688.14 claimed). |
| 03/31/10 | 14929 | Inland Commercial Property Management Inc<br>Attn Karen C Bifferato & Kelly M Conlan<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg 1007 N Orange St<br>PO Box 2207<br>Wilmington, DE 19807 | | Unliquidated, but not less than $32,977.20<br>(administrative) | Circuit City Stores, Inc. | $820.05<br>(administrative) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced as follows: Location 6703 -- $1,476.10 of interest that is not owed. Location 3129 -- $18,095.16 of postpetition taxes and $12,585.89 of CAM. |
| 04/30/09 | 12827 | Inland Commercial Property Management Inc<br>c o Beth Brooks Esq<br>Inland Real Estate Corporation<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | Connolly Bove Lodge & Hutz LLP<br>Karen C Bifferato Esq<br>1007 N Orange St<br>PO Box 2207<br>Wilmington, DE 19899 | Unliquidated, but not less than $1,246,735.23<br>(general unsecured) | Circuit City Stores, Inc. | $1,039,017.11<br>(general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $99,940.72 of prepetition rent and $107,777.40 of rejection damages. |
| 01/30/09 | 9719 | Inland Traverse City LLC<br>c o Beth Brooks Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | Karen C Bifferato Esq<br>Connolly Bove Lodge & Hutz LLP<br>1007 N Orange St<br>PO Box 2207<br>Wilmington , DE 19899-0000 | Unliquidated, but not less than $847,743.64<br>(general unsecured) | Circuit City Stores, Inc. | $618,300.28<br>(general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $6,987.08 for pre-petiton rent and $222,456.28 of overstated rejection damages. |
| 12/08/10 | 15172 | K Gam Broadway Craycroft LLC<br>c o Sally M Darcy<br>McEvoy Daniels & Darcy PC<br>4560 E Camp Lowell Dr<br>Tucson, AZ 85712 | | $162,683.71<br>(administrative) | Circuit City Stores, Inc | $64,615.05<br>(administrative)<br><br>$82,720.36<br>(general unsecured) | Circuit City Stores, Inc | Reduce by $14,705.37 for prepetition rent already claimed under claim 9184; also reduce for the following that do not agree with Debtor's books and records: $194.94 for prepetition taxes and $447.99 for postpetition taxes. Prepetition taxes also need to be reclassed. **Claim also objected to as Reclass. Claim also objected to as late.** |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 04/29/09 | 12420 | Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer<br>Gregory A Cross Esq<br>Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 | NOTE: For Name of Creditor, the Creditor Wrote, "Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer on behalf of Bank of America NA successor by Merger to LaSalle Bank NA as Trustee for Registered Holders of Asset Securitization Corporation Commercial Mortgage Pass Through Certificates Series 1997 D 5" | $976,108.09 (general unsecured) | Circuit City Stores Inc. | $885,215.14 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records: (1) $1,075.61 pre-petition rent (out of $$49,524.44 claimed); (2) $89,052.84 rejection damages (out of $925,295.97 claimed); (3) $1,287.68 penalties and interest. |
| 04/28/09 | 12448 | La Habra Imperial LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | | Unliquidated (general unsecured) | | $1,294,522.98 (general unsecured) | | Remaining: $1,249,522.98 of rejection damages. Removed as not supported by Debtor's books and records: $73,726.01 of Nov stub rent; $12,541.28 of other admin rent; $10,627.31 of postpetition taxes; $9,039.21 of other damages. |
| 01/28/09 | 6575 | La Habra Imperial LLC<br>Ronald K Brown Jr<br>Law Offices of Ronald K Brown Jr APC<br>901 Dove St Ste 120<br>Newport Beach, CA 92660 | | $89,617.28 ($68,063.25 is general unsecured and $21,554.03 is administrative) | | $7,849.93 (administrative) | | Remaining: $7,849.93 of postpetition taxes. Removed as not supported by Debtor's books and records: $68,063.25 of other admin rent; $13,704.10 of postpetition taxes. |
| 04/01/09 | 12029 | Lexington Richmond LLC<br>Attn Harvey A Strickon<br>Paul Hastings Janofsky & Walker LLP<br>75 E 55th St<br>New York, NY 10022-3205 | | $8,233,852.35 (general unsecured) | Circuit City Stores Inc. | $2,859,375.00 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records (1) pre-petition rent $71,484.37 (out of $71,484.34 claimed); (2) $166,796.88 stub rent (out of $166,796.88 claimed); (3) $1,985,327.06 rejection damages; (4) $80,935.08 taxes (out of $229,719.04 claimed); (5) $25,000 attorneys' fees (out of $25,000 claimed); (6) $2,869,150.00 unspecified damages (out of $2,869,150.00 claimed); (7) $27,000.00 unknown (out of $27,000.00 claimed).<br>All amounts except the rejection damages are separately objected to on Exhibit F as late filed. |
| 01/13/09 | 5993 | M & M Berman Enterprises<br>c o Sheila deLa Cruz & Michael P Falzone<br>Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA 23218-0500 | | $3,097,374.00 (general unsecured) | Circuit City Stores, Inc. | $517,950.94 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $2,579,423.06 of overstated rejection damages. |
| 01/13/09 | 5992 | M&M Berman Enterprises<br>Wayne R Terry<br>Hemar Rousso & Heald LLP<br>15910 Ventura Blvd 12th Fl<br>Encino, CA 90210 | | $1,919,500.00 (general unsecured) | Circuit City Stores, Inc. | $359,773.08 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $1,559,726.92 of overstated rejection damages. |
| 11/22/10 | 15139 | Madison Waldorf LLC<br>c o Liquidity Solutions Inc<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | | $498,769.57 (general unsecured) | Circuit City Stores, Inc. | $454,324.96 (general unsecured) | Circuit City Stores, Inc. | Reduce by the following that do not agree with debtor's books & records: $13,796.83 for prepetition rent; $30,647.77 for prepetition taxes. |
| 01/02/09 | 2411 | Manco Abbott OEA INC<br>Benjamin Nurse<br>851 Munras Ave<br>Monterey, CA 93940 | | $1,743.92 (general unsecured) | Circuit City Stores Inc. | $1,220.74 (general unsecured) | Circuit City Stores Inc. | Reduce by following amount superseded by later claim#12420: $523.18 pre-petition rent (out of $523.18 claimed). |
| 01/22/09 | 4891 | McAlister Square Partners Ltd a Texas limited partnership<br>Attn Joseph A Friedman<br>Kane Russell Coleman & Logan PC<br>3700 Thanksgiving Tower<br>1601 Elm St<br>Dallas, TX 75201 | | $574,684.88 (general unsecured) | Circuit City Stores Inc. | $479,081.83 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records (1) $55,299.05 pre-petition rent (out of $62,621.05 claimed); (2) $40,304.00 other damages-"make ready cost" (out of $40,304.00 claimed). |
| 04/10/09 | 12248 | Meacham Business Center LLC<br>David Aufrecht<br>65 E Wacker Pl No 2300<br>Chicago, IL 60601 | Finch & Barry Realty LLC<br>1305 Wiley Rd Ste 106<br>Schaumburg, IL 60173 | $125,034.61 (general unsecured) | Circuit City Stores, Inc. | $81,424.12 (general unsecured) | Circuit City Stores, Inc. | Pursuant to the Debtors' books and records, the claim should be reduced by $171.09 of late fees and $43,439.40 of other damages that are not owed. |
| 12/08/10 | 15171 | Milford Crossing LLC<br>c o Julie A Manning<br>Shipman & Goodwin LLP<br>One Constitution Plz<br>Hartford, CT 06103-1919 | | Unliquidated but not less than $1,938,085.13 (general unsecured) | Circuit City Stores, Inc | $1,647,867.29 (general unsecured) | Circuit City Stores, Inc | Reduce by $290,217.84 for rejection damages above what Debtor shows on books & records. **Claim also objected to as late.** |
| 04/29/08 | 12418 | New River Properties LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | | $364,286.00 (general unsecured) | Circuit City Stores Inc. | $319,898.88 (general unsecured) | Circuit City Stores Inc. | Remaining: $6,924.38 of prepetition rent; $289,536.28 of rejection damages; $23,438.22 of prepetition taxes. Removed as not supported by Debtor's books and records: $3,863.44 pre-petition rent; $4,923.08 pre-petition taxes; $1,800.22 attorneys' fees; $33,800.38 rejection damages. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 01/27/09 | 5958 | Parkway Center East LLC<br>c/o Daniel M Anderson Esq<br>Schottenstein Zox & Dunn Co LPA<br>250 West St<br>Columbus, OH  43215 | | $487,190.06<br>(general unsecured) | Circuit City Stores Inc. | $470,963.88<br>(general unsecured) | Circuit City Stores Inc. | Reduce by following amount not supported by Debtor's books and records (1) $16,226.18 rejection damages (out of $487,190.06 claimed). |
| 03/27/09 | 12121 | Rancon Realty Fund IV<br>Ronald K Brown Jr<br>Law Offices of Ronald K Brown Jr APC<br>901 Dove St Ste 120<br>Newport Beach, CA 92660-3018 | | $1,112,594.70<br>(general unsecured) | Circuit City Stores West Coast, Inc. | $1,056,861.36<br>(general unsecured) | Circuit City Stores West Coast, Inc. | The modified claim represents the unsecured portion of 12121 as reduced by Debtor's books and records.  ($19,973.60 pre-petition rent reduced to $17,976.24; $1,020,112.61 rejection damages which agreed with Debtor's books and records; $18,772.51 for pre-petition taxes which agreed with Debtor's books and records); Reduced by $39,947.20 of Nov stub rent, $13,106.65 of post-petition taxes, and $682.13 for CAM which was not supported by Debtor's books and records. |
| 06/15/09 | 13367 | Rancon Realty Fund IV<br>Ronald K Brown Jr<br>Law Offices of Ronald K Brown Jr APC<br>901 Dove St Ste 120<br>Newport Beach, CA 92660-3018 | | $104,087.36<br>(administrative) | Circuit City Stores West Coast, Inc. | $13,106.65<br>(administrative) | Circuit City Stores West Coast, Inc. | Remaining: $13,106.65 for post-petition taxes. Removed: $39,947.20 of Nov stub rent which was paid; $4,408.70 of $17,515.20 original amount for post-petition taxes; $27,852.30 for other damages; $18,772.51 of pre-petition taxes covered by claim 12121. |
| 01/30/09 | 8749 | RD Bloomfield Associates Limited Partnership<br>Greenberg Traurig LLp<br>200 Park Ave<br>New York, NY 10166 | | Unliquidated<br>(administrative and general unsecured) | Circuit City Stores Inc. | $1,196,610.24 (general unsecured) | | Remaining: $1,196,610.24 of rejection damages. Removed as not supported by Debtor's books and records:  $13,383.36 of prepetition rent; $25,156.76 of Nov stub rent; $21,212.82 of other admin rent; $144,387.67 of rejection damages. |
| 04/29/09 | 12404 | Redtree Properties LP<br>PO BOX 1041<br>Santa Cruz, CA  95061 | | $907,888.21<br>(general unsecured) | Circuit City Stores West Coast, Inc. | $862,293.98<br>(general unsecured) | Circuit City Stores West Coast, Inc. | Reduce by following amounts not supported by Debtor's books and records (1) $1,489.69 pre-petition rent (out of $14,896.91 claimed); (2) $43,938.70 rejection damages (out of $870,935.20 claimed); (3) $165.84 pre-petition taxes (out of $22,056.10 claimed). |
| 01/02/09 | 3541 | Schiffman Circuit Props<br>Matthew W Grimshaw<br>Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 | | $52,330.43<br>(general unsecured)<br><br>$10,306.70<br>(administrative) | Circuit City Stores West Coast, Inc. | $51,979.58<br>(general unsecured)<br><br>$10,299.70<br>(administrative) | Circuit City Stores West Coast, Inc. | Remaining: $3,168.48 pre-petition rent reduced from $3,520.33 per Debtor's books and records; $8,272.91 pre-petition taxes; $40,538.19 for percentage rent.  Removed:  $351.85 from original amount of $3,520.33 for pre-petition rent; $6.00 returned check fee. |
| 01/23/09 | 10226 | SPARKS GALLERIA INVESTORS LLC<br>2222 ARLINGTON AVE<br>BIRMINGHAM, AL 35205 | SPARKS GALLERIA INVESTORS LLC<br>c o John F Murtha Esq<br>Woodburn and Wedge<br>6100 Neil Rd Ste 500<br>Reno, NV  89511-1149<br><br>Sparks Galleria Investors LLC<br>5470 Reno Corporate Dr<br>Reno, NV  89511 | $495,191.39<br>(general unsecured) | Circuit City Stores West Coast, Inc. | $410,467.65<br>(general unsecured) | Circuit City Stores West Coast, Inc. | Reduce by $84,723.74 in rejection damages according to the Debtors' books and records. |
| 05/06/09 | 12855 | Starpoint Properties LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | | Unliquidated<br>(general unsecured) | Circuit City Stores Inc. | $995,067.89 (general unsecured) | Circuit City Stores Inc. | Remaining:  $18,314.13 of prepetition rent; $976,753.76 of rejection damages.  Removed as not supported by Debtor's books and records:  $42,732.98 of Nov stub rent; $4,253.14 attorneys' fees. |
| 06/30/09 | 14343 | Starpoint Properties LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | | $150,067.91<br>(administrative) | Circuit City Stores Inc. | $28,105.57<br>(administrative) | Circuit City Stores Inc. | Remaining:  $28,105.57 of post-petition taxes. Removed as not supported by Debtor's books and records:  $40,709.20 of Nov stub rent; $4,253.14 attorneys' fees; $77,000.00 of damages. |
| 04/28/09 | 12452 | THF St Clairsville Development LP<br>2127 Innerbelt Business Center Dr Ste 200<br>St Louis, MO 63114 | | $478,043.34<br>(general unsecured) | Circuit City Stores, Inc. | $462,403.51<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by $15,639.83 in rejection damages according to the Debtors' books and records. |
| 04/30/09 | 12808 | Torrington Triplets LLC<br>Attn Gerald Morganstern<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave 9th Fl<br>New York, NY  10036-5115 | | $669,386.84<br>(general unsecured)<br><br>$47,328.38<br>(administrative) | Circuit City Stores Inc. | $651,268.19<br>(general unsecured)<br><br>$24,315.69<br>(administrative) | Circuit City Stores Inc. | Reduce general unsecured by following amounts not supported by Debtor's books and records (1) $18,118.65 rejection damages (out of $658,965.83 claimed). Reduce administrative by following amounts not supported by Debtor's books and records (1) $16,802.95 post-petition property taxes (out of $16,802.95 claimed); (2) $6,115.74 post-petition "Plaza tax" (out of $6,115.74 claimed); (3) $94.00 sewer fee (out of $94.00 claimed). |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 06/24/09 | 13753 | Tourboullin Corporation<br>Clifford A Katz Esq<br>Platzer Swergold Karlin Levine Goldberg & Jaslow LLP<br>1065 Avenue of the Americas 18th Fl<br>New York, NY 10018 | | $139,628.65 (administrative) | Circuit City Stores Inc. | $11,409.86 (administrative) | | Remaining: $11,409.86 of postpetition taxes. Removed as not supported by Debtor's books and records: $128,218.79 of postpetition taxes. |
| 06/17/09 | 13401 | Triangle Equities Junction LLC<br>Mark D Taylor Esq<br>Kilpatrick Stockton LLP<br>607 14th St NW Ste 900<br>Washington, DC 20005-2018 | | $3,512,665.36 (general unsecured) | Circuit City Stores Inc. | $2,118,345.47 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records (1) attorneys' fees of $43,495.98 included in mechanic's lien claim; (2) $183,601.88 broker's fees which were included in the mechanic's lien claim based on section 23.08 which provides that such fees are for landlord's account; (3) $491,230.07 of mechanics' liens for which additional information is required (4) $121,490.01 of rejection damages not supported by the debtors' books and records. |
| 04/30/09 | 12786 | Uncommon Ltd<br>7777 Glades Road, Suite 310<br>Boca Raton, FL 33434-4150 | | $79,090.84 (administrative)<br><br>$1,462,301.14 (general unsecured) | Circuit City Stores Inc. | $1,430,188.37 (general unsecured) | Circuit City Stores Inc. | Remaining: $1,359,945.55 of rejection damages; $70,242.82 of prepetition taxes. Removed as not supported by Debtor's books and records: $31,951.75 of prepetition rent; $74,554.09 of Nov stub rent; $161.02 of prepetition taxes; $4,536.75 postpetition taxes. |
| 02/09/10 | 14812 | Uncommon Ltd<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | | $113,176.89 (administrative) | Circuit City Stores Inc. | $22,490.46 (administrative) | Circuit City Stores Inc. | Remaining: $22,490.46 of postpetition taxes. Removed as not supported by Debtor's books and records: $11,347.94 of postpetition taxes; $74,554.09 Nov stub rent; $4,784.40 attorneys' fees. |
| 04/28/09 | 12461 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 | 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC<br>Lori E Eropkin Esq SBN 253048<br>Levinson Arshonsky & Kurtz LLP<br>15303 Ventura Blvd Ste 1650<br>Sherman Oaks, CA 91403 | $2,468,704.69 (general unsecured) | Circuit City Stores, Inc. | $2,242,551.26 (general unsecured) | Circuit City Stores, Inc. | Remaining: $2,189,685.87 rejection damages per Debtor's books and records; pre-petition taxes of $30,833.77; and pre-petition rent of $22,031.62 per Debtor's books and records. Removed: $460.00 attorneys' fees not supported by Debtor's books and records; $1,868.52 from pre-petition rent claim of $23,900.14 based on Debtor's books and records; $4,905.37 in post-petition taxes; $218,919.54 in overstated rejection damages. |
| 06/30/09 | 13731 | United States Debt Recovery IV LLC<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 | 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC<br>Lori E Eropkin Esq SBN 253048<br>Levinson Arshonsky & Kurtz LLP<br>15303 Ventura Blvd Ste 1650<br>Sherman Oaks, CA 91403 | $114,633.82 (administrative) | Circuit City Stores West Coast, Inc. | $55,792.75 (administrative) | Circuit City Stores West Coast, Inc. | Remaining: November stub rent & post-petition taxes. Removed because not supported by Debtor's books and records: $23,637.65 attorneys fees; $8,8861.19 other damages; $26,342.23 post-petition taxes. |
| 10/18/10 | 15110 | United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | | $996,033.35 (general unsecured) | Circuit City Stores, Inc. | $975,779.06 (general unsecured) | Circuit City Stores, Inc. | Reduce by the following that do not agree with debtor's books & records: $4,438.02 for prepetition rent; $15,816.27 for attorney & trustee fees; $895.00 for damages & repairs. |
| 10/04/10 | 15098 | United States Debt Recovery V LP Assignee of 1251 Fourth Street Investors LLC and Beverley Gemini Investments LLC<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV 89451 | | $2,528,728.38 (general unsecured) | Circuit City Stores, Inc | $2,243,011.26 (general unsecured) | Circuit City Stores, Inc | Reduce by the following that do not agree with debtor's books records: $2,159.39 for prepetition rent; $278,652.36 for rejection damages; $4,905.37 for prepetition taxes. |
| 10/08/10 | 15101 | United States Debt Recovery V LP Assignee of 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV 89451 | | $117,300.50 (administrative) | Circuit City Stores, Inc | $55,792.75 (administrative) | Circuit City Stores, Inc | Reduce by the following that do not agree with debtor's books records: $5,558.31 for stub rent; $23,637.65 for attorneys fees; $8,871.19 for misc damages; $23,440.60 for postpetition taxes. |
| 10/18/10 | 15115 | United States Debt Recovery V LP Assignee of CC Properties LLC<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV 89451 | | $880,847.31 (general unsecured) | Circuit City Stores, Inc. | $843,782.11 (general unsecured) | Circuit City Stores, Inc. | Reduce by the following that do not agree with debtor's books & records: $1,123.80 for prepetition rent; $20,125.13 for rejection damages; $15,816.27 for misc fees. |
| 10/18/10 | 15113 | United States Debt Recovery V LP Assignee of CC Properties LLC<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV 89451 | | $415,069.08 (general unsecured) | Circuit City Stores, Inc. | $364,176.60 (general unsecured) | Circuit City Stores, Inc. | Reduce by the following that do not agree with debtor's books & records: $6,226.25 for prepetition rent; $6,609.80 for prepetition taxes; $50,892.48 for misc fees. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 10/18/10 | 15116 | United States Debt Recovery V LP Assignee of CC Properties LLC<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV 89451 | | $815,185.77<br>(general unsecured) | Circuit City Stores, Inc. | $574,537.78<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by the following that do not agree with debtor's books & records: $2,722.25 for prepetition rent; $16,256.27 for attorney & trustee fees & env costs; $102,864.56 for damages & repairs. |
| 10/18/10 | 15117 | United States Debt Recovery V LP Assignee of CC Properties LLC<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV 89451 | | $1,094,104.39<br>(general unsecured) | Circuit City Stores, Inc | $1,042,170.82<br>(general unsecured) | Circuit City Stores, Inc | Reduce by $51,933.57 in misc fees (attorney's, trustee, late, etc) that do not agree with debtor's books records. |
| 10/18/10 | 15108 | United States Debt Recovery V LP Assignee of Faber Brothers Inc<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV 89451 | | $118,379.99<br>(administrative) | Circuit City Stores, Inc | $96,352.97<br>(administrative) | Circuit City Stores, Inc | Reduce by the following that do not agree with debtor's books records: $333.90 for stub rent; $19,908.35 for attorney's fees; $371.35 for postpetition taxes; $1,413.42 for postpetition CAM recon. |
| 10/18/10 | 15109 | United States Debt Recovery V LP Assignee of Faber Brothers Inc<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV 89451 | | $2,639,429.40<br>(general unsecured) | Circuit City Stores, Inc | $2,568,173.21<br>(general unsecured) | Circuit City Stores, Inc | Reduce by the following that do not agree with debtor's books records: $412.47 for prepetition rent; $115,603.97 for rejection damages; $707.33 for prepetition taxes; $6,499.42 for prepetition CAM recon; $2033.00 for sign removal. |
| 10/18/10 | 15111 | United States Debt Recovery V LP Assignee of FRO LLC IX<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV 89451 | | $951,184.04<br>(general unsecured) | Circuit City Stores, Inc. | $858,034.99<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by $93,149.07 for attorney fees that do not agree with debtor's books & records. |
| 08/09/10 | 15073 | United States Debt Recovery V LP Assignee of Hoprock Limonite LLC<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV 89451 | | $173,141.91<br>(priority)<br><br>$831,827.33<br>(general unsecured) | Circuit City Stores, Inc | $26,987.26<br>(priority)<br><br>$743,393.32<br>(general unsecured) | Circuit City Stores, Inc | Reduce the priority portion by the following that do not agree with debtor's books records: $128,331.95 for admin rent; $17,822.70 for postpetition taxes. Reduce the unsecured portion by the following that do not agree with debtor's books records: $5,007.53 for prepetition rent; $55,282.45 for rejection damages; $28,144.03 for prepetition taxes. |
| 08/09/10 | 15072 | United States Debt Recovery V LP Assignee of Rancon Realty Fund IV<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV 89451 | | $1,112,169.01<br>(general unsecured) | Circuit City Stores West Coast, Inc | $1,038,088.85<br>(general unsecured) | Circuit City Stores West Coast, Inc | Reduce by $74,080.16 for rejection damages over amount shown on debtor's books & records. |
| 01/29/09 | 7930 | Urbancal Oakland II LLC<br>c o I Bruce Speiser<br>Pircher Nichols & Meeks<br>1925 Century Park E 17th Fl<br>Los Angeles, CA 90067 | Urban Retail Properties LLC<br>Attn Mr Miles McFee<br>412 W 14 Mile Rd<br>Troy, MI 48083 | $773,586.02<br>(general unsecured) | Circuit City Stores, Inc. | $732,952.39<br>(general unsecured) | Circuit City Storest Inc. | According to the debtor's books and records, the claim is reduced by $40,633.63 for prepetition rent. |
| 06/30/09 | 14220 | Van Ness Post Center LLC<br>720 Market St Ste 500<br>San Francisco, CA 94102 | | $271,543.97<br>(admininistrative) | Circuit City Stores, Inc. | $73,203.26<br>(administrative)<br><br>$44,773.08<br>(general unsecured) | Circuit City Stores, Inc. | Following amounts not supported by Debtor's books and records: $112,469.52 other admin rent; $7,288.42 of $19,904.06 for post-petition taxes; $1,718.76 for other damages; $30,755.70 of $32,625.54 for post-petition CAM; $1,335.23 for post-petition sewer. |
| 01/30/09 | 8496 | VORNADO GUN HILL ROAD LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br>PARAMUS, NJ 07652 | | $2,803,196.47<br>(general unsecured) | Circuit City Stores, Inc. | $2,004,266.59<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by $798,929.88 in rejection damages according to the Debtors' books and records. |
| 06/29/09 | 13970 | VORNADO GUN HILL ROAD LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br>PARAMUS, NJ 07652 | | $57,318.70<br>(administrative) | Circuit City Stores, Inc. | $37,394.06<br>(administrative) | Circuit City Stores, Inc. | Reduce by $12,650.16 in administrative rent, $4,657.45 in postpetition taxes and $2,617.03 in CAM recon '08 according to the Debtors' books and records. |
| 04/30/09 | 12481 | Walton Whitney Investors V LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Walton Whitney Investors V LLC<br>Attn Elizabeth Kelley<br>The Mall at Whitney Field Management Office<br>100 Commercial Rd<br>Leominister, MA 01453<br><br>Walton Whitney Investors V LLC<br>Attn Howard Brody<br>900 N Michigan Ave Ste 1900<br>Chicago, IL 60611 | $853,455.70<br>(general unsecured) | Circuit City Stores, Inc. | $700,236.07<br>(general unsecured) | Circuit City Stores, Inc. | Reduce by $.07 in prepetition rent, $140,982.91 in rejection damages, $791.63 in prepetition taxes, $3,800 in attorney fees, $3,000 in repairs/damages and $4,645.02 in prepetition CAM recon according to the Debtors' books and records. |

12304-003\DOCS_LA:233512v1

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor | Comments |
| 06/18/09 | 13424 | Walton Whitney Investors V LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | Elizabeth Kelley<br>Walton Whitney Investors V LLC<br>The Mall at Whitney Field Management Office<br>100 Commercial Rd<br>Leominster, MA 01453 | $48,191.36 (administrative) | Circuit City Stores, Inc. | $4,812.28 (administrative) | Circuit City Stores, Inc. | Reduce by $38,353.52 in November stub rent, $4,445.89 in postpetition taxes and $597.67 in postpetition CAM recon according to the Debtors' books and records. |
| 03/10/09 | 11791 | Watercress Associates LP LLP dba Pearlridge Center<br>Attn Lawrence A Diamant Esq<br>Levene Neale Bender Rankin & Brill LLP<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067 | | $58,900.99 (administrative)<br><br>$1,161,127.98 (general unsecured) | Circuit City Stores Inc. | $1,106,484.16 (general unsecured) | Circuit City Stores Inc. | Remaining: $1,106,484.16 of rejection damages. Removed as not supported by Debtor's books and records: $19,133.16 of prepetition rent; $58,900.99 of admin amounts (covered on claim 11820). |
| 03/10/09 | 11820 | Watercress Associates LP LLP dba Pearlridge Center<br>Attn Lawrence A Diamant Esq<br>Levene Neale Bender Rankin & Brill LLP<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067 | | $58,900.99 (priority) | Circuit City Stores Inc. | $47,586.21 (administrative) | Circuit City Stores Inc. | Remaining: $50,152.20 of Nov stub rent, offset by payment of $2,565.99. Removed as not supported by Debtor's books and records: $10,383.37 of postpetition taxes; $30.00 of employee parking violations; $1.41 of GET recovery. |
| 01/30/09 | 8718 | WEC 96D Laguna Investment Trust<br>Attn Wayne Zarozny, Vice President<br>The Berkshire Group<br>1Beacon St Ste 1500<br>Boston , MA 02108 | | $149,719.68 (general unsecured) | Circuit City Stores Inc. | $40,559.48 (general unsecured) | Circuit City Stores Inc. | Reduce by the following amounts not supported by debtors books and records : Prepetition rent ($93,182.22) and $15,977.98 of other taxes. |
| 01/30/09 | 9444 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | | $497,646.16 (general unsecured) | Circuit City Stores Inc. | $35,727.91 (general unsecured) | Circuit City Stores Inc. | Reduce by following amounts not supported by Debtor's books and records (1) $461,918.25 in rejection damages (out of $497,646.16 claimed) |
| 02/09/11 | 15213 | Westlake Limited Partnership<br>Williams Mullen<br>P. O. Box 1320<br>Richmond, VA 23218-1320 | | $86,860.51 (general unsecured) | Circuit City Stores, Inc. | $45,973.97 (general unsecured) | Circuit City Stores, Inc. | Reduce by $36,836.03 for attorney fees not allowed and $4,050.51 for CAM. |
| 03/31/09 | 12096 | William A Broscious Esq<br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA 15232 | | $972,886.51 (general unsecured) | Circuit City Stores Inc. | $869,097.00 (general unsecured) | Circuit City Stores Inc. | Reduce by the following amounts which are not supported by Debtor's books and records: (1) $57,141.70 prepetition rent (out of $75,686.20 claimed); (2) $19,186.42 other damages (out of $19,186.42 claimed); (3) $22,461.39 pre-petition taxes (out of $22,461.39 claimed); (4) $5,000.00 attorneys fees (out of $5,000.00 claimed). |
| 04/30/09 | 13171 | Wilmington Trust Company<br>Wilmington Trust Company<br>Rodney Square North<br>J 100 North Market Street<br>Wilmington, DE 19890<br>Attn: David Vanaskey | Mark B. Conlan, Esq.<br>Shepard A. Federgreen, Esq.<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310<br><br>Craig M. Palik, Esq. (Va. Bar No. 45728)<br>McNAMEE HOSEA<br>6411 Ivy Lane, Suite 200<br>Greenbelt, MD 20770 | $125,953.19 (administrative) | Circuit City Stores Inc. | $54,285.86 (administrative) | Circuit City Stores Inc. | Claim #13171 is actually a motion for allowance of administrative claim filed 04/30/09, docket #3229. The reduced figure represents the agreed upon amount for post-petition taxes per a settlement agreement entered into between Debtor and claimant resolving that motion. The hearing was taken off-calendar on 08/27/09, docket entry 4649; docket shows "Hearing held. RESOLVED". |