United States Bankruptcy Court

Eastern District of Virginia
------------------------------------------------------------
                                            :
In re:                                      :
    **Circuit City Stores, Inc.**
                                            :       Chapter 11
                                            :       Case No. 08-35653
                                            :
                              Debtor        :
------------------------------------------------------------


## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM


    PLEASE TAKE NOTICE that the transfer of claim from **Carrera Arquitectos PSC** in the amount of **$7,795.00** is hereby withdrawn by Argo Partners.


Dated: February 1, 2011

/s/ Matthew A. Gold
Matthew A. Gold
Argo Partners
(212) 643-5455