William D. Prince, IV (VSB No. 77209)
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
wprince@t-mlaw.com
*Counsel for The Birmingham News Company, Northeast Ohio Marketing*
 *Network LLC, Booth Newspapers, Inc., d/b/a The Bay City Times,*
 *Saginaw News, Muskegon Chronicle, Flint Journal,*
 *Jackson Citizen Patriot, Kalamazoo Gazette,*
*Grand Rapids Press, and The Ann Arbor News,*
 *The Times-Picayune, L.L.C. d/b/a The Times-Picayune,*
 *a Louisiana limited liability company, Oregonian Publishing*
 *Company LLC, d/b/a The Oregonian Publishing Co.,*
 *The Herald Publishing Company, LLC,*
*Advance Publications, Inc., d/b/a Newhouse Newspapers,*
 *The Post-Standard, and Post Standard,*
*The, Newark Morning Ledger Co, Advance Publications, Inc.,*
 *d/b/a Newhouse Newspapers, The Star-Ledger,*
*The Starledger Newspaper and The Times Of Trenton*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al. | ) | Case No. 08-35653-KRH |
| | ) | (Jointly Administered) |
| Debtors. | ) | Judge Kevin R. Huennekens |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES PURSUANT TO RULE 9010**

PLEASE TAKE NOTICE that William Daniel Prince, IV, notes his appearance as

counsel for The Birmingham News Company, Northeast Ohio Marketing Network LLC, Booth

Newspapers, Inc., d/b/a The Bay City Times, Saginaw News, Muskegon Chronicle, Flint

Journal, Jackson Citizen Patriot, Kalamazoo Gazette, Grand Rapids Press, The Ann Arbor News,

The Times-Picayune, L.L.C. d/b/a The Times-Picayune, a Louisiana limited liability company,

Oregonian Publishing Company LLC, d/b/a The Oregonian Publishing Co., The Herald Publishing Company, LLC, Advance Publications, Inc., d/b/a Newhouse Newspapers, The Post-Standard, and Post Standard, The, Newark Morning Ledger Co, Advance Publications, Inc., d/b/a Newhouse Newspapers, The Star-Ledger, The Starledger Newspaper and The Times Of Trenton in the above-captioned matter pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, as well as pursuant to 11 U.S.C. § 1109 of the United States Bankruptcy Code.  The above-referenced parties are interested parties and counsel requests that copies of all notices and papers filed in the above-captioned case, including any notices required to be served under Rule 2002 of the Federal Rules of Bankruptcy Procedure, be served upon counsel at the address listed below:

>William D. Prince, IV, Esquire
>*Thompson*McMullan, P.C.
>100 Shockoe Slip
>Richmond, Virginia 23219
>Telephone:  (804) 649-7545
>Facsimile:   (804) 780-1813
>wprince@t-mlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, copies of all papers, reports, pleadings, monthly operating statements, financial statements, motions, complaints, demands and applications (including notices thereof), petitions, answering papers, reply papers, memoranda or briefs in support of any of the foregoing and any other document brought before this Court with respect to this case, whether formal or informal, whether written or oral, or whether transmitted by mail, hand delivery, telephone, facsimile, or otherwise.

|  |  |
|---|---|
| Dated:  March 1, 2011 | ___/s/ William D. Prince, IV____<br>William D. Prince, IV (VSB No. 77209)<br>*Thompson*McMullan, P.C.<br>100 Shockoe Slip<br>Richmond, Virginia 23219<br>Telephone:  (804) 649-7545<br>Facsimile:   (804) 780-1813<br>wprince@t-mlaw.com<br>*Counsel for The Birmingham News Company, Northeast Ohio Marketing Network LLC, Booth Newspapers, Inc., d/b/a The Bay City Times, Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette, Grand Rapids Press, and The Ann Arbor News, The Times-Picayune, L.L.C. d/b/a The Times-Picayune, a Louisiana limited liability company, Oregonian Publishing Company LLC, d/b/a The Oregonian Publishing Co., The Herald Publishing Company, LLC, Advance Publications, Inc., d/b/a Newhouse Newspapers, The Post-Standard, and Post Standard, The, Newark Morning Ledger Co, Advance Publications, Inc., d/b/a Newhouse Newspapers, The Star-Ledger, The Starledger Newspaper and The Times Of Trenton* |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 1st day of March, 2011, I caused a copy of the foregoing to be filed electronically. Notice of this filing will be sent to all parties on the Court's Electronic Mail Notice List by operation of the Court's CM/ECF system.

Dated: March 1, 2011                        ___/s/ William D. Prince, IV____
                                                  William D. Prince, IV (VSB No. 77209)
                                                  *Thompson*McMullan, P.C.
                                                  100 Shockoe Slip
                                                  Richmond, Virginia 23219
                                                  Telephone: (804) 649-7545
                                                  Facsimile: (804) 780-1813
                                                  wprince@t-mlaw.com

*Counsel for The Birmingham News Company, Northeast Ohio Marketing Network LLC, Booth Newspapers, Inc., d/b/a The Bay City Times, Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette, Grand Rapids Press, and The Ann Arbor News, The Times-Picayune, L.L.C. d/b/a The Times-Picayune, a Louisiana limited liability company, Oregonian Publishing Company LLC, d/b/a The Oregonian Publishing Co., The Herald Publishing Company, LLC, Advance Publications, Inc., d/b/a Newhouse Newspapers, The Post-Standard, and Post Standard, The, Newark Morning Ledger Co, Advance Publications, Inc., d/b/a Newhouse Newspapers, The Star-Ledger, The Starledger Newspaper and The Times Of Trenton*