# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.    Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **RJ Ventures, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **RJ Ventures, LLC**<br>1801 Avenue of the Stars, Suite 920<br>Los Angeles, CA 90067 |

**Claim No. 1611 for $248,708.47**
**Claim No. 1625 for $828,093.12**
**Claim No. 15050 for $34,330.78**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____    Date: _____March 2, 2011_____
     Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

RJ Ventures, LLC, a California limited liability company as assignee of Engineered Structures, Inc., its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 24, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (claim no. 1611) (the "Claim"), in the principal amount of $248,708.47, against Circuit City Stores, Inc. in the bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-35653 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of February 2011.

(Assignor)
RJ VENTURES, LLC

By: _____
Name: Stan Rothbart
Title: Manager

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: _____
Title: _____

(Assignor)
WITNESS:

By: _____
Name: Sheila Treese
Title: Secretary

84506959

## EVIDENCE OF TRANSFER OF CLAIM

RJ Ventures, LLC, a _California_ limited liability company as assignee of Engineered Structures, Inc., its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 24, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (claim no. 1611) (the "Claim"), in the principal amount of $248,708.47, against Circuit City Stores, Inc. in the bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-35653 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this _24_ day of February 2011.

**(Assignor)**
RJ VENTURES, LLC

By: _____

Name: _____

Title: _____

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____

Name: __JANICE M. STANTON__
                    **MEMBER**

Title: _____

**(Assignor)**
**WITNESS:**

By: _____

Name: _____

Title: _____

84506959

## EVIDENCE OF TRANSFER OF CLAIM

RJ Ventures, LLC, a California limited liability company as assignee of Engineered Structures, Inc., its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 24, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (claim no. 1625) (the "Claim"), in the principal amount of $828,093.12, against Circuit City Stores, Inc. in the bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-35653 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of February 2011.

**(Assignor)**
RJ VENTURES, LLC

By: _____

Name: _____

Title: _____

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____

Name: __JANICE M. STANTON__
         **MEMBER**

Title: _____

**(Assignor)**
**WITNESS:**

By: _____

Name: _____

Title: _____

84506960

## EVIDENCE OF TRANSFER OF CLAIM

RJ Ventures, LLC, a California limited liability company as assignee of Engineered Structures, Inc., its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 24, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (claim no. 1625) (the "Claim"), in the principal amount of $828,093.12, against Circuit City Stores, Inc. in the bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-35653 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of February 2011.

**(Assignor)**
RJ VENTURES, LLC

By: _____
Name: Stan Rothbart
Title: Manager

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., as manager

By: _____
Name: _____
Title: _____

**(Assignor)**
WITNESS:

By: _____
Name: Sheila Treese
Title: Secretary

84506960

## EVIDENCE OF TRANSFER OF CLAIM

RJ Ventures, LLC, a California limited liability company as assignee of Engineered Structures, Inc., its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 24, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (claim no. 15050) (the "Claim"), in the principal amount of $34,330.78, against Circuit City Stores, Inc. in the bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-35653 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of February 2011.

**(Assignor)**
RJ VENTURES, LLC

By: _____

Name: _____

Title: _____

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____

Name: JANICE M. STANTON

Title: MEMBER

**(Assignor)**
**WITNESS:**

By: _____

Name: _____

Title: _____

84506962

## EVIDENCE OF TRANSFER OF CLAIM

RJ Ventures, LLC, a California limited liability company as assignee of Engineered Structures, Inc., its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 24, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (claim no. 15050) (the "Claim"), in the principal amount of $34,330.78, against Circuit City Stores, Inc. in the bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-35653 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of February 2011.

(Assignor)
RJ VENTURES, LLC

By: _____
Name: Stan Rothbart
Title: Manager

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: _____
Title: _____

(Assignor)
WITNESS:

By: _____
Name: Sheila Treese
Title: Secretary

84506962