## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA

In re                                      Chapter 11

   CIRCUIT CITY STORES, INC. et al.

                                Case No. 08-35653

            Debtors.                 (Jointly Administered)

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that RJ Ventures, LLC., a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to claim numbers 1611, 1625 and 15050, be sent to the New Address set forth below, effect as of the date hereof.

Former Address
RJ Ventures, LLC
1801 Avenue of the Stars
Suite 920
Los Angeles, CA 90067

New Address
RJ Ventures, LLC
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

**RJ Ventures, LLC**

By:_____ Stan Rothbart
Title: Manager
Date: 2/24/2011