IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION TO ADMIT PRO HAC VICE

Jennifer J. West, Esquire moves this Court for an Order authorizing Catherine Harrison King, Esquire ("Ms. King") from the law firm of Miller & Martin PLLC to appear and represent Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola Enterprises Inc. and Coca-Cola Bottling Company Consolidated *pro hac vice* in the captioned bankruptcy case and any related litigation, including adversary proceeding case number 10-03584-KRH, and in support of her Motion, states as follows:

1. I am a member in good standing of the Bar of the Commonwealth of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia. I will be associated with Ms. King in this matter. My business address and bar number are as follows:

> Jennifer J. West (VSB #47522)
> Spotts Fain PC
> 411 E. Franklin Street, Suite 600
> Richmond, VA 23219

---

| | |
|---|---|
| Catherine Harrison King, Esquire (*pro hac vice* pending) | Jennifer J. West (VSB #47522) |
| MILLER & MARTIN PLLC | SPOTTS FAIN PC |
| 1170 Peachtree Street, N.E., Suite 800 | P.O. Box 1555 |
| Atlanta, GA 30309-7706 | Richmond, VA 23218 |
| Phone: (404) 962-6100 | Phone: (804) 697-2000 |
| Facsimile: (404) 962-6300 | Facsimile: (804) 697-2194 |
| *Co-Counsel for Defendants Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola Enterprises Inc. and Coca-Cola Bottling Company Consolidated* | *Co-Counsel for Defendants Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola Enterprises Inc. and Coca-Cola Bottling Company Consolidated* |

2. Ms. King is a member in good standing of the Bar of the State of Georgia, the state of her residence, as well as the Bar of the State of Tennessee. Ms. King's business address is as follows:

> Miller & Martin PLLC
> 1170 Peachtree Street, N.E., Suite 800
> Atlanta, GA 30309-7706

3. Ms. King has not been the subject of disciplinary action by the bar or courts of the State of Georgia, or any other state or any federal court.

4. Ms. King has not been denied admission to the courts of any state or to any federal court.

5. Ms. King has completed an Application To Qualify As A Foreign Attorney Under Local Bankruptcy Rule 2090-1(E)(2), a copy of which is attached as **Exhibit A**.

6. A proposed Order granting this Motion is being submitted to the Court contemporaneously with the filing of this Motion.

WHEREFORE, Jennifer J. West, Esquire prays that this Court grant her Motion to permit Catherine Harrison King, Esquire to represent Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola Enterprises Inc. and Coca-Cola Bottling Company Consolidated *pro hac vice* in this case and for such other and further relief as this Court deems just and proper.

Respectfully submitted this 3rd day of March, 2011.

/s/ Jennifer J. West

Jennifer J. West, Esquire (VSB #47522)
SPOTTS FAIN PC
P.O. Box 1555
Richmond, Virginia 23218
Phone: (804) 697-2000
Facsimile: (804) 697-2194
*Co-Counsel for Defendants Coca-Cola*
*Refreshments U.S.A., Inc. f/k/a Coca-Cola Enterprises Inc.*
*and Coca-Cola Bottling Company Consolidated*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of March, 2011, a copy of the foregoing Motion was served by U.S. Mail, First Class, postage prepaid, and/or electronic means through the Court's ECF system on the following, constituting all necessary parties:

Lynn L. Tavernner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

W. Clarkson McDow, Jr., U.S. Trustee
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

John T. Donelan, Esquire
215 South Royal Street
Alexandria, VA 22314

/s/ Jennifer J. West