**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**ORDER**

In consideration of the Motion of Jennifer J. West, Esquire to allow Catherine Harrison King, Esquire from the law firm of Miller & Martin PLLC to appear and practice before this Court *pro hac vice* in the above-styled cause and the Court having determined that the representations contained in such Motion are true, and Jennifer J. West, Esquire having entered her appearance as counsel in this cause and this application being authorized by the Rules of this Court;

IT IS ORDERED that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that Catherine Harrison King, Esquire ("Ms. King") be admitted to appear and practice before this Court *pro hac vice* only in the captioned bankruptcy case and any related litigation, including adversary proceeding case number 10-03584-KRH, on behalf of Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola Enterprises Inc. and Coca-Cola Bottling Company Consolidated.

| | |
|---|---|
| Catherine Harrison King, Esquire (*pro hac vice* pending)<br>MILLER & MARTIN PLLC<br>1170 Peachtree Street, N.E., Suite 800<br>Atlanta, GA 30309-7706<br>Phone: (404) 962-6100<br>Facsimile: (404) 962-6300 | Jennifer J. West (VSB #47522)<br>SPOTTS FAIN PC<br>P.O. Box 1555<br>Richmond, VA 23218<br>Phone: (804) 697-2000<br>Facsimile: (804) 697-2194 |
| *Co-Counsel for Defendants Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola Enterprises Inc. and Coca-Cola Bottling Company Consolidated* | *Co-Counsel for Defendants Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola Enterprises Inc. and Coca-Cola Bottling Company Consolidated* |

IT IS FURTHER ORDERED, that in conjunction with such admission *pro hac vice*, and as to matters arising during or pertaining to the above-styled cause, Ms. King will be subject to and submit herself to the full disciplinary powers of this Court to the same extent as if she were fully admitted to practice in this Court and the Bar of Virginia.

ENTER:      /      /

_____
United States Bankruptcy Judge

I ASK FOR THIS:

/s/ Jennifer J. West
Jennifer J. West, Esquire (VSB #47522)
SPOTTS FAIN PC
P.O. Box 1555
Richmond, Virginia 23218
Phone: (804) 697-2000
Facsimile: (804) 697-2194
*Co-Counsel for Defendants Coca-Cola*
*Refreshments U.S.A., Inc. f/k/a Coca-Cola Enterprises Inc.*
*and Coca-Cola Bottling Company Consolidated*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of March, 2011, a copy of the foregoing Sketch Order was served by U.S. Mail, First Class, postage prepaid, and/or electronic means through the Court's ECF system on the following, constituting all necessary parties:

Lynn L. Tavernner, Esquire
Paula S. Beran, Esquire
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

W. Clarkson McDow, Jr., U.S. Trustee
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

John T. Donelan, Esquire
215 South Royal Street
Alexandria, VA 22314

                                              /s/ Jennifer J. West

**PARTIES TO RECEIVE COPIES**:

Lynn L. Tavernner, Esquire
Paula S. Beran, Esquire
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jennifer J. West, Esquire
SPOTTS FAIN PC
P.O. Box 1555
Richmond, VA 23219

Catherine Harrison King, Esquire
MILLER & MARTIN PLLC
1170 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-7706

W. Clarkson McDow, Jr., U.S. Trustee
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

John T. Donelan, Esquire
215 South Royal Street
Alexandria, VA 22314

4