Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Seventieth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | : Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : Case No. 08-35653 (KRH) |
| Debtors. | : Jointly Administered |

**LIQUIDATING TRUST'S NOTICE OF WITHDRAWAL,
WITHOUT PREJUDICE, OF DEBTORS' SEVENTIETH OMNIBUS OBJECTION TO
CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF
<u>MOBILE EDGE</u>[CLAIM NO. 3788]**

On March 26, 2010, Circuit City Stores, Inc, *et al.*, the above-captioned debtors, filed the

*Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability*

*(Legal Claims); (ii) No Liability (Satisfied Claims); (iii) No Liability (Human Resources*

*Claims); and (iv) No Liability ( Miscellaneous Claims))* [Docket No. 7013] (the "Seventieth Omnibus Objection") in these cases. The Seventieth Omnibus Objection contained an objection to Claim No. 3788 filed by Mobile Edge.

*The Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors In Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") was confirmed on September 10, 2010 became effective on November 1, 2010. Pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidating Trust assumed the right and responsibility of claims resolution in these cases.

The Liquidating Trust hereby withdraws, without prejudice, the Seventieth Omnibus Objection solely with respect to the Claim Number 3788.

<div style="margin-left:50%">

TAVENNER & BERAN, P.L.C.

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Seventieth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
       pberan@tb-lawfirm.com

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
       jpomerantz@pszjlaw.com
       acaine@pszjlaw.com

*Counsel to the Circuit City Stores, Inc.*
 *Liquidating Trust*

</div>

12304-003\DOCS_LA:232986.1              2