| | |
|---|---|
| Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>(admitted pro hac vice)<br>PACHULSKI STANG ZIEHL &<br>JONES LLP<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>Telephone: (310) 277-6910<br>Telecopy:  (310) 201-0760 | Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>TAVENNER & BERAN, PLC<br>20 North Seventieth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopy:   (804) 783-0178<br><br>Counsel to the Circuit City Stores, Inc. Liquidating Trust |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel to the Circuit City Stores, Inc. Liquidating Trust

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| - - - - - - - - - - - - - - -<br>In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>       Debtors.<br>- - - - - - - - - - - - - - - | x<br>: Chapter 11<br>:<br>: Case No. 08-35653 (KRH)<br>:<br>:<br>: Jointly Administered<br>x |

**LIQUIDATING TRUST'S NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF DEBTORS' THIRTIETH OMNIBUS OBJECTION TO CERTAIN CLAIMS (DISALLOWANCE OF CERTAIN CLAIMS FOR WAGES AND COMPENSATION) SOLELY WITH RESPECT TO THE CLAIM OF MELLISSA M. GILLARD (CLAIM NO. 8522)**

On August 20, 2009, Circuit City Stores, Inc, *et al.*, the above-captioned debtors, filed the

*Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages*

*and Compensation)* (the "Thirtieth Omnibus Objection") [Docket No. 4583] in these cases.  The

12304-003\DOCS_LA:233564.1

Thirtieth Omnibus Objection contained an objection to Claim No. 8522 filed by Milissa M. Gillard.

*The Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors In Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") was confirmed on September 10, 2010 became effective on November 1, 2010. Pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidating Trust assumed the right and responsibility of claims resolution in these cases.

The Liquidating Trust hereby withdraws, without prejudice, the Thirtieth Omnibus Objection solely with respect to the Claim Number 8522.

TAVENNER & BERAN, P.L.C.

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Seventieth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
       pberan@tb-lawfirm.com

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
       jpomerantz@pszjlaw.com
       acaine@pszjlaw.com

*Counsel to the Circuit City Stores, Inc.*
 *Liquidating Trust*