IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC.,<br>et al.,<br><br>Debtors.[1] | x<br>: Chapter 11<br>:<br>: Case No. 08-35653 (KRH)<br>:<br>:<br>: Jointly Administered<br>:<br>:<br>x |

### AFFIDAVIT OF SERVICE

I, Liam S. Mc. Humble, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before February 18, 2011, the parties set forth on the service list attached hereto as **Exhibit A** were served with a copy of the document(s) referenced on **Exhibit A** along with a customized Notice of Rejection of Notice of Transfer form, attached hereto as **Exhibit B** via First Class Mail.

Dated: February 22, 2011

Liam S. Mc. Humble

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 22nd day of February, 2011, by Liam S. Mc. Humble, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Michelle_

MICHELLE CRUZ
Commission # 1875517
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Docket Number |
|---|---|---|---|---|---|---|---|---|
| TRANSFEROR | ALL ABOUT WIRING LLC | | 829 CAMMIE JORDAN LN | | ROCK HILL | SC | 29730 | 9874 |
| TRANSFEREE | LIQUIDITY SOLUTIONS INC | | ONE UNIVERSITY PLZ STE 312 | | HACKENSACK | NJ | 07601 | 9874 |
| TRANSFEROR | SOURCE INTERLINK DISTRIBUTION LLC | | 27500 RIVERVIEW CENTER BLVD STE 400 | | BONITA SPRINGS | FL | 34134 | 9971 |
| TRANSFEREE | CONTRARIAN FUNDS LLC | ATTN ALISA MUMOLA | 411 W PUTNAM AVE STE 425 | | GREENWICH | CT | 06830 | 9971 |
| TRANSFEROR | SOURCE INTERLINK MEDIA LLC | C O SOURCE INTERLINK COMPANIES INC | 27500 RIVERVIEW CENTER BLVD STE 400 | | BONITA SPRINGS | FL | 34134 | 9972 |
| TRANSFEREE | CONTRARIAN FUNDS LLC | ATTN ALISA MUMOLA | 411 W PUTNAM AVE STE 425 | | GREENWICH | CT | 06830 | 9972 |
| TRANSFEROR | DISH DOCTORS, THE | | 6385 RT 96 | | VICTOR | NY | 14564-1411 | 9976 |
| TRANSFEREE | ARCHON BAY CAPITAL LLC | ATTN CLAIMS PROCESSING DEPT | PO BOX 14610 | | SURFSIDE BEACH | SC | 29587 | 9976 |
| TRANSFEROR | US SIGNS INC | FULLERTON & KNOWLES INC | C O RICHARD I HUTSON | 12644 CHAPEL RD STE 206 | CLIFTON | VA | 20124 | 9978 |
| TRANSFEREE | LONGACRE INSTITUTIONAL OPPORTUNITY FUND LP | ATTN VLADIMIR JELISAVCIC | 810 SEVENTH AVE 33RD FL | | NEW YORK | NY | 10019 | 9978 |
| TRANSFEROR | US SIGNS INC | FULLERTON & KNOWLES INC | C O RICHARD I HUTSON | 12644 CHAPEL RD STE 206 | CLIFTON | VA | 20124 | 9979 |
| TRANSFEREE | LONGACRE INSTITUTIONAL OPPORTUNITY FUND LP | ATTN VLADIMIR JELISAVCIC | 810 SEVENTH AVE 33RD FL | | NEW YORK | NY | 10019 | 9979 |
| TRANSFEROR | US SIGNS INC | FULLERTON & KNOWLES INC | C O RICHARD I HUTSON | 12644 CHAPEL RD STE 206 | CLIFTON | VA | 20124 | 9980 |
| TRANSFEREE | LONGACRE INSTITUTIONAL OPPORTUNITY FUND LP | ATTN VLADIMIR JELISAVCIC | 810 SEVENTH AVE 33RD FL | | NEW YORK | NY | 10019 | 9980 |
| TRANSFEROR | US SIGNS INC | | 6807 PORTWEST DR | | HOUSTON | TX | 77024 | 9981 |
| TRANSFEREE | LONGACRE INSTITUTIONAL OPPORTUNITY FUND LP | ATTN VLADIMIR JELISAVCIC | 810 SEVENTH AVE 33RD FL | | NEW YORK | NY | 10019 | 9981 |
| TRANSFEROR | US SIGNS | | PO BOX 840323 | | DALLAS | TX | 75284-0323 | 9982 |
| TRANSFEREE | LONGACRE INSTITUTIONAL OPPORTUNITY FUND LP | ATTN VLADIMIR JELISAVCIC | 810 SEVENTH AVE 33RD FL | | NEW YORK | NY | 10019 | 9982 |
| TRANSFEROR | IDEAL TECHNOLOGY INC | HSBC BANK USA NA | VONWIN | DEPT CH 16354 | PALATINE | IL | 60055-6354 | 9986 |
| TRANSFEREE | CORRE OPPORTUNITIES FUND LP | ATTN CLAIMS PROCESSING BANKRUPTCY | 1370 AVE OF THE AMERICAS 29TH FL | | NEW YORK | NY | 10019 | 9986 |

# EXHIBIT B

# NOTICE OF REJECTION OF NOTICE OF TRANSFER

| | |
|---|---|
| TO: | Transferee<br>Transferee Address |
| CC: | Transferor<br>Transferor Address |
| | Notice Party (if applicable) |
| FROM: | Joseph Johnson |
| DATE: | |
| RE: | Notice of Rejection of Notice of Transfer |

---

Kurtzman Carson Consultants LLC, the Court-appointed claims agent in the matter of **Circuit City Stores, Inc., Case No. 08-35653 (KRH)** has been charged with the duty of maintaining the Court's claims register. We are in receipt of Notices of Transfer (the "NOT") received from your establishment asserting that claims or interest of creditors or interest holders (the "Creditor") in this matter has been transferred to your ownership. As claims management requires exacting standards in order to provide the Court with an error-free claims register in every instance, please understand that we cannot accept and process your NOT for the following reason(s):

__x__    The NOT was filed after the Distribution Record Date and is therefore untimely pursuant to Articles VI.L and I.B. 1.59 of the Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims.

____    The NOT is not accompanied by documentation evidencing agreement to transfer the claim.

____    The NOT asserts that it transfers a proof of claim or scheduled liability for a certain amount; however, the claims register does not reflect a claim or scheduled liability equal to said amount.

____    The NOT asserts that it transfers a proof of claim or scheduled liability from the aboved listed transferee; however, the transferee is not the current owner of the proof of claim or scheduled liability.

____    The NOT asserts that it transfers a proof of claim or scheduled liability with respect to a specific case name or number; however the identified creditor does not have a claim or interest with respect to said case name or number.

____    The NOT asserts that it transfers a proof of claim or scheduled liability which has previously been effectuated.

We have attached hereto for your convenience a copy of the NOT that we received. If you have any questions, please do not hesitate to contact **Joseph Johnson** at 310-776-7317.