UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CIRCUIT CITY STORES, INC., | ) Case No. 08-35653-KRH |
| Debtors. | ) |

### TRANSFER OF CLAIM PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

PLEASE TAKE NOTICE that the claim(s) of CEDAR DEVELOPMENT, LTD. (creditor or "Transferor"), and its related Debtor affiliates, which are described as follows:

| Claim No. | Amount | Date Filed |
|---|---|---|
| 12787 | $51,346.73 | 04/30/09 |
| 12787 | $1,057,077.87 | 04/30/09 |
| 14140 | $56,395.05 | 06/30/09 |
| 14811 | $82,071.19 | 02/09/10 |

and all claims of Transferor associated with such claims have been transferred and assigned (absolutely and not for security) to U.S. BANK NATIONAL ASSOCIATION, as successor-in-interest to Bank of America, National Association, successor-in-interest to Wells Fargo Bank, N.A., as Trustee under the Pooling and Servicing Agreement dated as of December 1, 2006, for the registered holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2006-C29, c/o Helios AMC, LLC ("Assignee"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claims. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, here assign and transfer my claims and all rights thereunder to U.S. BANK NATIONAL ASSOCIATION, as successor-in-interest to Bank of America, National Association, successor-in-interest to Wells Fargo Bank, N.A., as Trustee under the Pooling and Servicing Agreement dated as of December 1, 2006, for the registered holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2006-C29, c/o Helios AMC, LLC. The clerk of the court is authorized to change the address and holder of this claim from Transferor of that of the Transferee, US Bank below.

**TRANSFEROR:** CEDAR DEVELOPMENT, LTD.
BY: CEDAR DEVELOPMENT CORP, ITS G.P.

Print Name _Robert J. Schmier, President_     Title: PRESIDENT

Signature: _____     Date: 1/31/11

Corrected Address (if req.) _____

Phone _____     E-mail: _____

**TRANSFEREE:** U.S. BANK NATIONAL ASSOCIATION, as successor-in-interest to Bank of America, National Association, successor-in-interest to Wells Fargo Bank, N.A., as Trustee under the Pooling and Servicing Agreement dated as of December 1, 2006, for the registered holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2006-C29, c/o Helios AMC, LLC ("Assignee")

By:   Helios AMC, LLC, acting in its capacity
      as Special Servicer for U.S. BANK NATIONAL ASSOCIATION

By: _____
Name: HWN D HANSON
Title: VP

Address of Transferee:   2 Embarcadero Center
                         Suite 1360
                         San Francisco, CA  94111