UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CIRCUIT CITY STORES, INC., | ) Case No. 08-35653-KRH |
| Debtor. | ) |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(E)(2)**

**Name of Proposed Transferor:**
Cedar Development, Ltd.
c/o Jeffery Deutch, Esq.
Broad & Cassell
7777 Glades Road, Suite 300
Boca Raton, FL 33434

**Name of Transferee:**
U.S. BANK NATIONAL ASSOCIATION, as successor-in-interest to Bank of America, National Association, successor-in-interest to Wells Fargo Bank, N.A., as Trustee under the Pooling and Servicing Agreement dated as of December 1, 2006, for the registered holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2006-C29, c/o Helios AMC, LLC
2 Embarcadero Center, Suite 1360
San Francisco, CA 94111

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

U.S. Bankruptcy Court
701 East Broad Street
Richmond, VA 23219-1888
804-916-2400

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY:

This notice was filed to the first party, by first class mail, postage prepaid on _____

INTERNAL CONTROL NO. _____
Copy (check)     Claims Agent _____     Transferee _____
Debtor's Attorney _____

_____
Deputy Clerk