1  WILLIAM H. COLLIER, JR., CASB No. 97491
   william.collier@kyl.com
2  DAVID D. PIPER, CASB No. 179889
   david.piper@kyl.com
3  JAMES A. MARISSEN, CASB No. 257699
   james.marissen@kyl.com
4  MICHAEL T. WEST, CASB No. 266296
   michael.west@kyl.com
5  KEESAL, YOUNG & LOGAN
   A Professional Corporation
6  400 Oceangate, P.O. Box 1730
   Long Beach, California  90801-1730
7  Telephone:    (562) 436-2000
   Facsimile:    (562) 436-7416
8
   Attorneys for Creditor
9  MADCOW INTERNATIONAL GROUP LIMITED

10

11                 **UNITED STATES BANKRUPTCY COURT**

12            **FOR THE EASTERN DISTRICT OF VIRGINIA**

13  In re:                              )  Case No. 08-35653-KRH
                                        )
14  CIRCUIT CITY STORES, INC., et al.   )  Chapter 11 (jointly administered)
                                        )
15                          Debtors.    )  **NOTICE OF CREDITOR'S CHANGE**
                                        )  **OF ADDRESS**
16

17       **PLEASE TAKE NOTICE** that, Madcow International Group Limited, a creditor in

18  the above-referenced bankruptcy proceeding, has changed its address and requests that services of any

19  pleadings, distributions, notices or correspondence in this matter should be sent to the new address

20  noted below, effective immediately.    For Creditor and Notice Party

| Old Address | New Address |
| --- | --- |
| MADCOW INTERNATIONAL GROUP LIMITED<br>William H. Collier, Jr./James A. Marrisen<br>KEESAL, YUONG & LOGAN<br>400 Oceangate<br>P.O. Box 1730<br>Long Beach, California 90801-1730 | MADCOW INTERNATIONAL GROUP LIMITED<br>HSBC BANK USA NA<br>VonWin<br>Dept.                    16354<br>Palatine, Illinois 60055-6354 |

25  DATED: February 23, 2011

26                                      WILLIAM H. COLLIER, JR.
                                        DAVID D. PIPER
27                                      JAMES A. MARISSEN
                                        MICHAEL T. WEST
28                                      KEESAL, YOUNG & LOGAN
                                        Attorneys for Creditor
                                        MADCOW INTERNATIONAL GROUP
                                        LIMITED