# UNITED STATES BANKRUPTCY COURT
# FOR EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No.: 08-35653 (KRH) <br> ) <br> ) Jointly Administered <br> ) |
| **CIRCUIT CITY STORES, INC. et al.** | ) Chapter 11 <br> ) |
| Debtors. | ) <br> ) <br> ) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Hain Capital Holdings LTD assignee of THQ Inc, a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery, VIII, L.P. and in connection with such transfer, hereby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim #5836, filed 1/26/2009), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**FORMER ADDRESS**
Hain Capital Holdings, LTD
301 Route 17, 7th Floor
Tutherford, NJ 07070
Attn: Ganna Liberchuk

**NEW ADDRESS**
THQ Inc
c/o United States Debt Recovery, VIII, LP
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

I declare under penalty of perjury that the foregoing is true and correct.

Hain Capital Holdings LTD assignee of THQ Inc
Print Name: Robert Koltai    Title: Managing Member

Signature: _____    Date: 3/4/11