Jeffrey N. Pomerantz, Esq.  
Gillian N. Brown, Esq.  
Andrew W. Caine, Esq.  
(admitted *pro hac vice*)  
PACHULSKI STANG ZIEHL & JONES LLP  
10100 Santa Monica Boulevard  
Los Angeles, California 90067-4100  
Telephone: (310) 277-6910  
Telecopy:   (310) 201-0760  

Lynn T. Tavenner, Esq. (VA Bar No. 30083)  
Paula S. Beran, Esq. (VA Bar No. 34679)  
TAVENNER & BERAN, PLC  
20 North Eighth Street, 2nd Floor  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
Telecopy:   (804) 783-0178  

– and –

Robert J. Feinstein, Esq.  
John A. Morris, Esq.  
(admitted *pro hac vice*)  
PACHULSKI STANG ZIEHL & JONES LLP  
780 Third Avenue, 36th Floor  
New York, New York 10017  
Telephone: (212) 561-7700  
Telecopy: (212) 561-7777  

*Counsel to the Liquidating Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**STIPULATION BETWEEN ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST AND SAP INDUSTRIES, INC. FKA SAP RETAIL, INC., TO CONSOLIDATE OBJECTION TO CLAIM WITH PENDING ADVERSARY PROCEEDING**

It is hereby stipulated by and between Alfred H. Siegel, the duly appointed trustee of the Circuit City Stores, Inc. Liquidating Trust (the "Trustee") and SAP Industries, Inc. fka SAP Retail, Inc. ("SAP"), as follows:

12304-003\DOCS_LA:232450.2  
1418913.1

**WHEREAS**, on April 30, 2009, SAP filed Proof of Claim No. 12731 (the "Claim") in the chapter 11 cases of Circuit City Stores, Inc., *et al.* (the "Debtors").

**WHEREAS**, on March 26, 2010, the Debtors filed the *Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims))* (the "Seventieth Omnibus Objection") [Docket No. 7013] in which it objected to the Claim on the grounds that Debtors have no liability owed on the Claim.

**WHEREAS**, on November 9, 2010, the Trustee filed *The Liquidating Trustee's Complaint to Avoid and Recover Preferential Transfers and Other Amounts Owing to the Estate and Objection to Claim Nos. 7967, 12731 and 14166* (the "Complaint") initiating an adversary proceeding, designated Adversary Proceeding No. 10-03545 (the "Adversary Proceeding"), against SAP seeking, among other things, recovery of preferential transfers and objecting to the Claim as unwarranted/overstated and on 11 U.S.C. §502(d) grounds.

**WHEREAS**, certain objections to the Claim are common to both the Seventieth Omnibus Objection and the Adversary Proceeding.

**WHEREAS**, the Trustee and SAP would like to avoid any unnecessary duplication with respect to the Claim, the Seventieth Objection, and the Complaint.

**WHEREAS**, in the interest of judicial economy and in an effort to contain legal expense, the Trustee and SAP have agreed to consolidate, for all purposes, the Seventieth Omnibus Objection as it relates to the Claim and the Complaint.

IT IS THEREFORE STIPULATED AND AGREED as follows:

1.  The Seventieth Omnibus Objection solely as it relates to the Claim and the Complaint are hereby consolidated for all purposes with, and shall be deemed to constitute a single adversary proceeding under, Adversary No. 10-03545-KRH; and

2.  This Stipulation shall be effective upon entry of an order by the United States Bankruptcy Court for the District of Eastern District of Virginia approving the Stipulation.

TAVENNER & BERAN, P.L.C.

/s/ Paula S. Beran
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
       pberan@tb-lawfirm.com

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Gillian N. Brown (CA Bar No. 205132)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
Facsimile: 310-201-0760
E-mail:rfeinstein@pszjlaw.com
       gbrown@pszjlaw.com
       acaine@pszjlaw.com

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*

TROUTMAN SANDERS LLP

/s/ Richard E. Hagerty

Richard E. Hagerty (VA Bar No. 47673)
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4326
(703) 448-6520 (facsimile)
richard.hagerty@troutmansanders.com

- and -

BROWN & CONNERY, LLP
Kenneth J. Schweiker, Jr., Esq.
Donald K. Ludman, Esq.
6 North Broad Street
Woodbury, NJ 08096
(856) 812-8900
kschweiker@brownconnery.com
dludman@brownconnery.com

*Counsel to SAP Industries, Inc.,
f/k/a SAP Retail, Inc.*