

# Columbia Gas of Massachusetts
### A NiSource Company

March 3, 2011

2025 Roosevelt Avenue
P.O. Box 2025
Springfield, MA 01102-2025

Tavenner & Beran. PLC
20 North Eighth Street 2nd floor
Richmond, VA 23219
Attn: Lynn L. Tavenner
      Paula S. Beran

Re: Circuit City Stores, Inc. et al, Case# 08-35653, Chapter 11
    Liquidating Trust's 7th Omnibus Objection to Claims, namely Disallowance of Claims

Dear Counsel:

We are in receipt of your objection to disallow certain invalid administrative claims, namely "Bay State Gas" d/b/a as Columbia Gas of Massachusetts, Claim#13090, for $4677.86 listed under Exhibit G to be expunged due to books and records showing no liability and a post petition deposit assurance which is stated as paid to "Bay State Gas" (CMA). In reviewing our records, we find that your statement is incorrect, therefore, we are sending this notice to state our objection to the expunging of our claim.

Attached please review our printouts of each of the five post petition accounts showing ending balances, payments, as well as post petition deposits that were applied back to the outstanding balances upon termination of gas service at each site. After reviewing these attachments, I think you will conclude that payments and deposits were applied to all five locations but remaining balances are still in arrears. Thus our outstanding post petition claims to the courts to collect on these balances. We hope this is explanation suffices to state that we have never been fully satisfied for all gas charges incurred at these locations.

Should you have any questions, please contact me at 413-781-9200 x2138 or email me @ mteixeira@nisource.com.

Sincerely,

Maryann Teixeira
Revenue Recovery Dept.

/mst
Attachments
Cc: Pachulski Stang Ziehl & Jones LLP
    Jeffrey N. Pomerantz, Esq.
    Andrew W. Caine, Esq.
    Robert J. Feinstein, Esq.
    U.S. Bankruptcy Courts, District of Virginia



Payments
deposit applied



deposit applied payment



deposit applied payments



payments
deposit applied

