Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., <u>et al</u>.,. [1] | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MARCH 10, 2011 AT 2:00 P.M. (EASTERN)

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on March 10, 2011 beginning at 2:00 p.m. Eastern.

1.    Site A, LLC's Second Amended Motion to Allow Late Filing of Proof of Claim, or in the Alternative, Motion to File Late Proof of Claim as an Amendment to Informal Proof of Claim (Docket No. 7155).

       Related
       Documents:

       a.    Notice of Motion and Hearing (Docket No. 5405)

       b.    Amended Motion to Allow Late Filing of Proof of Claim, by Site A, LLC (Docket Nos. 5310, 5404)

       c.    Notice of Motion and Hearing (Docket No. 7236)

       Objection
       Deadline:            October 27, 2009 at 5:00 p.m., extended for the Debtors.

       Objections/
       Responses
       Filed:               None at the time of filing this agenda

       Status:              This matter has been adjourned to March 22, 2011 at 2:00 p.m.

2.    Motion for Allowance of the Late Filed Administrative Expense Claim of Metra Electronics Corporation (Docket No. 7679).

       Related
       Documents:

       a.    Notice of Motion and Hearing (Docket No. 7682)

       b.    Stipulation *BETWEEN ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST AND METRA ELECTRONICS CORPORATION TO CONSOLIDATE (I) OBJECTION TO CLAIM AND (II) MOTION FOR LEAVE TO FILE A LATE ADMINISTRATIVE CLAIM WITH PENDING ADVERSARY PROCEEDING* (Docket No. 10105)

       Objection
       Deadline:            July 15, 2010 at 4:00 p.m., extended for the Trust.

       Objections/
       Responses
       Filed:               None at the time of filing this agenda

Status: Pursuant to the above referenced stipulation, the parties agree that this matter should be heard in connection with the referenced adversary proceeding.

3.    Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 3507)

Related
Documents:

a.    Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 4170)

b.    Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6080)

c.    Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6109)

d.    Second Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6354)

e.    Fourth Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6588)

f.    Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and John P. Raleigh Resolving the Debtors' Eighth Omnibus Objection to Claim No. 11391 (Docket No. 7523)

g.    Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS EIGHTH OMNIBUS OBJECTION TO CERTAIN LATE CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF NATALIA HILTON [CLAIM NO. 11058]* (Docket No. 9916)

Objection
Deadline:                    June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                       See attached Exhibit A.

Status:                      The Trust has withdrawn without prejudice the objection as it relates to the claim of Natalia Hilton. For one of the two claims for which the objection is still pending, this matter is adjourned to April 14, 2011 at 2:00 p.m.  The other one has been set for substantive hearing on March 22, 2011.  See attached Exhibit A.

4.    Debtors' Ninth Omnibus Objection to Certain (i) Late Claims (ii) Late 503(b)(9) Claims

(Docket No. 3509)

Related
Documents:

a.    Amended Exhibit C to Debtors' Ninth Omnibus Objection to Certain (i) Late Claims (ii) Late 503(b)(9) Claims (Docket No. 3512)

b.    Order On Debtors' Ninth Omnibus Objection To Certain (I) Late Claims And (II) Late 503(B)(9) Claims (Docket No. 4171)

c.    Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6131)

d.    Second Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6373)

e.    Third Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6593)

f.    Notice of Proposed Settlement Agreement and Stipulation Resolving the Debtors' Ninth Omnibus Objection to Claim No. 11571 and Regarding Claim No. 13129 (Docket No. 7629)

g.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and C&A Consulting Resolving the Debtors' Ninth Omnibus Objection to Claim No. 12042 and Regarding Claim No. 13078 (Docket No. 7926)

h.    Notice of Hearing on the Merits on Debtors' Ninth Omnibus Objection to Claim No. 12951 Filed by Lyle Alonso Epps and Response Thereto (Docket No. 7933)

i.    Debtors' Supplemental Brief in Support of Omnibus Objections to late Claims Filed by Dino Bazdar and Lyle Alonzo Epps (Docket No. 8086)

j.    Third Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 8198)

k.    Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS NINTH OMNIBUS OBJECTION TO CERTAIN (I) LATE CLAIMS AND (II) LATE 503(B)(9) CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF SIMPLETECH BY HITACHI GLOBAL STORAGE TECHNOLOGIES, INC. [CLAIM NO. 11495]* (Docket No. 9902)

l.    Notice and Withdrawal , *WITHOUT PREJUDICE, OF DEBTORS NINTH OMNIBUS OBJECTION TO CERTAIN (I) LATE CLAIMS AND (II) LATE 503(B)(9) CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF BELKIN INTERNATIONAL, INC. (CLAIM NO. 11608)* (Docket No. 10088)

      m.     Notice of Hearing (Re: related document(s)[3509] Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 3/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 9984)

|  |  |
|---|---|
| Objection Deadline: | June 29, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached <u>Exhibit A</u>. |
| Status: | For the one claim for which the objection is still pending, the matter has been set for substantive hearing on March 22, 2011 at 2:00 p.m.  See attached <u>Exhibit A</u>. |

5.    Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

    Related Documents:

      a.     Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4449)

      b.     Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4736)

      c.     Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4758)

      d.     Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6299)

      e.     Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No. 6642)

      f.     Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No. 6661)

g.      Memorandum Opinion (Docket No. 6693)

h.      Order Granting Motion for Summary Judgment (Docket No. 6694)

i.      Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6868)

j.      Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 7114)

k.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home & Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

l.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Arboretum of South Barrington Resolving a Certain Claim (Docket No. 8361)

m.      Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Imation Enterprises Corp.  (Docket No. 8861)

Objection
Deadline:               July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached Exhibit A.

Status:                 For the one claim for which the objection is still pending, this matter is adjourned to April 14, 2011 at 2:00 p.m.  See attached Exhibit A.


6.      Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 3710)

Related
Documents:

a.      Order on Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 4577)

b.      Supplemental Order on Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 6369)

Objection
Deadline:                July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached <u>Exhibit A</u>.

Status:                  For the one claim for which the objection is still pending, this
                         matter is adjourned to April 14, 2011 at 2:00 p.m.  See attached
                         <u>Exhibit A</u>.

7.    Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal
      Claims) (Docket No. 4585)

      Related
      Documents:

      a.    Order on Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of
            Certain Legal Claims) (Docket No. 5294)

      b.    Notice of Proposed Settlement Agreement and Stipulation by and Among the
            Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors'
            Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth
            Omnibus Objection to Claim No. 5708 (Docket No. 8358)

      c.    Notice of Proposed Settlement Agreement and Stipulation by and among the
            Debtors and Ada Alicea Resolving the Debtors' Thirty-First Omnibus Objection
            to Claim No. 6283 (Docket No. 8839)

      d.    Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST
            OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
            CLAIM OF PNY TECHNOLOGIES, INC. [CLAIM NO. 1723]* (Docket No. 9910)

      e.    Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of
            Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain
            Legal Claim) Solely with Respect to the Claim of Leon Hurney [Claim No.
            10047] (Docket No. 9868)

      f.    Notice and Withdrawal , *WITHOUT PREJUDICE, OF DEBTORS THIRTY-
            FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
            LEGAL CLAIM) SOLELY WITH RESPECT TO THE CLAIM OF TANDEN
            KIBBY (CLAIM NO. 6894)* (Docket No. 10084)

      Objection
      Deadline:                September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                    See attached <u>Exhibit A</u>.

Status:                   The Trust has withdrawn the objection as it relates to three claims
                          without prejudice.   For those claims for which the objection is
                          still pending, this matter is adjourned to April 14, 2011 at 2:00
                          p.m.  See attached <u>Exhibit A</u>.

8.     Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or
       Reclassification of Certain Claims) (Docket Nos. 4588, 4590)

       Related
       Documents:

       a.     Order on Debtors' Thirty-Third Omnibus Objection to Claims (Modification
              and/or Reclassification of Certain Claims) (Docket No. 5192)

       b.     Notice of Hearing on the Merits on Debtors' Thirty-third Omnibus Objection to
              Claim 9293 filed by Cyndi Ann Haines and Response Thereto (Docket No. 6551)

       c.     Notice of Hearing on the Merits on Debtors' Thirty-third Omnibus Objection to
              Claim 7295 Filed by Amore Construction Company and Response Thereto
              (Docket No. 6553)

       d.     Supplemental Order on Debtors' Thirty-Third Omnibus Objection to Claims
              (Modification and/or Reclassification of Certain Claims) (Docket No. 6852)

       e.     Second Supplemental Order on Debtors' Thirty-Third Omnibus Objection to
              Claims (Modification and/or Reclassification of Certain Claims) (Docket No.
              7637

       f.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and Bell'O International Corp. Resolving the Debtors' Thirty-Third
              Omnibus Objection to Claim 7435 (Docket No. 7741)

       g.     Notice of Proposed Settlement and Stipulation by and Among the Debtors and
              Sharpe Partners, LLC Resolving the Debtors' Thirty-Third Omnibus Objection to
              Claim 6257 (Docket No. 7996)

       h.     Notice of Proposed Settlement and Stipulation by and Among the Debtors and
              Lexmark International, Inc. Resolving the Debtors' Thirty-Third Omnibus
              Objection to Claim 7391 (Docket No. 8087)

       Objection
       Deadline:                  September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                    See attached <u>Exhibit A</u>.

Status:                   For the one claim for which the objection is still pending, this
                          matter is adjourned to April 14, 2011 at 2:00 p.m.  See attached
                          <u>Exhibit A</u>.

9.      Debtors' Thirty-Sixth Omnibus Objection to Claims (Disallowance of Certain Claims
        Relating to Short Term Incentive Plan) (Docket No. 4600)

        Related
        Documents:

        a.      Order on Debtors' Thirty-Sixth Omnibus Objection to Claims (Disallowance of
                Certain Claims Relating to Short Term Incentive Plan) (Docket No. 5193)

        b.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS THIRTY-SIXTH
                OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO CERTAIN
                SPECIFIED CLAIMS* (Docket No. 9913)

        c.      Notice of Hearing (Re: related document(s) 4600 Objection to Claim filed by
                Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on
                behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9918)

        Objection
        Deadline:                 September 15, 2009 at 4:00 p.m.

        Objections/
        Responses
        Filed:                    See attached <u>Exhibit A</u>.

        Status:                   For those claims for which the objection is still pending, this
                                  matter has been set for substantive hearing on March 22, 2011 at
                                  2:00 p.m.  See attached <u>Exhibit A</u>.

10.     Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal
        Property Tax Claims) (Docket No. 4613)

        Related
        Documents:

        a.      Order on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of
                Certain Personal Property Tax Claims) (Docket No. 5397)

        b.      Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh
                Omnibus Objection to Claims (Reduction of Certain Personal Property Tax

Claims) (Docket No. 7343)

c.      Memorandum of Law In Support of Debtors' Motion for Partial Summary
        Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims
        (Reduction of Certain Personal Property Tax Claims) (Docket No. 7344)

d.      Notice of Motion and Hearing (Docket No. 7345)

e.      Notice of Rescheduled Hearing On Debtors' Motion For And Memorandum Of
        Law In Support Of The Debtors' Motion For Partial Summary Judgment On The
        Thirty-Seventh Omnibus Objection To Claims (Reduction Of Certain Personal
        Property Tax Claims) (Docket No. 7550)

f.      Notice of Presentment of Agreed Order By And Among The Debtors And Certain
        Taxing Authorities With Respect To The Thirty-Seventh Omnibus Objection
        (Docket No. 7695)

g.      Agreed Order by and Among the Debtors and Certain Taxing Authorities with
        Respect to the Thirty-Seventh Omnibus Objection and Related Pleadings (Docket
        No. 7800)

h.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Kitsap County Treasurer Resolving the Debtors' Thirty-Seventh
        Omnibus Objection to Claim No. 13337 (Docket No. 7983)

i.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and City of Chesapeake Resolving the Debtors' Thirty-Seventh Omnibus
        Objection to Claim No. 11842 (Docket No. 8015)

j.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and the Escambia County Tax Collector Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim Nos. 1624, 13792, and 14789 (Docket No.
        8067)

k.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Gaston County, North Carolina Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim Nos. 1836 and 13350 (Docket No.
        8167)

l.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Allen County, Indiana Treasurer Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 13395 (Docket No. 8174)

m.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Harris County, Texas Resolving the Debtors' Thirty-Seventh
        Omnibus Objection to Claim No. 14429 (Docket No. 8181)

n.      Notice of Proposed Settlement Agreement and Stipulation by and Among the

Debtors and Travis County, Texas Regarding Claim Nos. 10531 and 14423 (Docket No. 8184)

o.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Loudon County Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13686 (Docket No. 8187)

p.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Lewisville Independent School District Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13579 and Resolving Claim No. 1840 (Docket No. 8204)

q.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Boulder County, Colorado Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 10419 (Docket No. 8359)

r.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Ada County, Idaho Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 14430 (Docket No. 8407)

s.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Arlington Independent School District, Texas Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 6535 and Resolving Claim No. 124 (Docket No. 8413)

t.      Certificate of No Objection with Respect to the Settlement Agreement and Stipulation by and Among the Debtors and Desoto County, Mississippi Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13944 and Related Matters (Docket No. 8417)

u.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Brevard County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13320 (Docket No. 8438)

v.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Hernando County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13385 (Docket No. 8439)

w.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Palm Beach County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 3882 and Relating to Claim No. 14744 (Docket No. 8440)

x.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Osceola County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 13064 and 13162 (Docket No. 8441)

y.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Prince George's County, Maryland Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 13465 and Resolving Claim Nos.
        12431 and 13466 (Docket No. 8445)

z.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Charles County, Maryland Resolving the Debtors' Thirty-Seventh
        Omnibus Objection to Claim No. 13576 and Resolving Claim No. 1835 (Docket
        No. 8446)

aa.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Wake County, North Carolina Revenue Department Resolving the
        Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13627 and Resolving
        Claim No. 1795 (Docket No. 8447)

bb.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Manatee County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13325 (Docket No. 8454)

cc.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Okaloosa County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13315 (Docket No. 8455)

dd.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Pinellas County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13309 (Docket No. 8456)

ee.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Orange County, Florida Tax Collector Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 13316 (Docket No. 8457)

ff.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Snohomish County Treasurer Resolving the Debtors' Thirty-Seventh
        Omnibus Objection to Claim No. 11646 and Resolving Claim No. 1547 (Docket
        No. 8487)

gg.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Marion County, Florida Tax Collector Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 13318 and Relating to Claim No.
        213 (Docket No. 8735)

hh.     Stipulation - *Withdrawal of Claim(s) by Polk County Tax Collector* By Circuit
        City Stores, Inc. Liquidating Trust and Between Polk County Tax Collector filed
        by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores,
        Inc. Liquidating Trust. (Docket No. 9905)

Objection
Deadline:              May 13, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                    See attached <u>Exhibit A</u>.

Status:                   For those claims for which the objection is still pending, this
                          matter is adjourned to April 14, 2011 at 2:00 p.m.  See attached
                          <u>Exhibit A</u>.


11.    Debtors' Fiftieth Omnibus Objection to Certain Administrative Expenses and Motion for
       (I) Authority to Setoff Against Such Expenses and (II) a Waiver of the Requirement that
       the First Hearing on Any Response Proceed as a Status Conference (Docket No. 5213)

       Related
       Documents:

       a.     Memorandum Opinion (Docket No. 5963)

       b.     Order on Debtors' Forty-Eighth, Forty-Ninth, and Fiftieth Omnibus Objections
              (Docket No. 5964)

       c.     Supplemental Order on Debtors' Fiftieth Omnibus Objection to Certain
              Administrative Expenses and Motion for (I) Authority to Setoff Against Such
              Expenses and (II) a Waiver of the Requirement that the First Hearing on Any
              Response Proceed as a Status Conference (Docket No. 6127)

       d.     Second Supplemental Order on Debtors' Fiftieth Omnibus Objection to Certain
              Administrative Expenses and Motion for (I) Authority to Setoff Against Such
              Expenses and (II) a Waiver of the Requirement that the First Hearing on Any
              Response Proceed as a Status Conference (Docket No. 6664)

       e.     Third Supplemental Order On Debtors' Fiftieth Omnibus Objection To Certain
              Administrative Expenses and Motion For (I) Authority To Setoff Against Such
              Expenses and (II) A Waiver Of The Requirement That The First Hearing On Any
              Response Proceed As A Status Conference (Docket No. 3800)

       f.     Notice of Proposed Settlement Agreement and Stipulation by an Among the
              Debtors and Fujitsu Ten Corp. of America (Docket No. 7643)

       g.     Notice of Proposed Settlement Agreement and Stipulation by and among the
              Debtors, VonWin Capital Management, LP, and Imagination Entertainment
              (Docket No. 7833)

       h.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors, Digital Innovations LLC, and VonWin Capital Management, L.P.
              Resolving the Debtors' Twenty-Third Omnibus Objection to Claim 7223, the
              Debtors' Fiftieth Omnibus Objection to Claim 14251, and the Debtors' Fifty-First

Omnibus Objection to Claim 1373 (Docket No. 8664)

Objection
Deadline:                November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached <u>Exhibit A</u>.

Status:                  For the one remaining matter, this matter is adjourned to April 14,
                         2011 at 2:00 p.m. See attached <u>Exhibit A</u>.

12.    Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability
       (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability
       (Subcontractor Claims)) (Docket No. 5879)

       Related
       Documents:

       a.      Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of
               Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims);
               and (iii) No Liability (Subcontractor Claims) (Docket No. 6368)

       b.      Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims
               (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability
               (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket
               No. 6585)

       c.      Notice of Hearing on the Merits on Debtors' Sixtieth Omnibus Objection to Claim
               No. 14123 Filed by Phillip Lee Steele and Response Thereto (Docket No. 8205)

       d.      Second Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims
               (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability
               (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket
               No. 8285)

       e.      Third Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims
               (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability
               (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket
               No. 8421)

       f.      Notice of Hearing (Re: related document(s) 5879 Objection to Claim filed by
               Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on
               behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9819)

       Objection

Deadline:                December 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached <u>Exhibit A</u>.

Status:                  The status hearing for the objection as it relates to the claim of
                         Mark Stewart has been adjourned to April 14, 2011 at 2:00 p.m.

13.   Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No
      Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human
      Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7013)

      Related
      Documents:

      a.    Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of
            Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III)
            No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous
            Claims)) (Docket No. 7457)

      b.    Supplemental Order on Debtors' Seventieth Omnibus Objection to Claims
            (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability
            (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No
            Liability (Miscellaneous Claims)) (Docket No. 7674)

      c.    Notice of Proposed Settlement Agreement and Stipulation by and Between the
            Debtors and Universal Display and Fixtures Company (Docket No. 8002)

      d.    Notice of Proposed Settlement Agreement and Stipulation by and Among the
            Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors'
            Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth
            Omnibus Objection to Claim No. 5708 (Docket No. 8358)

      e.    Notice of Proposed Settlement Agreement and Stipulation by and Between the
            Debtors and Richard Kreuger (Docket No. 8435)

      f.    Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores,
            Inc. and Between Z-Line Designs, Inc. (Docket No. 8857)

      g.    Notice of Hearing (Re: related document(s) 7013 Objection to Claim filed by
            Circuit City Stores, Inc.) (Docket No. 9820)

      h.    Trustee's Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus
            Objection to Claims Solely with Respect to the Claim of Jamie Stack (Claim No.
            14139)

      i.    Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of

Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the Claim of Sarah B. Harris [Claim No. 14314] (Docket No. 9869)

j.     Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the Claim of Jean S. Hamby [Claim No. 13896] (Docket No. 9870)

k.     Notice of Hearing (Re: related document(s)[7013] Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 3/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 9985)

l.     Stipulation *TO CONSOLIDATE OBJECTION TO CLAIM WITH PENDING ADVERSARY PROCEEDING* By Circuit City Stores, Inc. Liquidating Trust and Between SAP INDUSTRIES, INC., FKA SAP RETAIL INC (Docket No. 10103)

m.     Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS SEVENTIETH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF MOBILE EDGE [CLAIM NO. 3788]* (Docket No. 10085)

n.     Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS SEVENTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL CLAIMS); (II) NO LIABILITY (SATISFIED CLAIMS); (III) NO LIABILITY (HUMAN RESOURCES CLAIMS) AND (IV) NO LIABILITY (MISCELLANEOUS CLAIMS)) SOLELY WITH RESPECT TO THE CLAIM OF CURTISS McGOUGH (CLAIM NO. 3439)* (Docket No. 10087)

| | |
|---|---|
| Objection Deadline: | April 22, 2010 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached <u>Exhibit A</u>. |
| Status: | The matter is being set for hearing on March 22, 2011 at 2:00 p.m. for the claims of Albert Flowers, Jr.  For the remaining claims for which the objection is still pending, this status hearing is adjourned to April 14, 2011 at 2:00 p.m.  See attached <u>Exhibit A</u>. |

14.    Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (Docket No. 7460)

Related Documents:

a.      Order on Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (Docket No. 7858)

b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, the Equal Employment Opportunity Commission, Jamal Booker and Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230 and 4238 (Docket No. 8138)

| | |
|---|---|
| Objection Deadline: | June 1, 2010 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A |
| Status: | For the two claims for which the objection is still pending, this matter is adjourned to April 14, 2011 at 2:00 p.m.  See attached Exhibit A. |

15.     Debtors' Seventy-Eighth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 7463)

Related
Documents:

a.      Notice of Motion and Hearing

b.      Order on Debtors' Seventy-Eighth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 7860)

c.      Supplemental Order on Debtors' Seventy-Eighth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 7942)

d.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, the Equal Employment Opportunity Commission, Jamal Booker and Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230 and 4238 (Docket No. 8138)

e.      Stipulation *BETWEEN ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST AND METRA ELECTRONICS CORPORATION TO CONSOLIDATE (I) OBJECTION TO CLAIM AND (II) MOTION FOR LEAVE TO FILE A LATE ADMINISTRATIVE CLAIM WITH PENDING ADVERSARY PROCEEDING* (Docket No. 10105)

Objection

Deadline:               June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached <u>Exhibit A</u>.

Status:                 For the one claim for which the objection is still pending, pursuant
                        to the above referenced stipulation, the parties agree that this
                        matter should be heard in connection with the referenced adversary
                        proceeding.

16.   Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal
      Claims) (Docket No. 7874)

      Related
      Documents:

      a.    Order on Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of
            Certain Legal Claims) (Docket No. 8199)

      b.    Notice of Proposed Settlement Agreement and Stipulation by and Among the
            Debtors and James Fouskey Resolving the Debtors' Seventy-Ninth Omnibus
            Objection to Claim No. 4017 (Docket No. 8733)

      c.    Notice of Proposed Settlement Agreement and Stipulation by and Among the
            Debtors and Richard Grande Resolving the Debtors' Seventy-Ninth Omnibus
            Objection to Claim No. 6242 (Docket No. 8739)

      d.    Notice of Proposed Settlement Agreement and Stipulation by and Among the
            Debtors and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus
            Objection to Claim No. 6008 (Docket No. 8740)

      e.    Notice of Proposed Settlement Agreement and Stipulation by and Among the
            Debtors and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus
            Objection to Claim No. 4767 (Docket No. 8744)

      f.    Notice of Proposed Settlement Agreement and Stipulation by and among the
            Debtors and Anna Thomas Resolving the Debtors' Seventy-Ninth Omnibus
            Objection to Claim No. 3145 (Docket No. 8777)

      g.    Notice of Proposed Settlement Agreement and Stipulation by and among the
            Debtors and Leedell Murphy Resolving the Debtors' Seventy-Ninth Omnibus
            Objection to Claim No. 5832 (Docket No. 8841).

      h.    Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-
            NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
            CLAIM OF DENISE K. FISHER [CLAIM NO. 3544]* (Docket No. 9903)

      i.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF MARY LOPRESTI [CLAIM NO. 5401]* (Docket No. 9904)

| | |
|---|---|
| Objection Deadline: | July 15, 2010 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached <u>Exhibit A</u>. |
| Status: | For those claims for which the objection is still pending, this matter is adjourned to April 14, 2011 at 2:00 p.m.  See attached <u>Exhibit A</u>. |

17.    Debtors' Eightieth Omnibus Objection to Claims (Reclassification of Certain Misclassified Miscellaneous Claims and Misclassified Wage Check Claims) (Docket No. 8185)

    Related Documents:

    a.    Order on Debtors' Eightieth Omnibus Objection to Claims (Reclassification of Certain Misclassified Miscellaneous Claims and Misclassified Wage Check Claims) (Docket No. 8519)

    b.    Notice of Settlement Agreement and Stipulation by and Among the Debtors and Export Development Canada Resolving the Debtors' Eightieth and Eighty-First Omnibus Objections to Claim 8054 and Resolving Claim 7960 (Docket No. 8522)

| | |
|---|---|
| Objection Deadline: | August 24, 2010 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached <u>Exhibit A</u>. |
| Status: | For the one claim for which the objection is still pending, the matter has settled pending documentation.  Accordingly, this matter is adjourned to April 14, 2011at 2:00 p.m.  See attached <u>Exhibit A</u>. |

18.    Debtors' Eighty-First Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims) (Docket No. 8186)

    Related Documents:

a.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors, Convergys Customer Management Group Inc. and Convergys Learning
        Solutions Resolving the Debtors' Eighty-First Omnibus Objection to Claim No.
        7184 and Regarding Claim No. 1092 (Docket No. 8374)

b.      Notice of Settlement Agreement and Stipulation by and Among the Debtors and
        Export Development Canada Resolving the Debtors' Eightieth and Eighty-First
        Omnibus Objections to Claim 8054 and Resolving Claim 7960 (Docket No. 8522)

Objection
Deadline:               August 24, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached Exhibit A.

Status:                 For the one claim for which the objection is still pending, this
                        matter has been settled pursuant to procedures approved by this
                        Court.

Dated: Richmond, Virginia
March 8, 2011

TAVENNER & BERAN, PLC


_____/s/ Paula S. Beran_____

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

Co-Counsel for the Circuit City Stores, Inc.
Liquidating Trust

**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 8 | American Power Conversion Corp. | 11087 | 3818 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 8 | Dirley L. Ball | 11102 11103 11104 11105 | 3906 | This matter is set for hearing on March 22, 2011 at 2:00 p.m. |
| 9 | Belkin International, Inc. | 11608 | 3851 3852 | The Liquidating Trust has withdrawn this objection. |
| 9 | Adam Drake | 12251 | 3896 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 10024 9722 10020 | 4106 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 22 | Cormark, Inc. | 7304 | 4100 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| | | | | |
| | | | | |
| | | | | |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the March 10, 2011 hearing.

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 31 | Glenn Cordell Duncan | 2722 2725 | 4755 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 31 | Gary R. Lowe | 5144 | 4810 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 3548 | 4811 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 31 | Eisner, Roy | 3025 | 4821 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 31 | Jonathan Card | 6040 | 4823 4943 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 31 | Brad C. King | 3634 | 4842 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 7065 | 4899 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 31 | Antor Media Corporation | 6347 | 4926 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 31 | Joseph Skaf | 8717 | 4946 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 31 | Richard and Deborah Jaynes | 3427 | 4951 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 31 | Tanden A. Kibby | 6894 | 4972 | The Liquidating Trust has withdrawn this objection. |
| 31 | Unical Enterprises, Inc. | 6555 | 4975 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
|  |  |  |  |  |
| 33 | Sensormatic Electronic Corporation | 6317 | 4906 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
|  |  |  |  |  |

DOCS_LA:233555.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 36 | Victoria L. Eastwood | 13994 | 4790 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Douglas A. Daniluk | 4306 14056 | 4813 4814 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Francis E. Telegadas | 5666 | 4824 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Christopher N. Crowe | 3601 | 4826 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Anne B. Fath | 8662 13935 | 4828 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Stephen T. Saunders | 6825 | 4837 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | David W. Phillips | 9315 | 4844 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Corey Rachel | 9996 | 4852 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Elizabeth R. Warren | 13527 4378 | 4910 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Michael W. Beam | 13410 6022 | 4958 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m.. |
| 36 | Laura McDonald | 14432 8108 | 4969 4970 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| | | | | |
| 37 | Highlands County, Florida | 11636 | 4886 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to April 14, 2011 at 2:00 p.m. |
| 37 | City of Brighton, Michigan | 11213 13834 | 5065 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to April 14, 2011 at 2:00 p.m. |

3

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 37 | Alameda County Treasurer | 13294 | 5098 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to April 14, 2011 at 2:00 p.m. |
| 37 | Pima County, AZ | 14083 | 5100 | This matter has been resolved pursuant to procedures approved by this Court. |
| 37 | Pierce County, Washington | 14033 14034 | 5111 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to April 14, 2011 at 2:00 p.m. |
| 37 | Los Angeles County | 13628 | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to April 14, 2011 at 2:00 p.m. |
| 37 | Monterey County | 14131 | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to April 14, 2011 at 2:00 p.m. |
| 37 | Placer County, California | 13291 | 4788 4932 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to April 14, 2011 at 2:00 p.m. |
| | | | | |
| 50 | Nyko Technologies, Inc. | 14596 | 5494 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| | | | | |
| 60 | Mark Stewart | 9295 | 6082 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| | | | | |
| 70 | Albert Flowers, Jr. | 13204 | n/a | This matter is set for hearing on March 22, 2011 at 2:00 p.m. |

DOCS_LA:233555.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 70 | SAP Retail Inc. | 12731 | n/a | A Stipulation has been filed to consolidate this objection with the Adversary Proceeding pending against SAP Retail Inc. |
| 70 | Curtiss McGough | 3439 | 7177 | The Liquidating Trustee has withdrawn this objection. |
| 70 | Mobile Edge | 3788 | 7237 | The Liquidating Trustee has withdrawn this objection. |
| 70 | National Glass and Gate | 3302 | 7240 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 70 | Tribune Company and Los Angeles Times Newspapers Inc. | 13068 | 7255 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 70 | Seagate Technology LLC | 14087 | 7257 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| | | | | |
| 76 | Lei, Yu-Liang | 13307 | 7584 | Before the Plan's Effective Date, this matter was resolved in principle, subject to completion of settlement documentation.  No such documentation was received before the Effective Date.  The claimant is now deceased.  The estate must be probated prior to anyone having authority to sign the settlement agreement.  Accordingly, the status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 76 | City of Avondale, Arizona | 14496 | 7771 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| | | | | |

DOCS_LA:233555.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 78 | Metra Electronics Corporation | 14894 | 7681 | A Stipulation has been filed to consolidate this objection with the Adversary Proceeding pending against Metra Electronics Corporation. |
| | | | | |
| 79 | Foster, William | 2922 3001 | 7999 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 79 | Eisner, Joanne | 3852 | 8003 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 79 | Coleman, Dorothy | 2733 | 8016 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 79 | Blackshear, Brenda | 4333 | 8017 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 79 | Jardan, Sheila A. | 4006 | 8018 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 79 | Evans, Joe | 3600 | 8030 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 79 | Hornstra, Aaron | 14748 | 8031 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 79 | Gibson, Thomas H. | 3995 | 8034 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 79 | Martinez, Anthony | 9060 | 8035 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 79 | Tully, M.D., Vincent | 1134 | 8041 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 79 | Rollins, James | 14825 | 8054 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 79 | Tinsley, Clementine | 4272 | 8055 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |

DOCS_LA:233555.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 79 | Gervasio, Emilio on behalf of minor Guiseppina Gervasio | 14444 | 8056 | The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 80 | Moncayo Settlement Class | 8280 | 8341 | This matter has been settled pending documentation.<br><br>The status hearing on this response is adjourned to April 14, 2011 at 2:00 p.m. |
| 81 | iGate Global Solutions, Limited | 7478 | 8342 | This matter has been settled pursuant to procedures approved by this Court. |

DOCS_LA:233555.2