Michael C. Crowley, Esq.
Virginia Bar No. 77859
Asmar, Schor & McKenna, P.L.L.C.
5335 Wisconsin Avenue, N.W.
Suite 400
Washington, D.C. 20015
Office:  (202) 244-4264
*Counsel to White-Spunner Construction, Inc.*

### IN THE UNITED STATES BANKRUPCTY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### (RICHMOND DIVISION)

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance on behalf of White-Spunner Construction, Inc. and give this notice of appearance, and request notice of all hearings and conferences herein and make demand for service of all papers herein, including without limitation all papers and notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007 and 9010 and sections 342 and 1109(b) of the Bankruptcy Code.

All notices given or required to be given in this case and all papers served or required to be served in this case shall be given and served upon the following:

    Michael C. Crowley, Esq.
    5335 Wisconsin Ave, N.W., Suite 400
    Washington, D.C. 20015
    Office:  (202) 244-4264
    Fax: (202)686-3567
    Email:  mcrowley@asm-law.com

This notice of appearance is not a waiver of any rights under the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, an letter, application, formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed with or delivered to the Clerk or the Court in connection with and with regard to the above-captioned bankruptcy case and any proceedings related thereto.

Dated: March 8, 2011                              ASMAR, SCHOR & MCKENNA, PLLC


                                                  _____/s/ Michael C. Crowley_____
                                                  Michael C. Crowley, Esq. (VA Bar No. 77859)
                                                  5335 Wisconsin Ave, N.W., Suite 400
                                                  Washington, D.C. 20015
                                                  Office: (202) 244-4264
                                                  *Counsel for White-Spunner Construction, Inc.*