Michael C. Crowley, Esq.
Virginia Bar No. 77859
Asmar, Schor & McKenna, P.L.L.C.
5335 Wisconsin Avenue, N.W.
Suite 400
Washington, D.C. 20015
Office:  (202) 244-4264
*Counsel to White-Spunner Construction, Inc.*

---

**IN THE UNITED STATES BANKRUPCTY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC. , et al. | ) | Chapter 11 |
| | ) | |
| Debtors, | ) | (Jointly Administered) |
| | ) | |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | ) ) ) | Adversary No. 10-03310 (KRH) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WHITE-SPUNNER CONSTRUCTION, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for White-Spunner Construction, Inc. in the above captioned action, certifies that there are no entities to report under FRBP 7007.1

DATED:    March 9, 2011         /s/   Michael C. Crowley
                                Michael C. Crowley