Mark K. Ames (VA Bar No. 27409)
Taxing Authority Consulting Services, P.C.
P.O. Box 71476
Richmond, VA 23255
Telephone: (804) 545-2500
Facsimile: (804) 440-1171

*Counsel for Commonwealth of Virginia,*
*Department of Taxation*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

_____
IN RE:                                             :        CHAPTER 11
                                                   :
CIRCUIT CITY STORES, INC., ET AL.                  :        CASE NO: 08-35653-KRH
                                                   :
DEBTORS                                            :        (Jointly Administered)
_____:

**MOTION FOR ADMISSION**
**PRO HAC VICE OF DEBRA MORRIS**

Mark K. Ames ("Movant"), hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E), to enter an order authorizing Debra Morris ("Applicant"), to appear *pro hac vice* in the above referenced bankruptcy cases before the United States Bankruptcy Court for the Eastern District of Virginia to represent the Louisiana Department of Revenue. In support of this Motion, Movant states as follows:

1. Movant is a member in good standing with the Bar of the Supreme Court of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia

2. Applicant is a member in good standing with the Bar of the Supreme Court of Louisiana. There are no disciplinary proceedings pending against Applicant in any jurisdiction in which she is admitted to practice. See Exhibit A attached hereto.

3. Movant requests that this Court authorize Applicant to file pleadings, appear at hearings and otherwise participate in the above referenced bankruptcy cases and related proceedings, on behalf of the Louisiana Department of Revenue.

4. Movant and his firm will serve as co-counsel with Applicant in the above referenced bankruptcy cases.

5. Applicant's application is appended to this Motion as Exhibit A and incorporated herein by reference.

6. Notice of this Motion has been given to (a) the Office of the United States Trustee; (b) counsel for the Debtors, and (c) all persons receiving electronic notice in the above referenced bankruptcy cases.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order authorizing Debra Morris to appear *pro hac vice* in above referenced bankruptcy cases and related proceedings, and grant Movant such other and further relief as is just.

Dated: March 14, 2011

> Respectfully submitted by:
>
> /s/Mark K. Ames_____
> Mark K. Ames, Movant
>
>
> *Counsel for Commonwealth of Virginia,*
> *Department of Taxation*

Mark K. Ames (VA Bar No. 27409)
Taxing Authority Consulting Services, P.C.
P.O. Box 71476
Richmond, VA 23255
Telephone: (804) 545-2500
Facsimile: (804) 440-1171

Movant

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2011, a true and exact copy of the foregoing *Motion for Admission Pro Hac Vice* was served on all persons receiving electronic notice in these cases and by email or fax to the following:

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Jeffrey N. Pomerantz
Andrew W. Caine
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4100

Robert J. Feinstein
John A. Morris
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017

/s/Mark K. Ames_____
Mark K. Ames