UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653 KRH    ,* Case Name In re: Circuit City Stores, Inc., et al.

PERSONAL STATEMENT

FULL NAME (no initials, please) Debra Morris
Bar Identification Number 20304    State Louisiana
Firm Name Louisiana Department of Revenue
Firm Phone # (225) 219-2080    Direct Dial # (225) 219-2091    FAX # (225) 231-6235
E-Mail Address Debra.Morris@la.gov
Office Mailing Address P.O. Box 4064, Baton Rouge, LA 70821-4064
Name(s) of federal court(s) in which I have been admitted Eastern, Middle & Western District & Bankruptcy Courts for LA

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

_Debra Morris_
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_Mark Ames_    3/14/11
(Signature)    (Date)

Mark K. Ames
(Typed or Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Ver. 02/11/10 [effective 12/01/09]


EXHIBIT A