Mark K. Ames (VA Bar No. 27409)
Taxing Authority Consulting Services, P.C.
P.O. Box 71476
Richmond, VA 23255
Telephone: (804) 545-2500
Facsimile: (804) 440-1171

*Counsel for Commonwealth of Virginia,*
*Department of Taxation*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| CIRCUIT CITY STORES, INC., ET AL. | : | CASE NO: 08-35653-KRH |
| | : | |
| DEBTORS | : | (Jointly Administered) |

## ORDER APPROVING ADMISSION
## PRO HAC VICE OF DEBRA MORRIS

This matter comes before the Court upon the Motion of Mark K. Ames requesting entry of an order approving the admission authorizing Debra Morris ("Applicant"), to appear *pro hac vice* in the above referenced bankruptcy cases. Based upon the representations set forth in the Motion and finding the Motion to be in order, and finding it otherwise proper to do so, the Court

**ORDERS** that Debra Morris be, and hereby is, **ADMITTED** *pro hac vice* to practice before the Court in the above referenced bankruptcy cases.

ENTER:

_____
United States Bankruptcy Judge

I ask for this:

/s/Mark K. Ames_____
Mark K. Ames (VA Bar No. 27409)
Taxing Authority Consulting Services, P.C.
P.O. Box 71476
Richmond, VA 23255
Telephone: (804) 545-2500
Facsimile: (804) 440-1171

Movant

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Order has been endorsed by all necessary counsel.

                                                 /s/Mark K. Ames_____
                                                 Mark K. Ames

**SERVICE LIST:**

Mark K. Ames
Taxing Authority Consulting Services, P.C.
P.O. Box 71476
Richmond, VA 23255

Debra Morris
Louisiana Department of Revenue
P.O. Box 4064
Baton Rouge, LA 70821-4064