IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISIOIN

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*,[1] | Case No. 08-35653 |
| Debtors. | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PLEADINGS

PLEASE TAKE NOTICE that Thomas D. Rethage, Jr. hereby enters his appearance as counsel for the United States Equal Employment Opportunity Commission as a creditor and party in interest in the above-captioned bankruptcy cases, and requests service of all papers in the above-captioned proceedings pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); the Local Bankruptcy Rules; the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures (the "Case Management Order") [Docket No. 130], which was entered by the Court on November 13, 2008; and the Supplemental Order Pursuant to

---

[1] The debtors in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), PRAHS, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The mailing address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. The mailing address for each remaining Debtor was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Amended Notice, Case Management and Administrative Procedures (the "Amended Case Management Order") [Docket No. 6208], which was entered by the Court on December 29, 2009.

Service information for Thomas D. Rethage Jr. is as follows:

Thomas D. Rethage, Jr.
Trial Attorney
U.S. Equal Employment
Opportunity Commission
Philadelphia District Office
801 Market St., Suite 1300
Philadelphia, PA 19107-3127
Phone: 215.440.2683
Fax: 215.440.2848
thomas.rethage@eeoc.gov

PLEASE TAKE FURTHER NOTICE that this request for service includes, without limitation, all notices, motions, applications, complaints, petitions, orders, pleadings and other documents in this case, whether given pursuant to Bankruptcy Rules 2002, 4001 or 9007, the Local Bankruptcy Rules, the Case Management Order, the Amended Case Management Order or otherwise.

Dated: March 15, 2011

Respectfully submitted,

/s/ Thomas D. Rethage, Jr.

Thomas D. Rethage, Jr. (PA #203524)
Trial Attorney
U.S. Equal Employment
Opportunity Commission
Philadelphia District Office
801 Market St., Suite 1300
Philadelphia, PA 19107-3127
Phone: 215.440.2683
Fax: 215.440.2848
thomas.rethage@eeoc.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, service of the foregoing Notice of Appearance and Request for Service of Pleadings by Thomas D. Rethage, Jr., on behalf of the United States Equal Employment Opportunity Commission was accomplished via a Notice of Electronic Filing generated by the Court's ECF system.

Dated: March 15, 2011

Respectfully submitted,

/s/ Thomas D. Rethage, Jr.

Thomas D. Rethage, Jr. (PA #203524)
Trial Attorney
U.S. Equal Employment
Opportunity Commission
Philadelphia District Office
801 Market St., Suite 1300
Philadelphia, PA 19107-3127
Phone: 215.440.2683
Fax: 215.440.2848
thomas.rethage@eeoc.gov