```
RICHMOND DIVISION
F                            F
I                            I
L    MAR 1 1 2011            L
E                            E
D         CLERK             D
   US BANKRUPTCY COURT
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

-------------------------------------------x
                                    .
In re:                              .      Chapter 11
                                    .
Circuit City Stores, Inc., et al    .      Case No. 08-35653 (KRH)
                                    .
                    Debtors.        .      (Jointly Administered)
-------------------------------------------x

---

**Response to Objection to Claim**
**Claim No. 11773 (Barnes & Powers North, LLC)**

---

Barnes & Powers North, LLC ("B&P") responds to the Liquidating Trust's objection to the above-described claim as follows:

1.      On March 12, 2009, B&P submitted its Proof of Claim for $630,535.79 in unsecured claims and $96,590.07 as expenses of administration. A copy of this proof of claim is attached as Exhibit 1. The Liquidating Trust objected to the expense of administrative claim, and proposes to reduce it to $8,132.80, apparently only allowing pro-rata rent and CAM accruing from 3/1/2009 to the 3/10/2009 date of lease rejection (although the math is not quite accurate).

2.      Circuit City paid no rent for the month of November, 2008. *See* email memo dated November 25, 2008 from Jamie Smith (B&P's property management accountant) attached as Exhibit 2, confirming a phone conversation with Paul McClellen, Circuit City's Real Estate Manager, stating B&P should file a bankruptcy claim for November, 2008 rent. B&P has never received payment for November, 2008 rent. Since Circuit City filed its Chapter 11 Petition on November 10, 2008, rent accruing after that date for continuing use of the premises is an expense of administration  The pro-rated rent from November 10, 2008 to November 30, 2008 is:

|                              |             |
| ---------------------------- | ----------- |
| Base Rent                    | $24,160.09  |
| Additional Rent              |             |
| (i.e., operating costs)      | 5,518.15    |
|                              |             |
| Total                        | $29,678.24  |

3.      Section 6.02 of Circuit City's lease with B&P requires Circuit City to pay its share of "Taxes" as defined in its Lease:

"a.  Within 30 days after Landlord submits to Tenant proof of payment of
Taxes by Landlord, a tax bill for such Taxes, and a statement setting forth
the manner in which Tenant's Share of Taxes is calculated."

On January 16, 2009, Jamie Smith, B&P's property management accountant, sent a tax
bill to Circuit City as required by Section 6.02 of Circuit City's lease.  A copy of the UPS
shipment invoice, UPS confirmation of delivery of February 19, 2009, B&P's cover letter and
the tax bill and related information is attached as Exhibit 3.  On January 21, 2009, B&P sent a
corrected tax bill to Circuit City for $83,845.12, correcting a mathematical error in the prior bill.
A copy of the UPS shipment invoice, B&P's cover letter and the corrected tax bill is attached as
Exhibit 4.  Pursuant to Section 6.02 of the lease, this amount was due and payable on or before
February 20, 2009 (i.e., 30 days after the corrected tax bill), and thus was part of "Rent" which
was payable during the post-petition time Circuit City was occupying the premises.
Consequently, it is a proper expense of administration.

4.      Pursuant to Section 5.04 of Circuit City's lease with B&P, Circuit City is required
to pay any deficiency in the prior years "CAM Costs": "Within thirty days after receipt of such
statement by Tenant, Tenant shall pay to Landlord any deficiency due." On January 16, 2009,
Jamie Smith sent Circuit City a statement of CAM deficiency for $4,497.44.  A copy of this
statement is included in Exhibit 3.  Pursuant to Circuit City's lease, this statement was due and
payable on or before February 20, 2009, and thus was also part of "Rent" which was payable
during the time Circuit City was occupying the premises post-petition.  Consequently, it also is a
proper expense of administration

WHEREFORE, B&P respectfully requests this Court order B&P's expense of
administration claim for $96,590.07 be allowed.

Respectfully submitted this _10th_ day of March, 2011.

Lori Jibreen, Lease Administrator for
Barnes & Powers North, LLC

**Verification**

I hereby certify under oath the statements made in this response are true and correct.

Jamie Smith, Property Management Accountant
for Barnes & Powers North, LLC

2

STATE OF COLORADO    )
                       ) ss.

COUNTY OF EL PASO    )

The foregoing was acknowledged before me this _10th_ day of _March_____, 2011, by Lori Jibreen, Lease Administrator for Barnes & Powers North, LLC and Jamie Smith, Property Management Accountant for Barnes & Powers North, LLC.

Witness my hand and official seal.
My commission expires: _____ 2/9/2014_____

_____
Notary Public

## CERTIFICATE OF FILING

I certify that on March _10_, 2011, the original of this document was sent **via Federal Express**, duly addressed to the following:

        Clerk of the Bankruptcy Court
        United States Bankruptcy Court
        701 East Broad Street – Room 4000
        Richmond, Virginia  23219

_____
Gail Deal, Legal Assistant

3

## CERTIFICATE OF MAILING

I certify that on March *10*, 2011, a true and correct copy of this document was sent via first class U.S. Mail, addressed to the following:

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES, LLP
10100 Santa Monica Boulevard
Los Angeles, CA   90067-4100

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219

_____
Gail Deal, Legal Assistant

4

# FLYNN WRIGHT & FREDMAN, LLC
### ATTORNEYS AT LAW

PLAZA OF THE ROCKIES, SUITE 202
111 SOUTH TEJON
COLORADO SPRINGS, COLORADO  80903

BRUCE M. WRIGHT                         (719) 578-8444              FACSIMILE (719) 578-8836
                                                                   FWF File No. 11.374

March 12, 2009

_**Certified Mail, Return Receipt Requested**_

Circuit City Stores, Inc., et al
Claims Processing Department
Kurtzman Carson Consultants, LLC
2335 Alaska Avenue
El Segundo, CA 90245

> Re:   Circuit City Stores West Coast, Inc. (Case No. 08-35654)
>        Filing of Proof of Claim

Gentlemen:

Please find enclosed the signed original Proof of Claim by Barnes and Powers North, LLC.   Please note the general unsecured claim for $14,839.00 in unpaid pre-petition rent is a duplicate of Claim No. 2367 filed on January 5, 2009.

Please call if questions.

Sincerely,

_Bruce Wright_

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Circuit City Stores, Inc. et al
Claims Processing Dept
Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

RECEIVED
MAR 1 6 2009
KURTZMAN CARSON CONSULTANTS

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)        7008 0500 0001 0708 4916

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

7008 0500 0001 0708 4916

EXHIBIT
1

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FO. THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

**Debtor against which claim is asserted :** (Check only one box below:)

☐ Circuit City Stores, Inc. (Case No. 08-35653)
☑ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
☐ InterTAN, Inc. (Case No. 08-35655)
☐ Ventoux International, Inc. (Case No. 08-35656)
☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
☐ CC Aviation, LLC (Case No. 08-35658)

☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
☐ Circuit City Stores PR, LLC (Case No. 08-35660)
☐ Circuit City Properties, LLC (Case No. 08-35661)
☐ Orbyx Electronics, LLC (Case No. 08-35662)
☐ Kinzer Technology, LLC (Case No. 08-35663)
☐ Courchevel, LLC (Case No. 08-35664)

☐ Abbott Advertising, Inc. (Case No. 08-35665)
☐ Mayland MN, LLC (Case No. 08-35666)
☐ Patapsco Designs, Inc. (Case No. 08-35667)
☐ Sky Venture Corporation (Case No. 08-35668)
☐ XSStuff, LLC (Case No. 08-35669)
☐ PRAHS, INC. (Case No. 08-35670)

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**BARNES AND POWERS NORTH LLC** | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:         NameID: 4565058         PackID: 116708<br><br>BARNES AND POWERS NORTH LLC<br>111 SOUTH TEJON<br>SUITE 222<br>ATTN CHRIS JENKINS<br>COLORADO SPRINGS CO 80903         Telephone number: **(719) 593-2600** | **Court Claim Number:**_____<br>(If known)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**   $ **See attached**<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim: See attached**<br>(See instruction #2 on reverse side.)<br><br>**3. Last four digits of any number by which creditor identifies debtor:**_____<br>**3a.   Debtor may have scheduled account as:**_____<br>(See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4). |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe:<br><br>Value of Property: $_____   Annual Interest Rate ____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $_____   Basis for perfection:_____<br><br>Amount of Secured Claim: $_____   Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).<br><br>☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).<br><br>XX Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*   **See attached**<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$ **96,590.07**<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment* |
| Date:<br>**3/12/09** | Signature: the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*(signature)* , Lori Jibreen, Lease Administrator | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



0835653081208144823013947

## Computation of Claim

A.   Expense of Administration Under 11 USC §507(a) for post petition rent due prior to March 10, 2009.

| | |
|---|---|
| Pro-Rata Rent 11/11/2008 to 11/30/2008: | $ 24,160.09 |
| Pro-Rata Operating Expenses 11/11/2008 to 11/30/2008: | 5,518.15 |
| Taxes payable 1/15/2009 | 83,845.42 |
| 2008 CAM Adjustment payable 1/16/2009 | 4,497.44 |
| Pro-Rata Rent from 3/1/2009 to 3/10/2009 | 6,850.87 |
| Pro-Rata Operating Expenses 3/1/2009 to 3/10/2009 | 1,396.34 |
| | |
| Total Expense of Administration Claim: | $ 96,590.07 |

B.   General Unsecured Claim

Unpaid pre petition rent: *(Note: this is duplicate of Claim No. 2367 filed on 1/5/2009)*

| | | |
|---|---|---|
| | Base Rent from 11/1/2008 to 11/10/2008 | $ 12,080.04 |
| | Operating Expenses 11/1/2008 to 11/10/2008 | 2,758.96 |

Rejection of Lease Claim (one year's rent) *(Note: This is a new unsecured claim)*

| | | |
|---|---|---|
| 3/1/2009 | Prorated Base Rent 3/11-3/31/09 | 29,389.26 |
| 3/1/2009 | Prorated OPEX 3/11-3/31/09 | 6,006.50 |
| 4/1/2009 | Base Rent | 36,240.13 |
| 4/1/2009 | OPEX | 7,406.66 |
| 5/1/2009 | Base Rent | 36,240.13 |
| 5/1/2009 | OPEX | 7,406.66 |
| 6/1/2009 | Base Rent | 36,240.13 |
| 6/1/2009 | OPEX | 7,406.66 |
| 7/1/2009 | Base Rent | 36,240.13 |
| 7/1/2009 | OPEX | 7,406.66 |
| 8/1/2009 | Base Rent | 36,240.13 |
| 8/1/2009 | OPEX | 7,406.66 |
| 9/1/2009 | Base Rent | 36,240.13 |
| 9/1/2009 | OPEX | 7,406.66 |
| 10/1/2009 | Base Rent | 36,240.13 |
| 10/1/2009 | OPEX | 7,406.66 |
| 11/1/2009 | Base Rent | 36,240.13 |
| 11/1/2009 | OPEX | 7,406.66 |
| 12/1/2009 | Base Rent | 36,240.13 |
| 12/1/2009 | OPEX | 7,406.66 |
| 1/1/2010 | Base Rent | 36,240.13 |
| 1/1/2010 | OPEX | 7,628.86 |
| 1/1/2010 | 2009 PTAX (2008 x 3%) Estimate | 86,360.78 |
| 1/1/2010 | 2009 CAM Charge Estimate | 5,088.12 |

| | | |
|---|---|---|
| 2/1/2010 | Base Rent | 36,240.13 |
| 2/1/2010 | OPEX | 7,628.86 |
| 3/1/2010 | Prorated Base Rent 3/1-3/10/10 | 6,850.87 |
| 3/1/2010 | Prorated OPEX 3/1-3/10/10 | 1,442.17 |

Total Unsecured Claim:                    $630,535.79

This claim arises under a lease between Barnes & Powers North, LLC as Landlord and Circuit City Stores West Coast, Inc. as Tenant, dated December 7, 2006.   The cover page of the lease is attached as the lease itself is voluminous.



## LEASE AGREEMENT

by and between

## BARNES & POWERS NORTH, LLC

as Landlord

and

## CIRCUIT CITY STORES WEST COAST, INC.

as Tenant

## BARNES MARKETPLACE SHOPPING CENTER

**From:** Jamie Smith
**Sent:** Tuesday, November 25, 2008 10:04 AM
**To:** David Jenkins; Steve Schreiber
**Cc:** Cayse Osterlund; Lori Jibreen
**Subject:** Circuit City #4317- Colorado Springs CO-Rent

RE:  CIRCUIT CITY

I called Paul McClellen, Real Estate Manager, Circuit City regarding paying November's partial rent.  He said that they will resume paying Rent on December 1st.  He believed everything in November was part of the bankruptcy, and that we would should file a claim.  He referred me to their attorney's, Kurtzman Carson Consultants website:  kccllc.net/circuitcity for information regarding the bankruptcy.

How should we proceed?

Thanks,

Jamie Smith
Property Management Accountant
Nor'wood Development Group
111 S. Tejon St., Ste. 222
Colorado Springs. CO  80903
(p) 719-593-2631 (f) 719-633-0545
Email:  jsmith@nor-wood.com

**From:** Monique_Scott@circuitcity.com [mailto:Monique_Scott@circuitcity.com]
**Sent:** Friday, November 21, 2008 7:47 AM
**To:** Jamie Smith
**Subject:** 4317- Colorado Springs CO-Rent

12/9/2008

**EXHIBIT**

**2**



## Shipment Receipt

**Transaction Date:** 16 Jan 2009
**Tracking Number:** 1ZF4675R2593183907

### Address Information

| Ship To: | Ship From: | Return Address: |
| --- | --- | --- |
| Circuit City #4317 | Norwood Development Group | Norwood Development Group |
| Lease Admin. | Janice M Winings | Sarah Billing |
| 9950 Mayland Drive | 111 S. Tejon Street, Suite 222 | 111 S. Tejon Street, Suite 222 |
| RICHMOND VA 23233-1463 | 2nd Fl. | 2nd Fl. |
| Telephone: 804-486-3523 | Colorado Springs CO 80903 | Colorado Springs CO 80903 |
| | Telephone: (719) 593-2600 | Telephone: (719) 593-2600 |

### Package Information

| | Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
| --- | --- | --- | --- | --- |
| 1. | Letter | UPS Letter | | |

### UPS Shipping Service and Shipping Options

**Service:**
UPS Next Day Air
**Guaranteed By:[1]:**
10:30 A.M. Monday, 1/19/2009

| | | |
| --- | --- | --- |
| **Shipping Fees Subtotal:** | 25.21 USD | |
| Transportation | 23.45 USD | |
| Fuel Surcharge | 1.76 USD | |

**Additional Shipping Options:**

Delivery Confirmation:
Package 1: Delivery Confirmation                    1.75 USD

Quantum View Notify E-mail Notifications:          No Charge

1.  jwinings@nor-wood.com Ship: Delivery

### Payment Information

**Bill Shipping Charges to:**            Shipper's Account F4675R

**Total Charged:**                                                           26.96 USD

**Note:** Your invoice may vary from the displayed reference rates.

[1] * For delivery and guarantee information, see the UPS Service Guide  To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Responsibility for Loss or Damage**
Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the Internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of Service, which can be found at www.ups.com.

```
EXHIBIT
3
```

**Jamie Smith**

| | |
|---|---|
| **From:** | Sarah Billing |
| **Sent:** | Monday, January 19, 2009 10:22 AM |
| **To:** | Jamie Smith |
| **Subject:** | FW: UPS Delivery Notification, Tracking Number 1ZF4675R2593183907 |

*Jamie – can you print and keep with the Circuit City bill?*
*SB*

**From:** Janice Winings - Main Line
**Sent:** Monday, January 19, 2009 9:45 AM
**To:** Sarah Billing
**Subject:** FW: UPS Delivery Notification, Tracking Number 1ZF4675R2593183907

**From:** UPS Quantum View [mailto:auto-notify@ups.com]
**Sent:** Monday, January 19, 2009 8:26 AM
**To:** Janice Winings - Main Line
**Subject:** UPS Delivery Notification, Tracking Number 1ZF4675R2593183907



\*\*\*Do not reply to this e-mail. UPS and Nor'wood Development Group will not receive your reply.

**At the request of Nor'wood Development Group, this notice alerts you that the shipment listed below has been delivered.**

**Important Delivery Information**

**Delivery Date / Time:** 19-January-2009 / 9:56 AM
**Delivery Location:** RECEIVER
**Signed by:** KELLY

**Shipment Detail**

**Ship To:**
Lease Admin.
Circuit City #4317
9954 MAYLAND DR

HENRICO
VA
23233
US

**UPS Service:**      NEXT DAY AIR

**Shipment Type:**    Letter

**Tracking Number:** <u>1ZF4675R2593183907</u>

---



Discover more about UPS:
<u>Visit www.ups.com</u>
<u>Sign Up For Additional E-Mail From UPS</u>
<u>Read Compass Online</u>

© 2009 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel
Service of America, Inc. All rights reserved.
For more information on UPS's privacy practices, refer to the UPS Privacy Policy.
Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the
reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please
delete this e-mail immediately.
<u>Privacy Policy</u>
<u>Contact UPS</u>

January 16, 2009

Circuit City #4317

Attention: Lease Administration

9950 Mayland Drive

Richmond, VA 23233

Enclosed are the 2008 Common Area Reconciliation and 2008 Property Tax Bill for Store #4317 – Barnes Road, Colorado Springs, CO.

CAM Balance            $4,497.44

Property Taxes        $132,362.13

Total                      $136,859.57

Remittance of the total due should be sent to: Nor'wood Limited Inc, 111 South Tejon Ste 222, Colorado Springs, CO 80903, attention: Jamie Smith.

**Barnes & Powers North, LLC.**
**2008 Reconciliation Statement**
Circuit City #4317
5904 Barnes Rd., Colorado Springs, CO.

| (A) Sections 5.03 -Itemzied CAM Costs | 2008 Budget | PSF | 2008 Actuals | PSF |
|---|---|---|---|---|
| Insurance: | 17,359.00 | 0.13 | 13,391.00 | 0.10 |
| Security: | 17,890.00 | 0.13 | 12,335.00 | 0.09 |
| Snow Removal: | 20,149.00 | 0.15 | 16,195.00 | 0.12 |
| Electricity: | 12,329.00 | 0.09 | 11,127.00 | 0.08 |
| Irrigation Water: | 16,848.00 | 0.12 | 17,564.00 | 0.13 |
| **Total Expenses:** | **84,575.00** | **0.62** | **70,612.00** | **0.52** |

| | | |
|---|---|---|
| Multiply by Tenant Pro Rata Share: | **27.26%** | 19,250.65 | 0.63 |
| (Total Bldg Sq Ft 30,518 divided by Total Center 111,941) | | |

| (B) Section 5.04-Tenant's CAM Charge | PSF: | Total Due: | |
|---|---|---|---|
| First Calendar Year 6/18/07 - 12/31/08: | $ 2.50 | 76,295.00 | 2.50 |

| | | |
|---|---|---|
| Total Itemzied Services Due: | 19,250.65 | 0.63 |
| Total C.A.M Contribution Due: | 76,295.00 | 2.50 |
| Total | 95,545.65 | |

| | | |
|---|---|---|
| Contribution Paid in 2008: | (91,048.21) | (2.98) |
| **Total CAM Balance:** | **4,497.44** | **0.15** |

**Barnes & Powers North, LLC.**
**2008 Reconciliation Statement**
Circuit City #4317
5904 Barnes Rd., Colorado Springs, CO.

| | | |
|---|---|---|
| 2008 Property Taxes Schedule # 53302-06-007: | | $   555,571.66 |
| Less:  Barnes & Powers North BID | | (241,055.58) |
| | | 314,516.08 |
| | | |
| **Circuit City (Total Bldg. Sq. Ft. 30,518 divided by 94,246) PRS** | **32.381%** | 101,844.13 |
| | | |
| **Add:  Barnes & Powers North BID ($1.00 Max-Per Lease)** | | 30,518.00 |
| | | |
| Contribution Paid in 2008: | | 0.00 |
| **2008 Taxes Due:** | | **$ 132,362.13** |

El Paso County, Colorado
**TYPE OF PROPERTY**
**REAL PROPERTY**

10496

SANDRA J. DAMRON, TREASURER

DATE  January 9, 2009

**PROPERTY TAX STATEMENT**
**TAXES FOR 2008 DUE 2009**

**SCHEDULE (ACCOUNT) NUMBER**
53302-06-007

**PROPERTY LOCATION**
5832 BARNES RD - 6084

**PROPERTY DESCRIPTION**
THAT PT LOT 1 COMMERCIAL CENTER
AT POWERS AND BARNES FIL NO 4
DESC AS FOLS: COM AT THE SELY
COR LOT 1 COMMERCIAL CENTER AT
POWERS AND BARNES FIL NO 2, TH
88<44'44" E 148.81 FT FOR POB,
TH N 01<15'16" W 285.0 FT, S
88<44'44" W 148.81 FT. TH CONT S
88<44'44" W 166.19 FTTO THE NWLY
*** DESCRIPTION INCOMPLETE ***

53302-06-007
BARNES & POWERS NORTH NO 1 LLC
111 S TEJON ST STE 222
COLORADO SPRINGS  CO  80903-2246

| TAX DISTRICT | SFN | ACTUAL VALUE | $ 16,298,583 | ASSESSED VALUE | $ 4,726,580 |
|---|---|---|---|---|---|

| TAX RATE | TAX AUTHORITY | TAX AMOUNT |
|---|---|---|
| 0.007253 | EL PASO COUNTY | 34,281.88 |
| 0.000165 | EPC ROAD & BRIDGE SHARE | 779.89 |
| 0.004944 | CITY OF COLORADO SPRINGS | 23,368.21 |
| 0.000165 | EPC-COLORADO SPGS ROAD & BRIDGE SHARE | 779.89 |
| 0.034462 | FALCON SCHOOL NO. 49        - GEN | 162,887.40 |
| 0.011212 | FALCON SCHOOL NO. 49        - BOND | 52,994.41 |
| 0.003540 | * PIKES PEAK LIBRARY | 16,732.09 |
| 0.000943 | SOUTHEASTERN COLO.WTR.CONSERVANCY | 4,457.16 |
| 0.003858 | STETSON HILLS SPEC.IMP.MAINT.DIST. | 18,235.15 |
| 0.051000 | BARNES & POWERS NORTH BID | 241,055.58 |

*TEMPORARY TAX RATE REDUCTION/TAX CREDIT

| 0.117542 | TOTAL TAX RATE          TOTAL TAXES PAYABLE | $  555,571.66 |
|---|---|---|

2009533020600701000000000000277785838

NOTE: If you have a mortgage and are uncertain about escrowing for payment of taxes, please call your lender prior to making payment.

WE DO NOT ACCEPT
*CREDIT CARD PAYMENTS*

MAKE CHECKS PAYABLE TO:
EL PASO COUNTY TREASURER

MAIL PAYMENT TO:
EL PASO COUNTY TREASURER
P.O. BOX 2018
COLO. SPGS.,CO 80901-2018

TELEPHONE (719)520-6666
Website: trs.elpasoco.com
E-mail: Trsweb@elpasoco.com
Site Location: 27 E. Vermijo Ave.
      Colo. Spgs., CO 80903

YOUR SCHOOL DISTRICT GENERAL FUND
TAX RATE IS  0.034462
ABSENT STATE AID, IT WOULD HAVE
BEEN  0.124672

ADDRESS CHANGE INFORMATION-
SEE REVERSE SIDE

**PAYMENT COUPON 2**

**EL PASO COUNTY, COLORADO**
2ND HALF - DUE JUNE 15, 2009
**NO SECOND HALF STATEMENT WILL BE MAILED**

**2009**

SCHEDULE NUMBER  53302-06-007

OWNER'S NAME       BARNES & POWERS NORTH NO 1 LLC

SECOND HALF AMOUNT DUE BY 6/15/2009       $   277,785.83

PLEASE MARK THE BOX TO OBTAIN A RECEIPT

**PAYMENT COUPON 1**

**EL PASO COUNTY, COLORADO**
1ST HALF - DUE FEBRUARY 28, 2009 OR
FULL TAX - DUE APRIL 30, 2009

**2009**

SCHEDULE NUMBER  53302-06-007

OWNER'S NAME       BARNES & POWERS NORTH NO 1 LLC

FIRST HALF AMOUNT DUE BY 2/28/2009       $   277,785.83
              OR
FULL AMOUNT DUE BY 4/30/2009             $   555,571.66

PLEASE MARK THE BOX TO OBTAIN A RECEIPT

20095330206007010002777858300555571668

SANDRA J. DAMRON, El Paso Cou   Treasurer
27 E. Vermijo St., P.O. Box 2007
Colorado Springs, CO 80901-2007

Receipt: ESTIMATED 2008 Real Estate Taxes      Date: 12/31/2008      $17.5,615
REFERENCE SCHEDULE#:   53302-06-007
LOCATION:      5832 BARNES RD - 6084
Machine:  5 Ret:   36 Media: CKC          1
BARNES & POWERS NORTH NO 1 LLC                 Tax         :   555571.66
PREPAYMENT 2008 ESTIMATED TAXES                   TOTAL PAID :   555571.66

53302-06-007
BURLWOOD LIMITED INC
111 SOUTH TEJON, STE 222
COLORADO SPRINGS, CO      80403



## Shipment Receipt

Transaction Date:     21 Jan 2009
Tracking Number:      1ZF4675R0199796191

---

### Address Information

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| CIRCUIT CITY #4317 | NORWOOD DEVELOPMENT GROUP | NORWOOD DEVELOPMENT GROUP |
| LEASE ADMINISTRATION | JANICE M WININGS | JANICE M WININGS |
| 9950 MAYLAND DRIVE | 111 S. TEJON STREET, SUITE 222 | 111 S. TEJON STREET, SUITE 222 |
| RICHMOND VA 23233-1463 | 2ND FL. | 2ND FL. |
| Telephone: 8044863523 | COLORADO SPRINGS CO 80903 | COLORADO SPRINGS CO 80903 |
|  | Telephone: 7195932600 | Telephone: 7195932600 |

---

### Package Information

|  | Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|---|
| 1. | Letter | UPS Letter |  |  |

---

### UPS Shipping Service and Shipping Options

Service:
UPS Next Day Air
Guaranteed By:[1]:
10:30 A.M. Thursday, 1/22/2009

Shipping Fees Subtotal:          25.21 USD
- Transportation               23.45 USD
- Fuel Surcharge                1.76 USD

---

### Payment Information

Bill Shipping Charges to:          Shipper's Account F4675R

Total Charged:                                                    25.21 USD

---

Note: Your invoice may vary from the displayed reference rates.
[1] For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

Responsibility for Loss or Damage
Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the Internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of Service, which can be found at www.ups.com.



EXHIBIT
4

**UPS Internet Shipping: View/Print Label**

1. **Print the label(s):** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the dotted line.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   - Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.
   - Hand the package to any UPS driver in your area.
   - Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services$^{SM}$ (including via Ground) are also accepted at Drop Boxes.
   - To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com.

   **Customers with a Daily Pickup**
   - Your driver will pickup your shipment(s) as usual.

FOLD HERE

1 OF 1

LTR

JANELLE M VIRRUEOS
(719) 593-2600
NORWOOD DEVELOPMENT GROUP
111 S. TEJON STREET, SUITE 222
COLORADO SPRINGS CO 80903

SHIP TO:
LEASE ADMINISTRATION
804-486-3523
CIRCUIT CITY #4317
9950 MAYLAND DRIVE
RICHMOND VA 23233-1463

VA 232 9-40

UPS NEXT DAY AIR

1

TRACKING #: 1Z F46 75R 01 9979 6191

BILLING: P/P

UPS 11.0.17.

W33EE66 84.0A 10/2008

TM

# N O R ' W O O D

January 21, 2009


Circuit City #4317
Attn: Lease Administration
9950 Mayland Drive
Richmond, VA 23233-1463

Re: Revised 2008 Property Tax Invoice for Circuit City #4317


Please find enclosed a revised invoice for the 2008 Property Tax for Circuit City #4317 located at 5904 Barnes Road, Colorado Springs, CO.


Remittance of the total due should be sent to:   Nor'wood Limited, Inc.
                                                  111 South Tejon Street, Suite 222
                                                  Colorado Springs, CO  80903


Thank you,

Jamie Smith, as agent of the owner
Property Management Accountant

**Barnes & Powers North, LLC.**
**2008 Revised Property Tax Reconciliation**
Circuit City #4317
5904 Barnes Rd., Colorado Springs, CO.

| | | |
|---|---|---:|
| 2008 Property Taxes Schedule # 53302-06-007: | | $  555,571.66 |
| Less:  Barnes & Powers North BID | | (241,055.58) |
| | | 314,516.08 |
| | | |
| Circuit City (Total Bldg. Sq. Ft. 30,518 divided by 179,990) PRS | **16.955%** | 53,327.42 |
| | | |
| Add:  Barnes & Powers North BID ($1.00 PSF Max-Per Lease) | | 30,518.00 |
| | | |
| Contribution Paid in 2008: | | 0.00 |
| **2008 Taxes Due:** | | **$  83,845.42** |

# FLYNN WRIGHT & FREDMAN, LLC
### ATTORNEYS AT LAW

PLAZA OF THE ROCKIES, SUITE 202
111 SOUTH TEJON
COLORADO SPRINGS, COLORADO  80903

BRUCE M. WRIGHT
e-mail: bwright@fwflegal.com

(719) 578-8444

FACSIMILE (719) 578-8836
FWF File No. 11.374

March 10, 2011

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia  23219

> Re:    Circuit City Stores, Inc., et al
>         Case No. 08-35653 (KRH)

Dear Sir or Madam:

Please find enclosed an original and one copy of a *Response to Objection to Claim - Claim No. 11773 (Barnes & Powers North, LLC)*.

**As we are not a "frequent filer" with your court, we are filing this document via paper instead of efiling**.

We would appreciate your filing the original of this document as appropriate, and date stamping and returning the copy to this office in provided envelope.

Thank you for your assistance in this matter.

Sincerely,

Gail Deal
Legal Assistant

Enclosures
cc/w/o/encl:  David D. Jenkins