Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street
Room 4000
Richmond, VA 23219



Dated:  3/1/2011

This is in response to case number 08-35653-KRH   vs. Circuit City

My claim number(s) are:

1) # 13339 - $20,000
2) # 13402 - $20,000

These two claims are a direct result of Administrative incentive and were offered to me in the Director of Human Resources role to assist in the closing of stores as a direct result of the bankruptcy process. I was directly in charge of all Human Resources functions for new store openings. When this was halted on or around October 15, 2008, this was offered to assist in the closing of all 80+ new stores opened in 2008.

I ask to remain on any and all administrative claims and wish to partner with any legal documents that may result from the entire list of administrative claims.

Respectfully submitted,

Kenneth R. Duda

Kenneth & Carolyn Duda
747 Twin Leaf Drive
Collierville, TN. 38017
USA