# EXHIBIT C

Inland Mortgage Servicing Corporation
2901 Butterfield Road
Oak Brook, Illinois 60523
630-218-8000    Fax: 630-218-5278
www.inlandgroup.com

August 4, 2009

To the Entities and Individuals
On the Attached Mailing List

## NOTICE OF DEFAULT AND DEMAND FOR REPAYMENT OF THE LOAN

Re: Promissory Note (the "Note") dated June 29, 2007 in the original principal amount of $6,771,000.00 from CDB Falcon Sunland Plaza, L.P. (the "Borrower") to Inland Mortgage Capital Corporation (the "Lender") which said Note is secured by a First Deed of Trust, Assignment of Rents and Security Agreement (the "Mortgage"), a Loan Guaranty Agreement given by W. Eric Brauss, Brandon Ventures, Inc., Timothy Hughes and Scott Muller (collectively, the "Guarantors") bearing even date therewith covering the property commonly known as Sunland Plaza, Sunland Plaza Drive, El Paso, Texas (the "Property"). Loan No. 1465

Reference is made to that certain $6,771,000.00 loan (the "Loan") made on June 29, 2007 by Lender to Borrower, evidenced and/or secured by, among other things, the Note and the Mortgage (The Note and the Mortgage together with any and all other documents executed and delivered by the Borrower and/or the Guarantors, or any of them are collectively referred to herein as the "Loan Documents"). Lender is the current owner and holder of the Note and beneficiary under the Mortgage. Notice is hereby given that the Borrower is in default inasmuch as the Borrower failed to repay the entire amount of principal, all accrued, unpaid interest (including, but not limited to, the unpaid interest that is past due as you have been previously advised and the resulting default interest) and any other fees, costs and/or expenses due under or in connection with the Loan on or before the Maturity Date. The Note and other Loan Documents clearly provide that the Loan was to mature on June 30, 2009 (the "Maturity Date"). This letter confirms and advises that the Maturity Date has passed and the Loan has come due. The Borrower currently owes the following:

| | |
|---|---:|
| Principal Balance | $6,598,732.46 |
| Balance May Interest Payment | 28,717.02 |
| Total June Interest Payment | 47,276.25 |
| Interest 06/01/09 through 06/30/09 | 45,751.21 |
| Default Interest 04/01/09 through 06/30/09 | 133,483.93 |
| April, May & June Late Charges | 7,441.90 |
| Sub Total | $6,861,402.77 |

THE INLAND NAME AND LOGO ARE REGISTERED TRADEMARKS BEING USED UNDER LICENSE



Inland Mortgage Servicing Corporation
2901 Butterfield Road
Oak Brook, Illinois 60523
630-218-8000   Fax: 630-218-5278
www.inlandgroup.com

|  |  |
|---|---|
| Default Interest 07/01/09 through 08/04/09 | 107,807.70 |
| Balloon Late Charge | 336,023.85 |
| Less: Reserve Account | (15,000.00) |
| Less: Tax Escrow | (14,223.90) |
| Less: Unapplied funds | (14,562.00) |
| Total Amount Due 08/04/09 | $7,261,448.41 |

Per Diem after August 4, 2009 is $3,080.22.

In addition to the foregoing, to the extent the Loan Documents so provide, Borrower may be obligated to pay fees, costs and expenses (including, without limitation, attorneys fees) incurred by Lender in connection with efforts to collect on amounts due under the Loan and enforce the rights to the security granted under the Mortgage and other Loan Documents.

Be advised that if the entire outstanding balance of the Loan is not paid immediately, we intend (at our option and without prejudice to or election of our rights) to take any and all action necessary to collect such amounts. We intend to:

(i)    Invoke, with respect to the Property, the power of sale existing pursuant to the terms of the Mortgage, and in connection therewith will direct the trustee (and/or any duly appointed substitute trustee) thereunder to sell the Property as prescribed by applicable law and by the Mortgage; and

(ii)   Pursue any other remedies permitted by the terms of the Mortgage and other Loan Documents or otherwise provided by law or available in equity.

Nothing contained in this letter, nor the prior or future collection of any sums by us or Lender with respect to the Loan, whether or not at the default interest rate, shall be construed (i) to limit our right to receive any and all other sums which may be or become due or payable under the Loan, or otherwise, including without limitation, costs of collection, costs of enforcement and late payment charges; (ii) to waive any other default whether or not known to us; or (iii) to waive, limit, prejudice or otherwise adversely affect any of our rights, remedies or powers as Lender under the documents evidencing the Loan, by statute, at law or in equity, all of which rights, remedies and powers are expressly reserved.

As reflected in the applicable Loan Documents, under no circumstances or contingencies shall the interest accrued, charged or collected under, or in connection with, the Note exceed the maximum amount of interest permitted by applicable law. In addition, all of the Lender's claim, demand and accruals

THE INLAND NAME AND LOGO ARE REGISTERED TRADEMARKS BEING USED UNDER LICENSE

Inland Mortgage Servicing Corporation
2901 Butterfield Road
Oak Brook, Illinois 60523
630-218-8000   Fax: 630-218-5278
www.inlandgroup.com

regarding or arising under the Note, the Mortgage or any other loan documents or instruments whenever made, and whether for principal, interest, or otherwise are intended to comply in all respects both independently and collectively, with all applicable usury laws, and are accordingly limited so that applicable usury laws are not violated.

If any entity and/or person receiving this letter or notice is in bankruptcy or has been discharged from the indebtedness as a result of such person's bankruptcy proceedings, then this letter or notice is not intended, and shall not be construed, as a demand upon such person and is sent for informational purposes only pursuant to applicable provisions of the Texas Property Code. This letter is not an act to collect, assess or recover a claim against you, nor it this letter intended to violate any provisions of the United States Bankruptcy Code (Title 11 of the United States Code) (the "Code"). Any and all claims that the Lender asserts against you will be properly asserted in compliance with the Code in your respective bankruptcy proceedings.

Cordially,

INLAND MORTGAGE SERVICING
CORPORATION, as Agent

*Frances C. Panico*

Frances C. Panico
President

Cc: Raymond E. Petersen
    Kathleen H. McGuire, Esq.
    Ed Fishman, Esq.

THE INLAND NAME AND LOGO ARE REGISTERED TRADEMARKS BEING USED UNDER LICENSE

 Inland Mortgage Servicing Corporation
2901 Butterfield Road
Oak Brook, Illinois 60523
630-218-8000   Fax: 630-218-5278
www.inlandgroup.com

## MAILING LIST

### VIA UPS OVERNIGHT MAIL

CDB Falcon Sunland Plaza, L.P.
c/o CDB Sunland Plaza GP, Inc.
17400 N. Dallas Parkway, Suite 216
Dallas, TX 75287
Attn: Sue Shelton

### VIA UPS OVERNIGHT MAIL

Brandon Ventures, Inc.
16000 N. Dallas Parkway, Suite 225
Dallas, TX 75248

### VIA UPS OVERNIGHT MAIL

Timothy Hughes
16000 N. Dallas Parkway, Suite 225
Dallas, TX 75248

### VIA UPS OVERNIGHT MAIL

Scott Muller
16000 N. Dallas Parkway, Suite 225
Dallas, TX 75248

### VIA UPS OVERNIGHT MAIL

W. Eric Brauss
17400 Dallas Parkway, Suite 216
Dallas, TX 75287

THE INLAND NAME AND LOGO ARE REGISTERED TRADEMARKS BEING USED UNDER LICENSE