# EXHIBIT G

# NOTICE OF REJECTION OF NOTICE OF TRANSFER

TO: IMCC Sunland LLC
c o Art Rendak
Inland Mortgage Capital Corporation
2901 Butterfield Rd
Oak Brook, IL 60523

CC: CDB Falcon Sunland Plaza LP
Mark Stromberg Esq
Stromberg & Associates PC
Two Lincoln Centre
5420 LBJ Freeway Ste 300
Dallas, TX 75240

P Matthew Roberts VSB70259
Berkeley & DeGaetani
1301 N Hamilton St Ste 200
Richmond, VA 23230

CDB Falcon Sunland Plaza LP
17400 Dallas Pkwy Ste 216
Dallas, TX 75248

Jennifer M McLemore
Christian & Barton LLP
909 E Main St Ste 1200
Richmond, VA 23219-3095

FROM: Joseph Johnson
DATE: February 3, 2011
RE: Notice of Rejection of Notice of Transfer (Claim No. 13905)

---

Kurtzman Carson Consultants LLC, the Court-appointed claims agent in the matter of **Circuit City Stores, Inc., Case No. 08-35653 (KRH)** has been charged with the duty of maintaining the Court's claims register. We are in receipt of Notices of Transfer (the "NOT") received from your establishment asserting that claims or interest of creditors or interest holders (the "Creditor") in this matter has been transferred to your ownership. As claims management requires exacting standards in order to provide the Court with an error-free claims register in every instance, please understand that we cannot accept and process your NOT for the following reason(s):

__x__ The NOT was filed after the Distribution Record Date and is therefore untimely pursuant to Articles VI.L and I.B. 1.59 of the Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims.

_____ The NOT is not accompanied by documentation evidencing agreement to transfer the claim.

_____ The NOT asserts that it transfers a proof of claim or scheduled liability for a certain amount; however, the claims register does not reflect a claim or scheduled liability equal to said amount.

_____ The NOT asserts that it transfers a proof of claim or scheduled liability from the above listed transferee; however, the transferee is not the current owner of the proof of claim or scheduled liability.

_____ The NOT asserts that it transfers a proof of claim or scheduled liability with respect to a specific case name or number; however the identified creditor does not have a claim or interest with respect to said case name or number.

_____ The NOT asserts that it transfers a proof of claim or scheduled liability which has previously been effectuated.

We have attached hereto for your convenience a copy of the NOT that we received. If you have any questions, please do not hesitate to contact **Joseph Johnson** at **310-776-7317**.

# NOTICE OF REJECTION OF NOTICE OF TRANSFER

TO:         IMCC Sunland LLC
            c o Art Rendak
            Inland Mortgage Capital Corporation
            2901 Butterfield Rd
            Oak Brook, IL 60523

CC:         CDB Falcon Sunland Plaza LP          Jennifer M McLemore
            17400 Dallas Pkwy Ste 216            Christian & Barton LLP
            Dallas, TX 75248                     909 E Main St Ste 1200
                                                 Richmond, VA 23219-3095
            Stromberg & Associates
            Counsel for CDB Falcon Sunland Plaza LP
            2 Lincoln Centre
            5420 LBJ Fwy Ste 300
            Dallas, TX 75240

FROM:       Joseph Johnson
DATE:       February 3, 2011
RE:         Notice of Rejection of Notice of Transfer (Claim No. 8607)

---

Kurtzman Carson Consultants LLC, the Court-appointed claims agent in the matter of **Circuit City Stores, Inc., Case No. 08-35653 (KRH)** has been charged with the duty of maintaining the Court's claims register. We are in receipt of Notices of Transfer (the "NOT") received from your establishment asserting that claims or interest of creditors or interest holders (the "Creditor") in this matter has been transferred to your ownership. As claims management requires exacting standards in order to provide the Court with an error-free claims register in every instance, please understand that we cannot accept and process your NOT for the following reason(s):

__X__   The NOT was filed after the Distribution Record Date and is therefore untimely pursuant to Articles VI.L and I.B. 1.59 of the Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims.

_____   The NOT is not accompanied by documentation evidencing agreement to transfer the claim.

_____   The NOT asserts that it transfers a proof of claim or scheduled liability for a certain amount; however, the claims register does not reflect a claim or scheduled liability equal to said amount.

_____   The NOT asserts that it transfers a proof of claim or scheduled liability from the above listed transferee; however, the transferee is not the current owner of the proof of claim or scheduled liability.

_____   The NOT asserts that it transfers a proof of claim or scheduled liability with respect to a specific case name or number; however the identified creditor does not have a claim or interest with respect to said case name or number.

_____   The NOT asserts that it transfers a proof of claim or scheduled liability which has previously been effectuated.

We have attached hereto for your convenience a copy of the NOT that we received. If you have any questions, please do not hesitate to contact **Joseph Johnson** at 310-776-7317.