Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Seventieth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | : Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | : 1Case No. 08-35653 (KRH) |
| Debtors. | |
| | : Jointly Administered |

ORDER ON DEBTORS' SEVENTIETH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL CLAIMS);
(II) NO LIABILITY (SATISFIED CLAIMS); (III) NO LIABILITY (HUMAN RESOURCES CLAIMS); AND (IV) NO LIABILITY (MISCELLANEOUS CLAIMS))

THIS MATTER having come before the Court on the *Debtors' Seventieth Omnibus*

*Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability*

*(Satisfied Claims); (iii) No liability (Human Resources Claims);and (iv) No Liability*

*(Miscellaneous Claims)* (the "Objection"), and it appearing that due and proper notice and service of the Objection in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and the Notice of Substantive Hearing on the Objection have been given to the claimants listed on <u>Exhibit A</u> attached hereto and that such notice was good and sufficient and that no other or further notice or service of the Objection need be given, and it appearing that the relief requested by the Objection is in the best interest of the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust") and the beneficiaries thereof as such relief relates to the claimants listed on <u>Exhibit A</u> to this Order; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The claims identified on <u>Exhibit A</u> to this Order are hereby disallowed for all purposes in these bankruptcy cases.

2. The Liquidating Trust shall serve a copy of this Order on the claimants included on <u>Exhibit A</u> to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
March __, 2011

                                                                        
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

**WE ASK FOR THIS:**

_/s/ Paula S. Beran_
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.  11th Floor
Los Angeles, California  90067-4100
Telephone: 310-227-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Counsel for Circuit City Stores, Inc. Liquidating Trust

## LOCAL RULE 9022-1 CERTIFICATION

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                                          /s/ Paula S. Beran
                                                             Co-Counsel

Exhibit A

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain No Liability Claims) – Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CAMPBELL, CRAIG<br>1856 COLT DR<br>ATLANTA, GA 30341 | 1433 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:     $3,250.00<br>Reclamation: _____<br>Total:           $3,250.00 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Page 1 of 1