Circuit City Stores, Inc.

P.O. Box 758755

ATTN: Sublease Receivables

Baltimore, MD  21275-8755



# STATEMENT

October 1, 2008

Edwin Watts Golf Shop
Attn: Dottie Bruhn
20 Hill Avenue
Fort Walton Beach, FL  32549

EDWIN WATTS GOLF SHOPS, INC.
5955 ALPHA ROAD
DALLAS, TX  75240

Lease ID:   06510

| Date | Description | Amount | Payment | Balance |
|---|---|---|---|---|
| 10/01/2008 | Rent | $14,159.25 | $0.00 | $14,159.25 |
| 10/01/2008 | Common Area Maintenance | $550.00 | $0.00 | $550.00 |
| 10/01/2008 | CAM Administrative Fee | $82.50 | $0.00 | $82.50 |
| 10/01/2008 | Insurance | $144.67 | $0.00 | $144.67 |
| 10/01/2008 | Real Estate Tax | $2,400.00 | $0.00 | $2,400.00 |

*If payment is not received by the 5th of the month, late charges will start being assessed to your account.*

**Total:**                                                                                                    $17,336.42

| Current | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|
| $17,336.42 | $0.00 | $0.00 | $0.00 | $0.00 |






# REGIONS

Page: 1

Print Date: Wednesday, March 16, 2011

| | |
|---|---|
| Account: 5990013425 | Date: 10/8/2008 |
| Check: 731176 | Amount: $17,336.42 |



*061000146*
10/08/2008
6417025470

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

EDWIN WATTS GOLF

Regions Bank                    731176

61-373602

CHECK NO. 00731176

Seventeen Thousand Three Hundred Thirty six USA and 42/100

DATE          CONTROL NO.              AMOUNT
10/01/08        56400          **17,336.42*

PAY
TO THE
ORDER OF

CIRCUIT CITY STORES, INC.
ATTN:  REAL ESTATE DEPARTMENT
P.O. BOX 758755
BALTIMORE  MD  21275-8755

AUTHORIZED SIGNATURE

⑈731176⑈ ⑆062203735⑇ 5990013425⑈ ⑈0001733642⑈

Do not endorse or write below this line.


EXHIBIT
"C"

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Virginia
### Richmond Division

| | |
|---|---|
| In re: | Case No. 08-35653-KRH |
| Circuit City Stores, Inc., *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

## DECLARATION OF WILLIAM GRIGSBY
## ON BEHALF OF EDWIN WATTS GOLF SHOPS, LLC,
## IN SUPPORT OF ITS RESPONSE TO LIQUIDATING TRUST'S TWENTIETH
## OMNIBUS OBJECTION TO LANDLORD CLAIMS

I, William Grigsby, declare as follows:

1.    I am Vice President of Edwin Watts Golf Shops, LLC ("Edwin Watts").

2.    I have personal knowledge of the facts set forth in Edwin Watts' Response to Liquidating Trust's Twentieth Omnibus Objection to Landlord Claims ("Response"), which Response is filed herewith.

3.    To the best of my knowledge, information and belief, the facts set forth in the Response are true and correct.

4.    Without limiting the generality of the preceding paragraph, to the best of my knowledge, information and belief, and based upon my personal knowledge, the books and records of Edwin Watts do not reveal any rent owed to the Debtor. Rather, all charges shown on the last invoice received by Edwin Watts (attached to the Response as Exhibit "A") were paid in full by Edwin Watts' check number 731176 (attached to the Response as Exhibit "B").



I declare under penalty of perjury that the foregoing is true and correct.

Dated this 16th day of March, 2011.

William Grigsby, Vice President
Edwin Watts Golf Shops, LLC