# EXHIBIT A

COPY

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor:   Circuit City Stores West Coast, Inc | Case Number: 08-35654 jointly under 08-35653 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):

NEVADA DEPARTMENT OF TAXATION

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

NEVADA DEPARTMENT OF TAXATION
Attn: Bankruptcy Section
555 E Washington Ave #1300
Las Vegas, NV 89101
Telephone number:  (702) 486-2347

Court Claim Number:
(if known)

Filed on:

Name and address where payments should be sent (if different from above)

NEVADA DEPARTMENT OF TAXATION
Attn: Bankruptcy Section
555 E Washington Ave #1300
Las Vegas, NV 89101
Telephone number:  (702) 486-2347

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**   $11,097.77

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

**2. Basis for Claim:** UNPAID TAX

**3.** Last four digits of any number by which creditor identifies debtor:   XX-XXX0785
   3a. Debtor may have scheduled account as:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

**4. Secured Claim**

   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicles   ☐ Other
   Describe:

Value of Property: $ (SEE SCHEDULES)   Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____   Basis for perfection: _____

   Amount of Secured Claim:               Amount Unsecured: $983.54

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary.

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

☒ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:

$10,114.23

*Amounts are subject to adjustment on 4-1-10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| Date:   12/05/08 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*signature* David Willcox, Revenue Officer II  for  Patti Taylor, Tax Administrator III

RECEIVED
DEC 08 2008
KURTZMAN CARSON CONSULTANTS

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C §§ 152 and 3571.



| SAVE AS: | | | | | | NEVADA DEPARTMENT OF TAXATION | | | | BKCY COURT | STATE | DIVISION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-35654 | | | | | | STATEMENT OF LIABILITY | | | | EASTERN | VIRGINIA | |
| | Debtor Address: 9250 SHERIDAN BLVD | | | | | | | | | [ ] AMENDS >> | | |
| F.T.I.D/DEBTOR: | | XX-XXX0785 | | WESTMINSTER, CO 80031 | | NEVADA TAXPAYER ID # | | 1000594378 | | RECORD AS OF | 12/05/08 | 12/4/2008 16 38 |
| Circuit City Stores West Coast, Inc | | | | | | MBT | Sales/Use Tax | Sales/Use/MBT | | | | |
| | | | | | | 1000594378 | 1000594378 | | | BK- | 08-35654 | -lbr |
| | | | | | | | | | | Chapter: | CHP11 | |
| | | | | | | | | | | Petition Date: | 11/10/08 | |
| | | | | | | | | | | jointly under 08-35653 | | |
| See Note | | | | | | | | | | Converted To: | | |
| AUDIT - YES/NO | | NO | | LIEN FILED: | | | | | | Conversion On: | | |
| Bond Type/Amt | Release/Paid | | ACCT. STATUS | Certificate | | | | | | Bkcy Status: | Open | |
| | NA | | Active/OB. | | | | | GOV'T BAR | | Our Claim #: | 1 | New |
| | | | | | | | | 05/08/09 | | | | |
| LIABILITY CREATED BY TAXES NOT PAID | | TAX PERIOD END DATE | | TAX TO PETITION DATE | PENALTY TO PETITION DATE | INTEREST TO PETITION DATE | ACCT STATUS TO PETITION 11/10/08 | TAX POST PETITION | | PENALTY POST PETITION | INTEREST POST PETITION | TOTAL DUE POST PETITION |
| 1000594378 | | Mod Bus Tax | | Quarterly | Circuit City Stores West Coast Inc | | | PT13: __ PT17:__ Cr'd__ Pot__ FM Zip__ Bnd Clm__ DO__ Aud __ TF__ | | | | |
| Rtn'd Check Charges | | | | | 25.00 | | 25.00 | | | | | |
| Filed, Not Paid | | 06/30/06 | | 1,527.95 | 152.80 | 427.83 | 2,108.58 | | | | | |
| " " " | | 09/30/08 | | 7,647.41 | 784.74 | 76.47 | 8,488.62 | | | | | |
| 1000594378 | | Sales/Use Tax | | Monthly | Circuit City Stores West Coast Inc | | | PT13: __ PT17:__ Cr'd__ Pot__ FM Zip__ Bnd Clm__ DO__ Aud __ TF__ | | | | |
| Filed, Not Paid | | 04/30/08 | | 409.97 | 41.00 | 24.60 | 475.57 | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTAL DUE | | | | $9,585.33 | $983.54 | $528.90 | $11,097.77 | | | | | |

| | | | |
|---|---|---|---|
| Authority for claim | $9,585.33 | + | PREPETITION TAXES | SECURED PRE-TAXES |
| NRS 360.300 Thru | $528.90 | + | PREPETITION INTEREST | SECURED PRE-INTEREST |
| NRS 360.417 and/or | $10,114.23 | = | PREPETITION PRIORITY | SECURED PRIORITY |
| NRS 360.297 and/or | $983.54 | + | PREPETITION NON-PRIORITY | SECURED NON-PRI |
| NRS Ch. 372 and/or | $11,097.77 | = | PREPETITION CLAIM | TOTAL |
| NRS Ch. 363B | | | |
| | $11,097.77 | = | TOTAL CLAIM |

David Willcox, Revenue Officer II

1

<u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that I am an employee of the Office of the Department of Taxation, State

3 of Nevada, and that on the <u>5th</u> day of December, 2008, I deposited for mailing a true and

4 correct copy of the foregoing PROOF OF CLAIM with the U.S. Postal Service, postage prepaid, to

5 the following:

6

7 Circuit City Claims Processing
c/o Kurtzman Carson Consultants LLC
8 2335 Alaska Avenue
El Segundo, CA 90245

9
Skadden, Arps, Slate, Meagher & Flom, LLP
10 One Rodney Square
PO Box 636
11 Wilmington, DE 19899-0636

12 McGuireWoods LLP
One James Center
13 901 E Cary Street
Richmond, VA 23219

14
Circuit City Stores Inc
15 9950 Mayland Drive
Richomond, VA 23233

16

17

18                   _David Willcox,_
An Employee of the State of Nevada
19                   Department of Taxation

20

21

22

23

24

25

# EXHIBIT B

**NEVADA DEPARTMENT OF TAXATION**

## MODIFIED BUSINESS TAX RETURN
## GENERAL BUSINESS

Mail Original To: NEVADA DEPARTMENT OF TAXATION
PO BOX 52674
PHOENIX AZ 85072-2674

M

CIRCUIT CITY STORES WEST COAST
PO BOX 42304
RICHMOND VA 232422304

**LICENSE NO: 020-TX-1000594378**

FOR DEPARTMENT USE ONLY

**PERIOD ENDING: 06/30/2006**

**DUE BY: 07/31/2006**

**IF POSTMARKED AFTER DUE DATE,
PENALTY AND INTEREST WILL APPLY**
If the address as shown is incorrect, please make any
corrections before mailing the return. Use the space on
the left for these corrections.

| | | |
|---|---|---|
| 1. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER (Same amount as on Line 3 of ESD Form NUCS 4072) | $ | 1 5 6 2 9 8 0 3 8 |
| 2. ENTER DEDUCTION FOR PAID HEALTH INSURANCE/HEALTH BENEFITS PLAN | $ | 1 4 9 0 3 3 7 2 |
| 3. Line 1 minus Line 2 | 3. | 1,413,946.66 |
| 4. Offset Carried Forward from Previous Quarter | 4. | — |
| 5. Line 3 minus Line 4 | 5. | 1,413,946.66 |
| 6. TAXABLE WAGES (If line 5 is greater than zero enter amount here, if less than zero enter on Line 15) | 6. | 1,413,946.66 |
| 7. CALCULATED TAX (.63 % or .0063 x Line 6) | 7. | 8,907.86 |
| 8. CREDITS (Overpayments as determined by the Department) | 8. | — |
| 9. NET TAX DUE (Line 7 minus Line 8) | 9. | 8,907.86 |
| 10. PENALTY (10%) of Net Tax Due (Line 9 x 0.10) | 10. | — |
| 11. INTEREST (1%) of Net Tax Due (Line 9 x 0.01 x each month past due) See instructions on reverse side | 11. | — |
| 12. PREVIOUS DEBITS (Outstanding liabilites) | 12. | |
| 13. TOTAL AMOUNT DUE (Line 9 + Line 10 + Line 11 + Line 12) | $ | 8 9 0 7 8 6 |
| 14. AMOUNT PAID | $ | 8 9 0 7 8 6 |
| 15. CARRY FORWARD (If Line 5 is less than zero (0) enter amt. here. This Offset will be carried forward for next quarter) | | |

**MAKE CHECK PAYABLE TO NEVADA DEPT OF TAXATION - A RETURN MUST BE FILED EVEN IF NO TAX LIABILITY EXISTS**

| Signature | Phone Number (704) 646-1554 | Date 7/19/06 |
|---|---|---|
| Title Payroll Tax Analyst | FEIN of Business Named Above | |

I hereby certify that this return,
including any accompanying
schedule and statements, has been
examined by me and to the best of
my knowledge and belief is a true,
correct and complete return.
**THIS RETURN MUST BE SIGNED**

TXR-020.01
MODIFIED BUSINESS TAX RETURN-GENERAL
Revised 07/01/04

**Primary Info: CIRCUIT CITY STORES WEST COAST**

    **Entity ID:**

        **TID:** 1000594378

    **Entity Status:** Active Entity

    **Entity Type:** Business

                     **Address:** 9950 MAYLAND DR
                              RICHMOND, VA 23233-1463 USA

**Transaction Summary**

Transaction Information

    **Account Type:** ESD Wage

    **Filing Entity:** No

    **Period End Dt:** 06/30/2006

    **Transaction ID:** 11743343

    **Transaction Type:** 1001

    **Transaction Status:** Active Transaction

    **Transaction Activity:** Active

    **Source Trans ID:** 01

    **Source Unique ID:** No Data Available

    **External Trans ID:** No Data Available

    **External Period ID:** No Data Available

    **External Ltd ID:** No Data Available

        **Form Type:** ESD Wages Return 2006
        **Form Year:** 2006
        **Form Version:** 1
    **Assessment Number:** 0
        **Received Date:** No Data Available
        **Posted Date:** 06/30/2006
        **Effective Date:** 06/30/2006
        **Other Date:** No Data Available
    **Amendment Code:** No Data Available
        **Preparer FEIN:** No Data Available
        **Preparer SSN:** No Data Available

Transaction Financial Information

| | Credits: | Interest: |
|---|---|---|
| | Credit Amt 1: $0.00 | Interest Amt 1: $0.00 |
| **Transaction Financial Information** | Credit Amt 2: $0.00 | Interest Amt 2: $0.00 |
| **Tax:** $0.00 | Credit Amt 3: $0.00 | Interest Amt 3: $0.00 |
| **Collection:** $0.00 | | **Penalties:** |
| **Credit Withholding:** $0.00 | Penalty Amt 1: $0.00 | Penalty Amt 6: $0.00 |
| **Fee:** $0.00 | Penalty Amt 2: $0.00 | Penalty Amt 7: $0.00 |
| **Miscellaneous:** $1,805,511.71 | Penalty Amt 3: $0.00 | Penalty Amt 8: $0.00 |
| | Penalty Amt 4: $0.00 | Penalty Amt 9: $0.00 |
| | Penalty Amt 5: $0.00 | Penalty Amt 10: $0.00 |

**STATE OF NEVADA**
**DEPARTMENT OF TAXATION**
Web Site: http://tax.state.nv.us
1550 College Parkway, Suite 115
Carson City, Nevada, 89706-7937
Phone: (775) 684-2000 Fax (775) 684-2020

JIM GIBBONS
*Governor*
THOMAS R. SHEETS
*Chair, Nevada Tax Commission*
DINO DICIANNO
*Executive Director*

**RENO OFFICE**
4600 Kietzke Lane
Building L, Suite 235
Reno, Nevada, 89502
Phone: (775)688-1295 Fax (775) 688-1303

**HENDERSON OFFICE**
2550 Paseo Verde Parkway, Suite 180
Henderson, Nevada, 89074
Phone: (702)486-2300 Fax (702) 486-3377

**LAS VEGAS OFFICE**
Grant Sawyer Office Bldg, Suite 1300
555 E. Washington Avenue
Las Vegas, Nevada, 89101
Phone: (702)486-2300 Fax (702) 486-2373

CIRCUIT CITY STORES WEST COAS
PO BOX 6170
PEABODY MA 01961-6170

**MAILED**
OCT 2 7 2008
Signature  *U. Cox*

Taxpayer ID:          1000594378
Correspondence ID: 0800003157518
Tax Type:             MBT
Period Ending:        06/30/2006
Liability No.:        200600338337

| Notice Number: | 08001172035 |
| Date Issued: | 10/27/2008 |

◄── REFER TO THIS NUMBER ON ANY CONTACT WITH DEPT

Explanation

1. A deficiency determination has been made pursuant to NRS 360.300 through 360.400 based on wage information reported to the Employment Security Division (ESD). The Department of Taxation either has no record of receiving tax returns for the periods indicated or the gross wages reported do not match the gross wages reported to ESD for the periods indicated.

2. Prior to contacting the Department please match wages reported on your ESD return, NUCS form 4072 to the wages reported on the MBT return for the quarter referenced above. The differences in reported amounts represent the amount of this billing.

3. If you filed an amended or corrected ESD return or were audited by ESD this billing could represent those adjusted amounts. Please check your records.

4. If you did not file an MBT return for this quarter and you had a Health Care deduction to claim, you must file an MBT return. Please be sure to include the correct wages on the tax return; then this billing will be canceled and the return posted for this period.

5.

6.

The amount owed is due immediately.

The reverse side of this notice shows your return as filed and calculated.

Please retain this notice for your records.  For inquires regarding this notice, contact the Nevada Department of Taxation.

| Summary of Amount Due | |
|---|---|
| Total tax amount | 1,527.95 |
| Total Credits and timely payments | .00 |
| Total late payments | .00 |
| Current - Tax balance | 1,527.95 |
| Penalty Balance | 152.80 |
| Interest balance through 11/30/2008 | 427.83 |
| Amount you owe - Due upon receipt | 2,108.58 |
| Amount due if paid by 12/31/2008 | 2,123.86 |

---

*Please return this portion with your payment*
**Billing Notice**
Notice Number:     08001172035
Notice Date:       10/27/2008

**Return to:**

State of Nevada AR Payments
P. O. Box 52685
Phoenix, AZ, 85072

**Amount Due**                    2,108.58
no later than                    11/30/2008

**Amount Paid:** _____

**Invalid address?**
if so, check box  ☐
(please provide new address on back)

| Department Use Only | | |
|---|---|---|
|  |  |  |

*If you have made payment for this period listed at the top within 10 days, please disregard this notice.*

20000000800117203500000000210858100

# EXHIBIT C

Print Form

## NEVADA DEPARTMENT OF TAXATION

# MODIFIED BUSINESS TAX RETURN
# GENERAL BUSINESS

Mail Original To:  NEVADA DEPARTMENT OF TAXATION
PO BOX 52674
PHOENIX AZ 85072-2674

TID No:020-TX-  | 1000594378

FOR DEPARTMENT USE ONLY

Circuit City Stores West Coast
PO Box 42304
Richmond, VA 23242-2304

| | |
|---|---|
| Ending | 09/30/08 |
| Due on or before | 11/03/08 |
| Date paid | 10/31/2008 |

**IF POSTMARKED AFTER DUE DATE,
PENALTY AND INTEREST WILL APPLY**

If the address as shown is incorrect, please make any corrections before mailing the return  Use the space on the left for these corrections

| | | |
|---|---|---|
| 1. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER (Same amount as on Line 3 of ESD Form NUCS 4072) | 1. | 1,213,874.90 |
| 2. ENTER DEDUCTION FOR PAID HEALTH INSURANCE/HEALTH BENEFITS PLAN | 2. | |
| 3 Line 1 minus Line 2 | 3. | 1,213,874.90 |
| 4. Offset Carried Forward from Previous Quarter | 4. | |
| 5. Line 3 minus Line 4 | 5 | 1,213,874.90 |
| 6. TAXABLE WAGES (If line 5 is greater than zero enter amount here, if less than zero enter on Line 15) | 6. | 1,213,874.90 |
| 7. CALCULATED TAX (0.63% or 0.0063 x Line 6) | 7. | 7,647.41 |
| 8. CREDITS (Overpayments as determined by the Department) | 8. | |
| 9. NET TAX DUE (Line 7 minus Line 8) | 9. | 7,647.41 |
| 10. PENALTY (LINE 9 x 0%) | 10. | |
| 11. INTEREST (LINE 9 x 1% x 0 MONTHS PAST DUE) | 11. | |
| 12. PREVIOUS DEBITS (Outstanding liabilities) | 12. | |
| 13. TOTAL AMOUNT DUE (Line 9 + Line 10 + Line 11 + Line 12) | 13. | 7,647.41 |
| 14. AMOUNT PAID | 14. | 7,647.41 |

15  CARRY FORWARD (If Line 5 is less than zero (0) enter amt. here. This Offset will be carried forward for the next quarter)

**MAKE CHECK PAYABLE TO NEVADA DEPT OF TAXATION - A RETURN MUST BE FILED EVEN IF NO TAX LIABILITY EXISTS**

| | | |
|---|---|---|
| Signature  *Berie Williams* | Phone Number 704-646-2095 | Date 10/31/2008 |
| Title  Payroll Tax Analyst | FEIN of Business Named Above | |

I hereby certify that this return, including any accompanying schedule and statements,has been examined by me and to the best of my knowledge and belief is a true, correct and complete return  **THIS RETURN MUST BE SIGNED**

TXR-020 01
MODIFIED BUSINESS TAX RETURN-GENERAL
Revised 02/01/08

# CIRCUIT CITY®

CIRCUIT CITY STORES, INC. (SU)
9950 MAYLAND DRIVE
RICHMOND, VA 23233
(804) 418-8148
VENDOR NUMBER:  0001005877

SUNTRUST BANK
ATLANTA, GEORGIA

64-79
611

**CHECK NUMBER**
0004571839

PAY  Seven thousand six hundred forty seven and 41/100 Dollars

**PAY EXACTLY**
******$7,647.41

TO THE
ORDER
OF

NEVADA DEPT OF TAXATION
PO BOX 52635
PHOENIX, AZ 85072

DATE: 10/28/08

VOID IF OVER 90 DAYS
CDA NUMBER   8800606660

VOID IF OVER $200,000.00

⑆0004571839⑆ ⑈061100790⑈ 8800606660⑆

## NEVADA DEPT OF TAXATION

| | ST/UT Permit No. | |
|---|---|---|
| | TID # | 1000594378 |

# RETURNED CHECK COLLECTION

| Requested By |
|---|
| MELISSA POTTER |

| Date: 12/3/08 | Batch No.: 08LST23745014 |
|---|---|
| Amount of Returned Check: $7647.41 | DBA: CIRCUIT CITY |
| Reason As Stated By Bank: REFER TO IMAGE | Location: 3778 S MARYLAND PKWY LAS VEGAS NV 89119 |
| Debit Memo Date: 11/20/08 | No.: D-593423 | |

## Payment For:

- [ ] Bond
- [ ] Permit Fee
- [ ] P&I Only
- [ ] _____ Taxes
- [ ] Audit
- [x] Other, Please Explain: MBT
- [ ] Partial
- [ ] Combined With Account: _____

## Breakdown:

| | | Collection Information | Amount |
|---|---|---|---|
| 9/08 MBT | $7647.41 | Tax: | |
| BK | | Penalty & Interest: | |
| | | Bond: | |
| | | Fee: | |
| | | Audit: | |
| | | Other: | |
| | | Total Collected: | |

Remarks:

*Elmer Sitts*

12/3/08 MP

Received from the Department of Taxation          Replaced with cashier's check

*111000038*
11/20/2008
6514578007

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

RETURN REASON-X
REFER TO IMAGE

C061000146I
0001612998

11/19/2008

LBTX081117A

3778 S Maryland Pkwy
LV NV 89119

**CIRCUIT CITY.**

1000594378

0004571839

$7,647.41

NEVADA DEPT OF TAXATION
PO BOX 52609
PHOENIX, AZ 85072

DATE 10/29/08

P00457L839P K061L00790C 8800505550P /0000764741/

08LST23745014

9/08 MBT    11/17/08

2:111901331:          /0000764741/

4:0611007900:          II"II"          /0000764741/

THIS PHOTOCOPY OF A CHECK IS BEING
RETAINED IN LIEU OF THE ORIGINAL ITEM
LOST IN THE PROCESS OF BEING RETURNED.
11/18/2008
9825719
SUN TRUST FL RETURNS DEPARTMENT

↓ Do not endorse or write below this line ↓

651457800 7
*1110000036*    11/20/2008
651040634
061000146    11/20/2008
651095699
061000146    11/19/2008
0060161299796
061000146    11/19/2008



# EXHIBIT D




B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor:    Circuit City Stores West Coast, Inc | Case Number: 08-35654 jointly under 08-35653 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

---

**Name of Creditor (the person or other entity to whom the debtor owes money or property):**
NEVADA DEPARTMENT OF TAXATION

☒ Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**
NEVADA DEPARTMENT OF TAXATION
Attn: Bankruptcy Section
555 E Washington Ave #1300
Las Vegas, NV 89101
Telephone number: (702) 486-2347

COPY

Court Claim Number: 1535
*(if known)*

Filed on: 12/10/08

**Name and address where payments should be sent (if different from above)**
NEVADA DEPARTMENT OF TAXATION
Attn: Bankruptcy Section
555 E Washington Ave #1300
Las Vegas, NV 89101
Telephone number: (702) 486-2347

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

---

**1. Amount of Claim as of Date Case Filed:**    $6,194.57

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** UNPAID TAX

**3. Last four digits of any number by which creditor identifies debtor:**    XX-XXX0785
   3a. Debtor may have scheduled account as:

**4. Secured Claim**

Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicles   ☐ Other
Describe:

Value of Property: $ (SEE SCHEDULES)  Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____    Basis for perfection: _____

Amount of Secured Claim:                       Amount Unsecured: $0.00

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary.

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☒ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$6,194.57

*Amounts are subject to adjustment on 4 1 10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

---

Date:    08/13/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*David Willcox, Revenue Officer II  for  Patti Taylor, Tax Administrator III*

FOR COURT USE ONLY
RECEIVED
AUG 17 2009
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

**NEVADA DEPARTMENT OF TAXATION**
**STATEMENT OF LIABILITY**

| SAVE AS: 08-35654 | | | | | | | BKCY COURT | STATE | DIVISION |
|---|---|---|---|---|---|---|---|---|---|
| | Debtor Address: 9250 SHERIDAN BLVD WESTMINSTER, CO 80031 | | | | | | EASTERN | VIRGINIA | |

| F.T.I.D/DEBTOR: | XX-XXX0785 | | | NEVADA TAXPAYER ID # | | 1000594378 | [X] AMENDS >> Claim# 1535 | |
|---|---|---|---|---|---|---|---|---|
| Circuit City Stores West Coast, Inc | | | | MBT | Sales/Use Tax | Sales/Use/MBT | RECORD AS OF | 08/13/09    8/12/2009 16:23 |
| | | | | 1000594378 | 1000594378 | | | |
| | | | | | | | BK-    08-35654    -lbr | |
| | | | | | | | Chapter:    CHP11 | |
| | | | | | | | Petion Date:    11/10/08 | |
| See Note | | | | | | | jointly under 08-35653 | |
| AUDIT - YES/NO    NO | | | | LIEN FILED: | | | Converted To: | |
| Bond Type/Amt    Claims#/Paid    MA | | ACCT. STATUS Active/OB. | Certificate | | | GOV'T BAR 05/09/09 | Bkcy Status: Open    Conversion On: Our Claim #: 2    New |

| LIABILITY CREATED BY TAXES NOT PAID | TAX PERIOD END DATE | TAX TO PETITION DATE | PENALTY TO PETITION DATE | INTEREST TO PETITION DATE | ACCT STATUS TO PETITION 11/10/08 | TAX POST PETITION | PENALTY POST PETITION | INTEREST POST PETITION | TOTAL DUE POST PETITION |
|---|---|---|---|---|---|---|---|---|---|
| 1000594378    Mod Bus Tax | Quarterly | Circuit City Stores West Coast Inc | | | | P113 ___ P117 ___ Crd___ Pst___ FM Zip___ Bnd Clm___ DO___ Aud___ TF___ | | | |
| Rtn'd Check Charges | | | 25.00 | | 25.00 | | | | |
| Filed, Not Paid | 06/30/08 | 1,527.95 | 152.80 | 427.83 | 2,108.58 | | | | |
| "    "    " | 09/30/08 | 6,860.66 | 686.07 | 68.61 | 7,615.34 | | | | |
| 1000594378    Sales/Use Tax | Monthly | Circuit City Stores West Coast Inc | | | | P113 ___ P117 ___ Crd___ Pst___ FM Zip___ Bnd Clm___ DO___ Aud___ TF___ | | | |
| Filed, Not Paid | 04/30/08 | 409.97 | 41.00 | 24.60 | 475.57 | | | | |
| CREDIT on account after amended Modified Bus Tax returns filed | | | | | | | | | |
| | | (3,125.05) | (904.87) | | (4,029.92) | | | | |
| TOTAL DUE | | $5,673.53 | $0.00 | $521.04 | $6,194.57 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Authority for claim | $5,673.53 | + | PREPETITION TAXES | | SECURED PRE-TAXES |
| NRS 360.300 Thru | $521.04 | + | PREPETITION INTEREST | | SECURED PRE-INTEREST |
| NRS 360.417 and/or | $6,194.57 | = | PREPETITION PRIORITY | | SECURED PRIORITY |
| NRS 360.297 and/or | $0.00 | + | PREPETITION NON-PRIORITY | | SECURED NON-PRI |
| NRS Ch. 372 and/or NRS Ch. 363B | $6,194.57 | = | PREPETITION CLAIM | | TOTAL |
| | $6,194.57 | = | TOTAL CLAIM | | |

*DWC*
David Wilcox, Revenue Officer II

1

### CERTIFICATE OF SERVICE

2        I hereby certify that I am an employee of the Office of the Department of Taxation, State

3   of Nevada, and that on the 13th day of August, 2009, I deposited for mailing a true and correct

4   copy of the foregoing AMENDED PROOF OF CLAIM with the U.S. Postal Service, postage

5   prepaid, to the following:

6

7   Circuit City Claims Processing Center
    c/o Kurtzman Carson Consultants LLC
8   2335 Alaska Avenue
    El Segundo, CA 90245

9

10

11

12

13                                        _____
                                          David Willcox,
14                                        An Employee of the State of Nevada
                                          Department of Taxation
15

16

17

18

19

20

21

22

23

24

25

Print Form

## NEVADA DEPARTMENT OF TAXATION

# MODIFIED BUSINESS TAX RETURN
# GENERAL BUSINESS

Mail Original To:  NEVADA DEPARTMENT OF TAXATION
PO BOX 52674
PHOENIX AZ 85072-2674

TID No:020-TX-_____4378

FOR DEPARTMENT USE ONLY

Circuit City Stores West Coast
PO BOX 42304
Richmond, VA 23242-2304

| | |
|---|---|
| Ending | 03/31/07 |
| Due on or before | 04/30/07 |
| Date paid | |

**IF POSTMARKED AFTER DUE DATE,
PENALTY AND INTEREST WILL APPLY**
If the address as shown is incorrect, please make any corrections before mailing the return  Use the space on the left for these corrections

| | | |
|---|---|---:|
| 1. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER (Same amount as on Line 3 of ESD Form NUCS 4072) | 1. | 2,090,821.59 |
| 2 ENTER DEDUCTION FOR PAID HEALTH INSURANCE/HEALTH BENEFITS PLAN | 2. | 115,865.46 |
| 3  Line 1 minus Line 2 | 3. | 1,974,956.13 |
| 4. Offset Carried Forward from Previous Quarter | 4. | |
| 5. Line 3 minus Line 4 | 5. | 1,974,956.13 |
| 6. TAXABLE WAGES (If line 5 is greater than zero enter amount here, if less than zero enter on Line 15) | 6. | 1,974,956.13 |
| 7. CALCULATED TAX (0 63% or 0 0063 x Line 6) | 7. | 12,442.22 |
| 8. CREDITS (Overpayments as determined by the Department) | 8. | |
| 9  NET TAX DUE (Line 7 minus Line 8) | 9. | 12,442.22 |
| 10. PENALTY (LINE 9 x 0%) | 10. | |
| 11. INTEREST (LINE 9 x 1% x 0 MONTHS PAST DUE) | 11 | |
| 12. PREVIOUS DEBITS (Outstanding liabilities) | 12. | |
| 13. TOTAL AMOUNT DUE (Line 9 + Line 10 + Line 11 + Line 12) | 13. | 12,442.22 |
| 14. AMOUNT PAID | 14. | |

15. CARRY FORWARD (If Line 5 is less than zero (0) enter amt. here. This Offset will be carried forward for the next quarter)

**MAKE CHECK PAYABLE TO NEVADA DEPT OF TAXATION - A RETURN MUST BE FILED EVEN IF NO TAX LIABILITY EXISTS**

| Signature | Phone Number | Date | |
|---|---|---|---|
| *Jerrie M. Williams* | 704-646-2095 | 02/02/2009 | I hereby certify that this return, including any accompanying schedule and statements, has been examined by me and to the best of my knowledge and belief is a true, correct and complete return. **THIS RETURN MUST BE SIGNED** |
| Title  Payroll Tax Analyst | FEIN of Business Named Above | | |

TXR-020 01
MODIFIED BUSINESS TAX RETURN-GENERAL
Revised 02/01/08

Print Form

## NEVADA DEPARTMENT OF TAXATION

# MODIFIED BUSINESS TAX RETURN
# GENERAL BUSINESS

Mail Original To:   NEVADA DEPARTMENT OF TAXATION
                    PO BOX 52674
                    PHOENIX AZ 85072-2674

TID No:020-TX- | 1000594378

FOR DEPARTMENT USE ONLY

pm 7/31/07

| | |
|---|---|
| Ending | 03/31/07 |
| Due on or before | 04/30/07 |
| Date paid | 07/17/07 |

CIRCUIT CITY STORES WEST COAST
PO BOX 42304
RICHMOND, VA 232422304

**IF POSTMARKED AFTER DUE DATE, PENALTY AND INTEREST WILL APPLY**

If the address as shown is incorrect, please make any corrections before mailing the return. Use the space on the left for these corrections.

| | | |
|---|---|---|
| 1. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER (Same amount as on Line 3 of ESD Form NUCS 4072) | 1. | 2,090,821.59 |
| 2. ENTER DEDUCTION FOR PAID HEALTH INSURANCE/HEALTH BENEFITS PLAN | 2. | 0.00 |
| 3. Line 1 minus Line 2 | 3. | 2,090,821.59 |
| 4. Offset Carried Forward from Previous Quarter | 4. | 0.00 |
| 5. Line 3 minus Line 4 | 5. | 2,090,821.59 |
| 6. TAXABLE WAGES (If line 5 is greater than zero enter amount here, if less than zero enter on Line 15) | 6. | 2,090,821.59 |
| 7. CALCULATED TAX (0.63% or 0.0063 x Line 6) | 7. | 13,172.18 |
| 8. CREDITS (Overpayments as determined by the Department) | 8. | 0.00 |
| 9. NET TAX DUE (Line 7 minus Line 8) | 9. | 13,172.18 |
| 10. PENALTY (LINE 9 x 10%) | 10. | 1,317.22 |
| 11. INTEREST (LINE 9 x 1% x 3 MONTHS PAST DUE) | 11. | 395.17 |
| 12. PREVIOUS DEBITS (Outstanding liabilities) | 12. | 0.00 |
| 13. TOTAL AMOUNT DUE (Line 9 + Line 10 + Line 11 + Line 12) | 13. | 14,884.56 |
| 14. AMOUNT PAID | 14. | 14,884.56 |

15. CARRY FORWARD (If Line 5 is less than zero (0) enter amt. here. This Offset will be carried forward for the next quarter) | 0.00

**MAKE CHECK PAYABLE TO NEVADA DEPT OF TAXATION - A RETURN MUST BE FILED EVEN IF NO TAX LIABILITY EXISTS**



| Signature | Phone Number 704-646-2044 | Date 7/20/07 |
|---|---|---|
| Title Payroll Tax Mgr | FEIN of Business Named Above | |

I hereby certify that this return, including any accompanying schedule and statements has been examined by me and to the best of my knowledge and belief is a true, correct and complete return. THIS RETURN MUST BE SIGNED

TXR-020.01
MODIFIED BUSINESS TAX RETURN-GENERAL
Revised 4/1/07

Print Form

**NEVADA DEPARTMENT OF TAXATION**

# MODIFIED BUSINESS TAX RETURN
# GENERAL BUSINESS

Mail Original To:  NEVADA DEPARTMENT OF TAXATION
PO BOX 52674
PHOENIX AZ 85072-2674

TID No:020-TX- 4378

FOR DEPARTMENT USE ONLY

Circuit City Stores West Coast
PO Box 52304
Richmond, VA 23242-2304

| | |
|---|---|
| Ending | 06/30/07 |
| Due on or before | 07/31/07 |
| Date paid | |

**IF POSTMARKED AFTER DUE DATE,
PENALTY AND INTEREST WILL APPLY**

If the address as shown is incorrect, please make any corrections before mailing the return. Use the space on the left for these corrections.

| | | |
|---|---|---|
| 1. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER (Same amount as on Line 3 of ESD Form NUCS 4072) | 1. | 2,051,094.05 |
| 2. ENTER DEDUCTION FOR PAID HEALTH INSURANCE/HEALTH BENEFITS PLAN | 2. | 140,620.47 |
| 3. Line 1 minus Line 2 | 3. | 1,910,473.58 |
| 4. Offset Carried Forward from Previous Quarter | 4 | |
| 5. Line 3 minus Line 4 | 5. | 1,910,473.58 |
| 6. TAXABLE WAGES (If line 5 is greater than zero enter amount here, if less than zero enter on Line 15) | 6. | 1,910,473.58 |
| 7. CALCULATED TAX (0.63% or 0.0063 x Line 6) | 7. | 12,035.98 |
| 8. CREDITS (Overpayments as determined by the Department) | 8. | |
| 9. NET TAX DUE (Line 7 minus Line 8) | 9. | 12,035.98 |
| 10. PENALTY (LINE 9 x 0%) | 10 | |
| 11. INTEREST (LINE 9 x 1% x 0 MONTHS PAST DUE) | 11. | |
| 12. PREVIOUS DEBITS (Outstanding liabilities) | 12. | |
| 13. TOTAL AMOUNT DUE (Line 9 + Line 10 + Line 11 + Line 12) | 13. | 12,035.98 |
| 14. AMOUNT PAID | 14 | |

15. CARRY FORWARD (If Line 5 is less than zero (0) enter amt. here. This Offset will be carried forward for the next quarter)

**MAKE CHECK PAYABLE TO NEVADA DEPT OF TAXATION - A RETURN MUST BE FILED EVEN IF NO TAX LIABILITY EXISTS**

| Signature  | Phone Number 704-646-2095 | Date 02/02/2009 | I hereby certify that this return, including any accompanying schedule and statements, has been examined by me and to the best of my knowledge and belief is a true, correct and complete return **THIS RETURN MUST BE SIGNED** |
|---|---|---|---|
| Title  Payroll Tax Analyst | FEIN of Business Named Above | | |

TXR-020 01
MODIFIED BUSINESS TAX RETURN-GENERAL
Revised 02/01/05

| Print Form |
| --- |

## NEVADA DEPARTMENT OF TAXATION

# MODIFIED BUSINESS TAX RETURN
# GENERAL BUSINESS

Mail Original To:  NEVADA DEPARTMENT OF TAXATION
PO BOX 52674
PHOENIX AZ 85072-2674

TID No:020-TX-   1000594378

FOR DEPARTMENT USE ONLY

CIRCUIT CITY STORES WEST COAST
PO BOX 42304
RICHMOND, VA 232422304

| | |
| --- | --- |
| Ending | 06/30/07 |
| Due on or before | 07/31/07 |
| Date paid | 07/17/07 |

**IF POSTMARKED AFTER DUE DATE,
PENALTY AND INTEREST WILL APPLY**

If the address as shown is incorrect, please make any
corrections before mailing the return. Use the space on
the left for these corrections.

| | | |
| --- | --- | --- |
| 1. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER (Same amount as on Line 3 of ESD Form NUCS 4072) | 1. | 2,051,094.05 |
| 2. ENTER DEDUCTION FOR PAID HEALTH INSURANCE/HEALTH BENEFITS PLAN | 2. | 0.00 |
| 3. Line 1 minus Line 2 | 3. | 2,051,094.05 |
| 4. Offset Carried Forward from Previous Quarter | 4. | 0.00 |
| 5. Line 3 minus Line 4 | 5. | 2,051,094.05 |
| 6. TAXABLE WAGES (If line 5 is greater than zero enter amount here, if less than zero enter on Line 15) | 6. | 2,051,094.05 |
| 7. CALCULATED TAX (0.63% or 0.0063 x Line 6) | 7. | 12,921.89 |
| 8. CREDITS (Overpayments as determined by the Department) | 8. | 0.00 |
| 9. NET TAX DUE (Line 7 minus Line 8) | 9. | 12,921.89 |
| 10. PENALTY (LINE 9 x 0%) | 10. | 0.00 |
| 11. INTEREST (LINE 9 x 1% x 0 MONTHS PAST DUE) | 11. | 0.00 |
| 12. PREVIOUS DEBITS (Outstanding liabilities) | 12. | 0.00 |
| 13. TOTAL AMOUNT DUE (Line 9 + Line 10 + Line 11 + Line 12) | 13. | 12,921.89 |
| 14. AMOUNT PAID | 14. | 12,921.89 |

15. CARRY FORWARD (If Line 5 is less than zero (0) enter
amt. here. This Offset will be carried forward for the next quarter)     0.00

**MAKE CHECK PAYABLE TO NEVADA DEPT OF TAXATION - A RETURN MUST BE FILED EVEN IF NO TAX LIABILITY EXISTS**

| Signature  | Phone Number 704-646-2044 | Date 7/20/07 | I hereby certify that this return, including any accompanying schedule and statements has been examined by me and to the best of my knowledge and belief is a true, |
| --- | --- | --- | --- |
| Title _Payroll Tax Man_ | FEIN of Business Named Above | | correct and complete return. THIS RETURN MUST BE SIGNED |

TXR-020.01
MODIFIED BUSINESS TAX RETURN-GENERAL
Revised 4/1/07

Print Form

**NEVADA DEPARTMENT OF TAXATION**

# MODIFIED BUSINESS TAX RETURN
# GENERAL BUSINESS

Mail Original To:  NEVADA DEPARTMENT OF TAXATION
PO BOX 52674
PHOENIX AZ 85072-2674

TID No 020-TX- ▓▓▓▓4378

FOR DEPARTMENT USE ONLY

Circuit City Stores West Coast
PO BOX 42304
Richmond, VA 23242-2304

| | |
|---|---|
| **Ending** | 09/30/07 |
| **Due on or before** | 10/31/07 |
| **Date paid** | |

**IF POSTMARKED AFTER DUE DATE,
PENALTY AND INTEREST WILL APPLY**

If the address as shown is incorrect, please make any corrections before mailing the return. Use the space on the left for these corrections

| | | |
|---|---|---|
| 1. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER (Same amount as on Line 3 of ESD Form NUCS 4072) | 1. | 1,407,595.64 |
| 2. ENTER DEDUCTION FOR PAID HEALTH INSURANCE/HEALTH BENEFITS PLAN | 2. | 115,153.18 |
| 3  Line 1 minus Line 2 | 3. | 1,292,442.46 |
| 4. Offset Carried Forward from Previous Quarter | 4. | |
| 5. Line 3 minus Line 4 | 5. | 1,292,442.46 |
| 6. TAXABLE WAGES (If line 5 is greater than zero enter amount here, if less than zero enter on Line 15) | 6. | 1,292,442.46 |
| 7. CALCULATED TAX (0.63% or 0.0063 x Line 6) | 7. | 8,142.39 |
| 8. CREDITS (Overpayments as determined by the Department) | 8. | |
| 9. NET TAX DUE (Line 7 minus Line 8) | 9. | 8,142.39 |
| 10. PENALTY (LINE 9 x 0%) | 10. | |
| 11. INTEREST (LINE 9 x 1% x 0 MONTHS PAST DUE) | 11. | |
| 12. PREVIOUS DEBITS (Outstanding liabilities) | 12. | |
| 13. TOTAL AMOUNT DUE (Line 9 + Line 10 + Line 11 + Line 12) | 13. | 8,142.39 |
| 14. AMOUNT PAID | 14. | |

15. CARRY FORWARD (If Line 5 is less than zero (0) enter amt. here. This Offset will be carried forward for the next quarter)

**MAKE CHECK PAYABLE TO NEVADA DEPT OF TAXATION - A RETURN MUST BE FILED EVEN IF NO TAX LIABILITY EXISTS**

| Signature *Grace M Williams* | Phone Number 704-646-2095 | Date 02/02/2009 | I hereby certify that this return, including any accompanying schedule and statements has been examined by me and to the best of my knowledge and belief is a true, correct and complete return THIS |
|---|---|---|---|
| Title Payroll Tax Analyst | FEIN of Business Named Above | | RETURN MUST BE SIGNED |

TXR-020 01
MODIFIED BUSINESS TAX RETURN-GENERAL
Revised 02/01/06

Print Form

## NEVADA DEPARTMENT OF TAXATION

# MODIFIED BUSINESS TAX RETURN
# GENERAL BUSINESS

Mail Original To:   NEVADA DEPARTMENT OF TAXATION
PO BOX 52674
PHOENIX AZ 85072-2674

TID No:020-TX- | 1000594378

FOR DEPARTMENT USE ONLY

Circuit City Stores West Coast
PO Box 42304
Richmond, VA 23242-2304

| | |
|---|---|
| Ending | 09/30/07 |
| Due on or before | 10/31/07 |
| Date paid | 10/23/07 |

IF POSTMARKED AFTER DUE DATE,
PENALTY AND INTEREST WILL APPLY

If the address as shown is incorrect, please make any
corrections before mailing the return. Use the space on
the left for these corrections.

| | | |
|---|---|---|
| 1. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER (Same amount as on Line 3 of ESD Form NUCS 4072) | 1. | 1,407,595.64 |
| 2. ENTER DEDUCTION FOR PAID HEALTH INSURANCE/HEALTH BENEFITS PLAN | 2. | 0.00 |
| 3. Line 1 minus Line 2 | 3. | 1,407,595.64 |
| 4. Offset Carried Forward from Previous Quarter | 4. | 0.00 |
| 5. Line 3 minus Line 4 | 5. | 1,407,595.64 |
| 6. TAXABLE WAGES (If line 5 is greater than zero enter amount here, if less than zero enter on Line 15) | 6. | 1,407,595.64 |
| 7. CALCULATED TAX (0.63% or 0.0063 x Line 6) | 7. | 8,867.85 |
| 8. CREDITS (Overpayments as determined by the Department) | 8. | 0.00 |
| 9. NET TAX DUE (Line 7 minus Line 8) | 9. | 8,867.85 |
| 10. PENALTY (LINE 9 x 0%) | 10. | 0.00 |
| 11. INTEREST (LINE 9 x 1% x 0 MONTHS PAST DUE) | 11. | 0.00 |
| 12. PREVIOUS DEBITS (Outstanding liabilities) | 12. | 0.00 |
| 13. TOTAL AMOUNT DUE (Line 9 + Line 10 + Line 11 + Line 12) | 13. | 8,867.85 |
| 14. AMOUNT PAID | 14. | |

15. CARRY FORWARD (If Line 5 is less than zero (0) enter amt. here. This Offset will be carried forward for the next quarter) | 0.00

MAKE CHECK PAYABLE TO NEVADA DEPT OF TAXATION - A RETURN MUST BE FILED EVEN IF NO TAX LIABILITY EXISTS

Signature 

Phone Number   704-646-2044

Date

Title   Payroll Tax Manager

FEIN of Business Named Above

I hereby certify that this return,
including any accompanying
schedule and statements, has been
examined by me and to the best of
my knowledge and belief is a true,
correct and complete return. THIS
RETURN MUST BE SIGNED

TXR-070 01

MODIFIED BUSINESS TAX RETURN-GENERAL
Revised 4/1/07

Print Form

NEVADA DEPARTMENT OF TAXATION

# MODIFIED BUSINESS TAX RETURN
# GENERAL BUSINESS

Mail Original To:  NEVADA DEPARTMENT OF TAXATION
PO BOX 52674
PHOENIX AZ 85072-2674

TID No:020-TX- ▇▇▇4378

FOR DEPARTMENT USE ONLY

Circuit City Stores West Coast
PO Box 42304
Richmond, VA 23242-2304

| | |
|---|---|
| Ending | 12/31/07 |
| Due on or before | 01/31/08 |
| Date paid | |

**IF POSTMARKED AFTER DUE DATE,
PENALTY AND INTEREST WILL APPLY**
If the address as shown is incorrect, please make any
corrections before mailing the return. Use the space on
the left for these corrections

| | | |
|---|---|---|
| 1. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER (Same amount as on Line 3 of ESD Form NUCS 4072) | 1 | 1,695,123.94 |
| 2. ENTER DEDUCTION FOR PAID HEALTH INSURANCE/HEALTH BENEFITS PLAN | 2. | 72,528.12 |
| 3. Line 1 minus Line 2 | 3. | 1,622,595.82 |
| 4. Offset Carried Forward from Previous Quarter | 4. | |
| 5. Line 3 minus Line 4 | 5. | 1,622,595.82 |
| 6. TAXABLE WAGES (If line 5 is greater than zero enter amount here, if less than zero enter on Line 15) | 6. | 1,622,595.82 |
| 7. CALCULATED TAX (0 63% or 0 0063 x Line 6) | 7. | 10,222.35 |
| 8. CREDITS (Overpayments as determined by the Department) | 8. | |
| 9. NET TAX DUE (Line 7 minus Line 8) | 9. | 10,222.35 |
| 10. PENALTY (LINE 9 x 0%) | 10. | |
| 11. INTEREST (LINE 9 x 1% x 0 MONTHS PAST DUE) | 11. | |
| 12. PREVIOUS DEBITS (Outstanding liabilities) | 12. | |
| 13. TOTAL AMOUNT DUE (Line 9 + Line 10 + Line 11 + Line 12) | 13 | 10,222.35 |
| 14. AMOUNT PAID | 14. | |

15. CARRY FORWARD (If Line 5 is less than zero (0) enter
amt. here  This Offset will be carried forward for the next quarter)

**MAKE CHECK PAYABLE TO NEVADA DEPT OF TAXATION - A RETURN MUST BE FILED EVEN IF NO TAX LIABILITY EXISTS**

| Signature | Phone Number | Date | I hereby certify that this return, |
|---|---|---|---|
| *Benie M. Williams* | 704-646-2095 | 02/03/2009 | including any accompanying schedule and statements has been examined by me and to the best of my knowledge and belief is a true, correct and complete return. **THIS RETURN MUST BE SIGNED** |
| Title Payroll Tax Analyst | FEIN of Business Named Above | | |



TXR-020 01
MODIFIED BUSINESS TAX RETURN-GENERAL
Revised 02/01/06

Print Form

**NEVADA DEPARTMENT OF TAXATION**

# MODIFIED BUSINESS TAX RETURN
# GENERAL BUSINESS

Mail Original To:   NEVADA DEPARTMENT OF TAXATION
PO BOX 52674
PHOENIX AZ 85072-2674

TID No:020-TX- 1000594378

FOR DEPARTMENT USE ONLY

Circuit City Stores West Coast
PO Box 42304
Richmond, VA 23242-2304

| | |
|---|---|
| Ending | 12/31/07 |
| Due on or before | 01/31/08 |
| Date paid | 01/28/08 |

**IF POSTMARKED AFTER DUE DATE, PENALTY AND INTEREST WILL APPLY**

If the address as shown is incorrect, please make any corrections before mailing the return. Use the space on the left for these corrections.

| | | |
|---|---|---|
| 1. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER (Same amount as on Line 3 of ESD Form NUCS 4072) | 1. | 1,695,123.94 |
| 2. ENTER DEDUCTION FOR PAID HEALTH INSURANCE/HEALTH BENEFITS PLAN | 2. | 0.00 |
| 3. Line 1 minus Line 2 | 3. | 1,695,123.94 |
| 4. Offset Carried Forward from Previous Quarter | 4. | 0.00 |
| 5. Line 3 minus Line 4 | 5. | 1,695,123.94 |
| 6. TAXABLE WAGES (If line 5 is greater than zero enter amount here, if less than zero enter on Line 15) | 6. | 1,695,123.94 |
| 7. CALCULATED TAX (0.63% or 0.0063 x Line 6) | 7. | 10,679.28 |
| 8. CREDITS (Overpayments as determined by the Department) | 8. | 0.00 |
| 9. NET TAX DUE (Line 7 minus Line 8) | 9. | 10,679.28 |
| 10. PENALTY (LINE 9 x 0%) | 10. | 0.00 |
| 11. INTEREST (LINE 9 x 1% x 0 MONTHS PAST DUE) | 11. | 0.00 |
| 12. PREVIOUS DEBITS (Outstanding liabilities) | 12. | 0.00 |
| 13. TOTAL AMOUNT DUE (Line 9 + Line 10 + Line 11 + Line 12) | 13. | 10,679.28 |
| 14. AMOUNT PAID | 14. | |
| 15. CARRY FORWARD (If Line 5 is less than zero (0) enter amt. here. This Offset will be carried forward for the next quarter) | | 0.00 |

10679.28

**MAKE CHECK PAYABLE TO NEVADA DEPT OF TAXATION - A RETURN MUST BE FILED EVEN IF NO TAX LIABILITY EXISTS**

| Signature  | Phone Number 704-646-2044 | Date 01/28/08 | I hereby certify that this return, including any accompanying schedule and statements has been examined by me and to the best of my knowledge and belief is a true, correct and complete return THIS RETURN MUST BE SIGNED |
|---|---|---|---|
| Title Payroll Tax Manager | FEIN of Business Named Above | | |

TXR-020 01
MODIFIED BUSINESS TAX RETURN-GENERAL
Revised 4/1/07

Print Form

**NEVADA DEPARTMENT OF TAXATION**

# MODIFIED BUSINESS TAX RETURN
# GENERAL BUSINESS

Mail Original To:  NEVADA DEPARTMENT OF TAXATION
                   PO BOX 52674
                   PHOENIX AZ 85072-2674

TID No:020-TX- ⬛⬛⬛⬛4378

FOR DEPARTMENT USE ONLY

Circuit City Stores West Coast
PO Box 42304
Richmond, VA 23242-2304

| | |
|---|---|
| **Ending** | 03/31/08 |
| **Due on or before** | 04/30/08 |
| **Date paid** | |

**IF POSTMARKED AFTER DUE DATE,
PENALTY AND INTEREST WILL APPLY**

If the address as shown is incorrect, please make any
corrections before mailing the return  Use the space on
the left for these corrections

| | | |
|---|---|---|
| 1. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER (Same amount as on Line 3 of ESD Form NUCS 4072) | 1. | 1,399,682.92 |
| 2. ENTER DEDUCTION FOR PAID HEALTH INSURANCE/HEALTH BENEFITS PLAN | 2. | 41,727.87 |
| 3. Line 1 minus Line 2 | 3. | 1,357,955.05 |
| 4. Offset Carried Forward from Previous Quarter | 4. | |
| 5. Line 3 minus Line 4 | 5. | 1,357,955.05 |
| 6. TAXABLE WAGES (If line 5 is greater than zero enter amount here, if less than zero enter on Line 15) | 6. | 1,357,955.05 |
| 7. CALCULATED TAX (0 63% or 0.0063 x Line 6) | 7. | 8,555.12 |
| 8. CREDITS (Overpayments as determined by the Department) | 8. | |
| 9. NET TAX DUE (Line 7 minus Line 8) | 9. | 8,555.12 |
| 10. PENALTY (LINE 9 x 0%) | 10. | |
| 11. INTEREST (LINE 9 x 1% x 0 MONTHS PAST DUE) | 11. | |
| 12. PREVIOUS DEBITS (Outstanding liabilities) | 12. | |
| 13. TOTAL AMOUNT DUE (Line 9 + Line 10 + Line 11 + Line 12) | 13. | 8,555.12 |
| 14. AMOUNT PAID | 14. | |

15. CARRY FORWARD (If Line 5 is less than zero (0) enter
amt. here. This Offset will be carried forward for the next quarter)

**MAKE CHECK PAYABLE TO NEVADA DEPT OF TAXATION - A RETURN MUST BE FILED EVEN IF NO TAX LIABILITY EXISTS**



| Signature | Phone Number | Date | I hereby certify that this return, including any accompanying |
|---|---|---|---|
| *Rene M. Williams* | 704-646-2095 | 05/02/2009 | schedule and statements has been examined by me and to the best of |
| Title | FEIN of Business Named Above | | my knowledge and belief is a true, correct and complete return **THIS** |
| Payroll Tax Analyst | | | **RETURN MUST BE SIGNED** |

TXR-020 01
MODIFIED BUSINESS TAX RETURN-GENERAL
Revised 02/01/08

Print Form

**NEVADA DEPARTMENT OF TAXATION**

# MODIFIED BUSINESS TAX RETURN
# GENERAL BUSINESS

Mail Original To:   NEVADA DEPARTMENT OF TAXATION
PO BOX 52674
PHOENIX AZ 85072-2674

TID No:020-TX- [ 1000594378 ]

FOR DEPARTMENT USE ONLY

Circuit City Stores West Coast
PO Box 42304
Richmond, VA 23242-2304

| | |
|---|---|
| Ending | 03/31/08 |
| Due on or before | 04/30/08 |
| Date paid | 04/28/08 |

**IF POSTMARKED AFTER DUE DATE,
PENALTY AND INTEREST WILL APPLY**

If the address as shown is incorrect, please make any corrections before mailing the return. Use the space on the left for these corrections

| | | |
|---|---|---|
| 1. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER (Same amount as on Line 3 of ESD Form NUCS 4072) | 1. | 1,399,682.92 |
| 2. ENTER DEDUCTION FOR PAID HEALTH INSURANCE/HEALTH BENEFITS PLAN | 2. | .00 |
| 3. Line 1 minus Line 2 | 3 | 1,399,682.92 |
| 4. Offset Carried Forward from Previous Quarter | 4. | .00 |
| 5. Line 3 minus Line 4 | 5. | 1,399,682.92 |
| 6. TAXABLE WAGES (If line 5 is greater than zero enter amount here, if less than zero enter on Line 15) | 6. | 1,399,682.92 |
| 7. CALCULATED TAX (0 63% or 0 0063 x Line 6) | 7. | 8,818.00 |
| 8. CREDITS (Overpayments as determined by the Department) | 8. | .00 |
| 9  NET TAX DUE (Line 7 minus Line 8) | 9. | 8,818.00 |
| 10. PENALTY (LINE 9 x 0%) | 10. | |
| 11. INTEREST (LINE 9 x 1% x 0 MONTHS PAST DUE) | 11. | |
| 12. PREVIOUS DEBITS (Outstanding liabilities) | 12. | .00 |
| 13 TOTAL AMOUNT DUE (Line 9 + Line 10 + Line 11 + Line 12) | 13. | 8,818.00 |
| 14  AMOUNT PAID | 14. | 8,818.00 |

15. CARRY FORWARD (If line 5 is less than zero (0) enter amt. here. This Offset will be carried forward for the next quarter)

**MAKE CHECK PAYABLE TO NEVADA DEPT OF TAXATION - A RETURN MUST BE FILED EVEN IF NO TAX LIABILITY EXISTS**

| Signature  | Phone Number 704-646-2044 | Date 04/28/08 | I hereby certify that this return, including any accompanying schedule and statements, has been |
|---|---|---|---|
| Title Payroll Tax Manager | FEIN of Business Named Above | | examined by me and to the best of my knowledge and belief is a true correct and complete return **THIS RETURN MUST BE SIGNED** |

TXR-020 01

MODIFIED BUSINESS TAX RETURN-GENERAL
Revised 07/01/08

Print Form

## NEVADA DEPARTMENT OF TAXATION

# MODIFIED BUSINESS TAX RETURN
# GENERAL BUSINESS

Mail Original To:  NEVADA DEPARTMENT OF TAXATION
PO BOX 52674
PHOENIX AZ 85072-2674

TID No:020-TX- ____4378

FOR DEPARTMENT USE ONLY

Circuit City Stores West Coast
PO Box 42304
Richmond, VA 23242-2304

| | |
|---|---|
| Ending | 06/30/08 |
| Due on or before | 07/31/08 |
| Date paid | |

**IF POSTMARKED AFTER DUE DATE,
PENALTY AND INTEREST WILL APPLY**

If the address as shown is incorrect, please make any corrections before mailing the return. Use the space on the left for these corrections

| | | |
|---|---|---|
| 1. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER (Same amount as on Line 3 of ESD Form NUCS 4072) | 1. | 1,468,972.16 |
| 2. ENTER DEDUCTION FOR PAID HEALTH INSURANCE/HEALTH BENEFITS PLAN | 2. | 68,499.52 |
| 3. Line 1 minus Line 2 | 3. | 1,400,472.64 |
| 4. Offset Carried Forward from Previous Quarter | 4. | |
| 5. Line 3 minus Line 4 | 5. | 1,400,472.64 |
| 6. TAXABLE WAGES (If line 5 is greater than zero enter amount here, if less than zero enter on Line 15) | 6. | 1,400,472.64 |
| 7. CALCULATED TAX (0 63% or 0.0063 x Line 6) | 7. | 8,822.98 |
| 8. CREDITS (Overpayments as determined by the Department) | 8. | |
| 9. NET TAX DUE (Line 7 minus Line 8) | 9. | 8,822.98 |
| 10. PENALTY (LINE 9 x 0%) | 10 | |
| 11. INTEREST (LINE 9 x 1% x 0 MONTHS PAST DUE) | 11. | |
| 12. PREVIOUS DEBITS (Outstanding liabilities) | 12 | |
| 13. TOTAL AMOUNT DUE (Line 9 + Line 10 + Line 11 + Line 12) | 13 | 8,822.98 |
| 14. AMOUNT PAID | 14. | |

15  CARRY FORWARD (If Line 5 is less than zero (0) enter amt. here  This Offset will be carried forward for the next quarter)

**MAKE CHECK PAYABLE TO NEVADA DEPT OF TAXATION - A RETURN MUST BE FILED EVEN IF NO TAX LIABILITY EXISTS**

| Signature | Phone Number | Date | I hereby certify that this return, including any accompanying schedule and statements has been examined by me and to the best of my knowledge and belief is a true, correct and complete return THIS RETURN MUST BE SIGNED |
|---|---|---|---|
| Genie M. Williams | 704-646-2095 | 02/02/2009 | |
| Title  Payroll Tax Analyst | FEIN of Business Named Above | | |

TXR-020 01
MODIFIED BUSINESS TAX RETURN-GENERAL
Revised 02/01/08

Print Form

**NEVADA DEPARTMENT OF TAXATION**

# MODIFIED BUSINESS TAX RETURN
# GENERAL BUSINESS

Mail Original To:  NEVADA DEPARTMENT OF TAXATION
PO BOX 52674
PHOENIX AZ 85072-2674

TID No:020-TX-  | 1000594378

FOR DEPARTMENT USE ONLY

Circuit City Stores West Coast
PO Box 42304
Richmond, VA 23242-2304

| | |
|---|---|
| Ending | 06/30/08 |
| Due on or before | 07/31/08 |
| Date paid | 07/30/08 |

**IF POSTMARKED AFTER DUE DATE,
PENALTY AND INTEREST WILL APPLY**

If the address as shown is incorrect, please make any
corrections before mailing the return  Use the space on
the left for these corrections

| | | |
|---|---|---|
| 1. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER (Same amount as on Line 3 of ESD Form NUCS 4072) | 1. | 1,468,972.16 |
| 2. ENTER DEDUCTION FOR PAID HEALTH INSURANCE/HEALTH BENEFITS PLAN | 2. | |
| 3. Line 1 minus Line 2 | 3. | 1,468,972.16 |
| 4. Offset Carried Forward from Previous Quarter | 4. | |
| 5. Line 3 minus Line 4 | 5. | 1,468,972.16 |
| 6. TAXABLE WAGES (If line 5 is greater than zero enter amount here, if less than zero enter on Line 15) | 6. | 1,468,972.16 |
| 7. CALCULATED TAX (0.63% or 0.0063 x Line 6) | 7. | 9,254.52 |
| 8. CREDITS (Overpayments as determined by the Department) | 8. | |
| 9. NET TAX DUE (Line 7 minus Line 8) | 9. | 9,254.52 |
| 10. PENALTY (LINE 9 x 0%) | 10. | |
| 11. INTEREST (LINE 9 x 1% x 0 MONTHS PAST DUE) | 11. | |
| 12. PREVIOUS DEBITS (Outstanding liabilities) | 12. | |
| 13. TOTAL AMOUNT DUE (Line 9 + Line 10 + Line 11 + Line 12) | 13. | 9,254.52 |
| 14. AMOUNT PAID | 14. | |

15. CARRY FORWARD (If Line 5 is less than zero (0) enter
amt. here. This Offset will be carried forward for the next quarter)

**MAKE CHECK PAYABLE TO NEVADA DEPT OF TAXATION - A RETURN MUST BE FILED EVEN IF NO TAX LIABILITY EXISTS**



| Signature | Phone Number | Date | I hereby certify that the return, including any accompanying |
|---|---|---|---|
| | 704-646-2095 | 07/30/08 | schedule and statements,has been examined by me and to the best of |
| Title | FEIN of Business Named Above | | my knowledge and belief is a true, correct and complete return THIS |
| Payroll Tax Analyst | | | **RETURN MUST BE SIGNED** |

TXR-020 01
MODIFIED BUSINESS TAX RETURN-GENERAL
Revised 02/01/08

Print Form

### NEVADA DEPARTMENT OF TAXATION

## MODIFIED BUSINESS TAX RETURN
## GENERAL BUSINESS

Mail Original To:  NEVADA DEPARTMENT OF TAXATION
PO BOX 52674
PHOENIX AZ 85072-2674

TID No:020-TX-  | 1000594378

FOR DEPARTMENT USE ONLY

Circuit City Stores West Coast
PO Box 42304
Richmond, VA 23242-2304

| | |
|---|---|
| Ending | 12/31/08 |
| Due on or before | 02/02/09 |
| Date paid | |

IF POSTMARKED AFTER DUE DATE,
PENALTY AND INTEREST WILL APPLY

If the address as shown is incorrect, please make any corrections before mailing the return. Use the space on the left for these corrections.

| | | |
|---|---|---|
| 1. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER (Same amount as on Line 3 of ESD Form NUCS 4072) | 1. | 1,417,409.28 |
| 2. ENTER DEDUCTION FOR PAID HEALTH INSURANCE/HEALTH BENEFITS PLAN | 2. | 84,134.28 |
| 3. Line 1 minus Line 2 | 3. | 1,333,275.00 |
| 4. Offset Carried Forward from Previous Quarter | 4. | |
| 5. Line 3 minus Line 4 | 5. | 1,333,275.00 |
| 6. TAXABLE WAGES (If line 5 is greater than zero enter amount here; if less than zero enter on Line 15) | 6. | 1,333,275.00 |
| 7. CALCULATED TAX (0.63% or 0.0063 x Line 6) | 7. | 8,399.63 |
| 8. CREDITS (Overpayments as determined by the Department) | 8. | |
| 9. NET TAX DUE (Line 7 minus Line 8) | 9. | 8,399.63 |
| 10. PENALTY (LINE 9 x 0%) | 10. | |
| 11 INTEREST (LINE 9 x 1% x 0 MONTHS PAST DUE) | 11. | |
| 12. PREVIOUS DEBITS (Outstanding liabilities) | 12. | |
| 13. TOTAL AMOUNT DUE (Line 9 + Line 10 + Line 11 + Line 12) | 13. | 8,399.63 |
| 14. AMOUNT PAID | 14. | |

15. CARRY FORWARD (If Line 5 is less than zero (0) enter amt. here. This Offset will be carried forward for the next quarter)

**MAKE CHECK PAYABLE TO NEVADA DEPT OF TAXATION - A RETURN MUST BE FILED EVEN IF NO TAX LIABILITY EXISTS**



| Signature | Phone Number | Date | I hereby certify that this return, including any accompanying |
|---|---|---|---|
| *Bixie M. Williams* | 704-646-2095 | 02/02/2009 | schedule and statements has been examined by me and to the best of my knowledge and belief is a true, |
| Title   Payroll Tax Analyst | FEIN of Business Named Above | | correct and complete return THIS RETURN MUST BE SIGNED |

TxR-020 01
MODIFIED BUSINESS TAX RETURN-GENERAL
Revised 02/01/08



CIRCUIT CITY STORES, INC. (SU)
9950 MAYLAND DRIVE
RICHMOND, VA 23233
(804) 418-8148
VENDOR NUMBER:  0001005877

SUNTRUST BANK
ATLANTA, GEORGIA

64-79
611

**CHECK NUMBER**

0004604636

PAY  Eight thousand nine hundred twenty nine and 68/100 Dollars

**PAY EXACTLY**

*******$8,929.68

TO THE
ORDER
OF

NEVADA DEPT OF TAXATION
PO BOX 52674
PHOENIX, AZ 85072-2674

DATE: 02/11/09

VOID IF OVER 90 DAYS
CDA NUMBER   8800606660

*Michelle Mosier*

VOID IF OVER $200,000.00

⑆004604636⑆ ⑈061100790⑈ 8800606660⑆

# E N V E L O P E



Circuit City Stores Inc.
P.O. Box 563985
Charlotte, NC 28256-3985

Nevada Dept. of Taxation
P.O. Box 52674
Phoenix, AZ 85072-2674

LXTUF11 85072



PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
$ 00.394
FEB 17 2009
MAILED FROM ZIP CODE 28262

# EXHIBIT E

 

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Circuit City Stores West Coast, Inc | Case Number: 08-35654 Jointly under 08-35653 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**NEVADA DEPARTMENT OF TAXATION** | ☒ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent<br>**NEVADA DEPARTMENT OF TAXATION**<br>**Attn: Bankruptcy Section**<br>**555 E Washington Ave #1300**<br>**Las Vegas, NV 89101**<br>**Telephone number: (702) 486-2347** | **Court Claim Number: 14551**<br>*(if known)*<br><br>Filed on: 8/17/09 |
| Name and address where payments should be sent (if different from above)<br>**NEVADA DEPARTMENT OF TAXATION**<br>**Attn: Bankruptcy Section**<br>**555 E Washington Ave #1300**<br>**Las Vegas, NV 89101**<br>**Telephone number: (702) 486-2347** | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** **$5,719.00**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim: UNPAID TAX**

**3. Last four digits of any number by which creditor identifies debtor XX-XXX0785**
  3a. Debtor may have scheduled account as:

**4. Secured Claim**

Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe:

Value of Property: $ (SEE SCHEDULES) Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____ Basis for perfection: _____

Amount of Secured Claim:         Amount Unsecured: **$0.00**

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary.

**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☒ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

**$5,719.00**

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 03/10/11 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any<br><br>David Willcox, Revenue Officer II  for  Patti Taylor, Tax Administrator III | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 and 3571.*

**NEVADA DEPARTMENT OF TAXATION**
**STATEMENT OF LIABILITY**

SAVE AS:
08-35654

Debtor Address 9250 SHERIDAN BLVD
WESTMINSTER, CO 80031

F.T.I.D/DEBTOR: XX-XXX0785

Circuit City Stores West Coast, Inc

| NEVADA TAXPAYER ID # | | | XXXXXX4378 |
|---|---|---|---|
| MBT | Sales/Use Tax | Sales/Use/MBT | |
| XXXXXX4378 | XXXXXX4378 | | |

BKCY COURT EASTERN  STATE VIRGINIA  DIVISION

[X] AMENDS >> Amended Claim# 14551 filed 3/17/09

RECORD AS OF 03/10/11    3/10/2011 10:08

BK- 08-35654 -lbr
Chapter CHP11
Petition Date: 11/10/08
Jointly under 08-35653

Converted To:
Conversion On:
Bkcy Status Open
Our Claim # 3    New

AUDIT - YES/NO    NO

Bond Rqd/Amt    Claim#/Paid    ACCT. STATUS Active/OB.
N/A

LIEN FILED:
Certificate

GOV'T BAR 05/09/08

| LIABILITY CREATED BY TAXES NOT PAID | TAX PERIOD END DATE | TAX TO PETITION DATE | PENALTY TO PETITION DATE | INTEREST TO PETITION DATE | ACCT STATUS TO PETITION 11/10/08 | TAX POST PETITION | PENALTY POST PETITION | INTEREST POST PETITION | TOTAL DUE POST PETITION |
|---|---|---|---|---|---|---|---|---|---|
| XXXXXX4378 | Mod Bus Tax | Quarterly | Circuit City Stores West Coast Inc | | | PM3 ___ PM7 ___ Cr€___ Pst___ FM 2e___ Bnd Can___ DD ___ Aud ___ TF ___ | | | |
| Rtn'd Check Charges | | | 25.00 | | 25.00 | | | | |
| Filed, Not Paid | 06/30/06 | 1,527.95 | 152.80 | 427.83 | 2,108.58 | | | | |
| "    "    " | 09/30/06 | 6,860.66 | 686.07 | 68.61 | 7,615.34 | | | | |
| | | | | | | | | | |
| CREDIT on account after amended Modified Bus Tax returns filed | | | | | | | | | |
| | | (3,166.05) | (863.87) | | (4,029.92) | | | | |
| | | | | | | | | | |
| TOTAL DUE | | $5,222.56 | $0.00 | $496.44 | $5,719.00 | | | | |

| Authority for claim | $5,222.56 | + | PREPETITION TAXES | | | SECURED PRE-TAXES |
| NRS 360.300 Thru | $496.44 | + | PREPETITION INTEREST | | | SECURED PRE-INTEREST |
| NRS 360.417 and/or | $5,719.00 | + | PREPETITION PRIORITY | | | SECURED PRIORITY |
| NRS 360.297 and/or | $0.00 | + | PREPETITION NON-PRIORITY | | | SECURED NON-PRI |
| NRS Ch. 372 and/or NRS Ch. 363B | $5,719.00 | = | PREPETITION CLAIM | | | TOTAL |
| | $5,719.00 | = | TOTAL CLAIM | | | |

David Wilcox, Revenue Officer I

1

## CERTIFICATE OF SERVICE

2      I hereby certify that I am an employee of the Office of the Department of Taxation, State

3  of Nevada, and that on the <u>10th</u> day of March, 2011, I deposited for mailing a true and correct

4  copy of the foregoing AMENDED PROOF OF CLAIM with the U.S. Postal Service, postage

5  prepaid, to the following:

6

7  Circuit City Claims Processing Center
   c/o Kurtzman Carson Consultants LLC
8  2335 Alaska Avenue
   El Segundo, CA 90245

9

10

11

12

13

14                                    _____
                                      David Willcox,
15                                    An Employee of the State of Nevada
                                      Department of Taxation

16

17

18

19

20

21

22

23

24

25

# EXHIBIT F

 

UNITED STATES BANKRTUPCY COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Case No.: 08-35654 jointly under 08-35653 |
| CIRCUIT CITY STORES WEST COAST INC | Chapter 11 |
| Debtor. | |

<u>CLAIM FOR ADMINISTRATIVE EXPENSE[1]</u>

Name of Creditor:           State of Nevada Department of Taxation

Creditor Address:           Att: Bankruptcy Section
                            555 E. Washington Avenue #1300
                            Las Vegas, Nevada 89101

Telephone:                  (702) 486-2347

Taxpayer Number:            XXXXXX4378

Basis for Claim:            Modified Business Tax:    $342.95
                            Interest:                 $27.44
                            Penalty:                  $34.30
                            ** Total:                 $404.69

Ciassification:             Administrative Priority [11 U.S.C. § 503(b)]
                            Payment of these taxes, interest and penalties is
                            requested as an administrative expense.

**RECEIVED**

**MAR 1 0 2010**

Department of Taxation
District III, Las Vegas

Signature and Title:        _____*Our*_____
                            David Willcox, Revenue Officer II
                            for Jorge Pupo, Tax Program Supervisor III
                            Nevada Department of Taxation

Payment Address:            Creditor address, above.

Address for Notices or Objections regarding this claim:

                            Creditor address, above.

**RECEIVED**

**MAR 0 8 2010**

**KURTZMANCARSONCONSULTANTS**

** This claim is subject to amendment should additional liability be discovered.

---

[1] See 11 U.S.C. 503 (b)(1)(D)(providing, "governmental unit shall not be

required to file a request for payment of administrative expense . . ..").




| SAVE AS:<br>08-35654 | | | | **NEVADA DEPARTMENT OF TAXATION**<br>**STATEMENT OF LIABILITY** | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Debtor Address | | | | | | | BKCY COURT<br>EASTERN | STATE<br>VIRGINIA | DIVISION |
| F.T.I.D/DEBTOR: | XX-XXX0785 | | | NEVADA TAXPAYER ID # | | | [ ] AMENDS >> | | | |
| **CIRCUIT CITY STORES WEST COAST INC** | | | | MBT | Sales/Use Tax | Sales/Use/MBT | RECORD AS OF | 03/03/10 | | 3/3/2010 10 27 |
| | | | | XXXXXX4378 | | | | BK- | 08-35654 | |
| | | | | | | | Chapter | CHP11 | | |
| | | | | | | | Petition Date | 11/10/08 | | |
| | | | | | | | | jointly under 08-35653 | | |
| See note | | | | | | | Converted To: | | | |
| AUDIT - YES/NO | NO | | | LIEN FILED: | | | Conversion On: | | | |
| Send Type/Amt | Claimed/Paid | **ACCT. STATUS** | | | | | Bkcy Status: | Open | | |
| | NA | Active/OB. | | | | | Our Claim # | 1 | | New |
| | | | | | | GOV'T BAR<br>05/09/09 | | | | |

| LIABILITY<br>CREATED BY<br>TAXES NOT PAID | TAX<br>PERIOD<br>END DATE | TAX<br>TO PETITION<br>DATE | PENALTY<br>TO PETITION<br>DATE | INTEREST<br>TO PETITION<br>DATE | ACCT STATUS<br>TO PETITION<br>11/10/08 | TAX<br>POST<br>PETITION | PENALTY<br>POST<br>PETITION | INTEREST<br>POST<br>PETITION | TOTAL DUE<br>POST<br>PETITION |
|---|---|---|---|---|---|---|---|---|---|
| XXXXXX4378 | Mod Bus Tax | Quarterly | | | | | | | |
| | | | | | | P113 ___ PI17 ___ Crd___ Pet___ FM Zb___ Bnd Clm___ DD___ Aud ___ 1F ___ | | | |
| Filed, Not Paid | 08/30/08 | | | | | 342.95 | 34.30 | 27.44 | 404.69 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL DUE** | | | | | | $342.95 | $34.30 | $27.44 | $404.69 |

| Authority for claim | | | PREPETITION TAXES | | SECURED PRE-TAXES | |
|---|---|---|---|---|---|---|
| NRS 360 300 Thru | | | PREPETITION INTEREST | | SECURED PRE-INTEREST | |
| NRS 360 417 and/or | | | PREPETITION PRIORITY | | SECURED PRIORITY | |
| NRS 360 297 and/or | | | PREPETITION NON-PRIORITY | | SECURED NON-PRI | |
| NRS Ch. 372 and/or | | | PREPETITION CLAIM | | TOTAL | |
| NRS Ch 363B | $404.69 | | | | | |
| | $404.69 | | TOTAL CLAIM | | | |

David Willcox, Revenue Officer II

1
## CERTIFICATE OF SERVICE

2
    I hereby certify that I am an employee of the Office of the Department of Taxation, State

3
of Nevada, and that on the 3rd day of March, 2010, I deposited for mailing a true and correct

4
copy of the foregoing CLAIM FOR ADMINISTRATIVE EXPENSE with the U.S. Postal Service,

5
postage prepaid, to the following:

6

7
Circuit City Stores Inc, et al
Claims Processing Dept

8
Kurtzman Carson Consultants LLC
2335 Alaska Avenue

9
El Segundo, CA 90245

10

11

12

13
                         _____

14
                         An Employee of the State of Nevada
Department of Taxation

15

16

17

18

19

20

21

22

23

24

25

Circuit City Stores, Claims Processing
c/o Kurtzman C    n Consultants LLC
2335 Alaska Ave
El Segundo, CA  90245

| FIRST CLASS |
| US  STAGE PAID |
| EL SEGUNDO CA |
| PERMIT NO. 45049 |

**State of Nevada Department of Taxation**
**Attn Bankruptcy Section**
**555 E Washington Ave No 1300**
**Las Vegas, NV 89101**

# RECEIVED

MAR 1 6 2010

Department of Taxation
District III, Las Vegas

<u>PROOF OF CLAIM CONFIRMATION</u>
Your proof of claim filed against Circuit City Stores West Coast, Inc.,
case no **08-35654** was received on 3/8/2010
and assigned claim number **14831**

For more information, please visit **www.kccllc.net/circuitcity** or call 1-866-381-9100

UNITED STATES BANKRTUPCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:                              )   Case No.: 08-35654 jointly under 08-35653
                                    )
CIRCUIT CITY STORES WEST COAST INC  )   Chapter 11
                                    )
            Debtor.                 )
_____)

NOTICE OF ADMINISTRATIVE EXPENSE CLAIM WITHDRAWAL

The Nevada Department of Taxation hereby withdraws its administrative expense claim #

14831 filed on March 8, 2010, in the amount of $404.69.

        DATED this 10th day of March, 2011.

                            NEVADA DEPARTMENT OF TAXATION


                    By: _____
                            David Willcox, Revenue Officer II
                            for Jorge Pupo, Tax Program Supervisor III
                            Nevada Department of Taxation
                            555 E. Washington Avenue, Suite 1300
                            Las Vegas, Nevada 89101
                            (702) 486-2347

## CERTIFICATE OF SERVICE

    I hereby certify that I am an employee of the Office of the Department of Taxation, State of Nevada, and that on the 10th day of March, 2011, I deposited for mailing a true and correct copy of the foregoing NOTICE OF CLAIM WITHDRAWAL with the U.S. Postal Service, postage prepaid, to the following:

Circuit City Stores Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

_____
An Employee of the State of Nevada
Department of Taxation

# EXHIBIT G

| | | |
|---|---|---|
| 576 | MIKE OLSON TAX COLLECTOR<br>PO Box 276<br>Dade City, FL 33526-0276 | |
| 1005 | MILLER, LADONNA<br>CARTER COUNTY TREASURER  20 B ST SW<br>RM 104   ARDMORE  OK 73401-6499 | |
| 13226 | MILWAUKEE, CITY OF<br>200 EAST WELLS ST<br>Milwaukee, WI 53202 | |
| 4733 | MONTEREY COUNTY TAX COLLECTOR<br>ATTN COLLECTORS OFFICE<br>PO Box 891<br>Salinas, CA | |
| 408 | MONTGOMERY COUNTY | Linebarger Goggan<br>Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| 9606 | MONTGOMERY COUNTY MARYLAND<br>101 Monroe St 3rd Fl<br>Rockville  MD  20850 | |
| 3151 | MONTGOMERY COUNTY TRUSTEE<br>350 Pageant Ln Ste 101 B<br>Clarksville  TN  37040 | |
| 15026 | MONTGOMERY COUNTY TRUSTEE<br>350 Pageant Ln Ste 101 B<br>Clarksville, TN 37040 | |
| 11818 | MULTNOMAH COUNTY TAX<br>PO Box 2716<br>Portland  OR  97208-2716 | |
| 2260 | MUSCOGEE COUNTY TAX COMMISSIONER<br>PO Box 1441<br>Columbus, GA 31902-1441 | |
| 3514 | NASH COUNTY TAX COLLECTOR<br>120 W Washington St Ste 2058<br>Nashville  NC  27856 | |
| 11881 | NEBRASKA DEPARTMENT OF REVENUE<br>PO BOX 94818<br>Lincoln, NE 68509-4818 | |
| 14551 | NEVADA DEPARTMENT OF TAXATION<br>555 E Washington Ave No 1300<br>Las Vegas, NV 89101 | |
| 14551 | NEVADA DEPARTMENT OF TAXATION<br>555 E Washington Ave No 1300<br>Las Vegas, NV 89102 | |
| 3962 | NEVADA STATE OF<br>555 E Washington Ave Ste 4200<br>Las Vegas, NV 89101-1070 | |

| Date | Claim | Creditor | Debtor | Class | Amount | Amount | Comment |
|---|---|---|---|---|---|---|---|
| 16-Jul-09 | 14504 | CITY OF VIRGINIA BEACH / Bankruptcy Records / 2401 Courthouse Dr / Virginia Beach, VA 23456-9018 | Circuit City Stores, Inc. | A | 19,923.49 | 6,614.17 | Claim is for estimated Business License fees unsupported by Debtors' books and records |
| 17-Aug-09 | 14551 | NEVADA DEPARTMENT OF TAXATION / 555 E Washington Ave No 1300 / Las Vegas, NV 89101 | Circuit City Stores West Coast, Inc. | P | 434.57 | Expunge | Debtor filed amended returns to correct this; claimant should have withdrawn this |
| 17-Aug-09 | 14551 | NEVADA DEPARTMENT OF TAXATION / 555 E Washington Ave No 1300 / Las Vegas, NV 89102 | Circuit City Stores West Coast, Inc. | P | 5,760.00 | Expunge | Debtors' books and records reflect no liability |
| 21-Aug-09 | 14557 | COUNTY OF SANTA CLARA / County Government Center, 6th Fl East Wing / 70 West Hedding Street / San Jose, CA 95110 | CIRCUIT CITY STORES, INC. | A | 17,133.64 | Expunge | Underlying liability has already been reviewed under claim #1529 |
| 24-Aug-09 | 14560 | SANTA CRUZ COUNTY TAX COLLECTOR / 701 Ocean St, Rm 150 / Santa Cruz, CA 95060 | CIRCUIT CITY STORES, INC. | A | 4,727.25 | Expunge | Underlying liability has already been reviewed under claim #10454 |
| 03-Sep-09 | 14597 | ORANGE COUNTY TREASURER TAX COLLECTOR / Chriss W Street / PO Box 1438 / Santa Ana, CA 92702-1438 | CIRCUIT CITY STORES, INC. | S | 92,356.18 | Expunge | Underlying liability has already been reviewed under claim #11043 |
| 19-Oct-09 | 14684 | HARFORD COUNTY MARYLAND / 220 S Main St 1st Fl / Bel Air, MD 21014 | CIRCUIT CITY STORES, INC. | A | 6,078.38 | Expunge | Underlying liability has already been reviewed under claim #1384 |
| 04-Nov-09 | 14720 | CITY OF SPRING HILL / PO Box 458 / Plaiski, TN 38478 | Circuit City Stores, Inc. | P | 23,533.29 | 5,652.90 | Claim is for estimated Business License fees unsupported by Debtors' books and records |
| 09-Nov-09 | 14738 | LOS ANGELES CITY ATTORNEYS OFFICE / 200 N main St Ste 920 / Los Angeles, CA 90012 | Circuit City Stores West Coast, Inc. | A | 113,685.23 | 18,350.07 | Claim is for estimated Business License fees unsupported by Debtors' books and records |
| 04-Dec-09 | 14767 | STATE OF MICHIGAN DEPARTMENT OF TREASURY / Assistant Attorney General / Cadillac Pl Ste 10 200 / 3030 W Grand Blvd / Detroit, MI 48202 | Circuit City Purchasing Company, LLC | A | 343,500.36 | Expunge | No liability, claim against Purchasing Company for periods when Purchasing Company was closed |
| 01-Oct-09 | 14768 | STATE OF MICHIGAN DEPARTMENT OF TREASURY / Assistant Attorney General / Cadillac Pl Ste 10 200 / 3030 W Grand Blvd / Detroit, MI 48203 | Circuit City Purchasing Company, LLC | A | 238,745.12 | Expunge | No liability, claim against Purchasing Company for periods when Purchasing Company was closed |
| 09-Dec-09 | 14773 | STATE OF MINNESOTA DEPARTMENT OF REVENUE / Bankruptcy Division / PO Box 64447 BKY / St Paul, MN 55164-0447 | Circuit City Stores, Inc. | P | 222,381.95 | Expunge | Debtors' books and records reflect no liability |
| 13-Jan-10 | 14805 | GREENE COUNTY TREASURER / 61 Greene St 2nd Fl / Xenia, OH 45385 | Circuit City Stores, Inc. | P | UNL | Expunge | Per backup on claim, debtor's books & records show no taxes owed |