1 | CATHERINE CORTEZ MASTO
Attorney General
2 | VIVIENNE RAKOWSKY
Deputy Attorney General
3 | Nevada Bar No. 009160
555 E. Washington Ave., Ste. 3900
4 | Las Vegas, Nevada 89101
P: (702) 486-3103
5 | F: (702) 486-3416
vrakowsky@ag.nv.gov
6 | Attorneys for the Nevada Department of Taxation

7 | **UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
8 | **RICHMOND DIVISION**

9 | In re: ) Case No. 08-35653 (KRH)
) Chapter 11
10 | CIRCUIT CITY STORES, INC., et al., )
)
11 | Debtors. ) (Jointly Administered)
)
12 | ) Hearing Date: April 14, 2011
) Hearing Time: 2:00 p.m.
13 | )

14 | <u>**CERTIFICATE OF SERVICE**</u>

15 |    I hereby certify that the following document was electronically filed on the date

16 | indicated on the attached Notice of Electronic Filing, which is automatically generated by the

17 | United States Bankruptcy Court for the District of Virginia CM/ECF system, and served as

18 | further indicated on the attached Notice of Electronic Filing: **NEVADA DEPARTMENT OF**

19 | **TAXATION'S OPPOSITION TO THE LIQUIDATING TRUST'S EIGHTEENTH OMNIBUS**

20 | **OBJECTION TO CLAIMS AND MOTION TO ALLOW ITS PREPETITION AND**

21 | **ADMINISTRATIVE CLAIMS.**

22 |    DATED this 18th day of March, 2011.

23 |

24 |        / s / Traci Plotnick
An employee of the Office of the Attorney General

25 |

26 |

27 |

28 |

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

**File an Answer:**

08-35653-KRH Circuit City Stores, Inc. and Mizco International, Inc.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 3 (Richmond) |
| Assets: y | Judge: KRH | Case Flag: JNTADMN, Appeal |

**U.S. Bankruptcy Court**

**Eastern District of Virginia**

Notice of Electronic Filing

The following transaction was received from Vivienne Rakowsky entered on 3/18/2011 at 11:45 AM EDT and filed on 3/18/2011
Case Name:    Circuit City Stores, Inc. and Mizco International, Inc.
Case Number:    08-35653-KRH
Document Number: 10160

**Docket Text:**
Response to *the Liquidating Trust's Eighteenth Omnibus Objection to Claims and Motion to Allow Its Prepetition and Administrative Claims* (Re: related document(s)[10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Vivienne Rakowsky of State of NV, Office of the Atty General on behalf of Nevada Department of Taxation. (Attachments: # (1) Exhibit(s) A-G) (Rakowsky, Vivienne)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:C:\fakepath\Opposition to Omnibus Objection and Motion 2.pdf
Electronic document Stamp:
[STAMP VAEBStamp_ID=875559604 [Date=3/18/2011] [FileNumber=17599491-0]
[1be5fa5379576dea8f21cfe81dcc4ef6bce27c7795bc51aa5cdeb3c34a94f958f608
c1d6cc51e68519caa03702a1eb080d5a87363fcd0fe4a9a83a5b832c2a3c]]
Document description:Exhibit(s) A-G
Original filename:C:\fakepath\Exhibits A-G.pdf
Electronic document Stamp:
[STAMP VAEBStamp_ID=875559604 [Date=3/18/2011] [FileNumber=17599491-1]
[4097268e2a5183c6o46fb637b17057103d16ea07ebece031b80f6be39c9c1764446a
16537f8bee91fd5bbb92fd58f713757835d52b34a4ccd38805c299663eaa]]

**08-35653-KRH Notice will be electronically mailed to:**

Robin S. Abramowitz on behalf of Creditor Bond Circuit VIII Delaware Business Trust
abramowitz@larypc.com

Angela Sheffler Abreu on behalf of Creditor PNY Technologies, Inc.
aabreu@mccarter.com, mreynolds@mccarter.com

Benjamin C. Ackerly on behalf of Creditor COMSYS Information Technology Services, Inc. and COMSYS Services, LLC
backerly@hunton.com, cloving@hunton.com

Robert D. Albergotti on behalf of Creditor Universal Display and Fixtures Company
robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com

Christopher M. Alston on behalf of Creditor 507 Northgate LLC
alstc@foster.com, ristj@foster.com

Mark K. Ames on behalf of Creditor Commonwealth of Virginia, Department of Taxation
marktacs@gmail.com

Heather Lynn Anderson on behalf of Creditor State of New Jersey, Division of Taxation
Heather.Anderson@dol.lps.state.nj.us

Tara B. Annweiler on behalf of Creditor American National Insurance Company
tannweiler@greerherz.com

Joel S. Aronson on behalf of Defendant Capital City Press, LLC d/b/a The Advocate
jsaronson@ridberglaw.com

Ethel Fay Hong Badawi on behalf of Defendant Klipsch Audio Technologies LLC
ethel.badawi@btlaw.com

Henry P. Baer on behalf of Creditor BelFO International Corp.
CSommer@fdh.com, csommer@fdh.com

Peter Barrett on behalf of Creditor Cole CC Groveland FL, LLC
peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Raymond William Battaglia on behalf of Creditor Miner Corporation
rbattaglia@obht.com

Philip C. Baxa on behalf of Counter-Claimant Mitsubishi Electronics America, Inc.
pbaxa@sandsanderson.com, sfarrior@sandsanderson.com

William D. Bayliss on behalf of Creditor Richard Kreuger

bbayliss@williamsmullen.com

Thomas O. Bean on behalf of Creditor Horizon Technology, LLC
tbean@mwe.com

Brett Christopher Beehler on behalf of Creditor Charles County, Maryland
bbeehler@mrrlaw.net, lsansbury@mrrlaw.net

Christopher R. Belmonte on behalf of Creditor International Business Machines Corporation
cbelmonte@ssbb.com, asnow@ssbb.com, pbosswick@ssbb.com

Paula S. Beran (CC-A) on behalf of Plaintiff Alfred Siegel
pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com

Ambika Joline Biggs on behalf of Creditor Buffalo Technology (USA), Inc.
abiggs@bakerlaw.com

Jason B. Binford on behalf of Creditor BB Funds International 1 USA, L.P.
jbinford@krcl.com, ecf@krcl.com

Ron C. Bingham on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc.
rbingham@stites.com, dclayton@stites.com

Patrick M. Birney on behalf of Creditor Schimenti Construction Company LLC
pbirney@rc.com, jcarrion@rc.com

Paul M. Black on behalf of Creditor Sony Pictures Home Entertainment Inc.
pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com

Daniel F. Blanks on behalf of Debtor Abbott Advertising Agency, Inc.
dblanks@mcguirewoods.com

Paul S. Bliley on behalf of Creditor 1890 Ranch, Ltd.
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Sarah Beckett Boehm on behalf of Debtor Abbott Advertising Agency, Inc.
sboehm@mcguirewoods.com, kcain@mcguirewoods.com;lneilson@mcguirewoods.com

Wanda Borges on behalf of Creditor Sharp Electronics Corporation
borgeslawfirm@aol.com

James Edward Bowman on behalf of Defendant Elite Screens Inc.
Jim@jebowman.com, ecfnoticing@jebowman.com

Anne Elizabeth Braucher on behalf of Creditor DL Peterson Trust, as Assignee of PHH Vehicle Management Services, LLC
abraucher@mcmillanmetro.com

Jess R. Bressi on behalf of Creditor Engineered Structures, Inc.
jbressi@luce.com

James J. Briody on behalf of Creditor Johnson City Crossing, L.P.
jim.briody@sablaw.com, kim.smith@sablaw.com

William A. Broscious on behalf of Attorney Kepley Broscious & Biggs, PLC
wbroscious@kbbplc.com

Timothy Francis Brown on behalf of Creditor 13630 Victory Boulevard, LLC
brownt@arentfox.com, giaimo.christopher@arentfox.com

Steven L. Brown on behalf of Creditor Construct Inc., a Michigan corporation
brown@wolriv.com

Martin A. Brown on behalf of Creditor Creditor Express Personnel Services, Inc
martin.brown@lawokc.com

Heather D. Brown on behalf of Creditor Westgate Village, LP
hbrown@kkgpc.com, jwest@kkgpc.com

Gillian N. Brown on behalf of Creditor Committee Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

Mark E. Browning on behalf of Creditor Texas Comptroller of Public Accounts
bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us

Linda Sharon Broyhill on behalf of Creditor Heritage Plaza, LLC
lbroyhill@reedsmith.com, nkatzen@reedsmith.com

Andrew M. Brumby on behalf of Creditor Cameron Group Associates LLP
abrumby@shutts-law.com, rhicks@shutts-law.com

Kristen E. Burgers on behalf of Creditor CWCapital Asset Management LLC
keburgers@venable.com

William A. Burnett on behalf of Creditor Abilene-Ridgemont, LLC
aburnett@williamsmullen.com

Darek S. Bushnaq on behalf of Defendant ServicePower, Inc., aka ServicePower Inc.
dsbushnaq@venable.com

Marc A. Busman on behalf of Creditor Marlon Mondragon
mbusman@busmanandbusman.com

Aaron R. Cahn on behalf of Unknown Reliance Figueroa Associates, L.P.
cahn@clm.com

Jonathan T. Cain on behalf of Defendant InVNT, LLC
jtcain@mintz.com, kcraun@mintz.com

Judy Bamberger Calton on behalf of Defendant DIRECTV, Inc.
jcalton@honigman.com

Andrea Kristin Campbell on behalf of Creditor Discovery Communications, Inc.
campbell.andrea@arentfox.com, lane.katie@arentfox.com;dowd.mary@arentfox.com

Paul K. Campsen on behalf of Creditor Crossways Financial Associates, LLC
pkcampsen@kaufcan.com

Robert A. Canfield on behalf of Creditor Cornelia Beverly
bcanfield@canfieldbaer.com, bhochfelder@canfieldbaer.com;jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com

Peter J. Carney on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
jlerner@whitecase.com, jrubalcava@whitecase.com

William H. Casterline on behalf of Creditor ACCO Brands Corporation
wcasterlinejr@blankeith.com, bford@bklawva.com

Ashley M. Chan on behalf of Creditor City of Philadelphia
achan@hangley.com, ecffilings@hangley.com

Jeffrey Chang on behalf of Creditor ACCO Brands Corporation
jchang@changlawpllc.com

Eugene Chang on behalf of Creditor TKG Coffee Tree, L.P.
echang@steinlubin.com

Wm. Joseph A. Charboneau on behalf of Creditor McAllen ISD
jcharboneau@mglspc.com, aford@mglspc.com

Emily M. Charley on behalf of Creditor IGate Global Solutions, Limited
echarley@hansonbridgett.com

Sara L. Chenetz on behalf of Creditor Sony Pictures Entertainment Inc.
chenetz@blankrome.com

Dominic L. Chiariello on behalf of Creditor Donovan Dunwell
dc@chiariello.com

Charles W. Chotvacs on behalf of Creditor Bear Valley Road Partners LLC
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Anthony J. Cichello on behalf of Creditor Loop West, LLC, by its Managing Agent The Wilder Companies, Ltd.
acichello@kb-law.com

City of Newport News, Virginia
jdurant@nngov.com

Robert D. Clark on behalf of Creditor Douglas County, CO
rclark@douglas.co.us

Darrell William Clark on behalf of Creditor Waste Management, Inc.
dclark@stinson.com, cscott@stinson.com

James E. Clarke on behalf of Interested Party Bond-Circuit IX Delaware Business Trust
vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com

Tiffany Strelow Cobb on behalf of Creditor AOL LLC
tscobb@vorys.com, clpeck@vorys.com

Mindy D. Cohn on behalf of Creditor Visiontek Products, LLC
mcohn@winston.com

Andrew Lynch Cole on behalf of Interested Party Faber Bros., Inc.
acole@fandpnet.com

Ken Coleman on behalf of Interested Party Alvarez & Marsal Canada, ULC
Ken.Coleman@allenovery.com

Michael A. Condyles on behalf of Creditor Bank One Delaware, National Association n/k/a Chase Bank, USA
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com

Mark B. Conlan on behalf of Creditor Bond Circuit IV Delaware Business Trust
mconlan@gibbonslaw.com

Andrew S. Conway on behalf of Creditor Taubman Landlords
aconway@taubman.com

Eric C. Cotton on behalf of Creditor Developers Diversified Realty Corporation
hsmith@ddr.com

Robert K. Coulter on behalf of Creditor United States of America
robert.coulter@usdoj.gov, sharon.abbott@usdoj.gov;USAVAE.ALX.ECF.BANK@usdoj.gov

David H. Cox on behalf of Creditor 610 & San Felipe, Inc.
dcox@jackscamp.com, phaynes@jackscamp.com

Franklin R. Cragle on behalf of Creditor Ubisoft, Inc.
fcragle@hf-law.com

John M. Craig on behalf of Counter-Claimant Sun Builders Co.
johncraig@aol.com, russj4478@aol.com

Catherine Elizabeth Creely on behalf of Creditor CIM/Birch St., Inc.
ccreely@akingump.com

William C. Crenshaw on behalf of Creditor Gould Livermore LLC
bill.crenshaw@bryancave.com

Michael Callahan Crowley on behalf of Creditor White-Spunner Construction, Inc.
mcrowley@asm-law.com

Paul McCourt Curley on behalf of Creditor Carrollton Arms, LLC
pcurley@canfieldbaer.com, tchilders@canfieldbaer.com

Ryan C. Day on behalf of Creditor Schimenti Construction Company LLC
ryan.day@leclairryan.com

Jenelle Marie Dennis on behalf of Creditor Bear Valley Road Partners LLC
dennisj@ballardspahr.com, pollack@ballardspahr.com

Christopher M. Desiderio on behalf of Creditor Greystone Data Systems, Inc.
cdesiderio@nixonpeabody.com

Jaime Sue Dibble on behalf of Interested Party Garmin International, Inc.
jdibble@stinson.com, lbigus@stinson.com

David H. Dickieson on behalf of Defendant New Age Electronics, Inc., also known as New Age, Inc.
ddickieson@schertlerlaw.com, panos@craigmacauley.com;mdesmery@craigmacauley.com

Louis E. Dolan on behalf of Creditor California Self-Insurers' Security Fund
LDOLAN@nixonpeabody.com,
was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;cdesiderio@nixonpeabody.com;DPri

John T. Donelan on behalf of Defendant Best Vendors Management Co. Inc.
jtdlaw@verizon.net

Jennifer V. Doran on behalf of Creditor DeMatteo Management, Inc.
jdoran@haslaw.com, calirm@haslaw.com

Seth A. Drucker on behalf of Creditor McKinley, Inc.
sdrucker@honigman.com

Joseph M. DuRant on behalf of Creditor City of Newport News, Virginia
jdurant@nngov.com

Ronald G. Dunn on behalf of Creditor Savitri Cohen
bstasiak@gdwo.net

Sara B. Eagle on behalf of Creditor Pension Benefit Guaranty Corporation
eagle.sara@pbgc.gov, efile@pbgc.gov

David W. Earman on behalf of Defendant Petra Industries, Inc.
davidearman@courtsq.com

Carl A. Eason on behalf of Creditor The Columbus Dispatch
bankruptcy@wolriv.com

Robert C. Edmundson on behalf of Creditor Office of Attorney General, Pennsylvania Department of Revenue
redmundson@attorneygeneral.gov

Elizabeth A. Elam on behalf of Creditor City of Southlake, Texas
betsyelam@toase.com, wenditaylor@toase.com;lmares@toase.com;kkalos@toase.com

Tara L. Elgie on behalf of Creditor Schimenti Construction Company LLC
telgie@hunton.com

Kristin Elliott on behalf of Counter-Defendant Alfred Siegel
kelliott@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Bradford F. Englander on behalf of Creditor Alliance Entertainment Corporation
benglander@wtplaw.com, wbatres@wtplaw.com

Augustus C. Epps on behalf of Attorney Christian & Barton, L.L.P.
aepps@cblaw.com, lthompson@cblaw.com

David J. Ervin on behalf of Creditor Ashkenazy Management Corp.
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Belkys Escobar on behalf of Creditor County of Loudoun, VA
Belkys.Escobar@loudoun.gov, Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov

Michael P. Falzone on behalf of Creditor 502-12 86th Street LLC
mfalzone@hf-law.com, jbsmith@hf-law.com

John T. Farnum on behalf of Creditor Bell Microproducts, Inc.
farnumj@gtlaw.com

Oscar Baldwin Fears on behalf of Creditor Georgia Department of Revenue
bfears@law.ga.gov, jjacobs@law.ga.gov

Robert J. Feinstein on behalf of Creditor Committee Official Committee of Unsecured Creditors
rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com

John D. Fiero on behalf of Creditor Committee Official Committee of Unsecured Creditors
jfiero@pszjlaw.com

Scott D. Fink on behalf of Creditor The Plain Dealer
Bronationalecf@weltman.com

J. David Folds on behalf of Defendant Fabrik, Inc.
dfolds@mckennalong.com, sparson@mckennalong.com

Douglas M. Foley on behalf of Counter-Defendant Circuit City Stores, Inc.
dfoley@mcguirewoods.com

Christine McAteer Ford on behalf of Creditor Ada Alicea, on behalf of herself and all others similarly situated
cford@mdpcelaw.com

Gina M Fornario on behalf of Creditor California Self-Insurers' Security Fund
gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com

Jeremy S. Friedberg on behalf of Creditor Toshiba America Consumer Products, L.L.C.
jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@llff.com

Jeremy S. Friedberg on behalf of Creditor Toshiba America Information Systems, Inc.
jsf@llff.com, ecf@llff.com;gordon.young@llff.com

Mark J. Friedman on behalf of Attorney Mark Friedman
mark.friedman@dlapiper.com

Ellen A. Friedman on behalf of Creditor Hewlett Packard Company
efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com

Gary V. Fulghum on behalf of Creditor Hillson Electric Incorporated
gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com

Rand L. Gelber on behalf of Creditor Maricopa County Treasurer
RGelberMD@aol.com

Stephanie N. Gilbert on behalf of Defendant Eleets Logistics, Inc.
sgilbert@wilsav.com

S. Sadiq Gill on behalf of Defendant Journal Publishing Company dba Albuquerque Publishing Company
sgill@vanblk.com

Karen L. Gilman on behalf of Creditor Toys R Us - Delaware, Inc.
KGILMAN@WOLFFSAMSON.COM

Lawrence H. Glanzer on behalf of Creditor Citrus Park CC, LLC
glanzer@rlglegal.com, stephanie@rlglegal.com

Brad R. Godshall on behalf of Creditor Committee Official Committee of Unsecured Creditors
bgodshall@pszjlaw.com

Matthew A. Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Douglas R. Gonzales on behalf of Creditor City of Homestead, Florida
dgonzales@wsh-law.com

Anitra D. Goodman Royster on behalf of Creditor Connexion Technologies

anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com;raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com

Kimbell D. Gourley on behalf of Creditor Engineered Structures, Inc.
kgourley@idalaw.com, sprescott@idalaw.com

Jeffrey J. Graham on behalf of Creditor Greenwood Point, LP
jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com

Gregory D. Grant on behalf of Creditor S.M. Wilson & Company
ggrant@shulmanrogers.com, lsmith@shulmanrogers.com;THsu@shulmanrogers.com

William A. Gray on behalf of Creditor A.D.D. Holdings, L.P.
bgray@sandsanderson.com, kwalters@sandsanderson.com;rarrington@sandsanderson.com

Peter A. Greenburg on behalf of Creditor Premier Resources, LLC
pgreenburg@aol.com

Steven H. Greenfeld on behalf of Creditor Becker Trust LLC
steveng@cohenbaldinger.com, CBGLawBethesda@gmail.com

David A. Greer on behalf of Creditor Pan Am Equities
dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com

Elizabeth L. Gunn on behalf of Creditor Hewlett Packard Company
egunn@durrettecrump.com, sryan@durrettecrump.com;bberlauk@durrettecrump.com;dbbankruptcy@gmail.com

Richard E. Hagerty on behalf of Attorney Troutman Sanders LLP
richard.hagerty@troutmansanders.com, sharon.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.webne@troutmansanders.com

Jerry Lane Hall on behalf of Defendant NAMCO BANDAI Games America Inc.
jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com

Paula A. Hall on behalf of Defendant Stanecki Inc. d/b/a Don Lors Electronics
hall@bwst-law.com, marbury@bwst-law.com

Aaron L. Hammer on behalf of Creditor National Product Care Company
ahammer@freebornpeters.com

Gina Baker Hantel on behalf of Creditor Tennessee Department of Treasury-Unclaimed Property
agbankcal@ag.tn.gov

Jason William Harbour on behalf of Defendant Virgin Mobile USA, L.P.
jharbour@hunton.com

Michael E. Hastings on behalf of Creditor Eastern Security Corp.
michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com

Jonathan L. Hauser on behalf of Creditor ThomsonWest
jonathan.hauser@troutmansanders.com

David Emmett Hawkins on behalf of Creditor Archon Group, L.P.
dhawkins@velaw.com

Dion W. Hayes on behalf of Debtor Abbott Advertising Agency, Inc.
dhayes@mcguirewoods.com

Melissa S. Hayward on behalf of Creditor Home Depot USA, Inc.
mhayward@lockelord.com

Andrew H. Herrick on behalf of Creditor County of Albemarle
aherrick@albemarle.org

William Heuer on behalf of Transferee Korea Export Insurance Corporation
wheuer@duanemorris.com

Robert B. Hill on behalf of Creditor Columbia Plaza Joint Venture
kcummins@hillrainey.com

John E. Hilton on behalf of Creditor Thirty & 141, L.P.
jeh@carmodymacdonald.com, pjf@carmodymacdonald.com

Christopher Julian Hoctor on behalf of Defendant Moran Brown PC
choctor@gregkaplaw.com, nferenbach@gregkaplaw.com

Matthew E. Hoffman on behalf of Creditor Audiovox Corporation
mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com

David D. Hopper on behalf of Creditor Rio Associates Limited Partnership
ddhopper@chlhf.com, scilino@chlhf.com

Brian D. Huben on behalf of Creditor Cousins Properties Incorporated
brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;dustin.branch@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.carolo@kattenlaw.com

Lisa Taylor Hudson on behalf of Creditor A.D.D. Holdings, L.P.
lhudson@sandsanderson.com

F. Marion Hughes on behalf of Creditor CAP Brunswick, LLC
marion.hughes@smithmoorelaw.com

Jessica Regan Hughes on behalf of Interested Party AmCap Arborland LLC
jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com

Martha E. Hulley on behalf of Creditor Benenson Capital Company
martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

John T. Husk on behalf of Defendant Casco Corporation
johnhusk@aol.com, nre98@aol.com

Richard Iain Hutson on behalf of Creditor Caribbean Display & Construction, Inc.
rhutson@weinstocklegal.com

Alexander Xavier Jackins on behalf of Creditor Engineered Structures, Inc.
ajackins@seyfarth.com

Thomas Neal Jamerson on behalf of Creditor Galleria Plaza, Ltd.
tjamerson@hunton.com, tomjam2003@yahoo.com

Russell R. Johnson on behalf of Creditor Averatec/Trigem USA
russ4478@aol.com

Christopher A. Jones on behalf of Creditor Annapolis Plaza LLC
cajones@wtplaw.com, wbatres@wtplaw.com

Nathan Jones on behalf of Creditor US Debt Recovery III, LP
heather@usdrllc.com

Dexter D. Joyner on behalf of Creditor Pasadena Independent School District
caaustin@comcast.net

Gary M. Kaplan on behalf of Creditor ELL MCKEE LLC
gkaplan@fbm.com, calendar@fbm.com

Douglas D. Kappler on behalf of Creditor Watercress Associates, LP, LLP dba Pearlridge Center
dkappler@rdwlawcorp.com

Lawrence Allen Katz on behalf of Creditor Morgan Hill Retail Venture, LP
lakatz@venable.com

Adam K. Keith on behalf of Creditor The Marketplace of Rochester Hills Parcel B, LLC
akeith@honigman.com, tsable@honigman.com

Gerald P. Kennedy on behalf of Attorney Plaza Las Palmas, LLC
gerald.kennedy@procopio.com

Brian F. Kenney on behalf of Creditor 44 North Properties, LLC
bkenney@milesstockbridge.com

Erin Elizabeth Kessel on behalf of Creditor Cleveland Construction, Inc.
ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;canderson@spottsfain.com;jstern@spottsfain.com

Thomas G. King on behalf of Creditor Southland Acquisitions, LLC
tking@KreisEnderle.com, dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com

Jeffrey E. Klusmeier on behalf of Creditor Missouri Attorney General's Office
Jeff.Klusmeier@ago.mo.gov

Jennifer Larkin Kneeland on behalf of Defendant AMC
jkneeland@linowes-law.com, klevie@linowes-law.com;gduvall@linowes-law.com;aevert@linowes-law.com;jwright@linowes-law.com;Stemp@linowes-law.com

Travis A. Knobbe on behalf of Defendant Bulldog Rack Company
tknobbe@spilmanlaw.com, trjohnson@spilmanlaw.com

Kurt M. Kobiljak on behalf of Creditor City of Taylor Michigan
kkobi@aol.com

Michael S. Kogan on behalf of Creditor Ditan Distribution LLC
mkogan@ecjlaw.com, rfraire@ecjlaw.com

Jamie M. Konn on behalf of Defendant DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com

Charles Gideon Korrell on behalf of Creditor Hoprock Limonite, LLC
gkorrell@dl.com

Leonidas Koutsouftikis on behalf of Creditor Washington Real Estate Investment Trust
lkouts@magruderpc.com, mcook@magruderpc.com

Jason M. Krumbein on behalf of Creditor Jack Hernandez
jkrumbein@krumbeinlaw.com, mkrumbein@krumbeinlaw.com;a30156@yahoo.com;sdanielslaw@verizon.net

Darryl S. Laddin on behalf of Creditor Verizon Communications Inc.
bkrfilings@agg.com

Anne C. Lahren on behalf of Defendant KLAS, LLC
alahren@pendercoward.com

Kevin A. Lake on behalf of Creditor Alameda County Treasurer
klake@mcdonaldsutton.com

Benjamin Joseph Lambiotte on behalf of Defendant InFocus Corporation
blambiotte@gsblaw.com

John J. Lamoureux on behalf of Creditor Amore Construction Company
jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net

Ian S. Landsberg on behalf of Creditor Eagleridge Associates, LLC
ilandsberg@lm-lawyers.com

Jennifer Langan on behalf of Creditor Pennsylvania State Treasurer
jlangan@patreasury.org

David Wayne Lannetti on behalf of Defendant Belkin International Inc.
dlannetti@vanblk.com, kjerald@vanblk.com;drichards@vanblk.com

Garren Robert Laymon on behalf of Creditor Arlington ISD
glaymon@mglspc.com

Stephen E. Leach on behalf of Creditor Children's Discovery Centers of America, Inc.
sleach@ltblaw.com, ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com

Richard E. Lear on behalf of Creditor CapTech Ventures, Inc.
richard.lear@hklaw.com, kimi.odonnell@hklaw.com

Robert L. Lehane on behalf of Creditor AAC Management Corp.
rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Stephen K. Lehnardt on behalf of Creditor 3725 Airport Boulevard, LP
skleh@lehnardt-law.com

Justin D. Leonard on behalf of Creditor Andrews Electronics
jleonard@balljanik.com

Fredrick J. Levy on behalf of Creditor Bush Industries, Inc.
fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com

Dennis T. Lewandowski on behalf of Counter-Claimant JVC Americas Corp. a/k/a JVC Company of America, JVC Mobile Company of America, JVC U.S.A. and JVC Service
dtlewand@kaufcan.com

James V. Lombardi on behalf of Creditor AmREIT, a Texas real estate investment trust
jvlombardi@rossbanks.com

Henry Pollard Long on behalf of Creditor Cypress/CC Marion I, L.P.
hlong@hunton.com

John E. Lucian on behalf of Creditor Cellco Partnership d/b/a Verizon Wireless
lucian@blankrome.com

Donald K. Ludman on behalf of Creditor SAP Retail Inc. and Business Objects
dludman@brownconnery.com

Christine D. Lynch on behalf of Creditor E&A Northeast Limited Partnership
clynch@goulstonstorrs.com

Thomas Ryan Lynch on behalf of Defendant Griffin Technology
tlynch@babc.com

Andrew Edward Macfarlane on behalf of Creditor Sherwood America, Inc.
aem@aemlegal.com

Nicholas B Malito on behalf of Creditor Dollar Tree Stores, Inc.
nmalito@hgg.com

Curtis Gilbert Manchester on behalf of Defendant Energizer Battery, Inc.
cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;sharris@reedsmith.com;kklein@reedsmith.com

Robert M. Marino on behalf of Creditor Ryan, Inc. f/k/a Ryan & Company, Inc.
rmmarino@rpb-law.com, rmmarino1@aol.com

Joel T. Marker on behalf of Creditor Ammon Properties, LC
joel@mbt-law.com

Jeremy W. Martin on behalf of Creditor Escambia County Tax Collector
jeremymartin2007@gmail.com

Richard M. Maseles on behalf of Creditor Missouri Department of Revenue
edvaecf@dor.mo.gov

Gary E. Mason on behalf of Creditor Marlon Mondragon
gmason@masonlawdc.com

Lyndel A. Mason on behalf of Defendant Cypress/Spanish Fort I LP
L.Mason@chfirm.com, chps.ecfnotices@gmail.com

Bruce H. Matson on behalf of Creditor Bank of America, N.A., as Agent
bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

David McCall on behalf of Creditor City of Garland Tax Assessor/Collector
bankruptcy@ntexas-attorneys.com

Michael Keith McCrory on behalf of Creditor Klipsch, LLC
mmcrory@btlaw.com

Neil E. McCullagh on behalf of Creditor Casio, Inc.
nmccullagh@spottsfain.com,
jstern@spottsfain.com;eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.co

W. Clarkson McDow, Jr.
USTPRegion04.RH.ECF@usdoj.gov

David R. McFarlin on behalf of Creditor Alexander H Bobinski, as Trustee under Trust No. 1001
dmcfarlin@whmh.com, psmith@whmh.com

Annemarie G. McGavin on behalf of Creditor Dick's Sporting Goods, Inc.
annemarie.mcgavin@bipc.com

Frank F. McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Robert P. McIntosh on behalf of Creditor United States of America
Robert.McIntosh@usdoj.gov

Thomas John McIntosh on behalf of Defendant Nielsen Business Media Inc.
thomas.mcintosh@hklaw.com

John D. McIntyre on behalf of Creditor Carnegie Management and Development Corporation
jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;dpower@wmlawgroup.com;nfetzer@wmlawgroup.com

John G. McJunkin on behalf of Creditor 120 Orchard LLC
jmcjunkin@mckennalong.com, sparson@mckennalong.com

Joshua D. McKarcher on behalf of Defendant Broadridge Financial Solutions, Inc., aka Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka Broadridge Securities Processing Solutions, Inc.
jmckarcher@cov.com

Jennifer McLain McLemore on behalf of Attorney Hodgson Russ LLP
jmclemore@cblaw.com, avaughn@cblaw.com

Janet M. Meiburger on behalf of Creditor Ricmac Equities Corporation
admin@meiburgerlaw.com

Philip James Meitl on behalf of Creditor Berkadia Commercial Mortgage LLC
pj.meitl@bryancave.com, john.leininger@bryancave.com

Stephen A. Metz on behalf of Creditor Saul Holdings Limited Partnership
smetz@shulmanrogers.com

C. Christopher Meyer on behalf of Creditor Photoco, Inc.
cmeyer@ssd.com

Kalina Boyanova Miller on behalf of Creditor First Industrial Realty Trust, Inc.
kmiller@wileyrein.com, rours@wileyrein.com

Stephan William Milo on behalf of Creditor BISSELL Homecare, Inc.
smilo@wawlaw.com, hvanlear@wawlaw.com;jjohnson@wawlaw.com;rswann@wawlaw.com;;KRichman@wawlaw.com;wlevin@wawlaw.com

Luder F. Milton on behalf of Defendant Plasti-Cart, Inc.
lmilton@eckertseamans.com

Satchidananda Mims
smims21@hotmail.com

Robert Kenneth Minkoff on behalf of Creditor Jefferies Leveraged Credit Products, LLC
rminkoff@jefferies.com, mrichards@jefferies.com

Malcolm M. Mitchell on behalf of Creditor AOL LLC
mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

Byron Z. Moldo on behalf of Creditor Centre at 38th Street TIC, LLC
bmoldo@ecjlaw.com, tmelendez@ecjlaw.com

Joseph T. Moldovan on behalf of Creditor Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield
bankruptcy@morrisoncohen.com

Denise S. Mondell on behalf of Creditor State of Connecticut Department of Revenue Services
denise.mondell@ct.gov

Robert Field Moorman on behalf of Defendant Forsythe Solutions Group, Inc.
rmoorman@moormanlaw.com, robmoorman@comcast.net

Mindy A. Mora on behalf of Creditor Wells Fargo Bank, N.A.
mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com

Erika L. Morabito on behalf of Defendant COKeM International Ltd.
emorabito@pattonboggs.com

Valerie P. Morrison on behalf of Creditor Daly City Partners I, L.P
vmorrison@wileyrein.com, rours@wileyrein.com

Michael D. Mueller on behalf of Creditor Acadia Realty Limited Partnership
mmueller@cblaw.com, avaughn@cblaw.com

Mark X. Mullin on behalf of Creditor BB Fonds International 1 USA, L.P.
mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com

Mona M. Murphy on behalf of Creditor Bush Industries, Inc.
mona.murphy@akerman.com, crystal.gaymon@akerman.com

Stephen G. Murphy on behalf of Creditor Massachusetts Department of Revenue
Murphys@dor.state.ma.us

Anne C. Murphy on behalf of Creditor State of Wisconsin - Office of the State Treasurer
murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us

Thomas Francis Murphy on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com

Robert Ryland Musick on behalf of Creditor IGate Global Solutions, Limited
bmusick@t-mlaw.com, clobou@t-mlaw.com

James D. Newbold on behalf of Counter-Claimant State of Illinois Department of Revenue, through Brian Hamer, its Director
James.Newbold@illinois.gov

Steven H. Newman on behalf of Creditor 502-12 86th Street LLC
snewman@katskykorins.com

Kevin M. Newman on behalf of Creditor Cameron Bayonne, LLC
knewman@menterlaw.com

Troy N. Nichols on behalf of Creditor Modern Marketing Concepts, Inc.
lexbankruptcy@wyattfirm.com

Alan Michael Noskow on behalf of Creditor CC Plaza Joint Venture, LLP
anoskow@pattonboggs.com

Darlene M. Nowak on behalf of Creditor Giant Eagle, Inc.
nowak@marcus-shapira.com

Sean P. O'Brien on behalf of Creditor City of Avondale, Arizona
spobrien@gustlaw.com

Michael John O'Grady on behalf of Creditor Convergys Customer Management Group Inc.
mjogrady@fbtlaw.com, lbaker@fbtlaw.com;jbwells@fbtlaw.com

Tracey Michelle Ohm on behalf of Creditor Waste Management, Inc.
tohm@stinson.com, tmackey@stinson.com

Mary E. Olden on behalf of Creditor Colorado Structures, Inc. dba CSI Construction Co.
molden@mhalaw.com, akauba@mhalaw.com

Laura Otenti on behalf of Interested Party Salem Rockingham LLC
lotenti@pbl.com

Ronald Allen Page on behalf of Attorney Ronald Page
rpage@rpagelaw.com, rpage@rpagelaw.com

Justin F. Paget on behalf of Defendant Arkansas Democrat-Gazette, Inc.
jpaget@hunton.com

Craig M. Palik on behalf of Creditor Bond Circuit IV Delaware Business Trust
cpalik@yahoo.com, cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com

R. Chase Palmer on behalf of Creditor Dennis Morgan
cpalmerplf@gmail.com

Constantinos G. Panagopoulos on behalf of Creditor Centro Properties Group
cgp@ballardspahr.com

Min Park on behalf of Creditor Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc
mpark@cblh.com

Paul J. Pascuzzi on behalf of Creditor Belleville News-Democrat
ppascuzzi@ffwplaw.com

Bhavik Dalpat Patel on behalf of Defendant MCM Electronics, Inc.
bdp@macdowelllaw.com

Peter M. Pearl on behalf of Creditor PrattCenter, LLC
ppearl@sandsanderson.com

Frank T. Pepler on behalf of Creditor Morgan Hill Retail Venture, LP
fpepler@peplermastromonaco.com

Christopher L. Perkins on behalf of Attorney LeClair Ryan, A Professional Corporation
christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Rhett E. Petcher on behalf of Creditor Engineered Structures, Inc.
rpetcher@seyfarth.com

Loc Pfeiffer on behalf of Creditor Schottenstein Property Group, Inc.
loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com

Kimberly A. Pierro on behalf of Creditor CBL & Associates Management, Inc.
kimberly.pierro@kutakrock.com, sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com

David M. Poitras on behalf of Interested Party THQ, Inc.
dmp@jmbm.com

Jeffrey N. Pomerantz on behalf of Creditor Committee Official Committee of Unsecured Creditors
jpomerantz@pszjlaw.com

Courtney E. Pozmantier on behalf of Creditor Paramount Home Entertainment
cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com

Daniel M. Press on behalf of Defendant B.R. Fries & Associates, LLC
dpress@chung-press.com, pressdm@gmail.com

Daniel D. Prichard on behalf of Defendant Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman
dprichard@dowlohnes.com, kcornnell@dowlohnes.com

William Daniel Prince on behalf of Interested Party Advance Publications, Inc.
wprince@t-mlaw.com

Raymond Pring on behalf of Creditor Laura Scannell
rpring@grosspringlaw.com, rahurley@grosspringlaw.com;bchapman@grosspringlaw.com

Jeremy L. Pryor on behalf of Defendant Kelley Enterprises Inc.
jeremypryor@carrellrice.com

Julie Ann Quagliano on behalf of Creditor AT&T
quagliano@sfmlawfirm.com, harvell@sfmlawfirm.com

Albert F. Quintrall on behalf of Creditor Wayne-Dalton Corp.
a.quintrall@quintrall.com

John B. Raftery on behalf of Defendant Utopian Software Concepts, Inc., dba Alterthought
jraftery@offitkurman.com

Vivienne Rakowsky on behalf of Creditor Nevada Department of Taxation
vrakowsky@ag.nv.gov, dwright2@ag.nv.gov;tplotnick@ag.nv.gov

Andrew Rapp on behalf of Creditor Terranomics Crossroads Associates
arapp@wpblaw.com

Victoria A. Reardon on behalf of Creditor State of Michigan, Department of Treasury
reardonv@michigan.gov, jacksonst@michigan.gov

Michael Reed on behalf of Creditor City of Midland et al
othercourts@mvbalaw.com

Linda Dianne Regenhardt on behalf of Creditor D-Link Systems, Inc.
lregenhardt@baileygary.com, cmarchant@baileygary.com;mcollins@baileygary.com

Thomas W. Repczynski on behalf of Creditor Graphic Communications, Inc.
trepczynski@offitkurman.com, cdixon@offitkurman.com

Thomas David Rethage on behalf of Creditor EEOC'S
thomas.rethage@eeoc.gov

James W. Reynolds on behalf of Defendant Leggett & Platt, Inc., dba Beeline Group, a division of Leggett & Platt, Inc.
jim.reynolds@ofplaw.com

Kenneth R. Rhoad on behalf of Defendant Actionlink, LLC
krhoa@gebsmith.com

Matthew Righetti on behalf of Creditor Jack Hernandez
matt@righettilaw.com

Fred B. Ringel on behalf of Creditor F&M Properties, Inc.
fbr@robinsonbrog.com

Philip M. Roberts on behalf of Creditor CDB Falcon Sunland Plaza, LP
mroberts@bdlaw.org

Terri A. Roberts on behalf of Creditor Pima County
pcaocvbk@pcao.pima.gov

Henry Buswell Roberts on behalf of Defendant Homerun Holdings Corp., fka Wayne-Dalton Corporation
hbroberts@live.com, droberts1949@live.com

Wendy Michele Roenker on behalf of Creditor Treasurer City of Chesapeake
wroenker@cityofchesapeake.net

James H. Rollins on behalf of Creditor Plaza Las Americas, Inc.
jim.rollins@hklaw.com, avis.francis@hklaw.com

Martha E. Romero on behalf of Creditor California Taxing Authorities
romero@mromerolawfirm.com

Jeremy Brian Root on behalf of Creditor ACCO Brands Corporation
jroot@bklawva.com, tmartin@bklawva.com;wcasterlinejr@bklawva.com

Edward L. Rothberg on behalf of Creditor Circuit Sports, L.P.
rothberg@hooverslovacek.com, mayle@hooverslovacek.com

David R. Ruby on behalf of Creditor Holyoke Crossing Limited Partnership II
druby@mcsweeneycrump.com, bankruptcy@mcsweeneycrump.com;druby@ecf.epiqsystems.com;druby@mcsweeneycrump.com

David R. Ruby on behalf of Creditor SanDisk Corporation
druby@mcsweeneycrump.com, bankruptcy@mcsweeneycrump.com;druby@ecf.epiqsystems.com;druby@mcsweeneycrump.com

Michael F. Ruggio on behalf of Creditor MD-GSI Associates
mruggio@polsinelli.com

Eric Christopher Rusnak on behalf of Creditor Microsoft Corporation
eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com

Jeremy W. Ryan on behalf of Creditor FR E2 Property Holding, L.P.
jryan@saul.com

Denyse Sabagh on behalf of Creditor Audiovox Corporation
dsabagh@duanemorris.com

Travis Aaron Sabalewski on behalf of Creditor IKON Office Solutions, Inc.
tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com

Michael J. Sage on behalf of Creditor Pan Am Equities
msage@omm.com, kzeldman@omm.com

Rebecca L. Saitta on behalf of Creditor Bond C.C. I Delaware Business Trust
rsaitta@wileyrein.com, rours@wileyrein.com

D. Marc Sarata on behalf of Defendant Bush Industries Inc.
msarata@ltblaw.com, ndysart@ltblaw.com;sleach@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com

Troy Savenko on behalf of Creditor Ada Alicea, on behalf of herself and all others similarly situated
tsavenko@gregkaplaw.com, nferenbach@gregkaplaw.com

Jeffrey Scharf on behalf of Creditor City of Fredericksburg, VA
jeff@taxva.com, tacspc@gmail.com

Nancy R. Schlichting on behalf of Creditor Antor Media Corporation
nrs@lolawfirm.com, lginsberg@lolawfirm.com

Ann E. Schmitt on behalf of Attorney Ann Schmitt
aschmitt@culbert-schmitt.com

Paul Michael Schrader on behalf of Creditor ANG Newspapers
pschrader@fullertonlaw.com

James R. Schroll on behalf of Defendant CORMARK, Inc.
jschroll@beankinney.com, ncoton@beankinney.com

William H. Schwarzschild on behalf of Creditor DIRECTV, Inc.

tschwarz@williamsmullen.com

Douglas Scott on behalf of Creditor Interactive Toy Concepts, Inc
BankruptcyCounsel@gmail.com

Richard D. Scott on behalf of Defendant Contrarian Funds, LLC
richard@rscottlawoffice.com

Erick Frank Seamster on behalf of Creditor Unical Enterprises, Inc
eseamster@wallacepledger.com

Sheila L. Shadmand on behalf of Creditor Aiptek, Inc.
slshadmand@jonesday.com

Jeffrey M. Sherman on behalf of Creditor Central Investments, LLC
jsherman@jackscamp.com, emoyer@jackscamp.com;jtsikerdanos@jackscamp.com

Gilbert D. Sigala on behalf of Creditor John Batioff
sigalaw1@aol.com

Glenn H. Silver on behalf of Creditor CC Joilet Trust
ctbghs@aol.com

Kevin L. Sink on behalf of Creditor Glenmoor Limited Partnership
ksink@nichollscrampton.com

Leslie A. Skiba on behalf of Defendant Network Engineering Technologies, Inc.
lskiba@gregkaplaw.com, nferenbach@gregkaplaw.com

John Ronald Smith on behalf of Creditor Panasonic Corporation of North America
jrsmith@hunton.com

John C. Smith on behalf of Creditor Sennco Solutions, Inc.
jsmith@durrettecrump.com, sryan@durrettecrump.com;dbbankruptcy@gmail.com

Eric J. Snyder on behalf of Creditor Condan Enterprises LLC
esnyder@sillerwilk.com

Rhysa Griffith South on behalf of Creditor Henrico County, Virginia
sou06@co.henrico.va.us

Matthew V. Spero on behalf of Creditor CC-Investors 1995-6
matthew.spero@rivkin.com

David K. Spiro on behalf of Creditor US Debt Recovery III, LP
dspiro@hf-law.com, rmcburney@hf-law.com

Leonard E. Starr on behalf of Creditor Namsung America, Inc.
lstarr@Starr-Law.com, gadams@Starr-Law.com

Aryeh E. Stein on behalf of Creditor Annapolis Plaza LLC
astein@wtplaw.com

Richard F. Stein on behalf of Creditor Internal Revenue Service
richard.f.stein@irscounsel.treas.gov

Jonathan S. Storper on behalf of Creditor IGate Global Solutions, Limited
jstorper@hansonbridgett.com

Peter E. Strniste on behalf of Creditor Schimenti Construction Company LLC
pstrniste@rc.com, kcooper@rc.com

William Daniel Sullivan on behalf of Attorney William Sullivan
dsullivan@butzeltp.com

Lisa P. Sumner on behalf of Creditor Compass Group U.S.A. Inc.
lsumner@poyners.com, cjeckel@poyners.com

Jeffrey L. Tarkenton on behalf of Creditor Acer American Holdings Corp.
jtarkenton@wcsr.com, toross@wcsr.com;MDesgrosseilliers@wcsr.com

Lynn L. Tavenner (CC-A) on behalf of Plaintiff Alfred Siegel
ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com

Mark D. Taylor on behalf of Creditor Lenovo USA
mdtaylor@kilpatricktownsend.com

Robert D. Tepper on behalf of Creditor CP Management Corp. as agent for Orland Towne Center, L.L.C.
rtepper@sabt.com, pcoover@sabt.com

Roy M. Terry on behalf of Creditor Hewlett Packard Company
rterry@durrettecrump.com, sryan@durrettecrump.com;dbbankruptcy@gmail.com

Lucy L. Thomson
lthomson2@csc.com

Alison Ross Wickizer Toepp on behalf of Defendant Energizer Battery, Inc.
atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com

Dylan G. Trache on behalf of Counter-Claimant Envision Peripherals, Inc.
dtrache@wileyrein.com, rours@wileyrein.com

Khang V. Tran on behalf of Defendant Fox Television Stations, Inc.
khang.tran@hoganlovells.com

Suzanne J. Trowbridge on behalf of Creditor 601 Plaza LLC
sjt@goodwingoodwin.com

Ronald M. Tucker on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,antimm@simon.com

Robert B. Van Arsdale on behalf of U.S. Trustee W. McDow, Jr.
Robert.B.Van.Arsdale@usdoj.gov

John P. Van Beek on behalf of Creditor Sacco of Maine, LLC
jvanbeek@goldmanvanbeek.com, awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com

Christian K. Vogel on behalf of Creditor Schimenti Construction Company LLC
Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

Madeleine C. Wanslee on behalf of Interested Party Madeleine Wanslee
mwanslee@gustlaw.com, rstein@gustlaw.com

Gilbert Barnett Weisman on behalf of Creditor American Express Travel Related Services Co Inc Corp Card
notices@becket-lee.com

Mitchell B. Weitzman on behalf of Creditor Madison Waldorf, LLC
mweitzman@jackscamp.com, swatson@jackscamp.com

Arthur S. Weitzner on behalf of Transferee Donald Emerick
arthur@weitzner.com

H. Elizabeth Weller on behalf of Creditor Longview ISD
Dallas.Bankruptcy@publicans.com

Jennifer J. West on behalf of Creditor Coca-Cola Bottling Company Consolidated
jwest@spottsfain.com,
rchappell@spottsfain.com;kligon@spottsfain.com;jstern@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.c

Robert S. Westermann on behalf of Counter-Claimant Eastman Kodak Company
rwestermann@hf-law.com

David B. Wheeler on behalf of Creditor South Carolina Electric & Gas Company and Public Service of North Carolina
davidwheeler@mvalaw.com

Brenda M. Whinery on behalf of Creditor Windsail Properties
bwhinery@mcrazlaw.com

Reid Steven Whitten on behalf of Creditor LaSalle Bank National Association, as trustee for C1 Trust, acting by and through Midland Loan Services, Inc
rwhitten@fulbright.com

Nicholas W. Whittenburg on behalf of Creditor Cleveland Towne Center, LLC
nwhittenburg@millermartin.com, mcsmith@millermartin.com

Michael L. Wilhelm on behalf of Creditor Harry Hallaian
ECF@w2lg.com

Amy Pritchard Williams on behalf of Creditor Cobb Corners II, Limited Partnership
amy.williams@klgates.com, hailey.andresen@klgates.com

Walter Laurence Williams on behalf of Creditor Wayne VF LLC
walter.williams@wilsonelser.com

Jeremy S. Williams on behalf of Creditor Joe Evans
jeremy.williams@kutakrock.com

Thaddeus D. Wilson on behalf of Defendant Mitsubishi Electronics America, Inc.
thadwilson@kslaw.com, pwhite@kslaw.com

William A. Wood on behalf of Creditor Panattoni Development Company, Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
trey.wood@bgllp.com, chris.tillmanns@bgllp.com

Gordon S. Woodward on behalf of Creditor Commerce Technologies, Inc.
gwoodward@schnader.com

J. Christian Word on behalf of Liquidator Gordon Brothers Retail Partners, LLC
chefiling@lw.com;robert.klyman@lw.com

Richard S. Yarow on behalf of Defendant Edmond Henry fdba E. J. Henry
richard_yarow@yahoo.com

Hale Yazicioglu on behalf of Creditor AVR CPC Associates, LLC
hyazicioglu@jshllp.com

Martin J. Yeager on behalf of Creditor Loren Stocker
myeager@beankinney.com

Meredith Linn Yoder on behalf of Creditor Edwin Watts Golf Shops, LLC
myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com

Jonathan W. Young on behalf of Creditor ACCO Brands Corporation
young@wildman.com

Craig Benson Young on behalf of Creditor Cedar Development Ltd., a Florida Limited Partnership
craig.young@kutakrock.com, lynda.wood@kutakrock.com

German Yusufov on behalf of Creditor Pima County
pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov

Erica S. Zaron on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

Peter G. Zemanian on behalf of Creditor TiVo Inc.
pete@zemanianlaw.com

Sheila G. deLa Cruz on behalf of Creditor 502-12 86th Street LLC
sdelacruz@hf-law.com, jbsmith@hf-law.com

**08-35653-KRH Notice will not be electronically mailed to:**

19th Street Investors Inc.
,

2005-C1 Shoppes of Plantation Acres, LLC
c/o Mindy A. More & Jeffrey I. Snyder
14550 Brickwell Ave.
Suite 2500
Miami, FL 33131

444 Connecticut Avenue, LLC, Store #3690
,

553 Retail, LLC
,

99 Cents Only Stores
,

AA Home Services, LLC
570 Tresham Road
Columbus, OH 43230

Jean Abdallah
4855 Gouin Blvd West
Montreal Quebec H4J 189
Canada,

Julio C. Acosta on behalf of Creditor Acosta Strommen P.A
Acosta Strommen
301 Almeria Avenue
Suite 100
Coral Gables, FL 33134

Actiontec Electronics, Inc.
Attn: Irene Chen, Controller
760 North Mary Ave.
Sunnyvale, CA 94085

Active Media Services, Inc.
One Blue Hill Plaza
Pearl River, NY 10965

Joshua L. Adams
2045 Monaco St.
Flint, MI 48532

Patricia L. Adams
c/o Nancy A. Darling
713 E. Boston Street
Broekn Arrow, OK 74012

Scott L. Adkins on behalf of Creditor Dicker-Warmington Properties
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806

Jeff T. Agee
705 Dennison St.
Little Rock, AR 72201

Albert D, Phelps, Inc.
Agent for Yorkcon Prop., Inc.
401 Merritt 7
PO Box 5101
Norwalk, CT 06856

Michael Alexander
3313 Kensington Ave.
Richmond, VA 23221

Alief ISD, et al
,

Philip S. Allen
40454 Regatta Drive
Discovery Bay, CA 94505

Susan M. Allen
PO Box 1252
Ft. Belvoir, VA

Alliant Energy/WP &L
PO Box 3066
Cedar Rapids, IA 52406-3066

Jami C. Amarasinghe on behalf of Creditor Aaron Hornstra
Carman, Callahan & Ingram
266 Main Street
Farmingdale, NY 11735

Allan M. Anderson
345 E. 211 St.
Euclid, OH 44123

David M. Anderson
1415 26th St. W.
Bradenton, FL 34205

Kyra E. Andrassy on behalf of Creditor Western Digital Technologies, Inc.
Weiland, Golden. Smiley et al
Suite 950
650 Town Center Drive
Costa Mesa, CA 92626

Robert J. Appleby
14320 Winter Ridge Lane
Midlothian, VA 23113

Arlington ISD, et al.
,

James W. Atwood
1434 Canterbury Rd.
Front Royal, VA 22630

Juanita Atwood
1434 Canterbury Rd.
Front Royal, VA 22630

Audio Innovations Inc.
Attn: Francisco Moreno
133 N.E. 91st St.
Kansas City, MO 64155

Fred P. Baggett on behalf of Creditor City Of High Point
City of High Point
PO Box 10039
High Point, NC 27261-3039

Barry K. Baker on behalf of Creditor Jessee Perez
Bogin Munns & Munns, P.A.
924 Garfield Street
Melbourne, FL 32935

Dirley L. Ball
14029 Rockbasket Place
Chester, VA 23836

Frank E. Ballard on behalf of Creditor Clark County Treasurer
Clark County Treasurer

425 East 7th St.
Jeffersonville, IN 47130

Baltimore County Maryland
c/o Adam M. Rosenblatt
400 Washington Ave
Towson, MD 21204

Baltimore Gas and Electric Company

,

Elizabeth Banda on behalf of Creditor City of Cedar Hill, Burleson ISD, Arlington ISD
Perdue, Brandon, Fielder, Collins & Mott
4025 Woodland Park Blvd Suite 300
Arlington, TX 76013

Bangor Daily News d/b/a Bangor Publishing Company
c/o Thomas K. Stewart
P.O. Box 1329
491 Main Street
Bangor, MA 04402-1329

Dino Bazdar
11470 W. Irving St.
Boise, ID 83713

Michael Beam
5227 Scotsglen Drive
Glen Allen, VA 23059

Patricia A. Bean
11734 Chisholm Trail
Victorville, CA 92392-9277

Andria M. Beckham on behalf of Creditor Expesite, LLC
Bricker & Eckler, LLP
100 South Third Street
Columbus, OH 43215

Bell Canada and 4458729 Canada, Inc
c/o Virginia Robinson
Greenberg Traurig LLP
1750 Tysons Boulevard, Suite 1200
McLean, VA 22102

Andrew F. Belovich
6140 NW 60th Ave.
Parkland, FL 33067

Craig Bender
457 East Water St.
Hughesville, PA 17737

Darren W. Bentley on behalf of Creditor SEA Properties 1, LLC
Clement & Wheatley
P.O. Box 8200
Danville, VA 24543-8200

George T. Bentzen
127 Via De La Reina
Merritt Island, FL 32953-2426

Cynda Ann Berger
1525 Crawford Wood Drive
Midlothian, VA 23114

Scott & Barb Bergman
410 S. Joliet St.
Kennewick,, WA 99336

David S. Berman
Riemer & Braunstein, LLP
Three Center Plaza
6th Floor
Boston, MA 02108

David S. Berman on behalf of Creditor Bank of America, N.A., as Agent
Riemer & Braunstein
Three Center Plaza, 6th Floor
Boston, MA 02108

Bruce H. Besanko

,

Bruce H. Besanko

191 Farmington Road
Longmeadow, MA 01106

Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233

Jason L. Binkley
3091 Verona Caney Rd.
Lewisburg, TN 37091

C. B. Blackard on behalf of Creditor ACXIOM CORPORATION
301 E. Dave Ward Drive
PO Box 2000
Conway, AR 72033-2000

Brenda Blackshear
102 Anita Ln.
Longview, TX 75603

James C. Blair
1921 Whitelake Dr.
Fredericksburg, VA 22407

Jim Blakesley
64 4th St. NW
Aitkin, MN

Marsha Blanchette
118 SW Merrimack Place
Lake City, FL 320221

Blue Heron Micro Opportunities Fund, LLP
P.O. Box 14610
Surfside Beach, SC 29587

Charlotte P. Bodell on behalf of Defendant DayMen U.S., Inc. d/b/a Lowepro USA
Sullivan & Worcester
One Post Office Square
Boston, MA 02109

Michael Boger
22 Carteret Rd.
Hopatcong, NJ 07843

Sheryl A. Borger
31654 Lynne Drive
Rockwood, MI 48173

Joshua G. Bowden
3909 Zingara Rd.
Conyers, GA 30012

Greg H. Bower on behalf of Creditor Ada County Assessor's Office
Ada County Prosecuting Attorney
200 W. Front Street, Room 3191
Boise, ID 83702

Connie Y. Boyer
11909 Rutgers Drive
Richmond, VA 23233

Thomas C. Bradley
,

Thomas C. Bradley
PO Box 194
Clayton, DE 19938

Richard E Braun on behalf of Creditor State of Wisconsin - Office of the State Treasurer
Wisconsin Department OF Justice
PO Box 7857
Madison, WI 53707

Alan L. Briggs on behalf of Defendant American Systems Corporation
Squire Sanders & Dempsey LLP
1201 Pennsylvania Ave. N.W.
Washington, DC 20004

John M. Brom on behalf of Creditor Committee Official Committee of Unsecured Creditors
Querrey & Harrow, Ltd.
,

Scott N. Brown on behalf of Creditor Hamilton County, Tennessee
801 Broad St., Sixth Floor

PO Box 1749
Chattanooga, TN 37401-1749

Ronald K. Brown on behalf of Creditor Pacific Castle Groves, LLC
Law Offices of Ronald K. Brown, Jr.
901 Dove Street, Suite 120
Newport Beach, CA

Amy D. Brown on behalf of Defendant PTR Baler & Compactor Company, a/k/a PTR Compactor & Baler Co.
Margolis Edelstein
750 Shipyard Drive
Suite 102
Wilmington, DE 19801

Robert E. Bruce
1791 Hwy 101 N
Greer, SC 29651

Kisha T. Buchanan
523 Joe B. Jackson Pkwy
Murfreesboro, TN 37127

Cynthia D. Bucher
14360 N. Hwy 6
Valley Mills, TX 76689

Karen L. Buckley
7615 Mineral Spring Ct.
Springfield, VA 22153

Laura L. Buckley on behalf of Creditor Diane Granito
HIGGS,FLETCHER & MACK LLP
401 West A Street
Suite 2600
San Diego, CA 92101

SAlly J. Buemi on behalf of Creditor Mary LoPresti
270 Quinnipiac Ave.
North Haven, CT 06473

Bureau Veritas Consumer Product Services
100 Northpointe Pkwy
Buffalo, NY 14228

James Winston Burke on behalf of Defendant MiTAC Digital Corporation, individually and including in its capacity as successor to Magellan Navigation, Inc.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC 20005

Kirk B. Burkley on behalf of Creditor Duquesne Light Company
Bernstein Law Firm, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Burleson ISD
,

Betsy Johnson Burn on behalf of Creditor Myrtle Beach Farms Co., Inc.
PO Box 11070(29211-1070)
Columbia, SC 29201

Lawrence S. Burnat on behalf of Creditor Turner Broadcasting System, Inc.
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309

George H. Burns
11110 Woodmeadow Parkway
# 1405
Dallas, TX 75228

Patty Burrell
Suite 1-B
2070 Silverside Drive
Bston Rouge, LA 70808

David Byrnes on behalf of Creditor National Retail Properties, Inc.
450 South Orange Ave.
Suite 900
Orlando, FL 32801

C & A Consulting
Attn: Alicia Miranda
5125 Belle Dr.

Metairie, LA 70006

CI West Mason Street, LLC, a Wisconsin Limited Liabitliy Company
Bilzin Sumberg Baena Price & Axelrod, LL
200 Couth Biscayne Blvd
Suite 2500
Miami, FL 33131

CC Indianapolis 98, CC Jackson 98, CC Harper Woods 98, CC Green Bay 98, CC East Lansing 98
c/o Deborah H. Devan, Esquire
One South Street, 27th Floor
Baltimore, MD 21202-3282

CC Kingsport 98, LLC

CCMS 2005-CD1 LYCOMING MALL CIRCLE LIMITED PARTNERSHIP
Bilzin Sumberg Baena Price & Axelrod
c/o Mindy Mora
200 South Biscayne Blvd
Suite 2500
Miami, FL 33131

CMAT 1992-C2 MOLLER ROAD LLC
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd
Suite 2500
Miami, FL 33131

CMAT 1999-C1 GRAND RIVER AVENUE LLC
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd
Suite 2500
Miami, FL 33131

CMAT 1999-C2 Bustleton Avenue Limited Partnership
Bilzin Suimberg Baena Price & Axelrod LL
c/o Mindy Mora
200 South Biscayne Blvd. # 2500
Miami, FL 33131

CMAT 1999-C2 EMPORIUM DRIVE LLC
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Discayne Blvd
Suite 2500
Miami, FL 33131

CMAT 1999-C2 LAWENCE ROAD , LLC
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd
Suite 2500
Miami, FL 33131

CMAT 1999-C2 Lawence Road, LLC
Bilzin Sumberg Baena Price & Axelrod
c/o Mindy Mora
200 South Biscayne Blvd. # 2500
Miami, FL 33131

CMAT 1999-C2 RIDGELAND RETAIL, LLC
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd
Suite 2500
Miami, FL 33131

CMAT 1999-C3 BUSTLETON AVENUE LIMITED PARTNERSHIP
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd
Suite 2500
Miami, FL 33131

CMAT 1999-CI KELLY ROAD, LLC
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd
Suite 2500
Miami, FL 33131

COFAL Partners, L.P
,

CT
,

CT Coproration
1209 Orange Street

Wilmington, DE 19801

CT Corporation
1209 Orange Street
Wilmington, DE 19801

CT Corporation
1209 Orange Street
Wilmington, DE 19801

David J. Cacciotti
9812 Fernleigh Dr.
Richmond, VA 23235

Garbiela P. Cacuci on behalf of Creditor The City of New York
Corp. Counsel of the City of New york
100 Church St.
Room 5-223
New York, NY 10007

Timothy P. Cairns on behalf of Interested Party Source Interlink Companies, Inc.
Pachulski Stang Ziehl et al
919 North Market St., 17th FL
PO Box 8705
Wilmington, DE 19899-8705

Christopher A. Camardello on behalf of Creditor CC Plaza Joint Venture, LLP
Winthrop & Weinstine, PA
225 South Sixth Street
Suite 3500
Mimmeapolis, MN 55402

JAmes A. Cameron
PO Box
Costa Mesa, CA 92628-3751

Maria Teresa Cameron
PO Box 3751
Costa Mesa, CA 92628-3751

Craig Dean Campbell
1856 Colt Drive
Atlanta, GA 30341

Marilyn N. Campbell
9 Hastings Dr.
Victor, ID 83455

Christi M. Carrano on behalf of Creditor William Foster
270 Quinnipiac Avenue
North Haven, CT 06473

Carriage Crossing Market Place LLC

,

Carroll ISD

,

Scott P. Carroll on behalf of Creditor Alliance-Rocky Mount LLC
Carroll & Carroll, P.L.L.C.
Suite 440
831 East Morehead Street
Charlotte, NC 28202

Meegan B. Casey on behalf of Creditor Bank of America, N.A., as Agent
Riemer & Branustein, LLP
Three Center Plaza
6th Floor
Boston, MA 02108

Linda H. Castle
5601 Hunters Glen Drive
Glen Allen, VA 23059

David Cates
1075 Chalcedony St., Apt. G
San Diego, CA 92109

Roderick A. J. Cavanagh on behalf of Creditor Geraldine Spink
148 Main Street
Wakefield, RI 02879

William B. Cave on behalf of Creditor P.R. Mechanical, Inc.
Hopson, Habenicht & Cave
5601 Ironbridge Parkway, 102

Chester, VA 23831

Cecil M. Booker Family Trust
c/o Betty B. Dame
PO Box 953
Gloucester, VA 23061

Mark J. Cerrato on behalf of Creditor Town of Enfield Connecticut
820 Enfield Street
Enfield, CT 06082

Niccole Cervanyk
,

Charleston Newspapers
PO Box 3942
Charleston, WV 25339

Sie Ling Chiang
13503 Point Pleasant Dr.
Chantilly, VA 20151

Craig C. Chiang on behalf of Creditor Premier Retail Networks, Inc
Buchalter, Nemer, Fields & Younger
333 Market Street 25th Floor
San Francisco, CA 94105-2130

Shawn M. Christianson on behalf of Creditor Oracle USA, Inc.
Buchalter, Nemer, Fields & Younger
333 Market St. 25th Floor
San Francisco, CA 94105-2130

Circuit City Stores, Inc.
,

Circuit City Stores, Inc. Liquidating Trust
,

City Electronics Ltd.
Unit A 6F Wider Industrial
58 Tsun Yip Street
Kwun Tong Kowloon,

City of Colorado Springs
,

City of Coral Springs
Sherry Whitacre, Esq.
9551 West Sample Road
Coral Springs, FL 33065

City of New York Department of Finance
345 Adams Street
Brooklyn, NY 11201

City of New York Dept of Finance
345 Adams Street
Brooklyn, NY 11201

City of Overland Park, Kansas
Attn: Law Dept.
8500 Santa Fe Drive
Overland Park, KS 66212

City of Wichita Falls
,

LeGrand L. Clark on behalf of Creditor Indiana Department of Revenue
302 West Washington St.
Indiana Government Center South
Fifth Floor
Indianapolis, IN 46204-2770

Classic Tech Development Ltd
HSBC BANK USA NA
VonWin
Dept CH 16354
Palatine, IL 60055

Clean Carton Co., Inc.
,

Clear Creek ISD
,

Cobra Electronics, a Delaware Corporation
6500 West Cortland
Chicago, IL 60008

Regina J. Cody
8406 Snowden Oaks Place
Laurel, MD 20708

Coface North America, Inc.
c/o Amy Schmidt
50 Millstone Road
Bldg 100
Suite 360
East Windsor, NJ 08520-1414

Jeffrey Cohen on behalf of Creditor Shopping.com, Inc.
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798

Cohesion Products, Inc
c/o Receivable Management Services
PO Box 5126
Timonium, MD 21094

Cohesion Products, Inc.
c/o RMS
307 International Circle, Suite 270
Hunt Valley, MD 21030

Columbia Gas of Massachusetts
2025 Roosevelt Ave.
PO Box 2025
Springfield, MA 01102-2025

Christopher Combest on behalf of Creditor Bedford Properties, L.L.C.
Suite 3700
500 West Madison St.
Chicago, IL 60661

Robert Conat
313 Spinnaker
Lansing, MI 48917

Mark B. Conlan on behalf of Creditor Bond-Circuit IV Delaware Business Trust
One Gateway Center
Newark, NJ 07102-5310

Mark B. Conlan on behalf of Creditor CC Hamburg NY Partners, LLC
One Gateway Center
Newwark, NJ 07102-5310

Thomas A. Connop on behalf of Defendant Parago Promotional Services, Inc
Locke Lord Bissell & Liddell
2200 Ross Avenue
Suite 2200
Dallas, TX 75201

Consumer Vision
2110 Ute Ct.
Estes Park, CO 80517

Consumer Vision, LLC

Consumer Vision, LLC
HSBC Bank USA NA
VonWin
Dept CH 16354
Palatine, IL 60055

Contrarian Capital Management, LLC
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830

Contrarian Funds, LLC
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830

Carole Cook
5 Sycoamore Dr.
Florence, KY 41042

David V. Cooke on behalf of Creditor City and County of Denver
Municipal Operations

201 West Colfax Ave.
Dept. 1207
Denver, CO 80202-5332

Bradley S. Copeland on behalf of Creditor Washington Green TIC
PO Box 1758
Eugene, OR 97440-1758

Eric Soderlund Corre Opportunities Fund, L.P.
1370 Avenue of the Americas
29th Floor
New York, NY 10019

County of Kern, State of California
c/o Treasurer/Tax Collector's Office
Attn: Angelica Leon
PO Box 579
Bakersfield, CA 93302-0579

County of Merced, California
c/o Karen D. Adams
2222 M. Street
Merced, CA 95340

Karen L. Craig
4409 Player Road
Corona, CA 92883

Crane-Snead & Associates, Inc.
4914 Fitzhugh Ave, Ste 203
Richmond, VA 23230-3435

David W. Cranshaw on behalf of Creditor Industriaplex, Inc.
Morris Manning & Martin LLP
1600 Atlanta Financial Center
3343 Peachtree Rd., N.E.
Atlanta, GA 30326

Credit Suisse International
11 Madison Avenue, 5th Floor
New York, NY 10010

Credit Suisse Loan Funding LLC
11 Madison Avenue
5th Floor
New York, NY 10010

Ann K. Crenshaw on behalf of Creditor CC Grand Junction Investors 1998, LLC
Kaufman & Canoles, P.C.
2100 Parks Avenue, Suite 700
Virginia Beach, VA 23451

Christopher N. Crowe
2117 Hanover Ave.
Richmond, VA 23220

Michael Cullen
22 Gloucester Court
Newington, CT 06111

Michael Cullen
22 Gloucester Ct
Newington, CT 06111

Gary H. Cunningham on behalf of Creditor Carrollton Arms, LLC
Giarmarco Mullins & Horton
101 W. Big Beaver Rd
Floor 10
Troy, MI 48084

Cyber Power Systems
c/o John Stahler
4241 12th Ave. East
Suite 400
Shakopee, MN 55379

H. Slayton Dabney on behalf of Creditor Applied Predictive Technologies, Inc.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Jon L.R. Dalberg on behalf of Creditor Warner Home Video
Landau Gottfried & Berger
1801 Century Park East
Suite 1460

Los Angeles, CA 90067

Richard Daly
8621 Basswood Rd. No. 33
Eden Prarie, MN 55344

Thomas W. Daniels on behalf of Creditor Greece Ridge, LLC
Wilmorite Management Group, LLC
1265 Scottsville, Road
Rochester, NY 14624

Douglas Daniluk
4112 Evershot Drive
Midlothian, VA 23112

Michael J. Darlow on behalf of Creditor Brazoria County Tax Office
Perdue Brandon Fielder et al
Ste. 600
1235 North Loop West
Houston, TX 77008

Shahnaz Dastanpour
PO Box 161
Lake Forest, CA 92609

Cheryl Daves
8601 E. Old Spanish Trl 320
Tucson, AZ 85710

Bruce Davis
76 Webwood Circle
Rochester, NY 14626

Sarah Davis on behalf of Creditor Brownsville Independent School District
Beirne Maynard & Parsons LLP
Suite 4400
1700 Pacific Ave.
Dallas, TX 75201

John H. Davis-El
4709 Three Oaks Rd.
Pikesville, MD 21208

Mark J. DeCicco on behalf of Creditor Yu-Liang Lei
Sackstein Sackstein & Lee, LLP
1140 Franklin Ave., Ste. 210
Garden City, NY 11530

Weston Deese
c/o Tina Deese
3315 Heights Ravenna Rd.
Muskegon, MI 49444

Angela B. Degeyter on behalf of Creditor Archon Group, L.P.
Vinson & Elkins LLP
2001 Ross Ave. Suite 3700
Dallas, TX 75201-2975

Michael Deitch on behalf of Creditor 1890 Ranch, Ltd.
Law Offices of Michael Deitch
800 Rio Grande
Austin, TX 78701

Alisa Nunno Di Chiara on behalf of Creditor James Fouskey
45 Essex St., Ste. 201
Hackensack, NJ 07601

John P. Dillman on behalf of Creditor Cypress-Fairbanks ISD
Linebarge Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253

Normand C. Dionne
268 Bartlett St., Unit 2
Manchester, NH 03102

Caroline R. Djang on behalf of Creditor THQ, Inc.
Jeffer Mangels Butler et al
Seventh Floor
1900 Avenue of the Stars
Los Angeles, CA 90067

Douglas County Treasurer, Colorado
Office of the County Attorney Douglas Co
100 Third Street

Castle Rock, CO 80104

J. Scott Douglass on behalf of Creditor J. Douglass
909 Fannin, Ste. 1800
Houston, TX 77010

Dover Master Fund II, L.P., c/o Longacre Management, LLC
810 Seventh Avenue, 33rd Floor
New York, NY 10019

Adam Drake
4349 Wilcot Drive
Midlothian, VA 23113

Steven Draxler
2322 Pocono Ct.
De Pere, WI 54115

Kenneth R. Duda
747 Twin Leaf Drive
Collierville, TN 38017

Glenn Cordell Duncan
4750 Old Military Rd.
Theodore, AL 36582

E-Z Spread n' Lift
1815 Buck Road
Feasterville, PA 19053

David E. Eash
221 N. Wall
# 500
Spokane, WA 99201

David E. Eash on behalf of Creditor William Butler
221 N. Wall
# 500
Spokane, WA 99201

Easley, McCaleb & Associates, Inc.
Attn: Darwin Embser, VP
Suite 755
3980 DeKalb Technology Pkwy
Atlanta, GA 30340

Victoria L. Eastwood
3919 Southwinds Place
Glen Allen, VA 23059

Robert L. Eisenbach on behalf of Creditor Monster, LLC
Cooley Godward Kronish LLP
101 California St. 5th Floor
San Francisco, VA 94111-5800

Emery El Habiby on behalf of Creditor Los Angeles County Treasurer & Tax Collector
Los Angeles County Treasurer & Tax Coll.
648 Kenneth Hahn Hall of Administration
500 West Temple St.
Los Angeles, CA 90012-2713

Edwin Ellis
3050 Airhaven St.
Dallas, TX 75229

Lyle Alonso Epps
12412 East 207th Street
Lakewood, CA 90715

Tony F. Esposito
76 Coquina Ridge Way
Ormond Beach, FL 32174-1816

Curtis L Etheridge
916 Benefit Rd
Chesapeake, VA 23322

William J. Factor on behalf of Interested Party Arboretum of South Barrington, LLC
Seyfarth Shaw LLP
131 S. Dearborn St. Suite 2400
Chicago, IL 60603

Dean Farmer on behalf of Creditor Knoxville Utilities Board
Hodges, Doughty & Carson
617 Main St.

Knoxville, TN 37901

Thomas J. Farrell on behalf of Creditor Salamander Designs
Levy & Droney, P.C.
274 Silas Deane Highway
Wethersfield, CT 06109

Anne B. Fath
9608 Gaslight Place
Richmond, VA 23229

Johnny L. Ferguson
,

Amy Fisa
410 Roosevelt Ave.
Lindenwold, NJ 08021

James C. Fields
9 Highland Road
Henrico, VA 23229-8503

Melanie J. Finch
22056 Gilmore Street
Woodland Hills, CA 91364-2338

First Baptist Church of Sunrise
Rev. Amos N. Farquharson, Pastor
6401 Sunset Strip
Sunrise, FL 33313

Denise K. Fisher
2479 Oleander Circle
Jamison, PA 18929

Florence County
Treasurer's Off/Deliquent Tax
180 North Irby St. MSCTT
Florence, SC 29501

Florida Power & Light Company
,

Thomas L. Flynn on behalf of Creditor Grubb & Ellis Mid America PAC
Belin Lamson McCormick Zumbach Flynn
The Financial Center
666 Walnut Street, Ste 2000
Des Moines, IA 50309-3989

Forecast Danbury Limited Partnership
c/o Forest Property Management
19 Needham Street
Newton, MA 02161

Fort Bend ISD
,

Fort Bend LID 2
,

Fort Worth ISD
,

Matthew D. Fortney on behalf of Transferee Bank of America, NA (trustee)
Quarles & Brady LLP
PO Box 2113
Madison, WI 53701-2113

Matthew D. Fortney on behalf of Transferee Bank of America, NA (trustee)
Quarles & Brady LLP
PO Box 2113
Madison, WI 53701-2113

Matthew D. Foster on behalf of Defendant SVG Distribution
Pepper Hamilton LLP
600 Fourteenth St. N.W.
Washington, DC 20005

Four Star International Trade
c/o Wendy M. Mead
11 Pleasant Street
Ste 30
Worcester, MA 01609

Thomas Fox

47 Bridgewater Rd.
New Milford, CT 06776

Marian B. Frauenglass
105 Brian Drive
Warner Robins, GA 31088

Ian S. Fredericks on behalf of Debtor Circuit City Stores, Inc.
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

Ian S. Fredericks on behalf of Defendant Circuit City Stores, Inc.
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

J. Bennett Friedman on behalf of Creditor Amargosa Palmdale Investments, LLC
Hamburg, Karic, Edwards & Martin, LLP
1900 Ave. of the stars
Suite 1800
Los Angeles, CA 90067

Fuji
Fujifilm USA, Inc.
HSBC Bank USA NA
VonWin
Dept CH 16354
Chicago, IL 60055

Fujitsu Ten Corp. of America
Attn: Eiko Kubota-Cywinski
19600 S. Vermont Ave.
Torrance, CA 90502

Gregg M. Galardi on behalf of Debtor Circuit City Stores, Inc.
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

Galena Park ISD
,

Herman Gallati
2086 Fir Street
Wantagh, NY 11793

Marion Gallati
2086 Fir Street
Wantagh, NY 11793

Kathleen B. Galloto on behalf of Creditor Benton County Treasurer
Benton County Prosecuting Attorney
7122 W. Okanogan Place
Bldg A
Kennewick, WA 99336

Gamergraffix
Attn: Anne Marie Gleason
400 Harris Ave.
Providence, RI 02909

Naomi Gant
57 East Wyck Rd
Decatur, GA 30032

Jose A. Garcia
807 64th Ave., Dr. E
Bradenton, FL 34203

Garmin International, Inc.
,

Mary A. Garza
3306 Fendall Ave.
Richmond, VA 23222

Ismay Gayle
1242 Summerstone Trace
Austell, GA 30168

Howard Gershman on behalf of Creditor Retail MDS, Inc.

Gershman Law Offices, PC
610 York Rd., Ste. 200
Jenkintown, PA 19046

Kenneth Giacone
502 Palm Court
Crystal Lake, IL 60014

Christopher E. Gibson
33 Legend Creek Terrace
Douglasville, GA 30134

Thomas Gibson
66 Athens St.
San Francisco, CA 94112

Terry M. Giebelstein on behalf of Defendant Lee Enterprises, Incorporated d/b/a North County Times
Lane & Waterman
220 N. Main St., Ste. 600
Davenport, IA 52801-1987

Melissa Michelle Gillard
9255 Tamarack Ave.
Sun Valley, CA 91352

Sean Gilligan on behalf of Defendant ContextWeb, Inc.
Gesmer Updegrove LLP
40 Broad Street
Boston, MA 02109

Barbara Gillis
340 Pinetree Drive
Indialantic, FL 32903

Patricia C. Giordano
760 Durham Road
Pineville, PA 18946

Julia M. Given
432 Ednam Drive
Charlottesville, NC 22903

Margaret L. Given
c/o Julia M. Given
432 Ednam Drive
Charlottesville, VA 22903

Anthony Givens
6008 Hope Dr.
Temple Hills, MD 20748

Barry S. Glaser on behalf of Creditor Sonoma County Tax Collector
333 S. Hope St.
36th Floor
Los Angeles, CA 90071

Charlotte E. Glinka on behalf of Creditor James Rollins
Keches Law Group, P.C.
122 Dean Street
Taunton, MA 02780

Ivan M. Gold on behalf of Creditor Bear Valley Road Partners LLC
.

Eric D. Goldberg on behalf of Creditor Sirius XM Radio, Inc
Stutman, Treister & Glatt, P.C.
1901 Ave of the Stars-12th Floor
Los Angeles, CA 90067

Alvin S. Goldstein on behalf of Creditor ADT Security Services, Inc.
Furr and Cohen, P.A.
2255 Glades Road
Suite 337W
Boca Rotan, FL 33431

Michael D. Goode
4537 Mockingbird Lane
Maiden, NC 28650

Stuart I. Gordon on behalf of Creditor CC-Investors 1995-6
Rivkin Radler LLP
926 RXR Plaza
Uniondale, NY 11556-0926

Harry G. Gordon on behalf of Defendant The Decal Source Inc.

Gordon Law Offices
Foundation Place, Suite 300
Greensboro, NC 27401

William Gower
,

Gary S. Graifman on behalf of Plaintiff Marlon Mondragon
Kantrowitz, Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977

Rachel N. Greenberger on behalf of Creditor Dollar Tree Stores, Inc.
,

Peter M. Gresens
14306 Post Mill Drive
Midlothian, VA 23113

William Grimes
4412 Gulf Ave.
Midland, TX 79707

Pauline B. Griskey
88 Pine Grove Ave.
Summit, NJ 07901

Richard G. Griskey
88 Pine Grove Avenue
Summit, NJ 07901

Kelli A. Groneck
5202 Highberry Woods Rd.
Midlothian, VA 23112

Harry B. Gross
206 N. Pacific
Hutchins, TX 75141

Tara L. Grundemeier on behalf of Creditor Harris County Toll Road Authority
Linbarger,Goggan, Blair & Sampson
PO Box 3064
Houston, TX 77253-3064

Peter Gurfein on behalf of Creditor CIM/Birch St., Inc.
Landau Gottfried & Berger
1801 Century Park East
Suite 1460
Los Angeles, CA 90067

Hain Capital Group, LLC
301 Route !7 N
7th Floor
Rutherford, NJ 07070

Hain Capital Holdings, LLC
301 Route 17 North
7th Floor
Rutherford, NJ 07070

Cyndi Ann Haines
831 Sarah Drive
Decatar, IL 62526

William Hale
120 Dali Ct
Wardnsburg, WV 25403

Brian P. Hall on behalf of Creditor Lexington Lion Weston I LP
Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592

Gilbert L. Hamberg on behalf of Creditor Brownsville Public Utilities Board
1038 Darby Drive
Yardley, PA 19067-4519

Jeanne Hamby
8406 Dell Ray Drive
Mechanicsville, VA 23116

Hamilton Beach Brands, Inc.
Bill Ray
4421 Waterfront Drive

Glen Allen, VA 23060

Hamilton Chase - Santa Maria LLC
c/o Gregory D. Grant, Esq.
11921 Rockville Pike, #300
Rockville, MD 20852

Barbara Raelyn Harris
3334 West Main Street
PMB 194
Norman, OK 73072

Sarah Harris
6386 Wedgewood Road
Mechanicsville, VA 23111

David Harrison
5115 Vermont Drive
Easton, PA 18045

Austin James Harthun
19032 Taylor Ave.
Morgan Hill, CA 95037

Minnie B. Hatcher
3200 Sally Circle
Florence, SC 29501

Frank J. Haupel on behalf of Creditor LC White Plains Retail LLC
DelBello Donnellan Weingarten Wise
One North Lexington Ave.
White Plains, NY 10601

Hauppauge
c/o Cheryl Wilins
91 Cabot Ct.
Hauppauge, NY 11788

John W. Hazard on behalf of Creditor Public Company Accounting Oversight Board
Webster, Chamberlain & Bean
1747 Pennsylvania Ave. NW
# 1000
Washington, DC 20006-4693

Gayle Nell Heck on behalf of Creditor Nextag, Inc.
Bialson, Bergan & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Deanna Heckman-Harding
7201 Hughes Road
Sandston, VA 23150

David R. Heil on behalf of Creditor Barbara Lay
2324 Lee Road
Winter Park, FL 32789

Heilman & Associates
P.O. Box 374
Solomons, MD 20688

Larry D. Henin on behalf of Creditor Onkyo USA Corporation
Edwards Angell Palmer et al
750 Lexington Ave.
New York, NY 10022

Neil E. Herman on behalf of Creditor Kimco Realty Corporation
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10178-0600

Hidalgo County & H.C. Drainage District # 1
.

John F. Higgins on behalf of Creditor The Parkes Companies, Inc. d/b/a Parkes Construction
Porter Hedges, L.L.P.
1000 Main St., 36th Floor
Houston, TX 77002

Natalia Hilton
3525 Wheat Drive
Beaumont, TX 77706

Lawrence J. Hilton on behalf of Creditor TARGUS, INC.

Hewitt & O'Neil LLP
19900 MacArthur Blvd. Suite 1050
Irvine, CA 92612

Adrianus Hitijahubessy
3825 Maher Manor
Glen Allen, VA 23060

Shannon E. Hoff on behalf of Creditor Compass Group U.S.A. Inc.
Poyner Spruill, LLP
301 South College St.
Suite 2300
Charlotte, NC 28202

Paul R. Hoffman on behalf of Defendant Forsythe Solutions Group, Inc.
Vedder Price P.C
222 N. LaSalle Street
Suite 2600
Chicago, IL 60601

George Hofmann on behalf of Creditor Akamai Technologies, Inc.
Parsons Kinghorn Harris
111 East Broadway, 11th FL
Salt Lake City, UT 84111

Ty Holbrook
5915 Crockett
Lumberton, TX 77657

James B. Holden on behalf of Creditor Colorado Department of Revenue
Assistant Atty. General
1525 Sherman St. 7th Floor
Denver, CO 80203

Mary Ella Holm
219 Nottingham Drive
Lot 182
Greenville, TX 75401-8319

Gary T. Holtzer on behalf of Creditor JP Morgan Chase & Co.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Hong Kong Export Credit Insurance Corporation
Attn: Leung Shing
2/F., Tower 1, South Seas Ctr
75 Moody Road
Tsimshatsui East,

Sharon Brown Hope
4219 Grand Street, Apt. J
Columbia, SC 29203

Stephanie K. Hor-Chen on behalf of Defendant Forsythe Solutions Group, Inc.
Vedder Price, PC
222 N. LaSalle Street
Suite 2600
Chicago, IL 60601

Joseph Michael Horrox on behalf of Creditor Angela Ross
Horrox & Glugover, P.A.
Suite 270
1030 W. Int'l Speedway Blvd.
Daytona Beach, FL 32114

Nancy Hotchkiss on behalf of Creditor Donahue Schriber Realty Group, L.P.
Trainor Robertson
701 University Ave, Ste 200
Post Office Box 255824
Sacramento, CA 95825

Wendy T. Housden
10100 Ridge Run Road
Chesterfield, VA 23832

Mary Anne Hudspeth
P.O. Box 11684
Reno, NV 89510

Humble ISD
,

Yolanda M. Humphrey on behalf of Creditor Fort Bend Independent School District
1235 North Loop West

Case 08-35653-KRH    Doc 10161    Filed 03/18/11    Entered 03/18/11 13:18:17    Desc
Eastern District of Virginia - LIVE    Main Document    Page 34 of 56

Page 33 of 55

Suite 600
Houston, TX 77008

Yolandad M Humphrey on behalf of Creditor The Woodlands Metro Center MUD
Perdue, Brandon, Fiedler, Collins & Mott
.

John Gordon Humphrey on behalf of Defendant Stanecki Inc. d/b/a Don Lors Electronics
THe Humphrey Law Firm
107 S. West St. PMB 325
Alexandria, VA 22314

Harold Hunter on behalf of Creditor Tomesha Washington
Merritt,Flebotte,Wislon,Webb & Caruso
2525 Meridan Parkway
Suite 300
PO Box 2247
Durham, NC 27702

Leon Hurney
.

I/O Magic Corp.
c/o Mary St. George
4 Marconi
Irvine, CA 92618

IBM Corporation
c/o Vicky Namken
13800 Diplomat Dr.
Dallas, TX 75234

IDeal Technology
HSBC Bank USA NA
VonWin
Dept CH 16354
Palatine, IL 60055

Imagination
c/o Kristian Fleming
3330 Cahuenga Blvd West
Suite 500
Los Angeles, CA 90068

Industriaplex, Inc.
HSBC Bank USA NA
VonWin
Dept CH 16354
Palatine, IL 60055

InfoPrint Solutions Company
c/o Vicky Namken
13800 Diplomat Dr.
Dallas, TX 75234

Ashley Isaac
617 South 76th Street South
Birmingham, AL 35206

John F. Isbell on behalf of Creditor Mitsubishi Digital Electronics America, Inc.
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521

J&J Court Transcribers, Inc.
268 Evergreen Avenue
Hamilton, NJ 08619

Jackson County
c/o Theresa Spradling
PO Box 1569
Medford, OR 97501

Rose Ann Janis
5005 Amberwood Drive
Glen Allen, VA 23059

W. Glenn Jensen on behalf of Creditor Fifth Third Bank
Roetzel & Andress
PO Box 6507
Orlando, FL 32802-6507

Jakob Joffe
10708 Chipewyan Dr.
Richmond, VA 23238

Patricia Johnson
2680 Bellhurst Drive
Dunedin, FL 34698

Rhonda S. Johnson
834 Crosshill Rd.
Danville, KY 40422

Kenneth C. Johnson on behalf of Creditor Expesite, LLC
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215

Russell Joly
5318 Woodston Court
Louisa, VA 23093

Eric A. Jonas
2 Annett Ave.
Edgewater, NJ 07020

Louis C. Jones
17 Spring Harbor
Aliso Viejo, CA 92656

Sheila A. Jordan
1 Snells Way
West Bridgewater, MA 02379

KPLR
Szabo Associates
c/o Jennifer Toolan
3355 Lenox Road N.E.
Ninth Floor
Atlanta, GA 30326-1332

Michael Karpinski
263 Bodega Drive
Romeoville, IL 60446

Ann M. Karr
3824 Yates Drive
Lithia Springs, GA 30122

Carole Kaylor
,

Carole Kaylor
c/o Thomas P. Finn, Esquire
153 Lakemont Park Blvd.
Altoona, PA 16602

Regina Stango Kelbon on behalf of Creditor Cellco Partnership d/b/a Verizon Wireless
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Joan M. Keller
9537 W Oak Ridge Dr.
Sun City, AZ 85351

Raymond E. Keller
9537 W Oak Ridge Dr.
Sun City, AZ 85351

Vivieon E. Kelley on behalf of Attorney Troutman Sanders LLP
,

Walter W. Kelley, on behalf of Creditor Sherwood Properties, LLC
Kelley, Lovett & Blakey, P.C.
PO Box 70879
Albany, GA 31708

Ken Burton, Jr., Manatee County Tax Collector
PO Box 25300
Bradenton, FL 34206-5300

Patrick Gerald Kennedy
PO Box 280281
Northridge, CA 91328-0281

Synde Keywell on behalf of Creditor Georgia Pension Associates Realty Corp
Bryan Cave LLP
161 North Clark St.

Ste 4300
Chicago, IL 60601

Joon M. Khang on behalf of Creditor Sherwood
Khang & Khang, LLC
1901 Avenue of the Stars,
2nd Floor
Los Angeles, CA 90067

Tanden A. Kibby
8518 Quail Hollow Blvd.
Wesley Chapel, FL 33544

Kim E's Flowers, Inc.
Attn: Kim E. Jemison
350 East Broad Street
Groveland, FL 34736

Donna M. Kincheloe
1229 Brighton Ave. No. 137
Modesto, CA 95355

Brad C. King
22628 US Hwy 70
Wilson, OK 73463

Marcus Kinrade on behalf of Creditor Wake County Revenue Director
P.O. Box 550
Raleigh, NC 27602

Roy F. Kiplinger on behalf of Creditor Allen County Treasurer
Kiplinger Law Firm, P.C.
927 S. Harrison Street
Fort Wayne, IN 46802

Scott R. Kipnis on behalf of Creditor Dollar Tree Stores, Inc.
Hofheimer Gartlir & Gross LLP
530 Fifth Ave.
New York, NY 10036

Kirkland & Ellis LLP

Kitsap County Treasurer
c/o Barbara A. Stephenson
614 Division Street
MS-32
Port Orchard, WA 98366

Gregg S. Kleiner on behalf of Creditor Shopping.com, Inc.
Cooley Godward LLP
One Maritime Plaza, 20th Floor
San Francisco, CA 94111-3580

Jeremy C. Kleinman on behalf of Creditor PriceGrabber.com, Inc.
Frank/Gecker LLP
325 North LaSalle St. Suite 625
Chicago, IL 60610

Bradley C. Knapp on behalf of Defendant Parago Promotional Services, Inc
Locke Lord Bissell & Liddell
2200 Ross Avenue
Suite 2200
Dallas, TX 75201

Robert E. Kniesche
179 Shelby Drive
Newport News, VA 23608-2544

Jerry L. Knighten
226 Barrington Dr., Apt. 226
Bossier City, LA 71112

Benjamin R. Knighton
28631 N James Madison Hwy.
New Canton, VA 23123

Roy S. Kobert on behalf of Creditor Greater Orlando Aviation Authority
Broad and Cassell
390 N. Orange Ave, Ste 1100
P.O. Box 4961
Orlando, FL 32802-4961

Deborah J. Koeneman
9321 Totopotomoy Trail

Ashland, VA 23005

Robert A. Koenig
PO Box 41
Manchester, NH 03105

Barbara A. Koesel
11261 Scenic View Lane
Orlando, FL 32821

Robert F. Koesel
11261 Scenic View Lane
Orlando, FL 32821

Kornblau & Kornblau on behalf of Creditor Clementine Tinsley
16 Court Street
Suite 1210
Brooklyn, NY 11241

Alan J. Kornfeld on behalf of Creditor Committee Official Committee of Unsecured Creditors
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd
11th Floor
Los Angeles, CA 90067-4100

Stephanie Krajchir
LAPD - Topanga Area
Los Angeles Police Dept.
PO Box 30158
Los Angeles, CA 90030

Seth Kranz
5337 FM 2642
Royse City, TX 75189

Brad D. Krasnoff on behalf of Creditor Apex Digital, Inc.
Lewis Brisbois Bisgaard & Smith
221 N. Figueroa St., Ste. 1200
Los Angeles, CA 90012-2601

Jeffrey A. Krieger on behalf of Creditor Southwinds. Ltd.
Greenberg Glusker Fields, et al
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA 90067-4590

Martin A. Krolewski on behalf of Plaintiff Alfred Siegel
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Martin A. Krolewski on behalf of Plaintiff Alfred Siegel
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Jeffrey Kurtzman on behalf of Creditor PREIT SERVICES, LLC
Klehr Harrison Harvey Branzburg LLP
1835 Market Street
Suite 1400
Philadelphia, PA 19103

Gary Kurzenhauser
P.O. Box 740
Farmingville, NY 11738

LA County Sheriff's Dept.
County Court House
110 N. Grand Ave., R.526
Los Angeles, CA 90012

Brian L. LaCoursiere
4347 Kings Church Road
Taylorsville, KY 40071-7907

Laburnum Investment LLC
Forest City Commercial Management, Inc
50 Public Sq.
Suite 1360
Cleveland, OH 44113

Lacrosse Technology, ltd.
Manda Shah
2809 Losey Blvd. South
La Crosse, WI 54601

Lafayette Consolidated Government
PO Box 4024
Lafayette, LA 70502

Landmark Communications, Inc. d/b/a The Virginian Pilot
c/o Paul A. Driscoll
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462

Lane County Department of Assessment & Taxation
c/o Anette Spickard
Lane County Public Services Bldg
125 East 8th Ave.
Eugene, OR 97401

Larimer County Assessor
c/o Diane Hintz
200 West Oak
PO Box 860
Ft. Collins, CO 80522

Brian K. Larkin on behalf of Creditor Integrated Label Corporation
One Court Place - Ste. 301
Rockford, IL 61101

Lynn Rowe Larsen on behalf of Defendant GateHouse Media, Inc., d/b/a Community Newspaper Company, a division of GateHouse Media, Inc. and Community Newspaper
Law Office Of Timothy Farrell Sweeney
The 820 Building, Suite 430
820 West Superior Ave.
Cleveland, OH 44113-1800

Derek Laumbach
191 S. River Ridge Circle
Burnsville, MN 55337

Paul J. Laurin on behalf of Creditor Fox Broadcasting Company
Laurin & Associates
Suite 304
280 South Beverly Dr.
Beverly Hills, CA 90212

Suzanne Laxson
P.O. Box 621
Franktown, CO 80116

Carrie A. Lee
2250 Old Brick Road
Apt 2538
Glen Allen, VA 23060

Steven N. Leitess on behalf of Creditor Toshiba America Consumer Products, L.L.C.
Leitess Leitess Friedberg & Fedder PC
Owings Mills, MD

Kimo C. Leong on behalf of Creditor Hawaiian Electric Company, Inc
Law Offices of Taylor, Leong & Chee
737 Bishop Street
# 2060
Honolulu, HI 96813

Elan S. Levey on behalf of Creditor 1251 Fourth Street Investors, LLC
Levinson Arshonsky & Kurtz
15303 Ventura Blvd
Suite 1650
Sherman Oaks, CA 91403

Morris Levin on behalf of Creditor Mark Stewart
Morris Levin Co., LPA
55 Public Square
Suite 940
Cleveland, OH 44113-1998

Fredrick J. Levy on behalf of Transferee ON Corp. USA, Inc. and ON Corp.
Olshan Grundman Frome et al
65 East 55th Street
New York, NY 10022

Sheila Lewis
128 N. Beech Ave.
Highland Springs, VA 23075

Lewisville Independent School District

.

Lexington County Treasurer's Office

Treasurer's Office
Attn: Cynthia Hamilton
212 South Lake Dr.
Lexington, SC 29072

Liquidity Solutions Inc.
One University Plaza
Suite 312
Hackensack, NJ 07601

Little Britain Holding, LLC
,

Chuan Fa Liu
15 Kings Way, #33
Waltham, MA 02451

Longacre Institutional Opportunity Fund, L.P.
810 Seventh Avenue, 33rd Floor
New York, NY 10019

Longacre Opportunity Fund, L.P.
Pepper Hamilton LLP
600 14th Street, NW
Suite 600
Washington, DC 20005

Longacre Opportunity Fund, LP
810 Seventh Ave.
33rd Floor
New York, NY 10019

Longacre Opportunity Offshore Fund, Ltd.
810 Seventh Avenue, 33rd Floor
New York, NY 10019

Los Angeles et al.
c/o Martha Romero
BMR Professional Building
6516 Bright Ave.
Whittier, CA 90601

Delores I. Louchak
4219 Ave. J
Sante Fe, TX 77510

Lourena Pruett Cole Irrevocable Trust
Charles H. Cole, Trustee
4016 Diamond Loch East
Fort Worth, TX 76180-8718

Gary R. Lowe
321 Lakecrest Drive.
Kingsport, TN 37663

Lubbock CAD
,

Louis A. Luchak
4219 Ave. J
Sante Fe, TX 77510

John E. Lucian
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Thomas A. Lynam on behalf of Creditor Vincent Tully
1600 Market St., Ste. 1800
Philadelphia, PA 19103

M & A Industrial Concrete, Inc.
,

Anna Maccanelli
482-1/2 South Main Street
Farmington, IL 61531

Madcow International Group Limited
c/o HSBC Bank USA NA
VonWin
Dept. 16354
Palatine, IL 60055

Madison County, Alabama Tax Collector

Attn: Lynda Hall, Tax Collector
Madison County Courthouse
100 Northside Square
Huntsville, AL 35801-4820

Magnus Magnusson
% Joseph Nolty
45-53 Auburndale Lane
Flushing, NY 11358

David J. Mahoney on behalf of Defendant The Insurance Company of the State of Pennsylvania
SilvermanAcampora. LLP
100 Jericho Quadrangle
Suite 300
Jericho, NY 11753

Scott D. Mainwaring
5608 Belstead Ln
Glen Allen, VA 23059

Robert W. Mallard on behalf of Creditor Entergy Arkansas, Inc.
Dorsey & Whitney
1105 North Market St.
Suite 1600
Wilmington, DE 19801

Michael W. Malter on behalf of Creditor Envision Peripherals,Inc
Binder & Malter
2775 Park Ave.
Santa Clara, CA 95050

Marblegate Special Opportunities Master Fund LP
150 East 52nd Street
10th Floor
New York, NY 10022

David Marciniszyn
633 Willow Street
Waterbury, CT 06710

Marin Municipal Water District
c/o Mary Casey
220 Nellen Ave.
Corte Madera, CA 94925

Geoffrey E. Marr on behalf of Defendant The San Diego Union-Tribune, LLC
Law Offices of Geoffrey E. Marr
402 West Broadway
Ste 860
San Diego, CA 92101

James H. Martin
7545 N. Ring Ter.
Citrus Springs, FL 34434

Jason W. Martinez
621 West 7th Street
Pueblo, CO 81003

Richard C. Maxwell on behalf of Interested Party Park National Bank
Woods Rogers PLC.
10 S. Jefferson Street, Suite 1400
P. O. Box 14125
Roanoke, VA 24038-4125
rmaxwell@woodsrogers.com, wmthompson@wmtpc.com

Bradford L Maynes on behalf of Creditor City of Brighton
133 West Grand River
Brighton, MI 48116

Michael McCabe
P.O. Box B
Villa Grande, CA 95486

Gregory Lee McCall
U.S.M. #15064-045
F.C.I. Forest City-Low
PO Box 9000
Forest City, AR 72336

Mark C. McCullough on behalf of Creditor Susan Johnson
Skaar & McCullough
The Colonnade
5500 Wayzata Blvd
Suite 1450

Minneapolis, MN 55416

Jeff McDonald
5540 Quail Ridge Terrace
Chesterfield, VA 23832

Laura McDonald
109 Fairways Dr.
Hendersonville, TN 37075

Carl P. McDonald on behalf of Creditor Blount County Trustee
Goddard & Gamble, Attorneys
Suite 208
101 West Broadway Ave.
Maryville, TN 37801

Curtiss McGough
17037 Stephens
Eastpointe, MI 48021

Michael F. McGrath on behalf of Creditor Tamarack Village Shopping Center Limited Partnership
Ravich Meyer Kirkman McGrath
4545 IDS Center
80 South Eighth St.
Minneapolis, MN 55402

Michelle McMahon on behalf of Creditor Georgia Pension Associates Realty Corp
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Media Solutions Holdings, LLC
Downey Brand, LLP
c/o Jamie Dreher
621 Capitol Mall
18th Fl.
Sacramento, CA 95814

Meridian Charter Township
c/o Julie Brixie
5151 Marsh Road
Okemos, MI 48864

Jeffrey Meyers on behalf of Creditor Centro Properties Group
Ballard Spahr Andrews & Ingersoll
51st Fl- Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

MiTAC Digital Corp. (Magellan)
c/o Brandy Green
471 El Camino Real
Santa Clara, CA 95050

Midland County Tax Office
`

Robert L Miller
62101 Queen Mary Ct
Brandon, MS 39042-2578

Kenneth Miller on behalf of Creditor KB Columbus 1-CC, LLC
Moldo Davidson Fraioli et al
Suite 2100
2029 Century Park East
Los Angeles, CA 90067

Nicholas M. Miller on behalf of Creditor Manufacturers and Traders Trust Company, as Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI,
dated February 1, 1993 and (II) the Collateral Trust Indenture from Secured
DLA Piper LLP
203 North LaSalle St.
Suite 1900
Chicago, IL 60601

Paul H. Millewich on behalf of Creditor Emilio Gervasio
Steven H. Mevorah & Assoc.
134 N. Bloomingdale Road
Bloomingdale, IL 60108

Millman 2000 Charitable Trust
2400 Cherry Creek Dr. South
Suite 702
Denver, CO 80209

Satchidananda Mims

PO Box 19304
Oakland, CA 94619

Hassan Mirshah
851 Cliffs Dr., #301C
Ypsilanti, MI 48197

Nancy E. Mirshah
851 Cliffs Dr., #301C
Ypsilanti, MI 48197

Mobile Edge
c/o Steven M. Goodman
1150 N. Miller Street
Anaheim, CA 92806

Monarch Alternative Capital, LP
c/o Andrew Herenstein
535 Madison Ave.
New York, NY 10022

Monarch Master Funding Ltd
535 Madison Avenue
26th Floor
New York, NY 10022

Monte Vista Crossings, LLC
,

Victoria G. Moore
1306 Elmshadow Drive
Richmond, VA 23231

Deborah L Moore on behalf of Creditor City of Meriden, Connecticut
City Hall, Dept. of Law
142 E. Main Street
Meriden, CT 06450

James P. Moran
54 Twin Oaks
New Milford, CT 06776

Clive N. Morgan on behalf of Creditor Deborah Jaynes
6712 Atlantic Boulevard
Jacksonville, FL 32211

John A. Morris on behalf of Creditor Committee Official Committee of Unsecured Creditors
Pachulski Stang Ziehl & Jones LLP
780 Third Ave.
36th Floor
New York, NY 10017-2024

John L. Morrison, II
9 Springer Court
Ormond Beach, FL 32174

James H. Morton
P.O. Box 9566
Marina del Ray, CA 90295

Christopher B. Mosley on behalf of Creditor City of Fort Worth
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX 76105

Shirley A. Munselle
805 Lisa Street
Burleson, TX 76028

Mark Murdock
25590 Noble Dr.
Chesterfield, MI 48051

Michael R. Murphy on behalf of Creditor McCracken County Clerk
301 South Sixth Street
Paducah, KY 42003

Cindy Kimi Nakanishi
P.O. Box 36182
San Jose, CA 95158

Naples Daily News
% Receivable Management
Services
PO Box 5126

Timonium, MD 21094

Syed Asrar Naqvi
3720 Westwood Blvd., Apt. #7
Los Angeles, CA 90034

National Registered Agents, Inc.

,

Mary Elisabeth Naumann on behalf of Creditor Prosite Business Solutions, LLC
Jackson Kelly PLLC
175 E. Main St., Ste. 500
Lexington, KY 40507

James D. Newell on behalf of Creditor Dick's Sporting Goods, Inc.
Buchanan Ingersoll & Rooney
One Oxford Centre
20th Floor
Pittsburgh, PA 15219

Steve Nicholson
713 Cannon Road
Glen Gardner, NJ 08826

North American Roofing Services, Inc.
c/o Doug Frankey
3 Winner Circle
Arden, NC 28704

North Attleboro Marketplace II, LLC
1414 Atwood Avenue
Johnston, RI 02919

North Carolina Department of Revenue

,

NorthMarq
Emily J. Voss, Property Man.
Suite 200
3500 American Blvd. W.
Minneapolis, MN 55431

Alice Norton
5308 Antelope Ln.
Stone Mountain, GA 30087

John O'Boyle on behalf of Creditor Edward Alberque
Stern Lavinthal Frankenberg & Norgaard
184 Grand Ave.
Englewood, NJ 07631

Edmond Patrick O'Brien on behalf of Creditor Green 521 5th Avenue LLC
Stempel Bennett Claman & Hochberg, P.C.
675 Third Ave. 31st Floor
New York, NY 10017

Linda P. O'Gorman on behalf of Creditor Clementine Tinsley
53 Highland Ave.
Eastchester, NY 10709

Office of Unemployment Compensation Tax Svcs.
Dept. of Labor & Industry, Commonwealth
of PA, Reading Bankruptcy & Compl. Unit
Attn: Timothy Bortz, UC Tax Agent
625 Cherry St. - Room 203
Reading, PA 19602-1184

Oklahoma County Treasurer
c/o Tammy Jones
320 Robert S. Kerr
Room 307
Oklahoma City, OK 73102

Oklahoma Gas & Electric Company

,

James Oldenburg

,

Jeffrey G. Olsen on behalf of Creditor ALCAL/Arcade Contracting, Inc.
Fennell & Olsen
90 Blue Ravine Road, Ste. 170
Folsom, CA 95630

Ervin C. Olson

478 Summer Hill Dr.
Hoschton, GA 35048-3059

Orange Grove Apartments LLC dba Camelback Center Properties
c/o Valerie L. Marciano, Esq.
Jaburg & Wilk, PC
3200 North Central Ave., #2000
Phoenix, AZ 85012

P.C. Richard & Son, Inc.
,

PPL Electric Utilities Corporation
c/o Michael A. Henry
33 S. 7th Street
PO Box 4060
Allentown, PA 18105-4060

Rodney F. Page on behalf of Creditor Bank of America, N.A.
Bryan Cave LLP
700 Thirteenth St. N.W.
Washington, DC 20005-3960

James A. Pardo on behalf of Creditor Mitsubishi Digital Electronics America, Inc.
King & Spalding
1180 Peachtree Street
Atlanta, GA 30309
jpardo@kslaw.com

Ernie Zachary Park on behalf of Creditor The Irvine Company
Bewley,Lassleben & Miller, LLP
13215 E. Penn Street
Suite 510
Whittier, CA 90602-1797

H. Brent Patrick on behalf of Creditor The Parkes Companies Inc.
Smith Cashion & Orr, PLC
231 Third Avenue North
Nashville, TN 37201

Harold Patton
5178 Old N. Rd.
Christoperh, IL 62822

Thomas C. Pavlik on behalf of Creditor Dish It Up, Inc
1660 W. 3nd Street
Cleveland, OH 44113-1419

Gilbert A. Perez
700 E. Washington St., #128
Colton, CA 92324

Performance Printing Corporation
Attn: John T. White, Pres.
2929 Stemmons
Dallas, TX 75247

Randy J. Perlmutter on behalf of Plaintiff Marlon Mondragon
Kantrowitz, Goldhamer & Graifman, P.C.
747 Chestnut ridge Road
Chestnut Ridge, NY 10977

Donald Peterson
6510 Charles Court
Legacy Oaks
Macungie, PA 18062

Rebecca Peterson
6510 Charles Court
Legacy Oaks
Macungie, PA 18062

Kristen H. Philhower on behalf of Creditor Irene Franco
700 North Brand Blvd
Suite 570
Glendale, CA 91203

David W. Phillips
1815 Hanover Ave.
Richmond, VA 23220

Taylor B. Phillips
Apt. 511
8875 Costa Verde Blvd.
San Diego, CA 92122

Virginia V. Phillips
344 Sassafras Road
Baltimore, MD 21221

Deborah J. Piazza on behalf of Interested Party Manufacturers & Traders Trust Company, as Trustee
Hodgson Russ LLP
140 Pearl St.
Suite 100
Buffalo, NY 14202

David L. Pollack on behalf of Creditor Centro Properties Group
Ballard Spahr Andrews & Ingersoll LLP
51st Fl-Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Pop's Cosmic Counters, Inc.
PO Box 1138
Greenville, TX 75403-1138

Pops Cosmic Counters, Inc.
PO Box 960
Greenville, TX 75403-0960

Kenneth R. Porter
3608 Crosswicks Ct.
Fort Worth, TX 76137

Kenneth Robert Porter
3608 Crosswicks Court
Fort Worth, TX 76137

Lionel J. Postic on behalf of Creditor Sun Belt General Contractors, Inc
Law Firm Of Lionel J. Postic, PC
125 Townpark Drive
Suite 300
Kennesaw, GA 30144

Bertram L. Potemken on behalf of Creditor Estate of Joseph Y. Einbinder
3602 Gardenview Road
Baltimore, MD 21208

Potter County Tax Office

Gail B. Price on behalf of Creditor 13630 Victory Boulevard, LLC
Bronwen Price Attys at Law
2600 Mission St., Ste. 206
San Marino, CA 91108

PrimeShares
261 Fifth Avenue
22nd Floor
New York, NY 10016

Primeshares (212-889-9700)
261 Fifth Avenue
22nd Floor
New York, NY 10016

PuntoAparte Communications, Inc.
Attn: Orlando J. Salichs
PO Box 9066636
San Juan, 00906-6636

Corey Rachel
PO Box 875
Zephyrhills, FL 33539

Mayda Racines
28 Payne Rd.
Bethel, CT 06801

Mary J. Radack
14561 Legends Blvd., N 302
Fort Myers, FL 33912

Mike Radack
26 Cornell St.
Rochester, NY 14607

Stuart J. Radloff on behalf of Creditor Heritage Plaza, LLC
13321 North Outer Forty Road
Suite 800

Eastern District of Virginia - LIVE

Town & Country, MO 63017

Jennifer L. Rando on behalf of Creditor Manufacturers and Traders Trust Company, as Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI,
dated February 1, 1993 and (II) the Collateral Trust Indenture from Secured
Hodgson Russ LLP
The Guaranty Bldg
140 Pearl Street
Suite 100
Buffalo, NY 14202

Erica and Jerome Randolph
284 Pindak Lane
Frederick, MD 21701

Chang Rao
15 Kings Way, #33
Waltham, MA 02451

Recovery Management Systems Corporation
25 SE 2nd Ave Ste 1120
Miami, FL 33131

Frank F. Rennie on behalf of Interested Party James Stacia
1930 Huguenot Road
P. O. Box 35655
Richmond, VA 23235

Retail Property Group, Inc.
c/o John R. Ortega
101 Plaza Real South
Suite 200
Boca Raton, FL 33432

David G. Reynolds on behalf of Creditor Homero Mata
Glass & Reynolds
P.O. Box 1700
Corrales, NM 87048

Kenneth R. Rhoad on behalf of Creditor ActionLink, LLC
Gebhardt & Smith LLP
1 South St. Suite 2200
Baltimore, MD 21202

Vincent E. Rhynes
1514 W. Manchester Ave. # 5
LA, CA 90047

Jonathan Lee Riches
FCI Williamsburg
PO Box 340
Salters, SC 29590

Edward Rimland on behalf of Creditor Khanam Akhter
Rimland & Associates
32 Court Street, Ste. 1506
Brooklyn, NY 11201

Mary Riordan
3216 Blackhawk Meadow Dr.
Danville, CA 94506

Riverside, California
c/o Martha E. Romero
6516 Bright Ave
Whittier, CA 90601

Julie H. Rome-Banks on behalf of Creditor Daly City Partners I, L.P
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Julie H. Rome-Banks on behalf of Creditor Envision Peripherals,Inc
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Kenneth B. Roseman on behalf of Creditor Petrovich
Kenneth B. Roseman & Assoc., P.C.
Suite 810
105 West Madison Street
Chicago, IL 60602

Adam L. Rosen on behalf of Defendant The Insurance Company of the State of Pennsylvania
Silverman Acampora LLP
100 Jericho Quadrangle

Suite 300
Jericho, NY 11753

George Rosenberg on behalf of Creditor Arapahoe County Treasurer
Arapahoe County Attorney
5334 S. Prince Street
Littleton, CO 80166

Roto-Rooter
PO Box 2222
South Burlington, VT 05407

Paul Rubin on behalf of Creditor Canon U.S.A., Inc
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

David A. Ruff
Washington County, Arkansas
280 North College
Suite 501
Fayetteville, AR 72701

Davor Rukavina on behalf of Creditor Texas Instruments Incorporated
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201

Alexander M. Russell
3198 Vermont Route 100
Waterbury, VT 05676

Jeffrey D. Saferstein on behalf of Creditor Ricardo Pliego
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Ave. of the Americas
New York, NY 10019-6064

Safeway Inc.
Gary & Regenhardt, PLLC
8500 Leesburg Pike
Suite 7000
Vienna, VA 22182

Richard Salon
1350 Autumn Breeze Dr.
Oilville, VA 23129

Stanley M. Salus on behalf of Defendant Imperial Sales Corp. d/b/a Imperial Sales Company
Akerman Senterfitt LLP
8100 Boone Blvd., #700
Vienna, VA 22182
stan.salus@akerman.com, crystal.gaymon@akerman.com;,kristin.vogt@akerman.com;mona.murphy@akerman.com

Paul S. Samson on behalf of Creditor Bank of America, N.A., as Agent
Riemer & Braunstein, LLP
Three Center Plaza
6th Floor
Boston, MA 02108

Keith Sanders
.

Diane W. Sanders on behalf of Creditor Cameron County
1949 South I.H. 35 (787841)
P.O. Box 17428
Austin, TX 78760

Carl O. Sandin on behalf of Creditor Baybrook MUD 1
Perdue, Brandon, Fielder, Collins, Mott
1235 North Loop West, Suite 600
Houston, TX 77008

Rusty Santangelo
P.O. Box 536423
Orlando, FL 32853-6423

Steve Saunders
2931 Royal Virginia Crt.
Louisa, VA 23093

Sharon Joyce Savary
2612 Kirkland Rd.
Dover, FL 33527

Robert M. Sayen
6536 Kindred St.
Philadelphia, PA 19149

Gloria E. Scarnati
#119
3567 Mountain View Dr.
Pittsburgh, PA 15122-2447

Brandon C. Schaffner
60 Don Rene Road
Mt. Wolf, PA 17347-9655

Eric Lopez Schnabel on behalf of Creditor Entergy Arkansas, Inc.
Dorsey & Whitney
1105 North Market St.
Suite 1600
Wilmington, DE 19801

Schneider National Inc.
P.O. Box 2545
Green Bay, WI 54306-2545

Ttomas L. Schulman on behalf of Creditor Tec-Com Services, Inc.
600 West Santa Ana Boulevard
Suite 955
Santa Ana, CA 92701-4509

Thomas Schultz on behalf of Creditor City of Novi, MIchigan
PO Box 3040
Farmington Hills, MI 48333-3040

Richard L. Schurz
12117 Jamieson Pl
Glen Allen, VA 23059

Donald G. Scott on behalf of Creditor Flintlock Northridge LLC
McDowell Rice et al
605 West 47th St., Ste. 350
Kansas City, MO 64112-1905

Robert E. Scully on behalf of Creditor T.D. Farrell Construction, Inc.
Stites & Harbison PLLC
1199 North Fairfax St. Suite 900
Alexandria, VA 22314

Stuart Sears on behalf of Creditor Anna Thomas
Shaevitz & Shaevitz, Esqs.
148-55 Hillside Ave.
Jamaica, NY 11435

Sarah H. Seewer on behalf of Defendant Sun-Times Media, LLC d/b/a Chicago Sun Times
Kirkland & Ellis
300 North LaSalle St.
Chicago, IL 60654

Scott A. Semenek on behalf of Creditor ACCO Brands Corporation
Wildman, Harrold, Allen & Dixion
225 West Wacker Drive
Chicago, IL 60606-1229

Bruce Senator
#F-99302, CA Men's Colony
State Prison, PO Box 8101
San Luis Obispo, CA 93409-8101

Bruce Senator
F-99302 - CA Men's Colony
PO Box 8103
San Luis Obispo, CA 93403-8103

John L. Senica on behalf of Creditor Evergreen Plaza Associates
Miller,Canfield,Paddock and Stone, PLC
225 W. Washington, Suite 2600
Chicago, IL 60606

Servpro
,

John D. Sessoms
7307 Saddle Oaks Drive
Cary, IL 60013

Bryan Seymour
40 Wellington Walk

Douglasville, GA 30134

Joseph R. Sgroi on behalf of Creditor DIRECTV, Inc.
Honigman Miller Schwartz & Cohn LLP
660 Woodward Ave.
2290 First National Building
Detroit, MI

Samuel J. Shames on behalf of Creditor Gaston County
Box 578
Gastonia, NC 28053

Patricia Shapiro
3662 Mountcles Blvd.
Thousand Oaks, CA 91360

Eugene A. Shapiro on behalf of Creditor Anthony Martinez
Shapiro & Schaub
Ste, 1802
120 E. Baltimore St.
Baltimore, MD 21202

Rick Sharp
1008 Wedgeland Drive
Raleigh, NC 27615

Scott Shaw on behalf of Creditor CBL & Associates Management, Inc.
,

Joseph S. Sheerin on behalf of Debtor Circuit City Stores, Inc.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
jsheerin@mcguirewoods.com

Daniel W. Sheppard on behalf of Creditor Greg Nagy
Morgan & Morgan
PO Box 9504
Fort Myers, FL 33906

James Shober
26 School Lane
Stevens, PA 17578

Jesse N. Silverman on behalf of Creditor CP Management Corp. as agent for Orland Towne Center, L.L.C.
Dilworth Paxson LLP
1500 Market Street
Suite 3500E
Philadelphia, PA 19102
jsilverman@dilworthlaw.com

Veronica Simmons
2101 San Diego Drive
Corona, CA 92882

Sir Barton Place, LLC
2517 Sir Barton Way
Suite 210
Lexington, KY 40509

Richard Smith
5904 Forest Rd.
Cheverly, MD 20785-2946

Jon R. Smith on behalf of Creditor Yuma County
Yuma County Attorney's Office
250 W. Second Street
Suite G
Yuma, AZ 85364

Snagajob.com
4800 Cox Road, Ste 200
Glen Allen, VA 23060

Snohomish County Treasurer
c/o Kirke Sievers
3000 Rockefeller Plaza
Everett, WA 98201-4046

David R. Softness on behalf of Creditor Midland Radio Corporation
Isicoff, Ragatz & Koenigsberg
1200 Brickell Ave.
Suite 1900
Miami, FL 33131

Rhysa Griffith South on behalf of Creditor County of Henrico
Office of the County Attorney
PO Box 90775
Henrico, VA 23273-0775

Southpaw Credit Opportunity Master Fund LP
,

Southpaw Koufax, LLC
,

August E. Spalding
1041 Arlington Way
Warrenton, MO 63383

Stephen W. Spence on behalf of Creditor Dicker-Warmington Properties
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806

Bernice Spilaw
521 Tuckahoe Club Court
Richmond, VA 23229

St. Cloud Associates
c/o Adam M. Spence
Spence & Buckler, PC
(Brandywine/CircuitCity)
Baltimore, MD 21284

Jamie Stack
3107 Old Brookewood Way
Richmond, VA 23233

Stanecki Inc. d/b/a Don Lors Electronics
Paula A. Hall
Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward Avenue
Suite 460
Birmingham, MI 48009

Penny R. Stark on behalf of Creditor Caparra Center Associates, S.E.
Suite 308
9861 Sunrise Lakes Blvd.
Sunrise, FL 33322

State Board of Equalization
State of California
450 N Street, MIC:55
PO Box 942879
Sacramento, CA 94279-0055

State of Georgia Dept. of Revenue
Compliance Division
PO Box 161108
Atlanta, GA 30321

Phillip Lee Steele
1208 Dawkins St.
Unit B
Durham, NC 27707

Scott A. Stengel on behalf of Attorney Mio Technology USA Ltd. also known as MiTAC USA Inc.
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006

Kevin J. Stephens
4452 Collins Circle
Acworth, GA 30101

Sterling Reporting Services, L.P.
,

Richard Stevens
221 West 82nd Street
New York, NY 10024

Susan Grace Stickland
2640 Saturn Street
Harvey, LA 70058

Mary H. Stienemann
Apt. B

1037 Maiden Choice Ln.
Baltimore, MD 21229

Stinson Morrison Hecker LLP
Attn: Darrell W. Clark, Esq.
1150 18th Street, NW
Suite 800
Washington, DC 20036-3816

Susan Grace Strickland
2640 Saturn Street
Harvey, LA 70058

Peter Strniste on behalf of Plaintiff Schimenti Construction Company LLC
Robinson & Cole LLP
280 Trumbull St.
Hartford, CT 06103

Joseph M. Stroh
48 Bethnal Way
Douglasville, GA 30134

Mark Stromberg on behalf of Creditor CDB Falcon Sunland Plaza, LP
Stromberg Stock
5420 LBJ Frwy, Ste 300
Dallas, TX 75258
mark@strombergstock.com, sarah@strombergstock.com;kedrin@strombergstock.com

Suez Energy Resources
1990 Post Oak Blvd
Suite 1900
Houston, TX 77056

Kristy Marie Suler
208 North Juniper Dr.
North Aurora, IL 60542

David S. Sun on behalf of Creditor Kinyo Company, Inc.
Law Offices of John L. Sun
Ste. 1250
3550 Wildhire Boulevard
Los Angeles, CA 90010

TFL Enterprise, LLC
980 North Michigan Ave.
Suite 1540
Chicago, IL 60611

TFL Enterprises
980 North Michigan Ave
Suite 920
Chicago, IL 60611

THQ, Inc.
c/o David M. Poitras, P.C.
Jeffer, Mangels, Butler & Marmaro LLP
1900 Ave. of the Stars, 7th Fl.
Los Angeles, CA 90277

TMT Development Company, Inc.
Attn: Jill Hollowell
805 SW Broadway, Ste. 2020
Portland, OR 97205

Peter N. Tamposi on behalf of Creditor Eastman Kodak Company
Donchess Notinger & Tamposi, P.C.
547 Amherst St. Suite 204
Nashua, NH 03063

Edwin Targonski
'

Tasler Pallett, Inc.
Attn: Lewis Olson, Cred Mngr
H.C. 73 Box 11
Marietta, OK 73448

Marius S. Tataru
3530 Decatur St.
Philadelphia, PA 19136

Omar Tawil
7 Merrill Hill
Ladera Ranch, CA 92694

Tax Collector For Polk County, FL
Of Joe G. Tedder
PO Box 2016
Bartow, FL 33831-2016

Tax Collector of Madison County, Alabama
c/o Lynda Hall, Tax Collector
.

Lauren Lonergan Taylor on behalf of Creditor Principal Life Insurance Company
Duane Morris, LLP
.

Thomas Tecza
11700 Wembley Dr.
Huntley, IL 60142

Francis E. Telegadas
8204 Yolanda Road
Richmond, VA

Wayne R. Terry on behalf of Creditor M and M Berman Enterprises
Hemar, Rosusso & Heald, LLP
15910 Venturea Boulevard
12th Floor
Encino, CA 91436-2829

The Agency for Workforce Innovation
.

The Seaport Group LLC
360 Madison Avenue
New York, NY 10017

The West Campus Square Co LLC
C/O DOLMAR INC
433 N CAMDEN DR
STE 500
BEVERLY HILLS, CA 90210

Jean Theodule
22841 SW 88 PL Unit 206
Cutter Bay, FL 33190

Zakarij O. Thomas on behalf of Creditor Dick's Sporting Goods Inc.
Buchanan Ingersoll & Rooney
One Oxford Centre
20th Floor
Pittsubrgh, PA 15219

Kina Thompson
.

Richard Thompson
11313 Edgewood Farm Ct.
Richmond, VA 23233

Alex P. Thorson
C207
910 NE Providence Court
Pullman, WA 99163

Anne L. Thumann
7086 Lionshead Parkway
Littleton, CO 80124

Anne L. Thurmann
7086 Lionshead Parkway
Littleton, CO 80124

Times & News Publishing Company
1570 Fairfield Road
Gettysburg, PA 17325

David W. Tolliver
55 Brookmont Drive
Clayton, NC 27527

Touchpoint Retail Design, Inc.
Attn: Debby Prudhomme
118 E. 26th St., Ste. 300
Minneapolis, MN 55404

John F. Tozzi
17030 Devonshire St.

# 112
Northridge, CA 91325

Travelers
One Tower Square, 5MN
Hartford, CT 06183

Michael Tucker
11310 Wycombe Park Lane
Glenn Dale, MD 20769

Elton J. Turnage
PO Box 301
Youngstown, OH 44501-0301

Maria Teresa Turner
18479 Cattail Srping Drive
Leesburg, VA 20176

Mark H. Turner
18479 Cattail Spring Dr.
Leesburg, VA 20176

Tuscaloosa County Tax Collector
Attn: Peyton C. Cochrane
124 Courthouse
714 Greensboro Ave.
Tuscaloosa, AL 35401

Tyler ISD
,

Anna L. Ubben
6634 W. 141st St., Apt. 1905
Overland Park, KS 66223

Ultmost Technology Corporation
4F, No. 52, Ming Chuang Rd.
Taiwan, R.O.C.,

United States Environmental Protection Agency
Office of General Counsel
U.S. EPA Mailcode 2377R
1300 Pennsylvania Ave., NW
Washington, DC 20004

UrbanCal Oakland, 1l LLC
c/o Baker & Hostetler, LLP
ATTN: Laura Lawton Gee
1000 Louisiana Street
Suite 2000
Houston, TX 77002

Robert G. Vann on behalf of Creditor Leedell Murphy
Environ Plaza
500 E. 86th Ave.
Merrillville, IN 46410

Jose Felix Infante Vasques
,

William Kyle Vaughn on behalf of Creditor Proview Technology
5800 Ranchester Dr., #200
Houston, TX 77036

Vermont Gas
PO Box 467
Burlington, VT 05402-0467

Robert R. Vieth on behalf of Defendant D&H Distributing Co.
Cooley Godward Kronish LLP
11951 Freedom Drive
Reston, VA 20190-5656

Village of Mt. Pleasant
c/o John G. Shannon
PO Box 081518
Racine, WI 53408-1518

VonWin Capital Management, LP
261 Fifth Avenue
22nd Floor
New York, NY 10016

WGHP-TV

WINK TV-Fort Myers Broadcasting
2824 Palm Beach Blvd
Fort Myers, FL 33916

WPBF
Szabo
c/o Jennifer Toolan
3355 Lenox Road N.E.
9th Floor
Atlanta, GA 30326-1332

WXCW TV Sun Broadcasting
2824 Palm Beach Blvd
Fort Myers, FL 33916

John W. Walker
465 McCracken Road
Lake Helen, FL 32744

S. James Wallace on behalf of Creditor Barnes & Powers North, LLC
Griffith, McCague & Wallace, P.C.
The Gulf Tower, #3626
707 Grant Street, 38th Floor
Pittsburgh, PA 15219-1911

William L. Wallander on behalf of Creditor Archon Group, L.P.
Vinson & Elkins L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201-2975

Youde Wang
1296 Grand Cypress Sq.
Virginia Beach, VA 23455

Madeleine C. Wanslee on behalf of Creditor Maricopa County Treasurer
201 E. Washington Street
Suite 800
Phoeniz, AZ 85004-2327

Daphne A. Ward
12646 Willow View Place
Waldorf, MD 20602

Scott Warren
10816 1/2 Blix Street
N. Hollywood, CA 91602

Nancy A. Washington on behalf of Creditor FM Facility Maintenance
Saiber LLC
One Gateway Center 13th Floor
Newark, NJ 07102

Ferrell A. Weber on behalf of Creditor Martin Garcia
Law Office of Ferrell Weber
2203 E. Lincoln Ave.
Anaheim, CA 92806

Nicholas S. Weeks
4512 Staten Island Court
Plano, TX 75024

Catherine J. Weinberg on behalf of Creditor Signal Hill Gateway, LLC
Buckner, Alani & Mirkovich
3146 Redhill Ave., Ste. 200
Costa Mesa, CA 92626

Sharon Z. Weiss on behalf of Creditor Apex Digital, Inc.
Holme Roberts & Owens
800 W. Olympic Blvd
4th Floor
Los Angeles, CA 90015

Thomas J. Weiss on behalf of Creditor Unical Enterprises, Inc
Weiss & Hunt
1925 Century Park East
Suite 2140
Los Angeles, CA 90067

Elizabeth Weller on behalf of Creditor Dallas County
Linebarger Goggan Blair & Sampson,LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Wells Fargo Bank, National Association
Bilzin Sumberg Baena Price & Axelrod LLP
c/o Mindy Mora
200 South Biscayne Blvd. #2500
Miami, FL 33131

Westlake Limited Partnership
HSBC Bank USA NA
VonWin
Dept CH 16354
Palatine, IL 60055

Lucinda E. White on behalf of Creditor State of Maine, Treasurer
6 State House Station
Augusta, ME 04333-0006

Ahmad Paul Whitney
,

Wichita County
,

Wichita Falls ISD
,

Michael S. Williams on behalf of Creditor Dorothy Coleman
Gold, Albanese & Barletti
58 Maple Avenue
Red Bank, NJ 07701

Bobby G. Wilson
6509 N 63rd Avenue
Glendale, AZ 85301

Franklin Wilson
,

Franklin Wilson
2 Highland Street
Port Chester, NY 10513

Franklin Spencer Wilson
,

Edward A. Winfree
1467 Bethany Church Road
Bumpass, VA 23024

Lori L. Winkelman on behalf of Creditor DFS SERVICES LLC
Quarles & Brady LLP
2 North Central Avenue
Phoenix, AZ 85004-2391
lwinkelman@quarles.com

Winn Bus Lines
1831 Westwood Avenue
Richmond, VA 23227

Robert Witenberg
6307 Sanford
Houston, TX 77096

Marcea Wolfe
49 Rowland Street
Wilkes-Barre, PA 18702

Douglas Wolfe on behalf of Creditor ASM Capital III, L.P.
ASM Capital, LP
7600 Jericho Turnpike Suite 302
Woodbury, NY 11797

Erica Wolff
,

Brian D. Womac on behalf of Creditor Parkdale Village, LP
Two Memorial City Plaza
820 Gessner, Ste. 1540
Houston, TX 77024

Woodlands Metro MUD
,

Woodlands RUD # 1
,

Terrell A. Woods
5724 Sullivan Point Dr.
Powder Springs, GA 30127

Andrea Wright
5805 Kistler Court
Fayetteville, NC 28304

Karon Y. Wright on behalf of Creditor Austin Community College
Travis County, Texas
P.O. Box 1748
Austin, TX 78767

Wyoming Tribune-Eagle
702 W. Lincolnway
Cheynne, WY 82001-4359

Muriel To Yang
645 Farnham Circle
Richmond, VA 23236

Aubina Yates
24355 Bay Ave.
Moreno Valley, CA 92553

Junghye June Yeum on behalf of Transferee Korea Export Insurance Corporation
Baker & McKenzie. LLP
1114 Avenue of Americas
New York, NY 10036

Ken J. Young
.

Rafael X. Zahralddin-Aravena on behalf of Creditor Symantec Corp
Elliot Greenleaf
1105 Market Street
Suite 1700
Wilmington, DE 19801

Menachem O. Zelmanovitz on behalf of Creditor Fort Steuben Mall
Morgan, Lewis & Bockius
101 Park Ave.
New York, NY 10178-0600

Alfred J. Zullo on behalf of Creditor Jeffrey Thibodeau
Law Offices of Zullo & Jacks, LLC
83 Main St., PO Box 120748
East Haven, CT 06512

iTouchless Housewares and Products, Inc.
551 Foster City Blvd., Unit M
Foster City, CA 94404