| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 22, 2011 AT 2:00 P.M. (EASTERN)**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on March 22, 2011 beginning at 2:00 p.m. Eastern.

1. Administrative Expense Request of Daphne A. Ward (Docket No. 9689).

   Related Documents:

   a. Notice of Motion and Notice of Hearing (Re: related document(s)[9689] Application for Administrative Expenses filed by Daphne A. Ward) filed by Daphne A. Ward. Hearing scheduled 2/24/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (French, Suzanne)

   Objection Deadline: February 17, 2011.

   Objections/ Responses Filed: Liquidating Trust's Objection to the Administrative Expense Request of Daphne A. Ward Re: related document(s)[9689] motion Application for Administrative Expenses filed by Daphne A. Ward) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 9987).

   Status: The Trust will request that the Court deny the Administrative Expense Request of Daphne A. Ward.

2. Site A, LLC's Second Amended Motion to Allow Late Filing of Proof of Claim, or in the Alternative, Motion to File Late Proof of Claim as an Amendment to Informal Proof of Claim (Docket No. 7155).

   Related Documents:

   a. Notice of Motion and Hearing (Docket No. 5405)

   b. Amended Motion to Allow Late Filing of Proof of Claim, by Site A, LLC (Docket Nos. 5310, 5404)

   c. Notice of Motion and Hearing (Docket No. 7236)

   Objection Deadline: October 27, 2009 at 5:00 p.m., extended for the Trust.

2

|   | Objections/ Responses Filed: | None at the time of filing this agenda |
|---|---|---|
|   | Status: | The Trust will request that this matter be adjourned to April 14, 2011 at 2:00 p.m. |

3. Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 3507)

   Related Documents:

   a. Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 4170)

   b. Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6080)

   c. Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6109)

   d. Second Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6354)

   e. Fourth Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6588)

   f. Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and John P. Raleigh Resolving the Debtors' Eighth Omnibus Objection to Claim No. 11391 (Docket No. 7523)

   g. Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS EIGHTH OMNIBUS OBJECTION TO CERTAIN LATE CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF NATALIA HILTON [CLAIM NO. 11058]* (Docket No. 9916)

   h. Notice of Hearing (Re: related document(s)[3507] Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.  (Docket 9983)

   Objection Deadline: June 29, 2009 at 4:00 p.m.

   Objections/ Responses Filed: See attached Exhibit A.

3

    Status:    The Trust has withdrawn without prejudice the objection as it relates to the claim of Natalia Hilton. For one of the two claims for which the objection is still pending, this matter is adjourned to April 14, 2011 at 2:00 p.m. The other one has been set for substantive hearing on March 22, 2011. See attached <u>Exhibit A</u>. The Trust will request that the Court sustain the Objection as it relates to said claim(s).

4. Debtors' Ninth Omnibus Objection to Certain (i) Late Claims (ii) Late 503(b)(9) Claims (Docket No. 3509)

   Related Documents:

   a. Amended Exhibit C to Debtors' Ninth Omnibus Objection to Certain (i) Late Claims (ii) Late 503(b)(9) Claims (Docket No. 3512)

   b. Order On Debtors' Ninth Omnibus Objection To Certain (I) Late Claims And (II) Late 503(B)(9) Claims (Docket No. 4171)

   c. Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6131)

   d. Second Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6373)

   e. Third Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6593)

   f. Notice of Proposed Settlement Agreement and Stipulation Resolving the Debtors' Ninth Omnibus Objection to Claim No. 11571 and Regarding Claim No. 13129 (Docket No. 7629)

   g. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and C&A Consulting Resolving the Debtors' Ninth Omnibus Objection to Claim No. 12042 and Regarding Claim No. 13078 (Docket No. 7926)

   h. Notice of Hearing on the Merits on Debtors' Ninth Omnibus Objection to Claim No. 12951 Filed by Lyle Alonso Epps and Response Thereto (Docket No. 7933)

   i. Debtors' Supplemental Brief in Support of Omnibus Objections to late Claims Filed by Dino Bazdar and Lyle Alonzo Epps (Docket No. 8086)

   j. Third Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 8198)

k.  Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS NINTH OMNIBUS OBJECTION TO CERTAIN (I) LATE CLAIMS AND (II) LATE 503(B)(9) CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF SIMPLETECH BY HITACHI GLOBAL STORAGE TECHNOLOGIES, INC. [CLAIM NO. 11495]* (Docket No. 9902)

l.  Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS NINTH OMNIBUS OBJECTION TO CERTAIN (I) LATE CLAIMS AND (II) LATE 503(B)(9) CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF BELKIN INTERNATIONAL, INC. (CLAIM NO. 11608)* (Docket No. 10088)

m.  Notice of Hearing (Re: related document(s)[3509] Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 3/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 9984)

Objection
Deadline:            June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:               See attached <u>Exhibit A</u>.

Status:              For the one claim for which the objection is still pending, the matter has been set for substantive hearing on March 22, 2011 at 2:00 p.m. See attached <u>Exhibit A</u>. The Trust will request that the Court sustain the Objection as it relates to said claim(s).

5.  Debtors' Thirty-Sixth Omnibus Objection to Claims (Disallowance of Certain Claims Relating to Short Term Incentive Plan) (Docket No. 4600)

Related
Documents:

a.  Order on Debtors' Thirty-Sixth Omnibus Objection to Claims (Disallowance of Certain Claims Relating to Short Term Incentive Plan) (Docket No. 5193)

b.  Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO CERTAIN SPECIFIED CLAIMS* (Docket No. 9913)

c.  Notice of Hearing (Re: related document(s) 4600 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9918)

5

|  |  |
|---|---|
| Objection Deadline: | September 15, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached <u>Exhibit A</u>. |
| Status: | For those claims for which the objection is still pending, this matter has been set for substantive hearing on March 22, 2011 at 2:00 p.m. See attached <u>Exhibit A</u>. The Trust will request that the Court sustain the Objection as it relates to said claim(s). |

6. Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7013)

   Related Documents:

   a. Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7457)

   b. Supplemental Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7674)

   c. Notice of Proposed Settlement Agreement and Stipulation by and Between the Debtors and Universal Display and Fixtures Company (Docket No. 8002)

   d. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors' Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth Omnibus Objection to Claim No. 5708 (Docket No. 8358)

   e. Notice of Proposed Settlement Agreement and Stipulation by and Between the Debtors and Richard Kreuger (Docket No. 8435)

   f. Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Z-Line Designs, Inc. (Docket No. 8857)

   g. Notice of Hearing (Re: related document(s) 7013 Objection to Claim filed by Circuit City Stores, Inc.) (Docket No. 9820)

h. Trustee's Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the Claim of Jamie Stack (Claim No. 14139)

i. Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the Claim of Sarah B. Harris [Claim No. 14314] (Docket No. 9869)

j. Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the Claim of Jean S. Hamby [Claim No. 13896] (Docket No. 9870)

k. Notice of Hearing (Re: related document(s)[7013] Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 3/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 9985)

l. Stipulation *TO CONSOLIDATE OBJECTION TO CLAIM WITH PENDING ADVERSARY PROCEEDING* By Circuit City Stores, Inc. Liquidating Trust and Between SAP INDUSTRIES, INC., FKA SAP RETAIL INC (Docket No. 10103)

m. Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS SEVENTIETH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF MOBILE EDGE [CLAIM NO. 3788]* (Docket No. 10085)

n. Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS SEVENTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL CLAIMS); (II) NO LIABILITY (SATISFIED CLAIMS); (III) NO LIABILITY (HUMAN RESOURCES CLAIMS) AND (IV) NO LIABILITY (MISCELLANEOUS CLAIMS)) SOLELY WITH RESPECT TO THE CLAIM OF CURTISS McGOUGH (CLAIM NO. 3439)* (Docket No. 10087)

Objection
Deadline:           April 22, 2010 at 4:00 p.m.

Objections/
Responses
Filed:              See attached Exhibit A.

7

Status:    The matter is being set for hearing on March 22, 2011 at 2:00 p.m. for the claims of Albert Flowers, Jr. The Trust will request that the Court sustain the Objection as it relates to said claim(s). For the remaining claims for which the objection is still pending, this status hearing is adjourned to April 14, 2011 at 2:00 p.m. See attached <u>Exhibit A</u>.

Dated: Richmond, Virginia          TAVENNER & BERAN, PLC
       March 18, 2011

                                   _____*/s/ Paula S. Beran*_____
                                   Lynn L. Tavenner (VA Bar No. 30083)
                                   Paula S. Beran (VA Bar No. 34679)
                                   20 North Eighth Street, 2nd Floor
                                   Richmond, Virginia 23219
                                   (804) 783-8300

                                            - and -

                                   PACHULSKI STANG ZIEHL & JONES LLP
                                   Jeffrey N. Pomerantz, Esq.
                                   Andrew W. Caine, Esq.
                                   10100 Santa Monica Boulevard
                                   Los Angeles, California 90067-4100
                                   (310) 277-6910

                                            - and –

                                   Robert J. Feinstein, Esq.
                                   John A. Morris, Esq.
                                   PACHULSKI STANG ZIEHL & JONES LLP
                                   780 Third Avenue, 36th Floor
                                   New York, New York 10017
                                   (212) 561-7700

                                   Co-Counsel for the Circuit City Stores, Inc.
                                   Liquidating Trust

**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 8 | Dirley L. Ball | 11102 11103 11104 11105 | 3906 | This matter is set for hearing on March 22, 2011 at 2:00 p.m. |
| 9 | Adam Drake | 12251 | 3896 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Victoria L. Eastwood | 13994 | 4790 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Douglas A. Daniluk | 4306 14056 | 4813 4814 | This matter has settled subject to documentation. Adjourn to 4/14/11 for Status Hearing only. |
| 36 | Francis E. Telegadas | 5666 | 4824 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Christopher N. Crowe | 3601 | 4826 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Anne B. Fath | 8662 13935 | 4828 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Stephen T. Saunders | 6825 | 4837 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | David W. Phillips | 9315 | 4844 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Corey Rachel | 9996 | 4852 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| 36 | Elizabeth R. Warren | 13527 4378 | 4910 | This matter is no longer contested by the Claimant. |

DOCS_LA:233555.2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 36 | Michael W. Beam | 13410 6022 | 4958 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m.. |
| 36 | Laura McDonald | 14432 8108 | 4969 4970 | This matter has been set for hearing on March 22, 2011 at 2:00 p.m. |
| | | | | |
| 70 | Albert Flowers, Jr. | 13204 | n/a | This matter is set for hearing on March 22, 2011 at 2:00 p.m. |

2