**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**AMENDED NOTICE OF WITHDRAWAL OF
DOCKET NO. 1138 AND CLAIM NO. 13098**

**PLEASE TAKE NOTICE** that in light of the *Notice of Liquidating Trust's First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, and Disallowance of Certain Amended Claims)* (the "First Omni") (Docket no. 10024), the *Notice of Liquidating Trust's Fifteenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain*

---

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

Counsel for Acadia Realty Limited Partnership; Brighton Commercial, L.L.C.; Catellus Operating Limited Partnership; Cedar Development Ltd., a Florida Limited Partnership; Columbia Equities Limited Partnership; La Habra Imperial, LLC; New River Properties, LLC; Rancon Realty Fund IV; RD Bloomfield Associates Limited Partnership; Sparkleberry Two Notch, LLC; Starpoint Property Management, LLC; Tourboullin Co.; UnCommon, Ltd., a Florida Limited Partnership; and Watercress Associates, LP

*Amended Claims)* (the "Fifteenth Omni") (Docket no. 10053), and the *Notice of Liquidating Trust's Twentieth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)* (the "Twentieth Omni") (Docket no. 10072), Acadia Realty Limited Partnership; Brighton Commercial, L.L.C.; Catellus Operating Limited Partnership; Cedar Development Ltd., a Florida Limited Partnership; Columbia Equities Limited Partnership; La Habra Imperial, LLC; New River Properties, LLC; Rancon Realty Fund IV; RD Bloomfield Associates Limited Partnership; Sparkleberry Two Notch, LLC; Starpoint Property Management, LLC; Tourboullin Co.; UnCommon, Ltd., a Florida Limited Partnership; Watercress Associates, LP (collectively the "Movants") by and through counsel, Christian & Barton, LLP, hereby withdraw the *Motion and Supporting Memorandum of Law of Landlords Listed on Exhibit A for an Order Compelling Debtors to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. Sections 365(D)(3) and 503(B) and Granting Related Relief* filed at docket no. 1138 and docketed as claim no. 13098 (the "Motion").

Because the Debtors' claims agent, Kurtzman Carson Consultants, LLC ("KCC"), docketed the Motion as a claim, and the Trustee has objected to the Motion as a claim in the First Omni, Fifteenth Omni, and Twentieth Omni (Collectively the "Omnis"), and because counsel for the Trustee and the counsel for the Movants have agreed that up on the withdrawal of the Motion the Omnis will be deemed moot in the subsequent courts addressing the Omnis, the Movants

2

hereby withdraw the Motion found at docket no. 1138 and the resulting claim no. 13098. This withdrawal will not affect any other claims filed by the Movants in this bankruptcy case.

Dated: March 21, 2011  **CHRISTIAN & BARTON, LLP**

/s/ Jennifer M. McLemore
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone 804-697-4100
Facsimile: 804-697-4112

Counsel for Acadia Realty Limited Partnership; Brighton Commercial, L.L.C.; Catellus Operating Limited Partnership; Cedar Development Ltd., a Florida Limited Partnership; Columbia Equities Limited Partnership; La Habra Imperial, LLC; New River Properties, LLC; Rancon Realty Fund IV; RD Bloomfield Associates Limited Partnership; Sparkleberry Two Notch, LLC; Starpoint Property Management, LLC; Tourboullin Co.; UnCommon, Ltd. a Florida Limited Partnership; and Watercress Associates, LP

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2011, I caused a copy of the foregoing *Amended Notice of Withdraw of Docket No. 1138 and the Claim No. 13098* to be served electronically by the ECF filing system and sent regular United States mail to the following:

Circuit City Stores, Inc.
Claims Processing Department
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

/s/ Jennifer M. McLemore
Jennifer M. McLemore

1136736

3