Roland Finch

6179 Palomino Drive

Allentown PA 18106

717 682 4787



A.  In reference to claim # 2532 / Priority claim. The United States bankruptcy court for the eastern District of Virginia, Richmond Division. Circuit City liquidating trust. Objection to the liquidating trusts 11th Omnibus Objection to claims: Reclassify to General Unsecured Claims, Reduce to statutory cap, or disallow as applicable (Special Cash Retention Program).

B.  Roland Finch, Priority claim, $40,000.

C.  The special cash retention program was designed to keep and retain loyal circuit city workers while the company was going through a change in control. As a veteran of the company and putting in 10 years, I was one of the few individuals whom stayed on and supported the organization while others were leaving. The cash retention bonus was to reward those individuals whom stayed and supported the company. On Sept 22, 2008 CEO Phil Schoonver resigned, and James Marcum, Appointed by majority share holder Mark Wattles, assumed responsibility of the company. This would certainly point to a "Change in Control" as outlined in the objection. Furthermore the company then filed for Bankruptcy on Nov 10th, 2008. Furthermore, the objection states several times that "Reduced CRP claim holders have already received post petition payment" etc). To date I have not received any payment, but would be open to settling for a reduced amount.

D.  I have already sent in all relevant documentation regarding this claim. If further copies are needed please contact me.

E.  NA

F.  Roland Finch, 6179 Palomino Drive, Allentown PA 18106


Thank you for your time and I look forward to a speedy resolution of this claim.

*[signature]*