IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | (Jointly Administered) |

ORDER APPROVING ADMISSION
PRO HAC VICE OF GARY MARK KAPLAN

This matter comes before the Court upon the Motion of Augustus C. Epps, Jr., requesting entry of an order approving the admission *pro hac vice* of Gary Mark Kaplan of the firm of Farella Braun + Martel LLP, to represent the interests of Eel McKee LLC and Redtree Properties, L.P. in these proceedings. Based upon the representations set forth in the Motion and finding the Motion to be in order, and finding it otherwise proper so to do, the Court

ORDERS that Gary Mark Kaplan be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

ENTER:    /    /

_____
United States Bankruptcy Judge

_____
Augustus C. Epps, Jr. (VSB No. 13254)
Jennifer M. McLemore (VSB No. 47164)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: 804.697.4104
Facsimile: 804.697.6104

Counsel to Eel McKee LLC and Redtree Properties, L.P.

I ask for this:


/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 2319-3095
Telephone:  804.697.4104
Facsimile:   804.697.6104

Counsel to Eel McKee LLC and Redtree Properties, L.P.


## CERTIFICATE

I hereby certify that the foregoing Order has been endorsed by all necessary counsel.


/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.

2

## S E R V I C E  L I S T

Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095

Gary Kaplan, Esquire
Farella Braun + Martel LLP
235 Montgomery Street
San Francisco, California 94104

1136913v1