# RGG&L
*RappaportGlassGreene · LevineLLP*

Charles J. Rappaport
Michael G. Glass
Michael R. Greene
Michael S. Levine
Matthew J. Zullo
James L. Forde

James L. Forde

March 15, 2011

Clerk of The Court
United States Bankruptcy Court
701 East Broad Street
Richmond, VA 23219

RICHMOND DIVISION
FILED
MAR 21 2011
CLERK
US BANKRUPTCY COURT

Re:  Bankruptcy of Circuit City Stores
     Case No: 08-35653-KRH
     Claimant: Clementine Tinsley
     RGGL File No.: 1148JLF

Dear Sir/Madam:

Please be advised that we have been retained by Ms. Tinsley for injuries sustained on November 6, 2008 and we currently represent her in a case against Circuit City Stores. Kindly address all future correspondence regarding this matter to our office.

Please note that Linda P. O'Gorman, Esq. does not represent Clementine Tinsley.

Should you require anything further, please do not hesitate to contact us.

Very truly yours,

RAPPAPORT, GLASS, GREENE & LEVINE, LLP

Sue Reyes
Paralegal

cc:  Linda P. O'Gorman, ESq.
     53 Highland Avenue
     Eastchester, New York 10709