6650 Telecom Drive
Indianapolis, IN 46278



**U.S. Customs and Border Protection**

MAR 1 5 2011

Clerk of the U.S. Bankruptcy Court
Eastern District of Virginia
701 East Broad Street – Room 4000
Richmond, Virginia 23219

```
RICHMOND DIVISION
F                          F
I                          I
L      MAR 2 2 2011        L
E                          E
D          CLERK           D
     US BANKRUPTCY COURT
```

Re:   Circuit City Stores, Inc.
      Case Number: 08-35653-KRH

Dear Sir or Madam:

Enclosed is our Notice of Withdrawal of Claim for the above referenced bankruptcy case. Please file the notice and return a file-marked copy of the notice in the enclosed self-addressed, stamped envelope.

If you have any questions regarding this case, please immediately contact Scott Vrooman at relay number 1-800-743-3333 and then tell relay agent to dial 317-298-1501.

Sincerely,

*Deborah Wolfay*
Kara N. Welty
Chief, Debt Management Branch
Financial Operations, Office of Administration
U.S. Customs and Border Protection

Enclosures

Cc:   Jeffrey N. Pomerantz, Esq.
      Paula S. Beran, Esq.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. |
| Circuit City Stores, Inc. ) | |
| ) | 08-35653-KRH |
| Debtor ) | |

## NOTICE OF WITHDRAWAL OF CLAIM

The claim (#12857) of the U.S. Customs and Border Protection previously filed in this case is withdrawn in its entirety.

DATE: MAR 1 5 2011

*Deborah Wexley*

Kara N. Welty
Chief, Debt Management Branch
Financial Operations, Office of Administration
U.S. Customs and Border Protection