Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et</u> <u>al</u>.,. [1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**

Pursuant to Local Bankruptcy Rule 2090-1 (E) (2), Lynn L. Tavenner and Paula S. Beran, members in good standing of the Bar of the Commonwealth of Virginia and the United

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

States Bankruptcy Court for the Eastern District of Virginia, file this motion with the Court for an Order permitting admission for Jason S. Pomerantz of the law firm Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 11th Floor, Los Angeles, California 90067, to appear and practice *pro hac vice* on behalf of the Circuit City Stores, Inc. Liquidating Trust in the above-captioned cases now pending in the United States Bankruptcy Court for the Eastern District of Virginia and any related adversary litigation.  In support of this motion, Mr. Pomerantz represents and shows that:

1.  Mr. Pomerantz is admitted to the Courts of Record in the State of California (1991), in the federal district courts of Central District, Southern District, Northern District, and Eastern District of California, is regularly engaged in the practice of bankruptcy law in the federal courts of California, and has been previously admitted pro hac vice to practice in other bankruptcy courts, including the United States Bankruptcy Court for the District of Delaware.

2.  Mr. Pomerantz is in good standing pursuant to the rules of the bar of the Supreme Court of California, is not suspended or disbarred in any other court and is not subject to bar grievance or disciplinary proceedings.

3.  Mr. Pomerantz is eligible to practice in the Bankruptcy Court and agrees to familiarize himself with the Local Bankruptcy Rules.  There are no disciplinary proceedings pending against him.  A copy of an Application to Qualify as a Foreign Attorney Under Local Bankruptcy Rule 2090-1(E)(2) is attached.

WHEREFORE, Lynn L. Tavenner and Paula S. Beran respectfully move this Court for an Order granting Jason S. Pomerantz permission to appear and practice *pro hac vice* on behalf of the Circuit City Stores, Inc. Liquidating Trust and for such other and further relief as the Court deems just and appropriate.

Dated: Richmond, Virginia
  March 23, 2011

TAVENNER & BERAN, PLC

  /s/ Paula S. Beran
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

Co-Counsel for the Circuit City Stores, Inc.
Liquidating Trust

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 23, 2011 a true and correct copy of the above and foregoing Motion For Admission To Practice Pro Hac Vice was served by either First Class Mail, postage pre-paid and/or by electronic delivery to:

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

            /s/ Paula S. Beran
            Paula S. Beran, Esquire (Va. Bar No. 34679)
            Tavenner & Beran, PLC
            20 North Eighth Street, Second Floor
            Richmond, Virginia  23219
            Telephone: (804) 783-8300
            Telecopy:  (804) 783-0178

Jeffrey N. Pomerantz, Esq.  
Andrew W. Caine, Esq.  
(admitted *pro hac vice*)  
PACHULSKI STANG ZIEHL & JONES LLP  
10100 Santa Monica Boulevard  
Los Angeles, California 90067-4100  
Telephone: (310) 277-6910  
Telecopy:   (310) 201-0760  

Lynn L. Tavenner, Esq. (VA Bar No. 30083)  
Paula S. Beran, Esq. (VA Bar No. 34679)  
TAVENNER & BERAN, PLC  
20 North Eighth Street, 2nd Floor  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
Telecopy:   (804) 783-0178  

- and –

Robert J. Feinstein, Esq.  
John A. Morris, Esq.  
(admitted *pro hac vice*)  
PACHULSKI STANG ZIEHL & JONES LLP  
780 Third Avenue, 36th Floor  
New York, New York 10017  
Telephone: (212) 561-7700  
Telecopy: (212) 561-7777  

*Counsel for the Circuit City Stores, Inc.  
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION**

| In re: | : | Chapter 11 |
|---|---|---|
| CIRCUIT CITY STORES, INC., et al.,. [2] | : | Case No. 08-35653-KRH |
| Debtors. | : | (Jointly Administered) |

**ORDER GRANTING ADMISSION PRO HAC VICE**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Upon the Motion for Admission to Practice Pro Hac Vice (the "Motion"), and the representations by counsel, Lynn L. Tavenner and Paula S. Beran, that Jason S. Pomerantz is a practicing attorney in good standing in the State of California; it is hereby

ORDERED that Jason S. Pomerantz may appear and practice *pro hac vice* in the above captioned bankruptcy cases and any related adversary litigation on behalf of the Circuit City Stores, Inc. Liquidating Trust; and it is further

ORDERED, that the Motion is hereby GRANTED.


DATED:

UNITED STATES BANKRUPTCY JUDGE


**WE ASK FOR THIS:**


Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.  11th Floor
Los Angeles, California  90067-4100
Telephone: 310-227-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Counsel for Circuit City Stores, Inc. Liquidating Trust

## **CERTIFICATE OF ENDORSEMENT UNDER LOCAL RULE 9022-1(c)**

    I HEREBY CERTIFY that the foregoing proposed order has been endorsed by all necessary parties.

_____

Counsel

3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653 (KRH) ,* Case Name Circuit City Stores, Inc., et al.

PERSONAL STATEMENT

FULL NAME (no initials, please) Jason Scott Pomerantz
Bar Identification Number 157216    State California
Firm Name Pachulski Stang Ziehl & Jones LLP
Firm Phone # (310) 277-6910    Direct Dial # (310) 926-2871    FAX # (310) 201-0760
E-Mail Address jspomerantz@pszjlaw.com
Office **Mailing** Address 10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA 90067
Name(s) of federal court(s) in which I have been admitted Central, Nothern, Southern and Eastern District of California

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Paula S. Beran    03/23/2011
(Signature)    (Date)

Paula S. Beran
(Typed or Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Ver. 02/11/10 [effective 12/01/09]