IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653 (KRH) |
| **CIRCUIT CITY STORES, INC., et al.,** ) | |
| ) | **Chapter 11** |
| Debtors. ) | |
| ) | **(Jointly Administered)** |

ORDER APPROVING ADMISSION
PRO HAC VICE OF GARY MARK KAPLAN

This matter comes before the Court upon the Motion of Augustus C. Epps, Jr., requesting entry of an order approving the admission *pro hac vice* of Gary Mark Kaplan of the firm of Farella Braun + Martel LLP, to represent the interests of Eel McKee LLC and Redtree Properties, L.P. in these proceedings. Based upon the representations set forth in the Motion and finding the Motion to be in order, and finding it otherwise proper so to do, the Court

ORDERS that Gary Mark Kaplan be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

ENTER: Mar 21 2011 /

/s/ Kevin Huennekens
United States Bankruptcy Judge

Entered on docket: Mar 21 2011

---

Augustus C. Epps, Jr. (VSB No. 13254)
Jennifer M. McLemore (VSB No. 47164)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: 804.697.4104
Facsimile: 804.697.6104

Counsel to Eel McKee LLC and Redtree Properties, L.P.

I ask for this:

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 2319-3095
Telephone:  804.697.4104
Facsimile:   804.697.6104

Counsel to Eel McKee LLC and Redtree Properties, L.P.

### CERTIFICATE

I hereby certify that the foregoing Order has been endorsed by all necessary counsel.

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.

## **S E R V I C E  L I S T**

Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095

Gary Kaplan, Esquire
Farella Braun + Martel LLP
235 Montgomery Street
San Francisco, California 94104

1136913v1

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Circuit City Stores, Inc.  
    Debtor

Case No. 08-35653-KRH  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0422-7　　　　User: frenchs　　　　Page 1 of 1　　　　Date Rcvd: Mar 21, 2011  
　　　　　　　　　　　　　Form ID: pdforder　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2011.  
prf　　　+Augustus C. Epps, Jr.,　　909 East Main Street,　　Suite 1200,　　Richmond, VA 23219-3013  
　　　　　+Gary Kaplan,　　235 Montgomery St.,　　San Francisco, CA 94104-2902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2011**　　　　　　　　　　　　　　**Signature:** _Joseph Speetjens_