# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC. et al | Case No. 08-35653 |
| Debtors | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **HighJump Software**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
HighJump Software
NW 5230, PO Box 1450
Minneapolis, MN 55485

New Address
HighJump Software
c/o Jefferies Leveraged Credit Products, LLC
One Station Place
Three North
Stamford, CT 06902

I declare under penalty of perjury that the foregoing is true and correct.

HighJump Software Inc.

By: _____
Title: _____
Russell Fleischer
Chief Executive Officer
Date: _____