# Pal Transport Inc.
54834 Pine St.
New Baltimore, MI 48047



*Claim # 13281*

March 17, 2011

Pal Transport provided home delivery services for all of the southeastern Michigan Circuit City stores for fifteeen years, during which time our business relationship with Circuit City was one of trust and straightforward dealings. During the entire fifteen years there was never an issue concerning payment of an invoice.

The invoice that you have rejected for $1265.00 was for assisting the home office in consolidating the Detroit area inventory from the already closed stores to a central location for final liquidation. We were assured by managers from Detroit and Richmond that even though the bankruptcy proceedings were underway there would not be a problem being paid.

Why was our invoice rejected and why are we being treated disrespectfully for submitting a legitimate invoice of such an insignificant amount. Please do the right thing and honor our final invoice. It simply isn't fitting to end a wonderful fifteen year business relationship over such a trifling matter.

Michael Sudomir
Pal Transport Inc.
Operations Manager