**Brian F. Kenney (VSB #23199)**
**Miles & Stockbridge P.C.**
**1751 Pinnacle Dr., Ste. 500**
**McLean, VA 22102**
**Telephone: 703-610-8664**
**Facsimile:  703-610-8686**
**E-mail:  bkenney@milesstockbridge.com**
*Counsel for Defendant, Stanley Black & Decker, Inc.,*
*Successor by Merger to Black & Decker(US), Inc.*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **CIRCUIT CITY STORES, INC., et al.,** ) | |
| ) | **Case No. 08-35653-KRH** |
| Debtors. ) | **Chapter 11** |
| ) | **(Jointly Administered)** |

## WITHDRAWAL OF PROOF OF CLAIM
## OF BLACK & DECKER (US), INC.
## [CLAIM NO. 2059]

Black & Decker (US), Inc., by counsel, hereby withdraws its Proof of Claim Number 2059, in the amount of $8,832.67.

Dated: March 25, 2011

                                                Respectfully submitted,
                                                Black & Decker (US), Inc.
                                                by counsel

**Miles & Stockbridge, P.C.**
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
Telephone: (703) 610-8664
Facsimile:  (703) 610-8686
bkenney@milesstockbridge.com

By:     /s/ *Brian F. Kenney*
Brian F. Kenney (VSB# 23199)
*Counsel for Black & Decker (US), Inc.*

# CERTIFICATE OF SERVICE

      I hereby certify that I caused to be sent by first-class mail, postage prepaid, a true and accurate copy of the foregoing **WITHDRAWAL OF PROOF OF CLAIM OF BLACK & DECKER (US), INC. [CLAIM NO. 2059],** to the following persons this 25th day of March 2011:

*Co-Counsel for Plaintiff, Alfred H. Siegel:*
Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA  23219

*Co-Counsel for Plaintiff, Alfred H. Siegel:*
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA  23219

*Co-Counsel for Plaintiff, Alfred H. Siegel:*
Jeffrey N. Pomerantz
Andrew W. Caine
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd
Los Angeles, CA  90067-4100

*Co-Counsel for Plaintiff, Alfred H. Siegel:*
Robert J. Feinstein
John A. Morris
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, NY  10017

                                          /s/   *Brian F. Kenney*
                                              Brian F. Kenney