IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., ) | Case No. 08-35653 (KRH) |
| ) | |
| Debtor. ) | Jointly Administered |
| ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR
TERMINATION OF NOTICES

PLEASE TAKE NOTICE that the undersigned and the firm of Magee Goldstein Lasky & Sayers, PC, hereby withdraws its appearance on behalf of all entities for which it is listed as Counsel and requests that they be removed from the service list under Rule 2002, and also requests termination of the delivery of CM/ECF Notices to this firm.

Respectfully submitted,

By: /s/Garren R. Laymon

Garren R. Laymon, Esq. (VSB #75112)
Magee Goldstein Lasky & Sayers, P.C.
PO Box 404
Roanoke, VA  24003-0404
Telephone:  (540) 343-9800
Facsimile:  (540) 343-9898
Electronic Mail: glaymon@mglspc.com

CERTIFICATE OF SERVICE

I hereby certify on this 25th day of March, 2011, I caused a copy of the foregoing Notice of Withdrawal of Appearance and Request for Termination of CM/ECF Notices to be served by electronic means through the ECF system in accordance with Bankr. E.D. Va. CM/ECF Policy 9.

By: /s/Garren R. Laymon