David K. Spiro (VSB No. 28152)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 600
Richmond, Virginia 23221-0500
Telephone:  (804) 771-9500
Facsimile:  (804) 644-0957
Email: dspiro@hf-law.com
       sdelacruz@hf-law.com

John D. D'Ercole, Esq.
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
875 Third Avenue
New York, NY 10022
Telephone: (212) 603-6368
Facsimile: (212) 956-2164
Email: jdd@robinsonbrog.com

*Counsel for Mizco International, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>　　　　　　　　　　Debtors. | Case No. 08-35653-KRH<br>Chapter 11<br>(Jointly Administered) |

### ORDER APPROVING ADMISSION PRO HAC VICE OF JOHN D. D'ERCOLE

This matter comes before the Court upon the Motion to Admit John D. D'Ercole *Pro Hac Vice* (the "Motion") filed by Sheila deLa Cruz, Esquire.  The Motion requests the entry of an order approving the admission *pro hac vice* of John D. D'Ercole of the law firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C., for the purpose of representing Mizco International, Inc. in the above-referenced bankruptcy case and the related adversary proceeding styled *Siegel v. Mizco International, Inc.* (Adv. Pro. No. 10-03703) (the "Adversary Proceeding").  Based upon the representations set forth in the Motion and Mr. D'Ercole's *pro hac vice* application, and finding it otherwise proper so to do, it is hereby:

**ORDERED** that John D. D'Ercole, Esquire, is hereby **ADMITTED** *pro hac vice* to practice before the Court in these bankruptcy proceedings and the Adversary Proceeding.

Dated: _____
Richmond, Virginia

                            _____
                            United States Bankruptcy Judge

                            Entered on Docket: _____

I ask for this:

  /s/  Sheila deLa Cruz_____
David K. Spiro (VSB No. 28152)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
Email: dspiro@hf-law.com
        sdelacruz@hf-law.com

*Local Counsel for Mizco International, Inc.*

**CERTIFICATE OF ENDORSEMENT**

    I hereby certify, under Local Rule 9022-1, that the foregoing Order has been endorsed by and/or served upon all necessary parties.

                            _____/s/ Sheila deLa Cruz_____
                            Local Counsel