**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>Debtors. | Case No. 08-35653-KRH<br>Chapter 11<br>(Jointly Administered) |

### ORDER APPROVING ADMISSION PRO HAC VICE OF PERRY L. GOORMAN

This matter comes before the Court upon the Motion to Admit Perry L. Goorman *Pro Hac Vice* (the "Motion") filed by Sheila deLa Cruz, Esquire. The Motion requests the entry of an order approving the admission *pro hac vice* of Perry L. Goorman, Esquire, of the Goorman Law Offices, for the purpose of representing The Denver Newspaper Agency, LLP in the above-referenced bankruptcy case and the related adversary proceeding styled *Siegel v. The Denver Newspaper Agency, LLP* (Adv. Pro. No. 10-03339) (the "Adversary Proceeding"). Based upon the representations set forth in the Motion and Mr. Goorman's *pro hac vice* application, and finding it otherwise proper so to do, it is hereby:

**ORDERED** that Perry L. Goorman, Esquire, is hereby **ADMITTED** *pro hac vice* to practice before the Court in these bankruptcy proceedings and the Adversary Proceeding.

Dated: _____

_____

| | |
|---|---|
| Robert S. Westermann (VSB No. 43294)<br>Sheila deLa Cruz (VSB No. 65395)<br>Hirschler Fleischer, P.C.<br>The Edgeworth Building<br>2100 East Cary Street<br>Richmond, Virginia 23223<br>P.O. Box 500<br>Richmond, Virginia 23218-0500<br>Phone: (804) 771-9500<br>Facsimile: (804) 644-0957<br>Email: rwestermann@hf-law.com<br>       sdelacruz@hf-law.com | Perry L. Goorman, Esq.<br>Goorman Law Offices<br>5290 DTC Parkway, Suite 170<br>Greenwood Village, Colorado 80111-2764<br>Phone: (303) 220-5373<br>Email: plg@goormanlaw.com |

*Counsel for The Denver Newspaper Agency, LLP*

Richmond, Virginia

                                                                                          _____
United States Bankruptcy Judge

Entered on Docket: _____

I ask for this:

  /s/  Sheila deLa Cruz_____
David K. Spiro (VSB No. 28152)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
Email: dspiro@hf-law.com
       sdelacruz@hf-law.com

*Local Counsel for The Denver Newspaper Agency, LLP*

**CERTIFICATE OF ENDORSEMENT**

    I hereby certify, under Local Rule 9022-1, that the foregoing Order has been endorsed by and/or served upon all necessary parties.

                                                  _____/s/ Sheila deLa Cruz_____
                                                           Local Counsel