IN THE UNITED STATES BANKR UPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

*MAR 2 4 2011*

In re:                                          )
                                                )
CIRCUIT CITY STORES, INC., et el.,              )          Case No. 08-35653 (KRH)
                                                )          Chapter 11
                DEBTORS,                         )          Jointly Administered

## JOYCE L. SMITH'S RESPONSE TO THE NOTICE OF SEVERTH
## OMINIBUS OBJECTION TO CLAIMS NO. 14387

Joyce L. Smith responds to the Liquidating Trust objection to the above-described claim as follows:

1.  On June 29, 2009 I submitted Proof of Claim for $493.58 in purchase and return of merchandise as a proper administrative expense. A copy of this proof of claims is Exhibit 1, receipt of purchase of a Canon SX10 IS and SD Pro-Card, 133X purchased on January 17, 2009. The purchased merchandise was damaged and defective. And, a proof of claims is Exhibit 2, receipt of U.S. Postal Certified *Receipt, U. S. Postal Service Signature Confirmation Receipt and Postage Sales Receipt were the* product was returned on February 7, 2009. Exhibit 3, proof of claim in response to confirm delivery record shows Signature of Recipient, employee Matt Dallas located at Circuit City Store, Inc., 6640 Loisdale Road, #00802, Springfield, Virginia 22150 on February 9, 2009.

2.  *Circuit City received payment for Canon SX10 IS camera and SD Pro-Card 13X on the January 17,* 2009, attached as Exhibit 1 confirming purchased of $473.53 for the merchandise, expense of administration. Proof of merchandise returned (attached Exhibit 2) to Circuit City. And, Circuit City received (attached Exhibit 3) the returned merchandise which was issued for $480.00 sent by U.S. Postal Service for additional claim of $19.05 is an expense of administration.

3.  In response, Joyce L. Smith respectfully requests the Court to consider the response to the Liquidating Trust Objection. Circuit City sold a damaged and defective product, received and accepted the returned merchandise. Respectively, the response to the Objection in accordance for the Claimant request for full restitution of the Administrative claim amount of $493.58 should be allowed.

Regards,

Joyce L. Smith
6818 Orchid Lane
Fredericksburg, VA 22407
317-258-6473



**Just what I needed."**

Circuit City Store, Inc.
Store 00802
6640 LOISDALE RD
SPRINGFIELD, VA 22150
(703) 922-0565

01/17/2009          11:16:55 AM EST
Trans.: 5427          Store: 00802
Reg.: 050             Till:050
Cashier: 10304823     Sales: 4823
Customer: 181100420

SALE



CANON SX10 IS              369.99 T
  CANSX10IS      1 @ 369.99 C

8GB SD PRO CARD 133X        80.99 T
  LXRSD8GB133381  1 @ 80.99 C

Sub-Total                  450.98
  Tax                       22.55

Total                      473.53

  Visa (S)                 473.53
    Account:  3796
    Auth: 162414 (A)

Total Tender               473.53

Change Due                   0.00

**Get a Chance to Win One of Five $1000**
**Gift Cards!  Take Circuit City's**
**Customer First Survey.**

EXHIBIT 2

**U.S. Postal Service**
**INSURED MAIL RECEIPT**
DOMESTIC ONLY
Over $200

VH 993 292 453 US

☐ Fragile  ☐ Perishable
☐ Liquid  ☐ Hazardous

Postage $
Insurance Fee
Restricted Delivery Fee
(endorsement required)
Special Handling Fee
Return Receipt Fee
(endorsement required)
Total Postage & Fees  $

Insurance Coverage:

Postmark
Here

Sent to: Circuit City Store
Street, Apt. No.; or PO Box No. 6640 Loisdale Rd # 6488?
City, State, ZIP+4® Spring Field, VA 22150

PS Form 3813-P, May 2007                See Reverse for Instructions

---

SIGNATURE CONFIRMATION NUMBER: 2304 1070 0000 2332 6937

Postage and Signature Confirmation fees must be paid before mailing.

Circuit City Store, INC
(Please Print Clearly)

Waiver of Signature  ☐ YES  ☐ NO

Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com
or call 1-800-222-1811

☑ Priority Mail™ Service
☐ First-Class Mail parcel
☐ Package Services parcel

---

SPOTSYLVANIA MALL FIN UNIT
FREDERICKSBURG, Virginia
224071123
5176530900 -0098
02/07/2009    (540)548-0728    01:17:37 PM

=================================
Sales Receipt
Product        Sale  Unit    Final
Description     Qty  Price   Price

SPRINGFIELD VA 22150              $10.35
Zone-2 Priority Mail
Flat Rate Box
3 lb. 12.90 oz.
  Signature Confirmation          $2.20
  Label #.  23041070000023326937
  Insurance                       $6.50
  Insurance Amount :   $480.00
  Label #:  VH993292453US
                                ========
Issue PVI:                       $19.05

                                ========
Total:                           $19.05

Paid by:
Debit Card                       $19.05
  Account #:    XXXXXXXXXXXXX3796
  Approval #:       362411
  Transaction #:    143
  23 903420925
  Receipt#:        001270

** Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-A    -1

Bill#: 1000202866876
Clerk: 03

************************************xx?
***********************************x?
         PICK UP A FREE
       RECYCLING ENVELOPE
 Take an envelope to recycle your inkjet
 cartridge, cell phone or small electronics
           free of charge!
**********************************x**
**********************************x**


*********************************x****
********************************x****
      HELP US SERVE YOU BETTER

       Go to: http://gx.gailup

     TELL US ABOUT YOUR R:
       POSTAL EXPERIENCE

       YOUR OPINION COUNTS
***********************************
***********************************

                                Customer Copy



**UNITED STATES**
**POSTAL SERVICE.**

Date: 04/17/2009

Joyce L Smith:

The following is in response to your 04/17/2009 request for delivery information on your Signature Confirmation(TM) item number 2304 1070 0000 2332 6937. The delivery record shows that this item was delivered on 02/09/2009 at 02:13 PM in SPRINGFIELD, VA 22150 to M DALLAS. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

Exhibit 3


**UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **2304 1070 0000 2332 6937**
Status: **Delivered**

Your item was delivered at 2:13 pm on February 09, 2009 in
SPRINGFIELD, VA 22150. The item was signed for by M DALLAS.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)   ( Return to USPS.com Home > )

Notification Options

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.   ( Go > )

---

**Track & Confirm**

Enter Label/Receipt Number.

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**   No FEAR Act EEO Data   FOIA

