March 18, 2011

Clerk of the Bankruptcy Court
701 East Broad Street Room 4000
Richmond, VA 23219



Re: Circuit City Stores, Inc., et al., Debtors

Chapter 11 Bankruptcy

Case No. 08-35653-KRH

Clerk of the Bankruptcy Court:

This letter serves as a objection to changing claim number 369 for case number 08-35653-KRH Circuit City Stores from a "priority" claim to a "general unsecured" claim in the amount of $111,538.46 in its entirety.

This claim should be allowed at the maximum allowed by law and based on previous claim document submitted. This claim should remain a "Priority" claim and paid in full.

Sincerely,

Andrew Grosse