IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:                              : Chapter 11
                                    :
CIRCUIT CITY STORES, INC.,          : Case No. 08-35653 (KRH)
et al.                              :
                                    :
          Debtors.                  : Jointly Administered

Re: Claim No. 4748
    Amount: $21,962.23

## RESPONSE TO LIQUIDATING TRUST'S NINETEENTH OMNIBUS OBJECTION

The Claimant, Brian L. LaCoursiere ("LaCoursiere"), for his Response to the Objection states as follows:

1. He has read the Liquidating Trust's Nineteenth Omnibus Objection and states as to his twenty-one thousand nine hundred sixty-two dollars and twenty-three cents ($21,962.23) claim. The claim is based upon promised severance pay which constitute wages due from the Debtor. The Debtor asserts that its books do not reflect any amounts owing. Its books are simply wrong. This full amount is owed. Claimant complied until the operations of the Debtor closed down was not paid his severance pay of twenty-one thousand nine hundred sixty-two dollars and twenty-three cents ($21,962.23).

2. Under Exhibit "G" this claim is denied based on the bald assertion that the Debtor's books and records do not reflect any amount owing. I know that I was entitled to this

severance pay promised by the Debtor as previously explained and documented in my claim. I have not been paid this amount. This claim does not duplicate that articulated in Claim No. 4756 as is stated in another pleading by the Liquidating Trust. (Seventh Omnibus Objection)

3. The statements made herein are made by Brian L. LaCoursiere, 4347 Kings Church Road, Taylorsville, Kentucky 40071-7907 based on his personal knowledge of the relevant facts that support this response. These statements should also be supplemented by the matters set forth in the Claim originally filed.

4. Any relevant document was submitted with the Claim previously.

Under penalties of perjury, I declare that I have examined this Response and to the best of my knowledge and belief, the statements contained therein are true, correct and complete.

*Brian L. LaCoursiere*
Brian L. LaCoursiere, Pro Se
4347 Kings Church Road
Taylorsville KY 40071-7907

CERTIFICATE

It is hereby certified that a copy hereof was on the 24th day of March, 2011, served by mail on the following:

Jeffrey N. Pomerantz. Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (301) 277-6910
Telecopy: (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

This is also to certify that I sent the original of this Response by Federal Express Tracking No. 8730-1018-2240 on March 24th, 2011 for next day delivery to:

United States Bankruptcy Court
701 East Broad Street - Room 5000
Richmond, Virginia 23219

_____
Brian L. LaCoursiere, Pro Se
4347 Kings Church Road
Taylorsville KY 40071-7907