William H. Schwarzschild, III - VSB No. 15274
R. Joseph Noble – VSB No. 77138
WILLIAMS, MULLEN
200 South 10th Street, Suite 1600
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone: 804.420.6000
Fax: 804.420.6507
tschwarz@williamsmullen.com
jnoble@williamsmullen.com

*Counsel for the State of California,
State Board of Equalization*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION FOR ADMISSION
### *PRO HAC VICE* OF TODD E. DUFFY

William H. Schwarzschild, III (the "Movant"), a member in good standing of the bar of the Commonwealth of Virginia, a shareholder with the law firm Williams Mullen and an attorney admitted to practice before this Court, hereby moves this Court for entry of an Order permitting Todd E. Duffy, a shareholder of the law firm of Anderson Kill & Olick, P.C., to appear *pro hac vice* before this Court on behalf of the State of California, State Board of Equalization, a creditor in the captioned matter ("BOE"), pursuant to Local Bankruptcy Rule 2090-I(E)(2).

In support thereof, Movant, upon information and belief, states as follows:

1.      Todd E. Duffy is a non-resident of the Eastern District of Virginia, is a member in good standing of the bar of the States of New York, New Jersey and Pennsylvania, and is

admitted to practice before the United States Court of Appeals for the Second Circuit, State and Federal Courts of New Jersey, New York State Courts, U.S. District Court for the Eastern District of New York, U.S. District Court for the Southern District of New York, U.S. District Court for the Northern District of New York, and Commonwealth of Pennsylvania State Courts.

2.    There have never been any disciplinary proceedings brought against Todd E. Duffy in 12 years of practicing law and there are no disciplinary proceedings currently pending against him.

3.    Movant requests that this Court admit Todd E. Duffy to practice before this Court for the purpose of appearing as counsel for BOE in the captioned matter.

4.    Movant and his law firm shall serve as co-counsel with Todd E. Duffy in the captioned matter and related proceedings.

5.    A copy of this motion has been served upon counsel for the Trustee of the Circuit City Stores Liquidating Trust, and the Office of the United States Trustee for the Eastern District of Virginia.

6.    Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this motion, Movant requests waiver of the requirement that all motions be accompanied by written memoranda of law.

7.    Pursuant to Local Bankruptcy Rule 9013-1(L), and because this motion does not present contested issues, Movant requests that the Court rule upon the motion without an oral hearing.

8.    Todd E. Duffy has completed a written application, which is incorporated by reference herein and is attached hereto as Exhibit A pursuant to Local Rule 2090-1(E)(2).

9.    A proposed Order granting Todd E. Duffy's Motion for Admission Pro Hac Vice

is attached hereto as Exhibit B.

   WHEREFORE, Movant respectfully requests that this Court enter an Order substantially

in the form annexed hereto permitting Todd E. Duffy to appear and be heard *pro hac vice* in

association with Movant, as counsel to BOE in the captioned matter, and grant such other relief

as necessary and appropriate.

Dated: Richmond, Virginia
       March 29, 2011

                        **WILLIAMS MULLEN**


                        By:    */s/ William H. Schwarzschild, III*


William H. Schwarzschild, III - VSB No. 15274
R. Joseph Noble – VSB No. 77138
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone: 804.420.6000
Fax: 804.420.6507
tschwarz@williamsmullen.com
jnoble@williamsmullen.com

*Counsel for the State of California,*
*State Board of Equalization*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 29th, 2011 the foregoing Motion was served upon all necessary parties by ECF and by first class mail, postage prepaid, at the following addresses:

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
*Counsel for the Trustee of the Circuit City Stores Liquidating Trust*

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100
*Counsel for the Trustee of the Circuit City Stores Liquidating Trust*

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017-2024
*Counsel for the Official Committee of Unsecured Creditors*

Robert B. Van Arsdale, Esq.
701 E. Broad St., Suite 4304
Richmond, Virginia 23219
*Office of the U. S. Trustee*

_____ */s/ William H. Schwarzschild, III*

14386441_1.DOC

## EXHIBIT A

See attached.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER**
**LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

In Case No.: 08-35653 ,* Case Name In re Circuit City Stores, Inc. et al.

PERSONAL STATEMENT

FULL NAME (no initials, please)  Todd Eric Duffy
Bar Identification Number 3060696        State New York
Firm Name Anderson Kill & Olick, P.C.
Firm Phone # (212) 278-1000        Direct Dial # (212) 278-1621        FAX # (212) 278-1733
E-Mail Address tduffy@andersonkill.com
Office **Mailing** Address 1251 Avenue of the Americas, New York, NY 10020
Name(s) of federal court(s) in which I have been admitted U.S. Court of Appeals Second Cir.; U.S. Dist. EDNY, SDNY, DNJ

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice.*

_____        3-29-2011
(Signature)                                (Date)

William H. Schwarzschild, III
_____
(Typed or Printed Name)

_____
*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

## EXHIBIT B

See attached.

William H. Schwarzschild, III - VSB No. 15274
R. Joseph Noble -- VSB No. 77138
WILLIAMS, MULLEN
200 South 10th Street, Suite 1600
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone: 804.420.6000
Fax: 804.420.6507
tschwarz@williamsmullen.com
jnoble@williamsmullen.com

*Counsel for the State of California,*
*State Board of Equalization*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER GRANTING ADMISSION
### *PRO HAC VICE* OF TODD E. DUFFY

Upon consideration of the Motion for Admission *Pro Hac Vice* of Todd E. Duffy filed by

William H. Schwarzschild, III, and it appearing that the motion having been served upon counsel

for the Circuit City Stores, Inc., *et al.* (collectively, the "Debtors"), counsel for the Official

Committee of Unsecured Creditors, counsel for the Trustee of the Circuit City Stores Liquidating

Trust, and the Office of the United States Trustee for the Eastern District of Virginia, and after

due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED**, that pursuant to the requirements of Local Bankruptcy Rule 2090-1(E)(2),

Todd E. Duffy Anderson, Kill & Olick, P.C., 1251 Avenue of the Americas, New York, New

York 10020-1182, Phone: 212.278.1000, Fax: 212.278.1733, E-Mail: tduffy@andersonkill.com

be and is hereby permitted to appear and be heard *pro hac vice* as counsel to the State of

California, State Board of Equalization, a creditor in the matter captioned above.

Enter: _____

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

I ask for this:

_____/s/ William H. Schwarzschild, III_____
William H. Schwarzschild, III - VSB No. 15274
R. Joseph Noble – VSB No. 77138
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone: 804.420.6000
Fax: 804.420.6507
tschwarz@williamsmullen.com
jnoble@williamsmullen.com

*Counsel for the State of California,*
*State Board of Equalization*

## CERTIFICATION OF SERVICE PURSUANT TO LOCAL RULE 9022-1

The undersigned hereby certifies that on _____ ___, 2011 the foregoing

proposed order was served upon all necessary parties by ECF and by first class mail, postage

prepaid, at the following addresses:

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
*Counsel for the Trustee of the Circuit City Stores Liquidating Trust*

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100
*Counsel for the Trustee of the Circuit City Stores Liquidating Trust*

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017-2024
*Counsel for the Official Committee of Unsecured Creditors*

Robert B. Van Arsdale, Esq.
701 E. Broad St., Suite 4304
Richmond, Virginia 23219
*Office of the U. S. Trustee*

_____ */s/ William H. Schwarzschild, III_____

14386824_1.DOC

3