Paul J. Laurin
Claire E. Shin
RUTTER HOBBS & DAVIDOFF
  INCORPORATED
1901 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 286-1700
Facsimile: (310) 286-1728

Khang V. Tran (VSB No. 75522)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Fox Broadcasting Company,*
*Fox Sports Net, Inc. and FX Networks, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

**<u>MOTION FOR ADMISSION PRO HAC VICE OF CLAIRE E. SHIN</u>**

Khang V. Tran ("<u>Movant</u>"), a member in good standing of the bar of the Commonwealth of Virginia and an attorney admitted to practice before this Court, hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E)(2), for entry of an order authorizing Claire E. Shin to appear pro hac vice before this Court on behalf of Fox Broadcasting Company, Fox Sports Net, Inc. and FX Networks, LLC, in the above-captioned Chapter 11 cases and any related adversary proceedings, and in support hereof, states as follows:

1.    Pursuant to Local Bankruptcy Rule 2090-1(E)(2)(a), an Application to Qualify as a Foreign Attorney Under Local Bankruptcy Rule 2090-1(E)(2)(a) for Ms. Shin is appended hereto as <u>Exhibit A</u> and incorporated by reference herein.

2.    Ms. Shin is a member in good standing of the bars of the State of California and the State of New York.  She is admitted to practice before the United States District Courts for the Northern District of California, the Southern District of California, the Eastern District of

1

California and the Central District of California.  There are no disciplinary proceedings pending against Ms. Shin.

3.    Movant requests that this Court admit Ms. Shin to appear pro hac vice before this Court for the purpose of appearing as counsel in this case and any related adversary proceedings on behalf of Fox Broadcasting Company, Fox Sports Net, Inc. and FX Networks, LLC.

4.    Movant shall serve as co-counsel to Ms. Shin in this case and any related adversary proceedings.

5.    Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, Movant requests waiver of the requirement of a written memorandum of law.

6.    Pursuant to Local Bankruptcy Rule 9013-1(L), and because this motion does not present contested issues, Movant requests that this Court rule upon the motion without an oral hearing.

WHEREFORE, Movant respectfully requests that this Court enter an Order substantially in the form annexed hereto authorizing Claire E. Shin to appear pro hac vice in this case and any related adversary proceedings and grant such other and further relief as the Court deems appropriate.

Dated: March 30, 2011                    Respectfully submitted,

                                         HOGAN LOVELLS US LLP


                                            By: /s/ Khang V. Tran
                                                Khang V. Tran (VSB No. 75522)
                                                Columbia Square
                                                555 Thirteenth Street, NW
                                                Washington, DC 20004
                                                Telephone: (202) 637-5600
                                                Facsimile: (202) 637-5910


                                                    -and-

                                         Paul J. Laurin
                                         Claire E. Shin
                                         RUTTER HOBBS & DAVIDOFF
                                           INCORPORATED
                                         1901 Avenue of the Stars, Suite 1700
                                         Los Angeles, California 90067
                                         Telephone: (310) 286-1700
                                         Facsimile: (310) 286-1728

                                         *Attorneys for Fox Broadcasting Company,*
                                         *Fox Sports Net, Inc. and FX Networks, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2011, I caused a true and correct copy of

the foregoing Motion for Admission Pro Hac Vice of Claire E. Shin to be served electronically to

the parties set forth on the Court's ECF and by first-class mail, postage prepaid on the following:

James S. Carr, Esq.
Nicholas J. Panarella, Esq.
Kristin S. Elliott, Esq.
Martin Krolewski, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178

Lynn T. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219

   /s/ Khang V. Tran       
Khang V. Tran