| | |
|---|---|
| Paul J. Laurin | Khang V. Tran (VSB No. 75522) |
| Claire E. Shin | HOGAN LOVELLS US LLP |
| RUTTER HOBBS & DAVIDOFF | Columbia Square |
|   INCORPORATED | 555 Thirteenth Street, NW |
| 1901 Avenue of the Stars, Suite 1700 | Washington, DC 20004 |
| Los Angeles, California 90067 | Telephone: (202) 637-5600 |
| Telephone: (310) 286-1700 | Facsimile: (202) 637-5910 |
| Facsimile: (310) 286-1728 | |

*Attorneys for Fox Broadcasting Company,*
*Fox Sports Net, Inc. and FX Networks, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | ) | Chapter 11 |
| | ) | |
|         Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

**ORDER GRANTING ADMISSION PRO HAC VICE OF CLAIRE E. SHIN**

Upon consideration of the Motion for Admission Pro Hac Vice of Claire E. Shin (the "<u>Motion</u>") filed by Khang V. Tran, and it appearing that the Motion having been served upon all necessary parties, and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED**, that the Motion be and hereby is granted; and it is further

**ORDERED**, that pursuant to the requirements of Local Bankruptcy Rule 2090-1(E)(2), Claire E. Shin be and hereby is authorized to appear pro hac vice in this case and any related adversary proceedings.

Enter: _____       _____
                                              HONORABLE KEVIN R. HUENNEKENS
                                              UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

 /s/ Khang V. Tran
Khang V. Tran (VSB No. 75522)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

## **CERTIFICATION PURSUANT TO LOCAL BANKRUPTCY RULE 9022-1**

I hereby certify that the foregoing proposed order was served upon all necessary parties pursuant to Local Bankruptcy Rule 9022-1(C).

 /s/ Khang V. Tran
Khang V. Tran