| | |
|---|---|
| Paul J. Laurin | Khang V. Tran (VSB No. 75522) |
| Claire E. Shin | HOGAN LOVELLS US LLP |
| RUTTER HOBBS & DAVIDOFF | Columbia Square |
|   INCORPORATED | 555 Thirteenth Street, NW |
| 1901 Avenue of the Stars, Suite 1700 | Washington, DC 20004 |
| Los Angeles, California 90067 | Telephone: (202) 637-5600 |
| Telephone: (310) 286-1700 | Facsimile: (202) 637-5910 |
| Facsimile: (310) 286-1728 | |

*Attorneys for Fox Broadcasting Company,*
*Fox Sports Net, Inc. and FX Networks, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | ) | Chapter 11 |
| | ) | |
|             Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

**MOTION FOR ADMISSION PRO HAC VICE OF PAUL J. LAURIN**

      Khang V. Tran ("<u>Movant</u>"), a member in good standing of the bar of the Commonwealth of Virginia and an attorney admitted to practice before this Court, hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E)(2), for entry of an order authorizing Paul J. Laurin to appear pro hac vice before this Court on behalf of Fox Broadcasting Company, Fox Sports Net, Inc. and FX Networks, LLC, in the above-captioned Chapter 11 cases and any related adversary proceedings, and in support hereof, states as follows:

      1.     Pursuant to Local Bankruptcy Rule 2090-1(E)(2)(a), an Application to Qualify as a Foreign Attorney Under Local Bankruptcy Rule 2090-1(E)(2)(a) for Mr. Laurin is appended hereto as <u>Exhibit A</u> and incorporated by reference herein.

      2.     Mr. Laurin is a member in good standing of the bar of the State of California. He is admitted to practice before the United States District Courts for the Northern District of

1

California, the Southern District of California, the Eastern District of California and the Central District of California. There are no disciplinary proceedings pending against Mr. Laurin.

3. Movant requests that this Court admit Mr. Laurin to appear pro hac vice before this Court for the purpose of appearing as counsel in this case and any related adversary proceedings on behalf of Fox Broadcasting Company, Fox Sports Net, Inc. and FX Networks, LLC.

4. Movant shall serve as co-counsel to Mr. Laurin in this case and any related adversary proceedings.

5. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, Movant requests waiver of the requirement of a written memorandum of law.

6. Pursuant to Local Bankruptcy Rule 9013-1(L), and because this motion does not present contested issues, Movant requests that this Court rule upon the motion without an oral hearing.

WHEREFORE, Movant respectfully requests that this Court enter an Order substantially in the form annexed hereto authorizing Paul J. Laurin to appear pro hac vice in this case and any related adversary proceedings and grant such other and further relief as the Court deems appropriate.

Dated:  March 30, 2011                          Respectfully submitted,

                                            HOGAN LOVELLS US LLP


                                            By: /s/ Khang V. Tran
                                               Khang V. Tran (VSB No. 75522)
                                               Columbia Square
                                               555 Thirteenth Street, NW
                                               Washington, DC 20004
                                               Telephone: (202) 637-5600
                                               Facsimile: (202) 637-5910

                                                 -and-

                                          Paul J. Laurin
                                          Claire E. Shin
                                          RUTTER HOBBS & DAVIDOFF
                                            INCORPORATED
                                          1901 Avenue of the Stars, Suite 1700
                                          Los Angeles, California 90067
                                          Telephone: (310) 286-1700
                                          Facsimile: (310) 286-1728

                                          *Attorneys for Fox Broadcasting Company,*
                                          *Fox Sports Net, Inc. and FX Networks, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2011, I caused a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Paul J. Laurin to be served electronically to the parties set forth on the Court's ECF and by first-class mail, postage prepaid on the following:

        James S. Carr, Esq.
        Nicholas J. Panarella, Esq.
        Kristin S. Elliott, Esq.
        Martin Krolewski, Esq.
        KELLEY DRYE & WARREN LLP
        101 Park Avenue
        New York, NY 10178

        Lynn T. Tavenner, Esq.
        Paula S. Beran, Esq.
        TAVENNER & BERAN, PLC
        20 North Eighth Street, 2nd Floor
        Richmond, VA 23219

        Office of the U.S. Trustee
        701 E. Broad Street, Suite 4304
        Richmond, VA 23219

                /s/ Khang V. Tran
                Khang V. Tran