| | |
|---|---|
| Paul J. Laurin | Khang V. Tran (VSB No. 75522) |
| Claire E. Shin | HOGAN LOVELLS US LLP |
| RUTTER HOBBS & DAVIDOFF | Columbia Square |
|   INCORPORATED | 555 Thirteenth Street, NW |
| 1901 Avenue of the Stars, Suite 1700 | Washington, DC 20004 |
| Los Angeles, California 90067 | Telephone: (202) 637-5600 |
| Telephone: (310) 286-1700 | Facsimile: (202) 637-5910 |
| Facsimile: (310) 286-1728 | |

*Attorneys for Fox Broadcasting Company,
Fox Sports Net, Inc. and FX Networks, LLC*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
|         Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

### ORDER GRANTING ADMISSION PRO HAC VICE OF PAUL J. LAURIN

Upon consideration of the Motion for Admission Pro Hac Vice of Paul J. Laurin (the "Motion") filed by Khang V. Tran, and it appearing that the Motion having been served upon all necessary parties, and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED**, that the Motion be and hereby is granted; and it is further

**ORDERED**, that pursuant to the requirements of Local Bankruptcy Rule 2090-1(E)(2), Paul J. Laurin be and hereby is authorized to appear pro hac vice in this case and any related adversary proceedings.

Enter: _____        _____
                                                       HONORABLE KEVIN R. HUENNEKENS
                                                       UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

 /s/ Khang V. Tran
Khang V. Tran (VSB No. 75522)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

### **CERTIFICATION PURSUANT TO LOCAL BANKRUPTCY RULE 9022-1**

I hereby certify that the foregoing proposed order was served upon all necessary parties pursuant to Local Bankruptcy Rule 9022-1(C).

 /s/ Khang V. Tran
Khang V. Tran