## United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

| | |
|---|---|
| **In re:** | **Case Number**   08–35653–KRH |
| Circuit City Stores, Inc. | **Chapter**   11 |
| | **Judge**   Kevin R. Huennekens |

Debtor(s)

**To:**   Michael Sudomir

### <u>NOTICE OF DEFICIENT FILING</u>

Upon authority of Local Bankruptcy Rule 5005–1, the documents submitted by you

*10192* – Response to (Re: related document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Pal Transport Inc.. (French, Suzanne)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **fourteen (14) days from** the date hereof may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or adversary proceeding being dismissed.**

### REPRESENTATION AND APPEARANCES:
\_\_   the ECF registered participant attorney filing the document does not match the attorney's signature on the document.

 _X_   **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090–1. [See LBR 9010–1]

\_\_   **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005–1(C)(5) and 9022–1(A)]

\_\_   a written application for *pro hac vice* admission must be appended to the motion filed by a member of the Bar of this Court. [See LBR 2090–1(E)(2)(a)]

### REQUIREMENT OF FORM:
\_\_   **Legibility:** not in compliance with LBR 5005–1(C)(1)

\_\_   **Caption, Official Forms:** [See LBR 5005–1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains. *If applicable,*\_\_   Case name and number do not match on paper submitted.

\_\_   **Signature Required:** not signed by counsel of record, or individual, if *pro se.*
   \_\_   *if corporation,* not signed by counsel. [See LBR 5005–1(C)(4)]
   \_\_   *if amendment to petition, lists or schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
   \_\_   *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non–Attorney User.]

\_\_   Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.

\_\_   Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry  _or_ redocket to attach the correct document.

\_\_   Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.

### VOLUNTARY PETITIONS:
\_\_   Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2–pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms which are available on the Court's web site at www.vaeb.uscourts.gov.

\_\_   More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition)*.

\_\_   Not verified by signature of attorney for debtor(s).

\_\_   Not verified by unsworn declaration with signature of all debtors.

\_\_   **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074–1]

\_\_   **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007–1(H)]

\_\_   **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).

\_\_   **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005–1(C) and (D)]

Date:   March 28, 2011                         Clerk, United States Bankruptcy Court


[ntcdef_filingvApril2010.jsp]                  By /s/ Suzanne French, Deputy Clerk
                                               Direct Dial Telephone No. 804–916–2419

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 08-35653-KRH
Circuit City Stores, Inc.                                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs          Page 1 of 1          Date Rcvd: Mar 28, 2011
                             Form ID: defntc         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2011.
cr           +Pal Transport Inc.,   54834 Pine Street,   New Baltimore, MI 48047-5554

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Mar 30, 2011**                          **Signature:**    _Joseph Speetjens_