Auvill V. Browne   (914) 949-0759
50 Summit Street
White Plains, NY 10607
March 24th, 2011

MAR 2 2011

Clerk Of The Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Re: Circuit City Stores, Inc...et al
    Chapter 11...Case No 08-35653-KRH
    Liquidating Trust's Nineteenth Omnibus Objection To Certain Employee Priority Claim

Per the directions of Counsel for the Circuit City Stores Inc. Liquidating Trust my name is Auvill V. Browne the claimant for the case number identified above, seeking compensation denied me while in their employment.

I secured a position with Circuit City as a full time employee in 2003 through 2006. However during this period I was never given a forty hour work week which is what I believe labor laws stipulated as full time. As was the custom with Circuit City most hiring were accomplished in September getting ready for the holidays through the new year. At the onset of the new year new employees find themselves without a working schedule which was the stacit understanding that one is fired. I found myself in this position in January 2004. Successive calls to a Yessinia Vasquez informed me that I would be schedule some hours. This did not happen until some three weeks later after visiting the store and inquired if I still have a job there. The answer was yes and I returned to work that very week. I received on compensation for those three weeks.

I was with circuit City a little over three years but have received no pension benefit from them. I was 59 years at the time of employment.

I submit the name, address and telephone number of the individual below who can verify the statements in this letter:

Suzette Douglas
645 East 31st, Street
Apt. 4G
Bronx. New York 10466
Tel: (917) 674 – 0819

If I can be of further assistance, please advise.

Sincerely,

Auvill V. Browne
cc: Feffrey N.Pomerantz & Lynn L. Tavenner (Counsel for Circuit City)