## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:                                     )
                                           )        **Bankruptcy Case No.**
**CIRCUIT CITY STORES, INC.,**             )
                                           )        **08-35653-KRH**
                                           )
                    Debtor.                )


## NOTICE OF WITHDRAWAL OF CLAIM

Audio Authority Corporation hereby withdraws in its entirety its proof of claim

previously filed in this case in the amount of $3702.23 (Claim No. 5261).


AUDIO AUTHORITY CORPORATION


By: /s/ Augustus C. Epps, Jr.
      Augustus C. Epps, Jr., counsel


Adam R. Kegley, Esquire
FROST BROWN TODD LLC
250 West Main Street, Ste. 2800
Lexington, KY 40507-1749
(859) 231-0000 Telephone
(859) 231-0011 Facsimile
akegley@fbtlaw.com

and


_____         _____
Augustus C. Epps, Jr., VSB No. 13254      Adam R. Kegley, Esquire
Jennifer M. McLemore, VSB No. 47164       Frost Brown Todd LLC
Christian & Barton, L.L.P.                240 West Main Street, Suite 2800
909 East Main Street, Suite 1200          Lexington, Kentucky 40507-1749
Richmond, Virginia  23219-3095            (859) 231-0000
(804) 697-4104                            (859) 231-0011 (Fax)
(804) 697-6104 (Fax)

Local Counsel to Audio Authority Corporation    Counsel to Audio Authority Corporation

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Jennifer M. McLemore, Esquire (VSB No. 47164)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia  23219-3095
(804) 697-4104 Telephone
(804) 697-6104 Facsimile
aepps@cblaw.com
jmclemore@cblaw.com

Counsel to Audio Authority Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on the first day of April, 2011, a true and correct copy of the foregoing pleading has been served by electronic means or first-class mail, postage prepaid on the following:

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

- and –

Jeffrey N. Pomerantz, Esquire
Andrew W. Caine, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

- and –

Robert J. Feinstein, Esquire
John A. Morris, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.

1138864v1