Jakob Joffe
10708 Chipewyan Drive
Richmond, VA 23238
Telephone: (804) 740-4729

*Claimant*



## In the United States Bankruptcy Court

## For the Eastern District of Virginia

## Richmond Division

In re:  Circuit City Stores, Inc.

    *Debtors*

Case No. 08-35653-KRH

Chapter 11

Liquidating Trust's Eleventh Omnibus Objection to Claims

Claim No.5686

### Written Response to the Objection

1. Claimant (Jakob Joffe) has submitted an original claim for $ 20,413 as based on the Cash Retention Program issued on January 4, 2008.
2. The capped amount on a Statutory basis is $ 10,950.
3. The conditions and requirements of the (CRP) Cash Retention Program having been fulfilled, there is no justification to deny the reduced Statutory Cap and to reclassify the claim as a General Unsecured Claim.
4. Claimant also specifically objects to the statements made by Counsel in "Exhibit 1", items 23,24,and 25; they are FALSE and misleading:
    a. There was no "Change in Control on January 1,2009;
    b. Claimant was NOT employed by Circuit City through March, 2009;
    c. Claimant WAS employed on the Vesting Date.
5. Claimant requests a reclassification to a Secured Creditor with the claim reduced to Statutory Cap

*[signature]*    29. MARCH, 2011