UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

MAR 3 0 2011

In re:                                        )
                                              )
Circuit City Stores, *et al.*                 )      Case no. 08-35653 (KRH)
                                              )
_____Debtors._____                )

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).   Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

Transferee
LaSalle Bank National Association, as
Trustee for the Registered Holders of J.P.
Morgan Chase Commercial Mortgage
Securities Corp., Commercial Mortgage
Pass-Through Certificates, Series 2004-
PNC1

Transferor
KB Columbus I-CC, LLC

Name and address where notices to transferee
should be sent:

c/o Midland Loan Services,
a Division of PNC Bank
10851 Mastin, 6th Floor
Overland Park, Kansas 66210
Attention: Ryan Lucas

Court Claim #: 12331
Amount of Claim: Unliquidated
Date Claim Filed: 4/22/2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Caroline E. Richardson (IN Bar #28746-49)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
One American Square, Ste. 2300
Indianapolis, IN 46282
Telephone: (317) 632-3232
Facsimile: (317) 632-2962
E-mail: crichardson@beneschlaw.com
*Attorneys for Transferee*

6520660_2.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2011, a true and exact copy of the foregoing *Transfer of Claim Other Than for Security* was served on all persons receiving electronic notice in these cases and by email or facsimile to the following:

KB Columbus I-CC, LLC
c/o Kenneth Miller
Ervin Cohen & Jessup, LLP
9401 Wilshire Boulevard 9th Fl.
Beverly Hills, CA 90212

LaSalle Bank National Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2004-PNC1

c/o Midland Loan Services,
a Division of PNC Bank
10851 Mastin, 6th Floor
Overland Park, Kansas 66210
Attention: Ryan Lucas

Caroline E. Richardson, IN Bar No. #28746-49

2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

In re:                                    )
                                          )
Circuit City Stores, *et al.*             )      Case no. 08-35653 (KRH)
                                          )
_____Debtors._____                    )

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No. 12331** was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ ____, 2011.


Transferor
KB Columbus I-CC, LLC
c/o Kenneth Miller
Ervin Cohen & Jessup, LLP
9401 Wilshire Boulevard 9th Fl.
Beverly Hills, CA  90212

Transferee
LaSalle Bank National Association, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2004-PNC1

c/o Midland Loan Services,
a Division of PNC Bank
10851 Mastin, 6th Floor
Overland Park, Kansas  66210
Attention: Ryan Lucas

| DEADLINE TO OBJECT TO TRANSFER |
|---|
| The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court. |

Date:_____

_____
CLERK OF THE COURT

6520663_2.DOC