Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

Lynn L. Tavenner, Esq. (VA Bar No.
30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Seventieth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| - - - - - - - - - - - - - - x | |
| In re: | : Chapter 11 |
| | : |
| CIRCUIT CITY STORES, INC., et al., | : 1Case No. 08-35653 (KRH) |
| | : |
| Debtors. | : |
| - - - - - - - - - - - - - | : Jointly Administered |
| x | |

ORDER ON DEBTORS' NINTH OMNIBUS OBJECTION TO
CERTAIN (I) LATE CLAIMS AND (II) LATE 503(b)(9) CLAIMS
SOLELY AS IT RELATES TO CLAIM FILED BY ADAM DRAKE

THIS MATTER having come before the Court on the *Debtors' Ninth Omnibus Objection*

*to Certain (i) Late Claims and (ii) Late 503(b)(9) Claims* (the "Objection") solely as the Objection

relates to Claim No. 12251 filed by Adam Drake, and it appearing that due and proper notice and

service of the Objection in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and

the Notice of Substantive Hearing on the Objection have been given to Adam Drake and that such

notice was good and sufficient and that no other or further notice or service of the Objection need

be given, and it appearing that the relief requested by the Objection as it relates to Claim No.

12251 is in the best interest of the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating

Trust" and/or "Trust") and the beneficiaries thereof; and after due deliberation thereon, good and

sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      Claim No. 12251 is hereby disallowed for all purposes in these bankruptcy cases.

2.      The Liquidating Trust shall serve a copy of this Order on Adam Drake on or before five

(5) business days from the entry of this Order.


Dated: Richmond, Virginia
March __, 2011

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

**WE ASK FOR THIS:**

_/s/ Paula S. Beran_
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.  11th Floor
Los Angeles, California  90067-4100
Telephone: 310-227-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Counsel for Circuit City Stores, Inc. Liquidating Trust

## LOCAL RULE 9022-1 CERTIFICATION

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

_/s/ Paula S. Beran_
Co-Counsel