| | |
|---|---|
| Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>(admitted pro hac vice)<br>PACHULSKI STANG ZIEHL &<br>JONES LLP<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>Telephone: (310) 277-6910<br>Telecopy:  (310) 201-0760 | Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>TAVENNER & BERAN, PLC<br>20 North Seventieth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopy:  (804) 783-0178<br><br>Counsel to the Circuit City Stores, Inc.<br> Liquidating Trust |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., <u>et al.</u>,<br><br>    Debtors. | : Chapter 11<br>:<br>: 1Case No. 08-35653 (KRH)<br>:<br>:<br>: Jointly Administered |

### ORDER ON DEBTORS' EIGHTH OMNIBUS OBJECTION
### TO CERTAIN LATE CLAIMS AS IT RELATES TO CLAIMS OF DIRLEY L. BALL

THIS MATTER having come before the Court on the *Debtors' Eighth Omnibus Objection to Certain Late Claims* (the "Objection") solely as it relates to Claim Nos. 11102, 11103, 11104 and 11105 (collectively, the "Claims") filed by Dirley L. Ball (the "Claimant"), and it appearing that due and proper notice and service of the Objection in compliance with Fed. R. Bankr. P. 3007

12304-003\DOCS_LA:235077.1

and 7004 and LBR 3007-1 and the Notice of Substantive Hearing on the Objection have been given to the Claimant and that such notice was good and sufficient and that no other or further notice or service of the Objection need be given, and it appearing that evidence attached to the response was sufficient to establish either excusable neglect or presumption of timely mailing of the proof of claim; and after due deliberation thereon, good and sufficient cause exists for the denying the Objection solely as it relates to the Claims,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection solely as it relates to the Claims is denied.

2. The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust") shall have thirty (30) days after the date of the entry of this Order to file any further objections it may have to any of the Claims on any basis other than the Claims are late filed.

3. The Liquidating Trust shall serve a copy of this Order on the Claimant on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
March __, 2011

                                                _____
                                                HONORABLE KEVIN R. HUENNEKENS
                                                UNITED STATES BANKRUPTCY JUDGE

**WE ASK FOR THIS:**

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

-and-

Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd. 11th Floor
Los Angeles, California 90067-4100
Telephone: 310-227-6910
Facsimile: 310-201-0760
E-mail: rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Counsel for Circuit City Stores, Inc. Liquidating Trust

## LOCAL RULE 9022-1 CERTIFICATION

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

　　　　　　*/s/ Paula S. Beran*
　　　　　　　　　Co-Counsel

12304-003\DOCS_LA:235077.1    3