Paul J. Laurin
Claire E. Shin
RUTTER HOBBS & DAVIDOFF
  INCORPORATED
1901 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 286-1700
Facsimile: (310) 286-1728

Khang V. Tran (VSB No. 75522)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Fox Broadcasting Company,
Fox Sports Net, Inc. and FX Networks, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

**ORDER GRANTING ADMISSION PRO HAC VICE OF PAUL J. LAURIN**

Upon consideration of the Motion for Admission Pro Hac Vice of Paul J. Laurin (the "Motion") filed by Khang V. Tran, and it appearing that the Motion having been served upon all necessary parties, and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED**, that the Motion be and hereby is granted; and it is further

**ORDERED**, that pursuant to the requirements of Local Bankruptcy Rule 2090-1(E)(2), Paul J. Laurin be and hereby is authorized to appear pro hac vice in this case and any related adversary proceedings.

Enter: _____         _____
                                  HONORABLE KEVIN R. HUENNEKENS
                                  UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

  /s/ Khang V. Tran
Khang V. Tran (VSB No. 75522)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

## CERTIFICATION PURSUANT TO LOCAL BANKRUPTCY RULE 9022-1

I hereby certify that the foregoing proposed order was served upon all necessary parties pursuant to Local Bankruptcy Rule 9022-1(C).

  /s/ Khang V. Tran
Khang V. Tran