Stephen G. Murphy (Mass. BBO # 542427)
Counsel to the Commissioner
Massachusetts Department of Revenue
Litigation Bureau
100 Cambridge Street, P. O. Box 9565
Boston, MA 02114
(617) 626-3305
Attorney for Navjeet K. Bal,
Commissioner of Revenue for
the Commonwealth of Massachusetts

Hearing (status) date: April 14, 2011, at 2:00 p.m.
Response deadline: April 7, 2011, at 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.,* | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| **DEBTORS** | ) | **(Jointly Administered)** |
| | ) | |

## RESPONSE BY COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE TO LIQUIDATING TRUST'S EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS FILED BY TAXING AUTHORITIES

TO THE HONORABLE KEVIN R. HUENNEKENS, UNITED STATES BANKRUPTCY JUDGE:

NOW COMES Navjeet K. Bal, as she is Commissioner of Revenue for the Commonwealth of Massachusetts (hereinafter, "MDOR"), and responds in opposition to the *Liquidating Trust's Eighteenth Omnibus Objection to Claims Filed by Taxing Authorities* (hereinafter, the "Objection"). The claim filed by MDOR at issue in the Objection is Claim No. 12953 in the priority unsecured amount of $3,359.57. The Liquidating Trust seeks the expungement of this claim on the grounds that the "Debtor's books and records reflect no liability." For the reasons set forth herein, the Objection must be over-ruled and the subject claim must be allowed. In connection therewith, MDOR states as follows:

### I.     FACTUIAL BACKGROUND

1.      On November 20, 2008, the debtor, Circuit City Stores, Inc. and several of its affiliates (hereinafter, the "Debtors"), filed voluntary petitions for relief under Chapter 11 of the

United States Bankruptcy Code (the "Petition Date"). Among the Debtors is an affiliate known as or formerly known as Circuit City Purchasing Company, LLC (hereinafter, "CCPC").

2.      In or about November 2007, MDOR commenced an audit examination of CCPC and its books and records for its Massachusetts sales/use taxes for the periods that eventually ran from March 1, 2005 through November 30, 2008 (the "Periods at Issue"). From time to time, as necessary and appropriate, MDOR received from CCPC written extensions of the statute of limitations for assessment in accordance with M.G.L. c. 62C, § 27, as well as eventually obtaining the statutory extension under M.G.L. c. 62C, § 26(b).

3.      On or about February 20, 2009, with a letter by the auditor's manager, MDOR informed CCPC of the adjustments that through the audit examination MDOR would propose and also provided CCPC with copies of the audit work-papers. At that time as well, CCPC was invited to confer with MDOR's audit bureau in an audit Exit Conference by March 2, 2009. CCPC did not confer or request to confer with MDOR's auditors by that time.

4.      As MDOR indicated it would in the February 20th letter if CCPC did not respond, MDOR issued on or about March 7, 2009, to CCPC a Notice of Intent to Assess (the "First NIA") in accordance with the provisions of M.G.L. c. 62C, § 26 for additional Massachusetts sales/use taxes for the periods from March 1, 2005 through September 30, 2007. Similarly, MDOR issued on or about March 13, 2009, to CCPC a Notice of Intent to Assess (the "Second NIA", and together with the First NIA, the "NIAs") in accordance with the provisions of M.G.L. c. 62C, § 26 for additional Massachusetts sales/use taxes for the periods from October 1, 2007 through November 31, 2008. Copies of the First NIA and the Second NIA are annexed hereto as Exhibits 1 and 2 respectively, and are incorporated herein by this reference.

5.      Upon the issuance of the NIAs, CCPC had a statutory opportunity to "confer with the commissioner or his duly authorized representative as to the proposed assessment within thirty days after the date of such notification." M.G.L. c. 62C, § 26(b). In the ordinary course for this stage, the matter would be transferred to MDOR's Office of Appeals ("OOA"). The response date for the First NIA was April 6, 2009 and for the Second NIA April 12, 2009.

6.      CCPC did not make a request for further review of the proposed additional assessment as set forth in the NIA.

7.      On April 19, 2009, MDOR assessed CCPC additional sales taxes for the Periods at Issue. On April 21, 2009, MDOR issued to CCPC a Notice of Assessment in accordance with the provisions of M.G.L. c. 62C, § 26 for additional Massachusetts sales/use taxes for the period of November 2008 (the "First NOA"). On May 5, 2009, MDOR issued to CCPC a Notice of Assessment in accordance with the provisions of M.G.L. c. 62C, § 26 for additional Massachusetts sales/use taxes for the periods from March 1, 2005 through October 31, 2008 (the "First NOA", and together with the First NOA, the "NOAs"). Copies of the First NOA and the Second NOA are annexed hereto as Exhibits 3 and 4 respectively, and are incorporated herein by this reference.

8.      Section 362(b)(9)(D) of the Bankruptcy Code provides an exception to the automatic stay for "the making of an assessment for any tax and issuance of a notice and demand for payment of such an assessment".

9.      On or about May 11, 2009, MDOR filed an amended proof of claim in the priority unsecured amount of $3,359.57, which claim has been designated claim no. 12953 (the "MDOR Claim"). This claim consists of the additional taxes assessed in the manner described above, together with interest for each period up to the Petition Date.

## II.    LEGAL STANDARD

10.    When the non-bankruptcy law that creates a tax obligation allocates the burden of proof, the burden of proof in an objection to the tax claim in a bankruptcy proceeding is allocated in the same manner. *Raleigh v. Illinois Department of Revenue*, 530 U.S. 15 (2000). The MDOR Claim arises under the tax laws of Massachusetts and under those laws the burden is upon the taxpayer (and in this instance, CCPC and the Liquidating Trust) to establish that the claim should not be allowed against the estate. *M & T Charters, Inc. v. Commissioner of Revenue*, 404 Mass. 137, 140 (1988), and *Towle v. Commissioner of Revenue*, 397 Mass. 599, 603 (1986).

11.    A proof of claim filed in accordance with the Bankruptcy Rules is prima facie evidence of the validity and the amount of the claim. Fed. R. Bank. P. Rule 3001(f); *In re Hemingway Transport, Inc.*, 993 F.2d 915, 925 (1st Cir. 1993), *cert denied*, 506 U.S. 891 (1993); *United States v. Braunstein*, 209 B.R. 152, 155, 157 (Bankr. D. Mass. 1997). To rebut the presumption that attaches to a proof of claim, the objecting party must come forward with "substantial evidence" in support of its asserted grounds. *Hemingway Transport*, 993 F.2d at 925. The mere filing of an objection to a proof of claim with nothing more is in itself "insufficient to overcome the rebuttable presumption." *In re White*, 168 B.R. 825, 828 (Bankr. D. Conn. 1994).

12.    The basis of the MDOR Claim is statutory – the statutes being the tax laws of the Commonwealth. "Courts have consistently rejected the argument that this documentation requirement extends to claims based upon statutory, rather than written, obligations." *United States v. Braunstein (In re Pan)*, 209 B.R. 152, 156 (D. Mass. 1997)("insufficient documentation" not a basis for objection to or for disallowance of  IRS responsible person assessment). *See*, also, *State Board of Equalization v. Los Angeles International Airport Hotel Associates (In re Los Angeles International Airport Hotel Associates)*, 106 F.3d 1479, 1480 (9th

Cir. 1997)("insufficient documentation" not a basis for objection to or for disallowance of state

use tax assessment) and *In re White*, 168 B.R. at 829 (same for estimated federal income taxes).


### III.     THE GROUNDS ASSERTED IN THE OBJECTION ARE INSUFFICIENT AND INADEQUATE TO DISALLOW THE MDOR CLAIM OR ANY PORTION OF IT


13.     Section 502(b) of the Bankruptcy Code lists the grounds upon which a claim filed

by a creditor may be disallowed. The condition of a debtor's business records, and in particular

an allegation that a debtor cannot find in its records the claim in issue, does not exist in any of

the sub-paragraphs of Section 502(b) as a ground for the disallowance of a claim against the

estate.

14.     Although greater clarity would have been beneficial, upon information and belief

the Objection to the MDOR Claim may be intended to have been raised under Section 502(b)(1)

of the Bankruptcy Code, that the "claim is unenforceable against the debtor and property of the

debtor, under any agreement or applicable law for a reason other than because such claim is

contingent or unmatured."

15.     The liabilities presented in the MDOR Claim are for taxes that were lawfully

assessed by MDOR based upon the books and records of CCPC and in accordance with

applicable law. On numerous occasions, CCPC was given an opportunity to be heard. Once those

taxes were assessed, CCPC was statutorily required to pay them. M.G.L. c. 62C, § 32. Of course,

as CCPC was then a debtor, the time of actual payment was governed by the Bankruptcy Code

and the proceedings in its case.

16.     "What claims of creditors are valid and subsisting obligations against the

bankrupt at the time a petition in bankruptcy is filed is a question which, in the absence of

overruling federal law, is to be determined by reference to state law." *Vanston Bondholders Protective Comm. v. Green*, 329 U.S. 156, 161 (1946). "Unless some federal interest requires a different result, there is no reason why [the state] interests should be analyzed differently simply because an interested party is involved in a bankruptcy proceeding." *Butner v. United States*, 440 U.S. 48, 55 (1979).

17.    The Liquidating Trust has not identified any provision of the Bankruptcy Code or other applicable federal law that would over-ride or otherwise limit what has been established and fixed under state law, that CCPC and the bankruptcy estates owe the Massachusetts taxes as set forth in the MDOR Claim.

18.    The sole factual allegation proffered by the Liquidating Trust in the Objection for the disallowance of the MDOR Claim is that these liabilities are not reflected in the Debtor's books and records. The allegation to the effect that a taxpayer's records or books of account do not show the liability is not a ground for the abatement or other relief from a tax assessment under applicable non-bankruptcy law. *Shulam v. Commissioner of Revenue*, Mass. A.T.B. No. C287963, 2008 Mass. Tax LEXIS 27 (2008). "In the absence of substantial, credible evidence establishing that the subject assessment was excessive in amount or illegal, the assessment is presumed to be correct," *Pippins v. Commissioner of Revenue*, Mass. A.T.B. No. 203199, at 8, 1997 Mass. Tax LEXIS 13 (1997), *affirmed* 44 Mass. App. Ct. 1108 (1998).


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**WHEREFORE,** Navjeet K. Bal, as she is Commissioner of Revenue for the

Commonwealth of Massachusetts, respectfully requests that this Honorable Court deny the

*Liquidating Trust's Eighteenth Omnibus Objection to Claims Filed by Taxing Authorities* as it

concerns Claim No. 12953, and for such other and further relief as may be just and meet.


                                  **Respectfully submitted,**

**Dated: April 1, 2011**                   **NAVJEET K. BAL**
                                  **COMMISSIONER**
                                  **MASSACHUSETTS DEPARTMENT OF
REVENUE**

                                  **By her attorneys,**

                                  **MARTHA COAKLEY
ATTORNEY GENERAL OF
MASSACHUSETTS**

                                  **Kevin W. Brown, General Counsel
Special Assistant Attorney General**


                                  **_//  Stephen G. Murphy  //_**
                                  **Stephen G. Murphy (BBO # 542427)
Counsel to the Commissioner
Massachusetts Department of Revenue
Litigation Bureau
100 Cambridge Street, P. O. Box 9565
Boston, MA 02114
(617) 626-3305
Email: murphys@dor.state.ma.us**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.,* | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| **DEBTORS** | ) | **(Jointly Administered)** |
| | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

I, Stephen G. Murphy, hereby certify that I have this day served a copy of the within

**RESPONSE BY COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF**

**REVENUE TO LIQUIDATING TRUST'S EIGHTEENTH OMNIBUS OBJECTION TO**

**CLAIMS FILED BY TAXING AUTHORITIES**, electronically upon filing or by first class

mail, postage prepaid, upon the parties or persons appearing on the accompanying SERVICE

LIST as indicated.

*// Stephen G. Murphy //*
Stephen G. Murphy, Esquire
Dated: April 1, 2011

**SERVICE LIST**
**In re CIRCUIT CITY STORES, INC.,** *et al.,*
<u>**Chapter 11, Case No. 08-35653 (KRH) Jointly Administered**</u>

- Robin S. Abramowitz      abramowitz@larypc.com

- Angela Sheffler Abreu      aabreu@mccarter.com, mreynolds@mccarter.com

- Benjamin C. Ackerly      backerly@hunton.com, cloving@hunton.com

- Robert D. Albergotti      robert.albergotti@haynesboone.com,
  kim.morzak@haynesboone.com;john.middleton@haynesboone.com

- Christopher M. Alston      alstc@foster.com, ristj@foster.com

- Mark K. Ames      marktacs@gmail.com

- Heather Lynn Anderson      Heather.Anderson@dol.lps.state.nj.us

- Tara B. Annweiler      tannweiler@greerherz.com

- Joel S. Aronson      jsaronson@ridberglaw.com

- Ethel Fay Hong Badawi      ethel.badawi@btlaw.com

- Henry P. Baer      CSommer@fdh.com, csommer@fdh.com

- Peter Barrett      peter.barrett@kutakrock.com,
  lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakroc
  k.com

- Raymond William Battaglia      rbattaglia@obht.com

- Philip C. Baxa      pbaxa@sandsanderson.com, sfarrior@sandsanderson.com

- William D. Bayliss      bbayliss@williamsmullen.com

- Thomas O. Bean      tbean@mwe.com

- Brett Christopher Beehler      bbeehler@mrrlaw.net, lsansbury@mrrlaw.net

- Christopher R. Belmonte      cbelmonte@ssbb.com,
  asnow@ssbb.com,pbosswick@ssbb.com

- Paula S. Beran      pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-
  lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-
  lawfirm.com

- Ambika Joline Biggs      abiggs@bakerlaw.com

- Jason B. Binford      jbinford@krcl.com, ecf@krcl.com

- Ron C. Bingham    rbingham@stites.com, dclayton@stites.com

- Patrick M. Birney    pbirney@rc.com, jcarrion@rc.com

- Paul M. Black    pblack@spilmanlaw.com,
  vskevington@spilmanlaw.com;scormany@spilmanlaw.com

- Daniel F. Blanks    dblanks@mcguirewoods.com

- Paul S. Bliley    pbliley@williamsmullen.com,
  rcohen@williamsmullen.com;hpollard@williamsmullen.com

- Sarah Beckett Boehm    sboehm@mcguirewoods.com,
  kcain@mcguirewoods.com;lneilson@mcguirewoods.com

- Wanda Borges    borgeslawfirm@aol.com

- James Edward Bowman    Jim@jebowman.com, ecfnoticing@jebowman.com

- Anne Elizabeth Braucher    abraucher@mcmillanmetro.com

- Jess R. Bressi    jbressi@luce.com

- James J. Briody    jim.briody@sablaw.com, kim.smith@sablaw.com

- William A. Broscious    wbroscious@kbbplc.com

- Gillian N. Brown    gbrown@pszjlaw.com

- Heather D. Brown    hbrown@kkgpc.com, jwest@kkgpc.com

- Martin A. Brown    martin.brown@lawokc.com

- Steven L. Brown    brown@wolriv.com

- Timothy Francis Brown    brownt@arentfox.com, giaimo.christopher@arentfox.com

- Mark E. Browning    bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us

- Linda Sharon Broyhill    lbroyhill@reedsmith.com, nkatzen@reedsmith.com

- Andrew M. Brumby    abrumby@shutts-law.com, rhicks@shutts-law.com

- Kristen E. Burgers    keburgers@venable.com

- William A. Burnett    aburnett@williamsmullen.com

- Darek S. Bushnaq    dsbushnaq@venable.com

- Marc A. Busman    mbusman@busmanandbusman.com

- Aaron R. Cahn    cahn@clm.com

- Jonathan T. Cain      jtcain@mintz.com, kcraun@mintz.com

- Judy Bamberger Calton      jcalton@honigman.com

- Andrea Kristin Campbell      campbell.andrea@arentfox.com,
  lane.katie@arentfox.com;dowd.mary@arentfox.com

- Paul K. Campsen      pkcampsen@kaufcan.com

- Robert A. Canfield      bcanfield@canfieldbaer.com,
  bhochfelder@canfieldbaer.com;jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;h
  wells@canfieldbaer.com

- Peter J. Carney      jlerner@whitecase.com,jrubalcava@whitecase.com

- William H. Casterline      wcasterlinejr@blankeith.com, bford@bklawva.com

- Ashley M. Chan      achan@hangley.com, ecffilings@hangley.com

- Eugene Chang      echang@steinlubin.com

- Jeffrey Chang      jchang@changlawpllc.com

- Wm. Joseph A. Charboneau      jcharboneau@mglspc.com, aford@mglspc.com

- Emily M. Charley      echarley@hansonbridgett.com

- Sara L. Chenetz      chenetz@blankrome.com

- Dominic L. Chiariello      dc@chiariello.com

- Charles W. Chotvacs      cwchotvacs@gmail.com,
  aconway@taubman.com;Pollack@ballardspahr.com

- Anthony J. Cichello      acichello@kb-law.com

- City of Newport News, Virginia      jdurant@nngov.com

- Darrell William Clark      dclark@stinson.com, cscott@stinson.com

- Robert D. Clark      rclark@douglas.co.us

- James E. Clarke      vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com

- Tiffany Strelow Cobb      tscobb@vorys.com, bjtobin@vorys.com

- Mindy D. Cohn      mcohn@winston.com

- Andrew Lynch Cole      acole@fandpnet.com

- Ken Coleman      Ken.Coleman@allenovery.com

- Michael A. Condyles    michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com

- Mark B. Conlan    mconlan@gibbonslaw.com

- Andrew S. Conway    aconway@taubman.com

- Eric C. Cotton    hsmith@ddr.com

- Robert K. Coulter    robert.coulter@usdoj.gov, sharon.abbott@usdoj.gov;USAVAE.ALX.ECF.BANK@usdoj.gov

- David H. Cox    dcox@jackscamp.com, phaynes@jackscamp.com

- Franklin R. Cragle    fcragle@hf-law.com

- John M. Craig    johncraigg@aol.com, russj4478@aol.com

- Catherine Elizabeth Creely    ccreely@akingump.com

- William C. Crenshaw    bill.crenshaw@bryancave.com

- Michael Callahan Crowley    mcrowley@asm-law.com

- Paul McCourt Curley    pcurley@canfieldbaer.com, tchilders@canfieldbaer.com

- Ryan C. Day    ryan.day@leclairryan.com

- Jenelle Marie Dennis    dennisj@ballardspahr.com, pollack@ballardspahr.com

- Christopher M. Desiderio    cdesiderio@nixonpeabody.com

- Jaime Sue Dibble    jdibble@stinson.com, lbigus@stinson.com

- David H. Dickieson    ddickieson@schertlerlaw.com, panos@craigmacauley.com;mdesmery@craigmacauley.com

- Louis E. Dolan    LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;cdesiderio@nixonpeabody.com;DPrivott@nixonpeabody.com

- John T. Donelan    jtdlaw@verizon.net

- Jennifer V. Doran    jdoran@haslaw.com, calirm@haslaw.com

- Seth A. Drucker    sdrucker@honigman.com

- Joseph M. DuRant    jdurant@nngov.com

- Ronald G. Dunn    bstasiak@gdwo.net

- Sara B. Eagle    eagle.sara@pbgc.gov, efile@pbgc.gov

- David W. Earman    davidearman@courtsq.com

- Carl A. Eason    bankruptcy@wolriv.com

- Robert C. Edmundson    redmundson@attorneygeneral.gov

- Elizabeth A. Elam    betsyelam@toase.com,
  wenditaylor@toase.com;lmares@toase.com;kkalos@toase.com

- Tara L. Elgie    telgie@hunton.com

- Kristin Elliott    kelliott@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com

- Bradford F. Englander    benglander@wtplaw.com, wbatres@wtplaw.com

- Augustus C. Epps    aepps@cblaw.com, lthompson@cblaw.com

- David J. Ervin    dervin@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com

- Belkys Escobar    Belkys.Escobar@loudoun.gov,
  Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov

- Michael P. Falzone    mfalzone@hf-law.com, jbsmith@hf-law.com

- John T. Farnum    farnumj@gtlaw.com

- Oscar Baldwin Fears    bfears@law.ga.gov, jjacobs@law.ga.gov

- Robert J. Feinstein    rfeinstein@pszjlaw.com,
  rorgel@pszjlaw.com;dharris@pszjlaw.com

- John D. Fiero    jfiero@pszjlaw.com

- Scott D. Fink    Bronationalecf@weltman.com

- J. David Folds    dfolds@mckennalong.com, sparson@mckennalong.com

- Douglas M. Foley    dfoley@mcguirewoods.com

- Christine McAteer Ford    cford@mdpcelaw.com

- Gina M Fornario    gfornario@nixonpeabody.com,
  khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com

- Jeremy S. Friedberg    jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@llff.com

- Jeremy S. Friedberg    jsf@llff.com, ecf@llff.com;gordon.young@llff.com

- Ellen A. Friedman    efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com

- Mark J. Friedman    mark.friedman@dlapiper.com

- Gary V. Fulghum    gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com

- Rand L. Gelber    RGelberMD@aol.com

- Stephanie N. Gilbert    sgilbert@wilsav.com

- S. Sadiq Gill    sgill@vanblk.com

- Karen L. Gilman    KGILMAN@WOLFFSAMSON.COM

- Lawrence H. Glanzer    glanzer@rlglegal.com, stephanie@rlglegal.com

- Brad R. Godshall    bgodshall@pszjlaw.com

- Matthew A. Gold    courts@argopartners.net

- Douglas R. Gonzales    dgonzales@wsh-law.com

- Anitra D. Goodman Royster    anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com

- Kimbell D. Gourley    kgourley@idalaw.com, sprescott@idalaw.com

- Jeffrey J. Graham    jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com

- Gregory D. Grant    ggrant@shulmanrogers.com, lsmith@shulmanrogers.com;THsu@shulmanrogers.com

- William A. Gray    bgray@sandsanderson.com, kwalters@sandsanderson.com;rarrington@sandsanderson.com

- Peter A. Greenburg    pgreenburg@aol.com

- Steven H. Greenfeld    steveng@cohenbaldinger.com, CBGLawBethesda@gmail.com

- David A. Greer    dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com

- Elizabeth L. Gunn    egunn@durrettecrump.com, sryan@durrettecrump.com;bberlauk@durrettecrump.com;dbbankruptcy@gmail.com

- Richard E. Hagerty    richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.webne@troutmansanders.com

- Jerry Lane Hall    jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com

- Paula A. Hall    hall@bwst-law.com, marbury@bwst-law.com

- Aaron L. Hammer    ahammer@freebornpeters.com

- Gina Baker Hantel    agbankcal@ag.tn.gov

- Jason William Harbour    jharbour@hunton.com

- Michael E. Hastings    michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com

- Jonathan L. Hauser    jonathan.hauser@troutmansanders.com

- David Emmett Hawkins    dhawkins@velaw.com

- Dion W. Hayes    dhayes@mcguirewoods.com

- Melissa S. Hayward    mhayward@lockelord.com

- Andrew H. Herrick    aherrick@albemarle.org

- William Heuer    wheuer@duanemorris.com

- Robert B. Hill    kcummins@hillrainey.com

- John E. Hilton    jeh@carmodymacdonald.com, pjf@carmodymacdonald.com

- Christopher Julian Hoctor    choctor@gregkaplaw.com, nferenbach@gregkaplaw.com

- Matthew E. Hoffman    mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com

- David D. Hopper    ddhopper@chlhf.com, scilino@chlhf.com

- Brian D. Huben    brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;dustin.branch@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.carolo@kattenlaw.com

- Lisa Taylor Hudson    lhudson@sandsanderson.com

- F. Marion Hughes    marion.hughes@smithmoorelaw.com

- Jessica Regan Hughes    jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com

- Martha E. Hulley    martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

- John T. Husk    johnhusk@aol.com, nre98@aol.com

- Richard Iain Hutson    rhutson@weinstocklegal.com

- Alexander Xavier Jackins    ajackins@seyfarth.com

- Thomas Neal Jamerson    tjamerson@hunton.com, tomjam2003@yahoo.com

- Russell R. Johnson    russ4478@aol.com

- Christopher A. Jones    cajones@wtplaw.com, wbatres@wtplaw.com

- Nathan Jones    heather@usdrllc.com

- Dexter D. Joyner    caaustin@comcast.net

- Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com

- Douglas D. Kappler    dkappler@rdwlawcorp.com

- Lawrence Allen Katz    lakatz@venable.com

- Adam K. Keith    akeith@honigman.com, tsable@honigman.com

- Gerald P. Kennedy    gerald.kennedy@procopio.com

- Brian F. Kenney    bkenney@milesstockbridge.com

- Erin Elizabeth Kessel    ekessel@spottsfain.com,
  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsf
  ain.com;eanderson@spottsfain.com;jstern@spottsfain.com

- Dena Sloan Kessler    dkessler@bakerlaw.com

- Thomas G. King    tking@KreisEnderle.com,
  dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com

- Jeffrey E. Klusmeier    Jeff.Klusmeier@ago.mo.gov

- Jennifer Larkin Kneeland    jkneeland@linowes-law.com, klevie@linowes-
  law.com;gduvall@linowes-law.com;aevert@linowes-law.com;jwright@linowes-
  law.com;5temp@linowes-law.com

- Travis A. Knobbe    tknobbe@spilmanlaw.com, trjohnson@spilmanlaw.com

- Kurt M. Kobiljak    kkobi@aol.com

- Michael S. Kogan    mkogan@ecjlaw.com, rfraire@ecjlaw.com

- Jamie M. Konn    jamie.konn@dlapiper.com,
  kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com

- Charles Gideon Korrell    gkorrell@dl.com

- Leonidas Koutsouftikis    lkouts@magruderpc.com, mcook@magruderpc.com

- Jason M. Krumbein    jkrumbein@krumbeinlaw.com,
  mkrumbein@krumbeinlaw.com;a30156@yahoo.com;sdanielslaw@verizon.net

- Darryl S. Laddin    bkrfilings@agg.com

- Anne C. Lahren    alahren@pendercoward.com

- Kevin A. Lake    klake@mcdonaldsutton.com

- Benjamin Joseph Lambiotte    blambiotte@gsblaw.com

- John J. Lamoureux    jlamoureux@carltonfields.com,
  lmccullough@carltonfields.com;tpaecf@cfdom.net

- Ian S. Landsberg    ilandsberg@lm-lawyers.com

- Jennifer Langan    jlangan@patreasury.org

- David Wayne Lannetti    dlannetti@vanblk.com,
  kjerald@vanblk.com;drichards@vanblk.com

- Garren Robert Laymon    glaymon@mglspc.com

- Stephen E. Leach    sleach@ltblaw.com,
  ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com

- Richard E. Lear    richard.lear@hklaw.com, kimi.odonnell@hklaw.com

- Robert L. Lehane    rlehane@kelleydrye.com,
  KDWBankruptcyDepartment@KelleyDrye.com

- Stephen K. Lehnardt    skleh@lehnardt-law.com

- Justin D. Leonard    jleonard@balljanik.com

- Fredrick J. Levy    fjlevy@olshanlaw.com,
  mmarck@olshanlaw.com;ssallie@olshanlaw.com

- Dennis T. Lewandowski    dtlewand@kaufcan.com

- James V. Lombardi    jvlombardi@rossbanks.com

- Henry Pollard Long    hlong@hunton.com

- John E. Lucian    lucian@blankrome.com

- Donald K. Ludman    dludman@brownconnery.com

- Christine D. Lynch    clynch@goulstonstorrs.com

- Thomas Ryan Lynch    tlynch@babc.com

- Andrew Edward Macfarlane    aem@aemlegal.com

- Nicholas B Malito    nmalito@hgg.com

- Curtis Gilbert Manchester    cmanchester@reedsmith.com,
  shicks@reedsmith.com;dlynch@reedsmith.com;sharris@reedsmith.com;kklein@reedsmith.com

- Robert M. Marino    rmmarino@rpb-law.com, rmmarino1@aol.com

- Joel T. Marker    joel@mbt-law.com

- Jeremy W. Martin    jeremymartin2007@gmail.com

- Richard M. Maseles    edvaecf@dor.mo.gov

- Gary E. Mason    gmason@masonlawdc.com

- Lyndel A. Mason    LMason@chfirm.com, chps.ecfnotices@gmail.com

- Bruce H. Matson    bruce.matson@leclairryan.com,
  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

- David McCall    bankruptcy@ntexas-attorneys.com

- Michael Keith McCrory    mmcrory@btlaw.com

- Neil E. McCullagh    nmccullagh@spottsfain.com,
  jstern@spottsfain.com;eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com

- W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov

- David R. McFarlin    dmcfarlin@whmh.com, psmith@whmh.com

- Annemarie G. McGavin    annemarie.mcgavin@bipc.com

- Frank F. McGinn    ffm@bostonbusinesslaw.com

- Robert P. McIntosh    Robert.McIntosh@usdoj.gov

- Thomas John McIntosh    thomas.mcintosh@hklaw.com

- John D. McIntyre    jmcintyre@wmlawgroup.com,
  wedwards@wmlawgroup.com;dpower@wmlawgroup.com;nfetzer@wmlawgroup.com

- John G. McJunkin    jmcjunkin@mckennalong.com, sparson@mckennalong.com

- Joshua D. McKarcher    jmckarcher@cov.com

- Jennifer McLain McLemore    jmclemore@cblaw.com, avaughn@cblaw.com

- Janet M. Meiburger    admin@meiburgerlaw.com

- Philip James Meitl   pj.meitl@bryancave.com, john.leininger@bryancave.com

- Stephen A. Metz   smetz@shulmanrogers.com

- C. Christopher Meyer   cmeyer@ssd.com

- Kalina Boyanova Miller   kmiller@wileyrein.com, rours@wileyrein.com

- Stephan William Milo   smilo@wawlaw.com,
  hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com

- Luder F. Milton   lmilton@eckertseamans.com

- Satchidananda Mims   smims21@hotmail.com

- Robert Kenneth Minkoff   rminkoff@jefferies.com, mrichards@jefferies.com

- Malcolm M. Mitchell   mmmitchell@vorys.com,
  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

- Byron Z. Moldo   bmoldo@ecjlaw.com, tmelendez@ecjlaw.com

- Joseph T. Moldovan   bankruptcy@morrisoncohen.com

- Denise S. Mondell   denise.mondell@ct.gov

- Robert Field Moorman   rmoorman@moormanlaw.com, robmoorman@comcast.net

- Mindy A. Mora   mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com

- Erika L. Morabito   emorabito@pattonboggs.com

- Valerie P. Morrison   vmorrison@wileyrein.com, rours@wileyrein.com

- Michael D. Mueller   mmueller@cblaw.com, avaughn@cblaw.com

- Mark X. Mullin   mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com

- Anne C. Murphy   murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us

- Mona M. Murphy   mona.murphy@akerman.com, crystal.gaymon@akerman.com

- Stephen G. Murphy   Murphys@dor.state.ma.us

- Thomas Francis Murphy   tmurphy@dclawfirm.com,
  rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com

- Robert Ryland Musick   bmusick@t-mlaw.com, clobou@t-mlaw.com

- James D. Newbold   James.Newbold@illinois.gov

- Kevin M. Newman   knewman@menterlaw.com

- Steven H. Newman    snewman@katskykorins.com

- Troy N. Nichols    lexbankruptcy@wyattfirm.com

- Alan Michael Noskow    anoskow@pattonboggs.com

- Darlene M. Nowak    nowak@marcus-shapira.com

- Sean P. O'Brien    spobrien@gustlaw.com

- Michael John O'Grady    mjogrady@fbtlaw.com,
  lbaker@fbtlaw.com;jbwells@fbtlaw.com

- Tracey Michelle Ohm    tohm@stinson.com, tmackey@stinson.com

- Mary E. Olden    molden@mhalaw.com, akauba@mhalaw.com

- Laura Otenti    lotenti@pbl.com

- Ronald Allen Page    rpage@rpagelaw.com, rpage@rpagelaw.com

- Justin F. Paget    jpaget@hunton.com

- Craig M. Palik    cpalik@yahoo.com,
  cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmacki
  e@mhlawyers.com;dtayman@mhlawyers.com

- R. Chase Palmer    cpalmerplf@gmail.com

- Constantinos G. Panagopoulos    cgp@ballardspahr.com

- Min Park    mpark@cblh.com

- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com

- Bhavik Dalpat Patel    bdp@macdowelllaw.com

- Peter M. Pearl    ppearl@sandsanderson.com

- Frank T. Pepler    fpepler@peplermastromonaco.com

- Christopher L. Perkins    christopher.perkins@leclairryan.com,
  stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairrya
  n.com;deborah.dip@leclairryan.com

- Rhett E. Petcher    rpetcher@seyfarth.com

- Loc Pfeiffer    loc.pfeiffer@kutakrock.com,
  lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakro
  ck.com

- Kimberly A. Pierro    kimberly.pierro@kutakrock.com,
  sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com

- David M. Poitras    dmp@jmbm.com

- Jeffrey N. Pomerantz    jpomerantz@pszjlaw.com

- Courtney E. Pozmantier    cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com

- Daniel M. Press    dpress@chung-press.com, pressdm@gmail.com

- Daniel D. Prichard    dprichard@dowlohnes.com, kcornnell@dowlohnes.com

- William Daniel Prince    wprince@t-mlaw.com

- Raymond Pring    rpring@grossspringlaw.com,
  rahurley@grossspringlaw.com;bchapman@grossspringlaw.com

- Jeremy L. Pryor    jeremypryor@carrellrice.com

- Julie Ann Quagliano    quagliano@sfmlawfirm.com, harvell@sfmlawfirm.com

- Albert F. Quintrall    a.quintrall@quintrall.com

- John B. Raftery    jraftery@offitkurman.com

- Vivienne Rakowsky    vrakowsky@ag.nv.gov,
  dwright2@ag.nv.gov;tplotnick@ag.nv.gov

- Andrew Rapp    arapp@wpblaw.com

- Victoria A. Reardon    reardonv@michigan.gov, jacksonst@michigan.gov

- Michael Reed    othercourts@mvbalaw.com

- Linda Dianne Regenhardt    lregenhardt@baileygary.com,
  cmarchant@baileygary.com;mcollins@baileygary.com

- Thomas W. Repczynski    trepczynski@offitkurman.com, cdixon@offitkurman.com

- Thomas David Rethage    thomas.rethage@eeoc.gov

- James W. Reynolds    jim.reynolds@ofplaw.com

- Kenneth R. Rhoad    krhoa@gebsmith.com

- Matthew Righetti    matt@righettilaw.com

- Fred B. Ringel    fbr@robinsonbrog.com

- Henry Buswell Roberts    hbroberts@live.com, droberts1949@live.com

- Philip M. Roberts   mroberts@bdlaw.org

- Terri A. Roberts   pcaocvbk@pcao.pima.gov

- Wendy Michele Roenker   wroenker@cityofchesapeake.net

- James H. Rollins   jim.rollins@hklaw.com, avis.francis@hklaw.com

- Martha E. Romero   romero@mromerolawfirm.com

- Jeremy Brian Root   jroot@bklawva.com,
  tmartin@bklawva.com;wcasterlinejr@bklawva.com

- Edward L. Rothberg   rothberg@hooverslovacek.com, mayle@hooverslovacek.com

- David R. Ruby   druby@mcsweeneycrump.com, bankruptcyassistant@t-
  mlaw.com;druby@ecf.epiqsystems.com

- David R. Ruby   druby@t-mlaw.com, bankruptcyassistant@t-
  mlaw.com;druby@ecf.epiqsystems.com

- Frederick Francis Rudzik   rudzikf@dor.state.fl.us

- Michael F. Ruggio   mruggio@polsinelli.com

- Eric Christopher Rusnak   eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com

- Jeremy W. Ryan   jryan@saul.com

- Denyse Sabagh   dsabagh@duanemorris.com

- Travis Aaron Sabalewski   tsabalewski@reedsmith.com,
  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com

- Michael J. Sage   msage@omm.com, kzeldman@omm.com

- Rebecca L. Saitta   rsaitta@wileyrein.com, rours@wileyrein.com

- D. Marc Sarata   msarata@ltblaw.com,
  ndysart@ltblaw.com;sleach@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com

- Troy Savenko   tsavenko@gregkaplaw.com, nferenbach@gregkaplaw.com

- Jeffrey Scharf   jeff@taxva.com, tacspc@gmail.com

- Nancy R. Schlichting   nrs@lolawfirm.com, lginsberg@lolawfirm.com

- Ann E. Schmitt   aschmitt@culbert-schmitt.com

- Paul Michael Schrader   pschrader@fullertonlaw.com

- James R. Schroll   jschroll@beankinney.com, ncoton@beankinney.com

- William H. Schwarzschild    tschwarz@williamsmullen.com

- Douglas Scott    BankruptcyCounsel@gmail.com

- Richard D. Scott    richard@rscottlawoffice.com

- Erick Frank Seamster    eseamster@wallacepledger.com

- Sheila L. Shadmand    slshadmand@jonesday.com

- Jeffrey M. Sherman    jsherman@jackscamp.com,
  emoyer@jackscamp.com;jtsikerdanos@jackscamp.com

- Gilbert D. Sigala    sigalaw1@aol.com

- Glenn H. Silver    ctbghs@aol.com

- Kevin L. Sink    ksink@nichollscrampton.com

- Leslie A. Skiba    lskiba@gregkaplaw.com, nferenbach@gregkaplaw.com

- John C. Smith    jsmith@durrettecrump.com,
  sryan@durrettecrump.com;dbbankruptcy@gmail.com

- John Ronald Smith    jrsmith@hunton.com

- Eric J. Snyder    esnyder@sillerwilk.com

- Rhysa Griffith South    sou06@co.henrico.va.us

- Matthew V. Spero    matthew.spero@rivkin.com

- David K. Spiro    dspiro@hf-law.com, rmcburney@hf-law.com

- Leonard E. Starr    lstarr@Starr-Law.com, gadams@Starr-Law.com

- Aryeh E. Stein    astein@wtplaw.com

- Richard F. Stein    richard.f.stein@irscounsel.treas.gov

- Jonathan S. Storper    jstorper@hansonbridgett.com

- Peter E. Strniste    pstrniste@rc.com, kcooper@rc.com

- William Daniel Sullivan    dsullivan@butzeltp.com

- Lisa P. Sumner    lsumner@poyners.com, cjeckel@poyners.com

- Jeffrey L. Tarkenton    jtarkenton@wcsr.com,
  toross@wcsr.com;MDesgrosseilliers@wcsr.com

- Lynn L. Tavenner    ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com

- Mark D. Taylor    mdtaylor@kilpatricktownsend.com

- Robert D. Tepper    rtepper@sabt.com, pcoover@sabt.com

- Roy M. Terry    rterry@durrettecrump.com, sryan@durrettecrump.com;dbbankruptcy@gmail.com

- Lucy L. Thomson    lthomson2@csc.com

- Alison Ross Wickizer Toepp    atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com

- Dylan G. Trache    dtrache@wileyrein.com, rours@wileyrein.com

- Khang V. Tran    khang.tran@hoganlovells.com

- Suzanne J. Trowbridge    sjt@goodwingoodwin.com

- Ronald M. Tucker    rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,antimm@simon.com

- Robert B. Van Arsdale    Robert.B.Van.Arsdale@usdoj.gov

- John P. Van Beek    jvanbeek@goldmanvanbeek.com, awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com

- Christian K. Vogel    Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

- Madeleine C. Wanlsee    mwanslee@gustlaw.com, rstein@gustlaw.com

- Gilbert Barnett Weisman    notices@becket-lee.com

- Mitchell B. Weitzman    mweitzman@jackscamp.com, swatson@jackscamp.com

- Arthur S. Weitzner    arthur@weitzner.com

- H. Elizabeth Weller    Dallas.Bankruptcy@publicans.com

- Jennifer J. West    jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;jstern@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com

- Robert S. Westermann    rwestermann@hf-law.com

- David B. Wheeler     davidwheeler@mvalaw.com

- Brenda M. Whinery     bwhinery@mcrazlaw.com

- Reid Steven Whitten     rwhitten@fulbright.com

- Nicholas W. Whittenburg     nwhittenburg@millermartin.com,
  mcsmith@millermartin.com

- Michael L. Wilhelm     ECF@w2lg.com

- Amy Pritchard Williams     amy.williams@klgates.com, hailey.andresen@klgates.com

- Jeremy S. Williams     jeremy.williams@kutakrock.com

- Walter Laurence Williams     walter.williams@wilsonelser.com

- Thaddeus D. Wilson     thadwilson@kslaw.com, pwhite@kslaw.com

- William A. Wood     trey.wood@bgllp.com, chris.tillmanns@bgllp.com

- Gordon S. Woodward     gwoodward@schnader.com

- J. Christian Word     chefiling@lw.com;robert.klyman@lw.com

- Richard S. Yarow     richard_yarow@yahoo.com

- Hale Yazicioglu     hyazicioglu@jshllp.com

- Martin J. Yeager     myeager@beankinney.com

- Meredith Linn Yoder     myoder@parkerpollard.com,
  sscarce@parkerpollard.com;treid@parkerpollard.com

- Craig Benson Young     craig.young@kutakrock.com, lynda.wood@kutakrock.com

- Jonathan W. Young     young@wildman.com

- German Yusufov     pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov

- Erica S. Zaron     cao.bkc@miamidade.gov

- Peter G. Zemanian     pete@zemanianlaw.com

- Sheila G. deLa Cruz     sdelacruz@hf-law.com, jbsmith@hf-law.com