# Exhibit 1



MASSACHUSETTS DEPT. OF REVENUE
PO BOX 1346
GIBSONIA, PA 15044

Toya Squair Audit Pittsburgh
Telephone: (617) 887-7764

| | |
|---|---|
| Notice Date: | March 07, 2009 |

| | |
|---|---|
| Taxpayer ID Number: | ██████170 |
| Document Number: | ████████8253 |

| | |
|---|---|
| Total Assessment: | $2,527.53 |
| Response Due Date: | April 06, 2009 |
| Tax Type: | Sales / Use |

# NOTICE OF INTENT TO ASSESS
This is an official notice from the Massachusetts Dept. of Revenue.

970C

CIRCUIT CITY PURCHASING COMPANY
9950 MAYLAND DR
RICHMOND VA 23233-1464

**You are receiving this notice because...**

The Massachusetts Department of Revenue has conducted an audit for the periods 03/01/05 to 09/30/07. As a result of that audit, the Department has adjusted the tax reported for some or all of those periods. Please see page 3 "Assessment Detail" for a breakdown of the changes.

**You may want to consider making a payment.**

Interest and, in some cases, penalties will continue to accrue until you pay the full amount owed. If you decide to dispute the amount assessed, you are not required to pay. You may want to pay, however, to avoid additional interest and penalty charges. If your appeal is successful, any money paid will be refunded with applicable interest. Mail your check or money order along with the Payment Coupon shown below.

**Other actions you may take...**

If you wish to discuss this notice with the Department of Revenue's Audit Division, please call **Toya Squair** at **(617) 887-7764**. If someone will be representing you, you must complete and submit a Power of Attorney Form (M-2848). This form is available from several sources (see page 2 - "What Type of Assistance is Available").

**If you decide to wait for a bill...**



If you do not respond by April 06, 2009, you will receive a bill that reflects the tax that you owe, plus interest and any applicable penalties. Interest and penalties will continue to accrue until you pay the full amount due (see "Understanding the Notice of Intent to Assess" for more information).

Page 1 of 6

------- ✂ CUT HERE AND RETURN THE COUPON BELOW IN THE ENVELOPE PROVIDED ✂ -------

*Please check the appropriate boxes.*

☐ **Submit payment.**

**I am paying the following amount:**

Write your Taxpayer ID # on your check or money order

$ _____

*Make check or money order payable to:*
**Commonwealth of Massachusetts**



CIRCUIT CITY PURCHASING COMPANY

| | |
|---|---|
| Taxpayer ID Number: | █████170 |
| Document Number: | ████████8253 |

| | |
|---|---|
| Total Assessment: | $2,527.53 |
| Response Due Date: | April 06, 2009 |
| Tax Type: | Sales / Use |

M A I L   T O

Massachusetts Department of Revenue
P.O. Box 7072
Boston, MA 02204

( B )
203

☐ *Address or phone number change.*
See reverse side.

## Guide to Understanding the Assessment Detail

The diagram shown below will help you to understand your personal assessment information.   (See page 3 - "Assessment Detail"
for your personal assessment information.)  Note, the numbers used are for example purposes only.



Date that the tax period ended

Amount of Interest and Penalties accrued as of the Response Due Date

Total amount of the Tax Assessment, Interest and Penalty are added to equal the Net Amount Due

Payments and/or Credits credited to this period

Item Number

Balance Due for this period

| No. | Period End Date | Tax Assessment | + | Interest Accrued | + | Penalty Accrued | = | Net Amount Due | + | Previous Assessment(s) | - | Payments/ Credit | = | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 12/31/99 | $287.44 | | $116.82 | | $30.00 | | $434.26 | | $496.68 | | $496.68 | | $434.26 |
| | | | | | | Total | | $434.26 | | $496.68 | | $496.68 | | $434.26 |

Total Assessment:    $434.26

Amount of tax that DOR has calculated is due

Details the total tax, interest and penalties associated with all past assessments for each period end date indicated beginning on page 3

Total Assessment Amount as of the Response Due Date, includes Previous and new Tax Assessments

## What Type of Assistance is Available?



**Call the Department of Revenue (DOR)**

Contact the representative or Bureau listed on the front page of this notice if you have questions or need assistance.



**Interactive Voice Response (IVR)**
**617-887-MDOR (6367) or toll-free within**
**Massachusetts at 1-800-392-6089**

Call 24 hours a day to access our automated IVR system to order forms.

**Massachusetts Department of Revenue**
**website: www.mass.gov/dor**

Our Website offers a variety of information including "Your Taxpayer Bill of Rights", rulings and regulations, Power of Attorney Form (M-2848), as well as many other tax forms and publications.

You can file and pay most business taxes online through DOR's Webfile for Business program.  In addition, you can view your account history, pay bills and amend business tax returns.  For more information, visit our website at www.mass.gov/dor.

Make check or money order payable to:
**Commonwealth of Massachusetts**

Please complete only if your address or phone has changed.

Street _____ Apt No. _____

| Michael Richards | | 1234 |
| 100 Ravine Road | | |
| Boston, MA 02204 | DATE    January 15, 2008 | |
| PAY TO THE ORDER | Commonwealth of Massachusetts | $434.26 |
| Four hundred and thirty four dollars and 26/100 | | DOLLARS |
| **Bank of America** | | |

City _____ State _____ Zip _____

Home Phone ( )_____  Work Phone ( )_____



Michael Richard

Do not forget to write your Taxpayer ID Number

Do not forget to sign your check

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF REVENUE**
Toya Squair Audit Pittsburgh
Telephone:    (617) 887-7764

Taxpayer Name:  Circuit City Purchasing Company

| Notice Date:   March 07, 2009 | |
|---|---|
| Taxpayer ID Number: | ▓▓▓▓170 |
| Document Number: | ▓▓▓▓8253 |
| Total Assessment: | $2,527.53 |
| Response Due Date: | April 06, 2009 |
| Tax Type: | Sales / Use |

---

## *Assessment Detail* for Audit Period 03/01/05 to 09/30/07.

For help understanding this section, see page 2 - "Guide to Understanding the Assessment Detail".

| No. | Period End Date | Tax + Assessment | Interest + Accrued | Penalty = Accrued | Net + Amount Due | Previous - Assessment(s) | Payments/ Credits | = Balance Due. |
|---|---|---|---|---|---|---|---|---|
| 1 | 03/31/05 | $1.00 | $0.38 | $0.00 | $1.38 | $460.62 | $460.62 | $1.38 |
| 2 | 04/30/05 | $2.00 | $0.71 | $0.00 | $2.71 | $2,011.32 | $2,011.32 | $2.71 |
| 3 | 05/31/05 | $7.00 | $2.45 | $0.00 | $9.45 | $1,902.38 | $1,902.38 | $9.45 |
| 4 | 06/30/05 | $2.00 | $0.68 | $0.00 | $2.68 | $2,051.57 | $2,051.57 | $2.68 |
| 5 | 07/31/05 | $19.00 | $6.37 | $0.00 | $25.37 | $8,707.67 | $8,707.67 | $25.37 |
| 6 | 08/31/05 | $5.00 | $1.62 | $0.00 | $6.62 | $4,515.55 | $4,515.55 | $6.62 |
| 7 | 09/30/05 | $22.00 | $7.01 | $0.00 | $29.01 | $19,984.89 | $19,984.89 | $29.01 |
| 8 | 10/31/05 | $43.00 | $13.33 | $0.00 | $56.33 | $37,446.40 | $37,446.40 | $56.33 |
| 9 | 11/30/05 | $13.00 | $3.91 | $0.00 | $16.91 | $8,655.45 | $8,655.45 | $16.91 |
| 10 | 12/31/05 | $17.00 | $4.95 | $0.00 | $21.95 | $15,395.36 | $15,395.36 | $21.95 |
| 11 | 01/31/06 | $18.00 | $5.09 | $0.00 | $23.09 | $10,142.60 | $10,142.60 | $23.09 |
| 12 | 02/28/06 | $4.00 | $1.09 | $0.00 | $5.09 | $2,393.18 | $2,393.18 | $5.09 |
| 13 | 03/31/06 | $1,619.00 | $431.95 | $0.00 | $2,050.95 | $1,138.05 | $1,138.05 | $2,050.95 |
| 14 | 04/30/06 | $4.00 | $1.01 | $0.00 | $5.01 | $3,686.05 | $3,686.05 | $5.01 |
| 15 | 05/31/06 | $3.00 | $0.74 | $0.00 | $3.74 | $2,428.81 | $2,428.81 | $3.74 |
| 16 | 06/30/06 | $4.00 | $0.95 | $0.00 | $4.95 | $3,259.47 | $3,259.47 | $4.95 |
| 17 | 07/31/06 | $16.00 | $3.71 | $0.00 | $19.71 | $14,279.36 | $14,279.36 | $19.71 |
| 18 | 08/31/06 | $7.00 | $1.57 | $0.00 | $8.57 | $6,108.39 | $6,108.39 | $8.57 |
| 19 | 09/30/06 | $15.00 | $3.19 | $0.00 | $18.19 | $14,066.87 | $14,066.87 | $18.19 |
| 20 | 10/31/06 | $11.00 | $2.24 | $0.00 | $13.24 | $10,042.22 | $10,042.22 | $13.24 |
| 21 | 11/30/06 | $23.00 | $4.49 | $0.00 | $27.49 | $21,407.48 | $21,407.48 | $27.49 |
| 22 | 12/31/06 | $41.00 | $7.62 | $0.00 | $48.62 | $29,426.78 | $29,426.78 | $48.62 |
| 23 | 01/31/07 | $10.00 | $1.77 | $0.00 | $11.77 | $8,674.33 | $8,674.33 | $11.77 |
| 24 | 02/28/07 | $8.00 | $1.35 | $0.00 | $9.35 | $6,468.82 | $6,468.82 | $9.35 |
| 25 | 03/31/07 | $16.00 | $2.55 | $0.00 | $18.55 | $11,807.63 | $11,807.63 | $18.55 |
| 26 | 04/30/07 | $6.00 | $0.91 | $0.00 | $6.91 | $4,831.44 | $4,831.44 | $6.91 |
| 27 | 05/31/07 | $14.00 | $1.97 | $0.00 | $15.97 | $12,135.47 | $12,135.47 | $15.97 |
| 28 | 06/30/07 | $11.00 | $1.48 | $0.00 | $12.48 | $9,515.98 | $9,515.98 | $12.48 |
| 29 | 07/31/07 | $18.00 | $2.26 | $0.00 | $20.26 | $16,623.22 | $16,623.22 | $20.26 |
| 30 | 08/31/07 | $16.00 | $1.87 | $0.00 | $17.87 | $14,768.93 | $14,768.93 | $17.87 |
| 31 | 09/30/07 | $12.00 | $1.31 | $0.00 | $13.31 | $10,916.50 | $10,916.50 | $13.31 |
| 32 | | | | TOTAL: | $2,527.53 | $315,252.79 | $315,252.79 | |

| | |
|---|---|
| **TOTAL AMOUNT DUE:** | $2,527.53 |

**Comments:**
See Ten Day letter issued 2/17/09

## *Understanding the Notice of Intent to Assess*

### *What is the Notice of Intent to Assess (NIA)?*

The Notice of Intent to Assess (NIA) is not a bill. It is a notification that DOR intends to assess tax liabilities that it determines are owed to the Commonwealth of Massachusetts. It is also an opportunity to resolve matters before a bill is issued.

### *What if a payment was not credited?*

If you believe that you previously made a payment for the amount shown on this Notice of Intent to Assess, contact the representative or Bureau listed on the front page of this notice.

### *What if I would like to appeal this notice?*

If you would like to appeal, you have a right to a pre-assessment conference, to request settlement consideration, or both, with the Office of Appeals (see enclosed "Response Form"). This request must be made within 30 days of the notice date indicated on page 1 of this NIA. Nonfiling cases are not entitled to request a pre-assessment conference or settlement consideration.

### *What happens if I do not respond to this notice?*

At the end of 30 days, you will be sent a bill called a Notice of Assessment (NOA) indicating the amount due. Interest and penalties will continue to accrue until the balance is paid in full.

### *How do I stop interest and penalties from continuing to accrue?*

If you agree with the amount assessed, pay the amount indicated within the 30-day period given. If you are disputing the amount assessed, you may want to pay since interest and, in some cases, penalties will continue to accrue on any unpaid amount for which you are ultimately held responsible. A refund, with applicable interest, will be issued to you if your appeal is successful.

If you pay the full amount indicated on the NIA within the given 30-day period, you will receive a Notice of Assessment (NOA), with a "zero-balance", which serves as your receipt of full payment.

If you make a partial payment or do not pay the amount owed, you will receive a Notice of Assessment. The NOA will indicate the balance due, including interest and penalties. Please note that interest and penalty charges will continue to accrue until the amount owed is paid in full.

### *What if I cannot afford to pay the balance due?*

You may make a partial payment with this notice. When you receive the NOA, there will be instructions on how to request a payment agreement with DOR.

### *What if this notice indicates an overassessment and/or refund?*

If the Department has determined that you are due a credit and/or refund, the amounts are reflected in this Notice of Intent to Assess. At the end of the 30 day period following issuance of this NIA, your account will be adjusted and the credit/refund will be processed automatically. Therefore, if you agree with the findings, you need to take no further action. Please note, the Department may apply any credit/refund to outstanding liabilities for other tax types if those circumstances exist. Generally, you will receive a separate notification if this occurs. If you disagree with the Department's proposed credit/refund you may follow the appeal procedures (see enclosed "Response Form").

### *What are the most common penalties?*

Under Massachusetts law, penalties are automatically imposed on late returns and late payments and when taxpayers have failed to meet other filing requirements. The five most common penalties are:

Late Return - A late return will generate a late file penalty of 1% per month on the unpaid tax. The total penalty charge cannot exceed 25% of the unpaid tax. It is calculated from the due date of the return to the date the return is filed.

Late Payment - An unpaid balance will generate a 1% penalty per month on the unpaid tax. The total penalty charge cannot exceed 25% of the unpaid tax.

Underpayment of Estimated Tax - Income and corporate taxpayers who fail to pay the full required amount of tax by the proper due date through estimated and/or withholding payments may be subject to this addition to tax. Individuals whose liabilities exceed $400 are required to make estimated payments equal to 80% of their current year's tax liabilities or 100% of their prior year's tax liabilities. Corporations whose liabilities exceed $1000 for any taxable year are required to make estimated tax payments equal to 90% of the current year's tax or 100% of the prior year's tax.

Federal Change Non-Compliance Penalty - If you are audited by the IRS, you must report the changes affecting your Massachusetts taxable income to the Department of Revenue within one year from the date of the federal change determination and pay any additional tax, plus interest. Note: If you do not show reasonable cause for failure to comply, an additional penalty of $100 or ten percent of the additional tax due whichever is smaller will be imposed.

Failure to File; G.L. Ch.62C Sec. 28 - If you failed to file a required return, DOR may determine the tax due according to the best information available. A penalty may be assessed at not more than double the amount so determined.

### *How is interest accrued?*

Effective July 1, 2003, the interest rate on overpayments is the Federal short-term rate plus two percentage points, simple interest. The rate for underpayments is the Federal short-term rate plus four percentage points, compounded daily. Interest will accrue on unpaid interest and penalties as well as on unpaid tax. It is calculated on:

1) unpaid failure-to-file penalties and underpayment of estimated tax penalties starting on the due date through the date of full payment; and

2) unpaid failure-to-pay penalties starting on the 31st day after the date of the NOA and continuing to the date of full payment.

### *Additional information on interest and penalties*

To obtain additional information on interest and penalty charges, contact the Customer Service Bureau (CSB) at 617-887-MDOR (6367) or toll-free in Massachusetts at 1-800-392-6089. You may also obtain rate information on our website at www.mass.gov/dor - Forms and Publications - Taxpayer Advisory Bulletin.

MASSACHUSETTS DEPT. OF REVENUE ·
PO BOX 1346
GIBSONIA, PA  15044

Toya Squair  Audit Pittsburgh
Telephone: (617) 887-7764

## *NOTICE OF INTENT TO ASSESS*
This is an official notice from the Massachusetts Dept. of Revenue.

| Notice Date: | March 07, 2009 |
|---|---|
| Taxpayer ID Number: | ▓▓▓170 |
| Document Number: | ▓▓▓ 8253 |
| Total Assessment: | $2,527.53 |
| Response Due Date: | April 06, 2009 |
| Tax Type: | Sales / Use |

2 B  00535 v. 03/03/09   203

CIRCUIT CITY PURCHASING COMPANY      970C
9950 MAYLAND DR
RICHMOND VA 23233-1464

## RESPONSE FORM

**If you have general questions about this Notice of Intent to Assess . . .**
If what you are seeking is a general discussion of your case or if you want to provide additional information, please contact the representative or Bureau listed above by **APRIL 06, 2009**.

**If you wish to appeal this Notice of Intent to Assess . . .**
The Office of Appeals is a separate office within the Department of Revenue that: (1) conducts conferences relating to taxpayer appeals of proposed tax assessments; and (2) settles tax disputes when there is a factual or legal issue in dispute. If you wish to appeal this Notice of Intent to Assess, you may request a conference to dispute the proposed assessment pursuant to G.L. Ch. 62C, Sec. 26(b), request settlement consideration pursuant to G.L. Ch. 62C, Sec. 37C, or both, with the Office of Appeals.

If you wish to request a pre-assessment conference and/or settlement consideration, please complete the appropriate section of the Response Form below and submit together with a statement of facts and legal issues in dispute, along with any supporting documentation. Conferences may be conducted by telephone. Please indicate below a telephone number where you can be contacted regarding your appeal and/or for your telephonic conference.

**Deadline for filing an appeal . . .**
You must submit the Response Form and supporting documentation to the address listed in the "Mail To" box on the Response Form. The Response Form must be received by the Department of Revenue by **APRIL 06, 2009** or be postmarked within 25 days of the Notice Date in order for your appeal to be timely filed.

**If you decide to wait for a bill . . .**   
If you do not respond by **APRIL 06, 2009**, you will receive a bill that reflects the tax that you owe, plus interest and any applicable penalties. Interest and penalties will continue to accrue until you pay the full amount due (see "Understanding the Notice of Intent to Assess" for more information).

Page 5 of 6

- - - - - - - - - ✂ CUT HERE AND RETURN THE FORM BELOW IN THE ENVELOPE PROVIDED ✂ - - - - - - - -

*If you wish to appeal please mail this Response Form with all written correspondence.*

*Required information for appeals:*



CIRCUIT CITY PURCHASING COMPANY

| Notice Date: | March 07, 2009 |
|---|---|
| Taxpayer ID Number: | ▓▓▓170 |
| Document Number: | ▓▓▓ 8253 |
| Total Assessment: | $2,527.53 |
| Response Due Date: | April 06, 2009 |
| Tax Type: | Sales / Use |

2 B  00535 v. 03/03/09   203

Taxpayer Name _____

Street _____  Apt No. _____

City _____  State _____  Zip _____

☐  Please check if this is a new address.

Contact Person _____

Contact Phone Number (     ) _____

| M A I L   T O | MASSACHUSETTS DEPARTMENT OF REVENUE TOYA SQUAIR PO BOX 1346 GIBSONIA, PA  15044 |
|---|---|

( B )



## *Taxpayer Bill of Rights*

DOR must be objective, impartial, professional and ethical in its administration of the tax laws; any information that you as a taxpayer provide to the Department will be handled with the utmost confidentiality and professionalism.

DOR must maintain a Problem Resolution Office and an Office of Internal Affairs to safeguard taxpayers' rights.

DOR may not establish or enforce individual collection goals or collection quotas for its employees.

If you are unable to satisfy a tax liability in full, the Commissioner of Revenue may enter into a payment agreement if the Commissioner determines it will facilitate collection of the tax.

You may obtain representation at any point in your dealings with the Department.

You may be entitled to appeal any DOR decision regarding your tax liability. DOR is obligated to make abatement decisions as promptly as possible and to issue any refunds resulting from abatement decisions within 30 days of such decisions.

You will not be subject to statutory penalties if you make a mistake because you relied on erroneous written advice from DOR representatives acting in their official capacities.

*You can find more comprehensive details on your rights as a taxpayer in "A Guide to the Department of Revenue: Your Taxpayer Bill of Rights". To obtain a copy, visit our website at www.mass.gov/dor or call 617-887-MDOR (6367) or toll-free in Massachusetts at 1-800-392-6089.*

# Exhibit 2

Notice Date:   March 13, 2009

MASSACHUSETTS DEPT. OF REVENUE
PO BOX 1346
GIBSONIA, PA  15044

| Taxpayer ID Number: | ███████ 170 |
| Document Number: | ███████ 8266 |

Toya Squair  Audit Pittsburgh
Telephone: (617) 887-7764

| Total Assessment: | $916.87 |
| Response Due Date: | April 12, 2009 |
| Tax Type: | Sales / Use |

# NOTICE OF INTENT TO ASSESS
This is an official notice from the Massachusetts Dept. of Revenue.

970C

CIRCUIT CITY PURCHASING COMPANY
9950 MAYLAND DR
RICHMOND VA 23233-1464

| **You are receiving this notice because...** | The Massachusetts Department of Revenue has conducted an audit for the periods 10/01/07 to 11/30/08. As a result of that audit, the Department has adjusted the tax reported for some or all of those periods. Please see page 3 "Assessment Detail" for a breakdown of the changes. |
| --- | --- |
| **You may want to consider making a payment.** | Interest and, in some cases, penalties will continue to accrue until you pay the full amount owed. If you decide to dispute the amount assessed, you are not required to pay. You may want to pay, however, to avoid additional interest and penalty charges. If your appeal is successful, any money paid will be refunded with applicable interest. Mail your check or money order along with the Payment Coupon shown below. |
| **Other actions you may take...** | If you wish to discuss this notice with the Department of Revenue's Audit Division, please call **Toya Squair** at **(617) 887-7764**. If someone will be representing you, you must complete and submit a Power of Attorney Form (M-2848). This form is available from several sources (see page 2 - "What Type of Assistance is Available"). |
| **If you decide to wait for a bill...** |  If you do not respond by April 12, 2009, you will receive a bill that reflects the tax that you owe, plus interest and any applicable penalties. Interest and penalties will continue to accrue until you pay the full amount due (see "Understanding the Notice of Intent to Assess" for more information). |

Page 1 of 6

------------- ✂ CUT HERE AND RETURN THE COUPON BELOW IN THE ENVELOPE PROVIDED ✂ -------------

*Please check the appropriate boxes.*

☐ **Submit payment.**

    **I am paying the following amount:**

Write your Taxpayer ID # on your check or money order

$ _____

*Make check or money order payable to:*
**Commonwealth of Massachusetts**



CIRCUIT CITY PURCHASING COMPANY

| Taxpayer ID Number: | ███████ 170 |
| Document Number: | ███████ 8266 |
| Total Assessment: | $916.87 |
| Response Due Date: | April 12, 2009 |
| Tax Type: | Sales / Use |

| MAIL TO | Massachusetts Department of Revenue
P.O. Box 7072
Boston, MA 02204 |
| --- | --- |

( B )
203

☐ *Address or phone number change.*
See reverse side.

## Guide to Understanding the Assessment Detail

The diagram shown below will help you to understand your personal assessment information.   (See page 3 - "Assessment Detail" for your personal assessment information.)  **Note, the numbers used are for example purposes only.**



Item Number

Date that the tax period ended

Amount of Interest and Penalties accrued as of the Response Due Date

Total amount of the Tax Assessment, Interest and Penalty are added to equal the Net Amount Due

Payments and/or Credits credited to this period

Balance Due for this period

Amount of tax that DOR has calculated is due

Details the total tax, interest and penalties associated with all past assessments for each period end date indicated beginning on page 3

Total Assessment Amount as of the Response Due Date, includes Previous and new Tax Assessments

## What Type of Assistance is Available?



**Call the Department of Revenue (DOR)**

Contact the representative or Bureau listed on the front page of this notice if you have questions or need assistance.



**Interactive Voice Response (IVR)**
**617-887-MDOR (6367) or toll-free within**
**Massachusetts at 1-800-392-6089**

Call 24 hours a day to access our automated IVR system to order forms.



**Massachusetts Department of Revenue**
**website: www.mass.gov/dor**

Our Website offers a variety of information including "Your Taxpayer Bill of Rights", rulings and regulations, Power of Attorney Form (M-2848), as well as many other tax forms and publications.

You can file and pay most business taxes online through DOR's Webfile for Business program.  In addition, you can view your account history, pay bills and amend business tax returns.  For more information, visit our website at www.mass.gov/dor.

Make check or money order payable to:
**Commonwealth of Massachusetts**

Please complete only if your address or phone has changed.



Do not forget to write your Taxpayer ID Number

Do not forget to sign your check

Street _____  Apt No. _____

City _____  State ____  Zip _____

Home Phone ( )_____  Work Phone ( )_____

COMMONWEALTH OF MASSACHUSETTS
**DEPARTMENT OF REVENUE**

Toya Squair  Audit Pittsburgh
Telephone:    (617) 887-7764

Taxpayer Name:  Circuit City Purchasing Company

| | |
|---|---|
| **Notice Date:** March 13, 2009 | |
| Taxpayer ID Number: | ⬛⬛⬛ 170 |
| Document Number: | ⬛⬛⬛⬛ 8266 |
| **Total Assessment:** | $916.87 |
| **Response Due Date:** | April 12, 2009 |
| **Tax Type:** | Sales / Use |

---

## *Assessment Detail* for Audit Period 10/01/07 to 11/30/08.

For help understanding this section, see page 2 - "Guide to Understanding the Assessment Detail".

| No. | Period End Date | Tax + Assessment | Interest + Accrued | Penalty = Accrued | Net + Amount Due | Previous - Assessment(s) | Payments/ Credits | = Balance Due |
|---|---|---|---|---|---|---|---|---|
| 1 | 10/31/07 | $65.00 | $6.60 | $0.00 | $71.60 | $14,830.57 | $14,830.57 | $71.60 |
| 2 | 11/30/07 | $65.00 | $6.07 | $0.00 | $71.07 | $16,321.00 | $16,321.00 | $71.07 |
| 3 | 12/31/07 | $65.00 | $5.56 | $0.00 | $70.56 | $4,879.77 | $4,879.77 | $70.56 |
| 4 | 01/31/08 | $65.00 | $5.08 | $0.00 | $70.08 | $6,794.14 | $6,794.14 | $70.08 |
| 5 | 02/29/08 | $65.00 | $4.63 | $0.00 | $69.63 | $7,934.63 | $7,934.63 | $69.63 |
| 6 | 03/31/08 | $65.00 | $4.20 | $0.00 | $69.20 | $12,037.14 | $12,037.14 | $69.20 |
| 7 | 04/30/08 | $65.00 | $3.81 | $0.00 | $68.81 | $3,584.96 | $3,584.96 | $68.81 |
| 8 | 05/31/08 | $65.00 | $3.39 | $0.00 | $68.39 | $5,164.01 | $5,164.01 | $68.39 |
| 9 | 06/30/08 | $65.00 | $3.05 | $0.00 | $68.05 | $7,099.26 | $7,099.26 | $68.05 |
| 10 | 07/31/08 | $65.00 | $2.70 | $0.00 | $67.70 | $14,714.20 | $14,714.20 | $67.70 |
| 11 | 08/31/08 | $65.00 | $2.37 | $0.00 | $67.37 | $12,343.28 | $12,343.28 | $67.37 |
| 12 | 09/30/08 | $65.00 | $1.99 | $0.00 | $66.99 | $16,007.24 | $16,007.24 | $66.99 |
| 13 | 10/31/08 | $65.00 | $0.00 | $0.00 | $65.00 | $490.44 | $490.44 | $65.00 |
| 14 | 11/30/08 | $22.00 | $0.42 | $0.00 | $22.42 | $18,651.49 | $18,651.49 | $22.42 |
| 15 | | | | TOTAL: | $916.87 | $140,852.13 | $140,852.13 | |

| | |
|---|---|
| **TOTAL AMOUNT DUE:** | $916.87 |

**Comments:**

SEE 10 DAy Letter

## *Understanding the Notice of Intent to Assess*

### *What is the Notice of Intent to Assess (NIA)?*
The Notice of Intent to Assess (NIA) is not a bill. It is a notification that DOR intends to assess tax liabilities that it determines are owed to the Commonwealth of Massachusetts. It is also an opportunity to resolve matters before a bill is issued.

### *What if a payment was not credited?*
If you believe that you previously made a payment for the amount shown on this Notice of Intent to Assess, contact the representative or Bureau listed on the front page of this notice.

### *What if I would like to appeal this notice?*
If you would like to appeal, you have a right to a pre-assessment conference, to request settlement consideration, or both, with the Office of Appeals (see enclosed "Response Form"). This request must be made within 30 days of the notice date indicated on page 1 of this NIA. Nonfiling cases are not entitled to request a pre-assessment conference or settlement consideration.

### *What happens if I do not respond to this notice?*
At the end of 30 days, you will be sent a bill called a Notice of Assessment (NOA) indicating the amount due. Interest and penalties will continue to accrue until the balance is paid in full.

### *How do I stop interest and penalties from continuing to accrue?*
If you agree with the amount assessed, pay the amount indicated within the 30-day period given. If you are disputing the amount assessed, you may want to pay since interest and, in some cases, penalties will continue to accrue on any unpaid amount for which you are ultimately held responsible. A refund, with applicable interest, will be issued to you if your appeal is successful.

If you pay the full amount indicated on the NIA within the given 30-day period, you will receive a Notice of Assessment (NOA), with a "zero-balance", which serves as your receipt of full payment.

If you make a partial payment or do not pay the amount owed, you will receive a Notice of Assessment. The NOA will indicate the balance due, including interest and penalties. Please note that interest and penalty charges will continue to accrue until the amount owed is paid in full.

### *What if I cannot afford to pay the balance due?*
You may make a partial payment with this notice. When you receive the NOA, there will be instructions on how to request a payment agreement with DOR.

### *What if this notice indicates an overassessment and/or refund?*
If the Department has determined that you are due a credit and/or refund, the amounts are reflected in this Notice of Intent to Assess. At the end of the 30 day period following issuance of this NIA, your account will be adjusted and the credit/refund will be processed automatically. Therefore, if you agree with the findings, you need to take no further action. Please note, the Department may apply any credit/refund to outstanding liabilities for other tax types if those circumstances exist. Generally, you will receive a separate notification if this occurs. If you disagree with the Department's proposed credit/refund you may follow the appeal procedures (see enclosed "Response Form").

### *What are the most common penalties?*
Under Massachusetts law, penalties are automatically imposed on late returns and late payments and when taxpayers have failed to meet other filing requirements. The five most common penalties are:

Late Return - A late return will generate a late file penalty of 1% per month on the unpaid tax. The total penalty charge cannot exceed 25% of the unpaid tax. It is calculated from the due date of the return to the date the return is filed.

Late Payment - An unpaid balance will generate a 1% penalty per month on the unpaid tax. The total penalty charge cannot exceed 25% of the unpaid tax.

Underpayment of Estimated Tax - Income and corporate taxpayers who fail to make the required amount of tax by the proper due date through estimated and/or withholding payments may be subject to this addition to tax. Individuals whose liabilities exceed $200 are required to make estimated payments equal to 80% of their current year's tax liabilities or 100% of their prior year's tax liabilities. Corporations whose liabilities exceed $1000 for any taxable year are required to make estimated tax payments equal to 90% of the current year's tax or 100% of the prior year's tax.

Federal Change Non-Compliance Penalty - If you are audited by the IRS, you must report the changes affecting your Massachusetts taxable income to the Department of Revenue within one year from the date of the federal change determination and pay any additional tax, plus interest. Note: If you do not show reasonable cause for failure to comply, an additional penalty of $100 or ten percent of the additional tax due whichever is smaller will be imposed.

Failure to File; G.L. Ch.62C Sec. 28 - If you failed to file a required return, DOR may determine the tax due according to the best information available. A penalty may be assessed at not more than double the amount so determined.

### *How is interest accrued?*
Effective July 1, 2003, the interest rate on overpayments is the Federal short-term rate plus two percentage points, simple interest. The rate for underpayments is the Federal short-term rate plus four percentage points, compounded daily. Interest will accrue on unpaid interest and penalties as well as on unpaid tax. It is calculated on:
1) unpaid failure-to-file penalties and underpayment of estimated tax penalties starting on the due date through the date of full payment; and
2) unpaid failure-to-pay penalties starting on the 31st day after the date of the NOA and continuing to the date of full payment.

### *Additional information on interest and penalties*
To obtain additional information on interest and penalty charges, contact the Customer Service Bureau (CSB) at 617-887-MDOR (6367) or toll-free in Massachusetts at 1-800-392-6089. You may also obtain rate information on our website at www.mass.gov/dor - Forms and Publications - Taxpayer Advisory Bulletin.

MASSACHUSETTS DEPT. OF REVENUE
PO BOX 1346
GIBSONIA, PA 15044

Toya Squair Audit Pittsburgh
Telephone: (617) 887-7764

## NOTICE OF INTENT TO ASSESS
This is an official notice from the Massachusetts Dept. of Revenue.

| | |
|---|---|
| Notice Date: | March 13, 2009 |
| Taxpayer ID Number: | ███████170 |
| Document Number: | ████████8266 |
| Total Assessment: | $916.87 |
| Response Due Date: | April 12, 2009 |
| Tax Type: | Sales / Use |

CIRCUIT CITY PURCHASING COMPANY          970C
9950 MAYLAND DR
RICHMOND VA 23233-1464

## RESPONSE FORM

| | |
|---|---|
| **If you have general questions about this Notice of Intent to Assess . . .** | If what you are seeking is a general discussion of your case or if you want to provide additional information, please contact the representative or Bureau listed above by **APRIL 12, 2009**. |
| **If you wish to appeal this Notice of Intent to Assess . . .** | The Office of Appeals is a separate office within the Department of Revenue that: (1) conducts conferences relating to taxpayer appeals of proposed tax assessments; and (2) settles tax disputes when there is a factual or legal issue in dispute. If you wish to appeal this Notice of Intent to Assess, you may request a conference to dispute the proposed assessment pursuant to G.L. Ch. 62C, Sec. 26(b), request settlement consideration pursuant to G.L. Ch. 62C, Sec. 37C, or both, with the Office of Appeals.

If you wish to request a pre-assessment conference and/or settlement consideration, please complete the appropriate section of the Response Form below and submit together with a statement of facts and legal issues in dispute, along with any supporting documentation. Conferences may be conducted by telephone. Please indicate below a telephone number where you can be contacted regarding your appeal and/or for your telephonic conference. |
| **Deadline for filing an appeal . . .** | You must submit the Response Form and supporting documentation to the address listed in the "Mail To" box on the Response Form. The Response Form must be received by the Department of Revenue by **APRIL 12, 2009** or be postmarked within 25 days of the Notice Date in order for your appeal to be timely filed. |
| **If you decide to wait for a bill . . .** | If you do not respond by **APRIL 12, 2009**, you will receive a bill that reflects the tax that you owe, plus interest and any applicable penalties. Interest and penalties will continue to accrue until you pay the full amount due (see "Understanding the Notice of Intent to Assess" for more information). |

Page 5 of 6

- - - - - - - - - ✂ CUT HERE AND RETURN THE FORM BELOW IN THE ENVELOPE PROVIDED ✂ - - - - - - - - -

***If you wish to appeal please mail this Response Form with all written correspondence.***

***Required information for appeals:***



CIRCUIT CITY PURCHASING COMPANY

| | |
|---|---|
| Notice Date: | March 13, 2009 |
| Taxpayer ID Number: | ███████170 |
| Document Number: | ████████8266 |
| Total Assessment: | $916.87 |
| Response Due Date: | April 12, 2009 |
| Tax Type: | Sales / Use |

Taxpayer Name _____

Street _____ Apt No. _____

City _____ State ____ Zip _____

 ☐ Please check if this is a new address.

Contact Person _____

Contact Phone Number ( ___ ) _____

| M | |
|---|---|
| A | MASSACHUSETTS DEPARTMENT OF REVENUE |
| I | TOYA SQUAIR |
| L | PO BOX 1346 |
| T | GIBSONIA, PA 15044 |
| O | |

( B )



## *Taxpayer Bill of Rights*

DOR must be objective, impartial, professional and ethical in its administration of the tax laws; any information that you as a taxpayer provide to the Department will be handled with the utmost confidentiality and professionalism.

DOR must maintain a Problem Resolution Office and an Office of Internal Affairs to safeguard taxpayers' rights.

DOR may not establish or enforce individual collection goals or collection quotas for its employees.

If you are unable to satisfy a tax liability in full, the Commissioner of Revenue may enter into a payment agreement if the Commissioner determines it will facilitate collection of the tax.

You may obtain representation at any point in your dealings with the Department.

You may be entitled to appeal any DOR decision regarding your tax liability. DOR is obligated to make abatement decisions as promptly as possible and to issue any refunds resulting from abatement decisions within 30 days of such decisions.

You will not be subject to statutory penalties if you make a mistake because you relied on erroneous written advice from DOR representatives acting in their official capacities.

*You can find more comprehensive details on your rights as a taxpayer in "A Guide to the Department of Revenue: Your Taxpayer Bill of Rights". To obtain a copy, visit our website at www.mass.gov/dor or call 617-887-MDOR (6367) or toll-free in Massachusetts at 1-800-392-6089.*

# Exhibit 3

MASSACHUSETTS DEPT. OF REVENUE
PO BOX 7010
BOSTON, MA  02204

Customer Service Bureau
Telephone:  (617) 887-6367
www.mass.gov/dor

| Notice Date:   April 21, 2009 | |
| --- | --- |
| Taxpayer ID Number: | ██████170 |
| Bill Number: | ██████ 3087 |
| Total Amount Due: | $22.54 |
| Payment Due Date: | May 21, 2009 |
| Tax Type: | Sale/Use |

# NOTICE OF ASSESSMENT

This is an official notice from the Massachusetts Dept. of Revenue.

                                          400C
CIRCUIT CITY PURCHASING COMPANY
9950 MAYLAND DR
RICHMOND VA 23233-1464

| | |
| --- | --- |
| **You are receiving this Notice of Assessment because ...** | The records of the Massachusetts Department of Revenue indicate that you have an outstanding liability of **$22.54** that you owe to the Commonwealth of Massachusetts. This amount includes tax, interest and penalties. Interest and penalties will continue to accrue until the balance is paid in full (see page 4 for more information). To avoid additional interest and penalty charges, you must pay the total amount due by **May 21, 2009.** |
| **Actions you should take...** | ***Submit Payment/Dispute the Assessment*** - Make your payment electronically via our website, make a phone payment with an agent at the number listed above, or mail your payment and the coupon shown below.  Include your ID # on your check.  If you decide to dispute the assessment, you are not required to pay but may want to in order to avoid additional charges.  If your appeal is successful, any money paid will be refunded with applicable interest. Note:  WFB participants can dispute tax and/or penalty online. |
| | ***Enter into a payment agreement*** -Visit our website to arrange for monthly payments or call our automated telephone system at (617)887-MDOR (6367) or toll-free in Massachusetts at 1-800-392-6089.  For amounts over $5000 call 617-887-6400. |
| **Did you Know ...** | You can file and pay most business taxes online through DOR's Webfile for Business program.  In addition, you can view your account history, pay bills and amend business tax returns.  For more information, visit our website at **http://www.mass.gov/dor.** |



**WEBFILE FOR BUSINESS**
*http://www.mass.gov/dor*

Interest and penalties will continue to accrue until you pay the full amount.
**Corporate Efile mandate:  Corporations with more than $100,000 in gross receipts, sales, or income from all sources must transmit all returns, documents and tax payments using electronic means as of January 1, 2005.**

Page 1 of 4

- - - - - - - - - - - - - - - ✂ CUT HERE AND RETURN THE COUPON BELOW IN THE ENVELOPE PROVIDED ✂ - - - - - - - - - - - - -



**Payment Coupon**

**Your payment must be postmarked by May 21, 2009**

| Taxpayer ID Number: | ██████ 170 |
| --- | --- |
| Bill Number: | ██████ 3087 |
| Payment Due Date: | May 21, 2009 |
| Total Amount Due: | $22.54 |

CIRCUIT CITY PURCHASING COMPANY
9950 MAYLAND DR
RICHMOND VA 23233-1464

                    400C

Enter Amount Enclosed  ►  $ _____

Write your Taxpayer ID # on your check or money order and make it payable to:
**Commonwealth of Massachusetts**

Please complete only if your address or phone has changed.

Street _____  Apt No. _____

City _____  State _____  Zip _____

Home Phone (   ) _____   Work Phone (   ) _____

 

M A I L   T O

Massachusetts Department of Revenue
P. O. Box 7065
Boston, MA  02204-7065

**( B )**
218

2009951702180410022030870000000022543

## *Guide to Understanding the Assessment Detail*

The diagram shown below will help you to understand your personal assessment information.  *(See page 3 - "Details of What You Owe"* for your personal assessment information.)* Note, the numbers used are for example purposes only.



| No. | Tax Type | Period End Date | Trans Type | Assessment Date | Tax Liability | + | Interest Accrued | + | Penalty Accrued | Payments/ = Credits | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | Sale/Use | 12/31/99 | 101 | 02/12/01 | $142.89 | | $9.69 | | $15.21 | $142.89 | $24.79 |
| 02 | | 12/31/00 | 101 | 02/12/01 | $216.52 | | $6.01 | | $16.32 | $216.52 | $23.85 |
| | | | | | | | | | Subtotal: | | $48.64 |
| | | | | | | | Total Amount Due: | | | | $48.64 |

## *Most Common Tax Types*

ESTATE.................................Estate Tax
SALE/USE.........................Sales Use Tax
MEALS....................................Meals Tax

INCOME.................Individual Income Tax
ROOM OCC...........Room Occupancy Tax
WITH INC........................Withholding Tax

CORP DOM........Domestic Corporation
CORP FOR............Foreign Corporation
FIDO...........................Fiduciary Income

## *What Type of Assistance is Available?*


**Massachusetts Department of Revenue website: http://www.mass.gov/dor**
Our Website offers a variety of information and electronic payment options including "Your Taxpayer Bill of Rights", rulings and regulations, Form CA-6, Application for Abatement/Amended Return, as well as many other tax forms and publications.


**Interactive Voice Response (IVR) 617-887-MDOR (6367) or toll-free within Massachusetts at 1-800-392-6089**
Call 24 hours a day to access our automated IVR system to order forms, enter a small payment agreement or check the status of your refund.


**Call the Department of Revenue (DOR)**
Contact the representative or Bureau listed on the front page of this notice if you have questions or need assistance.

Page 2 of 4

Make check or money order payable to:
**Commonwealth of Massachusetts**



Do not forget to write your Taxpayer ID Number

Do not forget to sign your check



**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF REVENUE**

Customer Service Bureau
Telephone: (617) 887-6367

Taxpayer Name:  Circuit City Purchasing Company

| | |
|---|---|
| Notice Date:  April 21, 2009 | |
| Taxpayer ID Number: | 170 |
| Bill Number: | 3087 |
| Total Amount Due: | $22.54 |
| Payment Due Date: | May 21, 2009 |
| Tax Type: | Sale/Use |

---

## *Details of What You Owe*

For help understanding this section, see page 2 - "Guide to Understanding the Assessment Detail".

| No. | Tax Type* | Period End Date | Trans Type | Assessment Date | Tax Liability + | Interest Accrued + | Penalty Accrued - | Payments/ Credits = | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SALE/USE | 11/30/08 | 700 | 04/19/09 | $22.00 | $0.54 | $0.00 | $0.00 | $22.54 |
| 2 | | | | | | | | Subtotal: | $22.54 |

* See explanation of the Most Common Tax Types on page 2.
*Recent payments may not be reflected.*

| TOTAL AMOUNT DUE: | $22.54 |
|---|---|



## Taxpayer Bill of Rights

DOR must be objective, impartial, professional and ethical in its administration of the tax laws; any information that you as a taxpayer provide to the Department will be handled with the utmost confidentiality and professionalism.

DOR must maintain a Problem Resolution Office and an Office of Internal Affairs to safeguard taxpayers' rights.

DOR may not establish or enforce individual collection goals or collection quotas for its employees.

If you are unable to satisfy a tax liability in full, the Commissioner of Revenue may enter into a payment agreement if the Commissioner determines it will facilitate collection of the tax.

You may obtain representation at any point in your dealings with the Department.

You are entitled to appeal any DOR decision regarding your tax liability. DOR is obligated to make abatement decisions as promptly as possible and to issue any refunds resulting from abatement decisions within 30 days of such decisions.

You will not be subject to statutory penalties if you make a mistake because you relied on erroneous written advice from DOR representatives acting in their official capacities.

*You can find more comprehensive details on your rights as a taxpayer in "A Guide to the Department of Revenue: Your Taxpayer Bill of Rights". To obtain a copy, visit our website at www.mass.gov/dor or call 617-887-MDOR (6367) or toll-free in Massachusetts 1-800-392-6089.*

## Understanding the Notice of Assessment

### What is the Notice of Assessment?
The Notice of Assessment (NOA) is a bill that is sent when DOR determines you owe a tax liability to the Commonwealth of Massachusetts. The liability may be the result of an audit, a late and/or unpaid return or an error on a return.

### What if a payment was not credited?
If you believe that you previously made a payment for the amount shown on this Notice of Assessment, contact the representative or Bureau listed on the front page of this notice. WFB users can check payments online.

### What if I disagree with this notice or would like to appeal?
You may appeal by filing an Application for Abatement (Form CA6) within the time allowed for making an application. WFB users can file appeals for tax or penalty via the amend section of our online program. This is the fastest means of resolving your issue. An online Income tax abatement application will be available in the fall of 2004. Please contact the Customer Service Bureau at (617) 887-6367 or toll-free in Mass. At 1-800-392-6089 with any questions.

### Should I pay even if I am disputing this assessment?
You are not obligated to pay an amount that you are disputing. However, you may want to pay since interest and, in some cases, penalties will continue to accrue on any unpaid amount for which you are ultimately held responsible. A refund resulting from an abatement will include interest computed from the date a complete application was filed.

### What if I do not have the money to pay?
If you cannot pay the full amount that you owe, you may be able to pay the total liability through monthly installments or credit card. To request a payment agreement for amounts under $5,000, visit our website or call 617-887-MDOR (6367) or toll-free in Massachusetts at 1-800-392-6089. For amounts over $5,000, call 617-887-6400.

Note: DOR may refuse to allow a payment agreement if a taxpayer has a history of delinquency; has the resources to settle the debt immediately; or if the agreement jeopardizes the ultimate collection of the tax due.

### What happens if I do not respond to this notice?
If you do not pay the amount due and do not dispute the assessment by filing an application for abatement, DOR will pursue full payment using a series of collection tools up to and including your name being published on our website.

### What are the most common penalties?
Under Massachusetts law, penalties are automatically imposed on late returns and late payments and when taxpayers have failed to meet other filing requirements. The four most common penalties are:

Late Return - A late return will generate a late file penalty of 1% per month on the unpaid tax. The total penalty charge cannot exceed 25% of the unpaid tax. It is calculated from the due date of the return to the date the return is filed.

Late Payment - An unpaid balance will generate a 1% penalty per month on the unpaid tax. The total penalty charge cannot exceed 25% of the unpaid tax.

Underpayment of Estimated Tax - Income and corporate taxpayers who fail to pay the required amount of tax by the proper due date through estimated and/or withholding payments may be subject to this addition to tax. Individuals whose liabilities exceed $200, $400 for tax year beginning 01/01/05, are required to make estimated payments equal to 80% of their current year's tax liabilities or 100% of their prior year's tax liabilities. Corporations whose liabilities exceed $1000 for any taxable year are required to make estimated tax payments equal to 90% of the current year's tax or 100% of the prior year's tax.

### Penalty for failure to Comply with Efile Mandate:
A penalty of $100 for each payment/extension payment (trans type 92A) or return/extension filing (92B) not submitted electronically when required.

### How is interest accrued?
Effective July 1, 2003, the interest rate on overpayments is the Federal short-term rate plus two percentage points, simple interest. The rate for underpayments is the Federal short-term rate plus four percentage points, compounded daily. Interest will accrue on unpaid interest and penalties as well as on unpaid tax. It is calculated on:
1) unpaid failure-to-file penalties and underpayment of estimated tax penalties starting on the due date through the date of full payment; and
2) unpaid failure-to-pay penalties starting on the 31st day after the date of the NOA and continuing to the date of full payment.

### Additional information on interest and penalties
To obtain additional information on interest and penalty charges, contact the Customer Service Bureau (CSB) at 617-887-MDOR (6367) or toll-free in Massachusetts at 1-800-392-6089. You may also obtain rate information on our website at http://www.mass.gov/dor - Forms and Publications - Taxpayer Advisory Bulletin or see our online tax guide.

# Exhibit 4

**MASSACHUSETTS DEPT. OF REVENUE**
PO BOX 7010
BOSTON, MA  02204

Customer Service Bureau
Telephone:  (617) 887-6367
www.mass.gov/dor

| | |
|---|---|
| Notice Date: | May 05, 2009 |
| Taxpayer ID Number: | ████████170 |
| Bill Number: | █████████5436 |
| Total Amount Due: | $3,335.92 |
| Payment Due Date: | June 04, 2009 |
| Tax Type: | Sale/Use |

# NOTICE OF ASSESSMENT

This is an official notice from the Massachusetts Dept. of Revenue.

400C

CIRCUIT CITY PURCHASING COMPANY
9950 MAYLAND DR
RICHMOND VA 23233-1464

| | |
|---|---|
| **You are receiving this Notice of Assessment because ...** | The records of the Massachusetts Department of Revenue indicate that you have an outstanding liability of **$3,335.92** that you owe to the Commonwealth of Massachusetts. This amount includes tax, interest and penalties. Interest and penalties will continue to accrue until the balance is paid in full (see page 5 for more information). To avoid additional interest and penalty charges, you must pay the total amount due by **June 04, 2009.** |
| **Actions you should take...** | *Submit Payment/Dispute the Assessment* - Make your payment electronically via our website, make a phone payment with an agent at the number listed above, or mail your payment and the coupon shown below.  Include your ID # on your check.  If you decide to dispute the assessment, you are not required to pay but may want to in order to avoid additional charges.  If your appeal is successful, any money paid will be refunded with applicable interest.  Note:  WFB participants can dispute tax and/or penalty online. |
| | *Enter into a payment agreement* -Visit our website to arrange for monthly payments or call our automated telephone system at (617)887-MDOR (6367) or toll-free in Massachusetts at 1-800-392-6089.  For amounts over $5000 call 617-887-6400. |
| **Did you Know ...** | You can file and pay most business taxes online through DOR's Webfile for Business program.  In addition, you can view your account history, pay bills and amend business tax returns.  For more information, visit our website at **http://www.mass.gov/dor.** |



**WEBFILE FOR BUSINESS**
*http://www.mass.gov/dor*

 CAUTION

Interest and penalties will continue to accrue until you pay the full amount.
**Corporate Efile mandate:  Corporations with more than $100,000 in gross receipts, sales, or income from all sources must transmit all returns, documents and tax payments using electronic means as of January 1, 2005.**

Page 1 of 5

------------- ✂ CUT HERE AND RETURN THE COUPON BELOW IN THE ENVELOPE PROVIDED ✂ -------------


**Payment Coupon**

**Your payment must be postmarked by June 04, 2009**

| | |
|---|---|
| Taxpayer ID Number: | ████████170 |
| Bill Number: | █████████5436 |
| Payment Due Date: | June 04, 2009 |
| Total Amount Due: | $3,335.92 |

CIRCUIT CITY PURCHASING COMPANY
9950 MAYLAND DR
RICHMOND VA 23233-1464

400C

Enter Amount Enclosed ▶ $ _____

Write your Taxpayer ID # on your check or money order and
make it payable to:
**Commonwealth of Massachusetts**

Please complete only if your address or phone has changed.

Street _____  Apt No. _____

City _____  State ____  Zip _____

Home Phone ( ) _____  Work Phone ( ) _____

**MAIL TO**

Massachusetts Department of Revenue
P. O. Box 7065
Boston, MA  02204-7065

**( B )**
**218**

## *Guide to Understanding the Assessment Detail*

The diagram shown below will help you to understand your personal assessment information.   *(See page 3 - "Details of What You Owe"*
*for your personal assessment information.)* **Note, the numbers used are for example purposes only.**



---

## *Most Common Tax Types

ESTATE................................Estate Tax
SALE/USE........................Sales Use Tax
MEALS...................................Meals Tax

INCOME.................Individual Income Tax
ROOM OCC...........Room Occupancy Tax
WITH INC.......................Withholding Tax

CORP DOM........Domestic Corporation
CORP FOR............Foreign Corporation
FIDO.........................Fiduciary Income

---

## *What Type of Assistance is Available?*



**Massachusetts Department of Revenue
website: http://www.mass.gov/dor**
Our Website offers a variety of information and electronic
payment options including "Your Taxpayer Bill of Rights",
rulings and regulations, Form CA-6, Application for
Abatement/Amended Return, as well as many other tax
forms and publications.



**Interactive Voice Response (IVR)
617-887-MDOR (6367) or toll-free within
Massachusetts at 1-800-392-6089**
Call 24 hours a day to access our automated IVR system
to order forms, enter a small payment agreement or check
the status of your refund.



**Call the Department of Revenue (DOR)**
Contact the representative or Bureau listed on the front
page of this notice if you have questions or need
assistance.

---

Make check or money order payable to:
**Commonwealth of Massachusetts**



Do not forget to write your
Taxpayer ID Number

Do not forget to
sign your check

COMMONWEALTH OF MASSACHUSETTS
**DEPARTMENT OF REVENUE**

Customer Service Bureau
Telephone: (617) 887-6367

Taxpayer Name: Circuit City Purchasing Company

| Notice Date: | May 05, 2009 |
|---|---|
| Taxpayer ID Number: | ●●●●170 |
| Bill Number: | ●●●●5436 |
| Total Amount Due: | $3,335.92 |
| Payment Due Date: | June 04, 2009 |
| Tax Type: | Sale/Use |

## Details of What You Owe

For help understanding this section, see page 2 - "Guide to Understanding the Assessment Detail".

| No. | Tax Type* | Period End Date | Trans Type | Assessment Date | Tax Liability + | Interest Accrued + | Penalty Accrued - | Payments/ Credits = | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SALE/USE | 03/31/05 | 700 | 04/12/09 | $1.00 | $0.35 | $0.00 | $1.35 | $0.00 |
| 2 | | 04/30/05 | 700 | 04/12/09 | $2.00 | $0.64 | $0.00 | $0.00 | $2.64 |
| 3 | | 05/31/05 | 700 | 04/12/09 | $7.00 | $2.21 | $0.00 | $0.00 | $9.21 |
| 4 | | 06/30/05 | 700 | 04/12/09 | $2.00 | $0.61 | $0.00 | $0.00 | $2.61 |
| 5 | | 07/31/05 | 700 | 04/12/09 | $19.00 | $5.73 | $0.00 | $0.00 | $24.73 |
| 6 | | 08/31/05 | 700 | 04/12/09 | $5.00 | $1.45 | $0.00 | $0.00 | $6.45 |
| 7 | | 09/30/05 | 700 | 04/12/09 | $22.00 | $6.28 | $0.00 | $0.00 | $28.28 |
| 8 | | 10/31/05 | 700 | 04/12/09 | $43.00 | $11.91 | $0.00 | $0.00 | $54.91 |
| 9 | | 11/30/05 | 700 | 04/12/09 | $13.00 | $3.49 | $0.00 | $0.00 | $16.49 |
| 10 | | 12/31/05 | 700 | 04/12/09 | $17.00 | $4.40 | $0.00 | $0.00 | $21.40 |
| 11 | | 01/31/06 | 700 | 04/12/09 | $18.00 | $4.51 | $0.00 | $0.00 | $22.51 |
| 12 | | 02/28/06 | 700 | 04/12/09 | $4.00 | $0.97 | $0.00 | $0.00 | $4.97 |
| 13 | | 03/31/06 | 700 | 04/12/09 | $1,619.00 | $380.59 | $0.00 | $0.00 | $1,999.59 |
| 14 | | 04/30/06 | 700 | 04/12/09 | $4.00 | $0.89 | $0.00 | $0.00 | $4.89 |
| 15 | | 05/31/06 | 700 | 04/12/09 | $3.00 | $0.66 | $0.00 | $0.00 | $3.66 |
| 16 | | 06/30/06 | 700 | 04/12/09 | $4.00 | $0.83 | $0.00 | $0.00 | $4.83 |
| 17 | | 07/31/06 | 700 | 04/12/09 | $16.00 | $3.21 | $0.00 | $0.00 | $19.21 |
| 18 | | 08/31/06 | 700 | 04/12/09 | $7.00 | $1.35 | $0.00 | $0.00 | $8.35 |
| 19 | | 09/30/06 | 700 | 04/12/09 | $15.00 | $2.74 | $0.00 | $0.00 | $17.74 |
| 20 | | 10/31/06 | 700 | 04/12/09 | $11.00 | $1.91 | $0.00 | $0.00 | $12.91 |
| 21 | | 11/30/06 | 700 | 04/12/09 | $23.00 | $3.81 | $0.00 | $0.00 | $26.81 |
| 22 | | 12/31/06 | 700 | 04/12/09 | $41.00 | $6.41 | $0.00 | $0.00 | $47.41 |
| 23 | | 01/31/07 | 700 | 04/12/09 | $10.00 | $1.48 | $0.00 | $0.00 | $11.48 |
| 24 | | 02/28/07 | 700 | 04/12/09 | $8.00 | $1.11 | $0.00 | $0.00 | $9.11 |
| 25 | | 03/31/07 | 700 | 04/12/09 | $16.00 | $2.08 | $0.00 | $0.00 | $18.08 |
| 26 | | 04/30/07 | 700 | 04/12/09 | $6.00 | $0.73 | $0.00 | $0.00 | $6.73 |
| 27 | | 05/31/07 | 700 | 04/12/09 | $14.00 | $1.58 | $0.00 | $0.00 | $15.58 |
| 28 | | 06/30/07 | 700 | 04/12/09 | $11.00 | $1.18 | $0.00 | $0.00 | $12.18 |
| 29 | | 07/31/07 | 700 | 04/12/09 | $18.00 | $1.74 | $0.00 | $0.00 | $19.74 |
| 30 | | 08/31/07 | 700 | 04/12/09 | $16.00 | $1.43 | $0.00 | $0.00 | $17.43 |
| 31 | | 09/30/07 | 700 | 04/12/09 | $12.00 | $0.97 | $0.00 | $0.00 | $12.97 |
| 32 | | 10/31/07 | 700 | 04/19/09 | $65.00 | $4.74 | $0.00 | $0.00 | $69.74 |
| 33 | SALE/USE | 11/30/07 | 700 | 04/19/09 | $65.00 | $4.23 | $0.00 | $0.00 | $69.23 |
| 34 | | 12/31/07 | 700 | 04/19/09 | $65.00 | $3.74 | $0.00 | $0.00 | $68.74 |
| 35 | | 01/31/08 | 700 | 04/19/09 | $65.00 | $3.26 | $0.00 | $0.00 | $68.26 |
| 36 | | 02/29/08 | 700 | 04/19/09 | $65.00 | $2.84 | $0.00 | $0.00 | $67.84 |
| 37 | | 03/31/08 | 700 | 04/19/09 | $65.00 | $2.42 | $0.00 | $0.00 | $67.42 |
| 38 | | 04/30/08 | 700 | 04/19/09 | $65.00 | $2.03 | $0.00 | $0.00 | $67.03 |
| 39 | | 05/31/08 | 700 | 04/19/09 | $65.00 | $1.63 | $0.00 | $0.00 | $66.63 |
| 40 | | 06/30/08 | 700 | 04/19/09 | $65.00 | $1.29 | $0.00 | $0.00 | $66.29 |
| 41 | | 07/31/08 | 700 | 04/19/09 | $65.00 | $0.96 | $0.00 | $0.00 | $65.96 |
| 42 | | 08/31/08 | 700 | 04/19/09 | $65.00 | $0.62 | $0.00 | $0.00 | $65.62 |
| 43 | | 09/30/08 | 700 | 04/19/09 | $65.00 | $0.26 | $0.00 | $0.00 | $65.26 |

COMMONWEALTH OF MASSACHUSETTS
**DEPARTMENT OF REVENUE**

Customer Service Bureau
Telephone: (617) 887-6367

Taxpayer Name:  Circuit City Purchasing Company

| | |
|---|---|
| Notice Date:  May 05, 2009 | |
| Taxpayer ID Number: | ⬛⬛⬛170 |
| Bill Number: | ⬛⬛⬛ 5436 |
| Total Amount Due: | $3,335.92 |
| Payment Due Date: | June 04, 2009 |
| Tax Type: | Sale/Use |

## Details of What You Owe

For help understanding this section, see page 2 - "Guide to Understanding the Assessment Detail".

| No. | Tax Type* | Period End Date | Trans Type | Assessment Date | Tax Liability + | Interest Accrued + | Penalty Accrued - | Payments/ Credits = | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| 44 | | 10/31/08 | 700 | 04/19/09 | $65.00 | $0.00 | $0.00 | $0.00 | $65.00 |
| 45 | | | | | | | | Subtotal: | $3,335.92 |

\* See explanation of the Most Common Tax Types on page 2.
*Recent payments may not be reflected.*

| TOTAL AMOUNT DUE: | $3,335.92 |
|---|---|



## Taxpayer Bill of Rights

DOR must be objective, impartial, professional and ethical in its administration of the tax laws; any information that you as a taxpayer provide to the Department will be handled with the utmost confidentiality and professionalism.

DOR must maintain a Problem Resolution Office and an Office of Internal Affairs to safeguard taxpayers' rights.

DOR may not establish or enforce individual collection goals or collection quotas for its employees.

If you are unable to satisfy a tax liability in full, the Commissioner of Revenue may enter into a payment agreement if the Commissioner determines it will facilitate collection of the tax.

You may obtain representation at any point in your dealings with the Department.

You are entitled to appeal any DOR decision regarding your tax liability. DOR is obligated to make abatement decisions as promptly as possible and to issue any refunds resulting from abatement decisions within 30 days of such decisions.

You will not be subject to statutory penalties if you make a mistake because you relied on erroneous written advice from DOR representatives acting in their official capacities.

*You can find more comprehensive details on your rights as a taxpayer in "A Guide to the Department of Revenue: Your Taxpayer Bill of Rights". To obtain a copy, visit our website at www.mass.gov/dor or call 617-887-MDOR (6367) or toll-free in Massachusetts 1-800-392-6089.*

## Understanding the Notice of Assessment

### What is the Notice of Assessment?
The Notice of Assessment (NOA) is a bill that is sent when DOR determines you owe a tax liability to the Commonwealth of Massachusetts. The liability may be the result of an audit, a late and/or unpaid return or an error on a return.

### What if a payment was not credited?
If you believe that you previously made a payment for the amount shown on this Notice of Assessment, contact the representative or Bureau listed on the front page of this notice. WFB users can check payments online.

### What if I disagree with this notice or would like to appeal?
You may appeal by filing an Application for Abatement (Form CA6) within the time allowed for making an application. WFB users can file appeals for tax or penalty via the amend section of our online program. This is the fastest means of resolving your issue. An online Income tax abatement application will be available in the fall of 2004. Please contact the Customer Service Bureau at (617) 887-6367 or toll-free in Mass. At 1-800-392-6089 with any questions.

### Should I pay even if I am disputing this assessment?
You are not obligated to pay an amount that you are disputing. However, you may want to pay since interest and, in some cases, penalties will continue to accrue on any unpaid amount for which you are ultimately held responsible. A refund resulting from an abatement will include interest computed from the date a complete application was filed.

### What if I do not have the money to pay?
If you cannot pay the full amount that you owe, you may be able to pay the total liability through monthly installments or credit card. To request a payment agreement for amounts under $5,000, visit our website or call 617-887-MDOR (6367) or toll-free in Massachusetts at 1-800-392-6089. For amounts over $5,000, call 617-887-6400.

Note: DOR may refuse to allow a payment agreement if a taxpayer has a history of delinquency; has the resources to settle the debt immediately; or if the agreement jeopardizes the ultimate collection of the tax due.

### What happens if I do not respond to this notice?
If you do not pay the amount due and do not dispute the assessment by filing an application for abatement, DOR will pursue full payment using a series of collection tools up to and including your name being published on our website.

### What are the most common penalties?
Under Massachusetts law, penalties are automatically imposed on late returns and late payments and when taxpayers have failed to meet other filing requirements. The four most common penalties are:

Late Return - A late return will generate a late file penalty of 1% per month on the unpaid tax. The total penalty charge cannot exceed 25% of the unpaid tax. It is calculated from the due date of the return to the date the return is filed.

Late Payment - An unpaid balance will generate a 1% penalty per month on the unpaid tax. The total penalty charge cannot exceed 25% of the unpaid tax.

Underpayment of Estimated Tax - Income and corporate taxpayers who fail to pay the required amount of tax by the proper due date through estimated and/or withholding payments may be subject to this addition to tax. Individuals whose liabilities exceed $200, $400 for tax year beginning 01/01/05, are required to make estimated payments equal to 80% of their current year's tax liabilities or 100% of their prior year's tax liabilities. Corporations whose liabilities exceed $1000 for any taxable year are required to make estimated tax payments equal to 90% of the current year's tax or 100% of the prior year's tax.

### Penalty for failure to Comply with Efile Mandate:
A penalty of $100 for each payment/extension payment (trans type 92A) or return/extension filing (92B) not submitted electronically when required.

### How is interest accrued?
Effective July 1, 2003, the interest rate on overpayments is the Federal short-term rate plus two percentage points, simple interest. The rate for underpayments is the Federal short-term rate plus four percentage points, compounded daily. Interest will accrue on unpaid interest and penalties as well as on unpaid tax. It is calculated on:
1) unpaid failure-to-file penalties and underpayment of estimated tax penalties starting on the due date through the date of full payment; and
2) unpaid failure-to-pay penalties starting on the 31st day after the date of the NOA and continuing to the date of full payment.

### Additional information on interest and penalties
To obtain additional information on interest and penalty charges, contact the Customer Service Bureau (CSB) at 617-887-MDOR (6367) or toll-free in Massachusetts at 1-800-392-6089. You may also obtain rate information on our website at http://www.mass.gov/dor - Forms and Publications - Taxpayer Advisory Bulletin or see our online tax guide.