Antone C. Botelho IV
131 4th Ave.
Holtsville, NY 11742

APR 1 2011

CLERK
BANKRUPTCY COURT

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653-KRH |
| | ) | |
| CIRCUIT CITY STORES, INC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## RESPONSE TO LIQUIDATING TRUSTS THIRTEENTH OMNIBUS OBJECTION TO CERTAIN PRIORITY CLAIMS: ALLOW UP TO THE STATU ROTY CAP, RECLASSIFY, DISALLOW AS APPLICABLE (EMPLOYMENT CONTRACT SERVERANCE CLAIMS)

Antone C. Botelho IV of 131 4th Ave., Holtsville, NY 11742 was an employee of Circuit City, Inc. under an Employment Contract previously submitted and was terminated from said employment on November 24, 2008. Said contract called for a severance package of six (6) months salary following termination without cause. Since no payments were received, his claim should be allowed as originally filed on a priority basis in the statutory cap amount of $ 10,950.00. The balance of this claim should be allowed as an Unsecured Claim in the amount of $57,300.00.

Respectfully submitted:

Antone C. Botelho IV
131 4th Ave.
Holtsville, NY 11742
(631) 618-1431

Copy any response to:
Antone C. Botelho
232 Largo Dr.
Poinciana, FL 34759
(863) 547-40733