APR 1 2011

David J. Cacciotti
7803 Halyard Ter
Chesterfield, VA 23832
Claimant

Jeffrey N. Pomerantz Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L.Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
Taverner & Beran, PLC
20 North Eighth Street 2nd Floor
Richmond, VA 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:
CIRCUIT CITY STORES, INC. et al.,
Debtor

Chapter 11
Case # 08-35653-KRH
Claim # 2309

The Debtor and the last four digits of their taxpayer
Identification numbers are as follows: Circuit City Stores, Inc.
(3875)

### BACKROUND

The claimant had filed with the U. S. Bankruptcy court asking to have his payment of the PTO. As requested and approved pursuant to court response to his claim. Based on U. S. Bankruptcy court records referring to "Order Pursuant To Bankruptcy Code Section, 105 (a), 363, 507 (a), 541, 1107 (a) and 1108 and Bankruptcy Rule 6003 (a) Compensation and Employee Benefits, a ruling was (a) Authorizing, but not directing debtors to pay pre-petition wages, salaries, bonuses, reimbursements and other compensation. This motion was GRANTED.

However, Circuit City and its representatives failed to comply with the court order. Therefore the claimant has filed a request for the payment of his earned PTO pay. This however, has never been fulfilled.

### MOTION OF THE CLAIMANT, Objection to classification of Claimant in Court Documents

Per the information provided to the claimant regarding the Liquidating Trust's Nineteenth Omnibus Objection to Certain Employee Priority Claims:

It is stated that the above Claimant, David J. Cacciotti, an hourly employee, has received the payment of wages in the amount of 1027.27. (See Exhibit L, line 3 showing the information pertaining to the Claimant. This refers to page 8 paragraph 19 and page 30 of Omnibus objection.)

-1-

The information related to this claim is in fact in error. The claimant was not asking for wages, but they are PTO payment not received. The claimant should have been listed in Exhibit K. per section 17 page 7. As it states "The Liquidating Trustee has determine that certain holders of PTO Claims are entitled to payment of their PTO Claims…"

The Claimant has submitted evidence in January of 2009 asking for missing PTO payment. In his original claim, the claimant provided evidence as exhibit 1. (Copy of his last pay stub. dated January 13, 2009 the PTO earn was 93.65 hours. At the rate of pay of $15.27 this amounted to gross, $1430.04. After taxes and other deductions the amount owed to the claimant is $1027.27.

As well, in previous appearance at the U.S. Bankruptcy Court, the Lawyers Representing Circuit City advice the Claimant the PTO was to be paid to the claimant. As confirmed by the Circuit City lawyer, Daniel Banks in person and via telephone conversations stating Claimant was to be paid the PTO.

In February of 2011, the claimant received from Kurtzman, Carson Consultants a W-4 form to be filled out and return to them. This form was processed and sent to them with in a week of receiving the papers. As of this date, plaintiff has not received any response nor any payment sent to him.

The claimant sites the following for reason for receiving PTO payment;

The Worker Adjustment and Retraining Notification Act ("WARN") (29 U.S.C. Section 2101 et seq.),

The U. S Bankruptcy Code, Section, 105 (a), 363, 507 (a), 541, 1107 (a) and 1108 and Bankruptcy Rule 6003 (a).

U.S. Bankruptcy documents that sited a motion was Granted in paying the PTO hours to Claimant and others. (See Attached document)

Therefore, the Claimant is asking the U.S. Bankruptcy court to correct the error showing the Claimant was asking for lost wages as shown in Exhibit L, but was asking for non-payment of PTO hours under the evidence shown on page 30 Section F Paragraph 93 Section K.

David J. Cacciotti
7803 Halyard Ter.
Chesterfield, Va. 23832
3/25/11

```
CIRCUIT CITY PAYROLL          Pay Group:        HME   Home Hourly and Salaried    Pay Begin Date:  01/02/2009    Advice #:     3246103
PO BOX 563986                                                                      Pay End Date:    01/15/2009    Advice Date: 01/21/2009
CHARLOTTE, NC 28256-3986
1-800-288-6353                Employee ID:  10335436
                              Department:   900000 Consumer Parts                  TAX DATA:              Federal         VA State
DAVID J CACCIOTTI             Location:     Deep Run - CCS Corporate
9812 Fernleigh Dr.                                                                 Marital Status         Single          Single
Richmond, VA  23235                                                                Allowances:            2               1
                                                                                   Addl. Pct:
                                                                                   Addl. Amt:
```

### HOURS AND EARNINGS / TAXES

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular Hourly | 15.270000 | 48.00 | 732.96 | 112.00 | 1,710.24 | Fed Withholdng | 16.56 | 100.81 |
| Paid Time Off | | | 0.00 | 16.00 | 244.32 | Fed MED/EE | 9.01 | 25.92 |
| | | | | | | Fed OASDI/EE | 38.53 | 110.82 |
| | | | | | | VA Withholdng | 14.86 | 56.28 |
| Total: | | 48.00 | 732.96 | 128.00 | 1,954.56 | Total: | 78.96 | 293.83 |

### BEFORE TAX DEDUCTIONS / AFTER TAX DEDUCTIONS / PTO Plan

| Description | Current | YTD | Description | Current | YTD | PTO Plan | |
|---|---|---|---|---|---|---|---|
| Employee Dental | 13.56 | 20.34 | Accidental Death/Dismemberment | 2.50 | 3.75 | PY PTO | |
| Employee Medical | 97.84 | 146.76 | Supplemental Life Insurance | 17.72 | 26.58 | Earned | 0.00 |
| 401K | 73.30 | 195.46 | Long Term Disability | 9.86 | 14.79 | Taken | 0.00 |
| | | | | | | Balance | 0.00- |
| | | | | | | Current PTO | |
| | | | | | | Earned | 159.06 |
| | | | | | | Taken | 72.75 |
| | | | | | | Balance | 93.65 |
| | | | | | | IMPUTED INCOME | |
| | | | | | | Current: | 0.00 |
| Total: | 184.70 | 362.56 | Total: | 30.08 | 45.12 | YTD: | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 732.96 | 548.26 | 78.96 | 214.78 | 439.22 |
| YTD: | 1,954.56 | 1,592.00 | 293.83 | 407.68 | 1,253.05 |

MESSAGE   VERIFY YOUR PERSONAL INFO FOR 2007 W2 ACCURACY

▼ FOLD AND TEAR HERE ▼

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER-THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE WHEN CHECKING THE ENDORSEMENT

CIRCUIT CITY PAYROLL
PO BOX 563986
CHARLOTTE, NC 28256-3986
1-800-288-6353

Date: 01/21/2009

Advice No. 3246103

Deposit Amount: $********439.22

To The Account(s) Of   DAVID J CACCIOTTI
9812 Fernleigh Dr.
Richmond, VA  23235

NON NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXXXXXXXX5230 | $439.22 |
| TOTAL | | $439.22 |

NON-NEGOTIABLE
THIS IS NOT A CHECK