# United States Bankruptcy Court
## Eastern District of Virginia

In Re:      **CIRCUIT CITY STORES, INC.**
Case No:    08-35653

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM NO. 13351 HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
**Seaport V LLC**

Name of Transferor:
**LaSalle Bank NA, as trustee for the registered holders of JP Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates Series 2004-PNC1**

Name and address where notices to transferee should be sent:

Court Claim # (if known):   13351
Amount of Claim:            $ 99,093.81
Amount of Claim per Debtor's 9th OmnibusObj.
To Landlord claims          $ 98,312.92
Date Claim Filed:           06/15/09

c/o The Seaport Group LLC
360 Madison Avenue, 22nd Floor
New York, NY 10017
Attn: Scott Friedberg

Name and Address of Transferor:
Midland Loan Services
C/O Benesch, Friedlander
200 Public Square, Suite 2300
Cleveland, OH 44114-2378

Phone: 212-616-7728
Last Four Digits of Acct #: N/A

Phone: 216-363-4691
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
Should be sent (if different from above):

Phone:      N/A
Last Four Digits of Acct. #:    N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Jonathan Silverman, General Counsel        Date: 3/31/11
Transferee / Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18U.S.C .152 &3571*

--DEADLINE TO OBJECT TO TRANSFER--

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
CLERK OF THE COURT

# TRANSFER NOTICE

LaSalle Bank NA, as trustee for the registered holders of JP Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificate Series 2004-PNC1 ("Assignor") transfers and assigns unto Seaport V LLC, with an address at c/o The Seaport Group LLC, 360 Madison Avenue, New York, NY 10017, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of the Assignor's right, title and interest in, to and under the ADMINISTRATIVE Claim of Assignor as set forth in the Agreement against Circuit City Stores, Inc. (the "Debtor"), in the aggregate amount of $99,093.81 pending against the Debtor in the United States Bankruptcy Court for the Eastern District of Virginia, administered as Case No. 08-35653.

In Witness Whereof, Assignor has signed below as of the 4th day of April, 2011.

Assignor:

LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-PNC1

By: Midland Loan Services, a division of PNC Bank, National Association, as successor by merger to Midland Loans Services, Inc., its special servicer

By: _____
Name: Kevin C. Donahue
Its: Senior Vice President
Servicing Officer

Assignee:

SEAPORT V LLC

By: _____
Name:
Title: Jonathan Silverman
General Counsel of The Seaport Group LLC, its parent company