# EXHIBIT B

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1464521 - 10021050<br>CATE, ROYCE DILLAN<br>ADDRESS ON FILE | HOURLY EMPLOYEE CLAIMS<br>POTENTIAL CLAIMS ARRISING<br>FROM EMPLOYMENT | Contingent,<br>Unliquidated | Unknown |
| 2332371 - 10092908<br>CATE, WILLIAM<br>1 OCEANS WEST BLVD<br>APT #9B4<br>DAYTONA BEACH  FL  32118 | POTENTIAL CLAIM<br>CLAIM NUMBER -<br>20060449916-0001 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1106181 - 10170664<br>CATELLUS DEVELOPMENT CORP<br>PO BOX 61000<br>FILE 1918<br>SAN FRANCISCO  CA  94161-1918 | EXPENSE PAYABLE | | $251,727.33 |
| 1120173 - 10170409<br>CATELLUS OPERATING LP<br>PO BOX 61000<br>FILE 1918<br>SAN FRANCISCO  CA  94161-1918 | EXPENSE PAYABLE | | $69,115.14 |
| 2684837 - 10223769<br>CATENA, JOHN<br>10333 MERCER LANE<br>PENSACOLA  FL  32514-0000 | POTENTIAL REFUND CLAIM | Disputed | $369.47 |
| 1465112 - 10021641<br>CATER, MATTHEW CHRISTOPHER<br>ADDRESS ON FILE | HOURLY EMPLOYEE CLAIMS<br>POTENTIAL CLAIMS ARRISING<br>FROM EMPLOYMENT | Contingent,<br>Unliquidated | Unknown |
| 1363288 - 10181999<br>CATES, GREGORY H<br>199 MAYFIELD DR<br>ELIZABETHTON  TN  37643-6193 | POTENTIAL REFUND CLAIM | Disputed | $4.53 |
| 1477600 - 10033840<br>CATES, PHILIP ANDREW<br>ADDRESS ON FILE | HOURLY EMPLOYEE CLAIMS<br>POTENTIAL CLAIMS ARRISING<br>FROM EMPLOYMENT | Contingent,<br>Unliquidated | Unknown |