# EXHIBIT A

Jun 18 09 02:19p     Town Salem-NH              6038981223              p.1

Run: 6/18/09                    **Property Billing Statement**              Page:    1
      11:48AM                          **Town of Salem**                    cbolouk
                                    33 Geremonty Drive
                                      Salem, NH 03079

                                       603-890-2100

                                                          Summary of Account by Property
                                                        Interest Calculated as of:   6/18/2009

      CIRCUIT NH CORP # 4120                    Map Lot:    143/192
      ATTN: TAX DEPTARTMENT                     PID:        143/192
      P O BOX 42304                             Alt ID:     4-5
      RICHMOND, VA 23242-2304                   Location:   412 S BROADWAY

| | Date | Activity | Chk# | | Amount | Costs | Penalties | Interest | Rate | Per Diem | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Current Assessments | | | | | | | | | | | |
| Land: | 2,640,400.00 | Bldg: | 2,249,600.00 | CU: | | 0.00 | Other: | | 0.00 | Total: | 4,890,000.00 |

| Year: 2009 | Total Assessment: | 4,890,000.00 | Exemptions: | | Credits |
|---|---|---|---|---|---|
| Land: | 2,640,400.00 | CU: | 0.00 | | |
| Bldg: | 2,249,600.00 | Other: | 0.00 | | |

| Bill #: | 162621 | Date: 5/18/2009 | Due: 7/01/2009 | Year: 2009 | Type: TAX1 | | Original Amnt: | 33,937.00 |
|---|---|---|---|---|---|---|---|---|
| | | Balance Due: | 33,937.00 | 0.00 | 0.00 | 0.00 12.00 | 11.1574 | 33,937.00 |
| | 2009 Balance: | | 33,937.00 | 0.00 | 0.00 | 0.00 | 11.1574 | 33,937.00 |
| Totals Parcel - | 143/192 | | 33,937.00 | 0.00 | 0.00 | 0.00 | 11.1574 | 33,937.00 |

*Attn: Anna Kelly*

Jun 18 09 02:20p    Town Salem-NH                 6039981223                  p.2

Run: 6/18/09                    Property Billing Statement                          Page:    1
     11:48AM                                                                        cbolouk
                                    Town of Salem
                                   33 Geremonty Drive
                                    Salem, NH 03079

                                     603-890-2100                    Summary of Account by Property

                                                               Interest Calculated as of:    6/18/2009

        CIRCUIT NH CORP # 4120                  Map Lot:      143/192
        ATTN: TAX DEPTARTMENT                   PID:          143/192
        P O BOX 42304                           Alt ID:       4-5
        RICHMOND, VA 23242-2304                 Location:     412 S BROADWAY

| Date | Activity | Chk# | Amount | Costs | Penalties | Interest | Rate | Per Diem | Total |
|------|----------|------|--------|-------|-----------|----------|------|----------|-------|
| Current Assessments | | | | | | | | | |
| Land: | 2,640,400.00 | Bldg: 2,249,600.00 | CU: | | 0.00 | Other: | 0.00 | Total: | 4,890,000.00 |

| Year: | 2008 | Total Assessment: | 0.00 | Exemptions: | | Credits: | | | |
|-------|------|-------------------|------|-------------|---|----------|---|---|---|
| Land: | | 0.00 | CU: | 0.00 | | | | | |
| Bldg: | | 0.00 | Other: | 0.00 | | | | | |

| Bill #: | 153707 | Date: 4/21/2009 | Due: 4/21/2009 | Year: 2008 | Type: TAX LIEN | Original Amnt: | | | 142.61 |
|---------|--------|-----------------|----------------|------------|----------------|----------------|---|---|--------|
| | Lien Book: 5003 | : Page: 0144 | Release Date:  / / | Book: | | Page: | | | |
| 5/19/2009 | Modificati | | 0.00 | -13.00 | 0.00 | 0.00 | | | -13.00 |
| | | Balance Due: | 142.61 | 13.00 | 0.00 | 4.08 | 18.00 | 0.0703 | 159.69 |
| | | 2008 Balance: | 142.61 | 13.00 | 0.00 | 4.08 | | 0.0703 | 159.69 |
| Totals Parcel - 143/192 | | | 142.61 | 13.00 | 0.00 | 4.08 | | 0.0703 | 159.69 |



Run: 6/18/09                     **Property Billing Statement**              Page: 1
11:49AM                              **Town of Salem**                        cbolouk
                                     33 Geremonty Drive
                                     Salem, NH 03079

                                       603-890-2100

                                                          Summary of Account by Property
                                                    Interest Calculated as of:   6/18/2009

CIRCUIT NH CORP # 4120                      Map Lot:   143/192
ATTN: TAX DEPARTMENT                        PID:       143/192
P O BOX 42304                               Alt ID:    4-5
RICHMOND, VA 23242-2304                     Location:  412 S BROADWAY

| | Date | Activity | Chk# | Amount | Costs | Penalties | Interest | Rate | Per Diem | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Current Assessments | | | | | | | | | | |
| Land: | 2,640,400.00 | Bldg: | 2,249,600.00 | CU: | 0.00 | Other: | 0.00 | Total: | | 4,890,000.00 |
| Year: 2008 | Total Assessment: | 4,890,000.00 | | Exemptions: | | | Credit: | | | |
| Land: | 2,640,400.00 | CU: | 0.00 | | | | | | | |
| Bldg: | 2,249,600.00 | Other: | 0.00 | | | | | | | |
| Bill #: 144579 | Date: 10/22/2008 | Due: 12/01/2008 | Year: 2008 | Type: TAX2 | | | Original Amnt: | | | 35,549.00 |
| 3/05/2009 Payment | CK 15354588 | | 35,549.00 | 0.00 | 0.00 | 1,110.29 | | | | 36,659.29 |
| | Balance Due: | | 0.00 | 0.00 | 0.00 | 0.00 | 12.00 | 0.0000 | | |
| | 2008 Balance: | | 0.00 | 0.00 | 0.00 | 0.00 | | 0.0000 | | 0.00 |
| Totals Parcel - 143/192 | | | 0.00 | 0.00 | 0.00 | 0.00 | | 0.0000 | | 0.00 |

# EXHIBIT B

Exhibit G-2

399860          Circuit NH Corp
Last Payment Applied: 10/1/08
Debt Service Payments Held In Suspense**: $144,671.90
Sold from PLIC to PCA GA: 3/26/08
Accrued Interest Booked to Ledger Ceased: 9/30/08
Default Interest Began: 11/1/08
Note Rate: 8.26%
Default Rate: 11.26%

| Date | Description | Amount | Note |
|---|---|---:|---|
| 10/31/2008 | Principal Balance | 2,223,894.54 | |
| 10/31/2008 | Interest Due 30 days at note rate | 15,341.42 | (a) |
| 11/30/2008 | Interest Due 30 days at default rate | 21,044.12 | (a) |
| 12/31/2008 | Interest Due 30 days at default rate | 21,241.03 | (a) |
| 01/02/2009 | 1/1/09 payment held in suspense | (35,600.00) | ** |
| 01/05/2009 | Circuit City Rent received | (24,920.00) | ** |
| 01/31/2009 | Interest Due 30 days at default rate | 21,441.61 | (a) |
| 02/03/2009 | 2/1/09 payment held in suspense | (35,600.00) | ** |
| 02/05/2009 | Advance Legal Fees | 6,522.10 | Duane Morris LLP thru 12/31/08 |
| 02/05/2009 | Advance Legal Fees | 1,423.20 | Duane Morris LLP thru 12/31/08 (pro rata) |
| 02/27/2009 | 3/1/09 payment held in suspense | (35,600.00) | ** |
| 02/28/2009 | Interest Due 30 days at default rate | 21,643.16 | (a) |
| 02/28/2009 | Advance Legal Fees | 4,167.50 | Duane Morris LLP thru 1/31/09 |
| 02/28/2009 | Advance Legal Fees | 1,513.50 | Duane Morris LLP thru 1/31/09 |
| 02/28/2009 | Advance Miscellanous | 2,009.97 | Devine, Millment & Branch thru 1/31/09 |
| 03/04/2009 | Advance MAI Appraisal | 4,400.00 | Integra Realty Resources (MAI) |
| 03/05/2009 | Advance Taxes | 36,659.29 | 2nd havle 2008 Salem Town tax |
| 03/05/2009 | Advance Environmental | 3,300.00 | Gannet Fleming Inc (Phase 1 ESA) |
| 03/10/2009 | Advance Structural | 2,600.00 | PDSI - Commercial Building Solutions (PCA) |
| 03/10/2009 | Circuit City Rent received | (18,151.90) | ** |
| 03/26/2009 | Interest Due 25 days at default rate | 18,205.50 | (a) |
| 03/31/2009 | Interest Due 5 days at default rate | 3,641.10 | (a) |
| 03/31/2009 | Advance Legal Fees | 6,582.38 | Devine, Millment & Branch thru 2/28/09 |
| 04/06/2009 | Late Fee | 409.02 | |
| 04/24/2009 | Advance Legal Fees | 1,866.34 | Duane Morris LLP thru 2/28/09 |
| 04/24/2009 | Advance Legal Fees | 3,235.53 | Devine, Millment & Branch thru 3/31/09 |
| 04/24/2009 | Advance Miscellanous | 174.00 | CSC - Lien/Litigation file |
| 04/28/2009 | Advance MAI Appraisal | 100.00 | Integra Leggat McCall & Werner (MAI) |
| 04/30/2009 | Interest Due 30 days at default rate | 22,051.96 | (a) |
| 04/30/2009 | Advance Legal Fees | 9,488.10 | Duane Morris LLP thru 2/28/09 |
| 05/05/2009 | Advance Operating Expenses | 1,000.00 | S R Weiner & Assoc (site inspection) |
| 05/06/2009 | Late Fee | 409.49 | |
| 05/07/2009 | Advance Legal Fees | 880.00 | Duane Morris LLP thru 3/31/09 |
| 05/08/2009 | Advance Legal Fees | 444.72 | Duane Morris LLP thru 3/31/09 |
| 05/08/2009 | Advance Operating Expenses | 17,055.00 | National Grid - Electric Utilities |
| 05/08/2009 | Advance Operating Expenses | 7,540.00 | Bay Slate Gas Co - Gas Utilities |
| 05/19/2009 | Advance Miscellanous | 89.00 | CSC - Lien/Litigation file |
| 05/19/2009 | Advance Operating Expenses | 417.50 | S R Weiner & Assoc (artery locks) |
| 05/20/2009 | Advance Legal Fees | 5,180.86 | Devine, Millment & Branch thru 4/30/09 |
| 05/31/2009 | Interest Due 30 days at default rate | 22,259.25 | (a) |
| 06/05/2009 | Interest Due 4 days at default rate | 2,965.90 | (a) |

| | |
|---|---:|
| Total Exposure | 2,365,355.09 |
| | |
| Projected Sale Price | 1,644,950.00 |
| Adjusted Principal Balance with Capitalized Interest | 2,393,260.39 |

**Buyer will receive  credit on its purchase price for this amount.
(a) see page two for interest calculation

# EXHIBIT C



## PROPERTY CONDITION REPORT

# Circuit City
# 428 S. Broadway Street
# Salem, NH

**PREI Inv. # 399860**

Prepared for

# Principal Real Estate Investors, LLC
**801 Grand Avenue**
**Des Moines, Iowa 50392-1390**

Prepared by

# PDSI Commercial Building Solutions
**15 Barrett Place**
**P.O. Box 95**
**Northampton, Massachusetts 01061-0095**

February 17, 2009

Principal Real Estate Investors, LLC
Section 2

**PDSI** - **Commercial Building Solutions**        INSPECTION - EVALUATION - PROJECT MANAGEMENT
*QUALITY ENGINEERING AT THE BEST PRICE*

15 Barrett Place
PO Box 95
Northampton, MA  01061-0095

February 17, 2009

David Stivers, AIA
Principal Real Estate Investors, LLC
Des Moines, IA 50392-1390

Re:    Property Condition Assessment dated February 18, 2009
       428 S. Broadway Street, Salem, NH

Dear Mr. Stivers:

This letter is written with respect to an acquisition by Principal Real Estate Investors, LLC of the above-described property (the "Property"). We, the undersigned consultant, have been retained by Principal Real Estate Investors, LLC to provide a Property Condition Assessment (the "Report") on the Property.   The undersigned further understands and acknowledges that providing the Report in a form and substance acceptable to Principal Real Estate Investors, LLC is a condition to the closing of the subject transaction.   Please be advised that Principal Real Estate Investors, LLC and any affiliates, successors, and/or assigns and or any Advisory Client of Principal Real Estate Investors, LLC can rely on the Report entitled Circuit City, 428 S. Broadway Street, Salem, NH, subject to the limitations and qualifications contained therein.   In addition, this letter certifies that the Report was completed incorporating the guidelines for scope and format set forth in Principal Real Estate Investors, LLC's guidance documents and that the Report satisfies such requirements set forth therein.

The undersigned further acknowledges that Principal Life Insurance Company, any successors, and/or assigns may rely on the Report to the same extent that Principal Real Estate Investors, LLC is able to rely on the Report.

Sincerely,
PDSI Commercial Building Solutions

Steve Vukovich

Stephen M. Vukovich, PE
President

PHONE (413) 586-2725
FAX (413) 587-0031

Principal Real Estate Investors
Section 3

**PDSI**

# TABLE OF CONTENTS

| Section Number | Section Title |
|---|---|
| 1 | Title Page |
| 2 | Rely Letter |
| 3 | Table of Contents |
| 4 | Executive Summary |
| 5 | Immediate Needs and Capital Reserve Tables<br>*Immediate Needs Analysis (Spreadsheet)*<br>*Reserve Analysis (Spreadsheet)* |
| 6 | Project Directory |
| 7 | Property Profile |
| 8 | Regulatory Review |
| 9 | List of Documents Reviewed |
| 10 | List of Personnel Interviewed or Supplying Information |
| 11 | Main Body of Report– *Project Description* |
| 12 | Photos |
| 13 | Qualifiers |
| 14 | Appendices<br>*Appendix A – Site Aerial*<br>*Appendix B – Documents*<br>*None Provided.*<br>*Appendix C – Pre-Survey Questionnaire – <u>Not Provided</u>* |

PDSI

# EXECUTIVE SUMMARY

is part of the loan security. Parking that appears associated with the derelict building is located north and setback behind neighbor commercial frontage properties.

The property was observed to generally be constructed of quality materials and workmanship. The entire property was found to have been detailed in a manner that appears functionally appropriate when compared to other single-tenant retail properties. The location of the warehouse portion of the building with greater clear height along the west side of the building, rather than along the rear, could create difficulty to demise the building in a suitable manner for use by more than one tenant. Other than this, there was nothing observed from a physical standpoint that appears to represent an inordinate risk from an ownership standpoint.

**NOTE:** The following headings and numbered items correspond with those listed in Section 5 - "Immediate Needs and Capital Reserve Tables" and in Section 11 - "Main Body of the Report".

Concerns and Budget Recommendations

### IMMEDIATE REPLACEMENT / REPAIRS

| Num. | Sect. | Description of Concerns/ Recommendations | Budget |
|------|-------|------------------------------------------|--------|
| 1 | 2.3A | Pavement crack repairs | $1,000 |
| 2 | 2.3D | Catch basin repairs | $6,000 |
| 3 | 2.3E | Concrete pavement repairs | $1,500 |
| 4 | 4.1A | Remove and replace exterior sealants | $12,000 |
| 5 | 4.1C | Repairs to overhead security door | $1,000 |
| 6 | 4.1D | Repairs automobile sound installation room doors | $1,000 |
| 7 | 4.2A | Repair parapet coping sealant seams | $3,000 |
| 8 | 6.4C | Replace fire indicator panel face | $500 |
| 9 | 7.2A | ADA – Provide two additional accessible parking spaces | $600 |
| | | **TOTAL** | **$26,600** |

### RESERVE SCHEDULE

| Num. | Sect. | Description of Concerns / Recommendations | Total Budget | Year |
|------|-------|-------------------------------------------|--------------|------|
| 1 | 2.3B | Pavement repairs | $33,000 | 1 thru 10 |
| 2 | 2.3C | Sealcoat and restripe pavement | $31,160 | 2 & 7 |
| 3 | 2.10A | Demolish derelict building | $90,000 | 2 |

Principal Real Estate Investors
Section 4

**PDSI**

# EXECUTIVE SUMMARY

| | | | | |
|---|---|---|---|---|
| 4 | 4.1B | Repaint exterior walls | $15,000 | 5 |
| 5 | 4.2B | Replace roofing | $231,000 | 7 |
| 6 | 6.1A | Replace rooftop AC units | $243,000 | 8 thru 10 |
| 7 | 6.1B | Repair rooftop HVAC condensate drain system | $1,000 | 1 |
| 8 | 6.3A | Replace domestic hot water heater | $300 | 6 |

### OTHER CONCERNS / RECOMMENDATIONS --
### CAPITAL BUDGET NOT PROVIDED

| Sect. | Description of Concerns / Recommendations | Budget | Year |
|---|---|---|---|
| 1.2A | Obtain Certificate of Occupancy | N/A | |
| 1.2B | Obtain copies of any existing I/E and Maintenance Agreements | N/A | |
| 2.10B | Groundwater monitoring well | | |
| 4.2B | Remove roof debris | N/A | |
| 6.2A | Perform infrared survey of electrical components | N/A | |
| 6.4A | Obtain fire safety inspection reports | N/A | |
| 6.4B | Inspect fire sprinkler heads | N/A | |