# EXHIBIT A

```
191·05  +
 13·95  +
 31·38  +
 29·25  +
 60·39  +
  5·03  +
210·9   +
510·43  *
```

Locksmith Keys

Listed at 449.63

**SECURE SAFE & LOCK CO.**
241 N. Courtenay Parkway
MERRITT ISLAND, FLORIDA 32953
(321) 453-5397
FAX (321) 453-4423

**JOB INVOICE**

18545

| | |
|---|---|
| CUSTOMERS ORDER NO. | DATE ORDERED |
| ORDER TAKEN BY | DATE PROMISED ☐ A.M. ☐ P.M. |

BILL TO Honey Moon Hill

ADDRESS 1351 N. Courtenay    PHONE

CITY MI    MECHANIC

HELPER

JOB NAME AND LOCATION

DESCRIPTION OF WORK    Circuit City Bldg
☐ DAY WORK
☐ CONTRACT
☐ EXTRA

| QUANT. | DESCRIPTION OF MATERIAL USED | PRICE | AMOUNT |
|---|---|---|---|
| | Service - replace lock | | 75.00 |
| | of bottom can be distributed | | |
| | Serviced unlock slot | | |
| | cuts | | 50.00 |
| | 6 key set 3.50 | | 17.50 |
| | | | |
| | Check # 131  4/13/09 | | |
| | $15/08 | | |
| | APR = ∞ | | 142.50 |

| HOURS | LABOR | AMOUNT | | |
|---|---|---|---|---|
| MECHANICS | @ | | TOTAL MATERIALS | |
| HELPERS | @ | | TOTAL LABOR | |

I hereby acknowledge the satisfactory completion of the above described work.
SIGNATURE    TOTAL LABOR    TAX  9.55
DATE COMPLETED    TOTAL  187.05

**SECURE SAFE & LOCK CO.**
241 N. Courtenay Parkway
MERRITT ISLAND, FLORIDA 32953
(321) 453-5397
FAX (321) 453-4423

**JOB INVOICE**

18640

| CUSTOMERS ORDER NO. | DATE ORDERED 4/17/05 |
| ORDER TAKEN BY | DATE PROMISED ☐ A.M. ☐ P.M. |

BILL TO *HONEYMOON HILLS*

| ADDRESS | PHONE |
| CITY | MECHANIC |
| | HELPER |

JOB NAME AND LOCATION                    ☐ DAY WORK
                                         ☐ CONTRACT
DESCRIPTION OF WORK                       ☐ EXTRA

*Circuit City*

| QUANT. | DESCRIPTION OF MATERIAL USED | PRICE | AMOUNT |
|--------|------------------------------|-------|--------|
| 3 | KEYS | 2 00 | 6 00 |
| | | | |
| | CK 144 | 19 - 09 | |
| | 5 | | |
| 5/19/09 Check #144 — $13.95 | (6 + 7.95) | | |
| | Sue Moore | APR | |

| HOURS | LABOR | | AMOUNT | TOTAL MATERIALS | |
|-------|-------|---|--------|-----------------|---|
| | MECHANICS @ | | | TOTAL LABOR | |
| | HELPERS @ | | | | |
| I hereby acknowledge the satisfactory completion of the above described work. | TOTAL LABOR | | | TAX | |
| SIGNATURE | DATE COMPLETED | | | TOTAL | |

**SECURE SAFE & LOCK CO.**
241 N. Courtenay Parkway
MERRITT ISLAND, FLORIDA 32953
(321) 453-5397
FAX (321) 453-4423

| SOLD BY | | | DATE | |
|---|---|---|---|---|
| NAME | | | | |
| ADDRESS | | | | |

| CASH | C.O.D. | CHARGE | ON ACCT. |
|---|---|---|---|

*different keys*

*Circuit City*

RECEIVED BY

All claims and returned goods MUST be accompanied by this bill.

29090

**THANK YOU**

-09  09:32A                                                                    P.01

# INVOICE

INVOICE 353057



U-Change® Lock Industries, Inc. DBA
## SecuritySolutions®
1640 West Highway 152  Mustang, OK 73064
Phone: (405) 376 1800  Fax: (405) 376-8090



| DATE |
|---|
| 4/6/2009 |

Phone # (321) 452-4552  Ext. 0000

PAGE:

L TO:  Honeymoon Hill Constructors
Sue Mann
1351 N. Courtney
Suite AA
Meritt Island FL    32953
USA

Phone # (321) 452-4552  Ext. 0000

SHIP TO:
Honeymoon Hill Constructors
Sue Mann
1351 N. Courtney
Suite AA
Meritt Island FL    32953
USA

Service Call ID:

| PURCHASE ORDER NO. | CUSTOMER ID | Buyer: Susan Mann/in | SALES ID | SHIPPING METHOD | Ship Date: 4/3/2009 | PAYMENT TERMS | Service Date: 0/0/0000 | REQ'D SHIP DATE | MASTER # |
|---|---|---|---|---|---|---|---|---|---|
| | C1150 | 000-0N-000A | UPSGRND | | Credit Card | | 4/3/2009 | | 283 960 |

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY B/O | ITEM NUMBER / DESCRIPTION | DISCOUNT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 4 | 4 | 0 | K701000000 Precut Key, Patron, Ni-Silv, UCLI-1 Keyway | | $3.950 | $15.80 |
| | | | 4 keys keyed to C-27025 | | | |
| 1 | 1 | 0 | J6CT000000 Change Tool | | $1.400 | $1.40 |
| 1 | 1 | 0 | REKEY INSTRUCTIONS | | $0.00 | $0.00 |

# PAID
4·6·09



Currency:  US Dollars

Tracking Numbers:
Z7313050340172102

*Thank You*

| | |
|---|---|
| Subtotal | $17.20 |
| Misc | $0.00 |
| Tax | $1.77 |
| Freight | $12.41 |
| Trade Discount | $0.00 |
| Total | $31.38 |

*Coop for Kathy*

# INVOICE

INVOICE 354505



**U-Change® Lock Industries, Inc. DBA**

## SecuritySolutions®

1640 West Highway 152   Mustang, OK 73064
Phone: (405) 376-1600   Fax: (405) 376-8090

| DATE |
| --- |
| 5/11/2009 |



1

Phone #   (000) 000-0000   Ext. 0000

PAGE:

Phone #   (000) 000-0000   Ext. 0000

BILL TO:   Honeymoon Hill Contractors
Sue Mann
1351 N Courtney
Suite AA
Meritt Island FL   32953
USA

SHIP TO:

Honeymoon Hill Contractors
Sue Mann
1351 N Courtney
Suite AA
Meritt Island FL   32953
USA

| Service Call ID: | | Buyer: SUE MANN/RIM | | Ship Date: 5/8/2009 | Service Date: 0/0/0000 | |
| --- | --- | --- | --- | --- | --- | --- |
| PURCHASE ORDER NO. | CUSTOMER ID | SALES ID | SHIPPING METHOD | PAYMENT TERMS | REQ'D SHIP DATE | MASTER # |
| | C3350 | 000-0N-000A | UPSGRND | AMEX | 5/8/2009 | 285.698 |

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY B/O | ITEM NUMBER / DESCRIPTION | DISCOUNT | UNIT PRICE | EXTENDED PRICE |
| --- | --- | --- | --- | --- | --- | --- |
| 4 | 4 | 0 | K201000000 | | $3.950 | $15.80 |
| | | | Precut Key, Patron, Ni-Silv, UCLI-1 Keyway | | | |

**PAID**
5-11-09



| | | |
| --- | --- | --- |
| Currency:  US Dollars | Subtotal | $15.80 |
| | Misc | $0.00 |
| | Tax | $1.69 |
| | Freight | $12.39 |
| Tracking Numbers: | Trade Discount | $0.00 |
| 1Z7313050342718358 | *Thank You* | Total | $29.88 |

Remit Payment To:
HOME DEPOT CREDIT SERVICES
PO BOX 9055
DES MOINES, IA  50368-9055

ACCOUNT: 6035 3225 0011 1335
HONEYMOON HILL CONSTRUCTI
1351 N COURTENAY PKWY
SUITE AA
MERRITT ISLAND FL 32953-4408

Page 3 of 4

90049

Payment Due Date: 05/18/2009
Please make checks payable to:  HOME DEPOT CREDIT SERVICES

---

**Acct #: 6035322500111335**
**HONEYMOON HILL CONSTRUCTI**

**Purchased by:** MCGOWAN TIM  |  **Invoice:** 5038065

**Ship To:**  |  **Purchase Order/ Job Name:** OFFICE

**Amount Due:** 22.09

**Customer Agreement #:**  |  **Transaction Date:** 04/10/2009

**Store #, Location:** 0234, MERRITT ISLND

| SKU # | PRODUCT | QTY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 0000666249 | 60LB.SAKRETE | 1.0000 EA | 2.98 | 2.98 |
| 0000666249 | 60LB.SAKRETE | 1.0000 EA | 2.98 | 2.98 |
| 0000155395 | 1X4-8 APG | 1.0000 EA | 2.97 | 2.97 |
| 0000666249 | 60LB.SAKRETE | 1.0000 EA | 2.98 | 2.98 |
| 0000254627 | PLASTBAGGDS | 1.0000 EA | 0.98 | 0.98 |
| -continued | | | | |

*Paid*

---

**Acct #: 6035322500111335**
**HONEYMOON HILL CONSTRUCTI**

**Purchased by:** MCGOWAN TIM  |  **Invoice:** 5038065

**Ship To:**  |  **Purchase Order/ Job Name:** OFFICE

**Amount Due:** 22.09

**Customer Agreement #:**  |  **Transaction Date:** 04/10/2009

**Store #, Location:** 0234, MERRITT ISLND

| SKU # | PRODUCT | QTY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 0000155393 | 1X4-12 APG | 1.0000 EA | 3.97 | 3.97 |
| 0000192861 | 4D COMMON | 1.0000 EA | 3.98 | 3.98 |
| | SUBTOTAL | | | 20.84 |
| | TAX | | | 1.25 |
| | SHIPPING | | | 0.00 |
| | TOTAL | | | 22.09 |

*Paid*

$22.09 Office

---

**Acct #: 6035322500111335**
**HONEYMOON HILL CONSTRUCTI**

**Purchased by:** MCGOWAN TIM  |  **Invoice:** 2038473

**Ship To:**  |  **Purchase Order/ Job Name:**

**Amount Due:** 20.63

**Customer Agreement #:**  |  **Transaction Date:** 04/13/2009

**Store #, Location:** 0234, MERRITT ISLND

| SKU # | PRODUCT | QTY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 0000574958 | GSFIREBLCK | 1.0000 EA | 8.98 | 8.98 |
| 0000173398 | FLEXFIXMETAL | 1.0000 EA | 10.48 | 10.48 |
| | SUBTOTAL | | | 19.46 |
| | TAX | | | 1.17 |
| | SHIPPING | | | 0.00 |
| | TOTAL | | | 20.63 |

☐ PART LIEN  ☐FINAL LIEN  ☒ MATERIAL LIEN
☐ MAIL  ☐ DESK  ☐ MANAGER'S DESK

Tm - 5-9-09    MANAGER'S INT/DATE

---

**Acct #: 6035322500111335**
**HONEYMOON HILL CONSTRUCTI**

**Purchased by:** MCGOWAN TIM  |  **Invoice:** 4030109

**Ship To:**  |  **Purchase Order/ Job Name:** CIRCUITCITY

**Amount Due:** 68.34

**Customer Agreement #:**  |  **Transaction Date:** 04/21/2009

**Store #, Location:** 0234, MERRITT ISLND

| SKU # | PRODUCT | QTY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 0000726300 | STNLS ROD | 1.0000 EA | 7.90 | 7.90 |
| 0000767778 | #5SZCNDHNGR | 1.0000 EA | 1.06 | 1.06 |
| 0000293834 | EPOXY CART | 1.0000 EA | 17.15 | 17.15 |
| 0000655430 | 5/16HXNUTUSS | 2.0000 EA | 0.10 | 0.20 |
| 0000195308 | LOCK 4PACK | 1.0000 EA | 18.97 | 18.97 |
| -continued | | | | |

*Continued next page*

☐ PART LIEN  ☐ FINAL LIEN  ☒ MATERIAL LIEN
☐ DESK  ☐ MANAGER'S DESK

Tm-5-8-09    MANAGER'S INITDATE



Remit Payment To:
HOME DEPOT CREDIT SERVICES
PO BOX 9055
DES MOINES, IA 50368-9055

ACCOUNT: 6035 3225 0011 1335
HONEYMOON HILL CONSTRUCTI
1351 N COURTENAY PKWY
SUITE AA
MERRITT ISLAND FL 32953-4408

Page 4 of 4

90050

Payment Due Date: 05/18/2009
Please make checks payable to:  HOME DEPOT CREDIT SERVICES

---

Acct #: 6035322500111335
HONEYMOON HILL CONSTRUCTI

Purchased by:
MCGOWAN TIM

Invoice:
4036109

Ship To:

Purchase Order/
Job Name:
CIRCUITCITY

Amount Due: 68.34

Customer Agreement #:        Transaction Date: 04/21/2009

Store #, Location: 0234, MERRITT ISLND

| SKU # | PRODUCT | QTY | UNIT PRICE | TOTAL PRICE |
|-------|---------|-----|-----------|-------------|
| 0000655562 | CUTWSHR5/16" | 2.0000 EA | 0.11 | 0.22 |
| 0000575885 | PADLOCK | 1.0000 EA | 18.97 | 18.97 |

| | | | |
|---|---|---|---|
| | SUBTOTAL | | 64.47 |
| | TAX | | 3.87 |
| | SHIPPING | | 0.00 |
| | TOTAL | | 68.34 |

---

Acct #: 6035322500111335
HONEYMOON HILL CONSTRUCTI

Purchased by:
MCGOWAN TIM

Invoice:
1174582

Ship To:

Purchase Order/
Job Name:
NONE

Amount Due: 12.58

Customer Agreement #:        Transaction Date: 04/24/2009

Store #, Location: 0234, MERRITT ISLND

| SKU # | PRODUCT | QTY | UNIT PRICE | TOTAL PRICE |
|-------|---------|-----|-----------|-------------|
| 0000524816 | KSPBIG 10.1 | 1.0000 EA | 4.88 | 4.88 |
| 0000610712 | STUCCR'S DES | 1.0000 EA | 6.98 | 6.98 |

| | | | |
|---|---|---|---|
| | SUBTOTAL | | 11.86 |
| | TAX | | 0.72 |
| | SHIPPING | | 0.00 |
| | TOTAL | | 12.58 |

---

Acct #: 6035322500111335
HONEYMOON HILL CONSTRUCTI

Purchased by:
BOBINSKI ALEXANDER

Invoice:
92529

*Paid*

Ship To:

Purchase Order/
Job Name:
OFFICE

Amount Due: 52.62

Customer Agreement #:        Transaction Date: 04/25/2009

Store #, Location: 0234, MERRITT ISLND

| SKU # | PRODUCT | QTY | UNIT PRICE | TOTAL PRICE |
|-------|---------|-----|-----------|-------------|
| 0000735411 | HANGING KIT | 1.0000 EA | 2.97 | 2.97 |
| 0000653297 | SUNN CITR 40 | 1.0000 EA | 13.93 | 13.93 |
| 0000261522 | OLDENGLSH LM | 1.0000 EA | 5.47 | 5.47 |
| 0000813542 | R 10 LB. BAG | 1.0000 EA | 21.78 | 21.78 |
| 0000469858 | KABOOM SHWR | 1.0000 EA | 5.49 | 5.49 |

| | | | |
|---|---|---|---|
| | SUBTOTAL | | 49.64 |
| | TAX | | 2.98 |
| | SHIPPING | | 0.00 |
| | TOTAL | | 52.62 |



# Consolidated Statement

Primary Account: 9900 007206 8   Statement Date: 04/25/09   Page: 3 of 3

## Current Invoice Details

| Mail Payments to: | LOWE'S<br>P.O. BOX 530954<br>ATLANTA, GA 30353-0954 | | | | |

HONEYMOON HILL CONSTRUCTO
Account :   9900 007206 8
Store/City:   1506 / ROCKLEDGE, FL
Buyer:   BOBINSKI ALEXANDER

Date of Sale:   04/18/09
Invoice:   911916
P.O. / JOB:

| S.K.U. | DESCRIPTION | QUANTITY | UNIT | PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 000000000097770 | GALLON WD-40   401 | **PAID** 00 | EA | 13.97 | 27.94 |
| 00000000137434 | 2" X 1 1/2" SCH40 ADAPTE | 2.00 | EA | 1.43 | 2.86 |
| 00000000023909 | 1 1/2" SCH40 ELBOW 406015 | 1.00 | EA | 1.07 | 1.07 |

Subtotal:   31.87          Tax:   1.92                    Balance Due:   33.79

| Mail Payments to: | LOWE'S<br>P.O. BOX 530954<br>ATLANTA, GA 30353-0954 | | | | |

HONEYMOON HILL CONSTRUCTO
Account :   9900 007206 8
Store/City:   0504 / TITUSVILLE, FL
Buyer:   MCGOWAN TIM

*Circuit City*  **ENTERED**

Date of Sale:   04/23/09
Invoice:   911180
P.O. / JOB:

| S.K.U. | DESCRIPTION | QUANTITY | UNIT | PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 00000000071891 | MASTER PADLOCK KEY  9102 | 3.00 | EA | 1.58 | 4.74 |

Subtotal:   4.74          Tax:   0.29                    Balance Due:   5.03

# INVOICE

INVOICE 358299



**U-Change® Lock Industries, Inc. DBA**

## SecuritySolutions®

1640 West Highway 152  Mustang, OK 73064
Phone: (405) 376-1600  Fax: (405) 376-8090

| DATE |
|------|
| 7/29/2009 |

1

Phone # (321) 452-4552  Ext. 0000

PAGE:
Phone # (321) 452-4552  Ext. 0000

BILL TO:
Honeymoon Hill
Sue Mann
1351 N. Courtenay Park Way
Suite AA
Merritt Island FL    32953
USA

SHIP TO:
Honeymoon Hill
Sue Mann
1351 N. Courtenay Park Way
Suite AA
Merritt Island FL    32953
USA

Service Call ID:          Buyer: Susan Mann/la     Ship Date: 7/28/2009   Service Date: 0/0/0000

| PURCHASE ORDER NO. | CUSTOMER ID | SALES ID | SHIPPING METHOD | PAYMENT TERMS | REQ'D SHIP DATE | MASTER # |
|---|---|---|---|---|---|---|
| | H6650 | 006-ON-000A | UPSGRND | AMEX | 7/28/2009 | 290,191 |

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY B/O | ITEM NUMBER / DESCRIPTION | DISCOUNT | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 2 | 2 | 0 | 316A01A1D2 | | $57.000 | $114.00 |
| | | | Mortise Cyl,Set,UCLI-1,A-Cam,Chrome | | | |
| 2 | 2 | 0 | 21A3B00000 | | $2.280 | $4.56 |
| | | | Cam, B (Yale) | | | |
| 1 | 1 | 0 | 319RR1A142 | | $62.320 | $62.32 |
| | | | Rim Cyl;Set,Rigid,UCLI-1,Sp-1/4,Chrome | | | |
| 1 | 1 | 0 | K201FACTRY | | $3.002 | $3.00 |
| | | | Precut Key, Patron, Ni-Silv, UCLI-1 Keyway,Factory | | | |

## P A I D
7-29-09

Currency:  US Dollars

| | |
|---|---|
| Subtotal | $183.88 |
| Misc | $0.00 |
| Tax | $11.93 |
| Freight | $14.99 |
| Trade Discount | $0.00 |
| Total | $210.80 |

Tracking Numbers:
127313050340542836

*Thank You*

# EXHIBIT B

0• *
75• +
200• +
50• +
335•85 +
13•25 +
75• +
749•1 *

*Trash*
*Copies*
*Misc*



TO:  Honeymoon Hill

FROM:  Flushing Meadows, Ric Lira

SUBJECT:  Circuit City

DATE:  6 July 2009

*1103 Coronado Dr.*
*Rockledge, FL 32955*

Repaired leaky water cooler and repaired toilet.

Amount due $200.00 (two hundred dollars).

*Paid #166*
*7 - 16 - 2009*

**ENTERED**

| DESCRIPTION | AMOUNT | CUSTOMER PAY | COST CODE | |
|---|---|---|---|---|
| Repair Plumbing | $ 200.00 | Circuit Yors 154860 | | 5 1680 |
| | $ | | | |
| | $ | | | |
| | $ | | | |

☐ PART LIEN  ☒ FINAL LIEN  ☐ MATERIAL LIEN
☐ MAIL  ☐ DESK  ☐ MANAGER'S DESK

*Tm - 7-7-09*
MANAGER'S INT/DATE

Universal Howard Ent.
6039 Apple
Cocoa Fl. 32927

# INVOICE

589585

| SOLD TO Honeymoon Hill | SHIP TO Circuit City |
|---|---|
| ADDRESS | ADDRESS |
| CITY, STATE, ZIP Merritt Island Fl | CITY, STATE, ZIP Merritt Island Fl. |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 6/8/09 |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | June 2 | ground off Bolts in Concrete at "Circuit City" | | 2 | 50.00 |
| | | | | | |
| | | | | | |
| | | | TOTAL | $50 | 00 |

BSR FORM 5840

**ART & ENGINEERING SUPPLY, INC.**
DRAFTING & GRAPHIC REPRO. CENTER
975 NORTH COURTENAY PARKWAY
MERRITT ISLAND, FLORIDA 32953
321-459-1410

DATE: _11/24/08_

CASH _____ CHARGE _X_

PO NO. _____

SOLD TO: _Nunery Moon Hill_

ORDERED BY: _Sue_

_Circuit City_

PHONE NO. _____

| NO. ORIG | TYPE COPIES | SIZE | SQ. FEET PER | NO. COPIES | TOTAL SQ. FEET | RATE PER | $ AMOUNT |
|---|---|---|---|---|---|---|---|
| 54 | Bond | 30x42 | 9 | 5 | 2430 | .13 | 315.90 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

OPERATOR _SVP_

AMOUNT _315.90_

TICKET NO. _1124_

TAX $ _18.95_

INFORMATION _____

TOTAL $ _334.85_

PAID BY: _1.00 Bal_

RECEIVED BY: _Susan E Moon_   DATE _____

_335.85_

**ART & ENGINEERING SUPPLY, INC.**
Drafting & Graphic Art Center
975 North Courtenay Parkway
MERRITT ISLAND, FLORIDA 32953
(321) 459-1410

33017

Customer's
Order No. _____ Date 11/24/08

M _____ Honeymoon Hill

Address _____ Circuit City

| QUANTITY | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| SOLD BY | CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE RETD | PAID OUT |
| 10ea Bard 30x42 | | 1.25 | 12 | 50 |
| | | | | 73 |
| | | | 13.23 | |

All claims and returned goods MUST be accompanied by this bill.

Rec'd by _____

# EXHIBIT C

Apr 14 2009 14:08    HP LASERJET FAX                                    p.1

Apr. 13. 2009  3:20PM    INTERNATIONAL FIRE PROTECTION          No. 4759    P. 1

# INTERNATIONAL
## FIRE PROTECTION INC.

www.candoifp.com

"Complete Fire Protection Service"

April 13, 2009

Honeymoon Hill Constructots
1351 N. Courtenay Pkwy Suite AA
P.O. Box 540159
Merritt Island, FL 32953

*Paid 4-22-2009*
*CK #136*

Attn: Brandi

Thank You for this opportunity to provide you with a quote to perform the scope of work listed below.

International Fire Protection, Inc. will provide all labor and material to perform the following:

One Annual Fire Sprinkler System Inspection............... $210.00   *only*
Three Quarterly Fire Sprinkler System Inspections............ $175.00 EACH

The above quote does not include Backflow or Hydrant test/inspections or any repair of any items.
Payment is expected at time of service.  *(Invoice needed)*

If I may be of additional service or to schedule the above-mentioned inspections, please feel free to contact myself at 727-638-6053.

Thank you,
Robert Fredrickson
Inspector

Customer approval: _____
                              Signature

Please Print: _Alexander H. Bobinski_

Title: _President_

Date: _4/14/09_

1402 Mercantile Court  •  Plant City, Florida 33563-1151  •  813-754-1383  •  Fax 813-754-1638
24-HOUR EMERGENCY SERVICE

Received Time Apr. 14. 2009  2:02PM No. 4768

# INTERNATIONAL
## FIRE PROTECTION INC.

*"Complete Fire Protection Service"*

1402 Mercantile Court ~ Plant City, FL  33563-1151
Ph. #(813) 754-1383 ~ Fax #(813) 754-1638

# INVOICE

No.   **12 I 09 536**

| | |
|---|---|
| DATE: | 04/20/09 |
| CUSTOMER P.O. #: | SIGNED PROPOSAL |
| SALES ID: | RNF |
| CUSTOMER CODE: | |
| JOB SITE COUNTY: | BREVARD |

TO:  **HONEYMOON HILL CONSTRUCTORS**
1351 N COURTENAY PKWY SUITE AA
P.O. BOX 540159
MERRITT ISLAND, FL 32953

Phone #: 321-452-4552

**TERMS: NET DUE UPON RECEIPT**

JOB:  **OLD CIRCUIT CITY BLDG**
450 E MERRITT ISLAND CSWY
MERRITT ISLAND, FL

In the event of default, customer agrees to pay 1.5%
monthly interest, plus, any and all reasonable collection
charges and/or attorneys fees.

| WORK DESCRIPTION | AMOUNT |
|---|---|
| LABOR AND/OR MATERIAL NECESSARY TO: PERFORM ANNUAL FIRE SPRINKLER SYSTEM INSPECTION AS PER QUOTE | $210.00 |
| **PAYMENT DUE AT TIME OF SERVICE.** | |

E-MAILED
4-16-09
To Alex

**IF PAYMENT IS MADE AFTER:**   05/20/09   **PLEASE PAY:**   $   213.15
Additional interest and late charges to accrue monthly.

## PLEASE REMIT TO:
*INTERNATIONAL FIRE PROTECTION, INC.*
*1402 MERCANTILE COURT*
*PLANT CITY, FL  33563-1151*

**TOTAL AMOUNT DUE:**   $210.00

To insure proper credit to your account, please list invoice number on your check.

VISA, MASTERCARD AND AMERICAN EXPRESS IS NOW ACCEPTED FOR YOUR CONVENIENCE.
PLEASE CALL ABOVE LISTED PHONE NUMBER.

Fire Sprinkler
inspections

```
210•   +
295•   +
12•58  +
296•8  +
814•38 *
```

Revised 11-7-02

Apr. 13. 2009  3:20PM    INTERNATIONAL FIRE PROTECTION          No. 4759   P. 1



# INTERNATIONAL
## FIRE PROTECTION INC.

www.candollp.com

*"Complete Fire Protection Service"*

April 13, 2009

*Back-up data*

Honeymoon Hill Constructors
1351 N. Courtenay Pkwy Suite AA
P.O. Box 540159
Merritt Island, FL  32953

Attn: Brandi

Thank You for this opportunity to provide you with a quote to perform the scope of work listed below.

International Fire Protection, Inc. will provide all labor and material to perform the following:

One Annual Fire Sprinkler System Inspection.............$210.00  *only*
Three Quarterly Fire Sprinkler System Inspections.............$175.00 EACH

The above quote does not include Backflow or Hydrant test/inspections or any repair of any items.
Payment is expected at time of service. *(Invoice needed)*

If I may be of additional service or to schedule the above-mentioned inspections, please feel free to contact myself at 727-638-6053.

Thank you,
Robert Fredrickson
Inspector

Customer approval: _____
                          Signature

Please Print: _____Alexander H. Bobinski_____

Title: _____President_____

Date: _____4/14/09_____

1402 Mercantile Court  •  Plant City, Florida 33563-1151  •  813-754-1383  •  Fax 813-754-1638
24-HOUR EMERGENCY SERVICE

# INTERNATIONAL
## FIRE PROTECTION INC.

*"Complete Fire Protection Service"*

1402 Mercantile Ct., Plant City, FL 33563
Ph. 813-754-1383, Fx. 813-754-1638
Federal ID #63-1027070

# INVOICE

No.   **12 I 09 666**

| | |
|---|---|
| **DATE:** | 05/20/09 |
| **CUSTOMER P.O. #:** | |
| **Other Number:** | |
| **SALES ID:** | RNF |
| **CUSTOMER CODE:** | HONEYMOO |
| **JOB SITE COUNTY:** | BREVARD |

TO: **HONEY MOON HILL CONSTRUCTORS**
PO BOX 540159
MERRITT ISLAND, FL 32953

Phone #: (321) 452-4552

JOB: **OLD CIRCUIT CITY**
450 E. MERRIT ISLAND CSWY
MERRITT ISLAND, FL

TERMS:  NET DUE UPON RECEIPT

In the event of default, customer agrees to pay 1.5%
monthly interest, plus, any and all reasonable collection
charges and/or attorneys fees.

| WORK DESCRIPTION | AMOUNT |
|---|---|
| This invoice was prepared by Jennifer Tucker in Nashville, TN - Phone #615-724-3446 | |
| **05/15/09**  : DATE OF SERVICE | |
| **LABOR AND/OR MATERIAL NECESSARY TO PERFORM:** | |
| REINSPECT FIRE SPRINKLER SYSTEM, STANDPIPE, & BACKFLOWS | $295.00 |

*Pd 6-3-2009*
*CK # 150*

**IF PAYMENT IS MADE AFTER:**   06/19/09   **PLEASE PAY:**   $   299.43
Additional interest and late charges to accrue monthly.

## PLEASE REMIT TO:

*INTERNATIONAL FIRE PROTECTION, INC.*
*243 ROYAL DRIVE*
*MADISON, AL 35758*

**TOTAL AMOUNT DUE:**   $295.00

To insure proper credit to your account, PLEASE list invoice number on your check.

VISA, MASTERCARD, DISCOVER AND AMERICAN EXPRESS IS NOW ACCEPTED FOR YOUR
CONVENIENCE.  PLEASE CALL ABOVE LISTED PHONE NUMBER.

# THANK YOU!

Revised 2-10-03

Remit Payment To:
HOME DEPOT CREDIT SERVICES
PO BOX 9055
DES MOINES, IA 50368-9055

ACCOUNT: 6035 3225 0011 1335
HONEYMOON HILL CONSTRUCTI
1351 N COURTENAY PKWY
SUITE AA
MERRITT ISLAND FL 32953-4408

Page 4 of 4

90050

Payment Due Date: 05/18/2009
Please make checks payable to: HOME DEPOT CREDIT SERVICES



Acct #: 6035322500111335
HONEYMOON HILL CONSTRUCTI

Purchased by:
MCGOWAN TIM

Ship To:

Invoice:
4526109

Purchase Order/
Job Name:
CIRCUITCITY

Amount Due: 68.34

Customer Agreement #:    Transaction Date: 04/25/2009

Store #, Location: 0234, MERRITT ISLND

| SKU # | PRODUCT | QTY | UNIT PRICE | TOTAL PRICE |
|-------|---------|-----|-----------|------------|
| 0000655562 | CUTWSHR5/16" | 2.0000 EA | 0.11 | 0.22 |
| 0000575885 | PADLOCK | 1.0000 EA | 18.97 | 18.97 |

|  | SUBTOTAL | 64.47 |
|  | TAX | 3.87 |
|  | SHIPPING | 0.00 |
|  | TOTAL | 68.34 |

Acct #: 6035322500111335
HONEYMOON HILL CONSTRUCTI

Purchased by:
MCGOWAN TIM

Ship To:

Invoice:
1174582

Purchase Order/
Job Name:
NONE

Amount Due: 12.58

Customer Agreement #:    Transaction Date: 04/24/2009

Store #, Location: 0234, MERRITT ISLND

| SKU # | PRODUCT | QTY | UNIT PRICE | TOTAL PRICE |
|-------|---------|-----|-----------|------------|
| 0000524816 | KSPBR3/10.1 | 1.0000 EA | 4.88 | 4.88 |
| 0000610712 | STUCR5/10.1 | 1.0000 EA | 6.98 | 6.98 |

|  | SUBTOTAL | 11.86 |
|  | TAX | 0.72 |
|  | SHIPPING | 0.00 |
|  | TOTAL | 12.58 |

Acct #: 6035322500111335
HONEYMOON HILL CONSTRUCTI

Purchased by:
BOBINSKI ALEXANDER

Ship To:

Invoice:
92529

Purchase Order/
Job Name:
OFFICE

Amount Due: 52.62

Customer Agreement #:    Transaction Date: 04/25/2009

Store #, Location: 0234, MERRITT ISLND

| SKU # | PRODUCT | QTY | UNIT PRICE | TOTAL PRICE |
|-------|---------|-----|-----------|------------|
| 0000735411 | HANGING KIT | 1.0000 EA | 2.97 | 2.97 |
| 0000653297 | SUNN CITR 40 | 1.0000 EA | 13.93 | 13.93 |
| 0000261522 | OLDENGLSH LM | 1.0000 EA | 5.47 | 5.47 |
| 0000813542 | R 10 LB. BAG | 1.0000 EA | 21.76 | 21.76 |
| 0000469856 | KABOOM SHWR | 1.0000 EA | 5.49 | 5.49 |

|  | SUBTOTAL | 49.64 |
|  | TAX | 2.98 |
|  | SHIPPING | 0.00 |
|  | TOTAL | 52.62 |

*Kathy*

*Fire Sprinkler Repair*

**Space Coast Fire and Safety, Inc.**
420 Manor Drive
Merritt Island, FL 32952
State Lic #58079800031999
Systems Lic #92364900012002
**(321) 783-1040**

# Invoice

| Date | Invoice # |
|------|-----------|
| **5/21/2009** | **88439** |

Bill To:
Circuit city  002
450 E. Merritt Island Cswy.
Merritt Island                    FL 32952
Phone (804) 527-4000   Fax

Contact

| Item | Item Price | Quantity | Amount |
|------|-----------|----------|--------|
| contract work  - exercise and flush PIV to break sediment | $280.00 | 1 | $280.00 |
| | | Tax | $16.80 |
| | | **Total** | **$296.80** |

*Fax - 454 9647*

*6-3-2009*
*CK # 149*

**Space Coast Fire and Safety, Inc.**
*Your Safety Is Our Business*
420 Manor Dr.
Merritt Island, FL 32952
www.spacecoastfire.com

No. 88439
Date: 5-21-09

**SERVICE WORK ORDER** ☒

**TIME AND MATERIALS** ☐

LOCATION OF WORK TO BE PERFORMED (PLEASE PRINT)

Job Name _Curcuit City_

Street _____

City _MERRITT ISLAND_ State _Fl._ Zip _____

BILLING ADDRESS   Telephone No. _____

Customer _Honeymoon Contracting_
(HEREINAFTER CALLED BUYER)

Street _____

City _____ State ___ Zip ___

| Cust. P.O. No. | Service Representative  Damon / Shawn | Terms  NET TEN (10) DAYS |
|---|---|---|

" Space Coast Fire and Safety" (hereinafter called "SCFS") for and in consideration of the prices herein named, proposed to furnish the work and/or materials hereinafter described, subject to the conditions outlined below, and on the reverse side of this order.

Description of work or material:

_Exersized backflow. Got it to shut._

Customer has inspection contract: ☐ YES
☐ NO

Mileage in: _____
Mileage out: _____

Foreman: _____ OT
Journeyman: _____ OT

**TERMS OF THIS AGREEMENT ARE:**
☐ Time and Material

The price for work to be performed under this agreement shall be based on prevailing "SCFS" prices for material, labor and related items, in effect at the time supplied under this agreement.

**TERMS OF THIS AGREEMENT ARE:**
☐ Lump Sum $ _296.80_

Any changes to scope and price of the work will be described in a "Field Change Order" and must be acknowledged by Buyer.

**ADDITIONAL TERMS:**

A.   The terms of payment for invoices rendered against this order shall be net 10 days from date of invoice.  Invoices may be rendered on a "Progress" basis, and the Buyer agrees to pay such progress billing in full, in accordance with the terms of payment.
B.   Travel time will be included in the hours on all time and material orders.
C.   See reverse side of this order for General Terms and Conditions.

**BUYER'S ACCEPTANCE:**

_____
(Print) Name of Authorized Buyer

_____
Title

Signature _____

Date _5-21-09_

# EXHIBIT D

# ABSOLUTE
# PROTECTION TEAM

**BURGLAR • FIRE • CCTV • ACCESS CONTROL • INTERCOM • VAC**
4320 U.S. HWY 1 • Vero Beach, FL 32967
Phone (772) 770-0111 • 1-888-784-TEAM (8326) • Fax (772) 770-3375
License # EF 0000252

| | |
|---|---|
| **Invoice Number** | **94060** |
| Sale Date | 9/1/2009 |
| Due Date | 10/1/2009 |

HONEYMOON HILL CONSTRUCTORS
1351 N COURTENAY PARK. STE# AA
MERRITT ISLAND, FL 32953

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| UL Fire Monitoring | 6 | $34.95 | $209.70 | $12.58 | $222.28 |
| FIRE | | | | | |
| For: HONEYMOON HILL-GALLERIA PARTNE at 450 E MERRITT ISLAND CAUSEWAY MERRIT ISLAND, FL 32952 | | | | | |
| Period Covered: 10/01/2009 to 03/31/2010 Inclusive. | | | | | |
| CENTRAL STATION MONITORING SERVICE | 6 | $29.95 | $179.70 | $10.78 | $190.48 |
| SECURITY | | | | | |
| For: HONEYMOON HILL-GALLERIA PARTNE at 450 E MERRITT ISLAND CAUSEWAY MERRITT ISLAND, FL 32952 | | | | | |
| Period Covered: 10/01/2009 to 03/31/2010 Inclusive. | | | | | |

| | TOTALS | $389.40 | $23.36 | $412.76 |
|---|---|---|---|---|

*Estimated Expenses*
*$1,500*
*Subsequently paid.*
*176.16*

*Paid 9-11-2009*
*# ~~~~ 1002*

*Fire sprinkler +*
*Security Systems*

1001
9/11/2009
487.76

```
487•76 +
367•8 +
79•5 +
477• +
265• +
90•1 +
1,767•15 *

  0• *
```

*+ $75.00*

Prime Bank                                                        487.76

09/11/2009  13:44   7727703375   ABSOLUTE PROTECTION   PAGE  01/01

ABSOLUTE PROTECTION TEAM
4320 US HIGHWAY 1
VERO BEACH, FL 32967

| Invoice Number | 93316 |
|---|---|
| Sale Date | 8/20/2009 |
| Due Date | 8/30/2009 |

HONEYMOON HILL CONSTRUCTORS
1351 N COURTENAY PARK. STE# AA
MERRITT ISLAND, FL 32953

### Service Address

HONEYMOON HILL-GALLERIA PARTNE
450 E MERRITT ISLAND CAUSEWAY
MERRIT ISLAND, FL 32952

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| SERVICE CALL TO YOUR PREMISES | 1 | $75.00 | $75.00 | $0.00 | $75.00 |
| For Service Provided As Per Work Order Number 39256 PARTITION 2, WAS STILL ARMED, WHEN THEY WERE UNLOADED TRUCKS, THEY WERE SETTING OFF ALARM, TECH DISARMED PARTITION 2 AND RESET SYSTEM. | | **TOTALS** | $75.00 | $0.00 | $75.00 |

----------Return Stub Below----------

**Please return this portion of your invoice with your payment. Thank you!**
Customer : HONEYMOON HILL CONSTRUCTORS

Acct. Bal.   $487.76   Amount Remitted

Payment Method   Check ☐   Check Number

Charge* ☐   Card Number

Name On Card

Signature

| | |
|---|---|
| Invoice Number | 93316 |
| Bill Payer ID: | 17037 |
| (Primary) CSID: | |
| Date Remitted | |
| Billing Zipcode | |
| Exp Date | |
| Card ID | |

Please Note : If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa
Please remit to : Absolute Protection Team, Inc, 4320 US Hwy 1, Vero Beach, FL 32967

Inv No.   93316

Page 1

# ABSOLUTE
# PROTECTION TEAM

BURGLAR • FIRE • CCTV • ACCESS CONTROL • INTERCOM • VAC
4320 U.S. HWY 1 • Vero Beach, FL 32967
Phone (772) 770-0111 • 1-888-784-TEAM (8326) • Fax (772) 770-3375
License # EF 0000252

| | |
|---|---|
| **Invoice Number** | **96991** |
| Sale Date | 12/1/2009 |
| Due Date | 12/11/2009 |

**Service Address**

HONEYMOON HILL CONSTRUCTORS
1351 N COURTENAY PARK. STE# AA
MERRITT ISLAND, FL 32953

HONEYMOON HILL-GALLERIA PARTNE
450 E MERRITT ISLAND CAUSEWAY
MERRIT ISLAND, FL 32952

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| SERVICE CALL TO YOUR PREMISES | 1 | $150.00 | $150.00 | $0.00 | $150.00 |
| | **TOTALS** | | **$150.00** | **$0.00** | **$150.00** |

For Service Provided As Per Work Order Number 40414
ZONE 45 & 30 MOTIONS WILL NOT RESET. PANEL WILL NOT
GO INTO ALARM WHEN TRIPPED. PHONE LINE SHORTS OUT
BY PANEL $150 FOR TRIP & LABOR

*ck # 1020*

*367.80*

*System repair*

# ABSOLUTE
# PROTECTION TEAM

BURGLAR • FIRE • CCTV • ACCESS CONTROL • INTERCOM • VAC
4320 U.S. HWY 1 • Vero Beach, FL 32967
Phone (772) 770-0111 • 1-888-784-TEAM (8326) • Fax (772) 770-3375
License # EF 0000252

| Invoice Number | 96380 |
|---|---|
| Sale Date | 11/27/2009 |
| Due Date | 12/7/2009 |

**Service Address**

HONEYMOON HILL CONSTRUCTORS
1351 N COURTENAY PARK. STE# AA
MERRITT ISLAND, FL 32953

HONEYMOON HILL-GALLERIA PARTNE
450 E MERRITT ISLAND CAUSEWAY
MERRIT ISLAND, FL 32952

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| SERVICE CALL TO YOUR PREMISES | 1 | $150.00 | $150.00 | $0.00 | $150.00 |
| | | **TOTALS** | **$150.00** | **$0.00** | **$150.00** |

For Service Provided As Per Work Order Number 40363
NO PHONE LINE ON BURG OR SECOND FIRE ALARM LINE.
FOUND POPPIT TORN APART ON SECOND FLOOR THAT WAS
IN TAMPER, ZONE 30?  STROBES IN WAREHOUSE PULLED
OFF AND BROKEN, CAN ARM PART 2-3, BUT NOT PART-1.
$150 FOR TRIP & LABOR

-------------------------------Return Stub Below--------------------------------

**Please return this portion of your invoice with your payment. Thank you!**

Customer : HONEYMOON HILL CONSTRUCTORS

| Invoice Number | 96380 |
|---|---|
| Bill Payer ID: | 17037 |
| (Primary) CSID: | |

**Acct. Bal.**   **$217.80**   **Amount Remitted**

Date Remitted

**Payment Method**   Check   **Check Number**

Charge*   Card Number

Billing Zipcode

Name On Card

Exp Date

Card ID

Signature

*Please Note:  If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa
Please remit to : Absolute Protection Team, Inc, 4320 US Hwy 1, Vero Beach, FL  32967

Inv. No   96380

# ABSOLUTE
# PROTECTION TEAM

BURGLAR • FIRE • CCTV • ACCESS CONTROL • INTERCOM • VAC
4320 U.S. HWY 1 • Vero Beach, FL 32967
Phone (772) 770-0111 • 1-888-784-TEAM (8326) • Fax (772) 770-3375
License # EF 0000252

| | |
|---|---|
| **Invoice Number** | **96035** |
| Sale Date | 11/5/2009 |
| Due Date | 11/15/2009 |

**Service Address**

HONEYMOON HILL CONSTRUCTORS
1351 N COURTENAY PARK. STE# AA
MERRITT ISLAND, FL 32953

HONEYMOON HILL-GALLERIA PARTNE
450 E MERRITT ISLAND CAUSEWAY
MERRIT ISLAND, FL 32952

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| SERVICE CALL TO YOUR PREMISES | 1 | $125.00 | $125.00 | $0.00 | $125.00 |
| For Service Provided As Per Work Order Number 40147 | **TOTALS** | | $125.00 | $0.00 | $125.00 |

RESET PANEL, TESTED BOTH PHONE LINES, RESTORED AT
CENTRAL STATION. BOTH LINES ARE WORKING.

*Waiting to see if
we get credit*

*Pd $67.80*

*Kathy           11/6/09*
*Roger said they
reduced bill to 1/2.*
*Please pay 1/2.*
*Thanks  Sue*

─────── Return Stub Below ───────

**Please return this portion of your invoice with your payment. Thank you!**
**Customer :** HONEYMOON HILL CONSTRUCTORS

| | | | |
|---|---|---|---|
| **Invoice Number** | 96035 |
| **Bill Payer ID:** | 17037 |
| **(Primary) CSID:** | |

**Acct. Bal.**   $125.00   **Amount Remitted**

**Date Remitted**

**Payment Method**   Check ☐   **Check Number**

**Charge*** ☐   **Card Number**                     **Billing Zipcode**

**Name On Card**                                      **Exp Date**

**Signature**                                         **Card ID**

*Please Note : If paying by charge card, we can only accept payment by : American Express, Discover, Mastercard, Visa
Please remit to : Absolute Protection Team, Inc, 4320 US Hwy 1, Vero Beach, FL 32967

Inv. No    96035

09/10/2010  11:46   3217831516-[   NEW FAX P SPACE COAST                    PAGE  01/05

**Space Coast Fire and Safety, Inc.**
420 Manor Drive
Merritt Island, FL 32952
State Lic #58079800031999
Systems Lic #92364900012002
**(321) 783-1040**

# Invoice

| Date | Invoice # |
|---|---|
| **9/7/2010** | **P37909** |

| Bill To | Location of Work Performed: |
|---|---|
| Honeymoon Hill Contracting  01 | Halloween City  1 |
| 1351 N. Courtney Pkwy Ste AA | 450 East Merritt Island Cswy |
| Merritt Island, FL 32953 | Merritt Island, FL 32952 |
| Phone: (321) 452-4552   Fax: (321) 454-9647 | Phone. (321) 452-4552   Fax: |

Contact: Phillip

| Item | Item Price | Quantity | Amount |
|---|---|---|---|
| Sprinkler Quarterly Test and Inspection | $75.00 | 1 | $75.00 |
| | | Tax | $4.50 |
| | | **Total** | **$79.50** |

**Space Coast Fire and Safety, Inc.**
420 Manor Drive
Merritt Island, FL 32952
EF - 20000623, EC - 13001156
STATE LIC. #58079800031999
SYSTEMS LIC. #92364900012002
Phone:(321) 783-1040
Fax: (321) 783-1516

# Invoice

| DATE | INVOICE # |
|---|---|
| | P 0032970 |

**SOLD TO**

OLD CIRCUIT CITY
420 MERRITT ISLAND CSWY
MERRITT ISLAND FL

| DATE | 5/4/10 |
|---|---|
| CUSTOMER ORDER NO. | |
| SALESPERSON | B Fless |
| CUSTOMER # | |

## PLEASE PAY FROM THIS INVOICE, NO STATEMENT WILL BE SENT

| QUANTITY | DESCRIPTION | PRICE EACH | AMOUNT | |
|---|---|---|---|---|
| | **Annual Maintenance Inspection** | | | |
| | Fire Extinguisher Inspection and Certification | | | |
| | Fire Extinguisher Recharge and 6 year Maintenance | | | |
| | Fire Extinguisher Recharge and 6 year Maintenance | | | |
| | Fire Extinguisher Recharge and 6 year Maintenance | | | |
| | Hydrostatic Test | | | |
| | New Fire Extinguisher    Size & Type | | | |
| | New Fire Extinguisher    Size & Type | | | |
| | Fire Suppression System Inspection & Test | | | |
| | Tamper Seals per NFPA10 | | | |
| 1 | Fire Alarm System Inspection & Test  Annual | | 300.00 | |
| 1 | Sprinkler System Inspection & Test  Annual | | 150.00 | |
| | | | | |
| | | | | |
| | **Special Hazards:** | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PLEASE READ BEFORE ACCEPTING: The above work has been performed by Space Coast Fire and Safety, Inc. in accordance with NFPA and applicable state and local codes. We assume no further liability in the performance of the above equipment as such malfunction may be due to circumstances beyond our control. I hereby certify that I am capable of authorizing the work performed above. I acknowledge receipt of the above work and understood that by signing this, I am relieving Space Coast Fire and Safety, Inc. of any further burden of responsibility of the above work. Any legal fees or collection costs associated with non-payment will be the sole responsibility of the customer as directed by local jurisdiction. I am authorizing payment.

| | |
|---|---|
| Sub Total | 450.00 |
| Service Call: | |
| Sales Tax | 27.00 |
| ( ) | 477.00 |
| ( ) | |

Signature: _____   Net Terms: _____

**Space Coast Fire and Safety, Inc.**
**420 Manor Drive**
**Merritt Island, FL 32952**
EF - 20000623, EC - 13001156
STATE LIC. #58079800031989
SYSTEMS LIC. #82384900012002
Phone:(321) 783-1040
Fax: (321) 783-1516

450 Bldg

# Invoice

| DATE | INVOICE n |
|------|-----------|
| 5-25-10 | P 35258 |

**SOLD TO**

Circuit City BLDg.
1351. N. Courtney Pkwy Sun Cn
Merritt Island FL 32953
321 452 4552   (Bill to:
(321-454-9647F) (Honeymoon Hill)

| DATE | 5-25-10 |
|------|---------|
| CUSTOMER ORDER NO. | |
| SALESPERSON | TED |
| CUSTOMER # | |

## PLEASE PAY FROM THIS INVOICE, NO STATEMENT WILL BE SENT

| QUANTITY | DESCRIPTION | PRICE EACH | AMOUNT | |
|----------|-------------|------------|--------|---|
| | **Annual Maintenance Inspection** | | | |
| | Fire Extinguisher Inspection and Certification | | | |
| | Fire Extinguisher Recharge and 6 year Maintenance | | | |
| | Fire Extinguisher Recharge and 6 year Maintenance | | | |
| | Fire Extinguisher Recharge and 6 year Maintenance | | | |
| | Hydrostatic Test | | | |
| | New Fire Extinguisher      Size & Type | | | |
| | New Fire Extinguisher      Size & Type | | | |
| | Fire Suppression System Inspection & Test | | | |
| | Tamper Seals per NFPA10 | | | |
| | Fire Alarm System Inspection & Test | | | |
| | Sprinkler System Inspection & Test | | | |
| | Replace Batteries in Panel & Dialer | | | |
| 2 | 12AH 12V Battery | 60 00 | 120 | 00 |
| 1 | 7AH 12V Battery | | 45 | 00 |
| | Special Hazards: | | | |
| 1.0 TED | | | 85 | 00 |
| | For fire alarm system | | | |

LEASE READ BEFORE ACCEPTING: The above work has been performed by Space Coast Fire and Safety, Inc. in accordance
ith NFPA and applicable state and local codes, We assume no further liability in the performance of the above equipment as
ich malfunction may be due to circumstances beyond our control. I hereby certify that I am capable of authorizing the work
erformed above. I acknowledge receipt of the above work and understood that by signing this, I am relieving Space Coast
ire and Safety, Inc. of any further burden of responsibility of the above work. Any legal fees or collection costs associated
ith non-payment will be the sole responsibility of the customer as directed by local jurisdiction. I am authorizing payment.

ignature: _____   Net Terms: _____

| Sub Total | 250 00 |
|-----------|--------|
| Service Call: | |
| Sales Tax | 15 00 |
| (        ) | |
| (        ) | 265 00 |

**Space Coast Fire and Safety, Inc.**
**420 Manor Drive**
**Merritt Island, FL 32952**
EF - 20000823, EC - 13001156
STATE LIC. #5807980003199
SYSTEMS LIC. #92364900012002
(321) 783-1040
(321) 783-1516

# Invoice

| DATE | INVOICE # |
|---|---|
| | 123323 |

**SOLD TO:**

450 Bldg (Old Circuit City) 1
450 East Merritt Island Cswy          PH (321) 452-4552
Merritt Island      FL   32952        Fax

*Tim 960-4208*

| DATE | *5/27/10* |
|---|---|
| CUSTOMER ORDER NO. | |
| SALESPERSON | *Earnie / Don* |
| CUSTOMER # | |

*Call Tim and See if we can do it*

## PLEASE PAY FROM THIS INVOICE, NO STATEMENT WILL BE SENT

| QUANTITY | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|
| *12* | Annual Maintenance Inspection | *4.00* | *48.00* |
| | Fire Extinguisher Inspection and Certification | | |
| | Fire Extinguisher Recharge and 6 year Maintenance | | |
| | Fire Extinguisher Recharge and 6 year Maintenance | | |
| | Fire Extinguisher Recharge and 6 year Maintenance | | |
| | Hydrostatic Test | | |
| | New Fire Extinguisher     Size & Type | | |
| | New Fire Extinguisher     Size & Type | | |
| | Fire Suppression System Inspection & Test | | |
| *12* | Tamper Seals per NFPA10 | *1.00* | *12.00* |
| | Fire Alarm System Inspection & Test | | |
| | Sprinkler System Inspection & Test | | |
| | | | |
| | | | |
| | | | |
| | Special Hazards: | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| Sub Total | *60.00* |
| Service Call: | *25.00* |
| Sales Tax | *5.10* |
| (Total) | *90.10* |
| ( ) | |

Signature_____

Terms_____ Day_____ Net_____
In any dispute or litigation arising from this contract the prevailing party shall be entitled to costs and attorney's fees.
    Don Pitstick May 2010

EXT

# EXHIBIT E

# ABSOLUTE
# PROTECTION TEAM

BURGLAR • FIRE • CCTV • ACCESS CONTROL • INTERCOM • VAC
4320 U.S. HWY 1 • Vero Beach, FL 32967
Phone (772) 770-0111 • 1-888-784-TEAM (8326) • Fax (772) 770-3375
License # EF 0000252

| | |
|---|---|
| Invoice Number | 89749 |
| Sale Date | 4/17/2009 |
| Due Date | 4/27/2009 |

**Service Address**

HONEYMOON HILL CONSTRUCTORS
1351 N COURTENAY PARK. STE# AA
MERRITT ISLAND FL, 32953

HONEYMOON HILL-GALLERIA PARTNE
450 E MERRITT ISLAND CAUSEWAY
MERRIT ISLAND FL, 32952

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| PRO RATED MONTH OF APRIL FIRE | 1 | $15.21 | $15.21 | $0.91 | $16.12 |
| UL Fire Monitoring | 5 | $34.95 | $174.75 | $10.49 | $185.24 |
| ADDITION TO SYSTEM | 1 | $290.00 | $290.00 | $0.00 | $290.00 |
| SECURITY MONITORING | 5 | $29.95 | $149.75 | $8.99 | $158.74 |
| PRORATED SEC APRIL | 1 | $6.98 | $6.98 | $0.42 | $7.40 |
| ADD ON TAMPER SWITCHES | 1 | $350.00 | $350.00 | $0.00 | $350.00 |
| PROGRAM SEC. PANAL W/SUTHA | 1 | $120.00 | $120.00 | $0.00 | $120.00 |

*Already billed* (handwritten)

636.1 (handwritten)

| | | | | | |
|---|---|---|---|---|---|
| INVOICE COVERS MONITORING FROM PRO RATED MONTH OF APRIL THRU SEPT 30 2009 | **TOTALS** | | $1,106.69 | $20.81 | $1,127.50 |

*Fire & Security*
*System repairs*
*+ monitoring*
*$1127.50*

*CK # 141*
*5-7-09*
*$636.14*

# ABSOLUTE
# PROTECTION TEAM

BURGLAR • FIRE • CCTV • ACCESS CONTROL • INTERCOM • VAC
4320 U.S. HWY 1 • Vero Beach, FL 32967
Phone (772) 770-0111 • 1-888-784-TEAM (8326) • Fax (772) 770-3375
License # EF 0000252

| | |
|---|---|
| **Invoice Number** | **89749** |
| Sale Date | 4/17/2009 |
| Due Date | 4/27/2009 |

**Service Address**

HONEYMOON HILL CONSTRUCTORS
1351 N COURTENAY PARK. STE# AA
MERRITT ISLAND FL, 32953

HONEYMOON HILL-GALLERIA PARTNE
450 E MERRITT ISLAND CAUSEWAY
MERRIT ISLAND FL, 32952

| Description | Qty | Price | Net | Tax | Total |
|---|---|---|---|---|---|
| PRO RATED MONTH OF APRIL FIRE | 1 | $15.21 | $15.21 | $0.91 | $16.12 |
| UL Fire Monitoring | 5 | $34.95 | $174.75 | $10.49 | $185.24 |
| ADDITION TO SYSTEM | 1 | $290.00 | $290.00 | $0.00 | $290.00 |
| INVOICE COVERS MONITORING FROM PRO RATED MONTH OF APRIL THRU SEPT 30 2009 | **TOTALS** | | $479.96 | $11.40 | $491.36 |

*Check # 135
4-22-09*

# EXHIBIT F

Shutter Outlet

01920

Galleria Partnership                          3/20/2009

426.00

*Shutters*

*426.00*

RIVERSIDE BANK        Galleria Partnership                                        426.00

RM #SC1241

# SHUTTER OUTLET
### STORM AND SECURITY SHUTTERS

## SERVICE/ESTIMATE
### № 18920

1300 Lake Washington Rd.
Melbourne, FL 32935
(321) 752-9535

| Today's Date: | | Appointment Date: |
|---|---|---|
| Customer: | Home Phone: | Bill To: |
| Address: | Work Phone: | Name: |
| City: State: Zip: | | Address: |
| Condo Name: | Contact Person: | City: State: Zip: |
| Installation Date: | Installer: | Phone Number: |

**Service Call Description:**

Put up nuts

Ladder(s) 24 ☐  40 ☐   Walkboard ☐  Angel Wings ☐  Other:

**Materials/Parts Requisition Number:**

| Quantity | Description | Size | Color | Instructions |
|---|---|---|---|---|
| 47 | wing nuts | | | |
| | | | | |
| | | | | |
| | | | | |

**Materials Returned:**

Int_____ Date_____

**Material & Labor Charges:**

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 47 | wing nuts | $1.00 | $47.00 |
| 1 | panil 050 109" | $59.00 | $59.00 |
| | | | |
| | Scaffolding Charge | Includes ordered part | |
| | Service Call & 1st 1/2 hour labor | | $65.00 |
| | Additional Hrs. Labor @ $42.50 per hour per man | | |

Total Due $726   $255

Total Due: $367.00

**Description of Work Performed:**

Need 1 panel 109" 050

House ☐  Condo ☐  Schematic

N
W — E
S

second floor

front door

# EXHIBIT G



# ELEVATOR SOLUTIONS, INC.
## 3171 ROLLING HILLS LANE
## APOPKA, FL 32703
### OFFICE : (407) 889-8681 FAX : (407) 889-8673

May 4, 2009

## PREVENTATIVE MAINTENANCE AGREEMENT

**BILLING ADDRESS:**    Mr. Alex Bobinski
Galaria Partnership
1351 N. Coutnay Parkway Suite AA
Merritt Island, FL 32953

**BLDG/UNIT**    Old Circuit City
**ATTN:**    Mr. Alex Bobinski
**PHONE:**    321-960-2850    FAX: 321-454-9647
**EMAIL:**    alexbobinski@honeymoonhill.com

Services to be performed at: 450 E. Merritt Island Causeway  Merritt Island, FL

---

Type of equipment:  Porch Lift    FL Permit # <u>N/A</u>

Mfg. Serial Number: _____    Inspection date: <u>N/A</u>

**A.  FREQUENCY: <u>TWICE</u> PER YEAR**

**B.  BENEFIT TO OWNER:**
Preventative maintenance extends the life of the equipment.
You are always assured your lift is in safe working order.

**C.  TERMS:**
Preventative Maintenance Agreement payable at time of contract.

$600 per year, per unit, payable yearly, in advance (Platform Lift).    5/5/09

CK 139    $500.00

Remedial service payable at time of service.

*Elevator Repairs*

$2199.70

| | |
|---|---|
| 500· | ÷ |
| 100· | ÷ |
| 589·7 | + |
| 1,010· | + |
| 2,199·7 | * |

*Page 1 of 2*

ay 27 09 11:42a       James Farrow                                         4078898673                        p.2

**ELEVATOR SOLUTIONS, INC.**                                    # Invoice

3171 Rolling Hills Lane
Apopka, FL 32712
Office 407 889-8681
Fax 407 886-8673

| Date | Invoice # |
|------|-----------|
| 5/4/2009 | 5295 |

| Bill To | Ship To |
|---------|---------|
| Alex Boninski<br>Galaria Partnership<br>1351 N. Coutnay Parkway Ste AA<br>Merritt Island, Fl 32953<br>Brevard Co | 450 E. Merritt Island Causeway<br>Merritt Island, FL 32953<br>Brevard Co |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | LA | 5/4/2009 | | | Old Circuit City 450 E. Mer... |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Maintenance Con... | 450 E. Merritt Island Causeway, Merritt Island<br>Maintenance Agreement 5/01/09 - 04/30/10 Porch Lift,<br>Commercial | 600.00 | 600.00 |
| | Maintenance Con... | partial payment on agreement chk# 139 5/04/09 | -500.00 | -500.00T |
| | | Sales Tax | 0.00% | 0.00 |

*Paid*
*5-29-09*
*Ck# 146*

Thank you for your business.

| | **Total** | $100.00 |
|--|-----------|---------|

*To be pd.*

# ELEVATOR SOLUTIONS, INC.

# Invoice

3171 Rolling Hills Lane
Apopka, FL 32712
Office 407 889-8681
Fax 407 886-8673

| Date | Invoice # |
|------|-----------|
| 5/15/2009 | 5296 rev1 |

| Bill To | Ship To |
|---------|---------|
| Alex Boninski<br>Galaria Partnership<br>1351 N. Coutnay Parkway Ste AA<br>Merritt Island, Fl 32953<br>Brevard Co | 450 E. Merritt Island Causeway<br>Merritt Island, FL 32953<br>Brevard Co |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| Revised | Due on receipt | LA | 5/5/2009 | | | Old Circuit City 450 E. Mer... |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| | Service Call | Old Circuit City Galaria 450 E. Merritt Island | | |
| | Service Call | Initial Service Call | 175.00 | 175.00 |
| | | Initial Service Call waived per J Farrow, PM agmt in place | -175.00 | -175.00 |
| 2.75 | Repairs | 5/5 1530-1815 check platform, 2.75 hr job time. Service Call under maintenance agreement dated 4 May 09. Cleaned and serviced. Parts required and ordered. | 0.00 | 0.00 |
| 1 | Job Materials Pur... | Batteries. SLA GRP-U1 HD 2 each | 277.20 | 277.20 |
| 2.5 | Platform Install | 5/6 1400-1530 replace batteries, second trip | 125.00 | 312.50 |

*Paid 6-18-09*
*# 152*

ank you for your business.  We appreciate your prompt payment

| | Total | $589.70 |
|---|-------|---------|

*smaders 5/28*

ELEVATOR SOLUTIONS, INC.

3171 Rolling Hills Lane
Apopka, FL 32712
Office 407 889-8681
Fax 407 886-8673

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2009 | 5296 |

**Bill To**

Alex Boninski
Galaria Partnership
1351 N. Coutnay Parkway Ste AA
Merritt Island, Fl 32953
Brevard Co

**Ship To**

450 E. Merritt Island Causeway
Merritt Island, FL 32953
Brevard Co

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | LA | 5/5/2009 | | | Old Circuit City 450 E. Mer... |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Service Call | Old Circuit City Galaria 450 E. Merritt Island | | |
| | Service Call | Initial Service Call | | 175.00 |
| | | Initial Service Call waived per J Farrow, PM agmt in place | 175.00 | -175.00 |
| 2.75 | Service Call | 5/5 1530-1815 check platform, 2.75 hr job time. Service | -175.00 | |
| | | Call under maintenance agreement dated 4 May 09. | | 0.00 |
| 1 | Materials | Cleaned and serviced. Parts required and ordered. | 0.00 | |
| 2 | Parts | Batteries. SLA GRP-U1 HD 2 each | | 277.20 |
| | | Manuf. parts required, 2 ea VDR Interlocks, LH, RH | 277.20 | 615.20 |
| 1 | Freight | ordered 5/15/09 | 307.60 | |
| 3 | Labor, reduced | shipping and handling for parts ordered | | 19.80 |
| | | Reduced rate for Labor, PM agmt in place, estimated | 19.80 | 375.00 |
| | | time for parts installation 5/28/09 | 125.00 | |

1010.00

you for your business.  We appreciate your prompt payment

| | Total | $1,287.20 |

# EXHIBIT H

*Lift — one 1044*
*Other 1044 ?*

# Invoice

**Space Coast Fire and Safety, Inc.**
**420 Manor Drive**
**Merritt Island, FL 32952**
EF - 20000623, EC - 13001156
STATE LIC. #5607980031999
SYSTEMS LIC. #92364900012002
(321) 783-1040
(321) 783-1516

*Cell Don*
*403-4922*

*Don will call me back*

| DATE | INVOICE # |
|---|---|
| 5/14/09 | P 24774 |

*Rec'd via fax*

**SOLD TO**

*Honey Moon Hill Const*
*For*
*( 444 East merritt Isl Cswy )*
*( Merritt Isl. Fl 32952 )*

*(2.0)*

| DATE | 5-8-09 |
|---|---|
| CUSTOMER ORDER NO. | |
| SALESPERSON | Don / John |
| CUSTOMER # | Tim 960 4208  (230) KC |

*FAX 321-454-9647*       *452 4552   Sue*

## PLEASE PAY FROM THIS INVOICE, NO STATEMENT WILL BE SENT

| QUANTITY | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|
| 12 | **Annual Maintenance Inspection** | 4.00 | 48 00 |
| | Fire Extinguisher Inspection and Certification | | |
| | Fire Extinguisher Recharge and 6 year Maintenance | | |
| 4 | Fire Extinguisher (Recharge) and 6 year Maintenance | 25.00 | 100 00 |
| | Fire Extinguisher Recharge and 6 year Maintenance | | |
| | Hydrostatic Test | | |
| 2 | New Fire Extinguisher     Size & Type  4 A 80 BC  10lb | 85.00 | 170 00 |
| 1 | New Fire Extinguisher     Size & Type  3 A 40 BC  5lb | 62.00 | 62 00 |
| | Fire Suppression System Inspection & Test | | |
| 8 | Tamper Seals per NFPA10 | 1.00 | 8 00 |
| | Fire Alarm System Inspection & Test | | |
| | Sprinkler System Inspection & Test | | |
| 5 | *Wall Hangers & Rahmg* | 8.00 | 40 00 |
| | *Emerg & Exit* | | |
| | *(Lighting needs service)* | | |
| | Special Hazards: | | |

*Fire Extinguisher*   *6-3-09*
*# 151*
*Exit signs repairs* [Ital]   *(21VV)*

*739.88  (740.48)  580.88*

453.68 +
127.2 +
159. +
739.88 *

| | | |
|---|---|---|
| Sub Total | | 428 00 |
| Service Call: | | No charg |
| Sales Tax | | 25.68 |
| (Total) | | 453.68 |

_____   Net _____

_Kathy,_
_Please pass_
_Thanks_

**Space Coast Fire and Safety, Inc.**
420 Manor Drive
**Merritt Island, FL 32952**
EF - 20000623, EC - 13001156
STATE LIC. #5807980031999
SYSTEMS LIC. #92384900012002
(321) 783-1040
(321) 783-1516

# Invoice

| DATE | INVOICE # |
|------|-----------|
|      | P 24770   |

**SOLD TO**

Honey Moon Hill Const.
135 N. City Pkwy
M. F. Fl 32953

FOR
old circuit city Bldg.

FAX 454-9647

| DATE | 5-22-09 |
|------|---------|
| CUSTOMER ORDER NO. | |
| SALESPERSON | Don/Chester |
| CUSTOMER # | 452-4552 |

(1.0)

## PLEASE PAY FROM THIS INVOICE, NO STATEMENT WILL BE SENT

| QUANTITY | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-------------|------------|--------|
| | **Annual Maintenance Inspection** | | |
| | Fire Extinguisher Inspection and Certification | | |
| | Fire Extinguisher Recharge and 6 year Maintenance | | |
| | Fire Extinguisher Recharge and 6 year Maintenance | | |
| | Fire Extinguisher Recharge and 6 year Maintenance | | |
| | Hydrostatic Test | | |
| | New Fire Extinguisher    Size & Type | | |
| | New Fire Extinguisher    Size & Type | | |
| | Fire Suppression System Inspection & Test | | |
| | Tamper Seals per NFPA10 | | |
| | Fire Alarm System Inspection & Test | | |
| | Sprinkler System Inspection & Test | | |
| 3 | 6 Volt 4AM Battery | 40.00 | 120 00 |
| | Checked lights | | NC |
| | Special Hazards: | | |

Signature_____

Terms_____ Day_____ Net_____

Late Payment _____

| Sub Total | 120.00 |
|-----------|--------|
| Service Call: | |
| Sales Tax | 7.20 |
| (Total) | 127.20 |
| ( ) | |

*Kathy*

**Space Coast Fire and Safety, Inc.**
**420 Manor Drive**
**Merritt Island, FL 32952**
EF - 20000623, EC - 13001156
STATE LIC. #5607900031989
SYSTEMS LIC. #92364900012002
(321) 783-1040
(321) 783-1616

# Invoice

| DATE | INVOICE # |
|------|-----------|
|      | P 24735   |

**SOLD TO**

Honey Moon Hill Const
1351 N-Cty Pkwy
Merrll Isl Fl 32453

| | |
|---|---|
| DATE | 5-29-09 |
| CUSTOMER ORDER NO. | (1.0) |
| SALESPERSON | Dwj Chester |
| CUSTOMER # | TOM 4524552 |

FN 454 9647

## PLEASE PAY FROM THIS INVOICE, NO STATEMENT WILL BE SENT

| QUANTITY | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-------------|-----------|--------|
| | **Annual Maintenance Inspection** | | |
| | Fire Extinguisher Inspection and Certification | | |
| | Fire Extinguisher Recharge and 6 year Maintenance | | |
| | Fire Extinguisher Recharge and 6 year Maintenance | | |
| | Fire Extinguisher Recharge and 6 year Maintenance | | |
| | Hydrostatic Test | | |
| | New Fire Extinguisher    Size & Type | | |
| | New Fire Extinguisher    Size & Type | | |
| | Fire Suppression System Inspection & Test | | |
| | Tamper Seals per NFPA10 | | |
| | Fire Alarm System Inspection & Test | | |
| | Sprinkler System Inspection & Test | | |
| 1 | Combo · Exit Emg. | | 150 00 |
| | | | |
| | Special Hazards: | | |
| | | | |

*Paid 6-18-09 # 158*

| | | |
|---|---|---|
| Sub Total | 150 00 |
| Service Call: | NC |
| Sales Tax | 9.00 |
| Total | 159.00 |

Signature_____

Terms_____ Day_____ Net_____
Late Payment _____

# EXHIBIT I

# PROPOSAL

**DBI Demolition**
2838 Sarno Road
Melbourne, FL 32935
(321) 725-4239 / (321) 253-1535 fax

DBI
A DIVISION OF DON BELL INC.

| PROPOSAL NO. | 4593 |
| SHEET NO. | |
| DATE | 4-22-09 |

PROPOSAL SUBMITTED TO: *Alex*

NAME *Honeymoon Hill*

ADDRESS

PHONE NO. *452-4552   FAX 454-9647*

WORK TO BE PERFORMED AT:

ADDRESS *Circut City*
*M.I.*

DATE OF PLANS

ARCHITECT

We hereby propose to furnish the materials and perform the labor necessary for the completion of:

*Removal of shelves. Removal of Cash out Centers.*
*Removal of Audio Area. Remove desk & tables*
*Remove Signs + Board Backing Remove hanging signs.*
*Remove office area up Front.          $9500.00*

*Remove Floor Covering For $1.00 sqFt.*

Permits by *Contractor*                          Utility disconnects by *Contractor*
All debris removed from site. DBI retains all salvage.
DBI is not responsible for any damage to driveways, sidewalks, yard or anything buried or underground due to equipment.
This bid does not include septic tank abandonment. If abandonment is required there is an additional charge of $500.00/tank. Work must
be done at the same time as demolition.

All material is guaranteed to be as specified and the above work to be performed in accordance with the drawings and specifications
submitted for above work and completed in a substantial workmanlike manner for the sum of _____ Dollars ($ X )

With payments to be made as follows. **upon completion.**

Respectfully submitted
Per *Chris Elkins*

Any alteration or deviation from above specifications involving extra
costs will be executed only upon, written order, and will become extra
charges over and above the estimate. All agreements contingent upon
strikes, accidents, or delays beyond our control.

NOTE — This propsal may be withdrawn by
us if not accepted within _____ days.

**ACCEPTANCE OF PROPOSAL**
The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified.
Payments will be made as outlined above.

Signature _____

Date _____                          Signature _____

# PROPOSAL

# EXHIBIT J



# All Asphalt Services Inc.

Corporate Offices
373 Lazy Acres Lane
Longwood, FL 32750
Federal Tax I.D. 59-3224154
Phone 407 774-2009  Fax 407 331-8525

**Orlando**
Ph 407 330-0894
Fx 407 330-0895

**Jacksonville**
Ph 904 262-2746
Fx 904 262-2764

**Tampa**
Ph 813 654-8383
Fx 813 654-9898

www.AllAsphaltServices.com

| Estimate # |
| --- |
| 3117 |
| **Date** |
| 5/26/2009 |

| Name / Address | | | |
| --- | --- | --- | --- |
| Honeymoon Hill Constructors 1351 N. Courtenay Pkwy suite AA Merritt Island, FL 32953 | | | |

| | Customer Contact | Customer Phone | Customer Fax |
| --- | --- | --- | --- |
| | Tim McGowan | 321 452-4552 | 321 454-9647 |

| Project |
| --- |
| Circut City |

| Description | Total |
| --- | --- |
| Proposal to replace missing curb, install new bollard, sealcoat and re-stripe parking lot. | |
| Remove and replace up to 26' of 6" extruded curb with 3000 psi concrete. | 900.00 |
| Remove and replace 9 broken or missing concrete car stops. | 360.00 |
| Remove and replace (1) 6" steel bollard set in and filled with concrete by loading dock. | 1,380.00 |
| All areas to be cleaned with power equipment prior to applications.  Treat areas showing oil penetration with an oil spot primer. | |
| Apply (2) coats spray applications of coal tar emulsion sealer with 3/5 lb. sand slurry and latex additive. Sealer to meet or exceed Federal Specification RP355D and have a one year maintenance warranty, excluding base failure.  Approximately 67,130 sq. ft. asphalt surface.  *All Asphalt Services, Inc recommends the use of coal tar based sealer, but can apply any manufacturer's sealer. | 5,370.00 |
| Department of Traffic approved, Type 3 traffic line paint:  Paint 132 parking stalls, 6 handicap parking spaces, 11 directional arrows, 2 crosswalks, 6 stop bars, 60' of painted curb, 55' of miscellaneous 8" stripe and 329' of miscellaneous 4" stripe. | 1,030.00 |

This proposal is valid for 30 days.  Please sign and return for confirmation

| **Total** | $9,040.00 |
| --- | --- |

We propose hereby to furnish material and labor - complete in accordance with the above stated specifications.  Payment to be made in full upon completion. All work is guaranteed as specified. Certificates of insurances provided upon request.  After acceptance this document shall be considered a binding contract.  In the event it becomes neccesary to employ an attorney to collect any amount due under this contract, the customer/owner shall pay all reasonable attorney's fees and costs incurred by All Asphalt Services Inc. in collecting sums due under this contract. Any remobilization beyond our control there will be a minimum $500 charge per trip.

ACCEPTANCE OF CONTRACT: The above prices, specifications and conditions are satisfactory and are hereby accepted as stated.  You are hereby authorized to perform the work as specified.  Payment will be made as outlined above.  Please sign and return for confirmation.

Signature _____    Date _____

# EXHIBIT K



Dynamic Lighting, Inc.
846 W. Eau Gallie Blvd.
Melbourne, FL 32935
-Phone: 321-255-0888
- Fax: 321-259-0958
WWW.dynamiclighting@Bellsouth.net



| | |
|---|---|
| Date: | 4/14/2009 |
| Name: | Honneymoon Hill Construction |
| Attn: | Alex or Tim |
| Adds: | 1351 N Courtney Pky. |
| City: | Merrit Island                State FL                Zip: 32953 |
| Ph: | 452-4552 |
| Fax: | 454-9647 |
| RE: | Circuit City Electrical Repairs |

Dynamic Lighting Inc. is pleased to present you with the quote detailed below.

### Scope of Work:

- ** **Road Shop Area:** Trouble shoot and repair all electrical outlets and remove electric in cabinets.
- ** **Audio Rooms:** Remove all electrical circuits and make sure electric is safe.
- ** **Warehouse Area:** Trouble shoot lighting and repair. Repair all unsafe electrical circuits.
- ** **Sales Counter Area:** Remove all electrical circuits and safe off.
- ** **Computer Room Area's:** Trouble shoot and repair all lighting and cruits to be safe.
- ** **Front Cashier Area:** Remove all electrical ciruits and safe off.
- ** **Show Room Floor Area:** Remove all overhead conduit hanging down and coil low voltage wire in ceiling for future. Remove all electrical circuits and safe off for future.
- ** **Exterior Building :** Trouble shoot and repair all lighting.
- ** **Parking Lot Area:** Trouble shoot and repair all lighting.
- ** **NOVAR SYSTEM:** Trouble shoot and cordinate with Novar to repair. No Material Included!!! Novar or Contrator to supply.

**NOTE:** This proposal is for only foreseen items per walk through. Any unforseen items will be a change order and approved before any repairs are done. Itmes listed above will have a one year warranty upon completion on instalation. Materials will have a 90 day warranty from instalation.

Permit fee's or FPL fee's included ( if required). Dynamic Lighting Inc. is not responsible for any drywall or roofing repairs or for any concrete or asphalt replacement ( if necessary). Quote is valid for 10 days. All work will be performed in accordance to National Electrical Code Standards and local ordinances. Proposal price subject to change due to material and economy inflation. Price adjustment will be given in writing, Contractor/ Home owner will be responsible for payment.Payments not received by invoice date shall be considered past due. Past due accounts will be charged at the rate of 12% per monthuntil balance is paid in full. No release of lien shall be signed unless all payments are paid in full. When proposal is signed this instrument constitutes a leagal and binding contract between both parties. Please contact us if we can provide you with additional information.

**Payment Schedule: 30% material deposit, 50% interior completion, 20% exterior completion**
**Bid Amount : $ 36,893.00**

Payment Liability

Customer Signature signifies authorization of quote work and acceptance of payment liability. Payment is due upon completion of work or Satisfactorily passing any required inspection. If invoice is not paid and Contractors engages attorney to enforce collection customer agrees to pay all expenses and Court cost of litigation including court cost and reasonable attorney fees to be fixed by any court in which said attorney is required to appear. Customer further agrees that he may be sued in Brevard County, Fl Court.

_____               _____
Customer Signature                                             Date

# EXHIBIT L

## Acousti Engineering Co. of Florida
Since 1946
426 Gus Hipp Boulevard, Rockledge, FL 32955
Phone: (321) 636-4042   Fax: (321) 636-4087

www.acousti.com

DanaVerner@acousti.com

CGC-022761

| CHARLOTTE, NC 28217 | 9201 FORTYSYTH PARK D | AC 704-504-0220 |
| CLEARWATER 33768 | P.O. BOX 4868 | AC 727-531-7774 FAX 727-539-7888 |
| FT. MYERS 33902-2212 | P.O. BOX 2232 | AC 941-332-1419 FAX 941-332-0700 |
| GAINESVILLE 32602 | P.O. BOX 1242 | AC 352-331-7896 FAX 352-317-8722 |
| HOUSTON, TX 77205 | P.O. BOX 10378 | AC 713-937-6060 FAX 713-862-9623 |

| JACKSONVILLE 32205-2147 | P.O. BOX 2147 | |
| LANTANA 33462 | 525 GATOR DR. | |
| MEDLEY 33178 | 9330 N.W. 100TH ST. | |
| NASHVILLE, TN 37211 | 819 SPACE PARK DR. | |
| ORLANDO 32801-6146 | P.O. BOX 618146 | |

| | | AC 904-791-8294 FAX 904-791-8038 |
| | | AC 941-585-8010 FAX 941-585-1161 |
| | | AC 305-887-1007 FAX 305-864-4176 |
| | | AC 615-781-8802 FAX 615-781-0227 |
| | | AC 407-422-0451 FAX 407-422-0003 |

| PENSACOLA 32264-0859 | P.O. BOX 859 | AC 850-484-0266 FAX 850-484-1305 |
| RALEIGH, NC 27604 | 1815 CAPITAL BLVD. SUITE 3 | AC 919-508-9400 FAX 919-549-0410 |
| ROCKLEDGE 32955 | 426 GUS HIPP BLVD. | AC 321-636-4043 FAX 321-636-4087 |
| TALLAHASSEE 32304 | 2602 PLANT ST. | AC 950-479-0160 FAX 850-671-7100 |
| TAMPA 33687 | P.O. BOX 290859 | AC 813-630-0716 FAX 813-626-4310 |

Fax: 321-454-9647

Proposal # 28432-950

Date:   May 22, 2009

Contractor: **Honeymoon Hill Constructors**

Building:   Old Circuit City

Location:   Merritt Island, FL

Attn:  Sue

Architect:   N/A

Gentlemen:

Plans Date:  N/A

This is a proposal to furnish all materials and labor as herein described for the above named project as per your request.

## <u>Acoustical Ceilings</u>

<u>Scope:</u> Replace any damaged or missing ceiling tile and grid throughout
store.

Electrical, HVAC and Fire Protection work to be done by others.

All work is to be performed under normal daytime working hours.
Night and/or weekend work is not included.

<u>Bid:</u> ~ Installed With Tax Included ..................................................................   **$1,285**

Purchaser's acceptance of the intent of this proposal whether by this form or otherwise, incorporates all conditions of this proposal shown on
this and the second page. All subject to purchaser's acceptance by an authorized officer or agent, within twenty (20) days from date hereof.

IF YOUR CONTRACT FORM IS
NOT REQUIRED, KINDLY SIGN
AND DATE THIS PROPOSAL ON
THE REVERSE SIDE TO SIGNIFY
ACCEPTANCE. THANK YOU.

Respectfully submitted,
ACOUSTI Engineering Company Of Florida

STATE SALES TAX NOT INCLUDED ON MATERIAL SALES.
(See reverse side for conditions and ACCEPTANCE)

Dana Verner - Project Manager

# EXHIBIT M

Quotation

Atlantic Garage Doors
1550 Bay Mare Lane NW
Palm Bay, FL  32907

Quote Number
713

Office     321-951-2153
Fax        321-733-7292

Quote Date
May 29, 2009

Quoted to:
Honeymoon Hill Constructors
1351 N. Courtenay Pkwy.
Suite AA
Merritt Island, FL  32953

Ship to:
Circuit City
450 E. Merritt Island Cswy.
Merritt Island, FL

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| 00205 | 8/28/09 | Net 30 Days | |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | SC | Service Call,Oil & Adjust Doors | 75.00 | 225.00 |
| 6.00 | | Side Lock (2 per door) | 4.00 | 24.00 |
| 2.00 | | Hinges (total for job) | 4.00 | 8.00 |

|  | Total | 257.00 |
|---|---|---|

# EXHIBIT N



# QUOTE 150

Superior Doors & Windows
3800 N Cocoa Blvd
Cocoa, FL 32926
Phone: (321) 631-1340
Fax: (321) 636-8098
E-mail: sales@superiordoors.net
Web: www.superiordoors.net

Date: 6/17/2009
Expiration Date: 7/17/2009
Honeymoon Hill
321-454-9647

| Salesperson | Job | | Delivery Date | Payment Terms |
|---|---|---|---|---|
| Derek Journey | Honeymoon Hill | | | |

| Description | Qty | Unit Price | Discount | Line Total | |
|---|---|---|---|---|---|
| Furnish and install commercial grade 3070 steel flush door. | 3 | $1800.00 | | $5400.00 | T |
| | | Total Discount: | | | |
| | | | Subtotal: | | |
| | | | Sales Tax: | $0.00 | |
| | | | Total: | $5400.00 | |

### Description of Work to be Performed

One door does have a small window.
This is for a twenty-five minute fire rating.

### Terms & Conditions

During the course of home improvement and repair work, certain impediments which were previously hidden or obfuscated may be revealed. As such, the materials, labor, and prices given are based on the jobsite (building or otherwise) meeting all code, industry, and legal standards. Any alterations or deviations from these standards, including, but not limited to, structural damage, nonstandard previous installation, and unlevel building surfaces, will incur additional charges. The customer will be notified in writing of any additional charges before such work is undertaken.

Any coupons must be presented before acceptance of this document. No more than 1 coupon may be applied to a quote, sales order, or invoice. All deposits and special order materials are non-refundable. A fee of $25 will be charged for all returned checks. Any late payments will be subject to 1.5% per month interest, 18% per annum.

To accept this quotation, including all conditions and payment terms outlined above, sign here and return:



# EXHIBIT O

**Sue Mann**

| | |
|---|---|
| **From:** | Joyce Holbert [Joyce_Holbert@mannington.com] |
| **Sent:** | Tuesday, April 21, 2009 3:47 PM |
| **To:** | Alex Bobinski |
| **Cc:** | sue@honeymoonhill.com |
| **Subject:** | RE: circuit city carpet tiles |

Sue,

The product is Y4703 and we have no more inventory available.  This is one of the 1st products Circuit City ordered from Mannington.

Thanks,
Joyce Holbert
MANNINGTON COMMERCIAL
Strategic Account Services
800-241-2262 ext 6412
706-602-6497 (Fax)

**From:** Alex Bobinski [mailto:alex@honeymoonhill.com]
**Sent:** Tuesday, April 21, 2009 3:42 PM
**To:** Joyce Holbert
**Subject:** circuit city carpet tiles

Joyce,

Here are the pictures of the carpet tiles from Circuit City. Please call or email Sue at sue@honeymoonhill.com.

Brandi Arroyo
Secretary
Honeymoon Hill Constructors
P 321.452.4552
F 321.454.9647
alex@honeymoonhill.com

1

# J&J CARPET ONE FLOOR and HOME
## 86 NORTH ORLANDO AVE.
## COCOA BEACH, FL. 32931
## 321-784-1990 FAX 321-784-6989

06/10/09

**Honeymoon Hills Constructors**
1351 N. Courtenay Pkwy.
Merritt Island, Fl. 32953
452-4552 fax 454-9647
Att: Sue

### Proposal

### Revitalization of Circuit City Building

**Demo:**
Remove 22,000 s.f. existing carpet tiles @ .11 s.f                          2,420.00

**Furnish and Install:**
22,000 s.f. Commercial Grade Carpet Tiles @ 3.43 s.f.                      75,460.00

## Bid Total: 77,880.00

Thank you,

**Pete Mansfield**
**J&J Carpet One Floor and Home**

Revised

# EXHIBIT P

Jun 18 2009 7:07AM   HP LASERJET FAX                                      P.2

# ERIC MARSHALL DRYWALL. INC

3760 S. Hopkins Avenue, Suite B
Titusville, FL 32780
Office (321) 269-3708 Fax (321) 268-9651



**DATE:** June 18, 2009

**COMMERCIAL**

# P R O P O S A L

**TO**

Honeymoon Hill Constructors
1351 N. Courtenay Parkway Ste. A
Merritt Island FL 32953

**JOB**

Circuit City
Merritt Island FL

**SCOPE OF WORK AS FOLLOWS**

WE PROPOSE TO FURNISH ALL LABOR AND MATERIALS FOR THE COMPLETION OF:
-Patch drywall/repair drywall as needed in service bay, warehouse, 1st floor sales area, stairwell and 2nd floor.
-Lift Rental

**FOR THE SUM OF** $10,315.00
Ten Thousand Three Hundred Fifteen and Zero/00 DOLLARS

**EXCLUSIONS**

-No work in restrooms or 1st floor offices.
-No acoustical ceiling work

**PROGRESS DRAWS**

This Proposal is good for 30 days.
This proposal does not include any
price increases on materials that
may take effect after it has been
submitted prior to the beginning of
the project.

**TERMS**

Upon accepting this
proposal Customer is
responsible for any and
all collection fees, legal
fees, and interest.
1.5% NET 30 DAYS

**ACCEPTANCE**

PRINT _____

SIGN _____

DATE _____

# EXHIBIT Q

JUN-18-2009  12:37        FAST MAIL N MORE              321 757 0714      P.02

FROM:   Paint'in the Town, Inc.                          Page. No.   1
        1270 N. Wickham Rd Ste.16, #203
        Melbourne, FL 32935
        321-368-9695

## PROPOSAL SUBMITTED TO:

Name:   Honeymoon Hill Constructors

Phone:   321-452-4552              Date:   6/18/09

Job:     Circuit City Interior Paint Job

City:    Merritt Island

State:   FL                        Zip:    32952

I propose to perform all of the labor and provide all of the material necessary to complete the following:

Interior Painting – Remove wall paper and remaining glue residue, Prime Black and Red Walls, Paint all walls in store and upstairs offices to neutral color, Paint all doors (if metal w/ oil based paint) and trim

31,000 sq. ft. @ $2.25 sq. ft. = $69,750

All of the work is to be completed in a substantial and workmanlike manner for the sum of sixty nine thousand seven hundred and fifty dollars (**$69,750**).

Any alterations or deviation from the above specifications involving extra cost of material or labor will be executed upon written order for same, and will become an extra charge over the sum mentioned in this contract.  All agreements must be made in writing.

Authorized
Signature

## ACCEPTANCE

You are hereby authorized to perform all labor required to complete the work mentioned in the above proposal for which Honeymoon Hill Constructors agrees to pay the amount mentioned in said proposal and according to the terms thereof.

# EXHIBIT R

**PLATT'S AIR CONDITIONING
AND HEATING, INC**
P.O. Box 100216
Palm Bay, FL 32910-0216
(321) 768-0759



Page No._____ of _____ Pages

**DESCRIPTION OF JOB**

PROPOSAL SUBMITTED TO:

HONEYMOON HILL CONSTRUCTORS
1351 N. COURTNEY PARKWAY
MERRITT ISLAND, FL 32954

| ARCHITECT | DATE OF PLANS |
|---|---|
| JOB Circuit City | |
| ADDRESS | |
| CITY Merritt Island | STATE FL | ZIP |
| PHONE | DATE 6/19/2009 |

We hereby submit specifications and estimates for:

Replace 10 Fresh Air Hoods and Exterior Manual Louvers.  Spray no rinse coil cleaner on evaporator coils.  Clean and wash Condenser Coils.  Dry and spray coil coat on Condenser Coils.  Spray rust inhibitor on rusted areas.  Install clean filters.

We hereby propose to furnish material and labor, complete in accordance with above specifications, for the

sum of   Seven thousand, six hundred and fifteen _____ dollars ($ 7,615.00 )

with payment to be made as follows:   via billed invoice

All material is guaranteed to be as specified. All work is to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from specifications involving extra costs will be executed upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Worker's Compensation Insurance.

Authorized
Signature _____

Note: This proposal may be withdrawn by us if not accepted within 20 days.

**Acceptance of Proposal** - The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature _____

Date of Acceptance: _____

Signature _____