# EXHIBIT S

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

-----------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **CIRCUIT CITY STORES, INC., et al.,** | : | **Case No. 08-35653-KRH** |
| | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |

-----------------------------------------------------------x

### DECLARATION OF ALEXANDER BOBINSKI
### PURSUANT TO 28 U.S.C. § 1746

1.      I, Alexander Bobinski, submit this declaration in support of the response of Alexander H. Bobinski, Trustee to the Liquidating Trust's Eighth Omnibus Objection.

2.      I have worked in the contracting industry managing my own general contracting business, Honeymoon Hill Constructors, since 1972.

3.      I state that the following estimates of costs for certain additional, necessary repairs to former Circuit City Store No. 3289 are based on my expertise as a licensed contractor. My estimates are as follows:

| | |
|---|---|
| Dumpster rental, dump fees | $ 2,750.00 |
| Equipment rentals | 2,000.00 |
| Electrical contingency | 7,380.00 |
| Lawn sprinkler controller, heads, and interior bollards damaged | 1,950.00 |
| Wall crash rails removed, replace | 1,780.00 |
| Exterior metal stairs removed, replace | 6,900.00 |
| Gutters and downspouts damaged | 1,600.00 |
| Sump pump replace | 1,500.00 |
| Cut bolts at warehouse, repair | 1,500.00 |
| Vinyl cove missing, damaged | 750.00 |
| Remove and replace damaged faucets, toilet valves, drinking fountains | 4,830.00 |
| Slatwalls removed, workbench, replace | 5,340.00 |
| Roof piping severely rusted | 1,950.00 |
| Final cleaning | 3,500.00 |

| | |
|---|---|
| Supervision and administration to date | 7,139.06 |
| Overhead and profit | 57,258.11 |

Breakdown of Overhead and Profit:
Overhead (10%): $28,629.06
Profit (10%): $28,629.05

**Total of estimates**          **$108,127.17**

4.    The expenses shown above are in addition to the repair costs we have incurred or have estimated through outside contractors shown on Exhibits A through S.

5.    The collective total of damages repair expenses (my estimates and the expenses shown on Exhibits A through S) is $343,548.66.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _April 4, 2011_

Alexander Bobinski

1135676v3

2