# EXHIBIT T

March 31, 2010

## Statement

As the manager of the former Circuit City store at 450 East Merritt Island Causeway, Merritt Island, FL 32952 for many years, I was present at the store during the time period from the declaration of bankruptcy by Circuit City on November 10, 2008 until the final closing of the store at the beginning of March 2009.

During this time period, Circuit City headquarters ceased to do maintenance at the store. Accordingly, the following activities, among others, were not performed:

- Fire sprinkler inspections and repairs
- Fire alarm inspections
- Parking lot repairs
- Elevator repair
- Replacement of bulbs and light fixture repairs at the store, the parking lot lighting, exterior signage, and exterior lights.
- Air conditioning system maintenance and filters
- Lawn care, landscaping, and sprinkler system maintenance
- Exit signs and fire extinguisher repairs
- Sump pump repair
- Plumbing repairs
- Roof leaks

During this same time period, all merchandise in the store was liquidated and fixtures sold. Also sold were permanently attached items. This activity caused damage to various areas of the premises, such as:

- Removal of acoustic ceiling tiles
- Cutting of electrical and communication wires and the removal of electric cover plates leaving wires exposed, posing a dangerous condition once electrical breakers were turned back on at walls, floors, and ceilings
- Interior doors damaged
- Bolts at warehouse floor cut when the rack system was sold
- Vinyl cove removal
- Carpet squares removed and sold
- Drywall damage, numerous holes in walls, wallpaper damaged at many locations
- Slat walls and attached wall cabinets removed causing damage at walls and electrical devices
- Trash and discarded items piled at rear of store exterior
- Unsold items were left on the sales floor

_____    April 1, 2010
Ann Grey                      Date
Circuit City Store Manager