# EXHIBIT "A"

**MENTER, RUDIN & TRIVELPIECE, P.C.**
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1498
Telephone:  (315) 474-7541
Facsimile:   (315) 474-4040
Kevin M. Newman

and

Augustus C. Epps, Jr. (VSB 13254)
Michael D. Mueller (VSB 38216)
Jennifer M. McLemore (VSB 47164)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:  (804) 697-4100
Facsimile: (804) 697-4112

*Attorneys for Sangertown Square, L.L.C.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

---

In re:

CIRCUIT CITY STORES, INC., *et al.*

Debtors.

Case No. 08-35653-KRH
Jointly Administered
Chapter 11 Proceedings

---

**DECLARATION OF WILLIAM F. BAKER IN SUPPORT OF SANGERTOWN SQUARE, L.L.C.'S RESPONSE TO THE LIQUIDATING TRUST'S FOURTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS AND DISALLOWANCE OF CERTAIN INVALID CLAIMS)**

STATE OF NEW YORK   )
                    )SS:
COUNTY OF ONONDAGA  )

William F. Baker, being duly sworn, deposes and says:

1.  I am Assistant General Counsel of Pyramid Management Group, LLC (the "Management Company"). The Management Company is the managing agent of Sangertown Square, L.L.C. (the "Landlord") which is the owner of a shopping center located at Sangertown Square Mall, New Hartford, New York (the "Center").

{22375/22755/AK/00296530.DOC}

2. I have personal knowledge of the facts set forth in this Declaration and I may be contacted at: Pyramid Management Group, LLC, 4 Clinton Square, Syracuse, New York 13202, (315) 422-7000.

3. The Landlord was a party to a lease (the "Lease") with Circuit City Stores, Inc. (the "Debtor") of premises (the "Premises) at the Center.

4. In the regular course of my employment by the Management Company, I review rent and other charges billed to the Landlord's tenants.

5. The total amount reserved under the Lease from March 11, 2009 until the end of the Lease term is $3,353,499.89. An itemization of this calculation is attached to this Declaration as Schedule 1.

6. Fifteen percent of this rent reserved is $503,024.98.

7. The Landlord's claim for $503,024.98 remains due.

William F. Baker

Sworn to before me this
5 day of April, 2011

Notary Public

SALLY A. O'DONNELL
Notary Public, State of New York
Qualified in Onondaga County
Commission Expires March 30, 20 14

{22375/22755/AK/00296530.DOC}    2

# **SCHEDULE "1"**

| TENANT: | CIRCUIT CITY - MERCHANT #610104 |
|---|---|
| MALL: | Sangertown |
| TERM: | 10 YEARS 3 MONTHS |
| LCD: | 11/10/98 |
| SQ. FT.: | 21,280 |
| EXPIRATION: | 01/31/19 |
| NPV DATE: | 03/11/09 |

NET PRESENT VALUE
OF FUTURE PAYMENTS
3/11/2009

| YEAR | RATE RENT | 9.00% MALL CHG | TOTAL | RATE RENT | 6.00% MALL CHG | TOTAL | RATE RENT | 0.00% MALL CHG | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2009 | 174,749.81 | 83,758.06 | 258,507.87 | 174,749.81 | 83,758.06 | 258,507.87 | 174,749.81 | 83,758.06 | 258,507.87 |
| 2010 | 216,689.76 | 104,826.96 | 321,516.72 | 216,689.76 | 104,826.96 | 321,516.72 | 216,689.76 | 104,826.96 | 321,516.72 |
| 2011 | 216,689.76 | 105,822.96 | 322,512.72 | 216,689.76 | 105,822.96 | 322,512.72 | 216,689.76 | 105,822.96 | 322,512.72 |
| 2012 | 216,689.76 | 106,848.84 | 323,538.60 | 216,689.76 | 106,848.84 | 323,538.60 | 216,689.76 | 106,848.84 | 323,538.60 |
| 2013 | 216,689.76 | 107,905.44 | 324,595.20 | 216,689.76 | 107,905.44 | 324,595.20 | 216,689.76 | 107,905.44 | 324,595.20 |
| 2014 | 241,518.85 | 108,993.72 | 350,512.57 | 241,518.85 | 108,993.72 | 350,512.57 | 241,518.85 | 108,993.72 | 350,512.57 |
| 2015 | 243,776.04 | 110,114.64 | 353,890.68 | 243,776.04 | 110,114.64 | 353,890.68 | 243,776.04 | 110,114.64 | 353,890.68 |
| 2016 | 243,776.04 | 111,269.28 | 355,045.32 | 243,776.04 | 111,269.28 | 355,045.32 | 243,776.04 | 111,269.28 | 355,045.32 |
| 2017 | 243,776.04 | 112,458.48 | 356,234.52 | 243,776.04 | 112,458.48 | 356,234.52 | 243,776.04 | 112,458.48 | 356,234.52 |
| 2018 | 243,776.04 | 113,683.44 | 357,459.48 | 243,776.04 | 113,683.44 | 357,459.48 | 243,776.04 | 113,683.44 | 357,459.48 |
| 2019 | 20,314.67 | 9,371.54 | 29,686.21 | 20,314.67 | 9,371.54 | 29,686.21 | 20,314.67 | 9,371.54 | 29,686.21 |
| NPV | $1,505,654.99 | $714,340.91 | $2,219,995.90 | $1,711,220.80 | $810,438.76 | $2,521,659.56 | $2,278,446.53 | $1,075,053.36 | $3,353,499.89 |