IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:
) Case no. 08-35653-KRH
)
CIRCUIT CITY STORES, INC. 1, et al.,   ) Chapter 11
)
       Debtors. ) (Jointly Administered)
)
_____)

LIQUIDATING TRUST'S ELEVENTH OMNIBUS OBJECTION TO CLAIMS: RECLASSIFY TO GENERAL UNSECURED CLAIMS, REDUCE TO STATUTORY CAP, OR DISALLOW, AS APPLICABLE (SPECIAL CASH RETENTION PROGRAM)

I AM CONTESTING THIS CLAIM BASED ON THE RIGHT TO RECEIVE THE PORTION OF MY AWARD ON THE VESTING DATE. THE CONTINGENT CLAIM FOR CASH AWARD VESTED IN 2009 WHILE I WAS AN FULL TIME EMPLOYEE, THEREFORE I AM ENTITLED TO PRIORITY OF THE CLAIM. I HAVE SATISFIED ALL REQUIREMENTS OF MY CLAIM(AWARD). THE RIGHT OF MY AWARD IS NOT CONTINGENT ON CORPORATE OR INDIVIDUAL PERFORMANCE. MY CLAIM NUMBER IS 4291.

_Virgil S. Lynn 4/1/2011_
VIRGIL S. LYNN



RICHMOND DIVISION
FILED APR 4 2011
CLERK
US BANKRUPTCY COURT

requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| Name & Address | Claim Number | Classification as Filed | Claim Amount as Filed | Reclassified General Unsecured Claim |
|---|---|---|---|---|
| LYNN, VIRGIL S<br>820 STRATFORD RUN DR<br>FORT MILL, SC 29708 | 4291 | Priority | $15,000.00 | $15,000.00 |

YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. **YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION.** THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY **4:00 P.M. (EASTERN TIME) ON APRIL 7, 2011**, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.

### Critical Information for Claimants
### Choosing to File a Response to the Objection

Who Needs to File a Response: If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to