# EXHIBIT "B"



387 NORTHERN LIGHTS DRIVE, N. SYRACUSE, NY 13212

315-455-2500   • Fax: 315-455-2501

mkcnyinc@yahoo.com

## Invoice        MAY 20 2009

| PROJECT: | CAROUSEL CENTER<br>9090 CAROUSEL CENTER DRIVE<br>SYRACUSE. N.Y.13209 #SFLS-106-29-009-28 | DATE: | 05/20/09 |
|---|---|---|---|

<u>Scope of Work:</u>   Provide labor, tools and equipment necessary for the removal of CIRCUIT CITY sign at canopy, repair dryvit, [ holes ] , paint canopy to match mall precast panels, per # SFLS-106-2009-28 dated -5/11/2009

TOTAL : $ 4,425.00

| Invoice | Bill Date | Delinquent After | Amount Due |
|---|---|---|---|
| # 0520-09 | 05/20/2009 | 06/20/2009 | $ 4,425.00 |

Please remit payment to:   MK Construction of CNY, Inc., 168 Pangborn Road Hastings, NY 13076.   Federal ID # 16-1429315.

DUE UPON RECEIPT:   This invoice represents material, wages and taxes already paid. Failure to make payment by the posted due date will result in a late charge of $35.00 plus 1.5% interest on the unpaid balance, compounded monthly.

Thank you. Your business is greatly appreciated.

Paid By: 106 - Carousel Center Company, LP                    Check No.:        24300
Paid To: MARK KAYLOR DBA                                       Paid Date:      7/02/2009

| Reference Number | Invoice Date | Amount | Discount | Net |
|---|---|---|---|---|
| 0520-09 | 5/20/09 | 4425.00 | 0.00 | 4425.00 |
| 0527-09 | 5/27/09 | 1225.00 | 0.00 | 1225.00 |
| 0529-09 | 5/29/09 | 375.00 | 0.00 | 375.00 |
| | Totals-------> | 6025.00 | 0.00 | |

0520-09                                                                    20090527

**CAROUSEL CENTER COMPANY, LP**
The Clinton Exchange • 4 Clinton Square
Syracuse, New York 13202

**M&T Bank Corporation**
Manufacturer and Traders Trust Co.
Commercial Banking
Main Office, Ithaca, NY 14850

**24300**

Pay   * SIX THOUSAND TWENTY FIVE DOLLARS AND 00 CENTS *

MARK KAYLOR DBA
MK CONSTRUCTION OF CNY, INC
168 PANGBORN RD
HASTINGS, NY 13076

**Check Copy**