# EXHIBIT "C"



SACCO'S LOCKSMITH CO., INC.
1000 Oriskany St. W.
UTICA, NEW YORK 13502
(315) 732-0301

DATE 3/18/09
NAME: Sangertown Mall

Service call to gain entry to five entrance doors to Circuit City and install 4 new mortise cylinders on 2 outer entrance doors.

PRICE: 177.00
TAX: 15.49
TOTAL: 192.49

Thank You

1647

Paid By: 186 - Sangertown Square, LLC          Check No.:     15845
Paid To: **SACCO'S LOCKSMITH CO**              Paid Date:     5/06/2009

| Reference Number | Invoice Date | Amount | Discount | Net |
|---|---|---|---|---|
| 21647 | 3/18/09 | 192.49 | 0.00 | 192.49 |
|  | Totals-------> | 192.49 | 0.00 |  |

MAY 1 1 2009



**SANGERTOWN SQUARE, LLC**
The Clinton Exchange • 4 Clinton Square
Syracuse, New York 13202

**M&T Bank Corporation**
Manufacturer and Traders Trust Co.
Commercial Banking
Main Office, Ithaca, NY 14850

**15845**



Pay  * ONE HUNDRED NINETY TWO DOLLARS AND 49 CENTS *

SACCO'S LOCKSMITH CO
1000 ORISKANY STREET W
UTICA, NY 13502

**Check Copy**