# EXHIBIT "D"

**MENTER, RUDIN & TRIVELPIECE, P.C.**
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1498
Telephone:  (315) 474-7541
Facsimile:   (315) 474-4040
Kevin M. Newman

and

Augustus C. Epps, Jr. (VSB 13254)
Michael D. Mueller (VSB 38216)
Jennifer M. McLemore (VSB 47164)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:  (804) 697-4100
Facsimile: (804) 697-4112

*Attorneys for Carousel Center Company, L.P.
and Sangertown Square, L.L.C.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

---

In re:

CIRCUIT CITY STORES, INC., *et al.*

Debtors.

Case No. 08-35653-KRH
Jointly Administered
Chapter 11 Proceedings

---

**DECLARATION OF WILLIAM F. BAKER IN SUPPORT OF CAROUSEL CENTER
COMPANY, L.P. AND SANGERTOWN SQUARE, L.L.C.'S RESPONSE TO THE
LIQUIDATING TRUST'S THIRD OMNIBUS OBJECTION TO LANDLORD CLAIMS
(REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF
CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS, AND
DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

STATE OF NEW YORK    )
                     )SS:
COUNTY OF ONONDAGA )

William F. Baker, being duly sworn, deposes and says:

1. I am Assistant General Counsel of Pyramid Management Group, LLC (the "Management Company"). The Management Company is the managing agent of Carousel Center

{22375/22755/AK/00295634.DOC}

Company, L.P. ("Landlord 1"), which is the owner of a shopping center located at Carousel Center, Syracuse, New York ("Center 1"). The Management Company is also the managing agent of Sangertown Square, L.L.C. ("Landlord 2"), which is the owner of a shopping center located at Sangertown Square Mall, New Hartford, New York ("Center 2").

2. I have personal knowledge of the facts set forth in this Declaration and I may be contacted at: Pyramid Management Group, LLC, 4 Clinton Square, Syracuse, New York 13202, (315) 422-7000.

3. Landlord 1 was a party to a lease ("Lease 1") with Circuit City Stores, Inc. (the "Debtor") of premises ("Premises 1") at Center 1.

4. Landlord 2 was a party to a lease ("Lease 2") with the Debtor of premises ("Premises 2") at Center 2.

5. In the regular course of my employment by the Management Company, I review rent and other charges billed to the Landlords' tenants.

6. The total amount rent reserved under Lease 1 from November 10, 2008 (the "Petition Date") until the end of the Lease term is $6,826,922.52. An itemization of this calculation is attached to this Declaration as Schedule 1.

7. Fifteen percent of this rent reserved is $1,024,038.38, less ten percent pursuant to the Lease Termination Agreement entered into between Landlord 1 and the Debtor on March 20, 2009 is $921,634.54.

8. Landlord 1 also incurred a $4,425 expense for removal of the Debtor's sign and related repair. Landlord 1 paid that amount on July 2, 2009.

9. Landlord 2 incurred a $192.49 expense for a locksmith to change the locks to Premises 2. Landlord 2 paid that expense on May 6, 2009.

10. Landlord 1's claim for $921,634.54 remains due.

11. Landlord 1's claim for $4,425 remains due.

12. Landlord 2's claim for 192.49 remains due.

_____
William F. Baker

Sworn to before me this
5 day of April, 2011

_____
Notary Public

**SALLY A. O'DONNELL**
Notary Public, State of New York
Qualified in Onondaga County
Commission Expires March 30, 20 14

{22375/22755/AK/00295634.DOC}    3

# SCHEDULE "1"

NET PRESENT VALUE
OF FUTURE PAYMENTS
11/10/2008

TENANT: CIRCUIT CITY - MERCHANT #610104
MALL: CAROUSEL CENTER CO LP

TERM: 10 YEARS 3 MONTHS
TCD: 11/10/04
SQ. FT.: 34,999
EXPIRATION: 01/31/15
NPV DATE: 11/10/08

| YEAR | RATE RENT | 0.00% MALL CHG | TOTAL | RATE RENT | 8.00% MALL CHG | TOTAL | RATE RENT | 4.00% MALL CHG | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| NPV | $3,404,300.86 | $3,422,621.65 | $6,826,922.51 | $2,657,342.43 | $2,659,917.84 | $5,317,260.27 | $2,999,574.74 | $3,008,907.87 | $6,008,482.61 |

MONTHLY CHARGES EFFECTIVE: 11/10/08

| | MINIMUM RENT | 4% TAXES | INSURANCE | RENT | ENERGY | COMPACTOR | WATER | MKT FUND | 5% CAE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | 41,590.48 | 26,095.54 | 1,525.85 | | 0.00 | 0.00 | 0.00 | 0.00 | 12,907.45 | 82,119.32 |
| 2009 | 41,590.48 | 27,139.36 | 1,525.85 | | 0.00 | 0.00 | 0.00 | 0.00 | 13,294.67 | 83,550.36 |
| 2010 | 41,590.48 | 28,224.93 | 1,525.85 | | 0.00 | 0.00 | 0.00 | 0.00 | 13,693.51 | 85,034.77 |
| 2011 | 46,548.68 | 29,353.93 | 1,525.85 | | 0.00 | 0.00 | 0.00 | 0.00 | 14,104.32 | 91,532.78 |
| 2012 | 46,548.68 | 30,528.09 | 1,525.85 | | 0.00 | 0.00 | 0.00 | 0.00 | 14,527.45 | 93,130.07 |
| 2013 | 46,548.68 | 31,749.21 | 1,525.85 | | 0.00 | 0.00 | 0.00 | 0.00 | 14,963.27 | 94,787.01 |
| 2014 | 46,548.68 | 33,019.18 | 1,525.85 | | 0.00 | 0.00 | 0.00 | 0.00 | 15,412.17 | 96,505.88 |
| 2015 | 46,548.68 | 34,339.95 | 1,525.85 | | 0.00 | 0.00 | 0.00 | 0.00 | 15,874.54 | 98,289.02 |

ANNUAL CHARGES (EFFECTIVE 11/10/2008)

| | MINIMUM RENT | 4% TAXES | INSURANCE | RENT | ENERGY | COMPACTOR | WATER | MKT FUND | 5% CAE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | 70,703.82 | 44,362.42 | 2,593.95 | | 0.00 | 0.00 | 0.00 | 0.00 | 21,942.67 | 139,602.86 |
| 2009 | 499,085.76 | 325,672.32 | 18,310.20 | | 0.00 | 0.00 | 0.00 | 0.00 | 159,536.04 | 1,002,604.32 |
| 2010 | 553,625.96 | 338,699.16 | 18,310.20 | | 0.00 | 0.00 | 0.00 | 0.00 | 164,322.12 | 1,074,957.44 |
| 2011 | 558,584.16 | 352,247.16 | 18,310.20 | | 0.00 | 0.00 | 0.00 | 0.00 | 169,251.84 | 1,098,393.36 |
| 2012 | 558,584.16 | 366,337.08 | 18,310.20 | | 0.00 | 0.00 | 0.00 | 0.00 | 174,329.40 | 1,117,560.84 |
| 2013 | 558,584.16 | 380,990.52 | 18,310.20 | | 0.00 | 0.00 | 0.00 | 0.00 | 179,559.24 | 1,137,444.12 |
| 2014 | 558,584.16 | 396,230.16 | 18,310.20 | | 0.00 | 0.00 | 0.00 | 0.00 | 184,946.04 | 1,158,070.56 |
| 2015 | 46,548.68 | 34,339.95 | 1,525.85 | | 0.00 | 0.00 | 0.00 | 0.00 | 15,874.54 | 98,289.02 |

NPV AS OF 11/10/08 (DISCOUNTED @ 0.00%) $6,826,922.52
NPV AS OF 11/10/08 (DISCOUNTED @ 4.00%) $6,008,482.61
NPV AS OF 11/10/08 (DISCOUNTED @ 8.00%) $5,317,260.27