# EXHIBIT "A"

**MENTER, RUDIN & TRIVELPIECE, P.C.**
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1498
Telephone: (315) 474-7541
Facsimile: (315) 474-4040
Kevin M. Newman

and

Augustus C. Epps, Jr. (VSB 13254)
Michael D. Mueller (VSB 38216)
Jennifer M. McLemore (VSB 47164)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

*Attorneys for Crossgates Commons NewCo, L.L.C.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

---

In re:

CIRCUIT CITY STORES, INC., *et al.*

Debtors.

Case No. 08-35653-KRH
Jointly Administered
Chapter 11 Proceedings

---

**DECLARATION OF WILIAM F. BAKER IN SUPPORT OF CROSSGATES COMMONS NEWCO, L.L.C.'S RESPONSE TO THE LIQUIDATING TRUST'S NINTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

*STATE OF NEW YORK*     )
                         ) SS:
*COUNTY OF ONONDAGA*    )

WILLIAM F. BAKER, being duly sworn, deposes and says:

1.  I am the Assistant General Counsel of Pyramid Management Group, LLC (the "Management Company"). The Management Company is the managing agent of Crossgates Commons NewCo, L.L.C. (the "Landlord") which is the owner of a shopping center known as Crossgates Commons, Albany, New York (the "Center").

2. I have personal knowledge of the facts set forth in this Declaration and I may be contacted at: Pyramid Management Group, LLC, 4 Clinton Square, Syracuse, New York 13202, (315) 422-7000.

3. The Landlord was a party to a lease (the "Lease") with Circuit City Stores, Inc. (the "Debtor") of premises (the "Premises) at the Center.

4. In the regular course of my employment by the Management Company, I review rent and other charges billed to the Landlord's tenants.

5. The total amount reserved under the Lease is $12,230,918.34 and outstanding pre-petition rent under the Lease amounts to $36,962.83. An itemization of the foregoing is attached to this Declaration as Schedule 1.

6. Fifteen percent (15%) of the total rent reserved is $1,834,637.75.

7. Furthermore, the total amount of post-petition use and occupancy charges due and owing is $52,657.96. An itemization of this calculation is attached to this Declaration as Schedule 2.

8. The Landlord's claim filed for $1,827,361.40 remains due.

9. The Landlord's claim filed for $52,574.86 remains due.

_____
WILLIAM F. BAKER
Assistant General Counsel
Pyramid Management Group, LLC

Sworn to before me this
5 day of April, 2011

_____
Notary Public

SALLY A. O'DONNELL
Notary Public, State of New York
Qualified in Onondaga County
Commission Expires March 30, 20 14

{22375/22755/AK/00302511.DOC}    2

# SCHEDULE "1"

04/05/11

**NET PRESENT VALUE OF FUTURE PAYMENTS**
11/10/2008

TENANT: CIRCUIT CITY - MERCHANT #610104
MALL: CROSSGATES CCOMMONS NEWCO LLC

TERM: 20 YEARS 8 MONTHS
TCD: 06/05/00
SQ. FT.: 37,671
EXPIRATION: 01/31/21
NPV DATE: 11/10/08

| YEAR | RATE | | | | | | |
|---|---|---|---|---|---|---|---|
| | RENT | MALL CHG 0.00% | TOTAL | RENT | MALL CHG 8.00% | TOTAL | |
| NPV | $8,980,074.14 | $3,250,844.21 | $12,230,918.34 | $5,557,191.47 | $2,051,262.90 | $7,608,454.38 | |

MONTHLY CHARGES EFFECTIVE: 11/10/08

| | 15%- 5 YR MINIMUM RENT | TAXES | INSURANCE | ENERGY | COMPACTOR | WATER | CAE CPI 3% | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 2008 | 51,300.05 | 16,703.32 | 0.00 | 0.00 | 0.00 | 0.00 | 4,525.87 | |
| 2009 | 51,300.05 | 16,703.32 | 0.00 | 0.00 | 0.00 | 0.00 | 4,616.39 | |
| 2010 | 51,300.05 | 16,703.32 | 0.00 | 0.00 | 0.00 | 0.00 | 4,754.88 | |
| 2011 | 51,300.05 | 16,703.32 | 0.00 | 0.00 | 0.00 | 0.00 | 4,897.53 | |
| 2012 | 58,995.06 | 16,703.32 | 0.00 | 0.00 | 0.00 | 0.00 | 5,044.45 | |
| 2013 | 58,995.06 | 16,703.32 | 0.00 | 0.00 | 0.00 | 0.00 | 5,195.79 | |
| 2014 | 58,995.06 | 16,703.32 | 0.00 | 0.00 | 0.00 | 0.00 | 5,351.66 | |
| 2015 | 58,995.06 | 16,703.32 | 0.00 | 0.00 | 0.00 | 0.00 | 5,512.21 | |
| 2016 | 67,844.32 | 16,703.32 | 0.00 | 0.00 | 0.00 | 0.00 | 5,677.58 | |
| 2017 | 67,844.32 | 16,703.32 | 0.00 | 0.00 | 0.00 | 0.00 | 5,847.90 | |
| 2018 | 67,844.32 | 16,703.32 | 0.00 | 0.00 | 0.00 | 0.00 | 6,023.34 | |
| 2019 | 67,844.32 | 16,703.32 | 0.00 | 0.00 | 0.00 | 0.00 | 6,204.04 | |
| 2020 | 67,844.32 | 16,703.32 | 0.00 | 0.00 | 0.00 | 0.00 | 6,390.16 | |
| 2021 | 67,844.32 | 16,703.32 | 0.00 | 0.00 | 0.00 | 0.00 | 6,581.87 | |

ANNUAL CHARGES (EFFECTIVE 11/10/2008)

| | 15%- 5 YR MINIMUM RENT | TAXES | INSURANCE | ENERGY | COMPACTOR | WATER | CAE CPI 3% | MKT FUND | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2008 | 87,210.09 | 28,395.63 | 0.00 | 0.00 | 0.00 | 0.00 | 7,693.98 | 0.00 | 123,299.70 |
| 2009 | 615,600.60 | 200,439.84 | 0.00 | 0.00 | 0.00 | 0.00 | 55,396.68 | 0.00 | 871,437.12 |
| 2010 | 615,600.60 | 200,439.84 | 0.00 | 0.00 | 0.00 | 0.00 | 57,058.58 | 0.00 | 873,099.02 |
| 2011 | 700,245.71 | 200,439.84 | 0.00 | 0.00 | 0.00 | 0.00 | 58,770.34 | 0.00 | 959,455.89 |
| 2012 | 707,940.72 | 200,439.84 | 0.00 | 0.00 | 0.00 | 0.00 | 60,533.45 | 0.00 | 968,914.01 |
| 2013 | 707,940.72 | 200,439.84 | 0.00 | 0.00 | 0.00 | 0.00 | 62,349.45 | 0.00 | 970,730.01 |
| 2014 | 707,940.72 | 200,439.84 | 0.00 | 0.00 | 0.00 | 0.00 | 64,219.93 | 0.00 | 972,600.49 |
| 2015 | 707,940.72 | 200,439.84 | 0.00 | 0.00 | 0.00 | 0.00 | 66,146.53 | 0.00 | 974,527.09 |
| 2016 | 805,282.58 | 200,439.84 | 0.00 | 0.00 | 0.00 | 0.00 | 68,130.93 | 0.00 | 1,073,853.35 |
| 2017 | 814,131.84 | 200,439.84 | 0.00 | 0.00 | 0.00 | 0.00 | 70,174.86 | 0.00 | 1,084,746.54 |
| 2018 | 814,131.84 | 200,439.84 | 0.00 | 0.00 | 0.00 | 0.00 | 72,280.10 | 0.00 | 1,086,851.78 |
| 2019 | 814,131.84 | 200,439.84 | 0.00 | 0.00 | 0.00 | 0.00 | 74,448.51 | 0.00 | 1,089,020.19 |
| 2020 | 814,131.84 | 200,439.84 | 0.00 | 0.00 | 0.00 | 0.00 | 76,681.96 | 0.00 | 1,091,253.84 |
| 2021 | 67,844.32 | 16,703.32 | 0.00 | 0.00 | 0.00 | 0.00 | 6,581.87 | 0.00 | 91,129.51 |

NPV AS OF 11/10/08 (DISCOUNTED @ 0.00%) $12,230,918.34
NPV AS OF 11/10/08 (DISCOUNTED @ 4.00%) $9,549,235.84
NPV AS OF 11/10/08 (DISCOUNTED @ 8.00%) $7,608,454.38

15% of $12,230,918.34 = $1,834,637.75

**SCHEDULE 1 - RENT RESERVED**

(Right-side summary — RATE column)

| YEAR | RENT | MALL CHG 4.00% | TOTAL |
|---|---|---|---|
| NPV | $6,993,105.79 | $2,556,130.05 | $9,549,235.84 |

Monthly TOTAL column:
72,529.24; 72,619.76; 72,758.25; 72,900.90; 80,742.83; 80,894.17; 81,050.04; 81,210.59; 90,225.22; 90,395.54; 90,570.98; 90,751.68; 90,937.80; 91,129.51

Circuit City store # 03160
Filing Date - 11/10/08
Crossgates Commons NewCo, LLC
Lease Rejected 3/10/09

**Pre-Petition Amount Due**
2008

| | Oct & Prior | Nov 1-9 | Total |
|---|---|---|---|
| Minimum Rent | $0.00 | $15,390.02 | $15,390.02 |
| Taxes | 0.00 | 5,011.00 | $5,011.00 |
| Common Area | 15,204.05 | 1,357.76 | $16,561.81 |
| Total | $15,204.05 | $21,758.78 | **$36,962.83** |
| Payments | | | $0.00 |
| Balance | | | $36,962.83 |
| **Accum Balance** | | | **$36,962.83** |

## SCHEDULE 1 - PRE-PETITION

# SCHEDULE "2"

Circuit City store # 03160
Filing Date - 11/10/08
Crossgates Commons NewCo, LLC
Lease Rejected 3/10/09

Post-Petition Amount Due:

|  | Nov 10-30 | December | 2009 January | February | March 1-10 | Total |
|---|---|---|---|---|---|---|
| Minimum Rent | $35,910.03 | $51,300.05 | $51,300.05 | $51,300.05 | $16,549.40 | $206,359.58 |
| Taxes | 11,692.32 | 16,703.32 | 16,703.32 | 16,703.32 | 5,388.49 | 67,190.77 |
| Common Area | 3,168.11 | 4,525.87 | 4,616.39 | 4,616.39 | 1,489.25 | 18,416.01 |
| Total | $50,770.46 | $72,529.24 | $72,619.76 | $72,619.76 | $23,427.14 | $291,966.36 |
| Payments |  | (72,024.86) | (72,024.86) | (72,024.86) | (23,233.82) | (239,308.40) |
| Balance | $50,770.46 | $504.38 | $594.90 | $594.90 | $193.32 | $52,657.96 |
| Accum Balance | $50,770.46 | $51,274.84 | $51,869.74 | $52,464.64 | $52,657.96 |  |

| Check # | Date Posted | Amount |
|---|---|---|
| 4581513 | 12/05/2008 | $72,024.86 |
| 4591028 | 1/05/2009 | $72,024.86 |
| 4595577 | 2/04/2009 | $72,024.86 |
| 4606114 | 4/01/2009 | $23,233.82 |

Post Petition Balance    $52,657.96

**SCHEDULE 2 - POST-PETITION**