

EXHIBIT B

## Chapter 11 Administrative Claim Amounts:

1. The balance of the unpaid November rent (for November 10-30) was never paid by the Debtor, and the unpaid post-petition amounts thereof are as follows:

| | |
|---|---|
| 21 days rent | **$ 24,342.50** |
| (21 days x $1,159.17 *per diem* ($34,775 ÷ 30 days) | |

2. Accrued but unpaid *ad valorem* taxes on the premises for the one hundred twenty three (123) days from the Petition Date (November 10) to the date of rejection (March 12) are as follows:

| | |
|---|---|
| 52 days of pro rated taxes for 2008 | $ 13,157.80 |
| (123 days x 253.034932 *per diem*) | |
| 71 days of pro rated taxes for 2009 | $6,755.45 |
| (71 days x 95.147233 *per diem*) | |
| TOTAL: | **$19,913.25** |

3. Additionally, the Debtor did not pay when due (or at all) the 2008 *ad valorem* taxes due on the premises, resulting in interest and related penalties accruing on the unpaid principal tax amount. The taxes were not paid in full until the premises were foreclosed by A-R, which occurred on June 2, 2009, and the taxes and all penalties and costs were paid in full on July 27, 2009. The portion of the penalties accruing during the Debtor's occupancy on and after the taxes became due on January 1, 2009 are evidenced by Exhibit "2" and are calculated as follows:

- $38,420.83 is total interest and costs through July 27, 2009 (date taxes paid)
- January 1 through July 27 is 208 days
- January 1 through March 12 (date of rejection) is 71 days
- $38,420.83 ÷ 208 = $184.7155 *per diem*

| | |
|---|---|
| 71 days of interest and costs | **$13,114.80** |
| ($184.7155 (*per diem*) x 71) | |

## Total Chapter 11 Administrative Claim

| | | |
|---|---|---|
| Unpaid Post-Petition Rent | $ | 24,342.50 |
| *Pro Rated* 2009 Taxes | + | 19,913.25 |
| Unpaid Interest/Costs – 2008 Taxes | + | 13,114.80 |
| **TOTAL** | **$** | **57,370.55** |

7450903_2.DOC

PD.2181432.1