# EXHIBIT "A"

**MENTER, RUDIN & TRIVELPIECE, P.C.**
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1498
Telephone: (315) 474-7541
Facsimile: (315) 474-4040
Kevin M. Newman

and

Augustus C. Epps, Jr. (VSB 13254)
Michael D. Mueller (VSB 38216)
Jennifer M. McLemore (VSB 47164)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

*Attorneys for EklecCo NewCo, L.L.C.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

---

In re:

CIRCUIT CITY STORES, INC., *et al.*

Debtors.

Case No. 08-35653-KRH
Jointly Administered
Chapter 11 Proceedings

---

**DECLARATION OF WILLIAM F. BAKER IN SUPPORT OF EKLECCO NEWCO, L.L.C.'S RESPONSE TO THE LIQUIDATING TRUST'S EIGHTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

STATE OF NEW YORK   )
                    )SS:
COUNTY OF ONONDAGA  )

William F. Baker, being duly sworn, deposes and says:

1. I am Assistant Legal Counsel of Pyramid Management Group, LLC (the "Management Company"). The Management Company is the managing agent of EklecCo

{22375/22755/AK/00301353.DOC}

NewCo, L.L.C. (the "Landlord") which is the owner of a shopping center known as Palisades Center, West Nyack, New York (the "Center").

2. I have personal knowledge of the facts set forth in this Declaration and I may be contacted at: Pyramid Management Group, LLC, 4 Clinton Square, Syracuse, New York 13202, (315) 422-7000.

3. The Landlord was a party to a lease (the "Lease") with Circuit City Stores, Inc. (the "Debtor") of premises (the "Premises) at the Center.

4. In the regular course of my employment by the Management Company, I review rent and other charges billed to the Landlord's tenants.

5. The total amount reserved under the Lease from the Debtor's date of filing on November 11, 2008 until the end of the Lease term is $12,869,837.54. An itemization of this calculation is attached to this Declaration as Schedule 1.

6. Fifteen percent of this rent reserved is $1,930,475.63.

7. The Landlord's claim for $1,930,475.63 remains due.

_____
William F. Baker

Sworn to before me this
5 day of April, 2011

_____
Notary Public
SALLY A. O'DONNELL
Notary Public, State of New York
Qualified in Onondaga County
Commission Expires March 30, 20 14

{22375/22755/AK/00301353.DOC}

# SCHEDULE "1"

**NET PRESENT VALUE**
**OF FUTURE PAYMENTS**
**11/10/2008**

TENANT: CIRCUIT CITY - MERCHANT #610104
MALL: PALISADES CENTER

TERM: 20 YEARS
TCD: 01/25/99
SQ. FT.: 33,096
EXPIRATION: 01/31/19
NPV DATE: 11/10/08

| YEAR | RATE | 0.00% | | RATE | 9.00% | | RATE | 4.00% | |
|---|---|---|---|---|---|---|---|---|---|
| | RENT | MALL CHG | TOTAL | RENT | MALL CHG | TOTAL | RENT | MALL CHG | TOTAL |
| NPV | $9,453,045.00 | $3,416,792.54 | $12,869,837.54 | $6,097,376.47 | $2,223,549.66 | $8,320,926.13 | $7,709,685.47 | $2,797,763.54 | $10,507,449.00 |

**MONTHLY CHARGES (EFFECTIVE 11/10/08)**

STEP INCREASE 2/1/09 & 2/1/14

| | MINIMUM RENT | TAXES | INSURANCE | ENERGY | COMPACTOR | 5% CAE | MKT FUND | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2008 | $68,950.00 | $27,846.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $96,796.72 |
| 2009 | 74,466.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102,312.72 |
| 2010 | 74,466.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102,312.72 |
| 2011 | 74,466.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102,312.72 |
| 2012 | 74,466.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102,312.72 |
| 2013 | 74,466.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102,312.72 |
| 2014 | 79,982.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107,828.72 |
| 2015 | 79,982.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107,828.72 |
| 2016 | 79,982.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107,828.72 |
| 2017 | 79,982.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107,828.72 |
| 2018 | 79,982.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107,828.72 |
| 2019 | 79,982.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107,828.72 |

**ANNUAL CHARGES (EFFECTIVE 11/10/2008)**

STEP INCREASE 2/1/09 & 2/1/14

| | MINIMUM RENT | TAXES | INSURANCE | ENERGY | COMPACTOR | 5% CAE | MKT FUND | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2008 | $117,215.00 | $47,339.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $164,554.42 |
| 2009 | 888,076.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,222,236.64 |
| 2010 | 893,592.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,227,752.64 |
| 2011 | 893,592.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,227,752.64 |
| 2012 | 893,592.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,227,752.64 |
| 2013 | 893,592.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,227,752.64 |
| 2014 | 954,268.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,288,428.64 |
| 2015 | 959,784.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,293,944.64 |
| 2016 | 959,784.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,293,944.64 |
| 2017 | 959,784.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,293,944.64 |
| 2018 | 959,784.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,293,944.64 |
| 2019 | 79,982.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107,828.72 |

NPV AS OF 11/10/2008 (DISCOUNTED AT 0%)    $12,869,837.54
NPV AS OF 11/10/2008 (DISCOUNTED AT 9%)    $8,320,926.13
NPV AS OF 11/10/2008 (DISCOUNTED AT 4%)    $10,507,449.00