IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO. 08-35653 |
| CIRCUIT CITY STORES, INC., et al., | § § | CHAPTER 11 |
| DEBTORS | § § | |
| | § | (Jointly Administered) |
| | § | |

## DECLARATION WITH RESPECT TO RESPONSE OF LTL TRUST TO LIQUIDATING TRUST'S SECOND OMNIBUS OBJECTION TO LANDLORD CLAIMS

Pursuant to 28 U.S.C. § 1746, Joshua Azinger, in the capacity stated below, represents to the best of his knowledge as follows:

1. My name is Joshua Azinger. I am an Asset Manager II at Midland Loan Services ("Midland"), a division of PNC Bank, National Association. I am making this Declaration in support of the Response of LTL Trust to Liquidating Trust's Second Omnibus Objection to Landlord Claims (the "Response") in my capacity as an Asset Manager II and representative of Midland as the special servicer to Wells Fargo Bank, N.A., as Trustee for NationsLink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1 pursuant to the applicable Pooling and Servicing Agreement.

2. I have personal knowledge, or knowledge derived from records maintained in the ordinary course of business of Midland, of the relevant facts set forth in the above referenced Response. To the best of my knowledge and belief, such facts are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/28/11.

By: _____
**Joshua Azinger,** not in his individual or personal capacity, but solely in his capacity as an Asset Manager II for Midland Loan Services, a division of PNC Bank, National Association