IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>DEBTORS | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 08-35653<br><br>CHAPTER 11<br><br>(Jointly Administered) |

### DECLARATION WITH RESPECT TO RESPONSE OF CTL TRUST TO LIQUIDATING TRUST'S NINTH OMNIBUS OBJECTION TO LANDLORD CLAIMS

Pursuant to 28 U.S.C. § 1746, Kristin Bonczynski, in the capacity stated below, represents to the best of her knowledge as follows:

1. My name is Kristin Bonczynski. I am a Special Servicing Asset Manager at Midland Loan Services ("Midland"), a division of PNC Bank, National Association. I am making this Declaration in support of the Response of CTL Trust to Liquidating Trust's Ninth Omnibus Objection to Landlord Claims (the "Response") in my capacity as a Special Servicing Asset Manager and representative of Midland as the special servicer to LaSalle Bank National Association f/k/a LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-1 pursuant to the applicable Pooling and Servicing Agreement.

2. I have personal knowledge, or knowledge derived from records maintained in the ordinary course of business of Midland, of the relevant facts set forth in the above referenced Response. To the best of my knowledge and belief, such facts are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/28/11.

By: _____

**Kristin Bonczynski,** not in her individual or personal capacity, but solely in her capacity as a Special Servicing Asset Manager for Midland Loan Services, a division of PNC Bank, National Association