IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: § § CIRCUIT CITY STORES, INC., et al., § § DEBTORS § § § | CASE NO. 08-35653 CHAPTER 11 (Jointly Administered) |

## DECLARATION WITH RESPECT TO RESPONSE OF CLF TRUST TO LIQUIDATING TRUST'S FOURTH OMNIBUS OBJECTION TO LANDLORD CLAIMS

Pursuant to 28 U.S.C. § 1746, Joshua Azinger, in the capacity stated below, represents to the best of his knowledge as follows:

1. My name is Joshua Azinger. I am an Asset Manager II at Midland Loan Services ("Midland"), a division of PNC Bank, National Association. I am making this Declaration in support of the Response of CLF Trust to Liquidating Trust's Fourth Omnibus Objection to Landlord Claims (the "Response") in my capacity as an Asset Manager II and representative of Midland as the special servicer to LaSalle Bank National Association, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1 pursuant to that certain Pooling and Servicing Agreement dated as of August 15, 1999.

2. I have personal knowledge, or knowledge derived from records maintained in the ordinary course of business of Midland, of the relevant facts set forth in the above referenced Response. To the best of my knowledge and belief, such facts are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/28/11.

By: _____
**Joshua Azinger,** not in his individual or personal capacity, but solely in his capacity as an Asset Manager II for Midland Loan Services, a division of PNC Bank, National Association