# EXHIBIT 1

## Kaplan, Gary (27) x4940

| | |
|---|---|
| **From:** | Victoria A. Newmark [VNewmark@pszjlaw.com] |
| **Sent:** | Monday, March 28, 2011 4:50 PM |
| **To:** | Kaplan, Gary (27) x4940 |
| **Cc:** | katiebradshaw@ccltrust.com; Paula Rose |
| **Subject:** | RE: Circuit City Stores: 17th Omnibus Objection to Claim No. 12404 of Redtree Properties L.P |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

The trust's calculation of rejection damages is set forth below. Please let me know any further questions that you may have.

**Claim 12404 Redtree Properties LP**

Lease Rejection Damages

Lease Amounts are as follows:

| | |
|---|---|
| Base Rent (11/10/08-1/31/18) | $4,950,018.72 |
| Tax (11/10/08-1/31/18) | $ 563,291.26 |
| Total Lease Expense | $5,513,309.98 |

15% of time remaining (11/10/08-1/31/18 ) on lease is $826,996.50

Greater of 1yr or 15% is $826,996.50

Prepetition Amounts

| | |
|---|---|
| Rent (11/1-11/9/08) $44,690.73/30*9 | $   13,407.22 |
| Tax (7/1-11/9/08) $30,513.70/184*132 | $   21,890.26 |
| Total General Unsecured | $  862,293.98 |

Claimant calculated prepetition amounts based on a Nov 11th filing date, the correct date is Nov 10th. Ins[ ] common area maintenance were the responsibility of the Debtor, all of which were paid through the lease [ ]

---

**From:** GKaplan@fbm.com [mailto:GKaplan@fbm.com]
**Sent:** Wednesday, March 09, 2011 5:10 PM
**To:** Victoria A. Newmark
**Cc:** katiebradshaw@ccltrust.com; Paula S. Beran
**Subject:** Circuit City Stores: 17th Omnibus Objection to Claim No. 12404 of Redtree Properties L.P

Thank you for sending that. However, I note that there is no explanation regarding the various grounds listed for the Liquidating Trust's objection to Claim No. 12404 (seeking to reduce the allowed amount from $907,888 to $862,294), particularly with respect to the proposed reduction of $43,939 in lease rejection damages (out of $870,935 claimed). Can you explain the basis and provide the calculations supporting the reduction sought?
Thank you.
Gary

**Gary Kaplan**
Attorney at Law

**Farella Braun + Martel LLP**
RUSS BUILDING
235 MONTGOMERY STREET
SAN FRANCISCO / CA 94104

T 415.954.4400
D 415.954.4940
F 415.954.4480
www.fbm.com

-----Original Message-----
**From:** Victoria A. Newmark [mailto:VNewmark@pszjlaw.com]
**Sent:** Wednesday, March 09, 2011 9:57 AM
**To:** Kaplan, Gary (27) x4940
**Cc:** Katie Bradshaw; Paula S. Beran
**Subject:** Circuit City Stores

Mr. Kaplan:

Attached is the amended Exhibit C to the Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims, which was filed on February 28, 2011 [Docket 10074]. There was a technical error with the filing of the original Exhibit C which resulted in the inadvertent omission of several claims, including your client's Claim 12404. The objection to your client's claim is described on page 7 of the amended Exhibit C. We apologize for any inconvenience.

Regards,

Victoria A. Newmark
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Tel: 310.277.6910 | Fax: 310.201.0760
VNewmark@pszjlaw.com
www.pszjlaw.com

Los Angeles | San Francisco | Wilmington, DE | New York

4/5/2011