UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | Case No. 08-35653-KRH |
| | (Jointly Administered) |
| CIRCUIT CITY STORES, INC., *et al.* | Chapter 11 |
| DEBTORS. | Judge Kevin R. Huennekens |

## ORDER

The matter has come before the Court upon Motion (the "Motion") filed by Troy N. Nichols seeking admission *pro hac vice* for Robert J. Brown, of the law firm Wyatt, Tarrant & Combs, LLP, in the above referenced bankruptcy case (and related proceedings) pursuant to Local Bankruptcy Rule 2090-1(E). After review of the Motion and statements herein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Daniel E. Hitchcock be authorized to practice *pro hac vice* before this Court in this bankruptcy case (and related proceedings), it is hereby

**ORDERED** as follows:

1. The Motion be and hereby is **GRANTED**;

2. Robert J. Brown of the law firm Wyatt, Tarrant & Combs, LLP, is hereby admitted to appear *pro hac vice* in this bankruptcy case and any related proceedings pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of CB Richard Ellis / Louisville, LLC.

ENTERED this _____ day of April, 2011.

_____
Judge, United States Bankruptcy Court

WE ASK FOR THIS:

 /s/ Troy N. Nichols
Troy N. Nichols
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Telephone:  (859) 233-2012
Facsimile:   (859) 259-0649
E-mail:  Lexbankruptcy@wyattfirm.com

 /s/ Robert J. Brown
Robert J. Brown
Wyatt, Tarrant & Combs, LLP
 250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Telephone:  (859) 233-2012
Facsimile:   (859) 259-0649
E-mail:  Lexbankruptcy@wyattfirm.com

COUNSEL FOR CB RICHARD ELLIS / LOUISVILLE, LLC

## **CERTIFICATE**

Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that the foregoing proposed Order has been endorsed by and/or served upon all  necessary parties to this action.

 /s/ Troy N. Nichols

30584929.1

2