**United States Bankruptcy Court**
**Eastern District of Virginia Richmond Division**

|  |  |
|---|---|
| In re ) Circuit City Stores, Inc. ) ) ) ) Debtor ) | Chapter 11 Case No. 08-35653 (KRH) (Jointly Administered) |

**NOTICE: FILING OF PARTIAL TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:    19th Street Investors Inc
                  John Ortega CFO
                  Retail Property Group
                  101 Plaza Real S Ste 200
                  Boca Raton, FL 33432

Please note that your claim number 12259 in the amount of $2,724,220.47 has been partially transferred in the amount of $87,392.72 (**unless previously expunged by court order**) to:

                Retail Property Group Inc
                101 Plaza Real S Ste 200
                Boca Raton, FL 33432

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

| | |
|---|---|
| United States Bankruptcy Court<br>Eastern District of Virginia<br>Richmond Division<br>701 East Broad Street, Suite 4000<br>Richmond, VA 23219 | Kurtzman Carson Consultants LLC<br>Circuit City Stores, Inc. Notice of Transfers<br>2335 Alaska Ave<br>El Segundo, CA 90245 |

Send a copy of your objection to the transferee. If you file an objection, a hearing may be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

**Date: 7/28/2010**

                                                    **By:**                    /s/
                                                                              **Joseph Johnson**

cc:  19th Street Investors Inc
      John D Demmy Esq
      Stevens & Lee PC
      620 Freedom Business Center Ste 200
      King of Prussia, PA 19406

Docket #8156  Date Filed: 7/21/2010

# ORIGINAL

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

|  |  |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No.: 08-35653 (KRH)<br><br>Jointly Administered<br><br>TRANSFER OF CLAIM<br>BANKRUPTCY RULE 3001(E)(2) |

RICHMOND DIVISION
FILED JUL 21 2010
CLERK
US BANKRUPTCY COURT

PLEASE TAKE NOTICE that the administrative priority or priority claim of 19th Street Investors Inc (underlying creditor or "Transferor") against the above captioned Debtor in the amount of $87,392.72, and all claims of Transferor associated with such claim have been sold, transferred and assigned (absolutely and not for security) to Retail Property Group, Inc. ("RPG"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to RPG upon terms as set forth in the Purchase Agreement dated March 31, 2010. I represent and warrant that the claim is not less than $87,392.72 and has not been previously objected to, sold, or satisfied. Other than as stated above, RPG assumes all risks associated with the debtor's ultimate payment, if any upon the claims. I agree that upon request, I will deliver to RPG any correspondence, payment received after the date of this agreement and any supporting materials (if requested by RPG) documenting the claim. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, RPG below.

**TRANSFEROR:**

**19th Street Investors Inc**

Print Name: Joe Carosella            Title: President

Signature: _____  Date: 7·10·10

Corrected Address (if req.) _____

Phone: 561-961-1732         E-Mail: jcarosella@rpg123.com

**TRANSFEREE:**
Retail Property Group, Inc.
101 Plaza Real South Suite 200
Boca Raton, FL 33432

Phone: 561-961-1733         E-Mail: jortega@rpg123.com

Signature: _____
John R. Ortega, Chief Financial Officer



0835653100723000000000006

| 19th Street Investors Inc<br>John D Demmy Esq<br>Stevens & Lee PC<br>620 Freedom Business Center Ste 200<br>King of Prussia, PA 19406 | 08-35653 |
|---|---|