IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., | ) | Jointly Administered |
| et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## MOTION FOR *PRO HAC VICE* ADMISSION OF JEFFREY I. SNYDER

Pursuant to Local Rule 2090-1(E)(2), Mark D. Sherrill ("Movant") files this motion (the "Motion") for the admission of Jeffrey I. Snyder to practice *pro hac vice* before the Court. In support of the Motion, Movant states as follows:

1. The proposed admittee, Jeffrey I. Snyder, an associate with the firm of Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131, is not a member of the Bar of Virginia.

2. The proposed admittee, Jeffrey I. Snyder, is a member in good standing of the Florida Bar, the State Bar of Texas, and the bars of the Eleventh Circuit Court of Appeals, the United States District Courts for the Southern, Middle, and Northern Districts of Florida and the United States Bankruptcy Courts for the Southern, Middle, and Northern Districts of Florida. There are no disciplinary hearings pending against the proposed admittee.

3. Co-counsel for the proposed admittee in this proceeding will be the Movant, who is admitted to the bar of the United States Bankruptcy Court for the Eastern District of Virginia.

4. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the United States Bankruptcy Court for the Eastern District of Virginia.

5. A copy of the "Application to Qualify as a Foreign Attorney under Local Bankruptcy Rule 2090-1(E)(2)" is attached hereto as Exhibit A.

6. Pursuant to Local Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, Movant requests that the Court waive the requirement that all motions be accompanied by a written memorandum of law.

WHEREFORE, Movant respectfully requests that the Court (i) admit Jeffrey I. Snyder to practice *pro hac vice* in the above-captioned bankruptcy case, and (ii) grant Movant such further relief as the Court deems just.

Dated: Washington, DC
April 6, 2011

                                **SUTHERLAND ASBILL & BRENNAN LLP**

                        By:    /s/ Mark D. Sherrill
                               Mark D. Sherrill
                               Virginia State Bar No. 44543
                               1275 Pennsylvania Ave., NW
                               Washington, DC 20004
                               Tel: 202.383.0100
                               Fax: 202 637-3593

### Certificate of Service

       I hereby certify that the foregoing Motion was duly served on the parties listed below by overnight delivery, in accordance with the local and federal rules of bankruptcy procedure, on this 6th day of April, 2011.

Jeffrey N. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
*Counsel for the Liquidating Trust*

Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
*Counsel for the Liquidating Trust*

Lynn L. Tavenner, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
*Counsel for the Liquidating Trust*

Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
*Counsel for the Liquidating Trust*

Hunter Brandon Jones
Shannon, Gracey, Ratliff & Miller, LLP
777 Main Street, Suite 3800
Fort Worth, TX 76102
*Attorneys for Debtor*

  /s/ Mark D. Sherrill