IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., | ) | Jointly Administered |
| et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

The Court has considered the Motion for *Pro Hac Vice* Admission of Jeffrey I. Snyder (the "Motion"). The Court finds that it has jurisdiction over the matters raised in the Motion, that service of the Motion was proper, and that good and sufficient cause exists for the granting of the relief requested in the Motion.

Accordingly, it is hereby ORDERED that the Motion is granted and Jeffrey I. Snyder is permitted to appear *pro hac vice* in the above-captioned bankruptcy case.

Dated: _____, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ Mark D. Sherrill
Mark D. Sherrill (VSB No. 44543)
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 383-0100

**LBR 9022-1(C) Certification**

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Mark Sherrill
Mark D. Sherrill