# EXHIBIT "A"

**MENTER, RUDIN & TRIVELPIECE, P.C.**
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1498
Telephone: (315) 474-7541
Facsimile: (315) 474-4040
Kevin M. Newman

and

Augustus C. Epps, Jr. (VSB 13254)
Michael D. Mueller (VSB 38216)
Jennifer M. McLemore (VSB 47164)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

*Attorneys for Fingerlakes Crossing, L.L.C.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

---

In re:

CIRCUIT CITY STORES, INC., *et al.*

Debtors.

Case No. 08-35653-KRH
Jointly Administered
Chapter 11 Proceedings

---

**DECLARATION OF THOMAS J. VALENTI IN SUPPORT OF FINGERLAKES CROSSING L.L.C.'S RESPONSE TO THE LIQUIDATING TRUST'S FIFTEENTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

STATE OF NEW YORK    )
                     )SS:
COUNTY OF ONONDAGA )

Thomas J. Valenti, being duly sworn, deposes and says:

1.   I am a Member of the Cameron Group, L.L.C. (the "Management Company"). The Management Company is the managing agent of Fingerlakes Crossing L.L.C. (the

"Landlord") which is the owner of a shopping center located at Fingerlakes Crossing Shopping Center, Auburn, New York (the "Center").

2. I have personal knowledge of the facts set forth in this Declaration and may be contacted at Cameron Group, L.L.C., 6007 Fair Lakes Road – Suite 100, East Syracuse, New York 13057, (315) 362-8808.

3. The Landlord was a party to a lease (the "Lease") with Circuit City Stores, Inc. (the "Debtor") of premises (the "Premises") at the Center.

4. In the regular course of my employment by the Management Company, I review rent and other charges billed to the Landlord's tenants.

5. The total amount reserved under the Lease from November 10, 2008 until the end of the Lease term is $2,335,605.08. An itemization of this calculation is attached to this Declaration as Schedule 1.

6. Fifteen percent of $2,335,605.08 is $350,340.76. *See* Schedule 1.

7. The Landlord's claim for $350,340.76 remains due.

Thomas J. Valenti

Sworn to before me this
_6_ th day of April, 2011

Notary Public

Deepika Peters
Notary Public
New Jersey
My Commission Expires 9-28-2015

{30933/22766/AK/00292421.DOC}                               2

# SCHEDULE "1"

**Fingerlakes Crossing, LLC**
**Circuit City Stores, Inc.**
**Petition Date: 11/10/2008**

|  | 11/10/2008-12/31/2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|
| Rent | $25,344.09 | $177,896.00 | $177,896.00 | $177,896.00 | $177,896.00 | $177,896.00 |
| CAM | $2,896.47 | $20,331.00 | $20,331.00 | $20,331.00 | $20,331.00 | $20,331.00 |
| Estimated Taxes (with 5% annual increases) | $2,725.65 | $19,132.00 | $20,088.60 | $21,093.03 | $22,147.68 | $23,255.07 |
| Estimated Insurance | $1,391.46 | $9,767.00 | $9,767.00 | $9,767.00 | $9,767.00 | $9,767.00 |
| Total | $32,357.68 | $227,126.00 | $228,082.60 | $229,087.03 | $230,141.68 | $231,249.07 |

|  | 2014 | 2015 | 2016 | 2017 | 01/01/2018-11//30/2018 | Total |
|---|---|---|---|---|---|---|
| Rent | $177,896.00 | $177,896.00 | $177,896.00 | $177,896.00 | $163,071.33 | $1,789,479.42 |
| CAM | $20,331.00 | $20,331.00 | $20,331.00 | $20,331.00 | $18,636.75 | $204,512.22 |
| Estimated Taxes (with 5% annual increases) | $24,417.82 | $25,638.71 | $26,920.65 | $28,266.68 | $29,680.01 | $243,365.89 |
| Estimated Insurance | $9,767.00 | $9,767.00 | $9,767.00 | $9,767.00 | $8,953.08 | $98,247.55 |
| Total | $232,411.82 | $233,632.71 | $234,914.65 | $236,260.68 | $220,341.18 | $2,335,605.08 |

**15% of Total Rent Reserved:**   $350,340.76