# EXHIBIT "A"

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
                            :
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
              Debtors.      :   Jointly Administered
- - - - - - - - - - - - - - x
```

**ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a),
365(a) AND 554 AND BANKRUPTCY RULE 6006 AUTHORIZING
REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY AND ABANDONMENT OF PERSONAL PROPERTY
EFFECTIVE AS OF DECEMBER 12, 2008**

Upon the motion (the "Motion")[1] of the Debtors

for entry of an order, under Bankruptcy Code sections

---

[1]   Capitalized terms not otherwise defined herein shall have the
      meanings ascribed to such terms in the Motion.

105(a) 365(a) and 554 and Bankruptcy Rule 6006,

authorizing the Debtors to (i) reject certain unexpired

leases of real property, including any amendments,

modifications or subleases thereto, as set forth on the

attached Exhibit A (collectively, the "Leases"), and any

guaranties thereof, effective as of December 12, 2008

(the "Rejection Date") and (ii) abandon any equipment,

furniture or fixtures located at the premises covered by

the Leases (the "Premises"); and the Court having

reviewed the Motion; and the Court having determined

that the relief requested in the Motion is in the best

interests of the Debtors, their estates, their

creditors, and other parties in interest; and it

appearing that proper and adequate notice of the Motion

has been given and that no other or further notice is

necessary; and upon the record herein; and after due

deliberation thereon; and good and sufficient cause

appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1.    The Motion is GRANTED; provided, however,

nothing contained herein shall impair, limit or

otherwise affect the rights of Barbara L. Goldsmith vis-

a-vis Toys "R" Us- Delaware, Inc. under that certain

Recognition Agreement dated as of May 27, 2005 between

Barbara L. Goldsmith and Toys "R" Us-Delaware, Inc.

2.    The Leases and any guaranties thereof are

hereby rejected effective as of the Rejection Date, with

the exception of the Leases with the Greater Orlando

Aviation Authority, Carmax Business Services, Cole CC

Kennesaw GA, LLC and Food Lion, LLC, which shall be

rejected as of December 31, 2008.  Any subleases

associated with the Leases or the Premises are hereby

rejected effective as of the Rejection Date.  The

landlords for the Leases (the "Landlords") are entitled

to immediate possession of the Premises as of the

Rejection Date subject to the rights, if any, of a

subtenant under Bankruptcy Code section 365(h) or

applicable non-bankruptcy law; provided, however, that

such rights, if any, will not affect the date of

rejection and the Debtors shall be deemed to have

surrendered the Premises to the applicable Landlord as

of such date.  Nothing in this paragraph 2 shall

preclude a lessor from seeking rejection damages against

a guarantor of a rejected guaranty, in addition to such

lessor's right to seek rejection damages under the Bankruptcy Code.

3.    Pursuant to Bankruptcy Code section 554, the Debtors are authorized to abandon any and all furniture, fixtures, equipment, inventory and/or any other personal property ("Abandoned Property") located at the Premises, and such Abandoned Property is deemed abandoned, on the Rejection Date to the Landlords free and clear of all liens, claims and other interests, and the Landlords may, in their sole discretion and without further notice, dispose of such Abandoned Property without liability to the Debtors or any third parties claiming an interest in such Abandoned Property.

4.    Each counterparty to a Lease or any guaranty thereof shall have until the later of (i) thirty (30) days of date this Order is entered on the docket and (ii) January 30, 2008, to file a proof of claim on account any and all claims (as defined in the Bankruptcy Code), including (without limitation) claims arising from or related to rejection of its Lease or guaranty.

5.    The requirement under Local Bankruptcy

4

Rule 9013-1(G) to file a memorandum of law in connection

with the Motion is hereby waived.

     6.    The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated:  Richmond, Virginia
         December ___, 2008
       **Dec 24 2008**

               **/s/ Kevin R. Huennekens**
               UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

                            **Entered on Docket:  12/29/08**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

6

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

EXHIBIT A

(List of Unexpired Leases of Real Property)

**EXHIBIT A**

**Unexpired Leases of Real Property**

| Store Number | Lease Location | Prime Lease/ Sublease | Landlord/ Subtenant |
|---|---|---|---|
| #3355 | Mantua Commons Shopping Center Glassboro Rd. Sewell, NJ 08080 | Prime | Route 553 Retail, LLC |
| #3657 | East Washington Place Shopping Center Hwy 101 and E. Washington Ave. Petaluma, CA 94594 | Prime | Regency Petaluma, LLC |
| #3755 | Waterford Shopping Center Hartford Turnpike Waterford, CT 06385 | Prime | BFIO-Waterford Associates, LLC |
| #3773 | Northgate Way Shopping Center NE Northgate Way and 5th Ave. NE Seattle, WA 98125 | Prime | Wallace Northgate Development, LLC |
| #3800 | Tonnelle Avenue and 91st Street North Bergen Tonnelle Plaza New Bergen, NJ 07047 | Prime | Vornado North Vergan Tonnelle Plaza, LLC |
| #3875 | The Summit at Calabasas NE corner of Lost Hills Rd. and Agoura Rd. Calabasas, CA 91302 | Prime | Dollinger Lost Hills Associates |
| #3886 | Colonial Pinnacle Nord du Lac Shopping Center Covington, LA | Prime | CP Nord Du Lac JV, LLC |

1

| Store Number | Lease Location | Prime Lease/ Sublease | Landlord/ Subtenant |
|---|---|---|---|
| #3888 | Rancho del Chino South Shopping Center Ramona Ave. and Chino Hills Pkwy. Chino, CA | Prime | Chino South Retail PG, LLC |
| #3890 | North Central 'The City' Central Expressway Park Lane Place Shopping Center Dallas, TX 75231 | Prime | Harvest/NPE LP |
| #3895 | Hwy. 395 and Topsey Ln. Riverwood Phase 1B Douglas County, NV 89705 | Prime | Riverwood Partners, LLC |
| #4241 | Beverly Connection Shopping Center SE corner of La Cienega Blvd. and Beverly Blvd. Los Angeles, CA 90212 | Prime | Bevcon I, LLC |
| #4250 | The Pavilion at Port Orange Williamson Blvd. Port Orange, FL 32128 | Prime | The Pavilion Port Orange, LLC |
| #4274 | Abercia South Shopping Center Collier Blvd. Naples, FL | Prime | Victoria Estates, Ltd.; Magpond, LLC; Magpond-A, LLC; and Magpond-B, LLC |
| #4333 | Bayonne Crossing Shopping Center Route 440 and East 22 St. Bayonne, NJ 07002 | Prime | Cameron Bayonne, LLC |
| #6064 | Chastain Meadows Office Complex | Prime | Cole CC Kennesaw GA, LLC |

2

| Store Number | Lease Location | Prime Lease/ Sublease | Landlord/ Subtenant |
|---|---|---|---|
| #6145 | 225 Chastain Meadows Ct. Kennesaw, GA 30144 | | |
| | Chastain Meadows Office Complex 225 Chastain Meadows Ct. Kennesaw, GA 30144 | Sublease | Carmax Business Services, LLC |
| #6286 | Village Square I 4555 East Cactus Rd. Phoenix, AZ 85032 | Prime | Montevideo Investments, LLC |
| #6343 | 1920 Skibo Rd. Fayetteville, NC 28304 | Prime | F&M Properties |
| #6343 | 1920 Skibo Rd. Fayetteville, NC 28304 | Sublease | Books-A-Million |
| #6348 | 5166 E. Colonial Dr. Orlando, FL 32803 | Prime | Greater Orlando Aviation Authority |
| #6348 | 5166 E. Colonial Dr. Orlando, FL 32803 | Sublease | Workforce Central Florida |
| #6352 | 1107 Hayden Meadows Dr. Portland, OR 97217 | Prime | Hayden Meadows, JV |
| #6352 | 1107 Hayden Meadows Dr. Portland, OR 97217 | Sublease | J.R. Furniture USA, Inc. |
| #6355 | Archdale Marketplace 5831 South Blvd. Charlotte, NC 28217 | Prime | Charlotte (Archdale) UY, LLC |
| #6355 | Archdale Marketplace 5831 South Blvd. Charlotte, NC 28217 | Sublease | Food Lion, LLC |
| #6374 | 18550 W. Bluemound Rd. Brookfield, WI 53045 | Prime | Barbara L. Goldsmith |
| #6374 | 18550 W. Bluemound Rd. | Sublease | Toys R Us, Inc. |

3

| Store Number | Lease Location | Prime Lease/ Sublease | Landlord/ Subtenant |
|---|---|---|---|
| | Brookfield, WI 53045 | | |
| #6544 | Chastain Meadows Office Complex 225 Chastain Meadows Ct. Kennesaw, GA 30144 | Sublease | J.P. Morgan Chase Bank |
| #6616 | 1107 Hayden Meadows Dr. Portland, OR 97217 | Sublease | Hayden Meadows, JV |
| Covington Distribution Center | 600 First Ave. Covington Industrial Park Gouldsboro, PA 18424 | Prime | First Industrial Realty Trust and FR/CAL Gouldsboro Property Holding L.P. |

4

723811-Chicago Server 2A - MSW