

Michelle McMahon
Direct: 212-541-3039
Fax: 212-541-1439
Email: michelle.mcmahon@bryancave.com

June 29, 2009

**BY FEDERAL EXPRESS**

Circuit City Stores, Inc. et. al.
Claims Processing Department
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, California 90245

Re:   *In re Circuit City Stores, Inc., et. al.*

To Whom It May Concern:

    Enclosed please find (i) original administrative claims filed today in the above-referenced bankruptcy case and (ii) copies of same to be time and date stamped and returned to me in the enclosed self addressed stamped envelope.

    Please do not hesitate to contact me if you have any questions.

Sincerely,

Michelle McMahon

Enclosures

**Bryan Cave LLP**

1290 Avenue of the Americas

New York, NY 10104-3300

Tel (212) 541-2000

Fax (212) 541-4630

www.bryancave.com


Chicago

Hamburg

Hong Kong

Irvine

Jefferson City

Kansas City

Kuwait

London

Los Angeles

Milan

New York

Phoenix

San Francisco

Shanghai

St. Louis

Washington, DC


**Bryan Cave International Trade**
*A TRADE CONSULTING SUBSIDIARY
OF NON-LAWYER PROFESSIONALS*

www.bryancavetrade.com

Bangkok

Jakarta

Kuala Lumpur

Manila

Shanghai

Singapore

Tokyo


**Bryan Cave Strategies**
*A GOVERNMENT RELATIONS AND
POLITICAL AFFAIRS SUBSIDIARY*
www.bryancavestrategies.com

Washington, DC

St. Louis

C145551/0274916/1534919.1

Insert airbill here ▼

PSJ|Ship - FedEx Label

From:  Origin ID: QNYA   (212)541-4630
Michelle K. McMahon
Bryan Cave
1290 Avenue of the Americas

New York, NY 10104

SHIP TO: (212)541-2211          BILL SENDER

CLAIMS PROCESSING
CIRCUIT CITY c/o KURTMAN CARSON
2335 Alaska Ave

El Segundo, CA 90245454808

FedEx
Express

Ship Date: 29JUN09
ActWgt: 1 LB
CAD: 4030170/WBUS0200
Account#: S ********

Delivery Address Bar Code

Ref #  C1455510274916/010302
Invoice #
PO #
Dept #

TRK#
[0201]  7994 2214 2801

XH HHRA

TUE - 30JUN          A1
PRIORITY OVERNIGHT
ASR

90245
CA-US
LAX

Page 1 of 2

Pull to o

**FedEx**

Español | Customer Support | FedEx Locations  Search      Go

| Package/Envelope | Freight | Expedited | Office/Print Services ✱ |

Ship ▸        Track ▸        Manage ▸        Business Solutions ▸

## Detailed Results

Printable Version      Help

Enter tracking number      ▮▮▮▮

| Detailed Results | Notifications |

Tracking no.: 799422142801                    ✉ E-mail notifications

# Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by:  A.WILLIAMS

| Shipment Dates | Destination |
|---|---|
| Ship date ⑦   Jun 29, 2009 | El Segundo, CA |
| Delivery date ⑦   Jul 1, 2009 9:10 AM | Signature Proof of Delivery ⑦ |

### Shipment Facts                                            Help

| Service type | Priority Envelope - Adult Signature Required ⑦ | Delivered to | Receptionist/Front Desk |
|---|---|---|---|
| Weight | 0.5 lbs/0.2 kg | Reference | C145551/0274916/010302 |

### Shipment Travel History                                   Help

Select time zone:  Select                         Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Jul 1, 2009 9:10 AM | Delivered | El Segundo, CA | |
| Jul 1, 2009 8:17 AM | On FedEx vehicle for delivery | HAWTHORNE, CA | |
| Jul 1, 2009 6:53 AM | At local FedEx facility | HAWTHORNE, CA | |
| Jun 30, 2009 6:34 PM | At dest sort facility | LOS ANGELES, CA | |
| Jun 30, 2009 4:19 PM | Arrived at FedEx location | FORT WORTH, TX | |
| Jun 30, 2009 3:52 AM | Departed FedEx location | MEMPHIS, TN | |
| Jun 30, 2009 12:04 AM | Departed FedEx location | NEWARK, NJ | |
| Jun 29, 2009 9:46 PM | Left FedEx origin facility | NEW YORK, NY | |
| Jun 29, 2009 7:50 PM | Picked up | NEW YORK, NY | |
| Jun 29, 2009 6:07 PM | Shipment information sent to FedEx | | |

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995- 2009 FedEx

http://www.fedex.com/Tracking                                   7/8/2009