

Michelle McMahon
Direct: 212-541-3039
Fax: 212-541-1439
Email: michelle.mcmahon@bryancave.com

June 29, 2009

**BY FEDERAL EXPRESS**

Circuit City Stores, Inc. et. al.
Claims Processing Department
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, California 90245

Re:    _In re Circuit City Stores, Inc., et. al._

To Whom It May Concern:

> Enclosed please find (i) original administrative claims filed today in the above-referenced bankruptcy case and (ii) copies of same to be time and date stamped and returned to me in the enclosed self addressed stamped envelope.

> Please do not hesitate to contact me if you have any questions.

> Sincerely,

Michelle McMahon

Enclosures

**Bryan Cave LLP**

1290 Avenue of the Americas

New York, NY 10104-3300

Tel (212) 541-2000

Fax (212) 541-4630

www.bryancave.com

Chicago

Hamburg

Hong Kong

Irvine

Jefferson City

Kansas City

Kuwait

London

Los Angeles

Milan

New York

Phoenix

San Francisco

Shanghai

St. Louis

Washington, DC

**Bryan Cave International Trade**
_A TRADE CONSULTING SUBSIDIARY_
_OF NON-LAWYER PROFESSIONALS_

www.bryancavetrade.com

Bangkok

Jakarta

Kuala Lumpur

Manila

Shanghai

Singapore

Tokyo

**Bryan Cave Strategies**
_A GOVERNMENT RELATIONS AND_
_POLITICAL AFFAIRS SUBSIDIARY_

www.bryancavestrategies.com

Washington, DC

St. Louis

C145551/0274916/1534919.1

PSIShip - FedEx Label

Page 1 of 2

Insert
airbill
here

From: Origin ID: QNYA (212)541-4630
Michelle K. McMahon
Bryan Cave
1290 Avenue of the Americas

New York, NY 10104

SHIP TO: (212)541-2211
CLAIMS PROCESSING
CIRCUIT CITY c/o KURTMAN CARSON
2335 Alaska Ave

El Segundo, CA 90245

BILL SENDER

FedEx
Express

Ship Date: 29JUN09
ActWgt: 1 LB
CAD: 403017/0WBUSO200
Account#: S *******

Delivery Address Bar Code

Ref #
Invoice #   C145561102749160/10302
PO #
Dept #

TRK#
0201    7994 2214 2801

XH HHRA

TUE - 30JUN
PRIORITY OVERNIGHT
ASR

90245
CA-US
LAX

A1

Pull to open

**FedEx**

Español | Customer Support | FedEx Locations    Search    [ Go ]

| Package/Envelope | Freight | Expedited | Office/Print Services ✳ |

Ship ›        Track ›        Manage ›        Business Solutions ›

## Detailed Results

Printable Version        Help

Enter tracking number

| Detailed Results | Notifications |

Tracking no.: 799422142801        ✉ E-mail notifications

### Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: A.WILLIAMS

| Shipment Dates | | Destination |
| --- | --- | --- |
| Ship date ⓘ Jun 29, 2009 | | El Segundo, CA |
| Delivery date ⓘ Jul 1, 2009 9:10 AM | | Signature Proof of Delivery ⓘ |

### Shipment Facts        Help

| Service type | Priority Envelope - Adult Signature Required ⓘ | Delivered to | Receptionist/Front Desk |
| --- | --- | --- | --- |
| Weight | 0.5 lbs/0.2 kg | Reference | C145551/0274916/010302 |

### Shipment Travel History        Help

Select time zone:  Select  ▦                                Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
| --- | --- | --- | --- |
| Jul 1, 2009 9:10 AM | Delivered | El Segundo, CA | |
| Jul 1, 2009 8:17 AM | On FedEx vehicle for delivery | HAWTHORNE, CA | |
| Jul 1, 2009 6:53 AM | At local FedEx facility | HAWTHORNE, CA | |
| Jun 30, 2009 6:34 PM | At dest sort facility | LOS ANGELES, CA | |
| Jun 30, 2009 4:19 PM | Arrived at FedEx location | FORT WORTH, TX | |
| Jun 30, 2009 3:52 AM | Departed FedEx location | MEMPHIS, TN | |
| Jun 30, 2009 12:04 AM | Departed FedEx location | NEWARK, NJ | |
| Jun 29, 2009 9:46 PM | Left FedEx origin facility | NEW YORK, NY | |
| Jun 29, 2009 7:50 PM | Picked up | NEW YORK, NY | |
| Jun 29, 2009 6:07 PM | Shipment information sent to FedEx | | |

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995- 2009 FedEx