| Account No. | Service Address | Balance Due | Transfers? |
|---|---|---|---|
| 05367-30006 | 7001 Cermak Road, Berwyn | $32,803.29 | Yes |
| 05467-86029 | 340 Armytrail Road, Bloomingdale | $10,986.44 | Yes |
| 06300-69000 | 9950 Joliet Road, Countryside | $2,428.61 | No |
| 06300-77002 | 152 S. Gary Ave #101, Bloomingdale | $1,333.71 | No |
| 07146-79008 | 9231 159th St, Orland Hills | $7,083.58 | No |
| 08778-10001 | 3150 Tonti Dr, Joliet | $1,197.92 | No |
| 11130-76057 | 1812 Randall Road, Algonquin | $1,796.85 | No |
| 22162-91004 | 5460 E State St, Rockford | $3,714.00 | No |
| 29791-88024 | 6124 Grand Avenue, Gurnee | $3,159.93 | No |
| 36375-43002 | 4483 Rt 14, Crystal Lake | $905.12 | No |
| 47551-27045 | 639 E. Boughton Road, St. 180, Bolingbrook | $13,160.07 | No |
| | Total: | $78,569.52 | |
| | **05367-30006** | | |
| Account No. | Balance From | Amount | Add'l Transfers? |
| 05367-30006 | 7001 Cermak Road, Berwyn | $3,781.72 | |
| 15631-17038 | 2226 N. Richmond Road, McHenry | $3,943.60 | No |
| 03840-32008 | 7414 S. Cicero Ave., Chicago | $4,690.52 | No |
| 04577-47009 | 1420 E. Golf Road, Schaumburg | $1,966.91 | No |
| 03110-54056 | 7010 Forest Reserve Dr., Norridge | $19,143.04 | Yes |
| | DEPOSIT REFUND | -$1,325.15 | |
| | LPCS | $602.65 | |
| | **Cermak Road Subtotal:** | **$32,803.29** | |
| Account No. | Balance From | Amount | Add'l Transfers? |
| 03110-54056 | 7010 Forest Reserve Dr., Norridge | $8,935.51 | |
| 11080-23008 | 2900 Highland Ave, Downers Grove | $13,091.84 | No |
| 38790-25147 | 370 E. Rand Road, Arlington Heights | $644.26 | No |
| 12911-53011 | 1030 W. North Ave Unit ST01, Chicago | $996.89 | No |
| 00255-22007 | 5701 W Touhy Ave, Niles | $968.51 | No |
| | DEPOSIT REFUND | -$5,518.16 | |
| | LPCS | $288.98 | |
| | **Forest Reserve Subtotal:** | **$19,407.83** | |
| | **05467-86029** | | |
| Account No. | Balance From | Amount | Add'l Transfers? |
| 05467-86029 | 240 Armytrail Rd, Bloomingdale | $2,127.94 | |
| | 111 Weber Rd, Bolingbrook | $9,484.58 | No |
| | DEPOSIT REFUND | -$1,114.55 | |
| | LPCS | $488.47 | |
| | **Armytrail Road Subtotal:** | **$10,986.44** | |