www.exeloncorp.com

Hearing/Speech Impaired: 1-800-572-5789 (TTY)
Customer Service:  1-877-4-ComEd-1 (1-877-426-6331)

Page 1 of 2
Name              CIRCUIT CITY #3120
Service Location  7001 CERMAK RD BERWYN
Phone Number      804-640-1722
Account Number    0536730006

Issue Date        April 22, 2009                Late payment charges will continue until bill is paid.

Meter Information  Read       Meter      Load              Reading       Meter Reading
                   Date       Number     Type              Type          Previous    Present    Diff    Mult x    Usage
                   03/30  141379507  General Service   Tot kWh           ACT         ACT                            5954
                   03/30  141379507  General Service   On Pk kW          ACT         ACT                           24.41

Current Period     Commercial Hourly - 100 kW to 400 kW       Service from 03/19/2009 to 03/30/2009 - 11 Days
                   Customer Charge                                               $6.59
                   Standard Metering Charge                                       3.55
                   Distribution Facilities Charge    24.41 kW  X  2.08089        50.79
                   Capacity Charge                  216.93 kW  X  1.27157       275.84
                   Transmission Services Charge    5,954 kWh  X  0.00323         19.23
                   Electricity Supply Charge       5,954 kWh                    172.69
                   Purchased Electricity Adjustment                                2.74
                   Misc Procurement Component Chg  5,954 kWh  X  0.00354         21.08
                   Environmental Cost Recovery Adj 5,954 kWh  X  0.00015          0.89
                   Energy Efficiency Programs      5,954 kWh  X  0.00035          2.08
                   Franchise Cost                     $59.28  X  5.36000%         3.18
                   State Tax                                                     19.07
                   Municipal Tax                                                 25.36
                   Total current charges                                                  $603.09

Other Charges
                   Transfer service    2226 N RICHMOND RD       MCHENRY      $3,943.60
                   Charges from previous bill                                 $3,178.63
                   Transfer service    7010 FOREST PRESERVE DR  NORRIDGE    $19,143.04
                   Transfer service    7414 S CICERO AVE        CHICAGO      $4,690.52
                   Transfer service    1420 E GOLF RD           SCHAUMBURG   $1,966.91
                   Deposit                                                   $-1,325.15
                   Previous late payment charge (s) - electric                 $602.65
                   Total other charges                                                 $32,200.20

                   Total amount due                                                    $32,803.29


* * * Final Bill * * * New Smart Ideas energy efficiency incentives are coming in June! Sign up for a FREE subscription
to Energy Insights Online to prepare and benchmark your facility's electricity usage. Visit www.ComEd.com for more info
or e-mail EnergyInsightsOnline@ComEd.com

When paying in person, please bring the entire bill.

Return only this portion with your check made payable to ComEd. Please write your account number on your check.

**ComEd.**
An Exelon Company

[ ] Check here to pledge a donation to Power Up
    fund and complete form on reverse side.

To pay by phone call 1-800-588-9477.
A convenience fee will apply.

05367 3000 60000 0000

22484 1 MB 0.369  1196/022484/001263 084 01 GX8IWC        1 04232009
CIRCUIT CITY #3120
9950 MAYLAND DRIVE
RICHMOND, VA  23233-1464

Account Number         Payment Receipt Stamp
0536730006

Payment Amount

Please pay this
amount by 05/11/2009          $32,803.29

ComEd
PO Box 6112
Carol Stream, IL 601[...]

0000060309000031786 3

0006000000009131 0000003

*Cermak Road* (handwritten)

www.exeloncorp.com

Hearing/Speech Impaired: 1-800-572-5789 (TTY)

Customer Service:    1-877-4-ComEd-1 (1-877-426-6331)

Page 2 of 2

0536730006

Your Usage Profile



13-Month Usage (Total kWh)
* Non-regular billing period

| Month Billed | Total Demand | Avg Daily kWh | Avg Daily Temp |
|---|---|---|---|
| Current Month | 0.0 | 541.3 | 42 |
| Last Month | 0.0 | 1332.7 | 32 |
| Last Year | 0.0 | 1937.5 | 40 |

DO NOT MAIL THIS PORTION WITH YOUR PAYMENT

22484 1 MB 0.369 GX8IWC 0224840202 100

www.exeloncorp.com

USEFUL TELEPHONE NUMBERS
Hearing/Speech Impaired: 1-800-572-5789 (TTY)
Customer Service:   1-877-4-ComEd-1 (1-877-426-6331)

Page 1 of 2

| | |
|---|---|
| Name | CIRCUIT CITY #3792 |
| Acct ID | #3792 |
| Service Location | 2226 N RICHMOND RD MCHENRY |
| Phone Number | 847-726-5814 |
| **Account Number** | **1563117038** |

Issue Date    April 01, 2009        **Late payment charges will continue until bill is paid.**

Meter Information

| Read Date | Meter Number | Load Type | Reading Type | Meter Reading Previous | Meter Reading Present | Diff | Mult x | Usage |
|---|---|---|---|---|---|---|---|---|
| 03/11 | 141236469 | General Service | Tot kWh | ACT | ACT | | | 2 |
| 03/11 | 141236469 | General Service | On Pk kW | ACT | ACT | | | 0.00 |
| 03/11 | 141388633 | General Service | Tot kWh | ACT | ACT | | | 20300 |
| 03/11 | 141388633 | General Service | On Pk kW | ACT | ACT | | | 96.30 |

**Current Period**

Commercial Hourly - 100 kW to 400 kW    Service from 02/26/2009 to 03/11/2009 - 13 Days

| | | | |
|---|---|---|---|
| Customer Charge | | | $7.78 |
| Standard Metering Charge | | | 4.19 |
| Distribution Facilities Charge | 96.30 kW X | 2.45511 | 236.43 |
| Capacity Charge | 233.93 kW X | 1.50025 | 350.95 |
| Transmission Services Charge | 20,301 kWh X | 0.00323 | 65.57 |
| Electricity Supply Charge | 20,301 kWh | | 734.84 |
| Purchased Electricity Adjustment | | | 9.34 |
| Misc Procurement Component Chg | 20,301 kWh X | 0.00354 | 71.87 |
| Meter Lease | | | 4.13 |
| Environmental Cost Recovery Adj | 20,301 kWh X | 0.00015 | 3.05 |
| Energy Efficiency Programs | 20,301 kWh X | 0.00035 | 7.11 |
| Franchise Cost | $250.58 X | 1.89100% | 4.74 |
| State Tax | | | 64.86 |
| **Total current charges** | | | **$1,564.86** |

**Other Charges**

| | |
|---|---|
| Deposit | $-1,153.83 |
| Current late payment charge (s) - electric | $18.45 |
| Previous late payment charge (s) - electric | $52.99 |
| Charges from previous bill | $3,514.12 |
| **Total other charges** | **$2,431.73** |

**Total amount due**          $3,996.59

* * * Final Bill * * * New Smart Ideas energy efficiency incentives are coming in June! Sign up for a FREE subscription to Energy Insights Online to prepare and benchmark your facility's electricity usage. Visit www.ComEd.com for more info or e-mail EnergyInsightsOnline@ComEd.com

When paying in person, please bring the entire bill.

Return only this portion with your check made payable to ComEd. Please write your account number on your check.

**ComEd**
An Exelon Company

☐ Check here to pledge a donation to Power Up fund and complete form on reverse side.

To pay by phone call 1-800-588-9477.
A convenience fee will apply.

15631 1703 80000 0000

22877 1 MB 0.369 0826/022877/000854 068 01 GX8F10        1 04022009
CIRCUIT CITY #3792
CIRCUIT CITY #3792
C/O EXPENSE PAYABLE
9954 MAYLAND DR
RICHMOND, VA  23233-1454

Account Number
**1563117038**

Payment Receipt Stamp

Payment Amount

Please pay this amount by 04/16/2009        **$3,996.59**

0000156486000351412

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

1563117038000399659910639965995

USEFUL TELEPHONE NUMBERS
www.exeloncorp.com                Hearing/Speech Impaired: 1-800-572-5789 (TTY)
                                  Customer Service:        1-877-4-ComEd-1 (1-877-426-6331)

Page 2 of 2                                                                1563117038

Your Usage Profile



13-Month Usage (Total kWh)

M A M J J A S O N D J F M
* Non-regular billing period

| Month Billed | Total Demand | Avg Daily kWh | Avg Daily Temp |
|---|---|---|---|
| Current Month | 0.0 | 1561.6 | 36 |
| Last Month | 0.0 | 1686.6 | 29 |
| Last Year | 0.0 | 1907.5 | 34 |

DO NOT MAIL THIS PORTION WITH YOUR PAYMENT

22877 1 MB 0.369 GX8F10   0228770202 100

USEFUL TELEPHONE NUMBERS
Hearing/Speech Impaired: 1-800-572-5789 (TTY)
www.exeloncorp.com
Customer Service:    1-877-4-ComEd-1 (1-877-426-6331)

Page 1 of 1
Name            CIRCUIT CITY
Acct ID         #3113
Service Location 7414 S CICERO AVE CHICAGO
Phone Number    708-458-5300
**Account Number** 0384032008

Issue Date      March 31, 2009                    **Late payment charges will continue until bill is paid.**

Meter Information   Read    Meter    Load              Reading           Meter Reading
                    Date    Number   Type              Type              Previous    Present    Diff    Mult x    Usage
                    03/12   141379049 General Service  Tot kWh           ACT         ACT                          22907
                    03/12   141379049 General Service  On Pk kW          ACT         ACT                          104.80

Current Period      Commercial Hourly - 100 kW to 400 kW              Service from 02/26/2009 to 03/12/2009 - 14 Days
                    Customer Charge                                                  $8.39
                    Standard Metering Charge                                          4.52
                    Distribution Facilities Charge    104.80 kW  X   2.64789        277.50
                    Capacity Charge                   288.94 kW  X   1.61805        467.52
                    Transmission Services Charge      22,907 kWh X   0.00323         73.99
                    Electricity Supply Charge         22,907 kWh                    805.36
                    Purchased Electricity Adjustment                                 10.54
                    Misc Procurement Component Chg    22,907 kWh X   0.00354         81.09
                    Environmental Cost Recovery Adj   22,907 kWh X   0.00015          3.44
                    Energy Efficiency Programs        22,907 kWh X   0.00035          8.02
                    Franchise Cost                    $288.31    X   1.58500%         4.57
                    State Tax                                                        73.17
                    **Total current charges**                                       $1,818.11

Other Charges
                    Charges from previous bill                                     $4,086.40
                    Deposit                                                        $-1,213.99
                    **Total other charges**                                         $2,872.41

                    **Total amount due**                                            $4,690.52

Your Usage Profile   13-Month Usage (Total kWh)

                                                          | Month Billed | Total Demand | Avg Daily kWh | Avg Daily Temp |
                                                          |---|---|---|---|
                                                          | Current Month | 0.0 | 1636.2 | 33 |
                                                          | Last Month | 0.0 | 1878.9 | 25 |
                                                          | Last Year | 0.0 | 2146.9 | 31 |

M A M J J A S O N D J F M
* Non-regular billing period

* * * Final Bill * * * New Smart Ideas energy efficiency incentives are coming in June! Sign up for a FREE subscription to Energy Insights Online to prepare and benchmark your facility's electricity usage. Visit www.ComEd.com for more info or e-mail EnergyInsightsOnline@ComEd.com

When paying in person, please bring the entire bill.

---

Return only this portion with your check made payable to ComEd. Please write your account number on your check.


ComEd
An Exelon Company

☐ Check here to pledge a donation to Power Up fund and complete form on reverse side.

To pay by phone call 1-800-588-9477.
A convenience fee will apply.

03840 3200 80000 0000

23225 1 SP 0.420  0498/023225/000525 073 01 GX8EQP        1 04012009
CIRCUIT CITY #3113
9950 MARYLAND DR
RICHMOND, VA 23233

Account Number
0384032008

Payment Receipt Stamp

Payment Amount

Please pay this amount by 04/17/2009          $4,690.52

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

00001818110000408640

03840320080004690529107469O525

www.exeloncorp.com

Hearing/Speech Impaired: 1-800-572-5789 (TTY)
Customer Service: 1-877-4-ComEd-1 (1-877-426-6331)

Page 1 of 1

| | |
|---|---|
| Name | CIRCUIT CITY #3111 |
| Service Location | 1420 E GOLF RD SCHAUMBURG |
| Phone Number | 847-995-1001 |
| **Account Number** | 0457747009 |

Issue Date    March 25, 2009         **Late payment charges will continue until bill is paid.**

Meter Information

| Read Date | Meter Number | Load Type | Reading Type | Meter Reading Previous | Meter Reading Present | Diff | Mult x | Usage |
|---|---|---|---|---|---|---|---|---|
| 03/19 | 141363111 | General Service | Tot kWh | ACT | ACT | | | 38848 |
| 03/19 | 141363111 | General Service | On Pk kW | ACT | ACT | | | 91.26 |

**Current Period**

Commercial Hourly - 100 kW to 400 kW          Service from 02/20/2009 to 03/19/2009 - 27 Days

| | | | |
|---|---|---|---|
| Customer Charge | | | $17.96 |
| Standard Metering Charge | | | 9.68 |
| Distribution Facilities Charge | 91.26 kW  X | 5.67000 | 517.44 |
| Capacity Charge | 236.33 kW  X | 3.46479 | 818.83 |
| Transmission Services Charge | 38,848 kWh X | 0.00323 | 125.48 |
| Electricity Supply Charge | 38,848 kWh | | 1,272.97 |
| Purchased Electricity Adjustment | | | 17.87 |
| Misc Procurement Component Chg | 38,848 kWh X | 0.00354 | 137.52 |
| Environmental Cost Recovery Adj | 38,848 kWh X | 0.00015 | 5.83 |
| Energy Efficiency Programs | 38,848 kWh X | 0.00035 | 13.60 |
| Franchise Cost | $540.58 X | 3.52500% | 19.06 |
| State Tax | | | 124.15 |
| **Total current charges** | | | **$3,080.39** |

**Other Charges**

| | |
|---|---|
| Thank you for your payment of $3,629.80 | |
| Deposit | $-1,113.48 |
| **Total other charges** | **$-1,113.48** |

| | |
|---|---|
| **Total amount due** | **$1,966.91** |

Your Usage Profile        13-Month Usage (Total kWh)



| Month Billed | Total Demand | Avg Daily kWh | Avg Daily Temp |
|---|---|---|---|
| Current Month | 0.0 | 1438.8 | 35 |
| Last Month | 0.0 | 1680.9 | 26 |
| Last Year | 0.0 | 2119.7 | 31 |

* * * Final Bill * * * New Smart Ideas energy efficiency incentives are coming in June! Sign up for a FREE subscription to Energy Insights Online to prepare and benchmark your facility's electricity usage. Visit www.ComEd.com for more info or e-mail EnergyInsightsOnline@ComEd.com

When paying in person, please bring the entire bill.

Return only this portion with your check made payable to ComEd. Please write your account number on your check.

**ComEd**
An Exelon Company

☐ Check here to pledge a donation to Power Up fund and complete form on reverse side.

To pay by phone call 1-800-588-9477.
A convenience fee will apply.

04577 4700 90000 0000

22648 1 MB 0.369  0982/022648/001059 070 01 GX8DIM    1 03262009
CIRCUIT CITY #3111
%MIDAMERICAN ENERGY COMPANY
ATTN RETAIL CUSTOMER SERV
PO BOX 4350
DAVENPORT, IA  52808-4350

Account Number
**0457747009**

Payment Receipt Stamp

Payment Amount

Please pay this amount by 04/09/2009        $1,966.91

0000308039000000000

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

045774700900019669190991966918