USEFUL TELEPHONE NUMBERS:
Hearing/Speech Impaired: 1-800-572-5789 (TTY)

www.exeloncorp.com

Customer Service:   1-877-4-ComEd-1 (1-877-426-6331)

Page 1 of 2

| | |
|---|---|
| Name | CIRCUIT CITY |
| Service Location | 7010 FOREST PRESERVE DR NORRIDGE |
| Phone Number | 999-999-9999 |
| **Account Number** | **0311054056** |

| | |
|---|---|
| Issue Date | March 31, 2009 |

**Late payment charges will continue until bill is paid.**

Meter Information

| Read Date | Meter Number | Load Type | Reading Type | Previous | Present | Diff | Mult x | Usage |
|---|---|---|---|---|---|---|---|---|
| 03/30 | 141308682 | General Service | Tot kWh | 7092 ACT | 7233 EST | 141 | 120 | 16920 |
| 03/30 | 141308682 | General Service | kW | 15.41 ACT | 16.00 EST | 0.59 | 120 | 70.80 |

**Current Period**

Commercial Demand - 100 to 400 kW       Service from  03/11/2009  to  03/30/2009  - 19 Days

| | | |
|---|---|---|
| Customer Charge | | $11.37 |
| Standard Metering Charge | | 6.13 |
| Distribution Facilities Charge | 70.80 kW X   3.58911 | 254.11 |
| Transmission Services Charge | 16,920 kWh X   0.00821 | 138.91 |
| Electricity Supply Charge | 16,920 kWh X   0.07478 | 1,265.28 |
| Purchased Electricity Adjustment | | 7.61 |
| Environmental Cost Recovery Adj | 16,920 kWh X   0.00015 | 2.54 |
| Energy Efficiency Programs | 16,920 kWh X   0.00035 | 5.92 |
| Franchise Cost | $268.76 X   2.91200% | 7.83 |
| State Tax | | 54.12 |
| **Total current charges** | | **$1,753.82** |

**Other Charges**

| | | |
|---|---|---|
| Thank you for your payment of $70.01 | | |
| Transfer service | | $5,041.32 |
| Transfer service  2900 HIGHLAND AVE | DOWNERS GROVE | $8,050.52 |
| Transfer service  370 E RAND RD | ARLINGTON HEIGH | $644.26 |
| Current late payment charge (s) - electric | | $173.38 |
| Transfer service  1030 W NORTH AVE UNIT ST01 | CHICAGO | $996.89 |
| Deposit | | $-5,518.16 |
| Transfer service  5701 W TOUHY AVE | NILES | $968.51 |
| Charges from previous bill | | $7,181.69 |
| Previous late payment charge (s) - electric | | $115.60 |
| **Total other charges** | | **$17,654.01** |

| | | |
|---|---|---|
| **Total amount due** | | **$19,407.83** |

* * * Final Bill * * * New Smart Ideas energy efficiency incentives are coming in June! Sign up for a FREE subscription to Energy Insights Online to prepare and benchmark your facility's electricity usage. Visit www.ComEd.com for more info or e-mail EnergyInsightsOnline@ComEd.com

When paying in person, please bring the entire bill.

---

Return only this portion with your check made payable to ComEd. Please write your account number on your check.

**ComEd.**
An Exelon Company

[ ] **Check here to pledge a donation to Power Up fund and complete form on reverse side.**

**To pay by phone call 1-800-588-9477.**
**A convenience fee will apply.**

03110 5405 60000 0000

22680 1 MB 0.369  1043/022680/001116 071 01 GX8EQP       1 04012009
CIRCUIT CITY
9950 MAYLAND DRIVE
RICHMOND, VA  23233-1464

Account Number          Payment Receipt Stamp
**0311054056**

| Payment Amount |
|---|
| |

ComEd
PO Box 6
Carol St

*Forest Reserve*

Please pay this
amount by 04/15/2009       **$19,407.83**

00001753820000718169

0311054056000000000091050000002

Useful Telephone Numbers

Hearing/Speech Impaired: 1-800-572-5789 (TTY)

www.exeloncorp.com

Customer Service:    1-877-4-ComEd-1 (1-877-426-6331)

Page 2 of 2

Your Usage
Profile

13-Month Usage (Total kWh)



* Non-regular billing period

0311054056

| Month Billed | Total Demand | Avg Daily kWh | Avg Daily Temp |
|---|---|---|---|
| Current Month | 0.0 | 890.5 | 40 |
| Last Month | 0.0 | 955.9 | 31 |
| Last Year | 0.0 | 1857.9 | 38 |

DO NOT MAIL THIS PORTION WITH YOUR PAYMENT

22680 1 MB 0.369 GX8EQP  0226800202 100

USEFUL TELEPHONE NUMBERS
www.exeloncorp.com                                    Hearing/Speech Impaired: 1-800-572-5789 (TTY)
                                                      Customer Service:    1-877-4-ComEd-1 (1-877-426-6331)

Page 1 of 2
Name              CIRCUIT CITY
Acct ID           #3112
Service Location  2900 HIGHLAND AVE DOWNERS GROVE
Phone Number      800-251-2665
**Account Number  1108023008**

Issue Date        March 12, 2009        **Late payment charges will continue until bill is paid.**

Meter Information    Read   Meter              Reading        Meter Reading
                     Date   Number   Load      Type       Previous  Present   Diff   Mult x  Usage
                     Type
                     03/11  141321925  General Service  Tot kWh    ACT       ACT                    63749
                     03/11  141321925  General Service  On Pk kW   ACT       ACT                    166.07

                  Commercial Hourly - 100 kW to 400 kW       Service from  02/09/2009  to  03/11/2009  - 30 Days
Current Period    Customer Charge                                          $17.96
                  Standard Metering Charge                                   9.68
                  Distribution Facilities Charge   166.07 kW X    5.67000   941.62
                  Capacity Charge                  254.70 kW X    3.46479   882.48
                  Transmission Services Charge     63,749 kWh X   0.00323   205.91
                  Electricity Supply Charge        63,749 kWh             2,286.95
                  Purchased Electricity Adjustment                          29.32
                  Misc Procurement Component Chg   63,749 kWh X   0.00354   225.67
                  Meter Lease                                                4.43
                  Environmental Cost Recovery Adj  63,749 kWh X   0.00015    9.56
                  Energy Efficiency Programs       63,749 kWh X   0.00035   22.31
                  Franchise Cost                   $969.19 X   3.72200%    36.07
                  State Tax                                                201.38
                  Municipal Tax                                           167.98
                  **Total current charges                                  $5,041.32**

Other Charges     Thank you for your payment of $7,499.72
                  Charges from previous bill                             $9,544.66
                  Deposit                                               $-1,494.14
                  **Total other charges                                  $8,050.52**

                  **Total amount due                                     $13,091.84**

* * * Final Bill * * * New Smart Ideas energy efficiency incentives are coming in June! Sign up for a FREE subscription
to Energy Insights Online to prepare and benchmark your facility's electricity usage. Visit www.ComEd.com for more info
or e-mail EnergyInsightsOnline@ComEd.com

When paying in person, please bring the entire bill.

Return only this portion with your check made payable to ComEd. Please write your account number on your check.

**ComEd.**
An Exelon Company          ☐ **Check here to pledge a donation to Power Up**
                              **fund and complete form on reverse side.**

**To pay by phone call 1-800-588-9477.**
**A convenience fee will apply.**

11080 2300 80000 0000

22734 1 MB 0.369  0961/022734/001011 078 01 GX884Y      19 03132009
CIRCUIT CITY #3112
9950 MAYLAND DRIVE
RICHMOND, VA  23233-1464

Account Number          Payment Receipt Stamp
**1108023008**

Payment Amount

Please pay this
amount by 03/27/2009       **$13,091.84**

ComEd
PO Box 6112
Carol Stream, IL 60197-6112

00005041320000954466

1108023008000000090860000003



USEFUL TELEPHONE NUMBERS
Hearing/Speech Impaired: 1-800-572-5789 (TTY)

Customer Service:    1-877-4-ComEd-1 (1-877-426-6331)

Page 2 of 2

Your Usage
Profile

13-Month Usage (Total kWh)

**1108023008**

| Month Billed | Total Demand | Avg Daily kWh | Avg Daily Temp |
|---|---|---|---|
| Current Month | 0.0 | 2125.0 | 31 |
| Last Month | 0.0 | 3035.5 | 13 |
| Last Year | 0.0 | 3202.1 | 22 |

DO NOT MAIL THIS PORTION WITH YOUR PAYMENT

www.exeloncorp.com

Heating/Special: Annual rate: 1-800-672-7389 (ITY)
Customer Service:   1-877-4-ComEd-1 (1-877-426-633

Page 1 of 1
Name              CIRCUIT CITY
Service Location  370 E RAND RD ARLINGTON HEIGHTS
Phone Number      999-999-9999
Account Number    3879025147

Issue Date        January 16, 2009              **Late payment charges will continue until bill is paid.**

Meter Information   Read    Meter   Load          Reading        Meter Reading
                    Date    Number  Type          Type       Previous   Present   Diff   Mult x   Usage
                    01/02  141363140 General Service  Tot kWh      ACT       ACT                        20488
                    01/02  141363140 General Service  On Pk kW     ACT       ACT                        61.13

                    Commercial Hourly - 100 kW to 400 kW          Service from  12/11/2008  to  01/02/2009  - 22 Days
Current Period      Customer Charge                                           $13.17
                    Standard Metering Charge                                    7.10
                    Distribution Facilities Charge   61.13 kW  X   4.15611    254.06
                    Capacity Charge                  93.48 kW  X   2.53969    237.41
                    Transmission Services Charge     20,488 kWh X  0.00323     66.18
                    Electricity Supply Charge        20,488 kWh              913.54
                    Purchased Electricity Adjustment                         -102.44
                    Misc Procurement Component Chg    20,488 kWh X  0.00354    72.53
                    Environmental Cost Recovery Adj  20,488 kWh X  0.00015     3.07
                    Energy Efficiency Programs       20,488 kWh X  0.00035     7.17
                    Franchise Cost                   $271.03 X   6.92500%     18.77
                    State Tax                                                 65.52
                    **Total current charges**                               **$1,556.08**

Other Charges       Thank you for your payment of $622.93
                    Current late payment charge (s) - electric                $9.35
                    Deposit                                                $-921.17
                    **Total other charges**                                 **$-911.82**

                    **Total amount due**                                     **$644.26**

Your Usage          13-Month Usage (Total kWh)
Profile


| Month Billed   | Total Demand | Avg Daily kWh | Avg Daily Temp |
|----------------|--------------|---------------|----------------|
| Current Month  | 0.0          | 931.3         | 24             |
| Last Month     | 0.0          | 1183.0        | 32             |
| Last Year      | 0.0          | 1637.1        | 31             |

J F M A M J J A S O N D J
* Non-regular billing period

* * * F i n a l   B i l l * * *  It's FREE! Subscribe to ComEd's Energy Insights Online Web-based energy analysis service. See
how, when and how much electricity your organization uses. For details and requirements visit www.ComEd.com today!

When paying in person, please bring the entire bill.
─────────────────────────────────────────────────────────────────────────
Return only this portion with your check made payable to ComEd. Please write your account number on your check.

**ComEd.**
An Exelon Company        ☐ **Check here to pledge a donation to Power Up**
                            **fund and complete form on reverse side.**

**To pay by phone call 1-800-588-9477.**
**A convenience fee will apply.**

                            38790 2514 70000 0000

23102 1 MB 0.369  0639/023102/000656 081 01 GX7ZXU        1 01172009
CIRCUIT CITY                                        Account Number        Payment Receipt Stam
%MIDAMERICAN ENERGY COMPANY                         **3879025147**
ATTN RETAIL CUSTOMER SERV
PO BOX 4350                                          Payment Amount
DAVENPORT, IA  52808-4350
|ılıl|ılıll|ıl|ılı|ılı|ılı|ıll|

|ılıl|ılıll|ıl|ılı|ılı|ılı|ıll|                      Please pay this
ComEd                                               amount by 02/03/2009        **$644.26**
Bill Payment Center
Chicago IL 60668-0001                               0000155608000000000000

                                                    38790251470000644269034064423

Hearing/Speech Impaired: 1-800-572-5789 (TTY)
Customer Service:   1-877-4-ComEd-1 (1-877-426-633

Page 1 of 2

| | |
|---|---|
| Name | CIRCUIT CITY |
| Service Location | 1030 W NORTH AVE UNIT ST01 CHICAGO |
| Phone Number | 999-999-9999 |
| Account Number | 1291153011 |

| | | |
|---|---|---|
| Issue Date | January 15, 2009 | **Late payment charges will continue until bill is paid.** |

Meter Information

| Read Date | Meter Number | Load Type | Reading Type | Meter Reading Previous | Present | Diff | Mult x | Usage |
|---|---|---|---|---|---|---|---|---|
| 01/02 | 141363201 | General Service | Tot kWh | ACT | ACT | | | 47166 |
| 01/02 | 141363201 | General Service | On Pk kW | ACT | ACT | | | 142.49 |
| 01/02 | 141363203 | General Service | Tot kWh | ACT | ACT | | | 2260 |
| 01/02 | 141363203 | General Service | On Pk kW | ACT | ACT | | | 4.10 |
| 01/02 | 141363204 | General Service | Tot kWh | ACT | ACT | | | 1645 |
| 01/02 | 141363204 | General Service | On Pk kW | ACT . | ACT | | | 2.50 |

| | | | | |
|---|---|---|---|---|
| Current Period | Commercial Hourly - 100 kW to 400 kW | Service from 12/10/2008 to 01/02/2009 - 23 Days | | |
| | Customer Charge | | | $13.77 |
| | Standard Metering Charge | | | 7.42 |
| | Distribution Facilities Charge | 149.09 kW X | 4.34889 | 648.38 |
| | Capacity Charge | 242.68 kW X | 2.65749 | 644.92 |
| | Transmission Services Charge | 51,071 kWh X | 0.00323 | 164.96 |
| | Electricity Supply Charge | 51,071 kWh | | 2,300.18 |
| | Purchased Electricity Adjustment | | | -255.36 |
| | Misc Procurement Component Chg | 51,071 kWh X | 0.00354 | 180.79 |
| | Meter Lease | | | 25.97 |
| | Environmental Cost Recovery Adj | 51,071 kWh X | 0.00015 | 7.66 |
| | Energy Efficiency Programs | 51,071 kWh X | 0.00035 | 17.87 |
| | Franchise Cost | | | 176.43 |
| | State Tax | | | 161.04 |
| | Municipal Tax | | | 208.52 |
| | **Total current charges** | | | **$4,302.55** |
| Other Charges | | | | |
| | Deposit | | | $-2,072.58 |
| | Charges from previous bill | | | $1,525.63 |
| | Current late payment charge (s) - electric | | | $22.88 |
| | **Total other charges** | | | **$-524.07** |
| | **Total amount due** | | | **$3,778.48** |

* * * **Final Bill** * * * It's FREE! Subscribe to ComEd's Energy Insights Online Web-based energy analysis service. See how, when and how much electricity your organization uses. For details and requirements visit www.ComEd.com today!

---

When paying in person, please bring the entire bill.

Return only this portion with your check made payable to ComEd. Please write your account number on your check.

**ComEd.**
An Exelon Company

☐ **Check here to pledge a donation to Power Up fund and complete form on reverse side.**

**To pay by phone call 1-800-588-9477.**
**A convenience fee will apply.**

12911 5301 10000 0000

22858 1 MB 0.369  0721/022858/000782 085 01 GX7ZMG       1 01162009

CIRCUIT CITY
%MIDAMERICAN ENERGY COMPANY
ATTN RETAIL CUSTOMER SERV
PO BOX 4350
DAVENPORT, IA  52808-4350

| Account Number | Payment Receipt Stam |
|---|---|
| **1291153011** | |

Payment Amount

ComEd
Bill Payment Center
Chicago IL 60668-0001

Please pay this
amount by 01/30/2009          **$3,778.48**

0000430255000152563

12911530110003778489030377848 2

www.exeloncorp3.com

Hearing/Speech Impaired: 1-800-572-5789 (TTY)
Customer Service:        1-877-4-ComEd-1 (1-877-426-633

Page 2 of 2

Your Usage
Profile

**1291153011**



13-Month Usage (Total kWh)

```
150000
100000
 50000                           *
       J F M A M J J A S O N D J
       * Non-regular billing period
```

| Month<br>Billed | Total<br>Demand | Avg<br>Daily<br>kWh | Avg<br>Daily<br>Temp |
|---|---|---|---|
| Current Month | 0.0 | 2220.5 | 24 |
| Last Month | 0.0 | 2162.4 | 32 |
| Last Year | 0.0 | 2893.1 | 31 |

DO NOT MAIL THIS PORTION WITH YOUR PAYMENT

22858 1 MB 0.369 GX7ZMG  0228580202 100

www.exeloncorp.com    Hearing/Speech Impaired: 1-800-572-2789 (TTY)
Customer Service:    1-877-4-ComEd-1 (1-877-426-633

Page 1 of 2
Name              CIRCUIT CITY
Acct ID           #3118
Service Location  5701 W TOUHY AVE NILES
Phone Number      847-647-1440
**Account Number  0025522007**

Issue Date        January 16, 2009              **Late payment charges will continue until bill is paid.**
Meter Information   Read    Meter    Load              Reading        Meter Reading
                   Date    Number   Type              Type      Previous   Present   Diff   Mult x   Usage
                   01/08  141311266 General Service    Tot kWh      ACT       ACT                     43503
                   01/08  141311266 General Service    On Pk kW     ACT       ACT                     97.24

                    Commercial Hourly - 100 kW to 400 kW      Service from  12/11/2008  to  01/08/2009  - 28 Days
Current Period      Customer Charge                                          $17.96
                    Standard Metering Charge                                   9.68
                    Distribution Facilities Charge    97.24 kW  X    5.67000   551.35
                    Capacity Charge                  263.85 kW  X    3.46479   914.18
                    Transmission Services Charge     43,503 kWh X    0.00323   140.51
                    Electricity Supply Charge        43,503 kWh          1,906.20
                    Purchased Electricity Adjustment                        -217.52
                    Misc Procurement Component Chg   43,503 kWh X    0.00354   154.00
                    Meter Lease                                               4.43
                    Environmental Cost Recovery Adj  43,503 kWh X    0.00015     6.53
                    Energy Efficiency Programs       43,503 kWh X    0.00035    15.23
                    Franchise Cost                    $578.92 X     6.30500%    36.50
                    State Tax                                                 138.99
                    Municipal Tax                                             104.26
                    **Total current charges**                              **$3,782.30**
Other Charges
                    Thank you for your payment of $548.58
                    Overpayment                                             $-70.91
                    Deposit                                              $-2,742.88
                    **Total other charges**                             **$-2,813.79**

                    **Total amount due**                                  **$968.51**

* * * Final Bill * * * It's FREE! Subscribe to ComEd's Energy Insights Online Web-based energy analysis service. See
how, when and how much electricity your organization uses. For details and requirements visit www.ComEd.com today!

When paying in person, please bring the entire bill.

---

Return only this portion with your check made payable to ComEd. Please write your account number on your check.

**ComEd.**
An Exelon Company          ☐ Check here to pledge a donation to Power Up
                              fund and complete form on reverse side.

**To pay by phone call 1-800-588-9477.**
**A convenience fee will apply.**

                              00255 2200 70000 0000

22805 1 MB 0.369  0862/022805/000909 083 01 GX7ZWN        1 01172009      Account Number       Payment Receipt Stam
CIRCUIT CITY #3118                                                       **0025522007**
%MIDAMERICAN ENERGY COMPANY
ATTN RETAIL CUSTOMER SERV
PO BOX 4350                                                              ┌─────────────────┐
DAVENPORT, IA  52808-4350                                               │ Payment Amount  │
                                                                        └─────────────────┘

                                                                        Please pay this
                                                                        amount by 02/05/2009        **$968.51**

ComEd
Bill Payment Center                                                     0000378230000000000000
Chicago IL 60668-0001

                                                    0025522007000096851903606 98514



Page 2 of 2

Your Usage
Profile

0025522007

13-Month Usage (Total kWh)

150000

95000

40000

J F M A M J J A S O N D J

| Month Billed | Total Demand | Avg Daily kWh | Avg Daily Temp |
|---|---|---|---|
| Current Month | 0.0 | 1553.7 | 24 |
| Last Month | 0.0 | 1770.2 | 32 |
| Last Year | 0.0 | 2176.5 | 31 |

DO NOT MAIL THIS PORTION WITH YOUR PAYMENT