www.exeloncorp.com

Hearing/Speech Impaired: 1-800-572-5789 (TTY)

Customer Service:    1-877-4-ComEd-1 (1-877-426-6331)

Page 1 of 1
Name            CIRCUIT CITY #3115
Service Location 340 ARMYTRAIL RD BLOOMINGDALE
Phone Number    804-640-1722
Account Number  0546786029

Issue Date      April 29, 2009          Late payment charges will continue until bill is paid.

Meter Information   Read   Meter        Load                Reading        Meter Reading
                    Date   Number       Type                Type      Previous   Present   Diff   Mult x   Usage
                    03/30  141467763    General Service     Tot kWh     ACT        ACT                       1729
                    03/30  141467763    General Service     On Pk kW    ACT        ACT                       19.80

Current Period      Commercial Hourly - 100 kW to 400 kW          Service from 03/26/2009 to 03/30/2009 - 4 Days
                    Customer Charge                                               $2.39
                    Standard Metering Charge                                       1.29
                    Distribution Facilities Charge    19.80 kW  X    0.75411      14.93
                    Capacity Charge                  230.14 kW  X    0.46081     106.05
                    Transmission Services Charge     1,729 kWh X     0.00323       5.58
                    Electricity Supply Charge        1,729 kWh                    56.92
                    Purchased Electricity Adjustment                              0.80
                    Misc Procurement Component Chg   1,729 kWh X     0.00354       6.12
                    Environmental Cost Recovery Adj  1,729 kWh X     0.00015       0.26
                    Energy Efficiency Programs       1,729 kWh X     0.00035       0.61
                    Franchise Cost                     $18.01 X      3.87900%      0.70
                    State Tax                                                      5.55
                    Total current charges                                       $201.20

Other Charges       Charges from previous bill                                 $1,926.74
                    Previous late payment charge (s) - electric                  $488.47
                    Deposit                                                    $-1,114.55
                    Transfer service  111 N WEBER RD         BOLINGBROOK        $9,484.58
                    Total other charges                                       $10,785.24

                    Total amount due                                          $10,986.44

Your Usage          13-Month Usage (Total kWh)
Profile
                    90000
                                                                    Month    Total   Avg      Avg
                                                                    Billed   Demand  Daily    Daily
                    45500                                                             kWh      Temp
                                                                    Current Month  0.0  432.2   37
                    1000                                            Last Month     0.0  576.0   38
                         A M J J A S O N D J F M A                  Last Year      0.0  2015.2  46
                         * Non-regular billing period

* * * Final Bill * * * New Smart Ideas energy efficiency incentives are coming in June! Sign up for a FREE subscription
to Energy Insights Online to prepare and benchmark your facility's electricity usage. Visit www.ComEd.com for more info
or e-mail EnergyInsightsOnline@ComEd.com



When paying in person, please bring the entire bill.

ur check made payable to ComEd. Please write your account number on your check.

                                        To pay by phone call 1-800-588-9477.
                                        A convenience fee will apply.

to pledge a donation to Power Up
plete form on reverse side.                 5467 8602 90000 0000

                  1  04302009         Account Number            Payment Receipt Stamp
                                      0546786029

                                        Payment Amount

                                      Please pay this
                                      amount by 05/14/2009         $10,986.44

                                      00000201200000192674

        0546786029000000009134000000

USEFUL TELEPHONE NUMBERS
Hearing/Speech Impaired: 1-800-572-5789 (TTY)
www.exeloncorp.com
Customer Service:    1-877-4-ComEd-1 (1-877-426-6331)

Page 1 of 2
Name            CIRCUIT CITY #3115
Acct ID         3790
Service Location 111 N WEBER RD BOLINGBROOK
Phone Number    804-640-1722
**Account Number   2397095011**

Issue Date      April 06, 2009          **Late payment charges will continue until bill is paid.**

| Meter Information | Read Date | Meter Number | Load Type | Reading Type | Meter Reading Previous | Present | Diff | Mult x | Usage |
|---|---|---|---|---|---|---|---|---|---|
| | 04/01 | 141426375 | General Service | Tot kWh | ACT | ACT | | | 14117 |
| | 04/01 | 141426375 | General Service | On Pk kW | ACT | ACT | | | 22.61 |

|  |  |  |  |  |
|---|---|---|---|---|
| | Commercial Hourly - 100 kW to 400 kW | | Service from 03/03/2009 to 04/01/2009 - 29 Days | |
| Current Period | Customer Charge | | $17.96 | |
| | Standard Metering Charge | | 9.68 | |
| | Distribution Facilities Charge | 22.61 kW  X   5.67000 | 128.20 | |
| | Capacity Charge | 240.09 kW  X   3.46479 | 831.86 | |
| | Transmission Services Charge | 14,117 kWh X   0.00323 | 45.60 | |
| | Electricity Supply Charge | 14,117 kWh | 383.67 | |
| | Purchased Electricity Adjustment | | 6.49 | |
| | Misc Procurement Component Chg | 14,117 kWh X   0.00354 | 49.97 | |
| | Meter Lease | | 4.43 | |
| | Environmental Cost Recovery Adj | 14,117 kWh X   0.00015 | 2.12 | |
| | Energy Efficiency Programs | 14,117 kWh X   0.00035 | 4.94 | |
| | Franchise Cost | $155.77 X   4.46000% | 6.95 | |
| | Local Government Compliance Adj | 14,117 kWh X  -0.00014 | -1.98 | |
| | State Tax | | 45.25 | |
| | **Total current charges** | | **$1,535.14** | |
| Other Charges | | | | |
| | Current late payment charge (s) - electric | | $11.19 | |
| | Previous late payment charge (s) - electric | | $312.60 | |
| | Deposit | | $-1,254.33 | |
| | Charges from previous bill | | $9,192.58 | |
| | **Total other charges** | | **$8,262.04** | |
| | | | | |
| | **Total amount due** | | **$9,797.18** | |

* * * Final Bill * * * New Smart Ideas energy efficiency incentives are coming in June! Sign up for a FREE subscription
to Energy Insights Online to prepare and benchmark your facility's electricity usage. Visit www.ComEd.com for more info
or e-mail EnergyInsightsOnline@ComEd.com

When paying in person, please bring the entire bill.

---

Return only this portion with your check made payable to ComEd. Please write your account number on your check.

# ComEd.
An Exelon Company

☐ **Check here to pledge a donation to Power Up
fund and complete form on reverse side.**

**To pay by phone call 1-800-588-9477.
A convenience fee will apply.**

23970 9501 10000 0000

22872 1 MB 0.369  0878/022872/000908 101 01 GX8FWE        1 04072009
CIRCUIT CITY #3115
CIRCUIT CITY #3790
9954 MAYLAND DR
EXPENSE PAYABLES, STORE#3790
RICHMOND, VA  23233-1463

Account Number           Payment Receipt Stamp
**2397095011**

Payment Amount

Please pay this
amount by 04/21/2009       **$9,797.18**

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

0000153514000091925 8

2397095011000979718911197971 88

USEFUL TELEPHONE NUMBERS

www.exeloncorp.com

Hearing/Speech Impaired: 1-800-572-5789 (TTY)

Customer Service:    1-877-4-ComEd-1 (1-877-426-6331)

Page 2 of 2

Your Usage
Profile

2397095011

13-Month Usage (Total kWh)

95000

52500

10000

A M J J A S O N D J F M A

| Month Billed | Total Demand | Avg Daily kWh | Avg Daily Temp |
|---|---|---|---|
| Current Month | 0.0 | 486.8 | 40 |
| Last Month | 0.0 | 480.1 | 26 |
| Last Year | 0.0 | 1955.2 | 33 |

DO NOT MAIL THIS PORTION WITH YOUR PAYMENT

22872 1 MB 0.369 GX8FWE  0228720202 100