www.exeloncorp.com

Hearing/Speech Impaired: 1-800-572-5789 (TTY)
Customer Service:    1-877-4-ComEd-1 (1-877-426-6331)

Page 1 of 1
Name             CIRCUIT CITY
Acct ID          #4126
Service Location 9950 JOLIET RD COUNTRYSIDE
Phone Number     708-387-2244
Account Number   0630069000

Issue Date       April 10, 2009                Late payment charges will continue until bill is paid.
Other Charges
                 Charges from previous bill                                           $2,428.61
                 Total other charges                                                  $2,428.61

                 Total amount due                                                     $2,428.61

\* \* \* Final Bill \* \* \* New Smart Ideas energy efficiency incentives are coming in June! Sign up for a FREE subscription to Energy Insights Online to prepare and benchmark your facility's electricity usage. Visit www.ComEd.com for more info or e-mail EnergyInsightsOnline@ComEd.com

When paying in person, please bring the entire bill.

Return only this portion with your check made payable to ComEd. Please write your account number on your check.

**ComEd.**
An Exelon Company

☐ Check here to pledge a donation to Power Up fund and complete form on reverse side.

To pay by phone call 1-800-588-9477.
A convenience fee will apply.

06300 6900 00000 0000

23208 1 SP 0.420  0457/023208/000475 082 01 GXBGTI    1289 04112009
CIRCUIT CITY #4126
9950 MARYLAND DR
RICHMOND, VA 23233

Account Number          Payment Receipt Stamp
0630069000

Payment Amount

Please pay this
amount by 04/27/2009        $2,428.61

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

000000000000000242861

063006900000024286191172428612

www.exeloncorp.com

Hearing/Speech Impaired: 1-800-572-5789 (TTY)
Customer Service:    1-877-4-ComEd-1 (1-877-426-6331)

Page 1 of 1
Name              CIRCUIT CITY #3125
Service Location  152 S GARY AVE # 101 BLOOMINGDALE
Phone Number      630-980-0203
Account Number    0630077002

Issue Date        April 27, 2009                Late payment charges will continue until bill is paid.

| Meter Information | Read Date | Meter Number | Load Type | Reading Type | Meter Reading Previous | Meter Reading Present | Diff | Mult x | Usage |
|---|---|---|---|---|---|---|---|---|---|
| | 03/31 | 141330690 | General Service | Tot kWh | ACT | ACT | | | 3332 |
| | 03/31 | 141330690 | General Service | On Pk kW | ACT | ACT | | | 21.82 |

Current Period

Commercial Hourly - 100 kW to 400 kW          Service from 03/26/2009 to 03/31/2009 - 5 Days
Customer Charge                                                          $3.00
Standard Metering Charge                                                  1.62
Distribution Facilities Charge    21.82 kW  X    0.94689                 20.66
Capacity Charge                   82.08 kW  X    0.57861                 47.49
Transmission Services Charge      3,332 kWh X    0.00323                 10.76
Electricity Supply Charge         3,332 kWh                             109.56
Purchased Electricity Adjustment                                          1.53
Misc Procurement Component Chg    3,332 kWh X    0.00354                 11.80
Meter Lease                                                               2.45
Environmental Cost Recovery Adj   3,332 kWh X    0.00015                  0.50
Energy Efficiency Programs        3,332 kWh X    0.00035                  1.17
Franchise Cost                    $26.98    X    3.87900%                 1.05
State Tax                                                                10.66
**Total current charges**                                              $222.25

Other Charges

Charges from previous bill                                            $1,834.37
Deposit                                                                $-722.91
Total other charges                                                   $1,111.46

Total amount due                                                      $1,333.71

Your Usage Profile



13-Month Usage (Total kWh)
* Non-regular billing period

| Month Billed | Total Demand | Avg Daily kWh | Avg Daily Temp |
|---|---|---|---|
| Current Month | 0.0 | 666.4 | 37 |
| Last Month | 0.0 | 636.5 | 37 |
| Last Year | 0.0 | 998.2 | 43 |

* * * Final Bill * * * New Smart Ideas energy efficiency incentives are coming in June! Sign up for a FREE subscription to Energy Insights Online to prepare and benchmark your facility's electricity usage. Visit www.ComEd.com for more info or e-mail EnergyInsightsOnline@ComEd.com

When paying in person, please bring the entire bill.

Return only this portion with your check made payable to ComEd. Please write your account number on your check.

**ComEd.**
An Exelon Company

☐ Check here to pledge a donation to Power Up fund and complete form on reverse side.

To pay by phone call 1-800-588-9477.
A convenience fee will apply.

06300 7700 20000 0000

20163 1 AT 0.346  3547/020163/003806 070 01 GX83PC      1 04282009
CIRCUIT CITY #3125
152 S GARY AVE # 101
BLOOMINGDALE, IL  60108-2252

Account Number          Payment Receipt Stamp
0630077002

Payment Amount

Please pay this
amount by 05/12/2009              $1,333.71

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

00000222250000183437

06300770020001333719132133371b

www.exeloncorp.com

Hearing/Speech Impaired: 1-800-572-5789 (TTY)
Customer Service: 1-877-4-ComEd-1 (1-877-426-6331)

Page 1 of 1
Name              CIRCUIT CITY #3126
Service Location  9231 159TH ST ORLAND HILLS
Phone Number      804-640-1722
Account Number    0714679008

Issue Date        April 28, 2009              Late payment charges will continue until bill is paid.

Meter Information
| Read Date | Meter Number | Load Type | Reading Type | Meter Reading Previous | Meter Reading Present | Diff | Mult x | Usage |
|---|---|---|---|---|---|---|---|---|
| 03/30 | 141388766 | General Service | Tot kWh | ACT | ACT | | | 0 |
| 03/30 | 141388766 | General Service | On Pk kW | ACT | ACT | | | 0.00 |

Current Period
Commercial Hourly - 100 kW to 400 kW          Service from 03/25/2009 to 03/30/2009 - 5 Days
Customer Charge                                              $3.00
Standard Metering Charge                                      1.62
Capacity Charge              270.30 kW  X    0.57861        156.40
Franchise Cost               $3.87 X         6.85700%          0.27
Total current charges                                      $161.29

Other Charges
Charges from previous bill                                 $8,358.11
Deposit                                                   $-1,435.82
Total other charges                                        $6,922.29

Total amount due                                           $7,083.58

Your Usage Profile    13-Month Usage (Total kWh)



* Non-regular billing period

| Month Billed | Total Demand | Avg Daily kWh | Avg Daily Temp |
|---|---|---|---|
| Current Month | 0.0 | 0.0 | 41 |
| Last Month | 0.0 | 933.4 | 40 |
| Last Year | 0.0 | 2120.9 | 47 |

* * * Final Bill * * * New Smart Ideas energy efficiency incentives are coming in June! Sign up for a FREE subscription to Energy Insights Online to prepare and benchmark your facility's electricity usage. Visit www.ComEd.com for more info or e-mail EnergyInsightsOnline@ComEd.com

When paying in person, please bring the entire bill.

Return only this portion with your check made payable to ComEd. Please write your account number on your check.

**ComEd.**
An Exelon Company

☐ Check here to pledge a donation to Power Up fund and complete form on reverse side.

To pay by phone call 1-800-588-9477.
A convenience fee will apply.

07146 7900 80000 0000

23284 1 SP 0.420  0407/023284/000429 081'01 CX83X4    1 04292009
CIRCUIT CITY #3126
9950 MARYLAND DR
RICHMOND, VA 23233

Account Number
0714679008

Payment Receipt Stamp

Payment Amount

Please pay this
amount by 05/13/2009                $7,083.58

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

00000161290000835811

07146790080007083589133708358L

www.exeloncorp.com

Hearing/Speech Impaired: 1-800-572-5789 (TTY)
Customer Service:        1-877-4-ComEd-1 (1-877-426-6331)

Page 1 of 2
Name              CIRCUIT CITY
Acct ID           #3123
Service Location  3150 TONTI DR JOLIET
Phone Number      815-436-1040
Account Number    0877810001

Issue Date        April 23, 2009               Late payment charges will continue until bill is paid.

Meter Information  Read    Meter       Load              Reading      Meter Reading
                   Date    Number      Type              Type         Previous   Present    Diff   Mult x   Usage
                   03/31   086130814   General Service   Tot kWh      ACT        ACT                        5783
                   03/31   086130814   General Service   On Pk kW     ACT        ACT                        27.86

Current Period     Commercial Hourly - 100 kW to 400 kW              Service from 03/23/2009 to 03/31/2009 - 8 Days
                   Customer Charge                                                            $4.79
                   Standard Metering Charge                                                    2.58
                   Distribution Facilities Charge    27.86 kW  X    1.51389                   42.18
                   Capacity Charge                  177.97 kW  X    0.92509                  164.64
                   Transmission Services Charge      5,783 kWh X    0.00323                   18.68
                   Electricity Supply Charge         5,783 kWh                               185.52
                   Purchased Electricity Adjustment                                             2.66
                   Misc Procurement Component Chg    5,783 kWh X    0.00354                   20.47
                   Meter Lease                                                                 1.74
                   Environmental Cost Recovery Adj   5,783 kWh X    0.00015                    0.87
                   Energy Efficiency Programs        5,783 kWh X    0.00035                    2.02
                   Franchise Cost                   $50.09     X    3.44500%                   1.73
                   State Tax                                                                  18.50
                   Municipal Tax                                                               9.57
                   Total current charges                                                              $475.95
Other Charges
                   Charges from previous bill                                             $1,635.55
                   Deposit                                                                $-913.58
                   Total other charges                                                                $721.97

                   Total amount due                                                                 $1,197.92


* * * Final Bill * * * New Smart Ideas energy efficiency incentives are coming in June! Sign up for a FREE subscription
to Energy Insights Online to prepare and benchmark your facility's electricity usage. Visit www.ComEd.com for more info
or e-mail EnergyInsightsOnline@ComEd.com

When paying in person, please bring the entire bill.

Return only this portion with your check made payable to ComEd. Please write your account number on your check.

ComEd.
An Exelon Company

☐ Check here to pledge a donation to Power Up
  fund and complete form on reverse side.

To pay by phone call 1-800-588-9477.
A convenience fee will apply.

08778 1000 10000 0000

22526 1 MB 0.369  1098/022526/001186 080 01 GX874N        1 04242009
CIRCUIT CITY #3123
CIRCUIT CITY #3123
9950 MAYLAND DRIVE
RICHMOND, VA  23233-1464

Account Number
0877810001

Payment Receipt Stamp

Payment Amount

Please pay this
amount by 05/08/2009                    $1,197.92

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

0000047595000016355

08778100010001197921281197921

www.exeloncorp.com

Hearing/Speech Impaired: 1-800-572-5789 (TTY)
Customer Service:    1-877-4-ComEd-1 (1-877-426-6331)

Page 2 of 2

0877810001

Your Usage Profile

13-Month Usage (Total kWh)



* Non-regular billing period

| Month Billed | Total Demand | Avg Daily kWh | Avg Daily Temp |
|---|---|---|---|
| Current Month | 0.0 | 722.9 | 43 |
| Last Month | 0.0 | 688.8 | 37 |
| Last Year | 0.0 | 1471.1 | 42 |

DO NOT MAIL THIS PORTION WITH YOUR PAYMENT

22526 1 MB 0.369 GX8J4N  025260202 100

www.exeloncorp.com

Hearing/Speech Impaired: 1-800-572-5789 (TTY)
Customer Service:    1-877-4-ComEd-1 (1-877-426-6331)

Page 1 of 1
Name                CIRCUIT CITY
Service Location    1812 RANDALL RD ALGONQUIN
Phone Number        804-640-1722
Account Number      1113076057

Issue Date          April 21, 2009              Late payment charges will continue until bill is paid.

Meter Information   Read    Meter           Load              Reading         Meter Reading
                    Date    Number          Type              Type            Previous    Present    Diff    Mult x    Usage
                    03/30   141400912  General Service        Tot kWh         ACT         ACT                             838
                    03/30   141400912  General Service        On Pk kW        ACT         ACT                            5.15

Current Period      Commercial Hourly - 100 kW to 400 kW              Service from 03/19/2009 to 03/30/2009 - 11 Days
                    Customer Charge                                                         $6.59
                    Standard Metering Charge                                                 3.55
                    Distribution Facilities Charge     5.15 kW  X     2.08089               10.72
                    Capacity Charge                  183.46 kW  X     1.27157              233.28
                    Transmission Services Charge       838 kWh  X     0.00323                2.71
                    Electricity Supply Charge          838 kWh                              24.19
                    Purchased Electricity Adjustment                                         0.39
                    Misc Procurement Component Chg     838 kWh  X     0.00354                2.97
                    Environmental Cost Recovery Adj    838 kWh  X     0.00015                0.13
                    Energy Efficiency Programs         838 kWh  X     0.00035                0.29
                    Franchise Cost                    $19.21   X     3.15800%                0.61
                    State Tax                                                                2.75
                    Municipal Tax                                                            3.79
                    Total current charges                                                            $291.97

Other Charges       Charges from previous bill                                           $2,600.26
                    Previous late payment charge (s) - electric                              $39.00
                    Deposit                                                              $-1,134.38
                    Total other charges                                                              $1,504.88

                    Total amount due                                                                 $1,796.85

Your Usage Profile   13-Month Usage (Total kWh)



| Month Billed | Total Demand | Avg Daily kWh | Avg Daily Temp |
|---|---|---|---|
| Current Month | 0.0 | 76.2 | 43 |
| Last Month | 0.0 | 1013.0 | 34 |
| Last Year | 0.0 | 1628.6 | 41 |

* Non-regular billing period

* * * Final Bill * * * New Smart Ideas energy efficiency incentives are coming in June! Sign up for a FREE subscription to Energy Insights Online to prepare and benchmark your facility's electricity usage. Visit www.ComEd.com for more info or e-mail EnergyInsightsOnline@ComEd.com

When paying in person, please bring the entire bill.

Return only this portion with your check made payable to ComEd. Please write your account number on your check.

**ComEd.**
An Exelon Company

☐ Check here to pledge a donation to Power Up fund and complete form on reverse side.

To pay by phone call 1-800-588-9477.
A convenience fee will apply.

11130 7605 70000 0000

23219 1 MB 0.369  0463/023219/000502 087 01 GXBIN0    1 04222009
CIRCUIT CITY
C/O ADVANTAGE IQ MS 1378
PO BOX 2440
SPOKANE, WA  99210-2440

Account Number        Payment Receipt Stamp
1113076057

Payment Amount

Please pay this
amount by 05/06/2009        $1,796.85

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

0000029197000026002b

11130760570001796859126179685 4

www.exeloncorp.com

TELEPHONE NUMBERS
Hearing/Speech Impaired: 1-800-572-5789 (TTY)
Customer Service: 1-877-4-ComEd-1 (1-877-426-6331)

Page 1 of 1
Name             CIRCUIT CITY
Acct ID          #3198
Service Location 5460 E STATE ST ROCKFORD
Phone Number     804-640-1722
Account Number   2216291004

Issue Date       April 21, 2009        Late payment charges will continue until bill is paid.

| Meter Information | Read Date | Meter Number | Load Type | Reading Type | Meter Reading Previous | Present | Diff | Mult x | Usage |
|---|---|---|---|---|---|---|---|---|---|
| | 03/30 | 141388846 | General Service | Tot kWh | ACT | ACT | | | 22249 |
| | 03/30 | 141388846 | General Service | On Pk kW | ACT | ACT | | | 85.64 |

Current Period   Commercial Hourly - 100 kW to 400 kW       Service from 03/19/2009 to 03/30/2009 - 11 Days
                 Customer Charge                                                    $6.59
                 Standard Metering Charge                                            3.55
                 Distribution Facilities Charge     85.64 kW  X   2.08089          178.21
                 Capacity Charge                   213.23 kW  X   1.27157          271.14
                 Transmission Services Charge    22,249 kWh  X   0.00323           71.86
                 Electricity Supply Charge       22,249 kWh                        651.36
                 Purchased Electricity Adjustment                                    10.23
                 Misc Procurement Component Chg  22,249 kWh  X   0.00354           78.76
                 Environmental Cost Recovery Adj 22,249 kWh  X   0.00015            3.34
                 Energy Efficiency Programs      22,249 kWh  X   0.00035            7.79
                 Franchise Cost                    $186.70  X   4.78600%            8.94
                 State Tax                                                          70.43
                 **Total current charges**                                       $1,362.20

Other Charges    Charges from previous bill                                      $2,351.80
                 **Total other charges**                                         $2,351.80

                 Total amount due                                                $3,714.00

Your Usage Profile   13-Month Usage (Total kWh)

| Month Billed | Total Demand | Avg Daily kWh | Avg Daily Temp |
|---|---|---|---|
| Current Month | 0.0 | 2022.6 | 43 |
| Last Month | 0.0 | 1661.9 | 34 |
| Last Year | 0.0 | 2161.6 | 41 |

A M J J A S O N D J F M A
* Non-regular billing period

* * * Final Bill * * * New Smart Ideas energy efficiency incentives are coming in June! Sign up for a FREE subscription
to Energy Insights Online to prepare and benchmark your facility's electricity usage. Visit www.ComEd.com for more info
or e-mail EnergyInsightsOnline@ComEd.com

---

When paying in person, please bring the entire bill.

Return only this portion with your check made payable to ComEd. Please write your account number on your check.

ComEd
An Exelon Company

☐ Check here to pledge a donation to Power Up fund and complete form on reverse side.

To pay by phone call 1-800-588-9477.
A convenience fee will apply.

22162 9100 40000 0000

23303 1 SP 0.420  0394/023303/000417 089 01 GX8IXI       1 04222009
CIRCUIT CITY #3198
9950 MARYLAND DR
RICHMOND, VA 23233

Account Number          Payment Receipt Stamp
2216291004

Payment Amount

Please pay this
amount by 05/08/2009        $3,714.00

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

000013622000000235180

22162910040003714009128371400 3

www.exeloncorp.com

Hearing/Speech Impaired: 1-800-572-5789 (TTY)
Customer Service:       1-877-4-ComEd-1 (1-877-426-6331)

Page 1 of 2

| | |
|---|---|
| Name | CIRCUIT CITY #3119 |
| Acct ID | #3127 |
| Service Location | 6124 GRAND AVE GURNEE |
| Phone Number | 804-640-1722 |
| Account Number | 2979188024 |
| Issue Date | April 27, 2009 |

Late payment charges will continue until bill is paid.

Meter Information

| Read Date | Meter Number | Load Type | Reading Type | Meter Reading Previous | Meter Reading Present | Diff | Mult x | Usage |
|---|---|---|---|---|---|---|---|---|
| 03/30 | 141401568 | General Service | Tot kWh | ACT | ACT | | | 2252 |
| 03/30 | 141401568 | General Service | On Pk kW | ACT | ACT | | | 14.54 |

Current Period

Commercial Hourly - 100 kW to 400 kW          Service from 03/24/2009 to 03/30/2009 - 6 Days

| | | | |
|---|---|---|---|
| Customer Charge | | | $3.59 |
| Standard Metering Charge | | | 1.94 |
| Distribution Facilities Charge | 14.54 kW X | 1.13400 | 16.49 |
| Capacity Charge | 271.29 kW X | 0.69295 | 187.99 |
| Transmission Services Charge | 2,252 kWh X | 0.00323 | 7.27 |
| Electricity Supply Charge | 2,252 kWh | | 75.51 |
| Purchased Electricity Adjustment | | | 1.04 |
| Misc Procurement Component Chg | 2,252 kWh X | 0.00354 | 7.97 |
| Environmental Cost Recovery Adj | 2,252 kWh X | 0.00015 | 0.34 |
| Energy Efficiency Programs | 2,252 kWh X | 0.00035 | 0.79 |
| Franchise Cost | $21.12 X | 3.57200% | 0.75 |
| State Tax | | | 7.23 |
| **Total current charges** | | | **$310.91** |

Other Charges

| | |
|---|---|
| Deposit | $-1,385.58 |
| Charges from previous bill | $4,172.02 |
| Previous late payment charge (s) - electric | $62.58 |
| **Total other charges** | **$2,849.02** |

Total amount due                                                      $3,159.93

* * * Final Bill * * * New Smart Ideas energy efficiency incentives are coming in June! Sign up for a FREE subscription to Energy Insights Online to prepare and benchmark your facility's electricity usage. Visit www.ComEd.com for more info or e-mail EnergyInsightsOnline@ComEd.com

---

When paying in person, please bring the entire bill.

Return only this portion with your check made payable to ComEd. Please write your account number on your check.

**ComEd.**
An Exelon Company

☐ Check here to pledge a donation to Power Up fund and complete form on reverse side.

To pay by phone call 1-800-588-9477.
A convenience fee will apply.

29791 8802 40000 0000

22689 1 MB 0.369  0889/022689/000922 079 01 GX8XC    1 04282009

CIRCUIT CITY #3119
CIRCUIT CITY STORE #3127
C%EXPENSE PAYABLE #3127
9954 MAYLAND DR
RICHMOND, VA 23233-1463

Account Number
2979188024

Payment Receipt Stamp

Payment Amount

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Please pay this
amount by 05/12/2009        $3,159.93

0000031091000041720 2

29791880240003159939132315993 2

www.exeloncorp.com

Hearing/Speech Impaired: 1-800-572-5789 (TTY)
Customer Service: 1-877-4-ComEd-1 (1-877-426-6331)

Page 2 of 2

2979188024

Your Usage Profile



13-Month Usage (Total kWh)
150000
76000
2000
A M J J A S O N D J F M A
* Non-regular billing period

| Month Billed | Total Demand | Avg Daily kWh | Avg Daily Temp |
|---|---|---|---|
| Current Month | 0.0 | 375.3 | 43 |
| Last Month | 0.0 | 1923.6 | 37 |
| Last Year | 0.0 | 2524.4 | 48 |

DO NOT MAIL THIS PORTION WITH YOUR PAYMENT

22689 1 M8 0.369 GX8JQC  0226890202 100

www.exeloncorp.com

Hearing/Speech Impaired: 1-800-572-5789 (TTY)
Customer Service:    1-877-4-ComEd-1 (1-877-426-6331)

Page 1 of 2
Name              CIRCUIT CITY
Acct ID           #3171
Service Location  4483 RT 14 CRYSTAL LAKE
Phone Number      815-455-7368
**Account Number  3637543002**

Issue Date        April 23, 2009              Late payment charges will continue until bill is paid.

| Meter Information | Read Date | Meter Number | Load Type | Reading Type | Meter Reading Previous | Meter Reading Present | Diff | Mult x | Usage |
|---|---|---|---|---|---|---|---|---|---|
| | 03/31 | 141379174 | General Service | Tot kWh | ACT | ACT | | | 3194 |
| | 03/31 | 141379174 | General Service | On Pk kW | ACT | ACT | | | 19.91 |

Current Period — Commercial Hourly - 100 kW to 400 kW    Service from 03/24/2009 to 03/31/2009 - 7 Days

| | | | |
|---|---|---|---|
| Customer Charge | | | $4.19 |
| Standard Metering Charge | | | 2.26 |
| Distribution Facilities Charge | 19.91 kW X | 1.32111 | 26.30 |
| Capacity Charge | 214.58 kW X | 0.80729 | 173.23 |
| Transmission Services Charge | 3,194 kWh X | 0.00323 | 10.32 |
| Electricity Supply Charge | 3,194 kWh | | 107.18 |
| Purchased Electricity Adjustment | | | 1.47 |
| Misc Procurement Component Chg | 3,194 kWh X | 0.00354 | 11.31 |
| Environmental Cost Recovery Adj | 3,194 kWh X | 0.00015 | 0.48 |
| Energy Efficiency Programs | 3,194 kWh X | 0.00035 | 1.12 |
| Franchise Cost | $31.70 X | 8.28700% | 2.63 |
| State Tax | | | 10.24 |
| **Total current charges** | | | **$350.73** |

Other Charges

| | |
|---|---|
| Charges from previous bill | $1,703.44 |
| Deposit | $-1,174.60 |
| Previous late payment charge (s) - electric | $25.55 |
| **Total other charges** | **$554.39** |
| | |
| **Total amount due** | **$905.12** |

* * * Final Bill * * * New Smart Ideas energy efficiency incentives are coming in June! Sign up for a FREE subscription
to Energy Insights Online to prepare and benchmark your facility's electricity usage. Visit www.ComEd.com for more info
or e-mail EnergyInsightsOnline@ComEd.com

When paying in person, please bring the entire bill.
---
Return only this portion with your check made payable to ComEd. Please write your account number on your check.

**ComEd.**
An Exelon Company

☐ Check here to pledge a donation to Power Up
fund and complete form on reverse side.

To pay by phone call 1-800-588-9477.
A convenience fee will apply.

36375 4300 20000 0000

23288 1 SP 0.420  0313/023288/000326 075 01 GX835E    1 04242009
CIRCUIT CITY #3171
9950 MARYLAND DRIVE
RICHMOND, VA 23233

Account Number       Payment Receipt Stamp
3637543002

Payment Amount

Please pay this
amount by 05/08/2009          **$905.12**

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

00000350730000170344

36375430020000905129128090905122

www.exeloncorp.com

Hearing/Speech Impaired: 1-800-572-5789 (TTY)

Customer Service: 1-877-4-ComEd-1 (1-877-426-6331)

Page 2 of 2

3637543002

Your Usage Profile

13-Month Usage (Total kWh)



* Non-regular billing period

| Month Billed | Total Demand | Avg Daily kWh | Avg Daily Temp |
|---|---|---|---|
| Current Month | 0.0 | 456.3 | 42 |
| Last Month | 0.0 | 514.9 | 36 |
| Last Year | 0.0 | 1883.1 | 42 |

DO NOT MAIL THIS PORTION WITH YOUR PAYMENT

23288 1 SP 0.420 GX8JSE 0232880202 104

www.exeloncorp.com

Hearing/Speech Impaired: 1-800-572-5789 (TTY)
Customer Service: 1-877-4-ComEd-1 (1-877-426-6331)

Page 1 of 1

| | |
|---|---|
| Name | CIRCUIT CITY |
| Service Location | 639 E BOUGHTON RD STE 180 BOLINGBROOK |
| Phone Number | 804-527-4000 |
| Account Number | 4755127045 |
| Issue Date | April 15, 2009 |

Late payment charges will continue until bill is paid.

**Meter Information**

| Read Date | Meter Number | Load Type | Reading Type | Previous | Present | Diff | Mult x | Usage |
|---|---|---|---|---|---|---|---|---|
| 03/31 | 141308769 | General Service | Tot kWh | 13456 ACT | 13819 EST | 363 | 60 | 21780 |
| 03/31 | 141308769 | General Service | kW | 32.28 ACT | 33.37 EST | 1.09 | 60 | 65.40 |

**Current Period**

Commercial Demand - 100 to 400 kW    Service from 03/04/2009 to 03/31/2009 - 27 Days

| | | | |
|---|---|---|---|
| Customer Charge | | | $17.96 |
| Standard Metering Charge | | | 9.68 |
| Distribution Facilities Charge | 65.40 kW X | 5.67000 | 370.82 |
| Transmission Services Charge | 21,780 kWh X | 0.00821 | 178.81 |
| Electricity Supply Charge | 21,780 kWh X | 0.07478 | 1,628.71 |
| Purchased Electricity Adjustment | | | 9.80 |
| Environmental Cost Recovery Adj | 21,780 kWh X | 0.00015 | 3.27 |
| Energy Efficiency Programs | 21,780 kWh X | 0.00035 | 7.62 |
| Franchise Cost | $393.96 X | 4.46000% | 17.57 |
| Local Government Compliance Adj | 21,780 kWh X | -0.00014 | -3.05 |
| State Tax | | | 69.70 |
| **Total current charges** | | | **$2,310.89** |

**Other Charges**

| | |
|---|---|
| Charges from previous bill | $11,340.26 |
| Current late payment charge (s) - electric | $7.85 |
| Previous late payment charge (s) - electric | $374.30 |
| Deposit | $-873.23 |
| **Total other charges** | **$10,849.18** |

Total amount due    $13,160.07

**Your Usage Profile**

13-Month Usage (Total kWh)

| Month Billed | Total Demand | Avg Daily kWh | Avg Daily Temp |
|---|---|---|---|
| Current Month | 0.0 | 806.7 | 40 |
| Last Month | 0.0 | 960.0 | 27 |
| Last Year | 0.0 | 1305.5 | 34 |

\* \* \* Final Bill \* \* \* New Smart Ideas energy efficiency incentives are coming in June! Sign up for a FREE subscription to Energy Insights Online to prepare and benchmark your facility's electricity usage. Visit www.ComEd.com for more info or e-mail EnergyInsightsOnline@ComEd.com

---

When paying in person, please bring the entire bill.

Return only this portion with your check made payable to ComEd. Please write your account number on your check.


ComEd. An Exelon Company

☐ Check here to pledge a donation to Power Up fund and complete form on reverse side.

To pay by phone call 1-800-588-9477.
A convenience fee will apply.

47551 2704 50000 0000

21531 1 AT 0.346  2171/021531/002292 071 01 CXBMB8    1 04182009
CIRCUIT CITY
639 E BOUGHTON RD STE 180
BOLINGBROOK, IL  60440-3142

Account Number
4755127045

Payment Receipt Stamp

Payment Amount

Please pay this amount by 04/30/2009    $13,160.07

ComEd
PO Box 6112
Carol Stream, IL  60197-6112

000023108900011340 26

4755127045000000000091200000004