

Michelle McMahon
Direct: 212-541-3039
Fax: 212-541-1439
Email: michelle.mcmahon@bryancave.com

June 29, 2009

**BY FEDERAL EXPRESS**

Circuit City Stores, Inc. et. al.
Claims Processing Department
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, California 90245

Re:   *In re Circuit City Stores, Inc., et. al.*

To Whom It May Concern:

Enclosed please find (i) original administrative claims filed today in the above-referenced bankruptcy case and (ii) copies of same to be time and date stamped and returned to me in the enclosed self addressed stamped envelope.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Michelle McMahon

Enclosures

**Bryan Cave LLP**
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

Chicago
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
London
Los Angeles
Milan
New York
Phoenix
San Francisco
Shanghai
St. Louis
Washington, DC

**Bryan Cave International Trade**
*A TRADE CONSULTING SUBSIDIARY
OF NON-LAWYER PROFESSIONALS*
www.bryancavetrade.com

Bangkok
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

**Bryan Cave Strategies**
*A GOVERNMENT RELATIONS AND
POLITICAL AFFAIRS SUBSIDIARY*
www.bryancavestrategies.com
Washington, DC
St. Louis

C145551/0274916/1534919.1

PS|Ship - FedEx Label

From: Origin ID: QNYA (212)541-4630
Michelle K. McMahon
Bryan Cave
1290 Avenue of the Americas

New York, NY 10104

SHIP TO: (212)541-2211        BILL SENDER
CLAIMS PROCESSING
CIRCUIT CITY c/o KURTMAN CARSON
2335 Alaska Ave

El Segundo, CA 90245-4808

Ship Date: 29JUN09
ActWgt: 1 LB
CAD: 4030170/WBUS0200
Account#: S ********

Delivery Address Bar Code

Ref # C145551/02749416/010302
Invoice #
PO #
Dept #

TRK# 7994 2214 2801
0201

XH HHRA

TUE - 30JUN
PRIORITY OVERNIGHT
ASR
A1

90245
CA-US
LAX

Page 1 of 2

## Detailed Results

Printable Version Help

Enter tracking number

Detailed Results | Notifications

1st.

Tracking no.: 799422142801 E-mail notifications

## Delivered

Initiated Picked up In transit Delivered

**Delivered**
Signed for by: A.WILLIAMS

| Shipment Dates | | Destination |
|---|---|---|
| Ship date | Jun 29, 2009 | El Segundo, CA |
| Delivery date | Jul 1, 2009 9:10 AM | Signature Proof of Delivery |

## Shipment Facts

**Help**

| | | | |
|---|---|---|---|
| Service type | Priority Envelope - Adult Signature Required | Delivered to | Receptionist/Front Desk |
| | | Reference | C145551/0274916/010302 |
| Weight | 0.5 lbs/0.2 kg | | |

## Shipment Travel History

**Help**

Select time zone: Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Jul 1, 2009 9:10 AM | **Delivered** | El Segundo, CA | |
| Jul 1, 2009 8:17 AM | On FedEx vehicle for delivery | HAWTHORNE, CA | |
| Jul 1, 2009 6:53 AM | At local FedEx facility | HAWTHORNE, CA | |
| Jun 30, 2009 6:34 PM | At dest sort facility | LOS ANGELES, CA | |
| Jun 30, 2009 4:19 PM | Arrived at FedEx location | FORT WORTH, TX | |
| Jun 30, 2009 3:52 AM | Departed FedEx location | MEMPHIS, TN | |
| Jun 30, 2009 12:04 AM | Departed FedEx location | NEWARK, NJ | |
| Jun 29, 2009 9:46 PM | Left FedEx origin facility | NEW YORK, NY | |
| Jun 29, 2009 7:50 PM | Picked up | NEW YORK, NY | |
| Jun 29, 2009 6:07 PM | Shipment information sent to FedEx | | |

This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995- 2009 FedEx

