## **EXHIBIT A**

**Circuit City - WTM Glimcher, LLC**
**11/10/08 - 3/12/09 (Post-Petition)**

<u>Lease Information</u>: If payment not received when due:
Interest:   >   1.5%                               18%
Late Fee:  >   10.00%                          $100.00

| Date | Monthly Charges | | | | | Late Charges | | | |
|---|---|---|---|---|---|---|---|---|---|
| | BRT | ORT | CAM | PRF | TAX | Total Charges | Late Fees | Interest | Total Amount Due |
| Nov-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dec-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jan-09 | 25,981.61 | 0.00 | 1,471.84 | 685.24 | 3,117.18 | 31,255.87 | 0.00 | 0.00 | 31,255.87 |
| Feb-09 | 0.00 | -1,520.86 | 0.00 | 0.00 | -3,117.18 | (4,638.04) | 0.00 | 0.00 | 26,617.83 |
| Mar-09 | -4,874.15 | 0.00 | 0.00 | 0.00 | 8,303.36 | 3,429.21 | 0.00 | 0.00 | 30,047.04 |
| Total | $21,107.46 | ($1,520.86) | $1,471.84 | $685.24 | $8,303.36 | $30,047.04 | $0.00 | $0.00 | $30,047.04 |

Total Charges:              $30,047.04

Interest                           $0.00

Total Due:                   $30,047.04