## **EXHIBIT A**

**Circuit City - WTM Glimcher, LLC**
**6/26/07 - 11/09/08 (Pre-Petition)**

Lease Information: If payment not received when due:
Interest:    >    1.5%                          18%
Late Fee:  >    10.00%                    $100.00

| | Monthly Charges | | | | | Late Charges | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | BRT | CAM | PRF | TAX | CPY | Total Charges | Late Fees | Interest | Total Amount Due |
| Dec-04 | 1,848.75 | 0.00 | 0.00 | 0.00 | 0.00 | 1,848.75 | 184.88 | 27.73 | 2,061.36 |
| Jan-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.73 | 2,089.09 |
| Feb-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.73 | 2,116.82 |
| Mar-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.73 | 2,144.55 |
| Apr-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.73 | 2,172.28 |
| May-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.73 | 2,200.01 |
| Jun-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.73 | 2,227.74 |
| Jul-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.73 | 2,255.48 |
| Aug-05 | 0.00 | -0.04 | 0.00 | 0.00 | 0.00 | (0.04) | 0.00 | 27.73 | 2,283.17 |
| Sep-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.73 | 2,310.90 |
| Oct-05 | 0.00 | 0.00 | 28.93 | 0.00 | 0.00 | 28.93 | 100.00 | 28.16 | 2,467.99 |
| Sep-08 | 0.00 | 0.00 | 0.00 | 0.00 | -1,423.29 | (1,423.29) | 0.00 | 6.82 | 2,009.11 |
| Oct-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.82 | 2,015.93 |
| Nov-08 | 7,794.48 | 441.55 | 205.57 | 935.15 | 0.00 | 9,376.76 | 937.68 | 147.47 | 12,477.83 |
| | | | | | | | | | |
| Total | $9,643.23 | $441.51 | $234.50 | $935.15 | ($1,423.29) | $9,831.11 | $1,222.55 | $1,424.17 | $12,477.83 |

Total Charges:        $9,831.11

Interest              $2,646.72

Total Due:            $12,477.83