# **EXHIBIT A**

**Circuit City - Puente Hills Mall, LLC**
**11/10/08 - 12/11/08 (Post-Petition)**

<u>Lease Information</u>: If payment not received when due:
Interest:    >    1.25%                    15%
Late Fee:  >    0.00%                    $0.00

| Date | Monthly Charges | | | | | | Late Charges | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | BRT | CAM | ELE | TAX | TPY | XPY | Total Charges | Late Fees | Interest | Total Amount Due |
| Nov-08 | 0.00 | 0.00 | 1,024.26 | -1,307.16 | 0.00 | 0.00 | (282.90) | 0.00 | 0.00 | (282.90) |
| Dec-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (282.90) |
| Jan-09 | 0.00 | 0.00 | 2,207.27 | 0.00 | 0.00 | 0.00 | 2,207.27 | 0.00 | 0.00 | 1,924.37 |
| Total | $0.00 | $0.00 | $3,231.53 | ($1,307.16) | $0.00 | $0.00 | $1,924.37 | $0.00 | $0.00 | $1,924.37 |

Total Charges:        $1,924.37

Interest                    $0.00

Total Due:                $1,924.37