# **EXHIBIT B**

**Circuit City - Puente Hills Mall, LLC**
**6/26/07 - 11/09/08 (Pre-Petition)**

Lease Information: If payment not received when due:
Interest:  >  1.5%            18%
Late Fee:  >  10.00%          $100.00

| | Monthly Charges | | | | | | Late Charges | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | BRT | CAM | ELE | TAX | TPY | XPY | Total Charges | Late Fees | Interest | Total Amount Due |
| Jun-07 | 0.00 | 0.00 | 0.00 | 0.00 | -6,154.48 | 22,441.48 | 16,287.00 | 1,628.70 | 244.31 | 18,160.01 |
| Jul-07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 244.31 | 18,404.31 |
| Aug-07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 244.31 | 18,648.62 |
| Sep-07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 244.31 | 18,892.92 |
| Oct-07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 244.31 | 19,137.23 |
| Nov-07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 244.31 | 19,381.53 |
| Dec-07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 244.31 | 19,625.84 |
| Jan-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 244.31 | 19,870.14 |
| Feb-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 244.31 | 20,114.45 |
| Mar-08 | 30,435.87 | 6,195.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36,630.87 | 3,663.09 | 793.77 | 61,202.17 |
| Apr-08 | 0.00 | 2,195.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,195.00 | 219.50 | 826.69 | 64,443.36 |
| May-08 | 0.00 | 2,195.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,195.00 | 219.50 | 859.62 | 67,717.48 |
| Jun-08 | 0.00 | 2,195.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,195.00 | 219.50 | 892.54 | 71,024.52 |
| Jul-08 | 0.00 | 2,195.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,195.00 | 219.50 | 925.47 | 74,364.49 |
| Aug-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 925.47 | 75,289.96 |
| Sep-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 925.47 | 76,215.43 |
| Oct-08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 925.47 | 77,140.90 |
| Nov-08 | 12,268.05 | 900.33 | 5,325.76 | 139,674.13 | 0.00 | 0.00 | 158,168.28 | 15,816.83 | 3,297.99 | 254,423.99 |
| Total | $42,703.92 | $15,875.33 | $5,325.76 | $139,674.13 | ($6,154.48) | $22,441.48 | $219,866.15 | $21,986.61 | $12,571.23 | $254,423.99 |

Total Charges:     $219,866.15

Interest           $34,557.85

Total Due:         $254,423.99