# **EXHIBIT C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------------- x
In re:                                                          :
                                                                :    Chapter 11
CIRCUIT CITY STORES, INC., et al.,                              :
                                                                :    Case No. 08-35653 (KRH)
    Debtors.                                                    :
                                                                :    Jointly Administered
                                                                :
---------------------------------------------------------------- x

**DECLARATION OF RODNEY OVERMYER IN SUPPORT OF
RESPONSE OF GLIMCHER PROPERTIES LIMITED PARTNERSHIP,
AS MANAGING AGENT FOR PUENTE HILLS MALL, LLC,
TO LIQUIDATING TRUST'S NINTH OMNIBUS OBJECTION TO LANDLORD
CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS,
RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE
OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE
FILED CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

I, RODNEY OVERMYER, declare as follows:

1. I am a Senior Credit Analyst at Glimcher Realty Trust, which is the ultimate parent company of Glimcher Properties Limited Partnership ("GPLP"), the managing agent for Puente Hills Mall, LLC (collectively, the "Claimant"). The Claimant is a creditor in the above-captioned cases which were filed under chapter 11 of title 11 of the United States Code on November 10, 2008 (the "Petition Date"). I make this Declaration in support of the *Response of Glimcher Properties Limited Partnership, as Managing Agent for Puente Hills Mall, LLC, to Liquidating Trust's Ninth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, and Disallowance of Certain Amended Claims)* (the "Response").

2

2. Upon information and belief, prior to the Petition Date, the above-captioned Debtors leased certain retail space from the Claimant at Puente Hills Mall, City of Industry, California (the "Leased Premises") pursuant to a certain written lease (the "Lease").

3. Upon information and belief, and based upon a review of the books and records of Claimant, the amount of $254,423.99 remains due and owing the Claimant by the Debtors for the period prior to the Petition Date.

4. Upon information and belief, and based upon a review of the books and records of the Claimant, the amount of $1,924.37 remains due and owing the Claimant by the Debtors for the period from the Petition Date through the effective date of rejection of the Lease.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 6th day of April, 2011 in Columbus, Ohio.

RODNEY OVERMYER

CINLibrary 0028924.0564897 2284809v1

3