Paul S. Bliley, Jr., VSB #13973
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320
Telephone:    (804) 783-6448
Fax:    (804) 783-6507
pbliley@williamsmullen.com
Counsel to Various Florida County Tax Collectors

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |

**RESPONSE OF HERNANDO, MANATEE, PALM BEACH, PINNELLAS, POLK, LEE, OKALOOSA, BREVARD, ORANGE, BAY AND INDIAN RIVER COUNTIES, FLORIDA TAX COLLECTORS TO LIQUIDATING TRUSTEE'S EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS**

Comes now the Tax Collectors for the Florida Counties of Hernando, Manatee, Palm Beach, Pinnellas, Polk, Lee, Okaloosa, Brevard, Orange, Bay and Indian River Counties, and for their response to the Liquidating Trustee's Eighteenth Omnibus Objection to claims (Docket Number 10062) states as follows:

1. The Florida Tax Collectors for the below listed Counties have filed claims for 2008 personal property taxes assessed against personal property located in the Circuit City Stores in their respective counties. The Omnibus Objection filed herein seeks to establish the respective claims filed by the Counties as follow:

| County | Claim No. | Secured Claim Amount |
|---|---|---|
| Hernando County | 11961 | $ 7,367.88 |

| | | | |
|---|---|---|---|
| Manatee County | 12084 | $ | 5,847.60 |
| Palm Beach County | 4172 | $ | 42,176.63 |
| Pinnellas County | 2279 | $ | 17,205.37 |
| Polk County | 271 | $ | 9,349.74 |
| Lee County | 1639 | $ | 12,933.21 |
| Okaloosa County | 3161 | $ | 2,652.22 |
| Brevard County | 7701 | $ | 10,699.92 |
| Brevard County | 7702 | $ | 5,007.75 |
| Orange County | 10414 | $ | 11,675.37 |
| Orange County | 10415 | $ | 10,900.90 |
| Orange County | 10416 | $ | 8,425.13 |
| Orange County | 10891 | $ | 9,960.51 |
| Orange County | 10892 | $ | 8,014.02 |
| Bay County | 11928 | $ | 1,452.39 |
| Indian River | 2282   (Priority) | $ | 6,694.45 |

2.  All of the aforesaid claims are listed on Exhibit I on the Omnibus Objection. The Omnibus Objection seeks to "fix the amount of the claims listed on Exhibit I". It is not clear from the Omnibus Objection as to whether or not the Liquidating Trustee intends to pay interest on these claims or is attempting to fix these claims without interest. Telephone calls and email inquiries made by counsel for the Tax Collectors to counsel for the Liquidating Trustee have been unable to ascertain whether or not interest will be paid on these claims.

3.  Pursuant to the Second Amended Joint Plan of Liquidation confirmed herein, Article III, Paragraph B1 states in part:

If the Allowed Miscellaneous Secured Claim is a Tax Claim, held by a Governmental Unit, then Governmental Unit shall be entitled to receive interest on account of such Allowed Miscellaneous Secured Claim at the rate of interest determined under applicable non-bankruptcy law as of the calendar month in which confirmation occurs.

4.  The applicable interest rate for these claims is 18% pursuant to Florida law, Section 197.172(3), Fla. Statutes (2008, 2009 and 2010). To the extent the Eighteenth Omnibus Objection seeks to limit the amount of the governmental agency's claim to the fixed amount without interest, the Tax Collectors hereby object for the foregoing reasons.

5.  The attorney for the Tax Collectors, his telephone number, fax number and to whom the attorneys for the Liquidating Trustee should reply to this response is as follows:

>   Paul S. Bliley, Jr., Esquire
>   Williams Mullen
>   P.O. Box 1320
>   Richmond, VA  23218-1320
>   pbliley@williamsmullen.com
>   Telephone:  (804) 420-6448
>   Fax:        (804) 420-6507

6.  The name, address, telephone number and fax number of the party to reconcile, settle or otherwise resolve the objection on the claimant's behalf is the attorney set forth above.

Dated: April 7, 2011                HERNANDO, MANATEE, PALM BEACH,
                                    PINNELLAS, POLK, LEE, OKALOOSA,
                                    BREVARD, ORANGE, BAY AND INDIAN
                                    RIVER COUNTIES FLORIDA TAX COLLECTORS

                                    By  /s/ Paul S. Bliley, Jr.
                                            Of Counsel

Paul S. Bliley, Jr., VSB No. 13973
Williams Mullen
P.O. Box 1320
Richmond, VA  23218-1320
Phone:      (804) 783-6448
Fax:        (804) 783-6507

pbliley@williamsmullen.com
Counsel for Various Counties for Florida Tax Collectors

### CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April, 2011, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Paul S. Bliley, Jr.
Paul S. Bliley, Jr.

14649073_1.DOC