# EXHIBIT 1

**Exhibit 1 to Giant Eagle's Response to Fourth
Omnibus Objection Regarding
Claim No. 14019**

Administrative Expense for Circuit
City Store No. 1683 (Altoona, PA)

| | | |
|---|---|---:|
| 1. | Stub Rent (20/30 x $31,250.00) November 10 - 30, 2008 | $20,833.33 |
| 2. | Real Estate Taxes (1/1/2009 to 3/12/2009) 71/365 x $15,935 | 3,099.68 |
| 3. | Unremitted rent subsidy March 1, 2009 – March 11, 2009, incl. | <u>$ 1,344.09</u> |
| | TOTAL: | $25,277.10 |