**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

In Case No.: 08-35653        ,* Case Name Circuit City Stores, Inc., et al.

PERSONAL STATEMENT

FULL NAME (no initials, please) John Paul Rieser
Bar Identification Number 0017850 / 134181    State Ohio / Florida
Firm Name Rieser & Associates LLC
Firm Phone # 937-224-4128        Direct Dial # N/A        FAX # 937-224-3090
E-Mail Address jrieser@rieserlaw.com
Office Mailing Address 7925 Graceland Street, Dayton, Ohio 45459-3834
Name(s) of federal court(s) in which I have been admitted S.D. Ohio; S.D. Florida; 6th Circuit; and Tax Court

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)        07 APR 11
                   (Date)

Elizabeth L. Gunn
(Typed or Printed Name)

*_Pro hac vice_ admission in a case shall include an adversary proceeding(s) in the case.

Ver. 02/11/10 [effective 12/01/09]