# **EXHIBIT A**



10291 N.W. 46th Street • Sunrise, FL 33351-7964
(954) 749-1800 • Fax (954) 749-1804

CGC#4116

February 27, 2009

Starpoint Properties, LLC.
Mr. Buddy Fender
Construction & Rehab Manager
490 N. Roxbury Drive, Suite 1050
Beverly Hills, CA 90210

RE: **ESTIMATED BALLPARK COSTS FOR TENANT SHELL REQUIREMENTS**
**12300 W. SUNRISE BLVD.**
**PLANTATION, FL 33323**

Dear Mr. Fender:

Herman Construction Services, Inc. appreciates the opportunity to provide you with our best estimated "ballpark" construction costs for the work requested in your document titled "Tenant Shell Requirements" dated July 24, 2007 for the property located at 12300 W. Sunrise Blvd, Plantation, FL 33323.

Below are the various components of work and their estimated cost to complete:

Interior Demolition – Complete demolition of all interior partitions, flooring materials, wall coverings, and acoustical ceiling tiles and grid. **$77,000**

Demising Wall – Per specifications on Tenant Shell Requirements document. **$69,000**

Floor – Per specifications on Tenant Shell Requirements document. **$0**
Removal of all existing carpet and VCT included in demo quote above. At this time not able to determine quantity and degree of severity of any slab cracking.

Front Elevation – Not enough information at this time.

Rear/Side Walls - Per specifications on Tenant Shell Requirements document. **$0**
Existing walls appear to be in proper condition.

Exterior Signage - Per specifications on Tenant Shell Requirements document. **$0**
Existing Circuit City signage at roadside.

Exterior Doors - Per specifications on Tenant Shell Requirements document. **$0**

*ENGINEERING • CONTRACTING • CONSTRUCTION MANAGEMENT*



**HERMAN CONSTRUCTION SERVICES, INC.**

10291 N.W. 46th Street • Sunrise, FL 33351-7964
(954) 749-1800 • Fax (954) 749-1804

CGC#4116

Existing automatic storefront system in good condition.

Water/Domestic - Per specifications on Tenant Shell Requirements document.  $0
Water service and metering to property is existing.

Sanitary Sewer - Per specifications on Tenant Shell Requirements document.  $0
Sanitary sewer service to property is existing.

Electric - Per specifications on Tenant Shell Requirements document.  $0
Electric service and metering to property is existing.

Telephone - Per specifications on Tenant Shell Requirements document.  $0
Telephone service to property is existing.

Temporary Utilities - Per specifications on Tenant Shell Requirements document.  $0
All utilities are existing at property.

Gas – Not enough information at this time. Not know if gas service is available at this location.

HVAC - Per specifications on Tenant Shell Requirements document.  $0
Existing HVAC system. Further investigation and information needed to determine if properly sized for square footage and means of control via an EMS.

Sprinkler System - Per specifications on Tenant Shell Requirements document.  $0
Fire sprinkler system is existing. Alterations and capping of lines required prior to start of some demolition (amount included in demo quote).

Life Safety - Per specifications on Tenant Shell Requirements document.  $0
Existing life safety devices.

Fire Alarm - Per specifications on Tenant Shell Requirements document.  $0
Existing fire alarm system.

Roofing - Per specifications on Tenant Shell Requirements document.  $1,200
Estimated cost for roof inspection only.

Loading Dock - Per specifications on Tenant Shell Requirements document.  $0