# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE | § | Chapter 11. |
| | § | |
| CIRCUIT CITY | § | Case No. 08-35653-KRH |
| STORES, INC. ET AL, | § | (Jointly Administered) |
| | § | |
| Debtors | § | |

## MOTION TO ADMIT JEFF CARRUTH PRO HAC VICE

Pursuant to Local Bankruptcy Rule 2090-1 (E)(2), Dawn C. Stewart (the "Movant"), a member in good standing of the Bar of the Commonwealth of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, files this motion with the Court for an Order permitting admission of Jeff Carruth, Esquire, of Weycer, Kaplan, Pulaski & Zuber, P.C. 3030 Matlock Rd., Suite 201, Arlington, TX 76015, to appear and practice *pro hac vice* on behalf of Circuit Sports, LP ("Circuit Sports") in the Chapter 11 bankruptcy proceedings commenced by the Debtors.  In support thereof, the Movant states the following:

1. Jeff Carruth ("Carruth") is an attorney with Weycer, Kaplan, Pulaski & Zuber, P.C. and has been retained by Circuit Sports in this Case.

2. Carruth is an attorney licensed to practice law in the State of Texas and has been a member in good standing of the Texas Bar since 1997.

3. Carruth is also admitted to practice in the United States District Court, all of the Federal District Courts of Texas, Oklahoma, and Arkansas, as well as the Central District of Illinois and the Fifth Circuit Court of Appeals.  A true and correct copy of Carruth's *Application to Qualify as a Foreign Attorney Under Local Bankruptcy Rule 2090-1(e)(2)* is attached hereto as **Exhibit A** and is incorporated by reference herein.

4. Carruth is not the subject of any pending disciplinary or grievance proceedings.

5. Carruth has read and shall be governed by the local rules of this Court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Virginia Bar.

**WHEREFORE**, the Movant respectfully requests the entry of the order attached hereto as **Exhibit B**, authorizing Jeff Carruth, Esquire, to appear *pro hac vice* in these jointly administered cases, and for such other and further relief as the Court deems just and proper.

Dated: April 7, 2011         Respectfully Submitted:

        THE STEWART LAW FIRM, PLLC

        By:  */s/ Dawn C. Stewart*
        Dawn C. Stewart, Esq. (VSB #27717)
        1050 Connecticut Ave., NW
        Tenth Floor
        Washington, D.C.  20036
        Telephone:  (202) 772-1080
        Facsimile:   (202) 521-0616
        dstewart@thestewartlawfirm.com

LOCAL COUNSEL FOR
CIRCUIT SPORTS, LP

and

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
    JEFF CARRUTH
    State Bar No. 24001846
    3030 Matlock Rd., Suite 201
    Arlington, Texas 76015
    Phone: (817) 795-5046
    Facsimile: (866) 666-5322
    jcarruth@wkpz.com

ATTORNEYS FOR CIRCUIT SPORTS, LP

## **CERTIFICATE OF SERVICE**

        This is to certify that a true and correct copy of the foregoing was served on April 7, 2011 upon the parties listed below according to the method of service listed below.

| | |
|---|---|
| Lynn L. Tavenner<br>Paula S. Beran<br>TAVENNER & BERAN, P.L.C.<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219 | Service by overnight courier delivery, regular mail, and by email to *ltavenner@tb-lawfirm.com* and *pberan@tb-lawfirm.com* |
| Jeffrey N. Pomerantz (admitted pro hac vice)<br>Andrew W. Caine (admitted pro hac vice)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd.<br>11th Floor<br>Los Angeles, California 90067-4100 | Service by regular mail and by email to *jpomerantz@pszjlaw.com* and *acaine@pszjlaw.com* |

                                                /s/ Jeff Carruth