IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE | § | Chapter 11. |
| | § | |
| CIRCUIT CITY | § | Case No. 08-35653-KRH |
| STORES, INC. ET AL, | § | (Jointly Administered) |
| | § | |
| Debtors | § | |

**ORDER APPROVING ADMISSION *PRO HAC VICE* OF JEFF CARRUTH**

This matter comes before the Court upon the Motion to Admit Jeff Carruth Pro Hac Vice (the "Motion") filed by Dawn C. Stewart, Esquire. The Motion requests the entry of an order approving the admission *pro hac vice* of Jeff Carruth, Esquire, of Weycer, Kaplan, Pulaski & Zuber, P.C., for the purpose of representing Circuit Sports, L.P. in the above-referenced bankruptcy case. Based upon the representations set forth in the Motion and Mr. Carruth's pro hac vice application, and finding it otherwise proper so to do, it is hereby:

**ORDERED** that Jeff Carruth, Esquire, is hereby **ADMITTED** *pro hac vice* to practice before the Court in these bankruptcy proceedings.

Dated: _____
Richmond, Virginia

_____
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: _____

*{continued on following page}*

---

**ORDER GRANTING MOTION TO ADMIT JEFF CARRUTH PRO HAC VICE  - Page 1 of 2**

I ask for this:

Dawn C. Stewart, Esq. (VSB #27717)
THE STEWART LAW FIRM, PLLC
1050 Connecticut Ave., NW
Tenth Floor
Washington, D.C.  20036
Telephone:  (202) 772-1080
Facsimile:    (202) 521-0616
dstewart@thestewartlawfirm.com

LOCAL COUNSEL FOR
CIRCUIT SPORTS, LP

## CERTIFICATE OF ENDORSEMENT

I hereby certify, under Local Rule 9022-1, that the foregoing Order has been endorsed by and/or served upon all necessary parties.

_____/s/  *Dawn C. Stewart*_____