Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Chapter 11 |
| | ) 1 |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | ) |
| | ) Adv. Pro. No. 10-03545-KRH |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SAP INDUSTRIES, INC., FKA SAP RETAIL INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER APPROVING STIPULATION BETWEEN ALFRED H. SIEGEL, AS
TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST
AND SAP INDUSTRIES, INC. TO CONSOLIDATE OBJECTION TO
<u>CLAIM WITH PENDING ADVERSARY PROCEEDING</u>**

12304-003\DOCS_NY:23811.1

WHEREAS, on April 30, 2009, SAP filed Proof of Claim No. 12731 (the "Claim") in the chapter 11 cases of Circuit City Stores, Inc., *et al.* (the "Debtors").

WHEREAS, on March 26, 2010, the Debtors filed the *Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability Human Resources Claims; and (IV) No Liability (Miscellaneous Claims)* (the "Seventieth Omnibus Objection") [Docket No. 7013] in which it objected to the Claim on the grounds that Debtors have no liability owed on the Claim.

WHEREAS, on November 9, 2010, the Trustee filed The Liquidating Trustee's Complaint to Avoid and Recover Preferential Transfers and Other Amounts Owing to the Estate and Objection to Claim Nos. 7967, 12731 and 14166 (the "Complaint") initiating an adversary proceeding, designated Adversary Proceeding No. 10-03545 (the "Adversary Proceeding"), against SAP, seeking recovery of a preferential transfer and other amounts owing the estates and objecting to Claim.

WHEREAS, certain of the objections are common to the Seventieth Omnibus Objection and the Adversary Complaint.

WHEREAS, the Trustee and SAP would like to avoid any unnecessary duplication.

WHEREAS, in the interest of judicial economy and in an effort to contain legal expense, the Trustee and SAP have agreed to consolidate the Seventieth Omnibus Objection and the Complaint, for all purposes.

IT IS HEREBY ORDERED as follows:

.1    The Stipulation is approved.

2

.2    The Seventieth Omnibus Objection solely as it relates to the Claim and the Complaint are hereby consolidated for all purposes, and shall be deemed to constitute a single adversary proceeding under Adversary No. 10-03545.

SO ORDERED

Dated:  Richmond, Virginia
        April __, 2011                     _____
                                           UNITED STATES BANKRUPTCY JUDGE


We ask for the same:

TAVENNER & BERAN, PLC


/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

        - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

        - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
John A. Morris, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Liquidating Trustee*

3