UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC. et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653 KRH<br><br>(Jointly Administered) |

### DECLARATION OF DAN METZGER

1. My name is Dan Metzger, and I am over eighteen years of age, am competent to testify, and have personal knowledge of the facts set forth herein.

2. I am a Senior Associate of Dividend Capital Total Realty Trust Inc. I am familiar with the amounts owed by Circuit City Stores, Inc. ("Circuit City") for Circuit City's lease on property located at 9333 Atlantic Boulevard, Jacksonville, Florida (the "Property").

3. The itemized claim amount totaling $119,174.85 set forth in the Application of Mibarev Development I, LLC for Administrative Expense Claim is a true and correct accounting of amounts owed by Circuit City under the lease on the Property dated November 7, 2003.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my actual knowledge.

Executed on: 4/6/2011

_____
Dan Metzger



EXHIBIT B

5/20211.1