Thomas R. Lynch (VSB No. 73158)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street NW, Suite 1350
Washington, DC 20036
Phone (202) 719-8228

*Counsel for Mibarev Development I LLC*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| In re | |
| CIRCUIT CITY STORES, INC. et al., | Chapter 11 |
| Debtors. | Case No. 08-35653 KRH |
| | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that **Mibarev Development I, LLC** pursuant to Bankruptcy Rules 2002 and 9010(b), hereby appears by its counsel in the above-captioned case and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be delivered to and served upon the persons listed below at the following address, email address, and telephone number:

> Thomas R Lynch (VSB 73158)
> Bradley Arant Boult Cummings LLP
> 1615 L Street, NW, Suite 1350
> Washington DC 20036
> Email: tlynch@babc.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notice and papers referred to in the abovementioned bankruptcy rules but also includes, without limitation,

5/20209.1

notices and copies of all orders, applications, motions, complaints, demands, hearings, petitions, pleadings, and requests, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, delivery, telephone, facsimile or otherwise filed with regard to the above-referenced case and all proceedings therein.

Dated April 7, 2011                             Respectfully submitted,

/s/ Thomas R Lynch
Thomas R. Lynch, Esq. (VSB No.73158)
Bradley Arant Boult Cummings LLP
1133 Connecticut Avenue, N.W.
Twelfth Floor
Washington, DC 20036
Telephone: (202) 393-7150
Email: tlynch@babc.com
*Counsel for Mibarev Development I, LLC*

## CERTIFICATE OF SERVICE

 I hereby certify that a true copy of the foregoing Notice of Appearance and Request for Service was served via electronic means on this 7th day of April, 2011, to the following, constituting all necessary parties:

 Lynn L. Tavenner, Esq.
 Tavenner & Beran, PLC
 20 North Eighth Street, Second Floor
 Richmond, VA 23219

 Andrew W. Caine, Esq.
 Gillian N. Brown, Esq.
 Pachulski Stang Ziehl & Jones LLP
 10100 Santa Monica Boulevard
 Los Angeles, CA 90067-4100

Dated April 7, 2011          Respectfully submitted,

              /s/ Thomas R Lynch
              Thomas R. Lynch, Esq. (VSB No.73158)
              Bradley Arant Boult Cummings LLP
              1133 Connecticut Avenue, N.W.
              Twelfth Floor
              Washington, DC 20036
              Telephone:  (202) 393-7150
              Email: tlynch@babc.com
              *Counsel for Mibarev Development I, LLC*