# **CERTIFICATE OF SERVICE**

I certify that on this 7th day of April, 2011, a true copy of the foregoing pleading was served electronically upon all parties receiving notice via ECF and via electronic mail and U.S. Mail to the following counsel for the Liquidating Trust:

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100
E-mail: jpomerantz@pszjlaw.com
acaine@pszjlaw.com

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eight Street, 2nd Floor
Richmond, VA 23219
E-mail: ltavenner @tb-lawfirm.com
pberan@tb-lawfirm.com


/s/ Kevin A. Lake