# EXHIBIT A

Case 08-35653-KRH    Doc 10378-1    Filed 04/07/11    Entered 04/07/11 14:21:04    Desc
Exhibit(s) A    Page 1 of 2

**Morgan Hill Retail Venture LP**

*Circuit City*

**Breakdown of charges due from 11/1-11/10/08**

| | |
|---|---:|
| Rent 11/1-11/10/08 | 11,632.64 |
| CAM 11/1-11/10/08 | 1,714.08 |
| Taxes 11/1-11/10/08 | 2,148.01 |
| **Total** | 15,494.73 |

**Breakdown of charges due from 1/1/09-11/31/24**

| | |
|---|---:|
| Rent | 6,817,897.35 |
| CAM | 956,991.80 |
| Taxes | 1,189,282.34 |
| **Total** | 8,964,171.49 |

| | | |
|---|---:|---|
| 15% claim | 1,344,625.72 | (8,964,171.49 * 15%) |
| Attorney's fees | 10,000.00 | |
| Commission | 120,000.00 | |
| Renovations | 200,000.00 | |
| **SUB TOTAL** | 1,690,120.45 | |
| All Risk Property & DIC Insurance | 226,416.52 | |
| **GRAND TOTAL** | **1,916,536.97** | |