**EXHIBIT A**



# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CIRCUIT CITY STORES, INC, et al., | § | CASE NO. 08-35653 |
| | § | |
| Debtor. | § | Jointly Administered Chapter 11 |

### AMENDED PROOF OF CLAIM

Edward L. Rothberg with the law firm of Weycer, Kaplan, Pulaski & Zuber, P.C., Attorney in Fact for CIRCUIT SPORTS, L.P. ("Circuit Sports") with its principal office at Eleven Greenway Plaza, Suite 1400, Houston, Texas 77046, herein deposes and says:

1. I am the Attorney in Fact for Circuit Sports and am familiar with the amounts due and owing to Circuit Sports. I am authorized to make this Proof of Claim on behalf of Circuit Sports.

2. Circuit Sports is the landlord with respect to Debtors' retail lease space #3520 located at 13350 I-10 East, Houston, Texas ("Lease").

3. The Debtor rejected the Lease with Circuit Sports effective March 11, 2009.

4. No judgment has been rendered on this claim.

5. This claim is not subject to any set-off or counterclaim.

6. The Debtor is at the date of the filing of the petition initiating this case, indebted to Claimant in the sum of $416,325.34, including:

    a    Prepetition rents and associated expenses in the amount of $47,798.21;
    b    Rejection damages as limited by 11 U.S.C. § 502(g) in the amount of $314,270.64 including $8340.00 as reimbursement of repair costs due to the abandonment of the leased premises; and

{CIR000\00002\0527598 DOC,1\MAH}    - 1 -

RECEIVED
APR 30 2009
KURTZMANCARSONCONSULTANTS

**EXHIBIT A**

        c     $6146.63 in attorneys' fees.

A worksheet reflecting these amounts is attached hereto as Exhibit "A".

7. Additionally, Circuit Sports is owed post-petition rent and associated charges for the months of November 2008 – March 2009 in the amount of $48,109.86 which is entitled to administrative expense priority in accordance with 11 U.S.C. §503(b). A worksheet reflecting these amounts is attached hereto as Exhibit "A".

8. The filing of this Proof of Claim is not a waiver of the Claimant's right to follow any of its property or proceeds into the hands of whomsoever may receive it, provided the same was delivered in such circumstances as would entitle Claimant to receive or follow its property, nor does this claim constitute a waiver of any other right of action, or any other right that Claimant has or may have against the Debtor, the Trustee, or any other person, firm or corporation.

9. This is a general unsecured claim in the amount of $368,215.48 representing pre-petition debts, and an administrative claim in the amount of $48,109.86 for post-petition lease obligations which are not paid.

{CIR000\00002\0527598.DOC;1\MAH}　　　　　- 2 -

**EXHIBIT A**

DATED: April 29, 2009

                Respectfully submitted,

                WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                By: _____
                EDWARD L. ROTHBERG
                State Bar No. 17313990
                MELISSA A. HASELDEN
                State Bar No. 00794778
                11 East Greenway Plaza, Suite 1400
                Houston, Texas 77046
                Telephone:  713.961.9045
                Facsimile:   713.961.5341

                ATTORNEYS FOR CIRCUIT SPORTS, L.P.

Case 08-35653-KRH    Doc 10379-1    Filed 04/07/11    Entered 04/07/11 14:27:49    Desc
Exhibit(s) A    Page 4 of 6

**EXHIBIT A**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Proof of Claim has been forwarded on April 29, 2009, to the following parties:

| | |
|---|---|
| Circuit City Stores, Inc. et al.<br>Claims Processing Department<br>Kurtzman Carson Consultants LLC<br>2335 Alaska Avenue<br>El Segundo, CA 90245 | *VIA FEDERAL EXPRESS* |
| Daniel F. Blanks<br>Dion W. Hayes<br>Douglas M. Foley<br>McGuireWoods LLP<br>9000 World Trade Center<br>101 W. Main St.<br>Norfolk, VA 23510 | *VIA FIRST CLASS MAIL* |
| Gregg M. Galardi<br>Ian S. Fredericks<br>Skadden Arps Slate Meagher & Flom LLP<br>One Rodney Sq.<br>PO Box 636<br>Wilmington, DE 19899 | *VIA FIRST CLASS MAIL* |
| Joseph S. Sheerin<br>Sarah Beckett Boehm<br>McGuire Woods LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219 | *VIA FIRST CLASS MAIL* |

_____
Melissa A. Haselden

{CIR000\00002\0527598.DOC;1\MAH}          - 4 -

*EXHIBIT A TO* RESPONSE OF CIRCUIT SPORTS, LP TO TWENTY-FIRST OMNIBUS OBJECTION
TO LANDLORD CLAIMS — Page 4 of 6

**Circuit City Claim Amount Update**

Updated as of 4/27/09
Bankruptcy date: November 10, 2009

|  | Pre-petition | Post-petition | Total |
|---|---|---|---|
| Nov Base Rent | 5,917.33 | 13,807.09 | 19,724.42 |
| 2008 Tax Reconciliation | 38,139.60 | 17,102.28 | 55,241.88 |
| 2008 Ins Reconciliation | 2,557.81 | 1,146.95 | 3,704.76 |
| Nov 08 Late Chg (late 5th) | 1,183.47 |  | 1,183.47 |
| Dec 08 Late Chg (late 5th) |  | 1,183.47 | 1,183.47 |
| March Base Rent |  | 13,278.71 | 13,278.71 |
| Mar 09 Late Chg (late 5th) |  | 3,302.58 | 3,302.58 |
| Jan 09 Tax |  | 4,603.49 | 4,603.49 |
| Jan 09 Ins |  | 308.73 | 308.73 |
| Feb 09 Tax |  | 4,603.49 | 4,603.49 |
| Feb 09 Ins |  | 308.73 | 308.73 |
| Mar 09 Tax |  | 4,603.49 | 4,603.49 |
| Mar 09 Ins |  | 308.73 | 308.73 |
| Legal Fees | 6146.63 |  |  |
| **Total outstanding as of 4/27/2009** | 53,944.84 | 64,557.74 | **$118,502.58** |
| March 12-31, 2009 Less: Base Rent |  | -13,278.71 | -13,278.71 |
| March 12-31, 2009 Less: Tax |  | -199.18 | -199.18 |
| March 12-31, 2009 Less: Ins |  | -2,969.99 | -2,969.99 |
|  | Pre-petition | Post-petition |  |
| **TOTAL DUE** | 53,944.84 | 48,109.86 | **$102,054.70** |

**EXHIBIT "A"**

**EXHIBIT A**

| Base Rent | Other Rent | Total Rent |
|---|---|---|
| 20,582.00 | 4,912.22 | 25,494.22 |
| | | X 12 months |
| | Subtotal Rejection Amount | 305,930.64 |
| | Repair & cleanup costs associated with abandonement of premises | 8340.00 |
| | **TOTAL REJECTION CLAIM** | 314,270.64 |