Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

Pan Am Equities Inc
The Law Offices of David A Greer PLC
500 E Main St Ste 1225
Norfolk, VA 23510

PROOF OF CLAIM CONFIRMATION

Your proof of claim filed against **Circuit City Stores, Inc.**, case no **08-35653** was received on **2/2/2009** and assigned claim number **7999**

For more information, please visit **www.kccllc.net/circuitcity** or call 1-888-830-4650

Circuit City Stores, Claims Processing
/o Kurtzman Carson Consultants LLC
335 Alaska Ave
El Segundo, CA 90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

Pan Am Equities Inc
The Law Offices of David A Greer PLC
500 E Main St Ste 1225
Norfolk, VA 23510

COPY

10) (12/07)

ANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA

**Debtor against which claim is asserted : (Check only one box below:)**

c. (Case No. 08-35653) | CC Distribution Company of Virginia, Inc. (Case No. 08-35659) | Abbott Advertis
est Coast, Inc. (Case No. 08-35654) | Circuit City Stores PR, LLC (Case No. 08-35660) | Mayland MN, L
No. 08-35655) | Circuit City Properties, LLC (Case No. 08-35661) | Patapsco Design
Inc. (Case No. 08-35656) | Orbyx Electronics, LLC (Case No. 08-35662) | Sky Venture Co
g Company, LLC (Case No. 08-35657) | Kinzer Technology, LLC (Case No. 08-35663) | XSStuff, LLC (C
se No. 08-35658) | Courchevel, LLC (Case No. 08-35664) | PRAHS, INC. (C

***ld not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment may be filed pursuant to 11 U.S.C. § 503(a).***

erson or other entity to whom the debtor owes money or property):

uities, Inc.

e notices should be sent:

ffices of David A. Greer, PLC
Main Street, Suite 1225
VA 23510

Telephone number: (757) 227-5155

Check this amends a p

Court Claim (If known)

Filed on: ___

e payment should be sent (if different from above):

uities, Inc.
0th Street, 10th Floor
New YOrk 10022
: Mr. David Iwanier, Vice President

Telephone number:

Check this anyone else relating to y statement g

Check this trustee in th

of Date Case Filed: $___________

m is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

m is entitled to priority, complete item 5.

laim includes interest or other charges in addition to the principal amount of claim. Attach itemized st or charges.

ommercial Lease Rejection
on reverse side.)

**y number by which creditor identifies debtor:** ___________

**have scheduled account as:** 01880
on #3a on reverse side.)

nstruction #4 on reverse side.)
ate box if your claim is secured by a lien on property or a right of setoff and provide the requested

**y or right of setoff:** Real Estate Motor Vehicle Other

: $ ___________ **Annual Interest Rate** ___%

**age and other charges as of time case filed included in secured claim,**

________ **Basis for perfection:** ___________

**d Claim: $** ___________ **Amount Unsecured:** $505,200.85

**5. Amount o under 11 portion of the follow box and s**

Specify the pri

Domestic s 11 U.S.C. §

Wages, sal $10,950*) before filin or cessation whichever i § 507(a)(4)

Contributio plan -- 11 U

Up to $2,42 purchase, le services for household u

Taxes or pe government § 507(a)(8).

Other - Spe 11 U.S.C. §

**Amount**

$ ___

*Amounts are s*

of all payments on this claim has been credited for the purpose of making this proof of claim.

edacted copies of any documents that support the claim, such as promissory notes, purchase orders, ents or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a d copies of documents providing evidence of perfection of a security interest. You may also attach a *of "redacted" on reverse side.)*

Circuit City Stores, Inc.
Case No.: 08-35653

Rejection Claim – Pan Am Equities, Inc.

Store No. 1880

| | |
|---|---|
| n Rent: | $ 14,156.00 |
| Claim | $491.044.85 |
| | $505,200.85 |

| | |
|---|---|
| ase: | July 7, 1995 |
| ection: | January 2, 2009 |
| ration: | October 31, 2014 |

ed based on monthly charges at time of rejection:

| | |
|---|---|
| t | $33,504.05 |
| itional rent | 2,799.44 |
| Estate Taxes | 4,616.91 |
| | $40,920.40 |

laim based on § 502(b)(6):

| | |
|---|---|
| 12 months x $40,920.40 | $491.044.85 |

aining term:

| | |
|---|---|
| – 10/31/2014 (70 months) | $ 2,864,428.00 |
| % = | $ 429,664.20 |

of Real Estate Taxes:

| | |
|---|---|
| ner 2008: | $54,173.93 |
| r 2008: | $ 1,229.04 |
| | $55,402.97 |
| nthly: | $ 4,616.91 |

Circuit City Stores, Inc.
Case No.: 08-35653

Rejection Claim – Pan Am Equities, Inc.

Store No. 1880

| | |
|---|---|
| n Rent: | $ 14,156.00 |
| Claim | $491.044.85 |
| | $505,200.85 |

| | |
|---|---|
| ise: | July 7, 1995 |
| ection: | January 2, 2009 |
| ration: | October 31, 2014 |

ed based on monthly charges at time of rejection:

| | |
|---|---|
| t | $33,504.05 |
| itional rent | 2,799.44 |
| Estate Taxes | 4,616.91 |
| | $40,920.40 |

laim based on § 502(b)(6):

| | |
|---|---|
| 2 months x $40,920.40 | $491.044.85 |

aining term:

| | |
|---|---|
| - 10/31/2014 (70 months) | $ 2,864,428.00 |
| % = | $ 429,664.20 |

f Real Estate Taxes:

| | |
|---|---|
| ner 2008: | $54,173.93 |
| r 2008: | $ 1,229.04 |
| | $55,402.97 |
| thly: | $ 4,616.91 |