Elizabeth L. Gunn, VSB No. 71044
DurretteCrump PLC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
(804) 775-6900 Telephone
(804) 775-6911 Facsimile

*and*

Nels Ackerson
Ackerson Kauffman Fex, PC
1701 K Street, NW, Suite 1050
Washington, DC 20006
Phone: (202) 833-8833
Fax: (202) 833-8831
nels@ackersonlaw.com

*Counsel for Joshua M. Loveall*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 08-35653-KRH |
|  | ) |  |
|  | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | ) |  |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

**RESPONSE TO LIQUIDATING TRUST'S ELEVENTH
OMNIBUS OBJECTION TO CLAIMS, REDUCE TO
STATUTORY CAP, OR DISALLOW, AS APPLICABLE**

Joshua M. Loveall, by counsel, submits this response (the "Response") to the *Debtors' Eleventh Omnibus Objection to Claims, Reduce to Statutory Cap, or Disallow, as Applicable* (the "Objection"). In support of his Response, Mr. Loveall respectfully states as follows:

**BACKGROUND**

1. On November 10, 2008 (the "Petition Date"), the above-captioned debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code

(the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Virginia (the "Court").

2.   Mr. Loveall first became an employee of Debtor Circuit City Stores, LLC ("Circuit City") in 1995 as a student, became a fulltime employee of Circuit City after graduating from college in 1997, worked continuously for Circuit City through the remainder of Circuit City's existence as a going concern, and continued working full time for Circuit City and the Liquidating Joint Venture through the bankruptcy period, until he had achieved all employee retention and liquidation objectives that Circuit City had requested of him, both as Director of Circuit City's Port Charlotte, Florida Store and as acting District Operations Manager, having replaced a departing district level manager who had resigned.

3.   If permitted to offer testimony, Mr. Loveall will present evidence that during his tenure with Circuit City he rose from sales associate to Store Director and Acting District Operations Manager, that under his leadership the Port Charlotte, Florida Store was recognized for the first time as one of the five most profitable stores nationwide (well within the top one percent of all stores), that his pre-petition and post-petition experience was described as remarkable in that he was able to retain almost all of the key employees in the Port Charlotte Store through the entire period of operations and successful liquidation.

4.   On January 27, 2009, Mr. Loveall timely and properly filed a proof of claim (claim # 5592) in the Debtors' chapter 11 cases for pre-petition earnings that are due as priority claims under Section 107(a)(4) of the United States Bankruptcy Code (the "Claim or the "Mr. Loveall's Claim").

5.   On February 27, 2011, the Counsel to the Circuit City Stores, Inc, Liquidating Trust filed an Objection to Mr. Loveall's Claim (the "Objection"), seeking, among other things, an order from this Court reclassifying the Claim as a general unsecured claim.

6.   <u>Notably, the Objection does not contest the amount of the Claim, nor does the Objection dispute that the Debtors induced Mr. Loveall to remain as Store Director and later as</u>

<u>Acting District Operations Manager in order for the Debtor to continue operating as a going concern, nor does the Objection contend that Mr. Loveall failed in any manner to perform the services that were required of him at any time, either before or after the Petition Date.</u>  Indeed, Mr. Loveall's performance will be proven to have been exemplary, highly commended by his superiors, and highly valuable to Debtors here, and every day for the balance of his employment so long as his services were needed by the Debtors here, he fully earned the compensation described in his Claim.

7. The Objection relies, instead, on language in cases that do not apply here, where the salaries or bonuses were not in fact earned by continued employment through difficult times, but rather were promised for other purposes, such as severance bonuses that could be payable without being "earned" through future employment and services.

8. The Objection does not provide evidence, but only inapplicable arguments, in support of its assertion that the Claim should be reclassified to a general unsecured claim. Nor does the Objection present any evidence to refute the validity and accuracy of the Claim, as filed.

9. The party the Debtors may contact to reconcile, settle or otherwise resolve the Objection is:

> Nels Ackerson
> Ackerson Kauffman Fex, PC
> 1701 K Street, NW, Suite 1050
> Washington, DC 20006
> Phone: (202) 833-8833
> Fax: (202) 833-8831
> nels@ackersonlaw.com

10. Mr. Loveall respectfully requests leave to submit a brief and to offer evidence at the hearing presently scheduled for April 14, 2011 if this matter is not earlier settled or otherwise resolved.

**WHEREFORE,** Mr. Loveall respectfully requests that this Court enter an Order (a) overruling the Objection as to the Claim as set forth in this Response; or (b) permitting Mr. Loveall to file a brief and to submit additional evidence by affidavit or testimony, (c) providing that Mr.

3

Loveall holds an allowed administrative claim against the Debtors in the amount of $15,000; and (d) granting Mr. Loveall such other and further relief as this Court deems just and appropriate under the circumstances.

    Dated: April 7, 2011                      Respectfully Submitted,

                                        /s/ Elizabeth L. Gunn
                                        Elizabeth L. Gunn, VSB No. 71044
                                        **DurretteCrump PLC**
                                        1111 East Main Street, 16th Floor
                                        Richmond, Virginia 23219
                                        (804) 775-6900 Telephone
                                        (804) 775-6911 Facsimile
                                        *Counsel for Joshua M. Loveall*

                                        *And*

                                        Nels Ackerson
                                        Ackerson Kauffman Fex, PC
                                        1701 K Street, NW, Suite 1050
                                        Washington, DC 20006
                                        Phone: (202) 833-8833
                                        Fax: (202) 833-8831
                                        nels@ackersonlaw.com

**Certificate of Service**

I hereby certify that on April 7, 2011, a true and correct copy of the foregoing was served pursuant to the Court's CM/ECF system on all parties that receive notice in these cases, and by electronic mail on the parties listed below:

>Jeffrey N. Pomerantz, Esq.
>Andrew W. Caine, Esq.
>Pachulski Stang Ziehl & Jones LLP
>10100 Santa Monica Boulevard
>Los Angeles, CA 90067-4100
>jpomerantz@pszjlaw.com
>acaine@pszjlaw.com
>
>Lynn L. Tavenner, Esq.
>Paula S. Beran, Esq.
>Tavenner & Beran, PLC
>20 North Eighth Street, 2nd Floor
>Richmond, VA 23219
>ltavenner@tb-lawfirm.com
>pberan@tb-lawfirm.com

/s/ Elizabeth Gunn