# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
| **CIRCUIT CITY STORES, INC., et al.** ) | Case No.: 08-35653-KRH |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

COMES NOW Elizabeth L. Gunn, local counsel for Joshua M. Loveall in this case and a member of the bar of this Court, and moves, pursuant to Local Rule 2090-1(E)(2), for the admission *pro hac vice* of Nels J. Ackerson of the firm Ackerson Kauffman Fex, PC, Washington, DC. In support thereof, Movant states as follows:

1. Nels J. Ackerson is admitted to practice in the federal courts set forth on the attachment to Exhibit A to this Motion and is admitted to practice in the District of Columbia.

2. Mr. Rieser's admittance to practice law has never been revoked and he is not the subject of any disciplinary proceedings.

3. Attached hereto as Exhibit A is Mr. Rieser's Application to Qualify as a Foreign Attorney Under Local Bankruptcy Rule 2090-1(E)(2).

Roy M. Terry, Jr., VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteCrump PLC
1111 E. Main Street, 16th Floor
Richmond, Virginia 23219
804-775-6900
804-775-6911
Local Counsel for Joshua M. Loveall

4. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this motion, Movant requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

5. No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Movant requests this Court enter an order admitting Nels J. Ackerson of the firm Ackerson Kauffman Fex, PC *pro hac vice* to the bar of this Court for the conduct of this case.

Respectfully submitted, this 7th day of April, 2011.

/s/ Elizabeth L. Gunn
Roy M. Terry, Jr., VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteCrump PLC
1111 E. Main Street, 16th Floor
Richmond, Virginia 23219
804-775-6900
Fax: 804-775-6911
Local Counsel for Joshua M. Loveall

## CERTIFICATE OF SERVICE

I hereby certify on this 7th day of April, 2011, a copy of the foregoing was delivered by delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system, including counsel for the Debtors.

                                                    /s/ Elizabeth L. Gunn

F:\C\Circuit City\Josh Loveall\pro hac vice final.DOC