UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653-KRH    ,* Case Name IN RE: CIRCUIT CITY STORES, INC., ET AL.

PERSONAL STATEMENT

FULL NAME (no initials, please) NELS JOHN ACKERSON
Bar Identification Number 392882    State DC
Firm Name ACKERSON KAUFFMAN FEX, PC
Firm Phone # 202-833-8833    Direct Dial #    FAX # 202-833-8831
E-Mail Address NELS@ACKERSONLAW.COM
Office Mailing Address 1701 K STREET, NW SUITE 1050 WASHINGTON, DC 20006
Name(s) of federal court(s) in which I have been admitted SEE ATTACHED LIST

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    07 APRIL 11
    (Date)

ELIZABETH L. GUNN
(Typed or Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Ver. 02/11/10 [effective 12/01/09]

## **Nels Ackerson Court Admissions**

1. United States Supreme Court

2. District of Columbia Court of Appeals

3. United States Court of Appeals for the District of Columbia Circuit

4. United States Court of Appeals for the Sixth Circuit

5. United States Court of Appeals for the Seventh Circuit

6. United States Court of Appeals for the Federal Circuit

7. United States District Court for the District of Columbia

8. United States District Court Eastern District of Wisconsin

9. United States District Court for the Southern District of Indiana;

10. United States District Court District of Nebraska (admitted, inactive status)