

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653-KRH |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### RESPONSE TO LIQUIDATING TRUST'S
### SEVENTEENTH OMNIBUS OBJECTION TO LANDLORD CLAIMS

**COMES NOW** CC Brandywine Investors 1998, LLC ("CC Brandywine") and avers as follows:

1. The Debtor was the tenant of CC Brandywine's building commonly known as 14301 Mattawoman Drive, Brandywine, Maryland ("Premises"). The Premises consisted of an approximately 390,000 square foot warehouse facility.

2. The Trustee of the liquidating trust has made motion to the court to disallow that portion of CC Brandywine's claim number 11591 that relates to pre-petition rents not paid by the Debtor.

3. The Trustee specifically claims that the sum of $123,907.25 is not supported by the Debtor's books and records. This sum is owed for prepetition rent due in the months of October and a portion of the month of November, 2008.