March 25, 2011

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street-Room 4000
Richmond, Virginia 23219

Debtors: Circuit City Stores, Inc., et al.
Case Number: 08-35653-KRH
Thirteenth Omnibus Objection-Employment Contract Severance Claims

Claimant: Bruce H. Besanko
Claim Number: 14990
Claim Amount: $2,203,668.00

      Bruce H Besanko (claimant) requests payment of $2,203,668.00 as specified in his Employment Agreement with Circuit City Stores, Inc.

      The Bankruptcy Court should overrule the objection set forth by the Debtors. The Debtors set forth the following reasons to disallow the claim:
      1. The holders of the invalid Severance Claims voluntarily resigned. Accordingly, the Invalid Severance Claims should be disallowed in their entirety.
      2. The holders of the Invalid Severance Claims resigned post-petition.
**Claimant objects** to both points because he did not resign, but rather was terminated on February 13, 2009. This termination was a direct result of a Change-in-Control and Liquidation that effectively ended the existence of his job. Claimant requests payment of the binding Employment Agreement.


Thank you for your time and consideration,

Bruce H. Besanko
191 Farmington Road
Longmeadow, MA 01106
413-754-3030

Additional Address:
Mike Mueller
Christian/Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
804-697-4100

March 25, 2011

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 Broad Street-Room 4000
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHULSKE STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Debtors: Circuit City Stores, Inc., et al.
Case Number: 08-35653-KRH
Eleventh Omnibus Objection-Special Cash Retention Program

Claimant: Bruce H. Besanko
Claim Number: 14992
Claim Amount: $500,000.00

**FACT**: The amount of the claim is incorrectly filed as $500,000.00. I cannot recall if this was my error or not.
**REQUEST**: Please change the amount of the claim to read as $1,000,000.00 as this is the amount of the total Cash Retention Award.

I apologize to the court for this error.

Sincerely,

Bruce H. Besanko
191 Farmington Road
Longmeadow, MA  01106
413-754-3030