## **EXHIBIT A**

## Jennifer McLemore

**Subject:** FW: Circuit City-Brighton Commercial Omnibus Objection - Claims 9477, 12493 & 14345

**From:** Victoria A. Newmark [mailto:VNewmark@pszjlaw.com]
**Sent:** Friday, April 01, 2011 5:59 PM
**To:** Jennifer McLemore
**Cc:** Aileen Vaughn; Katie Bradshaw; Paula Rose
**Subject:** RE: Circuit City-Brighton Commercial Omnibus Objection - Claims 9477, 12493 & 14345

Jennifer,

This is to confirm the trust's conclusions with respect to its objections to the claims of Brighton Commercial. The trust intends to proceed as follows:

  1. Claim 9477. The trust's request to expunge the claim pursuant to omnibus 15 will proceed.

  2. Claim 12493. The trust's request to reduce the claim pursuant to omnibus 17 will be withdrawn. The request to reduce the claim pursuant to omnibus 20 will proceed.

  3. Claim 14345. The trust's request to reduce the claim pursuant to omnibus 20 will be withdrawn. The request to expunge the claim pursuant to omnibus 15 will proceed.

Victoria A. Newmark
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Tel: 310.277.6910 | Fax: 310.201.0760
VNewmark@pszjlaw.com
www.pszjlaw.com

Los Angeles | San Francisco | Wilmington, DE | New York

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.