1  TRAINOR FAIRBROOK
   NANCY HOTCHKISS [SBN 107692]
2  JENNIFER L. PRUSKI [SBN 186141]
   980 Fulton Avenue
3  Sacramento, California 95825
   Telephone: (916) 929-7000
4  Facsimile: (916) 929-7111
   jlp:0559100.897734.1
5
   Attorneys for Creditor
6  GREENBACK ASSOCIATES,
   a California general partnership
7

```
RICHMOND DIVISION
F                        F
I                        I
L      APR  5 2011       L
E                        E
D         CLERK          D
   US BANKRUPTCY COURT
```

8              UNITED STATES BANKRUPTCY COURT

9              EASTERN DISTRICT OF VIRGINIA

10                    RICHMOND DIVISION

11

12  IN RE:                        |  Chapter 11

13  CIRCUIT CITY STORES, INC., *et al.*,  |  Case No. 08-35653-KRH

14        Debtors.                |  Jointly Administered

15

16          **GREENBACK ASSOCIATES' RESPONSE TO
            LIQUIDATING TRUST'S SEVENTEENTH OMNIBUS
17          OBJECTION TO LANDLORD CLAIMS [Docket # 10061]**

18

19       Creditor Greenback Associates, a California general partnership, ("Greenback

20  Associates") hereby responds to Liquidating Trust's Seventeenth Omnibus Objection to Landlord

21  Claims.

22       1.      On November 10, 2008, Circuit City Stores, Inc. ("Debtor") and its related

23  companies filed voluntary petitions for relief under Chapter 11 of the United State Bankruptcy

24  Code.

25       2.      Greenback Associates timely filed its Administrative Expense Claim no. 15007 for

26  post-petition rent and leasehold expenses in the amount of $65,610.58 and its Proof of Claim no.

27  13378 for pre-petition rent and leasehold expenses and rejection damages in the amount of

28  $737,801.12.

TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA 95825-4558
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA 95825-4558
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

1      3.      As set forth in Schedule C of the Objection, the Liquidating Trustee proposes to

2    reduce Greenback Associates' claims but their reasoning is vague and uncertain.

3      4.      As to the Administrative Expense Claim no. 15007, Greenback Associates

4    responds to the Liquidating Trustee's removal of certain sums as follows:

5             (a)    $1,845.23 in Post-Petition Utilities:  Pursuant to paragraph 6.5 of the

6    Lease, a copy of which is attached to the Administrative Expense Claim filed by Greenback

7    Associates[1], Debtor was responsible for the payment of "all water, natural gas, electricity,

8    telephone, and other utilities and services supplied to the Premises ..."  Debtor failed to pay

9    $1,845.23 in post-petition utility expenses which were assessed to Greenback Associates as the

10   property owner after Circuit City vacated.  Copies of the invoices are attached hereto as

11   **Exhibit A**.

12            (b)    $6,256.50 in Post-Petition Taxes:  Pursuant to paragraph 4 of the Lease,

13   Debtor is responsible for the payment of real property taxes attributable to the leased real

14   property.  Copies of the tax bills have been previously and repeatedly provided to Debtor and are

15   now attached hereto as **Exhibit B**.  Debtor failed to pay post-petition taxes of $31,732.81

16   accruing from November 10, 2008 through March 10, 2009, save and except for a partial post-

17   petition payment of $6,465.88.  The reason for the removal of $6,256.50 from post-petition taxes

18   is uncertain.

19            (c)    $5,288.42 in Post-Petition Attorneys' Fees:  Pursuant to paragraph 15.4 of

20   the Lease, Debtor is entitled to post-petition attorneys' fees.  Greenback Associates was required

21   to engage attorneys to enforce the terms of the Lease by gaining Debtors' payment of post-

22   petition taxes, dealing with issues relating to store closure, and the filing of a Proof of Claim and

23   an Administrative Expense Claim.

24     5.      As to the Proof of Claim (general unsecured) no. 13378 , Greenback Associates

25   responds to the Liquidating Trustee's removal of certain sums as follows:

26            (a)    $14,944.50 in Pre-Petition Rent:  Pursuant to Article III of the Lease,

27   Debtor has the obligation to pay rent.  The pro-rated amount of rent for November 1-9, 2008 is

28

---

[1] Should the Court, Debtor or any other party request a copy of the Lease, it will be provided.

GREENBACK ASSOCIATES' RESPONSE TO LIQUIDATING TRUST'S SEVENTEENTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS [Docket # 10061]                                      -2-

1    $14,944.50. According to Greenback Associates' books, it remains unpaid.

2          (b)      $19,750.18 in Other Damages:  Pursuant to paragraphs 7.4 of the Lease,

3    Debtor had the responsibility to surrender the land and Improvements "in good condition".

4    Debtor was required to promptly "repair, at its sole cost and expense, any damage or injury to the

5    Premises or any part thereof that is caused" by the removal of Debtors' Personal Property at the

6    surrender of the Premises. (Lease, ¶ 8.3.) Moreover, upon Debtor's default, which includes the

7    commencement of a bankruptcy action, Greenback Associates could contractually recover from

8    Debtor "any and all other amounts necessary to compensate Lessor for detriment proximately

9    caused by the Default by Lessee or which in the ordinary course of events would be likely to

10   result therefrom." (Lease, ¶ 11.2.)

11         (i)      Greenback Associates was required to rekey the premises after

12   Circuit City vacated at a cost of $238.53, a copy of the invoice is attached hereto as **Exhibit C**.

13         (ii)     After Circuit City vacated the premises, Greenback Associates was

14   required to repair the electrical meter at the premises at a cost of $2,056.18.  Copies of the

15   invoices are attached hereto as **Exhibit D**.

16         (iii)    After Circuit City vacated the premises, Greenback Associates was

17   required to undertake repair and secure the driveways at a cost of $3,405.00.  A copy of the

18   invoice is attached hereto as **Exhibit E**.

19         (iv)     Upon Debtor's vacation of the Premises, Debtor failed to remove its

20   signs from the Premises, the cost of removal of the signage and repairs thereto were estimated at

21   $14,000.  Greenback Associates will provide these invoices shortly.

22        6.       The foregoing averments are based upon the personal knowledge of the following

23   individual:

24                         Andrew C. Gianulias
                          2264 Fair Oaks Boulevard, Suite 100
25                         Sacramento, California 95825
                                (916) 614-7900
26

27   Mr. Gianulias' declaration is attached hereto.

28

TRAINOR FAIRBROOK
Attorneys at Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA 95825-4558
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

1   7. Pursuant to this Court's Order Establishing Omnibus Objection Procedures and

2 Approving the Form and Manner of Notice of Omnibus Objection ("Order"), Greenback

3 Associates will provide such additional documentation as it may have upon request.

4   8. Pursuant to the Order, Greenback Associates' notice address is identical with the

5 address of the undersigned counsel.

6   WHEREFORE, Greenback Associates prays that this Court enter and order (1) overruling

7 the Objection with respect to Greenback Associates' claims; (2) allow the claims in their entirety;

8 and (3) grant Greenback Associate such other and further relief as this Court may deem

9 appropriate.

10

11 Dated: April 5, 2011       TRAINOR FAIRBROOK

12             By:  /s/ Jennifer L. Pruski
13               JENNIFER L. PRUSKI

14             Attorney for Creditor
              Donahue Schriber Realty Group, L.P.
15             980 Fulton Avenue
              Sacramento, California 95825
16             Telephone: (916) 929-7000
              Facsimile: (916) 929-7111
17             Email: jpruski@trainorfairbrook.com

18

19

20

21

22

23

24

25

26

27

28

TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA 95825-4558
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

1

## DECLARATION OF ANDREW GIANULIAS

2    I, Andrew Gianulias, declare:

3    I am the managing member of Greenback Associates, California general partnership. As

4 to the matters set forth herein, if called upon testify, I could and would competently testify

5 thereto, for I know the matters to be true of my own personal knowledge or my review of the

6 billing records related to this matter which are kept in the ordinary course of business.

7    Greenback Associates is the owner of the property located at 7980 Arcadia Drive, Citrus

8 Heights, California. I have read this Response, reviewed the attachments thereto and reviewed

9 Greenback Associates' books. I attest that the rent, expenses and invoices set forth herein

10 specifically relate to Circuit City's occupation of the premises, subsequent default and vacation of

11 the premises.

12    I declare under penalty of perjury under the laws of the United States of America that the

13 foregoing is true and correct. Executed on April 5, 2011 in Sacramento, California.

14

15

16    _____ /s/ Andrew C. Gianulias_____
                Andrew C. Gianulias

17

18

19

20

21

22

23

24

25

26

27

28

TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA 95825-4558
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

GREENBACK ASSOCIATES' RESPONSE TO LIQUIDATING TRUST'S SEVENTEENTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS [Docket # 10061]

1

2                          **DECLARATION OF JENNIFER L. PRUSKI**

3          I, Jennifer L. Pruski, declare:

4          I am an attorney with Trainor Fairbrook and for Creditor Greenback Associates.  As to the

5    matters set forth herein, if called upon testify, I could and would competently testify thereto, for I

6    know the matters to be true of my own personal knowledge or my review of the billing records

7    related to this matter which are kept in the ordinary course of business.

8          I have reviewed the billing invoices and all the attorneys' fees related to time incurred

9    after Debtors' filing of bankruptcy.  The billing invoices related to our review of bankruptcy

10   documents, handling of store closing issues, seeking out and corresponding with Debtor's counsel

11   regarding the payment of post-petition property taxes, and filing the appropriate bankruptcy

12   claims.  It is my opinion that all of these tasks were required to enforce the terms of the Lease and

13   therefore, is recoverable as post-petition administrative expenses pursuant to the contractual

14   provision in the Lease and applicable Bankruptcy Code.

15         I declare under penalty of perjury under the laws of the United States of America that the

16   foregoing is true and correct.  Executed on April 5, 2011 in Sacramento, California.

17

18

19                              ____/s/ Jennifer L. Pruski_____
                                      Jennifer L. Pruski

20

21

22

23

24

25

26

27

28

TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA 95825-4558
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

999033026900861000001655000074831

| Account Number | Bill Date | Amount Due | Amount Enclosed |
|---|---|---|---|
| 3302690086-1 | 05/04/2009 | **$748.31** | |

5409.35.818.168771 1 FP 0.414

PG&E
BOX 997300
SACRAMENTO CA
95899-7300

GREENBACK ACCOCIATES
ATTN ANDREW GIANULIAS
2264 FAIR OAKS BLVD
SACRAMENTO CA 95816

200 0229        *Please return this portion with your payment. Thank you.*        *Reprint*        ¢

| Telephone Assistance |
|---|
1-800-743-5000
Assistance is available by
telephone 24 hours per day,
7 days per week.

| Local Office Address |
|---|
5555 FLORIN PERKINS RD
SACRAMENTO CA 95826

| Account Number |
|---|
3302690086-1

May 2009

## ACCOUNT SUMMARY

| Service | Service Dates | Amount |
|---|---|---|
| Gas | 04/04/2009 To 05/04/2009 | $16.15 |
| Utility Users' Tax | | 0.40 |
| Current Charges Due 05/21/2009 | | $16.55 |
| Previous Balance | | 731.76 |
| No Payment Received by 05/04/2009 | | |

| TOTAL AMOUNT DUE | $748.31 |
|---|---|




*Recycled Paper*
30% Post-Consumer Waste

Page 1 of 4

Form 01-6630 9/98

# Consolidated Utilities Billing & Service

| ACCOUNT NUMBER | AMOUNT DUE |
|---|---|
| 50002066946 | 977.68 |

9700 Goethe RD., STE. C
Sacramento, CA. 95827
(916) 875-5555

**TO AVOID PENALTY,**
**PAYMENTS MUST BE RECEIVED BY: 07/13/2009**

| | |
|---|---|
| Consolidated Utilities Billing Statement Provided to Parcel: | 24300810260000 |
| Parcel Address: | 7980 ARCADIA DR |
| Owner Name: | MITCHELL THEODORE/LOUISE (CIRCUIT CITY STORES WC) |

**BILL PERIOD FROM 04/22/2009 THRU 06/21/2009 [ BILL CYCLE: BCYC4K ]**

## SUMMARY BILLING STATEMENT

| | |
|---|---|
| PRIOR BALANCE | 807.07 |
| DELINQUENT FEE - FULL PAYMENT NOT RECEIVED BY -MAY 11, 2009 | 35.70  -waived |
| CURRENT CHARGES | 134.91 |
| TOTAL AMOUNT DUE | 977.68 |

### SEE FOLLOWING PAGES FOR BILLING DETAIL

**QUESTIONS ABOUT THIS BILL? CALL (916) 875-5555.** FROM OUTSIDE THE SACRAMENTO AREA, CALL TOLL-FREE, (800) 932-8990. OUR OFFICE HOURS ARE 7:00 AM TO 5:30 PM AND PHONE HOURS ARE 7:00 AM TO 9:00 PM MONDAY THROUGH FRIDAY, EXCEPT HOLIDAYS.

**QUESTIONS ABOUT YOUR SERVICE? SEE SERVICE BILL DETAIL PAGE FOR NUMBER TO CALL OR SEE US ONLINE AT WWW.SACUTILITIES.COM**

This account remains delinquent. A lien has been recorded on this property. In addition, delinquent amounts and penalties may be placed on the property tax bill in mid-August.

THE CHARGE FOR RETURNED PAYMENTS IS $44.00.

*Entered 6/23/2009*

*941.98 due*
*Vicki Mann*

| 807.07 | 0.00 | 0.00 | 134.91 | 0.00 | 35.70 |
|---|---|---|---|---|---|
| PREV BAL | - PAYMENTS | - CREDITS | + CURRENT CHARGES | + OTHER ADJUSTS | + DELINQ FEE |

### PLEASE SEE REVERSE FOR IMPORTANT INFORMATION

| TOTAL AMOUT DUE |
|---|
| 977.68 |



Phone Inquiries 1 (877) 622-7683
Power Outages 1 (888) 456-7683

**SMUD**

SACRAMENTO MUNICIPAL UTILITY DISTRICT
**The Power To Do More.**®
www.smud.org

Page 1 of 2

*P.O. Box 15830, Sacramento, CA 95852-1830*

## Account Number: 3502091

**ANDREW C GIANULIAS**
**Issue Date: 08/17/09**

**Total Amount, Due 09/14/09**          **$1,013.96**

| Location: | 7980 ARCADIA DR | | | Usage History | Dates | Days | kWh/Day | $/Day |
|---|---|---|---|---|---|---|---|---|
| | CITRUS HEIGHTS 95610 | | | Billing Period | 07/20/09 - 08/13/09 | 25 | 220.8 | $34.56 |
| Rate: | GSS_S: Sm Com Demand Rate <300 KW | | | Last Year | - | 0 | 0.0 | $0.00 |
| Cycle: | 10 | Location Number: | 2420275 | Last Month | - | 0 | 0.0 | $0.00 |

| Meter No. | Current Meter Read | Previous Meter Read | Difference | Multiplier | Usage | Usage Type |
|---|---|---|---|---|---|---|
| 616271 | 62509 | 62486 | 23 | 240 | 5,520 | kWh |
| 616271 | 0.250 | | | 240 | 60 | kW Maximum |
| 616271 | 0.207 | | | 240 | 50 | kV |

| ELECTRIC SERVICE CHARGES/CREDITS | USAGE | TYPE | RATE | TOTAL |
|---|---|---|---|---|
| YOUR BILL IS PRORATED | | | | |
| Power Factor | 0.7682 | | | |
| Tier 1 | 5,520 | Summer kWh @ | 0.111300 | 614.38 |
| Facilities Charge | 40 | Maximum kW @ | 6.000000 | 200.00 |
| Power Factor Adjustment Charge | | | | 11.23 |
| Monthly Service Charge* | | | | 15.00 |
| Solar Surcharge | 5,520 | kWh @ | 0.000200 | 1.10 |
| Citrus Heights City Tax* | | | | 21.04 |
| State Surcharge* | | | | 1.21 |
| **A) TOTAL ELECTRIC SERVICE CHARGES/CREDITS** | | | | **$863.96** |

| OTHER CHARGES | | | | |
|---|---|---|---|---|
| Deposit Request | | | | 150.00 |
| **B) TOTAL OTHER CHARGES** | | *Erica* | | **$150.00** |

| **C) TOTAL CURRENT CHARGES (A + B)** | | | | **$1,013.96** |

*See explanations on the back of the page

LAW OFFICE OF
# ANDREW C. GIANULIAS

2264 FAIR OAKS BLVD., SUITE 100
SACRAMENTO, CALIFORNIA 95825
916/614-7900

January 18, 2009

Circuit City Stores, Inc.
Attn: Property Tax Dept.
9950 Mayland Drive
Richmond, VA 23233-1464

      Re:    Greenback Associates-Circuit City Stores, Unit # 251
               7980 Arcadia Drive, Citrus Heights, CA

TO WHOM IT MAY CONCERN:

      The second installment of taxes, in the sum of $38,278.10 is now due and payable. In addition, the first installment of taxes, also in the sum of $38,278.10, is unpaid. Please reimburse Greenback Associates the total sum of $76,756.20 at your earliest opportunity.

               Sincerely,


               Andrew C. Gianulias
               For Greenback Associates

LAW OFFICE OF
ANDREW C. GIANULIAS

2264 FAIR OAKS BLVD., SUITE 100
SACRAMENTO, CALIFORNIA 95825
916/614-7900

October 24, 2008

Circuit City Stores, Inc.
Attn:   Property Tax Dept.
9950 Mayland Drive
Richmond, VA 23233-1464

  Re: Greenback Associates-Circuit City Stores, Unit #251
    7980 Arcadia Drive, Citrus Heights, CA

TO WHO IT MAY CONCERN:

  Enclosed are copies of the real property tax bills for your leased premises.  The
first installment of taxes is due, as follows:

| | | | |
|---|---|---|---|
| APN | 243-0081-022-0000 | | $20,612.46 |
| APN | 243-0081-025-0000 | | 11,970.85 |
| APN | 243-0081-026-0000 | | 3,264.59 |
| APN | 243-0082-024-0000 | (1/2) | 2,156.47 |
| APN | 243-0082-003-0000 | (1/3) | 373.73 |
| | | | $38,378.10 |

  Please remit to Greenback Associates the sum of $38,378.10 at your earliest
opportunity.

      Sincerely,

      Andrew C. Gianulias
      for Greenback Associates

enclosures

| PARCEL NUMBER | BILL NUMBER | | | 95610 |
|---|---|---|---|---|
| 243-0081-022-0000 | 08421194 | | 7980 ARCADIA | |

# SACRAMENTO COUNTY
## SECURED PROPERTY TAX BILL 2008-2009
### FOR FISCAL YEAR BEGINNING JULY 1, 2008 AND ENDING JUNE 30, 2009
## ANNUAL  TAX BILL

**DAVE IRISH**
**DIRECTOR OF FINANCE**
**TAX COLLECTOR**

| JANUARY 1, 2008, LIEN DATE ASSESSED VALUES | |
|---|---|
| LAND | 1,163,704 |
| IMPROVEMENTS | 2,286,487 |
| FIXTURES | |
| PERSONAL PROPERTY | |
| ASSESSED VALUES SUBTOTAL | 3,450,191 |
| LESS:  HOMEOWNERS EXEMPTION | |
| OTHER EXEMPTION | |
| NET ASSESSED VALUES | 3,450,191 |

**\* \* \*  A T T E N T I O N  \* \* \***

PLEASE NOTE
YOU WILL NOT RECEIVE A
SEPARATE BILL OR REMINDER
NOTICE FOR THE 2ND INSTALLMENT

**IMPORTANT INFORMATION ON REVERSE SIDE**

MAIL TO:
MITCHELL THEODORE/
ETAL(GREENBACK(CIRCUIT CITY WC)
C/O GREENBACK ASSOC
2264 FAIR OAKS BL 100
SACRAMENTO CA 95825

**TAX RATE AREA CODE**  06010

| AD VALOREM TAXING AGENCY | TAX BASE | TAX RATE | TAX AMOUNT |
|---|---|---|---|
| COUNTY WIDE 1% | 1 | 1.00000 | 34,501.91 |
| SAN JUAN UNIF GOB | 1 | .07250 | 2,501.39 |
| LOS RIOS COLLEGE GOB | 1 | .00740 | 255.31 |
| AD VALOREM TAXING AGENCY TOTAL | | | 37,258.61 |

| LEVY # | STATUTORY AUTHORITY | DIRECT LEVY NAME | PHONE NUMBER | LEVY AMOUNT |
|---|---|---|---|---|
| 0443 | WC 51335 | WATER & DRAINAGE STUDIES - SCWA 13 | 916-874-5954 | 24.08 |
| 0269 | BOS ORD 1331 | CSA 1 LIGHTS CITY OF CH ZONE 3 | 916-727-4770 | 55.96 |
| 0274 | S & H 36601 | SUNRISE MKT PROP & BUS IMPR DIST | 916-725-2448 | 3,789.70 |
| 0168 | WC 12670.16 | SAFCA O & M ASSESSMENT #1 | 916-874-7606 | 96.58 |

**PAY BY CREDIT CARD AT 1-888-877-3575
OR BY E-CHECK AND CREDIT CARD AT
WWW.EPROPTAX.SACCOUNTY.NET**

| DIRECT LEVY TOTAL | 3,966.32 |
|---|---|
| ADJUSTMENT TO MAKE BILL EVEN | -.01 |

| FIRST INSTALLMENT DUE 11/1/2008 | 20,612.46 | SECOND INSTALLMENT DUE 2/1/2009 | 20,612.46 | TOTAL DUE | 41,224.92 |
|---|---|---|---|---|---|

| PARCEL NUMBER | BILL NUMBER | | PROPERTY LOCATION | |
|---|---|---|---|---|
| 243-0081-025-0000 | 0842119 | | 7985 GREENBACK LN | 95610 |

# SACRAMENTO COUNTY

**SECURED PROPERTY TAX BILL 2008-2009**
FOR FISCAL YEAR BEGINNING JULY 1, 2008 AND ENDING JUNE 30, 2009

## ANNUAL TAX BILL

DAVE IRISH
DIRECTOR OF FINANCE
TAX COLLECTOR

| JANUARY 1, 2008, LIEN DATE ASSESSED VALUES | |
|---|---|
| LAND | 524,301 |
| IMPROVEMENTS | 1,525,149 |
| FIXTURES | |
| PERSONAL PROPERTY | |
| ASSESSED VALUES SUBTOTAL | 2,049,450 |
| LESS:  HOMEOWNERS EXEMPTION | |
| OTHER EXEMPTION | |
| NET ASSESSED VALUES | 2,049,450 |

```
* * *  A T T E N T I O N  * * *
        PLEASE NOTE
   YOU WILL NOT RECEIVE A
  SEPARATE BILL OR REMINDER
  NOTICE FOR THE 2ND INSTALLMENT
```

**IMPORTANT INFORMATION ON REVERSE SIDE**

MAIL TO:
MITCHELL THEODORE/LOUISE
(CIRCUIT CITY STORES WC)
C/O A GIANULIAS
2264 FAIR OAKS BL 100
SACRAMENTO CA 95825

TAX RATE AREA CODE  06010

| AD VALOREM TAXING AGENCY | TAX BASE | TAX RATE | TAX AMOUNT |
|---|---|---|---|
| COUNTY WIDE 1% | 1 | 1.00000 | 20,494.50 |
| SAN JUAN UNIF GOB | 1 | .07250 | 1,485.85 |
| LOS RIOS COLLEGE GOB | 1 | .00740 | 151.66 |

| AD VALOREM TAXING AGENCY TOTAL | 22,132.01 |
|---|---|

| LEVY # | STATUTORY AUTHORITY | DIRECT LEVY NAME | PHONE NUMBER | LEVY AMOUNT |
|---|---|---|---|---|
| 0443 | WC 51335 | WATER & DRAINAGE STUDIES - SCWA 13 | 916-874-5954 | 13.84 |
| 0269 | BOS ORD 1331 | CSA 1 LIGHTS CITY OF CH ZONE 3 | 916-727-4770 | 55.96 |
| 0274 | S & H 36601 | SUNRISE MKT PROP & BUS IMPR DIST | 916-725-2448 | 1,696.60 |
| 0168 | WC 12670.16 | SAFCA O & M ASSESSMENT #1 | 916-874-7606 | 43.30 |

PAY BY CREDIT CARD AT 1-888-877-3575
OR BY E-CHECK AND CREDIT CARD AT
WWW.EPROPTAX.SACCOUNTY.NET

| DIRECT LEVY TOTAL | 1,809.70 |
|---|---|
| ADJUSTMENT TO MAKE BILL EVEN | -.01 |

| FIRST INSTALLMENT DUE 11/1/2008 | 11,970.85 | SECOND INSTALLMENT DUE 2/1/2009 | 11,970.85 | TOTAL DUE → | 23,941.70 |
|---|---|---|---|---|---|

| PARCEL NUMBER | BILL NUMBER | | CATION | |
|---|---|---|---|---|
| 243-0081-026-0000 | 08421196 | | 7999 GREENBACK LN | 95610 |

# SACRAMENTO COUNTY
## SECURED PROPERTY TAX BILL 2008-2009
### FOR FISCAL YEAR BEGINNING JULY 1, 2008 AND ENDING JUNE 30, 2009

**DAVE IRISH**
**DIRECTOR OF FINANCE**
**TAX COLLECTOR**

## ANNUAL  TAX BILL

| JANUARY 1, 2008 , LIEN DATE ASSESSED VALUES | |
|---|---|
| LAND | 383,634 |
| IMPROVEMENTS | |
| FIXTURES | |
| PERSONAL PROPERTY | |
| ASSESSED VALUES SUBTOTAL | 383,634 |
| LESS:  HOMEOWNERS EXEMPTION | |
| OTHER EXEMPTION | |
| NET ASSESSED VALUES | 383,634 |

TAX RATE AREA CODE   06010

| AD VALOREM TAXING AGENCY | TAX BASE | TAX RATE | TAX AMOUNT |
|---|---|---|---|
| COUNTY WIDE 1% | 1 | 1.00000 | 3,836.34 |
| SAN JUAN UNIF GOB | 1 | .07250 | 278.13 |
| LOS RIOS COLLEGE GOB | 1 | .00740 | 28.39 |
| **AD VALOREM TAXING AGENCY TOTAL** | | | **4,142.86** |

**\* \* \* A T T E N T I O N \* \* \***

PLEASE NOTE
YOU WILL NOT RECEIVE A
SEPARATE BILL OR REMINDER
NOTICE FOR THE 2ND INSTALLMENT

**IMPORTANT INFORMATION ON REVERSE SIDE**

MAIL TO:
MITCHELL THEODORE/LOUISE
(CIRCUIT CITY STORES WC)
C/O GREENBACK ASSOC
2264 FAIR OAKSS BL 100
SACRAMENTO CA 95825

| LEVY # | STATUTORY AUTHORITY | DIRECT LEVY NAME | PHONE NUMBER | LEVY AMOUNT |
|---|---|---|---|---|
| 0443 | WC 51335 | WATER & DRAINAGE STUDIES - SCWA 13 | 916-874-5954 | 13.84 |
| 0269 | BOS ORD 1331 | CSA 1 LIGHTS CITY OF CH ZONE 3 | 916-727-4770 | 55.96 |
| 0274 | S & H 36601 | SUNRISE MKT PROP & BUS IMPR DIST | 916-725-2448 | 1,246.74 |
| 0168 | WC 12670.16 | SAFCA O & M ASSESSMENT #1 | 916-874-7606 | 31.64 |
| 0400 | 2005-0916 | UTILITY TAX - COUNTY OF SACRAMENTO | 916-875-5555 | 9.76 |
| 0411 | CD-1127 | CSD#1 DELINQUENT SEWER | 916-875-5555 | 519.60 |
| 0425 | 2005-0724 | CITRUS HEIGHTS -DELINQUENT DRAINAGE | 916-875-5555 | 508.78 |

   

PAY BY CREDIT CARD AT 1-888-877-3575
OR BY E-CHECK AND CREDIT CARD AT
WWW.EPROPTAX.SACCOUNTY.NET

| DIRECT LEVY TOTAL | 2,386.32 |
|---|---|
| ADJUSTMENT TO MAKE BILL EVEN | |

| FIRST INSTALLMENT DUE 11/1/2008 | 3,264.59 | SECOND INSTALLMENT DUE 2/1/2009 | 3,264.59 | TOTAL DUE → | 6,529.18 |
|---|---|---|---|---|---|

| PARCEL NUMBER | BILL NUMBER | | | PROPERTY LOCATION | |
|---|---|---|---|---|---|
| 243-0082-024-0000 | 08214729 | 0998 | 0001145 | 8013 ARCADIA DR | 95610 |

# SACRAMENTO COUNTY
## SECURED PROPERTY TAX BILL 2008-2009
### FOR FISCAL YEAR BEGINNING JULY 1, 2008 AND ENDING JUNE 30, 2009

## ANNUAL TAX BILL

DAVE IRISH
DIRECTOR OF FINANCE
TAX COLLECTOR

**\* \* \* ATTENTION \* \* \***

PLEASE NOTE
YOU WILL NOT RECEIVE A
SEPARATE BILL OR REMINDER
NOTICE FOR THE 2ND INSTALLMENT

**IMPORTANT INFORMATION ON REVERSE SIDE**

MAIL TO:
MITCHELL THEODORE C/ETAL
C/O GREENBACK ASSOC
2264 FAIR OAKS BL 100
SACRAMENTO CA 95825

| JANUARY 1, 2008, LIEN DATE ASSESSED VALUES | |
|---|---|
| LAND | 173,578 |
| IMPROVEMENTS | 408,755 |
| FIXTURES | |
| PERSONAL PROPERTY | |
| ASSESSED VALUES SUBTOTAL | 582,333 |
| LESS: HOMEOWNERS EXEMPTION | |
| OTHER EXEMPTION | |
| NET ASSESSED VALUES | 582,333 |

TAX RATE AREA CODE  06010

| AD VALOREM TAXING AGENCY | TAX BASE | TAX RATE | TAX AMOUNT |
|---|---|---|---|
| COUNTY WIDE 1% | 1 | 1.00000 | 5,823.33 |
| SAN JUAN UNIF GOB | 1 | .07250 | 422.19 |
| LOS RIOS COLLEGE GOB | 1 | .00740 | 43.09 |
| AD VALOREM TAXING AGENCY TOTAL | | | 6,288.61 |

| LEVY # | STATUTORY AUTHORITY | DIRECT LEVY NAME | PHONE NUMBER | LEVY AMOUNT |
|---|---|---|---|---|
| 0443 | WC 51335 | WATER & DRAINAGE STUDIES - SCWA 13 | 916-874-5954 | 14.80 |
| 0269 | BOS ORD 1331 | CSA 1 LIGHTS CITY OF CH ZONE 3 | 916-727-4770 | 51.42 |
| 0168 | WC 12670.16 | SAFCA O & M ASSESSMENT #1 | 916-874-7606 | 27.72 |
| 0274 | S & H 36601 | SUNRISE MKT PROP & BUS IMPR DIST | 916-725-2448 | 2,243.34 |

  PAY BY CREDIT CARD AT 1-888-877-3575
OR BY E-CHECK AND CREDIT CARD AT
WWW.EPROPTAX.SACCOUNTY.NET

| DIRECT LEVY TOTAL | 2,337.28 |
|---|---|
| ADJUSTMENT TO MAKE BILL EVEN | -.01 |

ST INSTALLMENT →  4,312.94    SECOND INSTALLMENT →  4,312.94    TOTAL DUE →  8,625.88
DUE 11/1/2008                    DUE 2/1/2009
AY BY 12/10/2008                 PAY BY 4/10/2009

PLEASE READ THE BACK OF THIS TAX BILL AND THE ENCLOSED INSERT FOR IMPORTANT INFORMATION. PARTIAL
PAYMENTS CANNOT BE ACCEPTED AND WILL BE RETURNED. LATE PAYMENTS RECEIVED WITHOUT PENALTIES WILL
BE RETURNED. ADDITIONAL PENALTIES APPLY IF NOT PAID IN FULL BY JUNE 30.

| PARCEL NUMBER | | AGENT/BRANCH | | 95610 |
|---|---|---|---|---|
| 243-0082-003-0000 | 082147 | | | |

| | | JANUARY 1, 2008, LIEN DATE ASSESSED VALUES | |
|---|---|---|---|

# SACRAMENTO COUNTY
## SECURED PROPERTY TAX BILL 2008-2009
FOR FISCAL YEAR BEGINNING JULY 1, 2008 AND ENDING JUNE 30, 2009

## ANNUAL TAX BILL

DAVE IRISH
DIRECTOR OF FINANCE
TAX COLLECTOR

| | |
|---|---|
| LAND | 57,851 |
| IMPROVEMENTS | |
| FIXTURES | |
| PERSONAL PROPERTY | |
| ASSESSED VALUES SUBTOTAL | 57,851 |
| LESS: HOMEOWNERS EXEMPTION OTHER EXEMPTION | |
| NET ASSESSED VALUES | 57,851 |

* * * ATTENTION * * *

PLEASE NOTE
YOU WILL NOT RECEIVE A
SEPARATE BILL OR REMINDER
NOTICE FOR THE 2ND INSTALLMENT

**IMPORTANT INFORMATION ON REVERSE SIDE**

MAIL TO:
MITCHELL THEODORE C/ETAL
C/O GREENBACK ASSOC
2264 FAIR OAKS BL 100
SACRAMENTO CA 95825

TAX RATE AREA CODE 06008

| AD VALOREM TAXING AGENCY | TAX BASE | TAX RATE | TAX AMOUNT |
|---|---|---|---|
| COUNTY WIDE 1% | 1 | 1.00000 | 578.51 |
| SAN JUAN UNIF GOB | 1 | .07250 | 41.94 |
| LOS RIOS COLLEGE GOB | 1 | .00740 | 4.28 |

| AD VALOREM TAXING AGENCY TOTAL | 624.73 |
|---|---|

| LEVY # | STATUTORY AUTHORITY | DIRECT LEVY NAME | PHONE NUMBER | LEVY AMOUNT |
|---|---|---|---|---|
| 0443 | WC 51335 | WATER & DRAINAGE STUDIES - SCWA 13 | 916-874-5954 | 13.84 |
| 0269 | BOS ORD 1331 | CSA 1 LIGHTS CITY OF CH ZONE 3 | 916-727-4770 | 2.56 |
| 0274 | S & H 36601 | SUNRISE MKT PROP & BUS IMPR DIST | 916-725-2448 | 1,583.40 |
| 0168 | WC 12670.16 | SAFCA O & M ASSESSMENT #1 | 916-874-7606 | 17.88 |

DISCOVER  MASTERCARD  **VISA**  ELECTRONIC CHECK

PAY BY CREDIT CARD AT 1-888-877-3575
OR BY E-CHECK AND CREDIT CARD AT
WWW.EPROPTAX.SACCOUNTY.NET

| DIRECT LEVY TOTAL | 1,617.68 |
|---|---|
| ADJUSTMENT TO MAKE BILL EVEN | -.01 |

| FIRST INSTALLMENT → | 1,121.20 | SECOND INSTALLMENT → | 1,121.20 | TOTAL DUE → | 2,242.40 |
|---|---|---|---|---|---|

DUE 11/1/2008
PAY BY 12/10/2008

DUE 2/1/2009
PAY BY 4/10/2009

PLEASE READ THE BACK OF THIS TAX BILL AND THE ENCLOSED INSERT FOR IMPORTANT INFORMATION. PARTIAL
PAYMENTS CANNOT BE ACCEPTED AND WILL BE RETURNED. LATE PAYMENTS RECEIVED WITHOUT PENALTIES WILL
BE RETURNED. ADDITIONAL PENALTIES APPLY IF NOT PAID IN FULL BY JUNE 30.



CERTIFIED SAFE
& LOCK SERVICE CO.
5935 Folsom Blvd.
SACRAMENTO, CA 95819
CCL #450884   LCO 262
(916) 457-9876
FAX (916) 452-4004

**INVOICE**

N̄o   88093

SOLD TO:                          BILL TO:

Gianulias Investments
7980 Arcadia Dr
Citrus Heights CA

CUSTOMERS PHONE NUMBER _____   PHONE NUMBER _____

P.O. NUMBER _____   SERVICEMAN: Jim   INVOICE DATE: 3/24/09

| QTY | DESCRIPTION | EACH | LABOR | MERCHANDISE |
|-----|-------------|------|-------|-------------|
| | Service call | | | |
| 7 | New matise cylinders # 256-707 | 10.50 | | 73 50 |
| 5 | " Lock rekeys | | | |
| 1 | Cylinder Guard # 155677 | 13 33 | | 13 33 |
| | Labor — drilling to unlock office door | | | |
| | Installation new locks | | | |
| 4 | Keys | 1.90 | | 7 60 |
| | | | | |
| | | | less 10% | |
| | | | | -9 44 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

RECEIVED BY: _____

| | |
|---|---|
| TOTAL MDSE | 84 99 |
| TOTAL TAX | 6 59 |
| TOTAL LABOR | 146 95 |
| MOBILE SERVICE CALL | |
| TOTAL | 238 53 |

11:48
1:21



| | |
|---|---|
| COMPANY | TELEPHONE |
| Headwaters Construction, Inc. | 916/564.8899 |
| California License No. 821238 | |
| ADDRESS | FACSIMILE |
| 50 Fullerton Court, Suite 200 | 916/564.8896 |
| Sacramento, CA 95825 | |

E-MAIL
info@headwaterscompanies.com

WEB ADDRESS
headwaterscompanies.com

Invoice Date
04.23.09

Invoice Number
1158

Due Date
Due Upon Receipt

Purchase Order No.
N/A

To:   Greenback Associates
      c/o Gianulias Property Mgt
      2264 Fair Oaks Blvd, Suite 100
      Sacramento, CA  95825

Job Location:        Circuit City
                     Greenback Lane
                     Citrus Heights, CA

Description of Work Done:

    Install bollards at three driveways                                        $3,405.00

Amount Billed:              $3,405.00
Retainage Held:             $      -
Total Amount Due:           $3,405.00

# CED CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.

11345 SUNRISE PARK DRIVE
RANCHO CORDOVA, CA 95742
(916) 638-7295
FAX (916) 638-8273

| INVOICE NO. | INVOICE DATE |
|---|---|
| 0951-511586 | 04/17/09 |

PLEASE SHOW INVOICE NO. AND REMIT TO
PO BOX 980246
W. SACRAMENTO C. A. 95798

SOLD TO:

INTERSTATE CONSTRUCTION
VENDOR # CED AC PAY
9245 SIERRA COLLEGE BLVD STE 150
ROSEVILLE, CA 95661

SHIP TO:

WILL CALL
11345 SUNRISE PARK DRIVE
RANCHO CORDOVA, CA 95742

| ACCOUNT NO. | JOB NAME AND ADDRESS | SHIPPING INFORMATION | SHIP VIA | CUSTOMER ORDER NO. | SHIP DATE |
|---|---|---|---|---|---|
| 040-44631 | CIRCUIT CITY | PREPAID | CUS Pkup | 8044-DC | 04/08/09 |

| SALESPERSON | | | | | | |
|---|---|---|---|---|---|---|
| 951B JLH | | | | | | |

| | | | | | MERCHANDISE | |
|---|---|---|---|---|---|---|
| 1 | GEDE SPRBUMPERKIT | | | 1 | 237.50 | 237.50 |
| 1 | MISC FIELD SERVICES | BREAKER REPAIR | | 1 | 1587.95 | 1587.95 |

| | |
|---|---|
| MERCHANDISE | 1825.45 |
| SALES TAX 8.75 | 159.73 |
| SHIPPING CHARGE | .00 |

NET PAYMENT IS DUE BY THE 10TH OF
THE MONTH FOLLOWING PURCHASE

| TOTAL DUE ▶ | 1985.18 |
|---|---|

**ORIGINAL INVOICE**

FORM NO. 1000X (CED 09/04)

# 1825
6/23/2009

# CITY OF CITRUS HEIGHTS
Building 6237 Fountain Square Dr., Citrus Heights, California 95621    916-727-4760
www.citrusheights.net

# BUILDING PERMIT

| PERMIT NO. | 2009-00683 | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | **DATE** | 4/23/09 |
| NUMBER | 7980 | STREET | Arcadia Dr | | | APN | 24300810220000 |
| APPLICANT STREET ADDRESS CITY | Mitchell Theodore/etal(greenback(circuit City Wc) 2264 Fair Oaks Bl 100 Sacramento | | | STATE Ca | | PHONE ZIP | 837-3500 95825 |
| NAME OF OWNER | Mitchell Theodore/etal(greenback(circuit City Wc) | | | | | PHONE | 837-3500 |
| CONTRACTOR ADDRESS CITY | | | | STATE | | PHONE ZIP | |
| ARCHITECT ADDRESS: | | CITY | | | | LICENSE ST | ZIP |
| ENGINEER ADDRESS: | | CITY | | | | LICENSE ST | ZIP |

WORK DESCRIPTION:    MAIN BREAKER REPAIR

## LICENSED CONTRACTOR'S DECLARATION

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Number _____ License Class _____ Expiration Date _____

Contractor's Name _____

## OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from Contractors' State License Law because:

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale. (Sec.7044, B & P Code: Contractors' License Law does not apply to an owner of property who builds or improves thereon, and who does the work himself or herself or through his or her own employees, provided that the improvements are not intended or offered for sale. If the building or improvement is sold within one year of completion, the owner-builder will have the burden of proving that he or she did not build or improve for the purpose of sale.)

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Sec.7044, B & P Code: Contractors' License Law does not apply to an owner of property who builds or improves thereon, and who contracts with a contractor(s) licensed pursuant to Contractors' License Law.)

☐ I am exempt under Sec. _____, B & P Code for this reason: _____

Date _____ Owner's Signature _____

## WORKERS' COMPENSATION DECLARATION

*(This section need not be completed if the permit is for one hundred dollars ($100) or less).*

I hereby affirm (per Sec. 3700 of the Labor Code), under penalty of perjury, for the performance of the work for which this permit is issued, one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for workers' compensation.

☐ I have and will maintain workers' comp insurance. My workers' comp insurance carrier/policy number are:

Carrier _____

Policy Number _____

☐ I certify that, in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that, if I *should become subject to the workers' compensation provisions of Section 3700 of the Labor Code,* I shall forthwith comply with those provisions.

Date _____ Applicant's Signature _____

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

## CONSTRUCTION LENDING AGENCY

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ. C.).

Lender's Name _____

Lender's Address _____

## SIGNATURE

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this City to enter upon the above-mentioned property for inspection purposes.

Applicant/Agent Signature _____ Date _____

| VALUATION | $100.00 |
|---|---|

### PERMIT FEES

| | |
|---|---|
| BUILDING | $2.00 |
| ELECTRICAL | $68.25 |
| PLUMBING | $0.00 |
| MECHANICAL | $0.00 |

Contact SMUD
Prior to commencement of work

| TOTAL PERMIT COST | $71.25 |
|---|---|
| BALANCE DUE FOR ISSUANCE | $0.00 |

NOTE: THIS PERMIT DOES NOT INCLUDE ANY CONSTRUCTION WITHIN THE PUBLIC RIGHT OF WAY. ANY CONSTRUCTION IN THIS AREA REQUIRES A SEPARATE PUBLIC WORKS PERMIT AND BOND.

THIS PERMIT SHALL EXPIRE AND BECOME NULL AND VOID TWO YEARS FROM DATE OF ISSUANCE BY CITY ORDINANCE.

PERMIT ISSUED BY

Work requiring a permit shall not commence until the permit holder or agent of the permit holder shall have posted or otherwise made available an inspection record card such as to allow the building official to conveniently make the required entries thereon regarding inspections of the work. This card shall be maintained available by the permit holder until final approval has been granted by the building official.

1

## PROOF OF SERVICE

2          I am a citizen of the United States and employed in Sacramento County, California. I am

3    over the age of eighteen years and not a party to the within-entitled action. My business address

4    is 980 Fulton Avenue, Sacramento, California  95825-4558. I am readily familiar with this firm's

5    practice for collection and processing of correspondence for mailing with the United States Postal

6    Service. On April 5, 2011 I placed a true and correct copy of the within documents:

7

8              **GREENBACK ASSOCIATES, LLC, 'S RESPONSE TO
          LIQUIDATING TRUST'S SEVENTEENTH OMNIBUS
          OBJECTION TO LANDLORD CLAIMS [Docket # 10061]**

9

10   in a sealed envelope, postage fully paid, addressed as follows:

11

12              Jeffrey N. Pomerantz, Esquire
             Andrew W. Caine, Esquire
13              (admitted *pro hac vice*)
             Pachulski Stang Siehl & Jones, LLP
14              10100 Santa Monica Boulevard
             Los Angeles, California  90067-4100

15              Lynn L. Tavenner, Esquire
             Paula S. Beran, Esquire
16              Tavenner & Beran, PLC
             20 North Eighth Street, Second Floor
17              Richmond, Virginia  23219

18          Following ordinary business practices, the envelope was sealed and placed for collection

19   by Federal Express on this date, and would, in the ordinary course of business, be retrieved by

20   Federal Express for overnight delivery on this date.

21          I declare under penalty of perjury under the laws of the State of California that the above

22   is true and correct.

23          Executed on April 5, 2011, at Sacramento, California.

24

25

26                                    _Sandra Morris_

27                                    Sandra Morris

28

TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA 95825-4558
Telephone: (916) 929-7000
Facsimile: (916) 929-7111