

RICHMOND DIVISION
F           F
I           I
L   APR  6 2011  L
E           E
D   CLERK   D
US BANKRUPTCY COURT

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| In re: | CHAPTER 11 |
| CIRCUIT CITY STORES, INC., ET AL., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

## RESPONSE OF CERMAK PLAZA ASSOCIATES, LLC TO TRUSTEE'S SECOND OMNIBUS OBJECTION TO LANDLORD CLAIMS

Cermak Plaza Associates, LLC ("Cermak") hereby submits its Response to the Trustee's Second Omnibus Objection to Landlord Claims dated February 25, 2011 (the "Objection"), pursuant to which the Trustee seeks, among other things, to reduce Cermak's claim in this matter from $129,231.44 to $78,433.03. Cermak respectfully requests that the Objection be overruled, and that its claim be allowed in the amount of $117,720.49, and further states as follows:

1. Cermak filed a timely proof of claim in this matter on April 30, 2009 in the amount of $129,231.44 (the "Cermak Claim"), designated as Claim Number 12809. The Cermak Claim is based on unpaid rent, taxes and CAM charges due in connection with the lease entered into by Circuit City Stores, Inc. ("Circuit City") for a store located in Cermak Plaza, Berwyn, Illinois (the "Cermak Plaza Lease").

2. Filed with this Response is the Declaration of Michael Flight, President of Concordia Realty Management Inc., which is Cermak's managing agent at Cermak Plaza. As set forth in the Flight Declaration, the amount of $117,720.40 remains due to Cermak associated with Circuit

City's nonpayment of rent, CAM charges and taxes due under the Cermak Plaza Lease. This amount is broken down by date and category in the ledger and summary collectively attached as Exhibit A to the Flight Declaration. A copy of the Cermak Plaza Lease will be provided upon request.

3. The records attached to the Flight Declaration contradict the Trustee's position in the Objection that the Cermak Claim should be reduced to $78,433.03 (by deducting $39,133.73 for administrative rent, $9,031.58 for prepetition CAM charges and $2,633.10 for postpetition CAM charges). In fact, (i) the portion of the Cermak Claim constituting administrative rent is less than the amount of the reduction for this item sought by the Trustee (i.e., the Cermak Claim is comprised of only $25,924.43 in administrative rent, principally due for the month of November 2008), (ii) the postpetition CAM charges sought by Cermak (i.e., $2,633.10) were incurred in November 2008 when the Cermak Plaza store was still occupied by Circuit City; and (iii) the prepetition CAM charges sought to be deducted from the Cermak Claim were incurred by Circuit City in 2007 and are properly due as prepetition damages under the Cermak Plaza Lease.

4. Any reply by the Debtors or the Trustee to this Response should be directed to the following counsel: Jane W. Arnone, Esq., Benanti & Associates, 350 Bedford Street, Suite 201, Stamford, CT 06901; Telephone (203) 324-9559; Facsimile (203) 358-8582; Email: benanti_associates@msn.com. Such counsel should also be contacted to negotiate any possible

resolution of the Objection.

WHEREFORE, Cermak respectfully requests that the Objection be overruled, and that the Cermak Claim be allowed in the amount of $117,720.40.

Dated: April 5, 2011

CERMAK PLAZA ASSOCIATES, LLC

By: _____
Michael Flight
Concordia Realty Management, Inc.
10031 West Roosevelt Road
Suite 200
Westchester, IL 60154
Phone: (708) 344-9242
Direct (708) 344-9161 ext. 225
Fax: (708) 344-9244

Exhibit A

| Database: | CRM | | | CM Receivables Ledger | | | | Page: | 1 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Concordia Realty Management | | | | Date: | 3/24/2011 |
| | | | | | | | | Time: | 01:56 PM |

Occupancy Status: Current Inactive New          01/08 Through 12/09

| Bldg/Lease | Date | Category | SR | Description | Debit | Credit | Balance | Receipt Desc. | Receipt Invoice | Receipt Type |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CERMAK-CIRCUI | | CIRCUIT CITY SUPERSTORE | | JIM REMOLE/MS. JONI ADAMS | | (804) 527-4000 | | Master Occp Id: D00000026-1 | | |
| Balance Forward | | | | | | | 0.00 | | | |
| CERMAKCIRCUI | 1/1/2008 | CAA CAM ADMIN. FEE | CH | AUTOCHRG | 239.41 | | 239.41 | | | |
| CERMAKCIRCUI | 1/1/2008 | CAM COMMON AREA MAINT | CH | AUTOCHRG | 2,393.69 | | 2,633.10 | | | |
| CERMAKCIRCUI | 1/1/2008 | FMR FIXED MINIMUM RENT | CH | AUTOCHRG | 25,919.00 | | 28,552.10 | | | |
| CERMAKCIRCUI | 1/3/2008 | CAA CAM ADMIN. FEE | CR | Receipt | | 239.41 | 28,312.69 | 4458942 | | CHK |
| CERMAKCIRCUI | 1/3/2008 | CAM COMMON AREA MAINT | CR | Receipt | | 2,393.69 | 25,919.00 | 4458942 | | CHK |
| CERMAKCIRCUI | 1/3/2008 | FMR FIXED MINIMUM RENT | CR | Receipt | | 25,919.00 | 0.00 | 4458942 | | CHK |
| CERMAKCIRCUI | 2/1/2008 | CAA CAM ADMIN. FEE | CH | AUTOCHRG | 239.41 | | 239.41 | | | |
| CERMAKCIRCUI | 2/1/2008 | CAM COMMON AREA MAINT | CH | AUTOCHRG | 2,393.69 | | 2,633.10 | | | |
| CERMAKCIRCUI | 2/1/2008 | FMR FIXED MINIMUM RENT | CH | AUTOCHRG | 25,919.00 | | 28,552.10 | | | |
| CERMAKCIRCUI | 2/4/2008 | CAA CAM ADMIN. FEE | CR | Receipt | | 239.41 | 28,312.69 | 4474726 | | CHK |
| CERMAKCIRCUI | 2/4/2008 | CAM COMMON AREA MAINT | CR | Receipt | | 2,393.69 | 25,919.00 | 4474726 | | CHK |
| CERMAKCIRCUI | 2/4/2008 | FMR FIXED MINIMUM RENT | CR | Receipt | | 25,919.00 | 0.00 | 4474726 | | CHK |
| CERMAKCIRCUI | 3/1/2008 | CAA CAM ADMIN. FEE | CH | AUTOCHRG | 239.41 | | 239.41 | | | |
| CERMAKCIRCUI | 3/1/2008 | CAM COMMON AREA MAINT | CH | AUTOCHRG | 2,393.69 | | 2,633.10 | | | |
| CERMAKCIRCUI | 3/1/2008 | FMR FIXED MINIMUM RENT | CH | AUTOCHRG | 25,919.00 | | 28,552.10 | | | |
| CERMAKCIRCUI | 3/5/2008 | CAA CAM ADMIN. FEE | CR | Receipt | | 239.41 | 28,312.69 | 4489005 | | CHK |
| CERMAKCIRCUI | 3/5/2008 | CAM COMMON AREA MAINT | CR | Receipt | | 2,393.69 | 25,919.00 | 4489005 | | CHK |
| CERMAKCIRCUI | 3/5/2008 | FMR FIXED MINIMUM RENT | CR | Receipt | | 25,919.00 | 0.00 | 4489005 | | CHK |
| CERMAKCIRCUI | 4/1/2008 | CAA CAM ADMIN. FEE | CH | AUTOCHRG | 239.41 | | 239.41 | | | |
| CERMAKCIRCUI | 4/1/2008 | CAM COMMON AREA MAINT | CH | AUTOCHRG | 2,393.69 | | 2,633.69 | | | |
| CERMAKCIRCUI | 4/1/2008 | FMR FIXED MINIMUM RENT | CH | AUTOCHRG | 25,919.00 | | 25,919.00 | | | |
| CERMAKCIRCUI | 4/1/2008 | CAM COMMON AREA MAINT | CR | Receipt | | 2,393.69 | -2,393.69 | 4497038 | | CHK |
| CERMAKCIRCUI | 4/1/2008 | FMR FIXED MINIMUM RENT | CR | Receipt | | 25,919.00 | 0.00 | 4497038 | | CHK |
| CERMAKCIRCUI | 5/1/2008 | CAA CAM ADMIN. FEE | CH | AUTOCHRG | 239.41 | | 239.41 | | | |
| CERMAKCIRCUI | 5/1/2008 | CAA CAM ADMIN. FEE | CR | Receipt | | 239.41 | 0.00 | 4508660 | | CHK |
| CERMAKCIRCUI | 5/1/2008 | CAM COMMON AREA MAINT | CH | AUTOCHRG | 2,393.69 | | 2,393.69 | | | |
| CERMAKCIRCUI | 5/1/2008 | CAM COMMON AREA MAINT | CR | Receipt | | 2,393.69 | 0.00 | 4508660 | | CHK |
| CERMAKCIRCUI | 5/1/2008 | FMR FIXED MINIMUM RENT | CH | AUTOCHRG | 25,919.00 | | 25,919.00 | | | |
| CERMAKCIRCUI | 5/1/2008 | FMR FIXED MINIMUM RENT | CR | Receipt | | 25,919.00 | 0.00 | 4508660 | | CHK |
| CERMAKCIRCUI | 5/28/2008 | CAA CAM ADMIN. FEE | CR | Receipt | | 239.41 | -239.41 | 4518546 | | CHK |
| CERMAKCIRCUI | 5/28/2008 | CAM COMMON AREA MAINT | CR | Receipt | | 2,393.69 | -2,633.10 | 4518546 | | CHK |
| CERMAKCIRCUI | 5/28/2008 | FMR FIXED MINIMUM RENT | CR | Receipt | | 25,919.00 | -28,552.10 | 4518546 | | CHK |

Exhibit A

| Database: | CRM | | | CM Receivables Ledger | | | | Page: | 2 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Concordia Realty Management | | | | Date: | 3/24/2011 |
| | | | | | | | | Time: | 01:56 PM |
| Occupancy Status: Current Inactive New | | | | 01/08 Through 12/09 | | | | | |

| Bldg/Lease | Date | Category | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CERMAKCIRCUI | 6/1/2008 | CAA | CAM ADMIN. FEE | CH AUTOCHRG | 239.41 | | -28,312.69 | | | |
| CERMAKCIRCUI | 6/1/2008 | CAM | COMMON AREA MAINT | CH AUTOCHRG | 2,393.69 | | -25,919.00 | | | |
| CERMAKCIRCUI | 6/1/2008 | FMR | FIXED MINIMUM RENT | CH AUTOCHRG | 25,919.00 | | 0.00 | | | |
| CERMAKCIRCUI | 7/1/2008 | CAA | CAM ADMIN. FEE | CH AUTOCHRG | 239.41 | | 239.41 | | | |
| CERMAKCIRCUI | 7/1/2008 | CAA | CAM ADMIN. FEE | CR Receipt | | 239.41 | 0.00 | 4529880 | | CHK |
| CERMAKCIRCUI | 7/1/2008 | CAM | COMMON AREA MAINT | CR Receipt | | 2,393.69 | -2,393.69 | 4529880 | | CHK |
| CERMAKCIRCUI | 7/1/2008 | CAM | COMMON AREA MAINT | CH AUTOCHRG | 2,393.69 | | 0.00 | | | |
| CERMAKCIRCUI | 7/1/2008 | FMR | FIXED MINIMUM RENT | CH AUTOCHRG | 25,919.00 | | 25,919.00 | | | |
| CERMAKCIRCUI | 7/1/2008 | FMR | FIXED MINIMUM RENT | CR Receipt | | 25,919.00 | 0.00 | 4529880 | | CHK |
| CERMAKCIRCUI | 7/16/2008 | RET | REAL ESTATE TAX REII | CH REAL ESTATE TAXI | 67,821.32 | | 67,821.32 | | | |
| CERMAKCIRCUI | 7/16/2008 | RET | REAL ESTATE TAX REII | CR 7/16/2008 - Receipt | | 67,821.32 | 0.00 | 4535766 | | CHK |
| CERMAKCIRCUI | 7/28/2008 | CAA | CAM ADMIN. FEE | CR AUGUST | | 239.41 | -239.41 | 4541062 | | CHK |
| CERMAKCIRCUI | 7/28/2008 | CAM | COMMON AREA MAINT | CR AUGUST | | 2,393.69 | -2,633.10 | 4541062 | | CHK |
| CERMAKCIRCUI | 7/28/2008 | FMR | FIXED MINIMUM RENT | CR AUGUST | | 25,919.00 | -28,552.10 | 4541062 | | CHK |
| CERMAKCIRCUI | 8/1/2008 | CAA | CAM ADMIN. FEE | CH AUTOCHRG | 239.41 | | -28,312.69 | | | |
| CERMAKCIRCUI | 8/1/2008 | CAM | COMMON AREA MAINT | CH AUTOCHRG | 2,393.69 | | -25,919.00 | | | |
| CERMAKCIRCUI | 8/1/2008 | FMR | FIXED MINIMUM RENT | CH AUTOCHRG | 25,919.00 | | 0.00 | | | |
| CERMAKCIRCUI | 8/25/2008 | CAA | CAM ADMIN. FEE | CH 2007 CAM RECONC | 1,160.63 | | 1,160.63 | | | |
| CERMAKCIRCUI | 8/25/2008 | CAM | COMMON AREA MAINT | CH 2007 CAM RECONC | 11,606.28 | | 12,766.91 | | | |
| CERMAKCIRCUI | 9/1/2008 | CAA | CAM ADMIN. FEE | CH AUTOCHRG | 239.41 | | 13,006.32 | | | |
| CERMAKCIRCUI | 9/1/2008 | CAM | COMMON AREA MAINT | CH AUTOCHRG | 2,393.69 | | 15,400.01 | | | |
| CERMAKCIRCUI | 9/1/2008 | FMR | FIXED MINIMUM RENT | CH AUTOCHRG | 25,919.00 | | 41,319.01 | | | |
| CERMAKCIRCUI | 9/10/2008 | CAA | CAM ADMIN. FEE | CR Receipt | | 239.41 | 41,079.60 | 4554382 | | CHK |
| CERMAKCIRCUI | 9/10/2008 | CAM | COMMON AREA MAINT | CR Receipt | | 2,393.69 | 38,685.91 | 4554382 | | CHK |
| CERMAKCIRCUI | 9/10/2008 | FMR | FIXED MINIMUM RENT | CR Receipt | | 25,919.00 | 12,766.91 | 4554382 | | CHK |
| CERMAKCIRCUI | 10/1/2008 | CAA | CAM ADMIN. FEE | CH AUTOCHRG | 239.41 | | 13,006.32 | | | |
| CERMAKCIRCUI | 10/1/2008 | CAM | COMMON AREA MAINT | CH AUTOCHRG | 2,393.69 | | 15,400.01 | | | |
| CERMAKCIRCUI | 10/1/2008 | FMR | FIXED MINIMUM RENT | CH AUTOCHRG | 25,919.00 | | 41,319.01 | | | |
| CERMAKCIRCUI | 10/6/2008 | CAA | CAM ADMIN. FEE | CR Receipt | | 239.41 | 41,079.60 | 4562102 | | CHK |
| CERMAKCIRCUI | 10/6/2008 | CAM | COMMON AREA MAINT | CR Receipt | | 2,393.69 | 38,685.91 | 4562102 | | CHK |
| CERMAKCIRCUI | 10/6/2008 | FMR | FIXED MINIMUM RENT | CR Receipt | | 25,919.00 | 12,766.91 | 4562102 | | CHK |
| CERMAKCIRCUI | 10/31/2008 | CAA | CAM ADMIN. FEE | NC SQ FT ADJUSTMEN | | 87.63 | 12,679.28 | | | |
| CERMAKCIRCUI | 10/31/2008 | CAM | COMMON AREA MAINT | NC SQ FT ADJUSTMEN | | 1,949.35 | 10,729.83 | | | |
| CERMAKCIRCUI | 11/1/2008 | CAA | CAM ADMIN. FEE | CH AUTOCHRG | 239.41 | | 10,969.34 | | | |
| CERMAKCIRCUI | 11/1/2008 | CAM | COMMON AREA MAINT | CH AUTOCHRG | 2,393.69 | | 13,363.03 | | | |
| CERMAKCIRCUI | 11/1/2008 | FMR | FIXED MINIMUM RENT | CH AUTOCHRG | 25,919.00 | | 39,282.03 | | | |
| CERMAKCIRCUI | 11/10/2008 | RET | REAL ESTATE TAX REII | CH 2ND INSTALLMENT | 78,433.03 | | 117,715.06 | | | |
| CERMAKCIRCUI | 12/1/2008 | CAA | CAM ADMIN. FEE | CH AUTOCHRG | 239.41 | | 117,954.47 | | | |
| CERMAKCIRCUI | 12/1/2008 | CAM | COMMON AREA MAINT | CH AUTOCHRG | 2,393.69 | | 120,348.16 | | | |

Exhibit A

| Database: | CRM | | CM Receivables Ledger | | | | Page: | 3 |
| | | | Concordia Realty Management | | | | Date: | 3/24/2011 |
| | | | | | | | Time: | 01:56 PM |

Occupancy Status: Current Inactive New

01/08 Through 12/09

| Bldg/Lease | Date | Category | | SR | Description | Debit | Credit | Balance | Receipt Desc. | Invoice | Receipt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CERMAKCIRCUI | 12/1/2008 | FMR | FIXED MINIMUM RENT | CH | AUTOCHRG | 25,919.00 | | 146,267.16 | | | |
| CERMAKCIRCUI | 12/8/2008 | CAA | CAM ADMIN. FEE | CR | Receipt | | 239.41 | 146,027.75 | 4581158 | | CHK |
| CERMAKCIRCUI | 12/8/2008 | CAM | COMMON AREA MAINT! | CR | Receipt | | 2,393.69 | 143,634.06 | 4581158 | | CHK |
| CERMAKCIRCUI | 12/8/2008 | FMR | FIXED MINIMUM RENT | CR | Receipt | | 25,919.00 | 117,715.06 | 4581158 | | CHK |
| CERMAKCIRCUI | 1/1/2009 | CAA | CAM ADMIN. FEE | CH | AUTOCHRG | 239.41 | | 117,954.47 | | | |
| CERMAKCIRCUI | 1/1/2009 | CAM | COMMON AREA MAINT! | CH | AUTOCHRG | 2,393.69 | | 120,348.16 | | | |
| CERMAKCIRCUI | 1/1/2009 | FMR | FIXED MINIMUM RENT | CH | AUTOCHRG | 25,919.00 | | 146,267.16 | | | |
| CERMAKCIRCUI | 1/5/2009 | CAA | CAM ADMIN. FEE | CR | Receipt | | 239.41 | 146,027.75 | 4590727 | | CHK |
| CERMAKCIRCUI | 1/5/2009 | CAM | COMMON AREA MAINT! | CR | Receipt | | 2,393.69 | 143,634.06 | 4590727 | | CHK |
| CERMAKCIRCUI | 1/5/2009 | FMR | FIXED MINIMUM RENT | CR | Receipt | | 25,919.00 | 117,715.06 | 4590727 | | CHK |
| CERMAKCIRCUI | 2/1/2009 | CAA | CAM ADMIN. FEE | CH | AUTOCHRG | 239.41 | | 117,954.47 | | | |
| CERMAKCIRCUI | 2/1/2009 | CAM | COMMON AREA MAINT! | CH | AUTOCHRG | 2,393.69 | | 120,348.16 | | | |
| CERMAKCIRCUI | 2/1/2009 | FMR | FIXED MINIMUM RENT | CH | AUTOCHRG | 29,807.00 | | 150,155.16 | | | |
| CERMAKCIRCUI | 2/5/2009 | CAA | CAM ADMIN. FEE | CR | Receipt | | 239.41 | 149,915.75 | 4599278 | | CHK |
| CERMAKCIRCUI | 2/5/2009 | CAM | COMMON AREA MAINT! | CR | Receipt | | 239.41 | 149,676.34 | 4599278 | | CHK |
| CERMAKCIRCUI | 2/5/2009 | CAM | COMMON AREA MAINT! | CR | Receipt | | 2,393.69 | 147,282.65 | 4599278 | | CHK |
| CERMAKCIRCUI | 2/5/2009 | CAM | COMMON AREA MAINT! | CR | Receipt | | 2,393.69 | 144,888.96 | 4599278 | | CHK |
| CERMAKCIRCUI | 2/5/2009 | FMR | FIXED MINIMUM RENT | CR | Receipt | | 25,919.00 | 118,969.96 | 4599278 | | CHK |
| CERMAKCIRCUI | 2/5/2009 | FMR | FIXED MINIMUM RENT | CR | Receipt | | 1,254.76 | 117,715.20 | 4599278 | | CHK |
| CERMAKCIRCUI | 3/1/2009 | CAA | CAM ADMIN. FEE | CH | AUTOCHRG | 239.41 | | 117,954.61 | | | |
| CERMAKCIRCUI | 3/1/2009 | CAM | COMMON AREA MAINT! | CH | AUTOCHRG | 2,393.69 | | 120,348.30 | | | |
| CERMAKCIRCUI | 3/1/2009 | FMR | FIXED MINIMUM RENT | CH | AUTOCHRG | 29,807.00 | | 150,155.30 | | | |
| CERMAKCIRCUI | 3/12/2009 | CAM | COMMON AREA MAINT! | NC | RENT 3/12-3/31 | | 154.42 | 150,000.88 | | | |
| CERMAKCIRCUI | 3/12/2009 | CAM | COMMON AREA MAINT! | NC | RENT 3/12-3/31 | | 1,543.93 | 148,456.95 | | | |
| CERMAKCIRCUI | 3/12/2009 | FMR | FIXED MINIMUM RENT | NC | RENT 3/12-3/31 | | 19,225.51 | 129,231.44 | | | |
| CERMAKCIRCUI | 3/16/2009 | CAA | CAM ADMIN. FEE | CR | Receipt | | 239.41 | 128,992.03 | 4605857 | | CHK |
| CERMAKCIRCUI | 3/16/2009 | CAM | COMMON AREA MAINT! | CR | Receipt | | 1,944.81 | 127,047.22 | 4605857 | | CHK |
| CERMAKCIRCUI | 3/16/2009 | FMR | FIXED MINIMUM RENT | CR | Receipt | | 9,326.73 | 117,720.49 | 4605857 | | CHK |
| CERMAKCIRCUI | 4/1/2009 | CAA | CAM ADMIN. FEE | CH | AUTOCHRG | 239.41 | | 117,959.80 | | | |
| CERMAKCIRCUI | 4/1/2009 | CAM | COMMON AREA MAINT! | CH | AUTOCHRG | 2,393.69 | | 120,353.59 | | | |
| CERMAKCIRCUI | 4/1/2009 | FMR | FIXED MINIMUM RENT | CH | AUTOCHRG | 29,807.00 | | 150,160.59 | | | |
| CERMAKCIRCUI | 4/16/2009 | CAA | CAM ADMIN. FEE | NC | REVERSE APRIL | | 239.41 | 149,921.18 | | | |
| CERMAKCIRCUI | 4/16/2009 | CAM | COMMON AREA MAINT! | NC | REVERSE APRIL | | 2,393.69 | 147,527.49 | | | |
| CERMAKCIRCUI | 4/16/2009 | FMR | FIXED MINIMUM RENT | NC | REVERSE APRIL | | 29,807.00 | 117,720.49 | | | |

## ITEMS NOT PAID BY CIRCUIT CITY

| Date | Description | Debit | Credit |
|---|---|---|---|
| 8/25/2008 | 2007 Cam Rec | $ 1,160.63 | |
| 8/25/2008 | 2007 Cam Rec | $ 11,606.28 | |
| 10/31/2008 | 2007 Cam Adjustmt | | $ 87.63 |
| 10/31/2008 | 2007 Cam Adjustmt | | $ 1,949.35 |
| 11/10/2008 | RE Tax Billing | $ 78,433.03 | |
| 11/1/2008 | Nov 08 Cam Admin | $ 239.41 | |
| 11/1/2008 | Nov 08 Cam | $ 2,393.69 | |
| 11/1/2008 | Nov 08 Rent | $ 25,919.00 | |
| 2/1/2009 | Feb 09 Rent - shortage | $ 0.14 | |
| 3/1/2009 | Mar 09 Rent - shortage | $ 5.29 | |
| **TOTAL** | | **$ 119,757.47** | **$ 2,036.98** |
| **TOAL PMNTS DUE CERMAK PLAZA** | | | **$ 117,720.49** |

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS        )
                         ) SS: WESTCHESTER            APRIL 5, 2011
COUNTY OF Cook           )

    Michael Flight, being duly sworn, deposes and says under penalty of perjury as follows:

1. I am over the age of eighteen (18) and believe in the obligations of an oath.

2. I hereby certify that on April 5, 2011, copies of the foregoing were forwarded via overnight delivery service to the following:

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd.
Los Angeles, CA  90067-4100
Facsimile: (310) 201-0760

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA  23219
Facsimile: (804) 783-0178

                                                             Michael Flight

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------x
In re:                              :   CHAPTER 11
                                    :
CIRCUIT CITY STORES, INC., ET AL.,  :   Case No. 08-35653-KRH
                                    :
            Debtors.                :
---------------------------------------x   Jointly Administered

DECLARATION OF MICHAEL FLIGHT IN SUPPORT OF RESPONSE
OF CERMAK PLAZA ASSOCIATES, LLC

STATE OF ILLINOIS        )
                         ) SS: WESTCHESTER         APRIL 5, 2011
COUNTY OF Cook           )

Michael Flight, being duly sworn, deposes and says under penalty of perjury as follows:

1. I am over the age of eighteen (18) and believe in the obligations of an oath.

2. As the President of Concordia Realty Management Inc. ("Concordia"), which is the managing agent for Cermak Plaza Associates, LLC ("Cermak"), I am fully familiar with the facts and circumstances contained herein, and the same are true to the best of my knowledge, information and belief. Further, I have personal knowledge of the books and records of Cermak, maintained in the ordinary course of Cermak's business, as those books and records relate to the instant matter.

3. I make this Declaration in support of Cermak's Response to the Trustee's Second Omnibus Objection to Landlord Claims dated February 25, 2011 (the "Objection"), pursuant to

which the Trustee seeks, among other things, to reduce Cermak's claim in this matter from $129,231.44 to $78,433.03.

4. Cermak filed a timely proof of claim in this matter on April 30, 2009 in the amount of $129,231.44 (the "Cermak Claim"), designated as Claim Number 12809. The Cermak Claim is based on unpaid rent, taxes and CAM charges due in connection with the lease entered into by Circuit City Stores, Inc. ("Circuit City") for a store located in Cermak Plaza, Berwyn, Illinois (the "Cermak Plaza Lease").

5. Collectively attached hereto as Exhibit A is a portion of the ledger maintained by Concordia for the Cermak Plaza Lease, together with a report detailing a list of the unpaid items remaining due from Circuit City in connection with the Cermak Plaza Lease and its occupancy of the Cermak Plaza store. As indicated in these documents, the amount of $117,720.40 remains due to Cermak associated with Circuit City's nonpayment of rent, CAM charges and taxes due under the Cermak Plaza Lease.

6. Based on the attached records, the Cermak Claim should be allowed in the amount of $117,720.40. The Trustee's request in the Objection that the Cermak Claim be reduced to

$78,433.03 is not supported by accurate records and should be denied

_____
Michael Flight

Subscribed and sworn to
before me this 5th day
of April, 2011

_____
Notary Public

OFFICIAL SEAL
DIANE TURNBULL
Notary Public - State of Illinois
My Commission Expires Aug 25, 2014



10031 W. Roosevelt Rd.
Suite 200
Westchester, IL 60154
Phone: (708) 344-9242
Fax: (708) 344-9244
www.concordiarealty.com

April 5, 2011

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 E. Broad Street
Room 4000
Richmond, VA 23219

RE:   Circuit City
      Cermak Plaza – Berwyn, IL

Please find enclosed the following documents:

1.  Declaration of Michael Flight in Support of Response
    Of Cermak Plaza Associates, LLC
2.  Response of Cermak Plaza Associates, LLC to Trustee's
    Second Omnibus Objection to Landlord Claims
3.  Affidavit of Service

If you have any questions please call Michael Flight at 708.344.9242.

Sincerely yours,
Concordia Realty Management, Inc.
As Agent for Cermak Plaza Associates, LLC

Michael J. Flight

Enclosures