FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Circuit City Stores, Inc. | Case Number: 08-35653 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**Suemar Realty, Inc.**

Name and address where notices should be sent:
Rob Armstrong
Suemar Realty, Inc.
27476 Holiday Lane
Perrysburg, OH 43551
Telephone number:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim, dated: _____

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other ___Lease___

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS#: _____
Unpaid compensation for services performed
from _____ to _____
       (date)              (date)

**2. Date debt was incurred:** Prior to 11/11/08

**3. If court judgment, date obtained:** N/A

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $1,336,684.17**
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $_____
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(1)(5).

Secured Claim
☐ Check this box if claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other____
Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:
$_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**  $1,336,684.17**  _____  _____  $1,336,684.17**
                                                  (unsecured) (secured)  (priority)       (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. ***
7. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
APR 0 1 2009
KURTZMANCARSONCONSULTANTS

| Date 3/31/09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Suemar Realty, Inc.<br>By: _[signature]_<br>David J. Coyle, Its Attorney | |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**See attached.
***Except that the claim may constitute a set-off or recoupment against any claim by the estate against CREDITOR.



DEBTOR CIRCUIT CITY STORES, INC.
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION
CASE NO. 08-35653
ATTACHMENT TO PROOF OF CLAIM OF SUEMAR REALTY, INC.

Suemar Realty, Inc. is the landlord under two separate leases with Debtor Circuit City Stores, Inc. (Store No. 3705 in Holland, Ohio and Store No. 3734 in Toledo, Ohio). The two leases are not attached because they are too voluminous. Upon information and belief, the Debtor has a copy of each lease. A copy of the leases will be made available upon request. The total amount owed by Debtor to Suemar Realty, Inc. is $1,336,684.17.[1]

This amount is calculated as follows:

| Store No. 3705 | |
| --- | --- |
| Rent (November 2008) | $37,178.49 |
| CAM (11/1/08 – 12/31/08) | $1,167.56 |
| CAM Reconciliation–2009 (1/1/09 – 2/23/09) | $1,542.01 |
| Real Estate Taxes-2008 | $17,192.60 |
| Real Estate Taxes (prorated 1/1/09 – 2/23/09) | $2,543.56 |
| Water (11/15/08 – 2/23/09) | $5,783.06 |
| Rent (2/15/09 – 2/23/09) | $11,950.23 |
| Damages Claim:  One Year Rent Cap pursuant to 11 U.S.C. § 502(b)(6) | Rent   $446,141.88<br>CAM   $14,400.00<br>Taxes  $17,192.60 |
| **Total for Store No. 3705** | **$555,091.99** |

| Store No. 3734 | |
| --- | --- |
| Rent (November 2008) | $44,159.07 |
| CAM (11/1/08 – 12/31/08) | $18,427.96 |
| CAM Reconciliation–2009 (1/1/09 – 2/23/09) | $7,228.34 |
| Real Estate Taxes-2008 | $57,950.20 |
| Real Estate Taxes (prorated 1/1/09 – 2/23/09) | $8,573.58 |
| Rent (2/15/09 – 2/23/09) | $14,193.99 |
| Damages Claim:  One Year Rent Cap pursuant to 11 U.S.C. § 502(b)(6) | Rent   $529,908.84<br>CAM   $43,200.00<br>Taxes  $57,950.20 |
| **Total for Store No. 3705** | **$781,592.18** |

Supporting documentation for each of the above amounts is voluminous but it will also be made available upon request.

---

[1] It is Suemar Realty, Inc.'s position that the portion of the amounts listed herein that were incurred while the Debtor was using the property post-petition (11/10/08 – 2/23/09) is entitled to be paid as an administrative expense. However, these amounts are included herein in an abundance of caution in case the Court does not require these postpetition amounts to be paid as an administrative expense. Obviously, to the extent the amounts are paid as an administrative expense, this proof of claim would be lowered by the amount paid.

SLK_TOL: #1634376v1

**Suemar Realty, Inc. Circuit City Claim**

| Post Petition | Dates | Store #3734 Monroe St. | Store #3705 Airport Highway | |
|---|---|---|---|---|
| Rent | 11/10/08-11/30/08 | $30,911.35 | $26,024.94 | |
| Rent | 2/15/09 - 2/23/09 | $14,193.99 | $11,950.23 | |
| CAM | 11/10/08-12/31/08 | $7,418.04 | $346.53 | |
| CAM reconcilation 2009 | 1/1/09-2/23/09 | $7,228.34 | $1,542.01 | |
| Real Estates Taxes | 1st Half 2008 | $28,975.10 | $8,596.30 | |
| Real Estates Taxes | Post-Petition | $16,670.85 | $4,945.50 | prorated 11/10/08-2/23/09   105 days |
| Water (all CC usage) | 11/15/08 - 2/13/09 | $1,548.41 | $0.00 | |
| Water (all CC usage) | 11/11/08 - 3/17/09* | $0.00 | $4,234.65 | |
| | | $106,946.08 | $59,188.57 | |

*No water used in the building after 2/23/09.

SLK_TOL-#1659480-v1