COPY

RECEIVED
JUN 29 2009
KURTZMANCARSONCONSULTANTS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 |
| | ) | |
| Circuit City Stores, Inc., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

\* \* \*

### REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

Suemar Realty, Inc. ("Suemar"), is a creditor of Debtor Circuit City Stores, Inc. (Case No. 08-25653) and a party in interest. Suemar is the landlord under two separate leases with Debtor Circuit City Stores, Inc. (Store No. 3705 in Holland, Ohio and Store No. 3734 in Toledo, Ohio) of non-residential real property. The two leases are not attached because they are too voluminous. Upon information and belief, the Debtor has a copy of each lease. A copy of the leases will be made available upon request.

Pursuant to the Bankruptcy Court's Order dated May 15, 2009 and Bankruptcy Code §§ 362(d)(3) and 503(a) and (b), Suemar requests that it be paid an administrative expense in the total amount of $166,134.65. The breakdown of the administrative expense amount is contained in the attached chart. Documentation supporting the requested amount is also attached. Additional documentation will be provided upon request. The Debtor's post-petition use of the leased real property at both stores provided direct benefit to the bankruptcy estate and Debtor is required to pay to Suemar the amounts listed on the attached chart.

SLK_TOL: #1659513v1

Under each lease, the Debtor was required to pay rent which includes a monthly rental amount, CAM charges, real estate taxes and water expense (see Leases). The post-petition amounts owed under each lease for each of these portions of rent are set forth in the attached chart. The Debtor did not pay any rent for the period from November 10, 2009 through the end of November, 2009. (The "Stub" period). The Debtor is required to pay to Suemar the rent for the Stub period. *See, In re Circuit City Stores, Inc.*, Unreported, (Bankr. E.D. VA February 12, 2009), 2009 Bankr. Lexis 672.

As part of rent, each of the two leases require Debtor to pay real estate taxes. In Ohio, real estate taxes are paid six months in arrears. The first half of 2008 real estate taxes were required to be paid by Debtor by January 31, 2009. Under Bankruptcy Code § 362(d)(3), the Debtor was required to pay these taxes. *See, Centerpoint v. Montgomery Ward Holding Corp.*, 268 F.3d 205 (3rd Cir. 2001). The prepetition portion of the second half of 2008 real estate taxes are not included on the chart because those taxes were not due during the post-petition period prior to Debtor vacating the property but the pro-rated taxes for the post-petition period are included.

The Debtor did not vacate either of the two stores until February 23, 2009 but it only paid rent for the first 15 days of February 2009. The Debtor is required to pay the rent for the final eight days it possessed the property. The Debtor also failed to pay post-petition the other amounts listed on the attached chart (CAM charges and water) as required under the leases and it is required to pay these amounts to Suemar.

## CONCLUSION

Suemar Realty, Inc. is entitled to be paid an administrative expense in the amount of $166,134.65 from Debtor, Circuit City Stores, Inc.

_____
David J. Coyle
SHUMAKER, LOOP & KENDRICK, LLP
North Courthouse Square
1000 Jackson Street
Toledo, Ohio 43604
Telephone:  (419) 241-9000
Fax:        (419) 241-6894

Attorneys for Suemar Realty, Inc.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **Request for Payment of Administrative Expense** was served by ordinary United States Mail upon Douglas M. Foley, Esq., McGuirewoods LLP, One James Center, 901 E. Cary Street, Richmond, Virginia 23219, this 26th day of June, 2009.

_____
David J. Coyle
SHUMAKER, LOOP & KENDRICK, LLP

Attorneys for Suemar Realty, Inc.

**Suemar Realty, Inc. Circuit City Claim**

| Post Petition | Dates | Store #3734 Monroe St. | Store #3705 Airport Highway | |
|---|---|---|---|---|
| Rent | 11/10/08-11/30/08 | $30,911.35 | $26,024.94 | |
| Rent | 2/15/09 - 2/23/09 | $14,193.99 | $11,950.23 | 105 days |
| CAM | 11/10/08-12/31/08 | $7,418.04 | $346.53 | |
| CAM reconcilation 2009 | 1/1/09-2/23/09 | $7,228.34 | $1,542.01 | |
| Real Estates Taxes | 1st Half 2008 | $28,975.10 | $8,596.30 | |
| Real Estates Taxes | Post-Petition | $16,670.85 | $4,945.50 | prorated 11/10/08-2/23/09 |
| Water (all CC usage) | 11/15/08 - 2/13/09 | $1,548.41 | $0.00 | |
| Water (all CC usage) | 11/11/08 - 3/17/09* | $0.00 | $4,234.65 | |
|  |  | $106,946.08 | $59,188.57 | |

*No water used in the building after 2/23/09.

SLK_TOL-#1659480-v1

# SUEMAR REALTY, INC.

January 6, 2009

Ms. Lynda Capehart
Sr. Property Administrator
Circuit City Stores, Inc.
9954 Mayland Drive DRIII – 2nd Floor
Richmond, Virginia 23233

REF:    Circuit City Store #3705

Dear Ms. Capehart:

Enclosed are copies of the 1st half 2008 Real Estate Tax bills for the shopping center, which includes the above referenced location. Your share of the tax bill is as follows:

> Future Tenants 40,205 Square Feet  =  59.24%
> Circuit City         27,666 Square Feet  =  40.76%
> **TOTAL**         67,871 Square Feet = 100.00%

> Total of Tax Bills    = $21,090.02
> Circuit City Portion  =     .4076
> Circuit City Cost     = $ 8,596.30

Please remit to Suemar Realty, Inc., $8,596.30 per the terms of your Lease.

Please feel free to contact me should you have any questions.

Sincerely,
SUEMAR REALTY


Mark A. Wuertz - CPA
Vice President-Finance

Enclosure
MAW/kar

Wade Kapszukiewicz
Treasurer of Lucas County
One Government Center #500
Toledo, OH 43604-2253

www.co.lucas.oh.us/treasurer
email: treasurer@co.lucas.oh.us
Office Hours: Monday through Friday
8:00 A.M. to 5:00 P.M.
(419) 213-4305

**REAL ESTATE TAX BILL**
**FIRST HALF - 2008**

**$18,648.64***
**Due By 1/31/2009**

ADDITIONAL INFORMATION ON BACK

| PARCEL NUMBER |
|---|
| 65-94846-20 |
| **TAX DISTRICT** |
| SPRINGFIELD TWP-SPFLD LSD,PCVS |
| **TAX RATE** |
| 100.32 |
| **EFFECTIVE TAX RATE (mills)** |
| 64.18 |

**MESSAGES**

ON TIME PAYMENTS WILL BE ACCEPTED
UNTIL MONDAY FEBRUARY 2ND SINCE
JANUARY 31ST FALLS ON SATURDAY.

ADDRESSEE:

SUEMAR REALTY INC
P O BOX 670
PERRYSBURG   OH  43552

| LEGAL OWNER | LEGAL DESCRIPTION | | | PROPERTY ADDRESS |
|---|---|---|---|---|
| SUEMAR REALTY INC | BEAR CREEK PLAZA LOT 2 EXC PT IN RD | C-22 0980 | 6645 | AIRPORT HWY |

### CALCULATION OF TAXES

| | |
|---|---|
| ACRES | 9.057 |
| LAND | 300,300 |
| BLDG | 269,780 |
| TOTAL | 579,080* |
| GENERAL | 29,046.65 |
| HOUSE BILL 920 | -10,464.61 |
| SUB TOTAL | 18,582.04 |
| 10% ROLLBACK | .00 |
| NET GENERAL TAX | 18,582.04 |
| A S D MOSQUT | 66.60 |
| TOTAL SPECIALS | 66.60 |

| H.B.920 CREDIT | CERT. YEAR |
|---|---|
| 0.360269 | |
| **ASSESSED VALUE** | **PENALTY & INTEREST AFTER** |
| 579,080* | 1/31/2009 |

### WHERE YOUR GENERAL TAXES GO

- COUNTY        4,968.36
- SCHOOL       10,644.24
- TOWNSHIP      2,126.85
- VOED SCHOOL     842.59
Subtotal:       18,582.04

PAY THIS AMOUNT    $18,648.64

Above total does not include special assessments.

TO INSURE PROPER CREDIT, DETACH AND RETURN THIS PORTION IN THE ENCLOSED ENVELOPE.



DUE DATE
Penalty and Interest
After 1/31/2009

PAY THIS AMOUNT  18,648.64



65-94846
FIRST HALF 2008
SUEMAR REALTY INC
6645 AIRPORT HWY

**MAKE CHECK PAYABLE & REMIT TO:**

DO NOT MARK BELOW THIS LINE
FOR TREASURER'S OFFICE USE ONLY

Treasurer of Lucas County
One Government Center #500
Toledo, OH 43604-2253

0100065948460001864864010006594846000186486 40

⑆5000⑉0923⑈ 90 0932⑆    001



**Wade Kapszukiewicz**
Treasurer of Lucas County
One Government Center #500
Toledo, OH 43604-2253

www.co.lucas.oh.us/treasurer
email: treasurer@co.lucas.oh.us
Office Hours: Monday through Friday
8:00 A.M. to 5:00 P.M.
(419) 213-4305

# REAL ESTATE TAX BILL
## FIRST HALF - 2008

**$2,441.38***
Due By 1/31/2009

ADDITIONAL INFORMATION ON BACK

| PARCEL NUMBER |
|---|
| 65-94845-20 |
| **TAX DISTRICT** |
| SPRINGFIELD TWP-SPFLD LSD,PCVS |
| **TAX RATE** |
| 100.32 |
| **EFFECTIVE TAX RATE (mills)** |
| 64.18 |

### MESSAGES

ON TIME PAYMENTS WILL BE ACCEPTED UNTIL MONDAY FEBRUARY 2ND SINCE JANUARY 31ST FALLS ON SATURDAY.

**ADDRESSEE:**

SUEMAR REALTY INC
P O BOX 670
PERRYSBURG    OH  43552

| LEGAL OWNER | LEGAL DESCRIPTION | | | PROPERTY ADDRESS |
|---|---|---|---|---|
| SUEMAR REALTY INC | BEAR CREEK PLAZA LOT 1 EXC PT IN RD | C-00 0980 | 6621 | AIRPORT HWY |

### CALCULATION OF TAXES

| | |
|---|---|
| ACRES | 0.996 |
| LAND | 52,080 |
| BLDG | 23,730 |
| TOTAL | 75,810 |
| GENERAL | 3,802.63 |
| HOUSE BILL 920 | 1,369.97 |
| SUB TOTAL | 2,432.66 |
| 10% ROLLBACK | .00 |
| NET GENERAL TAX | 2,432.66 |
| T.A.S.D.-MOSQUIT | 8.72 |
| TOTAL SPECIALS | 8.72 |
| | |
| PAY THIS AMOUNT | $2,441.38* |

| H.B.920 CREDIT | CERT. YEAR |
|---|---|
| 0.360269 | |
| **ASSESSED VALUE** | **PENALTY & INTEREST AFTER** |
| 75,810* | 1/31/2009 |

### WHERE YOUR GENERAL TAXES GO

- COUNTY        650.42
- SCHOOL      1,393.49
- TOWNSHIP     278.44
- VOED SCHOOL  110.31
- Subtotal:  2,432.66



Above total does not include special assessments.

---

TO INSURE PROPER CREDIT, DETACH AND RETURN THIS PORTION IN THE ENCLOSED ENVELOPE.

### DUE DATE

Penalty and Interest
After: 1/31/2009

IF TAXES ARE NOT PAID WITHIN ONE YEAR FROM THE DATE THEY ARE DUE, THE PROPERTY IS SUBJECT TO FORECLOSURE FOR TAX DELINQUENCY. ALSO UNPAID TAXES ARE SUBJECT TO A TAX LIEN SALE.

**PAY THIS AMOUNT**    2,441.38*

65-94845

DO NOT MARK BELOW THIS LINE
FOR TREASURER'S OFFICE USE ONLY

### MAKE CHECK PAYABLE & REMIT TO:

Treasurer of Lucas County
One Government Center #500
Toledo, OH 43604-2253

0100065948450000244138010006594845000024413 88

⑉5000⑆0923⑉: 90 09329⑊    001

# SUEMAR REALTY, INC.

January 6, 2009

Ms. Lynda Capehart
Sr. Property Administrator
Circuit City Stores, Inc.
9954 Mayland Drive DRIII – 2nd Floor
Richmond, Virginia  23233

REF:    Circuit City Store #3734

Dear Ms. Capehart:

Enclosed are copies of the 1st half 2008 Real Estate Tax bills for the shopping center which includes the above referenced location. Your share of the tax bill is as follows:

```
Barnes & Noble = 25,380 Square Feet    =  44.31%
Circuit City   = 31,903 Square Feet    =  55.69%
                 57,283 Square Feet    = 100.00%

Total of Tax Bills  = $52,029.27
Circuit City Portion =      .5569
Circuit City Cost   = $28,975.10
```

Please remit to Suemar Realty, Inc., $28,975.10 per the terms of your Lease.

Please feel free to contact me should you have any questions.

Sincerely,
SUEMAR REALTY


Mark A. Wuertz - CPA
Vice President-Finance

Enclosure

MAW/kar



Wade Kapszukiewicz
Treasurer of Lucas County
One Government Center #500
Toledo, OH 43604-2253

www.co.lucas.oh.us/treasurer
email: treasurer@co.lucas.oh.us
Office Hours: Monday through Friday
8:00 A.M. to 5:00 P.M.
(419) 213-4305

**REAL ESTATE TAX BILL**

**FIRST HALF - 2008**

**$26,236.45***
**Due By 1/31/2009**

ADDITIONAL INFORMATION ON BACK

| PARCEL NUMBER |
|---|
| 22-88878-20 |
| **TAX DISTRICT** |
| TOLEDO CITY - WASHINGTON LSD |
| **TAX RATE** |
| 98.77 |
| **EFFECTIVE TAX RATE (mills)** |
| 67.25 |

ADDRESSEE:

SUEMAR REALTY INC
P O BOX 670
PERRYSBURG     OH  43552

**MESSAGES**

ON TIME PAYMENTS WILL BE ACCEPTED
UNTIL MONDAY FEBRUARY 2ND SINCE
JANUARY 31ST FALLS ON SATURDAY.

| LEGAL OWNER | LEGAL DESCRIPTION | | | PROPERTY ADDRESS | |
|---|---|---|---|---|---|
| SUEMAR REALTY INC | FRANKLIN PARK SQUARE LOT 1 | C-29 0980 | 4948 | MONROE ST | |

**CALCULATION OF TAXES**

| | |
|---|---|
| ACRES | 2.060 |
| LAND | 194,110 |
| BLDG | 578,060 |
| TOTAL | 772,170 |
| GENERAL | 38,133.61 |
| HOUSE BILL 920 | 12,169.24 |
| SUB TOTAL | 25,964.37 |
| 10% ROLLBACK | .00 |
| NET GENERAL TAX | 25,964.37 |
| T.A.S.D. MOSQUIT | 88.30 |
| STREET SERVICES | 105.10 |
| LIGHTS HIGH INTE | 49.85 |
| TREE MAINTENANCE | 28.83 |
| TOTAL SPECIALS | 272.08 |
| PAY THIS AMOUNT | $26,236.45 |

| H.B.920 CREDIT | CERT. YEAR |
|---|---|
| 0.319121 | |
| **ASSESSED VALUE** | **PENALTY & INTEREST AFTER** |
| 772,170* | 1/31/2009 |

**WHERE YOUR GENERAL TAXES GO**

- CITY-VILLAGE   1,698.77
- COUNTY         6,625.02
- SCHOOL        16,702.63
- TARTA/PR         937.95
Subtotal:      25,964.37

Above total does not include special assessments.

TO INSURE PROPER CREDIT, DETACH AND RETURN THIS PORTION IN THE ENCLOSED ENVELOPE.

**DUE DATE**

Penalty and Interest
After 1/31/2009

IF TAXES ARE NOT PAID WITHIN ONE YEAR FROM THE DATE THEY ARE DUE THE PROPERTY IS SUBJECT TO FORECLOSURE FOR TAX DELINQUENCY. ALSO UNPAID TAXES ARE SUBJECT TO A TAX LIEN SALE.

PAY THIS AMOUNT     26,236.45

22-88878
0980

SUEMAR REALTY INC
MONROE ST

**MAKE CHECK PAYABLE & REMIT TO:**

DO NOT MARK BELOW THIS LINE
FOR TREASURER'S OFFICE USE ONLY

Treasurer of Lucas County
One Government Center #500
Toledo, OH 43604-2253

0100022888780002623645010002288878000262364525

⑈5000⑆0923⑈ 90 09329⑈      001

**Wade Kapszukiewicz**
Treasurer of Lucas County
One Government Center #500
Toledo, OH 43604-2253

www.co.lucas.oh.us/treasurer
email: treasurer@co.lucas.oh.us
Office Hours: Monday through Friday
8:00 A.M. to 5:00 P.M.
(419) 213-4305

# REAL ESTATE TAX BILL
## FIRST HALF - 2008

### $25,792.82*
### Due By 1/31/2009

ADDITIONAL INFORMATION ON BACK

| PARCEL NUMBER |
|---|
| 22-88879-20 |

| TAX DISTRICT |
|---|
| TOLEDO CITY - WASHINGTON LSD |

| TAX RATE |
|---|
| 98.77 |

| EFFECTIVE TAX RATE (mills) |
|---|
| 67.25 |

ADDRESSEE:

SUEMAR REALTY INC
P O BOX 670
PERRYSBURG    OH  43552

### MESSAGES

ON TIME PAYMENTS WILL BE ACCEPTED
UNTIL MONDAY FEBRUARY 2ND SINCE
JANUARY 31ST FALLS ON SATURDAY.

| LEGAL OWNER | LEGAL DESCRIPTION | | PROPERTY ADDRESS |
|---|---|---|---|
| SUEMAR REALTY INC | FRANKLIN PARK SQUARE LOT 2 | C-29 0980 | 0  MONROE ST |

### CALCULATION OF TAXES

| | |
|---|---|
| ACRES | 2.776 |
| LAND | 281,930 |
| BLDG | 470,510 |
| TOTAL | 752,440* |
| GENERAL | 37,159.25 |
| HOUSE BILL 920 | 11,858.30 |
| SUB TOTAL | 25,300.95 |
| 10% ROLLBACK | .00 |
| NET GENERAL TAX | 25,300.95 |
| T.A.S.D. - MOSQUITO | 86.53 |
| STREET SERVICES | 282.45 |
| LIGHTS-HIGH INTE | 109.13 |
| TREE MAINTENANCE | 13.76 |
| TOTAL SPECIALS | 491.87 |

PAY THIS AMOUNT          $25,792.82

| H.B.920 CREDIT | CERT. YEAR |
|---|---|
| 0.319121 | |
| ASSESSED VALUE | PENALTY & INTEREST AFTER |
| 752,440* | 1/31/2009 |

### WHERE YOUR GENERAL TAXES GO

- CITY-VILLAGE   1,655.37
- COUNTY         6,455.74
- SCHOOL        16,275.86
- TARTA/PR         913.98
- Subtotal:     25,300.95



Above total does not include special assessments.

TO INSURE PROPER CREDIT, DETACH AND RETURN THIS PORTION IN THE ENCLOSED ENVELOPE.

### DUE DATE

Penalty and Interest
After: 1/31/2009

IF TAXES ARE NOT PAID WITHIN ONE YEAR FROM THE DATE THEY ARE DUE THE PROPERTY IS SUBJECT TO FORECLOSURE FOR TAX DELINQUENCY. ALSO UNPAID TAXES ARE SUBJECT TO A TAX LIEN SALE.

PAY THIS AMOUNT          25,792.82

22-88879
0980

SUEMAR REALTY INC
0 MONROE ST

### MAKE CHECK PAYABLE & REMIT TO:

DO NOT MARK BELOW THIS LINE
FOR TREASURER'S OFFICE USE ONLY

Treasurer of Lucas County
One Government Center #500
Toledo, OH 43604-2253

0100022888790002579282010002288879000257928 20

⑆5000⑆0923⑈ 90 093 29⑈     001

VIA FEDERAL EXPRESS

March 4, 2009

Attention: Corporate Secretary
Circuit City Stores, Inc.
Deep Run I
9950 Mayland Drive
Richmond, VA 23233


**REF:**     **Circuit City Store #3734**
             **4948 Monroe Street**
             **Toledo, Ohio 43623**

Dear Sir or Madam:

Enclosed is Circuit City's final water bill for the above location. The City of Toledo, Department of Public Utilities sent it to us as the Landlord.

Since it is for the time period 11/15/08 through 02/13/09 it is Circuit City's obligation! Please pay it **promptly**.

Sincerely,
SUEMAR REALTY, Inc.



Mark A. Wuertz - CPA
Vice President-Finance

Cc:    Vice President of Real Estate
       Jack Hilbert

MAW/kar



**City of Toledo**
**Department of Public Utilities**
Ohio Building
420 Madison Avenue, Suite 100
Toledo, Ohio, 43667-0001

Customer Service:
General Information ...... 419-245-1800
Monthly Accounts ........ 419-245-1827
Fax ...................................419-936-7853
Website: www.toledo.oh.gov

SUEMAR REALTY INC

Service Address
4948 MONROE ST
TOLEDO, OH 43623

| Account Number | 7700-0066-2815 |
|---|---|
| Invoice Number | 0200-0011-3097 |
| Bill Date | 02/20/09 |
| Bill Reason | Periodic |
| Next Scheduled Read | 05/13/09 |

| | |
|---|---|
| Previous Balance | $934.25 |
| Payments/Adj | $-77.85 |
| Subtotal | $856.40 |
| Current Charges | $692.01 |
| Total Amt Due | $1,548.41 |
| Due Date | 03/09/09 |

| Meter ID | Serv.From | Serv.To | Prev.Read | Curr.Read | Usage-CCF | Read Type |
|---|---|---|---|---|---|---|
| 1505256 | 11/19/08 | 02/13/09 | 2,001 | 2,014 | 13 | Estimated |

| | | |
|---|---|---|
| Feb 09 | E | 13 |
| Nov 08 | E | 115 |
| Aug 08 | E | 177 |
| May 08 | E | 14 |

**Detail of Current Charges**

| Service From: 11/15/08 | Service To: 12/31/08 | | |
|---|---|---|---|
| Hydrants | 2.00 x $6.36000 | | $12.72 |
| 8" Fire Line | 1.00 x $50.89000 | | $50.89 |

| Service From: 11/15/08 | Service To: 02/12/09 | |
|---|---|---|
| Toledo Storm Water | | $303.12 |

| Service From: 11/19/08 | Service To: 12/31/08 | | |
|---|---|---|---|
| Toledo Sewer Volume | 6.00 CCF x $2.62400 | | $15.74 |

| Service From: 11/19/08 | Service To: 02/13/09 | |
|---|---|---|
| Toledo Water Minimum | | $127.88 |
| Toledo Sewer Fixed | | $100.55 |

| Service From: 01/01/09 | Service To: 02/12/09 | | |
|---|---|---|---|
| Hydrants | 2.00 x $6.09000 | | $12.18 |
| 8" Fire Line | 1.00 x $48.73000 | | $48.73 |

| Service From: 01/01/09 | Service To: 02/13/09 | | |
|---|---|---|---|
| Toledo Sewer Volume | 7.00 CCF x $2.88500 | | $20.20 |

| Total Current Charges | $692.01 |
|---|---|

**Detail of Payments / Adjustments**

| Payment Thank You! | 12/16/08 | $-77.85 |
|---|---|---|
| Total Payments and Adjustments | | $-77.85 |

Vendor No: 10109
Invoice No: 0220159
Invoice Date: 02/13/09   P.O. #
Acct: 703060  20080018 0

***** Your Action Is Required *****

The Subtotal balance on this bill is subject to the previous due date and collection activity.

Page 1 / 1

---

Tear here and return this portion with your payment.  Refer to back for important customer information.

Account Number: 7700-0066-2815
Invoice Number: 0200-0011-3097

Service Address
4948 MONROE ST
TOLEDO OH 43623

| Due Date | Amount Due | |
|---|---|---|
| 03/09/09 | $1,548.41 | |

77000066281500015484100015484196077000006628152

SUEMAR REALTY INC
P O BOX 670
PERRYSBURG OH  43552

DEPARTMENT OF PUBLIC UTILITIES
OHIO BUILDING
420 MADISON AVE STE 100
TOLEDO, OH 43667-0001

**Bennett Enterprises**

Frisch's® Big Boy®
Ralphie's® Food•Sports•Fun
Brew House Restaurant & Bar
H.M.G. Advertising
Suemar Realty, Inc.

Holiday Inn® Express-Perrysburg, OH
Holiday Inn® Express & Suites-Monroe, MI
Holiday Inn® French Quarter-Perrysburg, OH

VIA FEDERAL EXPRESS

March 31, 2009

Attention: Corporate Secretary
Circuit City Stores, Inc.
Deep Run I
9950 Mayland Drive
Richmond, VA 23233

REF:    **Circuit City Store #3705**
**6645 Airport Highway**
**Holland, Ohio 43528**

Dear Sir or Madam:

Enclosed is Circuit City's final water bill for the above location. The City of Toledo, Department of Public Utilities sent it to us as the Landlord.

Since it is for the time period 11/11/08 through 03/17/09 the entire obligation is Circuit City's since the building has been vacant since Circuit City's departure. Please pay it **promptly**.

Sincerely,
SUEMAR REALTY, Inc.

Mark A. Wuertz - CPA
Vice President-Finance

Cc:    Vice President of Real Estate
       Jack Hilbert

MAW/kar

Bennett Enterprises
50 YEARS
A tradition of fine hospitality
1955 - 2005

27476 Holiday Lane    P.O. Box 670 Perrysburg, Ohio 43552    Ph. 419.874.1933 Fax 419.874.2615
www.bennett-enterprises.com

**City of Toledo**
**Department of Public Utilities**
Ohio Building
420 Madison Avenue, Suite 100
Toledo, Ohio, 43667-0001

Customer Service:
General Information ...... 419-245-1800
Monthly Accounts ........ 419-245-1827
Fax .................................. 419-936-7853
Website: www.toledo.oh.gov

CIRCUIT CITY

Service Address
6645 AIRPORT HWY
HOLLAND OH 43528

### Account Information

| | |
|---|---|
| Account Number | 7700-0183-0163 |
| Invoice Number | 0200-0011-6504 |
| Bill Date | 03/26/09 |
| Bill Reason | Periodic |
| Next Scheduled Read | 06/11/09 |

### Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Adj | $0.00 |
| Subtotal | $0.00 |
| Current Charges | $4,234.65 |
| Total Amt Due | $4,234.65 |
| Due Date | 04/08/09 |

| Meter ID | Serv.From | Serv.To | Prev.Read | Curr.Read | Usage-CCF | Read Type |
|---|---|---|---|---|---|---|
| 96705088 | 11/11/08 | 12/17/08 | 1,360 | 1,372 | 12 | Estimated |
| 96705144 | 11/11/08 | 12/17/08 | 16,876 | 16,880 | 4 | Estimated |
| 96705088 | 12/18/08 | 03/04/09 | 1,372 | 1,507 | 135 | Actual |
| 96705144 | 12/18/08 | 03/17/09 | 16,880 | 18,314 | 1,434 | Actual |
| 96705088 | 03/05/09 | 03/17/09 | 1,507 | 1,507 | 0 | Actual |

### Billed History

| Mo/Yr | Type | Usage |
|---|---|---|
| Mar 09 | A | 1,569 |
| Dec 08 | E | 16 |

**Detail of Current Charges**

Service From: 11/11/08    Service To: 12/12/08
| | | |
|---|---|---|
| Hydrants | 6.00 x $6.40667 | $38.44 |
| 8" Fire Line | 1.00 x $51.26000 | $51.26 |

Service From: 11/11/08    Service To: 12/17/08
| | | |
|---|---|---|
| Toledo Water Minimum | | $76.05 |
| Toledo Water Minimum | | $76.05 |
| Lucas Water Fixed | | $5.38 |
| Lucas Water Fixed | | $5.38 |
| Lucas Water Volume | 12.00 CCF x $0.53900 | $6.47 |
| Lucas Water Volume | 4.00 CCF x $0.53900 | $2.16 |
| Lucas Sewer Fixed | | $12.78 |
| Lucas Sewer Volume | 12.00 CCF x $1.95200 | $23.42 |

Service From: 12/13/08    Service To: 12/31/08
| | | |
|---|---|---|
| Hydrants | 6.00 x $3.85667 | $23.14 |
| 8" Fire Line | 1.00 x $30.86000 | $30.86 |

Service From: 12/18/08    Service To: 12/31/08
| | | |
|---|---|---|
| Toledo Water Volume | 46.67 CCF x $1.54200 | $71.97 |
| Toledo Water Volume | 24.00 CCF x $1.54200 | $37.01 |
| Toledo Water Volume | 213.33 CCF x $1.49700 | $319.36 |
| Lucas Water Fixed | | $2.07 |
| Lucas Water Fixed | | $2.07 |
| Lucas Water Volume | 260.00 CCF x $0.53900 | $140.14 |
| Lucas Water Volume | 24.00 CCF x $0.53900 | $12.94 |
| Lucas Sewer Fixed | | $4.90 |
| Lucas Sewer Volume | 24.00 CCF x $1.95200 | $46.85 |

Service From: 01/01/09    Service To: 03/12/09
| | | |
|---|---|---|
| Hydrants | 6.00 x $15.08833 | $90.53 |
| 8" Fire Line | 1.00 x $120.70000 | $120.70 |

To be continued on next page    Page 1 / 2

Tear here and return this portion with your payment. Refer to back for important customer information.

Account Number: 7700-0183-0163
Invoice Number: 0200-0011-6504

Service Address
6645 AIRPORT HWY
HOLLAND OH 43528

| Due Date | Amount Due / $ Added After Due Date | Payment Amount |
|---|---|---|
| 04/08/09 | $4,234.65 | |

7700018301630004234650004234650077000183016 34

CIRCUIT CITY
P. O. BOX 670
PERRYSBURG OH  43552

DEPARTMENT OF PUBLIC UTILITIES
OHIO BUILDING
420 MADISON AVE STE 100
TOLEDO, OH 43667-0001

**City of Toledo**
**Department of Public Utilities**
Ohio Building
420 Madison Avenue, Suite 100
Toledo, Ohio, 43667-0001

Customer Service:
General Information ...... 419-245-1800
Monthly Accounts ........ 419-245-1827
Fax ...............................419-936-7853
Website: www.toledo.oh.gov

```
Service From: 01/01/09    Service To: 03/17/09
Toledo Water Volume       920.67 CCF x $1.56450        $1,440.39
Toledo Water Volume       253.33 CCF x $1.61100          $408.11
Toledo Water Volume       111.00 CCF x $1.61100          $178.82
Lucas Water Fixed                                         $11.69
Lucas Water Fixed                                         $11.69
Lucas Water Volume        111.00 CCF x $0.56200           $62.38
Lucas Water Volume      1,174.00 CCF x $0.56200          $659.79
Lucas Sewer Fixed                                         $28.64
Lucas Sewer Volume        111.00 CCF x $2.10100          $233.21
```

Total Current Charges                                   $4,234.65

Detail of Payments / Adjustments

Total Payments and Adjustments                              $0.00

Page 2 / 2

Tear here and return this portion with your payment. Refer to back for important customer information.

Account Number: 7700-0183-0163
Invoice Number: 0200-0011-6504

Service Address
6645 AIRPORT HWY
HOLLAND OH 43528

| Due Date | Amount Due 5% Added After Due Date | Payment Amount |
|---|---|---|
| 04/08/09 | $4,234.65 | |

7700018301630004234650004234650077000183016 34

CIRCUIT CITY
P. O. BOX 670
PERRYSBURG OH   43552

DEPARTMENT OF PUBLIC UTILITIES
OHIO BUILDING
420 MADISON AVE STE 100
TOLEDO, OH 43667-0001

**Circuit City Store #3705**
**Common Area Maintenance Charges**
**Airport Highway Complex**
**11/11/08 - 12/31/08**

| REFERENCE | Store #3705 |
|---|---|
| LANDLORD | Suemar Realty, Inc. |

| INVOICE DATE | VENDOR | AMOUNT | PURPOSE |
|---|---|---|---|
| 11/25/2008 | Toledo Edison | $ 53.69 | Traffic light |
| 12/1/2008 | Progressive Sweeping | $ 438.00 | Nov sweep |
| 12/8/2008 | Mouse's/JM Trucking | $ 341.60 | rock salt/plowing |
| 12/15/2008 | Mouse's/JM Trucking | $ 398.49 | rock salt/plowing |
| 12/22/2008 | Mouse's/JM Trucking | $ 2,205.44 | rock salt/plowing |
| 12/29/2008 | Toledo Edison | $ 65.02 | Traffic light |
| 1/1/2009 | Progressive Sweeping | $ 292.00 | Dec sweep |
| | **Grand Total** | **$ 3,794.24** | |

| | | | |
|---|---|---|---|
| Circuit City Share of Total | $ 1,546.53 | **40.76%** | |
| Less: Circuit City Payments | $ 1,200.00 | December 2008 (no November payment made) | |
| Balance Due 11/11/08 - 12/31/08 | $ 346.53 | | |

Circuit City Store #3705
Common Area Maintenance Charges
Airport Highway Complex
1/1/2009-2/23/2009

REFERENCE    Store #3705
LANDLORD     Suemar Realty, Inc.

| INVOICE DATE | VENDOR | AMOUNT | PURPOSE |
| --- | --- | --- | --- |
| 1/5/2009 | Mouse's Trucking | $ 284.68 | snow plowing |
| 1/12/2009 | Mouse's Trucking | $ 2,511.06 | snow plowing |
| 1/19/2009 | Mouse's Trucking | $ 2,440.50 | snow plowing |
| 2/2/2009 | Mouse's Trucking | $ 1,500.00 | snow plowing |
| 1/3/2009 | Rob Shaw Outdoor Lighting | $ 1,406.67 | relamp parking lot lights |
| 1/27/2009 | Toledo Edison | $ 56.34 | Traffic light |
| | Grand Total | $ 8,199.25 | |

| | | | |
| --- | --- | --- | --- |
| Circuit City Share of Total | | $ 3,342.01 | 40.76% |
| Less: Circuit City Payments | | $ 1,800.00 | CAM Payments Applied |
| Balance Due 1/1/09-2/23/09 | | $ 1,542.01 | |

**Circuit City Store #3734**
**Common Area Maintenance Charges**
**Monroe Street Complex**
**11/11/08 - 12/31/08**

**REFERENCE** #3734
**LANDLORD** Suemar Realty, Inc.

| INVOICE DATE | VENDOR | AMOUNT | PURPOSE |
|---|---|---|---|
| 11/15/2008 | Securitas | $ 747.27 | security |
| 11/17/2008 | Toledo Edison | $ 626.63 | parking lot lighting |
| 11/19/2008 | Dept of Public Utilities | $ 287.84 | water service |
| 11/21/2008 | Securitas | $ 747.27 | security |
| 11/23/2008 | Rob Shaw Outdoor Lighting | $ 494.49 | relamps |
| 11/28/2008 | Securitas | $ 792.10 | security |
| 12/1/2008 | Progressive Sweeping | $ 300.00 | parking lot sweep(Nov) |
| 12/2/2008 | All Green, Inc. | $ 1,850.40 | snow plowing/salting |
| 12/5/2008 | Securitas | $ 747.27 | security |
| 12/12/2008 | Rob Shaw Outdoor Lighting | $ 293.59 | relamps |
| 12/12/2008 | Securitas | $ 747.27 | security |
| 12/15/2008 | All Green, Inc. | $ 2,871.58 | snow plowing/salting |
| 12/18/2008 | Toledo Edison | $ 767.64 | parking lot lighting |
| 12/19/2008 | Securitas | $ 747.27 | security |
| 12/21/2008 | All Green, Inc. | $ 4,376.75 | snow plowing/salting |
| 12/26/2008 | All Green, Inc. | $ 2,295.13 | snow plowing/salting |
| 12/26/2008 | Securitas | $ 792.10 | security |
| 1/1/2009 | Progressive Sweeping | $ 300.00 | parking lot sweep(Dec) |
| | **Grand Total** | **$ 19,784.60** | |

| | | |
|---|---|---|
| Circuit City Share of Total | $11,018.04 | **55.69%** |
| Less: Circuit City Payments | $3,600.00 | December 2008 (no November payment made) |
| **Balance Due 11/11/08 - 12/31/08** | **$7,418.04** | |

**Circuit City Store #3734**
**Common Area Maintenance Charges**
**Monroe Street Complex**
**1/1/09-2/23/09**

REFERENCE    #3734
LANDLORD    Suemar Realty, Inc.

| INVOICE DATE | VENDOR | AMOUNT | PURPOSE |
|---|---|---|---|
| 1/5/2009 | All Green | $ 1,441.13 | snow plowing/salting |
| 1/21/2009 | All Green | $ 11,838.58 | snow plowing/salting |
| 2/15/2009 | All Green | $ 3,650.85 | snow plowing/salting |
| 2/1/2009 | Progressive Sweeping | $ 50.00 | parking lot sweep |
| 1/2/2009 | Securitas | $ 562.32 | security |
| 1/9/2009 | Securitas | $ 747.27 | security |
| 1/16/2009 | Securitas | $ 747.27 | security |
| 1/23/2009 | Securitas | $ 747.27 | security |
| 1/30/2009 | Securitas | $ 747.27 | security |
| 2/6/2009 | Securitas | $ 747.27 | security |
| 2/13/2009 | Securitas | $ 747.27 | security |
| 1/19/2009 | Toledo Edison | $ 649.63 | Parking Lot Lights |
| | **Grand Total** | **$ 22,676.13** | |

| | | |
|---|---|---|
| Circuit City Share of Total | $12,628.34 | **55.69%** |
| Less:  Circuit City Payments | $5,400.00 | CAM Payments Applied |
| **Balance Due 1/1/09-2/23/09** | **$7,228.34** | |