**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653 (KRH) |
| Debtors. | Jointly Administered |
| _____ | |

**OBJECTION OF RONUS MEYERLAND PLAZA, L.P. TO LIQUIDATING
TRUST'S EIGHTH OMNIBUS OBJECTION TO LANDLORD CLAIMS**

Ronus Meyerland Plaza, L.P. ("Meyerland"), by and through its undersigned counsel, hereby objects to the Liquidating Trust's Eighth Omnibus Objection to Landlord Claims ("Motion"). On or about April 28, 2009, Meyerland filed a proof of claim for $604,658.47, which included $8,979.00 in attorneys' fees. On Exhibit C to the Motion, the Liquidating Trust objects to the claim's inclusion of these

James J. Briody, Virginia Bar No. 32128
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Ave., N.W.
Washington, DC 2004-2415
Telephone: (202) 383-0100
Facsimile: (202) 637-3593
jim.briody@sutherland.com
Attorneys for Ronus Meyerland Plaza, L.P. and Johnson City Crossing, L.P.

attorneys' fees in Meyerland's proof of claim, describing the attorneys' fees as "invalid."[1]

To the extent the Liquidating Trust is objecting to the inclusion of these attorneys' fees because they have not been provided bills to substantiate the amount of the attorneys' fees, attached as Exhibit A to this objection is a copy of the relevant invoices. The fees incurred on behalf of Meyerland were split evenly between Meyerland and an affiliate entity, Johnson City Crossing, L.P., which is simultaneously filing a similar objection to the Liquidating Trust's Ninth Omnibus Objection to Landlord Claims. The total amount outstanding on the invoices is $27,853.12,[2] which split evenly results in $13,926.56 attributable to this landlord's lease. Accordingly, pending resolution of this objection, Meyerland intends to file

---

[1] Although the Liquidating Trust lists those attorneys' fees at $8,797.00, the amount of the proposed modified claim ($594,815.00) clarifies that the Trust is objecting to the full amount of $8,979.00 in attorneys' fees. Exhibit C also objects to an additional amount of $864.47 in "prepetition rent not supported by Debtors' books and records." Meyerland is not objecting to the exclusion of that amount from its proof of claim.

[2] All fees resulting from the work of "SM LASOTA" are not included in this total ($7,718.00), as some of the work performed by Mr. LaSota is not properly billed to the lease at issue here.

an amended proof of claim including this amount of attorneys' fees rather than the $8,979.00 previously included.

To the extent the objection is based on a claim that the Debtor does not owe any attorneys' fees under the lease, that assertion is incorrect as the relevant lease, attached as Exhibit B, specifically states:

> <u>Attorneys' Fees.</u>  In the event either party shall be required to commence or defend any action or proceeding against any other party by reason of any breach or claimed breach of any provision of this Lease, to commence or defend any action or proceeding in any way connected with this Lease or to seek a judicial declaration of rights under this Lease, the party prevailing in such action or proceeding shall be entitled to recover from or to be reimbursed by the other party for the prevailing party's reasonable and actual attorneys' fees and costs through all levels of proceedings.

Exhibit B, § 34(f).

For the foregoing reasons, the Liquidating Trust's Eighth Omnibus Objection to Landlord Claims should be denied with respect to the claim of Meyerland.

This 7th day of April, 2011.

                                 */s/ James J. Briody*
                                 James J. Briody, Virginia Bar No. 32128
                                 SUTHERLAND ASBILL & BRENNAN LLP
                                 1275 Pennsylvania Ave., N.W.
                                 Washington, DC 2004-2415
                                 Telephone:  (202) 383-0100
                                 Facsimile:  (202) 637-3593
                                 jim.briody@sutherland.com

                                 *Attorneys for Ronus Meyerland Plaza, L.P. and Johnson City Crossing, L.P.*

## CERTIFICATE OF SERVICE

That on the 7th day of April 2011, I caused the foregoing to be electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF System, which causes notices of the electronic filing to be served all registered users of the CM/ECF System that have filed notices of appearance, including counsel for the Liquidating Trust.

                                                  */s/ James J. Briody*
                                                  James J. Briody, Virginia Bar No. 32128

James J. Briody, Virginia Bar No. 32128
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Ave., N.W.
Washington, DC 2004-2415
Telephone: (202) 383-0100
Facsimile: (202) 637-3593
jim.briody@sutherland.com
Attorneys for Ronus Meyerland Plaza, L.P. and Johnson City Crossing, L.P.