KUTAK ROCK LLP
Loc Pfeiffer (VSB 39632)
Peter J. Barrett (VSB 46179)
Kimberly A. Pierro (VSB 71362)
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
Telephone: (804) 644-1700
*Counsel to Schottenstein Property Group, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | |
| CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653-KRH |
| | Chapter 11 |
| Debtors. | Jointly Administered |

### RESPONSE AND OPPOSITION TO LIQUIDATING TRUST'S EIGHTH OMNIBUS OBJECTION TO LANDLORD CLAIMS SEEKING TO AMEND/EXPUNGE CLAIM 13166 FILED BY SCHOTTENSTEIN PROPERTY GROUP, INC.

Schottenstein Property Group, Inc. ("SPG"), by counsel, having filed a proof of claim identified and included in the above captioned *Liquidating Trust's Eighth Omnibus Objection to Landlord Claims* (the "Objection"), does hereby oppose and respond, as set forth below:

1.  Circuit City Stores, Inc. and certain of its affiliated entities (collectively, "Debtors") filed a petition for relief on or about November 10, 2008 ("Petition Date"). After the Petition Date, Debtors continued to be in possession of and to operate their business.

2.  On or about May 1, 2009, Beavercreek filed a proof of claim, number 12770 (the "Beavercreek Claim"), amending claim number 9243 and setting forth a general unsecured claim in the amount of $721,557.53 representing sums due under the

4842-8864-1033.1

Debtor's lease with Beavercreek and rejection damages due under that lease. A copy of the Beavercreek Claim is attached as **Exhibit A**.

3. On or about April 30, 2009, SPG filed a proof of claim, number 13166 (the "Administrative Claim"), seeking post-petition administrative claims for the Beavercreek location. A copy of the Administrative Claim without Exhibits is attached as **Exhibit B**.

4. The Objection seeks to disallow and expunge the Administrative Claim stating that the Debtor is dealing with the landlord under Claim 12770. However, the Debtors have mischaracterized the claims, confusing the Beavercreek Claim as both general unsecured and administrative. Debtors admit having to "deal directly" with the landlord on the amounts owed by the Debtors *for the same store location* for post-petition amounts due and accordingly no basis exists for expunging the Administrative Claim. In other words, the Debtors admit owing general unsecured, rejection, and administrative damages for the Beavercreek location – these amounts are the subject of both the Beavercreek Claim and the Administative Claim.

5. Further undermining the Debtors' effort to expunge the Administrative Claim is that, in the same Objection, the Debtors seek to reduce the amount of the Administrative Claim – specifically seeking to reduce February rent and CAM charges and admitting to the validity of the real property taxes. The Administrative claim sets forth in detail the amounts owed and to the extent the Debtors' books do not equal these calculations, SGP demands strict proof thereof. Furthermore, the Debtors' do not explain their own calculation of amounts due, do not allege payment of administrative expenses,

4842-8864-1033.1

nor provide any documentation. A better description of the nature of the dispute is needed from the Debtor.

6.    Based on the above, the Objection should be denied, without further expense, time and effort to the claimant and to the estates of these Debtors.

**WHEREFORE**, SGP respectfully requests that this Court deny the relief requested in the Objection as it relates to the Claims in its entirety; and such other and further relief as is just and proper.

Dated: Richmond, Virginia　　　　　　　　　Respectfully submitted,
　　　　　April 7, 2011

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kimberly A. Pierro
　　　　　　　　　　　　　　　　　　　　**KUTAK ROCK LLP**
　　　　　　　　　　　　　　　　　　　　Loc Pfeiffer (VSB 39632)
　　　　　　　　　　　　　　　　　　　　Peter J. Barrett (VSB 46179)
　　　　　　　　　　　　　　　　　　　　Kimberly A. Pierro (VSB 71362)
　　　　　　　　　　　　　　　　　　　　Bank of America Center
　　　　　　　　　　　　　　　　　　　　1111 East Main Street, Suite 800
　　　　　　　　　　　　　　　　　　　　Richmond, Virginia 23219-3500
　　　　　　　　　　　　　　　　　　　　Telephone: (804) 644-1700
　　　　　　　　　　　　　　　　　　　　*Counsel to Schottenstein Property Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 7, 2011, a true and exact copy of the foregoing was served via ECF notification to the following:

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

/s/ Kimberly A. Pierro
Counsel

4842-8864-1033.1

## DECLARATION

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that to the best of my knowledge the foregoing is true and correct.

Dated: April 7, 2011

SCHOTTENSTEIN PROPERTY GROUP, INC.

By: _____
Name: Benton E. Kraner
Title: President & C.O.O.

4842-8864-1033.1

#12770

B 10 Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

Debtor against which claim is asserted : (Check only one box below:)

☒ Circuit City Stores, Inc. (Case No. 08-35653)
☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
☐ InterTAN, Inc (Case No 08-35655)
☐ Ventoux International, Inc (Case No. 08-35656)
☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
☐ CC Aviation, LLC (Case No. 08-35658)
☐ CC Distribution Company of Virginia, Inc (Case No. 08-35659)
☐ Circuit City Stores PR, LLC (Case No 08-35660)
☐ Circuit City Properties, LLC (Case No 08-35661)
☐ Orbyx Electronics, LLC (Case No. 08-35662)
☐ Kinzer Technology, LLC (Case No 08-35663)
☐ Courchevel, LLC (Case No. 08-35664)
☐ Abbott Advertising, Inc. (Case No 08-35665)
☐ Mayland MN, LLC (Case No 08-35666)
☐ Patapsco Designs, Inc (Case No 08-35667)
☐ Sky Venture Corporation (Case No. 08-35668)
☐ XSStuff, LLC (Case No. 08-35669)
☐ PRAHS, INC. (Case No. 08-35670)

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request may be filed pursuant to 11 U.S.C. § 503(a).*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**SHOPPES OF BEAVERCREEK LTD**

☒ Check this box to indicate that this claim amends a previously filed claim

Name and address where notices should be sent:    NameID: 4528980    PackID: 292155

SHOPPES OF BEAVERCREEK LTD
Attention: KIMBERLY A. PIERRO, ESQ.
KUTAK ROCK LLP
1111 E. MAIN STREET, STE 800
RICHMOND, VA 23219

Court Claim Number: 9243
*(If known)*

Filed on: 1/30/09

Telephone number: (614) 449-4631

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed: $ 721,557.53**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim: pre-petition rent and 502(b)(6)**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)

Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

6. Credits   The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements.   You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).   If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 4/30/09

Signature: the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Kimberly A. Pierro, Counsel for Shoppes of Beavercreek Ltd.

FOR COURT USE ONLY

RECEIVED
MAY 01 2009
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 and 3571.*



EXHIBIT A



0835653090501000000000018

**KUTAK ROCK LLP**

SUITE 800
BANK OF AMERICA CENTER
1111 EAST MAIN STREET

RICHMOND, VIRGINIA 23219-3500

804-644-1700
FACSIMILE 804-783-6192

www.kutakrock.com

ATLANTA
CHICAGO
DENVER
DES MOINES
FAYETTEVILLE
IRVINE
KANSAS CITY
LITTLE ROCK
LOS ANGELES
OKLAHOMA CITY
OMAHA
SCOTTSDALE
WASHINGTON
WICHITA

SHEREE T. EDINGTON
sheree.edington@kutakrock.com
(804) 644-1700

April 30, 2009

**VIA FEDEX**

Circuit City Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, California 90245

    Re:    Jubilee-Springdale, LLC and Shoppes of Beavercreek Ltd.

Dear Sir or Madam:

    Enclosed please find Proof of Claims for the two above-referenced creditors. Do not hesitate to contact us should you have any questions or concerns.

    Sincerely,

    Sheree T. Edington
    Legal Secretary

ste

Enclosures

cc:    Kimberly A. Pierro, Esq.

## In re Circuit City Stores, Inc.

### Proof of Claim #9243 as Amended

| | |
|---|---|
| Pre-petition rent: | $ 43,853.54 |
| Damages pursuant to 11 U.S.C § 502(b)(6): | |
|     15% of remaining term of lease: 1.35 years | <u>$ 677,703.99</u> |
| **Total:** | $ 721,557.53 |

4828-0153-0115.1

#13166

KUTAK ROCK LLP
Loc Pfeiffer (VA 39632)
Peter J. Barrett (VSB 46179)
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
Telephone: (804) 644-1700
*Counsel to Schottenstein Property Group, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | |
| CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653-KRH<br>Chapter 11 |
| Debtors. | Jointly Administered |

## APPLICATION OF SCHOTTENSTEIN PROPERTY GROUP, INC. FOR AN ORDER ALLOWING ADMINISTRATIVE CLAIM RELATING TO POST-PETITION CHARGES UNDER LEASE FOR STORE #3196 (BEAVERCREEK, OHIO)

Schottenstein Property Group, Inc. ("Schottenstein"), by counsel, seeks an Order allowing its administrative claim for charges accruing post-petition under the lease attached as Exhibit 1 (the "Lease") pursuant to 11 U.S.C. §§ 365(d), 503(b) and 507(a). In support of this Application, Schottenstein states the following:

### BACKGROUND

1. On November 10, 2008, Circuit City, Inc. and its affiliated debtors (the "Debtors") filed a voluntary petition under Chapter 11 of Title 11 of the United States Code in this Court.

2. Schottenstein is the managing agent/landlord for a shopping center known as Store # 3196 located in Beavercreek, Ohio (the "Leased Premises"). The Debtors leased this property (the "Lease" attached as Exhibit 1).

3. The Debtors rejected the Lease and the effective rejection date was February 21, 2009 (the "Rejection Date") pursuant to an Order of this Court.

4851-6928-0003.1





0835653090430000000000371

## RELIEF SOUGHT

4. Schottenstein seeks an allowed administrative claim for charges that accrued post-petition and through the Rejection Date under the Lease. The charges are detailed as follows:

| | |
|---|---:|
| February 2009 rent | 20,916.79 |
| Estimate pro-rated 2009 CAM | 1,328.11 |
| Pro-rated real property taxes 2009 | 9,043.54 |
| Total | 31,288.44 |

5. Section 365(d)(3) mandates that the Debtors pay all post-petition obligations arising under the Lease until the lease is rejected. In re Klein Sleep Products, Inc., 78 F.3d 18, 30, n.7 (2nd Cir. 1996); In re Dial-A-Tire, Inc., 78 B.R. 13, 16 (Bankr. W.D.N.Y. 1987) (Section 365(d)(3) requires continued performance under a lease until the lease is rejected). The rejection of a lease and the termination of obligations under Section 365(d)(3) do not occur until an order is entered rejecting the lease. In re Thinking Machines Corp., 67 F.3d 1021, 1028 (1st Cir. 1995). Moreover, Section 503(b) of the Bankruptcy Code permits landlords to obtain administrative claims for post-petition charges for rents, taxes, CAM charges, etc. See 11 U.S.C. § 503(b) ("After notice and a hearing, there shall be allowed administrative expenses, other than claims allowed under section 502(f) of this title, including-- (1)(A) the actual, necessary costs and expenses of preserving the estate . . .).

6. There is no real dispute that the Debtors' post-petition use of the Leased Premises qualifies as an "actual, necessary" cost of preserving the estate. Zagata Fabricators, Inc. v. Superior Air Prods., 893 F.2d 624, 627 (3d Cir. 1990) ("There is no question, of course, that the payment of rent for the use and occupancy of real estate…is clearly an 'actual, necessary' cost of preserving the estate."). Accordingly, the charges above are proper, allowable administrative expenses. In re ZB Co., Inc., 302 B.R. 316, 319 (Bankr. D. Del 2003) ("Section 503(b)(1)(A)

grants an allowed administrative claim for the 'actual, necessary costs and expenses of preserving the estate...).

**WHEREFORE**, Schottenstein requests the Court to grant the relief herein and to award such other relief as this Court deems appropriate.

                                          **SCHOTTENSTEIN PROPERTY GROUP, INC.**

/s/ Loc Pfeiffer
Loc Pfeiffer (VA 39632)
Peter J. Barrett (VA 46179)
KUTAK ROCK LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
Telephone:   (804) 644-1700
Facsimile:   (804) 783-6192
*Counsel to Schottenstein Property Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 30, 2009, a true and exact copy of the foregoing was forwarded via ECF notification to necessary parties, including the following: (i) the Office of the United States Trustee for the Eastern District of Virginia, (ii) the Debtors and bankruptcy co-counsel, and (iii) counsel to the Official Committee of Unsecured Creditors.

/s/ Loc Pfeiffer
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192

4851-6928-0003.1                                3