# EXHIBIT A

```
Ronus, Inc.                              INVOICE NO.   523321
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327                        File No. 28210-0198
                                         February 10, 2009
Attn: Omega Rogers
```

Matter Name: Ronus Properties - Circuit City

For legal services rendered through January 31, 2009
as shown by the attached supporting schedule.

### TIME AND FEE SUMMARY

```
    Byrne, TM              0.60 hours at  $480.00 =      288.00
    Warco, LJ             2.50 hours at  $390.00 =      975.00


                     Total Current Fees            $1,263.00



                                         _____

                     Total Current Invoice         $1,263.00
                                         =================
```

De Waal, Ronald                          Feb 10, 2009      PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 523321


Matter Name: Ronus Properties - Circuit City


For legal services rendered
through January 31, 2009


                          Total Current Fees        $1,263.00


                                              _____


                          Total Current Invoice      $1,263.00
                                              ================


              PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

          ==============================================
                           REMITTANCE COPY
          ==============================================

De Waal, Ronald                          Feb 10, 2009      PAGE    3
FILE NUMBER: 28210-0198
INVOICE NO.: 523321


Detail Time Entries:

      SERVICES OF TM BYRNE
      -------------------------------------------------
01/28/09  Instructions to L. Warco (.1); memo to R.                  0.20
          Markham (.1).

01/29/09  Discuss with L. Warco status of case, debtor's            0.10
          plan regarding leases.

01/30/09  Memos to R. Markham, L. Warco regarding lease             0.30
          (.2); discuss bar date with Warco; review order
          (.1).

     TOTAL HOURS BILLED      .60  AT  $480.00 PER HOUR      288.00

      SERVICES OF LJ WARCO
      -------------------------------------------------
01/29/09  Reviewing Order Approving Agency Agreement,               1.90
          Store Closing Sales and Related Relief;
          reviewing bankruptcy docket to review pleadings
          filed to date and to determine whether any
          steps to assume or reject leases have occurred;
          telephone call with Debtor's counsel to discuss
          status of leases

01/30/09  Reviewing bankruptcy docket to determine bar             0.60
          date for filing proof of claims and email to
          Nancy Morton re: bankruptcy process

     TOTAL HOURS BILLED       2.50  AT  $390.00 PER HOUR     975.00


          Total Current Fees        $1,263.00



          Total Current Invoice     $1,263.00

```
De Waal, Ronald                        Feb 10, 2009      PAGE   4
FILE NUMBER: 28210-0198
INVOICE NO.: 523321
```

BILLING SUMMARY

```
        PREVIOUS BALANCE                         $665.69

        PAYMENTS RECEIVED - THANK YOU          ( $558.04)

        CURRENT INVOICE                        $1,263.00
                                        _____

        TOTAL BALANCE DUE                      $1,370.65
                                        ================
```

```
Ronus, Inc.                                    INVOICE NO.  526345
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327                              File No. 28210-0198
                                               March 10, 2009
Attn: Omega Rogers
```

Matter Name: Ronus Properties - Circuit City

For legal services rendered through February 28, 2009
as shown by the attached supporting schedule.

### TIME AND FEE SUMMARY

```
Byrne, TM                   0.80 hours at  $480.00 =       384.00
Briody, JJ                 13.80 hours at  $400.00 =      5520.00
Warco, LJ                  14.30 hours at  $390.00 =      5577.00


                   Total Current Fees            $11,481.00



                                          _____


                   Total Current Invoice         $11,481.00
                                          =================
```

De Waal, Ronald                          Mar 10, 2009      PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 526345


Matter Name: Ronus Properties - Circuit City


For legal services rendered
through February 28, 2009


                         Total Current Fees        $11,481.00


                                                   _____


                         Total Current Invoice     $11,481.00
                                                   ================


             PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.


          ================================================
                          REMITTANCE COPY
          ================================================

```
De Waal, Ronald                        Mar 10, 2009      PAGE    3
FILE NUMBER: 28210-0198
INVOICE NO.: 526345
```

Detail Time Entries:

### SERVICES OF TM BYRNE
-------------------------------------------------

| | | |
|---|---|---|
| 02/04/09 | Review lease marketing motion and L. Warco memo; instructions to L. Warco. | 0.40 |
| 02/06/09 | Review R. Markham and L. Warco memos; instructions to L. Warco. | 0.10 |
| 02/10/09 | Review objection draft; memo to L. Warco. | 0.10 |
| 02/17/09 | Review M. Garrett and L. Warco memos regarding POC, etc. | 0.10 |
| 02/27/09 | Review L. Warco memo regarding deadlines. | 0.10 |

TOTAL HOURS BILLED      .80  AT  $480.00 PER HOUR        384.00

### SERVICES OF JJ BRIODY
-------------------------------------------------

| | | |
|---|---|---|
| 02/06/09 | Review and respond to e-mails regarding assignment. | 0.20 |
| 02/10/09 | Review proposed objection filing, lists, e-mails and rules. | 1.20 |
| 02/11/09 | Review motion and notice; work on filing; review e-mails. | 1.80 |
| 02/12/09 | Review motion and opposition; prepare for hearing. | 2.30 |
| 02/13/09 | Travel to and participate in bankruptcy court hearing. | 7.80 |
| 02/17/09 | Review e-mail. | 0.20 |
| 02/26/09 | Review e-mails; call with L. Warco. | 0.30 |

TOTAL HOURS BILLED     13.80  AT  $400.00 PER HOUR       5520.00

```
De Waal, Ronald                        Mar 10, 2009    PAGE    4
FILE NUMBER: 28210-0198
INVOICE NO.: 526345
```

SERVICES OF LJ WARCO
--------------------------------------------------

| Date | Description | Hours |
|------|-------------|-------|
| 02/04/09 | Reviewing docket and motions and other pleadings filed; reviewing motion to sell certain assets at leased premises and motion to establish procedures to market leases and sending email to Richard Markham re: potential objections to each | 1.30 |
| 02/06/09 | Reviewing docket and motions and other pleadings filed | 0.40 |
| 02/07/09 | Preparing objection to Debtors' motion to establish procedures to market leases | 3.70 |
| 02/09/09 | Preparing objection to Debtors' motion to establish procedures to market leases | 4.20 |
| 02/10/09 | Working on objection to Debtor's motion to market leases | 1.30 |
| 02/11/09 | Finalizing objection to Debtor's motion to market leases | 0.80 |
| 02/12/09 | Telephone conversation with Jim Briody re: Friday's hearing on procedures to market leases | 0.20 |
| 02/16/09 | Reviewing docket and responding to email from Margaret Garrett re: payment of 2008 real estate taxes | 0.60 |
| 02/17/09 | Review of docket | 0.20 |
| 02/19/09 | Reviewing docket and recent pleadings and filings | 0.50 |
| 02/25/09 | Reviewing docket and recent pleadings; reviewing order re: marketing of leases and sending email to client re: same | 0.70 |

```
De Waal, Ronald                        Mar 10, 2009      PAGE    5
FILE NUMBER: 28210-0198
INVOICE NO.: 526345

 02/27/09  Reviewing docket and recent pleadings,              0.40
           including amended order on motion to market
           leases and sending email to client re: same

         TOTAL HOURS BILLED     14.30  AT  $390.00 PER HOUR     5577.00


                          Total Current Fees        $11,481.00


                         Total Current Invoice       $11,481.00
```

De Waal, Ronald                           Mar 10, 2009      PAGE    6
FILE NUMBER: 28210-0198
INVOICE NO.: 526345


   BILLING SUMMARY

       PREVIOUS BALANCE                               $665.69

       PAYMENTS RECEIVED - THANK YOU               ( $558.04)

       CURRENT INVOICE                            $11,481.00
                                                           ——————————

       TOTAL BALANCE DUE                          $11,588.65
                                                         ================

Ronus, Inc.                                          INVOICE NO.   529964
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327                                    File No. 28210-0198
                                                    April 9, 2009
Attn: Omega Rogers


Matter Name: Ronus Properties - Circuit City


For legal services rendered through March 31, 2009
as shown by the attached supporting schedule.

                     TIME AND FEE SUMMARY

    Byrne, TM              0.30 hours at  $480.00 =      144.00
    Warco, LJ              3.00 hours at  $390.00 =     1170.00
    LaSota, SM             4.10 hours at  $340.00 =     1394.00


              Total Current Fees              $2,708.00



              Total Current Charges               $92.00
                                          _____

              Total Current Invoice           $2,800.00
                                          ===================

De Waal, Ronald                          Apr  9, 2009      PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 529964


Matter Name: Ronus Properties - Circuit City


For legal services rendered
through March 31, 2009


                    Total Current Fees          $2,708.00


                 Total Current Charges             $92.00
                                          _____


                 Total Current Invoice          $2,800.00
                                          ================


        PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

        ===========================================
                      REMITTANCE COPY
        ===========================================

```
De Waal, Ronald                          Apr  9, 2009     PAGE    3
FILE NUMBER: 28210-0198
INVOICE NO.: 529964


Detail Time Entries:

         SERVICES OF TM BYRNE
         ---------------------------------------------
03/11/09  Review S. Lasota memo regarding Johnson City          0.20
          lease; replying regarding termination.

03/31/09  Review M. Garrett memo; memo to L. Warco.             0.10

     TOTAL HOURS BILLED      .30  AT  $480.00 PER HOUR         144.00

         SERVICES OF LJ WARCO
         ---------------------------------------------
03/02/09  Reviewing docket and recent pleadings                 0.30

03/03/09  Reviewing docket and recent pleadings,                0.30
          including notice of leases bid upon; sending
          email to Richard Markham re: same

03/04/09  Reviewing docket and recent pleadings,                0.40
          including rejection notice of unexpired leases
          and notice of abandonment of personal property

03/05/09  Reviewing docket and recent pleadings and             0.40
          sending emails to Nancy Morton re: preparing
          schedule of amounts outstanding

03/11/09  Reviewing docket and recent pleadings                 0.30

03/18/09  Reviewing docket and recent pleadings filed in        0.40
          Circuit City bankruptcy

03/23/09  Reviewing docket and recent pleadings                 0.30

03/24/09  Reviewing docket and recent pleadings                 0.30

03/27/09  Reviewing docket and recent pleadings                 0.30

     TOTAL HOURS BILLED      3.00  AT  $390.00 PER HOUR        1170.00
```

De Waal, Ronald                         Apr  9, 2009      PAGE    4
FILE NUMBER: 28210-0198
INVOICE NO.: 529964

          SERVICES OF SM LASOTA
          --------------------------------------------------
03/16/09   Review circuit city lease for notice and              1.80
           default provisions; draft notice of termination
           for circuit city lease in order to clear title
           issues for pending HHGregg lease; draft title
           affidavit and notice of termination and
           follow-up related thereto (1.8);

03/17/09   Finalize affidavit for recording notice              1.00
           termination of Circuit City Lease; finalize
           notice of termination and coordinate
           distribution of documentation for client
           review, follow-up email correspondence related
           thereto (0.5); follow-up revisions to affidavit
           of title upon receipt and review of updated
           deed information to terminate title claims of
           successors in interest to current landlord
           (0.5);

03/18/09   Review email correspondence in regard to SNDA        0.90
           form from Lender, update SNDA form with tenant
           information and follow-up correspondence with
           Tenant counsel related thereto; (0.6); receipt,
           review email correspondence in regard to
           updated lease comments and coordinate document
           comparison, follow-up correspondence with
           client related thereto (0.3);

03/23/09   Conference with Liz Henderson in regard to           0.20
           outstanding title issues to finalize HH Gregg
           lease (0.1), receipt review email
           correspondence in regard to SNDA and related
           matters (0.1);

03/30/09   Follow-up status of resolution of outstanding        0.20
           title issues and email correspondence in regard
           to finalizing sign exhibits for lease (0.2);

          TOTAL HOURS BILLED     4.10  AT  $340.00 PER HOUR      1394.00

De Waal, Ronald                           Apr  9, 2009     PAGE    5
FILE NUMBER: 28210-0198
INVOICE NO.: 529964


                              Total Current Fees          $2,708.00


Related Charges:

        Secretarial Overtime                          35.00
        Recording Fees for notice of termination /    57.00
        Washington County Register of Deeds /
        LFHENDERSON


                      Total Current Charges            $92.00


                      Total Current Invoice         $2,800.00

De Waal, Ronald                          Apr  9, 2009      PAGE    6
FILE NUMBER: 28210-0198
INVOICE NO.: 529964


        BILLING SUMMARY

            PREVIOUS BALANCE                      $665.69

            PAYMENTS RECEIVED - THANK YOU      ( $558.04)

            CURRENT INVOICE                    $2,800.00
                                              _____

            TOTAL  BALANCE DUE                 $2,907.65
                                              ================

Ronus, Inc.                                          INVOICE NO.   533080
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327                                    File No. 28210-0198
                                                    May 8, 2009
Attn: Omega Rogers


Matter Name: Ronus Properties - Circuit City


For legal services rendered through April 30, 2009
as shown by the attached supporting schedule.

                    TIME AND FEE SUMMARY

    Byrne, TM              0.30 hours at  $480.00 =      144.00
    Briody, JJ             0.80 hours at  $400.00 =      320.00
    Warco, LJ            13.00 hours at  $390.00 =     5070.00
    LaSota, SM           18.60 hours at  $340.00 =     6324.00


                    Total Current Fees          $11,858.00



                    Total Current Charges            $28.44
                                         _____


                    Total Current Invoice       $11,886.44
                                         =================

De Waal, Ronald                          May  8, 2009      PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 533080


Matter Name: Ronus Properties - Circuit City


For legal services rendered
through April 30, 2009


                    Total Current Fees        $11,858.00


                Total Current Charges             $28.44
                                          _____


                Total Current Invoice        $11,886.44
                                          ==================



        PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

        ==============================================
                    REMITTANCE COPY
        ==============================================

De Waal, Ronald                              May  8, 2009       PAGE    3
FILE NUMBER: 28210-0198
INVOICE NO.: 533080


Detail Time Entries:

SERVICES OF TM BYRNE
----------------------------------------------
04/24/09  Discuss claim calculation with L. Warco.                    0.10

04/28/09  Review draft administrative expense motion;                 0.20
          memo to L. Warco (.1); discuss 09 tax claim
          with L. Warco (.1).

       TOTAL HOURS BILLED        .30  AT  $480.00 PER HOUR      144.00

SERVICES OF JJ BRIODY
----------------------------------------------
04/29/09  Review and respond to e-mails.                              0.20

04/30/09  Review and prepare filing.                                  0.60

       TOTAL HOURS BILLED        .80  AT  $400.00 PER HOUR      320.00

SERVICES OF LJ WARCO
----------------------------------------------
04/02/09  Reviewing docket in bankruptcy court and recent            0.30
          pleadings

04/13/09  Reviewing docket in bankruptcy court and recent            0.30
          pleadings

04/17/09  Reviewing docket in bankruptcy court and recent            0.50
          pleadings

04/22/09  Reviewing docket in bankruptcy court and recent            0.30
          pleadings

04/23/09  Preparing proofs of claim and motion for                   3.10
          payment of administrative expenses

04/24/09  Preparing proofs of claim and motion for                   2.50
          payment of administrative expenses

```
De Waal, Ronald                        May  8, 2009      PAGE    4
FILE NUMBER: 28210-0198
INVOICE NO.: 533080
```

| | | |
|---|---|---|
| 04/27/09 | Preparing proofs of claim and motion for payment of administrative expenses | 4.20 |
| 04/28/09 | Finalizing proofs of claim and motion for payment of administrative expenses | 1.60 |
| 04/30/09 | Telephone conversation with Jim Goldeman, representative of mortgage servicer, re: bankruptcy claim filed on Johnson City Crossing site | 0.20 |

```
        TOTAL HOURS BILLED      13.00  AT  $390.00 PER HOUR        5070.00

        SERVICES OF SM LASOTA
        ---------------------------------------------------
```

| | | |
|---|---|---|
| 03/19/09 | Review hhgregg amendments to proposed lease draft and prepare for follow-up conference call related thereto (0.6); follow-up review of issues summary from Rob Plowden and status of title review with Liz Henderson (0.1); review comprehensive title issues in response to questions raised by HH Gregg counsel (1.3); follow-up conference with Rob Plowden re: resolution of outstanding issues and pending matters (0.2); | 2.20 |
| 03/20/09 | Begin review of multiple emails and related correspondence in regard to outstanding lease issues (0.3); review proposed tenant feedback to SNDA, update SNDA draft with comparison documentation and coordinate delivery to client for client to transact with lender for approval, related follow-up (2.7) | 3.00 |
| 03/24/09 | Receipt, review email from Justin Leach re: outstanding title issues (0.1); | 0.10 |
| 03/25/09 | Receipt, review email and updated revisions to hhgregg lease from hhgregg counsel; follow-up conference with Rob Plowden; follow-up in regard to utility containment letters and related issues (0.5); | 0.50 |

De Waal, Ronald                              May  8, 2009      PAGE    5
FILE NUMBER: 28210-0198
INVOICE NO.: 533080

03/26/09    Conference with Liz Henderson re: drafting                    0.50
            title matter and affidavit to clear circuit
            city lease of record (0.2); receipt, review
            most up to date lease draft from hhgregg and
            follow-up email correspondence to Justin Leach
            in regard to status of hhgregg sign design
            exhibit (0.3);

03/27/09    Email correspondence with Justin Leach in                     0.40
            regard to outstanding lease issues, follow-up
            with Mary Brannigan in regard to signs and
            related outstanding matters (0.4);

04/01/09    Conference call with Justin Leach, hhgregg                    0.40
            counsel, in regard to sign panel design and
            related outstanding issues for lease execution
            (0.2); review email correspondence and proposed
            sign panel rendering, related follow-up with
            clients (0.2);

04/02/09    Receipt, review correspondence in regard to                  0.80
            lender approval of lease issues and pending
            deposits of tenant improvement allowance,
            follow-up related thereto (0.4) comprehensive
            review of loan documentation for lender
            approval rights related to Tenant Improvement
            escrow account request and related matters
            (0.4);

04/03/09    Initial correspondence and follow-up in regard               0.70
            to form of SNDA and Lender consent thereto
            (0.7);

04/06/09    Comprehensive review of status of current title              1.50
            matters and "relocated" utility easements
            potentially encumbering property; follow-up
            summary of outstanding issues for hhgregg
            counsel review to expedite lease execution,
            related follow-up (1.5);

De Waal, Ronald                        May  8, 2009      PAGE   6
FILE NUMBER: 28210-0198
INVOICE NO.: 533080

04/08/09   Email correspondence in regard to status of          0.30
           lease execution and related follow-up (0.1);
           receipt, review correspondence from local gas
           utility in regard to easement relocation,
           conference with Liz Henderson related thereto
           and follow-up correspondence with hhgregg
           counsel for resolution of issue (0.2)

04/09/09   Follow-up in regard to status of pending            0.10
           utility easement relocations, related matters
           (0.1);

04/10/09   Follow-up status of utility easement issues in       0.30
           regard to final execution of lease by hhgregg,
           email correspondence related thereto (0.3);

04/13/09   Receipt, review email correspondence re: final      1.60
           execution of lease; review Exhibit F and
           finalize execution version of exhibit; draft
           correspondence to hhgregg in regard to SAB
           commitment to finalize easement documentation
           (1.6);

04/14/09   Finalize execution draft of lease,                  1.00
           comprehensive review of exhibits, finalize
           draft letter in regard to easement relocation
           issues, email distribution of lease
           documentation for execution (0.7); conference
           call with Donna Wolff re: rent provisions and
           related matters (0.3)

04/15/09   Conference call with Donna Wolff re: lease          2.50
           execution logistics and related follow-up for
           coordinating executed lease copies (0.4);
           conference call with Justin Leach regarding
           SNDA and construction allowance distribution
           (0.2); follow-up conference with R. Plowden re:
           status of SNDA negotiations; draft proposed
           additional language for SNDA form; follow-up
           multiple calls with Justin Leach, hhgregg
           counsel; correspondence and follow-up with
           Lender counsel and related matters (1.9);

De Waal, Ronald                          May  8, 2009      PAGE    7
FILE NUMBER: 28210-0198
INVOICE NO.: 533080

04/16/09    Receipt, review email correspondence from                0.30
            lender counsel in regard to brokerage agreement
            issues, conference call with Justin Leach re:
            status of SNDA issues; review follow-up emails
            related thereto; (0.2); additional conference
            call with Justin Leach in re: finalizing SNDA
            and execution of lease (0.1);

04/17/09    Receipt, review multiple emails in regard to              0.20
            status of SNDA updates and related matters for
            pending lease execution (0.2);

04/20/09    Multiple conference calls in regard to lender             1.30
            approval of SNDA, coordinate updates related
            thereto; review of proposed first amendment to
            loan agreement (1.2) follow-up conference with
            Justin Leach in regard to finalizing
            transaction and related matters; receipt,
            review follow-up email from Donna Wolff
            regarding broker commission (0.1) ;

04/21/09    Receipt, review executed leases and SNDA forms            0.40
            from Tenant (0.1); conference call with Donna
            Wolff regarding lease execution and matters
            related to amended loan agreement (0.2);
            follow-up, draft cover-letter and coordinate
            delivery of lease documentation (0.1);

04/22/09    Receipt, review email from Donna Wolff in                 0.30
            regard to wording of lease documentation and
            review original form for verification of
            initial form drafting ambiguity (0.3) ;

04/29/09    Receipt, review multiple emails and follow-up             0.20
            related to proof of claim request by master
            servicer of Johnson City Crossing loan related
            to Circuit City Bankruptcy (0.2);

        TOTAL HOURS BILLED      18.60  AT $340.00 PER HOUR         6324.00

```
De Waal, Ronald                        May  8, 2009    PAGE   8
FILE NUMBER: 28210-0198
INVOICE NO.: 533080


                           Total Current Fees         $11,858.00



Related Charges:

        Computer Research                  1.04
        Overnight Courier                 27.40


                  Total Current Charges          $28.44


                  Total Current Invoice      $11,886.44
```

De Waal, Ronald                        May  8, 2009      PAGE    9
FILE NUMBER: 28210-0198
INVOICE NO.: 533080


      BILLING SUMMARY

           PREVIOUS BALANCE                          $665.69

           PAYMENTS RECEIVED - THANK YOU          ( $558.04)

           CURRENT INVOICE                        $11,886.44
                                                      _____

           TOTAL BALANCE DUE                      $11,994.09
                                              ================

```
Ronus, Inc.                                    INVOICE NO.  536505
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327                              File No. 28210-0198
                                               June 10, 2009
Attn: Omega Rogers
```

Matter Name: Ronus Properties - Circuit City

For legal services rendered through May 31, 2009
as shown by the attached supporting schedule.

### TIME AND FEE SUMMARY

```
Byrne, TM                0.10 hours at  $480.00 =      48.00
Briody, JJ               0.40 hours at  $400.00 =     160.00
Warco, LJ                3.00 hours at  $390.00 =    1170.00


                  Total Current Fees          $1,378.00



                  Total Current Charges           $16.90
                                          _____


                  Total Current Invoice        $1,394.90
                                          ===================
```

De Waal, Ronald                              Jun 10, 2009      PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 536505


Matter Name: Ronus Properties - Circuit City


For legal services rendered
through May 31, 2009


                        Total Current Fees          $1,378.00


                    Total Current Charges              $16.90
                                              _____


                    Total Current Invoice           $1,394.90
                                              =================


        PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

    ===============================================
                    REMITTANCE COPY
    ===============================================

De Waal, Ronald                              Jun 10, 2009     PAGE    3
FILE NUMBER: 28210-0198
INVOICE NO.: 536505


Detail Time Entries:

```
        SERVICES OF TM BYRNE
        ------------------------------------------------
05/14/09  Conference with L. Warco regarding                    0.10
          administrative claim.

     TOTAL HOURS BILLED        .10  AT  $480.00 PER HOUR        48.00

        SERVICES OF JJ BRIODY
        ------------------------------------------------
05/01/09  Call with California counsel regarding motion.        0.20

05/08/09  Review voice mail regarding response to motion;       0.20
          forward to L. W           .

     TOTAL HOURS BILLED        .40  AT  $400.00 PER HOUR       160.00

        SERVICES OF LJ WARCO
        ------------------------------------------------
05/04/09  Reviewing bankruptcy docket and recent               0.50
          pleadings

05/11/09  Reviewing bankruptcy docket and recent               0.40
          pleadings

05/14/09  Telephone conversation with Debtor's counsel on      1.30
          motion for payment of administrative expenses;
          sending email to Richard Markham re: same;
          sending emails to Margaret Garrett and Nancy
          Morton requesting additional information sought
          by Debtor

05/18/09  Telephone call with Debtor's counsel regarding       0.20
          materials needed to support Ronus's motion for
          payment of administrative expenses

05/19/09  Reviewing materials needed to support Ronus's        0.40
          motion for payment of administrative
          expenses sent by Margaret Garrett and sending same to
          Debtor's counsel
```

De Waal, Ronald                              Jun 10, 2009      PAGE    4
FILE NUMBER: 28210-0198
INVOICE NO.: 536505

05/21/09  Reviewing bankruptcy docket and recent                    0.20
          pleadings

     TOTAL HOURS BILLED      3.00  AT  $390.00 PER HOUR         1170.00


                         Total Current Fees          $1,378.00


Related Charges:

     Overnight Courier                              16.90

                    Total Current Charges              $16.90

                    Total Current Invoice           $1,394.90

De Waal, Ronald                              Jun 10, 2009      PAGE    5

FILE NUMBER: 28210-0198
INVOICE NO.: 536505


     BILLING SUMMARY


         PREVIOUS BALANCE                            $665.69

         PAYMENTS RECEIVED - THANK YOU             ( $558.04)

         CURRENT INVOICE                           $1,394.90
                                                _____

         TOTAL BALANCE DUE                         $1,502.55
                                                ================

```
Ronus, Inc.                                INVOICE NO.  539181
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327                          File No. 28210-0198
                                           July 8, 2009
Attn: Omega Rogers
```

Matter Name: Ronus Properties - Circuit City

For legal services rendered through June 30, 2009
as shown by the attached supporting schedule.

TIME AND FEE SUMMARY

```
Byrne, TM              1.00 hours at  $480.00 =        480.00
Warco, LJ              5.80 hours at  $390.00 =       2262.00


              Total Current Fees            $2,742.00


                                     _____


              Total Current Invoice         $2,742.00
                                     =================
```

De Waal, Ronald                              Jul  8, 2009      PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 539181


Matter Name: Ronus Properties - Circuit City


For legal services rendered
through June 30, 2009


                        Total Current Fees           $2,742.00


                                                 _____


                        Total Current Invoice        $2,742.00
                                                 =================


              PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

          =============================================
                          REMITTANCE COPY
          =============================================

De Waal, Ronald                              Jul  8, 2009      PAGE   3
FILE NUMBER: 28210-0198
INVOICE NO.: 539181


Detail Time Entries:

      SERVICES OF TM BYRNE
      -------------------------------------------------
06/10/09  Conference with L. Warco regarding settlement          0.30
          of administrative claims.

06/14/09  Review L. Warco memo on claim negotiations             0.10

06/16/09  Review R. Markham memo.                                0.10

06/17/09  Conference with L. Warco regarding                     0.10
          negotiations.

06/19/09  Conference with L. Warco regarding debtor's            0.30
          draft agreement; review related emails to
          client.

06/22/09  Discuss estate counter with L. Warco.                  0.10

    TOTAL HOURS BILLED       1.00  AT  $480.00 PER HOUR       480.00

      SERVICES OF LJ WARCO
      -------------------------------------------------
06/01/09  Review of bankruptcy docket and recent                0.30
          pleadings and motions

06/08/09  Review of docket and recent pleadings and             0.70
          motions

06/10/09  Telephone call with debtors' counsel regarding        0.70
          potential settlement; discussing same with Tom
          Byrne; emailing Nancy Morton and Margaret
          Garrett to confirm receipt of payments

06/14/09  Drafting and sending email to Richard Markham          0.90
          regarding Debtors' proposed settlement of
          Ronus's claims for administrative expenses

06/17/09  Reviewing docket and pleadings filed regarding         0.60
          objections to claims

```
De Waal, Ronald                        Jul  8, 2009      PAGE   4
FILE NUMBER: 28210-0198
INVOICE NO.: 539181
```

| | | |
|---|---|---|
| 06/18/09 | Reviewing docket and pleadings filed regarding objections to claims; email to client regarding settlement options on motion to pay administrative expenses | 0.80 |
| 06/19/09 | Reviewing and editing proposed settlement agreements regarding claims for administrative expenses | 0.80 |
| 06/22/09 | Emails and telephone conversation with Debtor's counsel re: possible settlement of claims for administrative expenses | 0.40 |
| 06/23/09 | Emails and telephone conversation with Debtor's counsel re: possible settlement of claims for administrative expenses; receiving email from Richard Markham agreeing to settlement | 0.50 |
| 06/30/09 | Forwarding signed settlement agreements to counsel for Debtors | 0.10 |

```
     TOTAL HOURS BILLED      5.80  AT  $390.00 PER HOUR      2262.00


                          Total Current Fees         $2,742.00



                       Total Current Invoice         $2,742.00
```

De Waal, Ronald                         Jul  8, 2009      PAGE   5
FILE NUMBER: 28210-0198
INVOICE NO.: 539181


          BILLING SUMMARY

              PREVIOUS BALANCE                        $665.69

              PAYMENTS RECEIVED - THANK YOU         ( $558.04)

              CURRENT INVOICE                      $2,742.00
                                              _____

              TOTAL BALANCE DUE                    $2,849.65
                                              =================

Ronus, Inc.
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327

Attn: Omega Rogers

INVOICE NO.  543907

File No. 28210-0198
August 18, 2009

Matter Name: Ronus Properties - Circuit City

For legal services rendered through July 31, 2009
as shown by the attached supporting schedule.

### TIME AND FEE SUMMARY

| | | |
|---|---|---|
| Warco, LJ | 1.50 hours at  $390.00 = | 585.00 |
| | Total Current Fees | $585.00 |

| | |
|---|---|
| Total Current Invoice | $585.00 |
| | ================ |

De Waal, Ronald                              Aug 18, 2009      PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 543907


Matter Name: Ronus Properties - Circuit City


For legal services rendered
through July 31, 2009


                          Total Current Fees            $585.00


                                              _____


                          Total Current Invoice         $585.00
                                              =================


           PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

       ============================================
                      REMITTANCE COPY
       ============================================

```
De Waal, Ronald                        Aug 18, 2009      PAGE    3
FILE NUMBER: 28210-0198
INVOICE NO.: 543907


Detail Time Entries:

          SERVICES OF LJ WARCO
          -------------------------------------------------
07/06/09  Reviewing bankruptcy docket and recent               0.90
          pleadings, including multiple motions to deny
          claims

07/13/09  Reviewing bankruptcy court docket and recent         0.20
          pleadings

07/21/09  Reviewing bankruptcy court docket and recent         0.40
          motions filed

      TOTAL HOURS BILLED      1.50  AT  $390.00 PER HOUR      585.00


                        Total Current Fees          $585.00



                        Total Current Invoice       $585.00
```

De Waal, Ronald                          Aug 18, 2009      PAGE    4
FILE NUMBER: 28210-0198
INVOICE NO.: 543907


        BILLING SUMMARY


            PREVIOUS BALANCE                        $665.69

            PAYMENTS RECEIVED - THANK YOU        ( $558.04)

            CURRENT INVOICE                        $585.00
                                            _____

            TOTAL BALANCE DUE                      $692.65
                                            ================

```
Ronus, Inc.                                    INVOICE NO.   545514
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327                              File No. 28210-0198
                                               September 9, 2009
Attn: Omega Rogers
```

Matter Name: Ronus Properties - Circuit City

For legal services rendered through August 31, 2009
as shown by the attached supporting schedule.

### TIME AND FEE SUMMARY

```
Warco, LJ                   0.80 hours at  $390.00 =        312.00

                        Total Current Fees            $312.00


                                            _____

                    Total Current Invoice             $312.00
                                            ==================
```

De Waal, Ronald                              Sep  9, 2009      PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 545514


Matter Name: Ronus Properties - Circuit City


For legal services rendered
through August 31, 2009


                        Total Current Fees            $312.00


                                                 _____


                        Total Current Invoice         $312.00
                                                 =================



            PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

        =============================================
                        REMITTANCE COPY
        =============================================

De Waal, Ronald                          Sep  9, 2009      PAGE   3
FILE NUMBER: 28210-0198
INVOICE NO.: 545514


Detail Time Entries:

        SERVICES OF LJ WARCO
        -------------------------------------------------
08/19/09  Reviewing bankruptcy docket and recent motions          0.30
          and pleadings

08/26/09  Reviewing bankruptcy docket and related motions         0.50
          and pleadings

        TOTAL HOURS BILLED      .80  AT  $390.00 PER HOUR       312.00


                        Total Current Fees            $312.00



                        Total Current Invoice         $312.00

De Waal, Ronald                      Sep  9, 2009      PAGE    4
FILE NUMBER: 28210-0198
INVOICE NO.: 545514


        BILLING SUMMARY


            PREVIOUS BALANCE                      $665.69

            PAYMENTS RECEIVED - THANK YOU       ( $558.04)

            CURRENT INVOICE                      $312.00
                                            _____

            TOTAL BALANCE DUE                    $419.65
                                            =================

```
Ronus, Inc.                                    INVOICE NO.  548261
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327                              File No. 28210-0198
                                               October 9, 2009
Attn: Omega Rogers
```

Matter Name: Ronus Properties - Circuit City

For legal services rendered through September 30, 2009
as shown by the attached supporting schedule.

TIME AND FEE SUMMARY

```
    Warco, LJ                    1.30 hours at  $390.00 =       507.00


                            Total Current Fees              $507.00



                                               _____


                    Total Current Invoice          $507.00
                                               =================
```

```
De Waal, Ronald                          Oct  9, 2009      PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 548261
```

Matter Name: Ronus Properties - Circuit City

For legal services rendered
through September 30, 2009

```
                        Total Current Fees             $507.00


                                              _____


                        Total Current Invoice           $507.00
                                              =================
```

PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

```
        =============================================
                        REMITTANCE COPY
        =============================================
```

```
De Waal, Ronald                          Oct  9, 2009      PAGE    3
FILE NUMBER: 28210-0198
INVOICE NO.: 548261
```

Detail Time Entries:

SERVICES OF LJ WARCO
-------------------------------------------------

| Date | Description | Hours |
|---|---|---|
| 09/08/09 | Reviewing the docket and recent pleadings in the Circuit City bankruptcy | 0.20 |
| 09/21/09 | Reviewing docket and recent pleadings | 0.60 |
| 09/29/09 | Reviewing debtors motions to reject certain unsecured claims | 0.50 |

```
     TOTAL HOURS BILLED      1.30  AT  $390.00 PER HOUR      507.00


                         Total Current Fees          $507.00



                    Total Current Invoice             $507.00
```

De Waal, Ronald                              Oct  9, 2009      PAGE    4
FILE NUMBER: 28210-0198
INVOICE NO.: 548261


BILLING SUMMARY

PREVIOUS BALANCE                          $665.69

PAYMENTS RECEIVED - THANK YOU           ( $558.04)

CURRENT INVOICE                           $507.00
                                    _____

TOTAL BALANCE DUE                         $614.65
                                    ===================

Ronus, Inc.                                    INVOICE NO.  555790
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327                              File No. 28210-0198
                                              December 15, 2009
Attn: Omega Rogers


Matter Name: Ronus Properties - Circuit City


For legal services rendered through November 30, 2009
as shown by the attached supporting schedule.

                    TIME AND FEE SUMMARY

    Warco, LJ              1.40 hours at  $390.00 =       546.00

                         Total Current Fees        $546.00



                         Total Current Charges          $2.60
                                                   _____

                         Total Current Invoice     $548.60
                                                   =================

De Waal, Ronald                          Dec 15, 2009      PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 555790


Matter Name: Ronus Properties - Circuit City


For legal services rendered
through November 30, 2009


                        Total Current Fees              $546.00


                    Total Current Charges                 $2.60
                                               _____


                    Total Current Invoice               $548.60
                                               =================


            PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

        =============================================
                        REMITTANCE COPY
        =============================================

```
De Waal, Ronald                          Dec 15, 2009      PAGE    3
FILE NUMBER: 28210-0198
INVOICE NO.: 555790
```

Detail Time Entries:

```
          SERVICES OF LJ WARCO
          ------------------------------------------------
10/12/09  Reviewing docket in bankruptcy court and recent        0.30
          motions and pleadings

11/03/09  Reviewing docket in bankruptcy proceedings and         0.30
          relevant pleadings and motions

11/09/09  Reviewing plan of reorganization and casting           0.80
          ballots in favor of plan

       TOTAL HOURS BILLED      1.40  AT  $390.00 PER HOUR        546.00


                            Total Current Fees             $546.00
```

Related Charges:

```
       Copying                                   2.60

                       Total Current Charges          $2.60

                       Total Current Invoice        $548.60
```

```
De Waal, Ronald                    Dec 15, 2009      PAGE   4
FILE NUMBER: 28210-0198
INVOICE NO.: 555790


        BILLING SUMMARY

            PREVIOUS BALANCE                    $665.69

            PAYMENTS RECEIVED - THANK YOU      ( $558.04)

            CURRENT INVOICE                     $548.60
                                             _____

            TOTAL BALANCE DUE                   $656.25
                                             ==================
```

Ronus, Inc.                                    INVOICE NO.  557183
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327                              File No. 28210-0198
                                              January 12, 2010
Attn: Omega Rogers


Matter Name: Ronus Properties - Circuit City


For legal services rendered through December 31, 2009
as shown by the attached supporting schedule.

                    TIME AND FEE SUMMARY

    Warco, LJ                 0.60 hours at  $390.00 =       234.00


                         Total Current Fees          $234.00


                                        _____


                    Total Current Invoice            $234.00
                                        ================

De Waal, Ronald                        Jan 12, 2010      PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 557183


Matter Name: Ronus Properties - Circuit City


For legal services rendered
through December 31, 2009


                            Total Current Fees            $234.00


                                                    _____


                        Total Current Invoice            $234.00
                                                    =================


              PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

          ===============================================
                          REMITTANCE COPY
          ===============================================

```
De Waal, Ronald                          Jan 12, 2010      PAGE    3
FILE NUMBER: 28210-0198
INVOICE NO.: 557183


Detail Time Entries:

         SERVICES OF LJ WARCO
         ------------------------------------------------
12/01/09  Reviewing docket and related pleadings and              0.60
          motions bankruptcy proceedings

      TOTAL HOURS BILLED        .60  AT  $390.00 PER HOUR        234.00


                         Total Current Fees            $234.00



                         Total Current Invoice         $234.00
```

```
De Waal, Ronald                         Jan 12, 2010      PAGE   4
FILE NUMBER: 28210-0198
INVOICE NO.: 557183
```

```
          BILLING SUMMARY

               PREVIOUS BALANCE                      $665.69

               PAYMENTS RECEIVED - THANK YOU       ( $558.04)

               CURRENT INVOICE                       $234.00
                                              _____

               TOTAL BALANCE DUE                     $341.65
                                              =================
```

Ronus, Inc.                                    INVOICE NO.   563887
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327                              File No. 28210-0198
                                               March 15, 2010
Attn: Omega Rogers


Matter Name: Ronus Properties - Circuit City


For legal services rendered through February 28, 2010
as shown by the attached supporting schedule.

                    TIME AND FEE SUMMARY

    Warco, LJ                    0.80 hours at  $405.00 =      324.00


                         Total Current Fees          $324.00


                                              _____


                    Total Current Invoice           $324.00
                                              =================

De Waal, Ronald                          Mar 15, 2010      PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 563887


Matter Name: Ronus Properties - Circuit City


For legal services rendered
through February 28, 2010


                          Total Current Fees              $324.00


                                                    _____


                      Total Current Invoice              $324.00
                                                    =================


          PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

          ================================================
                          REMITTANCE COPY
          ================================================

De Waal, Ronald                          Mar 15, 2010      PAGE    3
FILE NUMBER: 28210-0198
INVOICE NO.: 563887


Detail Time Entries:

      SERVICES OF LJ WARCO
      -------------------------------------------------
01/04/10  Reviewing filings and recent pleadings on              0.30
      bankruptcy docket

01/17/10  Reviewing bankruptcy docket in Circuit City            0.10
      bankruptcy

02/23/10  Reviewing bankruptcy docket and recent motions         0.40
      and pleadings

      TOTAL HOURS BILLED      .80  AT  $405.00 PER HOUR    324.00


      Total Current Fees        $324.00


      Total Current Invoice     $324.00

De Waal, Ronald                          Mar 15, 2010      PAGE    4
FILE NUMBER: 28210-0198
INVOICE NO.: 563887


        BILLING SUMMARY


            PREVIOUS BALANCE                        $665.69

            PAYMENTS RECEIVED - THANK YOU        ( $558.04)

            CURRENT INVOICE                        $324.00
                                            _____

            TOTAL BALANCE DUE                      $431.65
                                            ================

Ronus, Inc.                                        INVOICE NO.   565599
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327                                  File No. 28210-0198
                                                   April 9, 2010
Attn: Omega Rogers


Matter Name: Ronus Properties - Circuit City


For legal services rendered through March 31, 2010
as shown by the attached supporting schedule.

                       TIME AND FEE SUMMARY

    Byrne, TM                0.10 hours at  $480.00 =        48.00
    Warco, LJ                0.90 hours at  $405.00 =       364.50
    Spiro, WB                2.30 hours at  $240.00 =       552.00


                   Total Current Fees              $964.50



                                            _____


                   Total Current Invoice          $964.50
                                            ==================

```
De Waal, Ronald                         Apr  9, 2010      PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 565599
```

Matter Name: Ronus Properties - Circuit City

For legal services rendered
through March 31, 2010

```
                        Total Current Fees           $964.50


                                                _____


                        Total Current Invoice        $964.50
                                                =================
```

PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

```
==============================================
              REMITTANCE COPY
==============================================
```

De Waal, Ronald                                    Apr  9, 2010       PAGE    3
FILE NUMBER: 28210-0198
INVOICE NO.: 565599


Detail Time Entries:

          SERVICES OF TM BYRNE
          ------------------------------------------------
03/29/10  Consult with L Warco re claim                            0.10

     TOTAL HOURS BILLED       .10  AT  $480.00 PER HOUR           48.00

          SERVICES OF LJ WARCO
          ------------------------------------------------
03/02/10  Email to Margaret Garrett and Nancy Morton              0.10
          regarding deadline for additional motions for
          payment of administrative expenses

03/29/10  Reviewing order setting deadline for additional         0.50
          administrative expense claims; working on
          supplemental motion for administrative expense

03/30/10  Working on supplemental motion for                      0.30
          administrative expense

     TOTAL HOURS BILLED       .90  AT  $405.00 PER HOUR          364.50

          SERVICES OF WB SPIRO
          ------------------------------------------------
03/30/10  Prepare separate Supplemental Motions of Ronus          2.20
          Meyer/and Plaza and of Johnson City Crossing
          for allowance and payment of certain
          administrative claims pursuant to 11 U.S.C.
          503(b)(1) and 11 U.S.C. 362(d)(3) to be filed
          in the Circuit City bankruptcy proceedings
          (2009 real estate taxes); discussion with L.
          Warco re same; finalize and send supplemental
          motions to claims agent for filing.

03/31/10  Confirm that claims agent received for filing           0.10
          separate Supplemental Motions of Ronus
          Meyerland and Johnson City Crossing for
          Allowance and Payment of Certain Administrative
          Claims Pursuant to 11 U.S.C. 503(b)(1) and 11
          U.S.C. 365 (d)(3).

```
De Waal, Ronald                         Apr  9, 2010     PAGE    4
FILE NUMBER: 28210-0198
INVOICE NO.: 565599

       TOTAL HOURS BILLED     2.30  AT  $240.00 PER HOUR       552.00


                              Total Current Fees            $964.50


                              Total Current Invoice         $964.50
```

```
De Waal, Ronald                        Apr  9, 2010      PAGE   5
FILE NUMBER: 28210-0198
INVOICE NO.: 565599


        BILLING SUMMARY


              PREVIOUS BALANCE                    $665.69

              PAYMENTS RECEIVED - THANK YOU     ( $558.04)

              CURRENT INVOICE                    $964.50
                                           _____

              TOTAL BALANCE DUE              $1,072.15
                                           ================
```

Ronus, Inc.                                    INVOICE NO.   568900
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327                              File No. 28210-0198
                                               May 10, 2010
Attn: Omega Rogers


Matter Name: Ronus Properties - Circuit City


For legal services rendered through April 30, 2010
as shown by the attached supporting schedule.

                    TIME AND FEE SUMMARY

      Briody, JJ              0.20 hours at  $400.00 =         80.00
      Warco, LJ              0.80 hours at  $405.00 =        324.00
      Spiro, WB              0.10 hours at  $240.00 =         24.00


                   Total Current Fees              $428.00



                   Total Current Charges            $29.14
                                        _____

                   Total Current Invoice           $457.14
                                        ===================

De Waal, Ronald                              May 10, 2010        PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 568900


Matter Name: Ronus Properties - Circuit City


For legal services rendered
through April 30, 2010


                        Total Current Fees              $428.00


                    Total Current Charges                $29.14
                                                   _____


                    Total Current Invoice               $457.14
                                                   =================



        PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

        ===============================================
                        REMITTANCE COPY
        ===============================================

```
De Waal, Ronald                          May 10, 2010      PAGE   3
FILE NUMBER: 28210-0198
INVOICE NO.: 568900


Detail Time Entries:

          SERVICES OF JJ BRIODY
          ------------------------------------------------
04/20/10  Review e-mail and issues.                           0.20

     TOTAL HOURS BILLED      .20  AT  $400.00 PER HOUR        80.00

          SERVICES OF LJ WARCO
          ------------------------------------------------
04/25/10  Reviewing bankruptcy docket and recent             0.80
          pleadings and motions

     TOTAL HOURS BILLED      .80  AT  $405.00 PER HOUR       324.00

          SERVICES OF WB SPIRO
          ------------------------------------------------
04/05/10  Receipt from claims agent of file-stamped          0.10
          copies of supplemental motions of Ronus
          Meyerland and Johnson City Crossing for
          allowance of payment of certain administrative
          claims in Circuit City bankruptcy proceedings.

     TOTAL HOURS BILLED      .10  AT  $240.00 PER HOUR        24.00


                         Total Current Fees              $428.00


Related Charges:

          Overnight Courier                          29.14

                         Total Current Charges            $29.14

                         Total Current Invoice           $457.14
```

De Waal, Ronald                         May 10, 2010    PAGE    4
FILE NUMBER: 28210-0198
INVOICE NO.: 568900


          BILLING SUMMARY


               PREVIOUS BALANCE                    $665.69

               PAYMENTS RECEIVED - THANK YOU      ( $558.04)

               CURRENT INVOICE                     $457.14
                                              _____

               TOTAL BALANCE DUE                   $564.79
                                              =================

Ronus, Inc.                                          INVOICE NO.  572773
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327                                    File No. 28210-0198
                                                    June 14, 2010
Attn: Omega Rogers


Matter Name: Ronus Properties - Circuit City


For legal services rendered through May 31, 2010
as shown by the attached supporting schedule.

                      TIME AND FEE SUMMARY

    Warco, LJ                    0.50 hours at  $405.00 =      202.50


                          Total Current Fees          $202.50



                          _____

            Total Current Invoice          $202.50
                                         ================

```
De Waal, Ronald                          Jun 14, 2010    PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 572773
```

```
Matter Name: Ronus Properties - Circuit City
```

```
For legal services rendered
through May 31, 2010
```

```
                     Total Current Fees          $202.50


                                         _____


                     Total Current Invoice        $202.50
                                         =================
```

```
        PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

        ============================================
                     REMITTANCE COPY
        ============================================
```

```
De Waal, Ronald                         Jun 14, 2010      PAGE    3
FILE NUMBER: 28210-0198
INVOICE NO.: 572773
```

Detail Time Entries:

```
          SERVICES OF LJ WARCO
          -------------------------------------------------
05/25/10  Reviewing bankruptcy docket and related motions        0.50
          and pleadings

     TOTAL HOURS BILLED       .50  AT  $405.00 PER HOUR      202.50


                         Total Current Fees            $202.50


                         Total Current Invoice         $202.50
```

De Waal, Ronald                              Jun 14, 2010      PAGE    4
FILE NUMBER: 28210-0198
INVOICE NO.: 572773


        BILLING SUMMARY


            PREVIOUS BALANCE                        $665.69

            PAYMENTS RECEIVED - THANK YOU        ( $558.04)

            CURRENT INVOICE                        $202.50
                                              _____

            TOTAL BALANCE DUE                      $310.15
                                              =================

```
Ronus, Inc.                                INVOICE NO.   581928
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327                          File No. 28210-0198
                                           September 15, 2010
Attn: Omega Rogers
```

Matter Name: Ronus Properties - Circuit City

For legal services rendered through August 31, 2010
as shown by the attached supporting schedule.

                    TIME AND FEE SUMMARY

   Warco, LJ                 0.60 hours at  $405.00 =      243.00


                         Total Current Fees           $243.00


                                        _____


                  Total Current Invoice          $243.00
                                            ================

```
De Waal, Ronald                        Sep 15, 2010      PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 581928
```

Matter Name: Ronus Properties - Circuit City

For legal services rendered
through August 31, 2010

```
                    Total Current Fees              $243.00


                                            _____


                    Total Current Invoice          $243.00
                                            ================
```

PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

```
==================================================
                 REMITTANCE COPY
==================================================
```

```
De Waal, Ronald                          Sep 15, 2010      PAGE   3
FILE NUMBER: 28210-0198
INVOICE NO.: 581928


Detail Time Entries:

        SERVICES OF LJ WARCO
        ------------------------------------------------
08/10/10  Reviewing bankruptcy docket and any relevant          0.60
          motions or pleadings

     TOTAL HOURS BILLED      .60  AT  $405.00 PER HOUR       243.00


                            Total Current Fees             $243.00



                            Total Current Invoice          $243.00
```

```
De Waal, Ronald                        Sep 15, 2010      PAGE    4
FILE NUMBER: 28210-0198
INVOICE NO.: 581928
```

BILLING SUMMARY

| | |
|---|---:|
| PREVIOUS BALANCE | $665.69 |
| PAYMENTS RECEIVED - THANK YOU | ( $558.04) |
| CURRENT INVOICE | $243.00 |
| TOTAL BALANCE DUE | $350.65 |

==================

Ronus, Inc.
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327

Attn: Omega Rogers

INVOICE NO.   584991

File No. 28210-0198
October 14, 2010

Matter Name: Ronus Properties - Circuit City

For legal services rendered through September 30, 2010
as shown by the attached supporting schedule.

### TIME AND FEE SUMMARY

Warco, LJ                    0.20 hours at  $405.00 =         81.00

                             Total Current Fees           $81.00

                             _____

                             Total Current Invoice        $81.00
                                                      ================

```
De Waal, Ronald                        Oct 14, 2010      PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 584991
```

Matter Name: Ronus Properties - Circuit City

For legal services rendered
through September 30, 2010

```
                        Total Current Fees            $81.00


                                             _____


                        Total Current Invoice         $81.00
                                             =================
```

PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

```
=================================================
                 REMITTANCE COPY
=================================================
```

De Waal, Ronald                                    Oct 14, 2010       PAGE    3
FILE NUMBER: 28210-0198
INVOICE NO.: 584991


Detail Time Entries:

            SERVICES OF LJ WARCO
            ------------------------------------------------
  09/01/10  Reviewing of bankruptcy court docket, including          0.20
            recent pleadings and motions

     TOTAL HOURS BILLED          .20  AT  $405.00 PER HOUR           81.00


                              Total Current Fees              $81.00


                            Total Current Invoice             $81.00

De Waal, Ronald                         Oct 14, 2010       PAGE    4
FILE NUMBER: 28210-0198
INVOICE NO.: 584991


    BILLING SUMMARY

       PREVIOUS BALANCE                          $665.69

       PAYMENTS RECEIVED - THANK YOU            ( $558.04)

       CURRENT INVOICE                            $81.00
                                     _____

       TOTAL BALANCE DUE                         $188.65
                                     ================

Ronus, Inc.                                    INVOICE NO.   591923
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327                              File No. 28210-0198
                                              December 20, 2010
Attn: Omega Rogers


Matter Name: Ronus Properties - Circuit City


For legal services rendered through November 30, 2010
as shown by the attached supporting schedule.

                      TIME AND FEE SUMMARY

    Warco, LJ              0.40 hours at  $405.00 =      162.00


                      Total Current Fees              $162.00


                                              _____


                  Total Current Invoice          $162.00
                                              =================

```
De Waal, Ronald                              Dec 20, 2010      PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 591923
```

Matter Name: Ronus Properties - Circuit City

```
For legal services rendered
through November 30, 2010


                        Total Current Fees           $162.00


                                              _____


                        Total Current Invoice         $162.00
                                              =================
```

PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

```
        ===============================================
                        REMITTANCE COPY
        ===============================================
```

```
De Waal, Ronald                           Dec 20, 2010      PAGE   3
FILE NUMBER: 28210-0198
INVOICE NO.: 591923
```

Detail Time Entries:

```
              SERVICES OF LJ WARCO
              -------------------------------------------------
10/27/10  Reviewing pleadings and motions on bankruptcy            0.20
          docket

11/30/10  Reviewing notice of deadline to file claims             0.20
          for rejection damages

      TOTAL HOURS BILLED        .40  AT  $405.00 PER HOUR        162.00


                              Total Current Fees                $162.00



                            Total Current Invoice               $162.00
```

```
De Waal, Ronald                          Dec 20, 2010      PAGE   4
FILE NUMBER: 28210-0198
INVOICE NO.: 591923
```

BILLING SUMMARY

| | |
|---|---:|
| PREVIOUS BALANCE | $665.69 |
| PAYMENTS RECEIVED - THANK YOU | ( $558.04) |
| CURRENT INVOICE | $162.00 |
| TOTAL BALANCE DUE | $269.65 |

Ronus, Inc.                                      INVOICE NO.  597135
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327                                File No. 28210-0198
                                                February 16, 2011
Attn: Omega Rogers


Matter Name: Ronus Properties - Circuit City


For legal services rendered through January 31, 2011
as shown by the attached supporting schedule.

                     TIME AND FEE SUMMARY

     Warco, LJ                0.90 hours at  $405.00 =      364.50
     Warco, LJ                0.40 hours at  $440.00 =      176.00


                     Total Current Fees              $540.50



                     Total Current Charges            $17.54
                                             _____


                     Total Current Invoice           $558.04
                                             ==================

De Waal, Ronald                          Feb 16, 2011      PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 597135


Matter Name: Ronus Properties - Circuit City


For legal services rendered
through January 31, 2011


                           Total Current Fees          $540.50


                      Total Current Charges             $17.54
                                              _____


                      Total Current Invoice             $558.04
                                              =================


          PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

        ===========================================
                      REMITTANCE COPY
        ===========================================

```
De Waal, Ronald                          Feb 16, 2011      PAGE    3
FILE NUMBER: 28210-0198
INVOICE NO.: 597135


Detail Time Entries:

          SERVICES OF LJ WARCO
          -------------------------------------------------
12/21/10  Reviewing docket and related motions and              0.90
          pleadings

01/25/11  Obtaining W-9s from client; drafting letter           0.40
          and sending same to claims agent

     TOTAL HOURS BILLED      1.30  AT  $415.77 PER HOUR        540.50



                          Total Current Fees             $540.50



Related Charges:

          Copying                               2.00
          Overnight Courier                    15.54


                     Total Current Charges         $17.54


                     Total Current Invoice        $558.04
```

De Waal, Ronald                           Feb 16, 2011      PAGE    4
FILE NUMBER: 28210-0198
INVOICE NO.: 597135


        BILLING SUMMARY

            PREVIOUS BALANCE                       $665.69

            PAYMENTS RECEIVED - THANK YOU         ( $558.04)

            CURRENT INVOICE                        $558.04
                                          _____

            TOTAL BALANCE DUE                      $665.69
                                          =================

Ronus, Inc.                                        INVOICE NO.  599810
Piazza at Paces
3290 Northside Parkway, Suite 225
Atlanta, GA 30327                                  File No. 28210-0198
                                                   March 14, 2011
Attn: Omega Rogers

Matter Name: Ronus Properties - Circuit City

For legal services rendered through February 28, 2011
as shown by the attached supporting schedule.

                    TIME AND FEE SUMMARY

    Warco, LJ               0.20 hours at  $440.00 =        88.00


                      Total Current Fees           $88.00


                                        _____


                  Total Current Invoice            $88.00
                                        ==================

De Waal, Ronald                          Mar 14, 2011      PAGE    2
FILE NUMBER: 28210-0198
INVOICE NO.: 599810

Matter Name: Ronus Properties - Circuit City

For legal services rendered
through February 28, 2011

                        Total Current Fees              $88.00

                                                    _____

                        Total Current Invoice          $88.00
                                                    =================

            PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

        ==========================================
                        REMITTANCE COPY
        ==========================================

```
De Waal, Ronald                              Mar 14, 2011      PAGE   3
FILE NUMBER: 28210-0198
INVOICE NO.: 599810


Detail Time Entries:

            SERVICES OF LJ WARCO
            --------------------------------------------------
  02/07/11  Reviewing docket and relevant pleadings and           0.20
            motions.

            TOTAL HOURS BILLED      .20  AT  $440.00 PER HOUR     88.00


                            Total Current Fees            $88.00


                            Total Current Invoice         $88.00
```

De Waal, Ronald                          Mar 14, 2011      PAGE    4
FILE NUMBER: 28210-0198
INVOICE NO.: 599810


    BILLING SUMMARY


        PREVIOUS BALANCE                        $665.69

        PAYMENTS RECEIVED - THANK YOU        ( $558.04)

        CURRENT INVOICE                         $88.00
                                        _____

        TOTAL BALANCE DUE                      $195.65
                                        ================