# EXHIBIT  B

## Claimant's Administrative Expense Claim

| | |
|---|---|
| Rents due | $49,449.40 |
| Real Taxes for 2008 payable by April 2009 | $60,535.88 |
| Real Taxes for January,February,March 2009 | $15,133.97 |
| | |
| Attorney Fees (this figure continues to incur) | $ 7,664.62 |
| | |
| Removal of items left behind in building | $26,000.00 |
| Removal of Signs repair fascia of building | $ 2,050.00 |
| | |
| Insurance | $ 5,053.00 |

Maintenance
    Common Area    $ 2,851.58
    Utilities        $ 3,509.15    <u>$ 6,360.73</u>

              Total Expenses    $172,247.60

Former Circuit City Store # 3376
4414 South College Ave.
Fort Collins, Colorado  80525

Owner:  Generation H One and Two Limited Partnership
       3509 South Mason Street
       Fort Collins, Colorado
       Mail: P. O. Box 272546  Fort Collins, Colo  80527
       Phone:970-226-1900    Fax 970-223-6900

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

----------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

----------------------------------------------x

## CLAIM FOR ALLOWANCE AND IMMEDIATE
## PAYMENT OF ADMINISTRATIVE EXPENSES

_Generation II One and Two Limited Partnership_ (the "Claimant"), by and through its counsel,

Christian & Barton, LLP, hereby submits this claim for allowance and payment of its

administrative expense claim pursuant to sections 365(d)(3) and 503(b) of the Bankruptcy Code,

and in support thereof respectfully states as follows:

1.      On November 10, 2008 (the "Petition Date"), Circuit City Stores, Inc.; Circuit

City Stores West Coast, Inc.; InterTAN, Inc.; Ventoux International, Inc.; Circuit City

Purchasing Company, LLC; CC Aviation, LLC; CC Distribution Company of Virginia, Inc.;

Circuit City Stores PR, LLC; Circuit City Properties, LLC; Orbyx Electronics, LLC; Kinzer

Technology, LLC; Courchevel, LLC; Abbott Advertising Agency, Inc.; Mayland MN, LLC;

Patapsco Designs, Inc.; Sky Venture Corp.; XSStuff, LLC; and PRAHS, INC. (collectively, the

"Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code with the

---

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

Counsel for the Claimant

United States Bankruptcy Court for the Eastern District of Virginia, Richmond, Virginia (the "Court").

2.      The Debtors have continued in possession of their properties and continued to operate and manage their business as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On May 15, 2009, the Court entered an order setting an administrative claim bar date of June 30, 2009 at 5:00 p.m. (Pacific) (the "Bar Date").

4.      The Claimant leases to [PROPER DEBTOR] ("Tenant") certain non-residential real property under a lease (the "Lease") for premises located at 4414 South College Ave Ft Collins, (Debtors' Store No. 3376) (the "Premises"). [A copy Colo - 80525 of the Lease is attached hereto as Exhibit A.]

5.      The Premises is located within a "shopping center" as that term is used in section 365(b)(3) of the Bankruptcy Code. *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081, 1086-87 (3d Cir. 1990).

6.      [On _____, the Debtors provided notice of their rejection of the Lease. [Docket No. _____]. The rejection was effective _____.]

7.      [On _____, the Court entered its Amended Order Authorizing the Rejection of Unexpired Leases Pursuant to a Motion Filed on _____ (the "Rejection Order"). [Docket No. _____]. The Rejection Order provides the rejection of the Lease is effective _____ (the "Rejection Date").]

8.      After November 10, 2008 and prior to April 30, 2009 (the "Administrative Claim