KUTAK ROCK LLP
Loc Pfeiffer (VSB 39632)
Peter J. Barrett (VSB 46179)
Kimberly A. Pierro (VSB 71362)
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
Telephone: (804) 644-1700
*Counsel to Shoppes of Beavercreek Ltd. and
Jubilee-Springdale, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | |
| CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653-KRH<br>Chapter 11 |
| Debtors. | Jointly Administered |

**RESPONSE AND OPPOSITION TO LIQUIDATING TRUST'S EIGHTH OMNIBUS OBJECTION TO LANDLORD CLAIMS SEEKING TO AMEND/EXPUNGE CLAIMS 12770 AND 12771 FILED BY SHOPPES OF BEAVERCREEK LTD AND JUBILEE-SPRINGDALE, LLC**

The Shoppes of Beavercreek Ltd. ("Beavercreek") and Jubilee-Springdale, LLC ("Jubilee"), by counsel, having filed proofs of claim identified and included in the above captioned *Liquidating Trust's Eighth Omnibus Objection to Landlord Claims* (the "Objection"), do hereby oppose and respond, as set forth below:

1.  Circuit City Stores, Inc. and certain of its affiliated entities (collectively, "Debtors") filed a petition for relief on or about November 10, 2008 ("Petition Date"). After the Petition Date, Debtors continued to be in possession of and to operate their business.

2.  On or about May 1, 2009, Beavercreek filed a proof of claim, number 12770 (the "Beavercreek Claim"), amending claim number 9243 and setting forth a

4845-8886-1449.1

general unsecured claim in the amount of $721,557.53 representing sums due under the Debtor's lease with Beavercreek and rejection damages due under that lease. A copy of the Beavercreek Claim is attached as **Exhibit A**.

3. On or about May 1, 2009, Jubilee filed a proof of claim, number 12771 (the "Jubilee Claim," and together with the Beavercreek Claim, the "Claims"), amending claim number 9248 and setting forth a general unsecured claim in the amount of $759,541.86 representing sums due under the Debtor's lease with Jubilee and rejection damages due under that lease. This claim is for the Debtor's obligations at a location separate from the Beavercreek location. A copy of the Jubilee Claim is attached as **Exhibit B**.

4. The Objection seeks to disallow and expunge the Jubilee Claim and lists the Beavercreek Claim as the surviving claim. However, the Debtors have mischaracterized the Claims, confusing the Beavercreek Claim as an amendment to the Jubilee Claim rather than a proof of claim with a separate basis for recovery. As the Claims are separate in both amounts and bases for relief, the Debtor has provided no basis for the disallowance of either.

5. Based on the above, the Objection should be denied, without further expense, time and effort to the claimant and to the estates of these Debtors.

**WHEREFORE**, Beavercreek and Jubilee respectfully request that this Court deny the relief requested in the Objection as it relates to the Claims in its entirety; require Debtors to amend their erroneous classification of the Claims; and such other and further relief as is just and proper.

4845-8886-1449.1

Dated: Richmond, Virginia
April 7, 2011

Respectfully submitted,

/s/ Kimberly A. Pierro
**KUTAK ROCK LLP**
Loc Pfeiffer (VSB 39632)
Peter J. Barrett (VSB 46179)
Kimberly A. Pierro (VSB 71362)
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
Telephone: (804) 644-1700
*Counsel to Shoppes of Beavercreek Ltd. and Jubilee-Springdale, LLC*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 7, 2011, a true and exact copy of the foregoing was served via ECF notification to the following:

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

/s/ Kimberly A. Pierro
Counsel

4845-8886-1449.1

## DECLARATION

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that to the best of my knowledge the foregoing is true and correct.

Dated: April 7, 2011

JUBILEE-SPRINGDALE, LLC

By: *[signature]*
Name: Benton E. Kramer
Title: Senior Vice President of its Managing Member

4829-3093-1721.1

## DECLARATION

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that to the best of my knowledge the foregoing is true and correct.

Dated: April 7, 2011

THE SHOPPES OF BEAVERCREEK LTD.

By: _____
Name: Benton E. Kraner
Title: Manager of Partner

4845-8886-1449.1

B 10 Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |

**Debtor against which claim is asserted:** (Check only one box below:)

- [X] Circuit City Stores, Inc. (Case No. 08-35653)
- [ ] Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- [ ] InterTAN, Inc (Case No 08-35655)
- [ ] Ventoux International, Inc (Case No. 08-35656)
- [ ] Circuit City Purchasing Company, LLC (Case No. 08-35657)
- [ ] CC Aviation, LLC (Case No. 08-35658)
- [ ] CC Distribution Company of Virginia, Inc (Case No. 08-35659)
- [ ] Circuit City Stores PR, LLC (Case No 08-35680)
- [ ] Circuit City Properties, LLC (Case No 08-35661)
- [ ] Orbyx Electronics, LLC (Case No. 08-35662);
- [ ] Kinzer Technology, LLC (Case No 08-35663)
- [ ] Courchevel, LLC (Case No. 08-35664)
- [ ] Abbott Advertising, Inc. (Case No 08-35665)
- [ ] Mayland MN, LLC (Case No 08-35666)
- [ ] Patapsco Designs, Inc (Case No 08-35667)
- [ ] Sky Venture Corporation (Case No. 08-35666)
- [ ] XSStuff, LLC (Case No. 08-35669)
- [ ] PRAHS, INC. (Case No. 08-35670)

**NOTE:** *This fns: should not be used to make a claim for administrative expenses arising after the commencement of the case. A request may be filed pursuant to 11 U.S.C. § 503(a).*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
**SHOPPES OF BEAVERCREEK LTD**

[X] Check this box to indicate that this claim amends a previously filed claim

**Name and address where notices should be sent:**    NameID: 4526980    PackID: 292155

SHOPPES OF BEAVERCREEK LTD
Attention: KIMBERLY A. PIERRO, ESQ.
KUTAK ROCK LLP
1111 E. MAIN STREET, STE 800
RICHMOND, VA 23219

Telephone number: (614) 449-4831

Court Claim Number: **9243**
(If known)
Filed on: **1/30/09**

**Name and address where payment should be sent** (if different from above):

Telephone number:

- [ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- [ ] Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ **721,557.53**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

- [ ] Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim: pre-petition rent and 502(b)(6)**
(See instruction t2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor** _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction 14 on reverse side.)

Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**   [ ] Real Estate   [ ] Motor Vehicle   [ ] Other
Describe:

Value of Property: $_____   Annual Interest Rate _____ %
Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6. Credits**   The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

- [ ] Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- [ ] Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).
- [ ] Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).
- [ ] Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(0)(7).
- [ ] Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).
- [ ] Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the*

Date: 4/30/09

Signature: the person filing this claim must sign it   Sign and print name and title, If any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

**Kimberly A. Pierro, Counsel for Shoppes of Beavercreek Ltd.**

FOR COURT USE
RECEIVED
MAY 01 2009
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or Imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 and 3571.



EXHIBIT A



0835653090501000000000018

**KUTAK ROCK LLP**

SUITE 800
BANK OF AMERICA CENTER
1111 EAST MAIN STREET

RICHMOND, VIRGINIA 23219-3500

804-644-1700
FACSIMILE 804-783-6192

www.kutakrock.com

ATLANTA
CHICAGO
DENVER
DES MOINES
FAYETTEVILLE
IRVINE
KANSAS CITY
LITTLE ROCK
LOS ANGELES
OKLAHOMA CITY
OMAHA
SCOTTSDALE
WASHINGTON
WICHITA

SHEREE T. EDINGTON
sheree.edington@kutakrock.com
(804) 644-1700

April 30, 2009

**VIA FEDEX**

Circuit City Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, California 90245

    Re:    Jubilee-Springdale, LLC and Shoppes of Beavercreek Ltd.

Dear Sir or Madam:

    Enclosed please find Proof of Claims for the two above-referenced creditors. Do not hesitate to contact us should you have any questions or concerns.

    Sincerely,

Sheree T. Edington
Legal Secretary

ste

Enclosures

cc:    Kimberly A. Pierro, Esq.

## In re Circuit City Stores, Inc.

## Proof of Claim #9243 as Amended

| | |
|---|---:|
| Pre-petition rent: | $ 43,853.54 |
| Damages pursuant to 11 U.S.C § 502(b)(6): | |
| 15% of remaining term of lease: 1.35 years | <u>$ 677,703.99</u> |
| **Total:** | **$ 721,557.53** |

4828-0153-0115.1

B 10 Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |

**Debtor against which claim is asserted:** (Check only one box below:)

- [x] Circuit City Stores, Inc. (Case No. 08-35653)
- [ ] Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- [ ] InterTAN, Inc (Case No 08-35655)
- [ ] Ventoux International, Inc (Case No. 08-35656)
- [ ] Circuit City Purchasing Company, LLC (Case No. 08-35657)
- [ ] CC Aviation, LLC (Case No. 08-35658)
- [ ] CC Distribution Company of Virginia, Inc (Case No. 08-35659)
- [ ] Circuit City Stores PR, LLC (Case No 08-35660)
- [ ] Circuit City Properties, LLC (Case No 08-35661)
- [ ] Orbyx Electronics, LLC (Case No. 08-35662);
- [ ] Kinzer Technology, LLC (Case No 08-35663)
- [ ] Courchevel, LLC (Case No. 08-35664)
- [ ] Abbott Advertising, Inc. (Case No 08-35665)
- [ ] Mayland MN, LLC (Case No 08-35666)
- [ ] Patapsco Designs, Inc (Case No 08-35667)
- [ ] Sky Venture Corporation (Case No. 08-35668)
- [ ] XSStuff, LLC (Case No. 08-35669)
- [ ] PRAHS, INC. (Case No. 08-35670)

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request may be filed pursuant to 11 U.S.C. § 503(a).*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
**JUBILEE-SPRINGDALE, LLC**

[x] Check this box to indicate that this claim amends a previously filed claim

**Name and address where notices should be sent:**  NameID: 4531535   PackID: 21817

JUBILEE-SPRINGDALE, LLC
Attention: KIMBERLY A. PIERRO, ESQ.
KUTAK ROCK LLP
1111 E. MAIN STREET, STE 800
RICHMOND, VA 23219

Telephone number: (614) 449-4831

**Court Claim Number:** 9248
*(If known)*

**Filed on:** 1/30/09

**Name and address where payment should be sent** (if different from above):

Telephone number:

- [ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- [ ] Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 759,541.86

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

- [ ] Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** pre-petition rent and 502(b)(6)
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor** _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)

Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**  [ ] Real Estate   [ ] Motor Vehicle   [ ] Other
**Describe:**

Value of Property: $_____     Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____      Basis for perfection: _____

Amount of Secured Claim: $_____     Amount Unsecured: $_____

**6. Credits** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

- [ ] Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- [ ] Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).
- [ ] Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).
- [ ] Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).
- [ ] Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).
- [ ] Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Date:** 4/30/09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Kimberly A. Pierro, Counsel for Jubilee-Springdale, LLC

FOR COURT USE ONLY

RECEIVED
MAY 01 2009
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 and 3571.*



EXHIBIT B



0835653090501000000000019

## KUTAK ROCK LLP

SUITE 800
BANK OF AMERICA CENTER
1111 EAST MAIN STREET

RICHMOND, VIRGINIA 23219-3500

804-644-1700
FACSIMILE 804-783-6192

www.kutakrock.com

ATLANTA
CHICAGO
DENVER
DES MOINES
FAYETTEVILLE
IRVINE
KANSAS CITY
LITTLE ROCK
LOS ANGELES
OKLAHOMA CITY
OMAHA
SCOTTSDALE
WASHINGTON
WICHITA

SHEREE T. EDINGTON
sheree.edington@kutakrock.com
(804) 644-1700

April 30, 2009

**VIA FEDEX**

Circuit City Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, California 90245

Re:   Jubilee-Springdale, LLC and Shoppes of Beavercreek Ltd.

Dear Sir or Madam:

Enclosed please find Proof of Claims for the two above-referenced creditors. Do not hesitate to contact us should you have any questions or concerns.

Sincerely,

Sheree T. Edington
Legal Secretary

ste

Enclosures

cc:   Kimberly A. Pierro, Esq.

In re Circuit City Stores, Inc.

Proof of Claim #9248 as Amended

| | |
|---|---:|
| Pre-petition rent: | $ 51,177.06 |
| Damages pursuant to 11 U.S.C § 502(b)(6): | |
| 15% of remaining term of lease: 1.2 years | <u>$ 708,364.80</u> |
| **Total:** | **$ 759,541.86** |

4828-0153-0115.1