| Property# | Address | Borrower | Date of Lease Rejection | Due monthly | Past Paid (Post Petition) | Post-petition Real Estate Taxes | Post-Petition CAM Charges | Post Petition Attorneys' Fees |
|---|---|---|---|---|---|---|---|---|
| 982003744 | 1001 Plymouth Rd., Minnetonka, Minnesota 55305 | Priscilla J. Rietz, L.L.C., as assigned from Circuit Investors #4-Oklahoma City Limited Partnership, a Texas limited | 3/31/2009 | $42,044.33 | $261,553.22 | $197,608.35 | | $62,227.22 |
| 982003746 | 5624 Johnston Street, Lafayette, Louisiana 70503 | CC Lafayette, LLC | 3/31/2009 | $31,770.67 | $159,820.22 | $149,322.15 | | $9,130.19 |
| 982003745 | 18701 E 39th St S., Independence, Missouri 64057 | Circuit Investors #5 Montgomeryville LP from Circuit Investors, a Pennsylvania limited partnership | 12/31/2008 | $33,324.67 | $56,651.94 | $56,651.94 | | |
| 982003726 | 2424 Hwy 19, Clearwater, FL 32463 | | 3/10/2009 | $40,994.81 | $122,984.43 | $163,979.24 | | $38,340.67 |
| 982003741 | 9950 Joliet Rd, Country Side, IL | CC Countryside 98 LLC | 12/31/2008 | $53,526.67 | $90,995.32 | $90,995.34 | | $16,718.51 |
| 11016736 | 2990 East Main, Cortlandt, New York 10566 | Cortlandt B, LLC, a New York limited liability company | 3/31/2009 | $58,594.84 | $199,871.69 | $275,395.75 | $18,422.71 | $29,884.17 |
| 982005545 | 2600 SW 196th street, Lynnwood, Washington 98038 | WEC 96D Lynnwood Investment Trust, a Delaware business trust | 3-Mar-09 | $55,591.67 | $212,863.56 | $211,248.35 | | $16,909.68 |
| 982005546 | 4071 Miller Road, Flint, Michigan 8507 | Daniel G. Kamin Flint LLC, as assigned from WEC 96D Flint Investment Trust, a Delaware business trust | 23-Feb-09 | $54,003.33 | $244,171.70 | $190,091.72 | $33,982.00 | $44,352.00 |
| 985005549 | 4535 West College Ave., Grand Chute, Wisconsin 54915 | WEC 96D Appleton-1 Investment Trust and WEC 96D Appleton-2 Investment Trust | 3/31/2009 | $39,708.33 | $159,729.62 | $186,629.15 | | $23,033.92 |
| 982005326 | 24001 El Toro Road, Laguna Hills, California 93653 | WEC 96D Laguna Investment Trust, a Delaware business trust | 3/31/2009 | $69,886.67 | $281,104.77 | $328,467.35 | | $44,132.22 |
| 982005547 | 3124 Vestal Parkway East, Vestal, New York 13850 | WEC 96D Vestal Investment Trust, a Delaware business trust | 3/31/2009 | $42,885.00 | $172,508.37 | $201,559.50 | | $74,338.73 |
| 987004874 | 4600 28th St. SE, Kentwood, Michigan | Bond-Circuit VII Delaware Business trust, a Delaware business trust | 3/31/2009 | $45,372.75 | $182,515.56 | $213,251.93 | | $47,210.72 |
| 987004875 | 7320 Market St., Boardman, Ohio | Bond-Circuit V Delaware Business Trust | 3/31/2009 | $43,798.95 | $176,184.69 | $205,855.07 | | $26,882.04 |



| Claim # | Address | Landlord | Date | Amount 1 | Rate | Amount 2 | Amount 3 |
|---|---|---|---|---|---|---|---|
| 987004877 | 3423 Clemson Blvd., Anderson, South Carolina | Bond-Circuit II Delaware Business Trust, a Delaware business trust | 3/31/2009 | $26,880.17 | 4.7 | $100,323.65 | $126,336.80 $23,081.31 |
| 987004876 | 3475 William Penn Hwy, Wilkins Township, Pennsylvania 15146. | WMI/MPI Business Trust, a Delaware business trust and WMI/MPI Business Trust | 3/10/2009 | $78,455.92 | 4 | $307,550.10 | $305,823.68 $77,348.33 |
| 987004873 | 36300 Warren Road, Westland, Michigan 48185 | WMI/MPI Business Trust, a Delaware business trust and WMI/MPI Business Trust | 2/23/2009 | $66,226.00 | 3.52 | $233,210.13 | $233,115.52 $40,821.73 |
| PAID IN FULL | 1505 S. Colorado Blvd., Denver (Glendale), Colorado 80222 | CC – Investors 1997-4, a Delaware business trust | 3/31/2009 | | | | |
| 987004871 | 4483 US Route 14, Crystal Lake, Illinois | CC-Investors 1997-3 | 12/31/2008 | $42,740.00 | 1.7 | $72,224.00 | $72,658.00 |
| 982005551 | 4110 Atlanta Highway, Athens, Georgia | Kelp-Athens, LLC, a Massachusetts limited liability company | 12/31/2008 | $28,192.92 | 1.7 | $28,192.92 | $47,927.96 $4,920.23 |
| 600870452 | 9950 Maryland Drive, Richmond, Virginia | | 2/28/2009 | | | $465,930.31 | |
| 987004872 987004870 | 8405 E. Kellogg Dr., Wichita, KS 1901 Okeechobee Blvd., West Palm Beach, FL | | 11/10/2008 3/31/2009 | $125,927.11 $48,780.00 $56,783.00 | 3.7 0 4.7 | $503,708.44 $0.00 $0.00 $199,531.75 $266,880.10 | $123,988.72 $59,990.80 |
| TOTAL | | | | | | $3,765,696.06  $3,989,728.19 | $52,404.71  $763,321.16  $80,609.88 |
| TOTAL ADMINISTRATIVE CLAIM | | | | | | $1,120,367.89 | |