UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

---

In re:                                                        :
                                                              :    Chapter 11
Circuit City Stores, Inc., et al.,                            :
                                                              :    Case No. 08-35653
                                                              :
                                        Debtors.              :    (Jointly Administered)

---

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Sebring Retail Associates LLC, a creditor in the bankruptcy cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim, including claim number 12447 (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address

Sebring Retail Associates LLC
Attn Augustus C Epps Jr & Jennifer M McLemore
Christian & Barton LLP
909 E Main St Ste 1200
Richmond, VA 23219-3095

New Address

Sebring Retail Associates LLC
c/o Liquidity Solutions, Inc.
One University Plaza, Ste 312
Hackensack, NJ 07601

I declare under penalty of perjury that the foregoing is true and correct.

Sebring Retail Associates LLC

By: _____ Kevin C. Lowe
Its: _____ Principal
Date: 4/6/11

_____
Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
Afaq Husain
Commission # DD902719
Expires: AUG. 14, 2013
BONDED THRU ATLANTIC BONDING CO., INC.