Docket #7589  Date Filed: 5/19/2010

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



In re:

CIRCUIT CITY STORES, INC.,

Debtor.

Case No. 08-35653-ALP

Chapter 11

_____/

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FED.R.BANKR.P. 3001(e)

**Name of Proposed Transferor:**
CHK, LLC   [Claim # 12663]
c/o Augustus C. Epps, Jr., Esq.
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095

**Name of Transferee:**
Bank of America, National Association, successor by merger to LaSalle Bank National Association (formerly known as LaSalle National Bank), as Trustee for the Registered Holders of GMAC Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 1997-C1
c/o Berkadia Commercial Mortgage, LLC  (Attn: Diane Schapiro)
700 N. Pearl Street, Suite 2200
Dallas, Texas 75201

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOUR MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY **FILING A WRITTEN OBJECTION TO THE TRANSFER with**:

> United States Bankruptcy Court
> Eastern District of Virginia
> 310 United States Courthouse Annex
> 1100 East Main St.
> Richmond, VA 23219-3538

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE.**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

**FOR CLERK'S OFFICE ONLY:**

This notice was filed to the first party, by first class mail, postage prepaid on _____
INTERNAL CONTROL NO. _____
Copy (check) Claims Agent _____   Transferee _____   Debtor's Attorney _____
Deputy Clerk _____

EXHIBIT B

0835653100519000000000004

1500 Miami Center • 201 South Biscayne Boulevard, Miami, Florida 33131 • ph 305.358.6300 • fx 305.381.9982 • www.shutts.com

MIAMI    FORT LAUDERDALE    WEST PALM BEACH    ORLANDO    TAMPA    TALLAHASSEE    AMSTERDAM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties listed below via ECF or first class U.S. Mail on this 18th day of May of 2010.

/s/ *Stephen P. Drobny*
Stephen P. Drobny

| | |
|---|---|
| CHK, LLC   [Claim # 12663]<br>c/o Augustus C. Epps, Jr., Esq.<br>Christian & Barton, LLP<br>909 East Main Street, Suite 1200<br>Richmond, VA 23219-3095 | Bank of America, N.A, as Trustee,<br>c/o Berkadia Commercial Mortgage, LLC<br>(Attn: Diane Schapiro)<br>700 N. Pearl Street, Suite 2200<br>Dallas, Texas 75201 |
| U.S. Trustee<br>W. Clarkson McDow, Jr.<br>Office of the U. S. Trustee<br>701 E. Broad St., Suite 4304<br>Richmond, VA 23219<br>804-771-2310 | Bruce H. Besanko<br>9950 Mayland Drive<br>Richmond, VA 23233<br>*Debtor Designee* |
| Alan J. Kornfeld<br>Brad R. Godshall<br>Pachulski Stang Ziehl & Jones, LLP<br>10100 Santa Monica Blvd, 11th Floor<br>Los Angeles, CA 90067-4100<br>310-277-6910<br>*Counsel for the Official Committee of Unsecured Creditors* | Circuit City Stores, Inc.<br>9950 Mayland Drive<br>Richmond, VA 23233<br>*Debtor* |
| Daniel F. Blanks<br>McGuireWoods LLP<br>9000 World Trade Center, 101 W. Main St.<br>Norfolk, VA 23510<br>*Counsel for the Debtor* | Gregg M. Galardi<br>Skadden Arps Slate Meagher<br>& Flom LLP, One Rodney Sq.<br>PO Box 636<br>Wilmington, DE 19899<br>*Counsel for the Debtor* |
| Augustus C. Epps, Jr., Esquire<br>Christian & Barton, L.L.P.<br>909 East Main Street, Suite 1200, Richmond,<br>VA 23219-3095 | Michael J. McQuaid, Esquire<br>216 Park Road<br>Burlingame, California 94010 |

- 2 -
1500 Miami Center • 201 South Biscayne Boulevard, Miami, Florida 33131 • ph 305.358.6300 • fx 305.381.9982 • www.shutts.com

MIAMI   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TAMPA   TALLAHASSEE   AMSTERDAM

Form 210A (10/06)

# United States Bankruptcy Court

_____Eastern_____ District Of _____Virginia_____

In re CIRCUIT CITY STORES, INC.   ,    Case No. 08-35653_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Bank of America, National Association, successor by merger to LaSalle Bank National Association (formerly known as LaSalle National Bank), as Trustee for the Registered Holders of GMAC Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates Series 1997-C1
Name of Transferee

CHK, LLC
Name of Transferor

Name and Address where notices to transferee should be sent:
Berkadia Commercial Mortgage, LLC
700 N. Pearl Street, Suite 2200
Dallas, Texas 75201

Phone: (214) 999-7096
Last Four Digits of Acct #: _____

Court Claim # (if known): 12663
Amount of Claim: $1,316,782.37
Date Claim Filed: April 30, 2009

Phone: (804) 342-9600
Last Four Digits of Acct. #: Store # 891

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _(signature)_    Date: 5-13-10
Transferee/Transferee's Agent
Authorized Representative

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.