Mike DeWine
Ohio Attorney General

Victoria D. Garry (Ohio Bar. No. 0037014)
Assistant Ohio Attorney General
Collections Enforcement
1600 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
(513) 852-1536
(513) 852-3484 (Fax)
e-mail: victoria.garry@ohioattorneygeneral.gov

Attorney for Ohio Department of Commerce

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | : Case No. 08-35653 (KRH) |
| | : Jointly Administered |
| CIRCUIT CITY STORES, INC.,et al. | : Chapter 11 |
| | : Debtors. |

## RESPONSE OF OHIO DEPARTMENT OF COMMERCE TO LIQUIDATING TRUST'S EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS FILED BY TAXING AUTHORITIES (REDUCTION OF CERTAIN IMPARTIALLY VALID CLAIMS; DISALLOWANCE OF CERTAIN INVALID CLAIMS; DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS; RECLASSIFICATION OF CERTAIN CLAIMS; DISALLOWANCE OF CERTAIN LATE FILED CLAIMS; DISALLOWANCE OR REDUCTION OF CERTAIN INVALID CLAIMS; AND FIXING THE AMOUNT OF CERTAIN CLAIMS)

The Ohio Department of Commerce ("Commerce"), by and through Ohio
Attorney General Mike DeWine, hereby responds to the *Liquidating Trust's Eighteenth
Omnibus Objection to Claims* filed February 28, 2011 (doc. #10062). The Liquidating
Trust asserts that claim 12889 filed by Commerce in the amount of $296,593.63 should
be disallowed and expunged as the Liquidating Trust's books and records reflect no
liability.

As filed, the proof of claim "creates a prima facie valid claim".  The burden is on the objecting party, here, the Liquidating Trust, to "produce sufficient evidence to negate this prima facie validity of the claim".  In re Mission of Care, Inc., 164 B.R. 877 (Bankr.De.1994).   The Liquidating Trust's bare assertion that its records do not show any liability to Commerce is insufficient to meet that burden.

Wherefore, for the above reasons, Commerce respectfully requests that the Court deny the Liquidating Trust's objection and allow the proof of claim as filed by Commerce.

Respectfully submitted,

Mike DeWine
Ohio Attorney General


/s/ Victoria D. Garry
VICTORIA D. GARRY (0037014)
Assistant Attorney General
1600 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
(513) 852-1536
(513) 852-3484 (Fax)
victoria.garry@ohioattorneygeneral.gov
Attorney for Ohio Department of Commerce

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Response of Ohio Department of Commerce* to Liquidating Trust's Eighteenth Omnibus Objection was served electronic filing this 7th day of April, 2011 upon the Service List.

/s/ Victoria D. Garry
VICTORIA D. GARRY (0037014)