United States Bakruptcy Court
701 East Broad Street – Room 4000
Richmond, VA 23219

Jeffrey Pomerantz
Andrew Caine
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100



Brandon Rowberry
18900 Explorer Trail
Eden Prairie, MN 55347
612-327-0078

Response to the Circuit City Bankruptcy objecting to moving my claim to a lower status.
Claim includes the payment of $40,000 in compensation owed by Circuit City to Brandon
Rowberry for work performed in 2008.  You already have a copy of the documents
(along with a number of other claimants for the same amount).

This was compensation owed to me based on my full-time employment with the
company for 2008, and not any kind of a performance bonus or "at risk" compensation.  I
fulfilled the obligations outlined in the document and expect that agreement to be
honored in the top group of claims and not pushed lower on the list.  There are many that
can provide personal testimony to the claim and my employment at the company for that
time period.  I can provide names if needed further.

I would ask your thoughtful consideration on the unpaid compensation for me, my family
and others in the same situation.  We stayed with Circuit City based on this
compensation, and not having received it has been a hardship since we had included it as
part of our family budget for 2009.  We expect it to be considered as a high-order claim
and look forward to a fair settlement.

Please reach out to me if I can add more clarity or be of any help.

Best,
Brandon Rowberry

NO RETURN ENVELOPE PROVIDED

NO COPY PROVIDED FOR RETURN