

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al.,. | : | Case No. 08-35653-KRH |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

### RESPONSE TO CLAIM OBJECTION

The following response to the claim objection is on behalf of Claimant Audrey Soltis, claim number 15047. Ms. Soltis' claim stems from a motor vehicle accident occurring on November 19, 2005 in St. Cloud, Minnesota. Ms. Soltis sustained significant injuries when her vehicle was struck by a Circuit City delivery truck. Her estimated damages are comprised of accident related medical expenses and pain and suffering, as detailed in her initial claim submission. See attached medical bills and physician report, (Exhibit 1).

According to the Notice of Objection, it appears the Ms. Soltis' claim was rejected due to late filing. Claimant requests that the Court overrule the objection to claimant's claim. The basis for this request is that Ms. Soltis was not provided timely notice despite advising Circuit City's representatives of the claim as far back as April 5, 2006. (Exhibit 2) Circuit City's claims administrator, Sedgwick Claims Management, acknowledged receipt of this notification on May 18, 2006. (Exhibit 3). Additional claim information was subsequently conveyed to Sedgwick, including a claim summary and demand for settlement.

Despite detailed notification provided to Circuit City's representatives, Ms. Soltis did not receive timely notice of the Bankruptcy Court filing deadline. Having received no such notice, a request was made to Sedgwick to provide the notice. (Exhibit 4) On May 26, 2009, Sedgwick provided the bankruptcy notification and the URL for additional information. (Exhibit 5) This notification postdated the filing deadline. Based on the untimely notice from Circuit City, Ms. Soltis should be provided relief from the bar date, allowing her reasonable time to submit her claim to the Court.

NO COPY PROVIDED FOR RETURN

NO RETURN ENVELOPE PROVIDED

Claimant's Notice Address for purposes of responses or future communications should be 325 33rd Avenue North, Suite 104, St. Cloud, Minnesota 56303. This is correctly identified in the current listing.

Dated this _____ day of April, 2011.

                                        BUTWINICK & DONALDSON
                                        ATTORNEYS, PLC

                                        By _____
                                        Robert S. Butwinick - 227924
                                        Attorney for Plaintiff
                                        50 South Sixth Street
                                        Suite 965
                                        Minneapolis, MN 55402
                                        (612)333-2343

## AFFIDAVIT OF SERVICE

STATE OF MINNESOTA    )
                      ) ss.
COUNTY OF BENTON      )


Tanya J. Manske, being first and duly sworn on oath, deposes and states that she did on this the
4th day of April, 2011, deposit in the United States mail in St. Cloud, Minnesota, with sufficient
postage thereon to:

Clerk of Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street
Room 4000
Richmond, VA 32319

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
Pachulski Stang Ziehl and Jones LLP
10100 Santa Monica Boulevard
Los Angelas, CA 90067

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street
2nd Floor
Richmond, VA 23219

the following papers with regard to the above matter:

1. Response to Claim Objection

_____
Tanya J. Manske

Subscribed and sworn to before me
this 4th day of April, 2011.

_____
Notary Public



KIMBERLY M. KASPER
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2014

# Exhibit 1

# TWIN CITIES  SPINE CENTER

Francis Denis, M.D.

Daryll C. Dykes, M.D., Ph.D.

Timothy A. Garvey, M.D.

John E. Lonstein, M.D.

Amir A. Mehbod, M.D.

Kevin J. Mullaney, M.D.

Joseph H. Perra, M.D.

Manuel R. Pinto, M.D.

James D. Schwender, M.D.

Ensor E. Transfeldt, M.D.

Ronald A. Anderson,
*Administrator*

600 Piper Building

913 East 26th Street

Minneapolis, MN 55404-4515

Phone: 612-775-6200

Fax: 612-775-6222

e-mail: info@tcspine.com

Web site: *www.tcspine.com*

January 13, 2009

Tanya Manske
Gempeler, Butwinick & Donaldson
325 33rd Avenue North, Suite 104
St. Cloud, MN   56303

**RE: Audrey A. Soltis**
**DOB: 05/21/1956**
**FILE NO: 223894**

Dear Ms. Manske:

The following is a response to your letter dated 11-13-07.

Ms. Soltis was originally seen in consultation on 1-9-02. At this time she was 44 years of age. She described undergoing an attempted three level arthrodesis C4-C7. Postoperatively it was determined that she had an esophageal injury and spent several weeks in the hospital with multiple surgeries during this period. She had several areas that failed to heal. She had subsequent procedures performed posteriorly in order to address her non-union, as well as her cervical spondylosis. She notes that she was doing fairly well from these procedures until being involved in a motor vehicle accident on 11-19-05. After this accident her neck pain was described at the cervicothoracic junction. We attempted multiple rounds of non-operative care and most recently she has undergone a fusion procedure for cervical spondylosis at C7-T1. This was performed on 9-17-07.

*A Specialized Practice Devoted to Patient Care, Education, and Research.*

January 13, 2009
Page 2

To answer your questions 2-6 from your 11-13-07 correspondence, it is in my
opinion that the motor vehicle accident of 11-19-05 was a substantial
contributing factor to her ongoing neck symptoms requiring additional surgical
management.

Ms. Soltis now has a fusion from C2-T1. Her range of motion is severely
restricted from these procedures. Her range of motion should be no more than
5-10 degrees in all planes. I would restrict her from lifting any heavy weights
or performing any overhead activity.

It is in my opinion that Ms. Soltis had a permanent injury from the accident on
11-19-05.

She is certainly at risk for adjacent segment spondylosis at the occipitocervical
junction, as well as in her upper thoracic spine.

My opinions are based on a reasonable degree of medical certainty.

If any additional information is requested, please do so in writing.

Sincerely

James D. Schwender, MD

JDS/ple

01/15/2009 12:32 FAX 6127756222          TWIN CITIES SPINE CTR.          ☑002/002

MAKE CHECKS PAYABLE TO:

**Twin Cities Spine Center**
913 E 26th Street
Suite 600
Minneapolis, MN 55404

| IF PAY ... Y CREDIT CARD, FILL OUT BELOW | | |
|---|---|---|
| CHECK CARD USING FOR PAYMENT | | |
| ☐ DISCOVER ☐ MASTERCARD ☐ VISA | | |
| CARD NUMBER | | AMOUNT |
| SIGNATURE | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 01/15/09 | $51.50 | 1670 |

SHOW AMOUNT
PAID HERE   $

**STATEMENT**

ADDRESSEE:

ılılıllıdllıdllılıllı
**Soltis, Audrey A**
10741 30th St
Bowlus, MN 56314

REMIT TO:

**Twin Cities Spine Center**
913 E 26th Street
Suite 600
Minneapolis, MN 55404

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
|---|---|---|---|---|---|
| 09/24/08 | **ENCOUNTER 430553 FOR AUDREY WITH SCHWENDER, JAMES D MD** | | | | |
| 09/24/08 | 99213 - Office/outpatient visit,est, mod | $146.16 | | $19.89 | |
| 10/15/08 | Medica Payment (CP (Copay)) | -$79.55 | | | |
| 10/15/08 | Medica Adjustment (CP (Copay)) | -$46.72 | | | |
| 09/24/08 | 72040 - X-ray exam of neck spine2-3 views | $86.13 | | $11.72 | |
| 10/15/08 | Medica Payment (CP (Copay)) | -$46.88 | | | |
| 10/15/08 | Medica Adjustment (CP (Copay)) | -$27.53 | | | |
| | ENCOUNTER TOTAL | $31.61 | $0.00 | $31.61 | $31.61 |
| 11/13/08 | **ENCOUNTER 440833 FOR AUDREY WITH SCHWENDER, JAMES D MD** | | | | |
| 11/13/08 | 99213 - Office/outpatient visit,est, mod | $146.16 | | $19.89 | |
| 12/16/08 | Medica Payment (CP (Copay)) | -$79.55 | | | |
| 12/16/08 | Medica Adjustment (CP (Copay)) | -$46.72 | | | |
| | ENCOUNTER TOTAL | $19.89 | $0.00 | $19.89 | $19.89 |

Payment is due upon receipt. We accept VISA, Mastercard & Discover... Questions-call 612-775-6281 Thank-you

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 1670 | $0.00 | $19.89 | $0.00 | $31.61 | $0.00 | $51.50 |

MESSAGE:

PLEASE PAY
THIS AMOUNT ▶▶▶▶   $51.50

** PAYMENT DUE UPON RECEIPT * THANK YOU **

01/29/2008 08:51 FAX  6127756°°°      TWIN CITIES SPINE CTR.      ☑002/00☐☐

**MAKE CHECKS PAYABLE TO:**

**Twin Cities Spine Center**
913 E 26th Street
Suite 600
Minneapolis, MN 55404

| IF PAYING BY CREDIT CARD, FILL OUT BELOW | | |
|---|---|---|
| CHECK CARD USING FOR PAYMENT | | |
| ☐DISCOVER | ☐MASTERCARD | ☐VISA |
| CARD NUMBER | | AMOUNT |
| SIGNATURE | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 01/29/08 | CONTINUED | 1670 |

SHOW AMOUNT
PAID HERE    $

**STATEMENT**

**ADDRESSEE:**

|.|.|.||....||...||.||.|..|||
**Soltis, Audrey A**
10741 30th St
Bowlus, MN 56314

**REMIT TO:**

**Twin Cities Spine Center**
913 E 26th Street
Suite 600
Minneapolis, MN 55404

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | DESCRIPTION OF SERVICE | | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
|---|---|---|---|---|---|---|
| 02/15/06 | **ENCOUNTER 2149 FOR AUDREY WITH SCHWENDER MD, JAMES D** | | | | | |
| 02/15/06 | 99024 - Postop followup visit | | $0.00 | | | |
| | | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| 05/17/06 | **ENCOUNTER 256127 FOR AUDREY WITH SCHWENDER MD, JAMES D** | | | | | |
| 05/17/06 | 99212 - Office/outpatient visit,est, low | | $86.70 | | | |
| 07/07/06 | Commercial Payment | | -$86.70 | | | |
| 05/17/06 | 20552 - Inject sngl/mlt trig pt 1-2 msclgrp | | $147.29 | | | |
| 07/07/06 | Commercial Payment | | -$147.29 | | | |
| | | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| 09/13/06 | **ENCOUNTER 273634 FOR AUDREY WITH SCHWENDER MD, JAMES D** | | | | | |
| 09/13/06 | 99213 - Office/outpatient visit,est, mod | | $118.15 | | | |
| 10/12/06 | Commercial Payment | | -$118.15 | | | |
| 10/12/06 | Commercial Adjustment | | $0.00 | | | |
| | | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| 12/13/06 | **ENCOUNTER 287810 FOR AUDREY WITH SCHWENDER MD, JAMES D** | | | | | |
| 12/13/06 | 99213 - Office/outpatient visit,est, mod | | $118.15 | | | |
| 01/11/07 | Commercial Payment | | -$118.15 | | | |
| | | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| 01/31/07 | **ENCOUNTER 297120 FOR AUDREY WITH SCHWENDER MD, JAMES D** | | | | | |
| 01/31/07 | 99212 - Office/outpatient visit,est, low | | $87.55 | | | |
| 02/26/07 | Motor Vehicle Payment | | -$87.55 | | | |
| | | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| 03/07/07 | **ENCOUNTER 302103 FOR AUDREY WITH SCHWENDER MD, JAMES D** | | | | | |
| 03/07/07 | 99213 - Office/outpatient visit,est, mod | | $141.10 | | | |
| 03/29/07 | Motor Vehicle Payment | | -$141.10 | | | |

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 1670 | $0.00 | $10.72 | $0.00 | $0.00 | $0.00 | $10.72 |

**MESSAGE:**

PLEASE PAY
THIS AMOUNT »»»» CONTINUED

01/29/2008 08:51 FAX  612775F  2          TWIN CITIES SPINE CTR.                    ☑ 003/00☐☑☐

**MAKE CHECKS PAYABLE TO:**

**Twin Cities Spine Center**
913 E 26th Street
Suite 600
Minneapolis, MN 55404

| | |
|---|---|
| | IF PAYING BY CREDIT CARD, FILL OUT BELOW |
| | CHECK CARD USING FOR PAYMENT |
| | ☐ DISCOVER  ☐ MASTERCARD  ☐ VISA |
| CARD NUMBER | AMOUNT |
| SIGNATURE | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 01/29/08 | CONTINUED | 1670 |

**STATEMENT**

SHOW AMOUNT
PAID HERE    $

**ADDRESSEE:**

|.|.|.||...||...||.|..|..|||
**Soltis, Audrey A**
10741 30th St
Bowlus. MN 56314

REMIT TO:

**Twin Cities Spine Center**
913 E 26th Street
Suite 600
Minneapolis, MN 55404

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
|---|---|---|---|---|---|
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/26/07 | **ENCOUNTER 310158 FOR AUDREY WITH GARVEY MD, TIMOTHY A.** | | | | |
| 04/26/07 | 99241 - Office consultation, minor | $113.90 | | | |
| 05/09/07 | Motor Vehicle Payment | -$113.90 | | | |
| 04/26/07 | 72050 - X-ray exam of neck spine, 4+ views | $117.30 | | | |
| 05/09/07 | Motor Vehicle Payment | -$117.30 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/19/07 | **ENCOUNTER 326981 FOR AUDREY WITH SCHWENDER MD, JAMES D** | | | | |
| 07/19/07 | 99213 - Office/outpatient visit,est, mod | $141.10 | | | |
| 08/13/07 | Motor Vehicle Payment | -$141.10 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/17/07 | **ENCOUNTER 337812 FOR AUDREY WITH PAHL MD, DOUGLAS W** | | | | |
| 09/17/07 | 22210A - Assist Revise cervical spine, posterior | $1,180.90 | | | |
| 10/09/07 | Motor Vehicle Payment | -$295.23 | | | |
| 10/09/07 | Motor Vehicle Adjustment | -$885.67 | | | |
| 09/17/07 | 22600a - Assist Neck spine fusion (cerv,below C2) | $828.38 | | | |
| 10/09/07 | Motor Vehicle Payment | -$621.29 | | | |
| 10/09/07 | Motor Vehicle Adjustment | -$207.09 | | | |
| 09/17/07 | 63020a - Assist Cervical spine disk surgery/decompress | $760.92 | | | |
| 10/09/07 | Motor Vehicle Payment | -$570.69 | | | |
| 10/09/07 | Motor Vehicle Adjustment | -$190.23 | | | |
| 09/17/07 | 22840a - Assist Insert spine fixation, posterior | $551.31 | | | |
| 10/09/07 | Motor Vehicle Payment | -$137.83 | | | |
| 10/09/07 | Motor Vehicle Adjustment | -$413.48 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 1670 | $0.00 | $10.72 | $0.00 | $0.00 | $0.00 | $10.72 |

**MESSAGE:**

PLEASE PAY
THIS AMOUNT »»»» CONTINUED

01/29/2008 08:51 FAX  6127756˜ ˜      TWIN CITIES SPINE CTR.                    ☒004/00☐☐☐

**MAKE CHECKS PAYABLE TO:**

**Twin Cities Spine Center**
913 E 26th Street
Suite 600
Minneapolis, MN 55404

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|
| CHECK CARD USING FOR PAYMENT |

| | | |
|---|---|---|
| ☐ DISCOVER | ☐ MASTERCARD | ☐ VISA |

| CARD NUMBER | AMOUNT |
|---|---|
| SIGNATURE | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 01/29/08 | CONTINUED | 1670 |

SHOW AMOUNT
PAID HERE    $

**STATEMENT**

ADDRESSEE:

Soltis, Audrey A
10741 30th St
Bowlus, MN 56314

REMIT TO:

**Twin Cities Spine Center**
913 E 26th Street
Suite 600
Minneapolis, MN 55404

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
|---|---|---|---|---|---|
| 09/17/07 | **ENCOUNTER 337812 FOR AUDREY WITH SCHWENDER MD, JAMES D** | | | | |
| 09/17/07 | 22210 - Revise cervical spine, posterior | $4,723.58 | | | |
| 10/09/07 | Motor Vehicle Payment | -$4,723.58 | | | |
| 09/17/07 | 22600 - Neck spine fusion (cerv,below C2) | $3,313.51 | | | |
| 10/09/07 | Motor Vehicle Payment | -$2,485.13 | | | |
| 10/09/07 | Motor Vehicle Adjustment | -$828.38 | | | |
| 09/17/07 | 63020 - Cervical spine disk surgery/decompress | $3,043.65 | | | |
| 10/09/07 | Motor Vehicle Payment | -$2,282.74 | | | |
| 10/09/07 | Motor Vehicle Adjustment | -$760.91 | | | |
| 09/17/07 | 22840 - Insert spine fixation, posterior | $2,205.23 | | | |
| 10/09/07 | Motor Vehicle Payment | -$2,205.23 | | | |
| 09/17/07 | 20936 - Autograft, spine surgery, local | $0.00 | | | |
| 09/17/07 | 22852 - Remove spine seg fixation dev, post | $0.00 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/18/07 | **ENCOUNTER 344470 FOR AUDREY WITH SCHWENDER MD, JAMES D** | | | | |
| 10/18/07 | 99024 - Postop followup visit | $0.00 | | | |
| 12/03/07 | Medica Adjustment (GLO  (Global)) | $0.00 | | | |
| 12/03/07 | Medica Payment (GLO  (Global)) | $0.00 | | | |
| 10/18/07 | 72040 - X-ray exam of neck spine2-3 views | $81.60 | | $10.72 | |
| 11/05/07 | Motor Vehicle Payment (EXH  (Benefits Have Been Exhausted)) | $0.00 | | | |
| 12/03/07 | Medica Payment (CP  (Copay)) | -$42.86 | | | |
| 12/03/07 | Medica Adjustment (CP  (Copay)) | -$28.02 | | | |
| | ENCOUNTER TOTAL | $10.72 | $0.00 | $10.72 | $10.72 |
| 12/13/07 | **ENCOUNTER 355265 FOR AUDREY WITH SCHWENDER MD, JAMES D** | | | | |
| 12/13/07 | 99213 - Office/outpatient visit,est, mod | $141.10 | | | |
| 01/18/08 | Medica Adjustment | -$61.87 | | | |
| 01/18/08 | Medica Payment | -$79.23 | | | |
| 12/13/07 | 72040 - X-ray exam of neck spine2-3 views | $81.60 | | | |

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 1670 | $0.00 | $10.72 | $0.00 | $0.00 | $0.00 | $10.72 |

**MESSAGE:**

PLEASE PAY
THIS AMOUNT »»»» CONTINUED

01/29/2008 08:51 FAX  612775F  2        TWIN CITIES SPINE CTR.                    ☑005/00□◢□

**MAKE CHECKS PAYABLE TO:**

**Twin Cities Spine Center**
913 E 26th Street
Suite 600
Minneapolis, MN 55404

| | IF PAYING BY CREDIT CARD, FILL OUT BELOW | | |
|---|---|---|---|
| | CHECK CARD USING FOR PAYMENT | | |
| | □ DISCOVER  □ MASTERCARD  □ VISA | | |
| CARD NUMBER | | AMOUNT | |
| SIGNATURE | | EXP. DATE | |
| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR | |
| 01/29/08 | $10.72 | 1670 | |

**STATEMENT**

SHOW AMOUNT
PAID HERE     $

**ADDRESSEE:**

ldldlllllllllllllllllllllll
**Soltis, Audrey A**
10741 30th St
Bowlus, MN 56314

REMIT TO:

**Twin Cities Spine Center**
913 E 26th Street
Suite 600
Minneapolis, MN 55404

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
|---|---|---|---|---|---|
| 01/18/08 | Medica Adjustment | -$28.02 | | | |
| 01/18/08 | Medica Payment | -$53.58 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |

We have not received your payment.  Please remit payment.  Questions, call our office at 612-775-6281...Thank-you

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 1670 | $0.00 | $10.72 | $0.00 | $0.00 | $0.00 | $10.72 |

**MESSAGE:**

| PLEASE PAY | |
|---|---|
| THIS AMOUNT »»»» | $10.72 |

# ✛ St. Cloud Hospital
## CentraCare Health System

2407
2407
7000
0000
0000

| ACCOUNT NUMBER | DATE ADMITTED | DATE DISCHARGED | PAGE |
|---|---|---|---|
| 35698650013 | 03/15/2006 | 03/31/2006 | 1 |

1406 SIXTH AVENUE NORTH
ST. CLOUD, MN 56303-1901
(320) 255-5622
1 (800) 835-6618

**PATIENT'S NAME**
SOLTIS, AUDREY A

FOR YOUR CONVENIENCE WE ACCEPT

PLEASE CHECK ONE AND ☐
COMPLETE THE FOLLOWING:

Account No. _____   mo   yr
Exp. Date

**BILL TO**
AUDREY A SOLTIS
10741 30TH ST

BOWLUS, MN 56314

AMT. ENCL $ _____

**Please detach & return portion when sending payment**

| SERVICE DATE | CHARGE CODE | DESCRIPTION OF SERVICES RENDERED | CPT CODE | DAY-BATCH | QTY. | AMOUNT |
|---|---|---|---|---|---|---|
| | | 420  REHAB | | | | |
| 03152006 | 0424028 | EXER (ROM STRNG FLEX)(15M | 97110 | 16 005 | 1 | 54.05 |
| 03152006 | 0420414 | PT EVALUATION | 97001 | 16 005 | 1 | 162.70 |
| 03152006 | 0459412 | PT SELFCARE/ADL/HM MGMT T | 97535 | 16 005 | 1 | 54.05 |
| 03222006 | 0424028 | EXER (ROM STRNG FLEX)(15M | 97110 | 23 006 | 3 | 162.15 |
| 03292006 | 0424028 | EXER (ROM STRNG FLEX)(15M | 97110 | 30 006 | 2 | 108.10 |
| | | ** SUBTOTAL ** | | | 8 | 541.05 |

# ✛ St. Cloud Hospital
## CentraCare Health System

**ACCOUNT NUMBER:** 35698650013

| ACCOUNT BALANCE | 541.05 |
|---|---|

# St. Cloud Hospital
## CentraCare Health System

| ACCOUNT NUMBER | DATE ADMITTED | DATE DISCHARGED | PAGE |
|---|---|---|---|
| 35698650021 | 04/01/2006 | 04/30/2006 | 1 |

1406 SIXTH AVENUE NORTH
ST. CLOUD, MN 56303-1901
(320) 255-5622
1 (800) 835-6618

**PATIENT'S NAME**
SOLTIS, AUDREY A

FOR YOUR CONVENIENCE WE ACCEPT

PLEASE CHECK ONE AND
COMPLETE THE FOLLOWING:

Account No.                    mo.   yr.
                               Exp. Date

**BILL TO**
AUDREY A SOLTIS
10741 30TH ST
BOWLUS, MN 56314

AMT. ENCL $

Please detach & return portion when sending payment

| SERVICE DATE | CHARGE CODE | DESCRIPTION OF SERVICES RENDERED | CPT CODE | DAY-BATCH | QTY. | AMOUNT |
|---|---|---|---|---|---|---|
| | | 420  REHAB | | | | |
| 04042006 | 0424028 | EXER (ROM STRNG FLEX)(15M | 97110 | 05 006 | 2 | 108.10 |
| 04072006 | 0424028 | EXER (ROM STRNG FLEX)(15M | 97110 | 10 005 | 2 | 108.10 |
| 04132006 | 0424028 | EXER (ROM STRNG FLEX)(15M | 97110 | 17 005 | 2 | 108.10 |
| 04212006 | 0424028 | EXER (ROM STRNG FLEX)(15M | 97110 | 25 006 | 2 | 108.10 |
| | | ** SUBTOTAL ** | | | 8 | 432.40 |

# St. Cloud Hospital
## CentraCare Health System

**ACCOUNT NUMBER:** 35698650021

| ACCOUNT BALANCE | 432.40 |
|---|---|

5/13/06
DETL
2268



# ✚ St. Cloud Hospital
## CentraCare Health System

| ACCOUNT NUMBER | DATE ADMITTED | DATE DISCHARGED | PAGE |
|---|---|---|---|
| 35698650047 | 06/01/2006 | 06/30/2006 | 1 |

1406 SIXTH AVENUE NORTH
ST. CLOUD, MN 56303-1901
(320) 255-5622
1 (800) 835-6618

**PATIENT'S NAME**
SOLTIS, AUDREY A

FOR YOUR CONVENIENCE WE ACCEPT

PLEASE CHECK ONE AND ☐
COMPLETE THE FOLLOWING:
Account No. _____
mo   yr
Exp. Date

**BILL TO**
AUDREY A SOLTIS
10741 30TH ST
BOWLUS, MN 56314

AMT.
ENCL $

Please detach & return portion when sending payment

| SERVICE DATE | CHARGE CODE | DESCRIPTION OF SERVICES RENDERED | CPT CODE | DAY-BATCH | QTY. | AMOUNT |
|---|---|---|---|---|---|---|
| | | 420  REHAB | | | | |
| 06012006 | 0428110 | ELECTRICAL STIM (UNATT) | 97014 | 05 005 | 1 | 63.15 |
| 06012006 | 0424408 | ULTRASOUND (15 MIN) | 97035 | 05 005 | 1 | 54.05 |
| 06062006 | 0424770 | ELECTRICAL STIM (ATTENDED) | 97032 | 09 005 | 2 | 143.60 |
| 06222006 | 0459412 | PT SELFCARE/ADL/HM MGMT T | 97535 | 25 006 | 1 | 54.05 |
| 06272006 | 0424556 | MANUAL THERAPY (15 MIN) | 97140 | 29 006 | 1 | 54.05 |
| 06272006 | 0424408 | ULTRASOUND (15 MIN) | 97035 | 29 006 | 1 | 54.05 |
| 06292006 | 0424408 | ULTRASOUND (15 MIN) | 97035 | 30 005 | 1 | 54.05 |
| 06292006 | 0424556 | MANUAL THERAPY (15 MIN) | 97140 | 30 005 | 1 | 54.05 |
| | | ** SUBTOTAL ** | | | 9 | 531.05 |

# ✚ St. Cloud Hospital
## CentraCare Health System

**ACCOUNT NUMBER:** 35698650047

| ACCOUNT BALANCE | 531.05 |
|---|---|

7/13/06
FTL
560

# St. Cloud Hospital
## CentraCare Health System

| ACCOUNT NUMBER | DATE ADMIT | DATE DISCHARGED | PAGE |
|---|---|---|---|
| 35698650054 | 07/01/2006 | 07/31/2006 | 1 |

1406 SIXTH AVENUE NORTH
ST. CLOUD, MN 56303-1901
(320) 255-5622
1 (800) 835-6618

**PATIENT'S NAME**
SOLTIS, AUDREY A

FOR YOUR CONVENIENCE WE ACCEPT

PLEASE CHECK ONE AND ☐   ☐   VISA ☐
COMPLETE THE FOLLOWING:

Account No.                     Exp. Date

**BILL TO**
AUDREY A SOLTIS
10741 30TH ST

BOWLUS, MN 56314

AMT. ENCL $

**Please detach & return portion when sending payment**

| SERVICE DATE | CHARGE CODE | DESCRIPTION OF SERVICES RENDERED | CPT CODE | DAY-BATCH | QTY. | AMOUNT |
|---|---|---|---|---|---|---|
| | | 420  REHAB | | | | |
| 7072006 | 0424408 | ULTRASOUND (15 MIN) | 97035 | 11 005 | 1 | 57.30 |
| 7112006 | 0424408 | ULTRASOUND (15 MIN) | 97035 | 13 006 | 1 | 57.30 |
| 7142006 | 0424408 | ULTRASOUND (15 MIN) | 97035 | 18 006 | 1 | 57.30 |
| 7182006 | 0424408 | ULTRASOUND (15 MIN) | 97035 | 20 005 | 1 | 57.30 |
| 7242006 | 0424408 | ULTRASOUND (15 MIN) | 97035 | 26 006 | 1 | 57.30 |
| 7252006 | 0424408 | ULTRASOUND (15 MIN) | 97035 | 27 005 | 1 | 57.30 |
| | | ** SUBTOTAL ** | | | 6 | 343.80 |

## ✚ St. Cloud Hospital
### CentraCare Health System

**ACCOUNT NUMBER:** 35698650054

| ACCOUNT BALANCE | 343.80 |
|---|---|

## STATEMENT OF ACCOUNT

**☥ St. Cloud Hospital**

**CentraCare** Health System

1406 SIXTH AVENUE NORTH
ST. CLOUD, MN 56303-1901
(320) 255-5622
1 (800) 835-6618

| ACCOUNT NO. | DATE DISCHARGED | DATE OF STATEMENT | |
|---|---|---|---|
| 35698650039 | 05/31/2006 | 7/19/06 | G-0000 |

**PATIENT NAME**  SOLTIS, AUDREY A

BILL TO

SOLTIS, AUDREY A
10741 30TH ST

-BOWLUS, MN 56314

FOR YOUR CONVENIENCE WE ACCEPT

PLEASE CHECK ONE AND
COMPLETE THE FOLLOWING:

Account No. ☐   Exp. Date  mo  yr

AMT. ENCL  $

- - - - PLEASE DETACH AND RETURN UPPER PORTION WHEN SENDING PAYMENT - - - -

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| PREVIOUS | REHAB | 711.75 |
| 7 13 2006 | ADJ MEDICA CONTRACT DISCT | 21.75- |
| 7 13 2006 | PAYMENT MEDICA | 660.68- |

### THE BALANCE OF YOUR ACCOUNT IS DUE.

### PLEASE REMIT PAYMENT IN FULL OR CONTACT OUR OFFICE.

**Unless arrangements have been made, payment in full is due upon receipt of this statement.**

**Make Check Payable to: St. Cloud Hospital
1406 6th Ave N ﹐
St. Cloud MN 56303-1901**

**Payments received after statement date shown will appear on next months statement.**

**☥ St. Cloud Hospital**

**ENTRACARE** Health System

406 SIXTH AVENUE NORTH
T. CLOUD, MN 56303-1901
(320) 255-5622
1 (800) 835-6618

| ACCOUNT NO. | STATEMENT DATE | PATIENT NAME |
|---|---|---|
| 35698650039 | 7/19/06 | SOLTIS, AUDREY A |

If you are a privately-insured or self-pay patient, your bill includes state-imposed health care sales taxes totaling 3.06 percent

| ACCOUNT BALANCE | 29.32 |
|---|---|

26

223894

| Date | Description | LC CPT4 | ICD4 Codes | Charges | Pat/Adj | Amt Due | Doc # |
|---|---|---|---|---|---|---|---|
| | SUMMARY FOR AUDREY WITH SABIN | | | 260.00 | 260.00- | | 2272220? |
| 1/21/05 | OFFICE/OTHER OUT-PT VISIT 11 99213 7231 | | | 75.25 | | | |
| 11/10/05 | DATE OF INJURY - AUTO REL 11 | | | | | | |
| 1/21/05 | CHEST X-RAY FLAT & UPRGHT 11 74022 C0600 | | | 65.00 | | | |
| 11/21/05 | NECK SPINE X-RAY 11 72052 7231 | | | 73.50 | | | |
| 1/21/05 | SHOULDER X-RAY 11 73030 7141 | | | -4.00 | | | |
| 1/28/05 | STATE FARM 11 | | *CLAIM FILED* | 260.00 | | | |
| 8/12/05 | MISC INS PAYMENT 11 | | | | 260.00-√ | | |
| | SUMMARY FOR AUDREY WITH LEDAN | | | 96.00 | 96.10- | | 3737106? |
| 6/14/07 | OFFICE/OTHER OUT-PT VISIT 11 99213 463   460 | | | 96.00 | | | |
| 6/26/07 | MEDICA CHOICE 11 | | *CLAIM FILED* | 96.00 | | | |
| 7/10/07 | PATIENT RESPONSIBILITY 11 | | | 68.38 | | | |
| 7/10/07 | MEDICA PROVIDER REDUCTION 11 | | | | 17.12- | | |
| 8/06/07 | CHECK - PERSONAL PAY 11 | | | | 60.26- | | |
| | SUMMARY FOR AUDREY WITH MOVER | | | 88.33 | 48.77- | 39.54 | 38117.67 |
| 6/04/07 | OFFICE/OTHER OUT-PT VISIT 11 99213 4619   4640 | | | 88.33 | | | |
| 6/13/07 | MEDICA CHOICE 11 | | *CLAIM FILED* | 88.33 | | | |
| 6/25/07 | PATIENT RESPONSIBILITY 11 | | | 39.54 | | | |
| 7/23/07 | MEDICA PROVIDER REDUCTION 11 | | | | 7.28- | | |
| 6/25/07 | MEDICA PAYMENT 11 | | | | 41.50- | | |
| | SUMMARY FOR AUDREY WITH SABIN | | | 115.83 | | 115.83 | 38452124 |
| 8/06/07 | OFFICE/OTHER OUT-PT VISIT 11 99213 7231 | | | 98.33 | | | |
| 8/08/07 | TORADOL IM MED 11 J1885 7231 | | | 24.00 | | | |
| 8/08/07 | VISTARIL IM 25 MG 11 J3410 7231 | | | 2.10 | | | |
| 8/16/07 | STATE FARM 11 | | *CLAIM FILED* | 115.83 | | | |
| 8/25/07 | PATIENT RESPONSIBILITY 11 | | | 115.83 | | | |

| Current | 30-Days | 60-Days | 90-Days | 120-Days | Total Due |
|---|---|---|---|---|---|
| .00 | 155.37 | .00 | .00 | .00 | 155.37 |

Urgent Care
11-21-05
Fur 300-
251-6942
Emily

**Empi**
599 Cardig Road
St. Paul, Minnesota 55126 USA

MAKE CHECKS PAYABLE TO:

IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.

CHECK CARD USING FOR PAYMENT

☐ MC / MASTERCARD   ☐ DISC VER / DISCOVER   ☐ VISA / VISA   ☐ AMERICAN EXPRESS / AmEx

| CARD NUMBER | | SIGNATURE CODE* |
|---|---|---|
| SIGNATURE | | EXP. DATE |
| PRINT CARDHOLDER NAME | | |

| STATEMENT DATE | ACCT. # | PAY THIS AMOUNT |
|---|---|---|
| 12-05-07 | 1167212 | 0.00 |

M/C/DISCOVER & VISA -
Last 3 digits on Back of Card
AMERICAN EXPRESS -
Last 4 digits on Front of Card

SHOW AMOUNT
PAID HERE   $

Patient Name:  Soltis Audrey
Primary Insurance:  STATE FARM
Secondary Insurance:  None on file
DUE UPON RECEIPT

ADDRESSEE:

Soltis Audrey
10741 30th St
Bowlus, MN 56314

REMIT TO:

Empi
PO Box 71519
Chicago, IL 60694-1519

☐ Please note insurance or address change on the reverse side.   **STATEMENT**   PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

Empi, Inc. - P.O. Box 71519 - Chicago, IL  60694-1519

| Account Number | Statement Date | | Patient Name |
|---|---|---|---|
| 116/212 | 12-05-07 | | Soltis Audrey |

| Invoice Number | Transaction Date | Description | Amount Billed | Payments/ Adjustments | Insurance Pending | Patient Responsibility |
|---|---|---|---|---|---|---|
| 617361 | 03-24-94 | ECLIPSE PLUS TENS PURCHASE | 357.14 | | | |
| | 03-24-94 | 5000 REUSEABLE ELECTRODE | 24.49 | NR | | |
| | | Original Invoice total:$381.63 | | | | |
| | 05-24-94 | Pymt :STATE FARM | | -381.63 | | |
| | | No invoice balance remaining | | | | |
| 619441 | 04-28-94 | A'Y PKG BULK PK 5220 ELEC | 148.88 | NR | | |
| | | Freight | 0.00 | | | |
| | | Original Invoice total:$148.88 | | | | |
| | 05-24-94 | Pymt :STATE FARM | | -148.88 | | |
| | | No invoice balance remaining | | | | |
| 713855 | 07-11-94 | PREP WIPE 54/BOX | 8.93 | NR | | |
| | 07-11-94 | TENS DEVICE CARRIER | 24.44 | | | |
| | | Freight | 6.00 | | | |
| | | Original Invoice total:$39.37 | | | | |
| | 10-10-95 | Adjustment | | -6.00 | | |
| | 10-10-95 | Adjustment | | -33.37 | | |
| | | No invoice balance remaining | | | | |
| 8258302 | 06-06-06 | EMPI EPIX VT TENS PURCHASE | 725.00 | R | | |
| | | Original Invoice total:$725.00 | | | | |
| | 06-28-06 | Submit to :STATE FARM | | | | |
| | 07-07-06 | Pymt :STATE FARM | | -725.00 | | |
| | | No invoice balance remaining | | | | |
| 8258308 | 06-06-06 | 5215 ELECTR 2"RND 4/PK | 45.20 | | | |
| | 06-06-06 | LEADWIRE BLK 100CM/40" | 35.00 | | | |

**For billing inquiries please contact your medical billing representative:**

Julie Laplant
800/328-2536, extension 8594
**PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION**

**Balance Due From Patient:**

**Empi®**  599 Cardig Main Document Page 19 of 22 St. Paul, Minnesota 55126 USA

IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW.

CHECK CARD USING FOR PAYMENT

☐ MASTERCARD  ☐ DISCOVER  ☐ VISA  ☐ AmEx

CARD NUMBER                                SIGNATURE CODE#

SIGNATURE                          EXP. DATE

PRINT CARDHOLDER NAME

| STATEMENT DATE | ACCT. # | PAY THIS AMOUNT |
|---|---|---|
| 12-05-07 | 1167212 | 0.00 |

MC & DISCOVER & VISA -
Last 3 digits on Back of Card
AMERICAN EXPRESS -
Last 4 digits on Front of Card

SHOW AMOUNT PAID HERE  $

Patient Name: Soltis Audrey
Primary Insurance: STATE FARM
Secondary Insurance: None on file
DUE UPON RECEIPT

**ADDRESSEE:**

Soltis Audrey
10741 30th St
Bowlus, MN 56314

**REMIT TO:**

Empi
PO Box 71519
Chicago, IL 60694-1519

☐ Please note insurance or address change on the reverse side. **STATEMENT** .PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

Empi, Inc. - P.O. Box 71519 - Chicago, IL 60694-1519

| Account Number | Statement Date | Patient Name |
|---|---|---|
| 1167212 | 12-05-07 | Soltis Audrey |

| Invoice Number | Transaction Date | Description | Amount Billed | Payments/ Adjustments | Insurance Pending | Patient Responsibility |
|---|---|---|---|---|---|---|
| | 06-06-06 | BATTERY NIMH 8.4V | 32.90 | | | |
| | 06-06-06 | CHARGER BATTERY EMPI 9V | 20.55 | | | |
| | | Original Invoice total:$133.65 | | | | |
| | 06-27-06 | Submit to :STATE FARM | | | | |
| | 10-03-06 | Pymt :STATE FARM | | -133.65 | | |
| | 11-05-06 | Pymt :STATE FARM | | 0.00 | | |
| | | No invoice balance remaining | | | | |
| 8337465 | 07-28-06 | 6320 REUSABLE 1.5X2.5 4/PK | 142.50 | | | |
| | 07-28-06 | SKIN PREP 54/BX | 15.45 | | | |
| | 07-28-06 | LEADWIRE BLK 100CM/40" | 35.00 | | | |
| | | Freight | 15.65 | | | |
| | | Original Invoice total:$208.60 | | | | |
| | 07-29-06 | Submit to :STATE FARM | | | | |
| | 08-08-06 | Pymt :STATE FARM | | -208.60 | | |
| | | No invoice balance remaining | | | | |
| 8591848 | 10-24-06 | 6320 REUSABLE 1.5X2.5 4/PK | 187.50 | | | |
| | 10-24-06 | SKIN PREP 54/BX | 22.95 | | | |
| | 10-24-06 | BATTERY NIMH 8.4V | 38.50 | | | |
| | | Freight | 15.65 | | | |
| | | Original Invoice total:$264.60 | | | | |
| | 10-25-06 | Submit to :STATE FARM | | | | |
| | 11-06-06 | Pymt :STATE FARM | | -264.60 | | |
| | | No invoice balance remaining | | | | |
| 8684835 | 11-20-06 | 6320 REUSABLE 1.5X2.5 4/PK | 187.50 | | | |
| | 11-20-06 | SKIN PREP 54/BX | 22.95 | | | |

**For billing inquiries please contact your medical billing representative:**

Julie Laplant
800/328-2536, extension 8594
**PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION**

**Balance Due**
**From Patient:**

**MAKE CHECKS PAYABLE TO:**

**Empi**® 599 Cardigan Road
St. Paul, Minnesota 55126 USA

IF PAYING BY MASTERCARD, DISCOVER OR AMERICAN EXPRESS, FILL OUT BELOW.

CHECK CARD USING FOR PAYMENT
☐ MASTERCARD  ☐ DISCOVER  ☐ VISA  ☐ AmEx

| CARD NUMBER | | SIGNATURE CODE # |
|---|---|---|
| SIGNATURE | | EXP DATE |
| PRINT CARDHOLDER NAME | | |

| STATEMENT DATE | ACCT. # | PAY THIS AMOUNT |
|---|---|---|
| 12-05-07 | 1167212 | 0.00 |

VISA - Last 3 digits on Back of Card
AMERICAN EXPRESS - Last 4 digits on Front of Card

SHOW AMOUNT PAID HERE  **$**

Patient Name: Soltis Audrey
Primary Insurance: STATE FARM
Secondary Insurance: None on file
DUE UPON RECEIPT

**ADDRESSEE:**

Soltis Audrey
10741 30th St
Bowlus, MN 56314

**REMIT TO:**

Empi
PO Box 71519
Chicago, IL 60694-1519

☐ Please note insurance or address change on the reverse side.  **STATEMENT**  PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

Empi, Inc - P.O. Box 71519 - Chicago, IL 60694-1519

| Account Number | Statement Date | Patient Name |
|---|---|---|
| 1167212 | 12-05-07 | Soltis Audrey |

| Invoice Number | Transaction Date | Description | Amount Billed | Payments/ Adjustments | Insurance Pending | Patient Responsibility |
|---|---|---|---|---|---|---|
| | 11-20-06 | LEADWIRE BLK 100CM/40" | 43.00 | | | |
| | | Freight | 15.69 | | | |
| | | Original Invoice total:$269.14 | | | | |
| | 11-21-06 | Submit to :STATE FARM | | | | |
| | 12-04-06 | Pymt :STATE FARM | | -269.14 | | |
| | | No invoice balance remaining | | | | |
| 8780766 | 12-19-06 | 6320 REUSABLE 1.5X2.5 4/PK | 187.50 | | | |
| | 12-19-06 | SKIN PREP 54/BX | 22.95 | | | |
| | 12-19-06 | BATTERY NIMH 8.4V | 38.50 | | | |
| | | Freight | 15.65 | | | |
| | | Original Invoice total:$264.60 | | | | |
| | 12-20-06 | Submit to :STATE FARM | | | | |
| | 01-02-07 | Pymt :STATE FARM | | -264.60 | | |
| | | No invoice balance remaining | | | | |
| 8866879 | 01-17-07 | 6320 REUSABLE 1.5X2.5 4/PK | 187.50 | | | |
| | 01-17-07 | SKIN PREP 54/BX | 22.95 | | | |
| | 01-17-07 | LEADWIRE BLK 100CM/40" | 43.00 | | | |
| | | Freight | 20.80 | | | |
| | | Original Invoice total:$274.25 | | | | |
| | 01-18-07 | Submit to :STATE FARM | | | | |
| | 05-01-07 | Pymt :STATE FARM | | -274.25 | | |
| | | No invoice balance remaining | | | | |
| 8974709 | 02-19-07 | 6320 REUSABLE 1.5X2.5 4/PK | 187.50 | | | |
| | 02-19-07 | SKIN PREP 54/BX | 22.95 | | | |
| | 02-19-07 | BATTERY NIMH 8.4V | 38.50 | | | |

**For billing inquiries please contact your medical billing representative:**

Julie Laplant
800/328-2536, extension 8594
**PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION**

**Balance Due
From Patient:**

**MAKE CHECKS PAYABLE TO:**

**Empi** 599 Cardigan Road
St. Paul, Minnesota 55126 USA

IF PAYING BY MASTERCARD, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.
CHECK CARD USING FOR PAYMENT
☐ MASTERCARD   ☐ DISCOVER   ☐ VISA   ☐ AmEx

CARD NUMBER                          SIGNATURE CODE *
SIGNATURE                            EXP. DATE
PRINT CARDHOLDER NAME

| STATEMENT DATE | ACCT. # | PAY THIS AMOUNT |
|---|---|---|
| 12-05-07 | 1167212 | 0.00 |

MC & DISCOVER & VISA -
Last 3 digits on Back of Card
AMERICAN EXPRESS -
Last 4 digits on Front of Card

SHOW AMOUNT PAID HERE $

Patient Name: **Soltis Audrey**
Primary Insurance: STATE FARM
Secondary Insurance: None on file
DUE UPON RECEIPT

**ADDRESSEE:**

Soltis Audrey
10741 30th St
Bowlus, MN 56314

**REMIT TO:**

Empi
PO Box 71519
Chicago, IL 60694-1519

☐ Please note insurance or address change on the reverse side.  **STATEMENT**  PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

Empi, Inc. - P.O. Box 71519 - Chicago, IL 60694-1519

| Account Number 1167212 | | Statement Date 12-05-07 | | Patient Name Soltis Audrey | | | |
|---|---|---|---|---|---|---|---|
| Invoice Number | Transaction Date | Description | Amount Billed | Payments/ Adjustments | Insurance Pending | Patient Responsibility | |
| | | Freight | 20.80 | | | | |
| | | Original Invoice total:$269.75 | | | | | |
| | 02-20-07 | Submit to :STATE FARM | | | | | |
| | 03-05-07 | Pymt :STATE FARM | | -269.75 | | | |
| | | No invoice balance remaining | | | | | |
| 9078970 | 03-21-07 | 6320 REUSABLE 1.5X2.5 4/PK | 250.00 | | | | |
| | 03-21-07 | SKIN PREP 54/BX | 22.95 | | | | |
| | | Freight | 20.80 | | | | |
| | | Original Invoice total:$293.75 | | | | | |
| | 03-22-07 | Submit to :STATE FARM | | | | | |
| | 04-02-07 | Pymt :STATE FARM | | -293.75 | | | |
| | | No invoice balance remaining | | | | | |
| 9422177 | 06-22-07 | 6320 REUSABLE 1.5X2.5 4/PK | 250.00 | | | | |
| | 06-22-07 | SKIN PREP 54/BX | 22.95 | | | | |
| | | Original Invoice total:$272.95 | | | | | |
| | 06-23-07 | Submit to :STATE FARM | | | | | |
| | 07-09-07 | Pymt :STATE FARM | | -272.95 | | | |
| | | No invoice balance remaining | | | | | |
| 9672808 | 08-25-07 | 6320 REUSABLE 1.5X2.5 4/PK | 250.00 | | | | |
| | 08-25-07 | SKIN PREP 54/BX | 22.95 | | | | |
| | | Original Invoice total:$272.95 | | | | | |
| | 08-26-07 | Submit to :STATE FARM | | | | | |
| | 09-10-07 | Pymt :STATE FARM | | -272.95 | | | |
| | | No invoice balance remaining | | | | | |

**For billing inquiries please contact your medical billing representative:**

Julie Laplant
800/328-2536, extension 8594
**PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION**

**Balance Due
From Patient:**

# Empi®

599 Cardigan Road
St. Paul, Minnesota 55126 USA

**MAKE CHECKS PAYABLE TO:**

**IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.**

CHECK CARD USING FOR PAYMENT

☐ MASTERCARD   ☐ DISCOVER   ☐ VISA   ☐ AmEx

| CARD NUMBER | | SIGNATURE CODE # |
|---|---|---|
| SIGNATURE | | EXP. DATE |
| PRINT CARDHOLDER NAME | | |

| STATEMENT DATE | ACCT. # | PAY THIS AMOUNT |
|---|---|---|
| 12-05-07 | 1167212 | 0.00 |

Patient Name:   Soltis Audrey
Primary Insurance:   STATE FARM
Secondary Insurance:   None on file
DUE UPON RECEIPT

**MC, DISCOVER & VISA -** Last 3 digits on Back of Card
**AMERICAN EXPRESS -** Last 4 digits on Front of Card

SHOW AMOUNT PAID HERE   $

**ADDRESSEE:**

Soltis Audrey
10741 30th St
Bowlus, MN 56314

**REMIT TO:**

Empi
PO Box 71519
Chicago, IL 60694-1519

☐ Please note insurance or address change on the reverse side.   **STATEMENT**   PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

Empi, Inc - P.O. Box 71519 - Chicago, IL  60694-1519

| Account Number | Statement Date | Patient Name |
|---|---|---|
| 1167212 | 12-05-07 | Soltis Audrey |

| Invoice Number | Transaction Date | Description | Amount Billed | Payments/ Adjustments | Insurance Pending | Patient Responsibility |
|---|---|---|---|---|---|---|
| | | | | | | |

**For billing inquiries please contact your medical billing representative:**

Julie Laplant
800/328-2536, extension 8594

**PLEASE SEE REVERSE SIDE FOR ADDITIONAL INFORMATION**

$   0.00

**Balance Due From Patient:**