# Exhibit 2



**GEOFFREY J. GEMPELER**
**TODD J. KENYON**
**ROBERT S. BUTWINICK**
**DONALD D. DONALDSON**

April 5, 2006

Sedgwick Claims Management Services, Inc
PO Box 105166
Atlanta, GA  30348

RE:    Your Insured: Circuit City
       Policy No: Please Advise
       Claim No: 20051135803
       Date of Loss: 11/19/2005
       Our Client: Audrey A. Soltis
       Our File No: 223894

Dear Sir or Madam:

Please be advised that Robert S. Butwinick represents Audrey A. Soltis relative to injuries sustained in a motor vehicle accident involving your insured on 11/19/2005.

Please forward copies of any statements or photographs you have relating to this matter. We also request that you forward a copy of the declarations sheet for the insurance relating to this matter, or in the alternative, pursuant to Minnesota Statutes §72A.201, Subd. 11, disclose the limits of available insurance. Please also advise us of any other policies that may cover this individual or loss.

If you have any questions, please feel free to contact this office.

Very truly,

Tanya Manske
Case Manager

tjm

Exhibit 3



# Sedgwick CMS

*Sedgwick Claims Management Services, Inc.*
*1117 Perimeter Center West, Suite 500E, Atlanta, GA 30338*
*Telephone 800-932-4464 ext.13071   Facsimile 770-901-3153*

RECEIVED MAY 18 2006

May 12, 2006

Gempeler, Kenyon, Butwinick & Donaldson
Attn: Tanya Manske
6975 Saukview Drive # 102
St. Cloud, MN 56303

| | |
|---|---|
| Claim Number: | 20051135803 |
| Date of Incident: | November 19, 2005 |
| Your Client: | Audrey A. Soltis |
| Our Client: | Circuit City |

Dear Ms. Manske:

Sedgwick CMS is the third party administrator that manages general liability claims on behalf of Circuit City. Please allow this letter to acknowledge your representation of the above noted client. Please provide the following information:

- Your Theory of liability
- The names address and telephone numbers of all medical providers and medical facilities where your client treated.
- Copies of all medical bills and reports in your possession to date.
- Please advise as to when we can obtain a recorded statement from your client.
- Your demand.
- Your clients Social Security Number and Date of Birth.

Please note that this matter is currently under investigation. If you should have any additional question or comments regarding this matter, you can contact me at 1-800-932-4464 ext. 13071, Monday thru Friday, 9:00 a.m. to 5:00 p.m. so that we can discuss this matter.

Sincerely,

*Melisha Grogan*

Melisha Grogan
Claims Examiner III

# Exhibit 4



**GEMPELER • BUTWINICK • DONALDSON**

March 2, 2009

via fax (651) 602-1771

Sedgwick Claims Management Services, Inc
PO Box 14432
Lexington, KY  40512

RE:   Your Insured:  Circuit City
      Claim No:  20051135803
      Date of Loss:  11/19/2005
      Our Client:  Audrey A. Soltis
      Our File No:  223894

Dear Debbie:

We received your letter dated February 25, 2009.  However neither our client or our office ever received formal notice of the bankruptcy.  On January 30, 2009, we received a call from your office indicating that as a result of Circuit City filing bankruptcy that there will be no payments until further notice from the cooperation.  There was also some reference made by your office that our client, Ms. Soltis, received a notice regarding the bankruptcy.  Ms. Soltis indicated that she never received such a notice and neither has our office.  On February 2, 2009 we requested that a copy of this notice be forwarded to us.  To date, we have still not received a copy of this notice.

We are again requesting that this notice be sent to us promptly.  We are also requesting that you identify any individual or office with whom we should contact regarding this claim.  Finally, please advise us if the identify of pending automobile claims, such as Ms. Soltis', were provided to the appropriate parties overseeing the bankruptcy.

Very truly,

Robert S. Butwinick
Attorney at Law

RSB:tjm

**ACTION LAWYERS**
GEMPELER • BUTWINICK • DONALDSON

REPLY TO: ST. CLOUD OFFICE  325 33rd Avenue North  •  Suite 104  •  St. Cloud, Minnesota 56303  •  P 320.251.3000  F 320.259.4748
MINNEAPOLIS OFFICE  50 South 6th Street  •  Suite 965  •  Minneapolis, Minnesota 55402  •  P 612.333.2343  F 612.238.3811
www.ActionLawyers.com

# Exhibit 5



# Sedgwick CMS

Sedgwick Claims Management Services, Inc.
P O Box 14423  Lexington, KY  40512-4423

Toll Free 866-856-4805 ext. 63316 / Fax 901-566-3415

May 26, 2009

Robert S. Butwinick, Attorney at Law
Gempeler Butwinick Donaldson
325 33rd Avenue North – Suite 204
St. Cloud, MN  56303

| | |
|---|---|
| OUR FILE NO | 20051135803-0002 |
| OUR CLIENT | Circuit City |
| DATE OF LOSS | 11 19 05 |
| Your Client: | Audrey A. Soltis |
| Your File No: | 223894 |

Dear Mr. Butwinick:

This letter will acknowledge your letter of May 19, 2009, received in our office today. Please note that our client, Circuit City, filed Chapter 11 Bankruptcy on November 10, 2008, and that has 'stayed' all of their files. You can find additional information on their bankruptcy @:

kccllc.net\circuitcity

Their bankruptcy counsel is McGuireWoods – Daniel Blanks, 101 West Main St - #9000, Norfolk, VA  23510-1655 (757-640-3774).

Sincerely,

*Debbie Gauldin*

Debbie Gauldin
Claims Examiner



**BUTWINICK DONALDSON**
*THE ACTION LAWYERS*

April 4, 2011

Clerk of Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street
Room 4000
Richmond, VA 23219

RE:   Date of Loss: 11/19/2005
      Case No: 08-35653-KRH
      Our Client: Audrey A. Soltis
      Our File No: 223894

Dear Clerk of Bankruptcy Court:

Enclosed and served upon you by United States Mail, please find the Response to Claim Objection.

Very truly,

Robert S. Butwinick
Attorney at Law

tjm

Enclosures

cc:   Jeffrey N. Pomerantz, Esq.
      Lynn L. Tavenner, Esq.