Louis C. Jones III
17 Spring Harbor
Aliso Viejo, Ca. 92656
949-448-0436
April 2, 2011



Response to: Eleventh Omnibus Objection to Claims : Reclassify to General Unsecured Claims

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division


Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, Virginia 23219


Debtors: Circuit City Stores, Inc.
    et al.
Case Number: 08-35653 (KRH)    Chapter 11    Jointly Administered

Debtors Eleventh Omnibus Objection to Claims : Reclassify to General Unsecured Claims

Claimant: Louis C. Jones III
    17 Spring Harbor
    Aliso Viejo, Ca. 92656
Claim Number: 10648
Asserted Claim Amount: $15,000.00

Basis of Claim: Target long term incentive award from Circuit City Stores Inc. issued on January 1, 2008 in
    the amount of $15,000.00. See attached compensation letter and description.


Statement:
The Proof of Claim form was completed on January 25, 2009 in the amount of $15,000.00 for a long term incentive cash award. This was a Retention Bonus Award from Circuit City Stores, Inc. The claim was filed in good faith with every intention of participating in the claim process to recover my award. The required Proof of Claim Form was Express Mailed (overnight service) on January 27, 2009 from Newport Beach Ca. 92656 at 2:10pm. The receipt number for this mailing is EH157794190US (see attached). The information was sent to Kurtzman and Carson Consultants in El Segundo, Ca. 90245. The forms and package were processed with every good intention of participating in the claim process with the purpose of a fair resolution and payment of the claim process. I have endured the loss of my job with a company I dedicated myself to for 15 years. The Court should allow my Claim to be processed as a Priority Claim as it involves Compensation and Wages that should not be re-classified as a General Unsecured Claim. I have previously sent a copy of my award letter dated January 2008 indicating my award amount and listed the terms of the agreement, which indicated any "Change of Control" would entitle me to a full payout of my award amount of $15,000. I stayed employed until the last day the

NO COPY PROVIDED FOR RETURN    NO RETURN ENVELOPE PROVIDED

Company had store opened for business. I received my last pay check approximately 2 weeks after the close date in March 2009.
I would ask the court to allow my claim to continue and that the objection to my claim is over ruled so it can proceed to a fair and timely resolution.


Louis C. Jones III
17 Spring Harbor
Aliso Viejo, Ca. 92656
949-448-0436   Home
714-308-9030   Cell
louisjonesca@sbcglobal.net




Louis C. Jones III

January 4, 2008

Louis Jones Iii
17 Spring Harbor
Aliso Viejo, CA 92656

Dear Louis:

Circuit City Stores, Inc. (the "Company") would like to support key associates through a cash award program that provides an incentive to work for the Company's long-term success. Accordingly, I am pleased to inform you that, effective January 1, 2008, you have been awarded the following long-term cash award, which will be payable upon vesting:

> Long-Term Cash Award:  $15,000

Your award is subject to the conditions set forth in this letter and to your signing and faxing this letter as instructed further below.

This long-term incentive is a three-year program, with vesting at the end of each of the first, second, and third years. If you remain continuously employed by the Company in a full-time active position from January 1, 2008 through and including:

- January 1, 2009, you will be 33.3% vested in your award and entitled to an initial cash payment equal to 33.3% of your total long-term cash award;

- January 1, 2010, you will be 66.6% vested in your award and entitled to a second cash payment equal to 33.3% of your total long-term cash award;

- January 1, 2011, you will be 100% vested in your award and entitled to a third cash payment equal to 33.4% of your total long-term cash award.

The portion of your award that vests will be paid out following the end of the corresponding vesting period. The vesting of all or part of your award is a taxable event. Accordingly, upon distribution of each payment, the Company will withhold applicable federal, state, and local taxes from this payment.

If your active employment with the Company is terminated <u>for any reason</u> on or before a vesting date, or if you move to a part-time position on or before the vesting date, then the portion of your award that has not yet vested will be forfeited immediately upon the termination of your employment or upon your change to part-time status.

If you remain continuously employed in a full-time active position with the Company through and including the date on which a "Change of Control" of the Company occurs, then any portion of your award that has not yet vested will vest as of such Change of Control date. For this purpose, "Change of Control" has the meaning set forth in the

Circuit City Stores, Inc. 2003 Stock Incentive Plan, as amended and restated, effective December 14, 2006, and that definition is incorporated by reference into, and made a part of, this letter. Generally, a Change of Control will be deemed to occur upon any of the following events: (i) the acquisition by any person or entity of 35% or more of either the Company's outstanding shares or the combined voting power of the then outstanding securities of the Company entitled to vote generally in the election of directors (but excluding certain acquisitions involving the Company or an affiliate, or by any benefit plan sponsored by the Company); (ii) the incumbent members of the Board of Directors of the Company (including any future directors whose election is approved by a majority of the incumbent members) cease to constitute a majority of the Board of Directors; (iii) the consummation of a reorganization, merger or consolidation of the Company or sale or other disposition of all or substantially all of the assets of the Company (with certain exceptions, as described in the 2003 Stock Incentive Plan); or (iv) the consummation of a plan of complete liquidation, dissolution, or sale of substantially all the assets of the Company.

Nothing in this letter confers any right to continued employment with the Company or affects the Company's right to terminate your employment at any time, with or without notice, and with or without cause.

You may not sell, give away or otherwise transfer your right to the award granted hereunder.

In order for your award to become effective, you must accept it by signing this letter and by faxing the entire letter as soon as possible, but in no event later than February 1, 2008, to **757-299-8412**. Your signature will also constitute your agreement to the terms and conditions contained in this letter.

With this award, we express our confidence in your ability to help shape a Circuit City that will benefit our associates, our customers, and our shareholders for years to come.

Sincerely,

Eric A. Jonas, Jr.
Senior Vice President
Human Resources

ACCEPTED:

_____
Associate Signature

Louis C. Jones III
Printed Name

Jan. 12, 2008
Date



# Your Total Direct Compensation

### About You:

| Name | Louis Jones Iii |
|---|---|
| Employee ID | 10029675 |
| Department | Brea SS |
| Statement Date | January 1, 2008 |

### About Your Compensation:

|  | Compensation as of 1/1/2008 |
|---|---|
| Job Title | Store Director |
|  |  |
| Base Pay | $83,839 |
| Annual Incentive Target Dollars ($) | $20,000 |
| Target Annual Total Cash Comp | $103,839 |
| Target Long-Term Incentive (LTI) Award* | $15,000 |
| Target Total Direct Compensation | $118,839 |

* **Note:** Details regarding the 1/1/2008 LTI grant are in the award letter contained in this package.



Declaration of Donna L. Jones
April 2, 2011

United States Bankruptcy Court
Eastern Division of Virginia
Richmond Division

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street   Room 4000
Richmond Virginia, 23219

Debtor:  Circuit City Stores Inc.
Case Number: 08-35653   (KRH)
Re: Opposition to Debtors Eleventh Omnibus Objection to Claims: Reclassify to General Unsecured Claims
Claim Number: 10648
Claimant: Louis C. Jones III


On Sunday January 25, 2009 I witnessed my husband, Louis C. Jones III complete the required form for Proof of Claim against Circuit City Stores Inc. (Form Id 5014125 Pack Id 386511).The basis for the claim was for a Long Term Incentive Package from Circuit City Stores that vested on January 1, 2009. The amount of the claim was $15,000.00. On Sunday January 26, 2009 he took the forms to work to consult with fellow associates on completing the forms.
I mailed the forms and the supporting documents on Tuesday January 27, 2009 via Express Mail from the USPS. The receipt number is EH157794190US and was mailed from Newport Beach, Ca. at 2:10PM. The package was processed through the sort facility in Santa Ana, Ca. at 5:02pm on January 27, 2009. The claim is for a Long Term Cash Award issued to Louis C. Jones III in January 2008. The value of the package is $15,000. The award was based on continued service with Circuit City and was to be vested on January 1, 2009. In the event of a Change in Control of the Company the award would automatically vest in full. The Award should be treated as Compensation and Wages and be treated as a priority Claim.
We processed the required paperwork in good faith with the express intent to participate in the claim process. I believe we should be entitled to have the claim processed through the courts as a Priority Claim and have the objection to the claim overruled.

Thank You

*Donna Jones*
Donna L. Jones

**Notice Addresses**

All responses regarding this claim should be directed to :

Louis C. Jones III
17 Spring Harbor
Aliso Viejo, Ca. 92656

949-448-0436
714-308-9030

louisjonesca@sbcglobal.net