IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF IMCC SUNLAND, L.L.C.'S MOTION TO COMPEL LIQUIDATING TRUST TO (I) COMPLY WITH CERTAIN TERMS OF THE SECOND AMENDED JOINT PLAN OF LIQUIDATION OF CIRCUIT CITY STORES, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION AND ITS OFFICIAL COMMITTEE OF CREDITORS HOLDING GENERAL UNSECURED CLAIMS, AND (II) RECOGNIZE AND EFFECTUATE TRANSFERS OF CLAIMS OTHER THAN FOR SECURITY AND MEMORANDUM IN SUPPORT THEREOF**

**PLEASE TAKE NOTICE** that IMCC Sunland, L.L.C. ("IMCC Sunland") hereby withdraws its *Motion to Compel Liquidating Trust to (I) Comply with Certain Terms of the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims, and (II) Recognize and Effectuate Transfers of Claims Other than for Security and Memorandum in Support Thereof* filed at docket no. 10142.

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

Counsel for IMCC Sunland, L.L.C.

Dated: April 8, 2011　　　　　　　　　　　CHRISTIAN & BARTON, LLP

　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer M. McLemore
　　　　　　　　　　　　　　　　　　　　　Augustus C. Epps, Jr., Esquire (VSB No. 13254)
　　　　　　　　　　　　　　　　　　　　　Michael D. Mueller, Esquire (VSB No. 38216)
　　　　　　　　　　　　　　　　　　　　　Jennifer M. McLemore, Esquire (VSB No. 47164)
　　　　　　　　　　　　　　　　　　　　　909 East Main Street, Suite 1200
　　　　　　　　　　　　　　　　　　　　　Richmond, VA 23219
　　　　　　　　　　　　　　　　　　　　　Telephone 804-697-4100
　　　　　　　　　　　　　　　　　　　　　Facsimile: 804-697-4112

　　　　　　　　　　　　　　　　　　　　　*Counsel for IMCC Sunland, L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of April, 2011, I caused a copy of the foregoing *Notice of Withdrawal of Motion to Compel Liquidating Trust to (I) Comply with Certain Terms of the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims, and (II) Recognize and Effectuate Transfers of Claims Other than for Security and Memorandum in Support Thereof* to be served electronically by the ECF filing system and sent regular United States mail to the following:

　　Circuit City Stores, Inc.
　　Claims Processing Department
　　Kurtzman Carson Consultants LLC
　　2335 Alaska Avenue
　　El Segundo, CA 90245

　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer M. McLemore
　　　　　　　　　　　　　　　　　　　　　Jennifer M. McLemore

11435560

2