HODGSON RUSS LLP
James C. Thoman, Esquire
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone: (716) 856-4000
*Attorneys for CC Properties LLC and*
*CC Acquisitions LLC*

and

CHRISTIAN & BARTON, LLP
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:  (804) 697-4100
*Local Counsel for CC Properties LLC and*
*CC Acquisitions LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et al</u>.[1], | Case No. 08-35653 Jointly Administered |
| Debtors. | |

**MOTION FOR AN ORDER ADMITTING JAMES C. THOMAN,**
*PRO HAC VICE,* **PURSUANT TO LOCAL RULE 2090-1(E)(2)**

Jennifer M. McLemore, (the "Movant"), moves this Court to enter an order authorizing

James C. Thoman of Hodgson Russ LLP, Buffalo, New York ("Mr. Thoman") to appear *pro hac*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233

- 2 -

*vice* in the above-captioned case presently pending before the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Case") to represent the interests of several creditors in the Bankruptcy Case. In support of this Motion, Movant states as follows:

1. I am a member in good standing of the bars of, and admitted to practice in, the Commonwealth of Virginia, the United States District Court and Bankruptcy Court for the Eastern District of Virginia, the Bankruptcy Court for the Western District of Virginia and the United States Fourth Circuit Court of Appeals.

2. I am an Associate with the law firm of Christian & Barton LLP, which maintains an office for the practice of law within the Eastern District of Virginia at 909 East Main Street, Suite 1200, Richmond, VA 23219.

3. Movant requests that this Court authorize Mr. Thoman to file pleadings, to appear and be heard at hearings, and otherwise to participate in the Bankruptcy Case and any related adversary proceedings.

4. Movant and her law firm shall serve as co-counsel with Mr. Thoman.

5. Mr. Thoman's Application to Qualify as a foreign attorney under Local Bankruptcy Rule 2090-1(E)(2) is appended to and incorporated by reference into this Motion.

6. Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

7. Movant certifies that he has read or reread (1) the Federal Rules of Civil Procedure (FRCP), (2) the Federal Rules of Evidence, (3) the Federal Rules of Bankruptcy Procedure (FRBP), and (4) the Local Bankruptcy Rules of this Court within 90 days prior to the application.

## **NO PRIOR REQUEST**

8. No prior request for the relief sought herein has been made to this Court in these bankruptcy cases or to any other court.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order authorizing James C. Thoman to appear *pro hac vice* in the Bankruptcy Case and all related adversary proceedings and granting Movant such other and further relief as is just.

Dated: April 8, 2011                                       **CHRISTIAN & BARTON, LLP**

/s/ Jennifer M. McLemore
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB no. 47164)
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112
*Local Counsel for CC Acquisitions, L.P.*

—and—

HODGSON RUSS LLP
James C. Thoman, Esquire
140 Pearl Street, Suite 100
Buffalo, New York  14202
Telephone: (716) 856-4000
*Attorneys for CC Acquisitions, L.P.*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 7th day of April, 2011, a true and correct copy of the foregoing Motion for Admission pro hac vice of James C. Thoman has been served in the method established in the Case Management/Electronic Case Files (CM/ECF) Policy Statement to all parties designated to receive electronic service including Counsel for the Debtor and the Office of the U.S. Trustee, and to the parties listed below via first-class, postage prepaid U.S. Mail on this 8th day of April, 2011:

> W. Clarkson McDow, Jr.
> Office of the U. S. Trustee
> 701 E. Broad St., Suite 4304
> Richmond, Virginia 23219
>
> Lynn L. Tavenner, Esquire
> Paula S. Beran, Esquire
> TAVENNER & BERAN, PLC
> 20 North Eighth Street, 2nd Floor
> Richmond, Virginia 23219
>
> Jeffrey N. Pomerantz, Esquire
> Andrew W. Caine, Esquire
> PACHULSKI STANG ZIEHL & JONES LLP
> 10100 Santa Monica Boulevard
> Los Angeles, California 90067-4100
>
> Robert J. Feinstein, Esquire
> John A. Morris, Esquire
> PACHULSKI STANG ZIEHL & JONES LLP
> 780 Third Avenue, 36th Floor
> New York, New York 10017

        /s/ Jennifer M. McLemore
        Jennifer M. McLemore

1143569

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: __08-35663__ ,* Case Name __Circuit City Stores, Inc.__

PERSONAL STATEMENT

FULL NAME (no initials, please) __James Carlton Thoman__
Bar Identification Number __4135612__ State __New York__
Firm Name __Hodgson Russ LLP__
Firm Phone # __(716) 856-4000__ Direct Dial # __(716) 848-1361__ FAX # __(716) 849-0349__
E-Mail Address __jthoman@hodgsonruss.com__
Office Mailing Address __140 Pearl Street, Suite 100, Buffalo, NY 14202__
Name(s) of federal court(s) in which I have been admitted __U.S. District & Bankruptcy Courts for the Northern, Southern, Eastern and Western Districts of New York.__
I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    __April 8, 2011__
               (Date)

__Jennifer M. McLemore__
(Typed or Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Court Use Only:

The motion for admission is GRANTED _____ *or* DENIED _____

(Judge's Signature)    (Date)

Ver. 11/05/09 [effective 12/01/09]