UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et. al. | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Parker Central Plaza, Ltd. ("Parker Central") a creditor herein, appears in these cases by their undersigned counsel, pursuant to Federal Rules of Bankruptcy Procedure 9010(b) and 2002(g), and Section 1109(b) of the Bankruptcy Code, and this Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures docketed November 13, 2008 (the "Procedures Order"), and request that all notices given or required to be given in this case and all papers served or required to be served on the 2002 List be served on their counsel as follows:

| | |
|---|---|
| _____ | _____ |
| Augustus C. Epps, Jr., Esquire (VSB No. 13254) | Keith A. Langley, Esquire (TX Bar No. 11919500) |
| Michael D. Mueller, Esquire (VSB No. 38216) | Rudy A. Dominguez, Esquire (TX Bar No. 24059689) |
| Jennifer M. McLemore, Esquire (VSB No. 47164) | LANGLEY WEINSTEIN LLP |
| CHRISTIAN & BARTON, LLP | 901 Main Street, Suite 600 |
| 909 East Main Street, Suite 1200 | Dallas, Texas 75202 |
| Richmond, Virginia 23219 | Telephone: (214) 722-7184 |
| Telephone: (804) 697-4100 | Facsimile: (214) 722-7161 |
| Facsimile: (804) 697-4112 | |
| | |
| Counsel for Parker Central Plaza, Ltd. | Counsel for Parker Central Plaza, Ltd. |

Augustus C. Epps, Jr., Esquire
Michael D. Mueller, Esquire
Jennifer M. McLemore, Esquire
Christian & Barton, LLP
909 E. Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4129
Facsimile: (804) 697-6129
aepps@cblaw.com
mmueller@cblaw.com
jmclemore@cblaw.com

and

Keith A. Langley, Esquire
Rudy A. Dominguez, Esquire
LANGLEY WEINSTEIN LLP
901 Main Street, Suite 600
Dallas, Texas 75202
Telephone: 214.722.7184
Facsimile: (214) 722.7161
klangley@lwllp.com
rdominguez@lwllp.com

PLEASE TAKE FURTHER NOTICE that Parker Central hereby requests that it be included on all limited notice or service lists authorized by the Court in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleadings, claim, or suit is not intended nor shall be deemed to waive Parker Central's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii)

right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Parker Central is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Date: April 8, 2011

/s/ Jennifer M. McLemore.
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Christian & Barton, LLP
909 E. Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-6112

and

Keith A. Langley, Esquire (TX Bar No. 11919500)
Rudy A. Dominguez, Esquire (TX Bar No. 24059689)
LANGLEY WEINSTEIN LLP
901 Main Street, Suite 600
Dallas, Texas 75202
Telephone: (214) 722-7184
Facsimile: (214) 722-7161
Email: klangley@lwllp.com
Email: rdominguez@lwllp.com

Counsel for Parker Central Plaza, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 201, I caused a copy of the foregoing to be served electronically through the ECF system.

/s/ Jennifer M. McLemore
Jennifer M. McLemore

1143566