# EXHIBIT A

NEW YORK CITY DEPARTMENT OF FINANCE
BANKRUPTCY & ASSIGNMENT UNIT
345 ADAMS STREET, 5TH FLOOR
BROOKLYN, NY  11201

Circuit City Stores, Inc. et al.                          Date: August 7,  2009
C/O Skadden, Arps, Slate, Meagher &
Flom, LLP.
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636            Requested By: Nahed Iskander
                                           Tel. No : (718) 403-4187
                                           Request # 1
Attn:  Gregg M. Galardi, Esq.
       Ian S. Fredericks, Esq.
       Counsel to the  Debtors and Debtor in Possession

-----------------------------------------------------------------------

## INFORMATION DOCUMENT REQUEST

Circuit City Stores Inc. et al
Case #  08-35653    EIN: 54-0493875

Proof of Claim - General Corporation Tax  -  Periods  1/1/05 – 11/10/08    $ 220,000.00
Proof of Claim - Commercial Rent Tax - Periods   6/1/92 – 5/31/96    $ 110,000.00
                 Commercial Rent Tax  - Periods  6/1/96 – 11/10/08   $ 385,000.00

Administrative Claim -  General Corporation Tax   11/11/08 – 4/30/09   $18,334.00
Administrative Claim -  Commercial Rent Tax       11/11/08 – 4/30/09   $ 10,694.00

## GENERAL CORPORATION TAX
   - Copies of  NYC-3L and Federal Form -1120 including supporting schedules for
     for 2008 and 2009.

## COMMERCIAL RENT TAX
   - Copy of all NYC leases  (only the pages referring to the terms of the lease &
     effective date) for the periods listed above.

-----------------------------------------------------------------------

Please respond as soon as possible the hearing is scheduled for August 27, 2009

# EXHIBIT B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE

P O BOX 636

WILMINGTON, DELAWARE 19899-0636

TEL (302) 651 3000

FAX (302) 651 3001

www.skadden.com

DIRECT DIAL
(302) 651-3023
DIRECT FAX
(302) 434-3023
E-MAIL ADDRESS
JASON.LIBERI@SKADDEN.COM

FIRM/AFFILIATE OFFICES

BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SAO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

February 8, 2010

**BY OVERNIGHT MAIL AND E-MAIL**

Gabriela P. Cacuci, Esq.
Tax and Bankruptcy Litigation Division
New York City Law Department
100 Church Street, Room 5-223
New York, New York 10007
gcacuci@law.nyc.gov

RE:    In re Circuit City Stores, Inc., Case No. 08-35653-KRH

Dear Gabriela:

Please find enclosed herewith two discs containing images of confidential documents Bates-numbered CC NY DoF 00000001 – NY DoF 00001982. Certain of the documents are subject to various confidentiality provisions. Therefore, the documents are being produced to the City of New York Department of Finance on an attorneys-eyes-only basis until and unless the parties agree to some other form of confidentiality agreement. I will be happy to discuss such an agreement with you at your convenience.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

Jason M. Liberi

Enclosures

# EXHIBIT C

| Period | Principal | Interest | Total | |
|---|---|---|---|---|
| | | | Case # 08-35653 | 1 OF 1 |
| | Circuit City Stores Inc. et al | | Chapter 11 | |
| | Commercial Rent Tax | | | |
| 6/1/92 - 5/31/93 | $21,700.00 | $53,159.00 | $74,860.00 | |
| 6/1/93 - 5/31/94 | $21,700.00 | $48,112.00 | $69,813.00 | |
| 6/1/94 - 5/31/95 | $16,575.00 | $32,202.00 | $48,777.00 | |
| 6/1/95 - 5/31/96 | $21,700.00 | $36,769.00 | $58,469.00 | |
| 6/1/96 - 5/31/97 | $43,682.00 | $63,930.00 | $107,612.00 | |
| 6/1/97 - 5/31/98 | $60,502.00 | $75,962.00 | $136,464.00 | |
| 6/1/98 - 5/31/99 | $69,210.00 | $75,282.00 | $144,492.00 | |
| 6/1/99 - 5/31/00 | $115,223.00 | $106,371.00 | $221,594.00 | |
| 6/1/00 - 5/31/01 | $129,849.00 | $98,919.00 | $228,769.00 | |
| 6/1/04 - 5/31/05 | $2,979.00 | $1,068.00 | $4,047.00 | |
| 6/1/05 - 5/31/06 | $17,326.00 | $4,300.00 | $21,626.00 | |
| 6/1/06 - 5/31/07 | $51,781.00 | $6,717.00 | $58,498.00 | |
| 6/1/07 - 5/31/08 | ($5,690.00) | $0.00 | ($5,690.00) | |
| 6/1/08 - 4/30/09 | $28,398.00 | $0.00 | $28,398.00 | |
| TOTAL | $594,935.00 | $802,791.00 | $1,197,729.00 | |

For years 2001 - 2003 ( 6/1 01 - 5/31/04) will be accepted as filed per CRT audit

Interest calculated to petition
date 11/10/08

THE NEW YORK CITY DEPARTMENT OF FINANCE
COMMERCIAL RENT TAX

**Commercial Rent Computation**
CIRCUIT CITY STORES INC. ET AL
CHAPTER 11 - 11/10/08
CASE # 08-35653
EIN: 54-0493875

| Period / Description | Ref | 1992 5/31/1993 | 1993 5/31/1994 | 1994 5/31/1995 | 1995 5/31/1996 | 1996 5/31/1997 | 1997 5/31/1998 | 1998 5/31/1999 | 1999 5/31/2000 | 2000 5/31/2001 | Total Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Rent Per Return | | 516,674 | 516,674 | 516,674 | 516,674 | 516,674 | 1,606,383 | 977,812 | 2,890,144 | 3,044,427 | 11,192,116 |
| Monthly Rent | | 43,056 | 43,056 | 43,056 | 43,056 | 43,056 | 133,865 | 81,484 | 240,845 | 253,702 | 935,578 |
| **RENT PAID BY TAXPAYER** | | | | | | | | | | | |
| June | | 43,056 | 43,056 | 43,056 | 43,056 | 43,056 | 133,865 | 81,484 | 240,845 | 253,702 | 925,178 |
| July | | 43,056 | 43,056 | 43,056 | 43,056 | 43,056 | 133,865 | 81,484 | 240,845 | 253,702 | 925,178 |
| August | | 43,056 | 43,056 | 43,056 | 43,056 | 43,056 | 133,865 | 81,484 | 240,845 | 253,702 | 925,178 |
| September | | 43,056 | 43,056 | 43,056 | 43,056 | 43,056 | 133,865 | 81,484 | 240,845 | 253,702 | 925,178 |
| October | | 43,056 | 43,056 | 43,056 | 43,056 | 43,056 | 133,865 | 81,484 | 240,845 | 253,702 | 925,178 |
| November | | 43,056 | 43,056 | 43,056 | 43,056 | 43,056 | 133,865 | 81,484 | 240,845 | 253,702 | 925,178 |
| December | | 43,056 | 43,056 | 43,056 | 43,056 | 43,056 | 133,865 | 81,484 | 240,845 | 253,702 | 925,178 |
| January | | 43,056 | 43,056 | 43,056 | 43,056 | 43,056 | 133,865 | 81,484 | 240,845 | 253,702 | 925,178 |
| February | | 43,056 | 43,056 | 43,056 | 43,056 | 43,056 | 133,865 | 81,484 | 240,845 | 253,702 | 925,178 |
| March | | 43,056 | 43,056 | 43,056 | 43,056 | 133,885 | 81,484 | 240,845 | 253,702 | 310,710 | 1,192,831 |
| April | | 43,056 | 43,056 | 43,056 | 43,056 | 133,885 | 81,484 | 240,845 | 253,702 | 310,710 | 1,192,831 |
| May | | 43,056 | 43,056 | 43,056 | 43,056 | 133,885 | 81,484 | 240,845 | 253,702 | 310,710 | 1,192,831 |
| Gross Rent | | 516,673 | 516,673 | 516,674 | 516,673 | 970,719 | 1,344,478 | 1,774,617 | 2,954,429 | 3,329,466 | 12,440,405 |
| Less: Subtenant | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Subtotal | | 516,673 | 516,673 | 516,674 | 516,673 | 970,719 | 1,344,478 | 1,774,617 | 2,954,429 | 3,329,466 | 12,440,405 |
| Special Reduction @ 25-35 | | 155,002 | 155,002 | 155,002 | 155,002 | 242,680 | 336,120 | 621,116 | 1,024,050 | 1,165,313 | 4,019,295 |
| Taxable Rent | | 361,671 | 361,671 | 361,672 | 361,671 | 728,040 | 1,008,359 | 1,153,501 | 1,930,379 | 2,164,153 | 8,421,116 |
| Tax @ 6% | | 21,700 | 21,700 | 21,700 | 21,700 | 43,682 | 60,502 | 69,210 | 115,223 | 129,849 | 505,267 |
| Less: Tax Paid | | 21,700 | 21,700 | 16,575 | 21,700 | 0 | 0 | 0 | 0 | 0 | |
| Balance Due | | 0 | 0 | 5,125 | 0 | 43,682 | 60,502 | 69,210 | 115,223 | 129,849 | 595,267 |
| Penalty | | | | | | | | | | | |
| Interest to 11/10/08 | | 53,159 | 48,112 | 32,202 | 38,789 | 63,930 | 75,962 | 75,282 | 106,371 | 98,919 | 590,796 |
| Total Due | | 74,860 | 69,813 | 48,777 | 58,469 | 107,612 | 136,464 | 144,492 | 221,594 | 228,769 | 1,090,848 |

Note(s)
( 1 )

FOR YEARS 2001-2005 (6/1/01 - 5/31/04) WILL BE ACCEPTED AS FILED PER CRT AUDIT

THE NEW YORK CITY DEPARTMENT OF FINANCE
COMMERCIAL RENT TAX

**Commercial Rent Computation**
CIRCUIT CITY STORES INC ET AL
CHAPTER 11 - 11/10/08
CASE # 08-35653
EIN: 54-0493875

| Period Description | Ref | 2004 5/1/2005 | 2005 5/1/2006 | 2006 5/1/2007 | 2007 5/1/2008 | 2008 4/30/2009 | | | | | Total Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Rent Per Return | | 6,206,027 | 6,484,903 | 7,154,916 | 9,425,966 | 9,584,272 | | | | | |
| Monthly Rent | | 517,169 | 540,375 | 597,076 | 785,497 | 798,689 | | | | | |
| **RENT PAID BY TAXPAYER** | | | | | | | | | | | |
| June | | 517,169 | 540,375 | 597,076 | 785,497 | 798,689 | 0 | 0 | 0 | 0 | 3,238,807 |
| July | | 517,169 | 540,375 | 597,076 | 785,497 | 798,689 | 0 | 0 | 0 | 0 | 3,238,807 |
| August | | 517,169 | 540,375 | 597,076 | 785,497 | 798,689 | 0 | 0 | 0 | 0 | 3,238,807 |
| September | | 517,169 | 540,375 | 597,076 | 785,497 | 798,689 | 0 | 0 | 0 | 0 | 3,238,807 |
| October | | 517,169 | 540,375 | 597,076 | 785,497 | 798,689 | 0 | 0 | 0 | 0 | 3,238,807 |
| November | | 517,169 | 540,375 | 597,076 | 785,497 | 798,689 | 0 | 0 | 0 | 0 | 3,238,807 |
| December | | 517,169 | 540,375 | 597,076 | 785,497 | 798,689 | 0 | 0 | 0 | 0 | 3,238,807 |
| January | | 517,169 | 540,375 | 597,076 | 785,497 | 798,689 | 0 | 0 | 0 | 0 | 3,238,807 |
| February | | 540,375 | 597,076 | 785,497 | 798,689 | 575,563 | 0 | 0 | 0 | 0 | 3,297,201 |
| March | | 540,375 | 597,076 | 785,497 | 798,689 | 575,563 | 0 | 0 | 0 | 0 | 3,297,201 |
| April | | 540,375 | 597,076 | 785,497 | 798,689 | 575,563 | 0 | 0 | 0 | 0 | 3,297,201 |
| May | | 540,375 | 597,076 | 785,497 | 798,689 | 0 | 0 | 0 | 0 | 0 | 2,721,638 |
| Subtotal | | 6,322,057 | 6,768,008 | 8,107,020 | 9,491,927 | 7,893,077 | 0 | 0 | 0 | 0 | 38,582,089 |
| Subtenant | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | | 6,322,057 | 6,788,008 | 8,107,020 | 9,491,927 | 7,893,077 | 0 | 0 | 0 | 0 | |
| Taxable Rent | | 4,109,337 | 4,399,205 | 5,269,563 | 6,169,752 | 5,130,500 | 0 | 0 | 0 | 0 | 25,078,359 |
| Special Reduction @ 35 | | 2,212,720 | 2,368,803 | 2,837,457 | 3,322,174 | 2,762,577 | 0 | 0 | 0 | 0 | 38,582,089 |
| Tax @ 6% | | 245,560 | 283,952 | 316,174 | 370,185 | 307,830 | 0 | 0 | 0 | 0 | 1,594,702 |
| Less: Tax Paid | | 243,581 | 246,626 | 264,393 | 373,875 | 279,432 | 0 | 0 | 0 | 0 | 1,494,907 |
| Balance Due | | 2,979 | 17,326 | 51,781 | (5,690) | 28,398 | 0 | 0 | 0 | 0 | 48,795 |
| Penalty | | | | | | | | | | | |
| Interest to 11/10/08 | | 1,068 | 4,300 | 8,717 | - | - | 0 | 0 | 0 | 0 | 12,084 |
| Bal Due | | 4,047 | 21,626 | 58,498 | (5,690) | 28,398 | 0 | 0 | 0 | 0 | 196,879 |

# EXHIBIT D

# DEPARTMENT OF FINANCE
## PASS SYSTEM
## AUDIT CASE SUMMARY REPORT

| COMPANY NAME | EIN/SSN | ACCOUNT ID | FORM NAME | CASE # | TAX TYPE | EXPIRATION DATE |
|---|---|---|---|---|---|---|
| CIRCUIT CITY STORES, INC. | 540668710 | 9201992 | NYC-CPA | 0108159233 | CRT | 06/27/2005 |

Mr. Scott Ash, Property Tax Supervisor
9950 MAYLAND DRIVE

UNIT:                                                          MOD MAILED DATE
CASE OUTCOME:    Consent & Waive    REFUND REDUCED:              12/3/2004
                                                                INITIALS

POWER OF ATTORNEY
PRICEWATERHOUSECOOPERS        TAXPAYER AGREEMENT STATUS:  Agreed    REFUND/OVERPAYMENT APPLIED:    $0.00    PRIOR HOURS:    42.00    TOTAL HOURS:    42.00
Jonathan Bonn, Director-State and Local Tax    INTEREST TO:    10/13/2004    REFUND UNAPPLIED:    $0.00    AUDITOR:             714.403.4957
300 Avenue of Americas                         SOURCE OF ADDL ASSESSMENT:    TOTAL POS. ASSESSMENT:    $818,885.41    GROUP CHIEF:    Son's Ni'ree  DATE:
New York    NY  10019-9713                                     PAYMENT:    $818,885.41    WITH CHECKER:    Sigma System  DATE:

| From | To | Annual Rents | Total Rent Tax | Tax Credits | Total Tax | Deficiency Principal | Interest | Penalty | Total | Additional Assessment |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/2001 | 05/31/2002 | $2,761,865.50 | $165,711.99 | $0.00 | $165,711.99 | $165,711.99 | $27,615.15 | $6,571.20 | $199,898.34 | $0.00 |
| 06/01/2002 | 05/31/2003 | $3,839,649.73 | $230,318.98 | $0.00 | $230,318.98 | $230,318.98 | $20,256.23 | $23,031.90 | $273,607.11 | $0.00 |
| 06/01/2003 | 05/31/2004 | $4,186,736.16 | $251,204.16 | $0.00 | $251,204.16 | $251,204.16 | $9,593.11 | $74,560.69 | $335,357.96 | $0.00 |
| | | | | | Assessment Total | $647,235.13 | $57,464.49 | $114,163.79 | $814,863.41 | $0.00 |

COMMENTS

PENALTIES                OAG REVIEW
☑ Under Pay    ☑ Late File    Date to OAG:
☐ Late Pay    ☐ Subs Under    Reviewer:
☐ Fraud    ☑ Evasion    Date Returned to Unit:
☐ Negligence    ☐         Overpayment on Audit

Date

Printed on:    08/15/2010 11:06:42