| | |
|---|---|
| John A. Howell (VSB No. 15081) | Patrick P. Dinardo |
| SULLIVAN & WORCESTER LLP | Christopher M. Gosselin |
| 1666 K Street, NW | SULLIVAN & WORCESTER LLP |
| Washington, DC 20006 | One Post Office Square |
| (202) 775-1200 | Boston, MA 02129 |
| | (617) 338-2800 |

*Counsel to Staples the Office Superstore East, Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., ) | Case No. 08-35653 |
| et al. ) | |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

### CERTIFICATE OF SERVICE

I, John A. Howell, a partner with the law firm of Sullivan & Worcester LLP, counsel to Staples the Office Superstore East, Inc. ("Staples"), hereby certify that on April 6, 2011, I caused the following document to be served upon the parties indicated on the attached Service List by Federal Express Overnight Delivery:

- Response by Staples the Office Superstore East, Inc. to Liquidating Trust's Seventeenth and Twentieth Omnibus Objections to Landlord Claims

Dated: April 6, 2011

*/s/ John A. Howell*
John A. Howell

{B1267582; 1}

## SERVICE LIST

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

{B1267582; 1}