March 31, 2011



Arlana smith

629 Windomere Avenue

Richmond, VA 23227

RE: 08-35653-KRH Objection

To whom it may concern;

I was an employee of Circuit City stores for 11 years and remained with the company well into the wind down period. My last day at the company was March 27, 2009. I am requesting to be paid for my P.T.O. (paid time off) which was earned and is rightfully mine. I am still sadden at the way Circuit City story ended, however I believe that was I earned I am due. With that being said I am o.k. with the modified claim amount of $1537.69. I was a hard-working and loyal employee and the least the company and its trustees can do is pay the former employees who still struggle to find solid employment footing what they earned and what is rightfully theirs.

Cordially,

*Arlana Smith*

Arlana Smith

(804) 248-2323

the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| Name & Address | Claim Number | Classification as Filed | Claim Amount as Filed | Modified Claim Amount |
|---|---|---|---|---|
| Smith, Arlana<br>629 Windomere Ave<br>Richmond, VA 23227 | 13651 | Admin Priority | $1,668.29 | *Acceptable*<br>$1,537.69 |

YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. **YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION.** THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY **4:00 P.M. (EASTERN TIME) ON APRIL 7, 2011**, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.

<u>Critical Information for Claimants
Choosing to File a Response to the Objection</u>

<u>Who Needs to File a Response</u>: If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to