IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al.,. | : | Case No: 08-35653-KRH |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |
| | : | |

**<u>ORDER</u>**

In consideration of the Motion of Neil E. McCullagh, Esquire to allow Eric J. Fromme, Esquire from the law firm of Rutan & Tucker, LLP to appear and practice before this Court *pro hac vice* in the above-styled cause and the Court having determined that the representations contained in such Motion are true, and Neil E. McCullagh., Esquire having entered his appearance as counsel in this cause and this application being authorized by the Rules of this Court;

IT IS ORDERED that the Motion be and hereby is GRANTED.

IT IS FRUTHER ORDERED that Eric J. Fromme, Esquire be admitted to appear and practice before this Court *pro hac vice* only in the captioned bankruptcy cases and any related adversary litigation on behalf of Raymond & Main Retail, LLC.

IT IS FURTHER ORDERED, that in conjunction with such admission *pro hac vice*, and as to matters arising during or pertaining to the above-styled cause, Eric J. Fromme, Esquire, will

Eric J. Fromme, (Bar #193517)
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, California 92626
Phone: (714) 641-5100
Facsimile: (714) 546-9035

*Co-Counsel for Raymond & Main Retail, LLC*

Robert H. Chappell, Esquire (VSB#31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Facsimile: (804) 697-2100

*Co-Counsel for Raymond & Main Retail, LLC*

be subject to and submit himself to the full disciplinary powers of this Court to the same extent as if he were fully admitted to practice in this Court and the Bar of Virginia.

ENTER:

_____
United States Bankruptcy Judge

I ASK FOR THIS:

/s/ Neil E. McCullagh_____
Robert H. Chappell, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Facsimile: (804) 697-2100
*Co-Counsel for Raymond & Main Retail, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of April, 2011, a copy of the foregoing Order was served by U.S. Mail, First Class, postage prepaid and/or electronic means through the Court's ECF system on the following, constituting all necessary parties:

Andrew W. Caine, Esquire
Victoria Newmark, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Office of the U.S. Trustee
Attn: Robert Van Arsdale, Esquire
701 East Broad Street
Suite 4304
Richmond, VA 23219

/s/ Neil E. McCullagh

**PARTIES TO RECEIVE COPIES**

Neil E. McCullagh, Esquire
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219

Andrew W. Caine, Esquire
Victoria Newmark, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Office of the U.S. Trustee
Attn: Robert Van Arsdale, Esquire
701 East Broad Street
Suite 4304
Richmond, VA 23219