

RICHMOND DIVISION
FILED APR 7 2011
CLERK
US BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |  |
|---|---|---|
| ----------- x |  |  |
| In re: | : | CHAPTER 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC., et. al., | : | Case No. 08-35653 (KRH) |
|  | : |  |
| Debtors. | : |  |
|  | : | Jointly Administered |
| ---------- x |  |  |

## CREDITOR FORSYTH COUNTY TAX COLLECTOR'S RESPONSE TO LIQUIDATING TRUST'S EIGHTEENTH OMNIBUS OJECTION TO CLAIMS FILED BY TAXING AUTHORIES (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS; DISAALOWANCE OF CERTAIN INVALID CLAIMS; DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS; RECLASSIFICATION OF CERTAIN CLAIMS; DISALLOWANCE OF CERTAIN AMENDED OR SUPERSEDED CLAIMS; DISALLOWANCE OF CERTAIN LATE FILED CLAIMS; DISALLOWANCE OR REDUCTION OF CERTAIN INVALID CLAIMS; AND FIXING THE AMOUNT OF CERTAIN CLAIMS

The Forsyth County Tax Collector by and through it attorney hereby objects to the propose claim treatment of it at proposed by the Liquidating Trust. In support of this objection it is prepared to show the court as follows;

a. The claimant is the Forsyth County, North Carolina ("the County") and the Forsyth County Tax Collector charged with the duty of assessing and collecting ad valorem taxes for the County and other political subdivisions of the County.

b. The claimant has filed a proof of claim in the above-referenced matter for $3,806.52 for personal property tax owed the County by Circuit City Stores, Inc. The amount of personal property upon which the taxes were assessed was evaluated on equipment only and set by the tax payer. No appeal was made there from by Circuit City Stores, Inc ("CCS"). This means CCS accepted the assessed taxes and subsequently issued taxes due.

c. A copy of all relevant tax bills have been attached to the proof of claim filed herein and by referenced are incorporated herein.

Wherefore, the respondent County objects to the proposed treatment of its claim as proposed by the Liquidating Trustee and request a Hearing on all issues raised by the proposed treatment and this Objection.

This the ___6___ day of April, 2011.

                              MEADOWS & ADERHOLD, P.A.

                              */s/ John A. Meadows*
                              John A. Meadows (NC State Bar No. 13237)
                              2596 Reynolda Rd., Ste. C
                              Winston-Salem, NC 27106
                              Telephone: (336) 723-3530
                              Facsimile: (336) 723-3578

                              *Counsel for Forsyth County Tax Collector*

CERTIFICATE OF SERVICE

The undersigned attorney for the Forsyth County Tax Collector hereby certifies

That on this day the foregoing Response was served upon the parties listed below by depositing a

copy thereof UPS overnight delivery and addressed as follows:

>    Lynn L. Tavenner, Esq.
>    Paula S. Beran, Esq.
>    20 North Eighth Street, 2nd Floor
>    Richmond, VA  23219
>
>    Jeffrey N. Pomerantz, Esq.
>    Andrew W. Caine, Esq.
>    Pachulski Stang Ziehl & Jones, LLP
>    10100 Santa Monica Blvd.
>    Los Angeles, CA  90067-4100
>
>    Robert J. Feinstein, Esq.
>    Pachulski Stang Ziehl & Jones, LLP
>    780 Third Ave., 36th Floor
>    New York, NY  10017

This the ___6___ day of April, 2011.

>                         MEADOWS & ADERHOLD, P.A.
>
>    By:   _/s/ John A. Meadows_____
>          John A. Meadows
>          Attorney for Forsyth County Tax Collector
>          NC State Bar No.: 13237
>          2596 Reynolda Rd., Ste. C
>          Winston-Salem, NC  27106
>          (336) 723-3530

## Meadows & Aderhold, P.A.

Attorneys at Law
2596 Reynolda Road • Suite C
Winston-Salem, North Carolina 27106

John A. Meadows*  
Mark T. Aderhold  
*Also admitted in Florida

**April 6, 2011**

Telephone: (336) 723-3530  
Facsimile: (336) 723-3578  
meadows@triad.rr.com

United States Bankruptcy Court
Attn: Clerk of the Bankruptcy Court
701 East Broad Street, Rm 4000
Richmond, VA  23219

RE:  In re: Circuit City Stores, Inc.; Chapter 11/Case No. 08-35653 (KRH)

To Whom It May Concern:

Enclosed please find Forsyth County Tax Collectors' Response to Ojection

Sincerely,
MEADOWS & ADERHOLD, P.A.

*Kimberly S. Hicks*
Kimberly S. Hicks
Paralegal

Enclosure