David W. Tolliver
55 Brookmont Drive
Clayton, NC 27527
704-996-8147

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., et al, ) | Case No. 08-35653-KRH |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

# RESPONSE OF DAVID W. TOLLIVER TO LIQUIDATING TRUST'S ELEVENTH OMNIBUS OBJECTION TO CLAIMS: RECLASSIFY TO GENERAL UNSECURED CLAIMS, REDUCE TO STATUTORY CAP, OR DISALLOW, AS APPLICABLE (<u>SPECIAL CASH RETENTION PROGRAM</u>)

I, David W. Tolliver, submit this Response to the Liquidating trust's Eleventh Omnibus Objection to Claims ("the Eleventh Omnibus Objection" or "the Objection"). In Support of my Response, I respectfully state as follows:

## Background

1. I was employed by Circuit City Stores, Inc. ("Debtor" or "Debtor in Possession") from July 3, 1999 until March 23, 2009 which was my final day of the inventory liquidation and subsequent termination.

2. I was in the capacity of AND held the title of Store Director from August 1, 2007 to March 23, 2009.

3. On January 4, 2008 I was awarded a Long Term Cash Award in the amount of $15,000 which was to vest at 33.3% on January 1, 2009; 66.6% on January 1, 2010; and 100% on January 1, 2011. Therefore payment was to be received in $5,000 increments over the course of the three vesting dates.

4. As Stated in the Debtors Objection Sample Award Letter supplied in their objection and as an exhibit of my original claim, the Award was contingent upon me remaining employed with the debtors through each vesting date in order to receive the vesting payment.

5. On November 10, 2008, ("the Petition Date"), Circuit City Stores, Inc. and related companies filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code. In

David W. Tolliver
55 Brookmont Drive
Clayton, NC 27527
704-996-8147

the first day's motions, the court approved (among other things) the debtors request to continue employee benefit programs that were in the ordinary course of business (summarized) <u>and</u> (emphasized) those which would prevent a substantial reduction in employee moral as to help preserve the value of the debtors estate. The debtors (as an excerpt from the motion) requested this as well:

> 72. In addition, the Debtors have in place a number of other policies and programs, including, severance policies, certain additional short-term and long-term incentive plans and a board of directors deferred compensation plan. At this time, the Debtors are not requesting authorization to make payments on account of prepetition amounts owed in connection with such policies and plans. The Debtors are also not seeking authorization at this time to continue such programs in the ordinary course. The Debtors are currently evaluating their need and ability to continue such programs and will seek relief with respect to such programs in later motions, as needed. As such, this Motion is not intended to prejudice the Debtors' right to seek such relief, or any additional relief related to any Employee payments, benefits or programs, at a later date.

6. On April 1st, 2010 this court granted an order (Docket # 7081) sustaining the Debtors Fifty-Sixth Omnibus objection to claims, of which the order stated that

> 3. To the extent any of the agreements allegedly giving rise to the Claims are or were executory and they have been or are subsequently rejected by the Debtors, nothing in this Order shall prohibit a Claimant who filed a Claim from filing a rejection damages claim (as a priority claim or otherwise) by the applicable bar date or impair the Debtors' right to object to any such rejection damages claim that is filed on any ground that governing law permits. For the avoidance of doubt, nothing herein shall be deemed to extend any bar date.

7. On October 14th, 2010 (Pursuant to the Rejection Damages Claims Bar Date) I filed a Rejection Damages Claim with the maximum allowable priority cap

David W. Tolliver
55 Brookmont Drive
Clayton, NC 27527
704-996-8147

## Response to Debtors Objection

1. My claim as filed (see attached proof of claim) was a ***Rejection Damages*** claim resulting from the contract or agreement for payment of the "Long Term Incentive". The Liquidating Trust did not address or object to Rejection Damages Claims in their Eleventh Omnibus Objection.

2. By definition, this contract ("Long Term Incentive") is an executory contract. And although, this doesn't change the fact that the Award arose pre-petition and is therefore a pre-petition contract (regardless of the contingency becoming due post-petition), the debtors did receive benefits of continued employment from myself and hundreds of other participants in these Awards. All the while, the debtors were evaluating their need and ability to continue such programs (referenced from first day motions, quotes omitted)

3. Although, unrelated to Incentive Programs, the Supreme Court of the United States has provided Clear guidance as it relates to pre-petition executory contracts as it relates to the implications and results of a debtor in possession realizing a benefit from them while deciding whether to assume or reject the contracts.
    a. As Cited by the US Supreme Court in **NLRB v. Bildisco & Bildisco at 465 U. S. 531-532**

    > If the debtor-in-possession elects to continue to receive benefits from the other party to an executory contract pending a decision to reject or assume the contract, the debtor-in-possession is obligated to pay for the reasonable value of those services, *Philadelphia Co. v. Dipple*, 312 U. S. 168, 312 U. S. 174 (1941), which, depending on the circumstances of a particular contract, may be what is specified in the contract, see *In re Public Ledger*, 161 F.2d 762, 770-771 (CA3 1947). *See also In re Mammoth Mart, Inc.*, 536 F.2d 950, 954-955 (CA1 1976).

4. Through the debtors own admissions and court motions, it is obvious that the Long Term Incentive Award was an Executory Contract by definition. Furthermore, the Debtor neither sought to assume nor reject the contracts, and by its own admission was evaluating the need and ability to continue the programs. Therefore the debtor in possession is obligated to pay for the reasonable value of services received.

5. It only comes to question before this court as to the value of services (or "Quantum Meruit") that the debtors received. In light of the fact that there was a contract in place and the debtors never sought to reject the contract before the date of my termination (which was after liquidation and full performance of the contract) then the value of services was in full value of the contract. Even in the debtors and Trusts own objection to the claims, they did not object to the amount of the claim only the nature.

6. I, as an employee and in good faith, worked from the petition date through the final inventory liquidation (last day) to satisfy my duties of the contract and to return a value to the estate.

David W. Tolliver
55 Brookmont Drive
Clayton, NC 27527
704-996-8147

## SUMMARY

It is clear that the Supreme Court has established the fact that if a debtor in possession realizes a benefit from a non-debtor as a result of postponing a decision on their executory contract, then the debtor is responsible for the value of services received up to and through full performance of the contract. That, along with the fact that my claim was filed as a rejection damages claim to which the Trust never addressed or objected to I kindly ask the following.

**WHEREFORE, I David W. Tolliver, respectfully request the Liquidating Trusts' Objection be denied, and that my claim be deemed allowed and paid.**

Date: April 6th, 2011

David W. Tolliver

David W. Tolliver
55 Brookmont Drive
Clayton, NC 27527
704-996-8147

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 6th Day of April 2011, this Response will be sent to the Clerk of the Court at:

```
Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, Virginia 23219
```

, and send a true and correct copy of the Response via mail on the same day to:

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

- and -

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

DAVID W. TOLLIVER

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT __EASTERN__ DISTRICT OF __VIRGINIA__ | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Circuit City Stores, Inc. | Case Number: 08-35653 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
David W Tolliver

Name and address where notices should be sent:
David W Tolliver
55 Brookmont Drive
Clayton, NC 27527

Telephone number: (704) 996-8147

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**    $ 15,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Rejection Damages
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 5653

**3a. Debtor may have scheduled account as:** Unsecured NonPriority
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property:$_____ Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

10,950

☑ Wages, salaries, or commissions (up to $~~11,725~~*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ ~~11,725~~.00
  10,950

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 8/30/2010 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| Debtors. | Jointly Administered |

**SUPPLEMENTAL ORDER SUSTAINING DEBTORS' FIFTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN ALLEGED ADMINISTRATIVE EXPENSES ON ACCOUNT OF EMPLOYEE OBLIGATIONS)**

Upon the objection (the "Objection")[1] of the Debtors for entry of an order, pursuant to Bankruptcy Code sections 105, 502 and 503, Bankruptcy Rule 3007, and Local

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

Rule 3007-1, seeking, among other things, that the Claims specifically identified on Exhibit B attached to the Objection be disallowed; and it appearing that notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that certain Claimants filed a response to the Objection; and it appearing that a hearing on the merits was held on March 8, 2010 and March 25, 2010; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Objection is SUSTAINED.

2. The Claims identified on <u>Exhibit A</u> attached hereto and incorporated herein are disallowed as administrative expense claims and reclassified to general unsecured claims as set forth on <u>Exhibit A</u>.

3. To the extent any of the agreements allegedly giving rise to the Claims are or were executory and they have been or are subsequently rejected by the Debtors, nothing in this Order shall prohibit a Claimant who filed a

2

Claim from filing a rejection damages claim (as a priority claim or otherwise) by the applicable bar date or impair the Debtors' right to object to any such rejection damages claim that is filed on any ground that governing law permits. For the avoidance of doubt, nothing herein shall be deemed to extend any bar date.

4. The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that governing law permits and each claimant's right to contest such objection are not waived and are expressly reserved.

5. With respect to the Claims, this Order shall control over the Order on Debtors' Fifty-Sixth Omnibus Objection to Claims (Disallowance of Certain Alleged Administrative Expenses on Account of Employee Obligations) (Docket No. 6071).

6. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before seven (7) days from the entry of this Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia

_____Apr 1 2010_____, 2010

/s/ Kevin Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: April 1 2010

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

   - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

   - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT A**

Debtors' Fifty-Sixth Omnibus Objection to Claims
Supplemental Order Objection To Certain Hr Administrative
Claims - Modified

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | | | | | | | | | |
| Claim: 14336<br>Date Filed: 06/23/2009<br>Docketed Total: $1,000,000.00<br>Filing Creditor Name and Address:<br>BESANKO BRUCE H<br>191 FARMINGTON RD<br>LONGMEADOW, MA 01106 | BESANKO BRUCE H<br>191 FARMINGTON RD<br>LONGMEADOW, MA 01106 | | | Case Number:<br>Docketed Total: | 08-35653<br>$1,000,000.00 | | | | Case Number:<br>Modified Total: | 08-35653<br>$1,000,000.00 |
| | 503(b)(9) | Reclamation | Admin<br>$1,000,000.00 | Secured | Priority | Unsecured<br>$1,000,000.00 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$1,000,000.00 |
| Claim: 14337<br>Date Filed: 06/23/2009<br>Docketed Total: $2,203,668.90<br>Filing Creditor Name and Address:<br>BESANKO BRUCE H<br>191 FARMINGTON RD<br>LONGMEADOW, MA 01106 | BESANKO BRUCE H<br>191 FARMINGTON RD<br>LONGMEADOW, MA 01106 | | | Case Number:<br>Docketed Total: | 08-35653<br>$2,203,668.90 | | | | Case Number:<br>Modified Total: | 08-35653<br>$2,203,668.90 |
| | 503(b)(9) | Reclamation | Admin<br>$2,203,668.90 | Secured | Priority | Unsecured<br>$2,203,668.90 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$2,203,668.90 |
| Claim: 14236<br>Date Filed: 06/30/2009<br>Docketed Total: $40,000.00<br>Filing Creditor Name and Address:<br>BRADLEY, THOMAS C<br>2801 SAVAGE VIEW DR<br>MIDLOTHIAN, VA 23112 | BRADLEY, THOMAS C<br>2801 SAVAGE VIEW DR<br>MIDLOTHIAN, VA 23112 | | | Case Number:<br>Docketed Total: | 08-35653<br>$40,000.00 | | | | Case Number:<br>Modified Total: | 08-35653<br>$40,000.00 |
| | 503(b)(9) | Reclamation | Admin<br>$40,000.00 | Secured | Priority | Unsecured<br>$40,000.00 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$40,000.00 |
| Claim: 14238<br>Date Filed: 06/30/2009<br>Docketed Total: $40,000.00<br>Filing Creditor Name and Address:<br>BRADLEY, THOMAS C<br>2801 SAVAGE VIEW DR<br>MIDLOTHIAN, VA 23112 | BRADLEY, THOMAS C<br>2801 SAVAGE VIEW DR<br>MIDLOTHIAN, VA 23112 | | | Case Number:<br>Docketed Total: | 08-35653<br>$40,000.00 | | | | Case Number:<br>Modified Total: | 08-35653<br>$40,000.00 |
| | 503(b)(9) | Reclamation | Admin<br>$40,000.00 | Secured | Priority | Unsecured<br>$40,000.00 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$40,000.00 |

\* "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifty-Sixth Omnibus Objection to Claims
Supplemental Order Objection To Certain Hr Administrative
Claims - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | | Case Number: | | 08-35653 | | Case Number: | | | 08-35653 |
| Claim: 14240<br>Date Filed: 06/30/2009<br>Docketed Total: $40,000.00<br>Filing Creditor Name and Address:<br>BRADLEY, THOMAS C<br>2801 SAVAGE VIEW DR<br>MIDLOTHIAN, VA 23112 | BRADLEY, THOMAS C<br>2801 SAVAGE VIEW DR<br>MIDLOTHIAN, VA 23112 | | Docketed Total: | | $40,000.00 | | Modified Total: | | | $40,000.00 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | | | $40,000.00 | | | | | | | | $40,000.00 |
| Claim: 13936<br>Date Filed: 06/29/2009<br>Docketed Total: $1,502,166.00<br>Filing Creditor Name and Address:<br>BREITENBECHER, KELLY<br>SANDS ANDERSON MARKS &<br>MILLER PC<br>801 E MAIN ST STE 1800<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | Claim Holder Name and Address<br>BREITENBECHER, KELLY<br>SANDS ANDERSON MARKS &<br>MILLER PC<br>801 E MAIN ST STE 1800<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | | Case Number:<br>Docketed Total: | | 08-35653<br>$1,502,166.00 | | Case Number:<br>Modified Total: | | | 08-35653<br>$1,502,166.00 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | | | $1,502,166.00 | | | | | | | | $1,502,166.00 |
| Claim: 14365<br>Date Filed: 06/23/2009<br>Docketed Total: $20,000.00<br>Filing Creditor Name and Address:<br>FAY LAWRENCE<br>2500 MAPLE HALL CT<br>MIDLOTHIAN, VA 23113 | Claim Holder Name and Address<br>FAY LAWRENCE<br>2500 MAPLE HALL CT<br>MIDLOTHIAN, VA 23113 | | Case Number:<br>Docketed Total: | | 08-35653<br>$20,000.00 | | Case Number:<br>Modified Total: | | | 08-35653<br>$20,000.00 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | | | $20,000.00 | | | | | | | | $20,000.00 |
| Claim: 13622<br>Date Filed: 06/26/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>FRANCIS E TELEGADAS<br>8204 YOLANDA RD<br>RICHMOND, VA 23229 | Claim Holder Name and Address<br>FRANCIS E TELEGADAS<br>8204 YOLANDA RD<br>RICHMOND, VA 23229 | | Case Number:<br>Docketed Total: | | 08-35653<br>UNL | | Case Number:<br>Modified Total: | | | 08-35653<br>$0.00 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| | | | $0.00 | | | | | | | | $0.00 |

* "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifty-Sixth Omnibus Objection to Claims
Supplemental Order Objection To Certain Hr Administrative
Claims - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | | | Case Number: | | 08-35653 |
| Claim: 13885 | | | | | | | | | | | | |
| Date Filed: 06/29/2009 | GEITH, JON C | | | Docketed Total: | | $270,000.00 | | | | Modified Total: | | $270,000.00 |
| Docketed Total: $270,000.00 | CANFIELD BAER LLP | | | | | | | | | | | |
| Filing Creditor Name and Address: | 2201 LIBBIE AVE STE 200 | | | | | | | | | | | |
| GEITH, JON C | RICHMOND, VA 23230 | | | | | | | | | | | |
| CANFIELD BAER LLP | | | | | | | | | | | | |
| 2201 LIBBIE AVE STE 200 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| RICHMOND, VA 23230 | | | $270,000.00 | | | | | | | | | $270,000.00 |
| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | | | Case Number: | | 08-35653 |
| Claim: 14025 | | | | | | | | | | | | |
| Date Filed: 06/29/2009 | GEITH, JON C | | | Docketed Total: | | $93,120.00 | | | | Modified Total: | | $93,120.00 |
| Docketed Total: $93,120.00 | CANFIELD BAER LLP | | | | | | | | | | | |
| Filing Creditor Name and Address: | 2201 LIBBIE AVE STE 200 | | | | | | | | | | | |
| GEITH, JON C | RICHMOND, VA 23230 | | | | | | | | | | | |
| CANFIELD BAER LLP | | | | | | | | | | | | |
| 2201 LIBBIE AVE STE 200 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| RICHMOND, VA 23230 | | | $93,120.00 | | | | | | | | | $93,120.00 |
| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | | | Case Number: | | 08-35653 |
| Claim: 14173 | | | | | | | | | | | | |
| Date Filed: 06/29/2009 | GEITH, JON C | | | Docketed Total: | | $125,000.00 | | | | Modified Total: | | $125,000.00 |
| Docketed Total: $125,000.00 | CANFIELD BAER LLP | | | | | | | | | | | |
| Filing Creditor Name and Address: | 2201 LIBBIE AVE STE 200 | | | | | | | | | | | |
| GEITH, JON C | RICHMOND, VA 23230 | | | | | | | | | | | |
| CANFIELD BAER LLP | | | | | | | | | | | | |
| 2201 LIBBIE AVE STE 200 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| RICHMOND, VA 23230 | | | $125,000.00 | | | | | | | | | $125,000.00 |
| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | | | Case Number: | | 08-35653 |
| Claim: 13879 | | | | | | | | | | | | |
| Date Filed: 06/29/2009 | JEFF MCDONALD | | | Docketed Total: | | $657,814.00 | | | | Modified Total: | | $657,814.00 |
| Docketed Total: $657,814.00 | 5540 QUAIL RIDGE TER | | | | | | | | | | | |
| Filing Creditor Name and Address: | CHESTERFIELD, VA 23832 | | | | | | | | | | | |
| JEFF MCDONALD | | | | | | | | | | | | |
| 5540 QUAIL RIDGE TER | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| CHESTERFIELD, VA 23832 | | | $657,814.00 | | | | | | | | | $657,814.00 |

* "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

EXHIBIT A

Debtors' Fifty-Sixth Omnibus Objection to Claims
Supplemental Order Objection To Certain Hr Administrative
Claims - Modified

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | | | Case Number: | | 08-35653 |
| **Claim: 14011** | LAMBERT GAFFNEY, LAURIE | | | Docketed Total: | | $125,000.00 | | | | Modified Total: | | $125,000.00 |
| Date Filed: 06/29/2009 | 2201 LIBBIE AVE STE 200 | | | | | | | | | | | |
| Docketed Total: $125,000.00 | RICHMOND, VA 23230 | | | | | | | | | | | |
| Filing Creditor Name and Address: | | | | | | | | | | | | |
| LAMBERT GAFFNEY, LAURIE | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| 2201 LIBBIE AVE STE 200 | | | $125,000.00 | | | $125,000.00 | | | | | | $125,000.00 |
| RICHMOND, VA 23230 | | | | | | | | | | | | |
| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | | | Case Number: | | 08-35653 |
| **Claim: 13803** | LINDA H CASTLE | | | Docketed Total: | | $40,000.00 | | | | Modified Total: | | $40,000.00 |
| Date Filed: 06/26/2009 | 5601 HUNTERS GLEN DR | | | | | | | | | | | |
| Docketed Total: $40,000.00 | GLEN ALLEN, VA 23059 | | | | | | | | | | | |
| Filing Creditor Name and Address: | | | | | | | | | | | | |
| LINDA H CASTLE | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| 5601 HUNTERS GLEN DR | | | $40,000.00 | | | $40,000.00 | | | | | | $40,000.00 |
| GLEN ALLEN, VA 23059 | | | | | | | | | | | | |
| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | | | Case Number: | | 08-35653 |
| **Claim: 14107** | MICHAEL D GOODE | | | Docketed Total: | | $15,000.00 | | | | Modified Total: | | $15,000.00 |
| Date Filed: 06/30/2009 | 4537 MOCKINGBIRD LN | | | | | | | | | | | |
| Docketed Total: $15,000.00 | MAIDEN, NC 28650 | | | | | | | | | | | |
| Filing Creditor Name and Address: | | | | | | | | | | | | |
| MICHAEL D GOODE | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| 4537 MOCKINGBIRD LN | | | $15,000.00 | | | $15,000.00 | | | | | | $15,000.00 |
| MAIDEN, NC 28650 | | | | | | | | | | | | |
| | Claim Holder Name and Address | | | Case Number: | | 08-35653 | | | | Case Number: | | 08-35653 |
| **Claim: 13967** | RAMSEY, DANIEL W | | | Docketed Total: | | $40,000.00 | | | | Modified Total: | | $40,000.00 |
| Date Filed: 06/29/2009 | 7405 THREE CHOPT RD | | | | | | | | | | | |
| Docketed Total: $40,000.00 | RICHMOND, VA 23226 | | | | | | | | | | | |
| Filing Creditor Name and Address: | | | | | | | | | | | | |
| RAMSEY, DANIEL W | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
| 7405 THREE CHOPT RD | | | $40,000.00 | | | $40,000.00 | | | | | | $40,000.00 |
| RICHMOND, VA 23226 | | | | | | | | | | | | |

\* "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

EXHIBIT A

Debtors' Fifty-Sixth Omnibus Objection to Claims
Supplemental Order Objection To Certain Hr Administrative
Claims - Modified

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | | | | | | | | | | | |
| | | Reclamation | Admin | Secured | Priority | Unsecured | | Reclamation | Admin | Secured | Priority | Unsecured |
| Claim: 13321<br>Date Filed: 06/11/2009<br>Docketed Total: $20,000.00<br>Filing Creditor Name and Address:<br>SALON RICHARD E<br>1350 AUTUMN BREEZE DR<br>OILVILLE, VA 23129 | Claim Holder Name and Address<br>SALON RICHARD E<br>1350 AUTUMN BREEZE DR<br>OILVILLE, VA 23129 | | | Case Number:<br>Docketed Total: | | 08-35653<br>$20,000.00 | | | | Case Number:<br>Modified Total: | | 08-35653<br>$20,000.00 |
| | 503(b)(9) | Reclamation | Admin<br>$20,000.00 | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$20,000.00 |
| Claim: 13833<br>Date Filed: 06/29/2009<br>Docketed Total: $40,000.00<br>Filing Creditor Name and Address:<br>SCOTT D MAINWARING<br>5608 BELSTEAD LN<br>GLEN ALLEN, VA 23059 | Claim Holder Name and Address<br>SCOTT D MAINWARING<br>5608 BELSTEAD LN<br>GLEN ALLEN, VA 23059 | | | Case Number:<br>Docketed Total: | | 08-35653<br>$40,000.00 | | | | Case Number:<br>Modified Total: | | 08-35653<br>$40,000.00 |
| | 503(b)(9) | Reclamation | Admin<br>$40,000.00 | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$40,000.00 |
| Claim: 14159<br>Date Filed: 06/30/2009<br>Docketed Total: $15,000.00<br>Filing Creditor Name and Address:<br>TOLLIVER, DAVID W<br>3100 H WESTBURY LAKE DR<br>CHARLOTTE, NC 28269 | Claim Holder Name and Address<br>TOLLIVER, DAVID W<br>3100 H WESTBURY LAKE DR<br>CHARLOTTE, NC 28269 | | | Case Number:<br>Docketed Total: | | 08-35653<br>$15,000.00 | | | | Case Number:<br>Modified Total: | | 08-35653<br>$15,000.00 |
| | 503(b)(9) | Reclamation | Admin<br>$15,000.00 | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$15,000.00 |
| Claim: 13948<br>Date Filed: 06/30/2009<br>Docketed Total: $62,500.00<br>Filing Creditor Name and Address:<br>VONBECHMANN, DAWN W<br>SPOTTS FAIN PC<br>411 E FRANKLIN ST STE 600<br>RICHMOND, VA 23219 | Claim Holder Name and Address<br>VONBECHMANN, DAWN W<br>SPOTTS FAIN PC<br>411 E FRANKLIN ST STE 600<br>RICHMOND, VA 23219 | | | Case Number:<br>Docketed Total: | | 08-35653<br>$62,500.00 | | | | Case Number:<br>Modified Total: | | 08-35653<br>$62,500.00 |
| | 503(b)(9) | Reclamation | Admin<br>$62,500.00 | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$62,500.00 |

\* "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifty-Sixth Omnibus Objection to Claims
Supplemental Order Objection To Certain Hr Administrative
Claims - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | | | Case Number: | | | 08-35653 | Claim Holder Name and Address | | | Case Number: | | | 08-35653 |
| Claim: 13959
Date Filed: 06/30/2009
Docketed Total: $260,000.00
Filing Creditor Name and Address:
WIMMER JR, JAMES H
CHRISTIAN & BARTON LLP
909 E MAIN ST STE 1200
RICHMOND, VA 23219 | WIMMER JR, JAMES H
CHRISTIAN & BARTON LLP
909 E MAIN ST STE 1200
RICHMOND, VA 23219 | | | Docketed Total: | | | $260,000.00 | | | | Modified Total: | | | $260,000.00 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | | Unsecured |
| | | | $260,000.00 | | | | | | | | | | | $260,000.00 |
| | | | | | | | | Total Claims To Be Modified: 21
Total Amount As Docketed: $6,609,268.90
Total Amount As Modified: $6,609,268.90 | | | | | | |

* "UNL" denotes an unliquidated claim.

Page 6 of 6