Daniel P. Holmes, Esq.
Jessica N. Stokes, Esq.
LERNER & HOLMES PC
Two Center Plaza, Suite 415
Boston, Massachusetts 02108
Telephone: (617) 443-9470
Telecopy: (617) 443-9471

```
┌─────────────────────────────────┐
│      RICHMOND DIVISION           │
│ F                             F  │
│ I     APR  7 2011             I  │
│ L                             L  │
│ E                             E  │
│ D        CLERK                D  │
│   US BANKRUPTCY COURT            │
└─────────────────────────────────┘
```

*Counsel for GRE Grove Street One LLC,
Landlord*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Circuit City Stores, Inc., *et al.*, | : | Case No. 08-35653-KRH |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

## LANDLORD'S RESPONSE TO LIQUIDATING TRUST'S SEVENTEENTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS

GRE Grove Street One LLC, a Delaware limited liability company ("Landlord"), hereby opposes the relief requested in that certain *Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims*), dated February 28, 2011, and filed in connection with the above-captioned cases (the "Objection") as such relief relates to Landlord's Proof of Claim, referenced in the Objection as

1

Claim No. 12062. This filing is hereinafter referred to as "Landlord's Response." Pursuant to

that certain Memorandum Opinion dated February 12, 2009, entered by this court (the "Court")

in connection with the above- captioned cases, Landlord hereby moves the Court for an order

granting relief in favor of Landlord for the payment of "stub rent" as a timely filed administrative

claim under §§ 365(d)(3), 503(b) and 507(a)(2) of Chapter 11 of the United States Bankruptcy

Code in the amount of $4,956.23 (the "Unpaid Administrative Expenses").

I.    Landlord is owed Unpaid Administrative Expenses

On April 3, 2009, Landlord timely filed with the Court a Proof of Claim for postpetition

rent due and owing pursuant to that certain Lease, dated August 27, 2002, by and between One

Grove Street LLC, a Massachusetts limited liability company, predecessor-in-interest to

Landlord ("Predecessor Landlord"), and Circuit City Stores, Inc. ("Debtor"), as amended by that

certain First Amendment to Lease, dated April 15, 2007, by and between Predecessor Landlord

and Debtor, as affected by that certain Assignment and Assumption of Leases, dated July 13,

2007, by and between Predecessor Landlord and Landlord, as extended by that certain letter

dated March 21, 2008 (collectively, the "Lease"), pertaining to certain premises comprised of

8,198 square feet of rentable area located at 165 Grove Street, Franklin, Massachusetts (the

"Premises"), which Lease was still of force and effect as of November 10, 2008 (the "Petition

Date"). The Lease was rejected as of February 28, 2009 (the "Rejection Date"), pursuant to that

certain Order Pursuant to Bankruptcy Code Sections 105(a), 365(a) and 554 and Bankruptcy

Rule 6006 Authorizing Rejection of Certain Unexpired Leases of Nonresidential Real Property

and Abandonment of Personal Property. A copy of the Lease was attached to Landlord's Proof

of Claim, referenced as Claim No. 12062 in the Objection, and additional copies of the Lease are

available upon request, pursuant to Section (d) of the Procedures for Filing a Timely Response

and Information Regarding the Hearing on the Objection, which was attached to the Notice of the Objection.

For the time period commencing on November 11, 2008 (the day after the Petition Date), and ending on the Rejection Date (collectively, the "Accrual Period"), a total of $24,356.69 (the "Accrued Rent") in rent and expenses accrued pursuant to the Lease. During the Accrual Period, the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through Alfred H. Siegel, duly appointed trustee of the Liquidating Trust, rendered payment to Landlord in the total amount of only $19,400.46 (the "Paid Rent"). Accordingly, Landlord is owed the Unpaid Administrative Expenses, which amount is calculated by subtracting the Paid Rent from the Accrued Rent. A more detailed statement of the relevant facts in support of this Landlord's Response is set forth in the affidavit attached as Exhibit A hereto.

II.    Landlord is Owed Unpaid Administrative Expenses Less Than Proof of Claim

Landlord timely filed a Proof of Claim, referenced in the Objection as Claim No. 12062, for postpetition rent in the amount of $7,085.95, which is an amount greater than the Unpaid Administrative Expenses. The amount of the Proof of Claim differed from the Unpaid Administrative Expenses because Landlord, as an accounting matter, credited Debtor's December 2008 payment of rent and other expenses to the unpaid amounts due and owing in November 2008 and showed rent and expenses for January 2009 as unpaid. Consequently, Landlord filed a Proof of Claim in the amount of $7,085.78, which included a full 30 days of rent and expenses, rather than the 20 days of rent and expenses that accrued from the Petition Date through November 30, 2008. Thus, Landlord is entitled to the full amount of the Unpaid Administrative Expenses. Landlord hereby moves this Court to order the Liquidating Trust to render payment to Landlord in the amount of the Unpaid Administrative Expenses.

3

III.    <u>Landlord Notice Address</u>

Notices to Landlord, the claimant hereunder, should be sent to the following name and address:

> GRE Grove Street One LLC
> c/o Hall Royce, LLC
> 40 Beach Street, Suite 203
> Manchester, MA 01944
> Attn: Denison M. Hall
> Telephone: (617) 526-8120
> Telecopy: (617) 526-7652

With a copy to:

> Lerner & Holmes PC
> Two Center Plaza, Suite 415
> Boston, Massachusetts 02108
> Attn: Daniel P. Holmes, Esq.
> Telephone: (617) 443-9470
> Telecopy: (617) 443-9471

[Remainder of page intentionally left blank]

WHEREFORE, Landlord respectfully requests that the Court enter an Order sustaining this Landlord's Response and granting such other and further relief as the Court deems appropriate.

Dated: April 6, 2011

Daniel P. Holmes, Esq.
Jessica N. Stokes, Esq.
LERNER & HOLMES PC
Two Center Plaza, Suite 415
Boston, Massachusetts 02108
Telephone: (617) 443-9470
Telecopy: (617) 443-9471

*Counsel for GRE Grove Street One LLC, Landlord*

## Exhibit A

## Affidavit of Paul Krassopoulos

I, Paul Krassopoulos, Senior Property Accountant for HallKeen Management, Inc., property manager for GRE Grove Street One LLC, a Delaware limited liability company ("Landlord"), owner of 165 Grove Street, Franklin, Massachusetts (the "Building"), do hereby declare the following:

1.      Landlord is the owner of the Building and is the landlord under that certain Lease, dated August 27, 2002, by and between One Grove Street LLC, a Massachusetts limited liability company, predecessor-in-interest to Landlord ("Predecessor Landlord"), and Circuit City Stores, Inc. ("Debtor"), as amended by that certain First Amendment to Lease, dated April 15, 2007, by and between Predecessor Landlord and Debtor, as affected by that certain Assignment and Assumption of Leases, dated July 13, 2007, by and between Predecessor Landlord and Landlord, as extended by that certain letter dated March 21, 2008 (collectively, the "Lease"), pertaining to certain premises comprised of 8,198 square feet of rentable area located in the Building (the "Premises").

2.      In my capacity as Senior Property Accountant, I am familiar with the amounts invoiced to Debtor and paid by Debtor during the time period commencing on November 11, 2008 (the day after the Petition Date), and ending on February 28, 2009 (collectively, the "Accrual Period").

3.      Throughout the term of the Lease, Landlord sent Debtor an invoice each month indicating the amounts due and owing under the Lease for the upcoming month. Debtor typically paid each invoice on or prior to the fifth (5th) day of the month in which it was due.

4.    With respect to the Accrual Period, Landlord delivered to Debtor an invoice dated November 1, 2008, and attached as <u>Schedule 1</u> hereto (the "<u>November 2008 Invoice</u>").  Debtor did not pay the amounts due and owing as set forth in the November 2008 Invoice.

5.    Landlord delivered to Debtor an invoice dated November 20, 2008, for amounts due and owing for the month of December 2008.  Debtor rendered payment to Landlord for such amounts.  A copy of the payment check and invoice information are attached as <u>Schedule 2</u> hereto ("<u>December 2008 Payment</u>").

6.    Landlord delivered to Debtor an invoice dated December 18, 2008, for amounts due and owing for the month of January 2009.  Debtor rendered payment to Landlord for certain portions of such amounts.  A copy of the payment check and invoice information are attached as <u>Schedule 3</u> hereto ("<u>January 2009 Payment</u>").

7.    Landlord delivered to Debtor an invoice dated January 27, 2009, for amounts due and owing for the month of February 2009.  Debtor rendered payment to Landlord for certain portions of such amounts.  A copy of the payment check and invoice information are attached as <u>Schedule 4</u> hereto ("<u>February 2009 Payment</u>").

8.    A copy of Landlord's accounting ledger, indicating which charges were made, which payments were received and how such charges and payments were credited, is attached as <u>Schedule 5</u> hereto (the "<u>Landlord Accounting Ledger</u>").  To summarize, during the Accrual Period, the following expenses due from Debtor accrued under the Lease:

| Line Item | Amount Due | Amount Paid | Amount Unpaid |
|---|---|---|---|
| Base Rent, November 11 – November 30, 2008 | $ 3,635.59 | $ - | $ 3,635.59 |
| Operating Expenses ("CAM"), November 11 – November 30, 2008 | $ 304.12 | $ - | $ 304.12 |
| Real Estate Taxes, November 11 – November 30, 2008 | $ 305.88 | $ - | $ 305.88 |
| CAM True Up, November 11 – November 30, 2008 | $ 219.85 | $ - | $ 219.85 |
| Base Rent, December 1 – December 31, 2008 | $ 5,453.38 | $ 5,453.38 | $ - |
| CAM, December 1 – December 31, 2008 | $ 456.18 | $ 456.18 | $ - |
| Real Estate Taxes, December 1 – December 31, 2008 | $ 458.82 | $ 458.82 | $ - |
| CAM True Up, December 1 – December 31, 2008 | $ 329.77 | $ - | $ 329.77 |
| Base Rent, January 1 – January 31, 2009 | $ 5,453.38 | $ 5,453.38 | $ - |
| CAM, December 1 – January 1 – January 31, 2009 | $ 456.18 | $ 456.18 | $ - |
| Real Estate Taxes, January 1 – January 31, 2009 | $ 458.82 | $ 458.82 | $ - |
| Base Rent, February 1 – February 28, 2009 | $ 5,453.38 | $ 5,453.38 | $ - |
| CAM, February 1 – February 28, 2009 | $ 751.50 | $ 751.50 | $ - |
| Real Estate Taxes, February 1 – February 28, 2009 | $ 619.84 | $ 458.82 | $ 161.02 |
| TOTAL: | $ 24,356.69 | $ 19,400.46 | $ 4,956.23 |

9.    Accordingly, Landlord is owed a total of $4,956.23 for unpaid rent and expenses that accrued under the Lease during the Accrual Period.

EXECUTED as of this sixth (6th) day of April, 2011.

Paul Krassopoulos,
Senior Property Accountant

**Schedule 1 to Exhibit A**

November 2008 Invoice

(see attached)

GRE Grove Street One, LLC
165 Grove Street
Fanklin, MA  02241-4014

# I N V O I C E

Circuit City Stores, Inc                          Date:    11-01-08
9950 Mayland Drive                            Account:    CircCity
Attn: VP Real Estate & Constru
Richmond, VA  23233-1464          Amount enclosed:  _____

**Please enclose this portion with your remittance.**

Make checks payable to:
  GRE Grove Street One, LLC
  P.O. Box 414014
  Boston, MA  02241-4014

Invoice for:                              Invoice date
  Circuit City Stores, Inc                11-01-2008
  9950 Mayland Drive
  Attn: VP Real Estate & Constru
  Richmond, VA  23233-1464

| Unit | Due Date | Description | Amount |
|------|----------|-------------|--------|
| 30-001-CU | 09-30-2008 | Open Credit from Ck # 4562781 | 158.84- |
| 30-001-CU | 11-01-2008 | CAM Charge | 915.00 |
| 30-001-CU | 11-01-2008 | Commercial Rent Bldg 1 | 5,294.54 |
| | | Balance: | 6,050.70* |

**NOTE:**

**Payment upon receipt.**

**Please pay by due date to avoid late charges.**

**Schedule 2 to Exhibit A**

December 2008 Payment

(see attached)

| INV DATE | INV NUMBER | AMOUNT | BATCH - VOUCHER | INV DATE | INV NUMBER | AMOUNT | BATCH - VOUCHER |
|----------|------------|--------|-----------------|----------|------------|--------|-----------------|
| 11/20/08 | CAM   000008337 | 456.18 | 05061738 | | | | |
| 11/20/08 | RENT  000008337 | 5,453.38 | 05061737 | | | | |
| 11/20/08 | RETAX 000008337 | 458.82 | 05061739 | | | | |

| CHECK NUMBER: | 0004581704 | VENDOR NUMBER: | 0002744866 | CHECK TOTALS: | ****$6,368.38 |
|---------------|------------|----------------|------------|---------------|---------------|



**Schedule 3 to Exhibit A**

January 2009 Payment

(see attached)

Bank of America

Batch: 8415302

**CIRCUIT CITY**

PAY Six thousand three hundred sixty eight and 38/100 Dollars

**$******6,368.38**

DATE: 12/20/08

TO THE
ORDER
OF
GRE GROVE STREET ONE LLC
PO BOX 414014
BOSTON, MA 02241-4014

0004591178

VENDOR NUMBER: 0002744866

| LOCKBOX | BATCH | ITEM | IMAGE | DATE | AMOUNT |
|---|---|---|---|---|---|
| 414014 BOSTON | 1 SITE 1 | 1 | 1 | January 05, 2009 | $ 6,368.38 |

| INV DATE | INV NUMBER | AMOUNT | BATCH VOUCHER |
|---|---|---|---|
| 12/18/08 | CAM 000008508 | 458.18 | 05087774 |
| 12/18/08 | RENT 000008508 | 5,453.38 | 05087773 |
| 12/18/08 | RETAX 000008508 | 458.82 | 05087775 |

CHECK NUMBER: 0004591178   VENDOR NUMBER: 0002744866   CHECK TOTALS: ****$6,368.38

**Schedule 4 to Exhibit A**

February 2009 Payment

(see attached)



**Bank of America**

Batch: 8415346

## CIRCUIT CITY.

CIRCUIT CITY STORES, INC. (VA)
9950 MAYLAND DRIVE
RICHMOND, VA 23233
(804) 418-8145
VENDOR NUMBER: 0002744866

CHECK NUMBER
0004699726

SUNTRUST BANK,
ATLANTA, GEORGIA

64/70
611

PAY EXACTLY
$******6,663.70

PAY Six thousand six hundred sixty three and 70/100 Dollars

TO THE
ORDER
OF

ONE GROVE STREET ONE LLC
PO BOX 414014
BOSTON, MA 02241-4014

DATE 02/02/09

VOID IF OVER 10 DAYS
COA NUMBER 8800500000

VOID IF OVER $50,000.00

"004599726"  "061100790:  8800505660"

LOCKBOX     BATCH     SITE
414014        1
BOSTON

ITEM     IMAGE
1          1

DATE
February 04, 2009

AMOUNT
$ 6,663.70

| INV DATE | INV NUMBER | AMOUNT | BATCH VOUCHER | INV DATE | INV NUMBER | AMOUNT | BATCH VOUCHER |
|---|---|---|---|---|---|---|---|
| 01/27/09 | CAM 000008874 | 751.50 | 05118802 | | | | |
| 01/27/09 | RENT 000008873 | 5,453.38 | 05118801 | | | | |
| 01/27/09 | RETAX 000008874 | 458.82 | 05118803 | | | | |

**Schedule 5 to Exhibit A**

Landlord Accounting Ledger

(see attached)

Halliken Management Inc

Page 1

04-05-2011

# Tenant Activity Report

Accounting Date Range:   From   09-01-2008   To   04-30-2011

Property: 307309 GRE Grove Street One, LLC

Tenant: ClanCity Circuit City Stores, Inc
Lease: 307309369-001-CU Revison: 0     Unit: 38-001-CU

| Accounting Date | Charge Date | Charge Type | Description | Check # or ID | Beginning Balance As of 09-01-2008 | Charge | Payments | Adjustments | Apply/ Refund Credits | Apply/ Forfeit Dep/Int | Ending Balance As of 04-30-2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-01-2008 | 09-01-2008 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | |
| 09-01-2008 | 09-01-2008 | CMRT1 | Commercial Rent Bldg 1 | | | 5,294.54 | .00 | .00 | .00 | .00 | |
| 09-04-2008 | 09-01-2008 | CAM | CAM Payment | 4554990 | | .00 | (915.00) | .00 | .00 | .00 | |
| 09-01-2008 | 09-01-2008 | CMRT1 | Commercial Rent Payment Blg 1 | 4554990 | | .00 | (5,294.54) | .00 | .00 | .00 | |
| 09-30-2008 | | CAM | Open Credit from Ck # 4552781 | 4552781 | | .00 | (915.00) | .00 | .00 | .00 | |
| 09-30-2008 | 09-30-2008 | CAM | CAM Payment | 4552781 | | .00 | (915.00) | .00 | .00 | .00 | |
| 10-01-2008 | 10-01-2008 | CMRT1 | Commercial Rent Payment Blg 1 | 4552781 | | .00 | (5,294.54) | .00 | .00 | .00 | 42.78 |
| 10-01-2008 | 10-01-2008 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | |
| 10-01-2008 | 10-01-2008 | CMRT1 | Commercial Rent Bldg 1 | | | 5,294.54 | .00 | .00 | .00 | .00 | |
| 10-22-2008 | | CMRT1 | 2007 CAM true up | | | 571.82 | .00 | .00 | .00 | .00 | 1,589.92 |
| 11-01-2008 | 11-01-2008 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | |
| 11-01-2008 | 11-01-2008 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 11-01-2008 | 11-02-2008 | CMRT1 | Commercial Rent Col increase | | | 1.68 | .00 | .00 | .00 | .00 | (0,857.77) |
| 11-02-2008 | 11-02-2008 | CAM | Apply Credit | | | .00 | .00 | .00 | (158.83) | .00 | |
| 11-19-2008 | 09-30-2008 | CMRT1 | Apply Credit | | | .00 | .00 | .00 | (158.83) | .00 | |
| 12-01-2008 | 12-01-2008 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | |
| 12-01-2008 | 12-01-2008 | CMRT1 | Commercial Rent Bldg 1 | 4591704 | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 12-05-2008 | 12-01-2008 | CMRT1 | Commercial Rent Payment Blg 1 | 4591704 | | .00 | (5,453.37) | .00 | .00 | .00 | (0,857.71) |
| 12-05-2008 | 12-01-2008 | CAM | CAM Payment | 4591704 | | .00 | (915.00) | .00 | .00 | .00 | |
| 12-05-2008 | | CAM | Open Credit ck # 4591704 | 4591704 | | .00 | (.01) | .00 | .00 | .00 | |
| 12-23-2008 | | CAM | 2008 CAM true up | | | 3,967.25 | .00 | .00 | .00 | .00 | |
| 01-01-2009 | 01-01-2009 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | |
| 01-01-2009 | 01-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | (0,857.72) |
| 01-05-2009 | 11-01-2008 | CAM | CAM Payment | 4591178 | | 1,323.34 | (915.00) | .00 | .00 | .00 | |
| 01-05-2009 | 01-01-2009 | CMRT1 | Commercial Rent Payment Blg 1 | 4591178 | | 8,463.00 | (5,453.37) | .00 | .00 | .00 | |
| 01-05-2009 | | CAM | Open Credit ck# 4591178 | 4591178 | | .00 | (.01) | .00 | .00 | .00 | |
| 02-01-2009 | 02-01-2009 | CAM | CAM Charge | | | 1,323.34 | .00 | .00 | .00 | .00 | |
| 02-01-2009 | 02-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 8,463.00 | .00 | .00 | .00 | .00 | |
| 02-04-2009 | 02-01-2009 | CAM | CAM Payment | 4599726 | | .00 | (1,216.69) | .00 | .00 | .00 | 11,038.22 |
| 02-04-2009 | 02-01-2009 | CMRT1 | Commercial Rent Payment Blg 1 | 4599726 | | .00 | (8,463.00) | .00 | .00 | .00 | |
| 03-01-2009 | 03-01-2009 | CAM | CAM Charge | | | 1,371.34 | .00 | .00 | .00 | .00 | |
| 03-01-2009 | 03-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 04-01-2009 | 04-01-2009 | CAM | CAM Charge | | | 1,371.34 | .00 | .00 | .00 | .00 | |
| 04-01-2009 | 04-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 06-01-2009 | 06-01-2009 | CAM | CAM Charge | | | 1,371.34 | .00 | .00 | .00 | .00 | |
| 06-01-2009 | 06-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 07-01-2009 | 07-01-2009 | CAM | CAM Charge | | | 1,371.34 | .00 | .00 | .00 | .00 | |
| 07-01-2009 | 07-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 08-01-2009 | 08-01-2009 | CAM | CAM Charge | | | .00 | .00 | .00 | .00 | .00 | |
| 08-01-2009 | 08-01-2009 | CMRT1 | Voided - CAM Charge | | | .00 | .00 | .00 | .00 | .00 | |
| 09-01-2008 | | CAM | Apply Credit | | | .00 | .00 | (671.66) | .00 | .00 | |
| 08-31-2009 | 09-30-2008 | CAM | Apply Credit | | | .00 | .00 | (.03) | .00 | .00 | |
| 12-05-2008 | 12-23-2008 | CMRT1 | Apply Credit | | | .00 | .00 | .01 | .00 | .00 | |
| 08-31-2009 | 12-23-2008 | CAM | Bad Debt | | | .00 | .00 | (3,957.25) | .00 | .00 | |
| 01-05-2009 | 01-05-2009 | CAM | Bad Debt | | | .00 | .00 | (915.00) | .00 | .00 | |
| 01-05-2009 | 01-05-2009 | CMRT1 | Apply Credit | | | .00 | .00 | (5,453.37) | .01 | .00 | |
| 02-01-2009 | 02-01-2009 | CAM | Bad Debt | | | .00 | .00 | (161.01) | .01 | .00 | |
| 08-31-2009 | 02-01-2009 | CAM | Bad Debt | | | .00 | .00 | (1,371.34) | .00 | .00 | |
| 03-01-2009 | 03-01-2009 | CMRT1 | Bad Debt | | | .00 | .00 | (5,453.37) | .00 | .00 | |
| 08-31-2009 | 03-01-2009 | CAM | Bad Debt | | | .00 | .00 | (1,371.34) | .00 | .00 | |
| 04-01-2009 | 04-01-2009 | CMRT1 | Bad Debt | | | .00 | .00 | (5,453.37) | .00 | .00 | |
| 08-31-2009 | 05-01-2009 | CAM | Bad Debt | | | .00 | .00 | (1,371.34) | .00 | .00 | |
| 05-01-2009 | 05-01-2009 | CMRT1 | Bad Debt | | | .00 | .00 | (5,453.37) | .00 | .00 | |

Sort (1,1)

HalliGen Management Inc

Page 2

04-05-2011

# Tenant Activity Report

Accounting Date Range:    From    09-01-2008    To    04-30-2011

Property: 307309 GRE Grove Street One, LLC

Tenant: CircCity Circuit City Stores, Inc
Lease: 30730830-001-CU Revision: 0

Unit: 30-001-CU

| Accounting Date | Charge Date | Charge Type | Description | Check # or ID | Beginning Balance As of 09-01-2008 | Charges | Payments | Adjustments | Apply/ Refund Credits | Apply/ Forfeit Deposit | Ending Balance As of 04-30-2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-31-2009 | 07-01-2009 | CAM | Bad Debt | | | .00 | .00 | (1,371.34) | .00 | .00 | .00 |
| 08-31-2009 | 07-01-2009 | CMRT1 | Bad Debt | | | .00 | .00 | (5,453.37) | .00 | .00 | .00 |
| 09-01-2009 | 08-01-2009 | CAM | Voided - CAM Charge | | | .00 | .00 | .00 | .00 | .00 | .00 |
| 09-01-2009 | 09-01-2009 | CMRT1 | Voided - Commercial Rent Bldg | | | .00 | .00 | .00 | .00 | .00 | .00 |
| | | | Unit 30-001-CU Totals: | | .00 | 77,160.16* | (31,978.39)* | (45,181.77) | .00* | .00* | .00* |
| | | | Lease 30730830-001-CU Totals: | | .00 | 77,160.16* | (31,978.39)* | (45,181.77) | .00* | .00* | .00* |
| | | | Tenant CircCity Totals: | | .00* | 77,160.16* | (31,978.39)* | (45,181.77) | .00* | .00* | .00* |
| | | | Property 307309 Totals: | | .00* | 77,160.16* | (31,978.39)* | (45,181.77) | .00* | .00* | .00* |

# LERNER & HOLMES PC

*Attorneys at Law*

*Jessica N. Stokes*

*Direct Dial: 617.443.9472*
*Email: jstokes@lh-law.com*

April 6, 2011

## BY OVERNIGHT MAIL

Clerk of the Bankruptcy Court
United Stated Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Re:   Circuit City Stores, Inc., Case No. 08-35653-KRH, United States Bankruptcy Court for
      the Eastern District of Virginia
      Landlord's Response to Objection

Dear Sir/Madam:

On behalf of GRE Grove Street One LLC (the "Landlord"), owner of the property located at 165
Grove Street, Franklin, Massachusetts, I have enclosed one (1) original and one (1) copy of
Landlord's *Response to Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims
(Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims,
Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims,
Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)* dated
April 6, 2011 (the "Landlord's Response to Objection"), which Landlord hereby files in
connection with the above-referenced cases.

For ease of reference, Landlord's Proof of Claim for postpetition rent and expenses was
identified in that certain Notice of Liquidating Trust's Seventeenth Omnibus Objection to
Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late
Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended
Claims), dated February 28, 2011 (the "Notice of Objection"), as Claim No. 12062.

Please date stamp the enclosed copy of the Landlord's Response to Objection and return it to me
in the enclosed pre-paid Federal Express envelope.

Please forward to me copies of any additional court documentation filed since February 28,
2011(the date of the Notice of Objection), relating to Claim No. 12062, and please do not
hesitate to call me with any questions regarding the enclosed.

*Two Center Plaza, Suite 415*
*Boston, MA 02108*
*617.443.9470   Fax 617.443.9471*

Clerk of the Bankruptcy Court
United Stated Bankruptcy Court
April 6, 2011
Page 2 of 2

Very truly yours,

*[signature: Jessica N. Stokes]*

Jessica N. Stokes

Enclosures and return FedEx envelope enclosed

cc:     Jeffrey N. Pomerantz, Esq. (By Overnight Mail and Telecopy)
       Andrew W. Caine, Esq.
       (admitted *pro hac vice*)
       PACHULSKI STANG ZIEHL & JONES LLP
       10100 Santa Monica Boulevard
       Los Angeles, California 90067-4100
       Telephone: (310) 277-6910
       Telecopy: (310) 201-0760

       Lynn L. Tavenner, Esq. (VA Bar No. 30083) (By Overnight Mail and Telecopy)
       Paula S. Beran, Esq. (VA Bar No. 34679)
       TAVENNER & BERAN, PLC
       20 North Eighth Street, 2nd Floor
       Richmond, Virginia 23219
       Telephone: (804) 783-8300
       Telecopy: (804) 783-0178

       Denison M. Hall (By Email)
       Adam S. Berger (By Email)
       Owen Hall (By Email)
       Paul Krassopoulos (By Email)
       Chad Boulay (By Email)
       Debra McCormack (By Email)
       Daniel P. Holmes, Esq. (By Email)