DUANE DAVIDSON
Benton County Treasurer
Prosser Courthouse
Second Floor
620 Market Street
P.O. Box 630
Prosser, WA 99350
Phone: (509) 786-2255
Fax: (509) 786-5628

FILED APR 7 2011 CLERK US BANKRUPTCY COURT RICHMOND DIVISION

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | CASE No. 08-35653 (KRH)<br>Chapter 11<br><br>(Jointly Administered) |

### BENTON COUNTY TREASURER'S OPPOSITION TO THE LIQUIDATING TRUST'S EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS

The Benton County Treasurer's Office hereby files its Opposition to the Liquidating Trust's Eighteenth Omnibus Objection to Claims Filed by Taxing Authorities. This Opposition is based on any pleadings on file herein, the following points and authorities, and the attached exhibits.

BENTON COUNTY TREASURER'S
OPPOSITION TO THE LIQUIDATING
TRUST'S EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS -1

## I. STATEMENT OF FACTS AND PROCEDURAL HISTORY

On or about February 27, 2009, the Treasurer of Benton County, Washington, filed a claim, claim number 11711, in the present action for unpaid personal property taxes in the amount of $3,344.53. *See*, true and accurate copy of claim, attached hereto as **Exhibit A**. That amount was based on personal property reported by the Debtor as having an aggregate original purchase cost of $1,067,892. *See*, true and accurate copy of debtor's Personal Property Assessment Notice, attached hereto as **Exhibit B**. Applying the Washington Department of Revenue valuation guidelines, the resulting assessed value was $285,293. *See*, true and correct copy of excerpts from Washington Department of Revenue Personal and Industrial Property Valuation Guidelines, attached hereto as **Exhibit C**. At the applicable levy rate, that resulted in a tax liability of $3,344.53. *See* Exhibit A, p. 2

The Debtor contested the valuation, and a hearing was held before the Benton County Board of Equalization on January 13, 2010. *See*, true and accurate copy of Order of Benton County Board of Equalization, attached hereto as **Exhibit D**. The Board of Equalization upheld the valuation of the property. Id. The Debtor did not appeal from the Board of Equalization's findings.

On or about February 28, 2011, the Circuit City Stores, Inc. Liquidating Trust filed its Eighteenth Omnibus Objection to Claims filed by Taxing Authorities seeking a reduction in Benton County's assessment.

BENTON COUNTY TREASURER'S
OPPOSITION TO THE LIQUIDATING
TRUST'S EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS -2

## II. ANALYSIS

Before reaching the basis of Benton County's assessment, the Liquidating Trust's objection is barred by 11 U.S.C. § 505(a)(2)(C), which provides that a court may not determine the legality or amount of any ad valorem tax on real or personal property "if the applicable period for contesting or redetermining that amount under any law (other than bankruptcy law) has expired."

In the present case, the Debtor unsuccessfully contested its property tax assessment in the January of 2009, *see* Exhibit D, after which it had 30 days to appeal to the Washington State Board of Tax Appeals, RCW 84.08.130. The Debtor did not do so, and so the applicable period to contest or seek a redetermination of the valuation expired in the February of 2009. Accordingly, the revaluation sought by the Liquidating Trustee is untimely and is barred by 11 U.S.C. § 505(a)(2)(C).

Further, even if the Court were to undertake a revaluation of the subject personal property, the Court would look to the state law of the taxing entity, in this case the tax laws of Washington State. *See In re Laptops Etc. Corp.*, 164 B.R. 506, 514 (1993). Here, Benton County applied the depreciation guidelines provided by the Washington State Department of Revenue to personal property purchase costs provided by the Debtor, resulting in the valuation at issue. *See*, Exhibits B, C. Under Washington law, that assessment is presumptively correct, and that presumption can only be overcome upon a showing of "clear, cogent and convincing evidence." RCW

84.40.0301. In support of its objection, however, the Liquidating Trust has produced no evidence or reasoning, providing only the conclusory comment that the valuation should be "Reduced to reflect amount of tax based on fair market value of debtors property subject to tax." Liquidating Trust's Eighteenth Omnibus Objection to Claims Filed by Taxing Authorities, Exhibit C. Accordingly, the Liquidating Trustee has not met its burden to overcome the statutory presumption of the correctness of the valuation.

## III. CONCLUSION

The Benton County Treasurer's Office respectfully requests that the Court deny the Liquidating Trust's Eighteenth Omnibus Objection with respect to Benton County's claim.

Dated this __6__ day of April, 2011.

By: _____
DUANE DAVIDSON
Benton County Treasurer
Prosser Courthouse
Second Floor
620 Market Street
P.O. Box 630
Prosser, WA 99350
Telephone: (509) 786-2255
Fax: (509) 786-5628

BENTON COUNTY TREASURER'S
OPPOSITION TO THE LIQUIDATING
TRUST'S EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS -4

# CERTIFICATE OF SERVICE

I certify that I served, in the manner indicated below, a true and correct copy of the foregoing document as follows:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard<br>Los Angeles, CA 90067-4100 | ☐ U.S. Regular Mail, Postage Prepaid<br>☐ Legal Messenger<br>X Overnight Express<br>☐ Facsimile<br>☐ Hand Delivery by _____ |
| Robert J. Feinstein, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 36th Floor<br>New York, NY 10017 | ☐ U.S. Regular Mail, Postage Prepaid<br>☐ Legal Messenger<br>X Overnight Express<br>☐ Facsimile<br>☐ Hand Delivery by _____ |
| Lynn L. Tavenner, Esq.<br>Paula S. Beran, Esq.<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, VA 23219 | ☐ U.S. Regular Mail, Postage Prepaid<br>☐ Legal Messenger<br>X Overnight Express<br>☐ Facsimile<br>☐ Hand Delivery by _____ |

DATED this 6th day of April, 2011, at Kennewick, Washington.

*/s/ Shannon C. Slaght*
SHANNON C. SLAGHT

| United States Bankruptcy Court<br>Eastern District of Virginia, Richmond Division | | REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSES |
|---|---|---|

| In Re: CIRCUIT CITY STORES, INC., et al. | Case Number: 08-35653 thru 08-35670<br>Chapter 11 Jointly Adm. |
|---|---|
| Name of Debtor: CIRCUIT CITY STORES, INC. | 08-35653 |

NOTE: This form should only be used to make a claim for an administrative expense as defined in 11 U.S.C. § 503. This "request" for payment of an administrative expense relates to the actual costs of preserving the estate, including taxes, fines and penalties on the estate in relation to business conducted with the debtor(s). The administrative expenses occurred on or after the petition date but on or before the bar date for the filing of requests for payment of administrative expenses.

| Name of Creditor (Person or entity to whom the debtor owes money or property)<br><br>BENTON COUNTY TREASURER<br>P. O. BOX 630<br>PROSSER, WA  99350-0630<br><br>TELEPHONE NO.   (509) 786-2255<br><br>Name and Address Where Notices Should be Sent<br><br>BENTON COUNTY PROSECUTING ATTORNEY<br>7122 WEST OKANOGAN PLACE, BUILDING A<br>KENNEWICK, WA  99336-2359<br><br>TELEPHONE NO.   (509) 786-5608 | ☐ Check box if you are aware that anyone else has filed a request for payment of an administrative expense relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | This Space Is For Court Use Only |
|---|---|---|

| Last four digits of account or other number by which creditor identifies debtor:<br>See attached Exhibit A. | Check here if this claim:  ☐ replaces   a previously filed claim, dated: _____<br>☐ amends |
|---|---|

1. Basis for claim:
   ☐ Goods sold                    ■ Taxes                                            ☐ Wages, salaries, and compensation (Fill out below)
   ☐ Services performed     ☐ Other (Describe briefly)                     Last four digits of SSN: _____
   ☐ Money Loaned            ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)    Unpaid compensation for services performed
   ☐ Personal injury/wrongful death                                                                         from _____ to _____
                                                                                                                                (date)            (date)

| 2. Date debt was incurred:<br>See attached Exhibit A. | 3. If court judgment, date obtained: |
|---|---|

4. Amount of claim:     $3,344.53
                                    (TOTAL)

5. Administrative expense.
   Post-Petition Administrative Expenses arising on or after:    11/10/08

   Brief Description of Administrative expenses:

   ■ Real Estate and/or Personal Property Taxes- SEE ATTACHED EXHIBIT A.
   ☐ Motor Vehicle
   ☐ Other (Describe briefly)

   ■ Interest accrues at the rate of 12% per annum.

| 6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.)<br>7. Supporting documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.)<br>8. Date-stamped copy: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

CERTIFICATION: The undersigned certifies under penalty of perjury that the debtors named above are indebted to the claimant in the amount shown, that there is no security for the debt other than that stated above or in an attachment to this form, that no unmatured interest is included, and that the undersigned is authorized to make this claim.

| DATE<br>February 27, 2009 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any).<br><br>_signature_<br>DUANE A. DAVIDSON, Benton County Treasurer | Exhibit ___A___ |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 and 3571.

CIRCUIT CITY STORES, INC., et al.  
08-35653 thru 08-35670 Chapter 11  
Jointly Adm.

CIRCUIT CITY STORES, INC.  
08-35653

# EXHIBIT A

## PROOF OF CLAIM

## STATEMENT OF TAXES DUE

CASE NO:   08-35653  
PAGE 1

| BENTON COUNTY, WASHINGTON | DATE INCURRED | CURRENT ASSESSED VALUE | DATE TAX DUE | AMOUNT OF TAXES DUE | DATE TAXES DELINQUENT | *AMOUNT OF DELINQUENT INTEREST & COSTS | | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|
| 3-0PC7-490-0000-000 | 01-28-09 | $328,308 | 04-30-10 | $3,344.53 | 05-01-10 | $0.00 | $0.00 | $3,344.53 |
| | AMOUNT OF ARREARAGE | | | $0.00 | | $0.00 | $0.00 | $0.00 |
| | CLAIM AMOUNT | | | $3,344.53 | | $0.00 | $0.00 | $3,344.53 |

NOTE: RCW 84.56.020 provides that all taxes are due on or before April 30 and are delinquent thereafter, provided, if one half of the taxes are paid by April 30, the second half shall be due on or before October 31 and are delinquent thereafter. Delinquent taxes bear interest at the rate of 12 percent per annum, plus a penalty of three percent of the amount delinquent on June 1st of the year due and an additional eight percent penalty on the amount delinquent on December 1st of the year due.

*Interest & costs in this column computed through:   APR 2010   Interest accrues thereafter as noted above.   DATED:   02/27/09

NOTE: TAX IS DUE UPON THE EARLIER OF THE SALE DATE OR DUE DATE SHOWN.

Case 08-35653-KRH    Doc 10493    Filed 04/07/11    Entered 04/11/11 11:21:26    Desc
Main Document    Page 8 of 19

In Re: CIRCUIT CITY STORES, INC., et al.    08-35653 thru 08-35670 Chapter 11 Jointly Adm.

Name of Debtor: CIRCUIT CITY STORES, INC.    08-35653

# EXHIBIT B
## RCW 84.60.010

"**Priority of tax lien**. All taxes and levies which may hereafter be lawfully imposed or assessed shall be and they are hereby declared to be a lien respectively upon the real and personal property upon which they may hereafter be imposed or assessed, which liens shall include all charges and expenses of and concerning the said taxes which, by the provisions of this title, are directed to be made. The said lien shall have priority to and shall be fully paid and satisfied before any recognizance, mortgage, judgment, debt obligation or responsibility to or with which said real and personal property may become charged or liable.
(Amended by Laws 1969, Ex. Sess., ch. 251, § 1)"

## RCW 84.60.020

"**Attachment of tax liens**. The taxes assessed upon real property, including mobile homes assessed thereon, and other mobile homes as defined in RCW 82.50.010 shall be a lien thereon from and including the first day of January in the year in which they are levied until the same are paid, but as between the grantor or vendor and the grantee or purchaser of any real property or any such mobile home, when there is no express agreement as to payment of the taxes thereon due and payable in the calendar year of the sale or the contract to sell, the grantor or vendor shall be liable for the same proportion of such taxes as the part of the calendar year prior to the day of the sale or the contract to sell bears to the whole of such calendar year, and the grantee or purchaser shall be liable for the remainder of such taxes and subsequent taxes. The lien for the property taxes assessed on a mobile home shall be terminated and absolved for the year subsequent to the year of its removal from the state, when notice is given to the county treasurer describing the mobile home, if all property taxes due at the time of removal are satisfied. The taxes assessed upon each item of personal property assessed shall be a lien upon such personal property except mobile homes as above provided from and after the date upon which the same is listed with and valued by the county assessor, and no sale or transfer of such personal property shall in any way affect the lien for such taxes upon such property. The taxes assessed upon personal property shall be a lien upon each item of personal property of the person assessed, distrained by the treasurer as provided in RCW 84.56.070, from and after the date of the distraint and no sale or transfer of such personal property so distrained shall in any way affect the lien for such taxes upon such property. The taxes assessed upon personal property shall be a lien upon the real property of the person assessed, selected by the county treasurer and designated and charged upon the tax rolls as provided in RCW 84.60.040, from and after the date of such selection and charge and no sale or transfer of such real property so selected and charged shall in any way affect the lien for such personal property taxes upon such property.
(Amended by Laws 1977, Ex. Sess., ch. 22, § 8, effective May 6, 1977; Laws 1985, ch. 395, § 5)

# PERSONAL PROPERTY ASSESSMENT NOTICE

Barbara Wagner
**Office of the Assessor**
**BENTON COUNTY**
7122 W. Okanogan Place, Building A
Kennewick, WA 99336
(509) 735-2394

**NOTICE DATE:**
January 28, 2009

5% penalty for each month after due date up to 25%. Willful failure to file return form 100% penalty.

PENALTY

PERSONAL PROPERTY LISTING LAW 84.40.040

## MAIL TO

ACCOUNT NO  30PC74900000000    TAX CODE AREA  R2
NAME AND ADDRESS

CIRCUIT CITY STORES INC #3754
JAMES E KING
PO BOX 42304
RICHMOND VA 23242-2304

PERSONAL PROPERTY LOCATION
1430 TAPTEAL DR, RICHLAND

REAL ESTATE PARCEL NO.    CLASS CODE 59

**THIS IS A COPY FOR YOUR RECORDS OF YOUR PERSONAL PROPERTY ASSESSMENT**

- Assessed Value for 2010 tax year -

| Asset or Line No. | Schedule | Description | Purchase Year | Total Cost | Assessed Value |
|---|---|---|---|---|---|
| 0020 | 16 | FURNITURE AND FIXTURES | 2000 | $552,019 | $140,765 |
| 0030 | 16 | MACHINERY AND EQUIPMENT | 2000 | $141,719 | $36,138 |
| 0080 | 19 | SIGN | 2000 | $2,100 | $386 |
| 0010 | 30 | COMPUTERS/POS | 2000 | $135,418 | $20,313 |
| 0060 | 16 | FURNITURE AND FIXTURES | 2001 | $83,556 | $25,234 |
| 0070 | 24 | MACHINERY AND EQUIPMENT | 2001 | $977 | $147 |
| 0050 | 30.5 | COMPUTERS | 2001 | $725 | $30 |
| 0090 | 16 | FURNITURE AND FIXTURES | 2002 | $5,415 | $1,933 |
| 0100 | 16 | MACHINERY AND EQUIPMENT | 2002 | $12,228 | $4,365 |
| 0110 | 16 | FURNITURE | 2003 | $92,114 | $38,780 |
| 0130 | 30.5 | COMPUTER | 2004 | $446 | $66 |
| 0140 | 30.5 | COMPUTERS | 2005 | $13,650 | $3,003 |
| 0150 | 16 | FURNITURE | 2006 | $3,215 | $2,048 |
| 0170 | 24 | MACH & EQUIP | 2006 | $8,191 | $3,866 |
| 0160 | 30.5 | COMPUTERS | 2006 | $8,641 | $2,834 |
| 00180 | 16 | FURNITURE | 2007 | $2,908 | $2,117 |
| 00190 | 24 | MACH & EQUIP | 2007 | $3,223 | $1,921 |
| 0040 | SU | SUPPLIES - MONTHLY AVG | 2009 | $1,347 | $1,347 |
| | | | Totals: | $1,067,892 | $285,293 |

Exhibit __B__

**THE ABOVE ASSESSED VALUATION HAS BEEN PROCESSED FROM YOUR REPORTED PERSONAL PROPERTY LISTING.**

NOTICE: THIS IS NOT A TAX STATEMENT but a copy of your personal property assessment. This value will be used when computing next year's tax statement. If you believe this total assessed value does not represent true and fair market value, please present your objection to the County Assessor. You may petition the County Board of Equalization by July 1st or 30 days from the date of notice, whichever is later.

|  | YES | NO |
|---|---|---|
| Head of Family Exemption | [ ] | [XX] |
| State School Exemption | [ ] | [XX] |

THIS RETURN SUBJECT TO AUDIT AND VERIFICATION BY THE STATE DEPARTMENT OF REVENUE AND/OR THE ASSESSOR'S OFFICE.
THE CONTENTS OF THIS FORM CONFORM TO THE STANDARDS AS PRESCRIBED BY THE STATE DEPARTMENT OF REVENUE.



Department of
Revenue
Washington State

# Personal and Industrial Property Valuation Guidelines – Trended Investment Method for January 1, 2009

## If You Have Questions

For questions about these *Guidelines* or other personal and industrial property tax issues, contact:

| Name | Title | Phone Number | E-Mail Address |
| --- | --- | --- | --- |
| Pete Levine | Personal Property Supervisor | (360) 570-5884 | PeteL@dor.wa.gov |
| Howard Hubler | Property Tax Supervisor | (425) 356-4850 | HowardH@dor.wa.gov |

To access the *2009 Personal Property and Industrial Valuation Guidelines*:
- Go to the Department of Revenue's web site at www.dor.wa.gov.
- Select **Find taxes and rates** on the left side of the screen.
- Select **Property tax** below the **Find taxes and rates** heading.
- Scroll down and select **Property tax publications** on the right side of the screen.
- Select either **Personal Property Valuation Guidelines** or **Industrial Valuation Guidelines** in the center of the screen.
- Select **2009**.

Exhibit _C_

Property Tax Division
P O Box 47471 ♦ Olympia, Washington 98504-7471 ♦ (360) 570-5900 ♦ Fax (360) 586-7602

# Table of Contents

If You Have Questions ........................................................................................................... 1
Personal & Industrial Property Valuation Tables – *MS Excel Link* ....................................... 2
Purpose and Use of These Guidelines .................................................................................. 3
Clarifications and Revisions to the Guidelines for 2009 ........................................................ 3
Minimum Value Percent Good Factors .................................................................................. 5
Exceptions to the Minimum Value Percent ............................................................................ 5
Questions & Answers ............................................................................................................. 6
Index to Trended Investment Valuation Indicators ........................................................... 7-13
Supplemental Valuation Table A .......................................................................................... 14

## Valuation Tables – MS Excel Link

 **Double click on the MS Excel icon in the box below to access the "2009 Personal and Industrial Property Valuation Tables."**

Included in the link – *in the box below* – to the Excel file are the following worksheets and the respective tables:

- 2009 Combined Tables (All)
- 2009 Trend I Table
- 2009 Trend II and III Tables
- 2009 Building and Land Improvements Table
- 2009 Title Plant (Supp B)
- Informational – 2009 Trend with Freeze
- Informational – Declining Balance Table



*"2009 Personal and Industrial Property Valuation Tables"*

**Bottling & Soft Drinks Mfg**
    *Part of production line*      10
    *Free standing, not part of a production line*      14
    *Beverage Canisters/Cylinders (i.e., Pre-Mix Soda Pop)*      10
    *CO2 Tanks/Cylinders*      10

**Casino Equipment**
    *Video Type*      24
    *Game Type (F&F, i.e., blackjack table, roulette wheel, etc.)*      19

**Convenience Stores**
    *Cash Registers & Scanners*      24
    *Dispensers (gas)*      20
    *Fixtures & Equipment*      16
    *POS (Point of Sale computer systems)*      30
    *Walk-in Coolers*      12

**Game Consoles** *(Playstation, Wii, Xbox, etc.)*      24

**Gas Stations**
    *Cash Registers & Scanners*      24
    *Dispensers (gas)*      20
    *Fixtures & Equipment*      16
    *POS (Point of Sale computer systems)*      30
    *Walk-in Coolers*      12

**Generators** *(gas & diesel)*      16

**Soft Drink Mfg. M&E**
    *Part of production line*      10
    *Free standing, not part of a production line*      14
    *Beverage Canisters/Cylinders (i.e., Pre-Mix Soda Pop)*      10
    *CO2 Tanks/Cylinders*      10

**Survey Equipment**
    *Electronic*      24
    *Other Survey M&E (non-electronic)*      14

**Tanks**
    *Agricultural Tanks*      16
    *Beverage Canisters/Cylinders (i.e., Pre-Mix Soda Pop)*      10
    *Bulk Petroleum & Chemical*      B&LI Trend/6.5
    *CO2 Tanks/Cylinders (& other Specialty Gasses)*      10
    *Cryogenic Tanks (part of an M&E setting)*      7.5
    *Oxygen & Acetylene Tanks/Cylinders*      10
    *Propane Tanks/Cylinders*      12
    *Winery Tanks*      7.5

recorders) decline to 2 percent good, and two of the Microchip Manufacturing M&E categories decline to 5 percent good. In addition, network computer equipment and mainframes are valued using the Trend II "N" table, which declines to 5 percent good.

## Questions & Answers

In the past, we have been asked to respond to a few specific questions about aspects and issues relating to the assessment and valuation of certain property. The following Q&As address some of those questions.

➢ Q. I see a separate table for CNC Milling Machines, *Trend III / MM*. What is a milling machine and how do I use that table?

A. A milling machine is a machine used for the complex shaping of metal and possibly other solid materials. Milling machines can perform a vast number of complex operations such as a slot, cutting, planing, drilling, rebating, routing, etc. They can be either manually controlled or CNC and are generally not directly part of a production line, but rather they are associated with machine shops and other manufacturing processes. The combined table *Trend III / MM* is recommended for CNC milling machines where it can be demonstrated that the CNC hardware component is integrated with the equipment (i.e., an all-in-one unit) in such a way that the CNC cannot be separated from the machine or modified other than by software programming. The table accounts for the technological changes that have occurred in the industry. Milling machines and machine shop equipment without an integrated CNC component are valued using the 12 percent table.

➢ Q. What about rental assets, are they taxable and at what cost?

A. Rental assets, whether held or owned for short-term rental (generally less than 30 days) or long-term rental/lease, are assessable and are to be valued at 100 percent of their true and fair market value. This is to say that the historical or original costs need to be reported at the retail trade level in order to adequately arrive at a market value using the valuation guidelines.

➢ Q. How should I value a crawler (bulldozer)? In construction should I use a 16 percent table, or on a farm a 12 percent table; or what if it is part of a logging operation, should I use an 18 percent table?

A. Use a 16 percent table for crawlers, or bulldozers, regardless of business type, with a few exceptions:
• Crawlers, or bulldozers, with grapples are generally purchased and used for logging, and therefore should be valued using an 18 percent table.
• Crawlers such as "Cat Challengers," or similar types, are essentially tractors that have tracks and should be valued at a 12 percent table. These typically have tracks, but are otherwise built and used like tractors; i.e., they have a PTO for operating implements like most tractors, and they are used similarly to a rubber-tired tractor in farming operations and are less likely to be found on construction sites.

# INDEX TO
## TRENDED INVESTMENT VALUATION INDICATORS
### For January 1, 2009, Valuations

**BUSINESS ACTIVITY OR TYPE OF BUSINESS**

<u>Use Trend I from Combined Table unless Trend II, Trend III, Supp. A, or Supp. B is indicated</u>

| | Trend/Column |
|---|---|
| **Bowling Alleys** | *12* |
|    *Electronic Scoring Machines* | *24* |
|    *Pinsetters & Others* | *19* |
| **Brewing & Distilling** | *10* |
| **Building & Land Improvements** | |
|    *Bldg Class CDS & Land Imprvmts.* | *B&LI Trend /4(L)* |
|    *Chemical Buildings* | *B&LI Trend /6.5(CH)* |
|    *Short lived improvements –* | *B&LI Trend/16(SL)* |
|    *carpet, asphalt paving, fencing, etc.* | |
| **Butcher Shops** | *12* |

**- C -**

| | Trend/Column |
|---|---|
| **C.A.T.V. & S.A.T.V. Equipment** | |
|    *Signal Receiving Equipment* | *12* |
|    *Distribution Equipment* | *14* |
|    *Headend Equipment* | *16* |
|    *Converters, Decoders, Digital Boxes, Modems* | *30* |
|    *Electronic Testing Equipment and Small Tools* | *24* |
|    *Television Production Equipment* | *19* |
| **Cabinet Shop M&E** | *12* |
| **Campground Equipment** | *16* |
| **Candy & Confection Mfg. M&E** | *12* |
| **Car Wash** *(5 Min. & Coin-Op)* | *18* |
| **Cash Machines** | *24* |
| **Cash Registers & Scanners** | *24* |
| **Casino Equipment** | |
|    *Video Type* | *24* |
|    *Game Type (F&F, i.e,. blackjack table, roulette wheel, etc.)* | *19* |
| **Cell/wireless telephone tower – tower only** | *7.5* |
| **Cell/wireless telephone tower – with antennae** | *12* |
| **Cell/wireless telephone antennae – antenna only** | *24* |
| **Cement, Clay, & Brick Products Mfg.** | *7.5* |
| **Chemical Products Mfg.** | *8.5* |
| **Clothing Mfg.** | *8.5* |
| **Cocktail Bars & Taverns** | *19* |
|    *Antique Back Bars* | *(Value at Cost)* |
| **Coin-Op Lockers** | *16* |
| **Coin-Op Machines** | *24* |
| **Computer Systems** *(Business)* | |
|    *Lotto Machines* | *30* |
|    *Mainframe Computers, Disk Array and other Storage Devices, and Network servers* | *Trend II/N* |

| | Trend/Column |
|---|---|
| *Personal Computers (Including desktop and/or laptop computers and peripheral/connected hardware. E.g., scanner, printer, and multifunction digital printer/scanner/fax machine combo.)* | *Trend II/C* |
| *Canned Software* | *Supp. A* |
| *Custom Software* | *Supp. A* |
| *Production Systems Computers (with direct electronic link to longer-lived equipment.)* | *24* |
| **Computer Numeric Controlled (CNC)**    *Trend III/MM* | |
|    **Milling Machines** *(freestanding, not part of a production line & the CNC hardware component is integrated within the milling machine)* | |
| **Construction M&E** | |
|    *General Construction* | *16* |
|    *Asphalt Plants* | |
|      *Portable* | *18* |
|      *Stationary* | *12* |
|    *Land Clearing (i.e., backhoe, excavator crawler, grader, etc.)* | *16* |
|    *Unlicensed & Licensed Vehicles including Trailers (permanently sited and/or not primarily designed for use on public streets and highways; see PTA 6.0.2004, "Property Taxability of Motor Vehicles")* | *16* |
|    *Marine Construction* | |
|      *Ships & Vessels (production line)* | *7.5* |
|      *Ships & Vessels (portable equipment)* | *12* |
|      *Pleasure Craft* | *12* |
|      *Boat Molds* | *24* |
|    *Road Construction-Heavy (i.e., asphalt grinder, large off-highway truck, etc.)* | *24* |
|    *Rock Crushing* | |
|      *Portable* | *18* |
|      *Stationary* | *12* |
|    *Sewer & Utilities* | *16* |
|    *Well Drilling* | *16* |
| **Container Mfg. M&E** | *7.5* |
| **Convenience Stores** | |
|    *Cash Registers & Scanners* | *24* |
|    *Dispensers (gas)* | *20* |
|    *Fixtures & Equipment* | *16* |
|    *POS (Point of Sale computer systems)* | *30* |
|    *Walk-in Coolers* | *12* |
| **Coolers (walk-in)** | *12* |
| **Copy Machines** *(purchased)* | *30* |

# INDEX TO
# TRENDED INVESTMENT VALUATION INDICATORS
### For January 1, 2009, Valuations

## BUSINESS ACTIVITY OR TYPE OF BUSINESS

Use Trend I from Combined Table unless Trend II, Trend III, Supp. A, or Supp. B is indicated

| | Trend/Column |
|---|---|
| Garage M&E | 18 |
| Garbage Dumpsters | 16 |
| **Gas Stations** | |
| *Dispensers (gas)* | 20 |
| *Equipment* | 18 |
| *Store F&F* | 16 |
| General Contractor M&E | 16 |
| Generators *(gas & diesel)* | 16 |
| **Golf Courses** | |
| *Carts* | 20 |
| *Equipment* | 18 |
| *Tractors* | 12 |
| GPS Receivers (not affixed) | 30 |
| Greenhouse & Nursery M&E | 16 |
| **Grocery Stores** | |
| *Cash Registers & Scanners* | 24 |
| *Fixtures & Equipment* | 16 |
| *Meat Packing* | 12 |
| *POS (Point of Sale computer systems)* | 30 |
| *Walk-in Coolers* | 12 |

### - H -

| | |
|---|---|
| Hardware Store F&F | 16 |
| Hatchery M&E | 16 |
| **Health Spa Equip.** | |
| *Manual* | 16 |
| *Electronic* | 24 |
| **Hospitals** | |
| *Equipment* | 16 |
| *Diagnostic Equipment (CT, MRI, ultrasound, etc.)* | 24 |
| *Laboratory Equip. (non-electric)* | 18 |
| *Laboratory Equip. (electronic & computerized)* | 24 |
| *Mattresses* | 30 |
| *X-Ray* | 12 |

### - I -

| | |
|---|---|
| Ice Cream Cabinets | 16 |
| Ice & Refrigeration Machinery | 7.5 |
| Iron & Steel Industry | 7.5 |

### - J -

| | |
|---|---|
| Janitorial Service Equipment | 20 |
| Jewelry Store F&F and Equip. | 16 |

### - K -

| | |
|---|---|
| Key Duplication | 16 |

### - L -

| | Trend/Column |
|---|---|
| **Laboratories** | |
| *Diagnostic* | 24 |
| *Equipment (non-electric)* | 18 |
| *Equipment (electronic & computerized)* | 24 |
| **Land Improvements & Buildings** | |
| *Bldg Class CDS & Land Imprvmts.* | B&LI Trend /4(L) |
| *Chemical Buildings* | B&LI Trend /6.5(CH) |
| *Short-lived Improvements –* | B&LI Trend/16(SL) |
| *carpet, asphalt paving, fencing, etc.* | |
| Landscaping M&E | 16 |
| **Laundry & Dry Cleaning** | |
| *Coin-Op* | 24 |
| *Other Than Coin-Op* | 14 |
| Law Libraries | 12 |
| Leather Products Mfg. M&E | 8.5 |
| Libraries *(professional)* | 12 |
| Lift Trucks | *(see Forklift)* |
| Lotto Machines | 30 |
| **Lumber & Wood Products** | |
| *Logging M&E* | 18 |
| *Log Stackers* | 18 |
| *Pulp, Paper, & Paperboard mfg.* | 7.5 |
| *Plywood & Veneer mfg.* | 8.5 |
| *Scarifying M&E* | 18 |
| *Sawmills* | |
|   *Portable* | 14 |
|   *Stationary* | 8.5 |

### - M -

| | |
|---|---|
| Machine Shop M&E *(production)* | 7.5 |
| Machine Shop M&E *(not part of production line, such as lathes)* | 12 |
| **Machine Shop – Milling Machines** *(freestanding, not part of production line)* | |
| *Computer Numeric Controlled (CNC)* | Trend III/MM |
| *Milling Machines (CNC hardware component integrated within the milling machine)* | |
| *Manual Milling Machines (non-CNC)* | 12 |
| Mailing Machines | 20 |
| Meat Packing M&E | 12 |
| Meat Processing *(Complex)* | 8.5 |
| Medical Equipment | 14 |

REV 64 0104 (1/21/09)

# INDEX TO
# TRENDED INVESTMENT VALUATION INDICATORS
### For January 1, 2009, Valuations

## BUSINESS ACTIVITY OR TYPE OF BUSINESS

Use Trend I from Combined Table unless Trend II, Trend III, Supp. A, or Supp. B is indicated

| | Trend/Column |
|---|---|
| **Railroad Rolling Stock-Private** *(except logging cars)* | 12 |
| **Railroad Car Conversions** | 16 |
| **Refrigeration & Cold Storage** | 8.5 |
| **Rental Equipment** | |
|   Costumes | 24 |
|   Public U-Rent *(excluding Heavy Equipment)* | 24 |
|   Heavy Equipment | *(Value by Type)* |
|   Telephones *(Residential)* | 30 |
|   Tuxedos | 30 |
| **Research & Development M&E** | 20 |
| **Restaurants, Soda Fountains, & Drive-Ins** | 19 |
|   Walk-in Coolers | 12 |
| **Retail Stores** | |
|   Fixtures | 16 |
|   Office F&F | *(see Office Equip.)* |
|   POS Computer Systems | 30 |
|   Public Address Systems | 20 |
|   Sound Systems *(Background)* | 24 |
| **Rock Crushers** | *(see Construction)* |

### - S -

| | Trend/Column |
|---|---|
| **Sawmills** | *(see Lumber)* |
| **Scaffolding (Rental)** | 24 |
| **Search Lights** | 18 |
| **Security Systems/Cameras** | 24 |
| **Service Stations** | *(see Gas Stations)* |
| **Sewing Equipment** | 12 |
| **Sewer Construction Equipment** | 16 |
| **Sheet Metal Fabrication (production line)** | 7.5 |
| **Sheet Metal Fabrication (not part of prod. line)** | 12 |
| **Shipbuilding** | *(see Construction)* |
| **Shipyards** | *(see Construction)* |
| **Shoes & Leather Products Mfg. M&E** | 8.5 |
| **Signs** | |
|   Bulletin Boards | 14 |
|   Billboards | Supp. A |
|   Electronic | 16 |
|   Neon | 19 |
|   Plastic Illuminated | 19 |
|   Poster Panels | Supp. A |
| **Ski Areas** | |
|   Snow Cats & Packers | 24 |
|   Tows & Lifts | 7.5 |
| **Ski Mfg. Equipment** | 12 |
| **Small Tools** *(perishable)* | 24 |

| | Trend/Column |
|---|---|
| **Smelting** | 7.5 |
| **Soft Drink Mfg. M&E** | |
|   Part of production line | 10 |
|   Free standing, not part of a production line | 14 |
|   Beverage Canisters/Cylinders | 10 |
|     (i.e., Pre-Mix Soda Pop) | |
|   $CO_2$ Tanks/Cylinders | 10 |
| **Sound Systems** *(background)* | 24 |
| **Supermarkets** | |
|   Cash Registers & Scanners | 24 |
|   Fixtures & Equipment | 16 |
|   Meat Packing | 12 |
|   POS Computer Systems | 30 |
|   Public Address Systems | 20 |
|   Walk-in Coolers | 12 |
| **Surveying Equipment** | |
|   Electronic | 24 |
|   Other Survey M&E *(non electronic)* | 14 |

### - T -

| | Trend/Column |
|---|---|
| **Tanks** | |
|   Agricultural Tanks | 16 |
|   Beverage Canisters/Cylinders | 10 |
|     (i.e., Pre-Mix Soda Pop) | |
|   Bulk Petroleum & Chemical | B&LI Trend/6.5 |
|   $CO_2$ Tanks/Cylinders (&Specialty Gasses) | 10 |
|   Cryogenic Tanks (part of a M&E setting) | 7.5 |
|   Oxygen & Acetylene Tanks/Cylinders | 10 |
|   Propane Tanks/Cylinders | 12 |
|   Winery Tanks | 7.5 |
| **Tanning Salon Equip.** | 16 |
| **Tavern & Bar Equipment** | 19 |
|   Antique Back Bars | *(Value at Cost)* |
| **Television & Radio Equipment** | *(see Radio)* |
| **Television (for entertainment)** | 24 |
| **Telephones** | |
|   Cellular | 30 |
|   Pagers | 24 |
|   Rentals (commercial & residential) | 30 |
|   Systems (customer owned) | 30 |
|   Fax/Phone/Copier Units | 30 |
|   Cell/wireless telephone tower – tower only | 7.5 |
|   Cell/wireless telephone tower – with antennae | 12 |
|   Cell/wireless telephone antennae – antennae only | 24 |
| **Textile Tent & Awning Mfg. M&E** | 8.5 |

# TREND I COMBINED TABLES FOR PERSONAL AND INDUSTRIAL PROPERTY
## Percent Good Indicators -- For January 1, 2009 Valuations

| AGE | YEAR | Trend I | 30.0% 5 | 20.0% 7 | 19.0% 8 | 18.0% 8 | 14.0% 11 | 12.0% 13 | 10.0% 15 | 8.5% 18 | 7.5% 21 | 6.5% 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2008 | 1.000 | 0.700 | 0.800 | 0.810 | 0.820 | 0.860 | 0.880 | 0.900 | 0.915 | 0.925 | 0.935 |
| 2 | 2007 | 1.032 | 0.506 | 0.661 | 0.677 | 0.694 | 0.763 | 0.799 | 0.836 | 0.864 | 0.883 | 0.902 |
| 3 | 2006 | 1.075 | 0.369 | 0.550 | 0.571 | 0.593 | 0.684 | 0.733 | 0.784 | 0.823 | 0.851 | 0.879 |
| 4 | 2005 | 1.120 | 0.269 | 0.459 | 0.482 | 0.507 | 0.613 | 0.672 | 0.735 | 0.785 | 0.820 | 0.856 |
| 5 | 2004 | 1.173 | 0.197 | 0.384 | 0.409 | 0.435 | 0.552 | 0.619 | 0.693 | 0.753 | 0.795 | 0.838 |
| 6 | 2003 | 1.197 | 0.150 | 0.314 | 0.338 | 0.364 | 0.484 | 0.556 | 0.636 | 0.702 | 0.750 | 0.800 |
| 7 | 2002 | 1.208 | 0.150 | 0.253 | 0.276 | 0.301 | 0.420 | 0.494 | 0.578 | 0.649 | 0.700 | 0.755 |
| 8 | 2001 | 1.218 | 0.150 | 0.204 | 0.226 | 0.249 | 0.364 | 0.438 | 0.524 | 0.598 | 0.653 | 0.711 |
| 9 | 2000 | 1.226 | 0.150 | 0.165 | 0.184 | 0.206 | 0.316 | 0.388 | 0.475 | 0.551 | 0.608 | 0.670 |
| 10 | 1999 | 1.242 | 0.150 | 0.150 | 0.150 | 0.171 | 0.275 | 0.346 | 0.433 | 0.511 | 0.569 | 0.634 |
| 11 | 1998 | 1.247 | 0.150 | 0.150 | 0.150 | 0.150 | 0.237 | 0.306 | 0.391 | 0.469 | 0.529 | 0.595 |
| 12 | 1997 | 1.260 | 0.150 | 0.150 | 0.150 | 0.150 | 0.206 | 0.272 | 0.356 | 0.434 | 0.494 | 0.562 |
| 13 | 1996 | 1.282 | 0.150 | 0.150 | 0.150 | 0.150 | 0.180 | 0.243 | 0.326 | 0.404 | 0.465 | 0.535 |
| 14 | 1995 | 1.306 | 0.150 | 0.150 | 0.150 | 0.150 | 0.158 | 0.218 | 0.299 | 0.377 | 0.439 | 0.510 |
| 15 | 1994 | 1.341 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.197 | 0.276 | 0.354 | 0.417 | 0.489 |
| 16 | 1993 | 1.373 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.178 | 0.254 | 0.331 | 0.394 | 0.468 |
| 17 | 1992 | 1.398 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.156 | 0.233 | 0.309 | 0.372 | 0.446 |
| 18 | 1991 | 1.424 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.214 | 0.288 | 0.350 | 0.425 |
| 19 | 1990 | 1.462 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.196 | 0.270 | 0.332 | 0.408 |
| 20 | 1989 | 1.513 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.179 | 0.256 | 0.318 | 0.394 |
| 21 | 1988 | 1.577 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.164 | 0.244 | 0.307 | 0.385 |
| 22 | 1987 | 1.626 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.231 | 0.293 | 0.371 |
| 23 | 1986 | 1.651 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.214 | 0.275 | 0.352 |
| 24 | 1985 | 1.674 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.196 | 0.258 | 0.334 |
| 25 | 1984 | 1.704 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.179 | 0.243 | 0.317 |
| 26 | 1983 | 1.752 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.164 | 0.231 | 0.305 |
| 27 | 1982 | 1.814 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.213 | 0.295 |
| 28 | 1981 | 1.938 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.197 | 0.295 |
| 29 | 1980 | 2.169 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.183 | 0.309 |
| 30 | 1979 | 2.375 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.169 | 0.316 |
| 31 | 1978 | 2.579 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.296 |
| 32 | 1977 | 2.759 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.276 |
| 33 | 1976 | 2.915 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.259 |
| 34 | 1975 | 3.224 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.242 |
| 35 | 1974 | 3.642 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.226 |
| 36 | 1973 | 3.994 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.211 |
| 37 | 1972 | 4.111 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.198 |
| 38 | 1971 | 4.251 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.185 |
| 39 | 1970 | 4.476 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.173 |
| 40 | 1969 | 4.694 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.162 |
| 41 | 1968 | 4.881 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.151 |
| 42 | 1967 | 5.061 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 |
| 43 | 1966 | 5.230 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 |
| 44 | 1965 | 5.319 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 |
| 45 | 1964 | 5.356 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 |
| 46 | 1963 | 5.388 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 |
| 47 | 1962 | 5.397 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 |
| 48 | 1961 | 5.413 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 |
| 49 | 1960 | 5.407 | | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 |
| 50 | 1959 | 5.443 | | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 |

For Trend I assets, use a minimum/floor valuation factor of 15% Good unless market conditions, appraisal judgment, or other considerations indicate that additional depreciation for obsolescence applies.

| Trend II Combined Table For Personal Computers, Network Computer, Digital Cameras and Computerized Photography Equipment, Microchip Manufacturing M&E and Process Support Equipment | | | | | | | Trend III Combined Table For CNC Milling Machines | | | |
|---|---|---|---|---|---|---|---|---|---|---|

30.5 Percent Good Indicators -- For January 1, 2009 Valuation

| Age | Year | Trend II | C (27) | B (30) | N (25) | S (15) | Age | Year | Trend III | MM (14) |
|---|---|---|---|---|---|---|---|---|---|---|
| Economic Life (Years) | | →  | 6 | 8 | 10 | 10 | Economic Life (Years) | | | 11 |
| 1 | 2008 | 1.000 | 0.730 | 0.700 | 0.750 | 0.850 | 1 | 2008 | 1.000 | 0.860 |
| 2 | 2007 | 0.916 | 0.488 | 0.449 | 0.515 | 0.662 | 2 | 2007 | 1.000 | 0.740 |
| 3 | 2006 | 0.844 | 0.328 | 0.289 | 0.356 | 0.518 | 3 | 2006 | 1.000 | 0.636 |
| 4 | 2005 | 0.774 | 0.220 | 0.186 | 0.245 | 0.404 | 4 | 2005 | 1.000 | 0.547 |
| 5 | 2004 | 0.712 | 0.148 | 0.120 | 0.169 | 0.316 | 5 | 2004 | 1.000 | 0.470 |
| 6 | 2003 | 0.636 | 0.096 | 0.075 | 0.113 | 0.240 | 6 | 2003 | 1.000 | 0.405 |
| 7 | 2002 | 0.559 | 0.062 | 0.050 | 0.075 | 0.179 | 7 | 2002 | 0.980 | 0.341 |
| 8 | 2001 | 0.508 | 0.041 | 0.050 | 0.051 | 0.150 | 8 | 2001 | 0.898 | 0.269 |
| 9 | 2000 | 0.468 | 0.028 | 0.050 | 0.050 | 0.150 | 9 | 2000 | 0.902 | 0.232 |
| 10 | 1999 | 0.405 | 0.020 | 0.050 | 0.050 | 0.150 | 10 | 1999 | 0.912 | 0.202 |
| 11 | 1998 | 0.338 | 0.020 | 0.050 | 0.050 | 0.150 | 11 | 1998 | 0.920 | 0.175 |
| 12 | 1997 | 0.291 | 0.020 | 0.050 | 0.050 | 0.150 | 12 | 1997 | 0.928 | 0.152 |
| 13 | 1996 | 0.253 | 0.020 | 0.050 | 0.050 | 0.150 | 13 | 1996 | 0.937 | 0.150 |
| 14 | 1995 | 0.232 | 0.020 | 0.050 | 0.050 | 0.150 | 14 | 1995 | 0.976 | 0.150 |
| 15 | 1994 | 0.213 | 0.020 | 0.050 | 0.050 | 0.150 | 15 | 1994 | 1.011 | 0.150 |
| 16 | 1993 | 0.181 | 0.020 | 0.050 | 0.050 | 0.150 | 16 | 1993 | 1.016 | 0.150 |
| 17 | 1992 | 0.149 | 0.020 | 0.050 | 0.050 | 0.150 | 17 | 1992 | 1.020 | 0.150 |
| 18 | 1991 | | 0.020 | 0.050 | 0.050 | 0.150 | 18 | 1991 | 1.036 | 0.150 |
| 19 | 1990 | | 0.020 | 0.050 | 0.050 | 0.150 | 19 | 1990 | 1.055 | 0.150 |
| 20 | 1989 | | 0.020 | 0.050 | 0.050 | 0.150 | 20 | 1989 | 1.119 | 0.150 |
| 21 | 1988 | | 0.020 | 0.050 | 0.050 | 0.150 | 21 | 1988 | 1.184 | 0.150 |
| 22 | 1987 | | 0.020 | 0.050 | 0.050 | 0.150 | 22 | 1987 | 1.266 | 0.150 |
| 23 | 1986 | | 0.020 | 0.050 | 0.050 | 0.150 | 23 | 1986 | 1.299 | 0.150 |
| 24 | 1985 | | 0.020 | 0.050 | 0.050 | 0.150 | 24 | 1985 | 1.337 | 0.150 |
| 25 | 1984 | | 0.020 | 0.050 | 0.050 | 0.150 | 25 | 1984 | 1.523 | 0.150 |
| 26 | 1983 | | 0.020 | 0.050 | 0.050 | 0.150 | 26 | 1983 | | 0.150 |
| 27 | 1982 | | 0.020 | 0.050 | 0.050 | 0.150 | 27 | 1982 | | 0.150 |
| 28 | 1981 | | 0.020 | 0.050 | 0.050 | 0.150 | 28 | 1981 | | 0.150 |
| 29 | 1980 | | 0.020 | 0.050 | 0.050 | 0.150 | 29 | 1980 | | 0.150 |
| 30 | 1979 | | 0.020 | 0.050 | 0.050 | 0.150 | 30 | 1979 | | 0.150 |
| 31 | 1978 | | 0.020 | 0.050 | 0.050 | 0.150 | 31 | 1978 | | 0.150 |
| 32 | 1977 | | 0.020 | 0.050 | 0.050 | 0.150 | 32 | 1977 | | 0.150 |
| 33 | 1976 | | 0.020 | 0.050 | 0.050 | 0.150 | 33 | 1976 | | 0.150 |
| 34 | 1975 | | 0.020 | 0.050 | 0.050 | 0.150 | 34 | 1975 | | 0.150 |
| 35 | 1974 | | 0.020 | 0.050 | 0.050 | 0.150 | 35 | 1974 | | 0.150 |
| 36 | 1973 | | 0.020 | 0.050 | 0.050 | 0.150 | 36 | 1973 | | 0.150 |
| 37 | 1972 | | 0.020 | 0.050 | 0.050 | 0.150 | 37 | 1972 | | 0.150 |
| 38 | 1971 | | 0.020 | 0.050 | 0.050 | 0.150 | 38 | 1971 | | 0.150 |
| 39 | 1970 | | 0.020 | 0.050 | 0.050 | 0.150 | 39 | 1970 | | 0.150 |
| 40 | 1969 | | 0.020 | 0.050 | 0.050 | 0.150 | 40 | 1969 | | 0.150 |
| 41 | 1968 | | 0.020 | 0.050 | 0.050 | 0.150 | 41 | 1968 | | 0.150 |
| 42 | 1967 | | 0.020 | 0.050 | 0.050 | 0.150 | 42 | 1967 | | 0.150 |
| 43 | 1966 | | 0.020 | 0.050 | 0.050 | 0.150 | 43 | 1966 | | 0.150 |
| 44 | 1965 | | 0.020 | 0.050 | 0.050 | 0.150 | 44 | 1965 | | 0.150 |
| 45 | 1964 | | 0.020 | 0.050 | 0.050 | 0.150 | 45 | 1964 | | 0.150 |
| 46 | 1963 | | 0.020 | 0.050 | 0.050 | 0.150 | 46 | 1963 | | 0.150 |
| 47 | 1962 | | 0.020 | 0.050 | 0.050 | 0.150 | 47 | 1962 | | 0.150 |
| 48 | 1961 | | 0.020 | 0.050 | 0.050 | 0.150 | 48 | 1961 | | 0.150 |
| 49 | 1960 | | 0.020 | 0.050 | 0.050 | 0.150 | 49 | 1960 | | 0.150 |
| 50 | 1959 | | 0.020 | 0.050 | 0.050 | 0.150 | 50 | 1959 | | 0.150 |

For **Trend II** assets, use 2% as minimum value for Personal Computers & Attached Peripherals, 5% or 15% for Microchip Manufacturing Machinery & Equipment - Computer Network Equipment that are in use, and 15% for all other assets unless otherwise indicated.

Use in the valuation of Computer Numeric Controlled (CNC) Milling Machines when demonstrated CNC hardware component is integrated with the milling machine and cannot be separated from the machine or modified other than by software programming.

# ORDER OF THE BENTON COUNTY
# BOARD OF EQUALIZATION

Property Owner: __Circuit City (Charles Long)__

Parcel Number(s): __30PC74900000000__

Assessment Year: __2009__    Petition Number: __E-206-09__

Having considered the evidence presented by the parties in this appeal, the Board hereby:
[X] sustains    [ ] overrules    the determination of the Assessor.

| Assessor's True and Fair Value Determination | | BOE's True and Fair Value Determination | |
|---|---|---|---|
| [ ] Land | $_____ | [ ] Land | $_____ |
| [ ] Improvements | $_____ | [ ] Improvements | $_____ |
| [ ] Timber/Minerals | $_____ | [ ] Timber/Minerals | $_____ |
| [X] Personal Property | $ 285,293 | [X] Personal Property | $ 285,293 |

This decision is based on our finding that: __On 13 January 2010, the Board heard testimony from the County Appraiser and an appraiser from her staff regarding personal property owned by the appellant. The Board referred to written evidence prepared by the appellant's agent. The appellant had engaged Ernst & Young to determine the appropriate personal property tax value of the appellant's Richland store personal property assets as of 1 January 2009. The firm determined the value of the appellant's personal property to be $48,000. Included in the file for the reader is a report of the analysis conducted by Ernst & Young. The County Appraiser said that a list of the personal property held by the appellant as of 1 January 2009 had been sent to and returned by the appellant. Using Washington State Department of Revenue guidelines and tax tables, the Assessor determined the value of the personal property to be $285,293. The Board questioned the Assessor regarding the large difference between the appellant's value for the personal property compared to the value determined by the Assessor. She said that the appellant reported the book value of the assets whereas the county is required by the State to value the property at its market value. The Board sustains the Assessor's value for the appellant's personal property at $285,293.__

Dated this __30th__ day of __January__, (year) 20__10__

_[signature]_    _[signature]_
Dale G. Olander, BOE Chairman    Peggy S. Brown, BOE Clerk

---

### NOTICE
This order can be appealed to the State Board of Tax Appeals by filing a notice of appeal with them at PO Box 40915, Olympia, WA 98504-0915, within thirty days of the date of mailing of this order. The Notice of Appeal form is available from either the County Board of Equalization or the State Board.

---

To inquire about the availability of this document in an alternate format for the visually impaired or a language other than English, please call (360) 753-3217. Teletype (TTY) users may call (800) 451-7985. You may also access tax information on our Internet home page at http://www.wa.gov/dor/wador.htm.

Distribution: *Assessor    *Petitioner    *BOE File

REV 64 0058 (8-05-98)

Exhibit __D__