IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
                                            RICHMOND DIVISION
                                            F                F
                                            I                I
                                            L   APR 7 2011   L
                                            E                E
                                            D     CLERK      D
                                              US BANKRUPTCY COURT
```

In Re:                              *

CIRCUIT CITY STORES, INC., et al.   *    CASE NO. 08-35653 (KRH)

  Debtors                           *    Jointly Administered

                                    *    CHAPTER 11
*******************************************************************

### RESPONSE OF BALTIMORE COUNTY, MARYLAND, TO DEBTOR'S EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS FILED BY TAXING AUTHORITIES SEEKING REDUCTION OF BALTIMORE COUNTY'S CLAIM

Baltimore County, Maryland, a creditor of the debtor, hereby files this Response to the Eighteenth Omnibus Objection of the Debtor Pursuant to Section 502 of the Bankruptcy Code, and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Substantive Objection to Certain Claims Filed by Taxing Authorities), and in support thereof states as follows:

1.    On February 12, 2010, Baltimore County filed an Amended Request for Allowance of Administrative Claim in the above-captioned case, asserting an administrative claim pursuant to 11 U.S.C. §503(b)(1)(A) in the amount of Fifty Five Thousand Three Hundred Twenty Dollars and Nine Cents ($55,320.09) (see Exhibit "1"), with respect to debtor's personal property taxes and false alarm fees owed to the State of Maryland and Baltimore County. The claim was for personal property taxes for years 2008 and 2009.

2.    In its objection, the debtor lists Baltimore County on Exhibit C, and argues that according to its books and records, Baltimore County's claim must be reduced to the amount of Thirty Two Thousand Seven Hundred Fifty Seven Dollars and Three Cents ($32,757.03) 5,549.03, rather than $55,320.09 as claimed.

3.   Debtor does not specifically address Baltimore County's claim, but generally states that the claim should be "reduced to reflect amount of tax based on fair market value of debtors property subject to tax" (*see* Eighteenth Omnibus Objection).

4.   As this Court is aware, the Bankruptcy Rules provide that a properly filed claim is "prima facie" evidence of the validity and amount of a claim. Fed. R. Bank. P. 3001(f).

5.   Additionally, Debtor is liable for the full amount of its year 2008 and 2009 personal property tax bills, because they are set forth on a standard form personal property tax bill generated by Debtors' filing of their state personal property tax return (see Exhibit "1").

6.   The Debtor provides no explanation or authority to support their objection as to Baltimore County and have failed to sustain their burden under Rule 3001(f). *See, e.g., Gran v. IRS,* 964 F.2d 822, 827 (8th Cir. 1992) (objector must come forward with evidence rebutting claim or claim will be allowed).

WHEREFORE, Baltimore County respectfully requests that Debtors' Objection (with respect to Baltimore County) be DENIED and that its claim be approved in the amount of Fifty Five Thousand Three Hundred Twenty Dollars and Nine Cents ($55,320.09). A proposed Order is attached.

Respectfully Submitted,

MICHAEL E. FIELD
County Attorney

_____
Adam M. Rosenblatt
Assistant County Attorney
Baltimore County Office of Law
400 Washington Avenue
Towson, Maryland 21204
(410) 887-4420
Attorneys for Baltimore County, Maryland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of April, 2011, a copy of the foregoing Response of Baltimore County, Maryland, to Debtor's Eighteenth Omnibus Objection to Claims Filed by Taxing Authorities Seeking Reduction of Baltimore County's Claims was sent via Federal Express overnight delivery to:

Jeffrey N. Pomerantz, Esquire
Andrew W. Caine, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Counsel to the Circuit City Stores, Inc.
Liquidating Trust

_____
Adam M. Rosenblatt

**EXHIBIT 1**

# PERSONAL PROPERTY TAX BILL
## IMPORTANT INFORMATION FOR TAXPAYERS

THIS LEVY IS BASED ON THE ASSESSMENT CERTIFIED BY THE STATE DEPARTMENT OF ASSESSMENTS. YOUR SCHEDULE FOR THE TAXABLE YEAR, FILED BY YOU AS OF JANUARY 1, IS THE BASIS USED TO CALCULATE YOUR TAXABLE YEAR IS THE CALENDAR YEAR PRIOR TO THE BEGINNING YEAR OF THE LEVY PERIOD. IF YOU REGARDING YOUR ASSESSMENT OR IF IT APPEARS TO BE INCORRECT PLEASE CONTACT THE ASSESSMENT OFFICE:
FOR CORPORATIONS CALL 410-767-1170; INDIVIDUALS CALL 410-767-4991.

BALTIMORE COUNTY WILL APPLY ALL PAYMENTS RECEIVED TO EARLIEST OPEN TAXES.

FAILURE TO RECEIVE A BILL IS NO EXCUSE FOR NOT PAYING TAXES, INTEREST OR PENALTY. NOTE: INTEREST WILL ACCRUE AT THE RATE OF ONE PERCENT (1%) PER MONTH OR FRACTION THEREOF ON THE GROSS AMOUNT BEGINNING THIRTY (30) DAYS AFTER THE BILL DATE.

**THIS BILL IS DUE WHEN RENDERED. LEGAL ACTION MAY BE TAKEN TO COLLECT DELINQUENT TAXES.**

IF YOU HAVE APPEALED YOUR ASSESSMENT AND THE APPEAL IS STILL PENDING, YOU MUST PAY THIS BILL IN ORDER TO AVOID INTEREST AND PENALTIES. SHOULD YOUR APPEAL RESULT IN A REDUCTION IN THE AMOUNT OF TAX DUE, THE OVERPAYMENT WILL BE REFUNDED TO YOU.

TAXES CAN BE PAID BY CHECK USING OUR INTERACTIVE VOICE RESPONSE SYSTEM (410-887-2403). YOU WILL BE GIVING YOUR AUTHORIZATION TO DEBIT YOUR CHECKING ACCOUNT BY ENTERING THE TAX ACCOUNT NUMBER AND SELECTING THE 'PAY BY CHECK' OPTION. YOUR CHECKING ACCOUNT WILL BE DEBITED FOR THE PAYMENT AMOUNT SELECTED WITHIN TWO BUSINESS DAYS FROM THE DATE OF TRANSACTION.

**NO BUSINESS OR LIQUOR LICENSE WILL BE ISSUED UNLESS ALL PERSONAL PROPERTY TAXES HAVE BEEN PAID.**
**YOUR CANCELLED CHECK IS YOUR RECEIPT.**

---

MAKE CHECKS PAYABLE TO:
BALTIMORE COUNTY, MD.

BALTIMORE COUNTY, MARYLAND
STATE AND COUNTY PERSONAL PROPERTY TAXES

TAXPAYER'S COPY
DETACH AND RETAIN
TELEPHONE: 410-887-241'

| LEVY PERIOD | BILLING CYCLE | ACCOUNT NUMBER | YEAR | BILL DATE |
|---|---|---|---|---|
| JULY 1 2008-JUNE 30 2009 | CRP | F1227743 | 2009 | 01 01 2009 |

OWNER'S NAME AND ADDRESS



| | Assessment | RATE PER $100 | CHARGES |
|---|---|---|---|
| COUNTY STATE | 964,410 | 2.75000 | 26,521.28 |

CIRCUIT CITY STORES, INC.
9954 MAYLAND DR
RICHMOND, VA. 23233-1463

| GROSS BILL | 26,521.28 |
|---|---|
| INTEREST/DISCOUNT | |
| NET TOTAL | |

**ACCOUNT NOW ELIGIBLE FOR LAWSUIT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BALTIMORE COUNTY, MARYLAND
STATE AND COUNTY PERSONAL PROPERTY TAXES

PLEASE RETURN THIS PART WITH YOUR PAYMENT

MAIL TO: OFFICE OF BUDGET AND FINANCE
400 WASHINGTON AVE, ROOM 152
TOWSON, MD. 21204-4665

| LEVY PERIOD | BILLING CYCLE | ACCOUNT NUMBER | YEAR | BILL DATE |
|---|---|---|---|---|
| JULY 1 2008-JUNE 30 2009 | CRP | F1227743 | 2009 | 01 01 2009 |

**PERSONAL PROPERTY**

| IF PAID BY | DISCOUNT OR INTEREST | PAY THIS AMOUNT |
|---|---|---|
| JUN 2009 | 1,326.06 | 27,847.34 |
| JUL 2009 | 1,591.28 | 28,112.56 |

OWNER'S NAME AND ADDRESS

CIRCUIT CITY STORES, INC.
9954 MAYLAND DR
RICHMOND, VA. 23233-1463

06102009

**ACCOUNT NOW ELIGIBLE FOR LAWSUIT**

# IMPORTANT INFORMATION FOR TAXPAYERS

THIS LEVY IS BASED ON THE ASSESSMENT CERTIFIED BY THE STATE DEPARTMENT OF ASSESSMENTS.
YOUR PERSONAL PROPERTY SCHEDULE FILED BY YOU AS OF JANUARY 1, FOR THE TAXABLE YEAR
IS THE BASIS USED TO CALCULATE THAT ASSESSMENT. YOUR TAXABLE YEAR IS THE CALENDAR
YEAR PRIOR TO THE BEGINNING YEAR OF THE LEVY PERIOD. IF YOU HAVE QUESTIONS REGARDING
YOUR ASSESSMENT OR IF IT APPEARS TO BE INCORRECT PLEASE CONTACT THE ASSESSMENT OFFICE;
FOR CORPORATIONS CALL 410-767-1170; INDIVIDUALS CALL 410-767-4991.

BALTIMORE COUNTY WILL APPLY ALL PAYMENTS RECEIVED TO EARLIEST OPEN TAXES.

FAILURE TO RECEIVE A BILL IS NO EXCUSE FOR NOT PAYING TAXES, INTEREST OR PENALTY.
NOTE: INTEREST IS ASSESSED AT THE RATE OF ONE PERCENT (1%) PER MONTH OR FRACTION
THEREOF ON THE GROSS AMOUNT BEGINNING THIRTY (30) DAYS AFTER BILL DATE.

THIS BILL IS DUE WHEN RENDERED. IF YOU HAVE APPEALED YOUR ASSESSMENT AND THE APPEAL IS
STILL PENDING, YOU MUST PAY THIS BILL IN ORDER TO AVOID INTEREST AND PENALTIES. SHOULD YOUR
APPEAL RESULT IN A REDUCTION IN THE AMOUNT OF TAX DUE, THE OVERPAYMENT WILL BE REFUNDED TO YOU.

YOUR CANCELLED CHECK IS YOUR RECEIPT.

MAKE CHECKS PAYABLE TO: BALTIMORE COUNTY, MD.

**BALTIMORE COUNTY, MARYLAND**
STATE AND COUNTY PERSONAL PROPERTY TAXES

TAXPAYER'S COPY
DETACH AND RETAIN
TELEPHONE: 410-887-241

| LEVY PERIOD | BILLING CYCLE | ACCOUNT NUMBER | YEAR | BILL DATE |
|---|---|---|---|---|
| JULY 1 2009-JUNE 30 2010 | CRP | F1227743 | 2010 | 10 01 2009 |



| | Assessment | RATE PER $100 | CHARGES |
|---|---|---|---|
| COUNTY STATE | 950,970 | 2.75000 | 26,151.68 |

OWNER'S NAME AND ADDRESS

CIRCUIT CITY STORES, INC.
9954 MAYLAND DR
RICHMOND, VA. 23233-1463

ACCOUNT NOW ELIGIBLE FOR LAWSUIT

OTHER YEARS OPEN: 01/29/2010

| GROSS BILL | 26,151.68 |
|---|---|
| INTEREST/ DISCOUNT | |
| NET TOTAL | |

---

BALTIMORE COUNTY, MARYLAND
STATE AND COUNTY PERSONAL PROPERTY TAXES

PLEASE RETURN THIS PART WITH YOUR PAYMENT

MAIL TO: OFFICE OF BUDGET AND FINANCE
400 WASHINGTON AVE, ROOM 152
TOWSON, MD. 21204-4665

| LEVY PERIOD | BILLING CYCLE | ACCOUNT NUMBER | YEAR | BILL DATE |
|---|---|---|---|---|
| JULY 1 2009-JUNE 30 2010 | CRP | F1227743 | 2010 | 10 01 2009 |

## PERSONAL PROPERTY

| IF PAID IN | DISCOUNT OR INTEREST | PAY THIS AMOUNT |
|---|---|---|
| FEB 2010 | 1,046.07 | 27,197.75 |
| MAR 2010 | 1,307.58 | 27,459.26 |
| APR 2010 | 1,569.10 | 27,720.78 |

OWNER'S NAME AND ADDRESS

CIRCUIT CITY STORES, INC.
9954 MAYLAND DR
RICHMOND, VA. 23233-1463

OTHER YEARS OPEN: 01/29/2010

01292010         ACCOUNT NOW ELIGIBLE FOR LAWSUIT



Baltimore County Alarm Reduction Team
400 Washington Ave Room 149
Towson, MD 21204

Invoice #
507674

## INVOICE

| RESPONSIBLE PARTY | ALARMED LOCATION |
|---|---|
| CIRCUIT CITY #4134<br>CIRCUIT CITY STORES #4134<br>9950 MARYLAND DRIVE<br>RICHMOND, VA 23233 | CIRCUIT CITY #4134<br>803 GOUCHER BL # 102<br>TOWSON, MD 21286 |

| REGISTRATION # | INVOICE DATE | DUE DATE | BALANCE FORWARDED |
|---|---|---|---|
| C914805 | 02/23/2009 | 05/24/2009 | $150.00 |

| ALARM # | DESCRIPTION | DATE/TIME OCCURRED | DATE PROCESSED | CHARGE |
|---|---|---|---|---|
| 3 | Case #: 09-051-1940<br>Address: 803 GOUCHER BL<br>Dispatch: BURGA<br>Cleared: AB<br>Ofcr/Unit: 5026 | 02/20/2009<br>@ 21:51:49 | 02/23/2009 | $50.00 |

INVOICE AMOUNT: $50.00
TOTAL OUTSTANDING: $200.00

---

Please return this portion with your payment and include your Registration Number on the check.

Invoice #    507674

Remit To:   Baltimore County
            P O Box 64139
            Baltimore, MD 21264-4139

FROM:   Reg # C914805  3
        CIRCUIT CITY #4134
        CIRCUIT CITY STORES #4134
        9950 MARYLAND DRIVE
        RICHMOND, VA 23233

LOCATION:   CIRCUIT CITY #4134
            803 GOUCHER BL # 102
            TOWSON, MD 21286

Invoice Amount      $50.00       PAYMENT _____
Total Outstanding   $200.00



Baltimore County Alarm Reduction Team  
400 Washington Ave Room 149  
Towson, MD 21204

Invoice #  
507852

## INVOICE

| RESPONSIBLE PARTY | ALARMED LOCATION |
|---|---|
| CIRCUIT CITY #4134<br>CIRCUIT CITY STORES #4134<br>9950 MARYLAND DRIVE<br>RICHMOND, VA 23233 | CIRCUIT CITY #4134<br>803 GOUCHER BL # 102<br>TOWSON, MD 21286 |

| REGISTRATION # | INVOICE DATE | DUE DATE | BALANCE FORWARDED |
|---|---|---|---|
| C914805 | 02/24/2009 | 05/25/2009 | $200.00 |

| ALARM # | DESCRIPTION | DATE/TIME OCCURRED | DATE PROCESSED | CHARGE |
|---|---|---|---|---|
| 4 | Case #: 09-053-0506<br>Address: 803 GOUCHER BL<br>Dispatch: BURGA<br>Cleared: AB<br>Ofcr/Unit: 3133 | 02/22/2009<br>@ 08:23:19 | 02/24/2009 | $50.00 |

INVOICE AMOUNT: $50.00  
TOTAL OUTSTANDING: $250.00

---

✂ Please return this portion with your payment and include your Registration Number on the check.

Invoice #    507852

Remit To:    Baltimore County  
P O Box 64139  
Baltimore, MD 21264-4139

FROM:    Reg # C914805  3            LOCATION:    CIRCUIT CITY #4134  
CIRCUIT CITY #4134                                 803 GOUCHER BL # 102  
CIRCUIT CITY STORES #4134                          TOWSON, MD 21286  
9950 MARYLAND DRIVE  
RICHMOND, VA 23233

Invoice Amount         $50.00        PAYMENT  _____  
Total Outstanding      $250.00



**Baltimore County Alarm Reduction Team**
400 Washington Ave Room 149
Towson, MD 21204

Invoice #
508602

## INVOICE

| RESPONSIBLE PARTY | ALARMED LOCATION |
|---|---|
| CIRCUIT CITY #4134<br>CIRCUIT CITY STORES #4134<br>9950 MARYLAND DRIVE<br>RICHMOND, VA 23233 | CIRCUIT CITY #4134<br>803 GOUCHER BL # 102<br>TOWSON, MD 21286 |

| REGISTRATION # | INVOICE DATE | DUE DATE | BALANCE FORWARDED |
|---|---|---|---|
| C914805 | 03/03/2009 | 06/01/2009 | $250.00 |

| ALARM # | DESCRIPTION | DATE/TIME OCCURRED | DATE PROCESSED | CHARGE |
|---|---|---|---|---|
| 5 | Case #: 09-060-0405<br>Address: 803 GOUCHER BL<br>Dispatch: BURGA<br>Cleared: AB<br>Ofcr/Unit: 4989 | 03/01/2009<br>@ 08:38:03 | 03/03/2009 | $75.00 |

INVOICE AMOUNT: $75.00
TOTAL OUTSTANDING: $325.00

---

Please return this portion with your payment and include your Registration Number on the check.

Invoice #    508602

Remit To:   Baltimore County
            P O Box 64139
            Baltimore, MD 21264-4139

FROM:   Reg # C914805  3
        CIRCUIT CITY #4134
        CIRCUIT CITY STORES #4134
        9950 MARYLAND DRIVE
        RICHMOND, VA 23233

LOCATION:   CIRCUIT CITY #4134
            803 GOUCHER BL # 102
            TOWSON, MD 21286

Invoice Amount       $75.00      PAYMENT _____
Total Outstanding    $325.00



Baltimore County Alarm Reduction Team
400 Washington Ave Room 149
Towson, MD 21204

Invoice #
510502

## INVOICE

| RESPONSIBLE PARTY | ALARMED LOCATION |
|---|---|
| CIRCUIT CITY #4134<br>CIRCUIT CITY STORES #4134<br>9950 MARYLAND DRIVE<br>RICHMOND, VA 23233 | CIRCUIT CITY #4134<br>803 GOUCHER BL # 102<br>TOWSON, MD 21286 |

| REGISTRATION # | INVOICE DATE | DUE DATE | BALANCE FORWARDED |
|---|---|---|---|
| C914805 | 03/09/2009 | 06/07/2009 | $325.00 |

| ALARM # | DESCRIPTION | DATE/TIME OCCURRED | DATE PROCESSED | CHARGE |
|---|---|---|---|---|
| 6 | Case #: 09-066-1972<br>Address: 803 GOUCHER BL<br>Dispatch: BURGA<br>Cleared: AB<br>Ofcr/Unit: 4535 | 03/07/2009<br>@ 22:22:42 | 03/09/2009 | $100.00 |

INVOICE AMOUNT: $100.00
TOTAL OUTSTANDING: $425.00

---

✂ Please return this portion with your payment and include your Registration Number on the check.

Invoice #        510502

Remit To:   Baltimore County
            P O Box 64139
            Baltimore, MD 21264-4139

FROM:   Reg # C914805  3            LOCATION:   CIRCUIT CITY #4134
        CIRCUIT CITY #4134                      803 GOUCHER BL # 102
        CIRCUIT CITY STORES #4134               TOWSON, MD 21286
        9950 MARYLAND DRIVE
        RICHMOND, VA 23233

Invoice Amount          $100.00         PAYMENT  _____
Total Outstanding       $425.00

KEVIN KAMENETZ
*County Executive*

MICHAEL E. FIELD, *County Attorney*
*Office of Law*

April 6, 2011

<u>VIA FEDERAL EXPRESS</u>

Clerk, United States Bankruptcy Court
for the Eastern District of Virginia - Richmond Division
701 East Broad Street – Room 4000
Richmond, Virginia 23219

    Re:    Circuit City Stores, Inc., et al
             Case No. 08-35653 (KRH)

Dear Sir or Madam:

Enclosed for filing in the above-captioned case please find Response of Baltimore County, Maryland, to Debtor's Eighteenth Omnibus Objection to Claims Filed by Taxing Authorities Seeking Reduction of Baltimore County's Claim.

Thank you for your prompt attention to this matter.

Very truly yours,

Adam M. Rosenblatt
Assistant County Attorney

AMR:dlm
Enclosure
cc:    Jeffrey N. Pomerantz, Esquire (via Federal Express)
        Robert J. Feinstein, Esquire (via Federal Express)
        Lynn L. Tavenner, Esquire (via Federal Express)
        Paula S. Beran, Esquire (via Federal Express)