IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



In re:                               §
                                     §  Chapter 11
CIRCUIT CITY STORES, INC., et al.,   §
                                     §  Case No 08-35653 (KRH)
        Debtors.                     §
                                     §  Jointly Administered

## RESPONSE AND REQUEST FOR HEARING TO LIQUIDATING TRUST'S FIRST OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)

Capmark Finance, Inc. ("Capmark") hereby files its Response and Request for Hearing to Liquidating Trust's First Omnibus Objection To Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection"), and states as follows:

Proof of Claim 14363

1.  Capmark filed its Motion for Allowance of Postpetition Obligations Under Expired Leases of Non-Residential Real Property on June 30, 2009 ("Claim 14363) in the amount of $1,120,367.89.

2.  With regard to proof of claim 14363 ("Claim 14363") Trustee states that:

"Claim 14363 was not filed by landlord. Debtor is addressing 14346 with the landlord."

---

Philip J. Meitl (VA Bar No. 73215)
Bryan Cave LLP
1155 F Street NW, Suite 700, Washington DC 20004
(202) 508-6000 (phone)
*Attorney for Capmark Finance Inc.*

PGDocs\6134894.1

3. Capmark filed the Motion for Allowance of Postpetition Obligations Under Expired Leases of Non-Residential Real Property on June 30, 2009. As stated in the Claim, Capmark is the assignee of leases by, and rents owing to, certain of the Debtor's property landlords (the "Landlords" as set forth in Exhibit A hereto.)

4. Circuit City rejected all the leases that are the subject of Claim 14363 and Capmark foreclosed on the majority of the properties.

5. Trustee for Debtors should not be addressing the prepetition claims for this property with the Landlords because most of the Properties were foreclosed on by Capmark and in any case the leases and rents were assigned to Capmark.

6. All of the Assignments provide that Capmark, as the assignee, is entitled to assert claims for the properties in question.

7. Accordingly, it is improper for Trustee for Debtors to deal with the landlord regarding the leases that are the subject of Claim 14363 and Capmark's Claim should survive in its entirety.

WHEREFORE, Capmark respectfully requests that the Court (a) overrule the Objection as it relates to the proof of claim 14363; (b) allow Claim 14363 as provided in Capmark's proof of claim; and (c) grant Capmark such other and further relief as this Court deems appropriate under the circumstances.

Dated: April 6, 2011

            BRYAN CAVE LLP

       By: */s/ Philip J. Meitl*
          Philip J. Meitl (VA Bar No. 73215)
          Bryan Cave LLP
          1155 F Street NW, Suite 700,
          Washington DC 20004
          (202) 508-6000 (phone)
          *Attorney for Capmark Finance Inc.*

PGDocs\6134894.1

## CERTIFICATE OF SERVICE

The undersigned hereby states that on the 6th day of April, 2011, a true and correct copy of the above foregoing instrument was sent to:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street-Room 4000
Richmond, VA 23219

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Los Angeles, California 90067-4100
Telephone (310) 277-6910
Telecopy (310) 201-0760

Lynn L. Tavenner, Esq.
Paula D. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone (804) 783-8300
Telecopy: (804) 783-0178

/s/ Philip J. Meitl
Philip J. Meitl

| Account | Address | Name | Date | Col5 | Col6 | Col7 | Col8 |
|---|---|---|---|---|---|---|---|
| 982003744 | 1001 Plymouth Rd., Minnetonka, Minnesota 55305 | Priscila J. Ruiz, L.L.C., as assigned from Circuit Investors #4-Oklahoma City Limited Partnership, a Texas limited | 3/31/2009 | $42,044.33 | 4.7 | $261,453.22 | $197,608.35 | $62,227.22 |
| 982003746 | 5524 Johnston Street, Lafayette, Louisiana 70503 | CC Lafayette, LLC | 3/31/2009 | $31,770.67 | 4.7 | $159,820.22 | $149,322.15 | $9,130.19 |
| 982003745 | 18701 E 39th St S., Independence, Missouri 64057 | Circuit Investors #5 Montgomeryville LP Independence, a Pennsylvania limited partnership | 12/31/2008 | $33,324.67 | 1.7 | $56,651.94 | $56,651.94 | |
| 982003726 | 24244 Hwy 19, Clearwater, FL 32463 | | 3/10/2009 | $40,994.81 | 4 | $122,984.43 | $163,978.24 | $36,340.57 |
| 982003741 | 9950 Joliet Rd, Country Side, IL | CC Countryside 99 LLC | 12/31/2008 | $53,526.67 | 1.7 | $90,995.32 | $90,995.34 | $16,718.51 |
| 11016736 | 2960 East Main, Cortlandt, New York 10566 | Cortlandt B, LLC, a New York limited liability company | 3/31/2009 | $58,564.84 | 4.7 | $199,871.69 | $275,395.75 | $29,384.17 |
| 982005545 | 2800 SW 196th street, Lynnwood, Washington 98036 | WEC 96D Lynnwood Investment Trust, a Delaware business trust | 3/31/2009 | $55,591.87 | 3.6 | $212,863.56 | $211,248.35 | $18,909.68 |
| 982005546 | 4071 Miller Road, Flint, Michigan 8507 | Daniel G. Kamin Flint LLC, as assigned from WEC 96D Flint Investment Trust, a Delaware business trust | 23-Feb-09 | $54,003.33 | 3.52 | $244,171.70 | $180,081.72 | $33,982.00 | $44,352.00 |
| 985005540 | 4535 West College Ave., Grand Chute, Wisconsin 54915 | WEC 96D Appleton-1 Investment Trust and WEC 96D Appleton-2 Investment Trust | 3/31/2009 | $39,706.93 | 4.7 | $159,729.62 | $186,629.15 | $23,033.92 |
| 982005326 | 24001 El Toro Road, Laguna Hills, California 93653 | WEC 96D Laguna Investment Trust, a Delaware business trust | 3/31/2009 | $69,888.67 | 4.7 | $261,104.77 | $326,467.35 | $44,132.22 |
| 982005547 | 3124 Vestal Parkway East, Vestal, New York 13850 | WEC 96D Vestal Investment Trust, a Delaware business trust | 3/31/2009 | $42,865.00 | 4.7 | $172,508.37 | $201,559.50 | $74,338.73 |
| 987004874 | 4600 26th St. SE, Kentwood, Michigan | Bond-Circuit VII Delaware Business trust, a Delaware business trust | 3/31/2009 | $45,372.75 | 4.7 | $182,515.55 | $213,251.93 | $47,210.72 |
| 987004875 | 7320 Market St., Boardman, Ohio | Bond-Circuit V Delaware Business Trust | 3/31/2009 | $43,788.95 | 4.7 | $176,184.68 | $205,855.07 | $26,882.04 |


EXHIBIT A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 987004877 | 3423 Clemson Blvd, Anderson, South Carolina | Bond-Circuit II Delaware Business Trust, a Delaware business trust | 3/31/2009 | $25,860.17 | 4.7 | $100,323.65 | $126,336.80 $23,061.31 |
| 987004876 | 3475 William Penn Hwy, Wilkins Township, Pennsylvania 15146 | WM/WP1 Business Trust, a Delaware business trust and WM/WP1 Business Trust | 3/10/2009 | $76,455.92 | 4 | $307,550.10 | $305,623.68 $77,348.33 |
| 987004873 | 36300 Warren Road, Westland, Michigan 48185 | WM/WP1 Business Trust, a Delaware business trust and WM/WP1 Business Trust | 2/23/2009 | $66,226.00 | 3.52 | $233,210.13 | $233,115.52 $40,821.73 |
| PAID IN FULL | 1505 S. Colorado Blvd., Denver (Glendale), Colorado 80222 | CC – Investors 1997-4, a Delaware business trust | 3/31/2009 | | | | |
| 987004871 | 4483 US Route 14, Crystal Lake, Illinois | CC-Investors 1997-3 | 12/31/2008 | $42,740.00 | 1.7 | $72,224.00 | $72,658.00 |
| 962005551 | 4110 Atlanta Highway, Athens, Georgia | Kelp-Athens, LLC, a Massachusetts limited liability company | 12/31/2008 | $25,192.92 | 1.7 | $25,192.92 | $47,927.96 $4,920.23 |
| 600870452 | 9850 Maryland Drive, Richmond, Virginia | | 2/28/2009 | | | $465,930.31 | |
| 987004872 987004870 | 8405 E. Kellogg Dr., Wichita, KS  1901 Okeechobee Blvd., West Palm Beach, FL | | 11/10/2008 3/31/2009 | $125,927.11 $48,790.00 $56,783.00 | 3.7 0 4.7 | $503,708.44 $0.00 $0.00 $266,880.10 $199,531.75 | $123,968.72 $59,990.80 |
| | TOTAL | | | | | $3,765,696.08 $3,969,728.19 | $783,321.16 $80,809.88 |
| | TOTAL ADMINISTRATIVE CLAIM | | | | | $1,120,367.89 | $52,404.71 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | § | |
| | § | Case No 08-35653 (KRH) |
| Debtors. | § | |
| | § | Jointly Administered |

**CAPMARK FINANCE, INC.'S REQUEST FOR HEARING**

Capmark Finance, Inc. ("Capmark"), by and through its counsel Bryan Cave LLP, hereby files its Request for Hearing on its Response to Liquidating Trust's First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Late Filed Claims, and Disallowance of Certain Late Filed Claims, And Disallowance of certain Amended Claims.) (the "Response")

Capmark filed the Response on April 6, 2011. As set forth in the Response, the objection to proof of claim 14363 should be denied and the claim should be allowed in its entirety.

WHEREFORE, Capmark Finance, Inc. respectfully requests the Court schedule a hearing on its Response for 2:00 p.m. on May 11, 2011 and grant such other and further relief as the Court deems just and proper.

---

Philip J. Meitl (VA Bar No. 73215)
Bryan Cave LLP
1155 F Street NW, Suite 700, Washington DC 20004
(202) 508-6000 (phone)
*Attorney for Capmark Finance Inc.*

Dated this 6th day of April, 2011.

Respectfully submitted,

**BRYAN CAVE LLP**

By: P.J. Meitl (VA Bar No. 73215)
1155 F Street, NW, Suite 700
Washington, DC 20004
(202) 508-6043 (phone)
(202) 220-7343 (facsimile)
pj.meitl@bryancave.com

Attorney for Capmark, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2011, a true and correct copy of the foregoing was served through the Court's ECF system to all parties consenting to service through same, and on all parties listed on the attached service list by overnight mail.

_/s/Philip J. Meitl_
Philip J. Meitl