IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | § | |
| | § | Case No 08-35653 (KRH) |
| Debtors. | § | |
| | § | Jointly Administered |

# RESPONSE AND REQUEST FOR HEARING TO LIQUIDATING TRUST'S TWENTY-FIRST OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)

Capmark Finance, Inc. ("Capmark"), by and through its counsel, hereby files this Response and Request for Hearing to Trust's Twenty-First Omnibus Objection To Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection"), and states as follows:

Proof of Claim 14363

1. The Trustee for Debtors has objected to the proof of claim number 14363 (the "Claim") filed by Capmark as the assignee of leases by, and rents owing to, certain of the Debtor's real property landlords (the "Landlords") as set forth in Exhibit A.

2. As stated in the Claim, despite remaining in possession of the premises since the

---

Philip J. Meitl (VA Bar No. 73215)
Bryan Cave LLP
1155 F Street NW, Suite 700, Washington DC 20004
(202) 508-6000 (phone)
*Attorney for Capmark Finance Inc.*

filing of its petition for relief under Chapter 11 of the Bankruptcy Code, the Debtors did not remain current with respect to the post petition Rent due under the Leases.

3. The Claim was filed on June 30, 2009, in the amount of $1,120,367.89 for unpaid post petition Rent.

4. Circuit City rejected all the leases that are the subject of proof of claim 14363.

5. With regard to proof of claim 14363 Trustee for Debtors states that:

"Expunge as unsupported by debtors books and records"

6. Rule 3001(f) of the Federal Rules of Bankruptcy Procedure provides that a "proof of claim executed and filed in accordance with these rules shall constitute prima facie evidence of the validity and amount of the claim. Fed. R. Bankr P. 3001(f).

7. After a creditor has timely and properly filed a proof of claim, the Debtor must produce substantial evidence to rebut this prima facie evidence. See in re Hemingway Transp. Inc. 993 F.2d 915, 925 (1st Cir. 1993) ("The interposition of an objection does not deprive the proof of claim of presumptive validity unless the objection is supported by substantial evidence"); In re Harford Sands, Inc. 372 F.3d 637,640-41 (4th Cir. 2004) (Creditor's filing of proof of claim constitutes prima facie evidence of amount and validity of claim, and burden is on debtor to object to claim and to introduce evidence to rebut its presumptive validity); In re Gran, 964 F.2d 882, 827 (8th Cir. 1992) ("The objection party must then produce evidence rebutting the claimant or else the claimant will prevail.")

8. In this case, the Claim was filed prior to the Bar Date and in accordance with the Federal Rules of Bankruptcy Procedure and provides sufficient documentary support for the Claim and the calculation of the Claim amount. The Objection does not challenge the basis for

the Claims or provide any evidence whatsoever to supports its objection to the calculation of the Claims amounts.

9.  The Debtor bears the burden of proof for the disallowance of any portion of the Claims. See In re Woodmere Investors Ltd. Partnership, 178 B.R. 346, 354 (Bankr. S.D.N.Y 1995) Because Trustee for Debtors has produced no evidence whatsoever in support of the proposed reduction, he has failed to meet his burden of proof.

WHEREFORE, Capmark respectfully requests that the Court (a) overrule the Objection as it relates to the Claim; (b) allow the Claim as provided in the proof of claim; and (c) grant Capmark such other and further relief as this Court deems appropriate under the circumstances.

Dated: April 6, 2011

>                   BRYAN CAVE LLP
>
> By:    /s/ Philip J. Meitl
>        Philip J. Meitl (VA Bar No. 73215)
>        Bryan Cave LLP
>        1155 F Street NW, Suite 700,
>        Washington DC 20004
>        (202) 508-6000 (phone)
>
>        *Attorney for Capmark Finance Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby states that on the 6th day of April, 2011, a true and correct copy of the above foregoing instrument was sent to:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street-Room 4000
Richmond, VA 23219

PGDocs\6135050.1

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Los Angeles, California 90067-4100
Telephone (310) 277-6910
Telecopy (310) 201-0760

Lynn L. Tavenner, Esq.
Paula D. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone (804) 783-8300
Telecopy: (804) 783-0178

                                                                                          /s/ *PhilipJ. Meitl*
                                                                                          Philip J. Meitl

| ID | Address | Entity | Date | Amount | | | |
|---|---|---|---|---|---|---|---|
| 982003744 | 1001 Plymouth Rd., Minnetonka, Minnesota 55305 | Priscilla J. Rietz, L.L.C., as assigned from Circuit Investors #44-Oklahoma City Limited Partnership, a Texas limited | 3/31/2009 | $42,044.33 | $261,553.22 | $187,608.35 | $62,227.22 |
| 982003746 | 5624 Johnston Street, Lafayette, Louisiana 70503 | CC Lafayette, LLC | 3/31/2009 | $31,770.67 | $159,820.22 | $149,322.15 | $9,130.19 |
| 982003745 | 18701 E 39th St S., Independence, Missouri 64057 | Circuit Investors #5 Montgomeryville LP Independence, a Pennsylvania limited partnership | 12/31/2008 | $33,324.57 | $56,651.94 | $56,651.94 | |
| 982003726 | 24244 Hwy 19, Clearwater, FL 32463 | | 3/10/2009 | $40,994.81 | $122,984.43 | $163,979.24 | $38,340.57 |
| 982003741 | 9950 Joliet Rd, Country Side, IL | CC Countryside 98 LLC | 12/31/2008 | $53,629.67 | $90,995.32 | $90,995.34 | $16,718.51 |
| 110167 | 2950 East Main, Cortlandt, New York 10566 | Cortlandt B, LLC, a New York limited liability company | 3/31/2009 | $58,594.54 | $199,871.69 | $275,395.75 | $29,864.17 |
| 982005545 | 2800 SW 196th street, Lynnwood, Washington 98036 | WEC 96D Lynnwood Investment Trust, a Delaware business trust | 3-Mar-09 | $55,591.67 | $212,863.56 | $211,248.35 | $16,422.71 $16,909.68 |
| 982005548 | 4071 Miller Road, Flint, Michigan 6507 | Daniel G. Kamin Flint LLC, as assigned from WEC 96D Flint Investment Trust, a Delaware business trust | 23-Feb-09 | $54,003.33 | $244,171.70 | $190,091.72 | $33,982.00 $44,352.00 |
| 985005549 | 4835 West College Ave., Grand Chute, Wisconsin 54915 | WEC 96D Appleton-1 Investment Trust and WEC 96D Appleton-2 Investment Trust | 3/31/2009 | $39,706.33 | $159,729.62 | $186,628.15 | $23,033.92 |
| 982005526 | 24001 El Toro Road, Laguna Hills, California 93653 | WEC 96D Laguna Investment Trust, a Delaware business trust | 3/31/2009 | $99,056.87 | $261,104.77 | $326,467.35 | $44,132.22 |
| 982005547 | 3124 Vestal Parkway East, Vestal, New York 13850 | WEC 96D Vestal Investment Trust, a Delaware business trust | 3/31/2009 | $42,885.00 | $172,508.37 | $201,559.50 | $74,336.73 |
| 987004874 | 4600 26th St. SE, Kentwood, Michigan | Bond-Circuit VII Delaware Business trust, 3/31/2009 a Delaware business trust | | $45,372.75 | $182,515.55 | $213,251.93 | $47,210.72 |
| 987004875 | 7320 Market St., Boardman, Ohio | Bond-Circuit V Delaware Business Trust | 3/31/2009 | $43,799.95 | $176,184.68 | $205,855.07 | $26,882.04 |



EXHIBIT A

| Claim # | Address | Trust | Date | Amount 1 | Rate | Amount 2 | Amount 3 |
|---|---|---|---|---|---|---|---|
| 987004877 | 3423 Clemson Blvd, Anderson, South Carolina | Bond-Circuit II Delaware Business Trust, a Delaware business trust | 3/31/2009 | $26,860.17 | 4.7 | $100,323.65 | $126,336.80 | $23,081.31 |
| 987004878 | 3475 William Penn Hwy, Wilkins Township, Pennsylvania 15146 | WMI/MPI Business Trust, a Delaware business trust and WMI/MPI Business Trust | 3/10/2009 | $76,455.92 | 4 | $307,550.10 | $305,823.68 | $77,348.33 |
| 987004873 | 36360 Warren Road, Westland, Michigan 48185 | WMI/MPI Business Trust, a Delaware business trust and WMI/MPI Business Trust | 2/23/2009 | $66,226.00 | 3.52 | $233,210.13 | $233,115.52 | $40,821.73 |
| PAID IN FULL | 1505 S. Colorado Blvd, Denver [Glendale], Colorado 80222 | CC – Investors 1997-4, a Delaware business trust | 3/31/2009 | | | | | |
| 987004871 | 4483 US Route 14, Crystal Lake, Illinois | CC-Investors 1997-3 | 12/31/2008 | $42,740.00 | 1.7 | $72,224.00 | $72,656.00 | |
| 982005551 | 4110 Atlanta Highway, Athens, Georgia | Kelp-Athens, LLC, a Massachusetts limited liability company | 12/31/2008 | $26,192.92 | 1.7 | $26,192.92 | $47,927.96 | $4,920.23 |
| 000870462 | 9950 Maryland Drive, Richmond, Virginia | | 2/28/2009 | | | | $465,930.31 | |
| 987004872 / 987004870 | 8405 E. Kellogg Dr., Wichita, KS / 1901 Okeechobee Blvd., West Palm Beach, FL | | 11/10/2008 / 3/31/2009 | $125,927.11 / $48,790.00 / $59,783.00 | 3.7 / 0 / 4.7 | $503,708.44 / $0.00 / $199,531.75 | $0.00 / $266,860.10 | $123,968.72 / $59,990.80 |
| TOTAL | | | | | | $3,765,696.08 | $3,989,726.19 | $52,404.71 | $783,321.16 | $80,609.88 |
| TOTAL ADMINISTRATIVE CLAIM | | | | | | $1,120,367.89 | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | § | |
| | § | Case No 08-35653 (KRH) |
| Debtors. | § | |
| | § | Jointly Administered |

**CAPMARK FINANCE, INC.'S REQUEST FOR HEARING**

Capmark Finance, Inc. ("Capmark"), by and through its counsel Bryan Cave LLP, hereby files its Request for Hearing on its Response to Liquidating Trust's Twenty-First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Late Filed Claims, and Disallowance of Certain Late Filed Claims, And Disallowance of certain Amended Claims.) (the "Response").

Capmark filed the Response on April 6, 2011. As set forth in the Response, the objection to proof of claim 14363 should be denied and the claim should be allowed in its entirety.

WHEREFORE, Capmark Finance, Inc. respectfully requests the Court schedule a hearing on its Response for 2:00 p.m. on May 11, 2011 and grant such other and further relief as the Court deems just and proper.

Philip J. Meitl (VA Bar No. 73215)
Bryan Cave LLP
1155 F Street NW, Suite 700, Washington DC 20004
(202) 508-6000 (phone)
*Attorney for Capmark Finance Inc.*

Dated this 6th day of April, 2011.

                        Respectfully submitted,

**BRYAN CAVE LLP**

By: P.J. Meitl (VA Bar No. 73215)
1155 F Street, NW, Suite 700
Washington, DC 20004
(202) 508-6043 (phone)
(202) 220-7343 (facsimile)
pj.meitl@bryancave.com

Attorney for Capmark, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2011, a true and correct copy of the foregoing was served through the Court's ECF system to all parties consenting to service through same, and on all parties listed on the attached service list by overnight mail.

                        /s/Philip J. Meitl
                        Philip J. Meitl