UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653-KRH |
| **CIRCUIT CITY STORES, INC.,** *et al.,* ) | |
| ) | Chapter 11 |
| Debtors. ) | |

MOTION FOR ADMISSION
PRO HAC VICE OF DARLENE M. NOWAK

Michael D. Mueller ("Movant"), hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-l(E), to enter an order authorizing Darlene M. Nowak ("Applicant"), to appear *pro hac vice* in the above referenced bankruptcy cases before the United States Bankruptcy Court for the Eastern District of Virginia to represent creditor Giant Eagle, Inc., a Pennsylvania corporation. In support of this Motion, Movant states as follows:

1. Movant is a member in good standing with the Bar of the Supreme Court of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2. Applicant is a member in good standing with the Bar of the Supreme Court of Pennsylvania. There are no disciplinary proceedings pending against Applicant in

---

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

Counsel for Giant Eagle, Inc.

any jurisdiction in which she is admitted to practice. See Exhibit A attached hereto.

3. Movant requests that this Court authorize Applicant to file pleadings, appear at hearings and otherwise participate in the above referenced bankruptcy cases and related proceedings, on behalf of Giant Eagle, Inc.

4. Movant and his firm will serve as co-counsel with Applicant in the above referenced bankruptcy cases.

5. Applicant's application is appended to this Motion as Exhibit A and incorporated herein by reference.

6. Notice of this Motion has been given to (a) the Office of the United States Trustee; (b) counsel for the Debtors, and (c) all persons receiving electronic notice in the above referenced bankruptcy cases.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order authorizing Darlene M. Nowak to appear *pro hac vice* in above referenced bankruptcy cases and related proceedings, and grant Movant such other and further relief as is just.

Dated: April 11, 2011  **CHRISTIAN & BARTON, LLP**

/s/ Michael D. Mueller
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2011, a true and exact copy of the foregoing *Motion for Admission Pro Hac Vice of Darlene M. Nowak* was served on all persons receiving electronic notice in these cases and by email or fax to the following:

Lynn L, Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esquire
Andrew W. Caine, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd.
Los Angeles, California 90067-4100

Robert J. Feinstein, Esquire
John A. Morris, Esquire
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, New York 10017

*/s/ Michael D. Mueller*
Michael D. Mueller

3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653 KRH   ,* Case Name In re Circuit City Stores, Inc., et al.

PERSONAL STATEMENT

FULL NAME (no initials, please) Darlene Nowak
Bar Identification Number 37093   State PA
Firm Name Marcus & Shapira LLP
Firm Phone # 412-471-3490   Direct Dial # 412-338-5214   FAX # 412-391-8758
E-Mail Address nowak@marcus-shapira.com
Office Mailing Address 35th Floor, One Oxford Centre, Pittsburgh PA 15219
Name(s) of federal court(s) in which I have been admitted Bankr. & District Court, W.D. Pa; U.S.Ct.App. for 3d and 6th Cir.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Michael D. Mueller                          April 11, 2011
(Signature)                                     (Date)

Michael D. Mueller
(Typed or Printed Name)

_____

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Court Use Only:

The motion for admission is GRANTED _____ *or* DENIED _____

_____                       _____
(Judge's Signature)                             (Date)

Ver. 11/05/09 [effective 12/01/09]