UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., et al. ) | Case No.: 08-35653-KRH |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |

### ORDER APPROVING ADMISSION PRO HAC VICE OF JOHN PAUL RIESER

This matter comes before the Court upon the Motion of Elizabeth L. Gunn, requesting entry of an order approving the admission *pro hac vice* of John Paul Rieser of the firm of Rieser & Associates LLC, Dayton, Ohio, to represent the interests of CC-Investors Trust 1995-1 in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper, the Court

ORDERS that John Paul Rieser be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

Entered: _____

KEVIN R. HUENNEKENS
UNITED STATE BANKRUPTCY JUDGE

Roy M. Terry, Jr. VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteCrump PLC
1111 E. Main Street, 16th Floor
Richmond, Virginia 23219
804-775-6900
804-775-6911
Local Counsel for CC-Investors Trust 1995-1

I ASK FOR THIS:

 /s/ Elizabeth L. Gunn
Roy M. Terry, Jr., VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteCrump PLC
1111 E. Main Street, 16th Floor
Richmond, Virginia 23219
804-775-6900
Fax: 804-775-6911
Local Counsel for CC-Investors Trust 1995-1

## **LOCAL RULE CERTIFICATION**

I hereby certify that the foregoing has been endorsed by all necessary parties.

 /s/ Elizabeth L. Gunn

**Parties to Receive Copies**

Elizabeth L. Gunn, Esq.
DurretteCrump PLC
1111 E. Main Street, 16th Floor
Richmond, Virginia 23219

John Paul Rieser, Esq.
Rieser & Associates LLC
7925 Graceland Street
Dayton, Ohio  45459-3834