# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
|    CIRCUIT CITY STORES, INC., et al. ) | Case No.: 08-35653-KRH |
| ) | Chapter 11 |
|    Debtors. ) | |
| ) | |

### ORDER APPROVING ADMISSION PRO HAC VICE OF NELS J. ACKERSON

This matter comes before the Court upon the Motion of Elizabeth L. Gunn, requesting entry of an order approving the admission *pro hac vice* of Nels J. Ackerson of the firm of Ackerson Kauffman Fex, PC, to represent the interests of Joshua M. Loveall in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper, the Court

ORDERS that Nels J. Ackerson be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

Entered: _____

                                                                                          KEVIN R. HUENNEKENS
                                                                                          UNITED STATE BANKRUPTCY JUDGE

Roy M. Terry, Jr. VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteCrump PLC
1111 E. Main Street, 16th Floor
Richmond, Virginia 23219
804-775-6900
804-775-6911
Local Counsel for Joshua M. Loveall

I ASK FOR THIS:

 /s/ Elizabeth L. Gunn
Roy M. Terry, Jr., VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteCrump PLC
1111 E. Main Street, 16th Floor
Richmond, Virginia 23219
804-775-6900
Fax: 804-775-6911
Local Counsel for Joshua M. Loveall

## LOCAL RULE CERTIFICATION

I hereby certify that the foregoing has been endorsed by all necessary parties.

 /s/ Elizabeth L. Gunn

**Parties to Receive Copies**

Elizabeth L. Gunn, Esq.
DurretteCrump PLC
1111 E. Main Street, 16th Floor
Richmond, Virginia 23219

Nels J. Ackerson
Ackerson Kauffman Fex, PC
1701 K. Street, NW
Suite 1050
Washington, DC 20006