# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| IN RE: § § § § **CIRCUIT CITY, et al** § **(Debtor)** § § | **CASE NO. 08-35653-KRH** **(Jointly Administered)** **CHAPTER 11** |

## WITHDRAWAL OF PASADENA INDEPENDENT SCHOOL DISTRICT'S RESPONSE TO EIGHTEENTH OMNIBUS OBJECTION OF CLAIMS
### (DOCKET NO. 10062)

**NOW COMES**, Pasadena Independent School District, by counsel, and withdraws its Response to the Objection to Claim filed by Circuit City Stores, Inc., Liquidating Trust  [Docket No. 10376] pursuant to FED.R.CIV.PROC. 15(a)(1)(A), incorporated by FED.R.BANKR.PROC. 7015.

**WHEREFORE,** Pasadena Independent School District respectfully withdraws its Response to the Eighteenth Objection to Claims.

DATE: April 12, 2011

Respectfully submitted,

\s\ Douglas Scott
Douglas Scott, VSB No. 28211
DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23220
☎(804) 257-9860
BankruptcyCounsel@gmail.com
Local Counsel for Pasadena Independent School District

and

DEXTER D. JOYNER
4701 Preston Avenue
Pasadena, Texas 77505
281/ 991-6095  Fax: 281 991-6012
Counsel for Pasadena Independent School District

## CERTIFICATE OF SERVICE

I do hereby certify that on this day a true and correct copy of the foregoing has been transmitted electronically *via* the Court's ECF system to the parties listed below:

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden,Arps,Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2000
Chicago, IL  60606

Robert B. Van Arsdale
Office of the United States Trustee
Richmond Virginia Office
701 East Broad Street, Suite 4304
Richmond, Virginia 23219-1888

\s\ Douglas Scott