UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:                                  ]
                                        ]
CIRCUIT CITY STORES, INC                ]    Case No.  08-35653
        et al.                          ]    (Chapter 11)
                Debtor.                 ]
                                        ]

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters their appearance, under Fed. R. Bankr. Pro. 2002, 3017, 9007 and 9010, on behalf of **Central Investments, LLC,** a creditor of the above-named debtor.  Please send all notices to:

> **Jeffrey M. Sherman**
> **Jackson & Campbell, P.C.**
> **One Lafayette Centre, South Tower**
> **1120 20th Street, N.W.**
> **Washington, D.C.  20036**
> **(202) 457-1613**
> **jsherman@jackscamp.com**

Dated:  April 14, 2011            Respectfully submitted,

                                   */S/ Jeffrey M. Sherman*
                                  Jeffrey M. Sherman VSB 22424
                                  JACKSON & CAMPBELL, P.C.
                                  One Lafayette Centre, South Tower
                                  1120 20th Street, N.W.
                                  Washington, D.C.  20036
                                  (202) 457-1613
                                  Attorneys for Creditor

1296327v.1

- 2 -

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing was served by first class mail, or in lieu thereof by electronic means, on April 14, 2011, upon the following:

Lynn Tavenner, Esq
20 North 8th Street
Second Floor
Richmond VA 23219

Jeffrey Pomerantz, Esq
10100 Santa Monica Blvd
Los Angeles CA 90067

              */S/ Jeffrey M. Sherman*
              Jeffrey M. Sherman

1296327v.1