UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
Richmond Division

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08 – 35653-KRH |
| et al. | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

FILED APR 1 2 2011 RICHMOND DIVISION CLERK US BANKRUPTCY COURT

### RESPONSE OF CAPARRA CENTER ASSOCIATES, LLC, TO LIQUIDATING TRUST'S TWENTY-FIRST OMNIBUS OBJECTION TO LANDLORD CLAIMS

1. CAPARRA CENTER ASSOCIATES, LLC., ("Landlord"), by and through its attorney, Penny Stark, hereby consents to that portion of the Liquidating Trust's Twenty-First Omnibus Objection to Landlord Claims, etc., (the "Objection") which seeks to expunge Landlord's claim number 13008 as duplicative of Landlord's claim number 13014 (the "Surviving Claim"), as listed on Exhibit G of the Objection.

2. Landlord further consents to that portion of the Objection which seeks to reduce the Surviving Claim by $9,429.63 in post-petition taxes, as listed on Exhibit C of the Objection.

3. Landlord further consents to that portion of the Objection which seeks to reduce the Surviving Claim by $10, 250, 00 in attorneys' fees as listed on Exhibit C of the Objection.

4. Landlord further consents to that portion of the Objection which sees to modify the Surviving Claim to $46,904.08 as proposed in Exhibit C of the Objection.

Dated: Sunrise, Florida
April 4, 2011

_/s/ Penny R. Stark_
Penny R. Stark (NYSBAR # PS 6720)
Attorney for CAPARRA CENTER ASSOCIATES, LLC
9861 Sunrise Lakes Blvd, Suite 308
Sunrise, Florida 33322
Telephone: (631) 324-5808
Facsimile: (631) 907-0713

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 4th day of April, 2011, a true and correct copy of

the foregoing Response of Caparra Center Associates, LLC to Liquidating Trust's Twenty-First

Omnibus Objection to Landlord Claims. was sent by first class mail, postage prepaid, to:

Jeffrey N. Pomerantz
Andrew W. Caine
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd
Los Angeles, CA  90067-4100

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA  23219

_____
Penny R. Stark (NYSBAR # PS 6720)

2