UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: ]
]
CIRCUIT CITY STORES, INC ]   Case No. 08-35653
   et al. ]   (Chapter 11)
       Debtor. ]
]

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters their appearance, under

Fed. R. Bankr. Pro. 2002, 3017, 9007 and 9010, on behalf of **Central Investments, LLC,** a

creditor of the above-named debtor. Please send all notices to:

> **Jeffrey M. Sherman**
> **Jackson & Campbell, P.C.**
> **One Lafayette Centre, South Tower**
> **1120 20th Street, N.W.**
> **Washington, D.C. 20036**
> **(202) 457-1613**
> **jsherman@jackscamp.com**

Dated: April 14, 2011            Respectfully submitted,

                                       */S/ Jeffrey M. Sherman*
                                       Jeffrey M. Sherman VSB 22424
                                       JACKSON & CAMPBELL, P.C.
                                       One Lafayette Centre, South Tower
                                       1120 20th Street, N.W.
                                       Washington, D.C. 20036
                                       (202) 457-1613
                                       Attorneys for Creditor

1296327v.1

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served by first class mail, or in lieu thereof by electronic means, on April 14, 2011, upon the following:

Lynn Tavenner, Esq
20 North 8th Street
Second Floor
Richmond VA 23219

Jeffrey Pomerantz, Esq
10100 Santa Monica Blvd
Los Angeles CA 90067

                                                                  */S/ Jeffrey M. Sherman*
                                                                    Jeffrey M. Sherman

1296327v.1