April 6, 2011

Bruce Senator F-99302
Folsom State Prison
P.O. Box 950
Folsom, CA 95763-0950

Clerk of the Bankruptcy Court
U.S. Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA. 23219



RE: IN RE CIRCUIT CITY STORES  No. 08-35653-KRH

Dear Clerk,
  I need to clear up a 'notice' issue, and also to obtain forms.

  First of all please see the attached envelope which your office served upon my old prison address; California Men's Colony P.O. Box 8103 San Luis Obispo, CA 93403-8103. (C.M.C.)

  Prison officials forwarded it to the inmate 'general mail' address at my new prison; Folsom State Prison P.O. Box 71 Represa, CA. 95671 (F.S.P.).

  I previously filed a NOTICE OF CHANGE OF ADDRESS (months ago); Folsom State Prison P.O. Box 950 Folsom, CA. 95763-0950. [F.S.P. 'Legal mail' address].

1.

Notices from respondents & debtors arrive via the proper F.S.P. 'Legal mail' address.

Notices from the court are arriving rerouted from C.M.C. to F.S.P. 'General mail' to 'Legal mail'. Please correct your records as per the prior NOTICE of CHANGE of ADDRESS; Folsom STATE PRISON P.O. Box 950 Folsom, CA. 95763-0950.

### Appeal Forms

A hearing is set for April 14, 2011 on my "Claim No. 13082 Opposition To Seventh Omnibus Objection." If I am not successful my intent is to seek appellate review.

Can you please mail me all forms and instructions on filing a notice of appeal so I have them at the ready to file, if necessary. (I hope not, but I want to be prepared.)

Thank You,
Bruce Sinate