Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., et al.,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON APRIL 14,  2011 AT 2:00 P.M. (EASTERN)

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on April 14, 2011 beginning at 2:00 p.m. Eastern.


I.    **CONTINUED MATTERS**

1.    Application for Administrative Expenses / Motion for Allowance and Payment of Administrative Expense Claim filed by Robert S. Westermann of Hirschler Fleischer, P.C. on behalf of Marblegate Asset Management (Docket No. 8754)

      Related Documents:    Notice of Motion and Notice of Hearing (Docket No. 8755)

      Objection Deadline:

      Objections/ Responses Filed:    Adversary case 10-03228. Complaint against Eastman Kodak Company, Marblegate Special Opportunities Master Fund L.P. filed by Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust

        Objection to *(THE TRUSTEES OPPOSITION TO THE MOTION OF MARBLEGATE ASSET MANAGEMENT, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 9207)

      Status:    This matter has been settled pending appropriate documentation. Accordingly, the matter will be continued until May 11, 2011 at 2:00 p.m.


2.    Site A, LLC's Second Amended Motion to Allow Late Filing of Proof of Claim, or in the Alternative, Motion to File Late Proof of Claim as an Amendment to Informal Proof of Claim (Docket No. 7155).

      Related Documents:

      a.    Notice of Motion and Hearing (Docket No. 5405)

      b.    Amended Motion to Allow Late Filing of Proof of Claim, by Site A, LLC (Docket Nos. 5310, 5404)

    c.      Notice of Motion and Hearing (Docket No. 7236)

| | |
|---|---|
| Objection Deadline: | October 27, 2009 at 5:00 p.m., extended for the Liquidating Trust. |
| Objections/ Responses Filed: | |
| Status: | This matter has been adjourned to June 9, 2011 at 2:00 p.m. |

3.      Defendant's Motion to Dismiss Party *Motion of Defendant The Seattle Times Company to Dismiss All Claims and Causes of Action Against It* (Re: related document(s)[1] Complaint filed by Alfred H. Siegel) filed by Justin F. Paget of Hunton & Williams LLP on behalf of The Seattle Times Company. (Attachments: # (1) Exhibit(s) Exhibit A# (2) Corporate Ownership Statement)

    Related Documents:

    a.      Defendant's Notice of Hearing *and Notice of Motion of Defendant The Seattle Times Company to Dismiss All Claims and Causes of Action Against It* (Re: related document(s)[8] Motion to Dismiss Party filed by The Seattle Times Company) filed by Justin F. Paget of Hunton & Williams LLP on behalf of The Seattle Times Company.

| | |
|---|---|
| Objection Deadline: | Seven days before substantive hearing to be scheduled as provided below. |
| Objections/ Responses Filed: | |
| Status: | By agreement of the parties, the motion shall be continued to an agreed date, if necessary, after conclusion of mediation. |

## II.   **MATTERS GOING FORWARD**

4.      Motion to Extend Time – *Motion For An Order Extending Claims Objection Deadline* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 10195)

Related
Documents:

a.     Notice of Motion and Notice of Hearing (Re: related document(s)[10194] Motion
       to Extend Time filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula
       S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
       Liquidating Trust. Hearing scheduled 4/14/2011 at 02:00 PM at Judge
       Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
       (Docket No. 10195)

Objection
Deadline:            April 7, 2011

Objections/
Responses
Filed:               None

Status:              The Trust will request that the Court grant the requested relief.


5.     *Siegel v. Bailiwick Data Systems, Inc.*; Case No. 10-03405; Motion for Default Judgment
       (Docket No. 6) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred J.
       Siegel

Related
Documents:

a.     Motion for Entry of Default -*Request for Entry of Default and for Default
       Judgment by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and
       Federal Rule of Civil Procedure 55 filed by Paula S. Beran of Tavenner & Beran,
       PLC on behalf of Alfred H. Siegel.*(Docket No. 5)

b.     Notice of Hearing - *Notice of (A) Filing of Motion and (B) Hearing on Motion*
       (Re: related document(s)[5] Motion for Entry of Default filed by Alfred H. Siegel,
       [6] Motion for Default Judgment filed by Alfred H. Siegel) filed by Paula S.
       Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing
       scheduled 4/14/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
       St., Rm. 5000, Richmond, Virginia (Docket No. 7)

c.     *Order Granting Motion for Entry of Default Against BAILIWICK DATA
       SYSTEMS, INC.* (Related Doc #5) (Docket No. 8)

Objection
Deadline:            April 11, 2011

4

Objections/
Responses
Filed:                    None

Status:                   The Trust will request entry of default judgment.

6.    *Siegel v. Digital Blue, Inc.*; Case No. 10-03200-KRH; Motion for Default Judgment
      (Docket No. 10) (Re: related document(s) [9] Motion for Entry of Default filed by Alfred
      H. Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred J. Siegel.
      Hearing scheduled 4/14/11 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
      St., Rm. 5000, Richmond, Virginia.

      Related
      Documents:

      a.        Motion for Entry of Default -*Request for Entry of Default and for Default
                Judgment by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and
                Federal Rule of Civil Procedure 55* filed by Paula S. Beran of Tavenner & Beran,
                PLC on behalf of Alfred H. Siegel.(Docket No. 9)

      b.        Order Granting Motion for Entry of Default Against Digital Blue, Inc. (Docket
                No. 11)

      Objection
      Deadline:                 April 11, 2011

      Objections/
      Responses
      Filed:                    None

      Status:                   The Trust will request entry of default judgment.

7.    *Siegel v. Coremetrics.*; Case No. 10-03283-KRH; Motion for Default Judgment (Docket
      No. 6) (Re: related document(s) [5] Motion for Entry of Default filed by Alfred H. Siegel)
      filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred J. Siegel.  Hearing
      scheduled 4/14/11 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
      5000, Richmond, Virginia.

      Related
      Documents:

      a.        Motion for Entry of Default -*Request for Entry of Default and for Default
                Judgment by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and*

*Federal Rule of Civil Procedure 55* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel.(Docket No. 5)

b.      Order Granting Motion for Entry of Default Against Coremetrics, Inc. (Docket No. 7)

Objection
Deadline:              April 11, 2011

Objections/
Responses
Filed:                 None

Status:                The Trust will request entry of default judgment.

8.      *Siegel v. Avsat Continental Corporation*; Case No. 10-03476-KRH; Motion for Default Judgment (Docket No. 7) (Re: related document(s) [6] Motion for Entry of Default filed by Alfred H. Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred J. Siegel.  Hearing scheduled 4/14/11 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

Related
Documents:

a.      Motion for Entry of Default -*Request for Entry of Default and for Default Judgment by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and Federal Rule of Civil Procedure 55* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel.(Docket No. 6)

b.      Order Granting Motion for Entry of Default Against Avsat Continental Corporation (Docket No. 8)

Objection
Deadline:              April 11, 2011

Objections/
Responses
Filed:

a.      Letter dated April 5, 2011 from Vincente Marino (w/ attachments:  Letter Dated January 5, 2011 from Vincente Marino, Letter dated February 7, 2011 from

Vincente Marino)

Status:                The Trust will request entry of default judgment.

9.      *Siegel v. Dish It Up, Inc.*; Case No. 10-03478-KRH; Motion for Default Judgment
        (Docket No. 6) (Re: related document(s) [5] Motion for Entry of Default filed by Alfred
        H. Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred J.
        Siegel.  Hearing scheduled 4/14/11 at 02:00 PM at Judge Huennekens' Courtroom, 701
        E. Broad St., Rm. 5000, Richmond, Virginia.

        Related
        Documents:

        a.      Motion for Entry of Default -*Request for Entry of Default and for Default
                Judgment by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and
                Federal Rule of Civil Procedure 55* filed by Paula S. Beran of Tavenner & Beran,
                PLC on behalf of Alfred H. Siegel.(Docket No. 5)

        b.      Order Granting Motion for Entry of Default Against Dish It Up, Inc. (Docket No.
                7)

        Objection
        Deadline:              April 11, 2011

        Objections/
        Responses
        Filed:                 None

        Status:                The Trust will request entry of default judgment.

10.     *Siegel v. Digitech Communications Incorporated*; Case No. 10-03544-KRH; Motion for
        Default Judgment (Docket No. 7) (Re: related document(s) [6] Motion for Entry of Default
        filed by Alfred H. Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of
        Alfred J. Siegel.  Hearing scheduled 4/14/11 at 02:00 PM at Judge Huennekens' Courtroom,
        701 E. Broad St., Rm. 5000, Richmond, Virginia.

        Related
        Documents:

        a.      Motion for Entry of Default -*Request for Entry of Default and for Default
                Judgment by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and
                Federal Rule of Civil Procedure 55* filed by Paula S. Beran of Tavenner & Beran,

PLC on behalf of Alfred H. Siegel.(Docket No. 6)

    b.    Order Granting Motion for Entry of Default Against Digitech Communications Incorporated (Docket No. 8)

| | |
|---|---|
| Objection Deadline: | April 11, 2011 |
| Objections/ Responses Filed: | None |
| Status: | The Trust will request entry of default judgment. |

11.    *Siegel v. JS Unlimited*; Case No. 10-03562-KRH; Motion for Default Judgment (Docket No. 6) (Re: related document(s) [5] Motion for Entry of Default filed by Alfred H. Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred J. Siegel. Hearing scheduled 4/14/11 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

    Related Documents:

    a.    Motion for Entry of Default -*Request for Entry of Default and for Default Judgment by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and Federal Rule of Civil Procedure 55* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel.(Docket No. 5)

    b.    Order Granting Motion for Entry of Default Against JS Unlimited Inc. (Docket No. 7)

| | |
|---|---|
| Objection Deadline: | April 11, 2011 |
| Objections/ Responses Filed: | None |
| Status: | The Trust will request entry of default judgment. |

12.    *Siegel v. Audio Video Solutions-UT, LLC dba Audio Video Solutions*; Case No. 10-

03659-KRH; Motion for Default Judgment (Docket No. 6) (Re: related document(s) [5] Motion for Entry of Default filed by Alfred H. Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred J. Siegel.  Hearing scheduled 4/14/11 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

Related
Documents:

a.    Motion for Entry of Default -*Request for Entry of Default and for Default Judgment by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and Federal Rule of Civil Procedure 55* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel.(Docket No. 5)

b.    Order Granting Motion for Entry of Default Against Audio Video Solutions-UT, LLC d/b/a Audio Video Solutions (Docket No. 7)

Objection
Deadline:            April 11, 2011

Objections/
Responses
Filed:              None

Status:             The Trust will request entry of default judgment.


## III.    CLAIMS OBJECTIONS

13.    Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 3507)

Related
Documents:

a.    Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 4170)

b.    Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6080)

c.    Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6109)

d.    Second Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6354)

e.     Fourth Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6588)

f.     Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and John P. Raleigh Resolving the Debtors' Eighth Omnibus Objection to Claim No. 11391 (Docket No. 7523)

g.     Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS EIGHTH OMNIBUS OBJECTION TO CERTAIN LATE CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF NATALIA HILTON [CLAIM NO. 11058]* (Docket No. 9916)

h.     Order on Debtors' Eighth Omnibus Objection to Certain Late Claims as it Relates to Claims of Dirley L. Ball (Docket No. 10243)

i.     Order Approving Stipulation Between Alfred H. Siegel, As Trustee Of The Circuit City Stores, Inc. Liquidating Trust and American Power Conversion Corp. To Consolidate Objection To Claim With Pending Adversary Proceeding (Re: related document(s)[7] Stipulation filed by Alfred H. Siegel) (Docket No. 10514)

   Status:          For the one claim for which the objection is still pending, this matter has been consolidated with a related adversary proceeding.

14.   Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703) Related
Documents:

a.     Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4449)

b.     Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4736)

c.     Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4758)

d.     Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6299)

e.   Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No. 6642)

f.   Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No. 6661)

g.   Memorandum Opinion (Docket No. 6693)

h.   Order Granting Motion for Summary Judgment (Docket No. 6694)

i.   Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6868)

j.   Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 7114)

k.   Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home & Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

l.   Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Arboretum of South Barrington Resolving a Certain Claim (Docket No. 8361)

m.   Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Imation Enterprises Corp.  (Docket No. 8861)

Objection
Deadline:                July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit A.

Status:                  For the one claim for which the objection is still pending, this matter is adjourned to May 11, 2011 at 2:00 p.m.  See attached Exhibit A.

15.   Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 3710)

Related
Documents:

 a.  Order on Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 4577)

 b.  Supplemental Order on Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 6369)

Objection
Deadline:    July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:    See attached Exhibit A.

Status:    For the one claim for which the objection is still pending, this matter is adjourned to May 11, 2011 at 2:00 p.m. See attached Exhibit A.

16. Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 4585)

Related
Documents:

 a.  Order on Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 5294)

 b.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors' Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth Omnibus Objection to Claim No. 5708 (Docket No. 8358)

 c.  Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Ada Alicea Resolving the Debtors' Thirty-First Omnibus Objection to Claim No. 6283 (Docket No. 8839)

 d.  Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF PNY TECHNOLOGIES, INC. [CLAIM NO. 1723]* (Docket No. 9910)

 e.  Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claim) Solely with Respect to the Claim of Leon Hurney [Claim No. 10047] (Docket No. 9868)

f.      Notice and Withdrawal , *WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LEGAL CLAIM) SOLELY WITH RESPECT TO THE CLAIM OF TANDEN KIBBY (CLAIM NO. 6894)* (Docket No. 10084)

Objection
Deadline:               September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached Exhibit A.

Status:                 The Trust has withdrawn the objection as it relates to three claims without prejudice.   For those claims for which the objection is still pending, this matter is adjourned to May 11, 2011 at 2:00 p.m. See attached Exhibit A.


17.   Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (Docket Nos. 4588, 4590)

Related
Documents:

a.      Order on Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (Docket No. 5192)

b.      Notice of Hearing on the Merits on Debtors' Thirty-third Omnibus Objection to Claim 9293 filed by Cyndi Ann Haines and Response Thereto (Docket No. 6551)

c.      Notice of Hearing on the Merits on Debtors' Thirty-third Omnibus Objection to Claim 7295 Filed by Amore Construction Company and Response Thereto (Docket No. 6553)

d.      Supplemental Order on Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (Docket No. 6852)

e.      Second Supplemental Order on Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (Docket No. 7637

f.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Bell'O International Corp. Resolving the Debtors' Thirty-Third Omnibus Objection to Claim 7435 (Docket No. 7741)

g.      Notice of Proposed Settlement and Stipulation by and Among the Debtors and Sharpe Partners, LLC Resolving the Debtors' Thirty-Third Omnibus Objection to

Claim 6257 (Docket No. 7996)

h.    Notice of Proposed Settlement and Stipulation by and Among the Debtors and Lexmark International, Inc. Resolving the Debtors' Thirty-Third Omnibus Objection to Claim 7391 (Docket No. 8087)

Objection
Deadline:                September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit A.

Status:                  For the one claim for which the objection is still pending, this matter is adjourned to May 11, 2011 at 2:00 p.m.  See attached Exhibit A.

18.    Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 4613)

Related
Documents:

a.    Order on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 5397)

b.    Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 7343)

c.    Memorandum of Law In Support of Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 7344)

d.    Notice of Motion and Hearing (Docket No. 7345)

e.    Notice of Rescheduled Hearing On Debtors' Motion For And Memorandum Of Law In Support Of The Debtors' Motion For Partial Summary Judgment On The Thirty-Seventh Omnibus Objection To Claims (Reduction Of Certain Personal Property Tax Claims) (Docket No. 7550)

f.    Notice of Presentment of Agreed Order By And Among The Debtors And Certain Taxing Authorities With Respect To The Thirty-Seventh Omnibus Objection (Docket No. 7695)

g.    Agreed Order by and Among the Debtors and Certain Taxing Authorities with

Respect to the Thirty-Seventh Omnibus Objection and Related Pleadings (Docket No. 7800)

h.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Kitsap County Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13337 (Docket No. 7983)

i.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and City of Chesapeake Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 11842 (Docket No. 8015)

j.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and the Escambia County Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 1624, 13792, and 14789 (Docket No. 8067)

k.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Gaston County, North Carolina Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 1836 and 13350 (Docket No. 8167)

l.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Allen County, Indiana Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13395 (Docket No. 8174)

m.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Harris County, Texas Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 14429 (Docket No. 8181)

n.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Travis County, Texas Regarding Claim Nos. 10531 and 14423 (Docket No. 8184)

o.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Loudon County Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13686 (Docket No. 8187)

p.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Lewisville Independent School District Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13579 and Resolving Claim No. 1840 (Docket No. 8204)

q.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Boulder County, Colorado Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 10419 (Docket No. 8359)

r.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Ada County, Idaho Resolving the Debtors' Thirty-Seventh Omnibus

Objection to Claim No. 14430 (Docket No. 8407)

s.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Arlington Independent School District, Texas Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 6535 and Resolving Claim No.
        124 (Docket No. 8413)

t.      Certificate of No Objection with Respect to the Settlement Agreement and
        Stipulation by and Among the Debtors and Desoto County, Mississippi Resolving
        the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13944 and Related
        Matters (Docket No. 8417)

u.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Brevard County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13320 (Docket No. 8438)

v.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Hernando County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13385 (Docket No. 8439)

w.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Palm Beach County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 3882 and Relating to Claim No.
        14744 (Docket No. 8440)

x.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Osceola County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim Nos. 13064 and 13162 (Docket No.
        8441)

y.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Prince George's County, Maryland Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 13465 and Resolving Claim Nos.
        12431 and 13466 (Docket No. 8445)

z.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Charles County, Maryland Resolving the Debtors' Thirty-Seventh
        Omnibus Objection to Claim No. 13576 and Resolving Claim No. 1835 (Docket
        No. 8446)

aa.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Wake County, North Carolina Revenue Department Resolving the
        Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13627 and Resolving
        Claim No. 1795 (Docket No. 8447)

bb.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Manatee County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13325 (Docket No. 8454)

16

cc.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Okaloosa County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13315 (Docket No. 8455)

dd.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Pinellas County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13309 (Docket No. 8456)

ee.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Orange County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13316 (Docket No. 8457)

ff.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Snohomish County Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 11646 and Resolving Claim No. 1547 (Docket No. 8487)

gg.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Marion County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13318 and Relating to Claim No. 213 (Docket No. 8735)

hh.  Stipulation - *Withdrawal of Claim(s) by Polk County Tax Collector* By Circuit City Stores, Inc. Liquidating Trust and Between Polk County Tax Collector filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9905)

Objection
Deadline:          May 13, 2010 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            For those claims for which the objection is still pending, this matter is adjourned to May 11, 2011 at 2:00 p.m.  See attached Exhibit A.

19.  Debtors' Fiftieth Omnibus Objection to Certain Administrative Expenses and Motion for (I) Authority to Setoff Against Such Expenses and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 5213)

Related
Documents:

17

a.      Memorandum Opinion (Docket No. 5963)

b.      Order on Debtors' Forty-Eighth, Forty-Ninth, and Fiftieth Omnibus Objections
        (Docket No. 5964)

c.      Supplemental Order on Debtors' Fiftieth Omnibus Objection to Certain
        Administrative Expenses and Motion for (I) Authority to Setoff Against Such
        Expenses and (II) a Waiver of the Requirement that the First Hearing on Any
        Response Proceed as a Status Conference (Docket No. 6127)

d.      Second Supplemental Order on Debtors' Fiftieth Omnibus Objection to Certain
        Administrative Expenses and Motion for (I) Authority to Setoff Against Such
        Expenses and (II) a Waiver of the Requirement that the First Hearing on Any
        Response Proceed as a Status Conference (Docket No. 6664)

e.      Third Supplemental Order On Debtors' Fiftieth Omnibus Objection To Certain
        Administrative Expenses and Motion For (I) Authority To Setoff Against Such
        Expenses and (II) A Waiver Of The Requirement That The First Hearing On Any
        Response Proceed As A Status Conference (Docket No. 3800)

f.      Notice of Proposed Settlement Agreement and Stipulation by an Among the
        Debtors and Fujitsu Ten Corp. of America (Docket No. 7643)

g.      Notice of Proposed Settlement Agreement and Stipulation by and among the
        Debtors, VonWin Capital Management, LP, and Imagination Entertainment
        (Docket No. 7833)

h.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors, Digital Innovations LLC, and VonWin Capital Management, L.P.
        Resolving the Debtors' Twenty-Third Omnibus Objection to Claim 7223, the
        Debtors' Fiftieth Omnibus Objection to Claim 14251, and the Debtors' Fifty-First
        Omnibus Objection to Claim 1373 (Docket No. 8664)

i.      Stipulation Between Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc.
        Liquidating Trust and NYKO Technologies, Inc. to Consolidate Objection to
        Claim with Pending Adversary Proceeding (Docket No. 10268)

j.      Order Approving Stipulation Between Alfred H. Siegel, As Trustee Of The
        Circuit City Stores, Inc. Liquidating Trust and NYKO Technologies, Inc. To
        Consolidate Objection To Claim With Pending Adversary Proceeding (Docket
        No. 10461)

Status:            For the one remaining matter, this matter has been consolidated
                   with a related adversary proceeding.

20.    Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability
       (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability
       (Subcontractor Claims)) (Docket No. 5879)

       Related
       Documents:

       a.      Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of
               Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims);
               and (iii) No Liability (Subcontractor Claims) (Docket No. 6368)

       b.      Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims
               (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability
               (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket
               No. 6585)

       c.      Notice of Hearing on the Merits on Debtors' Sixtieth Omnibus Objection to Claim
               No. 14123 Filed by Phillip Lee Steele and Response Thereto (Docket No. 8205)

       d.      Second Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims
               (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability
               (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket
               No. 8285)

       e.      Third Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims
               (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability
               (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket
               No. 8421)

       f.      Notice of Hearing (Re: related document(s) 5879 Objection to Claim filed by
               Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on
               behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9819)

       Objection
       Deadline:          December 14, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:             See attached Exhibit A.

Status:                    The status hearing for the objection as it relates to the one
                           remaining claim has been adjourned to May 11, 2011 at 2:00 p.m.


21.    Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No
       Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human
       Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7013)

       Related
       Documents:

       a.     Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of
              Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III)
              No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous
              Claims)) (Docket No. 7457)

       b.     Supplemental Order on Debtors' Seventieth Omnibus Objection to Claims
              (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability
              (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No
              Liability (Miscellaneous Claims)) (Docket No. 7674)

       c.     Notice of Proposed Settlement Agreement and Stipulation by and Between the
              Debtors and Universal Display and Fixtures Company (Docket No. 8002)

       d.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors'
              Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth
              Omnibus Objection to Claim No. 5708 (Docket No. 8358)

       e.     Notice of Proposed Settlement Agreement and Stipulation by and Between the
              Debtors and Richard Kreuger (Docket No. 8435)

       f.     Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores,
              Inc. and Between Z-Line Designs, Inc. (Docket No. 8857)

       g.     Notice of Hearing (Re: related document(s) 7013 Objection to Claim filed by
              Circuit City Stores, Inc.) (Docket No. 9820)

       h.     Trustee's Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus
              Objection to Claims Solely with Respect to the Claim of Jamie Stack (Claim No.
              14139)

       i.     Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of
              Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the
              Claim of Sarah B. Harris [Claim No. 14314] (Docket No. 9869)

       j.     Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of

Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the Claim of Jean S. Hamby [Claim No. 13896] (Docket No. 9870)

k.    Notice of Hearing (Re: related document(s)[7013] Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 3/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 9985)

l.    Stipulation *TO CONSOLIDATE OBJECTION TO CLAIM WITH PENDING ADVERSARY PROCEEDING* By Circuit City Stores, Inc. Liquidating Trust and Between SAP INDUSTRIES, INC., FKA SAP RETAIL INC (Docket No. 10103)

m.    Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS SEVENTIETH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF MOBILE EDGE [CLAIM NO. 3788]* (Docket No. 10085)

n.    Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS SEVENTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL CLAIMS); (II) NO LIABILITY (SATISFIED CLAIMS); (III) NO LIABILITY (HUMAN RESOURCES CLAIMS) AND (IV) NO LIABILITY (MISCELLANEOUS CLAIMS)) SOLELY WITH RESPECT TO THE CLAIM OF CURTISS McGOUGH (CLAIM NO. 3439)* (Docket No. 10087)

o.    Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Satisfied Claims); (iii) No Liability (Human Resources Claims); and (iv) No Liability (Miscellaneous Claims)) Solely as it Relates to the claim of Albert Flowers, Jr. (Docket No. 10242)

p.    Order Approving Stipulation Between Alfred H. Siegel, As Trustee Of The Circuit City Stores, Inc. Liquidating Trust and SAP Industries, Inc. To Consolidate Objection To Claim With Pending Adversary Proceeding (Re: related document(s)[10103] Stipulation filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10366)

Objection
Deadline:                    April 22, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                       See attached Exhibit A.

Status:                    For the remaining claims for which the objection is still pending,
                           this status hearing is adjourned to May 11, 2011 at 2:00 p.m.  See
                           attached Exhibit A.


22      Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain
        Misclassified Administrative Claims) (Docket No. 7460)

        Related
        Documents:

        a.      Order on Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of
                Certain Misclassified Administrative Claims) (Docket No. 7858)

        b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
                Debtors, the Equal Employment Opportunity Commission, Jamal Booker and
                Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth
                Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230
                and 4238 (Docket No. 8138)

        Objection
        Deadline:                  June 1, 2010 at 4:00 p.m.

        Objections/
        Responses
        Filed:                     See attached Exhibit A

        Status:                    For the two claims for which the objection is still pending, this
                                   matter is adjourned to May 11, 2011 at 2:00 p.m.  See attached
                                   Exhibit A.


23.     Debtors' Seventy-Eighth Omnibus Objection to Claims (Disallowance of Certain Legal
        Claims) (Docket No. 7463)

        Related
        Documents:


        a.      Order Approving Stipulation Between Alfred H. Siegel, as Trustee of the Circuit City
                Stores, Inc. Liquidating Trust and Metra Electronics Corporation to Consolidate (i)
                Objection to Claim and (ii) Motion for Leave to File a Late Administrative Claim
                with Pending Adversary Proceedings (Docket No. 10371)

        Objection
        Deadline:                  June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                    See attached <u>Exhibit A</u>

Status:                   For the one claim for which the objection is still pending, this
                          matter has been consolidated with a related adversary proceeding.


24.    Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal
       Claims) (Docket No. 7874)

       Related
       Documents:

       a.     Order on Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of
              Certain Legal Claims) (Docket No. 8199)

       b.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and James Fouskey Resolving the Debtors' Seventy-Ninth Omnibus
              Objection to Claim No. 4017 (Docket No. 8733)

       c.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and Richard Grande Resolving the Debtors' Seventy-Ninth Omnibus
              Objection to Claim No. 6242 (Docket No. 8739)

       d.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus
              Objection to Claim No. 6008 (Docket No. 8740)

       e.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus
              Objection to Claim No. 4767 (Docket No. 8744)

       f.     Notice of Proposed Settlement Agreement and Stipulation by and among the
              Debtors and Anna Thomas Resolving the Debtors' Seventy-Ninth Omnibus
              Objection to Claim No. 3145 (Docket No. 8777)

       g.     Notice of Proposed Settlement Agreement and Stipulation by and among the
              Debtors and Leedell Murphy Resolving the Debtors' Seventy-Ninth Omnibus
              Objection to Claim No. 5832 (Docket No. 8841).

       h.     Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-
              NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
              CLAIM OF DENISE K. FISHER [CLAIM NO. 3544]* (Docket No. 9903)

       i.     Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-
              NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
              CLAIM OF MARY LOPRESTI [CLAIM NO. 5401]* (Docket No. 9904)

|               |                                                                                        |
|---------------|----------------------------------------------------------------------------------------|
| Objection Deadline: | July 15, 2010 at 4:00 p.m.                                                        |
| Objections/ Responses Filed: | See attached <u>Exhibit A</u>.                                         |
| Status:       | For those claims for which the objection is still pending, this matter is adjourned to May 11, 2011 at 2:00 p.m.  See attached <u>Exhibit A</u>. |

25.    Debtors' Eightieth Omnibus Objection to Claims (Reclassification of Certain Misclassified Miscellaneous Claims and Misclassified Wage Check Claims) (Docket No. 8185)

Related Documents:

a.    Order on Debtors' Eightieth Omnibus Objection to Claims (Reclassification of Certain Misclassified Miscellaneous Claims and Misclassified Wage Check Claims) (Docket No. 8519)

b.    Notice of Settlement Agreement and Stipulation by and Among the Debtors and Export Development Canada Resolving the Debtors' Eightieth and Eighty-First Omnibus Objections to Claim 8054 and Resolving Claim 7960 (Docket No. 8522)

|               |                                                                                        |
|---------------|----------------------------------------------------------------------------------------|
| Objection Deadline: | August 24, 2010 at 4:00 p.m.                                                     |
| Objections/ Responses Filed: | See attached <u>Exhibit A</u>.                                         |
| Status:       | For the one claim for which the objection is still pending, the matter has settled pending documentation.  Accordingly, this matter is adjourned to May 11, 2011at 2:00 p.m.  See attached <u>Exhibit A</u>. |

26.    Notice and Objection to Claim *Liquidating Trust's First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Amended Claims and Disallowance of Certain Invalid Claims)* (Docket No. 10024)

Related

Documents:

a.      Notice of Withdrawal of Reference *Notice of Withdrawal of Docket No. 1138 and Claim No. 13098* (Re: related document(s) 1138 Motion to Compel filed by Watercress Associates, LP, LLP dba Pearlridge Center, Starpoint Property Management, LLC, RD Bloomfield Associates Limited Partnership, Acadia Realty Limited Partnership, Tourboullin Co., Brighton Commercial, L.L.C., Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial, LLC, New River Properties, LLC, Rancon Realty Fund IV, UnCommon, Ltd., a Florida Limited Partnership, Sparkleberry Two Notch, LLC) filed by Jennifer McLain McLemore of Christian & Barton, LLP on behalf of Acadia Realty Limited Partnership, Brighton Commercial, L.L.C., Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial, LLC, New River Properties, LLC, RD Bloomfield Associates Limited Partnership, Rancon Realty Fund IV, Sparkleberry Two Notch, LLC, Starpoint Property Management, LLC, Tourboullin Co., UnCommon, Ltd., a Florida Limited Partnership, Watercress Associates, LP, LLP dba Pearlridge Center. (McLemore, Jennifer) (Docket No. 10162)

b.      Amended Notice of Withdrawal of Docket No. 1138 and Claim No. 13098 (Docket No. 10164)


Objection
Deadline:                     April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                         See attached Exhibit B.

Status:                        A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.   **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the

Objection.

27.  Notice and Objection to Claim - *Liquidating Trust's Second Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10039)

Related
Documents:

Objection
Deadline:                    April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                       See attached <u>Exhibit B</u>.

Status:                      A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  For all other claims which have not been resolved, as identified on <u>Exhibit B</u>, the Liquidating Trust will request that the Court sustain the Objection.

28.  Notice and Objection to Claim - *Liquidating Trust's Third Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10040)

Related
Documents:

Objection
Deadline:                    April 7, 2011 at 4:00 p.m.

| | |
|---|---|
| Objections/<br>Responses<br>Filed: | See attached <u>Exhibit B</u>. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** For all other claims which have not been resolved, as identified on <u>Exhibit B</u>, the Liquidating Trust will request that the Court sustain the Objection. |

29.    Notice and Objection to Claim - *Liquidating Trust's Fourth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims)* (Docket No. 10041)

| | |
|---|---|
| Related<br>Documents: | |
| Objection<br>Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/<br>Responses<br>Filed: | See attached <u>Exhibit B</u>. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those |

claims.  **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the Objection.

30.     Notice and Objection to Claim - *Liquidating Trust's Fifth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims and Disallowance of Certain Invalid Claims)* (Docket No. 10042)

Related
Documents:

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit B.

Status:                  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the Objection.

31.     Notice and Objection to Claim - *Sixth Omnibus Objection to Claims (Disallowance of Certain Invalid Unliquidated Claims and Fixing of Certain Unliquidated Claims)* (Docket No. 10043)

Related

Documents:

Objection
Deadline:                   April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                      See attached <u>Exhibit B</u>.

Status:                     A status hearing is going forward with respect to those claims for
                            which a response was filed as identified on <u>Exhibit B</u>.  **Those
                            parties who filed a response do not need to appear at the
                            hearing. Such parties' rights will not be affected at this
                            hearing.**  During the hearing the Liquidating Trust will advise the
                            Court that the status hearing will be adjourned to June 9, 2011 at
                            2:00 p.m. with respect to those claims for which a response was
                            filed.  With respect to those claims to which a response was not
                            filed but to which the Liquidating Trust agreed to continue the
                            hearing and requisite response deadline, as identified on <u>Exhibit B</u>,
                            the Liquidating Trust will advise the Court that the status hearing
                            will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those
                            claims.  **Those parties do not need to appear at the hearing.
                            Such parties' rights will not be affected at this hearing.**  For all
                            other claims which have not been resolved, as identified on <u>Exhibit
                            B</u>, the Liquidating Trust will request that the Court sustain the
                            Objection.

32.     Notice and Objection to Claim - *Liquidating Trust's Seventh Omnibus Objection to
        Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid
        Claims and Reclassification of Certain Incorrectly Classified Claims)(To Correct
        Substantive Pleading --Replaces Docket Number 10044)* (Re: related document(s) 10044
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)  (Docket No.
        10045)

        Related
        Documents:

        Objection
        Deadline:                   April 7, 2011 at 4:00 p.m.

        Objections/
        Responses
        Filed:                      See attached <u>Exhibit B</u>.

        Status:                     A status hearing is going forward with respect to those claims for
                                    which a response was filed as identified on <u>Exhibit B</u>.  **Those
                                    parties who filed a response do not need to appear at the**

**hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the Objection.

33.     Notice and Objection to Claim - *Liquidating Trust's Eighth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Amended Claims, and Disallowance of Certain Invalid Claims)* (Docket No. 10046)

Related Documents:

Objection Deadline:                   April 7, 2011 at 4:00 p.m.

Objections/ Responses Filed:                   See attached Exhibit B.

Status:                   A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the

Objection.

34.  Notice and Objection to Claim - *Liquidating Trust's Ninth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)* (docket No. 10047)

Related
Documents:

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit B.

Status:                  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the Objection.

35.  Notice and Objection to Claim - *Liquidating Trust's Tenth Omnibus Objection to Disallow Certain Claims (Short-Term Incentive Program)* (Docket No. 10048)

Related
Documents:

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses

Filed:                          See attached <u>Exhibit B</u>.

Status:                         A status hearing is going forward with respect to those claims for
                                which a response was filed as identified on <u>Exhibit B</u>.  **Those
                                parties who filed a response do not need to appear at the
                                hearing. Such parties' rights will not be affected at this
                                hearing.**  During the hearing the Liquidating Trust will advise the
                                Court that the status hearing will be adjourned to June 9, 2011 at
                                2:00 p.m. with respect to those claims for which a response was
                                filed.  With respect to those claims to which a response was not
                                filed but to which the Liquidating Trust agreed to continue the
                                hearing and requisite response deadline, as identified on <u>Exhibit B</u>,
                                the Liquidating Trust will advise the Court that the status hearing
                                will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those
                                claims.  **Those parties do not need to appear at the hearing.
                                Such parties' rights will not be affected at this hearing.**  For all
                                other claims which have not been resolved, as identified on <u>Exhibit</u>
                                <u>B</u>, the Liquidating Trust will request that the Court sustain the
                                Objection.

36.      Notice and Objection to Claim - *Liquidating Trust's Eleventh Omnibus Objection to
         Claims: Reclassify to General Unsecured Claims, Reduce to Statutory Cap, or Disallow,
         as Applicable (Special Cash Retention Program)*  (Docket No. 10049)

         Related
         Documents:

         Objection
         Deadline:                      April 7, 2011 at 4:00 p.m.

         Objections/
         Responses
         Filed:                         See attached <u>Exhibit B</u>.

         Status:                        A status hearing is going forward with respect to those claims for
                                        which a response was filed as identified on <u>Exhibit B</u>.  **Those
                                        parties who filed a response do not need to appear at the
                                        hearing. Such parties' rights will not be affected at this
                                        hearing.**  During the hearing the Liquidating Trust will advise the
                                        Court that the status hearing will be adjourned to June 9, 2011 at
                                        2:00 p.m. with respect to those claims for which a response was
                                        filed.  With respect to those claims to which a response was not
                                        filed but to which the Liquidating Trust agreed to continue the
                                        hearing and requisite response deadline, as identified on <u>Exhibit B</u>,
                                        the Liquidating Trust will advise the Court that the status hearing
                                        will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those
                                        claims.  **Those parties do not need to appear at the hearing.**

**Such parties' rights will not be affected at this hearing.** For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the Objection.

37. Notice and Objection to Claim - *Liquidating Trust's Twelfth Omnibus Objection to Disallow Certain Claims (Long-Term Incentive Program)* (Docket No. 10050)

| | |
|---|---|
| Related Documents: | |
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the Objection. |

38. Notice and Objection to Claim - *Liquidating Trust's Thirteenth Omnibus Objection to Certain Priority Claims: Allow Up to the Statutory Cap, Reclassify, Disallow as Applicable (Employment Contract Severance Claims)* (Docket No. 10051)

| | |
|---|---|
| Related Documents: | |
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |

| | |
|---|---|
| Objections/ Responses Filed: | See attached <u>Exhibit B</u>. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** For all other claims which have not been resolved, as identified on <u>Exhibit B</u>, the Liquidating Trust will request that the Court sustain the Objection. |

39.  Notice and Objection to Claim - *Liquidating Trust's Fourteenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10052)

| | |
|---|---|
| Related Documents: | |
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached <u>Exhibit B</u>. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the |

hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  For all other claims which have not been resolved, as identified on <u>Exhibit B</u>, the Liquidating Trust will request that the Court sustain the Objection.

40.  Notice and Objection to Claim - *Liquidating Trust's Fifteenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)*   (Docket No. 10053)

Related Documents:

a.  Notice of Withdrawal of Reference *Notice of Withdrawal of Docket No. 1138 and Claim No. 13098* (Re: related document(s) <u>1138</u> Motion to Compel filed by Watercress Associates, LP, LLP dba Pearlridge Center, Starpoint Property Management, LLC, RD Bloomfield Associates Limited Partnership, Acadia Realty Limited Partnership, Tourboullin Co., Brighton Commercial, L.L.C., Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial, LLC, New River Properties, LLC, Rancon Realty Fund IV, UnCommon, Ltd., a Florida Limited Partnership, Sparkleberry Two Notch, LLC) filed by Jennifer McLain McLemore of Christian & Barton, LLP on behalf of Acadia Realty Limited Partnership, Brighton Commercial, L.L.C., Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial, LLC, New River Properties, LLC, RD Bloomfield Associates Limited Partnership, Rancon Realty Fund IV, Sparkleberry Two Notch, LLC, Starpoint Property Management, LLC, Tourboullin Co., UnCommon, Ltd., a Florida Limited Partnership, Watercress Associates, LP, LLP dba Pearlridge Center. (McLemore, Jennifer) (Docket No. 10162)

b.  Amended Notice of Withdrawal of Docket No. 1138 and Claim No. 13098 (Docket No. 10164)

Objection Deadline:        April 7, 2011 at 4:00 p.m.

Objections/ Responses Filed:        See attached <u>Exhibit B.</u>

35

Status: A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the Objection.

41. Notice and Objection to Claim -*Liquidating Trust's Sixteenth Omnibus Objection to Certain HR Claims: Reclassify; Reduce (Phantom Stock Program)* (Docket No. 10054)

Related Documents:

Objection Deadline: April 7, 2011 at 4:00 p.m.

Objections/ Responses Filed: None

Status: The Liquidating Trust will request that the Court sustain the Objection in its entirety.

42. Notice and Objection to Claim - *Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10061)

Related Documents:

a. Amended Exhibit *C to Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification*

36

*of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims) [Service Copy of Said Objection (Docket No. 10061) Contained Exhibit C and Amended Exhibit C]* (Re: related document(s) 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)  (Docket No. 10074)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the Objection. |

43.    Notice and Objection to Claim - *Liquidating Trust's Eighteenth Omnibus Objection to Claims Filed by Taxing Authorities (Reduction of Certain Partially Invalid Claims; Disallowance of Certain Invalid Claims; Disallowance of Certain Duplicate Claims; Reclassification of Certain Claims; Disallowance of Certain Amended or Superseded Claims; Disallowance or Reduction of Certain Late Filed Claims; Disallowance of Certain Invalid Claims; and Fixing the Amount of Certain Claims)* (Docket No. 10062)

| | |
|---|---|
| Related Documents: | |

a.    Withdrawal of Pasadena Independent School District's Response to Eighteenth Omnibus Objection of Claims (Docket No. 10062) - (Docket No. 10516)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |

Objections/
Responses
Filed:                        See attached Exhibit B.

Status:                       A status hearing is going forward with respect to those claims for
                              which a response was filed as identified on Exhibit B.  **Those
                              parties who filed a response do not need to appear at the
                              hearing. Such parties' rights will not be affected at this
                              hearing.**  During the hearing the Liquidating Trust will advise the
                              Court that the status hearing will be adjourned to June 9, 2011 at
                              2:00 p.m. with respect to those claims for which a response was
                              filed.  With respect to those claims to which a response was not
                              filed but to which the Liquidating Trust agreed to continue the
                              hearing and requisite response deadline, as identified on Exhibit B,
                              the Liquidating Trust will advise the Court that the status hearing
                              will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those
                              claims.  **Those parties do not need to appear at the hearing.
                              Such parties' rights will not be affected at this hearing.**  For all
                              other claims which have not been resolved, as identified on Exhibit
                              B, the Liquidating Trust will request that the Court sustain the
                              Objection.

44.      Notice and Objection to Claim - *Liquidating Trust's Nineteenth Omnibus Objection to
         Certain Employee Priority Claims: No Liability; Not Entitled to Priority; Allow up to the
         Statutory Cap; and Reclassify, as Applicable (Miscellaneous HR Priority Claims)*
         (Docket No. 10071)

         Related
         Documents:

         Objection
         Deadline:            April 7, 2011 at 4:00 p.m.

         Objections/
         Responses
         Filed:               See attached Exhibit B.

         Status:              A status hearing is going forward with respect to those claims for
                              which a response was filed as identified on Exhibit B.  **Those
                              parties who filed a response do not need to appear at the
                              hearing. Such parties' rights will not be affected at this
                              hearing.**  During the hearing the Liquidating Trust will advise the
                              Court that the status hearing will be adjourned to June 9, 2011 at
                              2:00 p.m. with respect to those claims for which a response was
                              filed.  With respect to those claims to which a response was not

                                          38

filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the Objection.

45.     Notice and Objection to Claim - *Liquidating Trust's Twentieth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims)* (Docket No. 10072)

Related
Documents:

a.      Notice of Withdrawal of Reference *Notice of Withdrawal of Docket No. 1138 and Claim No. 13098* (Re: related document(s) 1138 Motion to Compel filed by Watercress Associates, LP, LLP dba Pearlridge Center, Starpoint Property Management, LLC, RD Bloomfield Associates Limited Partnership, Acadia Realty Limited Partnership, Tourboullin Co., Brighton Commercial, L.L.C., Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial, LLC, New River Properties, LLC, Rancon Realty Fund IV, UnCommon, Ltd., a Florida Limited Partnership, Sparkleberry Two Notch, LLC) filed by Jennifer McLain McLemore of Christian & Barton, LLP on behalf of Acadia Realty Limited Partnership, Brighton Commercial, L.L.C., Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial, LLC, New River Properties, LLC, RD Bloomfield Associates Limited Partnership, Rancon Realty Fund IV, Sparkleberry Two Notch, LLC, Starpoint Property Management, LLC, Tourboullin Co., UnCommon, Ltd., a Florida Limited Partnership, Watercress Associates, LP, LLP dba Pearlridge Center. (McLemore, Jennifer) (Docket No. 10162)

b.      Amended Notice of Withdrawal of Docket No. 1138 and Claim No. 13098 (Docket No. 10164)

Objection
Deadline:                   April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                      See attached Exhibit B.

Status:                 A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the Objection.

46.     Notice and Objection to Claim - *Liquidating Trust's Twenty-First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10073)

Related
Documents:

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit B.

Status:                 A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. with respect to those

claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** For all other claims which have not been resolved, as identified on <u>Exhibit B</u>, the Liquidating Trust will request that the Court sustain the Objection.

47.    Notice and Objection to Claim - *Liquidating Trust's Twenty-Second Omnibus Objection to Certain HR Priority Claims: Reclassify as General Unsecured (Deferred Compensation Claims Top Hat)* (Docket No. 10075)

    Related
    Documents:

    Objection
    Deadline:                April 7, 2011 at 4:00 p.m.

    Objections/
    Responses
    Filed:                   None

    Status:                  The Liquidating Trust will request that the Court sustain the Objection except as provided on <u>Exhibit B</u>.

48.    Notice and Objection to Claim of Gregory Lee McCall *(Liquidating Trust's Objection to Secured Claims Filed by Gregory Lee McCall )* (Docket No. 10026)

    Related
    Documents:

    Objection
    Deadline:                April 7, 2011 at 4:00 p.m.

    Objections/
    Responses
    Filed:                   Gregory Lee McCall's Response to Liquidating Trust's Objection to Secured Claims Filed By Respondent (Docket No. 10289)

    Status:                  A status conference will go forward with respect to this Objection. **Claimant does not need to appear at this hearing. Claimant's rights will not be affected at this hearing.** During the status hearing the Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m.

49.    Notice and Objection to Claim of The Arizona Department Of Revenue - *Liquidating Trust's Objection to Claim No. 14695 Filed By The Arizona Department Of Revenue*

(Docket No. 10055)

Related
Documents:

Objection
Deadline:                Extended to May 9, 2011 at 4:00 p.m.

Objections/
Responses
Filed:

Status:                  The status hearing will be adjourned to June 9, 2011 at 2:00 p.m.

50.    Notice and Objection to Claim of The City Of New York Department Of Finance -
       *Liquidating Trust's Objection to Claim No. 2297 Filed By The City Of New York
       Department Of Finance* (Docket No. 10056)

       Related
       Documents:

       Objection
       Deadline:                April 7, 2011 at 4:00 p.m.

       Objections/
       Responses
       Filed:                   Response Of The New York Department of Finance ("DOF") To
                                The Liquidating Trust's Objection to DOF Claim No. 2297 For
                                Pre-Petition Excise Taxes (Docket No. 10056)

                                Motion to Approve *NOTICE AND CROSS-MOTION OF THE
                                NEW YORK CITY DEPARTMENT OF FINANACE FOR LEAVE
                                TO AMEND AND INCREASE TAX PRIORITY CLAIM NO. 2297,
                                BASED ON THE RECORDS PROCDUCED BY THE DEBTORS
                                AFTER THE BAR DATE* filed by The New York City Dept. of
                                Finance

       Status:                  A status conference will go forward with respect to this Objection.
                                Claimant does not need to appear at this hearing.  During the status
                                hearing the Trust will advise the Court that the status hearing will
                                be adjourned to June 9, 2011 at 2:00 p.m.  Response to the Cross-
                                Motion shall be filed seven days from the date of any substantive
                                hearing scheduled in connection with the Objection.

51.    Notice and Objection to Claim of The Tennessee Department of Revenue - *Liquidating
       Trust's Objection to Claim Nos. 12970 and 14308 Filed By The Tennessee Department of*

*Revenue* (Docket No. 10057)

Related
Documents:

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   Response to Liquidating Trust's Objection to Claim Nos. 12970
                         and 14308 of the Tennessee Department of Revenue

Status:                  A status conference will go forward with respect to this Objection.
                         Claimant does not need to appear at this hearing. During the status
                         hearing the Trust will advise the Court that the status hearing will
                         be adjourned to June 9, 2011 at 2:00 p.m.

52.     Notice and Objection to Claim of The Wisconsin Department of Revenue - *Liquidating
        Trust's Objection to Claim No. 12598 Filed By The Wisconsin Department of Revenue*
        (Docket No. 10058)

        Related
        Documents:

        Objection
        Deadline:            April 7, 2011 at 4:00 p.m.

        Objection/
        Responses:
        Filed:               Letter Response to the Liquidating Trustee's Claim No. 12958
                             filed by Wisconsin Department of Revenue (Docket 10169)

                             Letter Response to Liquidating Trustee's Objection to Claim No.
                             12958 filed by Wisconsin Dept. of Revenue (Docket 10224) –
                             Adds pages omitted from above response

        Status:              A status conference will go forward with respect to this Objection.
                             Claimant does not need to appear at this hearing. During the status
                             hearing the Trust will advise the Court that the status hearing will
                             be adjourned to June 9, 2011 at 2:00 p.m.

53.     Notice and Objection to Claim of The State Of Hawaii Department Of Taxation -
        *Liquidating Trust's Objection to Claim Nos. 12051, 12052 And 12054 Filed By The State
        Of Hawaii Department Of Taxation* (Docket No. 10063)

        Related

Documents:

Objection
Deadline:                    April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                       None

Status:                      The status hearing is adjourned to May 11, 2011 at 2:00 p.m.

54.     Notice and Objection to Claim of Louisiana Department Of Revenue - *Objection to
        Claim Nos. 514, 13514 and 15207 Filed By The Louisiana Department Of Revenue*
        (Docket No. 10064)

        Related
        Documents:

        Objection
        Deadline:              April 7, 2011 at 4:00 p.m.

        Objections/
        Responses
        Filed:                 None

        Status:                The status hearing is adjourned to May 11, 2011 at 2:00 p.m.

55.     Notice and Objection to Claim of The State Of California Employment Development
        Department - *Liquidating Trust's Objection to Claim No. 12316 Filed By The State Of
        California Employment Development Department*  (Docket No. 10065)

        Related
        Documents:

        Objection
        Deadline:              April 7, 2011 at 4:00 p.m.

        Objections/
        Responses
        Filed:                 None

        Status:                The status hearing is adjourned to May 11, 2011 at 2:00 p.m.

56.     Notice and Objection to Claim of Commonwealth of Massachusetts *Liquidating Trust's
        Objection to Claim No.14832 Filed By The Commonwealth of Massachusetts* (Docket

No. 10066)

Related
Documents:

Objection
Deadline:                    Extended to May 9, 2011 at 4:00 p.m.

Objections/
Responses
Filed:

Status:                      The status hearing will be adjourned to June 9, 2011 at 2:00 p.m.

57.    Notice and Objection to Claim of California Franchise Tax Board - *Liquidating Trust's Objection to Claim Nos. 12927, 12928, 12929, 13593 and 13594 Filed By The State Of California Franchise Tax Board* (Docket No. 10067)

Related
Documents:

Objection
Deadline:                    April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                       None

Status:                      The status hearing is adjourned to May 11, 2011 at 2:00 p.m.

58.    Notice and Objection to Claim of State of New Jersey - *Liquidating Trust's Objection to Claim Nos. 2300 and 11861 Filed by the State of New Jersey* (Docket No. 10068)

Related
Documents:

Objection
Deadline:                    Extended to May 9, 2011 at 4:00 p.m.

Objections/
Responses
Filed:

Status:                      The status hearing will be adjourned to June 9, 2011 at 2:00 p.m.

59.     Notice and Objection to Claim of California Board Of Equalization - *Liquidating Trust's Objection to Claim Nos. 12002, 13186 and 13187 Filed By The California Board Of Equalization* (Docket No. 10069)

        Related Documents:

        Objection Deadline:        April 7, 2011 at 4:00 p.m.

        Objections/ Responses Filed:        Opposition of the State of California, State Board of Equalization to Liquidating Trust's Objection to Claim Nos. 12002, 13186, and 13187 filed by the California Board of Equalization (Docket No. 10220)

        Status:        A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing.  During the status hearing the Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m.

60.     Notice and Objection to Claim of Commonwealth of Virginia Department of Taxation - *Liquidating Trust's Objection to Claim Nos. 12898 And 14636 Filed By The Commonwealth Of Virginia Department Of Taxation* (Docket No. 10070)

        Related Documents:

        Objection Deadline:        April 7, 2011 at 4:00 p.m.

        Objections/ Responses Filed:        Reply , Response to , Objection (Re: related document(s)[10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Mark K. Ames of Taxing Authority Consulting Services PC on behalf of Commonwealth of Virginia, Department of Taxation

        Status:        A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing.  During the status hearing the Trust will advise the Court that the status hearing will

46

be adjourned to June 9, 2011 at 2:00 p.m.


Dated: Richmond, Virginia          TAVENNER & BERAN, PLC
        April 12, 2011


                                   _____/s/ Paula S. Beran_____
                                   Lynn L. Tavenner (VA Bar No. 30083)
                                   Paula S. Beran (VA Bar No. 34679)
                                   20 North Eighth Street, 2nd Floor
                                   Richmond, Virginia 23219
                                   (804) 783-8300


                                             - and -


                                   PACHULSKI STANG ZIEHL & JONES LLP
                                   Jeffrey N. Pomerantz, Esq.
                                   Andrew W. Caine, Esq.
                                   10100 Santa Monica Boulevard
                                   Los Angeles, California 90067-4100
                                   (310) 277-6910


                                             - and –


                                   Robert J. Feinstein, Esq.
                                   John A. Morris, Esq.
                                   PACHULSKI STANG ZIEHL & JONES LLP
                                   780 Third Avenue, 36th Floor
                                   New York, New York 10017
                                   (212) 561-7700


                                   Co-Counsel for the Circuit City Stores, Inc.
                                   Liquidating Trust