**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 10024 9722 10020 | 4106 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 22 | Cormark, Inc. | 7304 | 4100 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 31 | Glenn Cordell Duncan | 2722 2725 | 4755 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 31 | Gary R. Lowe | 5144 | 4810 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 3548 | 4811 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 31 | Eisner, Roy | 3025 | 4821 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 31 | Jonathan Card | 6040 | 4823 4943 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 31 | Brad C. King | 3634 | 4842 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 7065 | 4899 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the April 14, 2011 hearing.

DOCS_LA:236008.1

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 31 | Antor Media Corporation | 6347 | 4926 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 31 | Joseph Skaf | 8717 | 4946 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 31 | Richard and Deborah Jaynes | 3427 | 4951 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 31 | Unical Enterprises, Inc. | 6555 | 4975 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| | | | | |
| 33 | Sensormatic Electronic Corporation | 6317 | 4906 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| | | | | |
| 36 | Victoria L. Eastwood | 13994 | 4790 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| 36 | Douglas A. Daniluk | 4306 14056 | 4813 4814 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| 36 | Francis E. Telegadas | 5666 | 4824 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| 36 | Christopher N. Crowe | 3601 | 4826 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| 36 | Anne B. Fath | 8662 13935 | 4828 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| 36 | Stephen T. Saunders | 6825 | 4837 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| 36 | David W. Phillips | 9315 | 4844 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| 36 | Corey Rachel | 9996 | 4852 | This matter is resolved pending entry of order reflecting the Court's ruling. |

2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 36 | Elizabeth R. Warren | 13527 4378 | 4910 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| 36 | Michael W. Beam | 13410 6022 | 4958 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| 36 | Laura McDonald | 14432 8108 | 4969 4970 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| | | | | |
| 37 | Highlands County, Florida | 11636 | 4886 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to May 11, 2011 at 2:00 p.m. |
| 37 | City of Brighton, Michigan | 11213 13834 | 5065 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to May 11, 2011 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 13294 | 5098 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to May 11, 2011 at 2:00 p.m. |
| 37 | Pierce County, Washington | 14033 14034 | 5111 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to May 11, 2011 at 2:00 p.m. |
| 37 | Los Angeles County | 13628 | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to May 11, 2011 at 2:00 p.m. |
| 37 | Monterey County | 14131 | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to May 11, 2011 at 2:00 p.m. |
| 37 | Placer County, California | 13291 | 4788 4932 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to May 11, 2011 at 2:00 p.m. |

DOCS_LA:236008.1

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| | | | | |
| 60 | Mark Stewart | 9295 | 6082 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| | | | | |
| 70 | National Glass and Gate | 3302 | 7240 | The Liquidating Trust has withdrawn the objection to this claim. |
| 70 | Tribune Company and Los Angeles Times Newspapers Inc. | 13068 | 7255 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 70 | Seagate Technology LLC | 14087 | 7257 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| | | | | |
| 76 | Lei, Yu-Liang | 13307 | 7584 | Before the Plan's Effective Date, this matter was resolved in principle, subject to completion of settlement documentation.  No such documentation was received before the Effective Date.  The claimant is now deceased.  The estate must be probated prior to anyone having authority to sign the settlement agreement.  Accordingly, the status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 76 | City of Avondale, Arizona | 14496 | 7771 | The claimant has agreed to the relief requested.  This matter is adjourned to May 11, 2011 at 2:00 p.m. pending documentation of the agreement. |

DOCS_LA:236008.1

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| | | | | |
| 79 | Foster, William | 2922 3001 | 7999 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 79 | Eisner, Joanne | 3852 | 8003 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 79 | Coleman, Dorothy | 2733 | 8016 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 79 | Blackshear, Brenda | 4333 | 8017 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 79 | Jardan, Sheila A. | 4006 | 8018 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 79 | Evans, Joe | 3600 | 8030 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 79 | Hornstra, Aaron | 14748 | 8031 | This matter has been resolved and settled pursuant to procedures approved by this Court |
| 79 | Gibson, Thomas H. | 3995 | 8034 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 79 | Martinez, Anthony | 9060 | 8035 | This matter has been resolved pending documentation of the settlement.<br><br>The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 79 | Tully, M.D., Vincent | 1134 | 8041 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 79 | Rollins, James | 14825 | 8054 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| 79 | Tinsley, Clementine | 4272 | 8055 | The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |

DOCS_LA:236008.1

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 79 | Gervasio, Emilio on behalf of minor Guiseppina Gervasio | 14444 | 8056 | This matter has been resolved pending documentation of the settlement. The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |
| | | | | |
| 80 | Moncayo Settlement Class | 8280 | 8341 | This matter has been settled pending documentation. The status hearing on this response is adjourned to May 11, 2011 at 2:00 p.m. |

6