**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-35653 |
| | § | |
| CIRCUIT CITY STORES, INC., ET AL., | § | CHAPTER 11 |
| | § | |
| DEBTORS. | § | Jointly Administered |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* PURSUANT TO
LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

**THIS MATTER** is before the court upon the Motion to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1 (E) (2) ("the Motion") of Kimberly Walker, of counsel with the law firm of Fulbright & Jaworski L.L.P, for the admission *pro hac vice* of David M. Bennett of Thompson and Knight, LLP. Upon consideration of the Motion, and the statements therein, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); (iii) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (iv) good and sufficient cause exists for the grafting of the relief requested in the Motion. Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.    The Motion is **GRANTED.**

2.    David M. Bennett is permitted to appear *pro hac vice* as counsel to Bank of America, as successor by merger to LaSalle Bank National Association f/k/a LaSalle National Bank, as trustee for Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-l and Corporate Lease-Backed Certificates Series 1999-CLF1 (collectively,

1

the "C1 Trust"), acting by and through Midland Loan Services, Inc., a Delaware corporation, as special servicer pursuant to those certain Pooling and Servicing Agreements dated January 15, 1997 and August 15, 1999 in the above-captioned Chapter 11 case and related proceedings in accordance with Local Bankruptcy Rule 2090-1 (E)(2).

Entered:

_____
UNITED STATES BANKRUPTCY JUDGE

**I ASK FOR THIS:**

By: /s/ Kimberly S. Walker
Kimberly S. Walker
VSB No. 47921
FULBRIGHT & JAWORSKI L.L.P
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
Telephone: (202) 662-0200
Fax: (202) 662-4643
kwalker@fulbright.com

LOCAL COUNSEL FOR BANK OF AMERICA, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION F/K/A LASALLE NATIONAL BANK, AS TRUSTEE FOR CORPORATE CREDIT-BACKED PASS-THROUGH CERTIFICATES, SERIES 1997-CTL-L AND CORPORATE LEASE-BACKED CERTIFICATES SERIES 1999-CLF1, ACTING BY AND THROUGH MIDLAND LOAN SERVICES, INC., A DELAWARE CORPORATION, AS SPECIAL SERVICER PURSUANT TO THOSE CERTAIN POOLING AND SERVICING AGREEMENTS DATED JANUARY 15, 1997 AND AUGUST 15, 1999