HODGSON RUSS LLP
James C. Thoman, Esquire
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone: (716) 856-4000
*Attorneys for CC Properties LLC and*
*CC Acquisitions LLC*

and

CHRISTIAN & BARTON, LLP
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
*Local Counsel for CC Properties LLC and*
*CC Acquisitions LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

_____

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653<br>Jointly Administered |
| Debtors. | |

_____

**ORDER APPROVING ADMISSION**
**PRO HAC VICE OF JAMES C. THOMAN**

This matter comes before the Court upon the Motion of Jennifer McLemore, requesting entry of an order authorizing James C. Thoman of the firm of Hodgson Russ LLP to appear *pro hac vice* in the above-captioned bankruptcy case to represent the interests of several creditors pending in the Bankruptcy Case. Based upon the representations set forth in the Motion, and finding it otherwise proper so to do, the Court

**ORDERS** that James C. Thoman be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in the above-captioned bankruptcy case and all related adversary proceedings.

**ENTER**:

_____
United States Bankruptcy Judge

I ask for this:

/s/ Jennifer McLemore_____
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB no. 47164)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

### **LOCAL BANKRUPTCY RULE 9022-1 CERTIFICATE**

I hereby certify that the foregoing Order has been endorsed by all necessary parties.

/s/ Jennifer M. McLemore_____
_____
Jennifer M. McLemore

**S E R V I C E   L I S T**

Jennifer McLemore, Esquire
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095

W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, Virginia 23219

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esquire
Andrew W. Caine, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

Robert J. Feinstein, Esquire
John A. Morris, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017


/s/ Jennifer M. McLemore

Jennifer M. McLemore

1143577