UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | CASE NO. 08-35653-KRH |
| | : | |
| DEBTORS. | : | (Jointly Administered) |

ORDER APPROVING ADMISSION
PRO HAC VICE OF DARLENE M. NOWAK

This matter comes before the Court upon the Motion of Michael D. Mueller requesting entry of an order approving the admission authorizing Darlene M. Nowak ("Applicant") to appear *pro hac vice* in the above referenced bankruptcy cases. Based upon the representations set forth in the Motion and finding the Motion to be in order, and finding it otherwise proper to do so, the Court

**ORDERS** that Darlene M. Nowak be, and hereby is, **ADMITTED** *pro hac vice* to practice before the Court in the above referenced bankruptcy cases.

Enter:

_____
United States Bankruptcy Judge

_____
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia  23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112

Counsel for Giant Eagle, Inc.

I ask for this:


*/s/ Michael D. Mueller*
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112


**LOCAL BANKRUPTCY RULE 9022-1 CERTIFICATE**

I hereby certify that the foregoing Order has been endorsed by all necessary parties.

*/s/ Michael D. Mueller*
Michael D. Mueller

**SERVICE LIST**

Michael D. Mueller, Esquire
Christian & Barton LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219

Darlene M. Nowak, Esquire
Marcus & Shapira LLP
301 Grant Street
One Oxford Centre, 35th Floor
Pittsburgh, Pennsylvania 15219