IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 08-35653 |
| CIRCUIT CITY STORES, INC., et al., § | |
| § | CHAPTER 11 |
| DEBTORS § | |
| § | (Jointly Administered) |
| § | |

**MOTION TO APPEAR BY TELEPHONE**

On behalf of (i) Bank of America f/k/a LaSalle National Bank, as Trustee for Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-1; (ii) Bank of America f/k/a LaSalle National Bank, as Trustee for Corporate Lease-Backed Certificates Series 1999-CLF1, each acting by and through Midland Loan Services, a division of PNC Bank, National Association, as special servicer pursuant to those certain Pooling and Servicing Agreements dated January 15, 1997, August 15, 1999, or July 15, 1999; and (iii) Wells Fargo Bank, N.A., As Trustee for NationsLink Funding Corporation Commercial Loan Pass- Through Certificates, Series 1999-LTL-1, acting by and through Midland Loan Services, a division of PNC Bank, National Association, in its authorized capacity as special servicer pursuant to that certain Pooling and Servicing Agreement, the undersigned respectfully requests this Court to enter an order, the proposed form of which is attached hereto as Exhibit "A," authorizing her to appear by telephone at the April 14, 2011, 2:00 PM hearing, if held, to consider the Trusts' Responses to the Debtors' Omnibus Objections. It will not be necessary to present evidentiary proof on behalf of the Trust, and the undersigned can be reached at (202) 662-0434. Opposing counsel will be contacted regarding this motion, and while it is unknown whether there

1

will be any objections, none are expected.  Accordingly, the undersigned does not request a hearing on this motion.

Dated: April 14, 2011.

        Respectfully submitted,

        FULBRIGHT & JAWORSKI LLP

        By:    */s/ Kimberly S. Walker*
                Kimberly S. Walker
                Virginia Bar No. 47921
                FULBRIGHT & JAWORSKI LLP
                801 Pennsylvania Ave., N.W.
                Washington, D.C. 20004
                Telephone:  (202) 662-0434
                Facsimile:  (202) 662-4643
                kwalker@fulbright.com

        ATTORNEYS FOR LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CORPORATE LEASE-BACKED CERTIFICATES, SERIES 1999-CLF1, ACTING BY AND THROUGH MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION, IN ITS AUTHORIZED CAPACITY AS SPECIAL SERVICER PURSUANT TO THAT CERTAIN POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 15, 1999

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that on April 14, 2011, a true and correct copy of the foregoing has been served on all parties entitled to service via this court's ECF filing system and to the following via first class mail delivery:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

*Counsel for the Liquidating Trust*

Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

*Counsel for the Liquidating Trust*

Lynn L. Tavenner, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

*Counsel for the Liquidating Trust*

Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

*Counsel for the Liquidating Trust*

            /s/   *Kimberly S. Walker*
            Kimberly S. Walker
            Virginia Bar No. 47921
            FULBRIGHT & JAWORSKI LLP
            801 Pennsylvania Ave., N.W.
            Washington, D.C. 20004
            Telephone:  (202) 662-0434
            Facsimile:  (202) 662-4643
            kwalker@fulbright.com