IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Mack Pack, LLC dba Mack Pak, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

Old Address

MACK PAK
4200 HIGHLINE BLVD
OKLAHOMA CITY, OK 73108

New Address [Creditor]
Mack Pack
HSBC Bank USA NA
VonWin
Dept CH 163554
Palatine, IL 60055-6354

New Address [Notice Party(ies)]
Mack Pak
HSBC Bank USA NA
VonWin
Dept CH 163554
Palatine, IL 60055-6354

Dated: 3/25/2011

Respectfully submitted,

By: _Larry Thompson_
Signature: _Larry Thoy_
Print Name: LARRY THOMPSON
Title: PRESIDENT