# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| **CIRCUIT CITY STORES, INC., et al.,** | : | CASE NO. 08-35653-KRH |
| | : | |
| **DEBTORS.** | : | (Jointly Administered) |

___

### ORDER APPROVING ADMISSION
### PRO HAC VICE OF DARLENE M. NOWAK
___

This matter comes before the Court upon the Motion of Michael D. Mueller requesting entry of an order approving the admission authorizing Darlene M. Nowak ("Applicant") to appear *pro hac vice* in the above referenced bankruptcy cases. Based upon the representations set forth in the Motion and finding the Motion to be in order, and finding it otherwise proper to do so, the Court

**ORDERS** that Darlene M. Nowak be, and hereby is, **ADMITTED** *pro hac vice* to practice before the Court in the above referenced bankruptcy cases.

Enter: Apr 12 2011

/s/ Kevin Huennekens
_____
United States Bankruptcy Judge

Entered on docket: April 13 2011

_____
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

Counsel for Giant Eagle, Inc.

I ask for this:


*/s/ Michael D. Mueller*
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112


**LOCAL BANKRUPTCY RULE 9022-1 CERTIFICATE**

I hereby certify that the foregoing Order has been endorsed by all necessary parties.

*/s/ Michael D. Mueller*
Michael D. Mueller

## SERVICE LIST

Michael D. Mueller, Esquire
Christian & Barton LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219

Darlene M. Nowak, Esquire
Marcus & Shapira LLP
301 Grant Street
One Oxford Centre, 35th Floor
Pittsburgh, Pennsylvania 15219

```
                          United States Bankruptcy Court
                            Eastern District of Virginia
In re:                                                       Case No. 08-35653-KRH
Circuit City Stores, Inc.                                    Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1            Date Rcvd: Apr 13, 2011
                              Form ID: pdforder          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2011.
       +Darlene M. Nowak,   301 Grant Street,   One Oxford Centre,   35th Floor,    Pittsburgh, PA 15219-1400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 15, 2011**                **Signature:** _/s/ Joseph Speetjens_