# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

_____Richmond_____ Division

**In re**  Circuit City Stores, Inc.    **Case No.** 08-35653-KRH

**Debtor(s)**    **Chapter** 11

**Plaintiff(s)**    **AP No.** *[If applicable]*

**v.**

**Defendant(s)**

## ORDER STRIKING PLEADING

A _____Response_____, having been filed by _____Pal Transport Inc_____, on _____03/22/2011_____, and proponent having failed to timely cure the deficiencies as set forth in the

Notice of Filing Deficiency pursuant to the provisions of LBR 5005-1(E)

it is, therefore

**ORDERED** that the above pleading(s) is/are stricken from the record in the above-referenced case or adversary proceeding.

WILLIAM C. REDDEN
Clerk of Court

Date: __April 13, 2011__    By /s/ S. French_____
       Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET April 13, 2011

[ostrkpldg ver. 12/09]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 08-35653-KRH
Circuit City Stores, Inc.                                               Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7    User: frenchs    Page 1 of 1    Date Rcvd: Apr 13, 2011
                  Form ID: pdforder    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2011.
cr             +Pal Transport Inc.,    54834 Pine Street,    New Baltimore, MI 48047-5554

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 15, 2011**                    **Signature:** _Joseph Speetjens_