# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**  08−35653−KRH
**Chapter**  11
**Judge**  Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Circuit City Stores, Inc.
 9950 Mayland Drive
Richmond, VA 23233

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
    Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
    Debtor:   54−0493875

## NOTICE OF HEARING

A

*10306* − Motion to Appear Pro Hac Vice Robert J. Brown filed by Troy N. Nichols of Wyatt, Tarrant & Combs, LLP on behalf of CB Richard Ellis / Louisville, LLC. (Attachments: # (1) Proposed Order) (Nichols, Troy)

   has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:**   April 20, 2011          **Time:**   12:00 PM

**Location:**

Judge Huennekens − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219

Dated:   April 14, 2011

[VAN022BKAPvDec2009.jsp]

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                         Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                      Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7         User: frenchs              Page 1 of 1              Date Rcvd: Apr 14, 2011
                             Form ID: VAN022            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2011.
aty          Troy N. Nichols,   Wyatt, Tarrant & Combs, LLP,   Lexington Financial Center,
             250 West Main St, Suite 1600,   Lexington, KY   40507-1746

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 16, 2011**                       **Signature:**  _Joseph Speetjens_