Troy N. Nichols (VA 68491)
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Telephone:     (859) 233-2012
Facsimile:      (859) 259-0649

*Attorneys for CB Richard Ellis/
Louisville, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 08-35653-KRH |
| ) | (Jointly Administered) |
| CIRCUIT CITY STORES, INC., *et al.* ) | |
| ) | Chapter 11 |
| ) | |
| DEBTOR. ) | Judge Kevin R. Huennekens |
| ) | |

**<u>MOTION TO APPEAR BY TELEPHONE</u>**

On behalf of CB Richard Ellis / Louisville, LLC the undersigned respectfully requests this Court to enter an order, the proposed form of which is attached hereto as Exhibit "A," authorizing him to appear by telephone at the April 20, 2011, 12:00 p.m. hearing, if held, to consider the Amended Motion to Admit Robert J. Brown to Practice Pro Hac Vice (Docket No. 10515).

Dated: April 18, 2011

Respectfully submitted,

WYATT, TARRANT & COMBS, LLP


 /s/ Troy N. Nichols
Troy N. Nichols (VA 68491)
250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Phone: (859) 233-2012
Fax:    (859) 259-0649
E-mail:  Lexbankruptcy@wyattfirm.com

COUNSEL FOR CB RICHARD ELLIS /
LOUISVILLE, LLC

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion to Appear by Telephone has been served in the method established in the Case Management/Electronic Case Files (CM/ECF) Policy Statement to all parties designated to receive electronic service including Counsel for the Debtor and the Office of the U.S. Trustee via facsimile, electronic and/or first-class, postage prepaid U.S. mail on this 18th day of April, 2011.

Copies to:

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Jeffrey N. Pomerantz
Andrew W. Caine
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017

                                                /s/ Troy N. Nichols
                                                Troy N. Nichols

30585675.1