Troy N. Nichols (VA 68491)
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507-1746
Telephone:    (859) 233-2012
Facsimile:    (859) 259-0649

*Attorneys for CB Richard Ellis/*
*Louisville, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 08-35653-KRH |
| | ) | (Jointly Administered) |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.* | ) | Chapter 11 |
| | ) | |
| DEBTOR. | ) | Judge Kevin R. Huennekens |
| | ) | |

## ORDER GRANTING MOTION TO APPEAR BY TELEPHONE

This matter is before the court upon the Motion to Appear by Telephone ("the Motion")
of Troy N. Nichols, with the law firm of Wyatt, Tarrant & Combs, LLP. Upon consideration of
the Motion, and the statements therein, the Court finds that (i) it has jurisdiction over the matters
raised in the Motion pursuant to 28 U.S.C. §§157 and 1334; (ii) this is a core proceeding
pursuant to 28 U.S.C. §157(b)(2); (iii) proper and adequate notice of the Motion has been given
and that no other or further notice is necessary; and (iv) good and sufficient cause exists for the
granting of the relief requested in the Motion. Therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**;

    1.    The motion is **GRANTED**.



EXHIBIT

A

2.     Troy N. Nichols is permitted to appear by telephone at the April 20, 2011, 12:00

p.m. hearing, if held, to consider the Amended Motion to Admit Robert J. Brown to Practice Pro

Hac Vice (Docket No. 10515).

       Entered:


_____
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

 /s/ Troy N. Nichols_____
Troy N. Nichols
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Telephone:  (859) 233-2012
Facsimile:  (859) 259-0649
E-mail: Lexbankruptcy@wyattfirm.com

*Local counsel for CB Richard Ellis / Louisville*


## CERTIFICATE

       Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties to this action.

 /s/ Troy N. Nichols_____
Troy N. Nicholas


30585676.1


2