ORRICK, HERRINGTON & SUTCLIFFE LLP
James W. Burke (VSB No. 76551)
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
E mail:    jburke@orrick.com

*Attorney for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd.*

FILED
2011 APR 15 A 9:31
CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | : Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | : Case No. 08-35653 (KRH) |
| Debtors. | : (Jointly Administered) |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND DOCUMENTS

TO THE HONORABLE KEVIN R. HUENNEKENS,
UNITED STATES BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE** that the undersigned appears as counsel to MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd. ("Mio Tech") and hereby requests that all notices given or required to be given and all documents served or required to be served in this case or any related adversary proceeding be given to and served upon:

James W. Burke
ORRICK, HERRINGTON
& SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
Email:    jburke@orrick.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and documents referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, any notices, applications, motions, orders, complaints, demands, requests, petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with regard to the above-referenced proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right of Mio Tech (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to contend that jurisdiction or venue in this Court is improper or inappropriate.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Notices and Documents is without prejudice to any rights, remedies, claims, actions, defenses, setoffs, or recoupments to which Mio Tech is or may be entitled, in law or in equity, either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved.

[SIGNATURE ON FOLLOWING PAGE]

Dated: April 15, 2011
      Washington, DC

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *JAMES W. BURKE*
    James W. Burke (VSB No. 76551)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    Columbia Center
    1152 15th Street, N.W.
    Washington, DC 20005-1706
    Telephone: (202) 339-8400
    Email: jburke@orrick.com

*Attorney for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd.*

ORRICK, HERRINGTON & SUTCLIFFE LLP
James W. Burke (VSB No. 76551)
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
E mail: jburke@orrick.com
*Attorney for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
**CIRCUIT CITY STORES, INC.,** *et al.*,                     : Case No. 08-35653 (KRH)
                                                             :
        Debtors.       : (Jointly Administered)
------------------------------------------------------------ x

### CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2011, I caused a true and complete copy of the Notice of Appearance and Request for Service of Notices and Documents to be served on the following persons by first-class mail:

| | |
|---|---|
| Gregg M. Galardi | Dion W. Hayes |
| Ian S. Fredericks | Daniel F. Blanks |
| Skadden Arps Slate Meagher & Flom LLP | McGuire Woods LLP |
| One Rodney Square | One James Center |
| P.O. Box 636 | 901 East Cary Street |
| Wilmington, DE 19899 | Richmond, VA 23219 |
| *Counsel for the Debtors* | *Counsel for the Debtors* |
| | |
| Lynn L. Tavenner | Robert B. Van Arsdale |
| Paula S. Beran | Office of the U.S. Trustee |
| Tavenner & Beran, PLC | 701 East Broad Street |
| 20 North Eighth Street | Suite 4304 |
| Second Floor | Richmond, VA 23219 |
| Richmond, VA 23219 | *Assistant United States Trustee* |
| *Counsel for the Trustee* | |

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, CA 90067
*Counsel for the Creditor Committee*

Dated: April 15, 2011
    Washington, DC

        ORRICK, HERRINGTON & SUTCLIFFE LLP

        By: /s/ *JAMES W. BURKE*
            James W. Burke (VSB No. 76551)
            ORRICK, HERRINGTON & SUTCLIFFE LLP
            Columbia Center
            1152 15th Street, N.W.
            Washington, DC 20005-1706
            Telephone: (202) 339-8400
            Email: jburke@orrick.com

        *Attorney for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd.*