# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

------------------------------------------------------- x
: 
In re:                                                                    :        Chapter 11
:
CIRCUIT CITY STORES, INC., et al..           :        Case No. 08-35653-KRH
:
           Debtors.                               :        Jointly Administered
:        Judge Kevin R. Huennekens
------------------------------------------------------- x

## ORDER PERMITTING WITHDRAWAL OF HUNTON & WILLIAMS LLP AS COUNSEL FOR PARKER CENTRAL PLAZA, LTD. AND GALLERIA PLAZA, LTD.

Upon consideration of the Motion to Withdrawal as Counsel for Parker Central Plaza, Ltd. and Galleria Plaza, Ltd. (the "*Motion*") filed by Hunton & Williams LLP and it appearing to the Court that there is sufficient cause appearing therefore; it hereby is:

ORDERED that the Motion is granted; and

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Henry (Toby) P. Long, III [VSB No. 75134]
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

and

Lynnette R. Warman [Texas Bar No. 20867940]
Cameron W. Kinvig [Texas Bar No. 24055780]
HUNTON & WILLIAMS LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
Telephone: (214) 468-3393
Facsimile: (214) 740-7151

ORDERED that Hunton & Williams LLP is permitted to withdraw as counsel of record for Parker Central Plaza, Ltd. and Galleria Plaza, Ltd. in these bankruptcy proceedings and such withdrawal hereby is approved.

Dated: Richmond, Virginia
_____, 2011

_____
United States Bankruptcy Judge

WE ASK FOR THIS:

/s/ Henry P. (Toby) Long, III
Henry (Toby) P. Long III [VSB No. 75134]
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218

Lynnette R. Warman [Texas Bar No. 20867940]
Cameron W. Kinvig [Texas Bar No. 24055780]
HUNTON & WILLIAMS LLP
1445 Ross Avenue, Suite 3700
Dallas, TX  75202
Telephone:  (214) 468-3393
Facsimile:  (214) 740-7151

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Henry P. (Toby) Long, III
Henry P. (Toby) Long, III