IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., *et al.* | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS

**PLEASE TAKE NOTICE** that Wharton Aldhizer & Weaver, PLC hereby appears in the above-captioned cases as counsel to THF Harrisonburg Crossing, LLC, (on behalf of itself and its affiliates, collectively "THF"), a party-in-interest herein, and enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and requests pursuant to Rules 2002(i), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that copies of all notices given or required to be given, and all papers served or required to be served in these cases, be given to and served upon the following:

Stephan W. Milo, Esquire
WHARTON, ALDHIZER & WEAVER, PLC
The American Hotel
125 South Augusta Street, Suite 2000
Staunton, Virginia 24401
Telephone: (540) 213-7440
smilo@wawlaw.com

**PLEASE TAKE FURTHER NOTICE,** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand,

whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtors or property of the Debtors in the above captioned cases or their estates.

This Notice of Appearance and Request for Service of all pleadings and orders shall not be deemed or construed to be a waiver of the right of THF (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdraw, or (4) or any other rights, claims, actions, setoffs, or recoupments to which the THF is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments THF expressly reserves.

THF Harrisonburg Crossing LLC
By Counsel

/s/ Stephan W. Milo
Stephan W. Milo, Esquire (VAB# 42156)
WHARTON, ALDHIZER & WEAVER, PLC
The American Hotel
125 South Augusta Street, Suite 2000
Staunton, Virginia 24401
Telephone: (540) 213-7440
Facsimile: (540) 213-0390

11007034