Troy N. Nichols (VA 68491)

WYATT, TARRANT & COMBS, LLP

250 West Main Street, Suite 1600

Lexington, KY  40507-1746

Telephone:     (859) 233-2012

Facsimile:     (859) 259-0649

*Attorneys for CB Richard Ellis/*

*Louisville, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case  No.  08-35653-KRH |
| ) | (Jointly Administered) |
| CIRCUIT CITY STORES, INC., *et al.* ) | |
| ) | Chapter 11 |
| ) | |
| DEBTOR. ) | Judge Kevin R. Huennekens |
| ) | |

### ORDER GRANTING MOTION TO APPEAR BY TELEPHONE

This matter is before the court upon the Motion to Appear by Telephone ("the Motion") of Troy N. Nichols, with the law firm of Wyatt, Tarrant & Combs, LLP.  Upon consideration of the Motion, and the statements therein, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); (iii) proper and adequate notice of the Motion has been given and that no

other or further notice is necessary; and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion.  Therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**;

    1.    The motion is **GRANTED**.

    2.    Troy N. Nichols is permitted to appear by telephone at the April 20, 2011, 12:00 p.m. hearing, if held, to consider the Amended Motion to Admit Robert J. Brown to Practice Pro Hac Vice (Docket No. 10515).

Entered:

Apr 18 2011

/s/ Kevin R. Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: April 18 2011

I ASK FOR THIS:

 /s/ Troy N. Nichols_____

Troy N. Nichols

Wyatt, Tarrant & Combs, LLP

250 West Main Street, Suite 1600

Lexington, KY  40507-1746

Telephone:  (859) 233-2012

Facsimile:   (859) 259-0649

E-mail:  Lexbankruptcy@wyattfirm.com

*Local counsel for CB Richard Ellis / Louisville*

### CERTIFICATE

    Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties to this action.

/s/ Troy N. Nichols

Troy N. Nicholas

30585676.1

```
                        United States Bankruptcy Court
                          Eastern District of Virginia
In re:                                                            Case No. 08-35653-KRH
Circuit City Stores, Inc.                                         Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0422-7          User: frenchs              Page 1 of 1         Date Rcvd: Apr 18, 2011
                              Form ID: pdforder          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2011.
aty          Troy N. Nichols,    Wyatt, Tarrant & Combs, LLP,    Lexington Financial Center,
              250 West Main St, Suite 1600,    Lexington, KY   40507-1746

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2011**                    **Signature:** _Joseph Speetjens_