UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC.,

Debtors.

) Chapter 11
)
) Case No.: 08-35653
)
) Judge Kevin R. Huennekens
)
) Jointly Administered
)
) TRANSFER OF CLAIM
) BANKRUPTCY RULE 3001(E)(2)

PLEASE TAKE NOTICE that the claim(s) of JOHNSTOWN SHOPPING CENTER LLC (underlying creditor or "Transferor"), against the above captioned Debtor, as set forth in proof of claim number 7877 filed 1/29/2009 and all claims of Transferor associated with such claim have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery VIII LP, ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:** JOHNSTOWN SHOPPING CENTER LLC

Print Name: John McGill    Title: Manager

Signature: _____    Date: 4-11-11

Corrected Address (if req.): N/A

Phone: (541) 627-5520    E-Mail: JohnM@McGillPG.com

**TRANSFEREE:**
United States Debt Recovery VIII LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: _____
Nathan E. Jones, Managing Director