# UNITED STATES BANKRUPTCY COURT
# FOR EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC. et al.

Debtors.

)
) Case No.: 08-35653 (KRH)
)
) Jointly Administered
)
) Chapter 11
)
)
)
)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that JOHNSTOWN SHOPPING CENTER LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery VIII, LP, and in connection with such transfer, hereby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim # 7877, filed 1/29/2009), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

FORMER ADDRESS
JOHNSTOWN SHOPPING CENTER LLC
C/O KEST PROPERTY MANAGEMENT
6001 LANDERHAVEN DR STE D
4425 Military Trail Unit 202
CLEVELAND, OH 44124

NEW ADDRESS
JOHNSTOWN SHOPPING CENTER LLC
c/o United States Debt Recovery VIII, LP
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

I declare under penalty of perjury that the foregoing is true and correct.

CREDITOR NAME

Print Name: John McGill    Title: Manager

Signature: [signature]    Date: 4-11-11