210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 04/21/2011 (date).

Name and Address of Alleged Transferor:

Claim No. : Johnstown Shopping Center LLC, C/O Kest Property management, 6001 Landerhaven Dr Ste D, 4425 Military Trail Unit 202, Cleveland, OH 44124

Name and Address of Transferee:

US Debt Recovery VIII, L.P.
940 Southwood Blvd
Suite 101
Incline village, NV 80451

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/23/11

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 08-35653-KRH
Circuit City Stores, Inc.                                               Chapter 11
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7        User: frenchs           Page 1 of 1           Date Rcvd: Apr 21, 2011
                            Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2011.
10403668     Johnstown Shopping Center LLC,    C/O Kest Property management,    6001 Landerhaven Dr Ste D,
             4425 Military Trail Unit 202,    Cleveland, OH 44124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2011**                    **Signature:** _Joseph Speetjens_