ORRICK, HERRINGTON & SUTCLIFFE LLP
James W. Burke (VSB No. 76551)
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
E-mail:    jburke@orrick.com

*Attorney for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd.,
MiTAC Digital Corporation, and Nintendo of America Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| ---------------------------------------------------------------- | x | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | : | **Case No. 08-35653 (KRH)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| ---------------------------------------------------------------- | x | |

### VERIFIED STATEMENT OF ORRICK, HERRINGTON & SUTCLIFFE LLP
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Orrick, Herrington & Sutcliffe LLP ("Orrick") hereby submits this verified statement

pursuant to Federal Rule of Bankruptcy Procedure 2019, and states as follows:

1.    Orrick appears in the above-captioned case and/or related adversary proceedings

on behalf of the entities listed below (collectively, the "Entities"):

        a.    MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd.
            47988 Fremont Boulevard
            Fremont, CA 94538

        b.    MiTAC Digital Corporation
            471 El Camino Real
            Santa Clara, CA 95050

        c.    Nintendo of America Inc.
            4820 150th Avenue N.E.
            Redmond, WA 98052

2.      Each of the Entities holds one or more claims against and/or interests in the Debtors arising out of applicable agreements, law or equity, pursuant to each of their relationships with the Debtors.

3.      Each of the Entities has separately requested that Orrick represent them in connection with the above-captioned case and/or a related adversary proceeding.

4.      As of the date hereof, upon information and belief, Orrick does not hold any claims against, or equity interests in, any of the Debtors.

5.      Orrick reserves the right to revise, supplement or amend this verified statement at any time in the future.

6.      Orrick makes this verified statement solely for disclosure purposes pursuant to Federal Rule of Bankruptcy Procedure 2019, and nothing herein is, or should be construed as, an admission, acknowledgement, or waiver by the Entities.

7.      The undersigned hereby verifies under oath that this verified statement is true and accurate, to the best of the undersigned's knowledge, information and belief.

Dated: April 22, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                    By: /s/ JAMES W. BURKE
                                    James W. Burke (VSB No. 76551)
                                    Columbia Center
                                    1152 15th Street, N.W.
                                    Washington, DC 20005-1706
                                    Telephone:(202) 339-8400
                                    E-mail:   jburke@orrick.com

                                    Attorney for MiTAC USA, Inc. d/b/a Mio
                                    Technology USA, Ltd., MiTAC Digital Corporation,
                                    and Nintendo of America Inc.

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
James W. Burke (VSB No. 76551)
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
E mail:    jburke@orrick.com

*Attorney for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd.,
MiTAC Digital Corporation, and Nintendo of America Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| **In re:** | : **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.,** | : **Case No. 08-35653 (KRH)** |
| **Debtors.** | : **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2011, I caused a true and complete copy of the Verified

Statement of Orrick, Herrington & Sutcliffe LLP Pursuant to Federal Rule of Bankruptcy

Procedure 2019 to be served on the following persons by first-class mail:

Gregg M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
*Counsel for the Debtors*

Dion W. Hayes
Daniel F. Blanks
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
*Counsel for the Debtors*

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219
*Counsel for the Trustee*

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street
Suite 4304
Richmond, VA 23219
*Assistant United States Trustee*

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, CA 90067
*Counsel for the Creditor Committee*

Dated: April 22, 2011
      Washington, DC                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                  By: /s/ *JAMES W. BURKE*
                                    James W. Burke (VSB No. 76551)
                                    Columbia Center
                                    1152 15th Street, N.W.
                                    Washington, DC  20005-1706
                                    Telephone: (202) 339-8400
                                    Email:    jburke@orrick.com

                                    *Attorney for MiTAC USA, Inc. d/b/a Mio*
                                    *Technology USA, Ltd., MiTAC Digital Corporation,*
                                    *and Nintendo of America Inc.*