# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

__Richmond__ Division

In re  Circuit City Stores, Inc. et al.

Debtor(s)

Case No. 08-35653

Chapter 11

**REQUEST FOR WAIVER TO FILE BY COMPUTER DISKETTE OR CONVENTIONALLY**

James W. Burke  hereby request(s) that the Court waive the requirement of submitting the filing, more specifically described as Verified Statement Under Rule 2019 through use of the Internet component of CM/ECF, as required by the Electronic Case Files Policy. *I do not suffer from financial restraints but instead am unable to access the ECF system because I am a recent admittee to the Bar of the Court and have not yet been able to complete the mandatory ECF training because no training course has been offered since my admission. I expect to complete the training course when it is offered again this month.

Due to financial constraints and the inability to access the equipment necessary to comply with this requirement, the undersigned requests that the above-identified document(s) be submitted for filing by:

computer diskette  (✓) [check here if applicable], or

conventional means  (✓) [check here if applicable].

The undersigned acknowledges that should the Court obtain information which indicates that the undersigned did not accurately represent the basis for requesting the waiver, the matter will be referred to the judge presiding over the case for appropriate action, which may include sanctions against the party making the false certification or an order striking the pleading or other paper without further notice.

Signature of Attorney (or Requestor)
State Bar No. 76551
(If applicable)
Address & Telephone No.
1152 15th Street, N.W.
Washington, DC 20005;  (202) 339-8529
For:

Date: 4/22/11

Ver. 03/12/08

FILED 2011 APR 22 A 9:17 CLERK US BANKRUPTCY COURT ALEXANDRIA DIVISION