Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et al</u>.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF (A) FILING OF MOTION
AND (B) HEARING THEREON**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City West Coast was 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

**PLEASE TAKE NOTICE THAT** Alfred H. Siegel, the duly appointed trustee (the "Trustee") of the Circuit City Stores, Inc. Liquidating Trust (the "Trust"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (the "Plan") has filed the following with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court):

> TRUSTEE'S SECOND MOTION FOR AN ORDER UNDER 11 U.S.C. § 105(a) AND FED. R. BANKR. P. 9006(b) FURTHER EXTENDING THE TIME PERIOD WITHIN WHICH THE TRUSTEE MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND FED. R. BANKR. P. 9027 (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one).**

**PLEASE TAKE FURTHER NOTICE THAT** in connection with the Debtors' Chapter 11 Cases, a Supplemental Order Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 6208] (the "Case Management Order") was entered by the Court on December 30, 2009, which, among other things, prescribes the manner in which objections must be filed and served and when hearings will be conducted. A copy of the Case Management Order may be obtained at no charge at www.kccllc.net/circuitcity or for a fee via PACER at http://www.vaeb.uscourts.gov

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before **May 9, 2011** you or your attorney must:

> ☒ File with the Court, at the address shown below, a written response with supporting memorandum pursuant to Local Bankruptcy Rule 9013-1 and the Case Management Order. You must mail or otherwise file it early enough so the Court will **receive** it on or before the due date identified herein.
>
> > Clerk of the Court
> > United States Bankruptcy Court
> > 701 E. Broad Street, Suite 4000
> > Richmond, VA 23219

You must also serve your objection in accordance with the Case Management Order and on the undersigned.

**PLEASE TAKE FURTHER NOTICE THAT** on **May 11, 2011 at 2:00 p.m.**, (or such time thereafter as the matter may be heard) the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219, and will move the Court for entry of an order approving the Motion.

2

If you or your attorney do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue orders granting the requested relief without further notice or hearing.

Dated:    April 25, 2011

                    */s/ Lynn L. Tavenner*
                    Lynn L. Tavenner (VA Bar No. 30083)
                    Paula S. Beran (VA Bar No. 34679)
                    TAVENNER & BERAN, P.L.C.
                    20 North Eighth Street, 2nd Floor
                    Richmond, Virginia  23219
                    Telephone:  804-783-8300
                    Facsimile:  804-783-0178
                    Email:  ltavenner@tb-lawfirm.com
                    pberan@tb-lawfirm.com

                    -and-

                    Richard M. Pachulski (CA Bar No. 90073)
                    Robert J. Feinstein (NY Bar No. RF-2836)
                    Jeffrey N. Pomerantz (CA Bar No. 143717)
                    Andrew W. Caine (CA Bar No. 110345)
                    PACHULSKI STANG ZIEHL & JONES LLP
                    10100 Santa Monica Blvd.
                    11th Floor
                    Los Angeles, California  90067-4100
                    Telephone: 805-123-4567
                    Facsimile:  310/201-0760
                    E-mail:rfeinstein@pszjlaw.com
                    jpomerantz@pszjlaw.com

                    *Counsel to the Circuit City Stores, Inc.*
                    *Liquidating Trust*