Matthew B. Kirsner, VSB No. 41615
Jennifer E. Lattimore, VSB No. 71188
ECKERT SEAMANS CHERIN & MELLOTT, LLC
707 East Main Street, Suite 1450
Richmond, VA 23219
(804) 788-7756
(804) 698-2950 (fax)
mkirsner@eckertseamans.com
jlattimore@eckertseamans.com
*Counsel for VIZIO, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., ) | |
| ) | Case No. 08-35653 (KRH) |
| Debtors. ) | Jointly Administered |
| ) | Judge Kevin R. Huennekens |

**MOTION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2) OF JOSEPH A. EISENBERG**

Jennifer E. Lattimore (the "Movant"), a member in good standing of the bar of, and admitted to practice in, the Commonwealth of Virginia, and admitted to practice before, among other courts, the United States Bankruptcy Court for the Eastern District of Virginia (the "Court"), and an attorney with the law firm of Eckert Seamans Cherin & Mellott, LLC, hereby moves this Court to enter an order authorizing Joseph A. Eisenberg, an attorney with the law firm of Jeffer, Mangels, Butler & Marmaro LLP, to appear pro hac vice before this Court to represent VIZIO, Inc., pursuant to Local Bankruptcy Rule 2090-1(E)(2). In support of this Motion, the Movant states as follows:

1.    Pursuant to Local Bankruptcy Rule 2090-1(E)(2), "an attorney from another state, the District of Columbia or a territory of the United States may appear and practice in cases upon

motion of a member of the Bar of this Court, provided that in all appearances said attorney shall be accompanied by a member of this bar."

2. Mr. Eisenberg is a member in good standing of the bar of California and the United States District Courts for the Northern, Eastern, Central and Southern Districts of California as well as the United States District Court of the District of Nevada. There are no disciplinary proceedings pending against Mr. Eisenberg. Mr. Eisenberg understands that if he is admitted pro hac vice, he will be subject to the disciplinary jurisdiction of this Court. Mr. Eisenberg's Application to Qualify as a Foreign Attorney under Local Bankruptcy Rule 2090-1(E)(2) is attached hereto as Exhibit 1 and incorporated herein by reference.

3. The Movant respectfully requests that the Court grant this Motion so that Mr. Eisenberg may file pleadings and appear and be heard at hearings in this Chapter 11 case as well as all related adversary proceedings pursuant to Local Rule 2090-1(E)(2)(b). Movant and her law firm shall serve as local counsel in the Bankruptcy Case and all related adversary proceedings.

WHEREFORE, the Movant respectfully requests that this Court enter an Order, substantially in the form attached hereto as Exhibit 2, authorizing Mr. Eisenberg to appear pro hac vice in association with the Movant as attorneys for VIZIO, Inc. in the above Chapter 11 case and all related adversary proceedings.

DATED: April 26, 2011           Respectfully Submitted,

                                    /s/ Jennifer E. Lattimore
                                    Jennifer E. Lattimore, VSB No. 71188
                                    Matthew B. Kirsner, VSB No. 41615
                                    ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                    707 East Main Street, Suite 1450
                                    Richmond, VA 23219
                                    (804) 788-7756
                                    (804) 698-2950 (fax)
                                    jlattimore@eckertseamans.com
                                    mkirsner@eckertseamans.com
                                    *Counsel for VIZIO, Inc.*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on April 26, 2011, I filed the foregoing Motion for Admission Pro Hac Vice and exhibits using the CM/ECF electronic filing system, which will serve an electronic copy on debtor's counsel, the Bankruptcy/U.S. Trustee, and other parties in interest.

                                    /s/ Jennifer E. Lattimore
                                    Jennifer E. Lattimore, VSB No. 71188
                                    ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                    707 East Main Street, Suite 1450
                                    Richmond, VA 23219
                                    (804) 788-7756
                                    (804) 698-2950 (fax)
                                    jlattimore@eckertseamans.com
                                    *Counsel for VIZIO, Inc.*