Robert J. Brown (KY 08363)

WYATT, TARRANT & COMBS, LLP

250 West Main Street, Suite 1600

Lexington, KY 40507-1746

Telephone:    (859) 233-2012

Facsimile:    (859) 259-0649

*Attorneys for CB Richard Ellis /*

*Louisville, LLC*

Troy N. Nichols (VA 68491)

WYATT, TARRANT & COMBS, LLP

250 West Main Street, Suite 1600

Lexington, KY 40507-1746

Telephone:    (859) 233-2012

Facsimile:    (859) 259-0649

*Attorneys for CB Richard Ellis /*

*Louisville, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | Case No. 08-35653-KRH |
| | (Jointly Administered) |
| CIRCUIT CITY STORES, INC., *et al.* | Chapter 11 |
| DEBTORS. | Judge Kevin R. Huennekens |

**ORDER**

The matter has come before the Court upon the Amended Motion (the "Motion") (Doc. No. 10515) filed by Troy N. Nichols seeking admission *pro hac vice* for Robert J. Brown, of the law firm Wyatt, Tarrant & Combs, LLP, in the above-referenced bankruptcy case (and related proceedings) pursuant to Local Bankruptcy Rule 2090-1(E). After review of the Amended Motion and statements herein, the Court finds that adequate notice of the Amended Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Robert J. Brown be authorized to practice *pro hac vice* before this Court in this bankruptcy case (and related proceedings). Accordingly, it is hereby

2

**ORDERED** as follows:

1. The Amended Motion be and hereby is **GRANTED**; and

2. Robert J. Brown, of the law firm Wyatt, Tarrant & Combs, LLP, is hereby admitted to appear *pro hac vice* in this bankruptcy case and any related proceedings pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of CB Richard Ellis / Louisville, LLC.

ENTERED this _____ day of April, 2011.

_____

Judge, United States Bankruptcy Court

WE ASK FOR THIS:

 /s/ Troy N. Nichols

Troy N. Nichols

Wyatt, Tarrant & Combs, LLP

250 West Main Street, Suite 1600

Lexington, KY  40507-1746

Telephone:  (859) 233-2012

Facsimile:   (859) 259-0649

E-mail:  Lexbankruptcy@wyattfirm.com


 /s/ Robert J. Brown

Robert J. Brown

Wyatt, Tarrant & Combs, LLP

250 West Main Street, Suite 1600

Lexington, KY  40507-1746

Telephone:  (859) 233-2012

Facsimile:   (859) 259-0649

E-mail:  Lexbankruptcy@wyattfirm.com


COUNSEL FOR CB RICHARD ELLIS / LOUISVILLE, LLC

3

## **CERTIFICATE**

Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties to this action.  Furthermore, I hereby certify that I have proofread the above proposed Order on this the 20th day of April, 2011, and to the best of my knowledge, it does not contain any errors.

   /s/ Troy N. Nichols

Troy N. Nichols

30584929.3