| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | ) | 1Case No. 08-35653 (KRH) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**ORDER ADDRESSING ASPECTS OF LIQUIDATING
TRUST'S OBJECTION TO CLAIMS NO. 2297 FILED
BY THE NEW YORK CITY DEPARTMENT OF FINANCE**

THIS MATTER having come before the Court on the Liquidating Trust's Objection to

Claim No. 2297 (the "<u>Objection</u>") [1], which requested, among other things, that Claim 2297 be

disallowed in its entirety for those reasons set forth in the Objection, Response Of The New York

---

[1]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Department of Finance ("DOF") To The Liquidating Trust's Objection to DOF Claim No. 2297 For Pre-Petition Excise Taxes (Docket No. 10056) ("Response), and Motion to Approve Notice And Cross-Motion Of The New York City Department Of Finance For Leave To Amend And Increase Tax Priority Claim No. 2297, Based On The Records Produced By The Debtors After The Bar Date ("NY Cross-Motion") filed by The New York City Dept. of Finance, and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.  The status hearing on the Objection is adjourned to June 9, 2011 at 2:00 p.m.

    2.  The Liquidating Trust's response to the NY Cross-Motion shall be filed on or before seven days from the date of any substantive hearing scheduled in connection with the Objection and NY Cross-Motion.

    3.  The Liquidating Trust shall serve a copy of this Order on New York City on or before five (5) business days from the entry of this Order.

    4.  This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia  
       April ____, 2011

                                       _____  
                                       HONORABLE KEVIN R. HUENNEKENS  
                                       UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

　　/s/ Lynn L. Tavenner
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

　　　　　　　　　　- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

　　　　　　　　　　- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

　　Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

　　　　　　　　　　　　　　/s/ Lynn L. Tavenner
　　　　　　　　　　　　　　Lynn L. Tavenner

3