# United States Bankruptcy Court
### Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.    Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**
Name of Transferee

**The City Portfolio LLC et al**
Name of Transferor

Name and Address where notices to transferee should be sent

Name and Current Address of Transferor

**Contrarian Funds, LLC**
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attn: Alisa Mumola
Phone 203-862-8211

**The City Portfolio LLC et al**
Byron Z Moldo SBN 109652
Ervin Cohen & Jessup
9401 Wilshire Blvd Ste 900
Beverly Hills, CA 90212-2945

**Claim No. 11000**
**Claim No. 11001**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____April 27, 2011_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.