UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re

CIRCUIT CITY STORES, INC. et al.

Debtors.

Chapter 11

Case No. 08-35653

(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Red Mountain Asset Fund I, LLC, as successor in interest to The City Portfolio, LLC, et al.**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating solely to claim numbers 11000 and 11001 be sent to the new address set forth below, effective as of the date hereof.

Former Address
The City Portfolio LLC, et al.
c/o Byron Z. Moldo, Esq.
Ervin Cohen & Jessup
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212-2974

New Address
Red Mountain Asset Fund I, LLC, as successor in interest to The City Portfolio LLC, et al.
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/18/11

**Red Mountain Asset Fund I, LLC, as successor in interest to The City Portfolio, LLC, et al.,**
By: RED MOUNTAIN GROUP, MANAGER
By: _____
Title: CEO
Date: 4/18/11