# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

_____Richmond_____ **Division**

**In re**  Circuit City Stores, Inc.                    **Case No.**  08-35653-KRH

**Debtor(s)**                    **Chapter**  11

**Plaintiff(s)**                    **AP No.** *[If applicable]*

**v.**

**Defendant(s)**

## ORDER STRIKING PLEADING

A  Response to Objection to Claim                    , having been filed by ITouchless Housewares & Products Inc.. , on  04/04/2011  , and proponent having failed to timely cure the deficiencies as set forth in the

Notice of Filing Deficiency pursuant to the provisions of LBR 5005-1(E)

it is, therefore

**ORDERED** that the above pleading(s) is/are stricken from the record in the above-referenced case or adversary proceeding.

WILLIAM C. REDDEN
Clerk of Court

Date:  April 25, 2011                    By /s/ S. French_____
                                        Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET  April 25, 2011

[ostrkpldg ver. 12/09]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 08-35653-KRH
Circuit City Stores, Inc.                                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs             Page 1 of 1            Date Rcvd: Apr 25, 2011
                              Form ID: pdforder         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2011.
cr           +ITouchless Housewares & Products Inc.,    777 Mariners Island Blvd,   Ste 125,
               San Mateo, CA 94404-1584
cr           +iTouchless Housewares and Products, Inc.,    551 Foster City Blvd., Unit M,
               Foster City, CA 94404-1632

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2011**              **Signature:**    _Joseph Speetjens_