**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

_____Richmond_____ Division

**In re** Circuit City Stores, Inc.                    **Case No.** 08-35653-KRH

**Debtor(s)**                    **Chapter** 11

**Plaintiff(s)**                    **AP No.** *[If applicable]*

**v.**

**Defendant(s)**

**ORDER STRIKING PLEADING**

A Response to Objection to Claim_____, having been filed by Concordia Realty Management Inc, on _____04/06/2011_____, and proponent having failed to timely cure the deficiencies as set forth in the

Notice of Filing Deficiency pursuant to the provisions of LBR 5005-1(E)

it is, therefore

**ORDERED** that the above pleading(s) is/are stricken from the record in the above-referenced case or adversary proceeding.

WILLIAM C. REDDEN
Clerk of Court

Date: _April 25, 2011_            By /s/ S. French_____
                                         Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET April 25, 2011

[ostrkpldg ver. 12/09]

```
                         United States Bankruptcy Court
                          Eastern District of Virginia
In re:                                                          Case No. 08-35653-KRH
Circuit City Stores, Inc.                                       Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0422-7          User: frenchs              Page 1 of 1          Date Rcvd: Apr 25, 2011
                              Form ID: pdforder          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2011.
cr           +Concordia Realty Management Inc,   c/o Michael Flight,   10031 West Roosevelt Road,   Suite 200,
               Westchester, IL 60154-2669

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2011**                    **Signature:** _Joseph Speetjens_