**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

_____Richmond_____ Division

**In re**  Circuit City Stores, Inc.                    **Case No.**  08-35653-KRH

                    **Debtor(s)**                    **Chapter**  11

                    **Plaintiff(s)**                    **AP No.** *[If applicable]*

**v.**

                    **Defendant(s)**

**ORDER STRIKING PLEADING**

A  Response to Objection to Claim  _____, having been filed by CC Brandywine Investors 1998 LLC, on _____, and proponent having failed to timely cure the deficiencies as set forth in the

Notice of Filing Deficiency pursuant to the provisions of LBR 5005-1(E)

it is, therefore

**ORDERED** that the above pleading(s) is/are stricken from the record in the above-referenced case or adversary proceeding.

                    WILLIAM C. REDDEN
                    Clerk of Court

Date:  April 25, 2011                    By /s/ S. French _____
                                                  Deputy Clerk


                    NOTICE OF JUDGMENT OR ORDER
                    ENTERED ON DOCKET  April 25, 2011

[ostrkpldg ver. 12/09]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Circuit City Stores, Inc.  
    Debtor

Case No. 08-35653-KRH  
Chapter 11

## CERTIFICATE OF NOTICE

| District/off: 0422-7 | User: frenchs | Page 1 of 1 | Date Rcvd: Apr 25, 2011 |
|---|---|---|---|
| | Form ID: pdforder | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2011.
cr          +CC Brandywine Investors 1998 LLC,   c/o Capital Development Company,   3709 Griffin Lane SE,
              Olympia, WA 98501-2192

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2011**                    **Signature:** _/s/ Joseph Speetjens_