## EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-35653 |
| | § | |
| CIRCUIT CITY STORES, INC., ET AL., | § | CHAPTER 11 |
| | § | |
| DEBTORS. | § | Jointly Administered |

### ORDER GRANTING MOTION TO APPEAR BY TELEPHONE

**THIS MATTER** is before the court upon the Motion to Appear By Telephone ("the Motion") of Kimberly Walker, of counsel with the law firm of Fulbright & Jaworski L.L.P. Upon consideration of the Motion, and the statements therein, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); (iii) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (iv) good and sufficient cause exists for the grafting of the relief requested in the Motion. Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Motion is **GRANTED.**

2.      Kimberly Walker is permitted to appear by telephone at the April 14, 2011, 2:00 PM hearing, if held, to consider the Trusts' Responses to the Debtors' Omnibus Objections as counsel to Bank of America, as successor by merger to LaSalle Bank National Association f/k/a LaSalle National Bank, as trustee for Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-l and Corporate Lease-Backed Certificates Series 1999-CLF1 (collectively, the "C1 Trust"), acting by and through Midland Loan

Services, Inc., a Delaware corporation, as special servicer pursuant to those certain

Pooling and Servicing Agreements dated January 15, 1997 and August 15, 1999 in the

above-captioned Chapter 11 case and related proceedings in accordance with Local

Bankruptcy Rule 2090-1 (E)(2).


Entered:

    Apr 26 2011          /s/ Kevin Huennekens

                    UNITED STATES BANKRUPTCY JUDGE


Entered on docket:  Apr 26 2011      **I ASK FOR THIS:**

By: *Kimberly S. Walker*
Kimberly S. Walker
VSB No. 47921
FULBRIGHT & JAWORSKI L.L.P
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
Telephone: (202) 662-0200
Fax: (202) 662-4643
kwalker@fulbright.com

LOCAL COUNSEL FOR BANK OF AMERICA,
AS SUCCESSOR BY MERGER TO LASALLE
BANK NATIONAL ASSOCIATION F/K/A
LASALLE NATIONAL BANK, AS TRUSTEE FOR
CORPORATE CREDIT-BACKED PASS-
THROUGH CERTIFICATES, SERIES 1997-CTL-L
AND CORPORATE LEASE-BACKED
CERTIFICATES SERIES 1999-CLF1, ACTING BY
AND THROUGH MIDLAND LOAN SERVICES,
INC., A DELAWARE CORPORATION, AS
SPECIAL SERVICER PURSUANT TO THOSE
CERTAIN POOLING AND SERVICING
AGREEMENTS DATED JANUARY 15, 1997 AND
AUGUST 15, 1999

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                 Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs          Page 1 of 1          Date Rcvd: Apr 26, 2011
                             Form ID: pdforder       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2011.
          Kimberly S. Walker,   Fulbright & Jaworski,   801 Pennsylvania Ave. NW,
          Washington, DC  20004-2623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2011**                    **Signature:**