UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND DIVISION)
----------------------------------------------------------------
In re:

| | |
|---|---|
| CIRCUIT CITY STORES, INC., *et al.* | Case No. 08-35653-KRH |
| | Jointly Administered |
| Debtors. | Chapter 11 Proceedings |

----------------------------------------------------------------

**WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIM FORM**
**FILED BY FINGERLAKES CROSSING, LLC**

Pursuant to Federal Rule of Bankruptcy Procedure 3006, Fingerlakes Crossing, LLC hereby withdraws the following Administrative Expense Claim Request Form filed against Circuit City Stores, Inc. in the above referenced bankruptcy proceeding:

Claim No. 13693 dated June 9, 2009 and filed June 11, 2009 for $23,506.90 plus attorneys' fees.

| | |
|---|---|
| Dated: Syracuse, New York | **MENTER, RUDIN & TRIVELPIECE, P.C.** |
| April 29, 2011 | *Attorneys for Fingerlakes Crossing, LLC* |
| | |
| | By:  */s/Kevin M. Newman* |
| | Kevin M. Newman, Esq. |
| | Office and Post Office Address |
| | 308 Maltbie Street, Suite 200 |
| | Syracuse, New York 13204-1498 |
| | Telephone:  (315) 474-7541 |
| | Facsimile:  (315) 474-4040 |
| | Email:  knewman@menterlaw.com |

{30933/22766/AAV/00313182.DOC}