# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.     Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Blue Raven Technology Inc** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **Blue Raven Technology Inc**<br>George W Tetler III and Mark W Powers<br>Bowditch & Dewey LLP<br>311 Main St<br>PO Box 15156<br>Worcester, MA 01615-0156 |

**Administrative Claim No. 14038**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____May 2, 2011_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

**BLUE RAVEN TECHNOLOGY, INC.**, a ___C___ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated April 29, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached hereto, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Virginia, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of these Claims as an unconditional assignment and Assignee as the valid owner of the Claims.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 29 day of April 2011.

(Assignor)
BLUE RAVEN TECHNOLOGY, INC.

By: _Carla Treskon_
Name: CARLA TRESKON
Title: CFO

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: MICHAEL I. RESTIFO
Title: CFO/MEMBER

(Assignor)
WITNESS:

By: _Glen Kashgegian_
Name: Glen A. Kashgegian
Title: President

## Schedule A
### Blue Raven Technology, Inc.-Administrative Claim

| Debtor | Case Number | Proof of Claim Amt | Modified Claim Amount | Claim No. |
|---|---|---|---|---|
| Circuit City Stores, Inc. | 08-35653 | 20,903.00 | 19,943.00 | 14038 |

Initials:
Seller
Buyer