ORRICK, HERRINGTON & SUTCLIFFE LLP
Jonathan P. Guy
James W. Burke (VSB No. 76551)
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706
Telephone:  (202) 339-8400
E-mail:   jburke@orrick.com
*Attorneys for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | : Chapter 11 |
| **CIRCUIT CITY STORES, INC.**, *et al.*, | : Case No. 08-35653 (KRH) |
| Debtors. | : (Jointly Administered) |

**MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Local Bankruptcy Rule 2090-1(G), Orrick, Herrington & Sutcliffe LLP ("Orrick") files this motion for an order allowing the withdrawal of Scott A. Stengel as counsel for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd. ("Mio Tech"), a creditor in the above-captioned case.  In support of this motion, Orrick states as follows:

1. Scott A. Stengel, Jonathan P. Guy, and Orrick entered their appearances on behalf of Mio Tech on November 17, 2008, while Mr. Stengel was a partner in Orrick [Dkt. No. 190]. Mr. Stengel has since left Orrick and, accordingly, Orrick requests that this Court allow the withdrawal of Mr. Stengel as counsel to Mio Tech.  Mr. Guy and Orrick will continue representing Mio Tech. James W. Burke, an attorney employed by Orrick and a member of the Bar of this Court, also entered an appearance on behalf of Mio Tech on April 15, 2011 [Dkt No. 10,609].

2.　　Pursuant to Local Bankruptcy Rule 2090-1(G), Mio Tech has been notified of Mr. Stengel's withdrawal.

WHEREFORE, Orrick respectfully requests that this Court (1) grant this motion, (2) allow the withdrawal of Scott A. Stengel as counsel for Mio Tech, and (3) grant such other and further relief as this Court deems just and proper.

Dated: May 3, 2011
　　　　Washington, DC　　　　　　　ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *JAMES W. BURKE*
　　Jonathan P. Guy
　　James W. Burke (VSB No. 76551)
　　Columbia Center
　　1152 15th Street, N.W.
　　Washington, DC  20005-1706
　　Telephone:  (202) 339-8400
　　Email:　　jburke@orrick.com

*Attorneys for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd.*