ORRICK, HERRINGTON & SUTCLIFFE LLP
Jonathan P. Guy
James W. Burke (VSB No. 76551)
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706
Telephone:  (202) 339-8400
E-mail:    jburke@orrick.com
*Attorneys for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

------------------------------------------------------------------ x
**In re:**                                                         :    Chapter 11
                                                                   :
**CIRCUIT CITY STORES, INC.,** *et al.*,                           :    Case No. 08-35653 (KRH)
                                                                   :
     **Debtors.**                                                  :    (Jointly Administered)
------------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2011, I caused a true and complete copy of the Motion for Withdrawal of Counsel to be served on all persons receiving electronic notice in this case, and on the following persons by first-class mail:

| | |
|---|---|
| Gregg M. Galardi | Dion W. Hayes |
| Ian S. Fredericks | Daniel F. Blanks |
| Skadden Arps Slate Meagher & Flom LLP | McGuire Woods LLP |
| One Rodney Square | One James Center |
| P.O. Box 636 | 901 East Cary Street |
| Wilmington, DE 19899 | Richmond, VA 23219 |
| *Counsel for the Debtors* | *Counsel for the Debtors* |
| | |
| Lynn L. Tavenner | Robert B. Van Arsdale |
| Paula S. Beran | Office of the U.S. Trustee |
| Tavenner & Beran, PLC | 701 East Broad Street |
| 20 North Eighth Street | Suite 4304 |
| Second Floor | Richmond, VA 23219 |
| Richmond, VA 23219 | *Assistant United States Trustee* |
| *Counsel for the Trustee* | |

- 2 -

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, CA 90067
*Counsel for the Creditor Committee*

Dated: May 3, 2011
      Washington, DC

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *JAMES W. BURKE*
    Jonathan P. Guy
    James W. Burke (VSB No. 76551)
    Columbia Center
    1152 15th Street, N.W.
    Washington, DC  20005-1706
    Telephone:  (202) 339-8400
    Email:    jburke@orrick.com

*Attorneys for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd.*