# EXHIBIT I

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

|  |  |  |
|---|---|---|
| | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| et al., | : | |
| | : | |
| | : | Jointly Administered |
| Debtors.[1] | : | |
| | : | |
| | x | |

## AFFIDAVIT OF SERVICE

I, Jenifer Mose, being duly sworn according to law, depose and say that I am employed by

Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the

Debtors in the above-captioned cases.

On April 1, 2010, copies of the following documents were served via electronic mail upon

the parties set forth on the service list attached hereto as **Exhibit A**, via facsimile upon the parties set

forth on the service list attached hereto as **Exhibit B**, and via first class mail upon the parties set forth

on the service lists attached hereto as **Exhibits C and D**:

1. Order Sustaining Debtors' Sixty-Sixth Omnibus Objection to Claims (Reclassification of Certain Claims Filed by Equity Holders to Interests) (Docket No. 7065)

On April 1, 2010, copies of the following documents were served via electronic mail upon

the parties set forth on the service list attached hereto as **Exhibit A**, via facsimile upon the parties set

forth on the service list attached hereto as **Exhibit B**, and via first class mail upon the parties set forth

on the service lists attached hereto as **Exhibits C and E**:

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

1.  Order Granting Debtors' Motion for Summary Judgment on the Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to Claim of Franklin Spencer Wilson (Docket No. 7066)

On April 1, 2010, copies of the following documents were served via electronic mail upon the parties set forth on the service list attached hereto as **Exhibit A**, via facsimile upon the parties set forth on the service list attached hereto as **Exhibit B**, and via first class mail upon the parties set forth on the service lists attached hereto as **Exhibits C and F**:

1.  Order Sustaining Debtors' Sixty-Eighth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 7067)

On April 1, 2010, copies of the following documents were served via electronic mail upon the parties set forth on the service list attached hereto as **Exhibit A**, via facsimile upon the parties set forth on the service list attached hereto as **Exhibit B**, and via first class mail upon the parties set forth on the service lists attached hereto as **Exhibits C and G**:

1.  Order Sustaining Debtors' Sixty-Ninth Omnibus Objection to Claims (Disallowance of Certain Administrative Claims) (Docket No. 7068)

On April 1, 2010, copies of the following documents were served via electronic mail upon the parties set forth on the service list attached hereto as **Exhibit A**, via facsimile upon the parties set forth on the service list attached hereto as **Exhibit B**, and via first class mail upon the parties set forth on the service lists attached hereto as **Exhibits C and H**:

1.  Order on Debtors' Sixty-Seventh Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and (II) Certain Duplicate Claims) (Docket No. 7069)

On April 1, 2010, copies of the following documents were served via electronic mail upon the parties set forth on the service list attached hereto as **Exhibit A**, via facsimile upon the parties set forth on the service list attached hereto as **Exhibit B**, and via first class mail upon the parties set forth on the service lists attached hereto as **Exhibits C and I**:

1.  Order Denying Ashley Isaac's Motion to Allow the Proof of Claim of Ashley Isaac as Timely Filed (Docket No. 7070)

On April 1, 2010, copies of the following documents were served via electronic mail upon the parties set forth on the service list attached hereto as **Exhibit A**, via facsimile upon the parties set

forth on the service list attached hereto as **Exhibit B**, and via first class mail upon the parties set forth

on the service lists attached hereto as **Exhibits C and J**:

    1.  Supplemental Order of Debtors' Fourth Omnibus Objection to Certain Duplicate Claims (Docket No. 7071)

On April 1, 2010, copies of the following documents were served via electronic mail upon

the parties set forth on the service list attached hereto as **Exhibit A**, via facsimile upon the parties set

forth on the service list attached hereto as **Exhibit B**, and via first class mail upon the parties set forth

on the service lists attached hereto as **Exhibits C and K**:

    1.  Order Granting Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No. 7072)

On April 1, 2010, copies of the following documents were served via electronic mail upon

the parties set forth on the service list attached hereto as **Exhibit A**, via facsimile upon the parties set

forth on the service list attached hereto as **Exhibit B**, and via first class mail upon the parties set forth

on the service lists attached hereto as **Exhibits C and L**:

    1.  Order Granting Debtors' Motion for an Order Under 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9006(b) Further Extending the Time Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 (Docket No. 7073)

On April 1, 2010, copies of the following documents were served via electronic mail upon

the parties set forth on the service list attached hereto as **Exhibit A**, via facsimile upon the parties set

forth on the service list attached hereto as **Exhibit B**, and via first class mail upon the parties set forth

on the service lists attached hereto as **Exhibits C and M**:

    1.  Order on Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to the Class of Joseph Skaf (Docket No. 7074)

On April 1, 2010, copies of the following documents were served via electronic mail upon

the parties set forth on the service list attached hereto as **Exhibit A**, via facsimile upon the parties set

forth on the service list attached hereto as **Exhibit B**, and via first class mail upon the parties set forth on the service lists attached hereto as **Exhibits C and N**:

1. Order Granting Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No. 7075)

On April 1, 2010, copies of the following documents were served via electronic mail upon the parties set forth on the service list attached hereto as **Exhibit A**, via facsimile upon the parties set forth on the service list attached hereto as **Exhibit B**, and via first class mail upon the parties set forth on the service lists attached hereto as **Exhibits C and O**:

1. Order Granting Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to the Class Claim of Jonathan Card (Docket No. 7076)

On April 1, 2010, copies of the following documents were served via electronic mail upon the parties set forth on the service list attached hereto as **Exhibit A**, via facsimile upon the parties set forth on the service list attached hereto as **Exhibit B**, and via first class mail upon the parties set forth on the service lists attached hereto as **Exhibits C and P**:

1. Supplemental Order Sustaining Debtors' Fifty-Sixth Omnibus Objection to Claims (Disallowance of Certain Alleged Administrative Expenses on Account of Employee Obligations) (Docket No. 7081)

Dated:  April 8, 2010

Jenifer Mose

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 8th day of April, 2010, by Jenifer Mose, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: 

ELIZABETH MARIE BARNETT
Commission # 1867869
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2013

# EXHIBIT A

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Acxiom Corporation | C B Blackard III | cbblac@acxiom.com |
| Akerman Senterfitt | William C Crenshaw | bill.crenshaw@akerman.com |
| Akerman Senterfitt LLP | William C Crenshaw | bill.crenshaw@bryancave.com |
| Akerman Senterfitt LLP | Mona M Murphy Esq | mona.murphy@akerman.com |
| Akin Gump Strauss Hauer & Feld LLP | Catherine E Creely | ccreely@akingump.com |
| | Charles R Gibbs | cgibbs@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Sarah Link Schultz | sschultz@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Peter J Gurfein | pgurfein@akingump.com |
| Allen & Overy LLP | Ken Coleman | ken.coleman@allenovery.com |
| Andrew S Conway Esq | | Aconway@taubman.com |
| Arent Fox LLP | Katie A Lane | lane.katie@arentfox.com |
| | Darryl S Laddin | dladdin@agg.com |
| Arnall Golden Gregory LLP | Frank N White | frank.white@agg.com |
| Arnold Gallagher Saydack Percell Roberts & Potter PC | Bradley S Copeland | bcopeland@agsprp.com |
| | Gregory F Zoeller | legrand.clark@atg.in.gov |
| Attorney General of Indiana | LeGrand L Clark | gregory.zoeller@atg.in.gov |
| Attorney General of New Jersey | Anne Milgram | citizens.services@lps.state.nj.us |
| Ball Janik LLP | Justin D Leonard | jleonard@balljanik.com |
| | Constantinos G Panagopoulos Esq | cgp@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | Charles W Chotvacs Esq | chotvacsc@ballardspahr.com |
| | David L Pollack Esq | pollack@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | Jeffrey Meyers Esq | meyers@ballardspahr.com |
| Ballard Spahr LLP | Jenelle M Dennis | dennisj@ballardspahr.com |
| Barnes & Thornburg LLP | Michael K McCrory Esq | mmccrory@btlaw.com |
| Bartlett Hackett Feinberg PC | Frank F McGinn | ffm@bostonbusinesslaw.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | Mweitzman@beankinney.com |
| | Thomas W Repczynski & | trepczynski@offitkurman.com |
| Bean Kinney & Korman PC | Martin J Yeager | myeager@beankinney.com |
| Becket & Lee LLP | Gilbert B Weisman | notices@becket-lee.com |
| | | jmoore@bmpllp.com |
| | J Seth Moore | sdavis@bmpllp.com |
| Beirne Maynard & Parsons L.L.P. | Sarah Davis | bankruptcyemail@bmpllp.com |
| Belin Lamson McCormick Zumbach Flynn | Thomas L Flynn | tlflynn@belinlaw.com |
| | Stacey Suncine | |
| Bernstein Law Firm PC | Kirk B Burkley | kburkley@bernsteinlaw.com |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| | Michael W Malter Esq | michael@bindermalter.com |
| Binder & Malter LLP | Julie H Rome Banks Esq | julie@bindermalter.com |
| | Regina Stango Kelbon Esq | Kelbon@blankrome.com |
| Blank Rome LLP | John Lucian Esq | Lucian@blankrome.com |
| | William H Casterline Jr Esq | wcasterlinejr@bklawva.com |
| Blankingship & Keith PC | Jeremy B Root Esq | jroot@bklawva.com |
| Borges & Associates LLC | Wanda Borges Esq | borgeslawfirm@aol.com |
| Bracewell & Giuliani LLP | William A Trey Wood III | Trey.Wood@bgllp.com |
| | | bhanlon@pbcgov.org |
| Brian T Hanlon | Kenneth C Johnson | kjohnson@bricker.com |
| Bricker & Eckler LLP | Andria M Beckham | abeckham@bricker.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Broad and Cassel | Roy S Kobert Esq | rkobert@broadandcassel.com |
| Bronwen Price | Gail B Price Esq | gail@bronwenprice.com |
| Brown Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq | cchiang@buchalter.com |
| | Shawn M Christianson Esq | schristianson@buchalter.com |
| Buckner Alani & Mirkovich | William D Buckner | wbuckner@bamlaw.net |
| | Catherine J Weinberg | cweinberg@bamlaw.net |
| Canon USA Inc | Ruth Weinstein | rweinstein@cusa.canon.com |
| Cantor Arkema PC | David K Spiro Esq | dspiro@cantorarkema.com |
| Caparra Center Associates SE | Penny R Stark Esq | pstarkesq@yahoo.com |
| Carlton Fields PA | John J Lamoureux Esq | jlamoureux@carltonfields.com |
| Carmody MacDonald PC | John E Hilton | jeh@carmodymacdonald.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | lawcarroll@aol.com |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | cahn@clm.com |
| Chiariello & Chiariello | Dominic L Chiariello | dc@chiariello.com |
| | Augustus C Epps Jr Esq | aepps@cblaw.com |
| | Michael D Mueller Esq | mmueller@cblaw.com |
| | Jennifer M McLemore Esq | jmclemore@cblaw.com |
| Christian & Barton LLP | Noelle M James Esq | njames@cblaw.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq | aciardi@ciardilaw.com |
| City & County of Denver | David V Cooke | david.cooke@denvergov.org |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | Chris.Mosley@fortworthgov.org |
| City of Newport News VA City Attorney | Joseph M Durant | jdurant@nngov.com |
| Clement & Wheatley | Darren W Bentley Esq | bentleyd@clementwheatley.com |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | ddean@coleschotz.com |
| | Karen C Bifferato Esq | kbifferato@cblh.com |
| Connolly Bove Lodge & Hutz LLP | Christina M Thompson Esq | cthompson@cblh.com |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | mpark@cblh.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | ddhopper@chlhf.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | kleinergs@cooley.com |
| Core Properties Inc | James Donaldson | jim@coreproperties.com |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | Sou06@co.henrico.va.us |
| | Michael St Patrick Baxter | |
| | Dennis B Auerbach | |
| Covington & Burling LLP | Joshua D McKarcher | jmckarcher@cov.com |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | jbressi@coxcastle.com |
| Culbert & Schmitt PLLC | Ann E Schmitt | aschmitt@culbert-schmitt.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| | Christopher A Provost | |
| | Stephen T Loden | |
| Diamond McCarthy LLP | Jason B Porter | jporter@diamondmccarthy.com |
| Dilworth Paxson LLP | Peter C Hughes Esq | phughes@dilworthlaw.com |
| DLA Piper LLP | Anne Braucher Esq | anne.braucher@dlapiper.com |
| DLA Piper LLP | Mark J Friedman | mark.friedman@dlapiper.com |
| | Timothy W Brink Esq | timothy.brink@dlapiper.com |
| | Forrest Lammiman | forrest.lammiman@dlapiper.com |
| DLA Piper LLP | Ann Marie Bredin Esq | ann.bredin@dlapiper.com |
| | | Peter@dntpc.com |
| Donchess Notinger & Tamposi | Peter N Tamposi | nontrustee@dntpc.com |
| Douglas A Scott PLC | Douglas Scott | BankruptcyCounsel@gmail.com |
| | Rudolph J Di Massa Jr Esq | DiMassa@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| | Lauren Lonergan Taylor Esq | LLTaylor@duanemorris.com |
| Duane Morris LLP | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| Duane Morris LLP | Denyse Sabagh | dsabagh@duanemorris.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Duane Morris LLP | Lauren Lonergan Taylor | lltaylor@duanemorris.com |
| | Matthew E Hoffman | mehoffman@duanemorris.com |
| Duane Morris LLP | Junghye June Yeum Esq | |
| | John Dellaportas Esq | |
| | William C Heuer Esq | wheur@duanemorris.com |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq | rterry@durrettebradshaw.com |
| | John C Smith Esq | jsmith@durrettebradshaw.com |
| | Elizabeth L Gunn Esq | egunn@durrettebradshaw.com |
| Elliott Greenleaf | Rafael X Zahralddin Aravena | rxza@elliottgreenleaf.com |
| | Neil R Lapinski | nrl@elliottgreenleaf.com |
| Empire Blue Cross Blue Shield | Louis Benza Esq | louis.benza@empireblue.com |
| Enterprise Asset Management Inc | Lee Sudakoff | Lee.Sudakoff@eassets.com |
| Envision Peripherals Inc | Gay Richey | |
| | Sr Credit Manager | gay@epius.com |
| Ervin Cohen & Jessup LLP | Michael S Kogan | mkogan@ecjlaw.com |
| | Kenneth Miller Esq | Kmiller@ecjlaw.com |
| Ewing Anderson PS | David E Eash | deash@ewinganderson.com |
| Farella Braun & Martel LLP | Gary Kaplan | gkaplan@fbm.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | hbaer@fdh.com |
| Ford Parshall & Baker | Jordan M Humphreys | jhumphreys@fpb-law.com |
| Foster Pepper PLLC | Christopher M Alston | alstc@foster.com |
| Four Star International Trade | Wendy M Mead PC | wendymeadpc@verizon.net |
| Frank Gecker LLP | Joseph D Frank | jfrank@fgllp.com |
| | Jeremy C Kleinman | |
| Franklin & Prokopik PC | Andrew L Cole | acole@fandpnet.com |
| Freeborn & Peters LLP | Aaron L Hammer Esq | ahammer@freebornpeters.com |
| Friedlander Misler PLLC | Robert E Greenberg Esq | rgreenberg@dclawfirm.com |
| | Thomas F Murphy Esq | |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | efriedman@friedumspring.com |
| Frost Brown Todd LLC | Michael J O Grady Esq | mjogrady@fbtlaw.com |
| Fulbright & Jaworski LLP | Reid Whitten | rwhitten@fulbright.com |
| | Kimberly S Walker | kwalker@fulbright.com |
| Fulbright & Jaworski LLP | Travis Torrence | ttorrence@fulbright.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Gary & Regenhardt PLLC | Linda D Regenhardt | lregenhardt@garyreg.com |
| Gibbons PC | Mark B Conlan Esq | mconlan@gibbonslaw.com |
| Glass & Reynolds | David G Reynolds Esq | dave@glassandreynolds.com |
| Gleason Dunn Walsh & O Shea | Ronald G Dunn Esq | rdunn@gdwo.net |
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | sjt@goodwingoodwin.com |
| Goulston & Storrs PC | Christine D Lynch Esq | clynch@goulstonstorrs.com |
| | Peter D Bilowz Esq | pbilowz@goulstonstorrs.com |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | jkrieger@ggfirm.com |
| Greenberg Traurig LLP | Daniel J Ansell Esq | AnsellD@GTLaw.com |
| | Heath B Kushnick Esq | kushnickh@gtlaw.com |
| Greenberg Traurig LLP | Howard J Berman Esq | bermanH@gtlaw.com |
| Greer Herz & Adams LLP | Frederick Black | |
| | Tara B Annweiler Esq | tannweiler@greerherz.com |
| Gregory Kaplan PLC | Troy Savenko Esq | tsavenko@gregkaplaw.com |
| Gust Rosenfeld PLC | Madeleine C Wanslee | mwanslee@gustlaw.com |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | jfriedman@hkemlaw.com |
| Hamilton Beach Brands Inc | Bill Ray | bill.ray@hamiltonbeach.com |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | achan@hangley.com |
| Hatch Allen & Shepherd PA | Leslie D Maxwell Esq | lmaxwell@hatchlaw.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Haynes and Boone LLP | Jason Binford | jason.binford@haynesboone.com |
| Hemar Rousso & Heald LLP | Wayne R Terry | wterry@hemar-rousso.com |
| Herrick Feinstein LLP | Paul Rubin | prubin@herrick.com |
| Hewitt & O Neil LLP | Lawrence J Hilton | lhilton@hewittoneil.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | jdoran@haslaw.com |
| | Michael P Falzone Esq | mfalzone@hf-law.com |
| | Sheila deLa Cruz Esq | sdelacruz@hf-law.com |
| Hirschler Fleischer PC | Robert S Westermann | rwestermann@hf-law.com |
| Hodgson Russ LLP | Garry M Graber Esq | Ggraber@HodgsonRuss.com |
| | Scott R Kipnis Esq | skipnis@hgg.com |
| | Rachel N Greenberger Esq | rgreenberger@hgg.com |
| Hofheimer Gartlir & Gross LLP | Nicholas B Malito Esq | nmalito@hgg.com |
| Holland & Knight LLP | James H Rollins | jim.rollins@hklaw.com |
| Holland & Knight LLP | Richard E Lear | richard.lear@hklaw.com |
| Hong Kong Export Credit Insurance Corporation | Leung Shing | leung.shing@hkecic.com |
| | Seth A Drucker Esq | sdrucker@honigman.com |
| | Adam K Keith Esq | akeith@honigman.com |
| Honigman Miller Schwartz and Cohn LLP | Joseph R Sgroi Esq | jsgroi@honigman.com |
| | Benjamin C Ackerly | backerly@hunton.com |
| | JR Smith | jrsmith@hunton.com |
| | Henry Toby P Long III | hlong@hunton.com |
| | Thomas N Jamerson | tjamerson@hunton.com |
| Hunton & Williams LLP | Jason W Harbour | jharbour@hunton.com |
| Hunton & Williams LLP | J Eric Crupi | ecrupi@hunton.com |
| Hunton & Williams LLP | Michael S Held Esq | mheld@hunton.com |
| Hunton & Williams LLP | Robert S Westermann Esq | rwestermann@hunton.com |
| Husch Blackwell Sanders LLP | John J Cruciani Esq | john.cruciani@huschblackwell.com |
| IBM Corporation | Vicky Namken | vnamken@us.ibm.com |
| Internal Revenue Service | Attn Linda Lorello | Linda.Lorello@irs.gov |
| J Scott Douglass | | jsdlaw@msn.com |
| | David H Cox Esq | dcox@jackscamp.com |
| Jackson & Campbell PC | John J Matteo Esq | jmatteo@jackscamp.com |
| Jackson Kelly PLLC | Mary Elisabeth Naumann | kybankruptcy@jacksonkelly.com |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | hyazicioglu@jaspanllp.com |
| Jay T Blount | | jay.blount@dcsg.com |
| | David M Poitras PC | dpoitras@jmbm.com |
| Jeffer Mangels Butler & Marmaro LLP | Caroline R Djang | crd@jmbm.com |
| John Marshall Collins PC | John Marshall Collins Esq | johnolaw@gmail.com |
| | Jeffrey B Ellman | jbellman@jonesday.com |
| Jones Day | Brett J Berlin | bjberlin@jonesday.com |
| Jones Day | Sheila L Shadmand Esq | slshadmand@jonesday.com |
| Jorden Burt LLP | Raul A Cuervo | rac@wdc.jordenusa.com |
| K&L Gates LLP | Amy Pritchard Williams | amy.williams@klgates.com |
| K&L Gates LLP | Eric C Rusnak | eric.rusnak@klgates.com |
| | | marc.barreca@klgates.com |
| K&L Gates LLP | Marc Barreca | bankruptcyecf@klgates.com |
| Katsky Korins LLP | Steven H Newman Esq | snewman@katskykorins.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| | c o Brian D Huben | brian.huben@kattenlaw.com |
| | c o Thomas J Leanse | dustin.branch@kattenlaw.com |
| Katten Muchin Rosenman LLP | c o Dustin P Branch | thomas.leanse@kattenlaw.com |
| | Ann K Crenshaw Esq | |
| Kaufman & Canoles | Paul K Campsen Esq | akcrenshaw@kaufcan.com |
| | | |
| Kaufman & Canoles | Paul K Campsen Esq | pkcampsen@kaufcan.com |
| | James S Carr Esq | KDWBankruptcyDepartment@kelleydrye.co |
| Kelley Drye & Warren LLP | Robert L LeHane Esq | m |
| | | |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | wbroscious@kbbplc.com |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | bankruptcy@co.kern.ca.us |
| Khang & Khang LLP | Joon M Khang | joon@khanglaw.com |
| Kilpatrick Stockton LLP | Mark D Taylor Esq | mdtaylor@kilpatrickstockton.com |
| Kilpatrick Stockton LLP | Shane G Ramsey | sramsey@kilpatrickstockton.com |
| | James A Pardo Jr | jpardo@kslaw.com |
| King & Spalding LLP | Thaddeus D Wilson | thadwilson@kslaw.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | hdawson@kkgpc.com |
| | Michael L Tuchin | mtuchin@ktbslaw.com |
| Klee Tuchin Bogdanoff & Stern LLP | David M Stern Esq | dstern@ktbslaw.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | jkurtzma@klehr.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | acichello@kb-law.com |
| | Terrance A Hiller Jr Esq | tah@kompc.com |
| Kupelian Ormond & Magy PC | David M Blau Esq | dmb@kompc.com |
| | Michael A Condyles Esq | michael.condyles@kutakrock.com |
| | Loc Pfeiffer Esq | loc.pfeiffer@kutakrock.com |
| | Peter J Barrett Esq | peter.barrett@kutakrock.com |
| Kutak Rock LLP | Kimberly A Pierro | kimberly.pierro@kutakrock.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | ilandsberg@lm-lawyers.com |
| Latham  & Watkins LLP | Josef S Athanas | josef.athanas@lw.com |
| | Paul J Laurin Esq | |
| Laurin & Associates | Stephen M Astor Esq | CalendarClerk@laurinlawfirm.com. |
| | | |
| Law Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | kenroseman@hotmail.com |
| Law Office of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | rkbgwhw@aol.com |
| Law Offices of Taylor, Leong & Chee | Kimo C Leong | kcleong@hawaii.rr.com |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | abramowitz@larypc.com |
| | Stephen E Leach Esq | sleach@lltblaw.com |
| Leach Travell Britt PC | D Marc Sarata Esq | msarata@ltblaw.com |
| LeClairRyan A Professional Corporation | Bruce H Matson | Bruce.Matson@leclairryan.com |
| LeClairyan a Professional Corporation | Michael E Hastings Esq | michael.hastings@leclairryan.com |
| | Detlef G Lehnardt | |
| Lehnardt & Lehnhardt LLC | Stephen K Lehnardt | skleh@lehnardt-law.com |
| | Jeremy S Friedberg Esq | jeremy.friedberg@llff.com |
| Leitess Leitess Friedberg & Fedder PC | Gordon S Young Esq | gordon.young@llff.com |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | lstopol@levystopol.com |
| Lieber & Lieber LLP | Barbie D Lieber | barbie@lieberlegal.com |
| Lim Ruger & Kim LLP | Samuel S Oh Esq | sam.oh@limruger.com |
| Linda J Brame | | lbrame@winterslaw.com |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | arthurlindquistkleissler@msn.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston  bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| | | lpostic@mindspring.com |
| Lionel J Postic PC | Lionel J Postic Esq | aarusso@mindspring.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| | John R Roberts | |
| Loudoun County Attorney | Belkys Escobar | Belkys.Escobar@loudoun.gov |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | vdagostino@lowenstein.com |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | mstiebel@mrglaw.com |
| | | taxcol@co.madison.al.us |
| Madison County Alabama Tax Collector | Lynda Hall | swells@co.madison.al.us |
| | | |
| | A Carter Magee Jr | cmagee@mfgs.com |
| Magee Foster Goldstein & Sayers PC | W Joel Charboneau | jcharboneau@mfgs.com |
| | Anne M Magruder Esq | |
| Magruder Cook Carmody & Koutsouftikis | Leon Koutsouftikis Esq | lkouts@magruderpc.com |
| | Clement J Farley | cfarley@mccarter.com |
| McCarter & English LLP | Angela Sheffler Abreu | aabreu@mccarter.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | mreed@mvbalaw.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | graicht@mwe.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | kpalmer@mwe.com |
| | Mary E Olden Esq | molden@mhalaw.com |
| | Andre K Campbell Esq | acampbell@mhalaw.com |
| McDonough Holland & Allen PC | Sean Thomas Thompson Esq | sthompson@mhalaw.com |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | dscott@mcdowellrice.com |
| McKay Burton & Thurman | Joel T Marker | joel@mbt-law.com |
| | John G McJunkin Esq | |
| McKenna Long & Aldridge LLP | J David Folds Esq | jmcjunkin@mckennalong.com |
| | John G McJunkin Esq | jmcjunkin@mckennalong.com |
| McKenna Long & Alridge LLP | J David Folds | dfolds@mckennalong.com |
| McSweeney Crump Childress & Temple PC | David R Ruby Esq | druby@mcsweeneycrump.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | knewman@menterlaw.com |
| | | |
| Merced County Tax Collector | Monica Vasquez Tax Collector Clerk II | Mvasquez@co.merced.ca.us |
| MercerTrigiani LLP | Philip C Baxa Esq | phil.baxa@mercertrigiani.com |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | bwhinery@mcrazlaw.com |
| Miami Dade County Attorneys Office | Erica S Zaron | cao.bkc@miamidade.gov |
| | | alberto@miamidade.gov |
| Miami Dade County Paralegal Unity | Alberto Burnstein | MDTCBKC@miamidade.gov |
| | | |
| Michael A Cardozo | Gabriela P Cacuci Esq | gcacuci@law.nyc.gov |
| Michael J Sawyer | Quincy Ctr Plaza | msawyer@stopandshop.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Micro Center Sales Corporation | Nancy Klemstine Real Estate Mgr | nklemstine@microcenter.com |
| Miller & Martin PLLC | Nicholas W Whittenburg | nwhittenburg@millermartin.com |
| Miller Canfield Paddock and Stone PLC | John L Senica | senica@millercanfield.com |
| | Chris Koster | |
| Missouri Attorney General Office | Jeff Klusmeier | Jeff.Klusmeier@ago.mo.us |
| Missouri Department of Revenue | Attn Richard M Maseles | edvaecf@dor.mo.gov |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | batteberry@mdea.com |
| | Byron Z Moldo | bmoldo@mdfslaw.com |
| Moldo Davidson Fraioli Seror & Sestanovich LLP | Kenneth Miller Esq | kmiller@mdfslaw.com |
| | | |
| Monarch Alternative Capital LP | Andrew Herenstein | Andrew.Herenstein@monarchlp.com |
| Moore & Van Allen PLLC | David B Wheeler Esq | davidwheeler@mvalaw.com |
| | Neil E Herman Esq | nherman@morganlewis.com |
| Morgan Lewis & Bockius LLP | Menachem O Zelmanovitz Esq | mzelmanovitz@morganlewis.com |
| Morris Manning & Martin LLP | David W Cranshaw Esq | dhp@mmmlaw.com |
| Morrison Cohen LLP | Michael R Dal Lago Esq | bankruptcy@morrisoncohen.com |
| | Richard C Ogden Esq | rco@lawokc.com |
| Mulinix Ogden Hall Andres & Ludlam PLLC | Martin A Brown Esq | martin.brown@kawokc.com |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | betsy.burn@nelsonmullins.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Munger Tolles & Olsen LLP | Seth Goldman | seth.goldman@mto.com |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | drukavina@munsch.com |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | nmiller@ngelaw.com |
| Nelson Mullins Riley & Scarborough LLP | Terri L Gardner | terri.gardner@nelsonmullins.com |
| | Anitra Goodman Royster | anitra.royster@nelsonmullins.com |
| Nicholls & Crampton PA | Kevin L Sink | ksink@nichollscrampton.com |
| Nixon Peabody LLP | Dennis J Drebsky | |
| | Christopher M Desiderio | cdesiderio@nixonpeabody.com |
| | Daniel R Sovocool | dsovocool@nixonpeabody.com |
| | Louis J Cisz III | lcisz@nixonpeabody.com |
| | Gina M Fornario | gfornario@nixonpeabody.com |
| Nixon Peabody LLP | Louis E Dolan | ldolan@nixonpeabody.com |
| Noland Hamerly Etienne & Hoss PC | Anne Secker Esq | asecker@nheh.com |
| | Lisa K Omori | |
| O Melveny & Myers LLP | Michael J Sage Esq | msage@omm.com |
| | Karyn B Zeldman Esq | kzeldman@omm.com |
| Office of Joe G Tedder CFC | Bonnie Holly | bonnieholly@polktaxes.com |
| Office of the Attorney General | Denise Mondell | Denise.Mondell@po.state.ct.us |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | tbortz@state.pa.us |
| Oklahoma County Treasurer | Tammy Jones Pro Se | tammik@oklahomacounty.org |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq | mfox@olshanlaw.com |
| | Frederick J Levy Esq | flevy@olshanlaw.com |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | Rbattaglia@obht.com |
| Orange Grove Properties | Linda Taylor | linda@tayloruns.com |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq | sstengel@orrick.com |
| | Jonathan P Guy Esq | jguy@orrick.com |
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks | jdacks@osler.com |
| | Marc S Wasserman | mwasserman@osler.com |
| Pachulski Stang Ziehl & Jones | Stanley E Goldich | sgoldich@pszjlaw.com |
| Palmer Law Firm Inc | R Chase Palmer | cpalmerplf@gmail.com |
| Panattoni Law Firm | Fredric Albert | falbert@czmlaw.com |
| Patton Boggs LLP | Alan M Noskow | anoskow@pattonboggs.com |
| Paul Hastings Janofsky & Walker LLP | James E Anklam | jamesanklam@paulhastings.com |
| Pennsylvania Dept of Revenue | Robert C Edmundson | redmundson@attorneygeneral.gov |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | eagle.sara@pbgc.gov |
| | | efile@pbgc.gov |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | kkobiljak@pck-law.com |
| Pepper Hamilton LLP | K Stewart Evans Jr | evansks@pepperlaw.com |
| | Matthew D Foster | fosterm@pepperlaw.com |
| Pepper Hamilton LLP | Evelyn J Meltzer | meltzere@pepperlaw.com |
| Perdue Brandon Fielder Collins & Mott LLP | | arlbank@pbfcm.com |
| | Elizabeth Banda | ebanda@pbfcm.com |
| | Yolanda Humphrey | yhumphrey@pbfcm.com |
| Phillips Goldman & Spence PA | Stephen W Spence Esq | sws@pgslaw.com |
| | Scott L Adkins Esq | sla@pgslaw.com |
| Pima County Attorney Civil Division | German Yusufov | terri.roberts@pcao.pima.gov |
| | Terri A Roberts | german.yusufov@pcao.pima.gov |
| Polsinelli Shalton Flanigan Suelthaus PC | James E Bird | jbird@polsinelli.com |
| | Amy E Hatch | ahatch@polsinelli.com |
| Polsinelli Shalton Flanigan Suelthaus PC | Michael F Ruggio | mruggio@polsinelli.com |
| Posternak Blankstein & Lund LLP | Robert Somma Esq | rsomma@pbl.com |
| | Laura A Otenti Esq | lotenti@pbl.com |
| PriceGrabber com Inc | Katerina Canyon | katerina@pricegrabber.com |
| Primeshares | Attn Rayaan Hashmi | rh@primeshares.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | gpk@procopio.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| | Brian Sirower Esq | bsirower@quarles.com |
| | Lori L Winkelman Esq | lwinkelm@quarles.com |
| Quarles & Brady LLP | Catherine M Guastello Esq | cguastel@quarles.com |
| Quarles & Brady LLP | Catherine M Guastello Esq | cguastel@quarles.com |
| | Faye B Feinstein Esq | fbf@quarles.com |
| Quarles & Brady LLP | Christopher Combest Esq | ccombest@quarles.com |
| Querrey & Harrow Ltd | John M Brom | jbrom@querrey.com |
| Quintrall & Associates LLP | Albert F Quintrall Esq | a.quintrall@quintrallaw.com |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | mfmcgrath@ravichmeyer.com |
| Receivable Management Services | Phyllis A Hayes | Phyllis.Hayes@rmsna.com |
| Recovery Management Systems Corp | Ramesh Singh | claims@recoverycorp.com |
| | Kurt F Gwynne Esq | kgwynne@reedsmith.com |
| Reed Smith LLP | Kathleen A Murphy Esq | kmurphy@reedsmith.com |
| Reed Smith LLP | Linda S Broyhill | lbroyhill@reedsmith.com |
| Reed Smith LLP | Travis A Sabalewski Esq | tsabalewski@reedsmith.com |
| Regency Centers | Catherine L Strauss | catherinestrauss@regencycenters.com |
| Riemer & Braunstein LLP | David S Berman | Dberman@riemerlaw.com |
| | | matt@righettilaw.com |
| Righetti Law Firm PC | Matthew Righetti | erin@righettilaw.com |
| | Matthew V Spero Esq | |
| Rivkin Radler LLP | Stuart I Gordon Esq | stuart.gordon@rivkin.com |
| | Peter E Strniste | pstrniste@rc.com |
| Robinson & Cole | Patrick M Birney | pbirney@rc.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | fbr@robinsonbrog.com |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | dkappler@rdwlawcorp.com |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |
| Ronald M Tucker Esq | | rtucker@simon.com |
| Rosenblum & Rosenblum LLC | Alan Rosenblum Esq | alan@rosenblumllc.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | jvlombardi@rossbanks.com |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | glanzer@riglegal.com |
| Saiber LLC | Nancy A Washington Esq | naw@saiber.com |
| | C Thomas Ebel Esq | ppearl@sandsanderson.com |
| | William A Gray Esq | lhudson@sandsanderson.com |
| | Peter M Pearl Esq | bgray@sandsanderson.com |
| Sands Anderson Marks & Miller PC | Lisa Taylor Hudson Esq | tebel@sandsanderson.com |
| | Christopher R Belmonte Esq | cbelmonte@ssbb.com |
| | Pamela A Bosswick Esq | pbosswick@ssbb.com |
| Satterlee Stephens Burke & Burke LLP | Abigail Snow Esq | asnow@ssbb.com |
| Saul Ewing LLP | Edith K Altice Esq | ealtice@saul.com |
| Saul Ewing LLP | Jeremy W Ryan Esq | jryan@saul.com |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | rtepper@sabt.com |
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | gwoodward@schnader.com |
| | Lawrence S Burnat Esq | lburnat@swfllp.com |
| Schreeder Wheeler & Flint LLP | J Carole Thompson Hord Esq | chord@swfllp.com |
| | Michael L Cook | michael.cook@srz.com |
| | David M Hillman | david.hillman@srz.com |
| Schulte Roth & Zabel LLP | Meghan M Breen | meghan.breen@srz.com |
| | Jessica Hughes Esq | jhughes@seyfarth.com |
| | Rhett Petcher Esq | rpetcher@seyfarth.com |
| Seyfarth Shaw LLP | Alexander Jackins | ajackins@seyfarth.com |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | rdremluk@seyfarth.com |
| | William J Factor Esq | wfactor@seyfarth.com |
| Seyfarth Shaw LLP | David C Christian II | dchristian@seyfarth.com |
| | Blanka Wolfe | bwolfe@sheppardmullin.com |
| Sheppard Mullin Richter & Hampton LLC | Margaret Mann | Mmann@sheppardmullin.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| | | abrumby@shutts.com |
| Shutts & Bowen LLP | Andrew M Brumby | rhicks@shutts.com |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | gfulghum@sblsg.com |
| Siller Wilk LP | Eric J Snyder | esnyder@sillerwilk.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | bhall@sgrlaw.com |
| Smith Moore Leatherwood LLP | F Marion Hughes | marion.hughes@smithmoorelaw.com |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | schenetz@sonnenschein.com |
| Sony Electronics Inc | Lloyd B Sarakin | lloyd.sarakin@am.sony.com |
| Southwinds Ltd | Paul Resnick | pr@southwindsltd.com |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | pblack@spilmanlaw.com |
| Spotts Fain PC | Neil E McCullagh Esq | nmccullagh@spottsfain.com |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | cmeyer@ssd.com |
| | Michael A Cox | |
| State of Michigan Department of Treasury | Victoria A Reardon | ReardonV@michigan.gov |
| | JB Van Hollen | |
| State of Wisconsin Office of the State Treasurer | Richard E Braun | braunre@doj.state.wi.uc |
| Stein & Lubin LLP | Eugene Chang | echang@steinlubin.com |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | eobrien@sbchlaw.com |
| Stevens & Lee PC | Steven J Adams Esq | sja@stevenslee.com |
| | Jaime S Dibble | jdibble@stinson.com |
| | Katherine M Sutcliffe Becker | kbecker@stinson.com |
| | Darrell W Clark Esq | dclark@stinson.com |
| Stinson Morrison Hecker LLP | Tracey M Ohm Esq | tohm@stinson.com |
| Stites & Harbison PLLC | Ron C Bingham II | rbingham@stites.com |
| Stutman Treister & Glatt PC | Eric D Goldberg | egoldberg@stutman.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | jgraham@taftlaw.com |
| | Mark K Ames | |
| Taxing Authority Consulting Services PC | Jeffrey Scharf | mark@taxva.com |
| Tennessee Department of Revenue | TN Attorney Generals Office | Gina.Hantel@ag.tn.gov |
| | | grosenberg@co.arapahoe.co.us |
| The Arapahoe County Treasurer | George Rosenberg Esq | jholmgren@co.arapahoe.co.us |
| The Cafaro Company | Richard T Davis | rdavis@cafarocompany.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | dgreer@davidgreerlaw.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | admin@meiburgerlaw.com |
| Thomas G King | | tking@kech.com |
| | Robert A Dybing | rdybing@t-mlaw.com |
| Thompson McMullan PC | Robert R Musick | bmusick@t-mlaw.com |
| Trainor Fairbrook | Nancy Hotchkiss Esq | nhotchkiss@trainorfairbrook.com |
| Travelers | Mike Lynch | mlynch2@travelers.com |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | kgourley@idalaw.com |
| Troutman Sanders LLP | Bradfute W Davenport Jr | bradfute.davenport@troutmansanders.com |
| | Hollace Topol Cohen | hollace.cohen@troutmansanders.com |
| Troutman Sanders LLP | Vivieon E Kelley | vivieon.kelley@troutmansanders.com |
| Troutman Sanders LLP | Michael E Lacy | michael.lacy@troutmansanders.com |
| Troutman Sanders LLP | Richard Hagerty | richard.hagerty@troutmansanders.com |
| US Securities and Exchange Commission | Susan R Sherrill Beard | sherrill-beards@sec.gov |
| | Lawrence A Katz | lakatz@venable.com |
| Venable LLP | Kristen E Burgers | keburgers@venable.com |
| | William L Wallander | bwallander@velaw.com |
| Vinson & Elkins LLP | Angela B Degeyter | adegeyter@velaw.com |
| Vinson & Elkins LLP | David E Hawkins | dhawkins@velaw.com |
| Vonage Holdings Inc | Angelique Electra | angelique.electra@vonage.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| | Malcolm M Mitchell Jr | mmmitchell@vorys.com |
| | Suparna Banerjee | sbanerjee@vorys.com |
| Vorys Sater Seymour and Pease LLP | Kara D Lehman | kdlehman@vorys.com |
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | tscobb@vssp.com |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | mwilhelm@W2LG.com |
| | Gary T Holtzer Esq | gary.holtzer@weil.com |
| Weil Gotshal & Manges LLP | Joseph W Gelb Esq | joseph.gelb@weil.com |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | lekvall@wgllp.com |
| Weingarten Realty Investors | Jenny J Hyun Esq | jhyun@weingarten.com |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | dgonzales@wsh-law.com |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | ecfndoh@weltman.com |
| | Edward L Rothberg | erothberg@wkpz.com |
| Weycer Kaplan Pulaski & Zuber PC | Jessica L Hickford | jhickford@wkpz.com |
| Wharton Aldhizer & Weaver PLC | Stephan W Milo Esq | smilo@wawlaw.com |
| | Peter J Carney | |
| | William Sloan Coats | |
| White & Case LLP | Julieta L Lerner | jlerner@whitecase.com |
| | Bradford F Englander | |
| Whiteford Taylor & Preston LLP | Brian M Nestor | benglander@wtplaw.com |
| Whiteford Taylor & Preston LLP | Kevin G Hroblak Esq | khroblak@wtplaw.com |
| | H Jason Gold Esq | jgold@wileyrein.com |
| | Dylan G Trache Esq | dtrache@wileyrein.com |
| | Rebecca L Saitta Esq | rsaitta@wileyrein.com |
| | Valerie P Morrison Esq | vmorrison@wileyrein.com |
| Wiley Rein LLP | Dylan G Trache Esq | dtrache@wileyrein.com |
| | William H Schwarzschild III | tschwarz@williamsmullen.com |
| Williams Mullen | W Alexander Burnett | aburnett@williamsmullen.com |
| Winthrop & Weinstine PA | Christopher A Camardello | ccamardello@winthrop.com |
| | Laura Day DelCotto Esq | ldelcotto@wisedel.com |
| Wise DelCotto PLLC | Allison Fridy Arbuckle Esq | aarbuckle@wisedel.com |
| Wolff & Samson PC | Karen L Gilman Esq | kgilman@wolffsamson.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | dmcfarlin@whmh.com |
| Wolfstone Panchot & Bloch PS Inc | Andrew Rapp | ecfdocs@wpblaw.com |
| | Brian D Womac | Stacey@brianwomac.com |
| Womac & Associates | Stacy Kremling | brianwomac@aol.com |
| | Jeffrey L Tarkenton | jtarkenton@wcsr.com |
| Womble Carlyle Sandridge & Rice PLLC | Todd D Ross | toross@wcsr.com |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | mbusenkell@wcsr.com |
| | Neil P Goldman Esq | |
| Young Goldman & Van Beek PC | John P Van Beek Esq | ngoldman@ygvb.com |

Circuit City Stores, Inc.
Core Group Service List

| NAME | ATTENTION | Email |
|---|---|---|
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | bob.duffy@fticonsulting.com<br>steve.coulombe@fticonsulting.com |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | lmyers@kirkland.com |
| KUTAK ROCK LLP | PETER J. BARRETT | peter.barrett@kutakrock.com |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | bruce.matson@leclairryan.com |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | dhayes@mcguirewoods.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | kcordry@naag.org |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | Robert.B.Van.Arsdale@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | jpomerantz@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | rfeinstein@pszjlaw.com |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | dberman@riemerlaw.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | gregg.galardi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | Ian.Fredericks@skadden.com |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ<br>PAULA S BERAN ESQ | ltavenner@tb-lawfirm.com<br>pberan@tb-lawfirm.com |

# EXHIBIT B

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Fax |
|---|---|---|
| Attorney General of the United States | Robert P McIntosh | 804-819-7417 |
| Attorney General of the US | Richard F Stein<br>Dana J Boente | 804-916-3939 |
| Draper & Goldberg PLLC | Adam Hiller | 302-213-0043 |
| Draper & Goldberg PLLC | James E Clarke<br>L Darren Goldberg | 703-995-4542 |
| G&W Service Co LP | Georgette Treece | 713-227-3410 |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | 972-424-5619 |
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall<br>Thomas A Connop<br>Melissa S Hayward | 214-740-8800 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 713-223-3717 |
| Ornelas Castillo & Ornelas PLLC | Sylvia M Ornelas<br>Mario A Castillo Jr | 956-725-4594 |
| Pasadena Independent School District | Dexter D Joyner | 281-991-6012 |
| Poyner Spruill LLP | Shannon E Hoff Esq | 704-342-5264 |

Core Service List

| NAME | ATTENTION | FAX |
|---|---|---|
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 804-254-6111 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 202-772-9370 |

# EXHIBIT C

Core Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|------|-----------|----------|----------|----------|------|-------|-----|
| CIRCUIT CITY STORES, LLC | | 4951 LAKE BROOK DR | | | GLEN ALLEN | VA | 23060-9279 |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219 |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ., PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH REORGANIZATION | 3 WORLD FINANCIAL CTR STE 400 | NEW YORK | NY | 10281-1022 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Attorney General of the US | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 |
| Caparra Center Associates SE | Attn Penny R Stark Esq | 9861 Sunrise Lakes Blvd Ste 308 | | Sunrise | FL | 33322 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 |
| Eaton Corporation | David J Persichetti | Eaton Ctr 1111 Superior Ave | | Cleveland | OH | 44114-2584 |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 |
| Hamilton Chase Santa Maria LLC | Stefani Batastini Asst to Chris Larson | 828 Ballard Canyon Rd | | Solvang | CA | 93463 |
| Millman 2000 Charitable Trust | David Bennett | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 |
| Naples Daily News | c o Receivable Management Services | PO Box 5126 | | Timonium | MD | 21094 |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 |
| SB Lender Trust | c o Geoffrey L Berman Lender Trustee | Development Specialists Inc | 333 S Grand Ave Ste 4070 | Los Angeles | CA | 90071 |
| Thomas W Daniels | | 1265 Scottsville Rd | | Rochester | NY | 14624 |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 |

# EXHIBIT D

Exhibit D

| Name | CreditorNoticeName | Address1 | City | State | Zip | Country |
|------|--------------------|----------|------|-------|-----|---------|
| Abdallah, Jean | | 4855 Gouin Blvd West | Montreal | QC | H4J 1B9 | Canada |
| BALL, DIRLEY L | | 14029 ROCKBASKET PLACE | CHESTER | VA | 23836 | |
| Bean, Patricia A | | 11734 Chisholm Trl | Victorville | CA | 92392-9277 | |
| Campbell, Marilyn | | 9 Hastings Dr | Victor | ID | 83455 | |
| Chiang, Sie Ling | | 13503 Point Pleasant Dr | Chantilly | VA | 20151 | |
| Chuan Fa Liu & Chang Rao | | 15 Kings Way No 33 | Waltham | MA | 02451 | |
| Daly, Richard | | 8621 Basswood Rd No 33 | Eden Prarie | MN | 55344 | |
| FIRST BAPTIST CHURCH OF SUNRISE | | 6401 SUNSET STRIP | SUNRISE | FL | 33313 | |
| Gayle, Ismay I Tucker | | 1242 Summerstone Trace | Austell | GA | 30168 | |
| Julia M Given Custodian for Margaret L Given UTMA | Julia M Given | 432 Ednam Dr | Charlottesville | VA | 22903 | |
| Norton, Alice H | | 5308 Antelope Ln | Stone Mountain | GA | 30087 | |
| Olson, Ervin C | | 478 Summer Hill Dr | Hoschton | GA | 30548-3059 | |
| Slipow, Jonah M & Bernie W Slipow JTWROS | Jonah M & Bernie Slipow | 521 Tuckahoe Club Ct | Richmond | VA | 23229-0000 | |
| Turnage, Elton J | | PO Box 301 | Youngstown | OH | 44501-0000 | |

# EXHIBIT E

Exhibit E

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|------|--------------------|----------|----------|----------|------|-------|-----|---------|
| Franklin Spencer Wilson | | 2 Highland St | | | Port Chester | NY | 10513 | USA |

# EXHIBIT F

Exhibit F

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|------|-------------------|----------|----------|------|-------|-----|---------|
| Beach Cities Installations | | PO Box 91144 | | Long Beach | CA | 90809 | US |
| Brent L Kidman Ryan McBride | | 486 E Southfield Rd | | Spanish Fork | Utah | 84660 | US |
| Carlene M Klebe | | 162 E 88 St Apt 16 | | New York | NY | 10128 | US |
| Chase | Attn Janet Gireous | Chase Card Member Services | PO Box 15548 | Wilmington | DE | 19886-5548 | US |
| Chase | Fernando L Leon | 150 Dorchester Ave No 601 | | Boston | MA | 02127 | US |
| Fedex National LTL | | 2200 Forward Dr Dc 2218 | | Harrison | AR | 72601-2004 | US |
| Fernando L Leon | | 150 Dorchester Ave No 601 | | Boston | MA | 02127 | US |
| Fernando L Leon | Attn Janet Gireous | Chase Card Member Services | PO Box 15548 | Wilmington | DE | 19886-5548 | US |
| FERNANDO LEON | | 150 DORCHESTER AVE NO 601 | | BOSTON | MA | 02127 | US |
| FERNANDO LEON | Attn Janet Gireous | Chase Card Member Services | PO Box 15548 | Wilmington | DE | 19886-5548 | US |
| Joel M Pores | | 24031 El Toro Rd No 301 | | Laguna Hills | CA | 92653 | US |
| Lakhranie and Ronald Bisram | | 16 Guilford St | | Staten Island | NY | 10305 | US |
| Matthew Musich | | 1503 5th Ave | | Nebraska City | NE | 68410 | US |
| Seferino Sanchez | | 1511 N California | | Chicago | IL | 60622 | US |
| Tomesha L Washington | Merritt Flebotte Wilson, Harold Hunter Jr | 2525 Meridian Pkwy Ste 300 | PO Box 2447 | Durham | NC | 27702 | US |
| Tomesha L Washington | Tomesha L Washington | 104 Amber Stone | | Jacksonville | NC | 28546 | US |
| TRAM, ALLAN | | 926 S CALIFORNIA ST | | SAN GABRIEL | CA | 91776-0000 | US |

# EXHIBIT G

Exhibit G

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Davis, Robyn N | | 901 Jamerson Ln | | Glen Allen | VA | 23059 | USA |
| Davis, Robyn N | Christian & Barton LLP | Michael D Mueller | 909 E Main St Ste 1200 | Richmond | VA | 23219 | USA |
| Deason Stephen N | | 2701 E Brigstock Rd | | Midlothian | VA | 23113-3900 | USA |
| Erica A Jonas Jr | | 2 Annett Ave | | Edgewater | NJ | 07020 | USA |
| Harrison County Tax Collector | David V Larosa Sr | c o William P Wessler | PO Box 175 | Gulfport | MS | 39502 | USA |
| Joly, Russell | | 5318 Woodstone Ct | | Louisa | VA | 23093 | USA |
| Jonas Jr, Eric A | | 2 Annette Ave | | Edgewater | NJ | 07020 | USA |
| Lambert Gaffney, Laurie | c o Robert A Canfield | 2201 Libbie Ave Ste 200 | | Richmond | VA | 23230 | USA |
| Robert L Kirkner | | 17 Pine Dr | | Chester Springs | PA | 19425 | USA |
| The Greenville News | Mena Hanlin | CCC Credit Collections Supervisor | 7950 Jones Branch Dr | McLean | VA | 22107 | USA |

# EXHIBIT H

Exhibit H

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Albany Times Union | | 645 Albany St | | Houston | TX | 77002 | US |
| Applied Predictive Technologies Inc | | 901 N Stuart St Ste 1100 | | Arlington | VA | 22203-4141 | US |
| Arizona Department of Revenue | Angela Encinas | | Bankruptcy Litigation Section | Phoenix | AZ | 85007 | US |
| Arizona Department of Revenue | c o Tax Bankruptcy and Collection Section | 1275 W Washington Ave | | Phoenix | AZ | 85007 | US |
| Arizona Department of Revenue | Attn Steven C Jackson | c o Tax Bankruptcy and Collection Section | 1275 W Washington Ave | Phoenix | AZ | 85007 | US |
| Arizona Department of Revenue | c o Tax Bankruptcy and Collection Section | 1275 W Washington Ave | | Phoenix | AZ | 85007 | US |
| AUDIO VIDEO EXCELLENCE | | 611 W MANLIUS ST Ste | | E SYRACUSE | NY | 13057 | US |
| B2B Solutions Business to Business Solutions LLC | B2B Solutions | 3422 Pump Rd No 408 | | Richmond | VA | 23233-1111 | US |
| Bruce Senator | | Bruce Senator F 89302 | PO Box 8193 | San Luis Obispo | CA | 93403-8193 | US |
| Bruce Senator | Bruce Senator F 89302 | c o Nancy Lee | 10502 Lampson Ave | Garden Grove | CA | 92840 | US |
| Bruce Senator | Bruce Senator F 89302 | California Mens Colony | PO Box 8193 | San Luis Obispo | CA | 93403-8193 | US |
| Bruce Senator | Bruce Senator | c o Nancy Lee | 10502 Lampson Ave | Garden Grove | CA | 92840 | US |
| Bureau Veritas Consumer Product Services | | 100 Northpointe Pkwy | | Buffalo | NY | 14228 | US |
| Bureau Veritas Consumer Products Services Inc | Bureau Veritas Consumer Products Services Inc | 14624 Collections Center Dr | | Chicago | IL | 60693 | US |
| Carlena M Klebe | | 162 E 88 St Apt 16 | | New York | NY | 10128 | US |
| Cascade Natural Gas Corporation | | 222 Fairview Ave N | | Seattle | WA | 98109 | US |
| Chase Bank USA National Association | | 201 N Walnut St | 3 Christina Ctr | Wilmington | DE | 19801 | US |
| Chase Bank USA National Association | | 787 5th Ave | | New York | NY | 10153 | US |
| City of Garland Utility Services | | PO Box 461508 | | Garland | TX | 75046-1508 | US |
| City of Los Angeles Office of Finance | Attn Wendy Loo | c o Los Angeles City Attorneys Office | 200 N Main St Ste 920 | Los Angeles | CA | 90012 | US |
| City of Los Angeles Office of Finance | Tax Permit Div Bankruptcy Unit | Office of Finance | 201 N Main St Room 101 City Hall | Los Angeles | CA | 90012 | US |
| City of Mesquite and or Mesquite Independent School District | c o Schaumberg & Grimes PC | 711 N Galloway | | Mesquite | TX | 75149 | US |
| City of Mesquite and or Mesquite Independent School District | Schaumberg & Grimes PC Gary Alman Grimes | Wells Fargo Bank Bldg | 120 W Main No 201 | Mesquite | TX | 75149 | US |
| Clark County Treasurer | | 501 E Court Ave | | Jeffersonville | IN | 47130-4084 | US |
| Clark County Treasurer | | Frank E Ballard Jr | | Jeffersonville | IN | 47130 | US |
| Clark County Treasurer | Frank E Ballard Jr Attorney at Law | 501 E Court | | Jeffersonville | IN | 47130 | US |
| Cleveland Construction Inc | c o Spotts Fain PC | PO Box 1555 | | Richmond | VA | 23218-1555 | US |
| Compass Group The Americas Division | | 2400 Yorkmont Rd | | Charlotte | NC | 28217 | US |
| Custom Media Designs | Attn Lynne Foresman | 15 HOUSTON AVE | | MIDDLETOWN | NY | 10940 | US |
| DAKOTA ELECTRIC ASSOCIATION | | 4300 220TH STREET WEST | | FARMINGTON | MN | 55024 | US |
| Delaware Division of Revenue | | 820 N French St 8th Fl | | Wilmington | DE | 19801 | US |
| EMPIRE ENTERTAINMENT & TRAVEL | | 3 W PACES FERRY RD STE 203 | | ATLANTA | GA | 30305 | US |
| Flextronics Global Services LLC And Its Affiliated Networks | Paul J Laurin Esq | 280 S Beverly Dr Ste 304 | | Beverly Hills | CA | 90212 | US |
| Gelco Corporation Doing Business as GE Fleet Services | Attn Keith Benjapati Bankruptcy Litigation Mgr | Three Capital Dr | | Eden Prairie | MN | 55344 | US |
| J Dowd & Associates LLC | c o Stephen R Robinson | 309 W Pennsylvania Ave | | Towson | MD | 21204 | US |
| J Dowd & Associates LLC | c o Stephen R Robinson | 309 W Pennsylvania Ave | | Towson | MD | 21204 | US |
| Jofie Jakob | | 10708 Otterwynn Dr | | Richmond | VA | 23233 | US |
| Jones III Louis C | | 17 Spring Harbor | | Aliso Viejo | CA | 92656 | US |
| LAFAYETTE PARISH TAX COLLECTOR | ATTN COLLECTORS OFFICE | PO Box 92590 | | LAFAYETTE | LA | 70501 | US |
| Las Vegas Review Journal | Credit Office | PO Box 70 | | Las Vegas | NV | 89125-0070 | US |
| LONE STAR FLOORS | | 720 AVE F | NO 105 | PLANO | TX | 75074 | US |
| Los Angeles City Attorneys Office | Attn Wendy Loo | 200 N Main St Ste 920 | | Los Angeles | CA | 90012 | US |
| Los Angeles City Attorneys Office | Attn Wendy Loo | 200 N Main St Ste 920 | | Los Angeles | CA | 90012 | US |
| Lynda Hall Tax Collector | | Madison County Courthouse | 100 Northside Sq | Huntsville | AL | 35801 | US |
| San Antonio Express News | | STE 120 PMB 101 | 2650 E SOUTHLAKE | SOUTHLAKE | TX | 76092 | US |
| Simplex Grinnell | | 50 Technology Dr | 308 W Fire St 4th Fl | Chicago | IL | 60654 | US |
| Somera Communications Inc | HARTFORD COMPUTER GROUP | DEPT 9775 | | LOS ANGELES | CA | 90084-9775 | US |
| NEXCORE SERVICES | NEXCORE SERVICES | 3949 HERITAGE OAK CT | | SIMI VALLEY | CA | 93063 | US |
| NEXCORE SERVICES | NEXCORE SERVICES | JO LAPINE | 3949 HERITAGE OAK CT | SIMI VALLEY | CA | 93063 | US |
| NINTENDO HARDWARE | NINTENDO OF AMERICA INC | PO BOX 2155 | | REDMOND | WA | 98052 | US |
| NINTENDO HARDWARE | | 4820 150TH AVE NE | | REDMOND | WA | 98052-5115 | US |
| Northern Virginia Web Services | Verizon Wireless | PO Box 660108 | | Dallas | TX | 75266 | US |
| Pacific Gas and Electric Company | | PO Box 8329 | | Stockton | CA | 95208 | US |
| PLAN IT INTERACTIVE INC | PLAN IT INTERACTIVE INC | 150 W INDUSTRIAL WAY | | BENICIA | CA | 94510 | US |
| PLAN IT INTERACTIVE INC | | 150 W INDUSTRIAL WAY | | BENICIA | CA | 94510 | US |
| POST STANDARD THE | | PO BOX 4915 | | SYRACUSE | NY | 13221 | US |
| PRO FORMANCE BLDG MNT INC | | 11589 CORBETT RD | | MARYLAND HEIGHTS | MO | 63043 | US |
| ROSE PLUMBING | | 2224 US DORSETT RD | | LEESBURG | FL | 34748 | US |
| San Antonio Express News | | 851 Texas Ave | 175 S Third St Ste 900 | Houston | TX | 77002 | US |
| The Columbus Dispatch | The Dispatch Printing Co | 34 S Third St | | Columbus | OH | 43215 | US |
| The Columbus Dispatch | | 4 ww Rd | | Columbus | OH | 43216 | US |
| The OREGONIAN | | 1320 SW BROADWAY | | PORTLAND | OR | 97201 | US |
| THEATER XTREME OF SPRINGFIELD | | 170 Denslow Rd | | EAST LONGMEADOW | MA | 01028 | US |
| Theater Xtreme of Springfield | | 170 Denslow Rd | | East Longmeadow | MA | 01028 | US |
| WashRe Capital Management LP | Adm Roger Von Siegel Managing Director | 261 Route 22nd Fl | | New York | NY | 10016-7701 | US |
| WILSON SCHOOL DISTRICT | | ATTN TAX OFFICE | 2601 GRANDVIEW BLVD | WEST LAWN | PA | 19609-1124 | US |
| WW Grainger Inc | | 7200 N Melvina Ave M246 | | Niles | IL | 60714-3998 | US |

# EXHIBIT I

Exhibit I

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Ashley Isaac | | 617 S 76th St | | | Birmingham | AL | 35206-5227 | USA |