UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

---

In re:                                                         :
                                                               :    Chapter 11
                                                               :
CIRCUIT CITY STORES, INC., ET AL.                              :    Case No. 08-35653
                                                               :
                            Debtors.                           :    (Jointly Administered)

---

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Sullivan Crosby Trust a creditor in the cases of the above-captioned debtors ("Debtors"), directs Debtors, Debtors in Possession and/or the liquidating trustee and any representatives thereof (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim, including claim number **8824** (as listed on the Debtors' schedules or on proofs of claim filed in the cases or otherwise on a claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address

**Sullivan Crosby Trust**
**Brad Boodt Esq**
**Holland & Hart LLP**
**3800 Howard Hughes Pkwy 10th Fl**
**Las Vegas, NV 89169**

New Address

**Sullivan Crosby Trust**
**c/o Liquidity Solutions, Inc.**
**One University Plaza, Suite 312**
**Hackensack, NJ 07601**

I declare under penalty of perjury that the foregoing is true and correct.

SUZANA MIJAT
Notary Public - State of New York
No. 01MI6177520
Qualified in Queens County
My Commission Expires November 13, 2011

_____
Notary Public

Sullivan Crosby Trust

By: _____
Its: Trustee
Date: May 3, 2011