**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 KRH |
| | ) | |
| CIRCUIT CITY STORES, INC., et al | ) | Chapter 11 |
| | ) | |
| Debtor(s). | ) | **CERTIFICATE OF SERVICE TO RESPONSE OF LOS ANGELES MONTEREY, RIVERSIDE AND SAN BERNARDINO COUNTIES CALIFORNIA, COLLECTIVELY THE CALIFORNIA TAXING AUTHORITIES TO THE LIQUIDATING TRUSTEE'S 18TH OBJECTION TO CLAIMS FILED BY TAXING AUTHORITIES (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS, RECLASS-IFICATION OF CERTAIN CLAIMS, DISALLOWANCE OF CERTAIN AMENDED OR SUPERSEDED CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, DISALLOWANCE OR REDUCTION OF CERTAIN INVALID CLAIMS' MEMORANDUM OF LAW IN SUPPORT OF THE RESPONSE** |
| | | |
| | | **DATE: MAY 11, 2010** |
| | | **TIME: 2:00 PM ET** |

TO THE HONORABLE KEVIN R. HUENNEKENS AND TO ALL PARTIES OF INTEREST:

    I certify that a true and correct copy of the foregoing has been served via first class U.S. Mail and/or electronically on this 5th day of May 2011.

Dated: May 5, 2011        ROMERO LAW FIRM

        By   /s/ Martha E. Romero
        MARTHA E. ROMERO, State Bar No. 128144
        California Taxing Authorities
        ROMERO LAW FIRM
        BMR Professional Building
        6516 Bright Avenue
        Whittier, California 90601
        (562) 907-6800
        (562)907-6820 Facsimile
        Email: Romero@mromerolawfirm.com

        Magee Goldstein Lasky and Sayers PC
        Garren R. Laymon
        310 First Street S.W. Suite 1200
        P.O. Box 404
        Roanoake, VA 24003-0404
        (540) 278-2665
        (540)343-9898 facsimile
        glaymon@mglspc.com

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | Jeffrey No Pomerantz |
| | Pachulski Stang Ziehl & Jones, |
| 3 | LLP |
| | 10100 Santa Monica Blvd. |
| 4 | 11th Floor |
| | Los Angeles, CA 90067-4100 |
| 5 | |
| | Lynn L. Tavenner |
| 6 | Paula Beran |
| | Tavenner & Beran, PLC |
| 7 | 20 North Eighth Street, 2nd Floor |
| | Richmond, VA 23219 |
| 8 | |
| | Robert J. Feinstein |
| 9 | Pachulski Stang Ziehl & Jones LLP |
| | 780 Third Ave. 36th Floor |
| 10 | New York, NY 10017 |
| 11 | Robert K. Coulter |
| | Assistant United States Attorney |
| 12 | The Justin W. Williams U.S. |
| | Attorneys Building |
| 13 | 2100 Jamieson Avenue |
| | Alexandria, Virginia 22314 |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |