| | |
|---|---|
| Martha E. Romero | Garren R. Laymon, Esq.. (VSB #75112) |
| Romero Law Firm | Magee Goldstein Lasky & Sayers, PC |
| 6516 Bright Avenue | PO Box 404 |
| Whittier, California 90601 | Roanoke, VA 24003-0404 |
| 562-907-6800 | 540 343-9800 |
| 562-907-6820 (Facsimile) | 540-343-9898 (Facsimile) |
| romero@mromerolawfirm.com | glaymon@mglspc.com |

Attorney for Secured Creditors - Los Angeles County, California
Riverside County, California, San Bernardino County, California
Placer County, California and Monterey County, California

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC., et al. | | |
| | | Case No. 08-35653-KRH |
| | § | |
| | § | |
| Debtors. | | Jointly Administered |

## **NOTICE OF APPEARANCE**

Please take notice that the undersigned appear in the above-referenced cases on behalf of the following taxing authorities: Los Angeles County, California, Riverside, California, San Bernardino, California, Placer, California and Monterey, California.  Pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code.  Counsel requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

| | |
|---|---|
| Martha E. Romero | Garren R. Laymon, Esq.. (VSB #75112) |
| Romero Law Firm | Magee Goldstein Lasky & Sayers, PC |
| 6516 Bright Avenue | PO Box 404 |
| Whittier, California 90601 | Roanoke, VA 24003-0404 |
| 562-907-6800 | 540 343-9800 |
| 562-907-6820 (Facsimile) | 540-343-9898 (Facsimile) |
| romero@mromerolawfirm.com | glaymon@mglspc.com |
| Counsel | Local Counsel |

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail, telephone, facsimile, or otherwise, in this case.

Date: May 6, 2011                                  Respectfully submitted,

                                                   By: /s/ Garren R. Laymon

                                                   Garren R. Laymon, Esq.. (VSB #75112)
                                                   Magee Goldstein Lasky & Sayers, PC
                                                   PO Box 404
                                                   Roanoke, VA 24003-0404
                                                   540 343-9800
                                                   540-343-9898 (Facsimile)
                                                   glaymon@mglspc.com
                                                   Local Counsel


                                                   By: /s/ Martha E. Romero
                                                   Martha E. Romero
                                                   Romero Law Firm
                                                   6516 Bright Avenue
                                                   Whittier, California 90601
                                                   562-907-6800
                                                   562-907-6820 (Facsimile)
                                                   romero@mromerolawfirm.com
                                                   Counsel


U:\A CLIENTS\Arlington ISD, et al. 9298\Romero\Notice of Appearance 2.doc