| | |
|---|---|
| Brian T. Hanlon | A. Carter Magee, Jr., Esq. (VSB #20284) |
| Lake County Tax Collector's Office | Garren R. Laymon, Esq. (VSB #75112) |
| P.O. Box 2500 | Magee Goldstein Lasky & Sayers, P.C. |
| Titusville, Florida 32781-2500 | P.O. Box 404 |
| Phone: (321) 225-3046 | Roanoke, Virginia 24003-0404 |
| Fax: (321) 264-5247 | Phone: (540) 343-9800 |
| brian.hanlon@brevardtaxcollector.com | Fax: (540) 343-9898 |
| Counsel to Lake County Tax Collector | cmagee@mglspc.com |
| | glaymon@mglspc.com |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC., et al. | § | Case No. 08-35653-KRH |
| | § | |
| Debtors. | § | Jointly Administered |

**MOTION OF A. CARTER MAGEE, JR. FOR AN ORDER
AUTHORIZING BRIAN T. HANLON TO APPEAR *PRO HAC VICE*
PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

A. Carter Magee, Jr. (the "Movant"), a member in good standing of the Bar of the Commonwealth of Virginia, an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia (the "Court"), and a partner with Magee Goldstein Lasky & Sayers, P.C., hereby moves this Court to enter an order authorizing Brian T. Hanlon to appear *pro hac vice* before this Court on behalf of the Lake County Tax Collector in the above-captioned Chapter 11 cases and any related adversary proceedings, and in support hereof, states as follows:

1. Pursuant to Local Bankruptcy Rule 2090-1-(E)(2)(a), an Application to Qualify as a Foreign Attorney Under Local Bankruptcy Rule 2090-1(E)(2)(a) for Mr. Hanlon is appended hereto as Exhibit A and incorporated by reference herein.



MAGEE GOLDSTEIN
LASKY & SAYERS, P.C.
ATTORNEYS
P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800
ATTORNEYS AND COUNSELORS AT LAW

2. Mr. Hanlon is admitted, practicing, and in good standing as a member of the bar of the State of Florida, the Commonwealth of Massachusetts, and the United States District Court for the Southern District of Florida. Mr. Hanlon is also admitted in the State of Texas on an inactive basis. Mr. Hanlon has been practicing law since 1977. There are no disciplinary proceedings pending against him.

3. Movant requests that this Court admit Mr. Hanlon to appear *pro hac vice* before this Court for the purpose of appearing as counsel in this case and any related proceedings on behalf of the Lake County Tax Collector.

4. Movant shall serve as co-counsel to Mr. Hanlon in this case and any related adversary proceedings.

5. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, the Movant requests that this Court waive the requirement that all motions be accompanied by a written memorandum of law.

6. Pursuant to Local Bankruptcy Rule 9013-1(L), and because this motion does not present contested issues, Movant requests that this Court rule on the motion without an oral hearing.

**WHEREFORE**, Movant respectfully requests that this Court enter an order substantially in the form annexed hereto (i) authorizing Brian T. Hanlon to appear *pro hac vice* in association with the Movant as Counsel to Lake County Tax Collector in connection with the above-captioned chapter 11 cases and (ii) granting such other and further relief as is just and proper.

Dated: May 9, 2011                                      Respectfully submitted,

                                                        /s/ A. Carter Magee, Jr.

MAGEE GOLDSTEIN LASKY & SAYERS, P.C.
ATTORNEYS
P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800
ATTORNEYS AND COUNSELORS AT LAW

A. Carter Magee, Jr., Esq. (VSB #20284)  
Garren R. Laymon (VSB #75112)  
Magee Goldstein Lasky & Sayers, P.C.  
P.O. Box 404  
Roanoke, Virginia 24003  
Phone: (540) 343-9800  
Fax: (540) 343-9898  

### CERTIFICATE OF SERVICE

 I certify that on May 9, 2011, I filed the foregoing document with the clerk's office for the Bankruptcy Court, which caused electronic notice to be delivered to all registered users of the CM/ECF system who have filed a notice of appearance in this case.

By: /s/ A. Carter Magee, Jr.

U:\A CLIENTS\Lake County Tax Collector 3289\Pro Hac Vice Motion - Hanlon.docx

MAGEE GOLDSTEIN
LASKY & SAYERS, PC
ATTORNEYS

P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800

ATTORNEYS AND COUNSELORS AT LAW

3

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653 (KRH),*    Case Name: Circuit City Stores, Inc. et al.

PERSONAL STATEMENT

FULL NAME: Brian T. Hanlon
Bar Identification Number: 0962562
Firm Name: Lake County Tax Collector's Office
Firm Phone: (321) 225-3046
E-Mail Address: brian.hanlon@brevardtaxcollector.com
Office Mailing Address: P.O. Box 2500, Titusville, Florida 23781-2500
Name(s) of federal court(s) in which I have been admitted: United States District Court for the Southern District of Florida

I certify that the rules of the federal court in the district in which I maintain my office extend a similar pro hac vice admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

_____
Brian T. Hanlon

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant pro hac vice.

_____    _____
(Signature)    (Date)

A. Carter Magee, Jr.
(Typed or Printed Name)

MAGEE GOLDSTEIN
LASKY & SAYERS.
ATTORNEYS
P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800

ATTORNEYS AND COUNSELORS AT LAW

*Pro hac vice admission in a case shall include an adversary proceeding(s) in the case.

4