| | |
|---|---|
| Brian T. Hanlon | A. Carter Magee, Jr., Esq. (VSB #20284) |
| Lake County Tax Collector's Office | Garren R. Laymon, Esq. (VSB #75112) |
| P.O. Box 2500 | Magee Goldstein Lasky & Sayers, P.C. |
| Titusville, Florida 32781-2500 | P.O. Box 404 |
| Phone: (321) 225-3046 | Roanoke, Virginia 24003-0404 |
| Fax: (321) 264-5247 | Phone: (540) 343-9800 |
| brian.hanlon@brevardtaxcollector.com | Fax: (540) 343-9898 |
| Counsel to Lake County Tax Collector | cmagee@mglspc.com |
| | glaymon@mglspc.com |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC., et al. | § | Case No. 08-35653-KRH |
| | § | |
| Debtors. | § | Jointly Administered |

### ORDER GRANTING MOTION OF A. CARTER MAGEE, JR. FOR AN ORDER AUTHORIZING BRIAN T. HANLON TO APPEAR *PRO HAC VICE* PURSUANT TO LOCAL BANKRUPTCY RULE 2090-2(E)(2)

The matter before the Court is the Motion of A. Carter Magee, Jr. for an Order Authorizing Brian T. Hanlon to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1(E)(2) (the "Motion"). Having reviewed the Motion and the Court's dockets, the Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) no party in interest filed an objection to the relief requested in the Motion; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (v) good and sufficient cause exists for the granting of the relief requested in the Motion. It is accordingly

ORDERED

that the Motion is GRANTED and Brian T. Hanlon shall be and is permitted to appear *pro hac vice* as Counsel to Lake County (Florida) Tax Collector in the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-2(E)(2).

Dated: _____

                                          UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

 /s/  A. Carter Magee, Jr.
A. Carter Magee, Jr., Esq. (VSB #20284)
Garren R. Laymon, Esq. (VSB #75112)
Magee Goldstein Lasky & Sayers, P.C.
P.O. Box 404
Roanoke, VA  24003-0404
Phone: (540) 343-9800
Fax: (540) 343-9898
cmagee@mglspc.com
glaymon@mglspc.com

## **CERTIFICATE OF SERVICE**

I certify that copies of the proposed order were served via electronic delivery on the 9th day of May, 2011, on all parties that are registered with the CM/ECF system and have filed a notice of appearance in this case.

                                        /s/ A. Carter Magee, Jr.

Serve:
       All parties that have filed notices of appearance in this case by electronic mail.

U:\A CLIENTS\Lake County Tax Collector 3289\Pro Hac Vice Order - Hanlon.docx

2