**BOB McKEE**
LAKE COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS
2008 Delinquent Tangible

| ACCOUNT NUMBER | ESCROW CODE | ALTERNATE KEY | MILLAGE CODE |
|---|---|---|---|
| 0000000000-000-02391 | | 3793092 | 0003 |

CIRCUIT CITY STORES INC          Bankrupt
TAX DEPT - LOC #0775
PO BOX 42304
RICHMOND, VA   23242


EXHIBIT A

**PAY DELINQUENT TAXES BY CASH, CASHIER'S CHECK OR MONEY ORDER**
PAY IN U.S. FUNDS TO BOB McKEE, TAX COLLECTOR · PO BOX 327 · TAVARES, FL 32778-0327 · 352-343-9622

**AD VALOREM TAXES**

| TAXING AUTHORITY | ASSESSED VALUE | EXEMPTION AMT | TAXABLE VALUE | MILLAGE RATE | TAXES LEVIED |
|---|---|---|---|---|---|
| LAKE COUNTY GENERAL | 3,119,644 | 25,000 | 3,094,644 | 4.6511 | 14,393.50 |
| AMBULANCE MSTU | 3,119,644 | 25,000 | 3,094,644 | 0.4651 | 1,439.32 |
| STORMWATER ROADS PARKS | 3,119,644 | 25,000 | 3,094,644 | 0.4984 | 1,542.37 |
| ENVIRON LAND PURCHASE | 3,119,644 | 25,000 | 3,094,644 | 0.1101 | 340.72 |
| FIRE MSTU | 3,119,644 | 25,000 | 3,094,644 | 0.3222 | 997.09 |
| LAKE CO SCHOOL BOARD | | | | | |
| CURRENT | 3,119,644 | 25,000 | 3,094,644 | 5.7670 | 17,846.81 |
| CAPITAL OUTLAY | 3,119,644 | 25,000 | 3,094,644 | 1.7500 | 5,415.63 |
| ST JOHNS WATER MGMT | 3,119,644 | 25,000 | 3,094,644 | 0.4158 | 1,286.75 |
| LAKE CO WATER AUTH | 3,119,644 | 25,000 | 3,094,644 | 0.2130 | 659.16 |
| S LAKE CNTY HOSP | 3,119,644 | 25,000 | 3,094,644 | 0.8666 | 2,681.82 |
| | | | **TOTAL:** | 15.0593 | $46,603.17 |

**NON-AD VALOREM ASSESSMENTS**

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| | | |
| **NON-AD VALOREM ASSESSMENTS:** | | $0.00 |

**COMBINED TAXES AND ASSESSMENTS:** $46,603.17

| If Received By | Jan 31, 2011 | Feb 28, 2011 | Mar 31, 2011 | | |
|---|---|---|---|---|---|
| Please Pay | $61,984.22 | $62,683.26 | $63,382.31 | | |

---

**BOB McKEE**
LAKE COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS
2008 Delinquent Tangible
PAY IN U.S. FUNDS TO BOB McKEE, TAX COLLECTOR · PO BOX 327 · TAVARES, FL 32778-0327 · 352-343-9622

| If Received By | Jan 31, 2011 | Feb 28, 2011 | Mar 31, 2011 | | |
|---|---|---|---|---|---|
| Please Pay | $61,984.22 | $62,683.26 | $63,382.31 | | |

CIRCUIT CITY STORES INC          Bankrupt
TAX DEPT - LOC #0775
PO BOX 42304
RICHMOND, VA   23242

**PAY DELINQUENT TAXES BY CASH, CASHIER'S CHECK OR MONEY ORDER**

| ACCOUNT NUMBER | ESCROW CODE | ALTERNATE KEY | MILLAGE CODE |
|---|---|---|---|
| 0000000000-000-02391 | | 3793092 | 0003 |

0000000000  2008  0004660317  000000003793092  0002 0

**BOB McKEE**
LAKE COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS
2009 Delinquent Tangible

| ACCOUNT NUMBER | ESCROW CODE | ALTERNATE KEY | MILLAGE CODE |
|---|---|---|---|
| 0000000000-000-02391 | | 3793092 | 0003 |

CIRCUIT CITY STORES INC        Bankrupt
TAX DEPT - LOC #0775
PO BOX 5695
GLEN ALLEN, VA
23058
5695

Prior Year(s) Taxes Due

**PAY DELINQUENT TAXES BY CASH, CASHIER'S CHECK OR MONEY ORDER**
PAY IN U.S. FUNDS TO BOB McKEE, TAX COLLECTOR · PO BOX 327 · TAVARES, FL 32778-0327 · 352-343-9622

| AD VALOREM TAXES | | | | | |
|---|---|---|---|---|---|
| TAXING AUTHORITY | ASSESSED VALUE | EXEMPTION AMT | TAXABLE VALUE | MILLAGE RATE | TAXES LEVIED |
| LAKE COUNTY GENERAL | 3,047,047 | 25,000 | 3,022,047 | 4.6511 | 14,055.84 |
| AMBULANCE MSTU | 3,047,047 | 25,000 | 3,022,047 | 0.4651 | 1,405.55 |
| STORMWATER ROADS PARKS | 3,047,047 | 25,000 | 3,022,047 | 0.4984 | 1,506.19 |
| ENVIRON LAND PURCHASE | 3,047,047 | 25,000 | 3,022,047 | 0.1101 | 332.73 |
| FIRE MSTU | 3,047,047 | 25,000 | 3,022,047 | 0.3222 | 973.70 |
| LAKE CO SCHOOL BOARD | | | | | |
| CURRENT | 3,047,047 | 25,000 | 3,022,047 | 6.0320 | 18,228.99 |
| CAPITAL OUTLAY | 3,047,047 | 25,000 | 3,022,047 | 1.5000 | 4,533.07 |
| ST JOHNS WATER MGMT | 3,047,047 | 25,000 | 3,022,047 | 0.4158 | 1,256.57 |
| LAKE CO WATER AUTH | 3,047,047 | 25,000 | 3,022,047 | 0.2130 | 643.70 |
| S LAKE CNTY HOSP | 3,047,047 | 25,000 | 3,022,047 | 0.8666 | 2,618.91 |
| | | | TOTAL: | 15.0743 | $45,555.25 |

| NON-AD VALOREM ASSESSMENTS | | |
|---|---|---|
| LEVYING AUTHORITY | | RATE | AMOUNT |
| | | | |
| | | NON-AD VALOREM ASSESSMENTS: | $0.00 |

**COMBINED TAXES AND ASSESSMENTS:** $45,555.25

| If Received By | Jan 31, 2011 | Feb 28, 2011 | Mar 31, 2011 | | |
|---|---|---|---|---|---|
| Please Pay | $52,391.54 | $53,074.87 | $53,758.20 | | |

---

**BOB McKEE**
LAKE COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS
2009 Delinquent Tangible
PAY IN U.S. FUNDS TO BOB McKEE, TAX COLLECTOR · PO BOX 327 · TAVARES, FL 32778-0327 · 352-343-9622

| If Received By | Jan 31, 2011 | Feb 28, 2011 | Mar 31, 2011 | | |
|---|---|---|---|---|---|
| Please Pay | $52,391.54 | $53,074.87 | $53,758.20 | | |

Prior Year(s) Taxes Due

CIRCUIT CITY STORES INC        Bankrupt
TAX DEPT - LOC #0775
PO BOX 5695
GLEN ALLEN, VA
23058
5695

**PAY DELINQUENT TAXES BY CASH, CASHIER'S CHECK OR MONEY ORDER**

| ACCOUNT NUMBER | ESCROW CODE | ALTERNATE KEY | MILLAGE CODE |
|---|---|---|---|
| 0000000000-000-02391 | | 3793092 | 0003 |

0000000000  2009  0004555525  000000003793092  0002  4

**BOB McKEE**
LAKE COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS
2008  Delinquent Tangible

| ACCOUNT NUMBER | ESCROW CODE | ALTERNATE KEY | MILLAGE CODE |
|---|---|---|---|
| 0000000000-000-80973 | | 3845427 | 00LL |

CIRCUIT CITY STORES INC #03677          Bankrupt
ATTN: SCOTT ASH-TAX DEPT
PO BOX 42304
RICHMOND, VA   23242

**PAY DELINQUENT TAXES BY CASH, CASHIER'S CHECK OR MONEY ORDER**
**PAY IN U.S. FUNDS TO BOB McKEE, TAX COLLECTOR · PO BOX 327 · TAVARES, FL 32778-0327 · 352-343-9622**

**AD VALOREM TAXES**

| TAXING AUTHORITY | ASSESSED VALUE | EXEMPTION AMT | TAXABLE VALUE | MILLAGE RATE | TAXES LEVIED |
|---|---|---|---|---|---|
| LAKE COUNTY GENERAL | 581,446 | 25,000 | 556,446 | 4.6511 | 2,588.09 |
| AMBULANCE MSTU | 581,446 | 25,000 | 556,446 | 0.4651 | 258.80 |
| ENVIRON LAND PURCHASE | 581,446 | 25,000 | 556,446 | 0.1101 | 61.26 |
| FIRE MSTU | 581,446 | 25,000 | 556,446 | 0.3222 | 179.29 |
| LAKE CO SCHOOL BOARD | | | | | |
| CURRENT | 581,446 | 25,000 | 556,446 | 5.7670 | 3,209.02 |
| CAPITAL OUTLAY | 581,446 | 25,000 | 556,446 | 1.7500 | 973.78 |
| TOWN OF LADY LAKE | 581,446 | 25,000 | 556,446 | 3.0870 | 1,717.75 |
| ST JOHNS WATER MGMT | 581,446 | 25,000 | 556,446 | 0.4158 | 231.37 |
| LAKE CO WATER AUTH | 581,446 | 25,000 | 556,446 | 0.2130 | 118.52 |
| N LAKE CNTY HOSP | 581,446 | 25,000 | 556,446 | 1.0000 | 556.45 |
| | | | | **TOTAL: 17.7813** | **$9,894.33** |

**NON-AD VALOREM ASSESSMENTS**

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| | | |
| **NON-AD VALOREM ASSESSMENTS:** | | **$0.00** |

**COMBINED TAXES AND ASSESSMENTS: $9,894.33**

| If Received By | Jan 31, 2011 | Feb 28, 2011 | Mar 31, 2011 | | |
|---|---|---|---|---|---|
| Please Pay | $13,161.46 | $13,309.87 | $13,458.29 | | |

---

**BOB McKEE**
LAKE COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS
2008  Delinquent Tangible

**PAY IN U.S. FUNDS TO BOB McKEE, TAX COLLECTOR · PO BOX 327 · TAVARES, FL 32778-0327 · 352-343-9622**

| If Received By | Jan 31, 2011 | Feb 28, 2011 | Mar 31, 2011 | | |
|---|---|---|---|---|---|
| Please Pay | $13,161.46 | $13,309.87 | $13,458.29 | | |

CIRCUIT CITY STORES INC #03677          Bankrupt
ATTN: SCOTT ASH-TAX DEPT
PO BOX 42304
RICHMOND, VA   23242

**PAY DELINQUENT TAXES BY CASH, CASHIER'S CHECK OR MONEY ORDER**

| ACCOUNT NUMBER | ESCROW CODE | ALTERNATE KEY | MILLAGE CODE |
|---|---|---|---|
| 0000000000-000-80973 | | 3845427 | 00LL |

0000000000  2008  0000989433  000000003845427  0002 3

# BOB McKEE
LAKE COUNTY TAX COLLECTOR

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

2009 Delinquent Tangible

| ACCOUNT NUMBER | ESCROW CODE | ALTERNATE KEY | MILLAGE CODE |
|---|---|---|---|
| 0000000000-000-80973 | | 3845427 | 00LL |

CIRCUIT CITY STORES INC #03677        Bankrupt
ATTN: SCOTT ASH-TAX DEPT
PO BOX 5695
GLEN ALLEN, VA
23058
5695

Prior Year(s) Taxes Due

**PAY DELINQUENT TAXES BY CASH, CASHIER'S CHECK OR MONEY ORDER**
**PAY IN U.S. FUNDS TO BOB McKEE, TAX COLLECTOR · PO BOX 327 · TAVARES, FL 32778-0327 · 352-343-9622**

### AD VALOREM TAXES

| TAXING AUTHORITY | ASSESSED VALUE | EXEMPTION AMT | TAXABLE VALUE | MILLAGE RATE | TAXES LEVIED |
|---|---|---|---|---|---|
| LAKE COUNTY GENERAL | 543,964 | 25,000 | 518,964 | 4.6511 | 2,413.75 |
| AMBULANCE MSTU | 543,964 | 25,000 | 518,964 | 0.4651 | 241.37 |
| ENVIRON LAND PURCHASE | 543,964 | 25,000 | 518,964 | 0.1101 | 57.14 |
| FIRE MSTU | 543,964 | 25,000 | 518,964 | 0.3222 | 167.21 |
| LAKE CO SCHOOL BOARD | | | | | |
| CURRENT | 543,964 | 25,000 | 518,964 | 6.0320 | 3,130.39 |
| CAPITAL OUTLAY | 543,964 | 25,000 | 518,964 | 1.5000 | 778.45 |
| TOWN OF LADY LAKE | 543,964 | 25,000 | 518,964 | 3.2808 | 1,702.62 |
| ST JOHNS WATER MGMT | 543,964 | 25,000 | 518,964 | 0.4158 | 215.79 |
| LAKE CO WATER AUTH | 543,964 | 25,000 | 518,964 | 0.2130 | 110.54 |
| N LAKE CNTY HOSP | 543,964 | 25,000 | 518,964 | 1.0000 | 518.96 |
| | | | **TOTAL:** | 17.9901 | $9,336.22 |

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| | | |
| **NON-AD VALOREM ASSESSMENTS:** | | $0.00 |

**COMBINED TAXES AND ASSESSMENTS: $9,336.22**

| If Received By Please Pay | Jan 31, 2011 $10,739.65 | Feb 28, 2011 $10,879.70 | Mar 31, 2011 $11,019.74 | | |
|---|---|---|---|---|---|

---

# BOB McKEE
LAKE COUNTY TAX COLLECTOR

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

2009 Delinquent Tangible

**PAY IN U.S. FUNDS TO BOB McKEE, TAX COLLECTOR · PO BOX 327 · TAVARES, FL 32778-0327 · 352-343-9622**

| If Received By Please Pay | Jan 31, 2011 $10,739.65 | Feb 28, 2011 $10,879.70 | Mar 31, 2011 $11,019.74 | | |
|---|---|---|---|---|---|

Prior Year(s) Taxes Due

CIRCUIT CITY STORES INC #03677        Bankrupt
ATTN: SCOTT ASH-TAX DEPT
PO BOX 5695
GLEN ALLEN, VA
23058
5695

**PAY DELINQUENT TAXES BY CASH, CASHIER'S CHECK OR MONEY ORDER**

| ACCOUNT NUMBER | ESCROW CODE | ALTERNATE KEY | MILLAGE CODE |
|---|---|---|---|
| 0000000000-000-80973 | | 3845427 | 00LL |

0000000000  2009  0000933622  0000000003845427  0002 6