Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., et al.,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MAY 11, 2011 AT 2:00 P.M. (EASTERN)

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on May 11, 2011 beginning at 2:00 p.m. Eastern.


## I.    UNCONTESTED MATTERS


1.    Second Motion to Extend Time *(TRUSTEE'S SECOND MOTION FOR AN ORDER UNDER 11 U.S.C. Â§ 105 (a) AND FED. R. BANKR. P. 9006(b) FURTHER EXTENDING THE TIME PERIOD WITHIN WHICH THE TRUSTEE MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. Â§ 1452 AND FED. R. BANKR. P. 9027)* (Docket No. 10640)

   Related
   Documents:

   a.    Notice of Motion and Notice of Hearing (Re: related document(s)[10640] Motion to Extend Time filed by Circuit City Stores, Inc. Liquidating Trust)

   Objection
   Deadline:    May 9, 2011 at 4:00 p.m.

   Objections/
   Responses
   Filed:    None


   Status:    The Trust will request that the Court grant the relief requested in the Motion.


2.    *Siegel v. J&F Manufacturing, Inc.; Case No. 10-03741-KRH;* Motion for Default Judgment *and Notice of Hearing* (Re: related document(s)[5] Motion for Entry of Default filed by Alfred H. Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 6)

   Related
   Documents:

   a.    Motion for Entry of Default *Request for Entry of Default and for Default Judgment by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and Federal Rule of Civil Procedure 55* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 5)

   b.    Entry of Default against *J & F Manufacturing, Inc.* (Docket No. 7)

Objection
Deadline:          May 4, 2011 at 4:00 p.m.

Objections/
Responses
Filed:             None

Status:            The Trust will request that the Court grant the relief requested in the
                   Motion.

3.     *Siegel v. iProspect.com Inc.; Case No. 10-03278-KRH;*   Motion for Default Judgment
       *and Notice of Hearing* (Re: related document(s)[5] Motion for Entry of Default filed by
       Alfred H. Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred
       H. Siegel (Docket No. 6)

       Related
       Documents:

       a.        Motion for Entry of Default *Request for Entry of Default and for Default
                 Judgment by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and
                 Federal Rule of Civil Procedure 55* filed by Paula S. Beran of Tavenner & Beran,
                 PLC on behalf of Alfred H. Siegel (Docket No. 5)

       b.        Entry of Default against *iProspect.com Inc.* (Docket No. 7)

       Objection
       Deadline:          May 4, 2011 at 4:00 p.m.

       Objections/
       Responses
       Filed:             None

       Status:            The Trust will request that the Court grant the relief requested in the
                          Motion.

4.     *Siegel v. Siren, Inc.; Case No. 10-3641-KRH;* Motion for Default Judgment *and Notice of
       Hearing* (Re: related document(s)[5] Motion for Entry of Default filed by Alfred H.
       Siegel (Docket No. 6)

       a.        Motion for Entry of Default Request for Entry of Default and for Default
                 Judgment by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and

3

Federal Rule of Civil Procedure 55 filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 5)

b.    Entry of Default against *Siren Inc.* (Docket No. 7)

| | |
|---|---|
| Objection Deadline: | May 4, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | None |
| Status: | The Trust will request that the Court grant the relief requested in the Motion. |

5.    *Siegel v. CT Global, Inc..; Case No. 10-03762-KRH;* Motion for Default Judgment *and Notice of Hearing* (Re: related document(s)[5] Motion for Entry of Default filed by Alfred H. Siegel (Docket No. 6)

a.    Motion for Entry of Default Request for Entry of Default and for Default Judgment by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and Federal Rule of Civil Procedure 55 filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 5)

b.    Entry of Default against *CT Global, Inc.* (Docket No. 7)

| | |
|---|---|
| Objection Deadline: | May 4, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | None |
| Status: | The Trust will request that the Court grant the relief requested in the Motion. |

6.    *Siegel v. Beaver Newspapers Inc. dba Beaver County Times.; Case No. 10-3693-KRH;* Motion for Default Judgment *and Notice of Hearing* (Re: related document(s)[5] Motion for Entry of Default filed by Alfred H. Siegel (Docket No. 6)

a.    Motion for Entry of Default Request for Entry of Default and for Default

4

Judgment by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and Federal Rule of Civil Procedure 55 filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 5)

b.    Entry of Default against *Beaver Newspaper Inc. d/b/a Beaver County Times* (Docket No. 8)

Objection
Deadline:    May 4, 2011 at 4:00 p.m.

Objections/
Responses
Filed:    None

Status:    The Trust will request that the Court grant the relief requested in the Motion.

7.    *Siegel v. Sakar International, Inc.; Case No. 10-03736-KRH;* Motion for Default Judgment *and Notice of Hearing* (Re: related document(s)[5] Motion for Entry of Default filed by Alfred H. Siegel (Docket No. 6)

a.    Motion for Entry of Default Request for Entry of Default and for Default Judgment by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and Federal Rule of Civil Procedure 55 filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 5)

b.    Entry of Default against *Sakar International, Inc.* (Docket No. 7)

Objection
Deadline:    May 4, 2011 at 4:00 p.m.

Objections/
Responses
Filed:    None

Status:    The Trust will request that the Court grant the relief requested in the Motion.

## II.    CLAIM OBJECTIONS

8.    Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

Related
Documents:

    a.    Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4449)

    b.    Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4736)

    c.    Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4758)

    d.    Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6299)

    e.    Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No. 6642)

    f.    Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No. 6661)

    g.    Memorandum Opinion (Docket No. 6693)

    h.    Order Granting Motion for Summary Judgment (Docket No. 6694)

    i.    Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6868)

    j.    Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 7114)

    k.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home &

Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

l.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Arboretum of South Barrington Resolving a Certain Claim (Docket No. 8361)

m.      Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Imation Enterprises Corp.  (Docket No. 8861)

Objection
Deadline:                July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit A.

Status:                  For the one claim for which the objection is still pending, this matter is adjourned to June 9, 2011 at 2:00 p.m.  See attached Exhibit A.

9.      Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 3710)

Related
Documents:

a.      Order on Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 4577)

b.      Supplemental Order on Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 6369)

Objection
Deadline:                July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit A.

Status:                  For the one claim for which the objection is still pending, this matter is adjourned to June 9, 2011 at 2:00 p.m.  See attached Exhibit A.

10.     Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 4585)

Related
Documents:

a.    Order on Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of
Certain Legal Claims) (Docket No. 5294)

b.    Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors'
Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth
Omnibus Objection to Claim No. 5708 (Docket No. 8358)

c.    Notice of Proposed Settlement Agreement and Stipulation by and among the
Debtors and Ada Alicea Resolving the Debtors' Thirty-First Omnibus Objection
to Claim No. 6283 (Docket No. 8839)

d.    Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST
OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
CLAIM OF PNY TECHNOLOGIES, INC. [CLAIM NO. 1723]* (Docket No. 9910)

e.    Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of
Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain
Legal Claim) Solely with Respect to the Claim of Leon Hurney [Claim No.
10047] (Docket No. 9868)

f.    Notice and Withdrawal , *WITHOUT PREJUDICE, OF DEBTORS THIRTY-
FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
LEGAL CLAIM) SOLELY WITH RESPECT TO THE CLAIM OF TANDEN
KIBBY (CLAIM NO. 6894)* (Docket No. 10084)

Objection
Deadline:          September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:             For those claims for which the objection is still pending, this
matter is adjourned to June 9, 2011 at 2:00 p.m.  See attached
Exhibit A.

11.    Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or
Reclassification of Certain Claims) (Docket Nos. 4588, 4590)

Related
Documents:

a.   Order on Debtors' Thirty-Third Omnibus Objection to Claims (Modification
     and/or Reclassification of Certain Claims) (Docket No. 5192)

b.   Notice of Hearing on the Merits on Debtors' Thirty-third Omnibus Objection to
     Claim 9293 filed by Cyndi Ann Haines and Response Thereto (Docket No. 6551)

c.   Notice of Hearing on the Merits on Debtors' Thirty-third Omnibus Objection to
     Claim 7295 Filed by Amore Construction Company and Response Thereto
     (Docket No. 6553)

d.   Supplemental Order on Debtors' Thirty-Third Omnibus Objection to Claims
     (Modification and/or Reclassification of Certain Claims) (Docket No. 6852)

e.   Second Supplemental Order on Debtors' Thirty-Third Omnibus Objection to
     Claims (Modification and/or Reclassification of Certain Claims) (Docket No.
     7637

f.   Notice of Proposed Settlement Agreement and Stipulation by and Among the
     Debtors and Bell'O International Corp. Resolving the Debtors' Thirty-Third
     Omnibus Objection to Claim 7435 (Docket No. 7741)

g.   Notice of Proposed Settlement and Stipulation by and Among the Debtors and
     Sharpe Partners, LLC Resolving the Debtors' Thirty-Third Omnibus Objection to
     Claim 6257 (Docket No. 7996)

h.   Notice of Proposed Settlement and Stipulation by and Among the Debtors and
     Lexmark International, Inc. Resolving the Debtors' Thirty-Third Omnibus
     Objection to Claim 7391 (Docket No. 8087)

Objection
Deadline:              September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit A.

Status:       For the one claim for which the objection is still pending, this matter is
              adjourned to June 9, 2011 at 2:00 p.m.  See attached Exhibit A.


12.   Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal
      Property Tax Claims) (Docket No. 4613)

Related
Documents:

a.    Order on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 5397)

b.    Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 7343)

c.    Memorandum of Law In Support of Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 7344)

d.    Notice of Motion and Hearing (Docket No. 7345)

e.    Notice of Rescheduled Hearing On Debtors' Motion For And Memorandum Of Law In Support Of The Debtors' Motion For Partial Summary Judgment On The Thirty-Seventh Omnibus Objection To Claims (Reduction Of Certain Personal Property Tax Claims) (Docket No. 7550)

f.    Notice of Presentment of Agreed Order By And Among The Debtors And Certain Taxing Authorities With Respect To The Thirty-Seventh Omnibus Objection (Docket No. 7695)

g.    Agreed Order by and Among the Debtors and Certain Taxing Authorities with Respect to the Thirty-Seventh Omnibus Objection and Related Pleadings (Docket No. 7800)

h.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Kitsap County Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13337 (Docket No. 7983)

i.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and City of Chesapeake Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 11842 (Docket No. 8015)

j.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and the Escambia County Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 1624, 13792, and 14789 (Docket No. 8067)

k.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Gaston County, North Carolina Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 1836 and 13350 (Docket No. 8167)

l.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Allen County, Indiana Treasurer Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 13395 (Docket No. 8174)

m.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Harris County, Texas Resolving the Debtors' Thirty-Seventh
        Omnibus Objection to Claim No. 14429 (Docket No. 8181)

n.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Travis County, Texas Regarding Claim Nos. 10531 and
        14423 (Docket No. 8184)

o.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Loudon County Resolving the Debtors' Thirty-Seventh Omnibus
        Objection to Claim No. 13686 (Docket No. 8187)

p.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Lewisville Independent School District Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13579 and Resolving Claim No.
        1840 (Docket No. 8204)

q.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Boulder County, Colorado Treasurer Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 10419 (Docket No. 8359)

r.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Ada County, Idaho Resolving the Debtors' Thirty-Seventh Omnibus
        Objection to Claim No. 14430 (Docket No. 8407)

s.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Arlington Independent School District, Texas Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 6535 and Resolving Claim No.
        124 (Docket No. 8413)

t.      Certificate of No Objection with Respect to the Settlement Agreement and
        Stipulation by and Among the Debtors and Desoto County, Mississippi Resolving
        the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13944 and Related
        Matters (Docket No. 8417)

u.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Brevard County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13320 (Docket No. 8438)

v.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Hernando County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13385 (Docket No. 8439)

w.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Palm Beach County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 3882 and Relating to Claim No. 14744 (Docket No. 8440)

x.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Osceola County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 13064 and 13162 (Docket No. 8441)

y.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Prince George's County, Maryland Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13465 and Resolving Claim Nos. 12431 and 13466 (Docket No. 8445)

z.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Charles County, Maryland Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13576 and Resolving Claim No. 1835 (Docket No. 8446)

aa.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Wake County, North Carolina Revenue Department Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13627 and Resolving Claim No. 1795 (Docket No. 8447)

bb.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Manatee County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13325 (Docket No. 8454)

cc.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Okaloosa County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13315 (Docket No. 8455)

dd.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Pinellas County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13309 (Docket No. 8456)

ee.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Orange County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13316 (Docket No. 8457)

ff.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Snohomish County Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 11646 and Resolving Claim No. 1547 (Docket No. 8487)

gg.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Marion County, Florida Tax Collector Resolving the Debtors' Thirty-

Seventh Omnibus Objection to Claim No. 13318 and Relating to Claim No. 213 (Docket No. 8735)

hh.     Stipulation - *Withdrawal of Claim(s) by Polk County Tax Collector* By Circuit City Stores, Inc. Liquidating Trust and Between Polk County Tax Collector filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9905)

Objection
Deadline:            May 13, 2010 at 4:00 p.m.

Objections/
Responses
Filed:               See attached <u>Exhibit A</u>.

Status:        For those claims for which the objection is still pending, this matter is adjourned to June 9, 2011 at 2:00 p.m.  See attached <u>Exhibit A.</u>

13.     Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims)) (Docket No. 5879)

Related
Documents:

a.      Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6368)

b.      Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6585)

c.      Notice of Hearing on the Merits on Debtors' Sixtieth Omnibus Objection to Claim No. 14123 Filed by Phillip Lee Steele and Response Thereto (Docket No. 8205)

d.      Second Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8285)

e.      Third Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8421)

    f.       Notice of Hearing (Re: related document(s) 5879 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9819)

| | |
|---|---|
| Objection Deadline: | December 14, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached <u>Exhibit A</u>. |
| Status: | The status hearing for the objection as it relates to the claim of Mark Stewart has been adjourned to June 9, 2011 at 2:00 p.m. |

14.     Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7013)

Related
Documents:

    a.      Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7457)

    b.      Supplemental Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7674)

    c.      Notice of Proposed Settlement Agreement and Stipulation by and Between the Debtors and Universal Display and Fixtures Company (Docket No. 8002)

    d.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors' Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth Omnibus Objection to Claim No. 5708 (Docket No. 8358)

    e.      Notice of Proposed Settlement Agreement and Stipulation by and Between the Debtors and Richard Kreuger (Docket No. 8435)

    f.      Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Z-Line Designs, Inc. (Docket No. 8857)

g.       Notice of Hearing (Re: related document(s) 7013 Objection to Claim filed by
          Circuit City Stores, Inc.) (Docket No. 9820)

h.       Trustee's Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus
          Objection to Claims Solely with Respect to the Claim of Jamie Stack (Claim No.
          14139)

i.        Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of
          Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the
          Claim of Sarah B. Harris [Claim No. 14314] (Docket No. 9869)

j.        Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of
          Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the
          Claim of Jean S. Hamby [Claim No. 13896] (Docket No. 9870)

k.       Notice of Hearing (Re: related document(s)[7013] Objection to Claim filed by
          Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on
          behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 3/22/2011
          at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
          Richmond, Virginia. (Docket No. 9985)

l.        Stipulation *TO CONSOLIDATE OBJECTION TO CLAIM WITH PENDING
          ADVERSARY PROCEEDING* By Circuit City Stores, Inc. Liquidating Trust and
          Between SAP INDUSTRIES, INC., FKA SAP RETAIL INC (Docket No. 10103)

m.      Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS SEVENTIETH
          OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
          CLAIM OF MOBILE EDGE [CLAIM NO. 3788]* (Docket No. 10085)

n.       Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS SEVENTIETH
          OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN (I) NO
          LIABILITY (LEGAL CLAIMS); (II) NO LIABILITY (SATISFIED CLAIMS); (III)
          NO LIABILITY (HUMAN RESOURCES CLAIMS) AND (IV) NO LIABILITY
          (MISCELLANEOUS CLAIMS)) SOLELY WITH RESPECT TO THE CLAIM OF
          CURTISS McGOUGH (CLAIM NO. 3439)* (Docket No. 10087)

o.       Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of
          Certain (i) No Liability (Legal Claims); (ii) No Liability (Satisfied Claims); (iii)
          No Liability (Human Resources Claims); and (iv) No Liability (Miscellaneous
          Claims)) Solely as it Relates to the Claim of Albert Flowers, Jr. (Docket No.
          10242)

Objection
Deadline:                   April 22, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                         See attached <u>Exhibit A</u>.

Status:        For the two claims for which the objection is still pending, this status
               hearing is adjourned to June 9, 2011 at 2:00 p.m.  See attached <u>Exhibit A.</u>

15.    Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain
       Misclassified Administrative Claims) (Docket No. 7460)

       Related
       Documents:

       a.      Order on Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of
               Certain Misclassified Administrative Claims) (Docket No. 7858)

       b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
               Debtors, the Equal Employment Opportunity Commission, Jamal Booker and
               Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth
               Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230
               and 4238 (Docket No. 8138)

       Objection
       Deadline:      June 1, 2010 at 4:00 p.m.

       Objections/
       Responses
       Filed:         See attached <u>Exhibit A</u>

       Status:        For the two claims for which the objection is still pending, this matter is
                      adjourned to June 9, 2011 at 2:00 p.m.  See attached <u>Exhibit A</u>.

16.    Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal
       Claims) (Docket No. 7874)

       Related
       Documents:

       a.      Order on Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of
               Certain Legal Claims) (Docket No. 8199)

       b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
               Debtors and James Fouskey Resolving the Debtors' Seventy-Ninth Omnibus
               Objection to Claim No. 4017 (Docket No. 8733)

c.   Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Richard Grande Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 6242 (Docket No. 8739)

d.   Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 6008 (Docket No. 8740)

e.   Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 4767 (Docket No. 8744)

f.   Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Anna Thomas Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 3145 (Docket No. 8777)

g.   Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Leedell Murphy Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 5832 (Docket No. 8841).

h.   Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF DENISE K. FISHER [CLAIM NO. 3544]* (Docket No. 9903)

i.   Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF MARY LOPRESTI [CLAIM NO. 5401]* (Docket No. 9904)

Objection
Deadline:          July 15, 2010 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:     For those claims for which the objection is still pending, this matter is adjourned to June 9, 2011 at 2:00 p.m.  See attached Exhibit A.

17.   Notice and Objection to Claim of The State Of Hawaii Department Of Taxation - *Liquidating Trust's Objection to Claim Nos. 12051, 12052 And 12054 Filed By The State Of Hawaii Department Of Taxation* (Docket No. 10063)

Related
Documents:

a.   Notice of Hearing *On Liquidating Trust's Objection to Claim Nos. 12051, 12052 and 12054 Filed by the State of Hawaii Department of Taxation* (Re: related

17

document(s)[10063] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 10621)

| | | |
|---|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. | |
| Objections/ Responses Filed: | None | |
| Status: | The Trust will request that the Court sustain the Objection. | |

18.    Notice and Objection to Claim of Louisiana Department Of Revenue - *Objection to Claim Nos. 514, 13514 and 15207 Filed By The Louisiana Department Of Revenue* (Docket No. 10064)

| | |
|---|---|
| Related Documents: | |
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | Informal discussions |
| Status: | A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing.  During the status hearing the Trust will advise the Court that the status hearing will be adjourned to June 9, 2011 at 2:00 p.m. |

19.    Notice and Objection to Claim of The State Of California Employment Development Department - *Liquidating Trust's Objection to Claim No. 12316 Filed By The State Of California Employment Development Department*  (Docket No. 10065)

Related Documents:

a.    Notice of Hearing *On Liquidating Trust's Objection to Claim No. 12316 Filed by the State of California Employment Development Department* (Re: related document(s)[10065] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 10622).

Objection

Deadline:                 April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                    None

Status:                   The Trust will request that the Court sustain the Objection.

20.    Notice and Objection to Claim of California Franchise Tax Board - *Liquidating Trust's Objection to Claim Nos. 12927, 12928, 12929, 13593 and 13594 Filed By The State Of California Franchise Tax Board* (Docket No. 10067)

Related
Documents:

a.    Notice of Hearing on Liquidating Trust's Objection to Claim Nos. 12927, 12928, 12929, 13593 and 13594 Filed by the State of California Franchise Tax Board (Re: related document(s)[10067] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 10623)

Objection
Deadline:                 April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                    None

Status:                   The Trust will request that the Court sustain the Objection.

## III.    RESOLVED MATTERS

21.    Application for Administrative Expenses / Motion for Allowance and Payment of Administrative Expense Claim filed by Robert S. Westermann of Hirschler Fleischer, P.C. on behalf of Marblegate Asset Management (Docket No. 8754)

Related
Documents:               Notice of Motion and Notice of Hearing (Docket No. 8755)

Objection
Deadline:

Objections/
Responses
Filed:                    Adversary case 10-03228. Complaint against Eastman Kodak

Company, Marblegate Special Opportunities Master Fund L.P.
filed by Alfred H. Siegel, Trustee of the Circuit City Stores, Inc.
Liquidating Trust

Objection to *(THE TRUSTEES OPPOSITION TO THE MOTION
OF MARBLEGATE ASSET MANAGEMENT, LLC FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE
CLAIM)* filed by Paula S. Beran of Tavenner & Beran, PLC on
behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No.
9207)

Status:      This matter has been settled pursuant to procedures approved by this
             Court.  Accordingly, the matter may be removed from the Court's docket.


Dated: Richmond, Virginia          TAVENNER & BERAN, PLC
       May 9, 2011


                                   _____*/s/ Paula S. Beran*_____
                                   Lynn L. Tavenner (VA Bar No. 30083)
                                   Paula S. Beran (VA Bar No. 34679)
                                   20 North Eighth Street, 2nd Floor
                                   Richmond, Virginia 23219
                                   (804) 783-8300

                                        - and -

                                   PACHULSKI STANG ZIEHL & JONES LLP
                                   Jeffrey N. Pomerantz, Esq.
                                   Andrew W. Caine, Esq.
                                   10100 Santa Monica Boulevard
                                   Los Angeles, California 90067-4100
                                   (310) 277-6910

                                        - and –

                                   Robert J. Feinstein, Esq.
                                   John A. Morris, Esq.
                                   PACHULSKI STANG ZIEHL & JONES LLP
                                   780 Third Avenue, 36th Floor
                                   New York, New York 10017
                                   (212) 561-7700

                                   Co-Counsel for the Circuit City Stores, Inc.
                                   Liquidating Trust

**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 10024 9722 10020 | 4106 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 22 | Cormark, Inc. | 7304 | 4100 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 31 | Glenn Cordell Duncan | 2722 2725 | 4755 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 31 | Gary R. Lowe | 5144 | 4810 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 3548 | 4811 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 31 | Eisner, Roy | 3025 | 4821 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 31 | Jonathan Card | 6040 | 4823 4943 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 31 | Brad C. King | 3634 | 4842 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 7065 | 4899 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the May 11, 2011 hearing.

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 31 | Antor Media Corporation | 6347 | 4926 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 31 | Joseph Skaf | 8717 | 4946 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 31 | Richard and Deborah Jaynes | 3427 | 4951 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 31 | Unical Enterprises, Inc. | 6555 | 4975 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| | | | | |
| 33 | Sensormatic Electronic Corporation | 6317 | 4906 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| | | | | |
| 36 | Victoria L. Eastwood | 13994 | 4790 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| 36 | Douglas A. Daniluk | 4306 14056 | 4813 4814 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| 36 | Francis E. Telegadas | 5666 | 4824 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| 36 | Christopher N. Crowe | 3601 | 4826 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| 36 | Anne B. Fath | 8662 13935 | 4828 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| 36 | Stephen T. Saunders | 6825 | 4837 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| 36 | David W. Phillips | 9315 | 4844 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| 36 | Corey Rachel | 9996 | 4852 | This matter is resolved pending entry of order reflecting the Court's ruling. |

2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 36 | Elizabeth R. Warren | 13527 4378 | 4910 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| 36 | Michael W. Beam | 13410 6022 | 4958 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| 36 | Laura McDonald | 14432 8108 | 4969 4970 | This matter is resolved pending entry of order reflecting the Court's ruling. |
| | | | | |
| 37 | Highlands County, Florida | 11636 | 4886 | This matter has been resolved and settled pursuant to procedures approved by this Court |
| 37 | City of Brighton, Michigan | 11213 13834 | 5065 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 9, 2011 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 13294 | 5098 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 9, 2011 at 2:00 p.m. |
| 37 | Pierce County, Washington | 14033 14034 | 5111 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 9, 2011 at 2:00 p.m. |
| 37 | Los Angeles County | 13628 | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 9, 2011 at 2:00 p.m. |
| 37 | Monterey County | 14131 | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 9, 2011 at 2:00 p.m. |
| 37 | Placer County, California | 13291 | 4788 4932 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 9, 2011 at 2:00 p.m. |
| | | | | |

DOCS_LA:236008.1

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 60 | Mark Stewart | 9295 | 6082 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 70 | Tribune Company and Los Angeles Times Newspapers Inc. | 13068 | 7255 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 70 | Seagate Technology LLC | 14087 | 7257 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 76 | Lei, Yu-Liang | 13307 | 7584 | Before the Plan's Effective Date, this matter was resolved in principle, subject to completion of settlement documentation.  No such documentation was received before the Effective Date.  The claimant is now deceased.  The estate must be probated prior to anyone having authority to sign the settlement agreement.  Accordingly, the status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 76 | City of Avondale, Arizona | 14496 | 7771 | The claimant has agreed to the relief requested.  This matter is adjourned to June 9, 2011 at 2:00 p.m. pending documentation of the agreement. |
| 79 | Foster, William | 2922 3001 | 7999 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |

4

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 79 | Eisner, Joanne | 3852 | 8003 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 79 | Coleman, Dorothy | 2733 | 8016 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 79 | Blackshear, Brenda | 4333 | 8017 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 79 | Jardan, Sheila A. | 4006 | 8018 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 79 | Evans, Joe | 3600 | 8030 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 79 | Gibson, Thomas H. | 3995 | 8034 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 79 | Martinez, Anthony | 9060 | 8035 | This matter has been resolved pending documentation of the settlement.<br><br>The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 79 | Tully, M.D., Vincent | 1134 | 8041 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 79 | Rollins, James | 14825 | 8054 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 79 | Tinsley, Clementine | 4272 | 8055 | The status hearing on this response is adjourned to June 9, 2011 at 2:00 p.m. |
| 79 | Gervasio, Emilio on behalf of minor Guiseppina Gervasio | 14444 | 8056 | This matter has been resolved and settled pursuant to procedures approved by this Court |
| 80 | Moncayo Settlement Class | 8280 | 8341 | This matter has been resolved and settled pursuant to procedures approved by this Court |

5