IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:                                                        Chapter 11

CIRCUIT CITY STORES, INC., et al.,                            Case No. 08-35653-KRH

Debtors.                                                      Jointly Administered
_____/

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Decatur Plaza I, LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address in regard to Claim No. 12777 for the purposes of administering its claim (as listed on the Debtors' claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

| Former Address | New Address |
|---|---|
| Decatur Plaza I, LLC | Decatur Plaza I, LLC |
| c/o Brad Barkau | c/o LNR Partners, LLC |
| P.O. Box 244 | 1601 Washington Avenue |
| 239 E. St. Louis Street | Suite 700 |
| Nashville, IL 62263 | Miami Beach, FL 33139 |

**[SIGNATURE FOLLOWS ON NEXT PAGE]**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

**LBUBS 2002-C4 East Ash Avenue, LLC as Assignee and Attorney-in-Fact for Decatur Plaza I, LLC**

By: LNR Partners, LLC, its Manager

By: _____

Name: RANDOLPH J. WOLPERT

Title: VICE PRESIDENT

## ASSIGNMENT OF CLAIM

**Decatur Plaza I, LLC**, an Illinois limited liability company ("**Assignor**") for good and valuable consideration, hereby absolutely and unconditionally assigns to **LBUBS 2002-C4 East Ash Avenue, LLC**, an Illinois limited liability company ("**Assignee**"), whose address is c/o LNR Partners, LLC, 1601 Washington Avenue, Suite 700 Miami Beach, Florida 33139, all of its interest in that certain claim filed by or on behalf of Assignor in the bankruptcy of Circuit City Stores, Inc., or any of its affiliates (collectively, "**CCS**") pending in the United States Bankruptcy Court for the Eastern District of Virginia (the "**Court**"), Case No. 08-35653, Claim No. 12777, filed on May 1, 2009, a copy of which is attached hereto as **Exhibit A**, which evidences a claim in the amount of $801,161.28, together with any and all other claims which Assignor has against CCS in any and all respects.

Assignor agrees that, in the event Assignor receives any payments or distributions with respect to any such claims after the date hereof, Assignor shall accept the same as Assignee's agent and shall hold the same in trust on behalf of, and for the sole benefit of, Assignee and shall promptly deliver the same to Assignee. Assignor hereby appoints Assignee as Assignor's attorney-in-fact to (i) give notice to the Court changing the address on the claim to Assignee's address in order to assure delivery of any payment or distribution on the claim to Assignee, (ii) to endorse and deposit any payment or distribution in Assignor's name for Assignee's benefit and (iii) to conduct any negotiation of the claim.

Assignor hereby waives any notice and hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and further stipulates that any necessary order may be entered by the Clerk of the Bankruptcy Court recognizing Assignee as the valid owner and holder of such Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative as of the 24 day of March, 2011.

**Decatur Plaza I, LLC**, an Illinois limited liability company

By: _____
Brad Barkau, Chairman

MIAMI 2468192.1 7249632553

## EXHIBIT A TO ASSIGNMENT OF CLAIM

(see attached page)

MIAMI 2468192.1 7249632553