PRICEGRABBER.COM. INC
5150 Goldleaf Cir
Los Angeles, CA 90056

NOTICE OF CHANGE OF ADDRESS

May 10, 2011

Circuit City Stores, Inc.
c/o Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
New York, NY 10017
Attn: Robert J. Feinstein, Esq.

    RE: PRICEGRABBER.COM, INC. Proof of Claim # 2358 and the Claims Scheduled in the name of PRICEGRABBER.COM LLC

Dear Mr. Feinstein:

    Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

PRICEGRABBER.COM, INC.
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN 55107-2292
Attn: Bridget Greiber
(651) 495-3725
(651) 495-8087 (fax)

With Fax Copy to:
Kyle J Lunde
(206) 344-4677
fax: (206) 344-4630

    You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent Kurtzman Carson Consultants, LLC.

Very truly yours,

Name: Vladimir Jelisavcic
Title: Authorized Signatory

Cc:    Circuit City Claims Processing
       c/o Kurtzman Carson Consultants LLC
       2335 Alaska Avenue
       El Segundo, CA 90245