Suzanne Jett Trowbridge
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV  25301
Telephone:  304-346-7000
Telefax:  (304) 344-0602
Email:  sjt@goodwingoodwin.com

Counsel for 601 Plaza, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------------x
                                                               :    Chapter 11
In re:                                                         :
                                                               :    Case No. 08-35653-KRH
CIRCUIT CITY STORES, INC., et al.,                             :
                                                               :    Jointly Administered
                                        Debtors.               :
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
FOR REMOVAL FROM SERVICE LIST OF ALL NOTICES,
PAPERS AND OTHER DOCUMENTS**

**PLEASE TAKE NOTICE** that Suzanne Jett Trowbridge, Esq. and the law firm of Goodwin & Goodwin, LLP hereby withdraws her appearance in the above-captioned Chapter 11 cases on behalf of 601 Plaza LLC, Pat Minnite, Jr., Judith Rae Minnite, PM Construction Inc. and The PM Company, parties in interest to these bankruptcy proceedings.  Request is hereby made that her name be removed from all notice and mailing lists and that service of any document be discontinued whether by email and first class mail.

Suzanne Jett Trowbridge
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV  25301
Telephone:  304-346-7000
Telefax:  (304) 344-0602
Email:  sjt@goodwingoodwin.com

Dated:  May 12, 2011
        Charleston, West Virginia

**Suzanne Jett Trowbridge, Esq.**
*Counsel for*
*601 Plaza, LLC*
*Pat Minnite, Jr.*
*Judith Rae Minnite*
*PM Construction , Inc.*
*The PM Company*

By:   /s/ Suzanne Jett Trowbridge
    Suzanne Jett Trowbridge, Esq. (WV Bar #4261)
    Goodwin & Goodwin, LLP
    300 Summers Street, Suite 1500
    Charleston, WV  25301
    Telephone:  304-346-7000
    Telefax:  (304) 344-0602
    Email:  sjt@goodwingoodwin.com

CERTIFICATE OF SERVICE

Suzanne Jett Trowbridge, by her signature below, certifies that on May 12, 2011, the foregoing **Notice of Appearance and Request for Service of All Notices, Papers and Other Documents** was served via electronic transmission using the Court's CM/ECF system upon counsel for the Debtors, the Office of the United States Trustee, counsel for the Official Committee of Unsecured Creditors and all parties requesting notice.

 /s/ Suzanne Jett Trowbridge
Suzanne Jett Trowbridge