# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia (Richmond)

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., ET AL.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Fed. R. Bankr. P. 3001(e)(2) of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Mathieu Rosinsky | Bond-Circuit IV Delaware Business Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Mathieu Rosinsky
3450 Northlake Boulevard, Suite 210
Palm Beach Gardens FL 33403
Phone: (561) 622-8886

Last Four Digits of Acct. #: N/A

Court Claim #: 15019[1]
Amount of Claim: $1,589,299.95
Date Claim Filed: April 29, 2010

c/o David V. Vanaskey, V.P. Global Finance
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890-0001
Phone: (302) 636-6019

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

c/o Mark B. Conlan, Esq.,
Gibbons P.C.
One Gateway Center,
Newark, NJ 07102-5310
(973) 596-4545

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _[signature]_     Date: May 9, 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.. 18 U.S.C. §§ 152 & 3571.

---

[1] Transferred claim amends Claim Number 12765 filed on April 30, 2009.

#1630851 v1
042584-64740