**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653 (KRH) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Rules 9007 and 9010(b) of the Federal

Rules of Bankruptcy Procedure, the undersigned appear as attorneys for and on behalf of

**Jantzen Dynamic Corporation,** and request that they be placed on the service list, and,

pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, demand that all

orders, pleadings, notices, motions, and all other documents and papers filed in

connection with this case be served upon the undersigned at the office address set forth

below.

Dated:  May 13, 2011

/s/ Peter D. Bilowz
Christine D. Lynch, Esq.
Peter D. Bilowz, Esq.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.,* | ) | Case No. 08-35653 (KRH) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Peter D. Bilowz, hereby certify that on this 13th day of May, 2011, I caused to

be served a copy of the ***Notice of Appearance and Demand for Service of Papers*** on the

parties set forth on the attached Service List via ECF.


/s/ Peter D. Bilowz
Peter D. Bilowz, Esq.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112

Service List

| | |
|---|---|
| Dion W. Hayes, Esq.<br>McGuireWoods LLP<br>One James Center, 901 E. Cary St.<br>Richmond, VA 23219<br>**Counsel to the Debtors**<br>(via ECF) | Office of the U. S. Trustee<br>600 E. Main St., Suite 301<br>Richmond, VA 23219<br>(via ECF) |
| Lynn L. Tavenner<br>Tavenner & Beran, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, VA 23219<br>**Counsel to the Liquidating Trust**<br>(via ECF) | Jeffrey N. Pomerantz<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd, Suite 1100<br>Los Angeles, CA 90067<br>**Counsel to the Committee**<br>(via ECF) |

2064359.1