**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

---

In re:                                            :
                                                  :    Chapter 11
Circuit City Stores, Inc., et al.                 :
                                                  :    Case No. 08-35653
                                                  :
                            Debtors.              :    (Jointly Administered)

---

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **United Packaging Supply Co**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim No. 375), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

| Former Address | New Address |
|---|---|
| **United Packaging Supply Co**<br>727 Wicker Avenue<br>Bensalem, PA 19020 | **United Packaging Supply Co**<br>c/o Liquidity Solutions, Inc<br>One University Plaza, Suite 312<br>Hackensack, New Jersey 07601 |

I declare under penalty of perjury that the foregoing is true and correct.

**United Packaging Supply Co**

By: _____

Its: _____PRESIDENT_____

Date: _____5/3/11_____

_____
Donald A West
Notary Public

NOTARIAL SEAL
DONALD A WEST
Notary Public
NORTHAMPTON TWP, BUCKS COUNTY
My Commission Expires Oct 22, 2012