

**Changing Your World To Plastic**™

**PLASTI-CART**

May 10, 2011

**US Bankruptcy Court
701 East Broad St., Suite 4000
Richmond, VA 23219**

**Case #08-35653-KRH**

**Please update our address to:**

Plasti-Cart Inc.
17400 Malyn Blvd.
Fraser, MI 48026
586-296-3904
Fax – 586-296-3924

**If you need additional information, please feel free to call me.**

Regards,

*Maureen Jeffrey*
**Maureen Jeffrey
Finance Assistant**

---

**Plasti-Cart, Inc.**
17400 Malyn Blvd.  Fraser, Michigan  48026
Tel: (586) 296-3904 Toll Free: (866) THE CART Fax: (586) 296-3924
e-mail: info@plasti-cart.com Website: www.plasti-cart.com