IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Triangle Equities Junction LLC, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Triangle Equities Junction LLC
Mark D. Taylor, Esq
Kilpatrick Stockton LLP
607 14th NW Ste 900
Washington, DC 20005-2018

**Notice Party(ies)**
Triangle Equities Junction LLC
30 56 Whitestone Expressway
Whitestone, NY 11354

**New Address [Creditor]**
Triangle Equities Junction LLC
HSBC Bank USA NA
VonWin
Dept CH 163554
Palatine, IL 60055-6354

**New Address [Notice Party(ies)]**
Triangle Equities Junction LLC
HSBC Bank USA NA
VonWin
Dept CH 163554
Palatine, IL 60055-6354

Dated: May 6, 2011

Respectfully submitted,

By:
Signature: _____
Print Name: LESTER PETRACCA
Title: MEMBER



**TRIANGLE EQUITIES**
DEVELOPER ▲ OWNER ▲ MANAGER

30-56 Whitestone Expressway
Whitestone, NY 11354
Tel: (718) 463-5757
Fax: (718) 321-8279

May 6, 2011

The Liquidating Trust/The Liquidating Trustee
of Circuit City Stores, Inc.
c/o Crowe Horwath, LLC
Attn: Mr. Alfred Siegel, CPA, CFF
15233 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-2250

Re: Change of Address Notification

Dear Sir:

Please be advised that Triangle Equities Junction LLC, a creditor in the Circuit City Stores, Inc., *et al.* bankruptcy proceedings, has changed its address and requests that services of any pleadings, distributions, notices or correspondence related to this matter be sent to the new address noted below, effective immediately:

| Old Address: | New Address: |
|---|---|
| Triangle Equities Junction LLC | Triangle Equities Junction LLC |
| Mark D. Taylor Esq | HSBC BANK USA NA |
| Kilpatrick Stockton LLP | VonWin |
| 607 14th St NW Ste 900 | Dept CH 16354 |
| Washington, DC 20005-2018 | Palatine, IL 60055-6354 |

By: _____
Name: LESTER PETRACCA
Title: MEMEBER

cc: Pachulski, Stang, Ziehl & Jones, LLP & Kurtzman Carson Consultants, LLC