**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 08-35653-KRH** |
| **CIRCUIT CITY STORES, INC., et. al.** | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## JOINT MOTION TO SUBSTITUTE CHRISTIAN & BARTON LLP AS COUNSEL

LaSalle/Wells Fargo/Midland Creditors,[1] Fulbright & Jaworski L.L.P. and Christian & Barton, LLP hereby request that this Court enter an Order authorizing the substitution of counsel in this matter and approve this Joint Motion to Substitute Christian & Barton, LLP as Counsel for the LaSalle/Wells Fargo/Midland Creditors (the "Joint Motion").

WHEREFORE, LaSalle/Wells Fargo/Midland Creditors request the entry of an Order approving the Joint Motion and substituting Christian & Barton, LLP as counsel.

---

[1] (1) LaSalle Bank National Association, f/k/a LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-1, acting by and through Midland Loan Services, a division of PNC Bank, National Association, in its authorized capacity as special servicer pursuant to that certain Pooling and Servicing Agreement dated as of January 15, 1997; (2) Wells Fargo Bank, N.A., as Trustee for Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1, acting by and through Midland Loan Services, a division of PNC Bank, national Association, in its authorized capacity as special servicer pursuant to the applicable Pooling and Servicing Agreement; (3) LaSalle Bank National Association, f/k/a/ LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-1, acting by and through Midland Loan Servicers, a division of PNC Bank, National Association, in its authorized capacity as special servicer pursuant to the Applicable Pooling and Servicing Agreement; (4) LaSalle Bank national Association, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan Services, a division of PNC Bank, National Association, in its authorized capacity as special servicer pursuant to that certain Pooling and Servicing Agreement Dated as of August 15, 1999; and (5) LaSalle Bank National Association, a nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan Services, a division of PNC Bank, National Association, in its authorized Capacity as special servicer pursuant to that certain Pooling and Servicing Agreement dated as of July 15, 1999 (the "LaSalle/WellsFargo/Midland Creditors")

---

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia  23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112

Proposed Counsel for LaSalle/Wells Fargo/Midland Creditors

| | |
|---|---|
| Date: May 17, 2011 | /s/ Jennifer M. McLemore |
| | Augustus C. Epps, Jr., Esquire (VSB No. 13254) |
| | Michael D. Mueller, Esquire (VSB No. 38216) |
| | Jennifer M. McLemore, Esquire (VSB No. 47164) |
| | Christian & Barton, LLP |
| | 909 E. Main Street, Suite 1200 |
| | Richmond, Virginia 23219-3095 |
| | Telephone: (804) 697-4100 |
| | Facsimile: (804) 697-4112 |
| | |
| | Proposed Counsel for LaSalle/Wells Fargo/Midland Creditors |

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2011, I caused a copy of the foregoing to be served electronically through the ECF system and by regular mail to the following:

| | |
|---|---|
| Clerk of the Bankruptcy Court<br>United States Bankruptcy Court<br>701 East Broad Street – Room 4000<br>Richmond, Virginia 23219 | Jeffrey N. Pomerantz, Esquire<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br><br>*Counsel for the Liquidating Trust* |
| Andrew W. Caine, Esquire<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br><br>*Counsel for the Liquidating Trust* | Lynn L. Tavenner, Esquire<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br><br>*Counsel for the Liquidating Trust* |
| Paula S. Beran, Esquire<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br><br>*Counsel for the Liquidating Trust* | |

/s/ Jennifer M. McLemore
Jennifer M. McLemore

1153242

2