# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.*, § | (Chapter 11) |
| § | (Jointly Administered) |
| Debtors. § | |
| § | |

## PRAECIPE

Ryan, Inc. f/k/a Ryan & Company, Inc. ("Ryan"), by and through the undersigned counsel, respectfully advises the Clerk of the Court that the documents filed on behalf of Ryan in connection with Ryan's *Statement of Issues and Designation of Record on Appeal* (Docket No. 7754) and the *Supplemental Designation of Record on Appeal* (Docket No. 7826) may be destroyed. Questions may be directed to the undersigned counsel.

Dated: May 20, 2011

Respectfully submitted,

/s/ Robert M. Marino
Robert M. Marino, VSB #26076
REDMON PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Telephone: (703) 684-2000
Facsimile: (703-684-5109
Email: rmmarino@rpb-law.com
LOCAL ATTORNEYS FOR RYAN, INC. f/k/a
RYAN & COMPANY, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing *Praecipe* was served by electronic submission on those registered to receive same.

/s/ Robert M. Marino
Robert M. Marino