Founded in 1852
by Sidney Davy Miller

# Miller Canfield

MICHIGAN: Ann Arbor
Detroit • Grand Rapids
Kalamazoo • Lansing
Saginaw • Troy

FLORIDA: Naples
ILLINOIS: Chicago
NEW YORK: New York
CANADA: Toronto • Windsor
CHINA: Shanghai
POLAND: Gdynia
Warsaw • Wrocław

JOHN L. SENICA
TEL (312) 460-4125
E-MAIL senica@millercanfield.com

Miller, Canfield, Paddock and Stone, P.L.C.
225 W. Washington, Suite 2600
Chicago, Illinois 60606
TEL (312) 460-4200
FAX (312) 460-4201
www.millercanfield.com

May 18, 2011

Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245



Re:   In re: Circuit City Stores, Inc.
      Case No. 08-35653
      Landlord Claim No. 8143

Gentlemen:

Please be advised that you have been using an inaccurate address for me and my law firm insofar as your Creditor address lists cite an incorrect Suite number. (See Exhibit A attached).

Your error recently resulted in our not receiving some critical court papers, including the Liquidating Trust's Fifteenth Omnibus Objection to Landlord Claims.

Please delete Suite 600 and replace with Suite 2600, consistent with the 2009 Proof of Claim we filed on behalf of our client Evergreen Plaza Associates I, L.P.. Please note this for all future correspondence in the Circuit City case.

Very truly yours,

Miller, Canfield, Paddock and Stone, P.L.C.

By: _____
John L. Senica, Principal

JLS/sc
cc:   Clerk of the Bankruptcy Court, Richmond, VA
      Victoria Newmark
      Lynette DeRose

19,080,571.1\088888-03718

# Creditor Data for Claim Number 8143

Help

| Creditor:<br>Evergreen Plaza Associates I LP<br>John L Senica Esq<br>Miller Canfield Paddock and Stone PC<br>225 W Washington St Ste 600 *(Suite 2600)*<br>Chicago, IL 60606 | Date Claim Filed: 1/29/2009<br>Claim #: 8143 |
|---|---|

| Notice Party(ies): |
|---|

**Debtor Name:** Circuit City Stores, Inc.
**Debtor Case Number:** 08-35653

|  | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|---|---|---|---|---|---|---|
| GU |  |  |  |  | $854,040.03 | $854,040.03 |
| PRI |  |  |  |  |  |  |
| SEC |  |  |  |  |  |  |
| AP |  |  |  |  |  |  |
| AS |  |  |  |  |  |  |
| TOTALS |  |  |  |  | $854,040.03 | $854,040.03 |

*C=Contingent, U=Unliquidated, D=Disputed

## Transfer History

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found |

## Objection History

| Date Created | Name | Basis | Status |
|---|---|---|---|
| 2/27/2011 | Liquidating Trust's Fifteenth Omnibus Objection to Landlord Claims (Reduction of Partially Invalid Claims, Reclassification of Misclassified Claims, Disallowance of Certain Invalid, Late Filed, Duplicate, and Amended Claims) | Partially Invalid Claims | Pending |

## Claim Withdrawal History

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found |

## Stipulation History

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".

**EXHIBIT A**