May 4, 2011

Bruce Senator F-99302
Folsom State Prison
P.O. Box 950
Folsom, Ca. 95763-0950

Clerk of the Court
U.S. Bankruptcy Court
Eastern District of Virginia
701 East Broad St.
Richmond, VA. 23219

BLS
5-17-11

RE: "Claim No. 13082 Opposition To Seventh Omnibus Objection"
Hearing: April 14, 2011

IN RE
Circuit City Stores, Inc
No. 08-35653 KRH

Dear Clerk,

I have not yet received a ruling on my objection which was set for April 14, 2011.

Can you please check, and send me notice as soon as a decision is made, or was made.

Thank You,
Bruce Senator

RICHMOND DIVISION
FILED
MAY 23 2011
CLERK
US BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

TO: Bruce Senator F-99302
Folsom State Prison
P.O. Box 950
Folsom, CA 95763-0950

In re

Case No.

Chapter

**YOU ARE ADVISED AS FOLLOWS CONCERNING THE PAPERS AND/OR INQUIRY SUBMITTED BY YOU:**

____ Counsel filing papers, suits or pleadings, or making an appearance, must be a member of the Bar of this Court or have a member of the Bar of this Court join in the pleading by endorsement. [LBR 2090-1(F)]

____ All pleadings and proposed orders shall include on the first page thereof the name, state bar number, complete mailing address and telephone number of the attorney (or pro se party) filing same and the name of the party whom the attorney represents. [LBR 5005-1(C)(5) and LBR 9022-1]

____ All pleadings, motions and other papers required to be served upon a party shall be accompanied by a proof of service signed by counsel (or pro se party) certifying that copies were served and detailing date and manner of service. If less than all parties were served, proof of service shall name parties served. [LBR 2002-1(F)]

____ Proposed orders must be accompanied by a list of parties with mailing addresses of all parties to receive notice of entry thereof. [LBR 9022-1(B)]

____ Proposed order shall contain either a certification that proposed order has been endorsed by all necessary parties or that it has been served upon all necessary parties with the date and manner of service. [LBR 9022-1(C)]

____ Consent orders shall include a Certification of Endorsement that all necessary parties have endorsed proposed order. [LBR 9022-1(E)]

____ Your request for a certified copy of an order has been received. Please submit certification fee in the amount of $9, plus $.50 per page to photocopy order, payable to "Clerk, U. S. Bankruptcy Court."

____ The information you seek may involve legal questions upon which the Clerk cannot give advice. [28 U.S.C. 955]

____ Your inquiry has been received. Please submit a search fee in the amount of $26, payable to "Clerk, U.S. Bankruptcy Court" **for each name or item searched.**

____ Your request for photocopies has been received. In Alexandria, Norfolk/Newport News, photocopies are provided by an on-site or an off-site copy service. Your check payable to the Clerk is returned. Please contact the appropriate vendor directly:
**Alexandria, Norfolk/Newport News:** Creative Assistant – (757) 624-9990 or fax (757) 624-9998
**Richmond:** Contact the Clerk directly at 701 E. Broad St., Suite 4000, Richmond, VA 23219 or (804) 916-2400

____ The name and address of the Trustee (or Attorney for Debtor) in this case is: [Name of Trustee or Attorney for Debtor]
[Address of Trustee or Attorney for Debtor]

____ This case was closed on _____ [Date of Closing] _____. [If appropriate: The file has been transferred to the Archives. If you wish the file retrieved, please submit fee in the amount of $45, payable to "Clerk, U S. Bankruptcy Court," or you may contact the Clerk for additional options.]

____ [Norfolk/Newport News Cases Only] Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.

____ The following papers are returned to you:

**X** Please include the name of the debtor and case number on all correspondence with the court, so that we can timely file your pleading to the correct case.

*Corrected letter*

*5-17-11*

CLERK, UNITED STATES BANKRUPTCY COURT

Date: 5/10/2011              By /s/ Candace Manley
                                  Deputy Clerk         Telephone Number

[inquiry-ver. 12/09]