Gregory D. Grant (VSB No. 31784)
Shulman, Rogers, Gandal,
  Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone: (301) 230-5200 or
            (703) 684-5200
Facsimile: (301) 230-2891
ggrant@shulmanrogers.com

*Local Counsel for S.M. Wilson & Company*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, et al. | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtors. | ) | |
| ------------------------------------------------------) | | |
| | ) | |
| ALFRED H. SIEGEL, AS TRUSTEE OF | ) | |
| THE CIRCUIT CITY STORES, INC. | ) | |
| LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 10-03408-KRH |
| | ) | |
| S.M. WILSON & CO., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### ON BEHALF OF S.M. WILSON & COMPANY AND
### REQUEST TO BE REMOVED FROM MATRIX AND E-NOTICING

Please note that the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A. hereby

withdraws its appearance in the above-captioned matters and further requests that it, Mr.

Gregory D. Grant, Esq., and all associated firm personnel be removed from the matrix and all

further E-Noticing for these matters.

Respectfully submitted:

/s/ Gregory D. Grant

Gregory D. Grant (VSB No. 31784)
SHULMAN, ROGERS, GANDAL,
  PORDY & ECKER, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone:  (301) 230-5200 or (703) 684-5200
Fax: (301) 230-2891
Email:  ggrant@shulmanrogers.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2011, the foregoing was electronically filed with the

Clerk of the Bankruptcy Court for the Eastern District of Virginia, using the Court's ECF

System, which thereby caused the above to be served electronically on all registered users of the

ECF system that have filed notices of appearance in this matter.

/s/  Gregory D. Grant
Gregory D. Grant (VSB No. 31784)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone:  (301) 230-5200 or
          (703) 684-5200
Facsimile:  (301) 230-2891
ggrant@shulmanrogers.com

*Counsel for S.M. Wilson & Co.*