## Exhibit A

## Affidavit of Paul Krassopoulos

I, Paul Krassopoulos, Senior Property Accountant for HallKeen Management, Inc., property manager for GRE Grove Street One LLC, a Delaware limited liability company ("Landlord"), owner of 165 Grove Street, Franklin, Massachusetts (the "Building"), do hereby declare the following:

1. Landlord is the owner of the Building and is the landlord under that certain Lease, dated August 27, 2002, by and between One Grove Street LLC, a Massachusetts limited liability company, predecessor-in-interest to Landlord ("Predecessor Landlord"), and Circuit City Stores, Inc. ("Debtor"), as amended by that certain First Amendment to Lease, dated April 15, 2007, by and between Predecessor Landlord and Debtor, as affected by that certain Assignment and Assumption of Leases, dated July 13, 2007, by and between Predecessor Landlord and Landlord, as extended by that certain letter dated March 21, 2008 (collectively, the "Lease"), pertaining to certain premises comprised of 8,198 square feet of rentable area located in the Building (the "Premises").

2. In my capacity as Senior Property Accountant, I am familiar with the amounts invoiced to Debtor and paid by Debtor during the time period commencing on November 11, 2008 (the day after the Petition Date), and ending on February 28, 2009 (collectively, the "Accrual Period").

3. Throughout the term of the Lease, Landlord sent Debtor an invoice each month indicating the amounts due and owing under the Lease for the upcoming month. Debtor typically paid each invoice on or prior to the fifth (5th) day of the month in which it was due.

4.  With respect to the Accrual Period, Landlord delivered to Debtor an invoice dated November 1, 2008, and attached as Schedule 1 hereto (the "November 2008 Invoice"). Debtor did not pay the amounts due and owing as set forth in the November 2008 Invoice.

5.  Landlord delivered to Debtor an invoice dated November 20, 2008, for amounts due and owing for the month of December 2008. Debtor rendered payment to Landlord for such amounts. A copy of the payment check and invoice information are attached as Schedule 2 hereto ("December 2008 Payment").

6.  Landlord delivered to Debtor an invoice dated December 18, 2008, for amounts due and owing for the month of January 2009. Debtor rendered payment to Landlord for certain portions of such amounts. A copy of the payment check and invoice information are attached as Schedule 3 hereto ("January 2009 Payment").

7.  Landlord delivered to Debtor an invoice dated January 27, 2009, for amounts due and owing for the month of February 2009. Debtor rendered payment to Landlord for certain portions of such amounts. A copy of the payment check and invoice information are attached as Schedule 4 hereto ("February 2009 Payment").

8.  A copy of Landlord's accounting ledger, indicating which charges were made, which payments were received and how such charges and payments were credited, is attached as Schedule 5 hereto (the "Landlord Accounting Ledger"). To summarize, during the Accrual Period, the following expenses due from Debtor accrued under the Lease:

| Line Item | Amount Due | Amount Paid | Amount Unpaid |
|---|---|---|---|
| Base Rent, November 11 – November 30, 2008 | $ 3,635.59 | $ - | $ 3,635.59 |
| Operating Expenses ("CAM"), November 11 – November 30, 2008 | $ 304.12 | $ - | $ 304.12 |
| Real Estate Taxes, November 11 – November 30, 2008 | $ 305.88 | $ - | $ 305.88 |
| CAM True Up, November 11 – November 30, 2008 | $ 219.85 | $ - | $ 219.85 |
| Base Rent, December 1 – December 31, 2008 | $ 5,453.38 | $ 5,453.38 | $ - |
| CAM, December 1 – December 31, 2008 | $ 456.18 | $ 456.18 | $ - |
| Real Estate Taxes, December 1 – December 31, 2008 | $ 458.82 | $ 458.82 | $ - |
| CAM True Up, December 1 – December 31, 2008 | $ 329.77 | $ - | $ 329.77 |
| Base Rent, January 1 – January 31, 2009 | $ 5,453.38 | $ 5,453.38 | $ - |
| CAM, December 1 – January 1 – January 31, 2009 | $ 456.18 | $ 456.18 | $ - |
| Real Estate Taxes, January 1 – January 31, 2009 | $ 458.82 | $ 458.82 | $ - |
| Base Rent, February 1 – February 28, 2009 | $ 5,453.38 | $ 5,453.38 | $ - |
| CAM, February 1 – February 28, 2009 | $ 751.50 | $ 751.50 | $ - |
| Real Estate Taxes, February 1 – February 28, 2009 | $ 619.84 | $ 458.82 | $ 161.02 |
| TOTAL: | $ 24,356.69 | $ 19,400.46 | $ 4,956.23 |

9. Accordingly, Landlord is owed a total of $4,956.23 for unpaid rent and expenses that accrued under the Lease during the Accrual Period.

EXECUTED as of this sixth (6th) day of April, 2011.

*[signature: Paul Krasp]*
Paul Krassopoulos,
Senior Property Accountant

**Schedule 1 to Exhibit A**

November 2008 Invoice

(see attached)

GRE Grove Street One, LLC
165 Grove Street
Fanklin, MA   02241-4014

## INVOICE

Circuit City Stores, Inc  
9950 Mayland Drive  
Attn: VP Real Estate & Constru  
Richmond, VA   23233-1464

Date:      11-01-08  
Account:   CircCity

Amount enclosed: _____

**Please enclose this portion with your remittance.**

Make checks payable to:
  GRE Grove Street One, LLC
  P.O. Box 414014
  Boston, MA   02241-4014

Invoice for:                                              Invoice date
  Circuit City Stores, Inc                                 11-01-2008
  9950 Mayland Drive
  Attn: VP Real Estate & Constru
  Richmond, VA   23233-1464

| Unit | Due Date | Description | Amount |
|------|----------|-------------|--------|
| 30-001-CU | 09-30-2008 | Open Credit from Ck # 4562781 | 158.84- |
| 30-001-CU | 11-01-2008 | CAM Charge | 915.00 |
| 30-001-CU | 11-01-2008 | Commercial Rent Bldg 1 | 5,294.54 |

Balance:   6,050.70*

NOTE:

Payment upon receipt.

Please pay by due date to avoid late charges.

**Schedule 2 to Exhibit A**

December 2008 Payment

(see attached)

| INV DATE | INV NUMBER | AMOUNT | BATCH-VOUCHER | INV DATE | INV NUMBER | AMOUNT | BATCH-VOUCHER |
|---|---|---|---|---|---|---|---|
| 11/20/08 | CAM 000008337 | 456.18 | 05061738 | | | | |
| 11/20/08 | RENT 000008337 | 5,453.38 | 05061737 | | | | |
| 11/20/08 | RETAX 000008337 | 458.82 | 05061739 | | | | |

| CHECK NUMBER: | 0004581704 | VENDOR NUMBER: | 0002744866 | CHECK TOTALS: | ****$6,368.38 |



Batch: 8415227

| LOCKBOX | BATCH | ITEM | IMAGE | DATE | AMOUNT |
|---|---|---|---|---|---|
| 414014 | 1 | 1 | 1 | December 05, 2008 | $ 6,368.38 |
| BOSTON SITE | | | | | |

## Schedule 3 to Exhibit A

January 2009 Payment

(see attached)



**Schedule 4 to Exhibit A**

February 2009 Payment

(see attached)



**Schedule 5 to Exhibit A**

Landlord Accounting Ledger

(see attached)

HallKeen Management Inc  
04-05-2011    Page 1

# Tenant Activity Report

Accounting Date Range: From 09-01-2008 To 04-30-2011  
Property: 307309 GRE Grove Street One, LLC  
Tenant: CircCity Circuit City Stores, Inc    Unit: 30-001-CU  
Lease: 307309030-001-CU Revision: 0

| Accounting Date | Charge Date | Charge Type | Description | Check # or ID | Beginning Balance As of 09-01-2008 | Charges | Payments | Adjustments | Apply/Refund Credits | Apply/Forfeit Dep/Int | Ending Balance As of 04-30-2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-01-2008 | 09-01-2008 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | |
| 09-01-2008 | 09-01-2008 | CMRT1 | Commercial Rent Bldg 1 | | | 5,294.54 | .00 | .00 | .00 | .00 | |
| 09-04-2008 | 09-01-2008 | CAM | CAM Payment | 4554990 | | .00 | (915.00) | .00 | .00 | .00 | |
| 09-04-2008 | 09-01-2008 | CMRT1 | Commercial Rent Payment Bldg 1 | 4554990 | | .00 | (5,294.54) | .00 | .00 | .00 | |
| 09-30-2008 | 09-30-2008 | CMRT1 | Open Credit from Ck # 4562781 | 4562781 | | .00 | (453.64) | .00 | .00 | .00 | |
| 09-30-2008 | 09-30-2008 | CAM | CAM Payment | 4562781 | | .00 | (915.00) | .00 | .00 | .00 | |
| 10-01-2008 | 10-01-2008 | CMRT1 | Commercial Rent Payment Bldg 1 | 4562781 | | .00 | (5,294.54) | .00 | .00 | .00 | |
| 10-01-2008 | 10-01-2008 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | 452.78 |
| 10-01-2008 | 10-01-2008 | CMRT1 | Commercial Rent Bldg 1 | | | 5,294.54 | .00 | .00 | .00 | .00 | |
| 10-23-2008 | 10-23-2008 | CAM | 2007 CAM true up | | | 571.62 | .00 | .00 | .00 | .00 | |
| 11-01-2008 | 11-01-2008 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | (929.98) |
| 11-01-2008 | 11-01-2008 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 11-02-2008 | 11-02-2008 | CMRT1 | Commercial Rent Oct Increase | | | 158.83 | .00 | .00 | .00 | .00 | |
| 11-19-2008 | 09-30-2008 | | Apply Credit | | | .00 | .00 | .00 | 158.83 | .00 | |
| 11-19-2008 | 11-02-2008 | CMRT1 | Apply Credit | | | .00 | .00 | .00 | (158.83) | .00 | |
| 12-01-2008 | 12-01-2008 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | (10,897.22) |
| 12-01-2008 | 12-01-2008 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 12-05-2008 | 11-01-2008 | CMRT1 | Commercial Rent Payment Bldg 1 | 4581704 | | .00 | (5,453.37) | .00 | .00 | .00 | |
| 12-05-2008 | 12-01-2008 | CAM | CAM Payment | 4581704 | | .00 | (915.00) | .00 | .00 | .00 | |
| 12-05-2008 | 12-05-2008 | | Open Credit ck # 4581704 | 4581704 | | .00 | (.01) | .00 | .00 | .00 | |
| 01-01-2009 | 01-01-2009 | CAM | 2008 CAM true up | | | 3,957.25 | .00 | .00 | .00 | .00 | (10,897.21) |
| 01-01-2009 | 01-01-2009 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | |
| 01-01-2009 | 01-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 01-05-2009 | 11-01-2008 | CAM | CAM Payment | 4591178 | | .00 | (915.00) | .00 | .00 | .00 | |
| 01-05-2009 | 12-01-2008 | CMRT1 | Commercial Rent Payment Bldg 1 | 4591178 | | .00 | (5,453.37) | .00 | .00 | .00 | |
| 01-05-2009 | 01-05-2009 | | Open Credit ck# 4591178 | 4591178 | | .00 | (.01) | .00 | .00 | .00 | |
| 02-01-2009 | 02-01-2009 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | 11,058.22 |
| 02-01-2009 | 02-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 02-04-2009 | 01-01-2009 | CMRT1 | Commercial Rent Payment Bldg 1 | 4598726 | | .00 | (5,453.37) | .00 | .00 | .00 | |
| 02-04-2009 | 02-01-2009 | CAM | CAM Payment | 4598726 | | .00 | (915.00) | .00 | .00 | .00 | |
| 03-01-2009 | 03-01-2009 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | |
| 03-01-2009 | 03-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 04-01-2009 | 04-01-2009 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | |
| 04-01-2009 | 04-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 05-01-2009 | 05-01-2009 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | |
| 05-01-2009 | 05-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 06-01-2009 | 06-01-2009 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | |
| 06-01-2009 | 06-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 07-01-2009 | 07-01-2009 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | |
| 07-01-2009 | 07-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 08-01-2009 | 08-01-2009 | CAM | Voided - CAM Charge | | | .00 | .00 | .00 | .00 | .00 | |
| 08-01-2009 | 08-01-2009 | CMRT1 | Voided - Commercial Rent Bldg | | | .00 | .00 | .00 | .00 | .00 | |
| 08-31-2009 | 05-01-2009 | CAM | Apply Credit | | | .00 | .00 | (571.68) | .00 | .01 | |
| 08-31-2009 | 09-30-2008 | | Apply Credit | | | .00 | .00 | .00 | .00 | (.03) | |
| 08-31-2009 | 10-23-2008 | | Apply Credit | | | .00 | .00 | (3,957.25) | .00 | .01 | |
| 08-31-2009 | 12-23-2008 | CAM | Apply Credit | | | .00 | .00 | (915.00) | .00 | .01 | |
| 08-31-2009 | 01-05-2009 | CAM | Bad Debt | | | .00 | .00 | (5,453.37) | .00 | .00 | |
| 08-31-2009 | 02-01-2009 | CAM | Apply Credit | | | .00 | .00 | .00 | .00 | .01 | |
| 08-31-2009 | 02-01-2009 | CAM | Bad Debt | | | .00 | .00 | (161.01) | .00 | .00 | |
| 08-31-2009 | 03-01-2009 | CAM | Bad Debt | | | .00 | .00 | (1,371.34) | .00 | .00 | |
| 08-31-2009 | 03-01-2009 | CMRT1 | Bad Debt | | | .00 | .00 | (5,453.37) | .00 | .00 | |
| 08-31-2009 | 04-01-2009 | CAM | Bad Debt | | | .00 | .00 | (1,371.34) | .00 | .00 | |
| 08-31-2009 | 04-01-2009 | CMRT1 | Bad Debt | | | .00 | .00 | (5,453.37) | .00 | .00 | |
| 08-31-2009 | 05-01-2009 | CAM | Bad Debt | | | .00 | .00 | (1,371.34) | .00 | .00 | |
| 08-31-2009 | 05-01-2009 | CMRT1 | Bad Debt | | | .00 | .00 | (5,453.37) | .00 | .00 | |
| 08-31-2009 | 06-01-2009 | CAM | Bad Debt | | | .00 | .00 | (1,371.34) | .00 | .00 | |
| 08-31-2009 | 06-01-2009 | CMRT1 | Bad Debt | | | .00 | .00 | (5,453.37) | .00 | .00 | |

HallKeen Management Inc

**Tenant Activity Report**

04-05-2011    Page 2

Accounting Date Range:  From  09-01-2008  To  04-30-2011
Property: 307309 GRE Greve Street One, LLC

Tenant: CircCity Circuit City Stores, Inc     Unit: 30-001-CU
Lease: 30730030-001-CU Revisn: 0

| Accounting Date | Charge Date | Charge Type | Description | Check # or ID | Beginning Balance As of 09-01-2008 | Charges | Payments | Adjustments | Apply/ Refund Credits | Apply/ Forfeit/ Deplist | Ending Balance As of 04-30-2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-31-2009 | 07-01-2009 | CAM | Bad Debt | | | .00 | .00 | (1,371.34) | .00 | .00 | |
| 08-31-2009 | 07-01-2009 | CMRT1 | Bad Debt | | | .00 | .00 | (5,453.37) | .00 | .00 | |
| 09-01-2009 | 09-01-2009 | CAM | Voided - CAM Charge | | | .00 | .00 | .00 | .00 | .00 | |
| 09-01-2009 | 09-01-2009 | CMRT1 | Voided - Commercial Rent Bldg | | | .00 | .00 | .00 | .00 | .00 | |
| | | | Unit 30-001-CU Totals: | | .00 | 77,160.15* | (31,978.38)* | (45,181.77)* | .00* | .00* | .00 |
| | | | Lease 30730030-001-CU Totals: | | .00 | 77,160.15* | (31,978.38)* | (45,181.77)* | .00* | .00* | .00* |
| | | | Tenant CircCity Totals: | | .00* | 77,160.15* | (31,978.38)* | (45,181.77)* | .00* | .00* | .00* |
| | | | Property 307309 Totals: | | .00* | 77,160.15* | (31,978.38)* | (45,181.77)* | .00* | .00* | .00* |

# LERNER & HOLMES PC
*Attorneys at Law*

*Jessica N. Stokes*  *Direct Dial: 617.443.9472*
*Email: jstokes@lh-law.com*

April 6, 2011

**BY OVERNIGHT MAIL**

Clerk of the Bankruptcy Court
United Stated Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Re: Circuit City Stores, Inc., Case No. 08-35653-KRH, United States Bankruptcy Court for
the Eastern District of Virginia
Landlord's Response to Objection

Dear Sir/Madam:

On behalf of GRE Grove Street One LLC (the "Landlord"), owner of the property located at 165 Grove Street, Franklin, Massachusetts, I have enclosed one (1) original and one (1) copy of Landlord's Response to Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims) dated April 6, 2011 (the "Landlord's Response to Objection"), which Landlord hereby files in connection with the above-referenced cases.

For ease of reference, Landlord's Proof of Claim for postpetition rent and expenses was identified in that certain Notice of Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims), dated February 28, 2011 (the "Notice of Objection"), as Claim No. 12062.

Please date stamp the enclosed copy of the Landlord's Response to Objection and return it to me in the enclosed pre-paid Federal Express envelope.

Please forward to me copies of any additional court documentation filed since February 28, 2011(the date of the Notice of Objection), relating to Claim No. 12062, and please do not hesitate to call me with any questions regarding the enclosed.

*Two Center Plaza, Suite 415*
*Boston, MA 02108*
*617.443.9470    Fax 617.443.9471*

Clerk of the Bankruptcy Court
United Stated Bankruptcy Court
April 6, 2011
Page 2 of 2

Very truly yours,

*Jessica N. Stokes* (signature)

Jessica N. Stokes

Enclosures and return FedEx envelope enclosed

cc:  Jeffrey N. Pomerantz, Esq. (By Overnight Mail and Telecopy)
     Andrew W. Caine, Esq.
     (admitted *pro hac vice*)
     PACHULSKI STANG ZIEHL & JONES LLP
     10100 Santa Monica Boulevard
     Los Angeles, California 90067-4100
     Telephone: (310) 277-6910
     Telecopy: (310) 201-0760

     Lynn L. Tavenner, Esq. (VA Bar No. 30083) (By Overnight Mail and Telecopy)
     Paula S. Beran, Esq. (VA Bar No. 34679)
     TAVENNER & BERAN, PLC
     20 North Eighth Street, 2nd Floor
     Richmond, Virginia 23219
     Telephone: (804) 783-8300
     Telecopy: (804) 783-0178

     Denison M. Hall (By Email)
     Adam S. Berger (By Email)
     Owen Hall (By Email)
     Paul Krassopoulos (By Email)
     Chad Boulay (By Email)
     Debra McCormack (By Email)
     Daniel P. Holmes, Esq. (By Email)