## Exhibit A

### Affidavit of Paul Krassopoulos

I, Paul Krassopoulos, Senior Property Accountant for HallKeen Management, Inc., property manager for GRE Grove Street One LLC, a Delaware limited liability company ("Landlord"), owner of 165 Grove Street, Franklin, Massachusetts (the "Building"), do hereby declare the following:

1. Landlord is the owner of the Building and is the landlord under that certain Lease, dated August 27, 2002, by and between One Grove Street LLC, a Massachusetts limited liability company, predecessor-in-interest to Landlord ("Predecessor Landlord"), and Circuit City Stores, Inc. ("Debtor"), as amended by that certain First Amendment to Lease, dated April 15, 2007, by and between Predecessor Landlord and Debtor, as affected by that certain Assignment and Assumption of Leases, dated July 13, 2007, by and between Predecessor Landlord and Landlord, as extended by that certain letter dated March 21, 2008 (collectively, the "Lease"), pertaining to certain premises comprised of 8,198 square feet of rentable area located in the Building (the "Premises").

2. In my capacity as Senior Property Accountant, I am familiar with the amounts invoiced to Debtor and paid by Debtor during the time period commencing on November 11, 2008 (the day after the Petition Date), and ending on February 28, 2009 (collectively, the "Accrual Period").

3. Throughout the term of the Lease, Landlord sent Debtor an invoice each month indicating the amounts due and owing under the Lease for the upcoming month. Debtor typically paid each invoice on or prior to the fifth (5th) day of the month in which it was due.

4. With respect to the Accrual Period, Landlord delivered to Debtor an invoice dated November 1, 2008, and attached as Schedule 1 hereto (the "November 2008 Invoice"). Debtor did not pay the amounts due and owing as set forth in the November 2008 Invoice.

5. Landlord delivered to Debtor an invoice dated November 20, 2008, for amounts due and owing for the month of December 2008. Debtor rendered payment to Landlord for such amounts. A copy of the payment check and invoice information are attached as Schedule 2 hereto ("December 2008 Payment").

6. Landlord delivered to Debtor an invoice dated December 18, 2008, for amounts due and owing for the month of January 2009. Debtor rendered payment to Landlord for certain portions of such amounts. A copy of the payment check and invoice information are attached as Schedule 3 hereto ("January 2009 Payment").

7. Landlord delivered to Debtor an invoice dated January 27, 2009, for amounts due and owing for the month of February 2009. Debtor rendered payment to Landlord for certain portions of such amounts. A copy of the payment check and invoice information are attached as Schedule 4 hereto ("February 2009 Payment").

8. A copy of Landlord's accounting ledger, indicating which charges were made, which payments were received and how such charges and payments were credited, is attached as Schedule 5 hereto (the "Landlord Accounting Ledger"). To summarize, during the Accrual Period, the following expenses due from Debtor accrued under the Lease:

| Line Item | Amount Due | Amount Paid | Amount Unpaid |
|---|---|---|---|
| Base Rent, November 11 – November 30, 2008 | $ 3,635.59 | $ - | $ 3,635.59 |
| Operating Expenses ("CAM"), November 11 – November 30, 2008 | $ 304.12 | $ - | $ 304.12 |
| Real Estate Taxes, November 11 – November 30, 2008 | $ 305.88 | $ - | $ 305.88 |
| CAM True Up, November 11 – November 30, 2008 | $ 219.85 | $ - | $ 219.85 |
| Base Rent, December 1 – December 31, 2008 | $ 5,453.38 | $ 5,453.38 | $ - |
| CAM, December 1 – December 31, 2008 | $ 456.18 | $ 456.18 | $ - |
| Real Estate Taxes, December 1 – December 31, 2008 | $ 458.82 | $ 458.82 | $ - |
| CAM True Up, December 1 – December 31, 2008 | $ 329.77 | $ - | $ 329.77 |
| Base Rent, January 1 – January 31, 2009 | $ 5,453.38 | $ 5,453.38 | $ - |
| CAM, December 1 – January 1 – January 31, 2009 | $ 456.18 | $ 456.18 | $ - |
| Real Estate Taxes, January 1 – January 31, 2009 | $ 458.82 | $ 458.82 | $ - |
| Base Rent, February 1 – February 28, 2009 | $ 5,453.38 | $ 5,453.38 | $ - |
| CAM, February 1 – February 28, 2009 | $ 751.50 | $ 751.50 | $ - |
| Real Estate Taxes, February 1 – February 28, 2009 | $ 619.84 | $ 458.82 | $ 161.02 |
| TOTAL: | $ 24,356.69 | $ 19,400.46 | $ 4,956.23 |

9.   Accordingly, Landlord is owed a total of $4,956.23 for unpaid rent and expenses that accrued under the Lease during the Accrual Period.

EXECUTED as of this sixth (6th) day of April, 2011.

*Paul Krasso* (signature)
Paul Krassopoulos,
Senior Property Accountant

**Schedule 1 to Exhibit A**

November 2008 Invoice

(see attached)

GRE Grove Street One, LLC  
165 Grove Street  
Fanklin, MA  02241-4014

## INVOICE

Circuit City Stores, Inc  
9950 Mayland Drive  
Attn: VP Real Estate & Constru  
Richmond, VA  23233-1464

Date:     11-01-08  
Account:  CircCity  

Amount enclosed: _____

**Please enclose this portion with your remittance.**

Make checks payable to:  
GRE Grove Street One, LLC  
P.O. Box 414014  
Boston, MA  02241-4014

Invoice for:  
Circuit City Stores, Inc  
9950 Mayland Drive  
Attn: VP Real Estate & Constru  
Richmond, VA  23233-1464

Invoice date  
11-01-2008

| Unit | Due Date | Description | Amount |
|---|---|---|---|
| 30-001-CU | 09-30-2008 | Open Credit from Ck # 4562781 | 158.84- |
| 30-001-CU | 11-01-2008 | CAM Charge | 915.00 |
| 30-001-CU | 11-01-2008 | Commercial Rent Bldg 1 | 5,294.54 |

Balance:  6,050.70*

NOTE:

**Payment upon receipt.**

**Please pay by due date to avoid late charges.**

**Schedule 2 to Exhibit A**

December 2008 Payment

(see attached)

| INV DATE | INV NUMBER | AMOUNT | BATCH-VOUCHER | INV DATE | INV NUMBER | AMOUNT | BATCH-VOUCHER |
|---|---|---|---|---|---|---|---|
| 11/20/08 | CAM 000008337 | 456.18 | 05061738 | | | | |
| 11/20/08 | RENT 000008337 | 5,453.38 | 05061737 | | | | |
| 11/20/08 | RETAX 000008337 | 458.82 | 05061739 | | | | |

CHECK NUMBER: 0004581704    VENDOR NUMBER: 0002744866    CHECK TOTALS: ****$6,368.38



CIRCUIT CITY.
CIRCUIT CITY STORES, INC. (SU)
9950 MAYLAND DRIVE
RICHMOND, VA 23233
(804) 418-8148
VENDOR NUMBER: 0002744866

SUNTRUST BANK
ATLANTA, GEORGIA
64-79/611

CHECK NUMBER
0004581704

PAY - Six thousand three hundred sixty eight and 38/100 Dollars

PAY EXACTLY
******$6,368.38

TO THE ORDER OF
GRE GROVE STREET ONE LLC
PO BOX 414014
BOSTON, MA 02241-4014

DATE: 12/03/08

VOID IF OVER 90 DAYS
CDA NUMBER 8800606660

VOID IF OVER $200,000.00

Bank of America

Batch: 8415227

```
LOCKBOX     BATCH    ITEM    IMAGE         DATE              AMOUNT
414014        1        1       1      December 05, 2008    $ 6,368.38
BOSTON  SITE
```

**Schedule 3 to Exhibit A**

January 2009 Payment

(see attached)



**Schedule 4 to Exhibit A**

February 2009 Payment

(see attached)

**Bank of America**

Batch: 8415346

---

**CIRCUIT CITY**

CIRCUIT CITY STORES, INC. (81)
9950 MAYLAND DRIVE
RICHMOND, VA 23233
(804) 418-8148
VENDOR NUMBER: 0002744868

CHECK NUMBER 00045997726

SUNTRUST BANK
ATLANTA, GEORGIA
64-78/611

DATE 02/02/09     PAY EXACTLY  $6,663.70

VOID IF OVER 60 DAYS
CSA NUMBER 18006000660

VOID IF OVER $200,000.00

PAY  six thousand six hundred sixty three and 70/100 Dollars

TO THE ORDER OF:
GRE GROVE STREET ONE LLC
PO BOX 414014
BOSTON, MA 02241-4014

[signature] B.L.

---

| LOCKBOX | BATCH | ITEM | IMAGE | DATE | AMOUNT |
|---|---|---|---|---|---|
| 414014 | 1 | 1 | 1 | February 04, 2009 | $ 6,663.70 |

BOSTON SITE

| INV DATE | INV NUMBER | AMOUNT | BATCH VOUCHER | INV DATE | INV NUMBER | AMOUNT | BATCH VOUCHER |
|---|---|---|---|---|---|---|---|
| 01/27/09 | CAM 000008874 | 751.50 | 05118802 | | | | |
| 01/27/09 | RENT 000008873 | 5,453.38 | 05118801 | | | | |
| 01/27/09 | RETAX 000008874 | 458.82 | 05118803 | | | | |

**Schedule 5 to Exhibit A**

Landlord Accounting Ledger

(see attached)

Hall(Keen Management Inc                                                                                04-05-2011    Page 1

# Tenant Activity Report

Accounting Date Range:   From  09-01-2008   To   04-30-2011
Property: 307309 GRE Grove Street One, LLC
Tenant: CircCity Circuit City Stores, Inc          Unit: 30-001-CU
Lease: 30730830-001-CU Revision: 0

| Accounting Date | Charge Date | Charge Type | Description | Check # or ID | Beginning Balance As of 09-01-2008 | Charges | Payments | Adjustments | Apply/ Refund Credits | Apply/ Forfeit/ Dep/Int | Ending Balance As of 04-30-2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-01-2008 | 09-01-2008 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | |
| 09-01-2008 | 09-01-2008 | CMRT1 | Commercial Rent Bldg 1 | 4554960 | | 5,264.54 | .00 | .00 | .00 | .00 | |
| 09-04-2008 | 09-01-2008 | CAM | CAM Payment | 4554990 | | .00 | (915.00) | .00 | .00 | .00 | |
| 09-04-2008 | 09-01-2008 | CMRT1 | Commercial Rent Payment Bldg 1 | 4552781 | | .00 | (5,264.54) | .00 | .00 | .00 | |
| 09-30-2008 | 09-30-2008 | CAM | Open Credit from Ck # 4552781 | 4552781 | | .00 | (1,525.00) | .00 | .00 | .00 | |
| 09-30-2008 | 09-30-2008 | CAM | CAM Payment | | | .00 | (915.00) | .00 | .00 | .00 | |
| 10-01-2008 | 10-01-2008 | CMRT1 | Commercial Rent Payment Bldg 1 | 4552781 | | .00 | (5,264.54) | .00 | .00 | .00 | |
| 10-01-2008 | 10-01-2008 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | 417.78 |
| 10-01-2008 | 10-01-2008 | CMRT1 | Commercial Rent Bldg 1 | | | 5,264.54 | .00 | .00 | .00 | .00 | |
| 10-23-2008 | 10-23-2008 | CAM | 2007 CAM true up | | | 571.62 | .00 | .00 | .00 | .00 | |
| 11-01-2008 | 11-01-2008 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | (158.63) |
| 11-01-2008 | 11-01-2008 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 11-02-2008 | 11-02-2008 | CMRT1 | Commercial Rent Oct increase | | | 158.68 | .00 | .00 | 158.63 | .00 | |
| 11-19-2008 | 11-19-2008 | CAM | Apply Credit | | | .00 | .00 | .00 | (158.63) | .00 | |
| 11-19-2008 | 11-02-2008 | CMRT1 | Apply Credit | | | .00 | .00 | .00 | .00 | .00 | |
| 12-01-2008 | 12-01-2008 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | 10,897.22 |
| 12-01-2008 | 12-01-2008 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 12-01-2008 | 12-01-2008 | CMRT1 | Commercial Rent Payment Bldg 1 | 4591704 | | .00 | (5,453.37) | .00 | .00 | .00 | |
| 12-05-2008 | 11-01-2008 | CAM | CAM Payment | 4591704 | | .00 | (915.00) | .00 | .00 | .00 | |
| 12-05-2008 | 12-05-2008 | CAM | Open Credit ck # 4591704 | 4591704 | | .00 | (.01) | .00 | .00 | .00 | |
| 12-23-2008 | 12-23-2008 | CAM | 2008 CAM true up | | | 3,957.25 | .00 | .00 | .00 | .00 | |
| 01-01-2009 | 01-01-2009 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | 10,897.21 |
| 01-01-2009 | 01-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 01-05-2009 | 11-01-2008 | CMRT1 | Commercial Rent Payment Bldg 1 | 4591178 | | .00 | (5,453.37) | .00 | .00 | .00 | |
| 01-05-2009 | 12-01-2008 | CAM | CAM Payment | 4591178 | | .00 | (915.00) | .00 | .00 | .00 | |
| 01-05-2009 | 01-05-2009 | CAM | Open Credit ck# 4591178 | 4591178 | | .00 | (.01) | .00 | .00 | .00 | |
| 02-01-2009 | 02-01-2009 | CAM | CAM Charge | | | 915.00 | .00 | .00 | .00 | .00 | 11,058.22 |
| 02-01-2009 | 02-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 02-04-2009 | 02-01-2009 | CAM | CAM Payment | 4599726 | | .00 | (915.00) | .00 | .00 | .00 | |
| 02-04-2009 | 02-01-2009 | CMRT1 | Commercial Rent Payment Bldg 1 | 4599726 | | .00 | (5,453.37) | .00 | .00 | .00 | |
| 03-01-2009 | 03-01-2009 | CAM | CAM Charge | | | .00 | .00 | .00 | .00 | .00 | |
| 03-01-2009 | 03-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 1,371.34 | .00 | .00 | .00 | .00 | |
| 04-01-2009 | 04-01-2009 | CAM | CAM Charge | | | .00 | .00 | .00 | .00 | .00 | |
| 04-01-2009 | 04-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 05-01-2009 | 05-01-2009 | CAM | CAM Charge | | | .00 | .00 | .00 | .00 | .00 | |
| 05-01-2009 | 05-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 1,371.34 | .00 | .00 | .00 | .00 | |
| 06-01-2009 | 06-01-2009 | CAM | CAM Charge | | | .00 | .00 | .00 | .00 | .00 | |
| 06-01-2009 | 06-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 5,453.37 | .00 | .00 | .00 | .00 | |
| 07-01-2009 | 07-01-2009 | CAM | CAM Charge | | | .00 | .00 | .00 | .00 | .00 | |
| 07-01-2009 | 07-01-2009 | CMRT1 | Commercial Rent Bldg 1 | | | 1,371.34 | .00 | .00 | .00 | .00 | |
| 08-01-2009 | 08-01-2009 | CAM | Voided – CAM Charge | | | .00 | .00 | .00 | .00 | .00 | |
| 08-01-2009 | 08-01-2009 | CMRT1 | Voided – Commercial Rent Bldg | | | .00 | .00 | .00 | .00 | .00 | |
| 08-01-2009 | 09-30-2008 | CAM | Apply Credit | | | .00 | .00 | .00 | .01 | .00 | |
| 08-31-2009 | 10-23-2008 | CAM | Apply Credit | | | .00 | .00 | (571.69) | (.03) | .00 | |
| 08-31-2009 | 12-05-2008 | CAM | Apply Credit | | | .00 | .00 | .00 | .01 | .00 | |
| 08-31-2009 | 12-23-2008 | CAM | Bad Debt | | | .00 | .00 | (3,957.25) | .00 | .00 | |
| 08-31-2009 | 01-01-2009 | CAM | Bad Debt | | | .00 | .00 | (915.00) | .00 | .00 | |
| 08-31-2009 | 01-01-2009 | CMRT1 | Bad Debt | | | .00 | .00 | (5,453.37) | .00 | .00 | |
| 08-31-2009 | 01-05-2009 | CAM | Apply Credit | | | .00 | .00 | .00 | .01 | .00 | |
| 08-31-2009 | 02-01-2009 | CAM | Bad Debt | | | .00 | .00 | (161.01) | .00 | .00 | |
| 08-31-2009 | 03-01-2009 | CAM | Bad Debt | | | .00 | .00 | (1,371.34) | .00 | .00 | |
| 08-31-2009 | 03-01-2009 | CMRT1 | Bad Debt | | | .00 | .00 | (5,453.37) | .00 | .00 | |
| 08-31-2009 | 04-01-2009 | CMRT1 | Bad Debt | | | .00 | .00 | (1,371.34) | .00 | .00 | |
| 08-31-2009 | 05-01-2009 | CAM | Bad Debt | | | .00 | .00 | (1,371.34) | .00 | .00 | |
| 08-31-2009 | 06-01-2009 | CAM | Bad Debt | | | .00 | .00 | (5,453.37) | .00 | .00 | |
| 08-31-2009 | 06-01-2009 | CMRT1 | Bad Debt | | | .00 | .00 | (1,371.34) | .00 | .00 | |
| 08-31-2009 | 06-01-2009 | CMRT1 | Bad Debt | | | .00 | .00 | (5,453.37) | .00 | .00 | |

HallKeen Management Inc    04-05-2011    Page 2

# Tenant Activity Report

Accounting Date Range: From 09-01-2008 To 04-30-2011

Property: 307309 GRE Grove Street Oxn, LLC

Tenant: CircCity Circuit City Stores, Inc        Unit: 30-001-CU
Lease: 307305530-001-CU Revian: 0

| Accounting Date | Charge Date | Charge Type | Description | Check # or ID | Beginning Balance As of 09-01-2008 | Charges | Payments | Adjustments | Apply/ Refund Credits | Apply/ Forfeit/ Deposit | Ending Balance As of 04-30-2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-31-2009 | 07-01-2009 | CAM | Bad Debt | | | .00 | .00 | (1,371.34) | .00 | .00 | |
| 08-31-2009 | 07-01-2009 | CMRT1 | Bad Debt | | | .00 | .00 | (5,453.37) | .00 | .00 | |
| 09-01-2008 | 09-01-2008 | CAM | Voided - CAM Charge | | | .00 | .00 | .00 | .00 | .00 | |
| 09-01-2008 | 09-01-2008 | CMRT1 | Voided - Commercial Rent Bldg | | | .00 | .00 | .00 | .00 | .00 | |
| | | | Unit 30-001-CU Totals: | | .00 | 77,160.15* | (31,978.38)* | (45,181.77)* | .00* | .00* | .00 |
| | | | Lease 307305530-001-CU Totals: | | .00* | 77,160.15* | (31,978.38)* | (45,181.77)* | .00* | .00* | .00* |
| | | | Tenant CircCity Totals: | | .00* | 77,160.15* | (31,978.38)* | (45,181.77)* | .00* | .00* | .00* |
| | | | Property 307309 Totals: | | .00* | 77,160.15* | (31,978.38)* | (45,181.77)* | .00* | .00* | .00* |