**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

|  | x |  |
|---|---|---|
|  | : | Chapter 11 |
| In re: | : |  |
|  | : | Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., | : |  |
| et al., | : |  |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |
|  | : |  |
|  | x |  |

## AFFIDAVIT OF SERVICE

I, Christie K. Pham, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

On April 20, 2011, the parties set forth on the service list attached hereto as **Exhibit A** were served with a copy of the document(s) referenced on **Exhibit A** along with a customized Notice of Rejection of Notice of Transfer form, attached hereto as **Exhibit B** via First Class Mail.

Dated: April 22, 2011

_____
Christie K. Pham

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 22nd day of April, 2011, by Christie K. Pham, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ELIZABETH MARIE BARNETT
Commission # 1867869
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2013

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Docket Number |
|---|---|---|---|---|---|---|---|---|
| Transferor | KB Columbus I CC LLC | c o Kenneth Miller | Ervin Cohen & Jessup LLP | 9401 Wilshire Blvd 9th Fl | Beverly Hills | CA | 90212 | 10239 |
| Transferee | LaSalle Bank National Association as Trustee for the Registered Holders of JP Morgan Chase et al | Attn Ryan Lucas | c o Midland Loan Services a Division of PNC | 10851 Mastin 6th Fl | Overland Park | KS | 66210 | 10239 |
| Notice Party | Benesch Friedlander Coplan & Aronoff LLP | Caroline E Richardson | One American Sq Ste 2300 | | Indianapolis | IN | 46282 | 10239 |
| Transferor | KB Columbus I CC LLC | c o Kenneth Miller | Ervin Cohen & Jessup LLP | 9401 Wilshire Blvd 9th Fl | Beverly Hills | CA | 90212 | 10240 |
| Transferee | LaSalle Bank National Association as Trustee for the Registered Holders of JP Morgan Chase et al | Attn Ryan Lucas | c o Midland Loan Services a Division of PNC | 10851 Mastin 6th Fl | Overland Park | KS | 66210 | 10240 |
| Notice Party | Benesch Friedlander Coplan & Aronoff LLP | Caroline E Richardson | One American Sq Ste 2300 | | Indianapolis | IN | 46282 | 10240 |
| Transferor | LaSalle Bank National Association as Trustee for the Registered Holders of JP Morgan Chase et al | c o Benesch Friedlander | Midland Loan Services | 200 Public Sq Ste 2300 | Cleveland | OH | 44114 | 10262 |
| Transferee | Seaport V LLC | Attn Scott Friedberg | c o The Seaport Group LLC | 360 Madison Ave 22nd Fl | New York | NY | 10017 | 10262 |
| Notice Party | KB Columbus I CC LLC | c o Kenneth Miller | Ervin Cohen & Jessup LLP | 9401 Wilshire Blvd 9th Fl | Beverly Hills | CA | 90212 | 10262 |
| Transferor | LaSalle Bank National Association as Trustee for the Registered Holders of JP Morgan Chase et al | c o Benesch Friedlander | Midland Loan Services | 200 Public Sq Ste 2300 | Cleveland | OH | 44114 | 10263 |
| Transferee | Seaport V LLC | Attn Scott Friedberg | c o The Seaport Group LLC | 360 Madison Ave 22nd Fl | New York | NY | 10017 | 10263 |
| Notice Party | KB Columbus I CC LLC | c o Kenneth Miller | Ervin Cohen & Jessup LLP | 9401 Wilshire Blvd 9th Fl | Beverly Hills | CA | 90212 | 10263 |
| Transferor | Sebring Retail Associates LLC | Attn August C Epps Jr & Jennifer M Mc Lemore | Christian & Barton LLP | 909 E Main St Ste 1200 | Richmond | VA | 23219 | 10445 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | Hackensack | NJ | 07601 | 10445 |
| Notice Party | Sebring Retail Associates LLC | | 3610 NE 1st Ave | | Miami | FL | 33137 | 10445 |

# EXHIBIT B

# NOTICE OF REJECTION OF NOTICE OF TRANSFER

| | |
|---|---|
| TO: | Transferee |
| | Transferee Address |
| CC: | Transferor |
| | Transferor Address |
| | Notice Party (if applicable) |
| FROM: | Joseph Johnson |
| DATE: | |
| RE: | Notice of Rejection of Notice of Transfer |

Kurtzman Carson Consultants LLC, the Court-appointed claims agent in the matter of **Circuit City Stores, Inc., Case No. 08-35653 (KRH)** has been charged with the duty of maintaining the Court's claims register. We are in receipt of Notices of Transfer (the "NOT") received from your establishment asserting that claims or interest of creditors or interest holders (the "Creditor") in this matter has been transferred to your ownership. As claims management requires exacting standards in order to provide the Court with an error-free claims register in every instance, please understand that we cannot accept and process your NOT for the following reason(s):

__x__   The NOT was filed after the Distribution Record Date and is therefore untimely pursuant to Articles VI.L and I.B. 1.59 of the Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims.

____   The NOT is not accompanied by documentation evidencing agreement to transfer the claim.

____   The NOT asserts that it transfers a proof of claim or scheduled liability for a certain amount; however, the claims register does not reflect a claim or scheduled liability equal to said amount.

____   The NOT asserts that it transfers a proof of claim or scheduled liability from the aboved listed transferee; however, the transferee is not the current owner of the proof of claim or scheduled liability.

____   The NOT asserts that it transfers a proof of claim or scheduled liability with respect to a specific case name or number; however the identified creditor does not have a claim or interest with respect to said case name or number.

____   The NOT asserts that it transfers a scheduled liability which has been superseded by a subsequently filed proof of claim.

____   The NOT asserts that it transfers a proof of claim or scheduled liability which has previously been effectuated.

We have attached hereto for your convenience a copy of the NOT that we received. If you have any questions, please do not hesitate to contact **Joseph Johnson** at 310-776-7317.