| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

------------------------------x

**ORDER SUSTAINING LIQUIDATING TRUST'S FIRST OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED
<u>CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)</u>**

THIS MATTER having come before the Court[1] on the Liquidating Trust's First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit G attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.  The Objection is SUSTAINED.

2.  The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3.  The Claims identified on Exhibit B through Exhibit C as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

4.  The Liquidating Trust hereby withdraws, without prejudice, the Objection

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

solely with respect to the Claims identified on <u>Exhibit D</u>.

       5.       The Court will conduct a status conference on June 9, 2011 at 2:00 p.m. for all Claims identified on <u>Exhibit E</u> attached hereto.

       6.       The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

       7.       The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

       8.       This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
       _____, 2011

       _____
       HONORABLE KEVIN R. HUENNEKENS
       UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


___/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
     - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
     - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

  Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.


          ___/s/ Paula S. Beran_____
          Paula S. Beran

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)
Exhibit A
REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor |
|---|---|---|---|---|---|---|---|
| | | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | |
| 1/21/2009 | 4080 | AIG Baker Hoover LLC Attn: Legal Dept 1701 Lee Branch Ln Birmingham, AL 35242 | | $117,924.24 (general unsecured) | Circuit City Stores, Inc. | $108,494.61 (general unsecured) | Circuit City Stores, Inc. |
| 4/29/2009 | 12496 | Crossroads Associates, Ltd. Kitchens Kelley Gaynes PC 3495 Piedmont Road, NE Building 11, Suite 900 Atlanta, GA 30305 | | $800,610.75 (general unsecured) | Circuit City Stores, Inc. | $744,530.69 (general unsecured) | Circuit City Stores, Inc. |
| 6/30/2009 | 13721 | Crossroads Associates, Ltd. Kitchens Kelley Gaynes PC 3495 Piedmont Road, NE Building 11, Suite 900 Atlanta, GA 30305 | | $138,689.04 (administrative) | Circuit City Stores, Inc. | $48,809.89 (administrative) | Circuit City Stores, Inc. |
| 6/29/2009 | 13924 | DEV Limited Partnership c/o William A. Gray Esq. & C Thomas Ebel Esq. Sands Anderson Marks & Miller PC 801 E. Main St. Ste. 1800 PO Box 1998 Richmond VA 23218-1998 | | $29,983.21 (administrative) | Circuit City Stores, Inc. | $22,922.85 (administrative) | Circuit City Stores, Inc. |

12304-003\DOCS_NY:24161v2

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)
Exhibit A
REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor |
| 4/14/2009 | 12180 | GECMC 2005 C2 South Lindbergh LLC c/o Mindy A. Mora, Esq. Bilzin Sumberg Baena Price & Axelrod LLP 200 S. Biscayne Blvd. Ste 2500 Miami, FL 33131 | OLP CCST Louis LLC c/o Michelle McMahon, Esq. 1290 Avenue of the Americas New York, NY 10104 | $358,657.10 (general unsecured) | Circuit City Stores, Inc. | $336,189.53 (general unsecured) | Circuit City Stores, Inc. |
| 6/29/2009 | 14425 | Gravois Bluffs III, LLC John E Hilton Carmody MacDonald PC 120 S Central Ave Ste 1800 St Louis, MO 63105 | | $54,983.80 (administrative) | Circuit City Stores, Inc. | $48,929.43 (administrative) | Circuit City Stores, Inc. |
| 6/29/2009 | 14427 | Gravois Bluffs III, LLC John E Hilton Carmody MacDonald PC 120 S Central Ave Ste 1800 St Louis, MO 63105 | | $1,103,298.01 (general unsecured) | Circuit City Stores, Inc. | $1,067,284.22 (general unsecured) | Circuit City Stores, Inc. |
| 3/27/2009 | 11940 | Kimco North Rivers 692 Inc Attn Neil E Herman Esq c o Morgan Lewis & Bockius LLP 101 Park Ave NY, NY 10178 | | $30,522.79 (administrative) | Circuit City Stores, Inc. | $5,200.92 (administrative) | Circuit City Stores, Inc. |
| 4/30/2009 | 12812 | Liquidity Solutions Inc. (Transferee) One University Plz Ste 312 Hackensack, NJ 07601 | Shelbyville Road Plaza LLC Attn Tommy Edwards Hagan Properties Inc 12949 Shelbyville Rd Ste 100 Louisville, KY 40243 | $803,620.76 ($746,623.84 is general unsecured and was transferred by Shelbyville Road Plaza LLC to Liquidity Solutions, Inc. and $56,996.92 is administrative and was retained by Shelbyville Road Plaza LLC) | Circuit City Stores, Inc. | $742,026.84 (general unsecured) $0 (administrative) | Circuit City Stores, Inc. |

12304-003\DOCS_NY:24161v2

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)
**Exhibit A**
REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor |
|---|---|---|---|---|---|---|---|
| | | | **BOOKS AND RECORDS CLAIMS TO BE REDUCED** | | | **MODIFIED CLAIMS** | |
| 4/29/2009 | 12593 | RLV Village Plaza, LP David M. Blau, Esq. Kupelian, Ormond & Magy, P.C. 25800 Northwestern Highway, Suite 950 Southfield, MI 48075 | | $415,631.97 (general unsecured) | Circuit City Stores, Inc. | $393,251.79 (general unsecured) | Circuit City Stores, Inc. |
| 1/30/2009 | 9643 | Tutwiler Properties Ltd c o Heather A Lee Burr & Forman LLP 420 N 20th St Ste 3400 Birmingham, AL 35203 | | $617,811.66 (general unsecured) | Circuit City Stores, Inc. | $596,820.21 (general unsecured) | Circuit City Stores, Inc. |
| 3/30/2009 | 12003 | Valley View SC LLC Attn Neil E Herman c o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10178 | | $37,714.71 (administrative) | Circuit City Stores, Inc. | $8,282.96 (administrative) | Circuit City Stores, Inc. |

In re Circuity City Stores, Inc, et al
Case No. 08-35653 (KRH)
**Exhibit B**
INVALID CLAIMS TO BE EXPUNGED

## BOOKS AND RECORDS CLAIMS TO BE EXPUNGED

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 1/15/2009 | 13101 | Hagan Properties, Inc. Eighth & Main Building 707 E. Main Street, Suite 1700 Richmond, VA 23218-1558 | | Unliquidated (administrative) | Circuit City Stores, Inc. |
| 1/30/2009 | 8922 | RLV Village Plaza LP Mindy A. Mora, Esq. Bilzin, Sumberg, Baena, Price & Axelrod, LLP 200 S. Biscayne Blvd., Suite 2500 Miami, FL 33131 | Wells Fargo Bank, NA, as Trustee for the Registered Holders of CD 2006-CD2 Commercial Mortgage Pass-Through Certificates as Collateral Assignee of | Unliquidated (general unsecured) | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**

AMENDED CLAIMS TO BE EXPUNGED

| CLAIMS TO BE EXPUNGED | | | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
| 6/26/2009 | 13633 | Gravois Bluffs III LLC John E Hilton Carmody MacDonald PC 120 S Central Ste 1800 Clayton, MO 63105 | G J Grewe Inc 9109 Watson Rd Ste 400 St Louis, MO 63126 | $73,908.76 (general unsecured) | Circuit City Stores, Inc. | 14427 | Circuit City Stores, Inc. | $1,103,298.01 (general unsecured) |
| 1/28/2009 | 7166 | Thirty & 141 LP John E. Hilton 120 S. Central Ave. Ste. 1800 St. Louis, MO 63105 | Thirty & 141 LP GJ Grewe Inc. 9109 Watson Rd. Ste. 400 St. Louis, MO 63126 | $69,398.64 (general unsecured) | Circuit City Stores, Inc. | 13633 | Circuit City Stores, Inc. | $73,908.76 (general unsecured) |

In re Circuit City Stores, et al.
Case No. 08-35653 (KRH)
**Exhibit D**
**Objections Withdrawn**

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Acadia Realty Limited Partnership & Brighton Commercial LLC & Catellus Operating Limited Partnership & Cedar Development Ltd.<br>Attn: Jennifer M. McLemore & Augustus C Epps Jr. & Michael D. Mueller Esq. & Noelle M. James Esq.<br>c/o Christian & Barton<br>909 E. Main Ste. 1200<br>Richmond, VA 23219 | 13098 | Exhibit E<br>Invalid Claims to be Expunged |
| Buckhead Triangle LP<br>c o Liquidity Solutions Inc<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 10534 | Exhibit F<br>Late Filed Claims to be Expunged |
| GRI EQY Sparkleberry Square LLC<br>Arthur L. Gallagher Vice President<br>1600 NE Miami Gardens Dr.<br>North Miami Beach, FL 33179 | 14062 | Exhibit E<br>Invalid Claims to be Expunged |
| Gri Eqy Sparkleberry Square LLC<br>Augustus C. Epps Jr. Esq.<br>Christian & Barton LLP<br>909 E. Main St. Ste 1200<br>Richmond, VA 23219-3095 | 12759 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| US 41 & I 285 Company<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 8720 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

12304-003\DOCS_NY:24159v2

In re Circuit City Stores, et al.
Case No. 08-35653 (KRH)
**Exhibit E**
**Alphaebtical Listing of Claims for Which Status Conference Will Take Place on June 9, 2011 at 2:00 p.m.**

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Bank of America National Association Successor by Merger to LaSalle Bank National Association<br>Attn Diane Schapiro<br>c o Berkadia Commercial Mortgage LLC<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 12663 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Capmark Finance Inc<br>Keith M Aurzada & John C Leininger<br>Bryan Cave LLP<br>2200 Ross Ave Ste 3300 | 14363 | Exhibit E<br>Invalid Claims to be Expunged |
| Carolina Pavilion Company<br>c o Amy Pritchard Williams Esq<br>K&L Gates LLP<br>214 N Tryon St<br>Hearst Tower 47th Fl<br>Charlotte, NC 28202 | 12915 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Carolina Pavilion Company<br>c o Amy Pritchard Williams Esq<br>K&L Gates LLP<br>214 N Tryon St<br>Hearst Tower 47th Fl<br>Charlotte, NC 28202 | 14137 | Exhibit E<br>Invalid Claims to be Expunged |
| Centro Properties Group ta Memphis Commons Memphis TN<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12560 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Memphis Commons Memphis TN<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12559 | Exhibit E<br>Invalid Claims to be Expunged |

12304-003\DOCS_NY:24154v1

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Centro Properties Group ta Pensacola Square Pensacola FL<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St. 51st Fl.<br>Philadelphia, PA 19103 | 12633 | Exhibit E<br>Invalid Claims to be Expunged |
| Centro Properties Group ta Pensacola Square<br>Pensacola FL<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St. 51st Fl.<br>Philadelphia, PA 19103 | 12625 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Sharpstown Plaza Houston Tx<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St. 51st. Fl.<br>Philadelphia, PA 19103 | 8488 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Sharpstown Plaza Houston Tx<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St. 51st. Fl.<br>Philadelphia, PA 19103 | 8491 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| CHK LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 14346 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Circuit Investors #2 Ltd. A Texas Partnership<br>c/o Niclas A. Ferland, Esq.<br>LeClairRyan, A Professional Corporation<br>555 Long Wharf Drive, 8th Floor<br>New Haven, CT 06511 | 9037 | Exhibit G<br>Amended Claims to be Expunged |
| Drexel Delaware Trust c o Midland Loan Services Inc a Delaware Corporation<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 12647 | Exhibit E<br>Invalid Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Drexel Delaware Trust c/o Midland Loan Services Inc., a Delaware corporation<br>c/o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St. Ste 1500<br>Dallas, Tx 75201 | 14347 | Exhibit E<br>Invalid Claims to be Expunged |
| GECMC 2005 C2 South Lindbergh LLC (Transferee)<br>c/o Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Blvd. Ste 2500<br>Miami, FL 33131 | 14420 | Exhibit F<br>Late Filed Claims to be Expunged |
| GECMC 2005-C2 CC Parent, LLC (Transferee)<br>c/o Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131 | 14418 | Exhibit F<br>Late Filed Claims to be Expunged |
| Jefferson Mall Company II LLC<br>c/o Scott M. Shaw Esq.<br>Husch Blackwell Sanders LLP<br>2030 Hamilton Pl. Blvd. Ste. 150<br>Chattanooga, TN 37421 | 14477 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Kimco North Rivers 692 Inc<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>NY, NY 10178 | 11923 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Midland Loan Services Inc<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 12258 | Exhibit E<br>Invalid Claims to be Expunged |
| Park National Bank<br>c/o Woods Rogers PLC, Attn: Richard C. Maxwell<br>10 S. Jefferson Street, Suite 1400<br>Roanoke, VA 24011 | 11749 | Exhibit G<br>Amended Claims to be Expunged |
| Parker Central Plaza Ltd.<br>c/o Lynnette R. Warman<br>Hunton & Williams LLP<br>1445 Ross Ave. Ste. 3700<br>Dallas, Tx 75202 | 12761 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

12304-003\DOCS_NY:24154v1

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Parker Central Plaza Ltd.<br>Henry Toby P. Long III & Thomas N. Jamerson<br>Hunton & Williams LLP<br>Riverfront Plz E. Tower<br>951 E. Byrd St.<br>Richmond, VA 23219-4074 | 14389 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Parker Central Plaza Ltd.<br>Henry Toby P. Long III & Thomas N. Jamerson<br>Hunton & Williams LLP<br>Riverfront Plz E. Tower<br>951 E. Byrd St.<br>Richmond, VA 23219-4074 | 14389 | Exhibit D<br>Misclassified Claims |
| Saul Holdings Limited Partnership<br>Matthew M. Moore & Stephen A Metz Esq<br>Shulman Rogers Gandal Pordy & Ecker PA<br>11921 Rockville Pike 3rd Fl<br>Rockville, MD 20852 | 13673 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Saul Holdings Limited Partnership<br>Stephen A Metz Esq<br>Shulman Rogers Gandal Pordy & Ecker PA<br>11921 Rockville Pike 3rd Fl<br>Rockville, MD 20852 | 12223 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| THF Chesterfield Two Development LLC THF Clarksburg Development One LLC THF Harrisonburg Crossing LLC THF ONC Development LLC<br>Stephan W. Milo<br>Wharton Aldhizer and Weaver PLC<br>125 S. Augusta St. Ste. 2000<br>Staunton, VA 24401 | 12397 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| U.S. Bank National Association, as purchaser of assets of Park National Bank<br>c/o Woods Rogers PLC, Attn: Richard C. Maxwell<br>10 S. Jefferson Street<br>Suite 1400<br>Roanoke, VA 24011 | 14797 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Valley View S. C. LLC<br>Attn: Neil E. Herman<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178 | 11963 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |