| | |
|---|---|
| Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>(admitted pro hac vice)<br>PACHULSKI STANG ZIEHL &<br>JONES LLP<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>Telephone: (310) 277-6910<br>Telecopy:   (310) 201-0760 | Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>TAVENNER & BERAN, PLC<br>20 North Seventieth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopy:   (804) 783-0178<br><br>Counsel to the Circuit City Stores, Inc.<br> Liquidating Trust |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| ─────────────── x<br>In re:                                                           :  Chapter 11<br>                                                                      :<br>CIRCUIT CITY STORES, INC., <u>et al.</u>,     :  1Case No. 08-35653 (KRH)<br>                                                                      :<br>        Debtors.                                                :<br>─────────────── :  Jointly Administered<br>                                                                      x | |

ORDER ON DEBTORS' THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
(ADDRESSING CERTAIN CLAIMS RELATING TO
SHORT TERM INCENTIVE PLAN)

THIS MATTER having come before the Court on the *Debtors' Thirty-Sixth Omnibus*

*Objection to Claims (Disallowance of Certain Claims Relating to Short Term Incentive Plan)* (the

"Objection"), and it appearing that due and proper notice and service of the Objection in

12304-003\DOCS_LA:235079.1

compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and the Notice of Substantive Hearing on the Objection have been given to the claimants listed on <u>Exhibits A and B</u> attached hereto and that such notice was good and sufficient and that no other or further notice or service of the Objection need be given; and after due deliberation thereon, good and sufficient cause exists for granting the relief requested by the Objection as to the claimants listed on <u>Exhibit A</u> and for allowing the claims listed on <u>Exhibit B</u> in the amounts as set in <u>Exhibit B</u>,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The claims identified on <u>Exhibit A</u> to this Order are hereby disallowed for all purposes in these bankruptcy cases.

2. The claims identified on <u>Exhibit B</u> shall be allowed in the amounts as set forth in <u>Exhibit B</u>.

3. The Liquidating Trust shall have 30 days from the entry of this Order to object to the classification of any claim identified on <u>Exhibit B</u>.

4. The Liquidating Trust shall serve a copy of this Order on the claimants included on <u>Exhibits A and B</u> to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
May __, 2011

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

**WE ASK FOR THIS:**

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.  11th Floor
Los Angeles, California  90067-4100
Telephone: 310-227-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Counsel for Circuit City Stores, Inc. Liquidating Trust

## LOCAL RULE 9022-1 CERTIFICATION

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

       /s/ Paula S. Beran
        Co-Counsel

In re Circuit City Stores, Inc., et al.        Debtors' Thirty-Sixth Omnibus Objection to Claims (Short Term
Case No. 08-35653-KRH        Incentive Plan – No Liability)
EXHIBIT A—Disallowed Claims

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED | DATE | DOCKETED DEBTOR |
|---|---|---|---|---|
| EASTWOOD, VICTORIA<br>ADDRESS ON FILE | 13994 | Secured:<br>Priority: $<br>Administrative: 17,474.00<br>503(b)(9):<br>Unsecured:<br>Reclamation: _____<br>Total: $17,474.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TELEGADAS, FRANCIS E<br>ADDRESS ON FILE | 5666 | Secured:<br>Priority: $<br>Administrative:<br>503(b)(9):<br>Unsecured: UNL<br>Reclamation: _____<br>Total: $UNL | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FATH, ANNE<br>ADDRESS ON FILE | 8662 | Secured:<br>Priority: $<br>Administrative:<br>503(b)(9):<br>Unsecured: $35,149.00<br>Reclamation: _____<br>Total: $35,149.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FATH, ANNE<br>ADDRESS ON FILE | 13935 | Secured:<br>Priority: $<br>Administrative: $18,242.00<br>503(b)(9):<br>Unsecured:<br>Reclamation: _____<br>Total: $18,242.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SAUNDERS, STEPHEN T<br>ADDRESS ON FILE | 6825 | Secured:<br>Priority: $<br>Administrative:<br>503(b)(9):<br>Unsecured: $45,420.00<br>Reclamation: _____<br>Total: $45,420.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAVID W PHILLIPS<br>ADDRESS ON FILE | 9315 | Secured:<br>Priority: $ $10,781.10<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation: _____<br>Total: $10,781.10 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RACHEL, COREY J<br>ADDRESS ON FILE | 9996 | Secured:<br>Priority: $<br>Administrative:<br>503(b)(9):<br>Unsecured: UNL<br>Reclamation: _____<br>Total: UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ELIZABETH R WARREN<br>ADDRESS ON FILE | 13527 | Secured:<br>Priority: $<br>Administrative: UNL<br>503(b)(9):<br>Unsecured:<br>Reclamation: _____<br>Total: UNL | 06/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653-KRH

Debtors' Thirty-Sixth Omnibus Objection to Claims (Short Term Incentive Plan – No Liability)

EXHIBIT B—Allowed Claims

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CROWE, CHRISTOPHER N<br>ADDRESS ON FILE | 3601 | Secured:<br>Priority:$<br>Administrative:<br>503(b)(9):<br>Unsecured: $20,000.00<br>Reclamation: _____<br>Total: $20,000.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BEAM, MICHAEL W<br>ADDRESS ON FILE | 6022 | Secured:<br>Priority:$<br>Administrative: $19,186.23<br>503(b)(9):<br>Unsecured:<br>Reclamation: _____<br>Total: $19,186.23 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |