UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et. al. | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

### ORDER AUTHORIZING SUBSTITUTION OF COUNSEL

This matter comes before the Court upon the Joint Motion to Substitute Christian & Barton, LLP as Counsel for LaSalle/Wells Fargo/Midland Creditors,[1] (the "Joint Motion") in the above-captioned case. Upon consideration of the Joint Motion and because the Court finds that the Joint Motion is reasonable and proper, and that proper notice of the Joint Motion has been given, it is hereby:

---

[1] (1) LaSalle Bank National Association, f/k/a LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-1, acting by and through Midland Loan Services, a division of PNC Bank, National Association, in its authorized capacity as special servicer pursuant to that certain Pooling and Servicing Agreement dated as of January 15, 1997; (2) Wells Fargo Bank, N.A., as Trustee for Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1, acting by and through Midland Loan Services, a division of PNC Bank, national Association, in its authorized capacity as special servicer pursuant to the applicable Pooling and Servicing Agreement; (3) LaSalle Bank National Association, f/k/a/ LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-1, acting by and through Midland Loan Servicers, a division of PNC Bank, National Association, in its authorized capacity as special servicer pursuant to the Applicable Pooling and Servicing Agreement; (4) LaSalle Bank national Association, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan Services, a division of PNC Bank, National Association, in its authorized capacity as special servicer pursuant to that certain Pooling and Servicing Agreement Dated as of August 15, 1999; and (5) LaSalle Bank National Association, a nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan Services, a division of PNC Bank, National Association, in its authorized Capacity as special servicer pursuant to that certain Pooling and Servicing Agreement dated as of July 15, 1999 (the "LaSalle/WellsFargo/Midland Creditors")

_____
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia  23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112

Proposed Counsel for LaSalle/Wells Fargo/Midland Creditors

ORDERED that Christian & Barton, LLP be and is hereby substituted as counsel for LaSalle/Wells Fargo/Midland Creditors in connection with the above-captioned case.

ENTER:      /      /

_____
United States Bankruptcy Judge

I ask for this:


/s/ Jennifer M. McLemore
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Christian & Barton, LLP
909 E. Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112

Proposed Counsel for LaSalle/Wells Fargo/Midland Creditors


## CERTIFICATE

The undersigned certifies that the foregoing Order has been endorsed by all necessary parties as of this 17th day of May, 2011.


/s/ Jennifer M. McLemore
Jennifer M. McLemore

## SERVICE LIST

Jeffrey N. Pomerantz, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

Andrew W. Caine, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

Lynn L. Tavenner, Esquire
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Paula S. Beran, Esquire
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

1153341

3