| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |
------------------------------x

**ORDER SUSTAINING LIQUIDATING TRUST'S THIRD OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS,
DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS,
<u>AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)</u>**

12304-003\DOCS_NY:24171.1

THIS MATTER having come before the Court[1] on the Liquidating Trust's Third Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit G attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED.

    2.    The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

3. The Claims identified on <u>Exhibit B</u> through <u>Exhibit F</u> as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

4. The Liquidating Trust hereby withdraws, without prejudice, the Objection solely with respect to the Claims identified on <u>Exhibit D</u>.

5. The Court will conduct a status conference on June 9, 2011 at 2:00 p.m. for all Claims identified on <u>Exhibit E</u> attached hereto.

6. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

7. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2011

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


__/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
               - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
               - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.


              ____*/s/ Paula S. Beran*_____
                     Paula S. Beran

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
EXHIBIT A
REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor |
| 05/27/09 | 13075 | BPP SC LLC<br>Creditor Notice Name: John C La Liberte Esq<br>Address:<br>Sherin and Lodgen LLP<br>101 Federal St<br>Boston, MA 02110 | | $821,833.56 (general unsecured)<br>$2,000.00 (administrative) | Circuit City Stores Inc. | $761,237.66 (general unsecured) | Circuit City Stores Inc. |
| 03/30/09 | 11939 | Central Park 1226 LLC<br>Attn Neil E Herman<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | | $39,165.90 (administrative) | Circuit City Stores, Inc. | $7,569.63 (administrative) | Circuit City Stores, Inc. |
| 01/30/09 | 9478 | Hamilton Chase Santa Maria LLC<br>Creditor Notice Name: Attn Mark Shinderman and Seth Goldman<br>Address:<br>Munger Tolles & Olson LLP<br>355 S Grand Ave 35th Fl<br>Los Angeles, CA 90071 | | Unliquidated, but not less than $2,056,912.41 (general unsecured) | Circuit City Stores Inc. | $569,616.09 (general unsecured) | Circuit City Stores Inc. |
| 06/30/09 | 14136 | Mayfair CACC Business Trust Acting by and through Midland Loan Services Inc<br>c/o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | | $29,519.05 (administrative) | Circuit City Stores Inc. | $5,207.83 (administrative) | Circuit City Stores Inc. |
| 03/31/09 | 12123 | Millman 2000 Charitable Trust<br>c/o Arthur Lindquist Kleissler Esq<br>950 S Cherry St Ste 710<br>Denver, CO 80246 | | $1,331,220.04 (general unsecured) | Circuit City Stores Inc. | $432,707.93 (general unsecured) | Circuit City Stores Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT B**
**INVALID CLAIMS TO BE EXPUNGED**

### BOOKS AND RECORDS CLAIMS TO BE EXPUNGED

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 01/30/09 | 9124 | Bank of America NA as Trustee for the Registered Holders of LB UBS Commercial Mortgage Trust 2004 C6 Commercial Mortgage Pass Through Certificates Series 2004 C6 as Collateral Assignee of THF Harrisonburg Crossings LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | THF HARRISONBURG CROSSINGS LLC<br>C O THF REALTY<br>2127 INNERBELT BUSINESS CTR STE 200<br>ST LOUIS, MO 63114 | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 01/30/09 | 8707 | Bond CC VII DBT<br>c/o Wilmington Trust Company<br>1100 North Market Street<br>Wilmington, DE 19890<br>attn: David Vanaskey, Corporate Trust Administration | | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 12/19/08 | 1023 | CC Investors 1995 5<br>Rieser & Associates LLC<br>7925 GRACELAND ST<br>Dayton, OH 45459-3834 | CC Investors 1995 5<br>Attn Guy Milner<br>c o Ten Pryor Street Building LLC<br>5500 Interstate North Pkwy<br>RiverEdge One Ste 600<br>Atlanta, GA 30328<br><br>Circuit Investors Colorado Limited Partnership<br>Attn John Paul Rieser<br>c o Rieser & Associates LLC<br>7925 Graceland St<br>Dayton, OH 45459-3834 | Unliquidated but in amount not less than $43,558.65 (general unsecured) | Circuit City Stores, Inc. |
| 02/02/09 | 10850 | IANNUCCI DEVELOPMENT CORP<br>37 HERMITAGE LN NORTH HAVEN, CT 06473-0000 | HARLOW ADAMS FRIEDMAN PC<br>STEPHEN P WRIGHT ESQ<br>300 BIC DR MILFORD, CT 06460-3055 | $34,715.63 (general unsecured) | Circuit City Stores, Inc. |
| 03/25/09 | 11954 | KIR Piers LP<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | | $30,498.01 (administrative) | Circuit City Stores, Inc. |

## BOOKS AND RECORDS CLAIMS TO BE EXPUNGED

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 01/30/09 | 9698 | La Cienega Sawyer Ltd. c/o Rubin Pachulski Properties 9601 Wilshire Blvd. Ste 260 Beverly Hills, CA 90210 | | $27,651.33 (administrative) $26,414.69 (general unsecured) | Circuit City Stores West Coast, Inc. |
| 06/29/09 | 14266 | ONICS, LLC Attn: Michael D. Plante 730 17th Street, Suite 715 Denver, CO 80202 | Hodgson Russ LLP Counsel to Fairfield Financial Group, Inc. Attn: Deborah J. Piazza, Esq. 60 East 42nd Street, 37th Floor New York, New York 10165 | $38,250.04 (administrative) | Circuit City Stores, Inc. |
| 07/23/09 | 14517 | ONICS, LLC Attn: Michael D. Plante 730 17th Street, Suite 715 Denver, CO 80202 | Manufacturers and Traders Trust Company, as Trustee c/o Hodgson Russ LLP attn: Deborah J. Piazza, Esq. 60 East 42nd Street, 37th Floor New York, New York 10165 | Unliquidated but not less than $423,802.93 (general unsecured) | Circuit City Stores, Inc. |
| 12/12/08 | 13095 | Pratt Center LLC and Valley Corners Shopping Center LLC Amy Pritchard Williams, Esq. K&L Gates LLP Hearst Tower, 47th Fl. 214 N Tyron St. Charlotte, NC 28202 | | $43,557.00 (administrative) | Circuit City Stores, Inc. |
| 01/30/09 | 9269 | Target Corporation Law Department 1000 Nicollet Mall Minneapolis, MN 55413 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 01/30/09 | 8352 | Wells Fargo Bank NA as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Corp Commercial Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. |

## BOOKS AND RECORDS CLAIMS TO BE EXPUNGED

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 01/30/09 | 8582 | Wells Fargo Bank NA as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Corp Commercial Mortgage Pass Through Certificates Series 2006 LDP7 as Collateral Assignee of Inland Western Sugar<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 01/30/09 | 9120 | Wells Fargo Bank NA as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage PassThrough Certificates Series 2007 C33 as Collateral Assignee of Cole CC Groveland FL LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653
EXHIBIT C
AMENDED/SUPERSEDED CLAIMS TO BE EXPUNGED

| | | CLAIMS TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
| 06/08/09 | 13690 | 13630 Victory Boulevard LLC<br>Attn: Gail B. Price SBN 185968<br>Bronwen Price<br>2600 Mission St. Ste. 206<br>San Marino, CA 91108 | | $17,866.18 (administrative) | Circuit City Stores, Inc. | 13691 | Circuit City Stores, Inc. | $17,866.18 (administrative)<br>$753,292.80 (general unsecured) |
| 01/30/09 | 8725 | AMHERST VF LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br>PARAMUS, NJ 07652 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. | 12697 | Circuit City Stores, Inc. | $814,758.02 (general unsecured) |
| 06/19/09 | 13764 | Daly City Partners I LP<br>Valerie P. Morrison & Dylan G. Trache Esq.<br>Wiley Rein LLP<br>7925 Jones Branch Dr. Ste. 6200<br>McLean, VA 22102 | Julie H. Rome Banks Esq.<br>Binder & Malter LLP<br>2775 Park Ave.<br>Santa Clara, CA 95050 | $60,538.17 (administrative) | Circuit City Stores, Inc | 12348 | Circuit City Stores, Inc | $60,538.17 (administrative)<br>$545,748.61 (general unsecured) |
| 04/30/09 | 12916 | Iris Family Limited Partnership<br>Lawrence A Katz<br>Venable LLP<br>8010 Towers Crescent Rd Ste 300<br>Vienna, VA 22182 | Eric S Kassoff<br>Wilkes Artis<br>1150 18th St NW Ste 400<br>Washington, DC 20036 | $535,559.58 (general unsecured) | Circuit City Stores, Inc. | 14061 | Circuit City Stores, Inc. | $607,381.55 (general unsecured) |
| 02/10/09 | 10919 | Liquidity Solutions Inc<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | Trout Segall & Doyle Winchester Prop<br>2 Village Square, Ste 219<br>c/o Trout Segal & Doyle Mgmt<br>Baltimore, Maryland 21210 | $722,316.32 (general unsecured) | Circuit City Stores, Inc. | 14696 | Circuit City Stores, Inc. | $1,362,372.73 (general unsecured) |

In re Circuit City Stores, et al.
Case No. 08-35653 (KRH)
**Exhibit D**
**Objections Withdrawn**

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Bank of America National Association as Successor by Merger to LaSalle Bank National Association as Trustee for the Registered Holders of the Morgan Stanley Capital Inc Commercial Mortgage Pass Through Certificates Series 1997 C1 c/o Capmark Finance Inc. Peyton Inge 700 N. Pearl Street, Suite 2200 Dallas, TX 75201 | 9899 | Exhibit F Duplicate Claims to be Expunged |
| Basser Kaufman 312 LLC Attn James S Carr Esq Robert L LeHane Esq 101 Park Ave New York, NY 10001 | 12507 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Capmark Finance Inc Keith M Aurzada & John C LeiningerBryan Cave LLP 2200 Ross Ave Ste 3300 Dallas, TX 75201 | 14363 | Exhibit E Invalid Claims to be Expunged |
| WEC 96D Vestal Investment Trust Attn: Wayne Zarozny, Vice President The Berkshire Group One Beacon Street, Suite 1500 Boston, MA 02108 | 9780 | Exhibit E Invalid Claims to be Expunged |

12304-003\DOCS_NY:24174v1

In re Circuit City Stores, et al.
Case No. 08-35653 (KRH)
**Exhibit E**
**Alphaebtical Listing of Claims for Which Status Conference Will Take Place on June 9, 2011 at 2:00 p.m.**

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 4110 Midland LLC<br>Attn Michael Mason Pres<br>Fairfield Financial<br>Group Inc Managing Member<br>8 Greenway Plz Ste 1100<br>Houston, TX 77046 | 14287 | Exhibit E<br>Invalid Claims to be Expunged |
| 4110 Midland LLC<br>Attn Michael Mason Pres<br>Fairfield Financial Group Inc Managing Member<br>8 Greenway Plz Ste 1100<br>Houston, TX 77046 | 12708 | Exhibit E<br>Invalid Claims to be Expunged |
| 4905 Waco LLC<br>Attn: Michael Mason President<br>c/o Fairfield Financial Group, Inc.<br>Managing Member<br>8 Greenway Plz., Ste 1100<br>Houston, TX 77046 | 13902 | Exhibit E<br>Invalid Claims to be Expunged |
| 4905 Waco LLC<br>c/o Michael Mason, President<br>c/o Fairfield Financial Group, Inc.,<br>Managing Member<br>8 Greeenway Plaza, Suite 1100<br>Houston, Texas 77046 | 12710 | Exhibit E<br>Invalid Claims to be Expunged |
| Abercorn Common LLP<br>c/o Catherine Harrison King<br>Miller & Martin PLLC<br>1170 Peachtree St. NE, Ste. 800<br>Atlanta, GA 30309-7706 | 12682 | Exhibit D<br>Claims to be Reclassified |
| Abercorn Common LLP<br>c/o Catherine Harrison King<br>Miller & Martin PLLC<br>1170 Peachtree St. NE, Ste. 800<br>Atlanta, GA 30309-7706 | 13695 | Exhibit E<br>Invalid Claims to be Expunged |
| Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank<br>c/o Capmark Finance, Inc.<br>Peyton Inge<br>700 N. Pearl St., Suite 2200<br>Dallas, TX 75201 | 9740 | Exhibit E<br>Invalid Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Bank of America, NA, as Trustee for the Registered Holders of Greenwich Capital Commercial Funding Corp Commercial Mortgage Trust 2007 G G9 Commercial Mortgage Pass Through Certificates Series 2007 G G9, as Collateral Assignee of Abercorn Common LLLP Mindy A. Mora, Esq. Bilzin Sumberg Baena Price & Axelrod LLP 200 S. Biscayne Blvd., Ste. 2500 Miami, FL 33131 | 8559 | Exhibit E Invalid Claims to be Expunged |
| Basser Kaufman 312 LLC Attn James S Carr Esq Robert L LeHane Esq 101 Park Ave New York, NY 10001 | 12509 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Basser Kaufman Attn Marc Kemp 335 Central Ave Lawrence, NY 11559 | 14416 | Exhibit E Invalid Claims to be Expunged |
| Carousel Center Company LP Attn Kevin M Newman Esq Menter Rudin & Trivelpiece PC 308 Maltbie St Ste 200 Syracuse, NY 13204-1498 | 12359 | Exhibit E Invalid Claims to be Expunged |
| Carousel Center Company LPAttn Kevin M Newman EsqMenter Rudin & Trivelpiece PC 308 Maltbie St Ste 200 Syracuse, NY 13204-1498 | 12294 | Exhibit E Invalid Claims to be Expunged |
| Carrollton Arms LLC c o Gary H Cunningham Esq 101 W Big Bear Rd 10th Fl Troy, MI 48084 | 8567 | Exhibit E Invalid Claims to be Expunged |
| CC-Investors 1996-3 c/o William A. Broscious, Esq. Keply Broscious & Biggs, PLC 2211 Pump Road Richmond, VA 23233 | 11826 | Exhibit G Amended/Superseded Claims to be Expunged |
| Central Park 1226 LLC Attn Neil E Herman c o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10178 | 11962 | Exhibit C Reduction of Certain Partially Invalid Claims |

12304-003\DOCS_NY:24175v2

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Centro Properties Group t a Parkway Plaza Vestal NY<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 8104 | Exhibit G<br>Amended/Superseded Claims to be Expunged |
| Centro Properties Group t a Parkway Plaza Vestal NY<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>Philadelphia, PA 19103<br>1735 Market St 51st Fl | 8102 | Exhibit G<br>Amended/Superseded Claims to be Expunged |
| Centro Properties Group ta Bakersfield Commons<br>Bakersfield CA<br>c/o David L. Pollack Esq.<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St. 51st Fl.<br>Philadelphia, PA 19103 | 12543 | Exhibit E<br>Invalid Claims to be Expunged |
| Centro Properties Group ta Parkway Plaza Vestal NY<br>c o David L PollackBallard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12584 | Exhibit E<br>Invalid Claims to be Expunged |
| Centro Properties Group ta Parkway Plaza Vestal NY<br>c o David L PollackBallard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103<br>Vestal NY | 12580 | Exhibit E<br>Invalid Claims to be Expunged |
| Circuitville LLC<br>Attn Douglas Gross<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave 9th Fl<br>New York, NY 10036 | 7118 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Compton Commercial Redevelopment Company Watt<br>20510225<br>Attn: Dustin P. Branch Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park East 26th Fl.<br>Los Angeles, CA 90067 | 14224 | Exhibit G<br>Amended/Superseded Claims to be Expunged |

12304-003\DOCS_NY:24175v2

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Inland American Retail Management LLC<br>Karen C. Bifferato and Kelly M. Conlan<br>Connolly Bove Lodge & Hurtz LLP<br>The Nemours Bldg.<br>1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 14080 | Exhibit G<br>Amended/Superseded Claims to be Expunged |
| Inland Southwest Management LLC<br>Attn: Karen C. Bifferato & Kelly M. Conlan<br>Connolly Bove Ldge & Hutz LLP<br>The Nemours Bldg 1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 14928 | Exhibit F<br>Duplicate Claims to be Expunged |
| Inland Southwest Management LLC<br>Attn: Karen C. Bifferato and Kelly M. Conlan<br>Connolly Bove Lodge & Hurtz LLP<br>The Nemours Bldg.<br>1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 13735 | Exhibit G<br>Amended/Superseded Claims to be Expunged |
| Inland Southwest Management LLC<br>Attn: Karen C. Bifferato and Kelly M. Conlan<br>The Nemours Bldg.<br>1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 14095 | Exhibit G<br>Amended/Superseded Claims to be Expunged |
| Inland Western Avondale McDowell LLC<br>c/o Bert Bittouma Esq.<br>Inland Real Estate Group<br>2901 Butterfield Rd., 3rd Fl.<br>Oak Brook, IL 60523 | 8943 | Exhibit F<br>Duplicate Claims to be Expunged |
| Mibarev Development I LLC<br>Thomas R Lynch Esq VSB No 73158<br>Bradley Arant Boult Cummings LLP<br>1133 Connecticut Ave NW 12 Fl<br>Washington, DC 20036 | 13250 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Regency Centers LP<br>Attn: Randy Shoemaker<br>1 Independent Dr. Ste. 114<br>Jacksonville, FL 32202-5019 | 14381 | Exhibit G<br>Amended/Superseded Claims to be Expunged |
| Regency Centers LP<br>Attn: Randy Shoemaker<br>One Independent Dr. Ste. 114<br>Jacksonville, FL 32202-5019 | 14438 | Exhibit E<br>Invalid Claims to be Expunged |

12304-003\DOCS_NY:24175v2

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Riverside Towne Center No. 1 Watt 20510227<br>Attn: Dustin P. Branch Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park E. 26th Fl.<br>Los Angeles, CA 90067-3102 | 14223 | Exhibit E<br>Invalid Claims to be Expunged |
| Ronald Benderson Randall Benderson and David H BaldaufAttn James S Carr EsqRobert L LeHane EsqKelley Drye & Warren101 Park AveNew York, NY 10178 | 9951 | Exhibit E<br>Invalid Claims to be Expunged |
| Sangertown Square LLC<br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 | 13702 | Exhibit E<br>Invalid Claims to be Expunged |
| Sangertown Square LLC<br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 | 13704 | Exhibit E<br>Invalid Claims to be Expunged |
| Torrance Towne Center Associates LLC<br>c o Ian S Landsberg<br>Landsberg Margulies LLP<br>16030 Ventura Blvd Ste 470<br>Encino, CA 91436 | 9646 | Exhibit G<br>Amended/Superseded Claims to be Expunged |
| TSA Stores Inc.<br>Attn: General Counsel<br>1050 W. Hampden Ave.<br>Englewood, CO 80110 | 12561 | Exhibit E<br>Invalid Claims to be Expunged |
| Valley Corners Shopping Center LLC<br>Amy Pritchard Williams, Esq.<br>K&L Gates LLP<br>Hearst Tower, 47th Fl.<br>214 N Tyron St.<br>Charlotte, NC 28202 | 14360 | Exhibit E<br>Invalid Claims to be Expunged |
| Wells Fargo Bank as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Corp Commercial Mort<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 8282 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

12304-003\DOCS_NY:24175v2

| Claim Holder | Claim | Exhibit |
|---|---|---|
| WTM Glimcher LLC<br>Sharisse Cumberbarch Esq.<br>Glimcher Properties Limited Partnership<br>180 E. Broad St. 21st Fl.<br>Columbus, OH 43215 | 14713 | Exhibit E<br>Invalid Claims to be Expunged |
| WTM Glimcher LLC<br>Sharisse Cumberbarch Esq.<br>Glimcher Properties Limited Partnership<br>180 E. Broad St. 21st Fl.<br>Columbus, OH 43215 | 13399 | Exhibit G<br>Amended/Superseded Claims to be Expunged |