Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                              :   Chapter 11
                                                    :
CIRCUIT CITY STORES, INC., et al.,                  :   Case No. 08-35653 (KRH)
                                                    :
                    Debtors.                        :
                                                    :   Jointly Administered
- - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER SUSTAINING LIQUIDATING TRUST'S EIGHTH OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS,
AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Eighth

Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims,

Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,

Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)

(the "Objection"), which requested, among other things, that the claims specifically identified on

Exhibit C through Exhibit G attached to the Objection be reduced or disallowed for those reasons

set forth in the Objection; and it appearing that due and proper notice and service of the

Objection as set forth therein was good and sufficient and that no other further notice or service

of the Objection need be given; and it further appearing that no response was timely filed or

properly served by the Claimants being affected by this Order; and it appearing that the relief

requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates

and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient

cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED.

    2.    The Claims identified on Exhibit A as attached hereto and incorporated

herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in

Exhibit A.

    3.    The Claims identified on Exhibit B as attached hereto and incorporated

herein are forever reclassified in these bankruptcy cases in the manner stated in Exhibit B.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

4.      The Claims identified on <u>Exhibit C</u> through <u>Exhibit E</u> as attached hereto

and incorporated herein are forever disallowed in their entirety for all purposes in these

bankruptcy cases.

5.      The Court will conduct a status conference on June 9, 2011 at 2:00 p.m.

for all Claims identified on <u>Exhibit F</u> attached hereto.

6.      The Liquidating Trust's rights to object to any claim including (without

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are

not waived and are expressly reserved.

7.      The Liquidating Trust shall serve a copy of this Order on the claimants

included on the exhibits to this Order on or before five (5) business days from the entry of this

Order.

8.      This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
_____, 2011



_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

3

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


__/s/ Paula S. Beran _____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                              - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                              - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*



**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

      Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.


                              */s/ Paula S. Beran_____*
                              Paula S. Beran

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT A**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor |
| 6/15/09 | 13364 | Continental 64 Fund LLC W134 N8675 Executive Pkwy Menomonee Falls, WI 53051 | | $74,195.46 (administrative) | Circuit City Stores, Inc. | $33,256.84 (administrative) | Circuit City Stores, Inc. |
| 5/27/09 | 13076 | DMARC 2006-CD2 DAVIDSON PLACE, LLC c/o Mindy A. Mora, Esq. Bilzin Sumberg Baena Price & Axelrod LLP 200 South Biscayne Blvd., Suite 2500 Miami, Florida 33131 | BPP-VA,LLC c/o John C. LaLiberte, Esq. Sherin and Lodgen, LLP 101 Federal Street Boston, MA 02110 | $930,010.73 (general unsecured) $2,000 (priority) | Circuit City Stores, Inc. | $855,376.86 (general unsecured) | Circuit City Stores, Inc. |
| 4/28/09 | 12570 | EastChase Market Center LLC Eric T Ray Balch & Bingham LLP 1901 Sixth Ave N Ste 1500 Birmingham, AL 35203 | | $686,285.37 (general unsecured) | Circuit City Stores, Inc. | $674,375.83 (general unsecured) | Circuit City Stores, Inc. |
| 4/30/09 | 12810 | Fairway Centre Associates LP Attn: Craig Cheney c/o Trammell Crow Company 2800 Post Oak Blvd., Ste. 2300 Houston, TX 77056 | | $810,962.68 (general unsecured) | Circuit City Stores, Inc. | $753,016.05 (general unsecured) | Circuit City Stores, Inc. |
| 6/30/09 | 14257 | Fairway Centre Associates LP Attn: Shari L. Heyen Greenberg Traurig LLP 1000 Louisiana Ste., 1800 Houston, TX 77002 | | $43,045.19 (administrative) | Circuit City Stores, Inc. | $35,527.27 (administrative) | Circuit City Stores, Inc. |
| 1/30/2009 | 4177 | FLINTLOCK NORTHRIDGE LLC C/O BLOCK & CO INC REALTORS 605 W 47TH ST STE 200 KANSAS CITY, MO 64112 | | $611,741.47 (general unsecured) | Circuit City Stores, Inc. | $611,741.47 (general unsecured) | Circuit City Stores, Inc. |

12304-003\DOCS_NY:24218v1

12304-003\DOCS_NY\24216v1

| | | | | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor |
| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | |
| 2/20/09 | 11598 | Forest City Commercial Management Inc Agent for Short Pump Town Center LLC 50 Public Sq Ste 1360 Cleveland, OH 44113 | | $57,615.21 (general unsecured) | Circuit City Stores, Inc. | $26,644.94 (general unsecured) | Circuit City Stores, Inc. |
| 3/25/09 | 11947 | Greeley Shopping Center LLC Attn: Neil E. Herman, Esq. c/o Morgan Lewis & Bockius LLP 101 Park Ave. New York, NY 10178 | | $36,200.01 (administrative) | Circuit City Stores, Inc. | $20,415.43 (administrative) | Circuit City Stores, Inc. |
| 4/29/2009 | 12492 | GREEN 521 5TH AVENUE LLC ATTN NEIL KESSNER C O SL GREEN REALTY CORP 420 LEXINGTON AVE 18TH FLOOR NEW YORK, NY 10170 | | $10,509,257.48 (general unsecured) $288,158.43 (administrative) | Circuit City Stores, Inc. | $9,079,738.86 (general unsecured) $421,527.68 (administrative) | Circuit City Stores, Inc. |
| 4/29/09 | 12494 | Morse Sembler Villages Partnership No. 4 c/o Heather D. Dawson, Esq. Kitchens Kelley Gaynes PC Eleven Piedmont Ctr., Ste. 900 3495 Piedmont Rd. NE Atlanta, GA 30305 | | $489,889.80 (general unsecured) | Circuit City Stores, Inc. | $33,360.74 (administrative) | Circuit City Stores, Inc. |
| 6/30/09 | 14162 | Morse Sembler Villages Partnership No. 4 c/o Heather D. Dawson, Esq. Kitchens Kelley Gaynes PC Eleven Piedmont Ctr., Ste. 900 3495 Piedmont Rd. NE Atlanta, GA 30305 PK Sale LLC | Christian & Barton LLP Michael D. Mueller & Augustus C. Epps Jr. & Jennifer M. McLemore 909 E. Main St., Ste. 1200 Richmond, VA 23219 | $67,756.83 (administrative) | Circuit City Stores, Inc. | $1,382.34 (administrative) | Circuit City Stores, Inc. |
| 3/25/09 | 11955 | c/o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10179 | | $24,044.79 (administrative) | Circuit City Stores, Inc. | $2,110,210.44 (general unsecured) | Circuit City Stores, Inc. |
| 4/30/09 | 12821 | Ricmac Equities Corporation c/o Contrarian Capital Management LLC 411 W. Putnam Ave., Ste. 425 Greenwich, CT 06830 | | $2,206,793.70 (general unsecured) | Circuit City Stores, Inc. | $82,716.98 (administrative) | Circuit City Stores, Inc. |
| 3/23/10 | 14880 | Ricmac Equities Corporation c/o Contrarian Capital Management LLC 411 W. Putnam Ave., Ste. 425 Greenwich, CT 06830 | | $82,716.98 (administrative) | Circuit City Stores, Inc. | $34,146.74 (administrative) | Circuit City Stores, Inc. |

12304-003\DOCS_NY:24218v1

## BOOKS AND RECORDS CLAIMS TO BE REDUCED

| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | MODIFIED CLAIMS Proposed Modified Claim | Debtor |
|---|---|---|---|---|---|---|---|
| 1/3/2009 | 9635 | Sierra Lakes Marketplace LLC 1156 N Mountain Ave Upland, CA 91786 | | $930,048.21 (general unsecured) $61,688.19 (administrative) | Circuit City Stores, Inc. | $930,048.21 (general unsecured) $11,343.84 (administrative) | Circuit City Stores, Inc. |
| 4/30/09 | 12766 | Silverlake CCU Petula LLC Lauren Lonergan Taylor Esq Matthew E Hoffman Esq Duane Morris LLP 30 S 17th St Philadelphia, PA 19103-4196 | Silverlake CCU Petula LLC Mary Schwarze Esq c o Principal Life Insurance Company 711 High St Des Moines, IA 50392 | $1,022,303.26 (general unsecured) | Circuit City Stores, Inc. | $991,501.63 (general unsecured) | Circuit City Stores, Inc. |
| 4/30/09 | 13010 | TKG Coffee Tree LP c/o Eugene Chang Stein & Lubin LLP 600 Montgomery St., 14th Fl. San Francisco, CA 94111 | | Unliquidated, but not less than $213,127.83 (administrative) $757,474.37 (general unsecured) | Circuit City Stores West Coast, Inc. | $543,422.12 (general unsecured) | Circuit City Stores West Coast, Inc. |
| 6/30/09 | 14239 | TKG Coffee Tree LP c/o Leon Y. Tuan and Eugene K. Chang Stein & Lubin LLP 600 Montgomery St., 14th Fl. San Francisco, CA 94111 | | $209,227.98 (administrative) | Circuit City Stores West Coast, Inc. | $35,874.57 (administrative) | Circuit City Stores West Coast, Inc. |
| 12/4/08 | 573 | TOWNE SQUARE PLAZA TERRI CIPOLLONE PROPERTY MGR GRUBB & ELLIS MANAGEMENT SERVICES 401 RT 73 N, STE. 120 40 LAKE CTR. MARLTON, NJ 08053 | | $90,739.25 (administrative) | Circuit City Stores, Inc. | $31,759.65 (administrative) | Circuit City Stores, Inc. |
| 1/2/09 | 2310 | Wells Fargo Bank NA Bitzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami FL 33131 | | $811,266.79 (general unsecured) | Circuit City Stores, Inc. | $780,673.44 (general unsecured) | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**

**CLAIMS TO BE RECLASSIFIED**

| | | CLAIMS TO BE RECLASSIFIED | | | | RECLASSIFIED CLAIMS | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount and Classification | Debtor | Proposed Reclassified Claim Amount and Classification | Debtor |
| 12/4/08 | 573 | TOWNE SQUARE PLAZA TERRI CIPOLLONE PROPERTY MGR GRUBB & ELLIS MANAGEMENT SERVICES 401 RT 73 N, STE. 120 401 LAKE CTR. MARLTON, NJ 08053 | | $90,739.25 (administrative) | Circuity City Stores, Inc. | $13,608.68 (general unsecured) $77,130.57 (administrative) | Circuit City Stores, Inc. |

12304-003\DOCS_NY:24220v1

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

EXHIBIT C

INVALID CLAIMS TO BE EXPUNGED

BOOKS AND RECORDS CLAIMS TO BE EXPUNGED

| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 1/30/09 | 8580 | Bank of America NA as Trustee for the Registered Holders of LB UBS Commercial Mortgage Pass Through Certificates Series 2002 C7 Commercial Mortgage Trust 2002 C7 as Collateral Assignee of Shoppes of Beavercreek LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 1/30/09 | 8311 | Bank of America NA as Trustee for the Registered Holders of LB UBS Commercial Mortgage Pass Through Certificates Series 2003 C1 Commercial Mortgage Trust 2003 C1 Commercial Mortgage Pass Through Certificates Series 2003 C1 as Collateral Assignee of Circuit Sports LP<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | Circuit Sports LP<br>Dept 355<br>PO Box 4408<br>Houston, TX 77210-4408 | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 1/30/09 | 8930 | Bank of America NA, as Trustee for the Registered Holders of LB UBS Commercial Mortgage Pass Through Certificates Series 2003 C1, as Collateral Assignee of W&S Associates LP<br>Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 | W&S ASSOCIATES LP<br>C/O SIMON PROPERTY GROUP<br>225 W. WASHINGTON ST.<br>INDIANAPOLIS, IN 46204 | Unliquidated (general unsecured) | Circuit City Stores, Inc. |

12304-003\DOCS_NY:24221v1

1304-003\DOCS_NY:24221v1

## BOOKS AND RECORDS CLAIMS TO BE EXPUNGED

| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 6/15/09 | 13698 | EklecCo NewCo LLC<br>Attn: Kevin M. Newman, Esq.<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St., Ste. 200<br>Syracuse, NY 13204-1498 | | Unliquidated, but not less than $6,243.39 (administrative) | Circuit City Stores, Inc. |
| 1/30/09 | 9485 | FRIEDLAND, LAWRENCE & MELVIN<br>22 E. 65TH ST.<br>NEW YORK, NY 10021 | | $147,660.02 (general unsecured) | Circuit City Stores, Inc. |
| 1/29/09 | 7621 | National Western Life Insurance Company<br>Frederick Black/Tara B. Annweiler<br>One Moody Plaza, 18th Floor<br>Galveston, TX 77550 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 1/30/09 | 9476 | Silverlake CCU Petula LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103-4196 | Mary Shwarze Esq<br>c o Principal Life Insurance Company<br>Silverlake CCU Petula LLC<br>711 High St<br>Des Moines, IA 50392 | $56,047.58 (general unsecured) | Circuit City Stores, Inc. |
| 4/29/09 | 12578 | TKG Coffee Tree LP<br>c/o Eugene Chang<br>Stein & Lubin LLP<br>600 Montgomery St., 14th Fl.<br>San Francisco, CA 94111 | | Unliquidated, but not less than $970,602.20 –<br><br>$757,474.37 (general unsecured) | Circuit City Stores, Inc. |
| 1/30/09 | 8914 | Wells Fargo Bank NA as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc Commercial Mortgage Pass Through Certificates Series 2007 2 as Collateral Assignee of DDRTC Sycamore Commons<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | DDRTC SYCAMORE COMMONS LLC<br>C O DEVELOPERS DIVERSIFIED REALTY CORPORATION<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD, OH 44122 | $213,127.83 (administrative) | Circuit City Stores, Inc. |

12304-003\DOCS_NY:24221v1

## BOOKS AND RECORDS CLAIMS TO BE EXPUNGED

| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 1/30/09 | 8565 | Wells Fargo Bank NA as Trustee for the Registered Holders of GE Capital Commercial Mortgage Corporation Commercial Mortgage Pass Through Certificates Series 2002 2 as Collateral Assignee of DDR Southeast Cortez LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | Notice Party(ies):<br>DDR SOUTHEAST CORTEZ LLC<br>C O DEVELOPERS DIVERSIFIED<br>REALTY CORPORATION<br>3300 ENTERPRISE PKWY NO 1<br>BEACHWOOD, OH 44122 | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 1/30/09 | 8348 | Wells Fargo Bank NA as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Corp Commercial Mortgage Pass Through Certificates Series 2005 LDP2 as Collateral Assignee of Southland Center Investors<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | | Unliquidated (general unsecured) | Circuit City Stores Inc. |
| 1/30/09 | 8326 | Wells Fargo Bank NA as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass Through Certificates Series 2003 C5 as Collateral Assignee of DDRTC Columbiana Station 1 LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | DDRTC Columbiana Station 1 LLC<br>c o Developers Diversified Realty Corp<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 1/30/09 | 8322 | Wells Fargo Bank NA, as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass Through Certificates Series 2003 C6, as Collateral Assignee of 36 Monmouth Plaza LLC<br>Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 | 36 Monmouth Plaza LLC<br>Achs Management Corp.<br>1412 Broadway, 3rd Fl.<br>New York, NY 10018 | Unliquidated (general unsecured) | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

**EXHIBIT D**

**LATE FILED CLAIMS TO BE EXPUNGED**

| | | | LATE FILED CLAIMS | | |
|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Face Claim Amount | Debtor |
| 5/27/09 | 13076 | DMARC 2006-CD2 DAVIDSON PLACE, LLC<br>c/o Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 South Biscayne Blvd., Suite 2500<br>Miami, Florida 33131 | BPP-VA,LLC<br>c/o John C. LaLiberte, Esq.<br>Sherin and Lodgen, LLP<br>101 Federal Street<br>Boston, MA 02110 | $74,633.87<br>(general unsecured) | Circuit City Stores, Inc. |

12304-003\DOCS_NY:24222v1

12304-003\DOCS_NY:24223v1

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT E
AMENDED CLAIMS TO BE EXPUNGED

| | | CLAIMS TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
| 1/28/09 | 7422 | BPP VA LLC<br>John C La Liberte Esq<br>Shein and Lodgen LLP<br>101 Federal St<br>Boston, MA 02110 | | $855,376.86<br>(general unsecured) | Circuit City Stores Inc. | 13076 | Circuit City Stores, Inc. | $990,010.73<br>(general unsecured)<br>$2,000.00<br>(priority) |
| 4/8/09 | 12049 | Continental 64 Fund LLC<br>W134 N8675 Executive Pkwy<br>Menomonee Falls, WI 53051 | | Unliquidated<br>(priority) | Circuit City Stores Inc. | 13364 | Circuit City Stores, Inc. | $1,559,498.74<br>(general unsecured)<br>$74,195.46<br>(administrative) |
| 6/29/09 | 13816 | Ricmar Equities Corporation<br>c/o Contrarian Capital Management LLC<br>411 W. Putnam Ave., Ste. 425<br>Greenwich, CT 06830 | | $76,619.34<br>(administrative) | Circuit City Stores, Inc. | 14880 | Circuit City Stores, Inc. | $82,716.98<br>(administrative) |
| 1/28/2009 | 7163 | ROSSMOOR SHOPS, LLC<br>c/o Niclas A. Ferland, Esq.<br>LeClairRyan, A Professional Corporation<br>555 Long Wharf Drive, 8th Floor<br>New Haven, CT 06511 | | $21,954.26<br>(general unsecured) | Circuit City Stores, Inc. | 12359 | Circuit City Stores, Inc. | $1,223,837.06<br>(general unsecured) |
| 1/30/09 | 9236 | TKG Coffee Tree LP<br>c/o Leon Y. Tuan and Eugene K. Chang<br>Stein & Lubin LLP<br>600 Montgomery St., 14th Fl.<br>San Francisco, CA 94111 | | $67,466.66<br>(administrative) | Circuit City Stores West Coast, Inc. | 13010 | Circuit City Stores West Coast, Inc. | Unliquidated, but not less than<br>$757,474.37<br>(general unsecured)<br>$215,127.83<br>(administrative) |

In re Circuit City Stores, et al.
Case No. 08-35653 (KRH)
**Exhibit F**
**Alphaebtical Listing of Claims for Which Status Conference Will Take Place on June 9, 2011 at 2:00 p.m.**

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Alexander H Bobinski as Trustee under Trust No 001 c o Augustus C Epps Jr Esq Michael D Mueller Esq Jennifer M McLemore Esq Christian & Barton LLP 909 E Main St Ste 1200 Richmond, VA 23219 | 14248 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Alexander H Bobinski as Trustee under Trust No 1001 Augustus C Epps Jr Esq Christian & Barton LLP 909 E Main St Ste 1200 Richmond, VA 23219-3095 | 12498 | Exhibit C Reduction of Certain Partially Invalid Claims |
| AmCap Northpoint LLC Robert W Dremluk Esq Seyfarth Shaw LLP 620 Eighth Ave New York, NY 10018 | 9373 | Exhibit C Reduction of Certain Partially Invalid Claims |
| BEV CON I LLC c o Vornado Realty Trust 210 Rte 4 E Paramus, NJ 07652 | 8786 | Exhibit C Reduction of Certain Partially Invalid Claims |
| BEV CON I LLC c o Vornado Realty Trust 210 Rte 4 E Paramus, NJ 07652 | 8786 | Exhibit F Late Filed Claims to be Expunged |
| BFW Pike Associates LLC Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 13542 | Exhibit G Amended Claims to be Expunged |
| BFW Pike Associates LLC Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 12655 | Exhibit C Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BFW Pike Associates LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14985 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| CADI Monrovia Marketplace LLC<br>Dome Monrovia Marketplace LLC &<br>Nationwide Monrovia Marketplace<br>LLC<br>CADI Monrovia Marketplace LLC, et<br>al.<br>c/o David M Poitras PC<br>Jeffer Mangels Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067 | 12823 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| CADI Monrovia Marketplace LLC;<br>Dome Monrovia Marketplace LLC; and<br>Nationwide Monrovia Marketplace<br>LLC<br>David M. Poitras PC<br>Caroline R. Djang<br>Jeffer Mangels Butler & Marmaro LLP<br>1900 Avenue of the Stars, Seventh Fl.<br>Los Angeles, CA 90067 | 12996 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| CC La Quinta LLC<br>Jess R Bressi Esq<br>Luce Forward Hamilton & Scripps LLP<br>2050 Main St Ste 600<br>Irvine, CA 92614 | 12063 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Centro Properties Group t a County<br>Line Plaza Jackson MS<br>c o David L Pollock Esq<br>Ballard Spahr Andrews & Ingersoll<br>LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 8100 | Exhibit E<br>Invalid Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Centro Properties Group t a Midway Market Square Elyria OH<br> c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51 Fl<br>Philadelphia, PA  19103 | 8486 | Exhibit G<br>Amended Claims to be Expunged |
| Centro Properties Group ta Chamberlain Plaza Meriden CT<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51 Fl<br>Philadelphia, PA 19103 | 12533 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Chamberlain Plaza Meriden CT<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51 Fl<br>Philadelphia, PA 19103 | 12538 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Midway Market Square Elyria OH<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51 Fl<br>Philadelphia, PA  19103 | 12532 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Midway Market Square Elyria OH<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51 Fl<br>Philadelphia, PA  19103 | 12531 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Chambersburg Crossing LLP<br>Attn: Neil E. Herman<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178 | 11970 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Chambersburg Crossing LLP<br>Attn: Neil E. Herman<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178 | 12000 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Citrus Park CC LLC<br>c o Donald Emerick<br>737 Roma Rd<br>Venice, FL 34285 | 13355 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| CMAT 1999 C2 Lawence Road LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod<br>LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 12077 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| CMAT 1999 C2 Ridgeland Retail LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod<br>LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL  33131 | 11958 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Colorado Structures, Inc. dba CSI<br>Construction Co<br>c/o Andre K. Campbell, Esq.<br>McDonough Holland & Allen PC<br>555 Capitol Mall, 9th Fl.<br>Sacramento, CA 95814-4692 | 7810 | Exhibit E<br>Invalid Claims to be Expunged |
| CWCapital Asset Management LLC, as<br>Special Servicer for Bank of America N<br>A<br>Demetrios Morakis<br>Capmark Finance, Inc.<br>701 13th St. NW, Ste. 1000<br>Washington, DC 20005 | 12832 | Exhibit E<br>Invalid Claims to be Expunged |
| CWCapital Asset Management LLC, as<br>Special Servicer for Bank of America<br>NA, Successor by Merger to LaSalle<br>Bank NA, as Trustee<br>for the Holders of Nomura Asset<br>Securities Corporation Commercial<br>Mortgage Pass Through Certificates<br>Series 1998 D6<br>Attn: Lawrence A. Katz and Kristen E.<br>Burgers<br>8010 Towers Crescent Dr., Ste. 300<br>Vienna, VA 22182-2707 | 13950 | Exhibit E<br>Invalid Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Daniel G Kamin McAllen LLC<br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA 15232 | 11716 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR MDT Carillon Place LLC<br>Attn James S Carr & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13552 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR MDT Carillon Place LLC<br>Attn James S Carr & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13557 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR MDT Carillon Place LLC<br>Attn James S Carr & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12440 | Exhibit G<br>Amended Claims to be Expunged |
| DDR Southeast Cortez LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13518 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Cortez LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14986 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Cortez LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14986 | Exhibit D<br>Claims to be Reclassified |
| DDR Union Consumer Square LLC<br>Attn James S Carr Esq and Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13553 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDR Union Consumer Square LLC<br>Attn James S Carr Esq and Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13566 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRM Skyview Plaza LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13563 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRM Skyview Plaza LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14948 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRM Skyview Plaza LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13520 | Exhibit G<br>Amended Claims to be Expunged |
| DDRM Skyview Plaza LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13545 | Exhibit G<br>Amended Claims to be Expunged |
| DDRTC Columbiana Station I LLC<br>Attn James S Carr Esq and Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13457 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRTC Columbiana Station LLC<br>Attn James S Carr & Robert L LeHane Esq<br>101 Park Ave<br>New York, NY 10178 | 13471 | Exhibit G<br>Amended Claims to be Expunged |
| DDRTC Columbiana Station LLC<br>Attn James S Carr & Robert L LeHane Esq<br>101 Park Ave<br>New York, NY 10178 | 14950 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDRTC Sycamore Commons LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 12664 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDRTC Sycamore Commons LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 14978 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDRTC Sycamore Commons LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 13587 | Exhibit G<br>Amended Claims to be Expunged |
| Dentici Family Limited Partnership<br>United States Debt Recovery V LP<br>940 Southwood BI, Suite 101,<br>Incline Village NV 89451 | 7984 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Dentici Family Limited Partnership<br>United States Debt Recovery V LP<br>940 Southwood BI, Suite 101,<br>Incline Village NV 89451 | 13732 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Dollar Tree Stores Inc<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave<br>New York, NY 10036-5101 | 9102 | Exhibit E<br>Invalid Claims to be Expunged |
| Donald L Emerick<br>737 Roma Rd<br>Venice, FL 34285 | 12218 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| EklecCo NewCo LLC<br>Attn: Kevin M. Newman, Esq.<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St., Ste. 200<br>Syracuse, NY 13204-1498 | 3733 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| EklecCo NewCo LLC<br>Attn: Kevin M. Newman, Esq.<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St., Ste. 200<br>Syracuse, NY 13204-1498 | 4251 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Exeter JV Associates LP<br>c/o Jeffrey Kurtzman, Esq.<br>Klehr Harrison Harvey Branzburg &<br>Ellers LLC<br>260 S. Broad St.<br>Philadelphia, PA 19102 | 12005 | Exhibit E<br>Invalid Claims to be Expunged |
| First Berkshire Properties LLC<br>Attn James S Carr Esq Robert L<br>LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14901 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| First Berkshire Properties LLC<br>Attn James S Carr Esq Robert L<br>LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14901 | Exhibit D<br>Claims to be Reclassified |
| First Berkshire Properties LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13441 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| First Berkshire Properties LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13444 | Exhibit G<br>Amended Claims to be Expunged |
| GSII Green Ridge LLC<br>Attn James S Carr Esq & Robert L<br>LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13560 | Exhibit G<br>Amended Claims to be Expunged |
| HOLIDAY UNION ASSOCIATES LP<br>JAMES S CARR ESQ ROBERT L<br>LEHANE ESQ<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 10862 | Exhibit E<br>Invalid Claims to be Expunged |
| Inland Sau Greenville Point LLC<br>Attn James S Carr Esq & Robert L<br>LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12485 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Inland Sau Greenville Point LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14938 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Inland Sau Greenville Point LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14938 | Exhibit D<br>Claims to be Reclassified |
| Inland Sau Greenville Point LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12592 | Exhibit G<br>Amended Claims to be Expunged |
| Inland Southeast Colonial LLC<br>Attn James S Carr Esq<br>Attn Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 9920 | Exhibit E<br>Invalid Claims to be Expunged |
| Inland Southeast Colunmbiana LLC<br>Attn James S Carr Esq<br>Attn Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 9922 | Exhibit E<br>Invalid Claims to be Expunged |
| Janaf Shops LLC<br>Attn: Adam K. Keith<br>Honigman Miller Schwartz & Cohn LLP<br>660 Woodward Ave.<br>2290 First National Bldg.<br>Detroit, MI 48226-3506 | 14511 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Janaf Shops LLC<br>Attn: Adam K. Keith<br>Honigman Miller Schwartz & Cohn LLP<br>660 Woodward Ave.<br>2290 First National Bldg.<br>Detroit, MI 48226-3506 | 14284 | Exhibit E<br>Invalid Claims to be Expunged |
| JUBILEE-SPRINGDALE, LLC<br>Attention: Kimberly A. Pierro, ESQ.<br>Kutak Rock LLP<br>1111 E. Main Street, STE 800<br>Richmond, VA 23219 | 12771 | Exhibit G<br>Amended Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| KIR Amarillo LP<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11949 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| KIR Amarillo LP<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11950 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| LA FRONTERA VILLAGE LP<br>120 S CENTRAL AVE STE 100<br>C O SANSONE GROUP<br>ST LOUIS, MO 63105 | 9367 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| La Frontera Village LP<br>Linda S Broyhill<br>Reed Smith LLP<br>3110 Fairview Park Dr Ste 1400<br>Falls Church, VA 22042 | 13930 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| MAIN STREET AT EXTON LP<br>120 W GERMANTOWN PIKE STE 120<br>PLYMOUTH MEETING, PA 19462 | 12421 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| MAIN STREET AT EXTON LP<br>120 W GERMANTOWN PIKE STE 120<br>PLYMOUTH MEETING, PA 19462 | 12614 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Manufacturers & Traders Trust<br>Company as Trustee<br>c o Nicholas M Miller Esq<br>Neal Gerber & Eisenberg LLP<br>Two N LaSalle St Ste 1700<br>Chicago, IL 60602 | 8562 | Exhibit E<br>Invalid Claims to be Expunged |
| Montgomery Towne Center Station Inc<br>c/o Catherine Harrison King<br>1170 Peachtree St NE Ste 1170<br>Atlanta, GA 30309-7706 | 7421 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Morgan Hill Retail Venture LP<br>Pepler Mastromonaco LLP<br>Attn Frank T Pepler<br>100 First St 25th Fl<br>San Fransisco, CA 94105 | 10265 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| NAP Northpoint LLC<br>Augustus C. Epps Jr., Esq.<br>Christian & Barton LLP<br>909 E Main St., Ste. 1200<br>Richmond, VA 23219-3095 | 12497 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| NORTH PLAINFIELD VF LLC<br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br>PARAMUS, NJ 07652 | 8723 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| North Plainfield VF LLC<br>Vornado Realty Trust<br>PO Box 31594<br>Hartford, CT 06150-1594 | 13928 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| P A ACADIA PELHAM MANOR LLC<br>ATTN DANIEL J ANSELL<br>GREENBERG TRAURIG LLP<br>200 PARK AVE<br>NEW YORK, NY 10166 | 9086 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| PA Acadia Pelham Manor LLC<br>Daniel J Ansell and Howard J Berman<br>and Heath B Kushnick<br>Greenberg Traurig LLP<br>200 Park Ave<br>New York, NY 10166 | 13777 | Exhibit E<br>Invalid Claims to be Expunged |
| Pacific Harbor Equities LLC<br>c o Hope Properties<br>3000 Pablo Kisel Blvd Ste 300C<br>Brownsville, TX 78526 | 12379 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Philips International Holding Corp., As<br>Agent for SP Massapequa LLC<br>Attn: James S. Carr, Esq.; Robert L.<br>LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 12670 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Philips International Holding Corp., As<br>Agent for SP Massapequa LLC<br>Attn: James S. Carr, Esq.; Robert L.<br>LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 13574 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Philips International Holding Corp., As<br>Agent for SP Massapequa LLC<br>Attn: James S. Carr, Esq.; Robert L.<br>LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 14417 | Exhibit E<br>Invalid Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| PK Sale LLC<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11953 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Raymond & Main Retail LLC<br>c o William A Trey Wood III<br>Bracewell & Giuliani LLP<br>711 Louisiana St Ste 2300<br>Houston, TX 77002 | 8985 | Exhibit E<br>Invalid Claims to be Expunged |
| Raymond & Main Retail LLC<br>c o William A Trey Wood III<br>Bracewell & Giuliani LLP<br>711 Louisiana St Ste 2300<br>Houston, TX 77002 | 8988 | Exhibit E<br>Invalid Claims to be Expunged |
| Riverdale Retail Associates, LC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13543 | Exhibit G<br>Amended Claims to be Expunged |
| Ronus Meyerland Plaza LP<br>attn: Laurance J Warco<br>Sutherland Asbill & Brennan LLP<br>999 Peachtree St NE<br>Atlanta, Georgia 30309-3996 | 12424 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| San Tan Village Phase 2 LLC Macerich 203270 1464<br>Attn Dustin P Branch<br>Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 | 13991 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| San Tan Village Phase 2 LLC<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 | 13943 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Schiffman Circuit Props<br>Matthew W Grimshaw<br>Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 | 2623 | Exhibit D<br>Claims to be Reclassified |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Schiffman Circuit Props<br>Matthew W Grimshaw<br>Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 | 2623 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Schottenstein Property Group Inc<br>Peter J Barrett and Loc Pfeiffer<br>Kutak Rock LLP<br>Bank of America Center<br>1111 E Main St Ste 800<br>Richmond , VA 23219-3500 | 13166 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Schottenstein Property Group Inc<br>Peter J Barrett and Loc Pfeiffer<br>Kutak Rock LLP<br>Bank of America Center<br>1111 E Main St Ste 800<br>Richmond , VA 23219-3500 | 13166 | Exhibit E<br>Invalid Claims to be Expunged |
| Sebring Retail Associates LLC<br>Attn Augustus C Epps Jr & Jennifer M McLemore<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3095 | 12447 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Sebring Retail Associates LLC<br>Attn Augustus C Epps Jr & Jennifer M McLemore<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3095 | 14177 | Exhibit E<br>Invalid Claims to be Expunged |
| Silverlake CCU Petula LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103-4196 | 14009 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Silverlake CCU Petula LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103-4196 | 14009 | Exhibit D<br>Claims to be Reclassified |
| Southland Center Investors LLC<br>Attorney Mark A Bartels<br>Stellpflug Law SC<br>PO Box 5637<br>De Pere, WI 54115 | 13887 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Southland Center Investors LLC<br>Atty Mark A Bartels<br>Stellpflug Law SC<br>PO Box 5637<br>De Pere, WI 54115-5637 | 12676 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Spring Hill Development Partners GP<br>Dickson Management Associates LLC<br>Gallatin Management Associates LLC<br>Attn Sheila deLa Cruz Esq<br>c o Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA 23218-0500 | 12336 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| St Indian Ridge LLC<br>Mr Dale Smith<br>Thompson Hine LLP<br>3900 Key Ctr<br>127 Public Sq<br>Cleveland, OH 44114 | 12790 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| T & T Enterprises LP a California Limited Partnership<br>Attn Anne Secker and Lisa Omori<br>Noland Hamerly Etienne & Hoss<br>333 Salinas St<br>Salinas, CA 93901 | 13736 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| T&T Enterprises LP<br>Attn Anthony Sammut<br>60 D Corral Detierra Rd<br>Salinas, CA 93908-9485 | 12872 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Tanglewood Park LLC Luckoff Land Company LLC and Roth Tanglewood LLC as Tenants in Common<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 14348 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Tanglewood Park LLC Luckoff Land Company LLC and Roth Tanglewood LLC as tenants<br>c o Ralph E Dill Esq<br>Tanglewood Park LLC<br>37 W Broad St Ste 950<br>Columbus, OH 43215 | 5153 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Terranomics Crossroads Associates<br>Wolfstone Planchot & Bloch PS Inc<br>1111 3rd Ave Ste 1800<br>Seattle, WA 98101 | 12429 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Terranomics Crossroads Associates<br>Wolfstone Planchot & Bloch PS Inc<br>1111 3rd Ave Ste 1800<br>Seattle, WA 98101 | 14133 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| TIAA CREF<br>Jonathan L Howell<br>Munch Hardt Kopf & Harr PC<br>500 N Akard St No 3800<br>Dallas, TX 75201 | 12254 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Walnut Capital Partners Lincoln Place<br>LP<br>c o William E Kelleher Jr Esq<br>Cohen & Grigsby PC<br>625 Liberty Ave<br>Pittsburgh, PA 15222-3152 | 9785 | Exhibit E<br>Invalid Claims to be Expunged |
| WEC 99A 1 LLC c o Midland Loan<br>Services Inc a Delaware Corporation<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 12685 | Exhibit E<br>Invalid Claims to be Expunged |
| WEC 99A 1 LLC<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 14249 | Exhibit E<br>Invalid Claims to be Expunged |
| WEC 99A 3 LLC Acting by and<br>through Midland Loan Services Inc<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>Dallas, TX 75201 | 14135 | Exhibit E<br>Invalid Claims to be Expunged |
| WEC 99A 3 LLC c o Midland Loan<br>Services Inc a Delaware Corporation<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 12851 | Exhibit E<br>Invalid Claims to be Expunged |