Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                          :    Chapter 11
                                :
CIRCUIT CITY STORES, INC., et al.,   :    Case No. 08-35653 (KRH)
                                :
        Debtors.                :
                                :    Jointly Administered
- - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER SUSTAINING LIQUIDATING TRUST'S FIFTEENTH OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS,
DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS
AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's

Fifteenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid

Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid

Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate

Claims and Disallowance of Certain Amended Claims) (the "Objection"), which requested,

among other things, that the claims specifically identified on Exhibit C through Exhibit H

attached to the Objection be reduced or disallowed for those reasons set forth in the

Objection; and it appearing that due and proper notice and service of the Objection as set

forth therein was good and sufficient and that no other further notice or service of the

Objection need be given; and it further appearing that no response was timely filed or

properly served by the Claimants being affected by this Order; and it appearing that the

relief requested on the Objection is in the best interest of the Liquidating Trust, the

Debtors' estates and creditors and other parties-in-interest; and after due deliberation

thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED.

2.      The Claims identified on Exhibit A as attached hereto and

incorporated herein are forever reduced for all purposes in these bankruptcy cases in the

manner stated in Exhibit A.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

3.      The Claims identified on Exhibit B as attached hereto and incorporated herein are forever reclassified in these bankruptcy cases in the manner stated in Exhibit B.

4.      The Claims identified on Exhibit C through Exhibit F as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

5.      The Liquidating Trust hereby withdraws, without prejudice, the Objection solely with respect to the Claims identified on Exhibit G

6.      The Court will conduct a status conference on June 9, 2011 at 2:00 p.m. for all Claims identified on Exhibit H attached hereto.

7.      The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

8.      The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

9.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2011


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                          - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                          - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.


_____*/s/ Paula S. Beran*_____
Paula S. Beran

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KR

**EXHIBIT A**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Modified Claim Amount | Debtor |
| 01/29/09 | 7813 | ADVANCE REAL ESTATE MANAGEMENT LLC 1420 TECHNY RD NORTHBROOK, IL 60062 | | $43,345.61 (general unsecured) | Circuit City Stores, Inc. | $14,748.00 (general unsecured) | Circuit City Stores, Inc. |
| 04/20/09 | 12238 | Advance Real Estate Management LLC 1420 Techny Rd Northbrook, IL 60062 | Law Offices Jay Zabel & Associates Ltd William P Ellsworth 33 W Monroe Ste 3950 Chicago, IL 60603 | $901,006.81 (general unsecured) | Circuit City Stores, Inc. | $861,728.23 (general unsecured) | Circuit City Stores, Inc. |
| 05/27/09 | 13046 | BPP WB LLC John C La Liberte Esq Sherin and Lodgen LLP 101 Federal St Boston, MA 02110 | | $816,021.39 (general unsecured) $2,000 (priority) | Circuit City Stores, Inc. | $802,236.19 (general unsecured) | Circuit City Stores, Inc. |
| 01/29/09 | 8143 | Evergreen Plaza Associates I LPJohn L. Senica, Esq.Miller Canfield Paddock and Stone PC225 W. Washington St., Ste. 600Chicago, IL 60606 | | $854,040.03 (general unsecured) | Circuit City Stores, Inc. | $630,144.13 (general unsecured) | Circuit City Stores, Inc. |
| 01/29/09 | 8667 | GECMC 2005 C2 Eastex Fwy LLC c o LNR Partners Inc 1601 Washington Ave Ste 700 Miami Beach, FL 33139 | Akin Gump Strauss Hauer & Feld LLP Catherine E Creely 1333 New Hampshire Ave NW Washington, DC 20036 USA | $663,623.84 (general unsecured) | Circuit City Stores, Inc. | $538,376.97 (general unsecured) | Circuit City Stores, Inc. |
| 01/26/09 | 8675 | GUNNING INVESTMENTS LLC CO NAINVISION 534 S KANSAS AVE STE 1008 TOPEKA, KS 66603 | | $36,422.94 (general unsecured) | Circuit City Stores, Inc. | $12,301.96 (general unsecured) | Circuit City Stores, Inc. |
| 06/30/09 | 14226 | LEBEN FAMILY LP 1700 W. PIONEER RD. CEDARBURG, WI 53012 | | $104,877.92 (administrative) | Circuit City Stores, Inc. | $59,027.02 (general unsecured) | Circuit City Stores, Inc. |
| 01/23/09 | 4828 | Paskin, Marc 8550 El Paseo Grande La Jolla, CA 92037 | | $31,055.00 (general unsecured) $2,425.00 (priority) | Circuit City Stores West Coast, Inc. | $28,789.00 (general unsecured) | Circuit City Stores West Coast, Inc. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Modified Claim Amount | Debtor |
| 01/23/09 | 6551 | REMINGTON SEEDS STEVE HAGEMAN 4746 WEST US HIGHWAY 24 REMINGTON, IN 47977 | Donald Shelmon Att 119 5 N Cullen St Rensselaer, IN 47978 | $43,133.73 (secured) | Circuit City Stores, Inc. | $42,133.75 (general unsecured) | Circuit City Stores, Inc. |
| 05/05/09 | 12848 | Seekonk Equities LLC Scott Klatsky Director of Leasin Time Equities Inc as agent for Seekonk Equities LLC 55 5th Ave New York, NY 10003 | | $644,939.40 (general unsecured) $42,597.66 (administrative) | Circuit City Stores Inc. | $462,625.54 (general unsecured) $27,237.38 (administrative) | Circuit City Stores, Inc. |
| 01/30/09 | 9064 | Shops at Kildeer LLC Attn Neil E Herman Esq c o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10178 | | $16,508.53 (general unsecured) | Circuit City Stores, Inc. | $12,421.25 (administrative) | Circuit City Stores, Inc. |
| 01/02/09 | 2901 | Station Landing LLC John C La Liberte Esq Sherin and Lodgen LLP 101 Federal St Boston, MA 02110 | | $111,926.17 (general unsecured) | Circuit City Stores, Inc. | $97,082.06 (general unsecured) | Circuit City Stores, Inc. |
| 01/30/09 | 8824 | Sullivan Crosby Trust Brad Boodt Esq Holland & Hart LLP 3800 Howard Hughes Pkwy 10th Fl Las Vegas, NV 89169 | SULLIVAN CROSBY TRUST C O ALLBRITTEN SLATES CPAS LLC 508 W THIRD ST CARSON CITY, NV 89703 | $505,436.81 (general unsecured) | Circuit City Stores, Inc. | $496,288.04 (general unsecured) | Circuit City Stores, Inc. |
| 01/30/09 | 8939 | TEAM RETAIL WESTBANK LTD ATTN WORTH R WILLIAMS 9362 HOLLOW WAY RD DALLAS, TX 75220 | | $780,462.16 (general unsecured) | Circuit City Stores, Inc. | $682,748.35 (general unsecured) | Circuit City Stores, Inc. |
| 01/30/09 | 8489 | Vornado North Bergen Tonnelle Plaza LLC Attn Mei Cheng c o Vornado Realty Trust 210 Rte 4 E Paramus, NJ 07652 | | Unliquidated but not less than $1,087,628.01 (administrative) | Circuit City Stores, Inc. | $1,084,118.20 (general unsecured) | Circuit City Stores, Inc. |
| 03/10/09 | 11240 | Water Tower Square Limited Partnership Attn Kathleen J Baginski c o Carnegie Management & Development Corp 27500 Detroit Rd Ste 300 Westlake, OH 44145-0000 | | $845,322.84 (general unsecured) | Circuit City Stores, Inc. | $762,361.92 (general unsecured) | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)
**EXHIBIT B**

**CLAIMS TO BE RECLASSIFIED**

| | | CLAIMS TO BE RECLASSIFIED | | | | RECLASSIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount and Classification | Debtor | Reclassified Face Claim Amount and Classification | Debtor |
| 02/28/09 | 13923 | Becker Trust LLC Barry Becker 50 S Jones Blvd STE 100 Las Vegas, NV 89107 | | $172,374.01 (administrative) | Circuit City Stores West Coast, Inc. | $7,785.08 (general unsecured)<br><br>$164,588.93 (administrative) | Circuit City Stores West Coast, Inc. |
| 06/30/09 | 14226 | LEBEN FAMILY LP1700 W. PIONEER RD.CEDARBURG, WI 53012 | | $104,877.92 (administrative) | Circuit City Stores, Inc. | $59,027.02 (general unsecured)<br><br>$45,850.90 (administrative) | Circuit City Stores, Inc. |
| 01/23/09 | 6551 | REMINGTON SEEDS STEVE HAGEMAN 4746 WEST US HIGHWAY 24 REMINGTON, IN 47977 | Donald Shelmon Att 119 5 N Cullen St Rensselaer, IN  47978 | $43,133.73 (secured) | Circuit City Stores, Inc. | $43,133.73 (general unsecured) | Circuit City Stores, Inc. |
| 06/30/09 | 14220 | Van Ness Post Center LLC 720 Market St Ste 500 San Francisco, CA 94102 | | $271,543.97 (administrative) | Circuit City Stores Inc | $73,203.26 (administrative)<br><br>$44,773.08 (general unsecured) | Circuit City Stores Inc. |
| 03/10/09 | 11820 | Watercress Associates LP LLLP dba Pearlridge Center Attn Lawrence A Diamant Esq Levene Neale Bender Rankin & Brill LLP          10250 Constellation Blvd Ste 1700 Los Angeles, CA 90067 | | $58,900.99 (priority) | Circuit City Stores Inc. | $58,900.99 (administrative) | Circuit City Stores Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**INVALID CLAIMS TO BE EXPUNGED**

| | | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | |
|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor |
| 03/30/09 | 14956 | 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC<br>Lori E Eropkin Esq SBN 253048<br>Levinson Arshonsky & Kurtz LLP<br>15303 Ventura Blvd Ste 1650<br>Sherman Oaks, CA 91403 | | $57,497.43 (administrative) | Circuit City Stores West Coast, Inc. |
| 12/10/08 | 896 | Accent Homes Inc.<br>14145 Brandywine Rd<br>Brandywine, MD 20613 | | $8,295 .00 (general unsecured) | Circuit City Stores Inc. |
| 01/29/09 | 7538 | AUTOZONE NORTHEAST, INC<br>ATTN JIM MCCLAIN<br>ATTN PROPERTY MANAGEMENT<br>DEPTARTMENT 8700<br>123 S FRONT STREET<br>MEMPHIS, TN 38103-3618 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 01/27/09 | 6036 | Banc One Building Corporation<br>c/o Kevin G. Mruk<br>JPMorgan Chase Legal & Compliance Dept<br>10 S. Dearborn, Fl. 6<br>Chicago, IL 60603-2003 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 01/30/09 | 9290 | BLOCKBUSTER, INC<br>12327 01 3000 REDBUD BLVD.<br>MCKINNEY, TX 75069 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 01/30/09 | 8680 | Bond CC I DBT<br>Attn David Vanaskey Corporate Trust Administration<br>c o Wilmington Trust Company<br>1100 N Market St<br>Wilmington, DE 19890 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. |

| **BOOKS AND RECORDS CLAIMS TO BE EXPUNGED** |
|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Claimant Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 01/30/09 | 8682 | Bond Circuit II DBT (If known) c/o Wilmington Trust Company 1100 North Market Street Wilmington, DE 19890 Attn: David Vanaskey, Corporate Trust Administration | | Unliquidated (general unsecured) | Circuit City Stores Inc. |
| 01/30/09 | 8690 | Bond Circuit XI DBT c/o Wilmington Trust Company 1100 North Market Street Wilmington, DE 19890 Attn: David Vanaskey, Corporate Trust Administration | | Unliquidated (general unsecured) | Circuit City Stores Inc. |
| 01/30/09 | 8702 | Bond Circuit V DBT  Attn David Vanaskey Corporate Trust Administration c o Wilmington Trust Company 1100 N Market St Wilmington, DE  19890 | | Unliquidated | Circuit City Stores Inc. |
| 01/30/09 | 8681 | Bond Circuit VII DBT c/o Wilmington Trnst Company 1100 North Market Street Wilmington, DE 19890 Attn: David Vanaskey, Corporate Trust Administration | | Unliquidated (general unsecured) | Circuit City Stores Inc. |
| 12/17/08 | 1369 | CJM Management Company 4198 Orchard Lake Rd STE 250 Orchard Lake, MI  48323-1644 | | $7,812.00 (general unsecured) | Circuit City Stores Inc. |
| 06/25/09 | 13500 | Country Aire Retention Pond Owners Association Kimberly A Reves 1901 Butterfield Rd Ste 260 Downers Grove, IL 60515 | | $881.88 (administrative) | Circuit City Stores, Inc. |
| 01/08/09 | 2621 | Daboo LLC Frank Boren 8715 Wood Duck Way Blaine, VA 98230 | Daboo LLC 36313 S Desert Sun Dr Tucson, AZ  85739 | $1,562,619.90 (general unsecured) | Circuit City Stores, Inc. |

| | | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | |
|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor |
| 01/30/09 | 9742 | Gemini Property Management LLC<br>As Special Agent of All Owners of The Johnstown Galleria<br>300 Market St<br>Johnstown, PA 15901 | | $2,400.98<br>(general unsecured) | Circuit City Stores, Inc. |
| 06/15/09 | 13365 | Greenback Associates<br>Attn Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 | | $737,801.12<br>(general unsecured) | Circuit City Stores Inc. |
| 04/08/10 | 15006 | Greenback Associates<br>Attn Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 | | $65,610.58<br>(administrative) | Circuit City Stores Inc. |
| 03/11/09 | 11579 | ORTHODONTIC CENTERS OF VIRGINIA INC<br>ATTN REAL ESTATE DEPT<br>3850 NORTH CAUSEWAY BLVD STE 800<br>METAIRIE, LA 70002 | | $4,711.37<br>(administrative) | Circuit City Stores, Inc. |
| 03/11/09 | 11587 | ORTHODONTIC CENTERS OF VIRGINIA INC<br>ATTN REAL ESTATE DEPT<br>3850 NORTH CAUSEWAY BLVD STE 800<br>METAIRIE, LA 70002 | | $4,001.58<br>(administrative) | Circuit City Stores, Inc. |
| 01/08/09 | 2979 | PROMENADE MODESTO, LLC<br>280 SECOND STREET<br>SUITE 230<br>C/O WEST VALLEY PROPERTIES INC.<br>LOS ALTOS, CA 94022 | | $0.00<br>(priority) | Circuit City Stores, Inc. |
| 04/28/09 | 14539 | S&F3 Management Company LLC<br>7777 Glades Road, Suite 212<br>Boca Raton, FL 33434 | | $220,080.65<br>(general unsecured) | Circuit City Stores Inc. |

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | |
|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor |
| 01/30/09 | 9268 | Target Corporation<br>Jayne G. Trudell<br>Target Corporation Law Dept.<br>1000 Nicollet Mall<br>Minneapolis, MN 55413 | | Unliquidated<br>(general unsecured) | Circuit City<br>Stores, Inc. |
| 01/30/09 | 8747 | The Berkshire Group<br>One Beacon Street, Suite 1500<br>Boston, MA 02108<br>Attn: Wayne Zarozny, Vice President | Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022<br>Attn: Cassandra Aquart, Esq. | $58,131.89<br>(general unsecured)<br><br>Unliquidated<br>(secured) | Circuit City<br>Stores Inc. |
| 01/30/09 | 8583 | Wells Fargo Bank as Trustee for the Registered<br>Holders of Credit Suisse First Boston Mortgage<br>Securities Corp Commercial Mortgage Pass Through<br>Certificates Series 2005 C1 as Collateral Assignee of<br>Sunrise Plantation Properties LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | | Unliquidated<br>(general unsecured) | Circuit City<br>Stores Inc. |
| 01/30/09 | 9123 | Wells Fargo Bank NA a National Banking Association<br>as Trustee for the Registered Holders of GE<br>Commercial Mortgage<br>Corporation Commercial Mortgage Pass Through<br>Certificates Series 2005 C2<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | HSBC Bank USA NA<br>Account No 610930192<br>452 5th Ave 24th Fl<br>New York, NY 10018 | $457,953.60<br>(general unsecured) | Circuit City<br>Stores, Inc. |
| 02/02/09 | 11384 | WHITNEY NATIONAL BANK<br>E B PEEBLES III ESQ BENJAMIN Y FORD ESQ<br>ARMBRECHT JACKSON LLP<br>PO BOX 290<br>MOBILE, AL 36601 | | $1,061,863.48<br>(general unsecured) | Circuit City<br>Stores, Inc. |
| 01/26/09 | 6289 | WIRED MANAGEMENT, LLCATTN: REAL<br>ESTATE2500 E. CENTRAL TEXAS EXPY., STE. C<br>KILLEEN, TX 76543-5301 | Wired Management LLC<br>Attn: Raymond Assed<br>1302 Harvest Dr.<br>Nolanville, TX 76559 | $28,798.50<br>(general unsecured) | Circuit City<br>Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KF
**EXHIBIT D**
**LATE FILED CLAIMS TO BE EXPUNGED**

| | | | LATE FILED CLAIMS | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 07/29/09 | 14529 | CC Countryside 98 LLC<br>Attn Simon Marciano Esq<br>Neuberger Quinn Gielen Rubin & Gibber PA<br>1 South St 27th Fl<br>Baltimore, MD 21202 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank As Tr<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | $71,368.89<br><br>(out of $1,170,300.25 general unsecured) for pre-petition rent. | Circuit City Stores Inc. |
| 02/04/09 | 11202 | LA Z BOY SHOWCASE SHOPPES, INC<br>800 S WEBER RD<br>STE B<br>BOLINGBROOK, IN 60490-5613 | | $20,167.00<br>(general unsecured) | Circuit City Stores, Inc. |
| 03/11/09 | 11579 | ORTHODONTIC CENTERS OF VIRGINIA INC<br>ATTN REAL ESTATE DEPT<br>3850 NORTH CAUSEWAY BLVD STE 800<br>METAIRIE, LA 70002 | | $4,711.37<br>(general unsecured) | Circuit City Stores, Inc. |
| 03/11/09 | 11587 | ORTHODONTIC CENTERS OF VIRGINIA INC<br>ATTN REAL ESTATE DEPT<br>3850 NORTH CAUSEWAY BLVD STE 800<br>METAIRIE, LA 70002 | | $4,001.58<br>(general unsecured) | Circuit City Stores, Inc. |
| 05/05/09 | 12848 | Seekonk Equities LLC<br>Scott Klatsky<br>Director of Leasin Time Equities Inc as agent for Seekonk Equities LLC<br>55 5th Ave<br>New York, NY 10003 | | $644,939.40<br>(general unsecured)<br><br>$42, 597.66<br>(administrative) | Circuit City Stores Inc. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 03/10/09 | 11240 | Water Tower Square Limited Partnership<br>Attn Kathleen J Baginski<br>c o Carnegie Management & Development Corp<br>27500 Detroit Rd Ste 300<br>Westlake, OH 44145-0000 | | $845,322.84<br>(general unsecured) | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653
**EXHIBIT E**

**AMENDED CLAIMS TO BE EXPUNGED**

| | | CLAIMS TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
| 01/30/09 | 9271 | 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC Lori E Eropkin Esq SBN 253048 Levinson Arshonsky & Kurtz LLP 15303 Ventura Blvd Ste 1650 Sherman Oaks, CA 91403 | | $2,234,942.29 (general unsecured) | Circuit City Stores West Coast, Inc. | 12458 | Circuit City Stores West Coast, Inc. | $2,468,704.69 (general unsecured) |
| 01/29/09 | 7953 | Bank of America, N.A., as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Mortgage PassThrough Certificates, Series 1998-C2 c/o Capmark Finance Inc. Attn: Peyton Inge 700 N. Pearl Street Dallas, TX 75201 | WEC-96D Appleton-l Investment Trust 50 West Liberty Street, Suite 1080 Reno, NV 89501 -and- Loeb & Loeb LLP, 345 Park A venue New York, New York 10154 Attn: Jason Blumberg | Unliquidated but not less than $11,912.50 (priority) $50,358.50 (general unsecured) | Circuit City Stores Inc. | 12573 | Circuit City Stores Inc | $842,991.27 (general unsecured) |
| 04/28/09 | 12573 | Bank of America, N.A., as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc. Mortgage PassThrough Certificates, Series 1998-C2 c/o Capmark Finance Inc. Attn: Peyton Inge 700 N. Pearl Street Dallas, TX 75201 | WEC-96D Appleton-l Investment Trust 50 West Liberty Street, Suite 1080 Reno, NV 89501 -and- Loeb & Loeb LLP, 345 Park A venue New York, New York 10154 Attn: Jason Blumberg | $842,991.27 (general unsecured) | Circuit City Stores Inc. | 12911 | Circuit City Stores Inc | $842,991.27 (general unsecured) |
| 01/05/09 | 2367 | BARNES AND POWERS NORTH LLC 111 SOUTH TEJON SUITE 222 ATTN CHRIS JENKINS COLORADO SPRINGS, CO 80903 | | $14,839.00 (general unsecured) | Circuit City Stores West Coast, Inc. | 11773 | Circuit City Stores West Coast, Inc. | $96,590.07 (administrative) $630,535.79 (general unsecured) |
| 02/18/09 | 11465 | Becker Trust LLC Barry Becker 50 S Jones Blvd STE 100 Las Vegas, NV 89107 | | $20,658.75 (priority) $8,853.82 (general unsecured) | Circuit City Stores West Coast, Inc. | 13,923.00 | Circuit City Stores Inc | $172,374.01 (administrative) |
| 06/15/09 | 13366 | Greenback Associates Attn Nancy Hotchkiss Trainor Fairbrook 980 Fulton Ave Sacramento, CA 95825 | | $60,831.93 (administrative) | Circuit City Stores Inc. | 15006 | Circuit City Stores Inc | $65,610.58 (administrative) |

| | | CLAIMS TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
|---|---|---|---|---|---|---|---|---|
| 06/15/09 | 13379 | Greenback Associates<br>Attn Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 | | $60,831.93<br>(administrative) | Circuit City Stores West Coast, Inc. | 15007 | Circuit City Stores West Coast, Inc. | $65,610.58<br>(administrative) |
| 12/17/08 | 1368 | LEBEN FAMILY LP<br>4001 N. TAMIAMI TRAIL<br>C/O NORTHERN TRUST BANK<br>NAPLES, FL 34103 | LEBEN FAMILY LP<br>1700 W. PIONEER RD.<br>CEDARBURG, WI 53012 | $103,039.15<br>(general unsecured) | Circuit City Stores, Inc. | 14226 | Circuit City Stores, Inc. | $104,877.92<br>(administrative) |
| 12/18/08 | 1264 | Manco Abbott OEA INC<br>Benjamin Nurse<br>851 Munras Ave<br>Monterey, CA 93940<br>(claim #2411) | | $1,743.92<br>(general unsecured) | Circuit City Stores Inc. | 2441 | Circuit City Stores Inc | $1,743.92<br>(general unsecured) |
| 01/28/09 | 6754 | Rancon Realty Fund IV<br>Ronald K Brown Jr<br>Law Offices of Ronald K Brown Jr APC<br>901 Dove St Ste 120<br>Newport Beach, CA 92660-3018 | | $86,813.54<br>(administrative) | Circuit City Stores West Coast, Inc. | 12121 | Circuit City Stores West Coast, Inc. | $1,112,594.70<br>(general unsecured) |
| 01/15/09 | 3896 | Van Ness Post Center LLC<br>Portfolio Manager<br>720 Market St FL 5<br>ATTN Dr Jospeh & Maria Fang<br>San Francisco,<br>CA 94102 | | $9,210.47 (general unsecured) | Circuit City Stores Inc | 14220 | Circuit City Stores Inc | $271,543.97 |
| 01/15/09 | 3893 | Van Ness Post Central LLC<br>27 E Fourth Ave<br>C/ O United Commerical Bank<br>San Mateo, CA<br>94401-4001 | | $83,593.13<br>(general unsecured) | Circuit City Stores Inc | 14220 | Circuit City Stores Inc | $271,543.97 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT F**
**DUPLICATE CLAIMS TO BE EXPUNGED**

| | | CLAIM TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Number | Debtor | Total Surviving Claim Face Amount |
| 04/28/09 | 12458 | 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC Lori E Eropkin Esq SBN 253048 Levinson Arshonsky & Kurtz LLP 15303 Ventura Blvd Ste 1650 Sherman Oaks, CA 91403 | | $2,468,704.69 (general unsecured) | Circuit City Stores West Coast, Inc. | 12461 | Circuit City Stores Inc. | $2,468,704.69 (general unsecured) |
| 03/30/10 | 14958 | 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC Lori E Eropkin Esq SBN 253048 Levinson Arshonsky & Kurtz LLP 15303 Ventura Blvd Ste 1650 Sherman Oaks, CA 91403 | | $57,497.43 (administrative) | Circuit City Stores Inc. | 14596 | Circuit City Stores West Coast, Inc. | $57,497.43 (administrative) |
| 04/08/09 | 13137 | Becker Trust LLC Steven H Greenfeld Cohen Baldinger & Greenfeld LLC 7910 Woodmont Ave Ste 760 Bethesda , MD 20814 USA | | $172,374.01 (administrative) | Circuit City Stores Inc. | 13923 | Circuit City Stores Inc. | $172,374.01 (administrative) |
| 01/30/09 | 8685 | Bond Circuit IV DBT Attn David Vanaskey Corporate Trust Administration c o WilmingtonTrust Company 1100 N Market St Wilmington, DE  19890 | | Unliquidated (general unsecured) | Circuit City Stores Inc. | 12765 | Circuit City Stores Inc. | $1,715,253.14 (administrative) (general unsecured) |
| 01/30/09 | 8505 | Wells Fargo Bank NA as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass Through Certificates Series 2004 C11 as Collateral Assignee of Amargosa Palmdale Investments LLC Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | | Unliquidated (general unsecured) | Circuit City Stores Inc. | 12997 | Circuit City Stores Inc. | $804,599.73 (administrative) (general unsecured) |

12304-003\DOCS_LA:233422v2

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT G**
**OBJECTIONS WITHDRAWN**

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC Lori E Eropkin Esq SBN 253048 Levinson Arshonsky & Kurtz LLP 15303 Ventura Blvd Ste 1650 Sherman Oaks, CA 91403 | 14361 | EXHIBIT H DUPLICATE CLAIMS TO BE EXPUNGED |
| Catellus Operating Limited Partnership Edward J Tredinnick Esq Greene Radovsky Maloney Share & Hennigh LLP Four Embarcadero Ctr Ste 4000 San Francisco, CA 94111 | 7957 | EXHIBIT H DUPLICATE CLAIMS TO BE EXPUNGED |
| Cosmo Eastgate Ltd Attn David M Neumann Benesch Friedlander Coplan & Aronoff LLP 200 Public Sq Ste 2300 Cleveland, OH 44114-2378 | 6616 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| GRI EQY Sparklberry Square LLC Arthur L Gallagher Vice President 1600 NE Miami Gardens Dr North Miami Beach, FL 33179 | 14062 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| La Habra Imperial LLC Christian & Barton LLP 909 E Main St ASte 1200 Richmond, VA 23219 | 13637 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Lexington Richmond LLC Attn Harvey A Strickon Paul Hastings Janofsky & Walker LLP 75 E 55th St New York, NY  10022-3205 | 12029 | EXHIBIT F LATE FILED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| RD Bloomfield Associates Limited Partnership<br>Greenberg Traurig LLp<br>200 Park Ave<br>New York, NY 10166 | 13801 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| WEC 96D Vestal Investment Trust<br>Attn Wayne Zarozny VP<br>The Berkshire Group<br>One Beacon St Ste 1500<br>Boston, MA  02108 | 9780 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank NA as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass Through Certificates Series 2006 C29 as Collateral Assignee of Cedar Development LTD<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 9121 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT H**
**OBJECTIONS ADJOURNED TO JUNE 9, 2011**

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| 44 North Properties LLC<br>Patricia A Borenstein Esq<br>Miles & Stockbridge PC<br>10 Light St<br>Baltimore, MD 21202 | 8777 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| ACADIA REALTY LIMITED PARTNERSHIP & BRIGHTON COMMERICAL LLC &<br>CATELLUS OPERATING LIMITED PARTNERSHIP & CEDAR DEVELOPMENT LTD<br>ATTN JENNIFER M MCLEMORE & AUGUSTUS C EPPS JR & MICHAEL D MUELLER<br>ESQ & JENNIFER M MCLEMORE ESQ & NOELLE M JAMES ESQ<br>c/o Christian & Barton<br>909 E. Main Street, Suite 1200<br>Richmond, VA 23219 | 13098 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Acadia Realty Limited Partnership fka Mark Centers Limited Partnership<br>Attn Daniel J Ansell<br>Greenberg Traurig LLp<br>200 Park Ave<br>New York, NY 10166 | 13802 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| ADD Holdings LP a Texas Limited Partnership<br>Attn Joseph A Friedman<br>c o Kane Russell Coleman & Logan PC<br>3700 Thanksgiving Tower<br>1601 Elm St<br>Dallas, TX 75201 | 7559 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |
| Amargosa Palmdale Investments LLC<br>J Bennett Friedman Esq<br>Friedman Law Group<br>1900 Avenue of the Stars Ste 1800<br>Los Angeles, CA 90067-4409 | 13962 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Bank of America, N.A., as trustee for the registered holders of GMAC Commercial Mortgage Securities, Inc., Mortgage PassThrough Certificates, Series 1998-C2 c/o Capmark Finance Inc. Attn: Peyton Inge 700 N. Pearl Street Dallas, TX 75201 | 9721 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| Bank of America NA as successor by merger to LaSalle Bank National Association as Trustee for the Registered Holders of GMAC Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | 9488 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Bank of America National Association as Successor by Merger to LaSalle Bank National Association as Trustee for the Registered Holders of the Morgan Stanley Capital Inc Commercial Mortgage Pass Through Certificates Series 1997 C1 c/o Capmark Finance Inc. Peyton Inge 700 N. Pearl Street, Suite 2200 Dallas, TX  75201 | 9899 | EXHIBIT H DUPLICATE CLAIMS TO BE EXPUNGED |
| Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank As Tr Creditor Notice Name: Peyton Inge Address: c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX  75201 | 10030 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank As Tr Peyton Inge c/o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX  75201 | 9050 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX  75201 | 9704 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX  75201 | 9734 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX  75201 | 9707 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Bank of America, N.A., as successor-by-merger to laSalle Bank National Association, as Trustee for the Registered holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 1997-C1<br>c/o Capmark Finance Inc.<br>Peyton Inge<br>700 N. Pearl Street, Suite 2200<br>Dallas, TX  75201 | 9449 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| BARNES AND POWERS NORTH LLC<br>111 SOUTH TEJON<br>SUITE 222<br>ATTN CHRIS JENKINS<br>COLORADO SPRINGS, CO 80903 | 11773 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| BARNES AND POWERS NORTH LLC<br>111 SOUTH TEJON<br>SUITE 222<br>ATTN CHRIS JENKINS<br>COLORADO SPRINGS, CO 80903 | 11773 | EXHIBIT D<br>CLAIMS TO BE RECLASSIFIED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Bella Terra Associates LLC<br>J Bennett Friedman Esq<br>Frideman Law Group<br>1900 Ave of the Stars STE 1800<br>Los Angeles, CA 90067-4409 | 13955 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| Bond Circuit I Delaware Business Trust<br>Attn James S Carr & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY  10178 | 13448 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Bond Circuit I Delaware Business Trust<br>Creditor Notice Name: Attn James S Carr & Robert L LeHane<br>Address:<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY  10178 | 14935 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Bond Circuit IV Delaware Business Trust<br>Mark B Conlan Esq<br>Gibbons PC<br>One Gateway Ctr<br>Newark, NJ  07102-5310 | 8796 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Brighton Commercial LLC<br>325 Ridgeview Drive<br>Palm Beach, FL 33480 | 9477 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Brighton Commercial LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 14345 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Capmark Finance Inc<br>Keith M Aurzada & John C Leininger<br>Bryan Cave LLP<br>2200 Ross Ave Ste 3300<br>Dallas, TX  75201 | 14363 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| CC Investors 1996 17<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 | 7162 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CC Properties LLC<br>Atten:  Michelle Ingle<br>c/o FBL Financial Group, Inc.<br>5400 University Ave.<br>West Des Moines, IA 50266 | 14005 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Cedar Development Ltd.<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 14140 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Centro Properties Group t a Parkway Plaza Vestal NY<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103 | 8102 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Centro Properties Group t a Parkway Plaza Vestal NY<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103 | 8104 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Centro Properties Group ta Valley Crossing Hickory NC<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 1604 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Circuit IL Corp<br>Sigmond Sommer Properties<br>280 Park Avenue, 4th Floor, West Building<br>New York, NY 10017 | 5027 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Circuit Investors Fairfield Limited Partnership<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT  06511 | 14548 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |
| CMAT 1999 C1 Kelly Road LLC<br>c/o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 5005 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |
| CMAT 1999 C2 Moller Road LLC<br>c/o Mindy A. Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 | 4994 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |
| Cottonwood Corners - Phase V, LLC<br> RSF Land & Cattle Company, LLC<br>10200 Corrales Road NW, Suite B-3<br>Alberquerque, NM  87114 | 14916 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Cottonwood Corners - Phase V, LLC<br>RSF Land & Cattle Company, LLC<br>10200 Corrales Road NW, Suite B-3<br>Alberquerque, NM  87114 | 14916 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Cottonwood Corners - Phase V, LLC<br>RSF Land & Cattle Company, LLC<br>10200 Corrales Road NW, Suite B-3<br>Alberquerque, NM  87114 | 14917 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Cottonwood Corners - Phase V, LLC<br>RSF Land & Cattle Company, LLC<br>10200 Corrales Road NW, Suite B-3<br>Alberquerque, NM  87114 | 14917 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| CW Capital Asset Management LLC as Special Servicer on Behalf of Wells Fargo Bank NA Brent Procida Venable LLP 750 E Pratt St Ste 900 Baltimore, MD 21202 | 7233 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Daniel G Kamin Flint LLC Attn Kelly Serenko Dir Lease Adm Kamin Realty Company PO Box 10234 Pittsburgh, PA  15232-0234 | 11573 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| Dollinger Lost Hills Associates James A Tiemstra Law Offices of James A Tiemstra Tribune Tower 409 13th St 15th Fl Oakland, CA  94612-2607 | 8145 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| DOWEL CONSHOHOCKEN LLC c o Dowel Associates LLC 25 LINDSLEY DR STE 201 MORRISTOWN, NJ 07960 | 12354 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Fingerlakes Crossing LLC Attn Kevin M Newman Esq Menter Rudin & Trivelpiece PC 308 Maltbie St Ste 200 Syracuse, NY 13204-1498 | 12067 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| FW CA Brea Marketplace LLC Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY  10178 | 13446 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| FW CA Brea Marketplace LLC Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY  10178 | 12796 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| FW CA Brea Marketplace, LLC<br>Attn Randy Shoemaker<br>c o Regency Centers LP<br>One Independent Dr Ste 114<br>Jacksonville, FL  32202-5019 | 14382 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |
| Inland Southwest Management LLC<br>Attn: Karen C. Bifferato & Kelly M. Conlan<br>Connolly Bove Ldge & Hutz LLP<br>The Nemours Bldg 1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 14928 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| Inland Western Avondale McDowell LLC<br>c/o Bert Bittouma Esq.<br>Inland Real Estate Group<br>2901 Butterfield Rd., 3rd Fl.<br>Oak Brook, IL 60523 | 8943 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| Jurupa Bolingbrook LLC<br>William A Broscious<br>Kepley Broscious & Biggs PLC<br>2211 Pump Rd<br>Richmond, VA 23233 | 14537 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |
| KIR Arboretum Crossing LP<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 904 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |
| Liquidity Solutions Inc.<br>c o Joshua M. Farber, Esq.<br>Meyer, Unkovic & Scott LLP<br>1300 Oliver Building<br>Pittsburgh, PA 15222 | 8935 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |
| Liquidity Solutions Inc<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 12791 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Manufacturers & Traders Trust Company as Trustee<br>c o Nicholas M Miller Esq<br>Neal Gerber & Eisenberg LLP<br>Two N LaSalle St Ste 1700<br>Chicago, IL  60602 | 8613 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Manufacturers & Traders Trust Company as Trustee<br>c o Nicholas M Miller Esq<br>Neal Gerber & Eisenberg LLP<br>Two N LaSalle St Ste 1700<br>Chicago, IL 60602 | 8620 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |
| Manufacturers & Traders Trust Company as Trustee<br>c/o Nicholas M Miller Esq<br>Neal Gerber & Eisenberg LLP<br>Two N LaSalle St Ste 1700<br>Chicago, IL  60602 | 8561 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Manufacturers & Traders Trust Company, as Trustee<br>c/o Nicholas M Miller Esq<br>Neal Gerber & Eisenberg LLP<br>Two N. LaSalle St., Ste. 1700<br>Chicago, IL 60602 | 8611 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| MRV Wanamaker, LC<br>3501 Southwest Fairlawn Road<br>Suite 200<br>Topeka, KS  66614 | 9282 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |
| Northbrook Sub LLC Northbrook PLIC LLC and Northbrook VNBP LLC as Tenants in Common<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103 | 12247 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Northbrook Sub LLC Northbrook PLIC LLC and Northbrook VNBP LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103 | 7979 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| OLP CCFERGUSON LLC<br>c/o Michelle McMahon, Esq.<br>1290 Avenue of the Americas<br>NewYork,NY 10104 | 14418 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| ORIX Capital Markets LLC<br>c/o Lawrence A Katz Kristen E Burgers<br>8010 Towers Crescent Dr Ste 300<br>Vienna, VA  22182-2707 | 14245 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| ORIX Capital Markets LLC<br>c/o Lawrence A Katz Kristen E Burgers<br>8010 Towers Crescent Dr Ste 300<br>Vienna, VA  22182-2707 | 14245 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Park National Bank as Assignee of Rents Under the Columbus Georgia Lease with Circuit Investors No 2 Ltd<br>Attn Richard C Maxwell<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24038-4125 | 8947 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Parkdale Mall Associates, LP<br>c o Scott M. Shaw, Esq.<br>763 Georgia Avenue, Suite 300<br>Chattanooga, TN 37402 | 14965 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Parkdale Mall Associates, LP<br>c o Scott M. Shaw, Esq.<br>763 Georgia Avenue, Suite 300<br>Chattanooga, TN 37402 | 14965 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| PK Sale LLC<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 903 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |
| Point West Plaza II Investors<br>Attn: Lorene Sublett<br>c/o Buckeye Pacific Investors<br>201 Hoffman Ave.<br>Monterey, CA 93940 | 6266 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Point West Plaza II Investors<br>Attn: Lorene Sublett<br>c/o Buckeye Pacific Investors<br>201 Hoffman Ave.<br>Monterey, CA 93940 | 6588 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |
| RC CA Santa Barbara LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12792 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| RC CA Santa Barbara LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12797 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Remount Road Associates Limited Partnership<br>Hirschler Fleischer PC<br>Attn Sheila deLa Cruz<br>PO Box 500<br>Richmond, VA 23218-0500 | 8597 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Remount Road Associates<br>c o LMG Properties Inc<br>Northridge Shopping Center<br>5815 Westpark Dr<br>Charlotte, NC 28217 | 12488 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Schiffman Circuit Props<br>Matthew W Grimshaw<br>Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 | 9178 | EXHIBIT D<br>CLAIMS TO BE RECLASSIFIED |
| Shops at Kildeer LLC<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 9061 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |
| SILVERSTEIN TRUSTEE, RAYMOND<br>C/O THE GOODMAN GROUP<br>2828 CHARTER RD<br>PHILADELPHIA, PA 19154 | 6645 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |
| Sir Barton Place LLC<br>250 W Main St Ste 1600<br>Lexington, KY 40507-1746 | 11894 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |
| Site A LLC<br>Ann K. Crenshaw, Esq. and Paul K. Campsen, Esq.<br>Kaufman & Canoles PC<br>2101 Parks Ave., Ste. 700<br>Virginia Beach, VA 23451 | 14770 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Smith Gambrell & Russell LLP<br>Attn Brian Hall Esq<br>1230 Peachtree St NE Ste 3100<br>Atlanta, GA 30309 | 6554 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |

12304-003\DOCS_LA:236577v1

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| The Hutensky Group LLC agent for HRI Lutherville Station LLC ta Lutherville Station Lutherville MD<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 1897 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| The Marketplace of Rochester Hills Parcel B LLC<br>Adam K Keith<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Bldg<br>660 Woodward Ave<br>Detroit, MI  48226 | 6805 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| The Woodmont Company<br>Attn Carol Ware Bracken Pres Investment Services<br>2100 W 7th St<br>Fort Worth, TX 76107 | 14440 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| The Woodmont Company<br>Attn Carol Ware Bracken Pres Investment Services<br>2100 W 7th St<br>Fort Worth, TX 76107 | 14440 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Toys R Us Deleware Inc<br>Attn Karen L Gilman Esq<br>Wolff & Samson<br>1 Boland Dr<br>West Orange, NJ 07052 | 6118 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Trader Joe's East, Inc.<br>Eugene M. Magier, Esq.<br>687 Highland Avenue<br>Suite 1<br>Needham, MA  02494 | 4983 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| U.S. Bank National Association, as purchaser of assets of Park National Bank Attn: Richard C Maxwell, Esq.<br>c/o Woods Rogers PLC<br>10 S. Jefferson St., Suite 1400<br>Roanoke, VA 24011 | 14793 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| UBS Realty Investors LLC agent for Wayside Commons Investors LLC ta Wayside Commons Burlington MA<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 1898 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Uncommon Ltd<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 14141 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery III LF<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 | 6025 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LF<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 | 7735 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LF<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 | 14519 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Vestar OCM LLC<br>c o William Novotny<br>Mariscal Weeks McIntye & Friedlander PA<br>2901 N Central Ave Ste 200<br>Phoenix, AZ  85012 | 8227 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| WEC 96D Niles Investment Trust<br>Neil D Goldman Esq<br>Young Goldman & Van Beek PC<br>510 King St Ste 416<br>Alexandria, VA 22314 | 9647 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas , TX  75201 | 9441 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas , TX  75201 | 9741 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX  75201 | 9450 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Woodmont Sherman LP<br>Attn James S Carr Esq Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 11526 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Woodmont Sherman LP<br>Attn James S Carr Esq Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13421 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |