Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                              :    Chapter 11
                                    :
CIRCUIT CITY STORES, INC., et al.,  :    Case No. 08-35653 (KRH)
                                    :
        Debtors.                    :
                                    :    Jointly Administered
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER SUSTAINING LIQUIDATING TRUST'S FOURTEENTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS <u>AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)</u>**

THIS MATTER having come before the Court[1] on the Liquidating Trust's

Fourteenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid

Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid

Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate

Claims and Disallowance of Certain Amended Claims) (the "Objection"), which requested,

among other things, that the claims specifically identified on Exhibit C through Exhibit H

attached to the Objection be reduced or disallowed for those reasons set forth in the

Objection; and it appearing that due and proper notice and service of the Objection as set

forth therein was good and sufficient and that no other further notice or service of the

Objection need be given; and it further appearing that no response was timely filed or

properly served by the Claimants being affected by this Order; and it appearing that the

relief requested on the Objection is in the best interest of the Liquidating Trust, the

Debtors' estates and creditors and other parties-in-interest; and after due deliberation

thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.     The Objection is SUSTAINED.

2.     The Claims identified on Exhibit A as attached hereto and

incorporated herein are forever reduced for all purposes in these bankruptcy cases in the

manner stated in Exhibit A.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

3.      The Claims identified on Exhibit B as attached hereto and incorporated herein are forever reclassified in these bankruptcy cases in the manner stated in Exhibit B.

4.      The Claims identified on Exhibit C through Exhibit F as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

5.      The Liquidating Trust hereby withdraws, without prejudice, the Objection solely with respect to the Claims identified on Exhibit G.

6.      The Court will conduct a status conference on June 9, 2011 at 2:00 p.m. for all Claims identified on Exhibit H attached hereto.

7.      The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

8.      The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

9.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
        _____, 2011


        _____
        HONORABLE KEVIN R. HUENNEKENS
        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*



**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.


            _____*/s/ Paula S. Beran*_____
            Paula S. Beran



4

In re Circuit City Stores, Inc. et al.
Case No. 08-35653 (KRH)
**EXHIBIT A**
**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Modified Claim Amount | Debtor |
| 6/30/09 | 14192 | Bainbridge Shopping Center II LLC<br>Attn: Matt McGill<br>McGill Property Group<br>4425 Military Trail, Unit 202<br>Jupiter, FL 33458 | | $85,198.08 (administrative) | Circuit City Stores, Inc. | $660.08 (administrative) | Circuit City Stores, Inc. |
| 4/30/09 | 12675 | Bainbridge Shopping Center II LLC<br>Matt McGill, Proj. Mgr.<br>McGill Property Group<br>4425 MILITARY TRL., STE. 202<br>Jupiter, FL 33458-4817 | Bainbridge Shopping Center II LLC<br>Robert R. Kracht<br>McCarthy Lebit Crystal & Liffman<br>101 W. Prospect Ave., Ste. 1800<br>Cleveland, OH 44115 | $5,613,572.00 (general unsecured) | Circuit City Stores, Inc. | $998,138.61 (general unsecured) | Circuit City Stores, Inc. |
| 4/27/09 | 12513 | Baker Natick Promenade LLC<br>John C. La Liberte, Esq.<br>Sherin and Lodgen LLP<br>101 Federal St.<br>Boston, MA 02110 | | $2,152,618.00 (general unsecured)<br><br>$66,691.60 (administrative) | Circuit City Stores, Inc. | $1,997,705.93 (general unsecured)<br><br>$59,719.42 (administrative) | Circuit City Stores, Inc. |
| 7/29/09 | 14528 | CC Frederick 98 LLC<br>Attn: Simon Marciano, Esq.<br>Neuberger Quinn Gielen Rubin & Gibber PA<br>One South St., 27th Fl.<br>Baltimore, MD 21202 | | $961,096.05 (general unsecured) | Circuit City Stores, Inc. | $757,172.28 (general unsecured) | Circuit City Stores, Inc. |
| 1/30/09 | 9481 | CHARBONNET FAMILY LTD ET AL.<br>2909 DIVISION ST., STE. A<br>METAIRIE , LA 70002-7039 | Charbonnet Family Ltd. Et Al.<br>2909 Division St., Ste. A<br>Metairie, LA 70005 | $39,578.67 (general unsecured) | Circuit City Stores, Inc. | $33,955.47 (general unsecured) | Circuit City Stores, Inc. |
| 1/16/09 | 5631 | CITY VIEW CENTER, LLC<br>C/O KEST PROPERTY MANAGEMENT GROUP<br>6001 LANDERHAVEN DR., STE. D<br>CLEVELAND, OH 44124 | | $1,382,362.01 (general unsecured) | Circuit City Stores, Inc. | $1,306,890.48 (general unsecured) | Circuit City Stores, Inc. |
| 1/29/09 | 7891 | KC BENJAMIN REALTY LLC<br>2220 N MERIDIAN ST<br>C/O SANDOR DEVELOPMENT CO<br>INDIANAPOLIS, IN 46208 | | $384,191.22 (general unsecured) | Circuit City Stores, Inc. | $337,797.68 (general unsecured) | Circuit City Stores, Inc. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Modified Claim Amount | Debtor |
| 3/25/09 | 12100 | Kimco Arbor Lakes SC LLC<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | | $75,768.43<br>(administrative) | Circuit City Stores, Inc. | $44,868.53<br>(administrative) | Circuit City Stores, Inc. |
| 12/16/08 | 1727 | KOLO ENTERPRISES NKA KOLO ENTERPRISES LLP<br>ATTN BOB LONDON<br>2931 PIEDMONT RD STE E<br>ATLANTA, GA 30305 | GREENFIELD BOST & KLIROS<br>ALEX C KLIROS ESQ<br>990 HAMMOND DR STE 650<br>ATLANTA, GA  30328 | $397,306.06<br>(general unsecured) | Circuit City Stores, Inc. | $327,580.79<br>(general unsecured) | Circuit City Stores Inc. |
| 4/30/09 | 12520 | Liquidity Solutions, Inc.<br>One University Plz., Ste. 312<br>Hackensack, NJ 07601 | | $776,107.04<br>(general unsecured) | Circuit City Stores, Inc. | $746,069.19<br>(general unsecured) | Circuit City Stores, Inc. |
| 4/7/09 | 12141 | Market Pointe I LLC<br>Drew M. Bodker PS<br>2607 S. Southeast Blvd., Ste. A201<br>Spokane, WA 99223-7630 | Market Pointe I LLC<br>Attn: Robert J. Boyle<br>15807 E. Indiana Ave.<br>Spokane, WA  99216 | $660,681.00<br>(general unsecured) | Circuit City Stores, Inc. | $645,584.88<br>(general unsecured) | Circuit City Stores, Inc. |
| 3/20/09 | 11702 | TRC ASSOCIATES LLC<br>ATTN: SIMONE SPIEGEL<br>C/O SAMCO PROPERTIES, INC.<br>455 FAIRWAY DR., STE. 301<br>DEERFIELD BEACH, FL 33441 | | $490,757.22<br>(general unsecured) | Circuit City Stores, Inc. | $419,015.96<br>(general unsecured) | Circuit City Stores, Inc. |
| 12/12/08 | 1049 | WEIGEL, ROBERT<br>2300 S 48 ST<br>LINCOLN, NE 68506-5809 | | $35,352.00<br>(general unsecured) | Circuit City Stores, Inc. | $10,283.14<br>(general unsecured) | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT B**
CLAIMS TO BE RECLASSIFIED

| CLAIMS TO BE RECLASSIFIED | | | | | | RECLASSIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount and Classification** | **Debtor** | **Reclassified Claim Face Amount and Classification** | **Debtor** |
| 01/29/09 | 7877 | JOHNSTOWN SHOPPING CENTER LLC C/O KEST PROPERTY MANAGEMENT 6001 LANDERHAVEN DR. STE D CLEVELAND, OH 44124 | Johnstown Shopping Center LLC Matt McGill Project Manager McGill Property Group 4425 Military Trail Unit 202 Jupiter, FL 33458 | $41,201.87 (administrative) | Circuit City Stores, Inc. | $28,841.31 (administrative) $12,360.56 (general unsecured) | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KR
**EXHIBIT C**
INVALID CLAIMS TO BE EXPUNGED

| BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | | | |
|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
| 1/29/09 | 7572 | BAINBRIDGE SHOPPING CENTER II LLC PO BOX 643839 CINCINNATI, OH 45264-3839 | | Unliquidated (administrative) | Circuit City Stores, Inc. |
| 1/30/2009 | 8316 | Bank of America NA as Trustee for the Registered Holders of Morgan Stanley Capital I Inc Commercial Mortgage Pass Through Certificates Series 1998 HF1 as Collateral Assignee of Forecast Danbury Limited Partnership Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | Forecast Danbury Limited Partnership c o Forest Properties Management Co 19 Needham St Newton, MA  02161 | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 1/16/09 | 5701 | CITY VIEW CENTER LLC C/O KEST PROPERTY MANAGEMENT GROUP 4832 RICHMOND RD., SUITE 200 CLEVELAND, OH 44128 | | $56,632.16 (administrative) | Circuit City Stores, Inc. |
| 2/2/2009 | 10293 | Colonial Heights Land Assoc Ste 2700 Interstate Tower 121 W Trade St Charlotte, NC 28202 | | $0.00 (general unsecured) | Circuit City Stores, Inc. |
| 12/29/09 | 14781 | Johnstown Shopping Centre LLC Matt McGill, Project Manager McGill Property Group 4425 Military Trail, Unit 202 Jupiter, FL 33458 | McCarthy Lebit Crystal & Liffman Co LPA Robert R. Kracht, Esq. 101 W Prospect Ave., Ste. 1800 Cleveland, OH  44115-1088 | $85,198.08 (administrative) | Circuit City Stores, Inc. |

| | | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | |
|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
| 1/30/09 | 8314 | US Bank National Association, as Trustee for the Registered Holders of ML CFC Commercial Mortgage Trust 2007 9 Commercial Mortgage Pass Through Certificates Series 2007 9, as Collateral Assignee of BL NTV I LLC Mindy A. Mora, Esq. Bilzin Sumberg Baena Price & Axelrod LLP 200 S. Biscayne Blvd., Ste. 2500 Miami, FL 33131 | BL NTV I, LLC Attn: Beth Arnold c/o Brookline Development Company LLC 221 Walton St., Ste. 100 Syracuse, NY  13202 | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 1/30/09 | 9129 | Wells Fargo Bank NA as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc Commercial Mortgage Pass Through Certificates Series 2004 I as Collateral Assignee of Firecreek Crossing of Reno LLC Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 1/30/09 | 8514 | Wells Fargo Bank NA, as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass Through Certificates Series 2006 C23, as Collateral Assignee of Covington Lansing Acquistion LLC Mindy A. Mora, Esq. Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd., Ste. 2500 Miami, FL 33131 | Covington Lansing Acquistion LLC c/o Covington Realty Partners LLC 30 S. Wacker Dr., Ste. 2750 Chicago, IL  60606 | Unliquidated (general unsecured) | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc., et al
Case No. 08-35653 (KRH)
**EXHIBIT D**

LATE FILED CLAIMS TO BE EXPUNGED

| | | | | | | |
|---|---|---|---|---|---|---|
| **LATE FILED CLAIMS** | | | | | | |
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** | **Portion of Claim to Be Expunged** |
| 03/24/09 | 11933 | Homans Associates LLC Successor by Merger with Homans Asso Inc<br>Jonathan Bangs<br>Bergen & Parkinson LLC<br>62 Portland Rd Ste 25<br>Kennebunk , ME 04043 | | $15,300.00<br>(general unsecured) | Circuit City Stores, Inc. | $15,300.00<br>(general unsecured) |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT E**
AMENDED CLAIMS TO BE EXPUNGED

| | | | CLAIMS TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Number | Debtor | Face Amount of Surviving Claim |
| 1/30/09 | 9679 | BBD Rosedale LLC<br>Mr. Chad Morrow<br>Sher Garner Law Firm<br>909 Poydras St., 28th Fl.<br>New Orleans , LA 70112 | BBD ROSEDALE LLC<br>PO BOX 5902<br>METAIRIE, LA  70009 | $86,619.19<br>(general unsecured) | Circuit City Stores, Inc. | 12520 | Circuit City Stores, Inc. | $776,107.04<br>(general unsecured) |
| 4/30/09 | 12696 | Richland Town Center LLC<br>Matt McGill Proj Mgr<br>McGill Property Group<br>4425 MILITARY TRL STE 202<br>Jupiter, FL 33458-4817 | | $5,986,470.00<br>(general unsecured) | Circuit City Stores, Inc. | 14782 | Circuit City Stores, Inc. | $5,986,470.00<br>(general unsecured) |
| 6/30/09 | 14168 | Richland Town Centre LLC<br>Matt McGill, Proj. Mgr.<br>McGill Property Group<br>4425 Military Trail, Unit 202<br>Jupiter, FL 33458 | McCarthy Lebit Crystal &<br>Liffman Co LPA<br>Robert R. Kracht, Esq.<br>101 W. Prospect Ave., Ste.<br>1800<br>Cleveland, OH  44115-1088 | $91,952.00<br>(administrative) | Circuit City Stores, Inc. | 14781 | Circuit City Stores, Inc. | $85,198.08<br>(administrative) |
| 2/2/2009 | 11027 | Suzanne Jett Trowbridge Esq<br>Goodwin & Goodwin LLP<br>300 Summers St<br>Charleston, WV 25301-0000 | The PM Company<br>1000 Grand Central Mall<br>Vienna, WV  26105-0000 | $1,276,042.10<br>(general unsecured) | Circuit City Stores, Inc. | 12136 | Circuit City Stores, Inc. | $823,128.41<br>(general unsecured) |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT F**

**DUPLICATE CLAIMS TO BE EXPUNGED**

| | | Duplicate filed claims | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
| | | **None.** | | | | | | |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**
**WITHDRAWN OBJECTIONS**

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| COVINGTON LANSING ACQUISITION<br>C/O SANSONE GROUP<br>120 S. CENTRAL AVE., STE. 500<br>ST LOUIS, MO 63105 | 11935 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Covington Lansing Acquisition<br>Joseph J. Trad<br>500 N. Broadway, Ste. 2000<br>St Louis, MO 63102 | 13745 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| DDR Miami Avenue LLC<br>Attn: James S. Carr, Esq. & Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 14925 | EXHIBIT D<br>CLAIMS TO BE RECLASSIFIED |
| GSII Green Ridge LLC<br>Attn: James S. Carr, Esq.<br>Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 14984 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Johnstown Shopping Centre LLC<br>Matt McGill, Project Manager<br>McGill Property Group<br>4425 Military Trail, Unit 202<br>Jupiter, FL 33458 | 14782 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| NORTH PLAINFIELD VF LLC<br>C/O VORNADO REALTY TRUST<br>210 RTE 4 E<br>PARAMUS, NJ 07652 | 8723 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV  89451 | 10186 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 | 7550 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 | 14520 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Bl., Ste. 101<br>Incline Village, NV 89451 | 7550 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Washington Real Estate Investment Trust<br>c/o Magruder Cook Carmody & Koutsouftikis<br>1889 Preston White Dr., Ste. 200<br>Reston, VA 20191 | 13505 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT H**
**OBJECTIONS ADJOURNED TO JUNE 9, 2011**

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| 601 Plaza LLC<br>Suzanne Jett Trowbridge<br>Goodwin & Goodwin LLP<br>300 Summers St Ste 1500<br>Charleston, WV 25301-1630 | 13697 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| ACD2 Prudential Desert Crossing 204404 121<br>Attn Dustin P Branch, Esq.<br>Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 13980 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| ACD2<br>Thomas J Leanse Esq<br>Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 12702 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| AMMON PROPERTIES LC<br>2733 E. PARLEYS WAY 300<br>1410 CRCT.<br>SALT LAKE CITY, UT 84109-1662 | 13875 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Ammon Properties LC<br>Joel T. Marker<br>McKay Burton & Thurman<br>170 S. Main St., Ste. 800<br>Salt Lake City, UT 84101 | 13779 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Atlantic Center Fort Greene Associates LP<br>Attn Rachel M Harari Esq<br>Forest City Ratner Companies LLC<br>1 Metrotech Center N<br>Brooklyn, NY 11201 | 12801 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Bank of America Bank NA as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc Commercial Mortgage<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami FL 33131 | 9127 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Bank of America Bank NA, as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc Commercial Mortgage<br>Pass Through Certificates Series 2007 C1, as Collateral Assignee of TRC Associates<br>Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 | 9127 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Bank of America National Association Successor by Merger to LaSalle National Bank a Nationally Chartered Bank as Trustee for<br>c o Capmark Finance Inc<br>Payton Inge<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 9916 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| BL NTV I LLC<br>R. John Clark, Esq.<br>Hancock & Estabrook LLP<br>1500 AXA Tower I<br>100 Madison St.<br>Syracuse, NY 13202 | 14024 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| BL NTV I, LLC<br>C/O BROOKLINE DEVELOPMENT COMPANY LLC<br>221 WALTON STREET, SUITE 100<br>ATTN: BETH ARNOLD<br>SYRACUSE, NY 13202 | 12612 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Boulevard North Associates<br>c/o Jeffrey Kurtzman, Esq.<br>Klehr Harrison Harvey Branzburg & Ellers LLC<br>260 S. Broad St.<br>Philadelphia, PA 19102 | 11904 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Breevast Reno Inc RREEF Firecreek 207459 68<br>Attn:  Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 13989 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Breevast Reno Inc<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 13961 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Breevast Reno Inc<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 13961 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| CB Richard Ellis Louisville<br>c o Michael W McClain Esq<br>Wyatt Tarrant & Combs LLP<br>2500 PNC Plz<br>Louisville, KY 40202 | 3490 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Grand Junction Investors 1998 LLC, a Colorado Limited Liability Company<br>Debra Piazza<br>Montgomery Little Soran & Murray PC<br>5445 DTC Pkwy., Ste. 800<br>Greenwood Village, CO 80111 | 12334 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Centro Properties Group t/a Coastal Way, Brooksville FL<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12677 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Centro Properties Group t/a Coastal Way, Brooksville FL<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12630 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CHAPEL HILLS WEST LLC<br>1902 W. COLORADO AVE., STE. 110<br>COLORADO SPRINGS, CO 80904 | 6800 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| CMAT 1999 C2 Emporium Drive LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 4991 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Cottonwood Corners - Phase V, LLC<br>RSF Land & Cattle Company, LLC<br>10200 Corrales Road NW, Suite B-3<br>Alberquerque, NM  87114 | 12549 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| Cottonwood Corners - Phase V, LLC<br>RSF Land & Cattle Company, LLC<br>10200 Corrales Road NW, Suite B-3<br>Alberquerque, NM  87114 | 13100 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Cottonwood Corners - Phase V, LLC<br>RSF Land & Cattle Company, LLC<br>10200 Corrales Road NW, Suite B-3<br>Alberquerque, NM  87114 | 13892 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Cottonwood Corners - Phase V, LLC<br>RSF Land & Cattle Company, LLC<br>10200 Corrales Road NW, Suite B-3<br>Alberquerque, NM  87114 | 13893 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| Crossways Financial Associates LLC<br>Paul K Campsen Esq<br>Kaufman & Canoles<br>150 W Main St Ste 2100<br>Norfolk, VA 23510 | 7662 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Crossways Financial Associates LLC<br>Paul K Campsen Esq<br>Kaufman & Canoles<br>150 W Main St Ste 2100<br>Norfolk, VA 23510 | 11982 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Crossways Financial Associates LLC<br>Paul K Campsen Esq<br>Kaufman & Canoles<br>150 W Main St Ste 2100<br>Norfolk, VA 23510 | 12030 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Daniel G. Kamin Burlington LLC<br>Attn: Kelly Serenko, Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA 15232-0234 | 14576 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Daniel G. Kamin Burlington LLC<br>William A. Broscious, Esquire<br>Kepley Broscious & Biggs PLC<br>2211 Pump Rd.<br>Richmond, VA 23233 | 11766 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Dartmouth Marketplace Associates<br>Lawrence M. Gold<br>Carlton Fields PA<br>1201 W. Peachtree, Ste. 3000<br>Atlanta, GA 30309 | 12683 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Dartmouth Marketplace Associates<br>Lawrence M. Gold<br>Carlton Fields PA<br>1201 W. Peachtree, Ste. 3000<br>Atlanta, GA 30309 | 14868 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| DDR Miami Avenue LLC<br>Attn: James S. Carr, Esq. & Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 12723 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| DDR Miami Avenue LLC<br>Attn: James S. Carr, Esq. & Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 12838 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| DDR Miami Avenue LLC<br>Attn: James S. Carr, Esq. & Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 14925 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Eagleridge Associates<br>c/o Ian S. Landsberg<br>Landsberg Marguiles LLP<br>16030 Ventura Blvd., Ste. 470<br>Encino, CA 91436 | 12825 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| East Brunswick VF LLC<br>Attn Mei Cheng<br>c o Vornado Realty Trust<br>210 Route 4 E<br>Paramus, NJ 07652 | 9307 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| ELPF Slidell LLC<br>Terry Nunez<br>c/o Stirling Properties<br>109 Northpark Blvd., Ste. 300<br>Covington, LA 70433-5093 | 8847 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| ELPF Slidell LLC<br>Terry Nunez<br>c/o Stirling Properties<br>109 Northpark Blvd., Ste. 300<br>Covington, LA 70433-5093 | 8847 | EXHIBIT D<br>CLAIMS TO BE RECLASSIFIED |
| ELPF Slidell LLC<br>Terry Nunez<br>c/o Stirling Properties<br>109 Northpark Blvd., Ste. 300<br>Covington, LA 70433-5093 | 9052 | EXHIBIT D<br>CLAIMS TO BE RECLASSIFIED |
| ELPF Slidell LLC<br>Terry Nunez<br>c/o Stirling Properties<br>109 Northpark Blvd., Ste. 300<br>Covington, LA 70433-5093 | 11555 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Estate of Juda Nadler Regina Nadler Jacob Kasirer Rose Kasirer Michael Peters<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 12719 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Estate of Judith Nadler Regina Nadler Jacob Kasirer Rose Kasirer Michael Peters<br>Pasadena 340991 1<br>Attn: Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 14352 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| EVANSVILLE DEVELOPERS LLC, GB<br>600 E. 96TH ST., STE. 150<br>INDIANAPOLIS, IN 46240 | 8276 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Gateway Woodside, Inc.<br>Robert E. Greenberg, Esq.<br>Friedlander Misler PLLC<br>1101 17th St. NW, Ste. 700<br>Washington, DC 20036 | 6115 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| GB Evansville Developers LLC<br>Whitney L. Mosby, Esq.<br>Bingham McHale LLP<br>10 W. Market St., Ste. 2700<br>Indianapolis , IN 46204 | 12371 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| GB Evansville Developers LLC<br>Whitney L. Mosby, Esq.<br>Bingham McHale LLP<br>10 W. Market St., Ste. 2700<br>Indianapolis , IN 46204 | 14082 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| GSII Green Ridge LLC<br>Attn: James S. Carr, Esq.<br>Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 9926 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| GSII Green Ridge LLC<br>Attn: James S. Carr, Esq.<br>Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 12668 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| HOWLAND COMMONS PARTNERSHIP<br>2445 BELMONT AVE.<br>PO BOX 2186<br>YOUNGSTOWN, OH 44504-0186 | 9426 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| HOWLAND COMMONS PARTNERSHIP<br>2445 BELMONT AVE.<br>PO BOX 2186<br>YOUNGSTOWN, OH 44504-0186 | 12264 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| HOWLAND COMMONS PARTNERSHIP<br>HIRSCHLER FLEISCHER PC<br>MICHAEL P. FALZONE & SHEILA DELA CRUZ<br>2100 E. Cary St.<br>PO BOX 500<br>RICHMOND, VA 23218-0500 | 13181 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Inland Continental Property Management Corp<br>Karen C. Bifferato & Kelly M. Conlan<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg, 1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 14939 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Inland Continental Property Management Corp.<br>Karen C. Bifferato & Kelly M. Conlan<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg.<br>1007 N. Orange St., PO Box 2207<br>Wilmington, DE 19807 | 14081 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Inland Continental Property Management Corp.<br>c/o Bert Bittourna, Esq.<br>Inland Real Estate Group<br>2901 Butterfield Rd., 3rd Fl.<br>Oak Brook, IL 60523 | 12079 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Inland Pacific Property Services LLC<br>Attn: Karen C. Bifferato and Kelly M. Conlan<br>The Nemours Bldg.<br>1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 13734 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Inland Pacific Property Services LLC<br>Attn: Karen C. Bifferato and Kelly M. Conlan<br>The Nemours Bldg.<br>1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 14974 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Inland Western Temecula Commons LLC<br>c/o Bert Bittourna., Esq.<br>Inland Pacific Property Services LLC<br>Inland Real Estate Group<br>2901 Butterfield Rd., 3rd Fl.<br>Oak Brook , IL 60523-0000 | 12803 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Jaren Associates No 4 Macerich Scottsdale Store No 3341<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 13927 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Jaren Associates No 4 Macerich Scottsdale Store No 3341<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 13927 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Jaren Associates No 4 Scottsdale Macerich 203270 1466<br>Attn:  Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 13992 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Jordan Landing LLC Foursquare 340784 1<br>Attn:  Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90076 | 14110 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Kimco Arbor Lakes SC LLC<br>Attn: Neil E. Herman, Esq.<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178 | 11948 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| KRG Market Street Village LP<br>Attn Kenneth B Chigges<br>Ice Miller LLP<br>One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 | 14143 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| KRG Market Street Village LP<br>c o Ice Miller LLP<br>Attn Mark A Bogdanowicz<br>One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 | 12707 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Lakewood Mall Shopping Center Company Macerich 203270 1463<br>Attn Dustin P Branch, Esq.<br>Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 14309 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Lakewood Mall Shopping Center Company Macerich 203270 1463<br>Attn:  Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 14913 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Lakewood Mall Shopping Center Company<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 13940 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Lakewood Mall Shopping Center Company<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 13940 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Loop West LLC<br>Anthony J. Cichello<br>Krokidas & Bluestein LLP<br>600 Atlantic Ave.<br>Boston , MA 02210 | 14310 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Loop West LLC<br>c/o Anthony J. Cichello<br>Krokidas & Bluestein LLP<br>600 Atlantic Ave., 19th Fl.<br>Boston , MA 02210 | 12885 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Macerich Store No 6286<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Pk E 26th Fl<br>Los Angeles, CA 90067 | 9517 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Macerich Vintage Faire Limited Partnership Macerich 203270 1467<br>Attn Dustin P Branch, Esq.<br>Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 14130 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Macerich Vintage Faire Limited Partnership Macerich 203270 1469<br>Attn:  Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 14914 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Macerich Vintage Faire Limited Partnership<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 12693 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Macerich Vintage Faire<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 14102 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Manufacturers & Traders Trust Company, as Trustee<br>c/o Nicholas M. Miller, Esq.<br>Neal Gerber & Eisenberg LLP<br>Two N. LaSalle St., Ste. 1700<br>Chicago, IL 60602 | 8610 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| MEMORIAL SQUARE 1031 LLC<br>C/O BERT BITTOURNA, ESQ.<br>INLAND REAL ESTATE GROUP<br>2901 BUTTERFIELD RD., 3RD FL.<br>OAK BROOK, IL 60523 | 10020 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| MK Kona Commons LLC<br>Theodore D.C. Young, Esq.<br>Cades Shutte LLP<br>1000 Bishop St., Ste. 1200<br>Honolulu, HI 96813 | 8041 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| MONTE VISTA CROSSINGS LLC<br>1855 OLYMPIC BLVD., SUITE 250<br>C/O HALL EQUITIES GROUP<br>ATTN: MARK D. HALL<br>WALNUT CREEK, CA 94596 | 4050 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Montevideo Investments LLC Macerich Store No 6286<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 | 13929 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Montevideo Investments LLC Village Square 1 Macerich 203270 1468<br>Attn Dustin P Branch<br>Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 | 13993 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Newport News Shopping Center LLC<br>Paul K Campsen Esq<br>Kaufman & Canoles<br>150 W Main St Ste 2100<br>Norfolk, VA 23510 | 7663 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Newport News Shopping Center LLC<br>Paul K Campsen Esq<br>Kaufman & Canoles<br>150 W Main St Ste 2100<br>Norfolk, VA 23510 | 12057 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| North Plainfield VF LLC<br>Vornado Realty Trust<br>PO Box 31594<br>Hartford, CT 06150-1594 | 13928 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Norwalk Plaza Partners<br>Attn:  Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 13979 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Norwalk Plaza Partners<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 12750 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Norwalk Plaza Partners<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 14105 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Park National Bank<br>50 N. 3rd St.<br>PO Box 3500<br>Newark, OH 43058-3500 | 12727 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Pembrooke Crossing LTD Prudential 204404 122<br>Attn:  Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 13998 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Pembrooke Crossing LTD Prudential 204404 122<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 12704 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Plaza at Jordan Landing LLC Macerich Store No 3353<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 14103 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Plaza at Jordan Landing LLC Macerich Store No 3353<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 14103 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Polaris Circuit City LLC<br>c/o Franz Geiger Vice President<br>Attn: Franz A. Geiger<br>8800 Lyra Dr., Ste. 550<br>Columbus, OH 43240-2107 | 12240 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Polaris Circuit City LLC<br>c/o Franz Geiger Vice President<br>Attn: Franz A. Geiger<br>8800 Lyra Dr., Ste. 550<br>Columbus, OH 43240-2107 | 12304 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Portland Investment Company of America Sawmill Plaza 331678 15<br>Attn Dustin P Branch, Esq.<br>Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 13996 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Portland Investment Company of America Sawmill Plaza 331678 15<br>Attn:  Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 14912 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| RJ Ventures LLC<br>Jess R. Bressi, Esq.<br>Luce Forward Hamilton & Scripps LLP<br>2050 Main St., Ste. 600<br>Irvine, CA 92614 | 11899 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Ronald D. Rossitter and Barbara M. Rossiter<br>Attn:  Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 13323 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| RREEF America REIT II Corp Crossroads<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 14104 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| RREEF America REIT II Corp MM Crossroads 207459 67<br>Attn:  Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 149104 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| RREEF America REIT II Corp MM Crossroads 207459 67<br>Attn Dustin P Branch, Esq.<br>Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 13997 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| RREEF America REIT II Corp MM Crossroads 207459 67<br>Attn:  Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 14911 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Sawmill Plaza Place Associates<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles,  CA 90067 | 12751 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

12304-003\DOCS_LA:236654v1

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Site A LLC, Successor in Interest to JP Thornton LLC<br>Kaufman & Canoles<br>Ann K. Crenshaw, Esq. & Paul K. Campsen, Esq.<br>2101 Parks Ave., Ste. 700<br>Virginia Beach, VA 23451 | 13163 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Site A LLC, Successor in Interest to JP Thornton LLC<br>Kaufman & Canoles<br>Ann K. Crenshaw, Esq. & Paul K. Campsen, Esq.<br>2101 Parks Ave., Ste. 700<br>Virginia Beach, VA 23451 | 14770 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| SOMERVILLE SAGINAW LIMITED PARTNERSHIP<br>C/O RD MANAGEMENT<br>810 SEVENTH AVENUE, 28TH FLOOR<br>NEW YORK, NY 10019 | 11776 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| The Marvin L Oates Trust<br>c o Trainor Fairbrook<br>Attn Nancy Hotchkiss<br>980 Fulton Ave<br>Sacramento, CA 95825 | 7024 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| The Shoppes at Schererville LLC<br>Michael S. Held<br>Hunton & Williams LLP<br>1445 Ross Ave., Ste. 3700<br>Dallas, TX 75202 | 12562 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| The Shoppes at Shererville LLC<br>Michael S. Held, Esq.<br>Hunton & Williams LLP<br>1445 Ross Ave., Ste. 3700<br>Dallas, TX 75202-2755 | 13478 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| THF Clarksburg Development One Limited Liability Company<br>2127 Innerbelt Business Center Dr Ste 200<br>St Louis, MO 63114 | 12453 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| TOWSON VF LLC<br>ATTN: MEI CHENG<br>C/O VORNADO REALTY TRUST<br>210 RTE 4 E<br>PARAMUS, NJ 07652 | 12699 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Towson VF LLC<br>Vornado Realty Trust<br>210 Rte 4 E<br>Paramus, NJ 07652 | 14169 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Trumbull Shopping Center No 2 LLC<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven , CT 06511 | 12159 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| UBS Realty Investors LLC, Agent for Happy Valley Town Center Phoenix AZ<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 8107 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 | 12136 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 | 12811 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Uniwest Management Services Inc Owner or Agent for Battlefield FE Limited Partner ta Fort Evans Plaza II Leesburg, VA<br>c o David L Polack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12548 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Walton Hanover Investors V LLC<br>Attn: Ed Callahan GM<br>c/o Jones Lang LaSalle<br>1775 Washington St.<br>Hanover, MA 02339 | 14401 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Walton Hanover Investors V LLC<br>Attn: James S. Carr, Esq.<br>Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 12665 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| WCC Properties LLC Las Palmillas<br>Attn George Codling<br>c o ADI Properties<br>1660 Union St 4th Fl<br>San Diego, CA 92101 | 13836 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| WCC Properties LLC Las Palmillas<br>Attn: George Codling<br>c/o ADI Properties<br>1660 Union St., 4th Fl.<br>San Diego, CA 92101 | 13836 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| WCC Properties LLC<br>ADI Properties<br>1660 Union St Ste 400<br>San Diego, CA 92101 | 13480 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| WCC Properties LLC<br>ADI Properties<br>San Diego, CA 92101 | 13480 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Weingarten Realty Investors<br>Attn Jenny J. Hyun<br>2600 Citadel Plz Dr Ste 125<br>Houston, TX 77008 | 12738 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Weingarten Realty Investors<br>Attn: James S. Carr and Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 13964 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Weingarten Realty Investors<br>Attn: Lisa L. Seabron<br>Legal Administrator<br>2600 Citadel Plz. Dr., Ste. 125<br>Houston, TX 77008 | 14443 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Weingarten Realty Investors<br>Legal Administrator<br>2600 Citadel Plz Dr Ste 125<br>Houston, TX 77008 | 14443 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |