Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Case No. 08-35653-KRH |
| | ) |
| CIRCUIT CITY STORES, INC.[1], et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**ORDER SUSTAINING LIQUIDATING
TRUST'S THIRTEENTH OMNIBUS OBJECTION TO CERTAIN
PRIORITY CLAIMS: ALLOW UP TO THE STATUTORY CAP, RECLASSIFY,
DISALLOW AS APPLICABLE (EMPLOYMENT CONTRACT SEVERANCE CLAIMS)**

THIS MATTER having come before the Court on the *Liquidating Trust's Thirteenth Omnibus Objection to Certain Priority Claims: Allow Up to the Statutory Cap, Reclassify, Disallow as Applicable (Employment Contract Severance Claims)* (the "Objection"),[2] which requested, among other things, that the Severance Claims specifically identified in the Objection be allowed up to the statutory cap, reclassified, or disallowed, as applicable, for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the

---

[1] The Debtors in these cases include: Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Properties, LLC, Kinzer Technology, LLC, Abbott Advertising Agency, Inc., Patapsco Designs, Inc., Sky Venture Corp, Prahs, Inc., XSStuff, LLC, Mayland MN, LLC, Courchevel, LLC, Orbyx Electronics, LLC, and Circuit City Stores PR, LLC.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

12304-003\DOCS_SF:76545.3

Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Severance Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED as set forth in this Order.

    2.    The Change-in-Control Severance Claims identified on **Exhibit A** as attached hereto and incorporated herein are allowed on the priority basis provided in section 507(a)(4) of title 11 of the United States Code (the "Bankruptcy Code"), in the amount set forth in **Exhibit A**, and reclassified as general unsecured claims, as set forth in **Exhibit A**.

    3.    The Priority Period Severance Claims, identified on **Exhibit B** as attached hereto and incorporated herein, are allowed on the priority basis provided in section 507(a) of the Bankruptcy Code, in the amount set forth in **Exhibit B**, and are reclassified as general unsecured claims, as set forth in **Exhibit B**.

    4.    The Pre-Priority Period Severance Claims identified on **Exhibit C** as attached hereto and incorporated herein are reclassified in their entirety as general unsecured claims.

5. The Invalid Severance Claims identified on **Exhibit D** as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

6. The Liquidating Trust's rights to object, on any grounds that applicable law permits, to any claim, including (without limitation) the Severance Claims, are not waived and are expressly reserved.

7. The Liquidating Trust shall serve a copy of this Order on the Severance Claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia

_____, 2011

                              _____
                              HONORABLE KEVIN R. HUENNEKENS
                              UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

    */s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                  - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                  - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

>    */s/ Lynn L. Tavenner*
>    Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 13**
**Change-in-Control Severance Claims (Reduce and Allow Priority up to 507(a)(4) Statutory Cap; Reclassify Remainder as GUC).** *See* page 3, para. 4(a), p. 4, and pp. 11-12 of Omnibus Objection.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Change-in-Control Severance Claims (Reduce and Allow Priority up to 507(a)(4) Statutory Cap; Reclassify Remainder as GUC). See page 3, para. 4(a), p. 4, and pp. 11-12 of Omnibus Objection.** | | | | | | | | |
| **Date Filed** | **Claim Number** | **Claimant Name and Address** | **Additional Notice Address** | **Classification as Filed** | **Claim Amount as filed** | **Debtor** | **Allowed Priority Claim (Reduced)** | **Reclassified General Unsecured Claim (subj. to further objection)** |
| 9/18/2009 | 14638 | Curtis W Etheridge<br>19419 Red Sky Ct<br>Land O Lakes, FL 34638 | | Priority | $113,968.00 | Circuit City Stores, Inc. | $6,418.00 | $107,550.00 |
| 4/2/2010 | 14999 | Dawn vonBechmann<br>Neil E McCullagh Esq<br>Spotts Fain PC<br>411 E Franklin St Ste 600<br>Richmond, VA 23219 | | General Unsecured<br>Priority | $407,946.00<br>$10,950.00 | Circuit City Stores, Inc. | $0.00 | $418,896.00 |
| 1/29/2009 | 8446 | Ebner, Scott P<br>110 Fieldstone Estates Dr<br>Wentzville, MO 63385 | | Priority | $105,000.00 | Circuit City Stores, Inc. | $6,554.00 | $98,446.00 |
| 1/30/2009 | 9826 | Falconer, Carin E<br>Michael P Cooley Esq<br>Gardere Wynne Sewell LLP<br>1601 Elm St Ste 3000<br>Dallas, TX 75201 | Carin E Falconer<br>5904 Old Greenway Dr<br>Glen Allen, VA 23059 | General Unsecured<br>Priority | $214,050.00<br>$10,950.00 | Circuit City Stores, Inc. | $373.00 | $224,627.00 |
| 1/27/2009 | 6683 | Freeman, James M<br>10307 Sageglow<br>Houston, TX 77089 | | Priority | $57,075.00 | Circuit City Stores, Inc. | $4,702.00 | $52,373.00 |
| 1/30/2009 | 9054 | Godbout, David Jr<br>1611 Summer St<br>Hudson, WI 54016 | | General Unsecured<br>Priority | $94,050.00<br>$10,950.00 | Circuit City Stores, Inc. | $6,506.00 | $98,494.00 |
| 1/30/2009 | 9056 | Godbout, David Jr<br>1611 Summer St<br>Hudson, WI 54016 | | Priority | $10,950.00 | Circuit City Stores, Inc. | $0.00 | $10,950.00 |
| 1/30/2009 | 9150 | Godbout, David Jr<br>1611 Summer St<br>Hudson, WI 54016 | | Priority | $10,950.00 | Circuit City Stores, Inc. | $0.00 | $10,950.00 |
| 1/28/2009 | 6971 | Groneck, Kelli A<br>5202 Highberry Wood Rd<br>Midlothian, VA 23112 | | Priority | $60,000.00 | Circuit City Stores, Inc. | $5,815.00 | $54,185.00 |
| 4/1/2010 | 14989 | James A Marcum<br>55 Wentworth Cove Rd<br>Laconia, NH 03246 | | General Unsecured<br>Priority | $1,339,050.00<br>$10,950.00 | Circuit City Stores, Inc. | $8,065.00 | $1,341,935.00 |
| 1/29/2009 | 7754 | MCGAUGH, DAMIEN H<br>1805 PORTGLEN<br>LEAGUE CITY, TX 77573 | | Priority | $60,000.00 | Circuit City Stores, Inc. | $5,484.00 | $54,516.00 |
| 1/29/2009 | 8640 | MONTELEONE, JACK T<br>39W374 GRAND AVE<br>ELGIN, IL 60124 | | Priority | $130,743.00 | Circuit City Stores, Inc. | $5,685.00 | $125,058.00 |
| 5/28/2009 | 13062 | SCHMIDT, GARY<br>830 CARNELLIAN LANE<br>PEACHTREE CITY, GA 30269 | | General Unsecured<br>Priority | $128,050.00<br>$10,950.00 | Circuit City Stores, Inc. | $5,425.00 | $133,575.00 |
| 1/28/2009 | 6697 | SIDDONS, DEREK J<br>1689 LENOX DR<br>WACONIA, MN 55387 | | Priority | $152,702.50 | Circuit City Stores, Inc. | $6,131.00 | $146,571.50 |
| 1/29/2009 | 8652 | vonBechmann, Dawn<br>Neil E McCullagh<br>Spotts Fain PC<br>411 E Franklin St Ste 600<br>Richmond, VA 23219 | Dawn vonBechmann<br>36 Countryside Ln<br>Richmond, VA 23229 | General Unsecured<br>Priority | $407,946.00<br>$10,950.00 | Circuit City Stores, Inc. | $9,892.00 | $409,004.00 |

12304-003\DOCS_SF:76546v1

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT B TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 13**
**Priority Period Severance Claims (Reduce and Allow Priority up to 507(a)(4) Statutory Cap; Reclassify Remainder as GUC).** *See* p. 3, para. 4(b), p. 5, and p. 12 of Omnibus Objection.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *Priority Period Severance Claims (Reduce and Allow Priority up to 507(a)(4) Statutory Cap; Reclassify Remainder as GUC). See p. 3, para. 4(b), p. 5, and p. 12 of Omnibus Objection.* |
| **Date Filed** | **Claim Number** | **Claimant Name and Address** | **Additional Notice Address** | **Classification as Filed** | **Claim Amount as filed** | **Debtor** | **Allowed Priority Claim (Reduced)** | **Reclassified General Unsecured Claim (subj. to further objection)** |
| 11/25/2008 | 538 | Charles, David Lee<br>1800 Blue Forest Dr<br>Prosper, TX 75078 | | Priority | $260,000.00 | Circuit City Stores, Inc. | $0.00 | $260,000.00 |
| 12/18/2008 | 1776 | Cobbs Jr, Michael W<br>Michael Cobbs<br>4063 Shinault Cove<br>Olive Branch, MS 38654 | | Priority | $25,905.60 | Circuit City Stores, Inc. | $0.00 | $25,905.60 |
| 1/27/2009 | 6303 | Dunn, Philip J<br>11465 Barrington Bridge Ct<br>Richmond, VA 23233 | Troutman Sanders LLP<br>Vivieon E Kelley<br>Bank of America Plaza<br>600 Peachtree St NE Ste 5200<br>Atlanta, GA 30308-2216 | General Unsecured<br>Priority | $1,215,717.00<br>$10,950.00 | Circuit City Stores, Inc. | $0.00 | $1,226,667.00 |
| 9/9/2010 | 15092 | Leigh Ann Moore<br>13808 Long Cone Ct<br>Midlothian, VA 23112 | | Priority | $58,994.99 | Circuit City Stores, Inc. | $10,950.00 | $48,044.99 |
| 1/5/2009 | 2544 | STEINBACH, DAVID<br>32002 N 19TH LN<br>PHOENIX, AZ 85085 | | Priority | $26,176.12 | Circuit City Stores, Inc. | $10,950.00 | $15,226.12 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 13**
**Pre- Priority Period Severance Claims (Disallow as Priority; Reclassify as GUC).** *See* pp. 3-4, para. 4(c), p. 5, and p. 13 of Omnibus Objection.

| | | | Pre- Priority Period Severance Claims (Disallow as Priority; Reclassify as GUC). See pp. 3-4, para. 4(c), p. 5, and p. 13 of Omnibus Objection. | | | | |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Claimant Name and Address** | **Additional Notice Address** | **Classification as Filed** | **Claim Amount as filed (Disallowed as Priority)** | **Debtor** | **Reclassified General Unsecured Claim (subj. to further objection)** |
| 5/28/2009 | 13065 | Steven P Pappas<br>4413 Chartwell Rd<br>Midlothian, VA 23113 | | General Unsecured<br>Priority | $241,049.98<br>$10,950.00 | Circuit City Stores, Inc. | $251,999.98 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT D TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 13**

**Invalid Severance Claims (Disallow in Entirety)** *See* p. 4, para. 4(d), p. 5, and p. 13 of Omnibus Objection.

| | | Invalid Severance Claims (Disallow in Entirety)  See p. 4, para. 4(d), p. 5, and p. 13 of Omnibus Objection. | | | | |
|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Claimant Name and Address** | **Additional Notice Address** | **Classification as Filed** | **Claim Amount as filed (Claim Disallowed)** | **Debtor** |
| 1/26/2009 | 6439 | KELLY, JOHN<br>428 GROUNDHOG COLLEGE RD<br>WEST CHESTER, PA 19382 | | Priority | $1,536,000.00 | Circuit City Stores, Inc. |
| 1/27/2009 | 5851 | MALIK, ALI I<br>68 MARK SMITH DR<br>MANDEVILLE, LA 70471 | | Priority | $168,884.32 | Circuit City Stores, Inc. |