| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |
| | |
| *Counsel to the Circuit City Stores, Inc.* | *Counsel to the Circuit City Stores, Inc.* |
| *Liquidating Trust* | *Liquidating Trust* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653-KRH |
| | ) | |
| CIRCUIT CITY STORES, INC.[1], et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER SUSTAINING LIQUIDATING TRUST'S TWELFTH OMNIBUS OBJECTION TO DISALLOW CERTAIN CLAIMS (LONG-TERM INCENTIVE PROGRAM)**

THIS MATTER having come before the Court on the *Liquidating Trust's Twelfth Omnibus Objection to Disallow Certain Claims (Long-Term Incentive Program)* (the "Objection"),[2] which requested, among other things, that the claims specifically identified in the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the LTIP Claimants being affected by

---

[1] The Debtors in these cases include: Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Properties, LLC, Kinzer Technology, LLC, Abbott Advertising Agency, Inc., Patapsco Designs, Inc., Sky Venture Corp, Prahs, Inc., XSStuff, LLC, Mayland MN, LLC, Courchevel, LLC, Orbyx Electronics, LLC, and Circuit City Stores PR, LLC.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

12304-003\DOCS_SF:76543.2

this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

       IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

       1.       The Objection is SUSTAINED as set forth in this Order.

       2.       The LTIP Claims identified on **Exhibit A** as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

       3.       The Liquidating Trust shall serve a copy of this Order on the LTIP Claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

       4.       This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
       _____, 2011

       _____
       HONORABLE KEVIN R. HUENNEKENS
       UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

                - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

                - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

      Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                  */s/ Lynn L. Tavenner*_____
                                  Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 12**

LTIP Claims to be Disallowed

| | | | **LTIP CLAIMS TO BE DISALLOWED** | | | |
|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Claimant Name and Address** | **Additional Notice Address** | **Classification as Filed** | **Claim Amount as filed** | **Debtor** |
| 01/28/2009 | 7097 | ANDERSON, LEE ANN<br>2022 GROVE AVE<br>RICHMOND, VA 23220 | | Priority | $40,000.00 | Circuit City Stores, Inc. |
| 01/27/2009 | 6293 | ARINGTON, MICHAEL SCOTT<br>14417 W MAUNA LOA LANE<br>SURPRISE, AZ 85379 | | Priority | $40,000.00 | Circuit City Stores West Coast, Inc. |
| 01/26/2009 | 5475 | BERGER, CYNDA ANN<br>1002 MITCHELL LN<br>EVANS, GA 30809 | | Priority | $40,000.00 | Circuit City Stores, Inc. |
| 01/28/2009 | 7140 | CALABREE, LEONARD<br>176 WILLIAM FEATHER DR<br>VOORHEES, NJ 08043 | | General Unsecured<br>Priority | $40,000.00<br>$10,950.00 | Circuit City Stores, Inc. |
| 01/28/2009 | 7189 | CALABREE, LEONARD<br>176 WILLIAM FEATHER DR<br>VOORHEES, NJ 08043 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. |
| 01/29/2009 | 9502 | CANCEL, MARCOS G<br>PLAZA 25 MF50 MARINA BAHIA<br>CATANO, PR 00962 | | Priority | $40,000.00 | Circuit City Stores PR, LLC |
| 01/26/2009 | 5485 | CASTLE, LINDA H<br>5601 HUNTERS GLEN DR<br>GLEN ALLEN, VA 23059 | | Priority | $40,000.00 | Circuit City Stores, Inc. |
| 01/29/2009 | 8103 | CULL, MICHAEL<br>W6483 ROCKY MT DR<br>GREENVILLE, WI 54942 | | Priority | $106.70 | Circuit City Stores, Inc. |
| 01/29/2009 | 8062 | DEVITT, PAUL<br>11812 BRANDONS CT<br>GLEN ALLEN, VA 23059 | | Priority | $800.00 | Circuit City Stores, Inc. |
| 01/27/2009 | 6028 | DING, JENNIFER S<br>5507 OLDE HARTLEY WAY<br>GLEN ALLEN, VA 23060 | | Priority | $40,000.00 | Circuit City Stores, Inc. |
| 01/27/2009 | 6686 | FREEMAN, JAMES M<br>10307 SAGEGLOW<br>HOUSTON, TX 77089 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. |
| 01/27/2009 | 5689 | GUTMAN, J THOMAS<br>205 W 95TH ST 2D<br>NEW YORK, NY 10025 | | General Unsecured<br>Priority | $37,000.00<br>$3,000.00 | Circuit City Stores, Inc. |
| 02/17/2009 | 11161 | HAGUE, TIMOTHY<br>4613 BROOKEMERE DR<br>GLEN ALLEN, VA 23060-6504 | | General Unsecured<br>Priority | $69,050.00<br>$10,950.00 | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 12**

LTIP Claims to be Disallowed

| **LTIP CLAIMS TO BE DISALLOWED** | | | | | | |
|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Claimant Name and Address** | **Additional Notice Address** | **Classification as Filed** | **Claim Amount as filed** | **Debtor** |
| 01/28/2009 | 6691 | HERTER, JOSEPH R<br>32540 YAHNKE RD<br>BURLINGTON, WI 53105 | | Priority | $40,000.00 | Circuit City Stores, Inc. |
| 01/28/2009 | 7088 | KUBICA, CHAD A<br>24126 MATTHEW PL<br>SANTA CLARITA, CA 91321 | | Priority | $5,000.00 | Circuit City Stores, Inc. |
| 01/28/2009 | 7250 | LAMAR, RONALD WADE<br>PO BOX 674<br>MORTON, TX 79346 | | Priority | $40,000.00 | Circuit City Stores, Inc. |
| 01/29/2009 | 8008 | LATTA, DONNA<br>298 GREENFIELD RD<br>BRIDGEWATER, NJ 08807 | | Priority | $40,000.00 | Circuit City Stores, Inc. |
| 01/30/2009 | 10146 | MAPLES III, MURRAY DAVID<br>7812 MARS HILL RD<br>BAUXITE, AR 72011 | | Priority | BLANK | Circuit City Stores, Inc. |
| 01/22/2009 | 4943 | MERCADO, STEVE<br>551 IRIS ST<br>REDLANDS, CA 92373 | | Priority | $39,999.00 | Circuit City Stores, Inc. |
| 01/29/2009 | 8537 | MONTELEONE, JACK T<br>39W374 GRAND AVE<br>ELGIN, IL 60124 | | Priority | $40,000.00 | Circuit City Stores, Inc. |
| 01/30/2009 | 9573 | MORROW, BRADLEY J<br>711 STUBBS VINSON RD<br>MONROE, LA 71203-8568 | | General Unsecured<br>Priority | $29,050.00<br>$10,950.00 | Circuit City Stores, Inc. |
| 05/28/2009 | 13063 | SCHMIDT, GARY<br>830 CARNELLIAN LANE<br>PEACHTREE CITY, GA 30269 | | General Unsecured<br>Priority | UNLIQUIDATED<br>$10,950.00 | Circuit City Stores, Inc. |
| 01/26/2009 | 6144 | SESSOMS, JOHN D<br>7307 SADDLE OAKS DR<br>CARY, IL 60013 | | General Unsecured<br>Priority | $29,050.00<br>$10,950.00 | Circuit City Stores, Inc. |
| 01/29/2009 | 8653 | vonBechmann, Dawn<br>Neil E McCullagh<br>Spotts Fain PC<br>411 E Franklin St Ste 600<br>Richmond, VA 23219 | Dawn vonBechmann<br>36 Countryside Ln<br>Richmond, VA 23229 | General Unsecured<br>Priority | $60,790.47<br>$4,209.53 | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 12**

LTIP Claims to be Disallowed

| | | | **LTIP CLAIMS TO BE DISALLOWED** | | | |
|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Claimant Name and Address** | **Additional Notice Address** | **Classification as Filed** | **Claim Amount as filed** | **Debtor** |
| 01/29/2009 | 8655 | vonBechmann, Dawn<br>Neil E McCullagh<br>Spotts Fain PC<br>411 E Franklin St Ste 600<br>Richmond, VA 23219 | Dawn vonBechmann<br>36 Countryside Ln<br>Richmond, VA 23229 | General Unsecured<br>Priority | $126,257.14<br>$8,742.86 | Circuit City Stores, Inc. |
| 01/29/2009 | 7675 | ZARGARI, DAVID<br>11120 HUNTINGTON MEADOW LN<br>CHARLOTTE, NC 28273 | | Priority | $80,000.00 | Circuit City Stores, Inc. |
| 01/29/2009 | 7746 | ZENDEJAS, GENARO<br>11620 MANTOVA AVE<br>BAKERSFIELD, CA 93312 | | Priority | $5,000.00 | Circuit City Stores, Inc. |