| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

*Counsel to the Circuit City Stores, Inc.*          *Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*                                               *Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653-KRH |
| | ) | |
| CIRCUIT CITY STORES, INC.[1], et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER SUSTAINING LIQUIDATING TRUST'S ELEVENTH OMNIBUS OBJECTION TO CLAIMS:  RECLASSIFY TO GENERAL UNSECURED CLAIMS, REDUCE TO STATUTORY CAP, OR DISALLOW, AS APPLICABLE (SPECIAL CASH RETENTION PROGRAM)

THIS MATTER having come before the Court on the *Liquidating Trust's*

*Eleventh Omnibus Objection to Claims:  Reclassify to General Unsecured Claims, Reduce to*

*Statutory Cap, or Disallow, as Applicable (Special Cash Retention Program)* (the "Objection"),[2]

which requested, among other things, that the claims (the "CRP Claims") specifically identified

in the Objection be reclassified, reduced or disallowed, as applicable, for those reasons set forth

in the Objection; and it appearing that due and proper notice and service of the Objection as set

---

[1] The Debtors in these cases include: Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Properties, LLC, Kinzer Technology, LLC, Abbott Advertising Agency, Inc., Patapsco Designs, Inc., Sky Venture Corp, Prahs, Inc., XSStuff, LLC, Mayland MN, LLC, Courchevel, LLC, Orbyx Electronics, LLC, and Circuit City Stores PR, LLC.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

forth therein was good and sufficient and that no other further notice or service of the Objection

need be given; and it further appearing that no response was timely filed or properly served by

the CRP Claimants being affected by this Order; and it appearing that the relief requested in the

Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and

other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for

the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED as set forth herein.

2.      The Pre-Priority Period CRP Claims identified on **Exhibit A** as attached

hereto and incorporated herein are reclassified as general unsecured claims for all purposes in

these bankruptcy cases.

3.      The Reduced CRP Claims identified on **Exhibit B** as attached hereto and

incorporated herein are allowed as priority claims as provided in section 507(a)(4) of title 11 of

the United States Code (the "Bankruptcy Code") in the reduced amount as listed on **Exhibit B**,

with the remainder of the claims reclassified as general unsecured claims, for all purposes in

these bankruptcy cases, in the amounts and as set forth in **Exhibit B**.

4.      The Expunged CRP Claims identified on **Exhibit C** as attached hereto and

incorporated herein are disallowed in their entirety for all purposes in these bankruptcy cases.

5.      The Liquidating Trust's rights to object to any claim including (without

limitation) the CRP Claims subject to the Objection, on any grounds that applicable law permits,

are not waived or affected by this Order, but are instead expressly preserved.

6.      The Liquidating Trust shall serve a copy of this Order on the CRP

Claimants included on the exhibits to this Order on or before five (5) business days from the

entry of this Order.

7.      This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.

Dated: Richmond, Virginia
        _____, 2011


                    _____
                    HONORABLE KEVIN R. HUENNEKENS
                    UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


___*/s/ Paula S. Beran* _____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                            - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                            - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*



### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                            */s/ Lynn L. Tavenner* _____
                            Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 11 -- Pre-Priority Claims (reclassified)**
**Cash Retention Program Claims (Reclassify in their Entirety as GUC).** *See* **pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection.**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Cash Retention Program Claims (Reclassify in their Entirety as GUC). See pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection.** | | | | | | |
| **Date Filed** | **Claim Number** | **Claimant Name and Address** | **Additional Notice Address** | **Classification as Filed** | **Claim Amount as Filed** | **Reclassified General Unsecured Claim (right to further object is reserved)** | **Debtor** |
| 1/28/2009 | 7191 | AGUILING, WARREN N<br>12240 COVELLO ST<br>NNORTH HOLLYWOOD, CA 91605 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 7098 | ANDERSON, LEE ANN<br>2022 GROVE AVE<br>RICHMOND, VA 23220 | | General Unsecured<br>Priority | $29,050.00<br>$10,950.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/27/2009 | 6034 | ARCURI JR, ANTHONY J<br>RR 6 BOX 6269A<br>MOSCOW, PA 18444 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 7488 | AUMAN, TREVOR JOHN<br>1129 SCENIC VIEW CT<br>RUSHFORD, MN 55971 | Auman Trevor John<br>1129 Scenic View Ct<br>Rushford, MN 55971-9186 | General Unsecured<br>Priority | $4,050.00<br>$10,950.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 7245 | BEAULIEU, JEFFREY D<br>325 WELLINGTON HILL RD<br>MANCHESTER, NH 03104 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/21/2009 | 4455 | BELANGER, JAMEY ARTHER<br>683 NEWBRIDGE LN<br>LINCOLN, CA 95648 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores West Coast, Inc. |
| 2/2/2009 | 11429 | BENDER, CRAIG P<br>457 EAST WATER ST<br>HUGHESVILLE, PA 17737 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/26/2009 | 5462 | BERGER, CYNDA ANN<br>1002 MITCHELL LN<br>EVANS, GA 30809 | | Priority | $40,000.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 9382 | Betts, Kimberly A<br>467 S Broton Rd<br>Muskegon, MI 49442 | | Priority | $15,525.00 | $15,525.00 | Circuit City Stores, Inc. |
| 1/20/2009 | 4522 | BIGGS, DENNIS M<br>6125 AMERSHIRE WAY<br>GLEN ALLEN, VA 23059 | | General Unsecured<br>Priority | $29,050.00<br>$10,950.00 | $   40,000.00 | Circuit City Stores, Inc. |
| 1/20/2009 | 4071 | Breckenridge, Randall<br>1971 Morgan Rd<br>Reno, NV 89521 | | Priority | UNLIQUIDATED | UNLIQUIDATED | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 11 -- Pre-Priority Claims (reclassified)**
**Cash Retention Program Claims (Reclassify in their Entirety as GUC).** *See* **pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cash Retention Program Claims (Reclassify in their Entirety as GUC).  See pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection. | | | | | | | |
| 1/29/2009 | 7517 | BROOKS, COLETTE M<br>13913 GREYLEDGE MEWS<br>CHESTER, VA 23836 | | General Unsecured<br>Priority | $29,050.00<br>$10,950.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/21/2009 | 4942 | BROWN JR , JAMES<br>5201 BILTMORE DR<br>FREEHOLD, NJ 07728 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 4/1/2010 | 14992 | Bruce H Besanko<br>191 Farmington Rd<br>Longmeadow, MA 01106 | Christian & Barton LLP<br>Attn Michael D Mueller<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3095 | General Unsecured<br>Priority | $489,050.00<br>$10,950.00 | $500,000.00 | Circuit City Stores, Inc. |
| 1/22/2009 | 4904 | BRUHN, ROBERT C<br>20250 INGOMAR ST<br>WINNETKA, CA 91306 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 6727 | BURNS, JOE E<br>1021 SAN ANTONIO DR<br>FORNEY, TX 75126 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 9501 | CANCEL, MARCOS G<br>PLAZA 25 MF50 MARINA BAHIA<br>CATANO, PR 00962 | | Priority | $40,000.00 | $40,000.00 | Circuit City Stores PR, LLC |
| 1/29/2009 | 9853 | Carlton, Gary Steven<br>PO Box 262<br>Fox Island, WA 98333 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/27/2009 | 6031 | CASTILLO, BO L<br>2822 GLENCULLEN LN<br>PEARLAND, TX 77584 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 9059 | CASTILLO, KATHERINE L<br>12348 TIERRA INCA<br>EL PASO, TX 79938 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/26/2009 | 5480 | CASTLE, LINDA H<br>5601 HUNTERS GLEN DR<br>GLEN ALLEN, VA 23059 | | Priority | $40,000.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 9866 | CASTOR, JOSHUA WILLIAM<br>7107 ROCHELLE LN<br>AMARILLO, TX 79109 | Castor Joshua William<br>6310 Los Altos Dr<br>Mesquite, TX 75150 | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 8231 | CLAY, RANDALL J<br>CLAY RANDALL J<br>1663 SAXON BLVD<br>DELTONA, FL 32725-5578 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/20/2009 | 4203 | COBBS JR , MICHAEL W<br>4036 SHINAULT COVE<br>OLIVE BRANCH, MS 38654 | | Priority | $40,000.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 7310 | COCKRELL, LARRY S<br>17989 SANTA ROSA MINE<br>PERRIS, CA 92570 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores West Coast, Inc. |
| 1/27/2009 | 6336 | COLEMAN, HOWARD I<br>1141 HARTFORD AVE 4A<br>JOHNSTON, RI 02919 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 11 -- Pre-Priority Claims (reclassified)**
**Cash Retention Program Claims (Reclassify in their Entirety as GUC).** *See* **pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cash Retention Program Claims (Reclassify in their Entirety as GUC).  See pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection. | | | | | | | |
| 12/6/2010 | 15160 | Corey R Telfair<br>Corey Telfair<br>1322 Carson Dr<br>Prattville, AL 36067 | | Priority | $4,995.00 | $4,995.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 8347 | CRAGUE, JAMES EDWARD<br>9915 NACIMIENTO ST NW<br>ALBUQUERQUE, NM 87114 | Crague James Edward<br>1604 Comanche Run<br>Madison, TN 37115-5633 | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/26/2009 | 5373 | CRUZ, ELIZABETH<br>324 SOUTH 27TH<br>MCALLEN, TX 78501 | | Priority | $5,000.00 | $5,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 8098 | CULL, MICHAEL<br>W6483 ROCKY MOUNTAIN DR<br>GREENVILLE, WI 54946 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 8593 | CURLEJ, MACIEJ<br>1827 VINTAGE DR<br>EASTON, PA 18045 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 10/9/2009 | 14677 | Daniel D Vezina<br>1170 Wilson Rd No 34<br>Fall River, MA 02720 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/27/2009 | 6484 | Davis, Jonathan K<br>4221 Bay Rum Ln<br>Raleigh, NC 27610 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/27/2009 | 6890 | DAVIS, JONATHAN K<br>4221 BAY RUM LN<br>RALEIGH, NC 27610 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/23/2009 | 5172 | DEASON, STEPHEN N<br>2701 E BRIGSTOCK RD<br>MIDLOTHIAN, VA 23113 | | General Unsecured<br>Priority | $62,500.00<br>$62,500.00 | $125,000.00 | Circuit City Stores, Inc. |
| 1/27/2009 | 6029 | DING, JENNIFER S<br>5507 OLDE HARTLEY WAY<br>GLEN ALLEN, VA 23060 | | Priority | $40,000.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 6869 | DRAXLER, STEVEN F<br>2322 POCONO CT<br>DE PERE, WI 54115 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/26/2009 | 5345 | Duncan, Gary<br>18 Old 4th Dr<br>Oak Ridge, NJ 07438 | | Priority | $165,000.00 | $165,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 8444 | EBNER, SCOTT P<br>110 FIELDSTONE ESTATES DR<br>WENTZVILLE, MO 63385 | | Priority | $40,000.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/22/2009 | 5112 | EGERTON, ARTHUR JOHN<br>123 AVALON RD<br>SUMMERVILLE, SC 29483 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/27/2009 | 6265 | EHRLICH, BRIAN CRAIG<br>437 WILDFLOWER RD<br>DAVENPORT, FL 33837 | | General Unsecured<br>Priority | $5,000.00<br>$10,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 7898 | ERRION, VICKI FELTON<br>1360 WOODLAWN DR<br>ORANGE PARK, FL 32065 | | General Unsecured<br>Priority | $4,050.00<br>$10,950.00 | $15,000.00 | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 11 -- Pre-Priority Claims (reclassified)**
**Cash Retention Program Claims (Reclassify in their Entirety as GUC).** *See* **pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Cash Retention Program Claims (Reclassify in their Entirety as GUC). See pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection.** | | | | | | | |
| 1/28/2009 | 7122 | Ferguson Jr, Ronald Oneil<br>420 Kings Pkwy<br>Raleigh, NC 27610 | | Priority | | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/21/2009 | 4963 | FRANTZ, BRIAN<br>3825 SUMMIT GATE DR<br>SUWANEE, GA 30024 | | Priority | | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/27/2009 | 6684 | FREEMAN, JAMES M<br>10307 SAGEGLOW<br>HOUSTON, TX 77089 | | Priority | | $40,000.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/23/2009 | 8318 | GELLING, R MATTHEW<br>355 BERENGER WALK<br>WELLINGTON, FL 33414 | | Priority | | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 7582 | GEORGE, PHILIP<br>25 MCWILLIAMS PL UNIT 402<br>JERSEY CITY, NJ 07302 | | Priority | | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/27/2009 | 5956 | GILFILLAN, TIMOTHY J<br>6852 LINCOLN DR<br>MACUNGIE, PA 18062 | | Priority | | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 7874 | GODBOUT JR, DAVID A<br>1611 SUMMER ST<br>HUDSON, WI 54016-2031 | | General Unsecured<br>Priority | | $29,050.00<br>$10,950.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 6973 | GRONECK, KELLI A<br>5202 HIGHBERRY WOOD RD<br>MIDLOTHIAN, VA 23112 | | Priority | | $40,000.00 | $40,000.00 | Circuit City Stores, Inc. |
| 2/17/2009 | 11162 | HAGUE, TIMOTHY<br>4613 BROOKEMERE DR<br>GLEN ALLEN, VA 23060-6504 | | General Unsecured<br>Priority | | $29,050.00<br>$10,950.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/13/2009 | 3674 | Halbert, Timothy<br>1315 Dayton Ln<br>O Fallon, MO 63366 | | Priority | | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 9091 | HANNULA, DAN R<br>618 N 5TH ST<br>SARTELL, MN 56377 | | General Unsecured<br>Priority | | $4,050.00<br>$10,950.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 9571 | HARTBAUER, JASON ALLEN<br>277 HOLLY LANE<br>GRAND JUNCTION, CO 81503-2021 | | General Unsecured<br>Priority | | $4,050.00<br>$10,950.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/20/2009 | 4009 | HAYNES, GARY J<br>645 GAVIN AVE<br>ROMEOVILLE, IL 60446 | | Priority | | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/23/2009 | 4699 | HENSIEK, JONATHAN B<br>17610 N 17TH PLACE UNIT NO 2<br>PHOENIX, AZ 85022 | | Priority | | $15,000.00 | $15,000.00 | Circuit City Stores West Coast, Inc. |
| 1/29/2009 | 8142 | Herndon, Thomas J<br>9611 Custer Rd No 2138<br>Plano, TX 75025 | | Priority | | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 6694 | HERTER, JOSEPH R<br>32540 YAHNKE RD<br>BURLINGTON, WI 53105 | | Priority | | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 11 -- Pre-Priority Claims (reclassified)**
**Cash Retention Program Claims (Reclassify in their Entirety as GUC).  *See*  pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection.**

| | | | | Cash Retention Program Claims (Reclassify in their Entirety as GUC).  See pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection. | | | |
|---|---|---|---|---|---|---|---|
| 1/28/2009 | 6709 | HIGHAM, TIMOTHY V<br>837 DUNLOP AVE<br>UNIT 1S<br>FOREST PARK, IL 60130 | Timothy V Higham<br>2629 Diamond Ct<br>Woodridge, IL 60517 | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 2/2/2009 | 11058 | Hilton, Natalia<br>3525 Wheat Dr<br>Beaumont, TX 77706-0000 | | Priority | $5,000.00 | $5,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 6675 | HUBLEY, MICHAEL B<br>32 CARSON LANE<br>SHICKSHINNY, PA 18655 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/26/2009 | 6080 | Huntley, Frank B<br>1937 Mar Vista Ave<br>Altadena, CA 91001 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 8918 | JASON WALDROP<br>9847 BELMONT LN<br>TUSCALOOSA, AL 35405-8548 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/15/2009 | 3804 | JENKINS, NATHANIEL B<br>352 CLIFTON LN<br>BOLINGBROOK, IL 60440 | | General Unsecured<br>Priority | $4,050.00<br>$10,950.00 | $  15,000.00 | Circuit City Stores, Inc. |
| 1/26/2009 | 5479 | JENSEN, ADAM EUGENE<br>224 E LAUREL RD<br>BELLINGHAM, WA 98226 | Adam Jensen<br>224 E Laurel Rd<br>Bellingham, WA 98226 | General Unsecured<br>Priority | $15,000.00<br>$15,000.00 | $30,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 7871 | JOHNSON, SAMUEL MADDOX<br>9893 102ND AVE N<br>OSSEO, MN 55369 | | General Unsecured<br>Priority | $4,050.00<br>$10,950.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/20/2009 | 4105 | JORGENSEN, RACHEL MAE<br>14006 23RD AVE SE<br>MILL CREEK, WA 98012 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 6959 | KAISER, TROY J<br>16420 BAYWOOD LANE<br>GRANGER, IN 46530 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/26/2009 | 5260 | KASSAB, PAUL<br>29118 SPOON<br>MADISON HEIGHTS, MI 48071 | | General Unsecured<br>Priority | $10,000.00<br>$5,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 9988 | KELLERMAN, WILLIAM J<br>4324 MANOR LN<br>HAMBURG, NY 14075 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/22/2009 | 5116 | KELLY, JOHN<br>428 GROUNDHOG COLLEGE RD<br>WEST CHESTER, PA 19382 | | Priority | $600,000.00 | $600,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 7924 | KIM, BE HO<br>26123 BOUQUET CANYON RD APT 204<br>SANTA CLARITA, CA 91350 | Kim, Be Ho<br>26123 Bouquet Canyon Rd Apt 204<br>Santa Clarita, CA 91350 | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 7518 | KITTEL, DEAN<br>220 WRIGHT ST NO 206<br>LAKEWOOD, CO 80228 | Brian A Magoon Esq<br>Robinson Waters & ODorisio PC<br>1099 18th St Ste 2600<br>Denver, CO 80202 | General Unsecured<br>Priority | $4,050.00<br>$10,950.00 | $15,000.00 | Circuit City Stores West Coast, Inc. |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 11 -- Pre-Priority Claims (reclassified)**
**Cash Retention Program Claims (Reclassify in their Entirety as GUC).** *See* **pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection.**

| | | | Cash Retention Program Claims (Reclassify in their Entirety as GUC).  See pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection. | | | | |
|---|---|---|---|---|---|---|---|
| 1/28/2009 | 7514 | KITTEL, SHANE M<br>220 WRIGHT ST NO 206<br>LAKEWOOD, CO 80228 | Brian A Magoon Esq<br>Robinson Waters & ODorisio PC<br>1099 18th St Ste 2600<br>Denver, CO 80202 | General Unsecured<br>Priority | $4,050.00<br>$10,950.00 | $15,000.00 | Circuit City Stores West Coast, Inc. |
| 1/26/2009 | 5775 | KRAJEWSKI, TODD M<br>1208 OAKWATER DR<br>ROYAL PALM BEACH, FL 33411 | | Priority | $40,000.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 7086 | KUBICA, CHAD A<br>24126 MATTHEW PL<br>SANTA CLARITA, CA 91321 | | Priority | $40,000.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 7598 | KUEPPERS, THOMAS<br>2037 MAGOFFIN AVE<br>ST PAUL, MN 55116 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/23/2009 | 6523 | LAMAR, RONALD WADE<br>PO BOX 674<br>MORTON, TX 79346 | Ron Lamar<br>PO Box 674<br>Morton, TX 79346 | General Unsecured<br>Priority | $29,050.00<br>$10,950.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/16/2009 | 4613 | LANGE, STEVEN B<br>1721 COUNTRY ACERS DR<br>ST PETERS, MO 63376 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 7182 | LARRA, JOE JESSIE<br>1415 STARDUST LN<br>AMARILLO, TX 79118 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 7201 | LATINI, LEE DANIEL<br>102 CALDERWOOD LANE<br>MOUNT LAUREL, NJ 08054 | | General Unsecured<br>Priority | $15,000.00<br>$15,000.00 | $30,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 9336 | LATSHAW, KIM A<br>312 PYRACANTHA DR<br>HOLLY SPRINGS, NC 27540 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 8009 | LATTA, DONNA<br>298 GREENFIELD RD<br>BRIDGEWATER, NJ 08807 | | Priority | $40,000.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 9318 | LAXSON, BLAKE<br>1830 RADIUS DR NO 924<br>HOLLYWOOD, FL 33020 | Blake Laxson<br>3118 Olen Ct<br>Arlington, TX 76001 | General Unsecured<br>Priority | $29,050.00<br>$10,950.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/21/2009 | 4857 | LEOTAUD, KEITH G<br>1239 LYNNE ST<br>BALDWIN, NY 11510 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 8660 | LETH, MICHAEL JOHN<br>10691 S E JUPITER NARROW<br>HOBE SOUND, FL 33455 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 7439 | LOMAS, DARREN JAMES<br>125 AIKMAN PASS<br>CONWAY, AR 72034 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/14/2009 | 3543 | LOPEZ JR , GUSTAVO<br>6648 6TH AVE<br>LOS ANGELES, CA 90043 | | General Unsecured<br>Priority | $10,000.00<br>$5,000.00 | $ 15,000.00 | Circuit City Stores, Inc. |
| 1/27/2009 | 5949 | LYNCH JR, MICHEAL P<br>112 ELLINGTON COURT<br>CAMILLUS, NY 13031 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 11 -- Pre-Priority Claims (reclassified)**
**Cash Retention Program Claims (Reclassify in their Entirety as GUC).** *See* **pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Cash Retention Program Claims (Reclassify in their Entirety as GUC).  See pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection.** | | | | | | | |
| 1/27/2009 | 5985 | LYNCH JR, MICHEAL P<br>112 ELLINGTON COURT<br>CAMILLUS, NY 13031 | | General Unsecured<br>Priority | $10,000.00<br>$5,000.00 | | $15,000.00 Circuit City Stores, Inc. |
| 1/27/2009 | 6101 | MALIK, ALI I<br>68 MARK SMITH DR<br>MANDEVILLE, LA 70471 | | Priority | $40,000.00 | | $40,000.00 Circuit City Stores, Inc. |
| 1/30/2009 | 10153 | MAPLES III, MURRAY DAVID<br>7812 MARS HILL RD<br>BAUXITE, AR 72011 | | Priority | $15,000.00 | | $15,000.00 Circuit City Stores, Inc. |
| 1/16/2009 | 3942 | MARTIN, QUINN T<br>8986 NEATH ST<br>VENTURA, CA 93004 | | Priority | $15,000.00 | | $15,000.00 Circuit City Stores, Inc. |
| 10/15/2009 | 14683 | Mary Louise Roberts<br>24800 Pear Orchard Rd<br>Moseley, VA 23120 | | General Unsecured<br>Priority | $29,050.00<br>$10,950.00 | | $40,000.00 Circuit City Stores, Inc. |
| 1/20/2009 | 4157 | MCDUFFIE, LEVERNE<br>1903 TULIP PETAL RD<br>AUBURN, GA 30011 | | Priority | $15,000.00 | | $15,000.00 Circuit City Stores, Inc. |
| 1/29/2009 | 7756 | MCGAUGH, DAMIEN H<br>1805 PORTGLEN<br>LEAGUE CITY, TX 77573 | | Priority | $40,000.00 | | $40,000.00 Circuit City Stores, Inc. |
| 1/30/2009 | 8839 | MCKINNEY, JARROET E<br>29 DAVENPORT AVE APT 4D<br>NEW ROCHELLE, NY 10805 | | Priority | $15,000.00 | | $15,000.00 Circuit City Stores, Inc. |
| 1/27/2009 | 6179 | MCNEESE, MICHAEL<br>17814 WEST WOOD DR<br>SURPRISE, AZ 85388 | | Priority | $40,000.00 | | $40,000.00 Circuit City Stores West Coast, Inc. |
| 1/27/2009 | 6352 | MCPHEE JR, DONALD B<br>38 LISA LN<br>LAWRENCE, MA 01843 | | Priority | $15,000.00 | | $15,000.00 Circuit City Stores, Inc. |
| 1/21/2009 | 4835 | MERCADO, STEVE<br>551 IRIS ST<br>REDLANDS, CA 92373 | | Priority | $40,000.00 | | $40,000.00 Circuit City Stores, Inc. |
| 1/23/2009 | 4681 | MERCANDINO, MICHAEL<br>794 SASSAFRASS CT<br>MAHWAH, NJ 07430 | | General Unsecured<br>Priority | $4,050.00<br>$10,950.00 | $ 15,000.00 | Circuit City Stores, Inc. |
| 12/8/2010 | 15174 | Michael D Goode<br>4537 Mockingbird Ln<br>Maiden, NC 28650 | | General Unsecured<br>Priority | $4,050.00<br>$10,950.00 | | $15,000.00 Circuit City Stores, Inc. |
| 1/29/2009 | 7916 | MILLS, KENNETH J<br>13210 SHARONDALE CT<br>RIVERVIEW, FL 33569 | | Priority | $15,000.00 | | $15,000.00 Circuit City Stores, Inc. |
| 1/20/2009 | 4254 | MINTZ, JIMMY C<br>4027 RIVER FALLS DR<br>LOWELL, NC 28098 | | Priority | $15,000.00 | | $15,000.00 Circuit City Stores, Inc. |
| 1/5/2009 | 2523 | MITCHELL, EUGENE O<br>808 LAKECREST AVE APT 103<br>HIGH POINT, NC 27265 | | Priority | $15,000.00 | $ 15,000.00 | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 11 -- Pre-Priority Claims (reclassified)**
**Cash Retention Program Claims (Reclassify in their Entirety as GUC).** *See* **pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection.**

| Cash Retention Program Claims (Reclassify in their Entirety as GUC).  See pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection. | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/29/2009 | 7869 | MONTELEONE, JACK T<br>39W374 GRAND AVE<br>ELGIN, IL 60124 | | Priority | $40,000.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/26/2009 | 6448 | MORRIS, KENNETH G<br>40985 CHACO CANYON RD<br>MURRIETTA, CA 92562 | Morris, Kenneth G<br>40985 Chaco Canyon Rd<br>Murrieta, CA 92562 | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 8962 | Muniz, Michael<br>3436 Red Sails Dr<br>El Paso, TX 79936 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/21/2009 | 4947 | MURRELL, MICHAEL R<br>8214 ROYAL HART DR<br>NEW PORT RICHEY, FL 34653 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/2/2009 | 2326 | MUTSHNICK, PAUL V<br>39549 VIA MONTERO<br>MURRIETA, CA 92563-6519 | | General Unsecured<br>Priority | $4,050.00<br>$10,950.00 | $ 15,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 7314 | Myers, Jennifer<br>22310 W Niagara Ct<br>Plainfield, IL 60544 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/21/2009 | 5062 | Nededog, Gee<br>6910 Husky Way SE<br>Lacey, WA 98503 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 8806 | Nichols, Michael Robert<br>Michael Nichols<br>96 Park Pl Dr<br>Garner, NC 27529 | | General Unsecured<br>Priority | $15,000.00<br>$15,000.00 | $30,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 7240 | NOONAN, DAVID R<br>6 CORNISH ST EXT<br>METHUEN, MA 01844 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 10070 | OGUIN, TYSON<br>108 SUNRISE LN<br>HOUMA, LA 70360 | | Priority | $40,000.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 8831 | Oldenburg, James<br>407 Water St<br>Sauk City, WI 53583 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/27/2009 | 5587 | PARKS, JARROD COLE<br>5230 WINDSOR LN<br>LUMBERTON, TX 77657 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 10074 | PATEL, PANTHI P<br>1338 SAFARI CT<br>PALMDALE, CA 93551 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores West Coast, Inc. |
| 1/27/2009 | 6121 | PETTIGREW, SHAWN<br>2204 8th Ave N<br>Grand Forks, ND 58203 | Shawn Pettigrew<br>2204 8th Ave N<br>Grand Forks, ND 58203 | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/15/2009 | 3802 | PIERCE, JACOB R<br>907 WILLOW ST<br>LAKE IN THE HILLS, IL 60156 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 7197 | POLSENBERG, DOUGLAS E<br>1372 BAY HARBOR DR<br>PALM HARBOR, FL 34685 | Polsenberg, Douglas E<br>338 Glen Ivy Ter<br>Spring Hill, FL 34608 | General Unsecured<br>Priority | $4,050.00<br>$10,950.00 | $15,000.00 | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 11 -- Pre-Priority Claims (reclassified)**
**Cash Retention Program Claims (Reclassify in their Entirety as GUC).** *See* pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Cash Retention Program Claims (Reclassify in their Entirety as GUC).  See pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection.** | | | | | | | |
| 1/26/2009 | 5429 | Posso, Charles G<br>10036 SW 165 Ct<br>Miami, FL 33196-1032 | | General Unsecured<br>Priority | $4,050.00<br>$10,950.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 8965 | Promollo, Gustave M<br>77 MayFair Dr<br>West Orange, NJ 07052 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/27/2009 | 6436 | Propst, Mickey<br>17727 Red Oak Dr<br>Hagerstown, MD 21740 | | Priority | $5,000.00 | $5,000.00 | Circuit City Stores, Inc. |
| 1/26/2009 | 5817 | PUENTES, DANIEL<br>99 HIGHLAND AVE<br>SOUTH SAN FRANCISCO, CA 94080 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/23/2009 | 5171 | Ramchandani, Arun<br>12118 5th Pl W<br>Everett, WA 98204 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 9153 | RECHEL, STEVEN<br>4 W DICKENS CT<br>JACKSON, NJ 08527 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 7274 | RECIO, DAVID<br>23772 VIA ASTORGA<br>MISSION VIEJO, CA 92691 | | Priority | $40,000.00 | $40,000.00 | Circuit City Stores, Inc. |
| 12/20/2010 | 15188 | Richard R Robinson<br>1810 Hanover Ave<br>Richmond, VA 23220 | | General Unsecured<br>Priority | $29,050.00<br>$10,950.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/20/2009 | 4548 | RICHARDSON, KENT E<br>11720 APRILBUD DR<br>RICHMOND, VA 23233 | | Priority | $40,000.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 9664 | ROSS, ANGELA P<br>4413 WYTHE AVE<br>RICHMOND, VA 23221 | | General Unsecured<br>Priority | $9,050.00<br>$10,950.00 | $20,000.00 | Circuit City Stores, Inc. |
| 1/23/2009 | 4744 | Ross, Michael<br>1820 136th Ave<br>Dorr, MI 49323 | | Priority | $5,000.00 | $5,000.00 | Circuit City Stores, Inc. |
| 1/27/2009 | 6449 | RUGGIERI, JOHN<br>1 MARINE ST<br>HUNTINGTON, NY 11743 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 8631 | SAENZ JR, HOMER<br>2265 MIRASOL ST<br>BROWNSVILLE, TX 78520-8416 | Saenz Jr Homer<br>2265 Mirasol Ave<br>Brownsville, TX 78520 | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 8765 | Safadi, Alex<br>13271 SW Yarrow Wy<br>Tigard, OR 97223 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 7553 | SARTORI, STEPHANIE K<br>26 OLD FRANKFORT WAY<br>FRANKFORT, IL 60423 | | General Unsecured<br>Priority | $29,050.00<br>$10,950.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 7126 | SCHNEIDER, DEJAY J<br>29933 MOUND DR<br>BURLINGTON, WI 53105 | | General Unsecured<br>Priority | $15,000.00<br>$15,000.00 | $30,000.00 | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 11 -- Pre-Priority Claims (reclassified)**
**Cash Retention Program Claims (Reclassify in their Entirety as GUC).** *See* **pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cash Retention Program Claims (Reclassify in their Entirety as GUC). See pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection. |||||||| |

| Date | Claim # | Name / Address | Counsel | Classification | Claim Amount | Reclass Amount | Debtor |
|---|---|---|---|---|---|---|---|
| 1/29/2009 | 8139 | SCOTTRUSSELL, CHRISTOPHER JOHN<br>5302 30TH AVE SOUTH<br>MINNEAPOLIS, MN 55417 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/26/2009 | 6138 | SESSOMS, JOHN D<br>7307 SADDLE OAKS DR<br>CARY, IL 60013 | | General Unsecured<br>Priority | $29,050.00<br>$10,950.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 9107 | SHEVCHENKO, DMITRIY<br>26197 CHESTERFIELD RD<br>PUNTA GORDA, FL 33983 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 7185 | SIDDONS, DEREK J<br>1689 LENOX DR<br>WACONIA, MN 55387 | | General Unsecured<br>Priority | $40,000.00<br>$40,000.00 | $80,000.00 | Circuit City Stores, Inc. |
| 1/9/2009 | 3268 | SKAGGS, TIM GARRETT<br>1006 LODGE HILL RD<br>LOUISVILLE, KY 40223 | | Priority | $5,000.00 | $ 5,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 7516 | STEPHENS, CHARLES G<br>909 LIMEKILN PIKE<br>MAPLE GLEN, PA 19002 | Charles G Stephens<br>909 Limekiln Pike<br>Maple Glen, PA 19002 | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 8398 | STUTZMAN, CHRIS G<br>233 S KANE ST<br>BURLINGTON, WI 53105-1852 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 7563 | SWANSON, BRAD ALLEN<br>7303 NW 65TH ST<br>209 PENDRYN HILL ALCOVE<br>TAMARAC, FL 33321 | Brad Swanson<br>209 Pendryn Hill Alcove<br>Woodbury, MN 55125 | General Unsecured<br>Priority | $4,050.00<br>$10,950.00 | $15,000.00 | Circuit City Stores, Inc. |
| 10/26/2009 | 14701 | TABAKOVIC, ELVIR<br>700 SUNBROOK<br>GRAND RAPIDS, MI 49508 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 6698 | TALOWSKI, MARK<br>10946 NEBRASKA ST<br>FRANKFORT, IL 60423 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 12/8/2010 | 15173 | Tammy C Goode<br>4537 Mockingbird Ln<br>Maiden, NC 828-446-8572 | | General Unsecured<br>Priority | $4,050.00<br>$10,950.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 7725 | TAPP, IVAN J<br>1379 FELTON WAY<br>PLUMAS LAKE, CA 95961 | | General Unsecured<br>Priority | $4,050.00<br>$10,950.00 | $15,000.00 | Circuit City Stores West Coast, Inc. |
| 1/28/2009 | 7173 | TEWHEY, SHERI L<br>3620 MYSTIC VALLEY PKWY NO 805<br>MEDFORD, MA 02155 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 7926 | Tidwell Jr, George Michael<br>3006 Camrose Crossing Ln<br>Matthews, NC 28104 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/13/2009 | 3463 | TIDWELL, GEORGE MICHAEL<br>3006 CAMROSE CROSSING LANE<br>MATTHEWS, NC 28104 | | Priority | $15,000.00 | $ 15,000.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 7227 | TIETSORT, MARK R<br>212 PARTRIDGE CT<br>WINDSOR, CA 95492 | | Priority | $5,000.00 | $5,000.00 | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 11 -- Pre-Priority Claims (reclassified)**
**Cash Retention Program Claims (Reclassify in their Entirety as GUC).** *See* **pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection.**

| Cash Retention Program Claims (Reclassify in their Entirety as GUC). See pp. 2-3, para. 3-4, and pp. 8-10 of Omnibus Objection. | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/26/2009 | 5289 | TIMMER, RICK A<br>1075 BROOKDALE DR<br>CRESTLINE, OH 44827 | | Priority | $40,000.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/26/2009 | 5484 | Tyler, Nathaniel<br>44 Rockwell Dr<br>Hilton, NY 14468 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 7692 | VO, VY XUAN<br>5617 NATOMA CIRCLE<br>STOCKTON, CA 95219-7119 | | General Unsecured<br>Priority | $4,050.00<br>$10,950.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 8648 | vonBechmann, Dawn<br>Neil E McCullagh<br>Spotts Fain PC<br>411 E Franklin St Ste 600<br>Richmond, VA 23219 | Dawn vonBechmann<br>36 Countryside Ln<br>Richmond, VA 23229 | General Unsecured<br>Priority | $114,050.00<br>$10,950.00 | $125,000.00 | Circuit City Stores, Inc. |
| 1/20/2009 | 4111 | WARD, DANIELLE GAI<br>385 W TANSEY CROSSING<br>WESTFIELD, IN 46074 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 8904 | WARD, JEREMIAH D<br>5555 PIONEER RD<br>MOJAVE, CA 93501 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/27/2009 | 9879 | Watkins, Derrick<br>200 Sweetwater Dr Apt B29<br>Dothan, AL 36305 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 8957 | Weston, Vicaro<br>20010 87th Ave E<br>Spanaway, WA 98387 | | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/23/2009 | 5731 | WHITE, CHRISTOPHER DELMAR<br>407 Woodberry Cir<br>Raeford, NC 28376 | Christopher Delmar White<br>1311 8th Ave Nw<br>Conover, NC 28613 | Priority | $15,000.00 | $15,000.00 | Circuit City Stores, Inc. |
| 1/27/2009 | 5937 | WILEY, JAMES J<br>5058 ROUND HILL DR<br>DUBLIN, CA 94568 | | General Unsecured<br>Priority | $4,050.00<br>$10,950.00 | $15,000.00 | Circuit City Stores West Coast, Inc. |
| 12/8/2010 | 15175 | William P Cimino<br>15 Albemarle Ave<br>Richmond, VA 23226 | | General Unsecured<br>Priority | $29,050.00<br>$10,950.00 | $40,000.00 | Circuit City Stores, Inc. |
| 1/29/2009 | 7927 | ZENDEJAS, GENARO<br>11620 MANTOVA AVE<br>BAKERSFIELD, CA 93312 | | Priority | $40,000.00 | $40,000.00 | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT B TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 11 -- Reduced CRP Claims**
**Cash Retention Program Claims (Reduce and Allow Priority up to 507(a)(4) Statutory Cap; Reclassify Remainder as GUC).** *See* **p. 3, para. 5, and pp. 10-12 of Omnibus Objection.**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| across — Cash Retention Program Claims (Reduce and Allow Priority up to 507(a)(4) Statutory Cap; Reclassify Remainder as GUC).   See p. 3,  para. 5, and pp. 10-12 of Omnibus Objection. | | | | | | | | |
| **Date Filed** | **Claim Number** | **Claimant Name and Address** | **Additional Notice Address** | **Classification as Filed** | **Claim Amount as filed** | **Debtor** | **Allowed Priority Claim (Reduced)** | **Reclassified General Unsecured Claim (subj. to further objection)** |
| 1/28/2009 | 7071 | DITZEL, MATTHEW JOESPH 5701 WINDELSTRAW DR APT 14 DURHAM, NC 27713 | | General Unsecured Priority | $4,050.00 $10,950.00 | Circuit City Stores, Inc. | $8,623.00 | $6,377.00 |
| 1/29/2009 | 7714 | PETERSON, WESLEY L 3052 300TH AVE JANESVILLE, MN 56048 | | General Unsecured Priority | $4,050.00 $10,950.00 | Circuit City Stores, Inc. | $8,642.00 | $6,358.00 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 11 -- Expunged CRP Claims**
**Cash Retention Program Claims (Disallow in Entirety).** *See* **pp. 3-4, para. 6, and p. 12 of Omnibus Objection.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Cash Retention Program Claims (Disallow in Entirety). See pp. 3-4, para. 6, and p. 12 of Omnibus Objection.** | | | | | | | |
| **Date Filed** | **Claim Number** | **Claimant Name and Address** | **Additional Notice Address** | **Classification as Filed** | **Claim Amount as filed** | **Allowed Amount** | **Debtor** |
| 1/30/2009 | 9686 | MUSEN, JON MICHAEL<br>13616 N 43RD ST APT 185<br>PHOENIX, AZ 85032 | | Priority | $15,000.00 | $0.00 | Circuit City Stores West Coast, Inc. |