| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*      *Counsel to the Circuit City Stores, Inc. Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Case No. 08-35653-KRH |
| | ) |
| CIRCUIT CITY STORES, INC.[1], et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**ORDER SUSTAINING LIQUIDATING TRUST'S SIXTEENTH OMNIBUS
OBJECTION TO CERTAIN HR CLAIMS: RECLASSIFY; REDUCE
(PHANTOM STOCK PROGRAM)**

THIS MATTER having come before the Court on the *Liquidating Trust's Sixteenth Omnibus Objection to Certain HR Claims: Reclassify; Reduce (Phantom Stock Program)* (the "Objection"),[2] which requested, among other things, that the claims specifically identified in the Objection be reclassified or reduced for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given;

---

[1] The Debtors in these cases include: Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Properties, LLC, Kinzer Technology, LLC, Abbott Advertising Agency, Inc., Patapsco Designs, Inc., Sky Venture Corp, Prahs, Inc., XSStuff, LLC, Mayland MN, LLC, Courchevel, LLC, Orbyx Electronics, LLC, and Circuit City Stores PR, LLC.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

12304-003\DOCS_SF:76550.1

and it further appearing that no response was timely filed or properly served by the Phantom Stock Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED in its entirety.

2. The Pre-Priority Period Phantom Stock Claims identified on **Exhibit A** as attached hereto and incorporated herein are reclassified as general unsecured claims as set forth in **Exhibit A**.

3. The Reduced Phantom Stock Claims identified on **Exhibit B** as attached hereto and incorporated herein are allowed on the priority basis provided by title 11 of section 507(a)(4) of title 11 of the United States Code and are allowed in the reduced amount as listed on **Exhibit B**, with the remainder of the claims reclassified as general unsecured claims, for all purposes in these bankruptcy cases, as set forth on **Exhibit B**.

4. The Liquidating Trust's rights to object to any claim including (without limitation) the Phantom Stock Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

5. The Liquidating Trust shall serve a copy of this Order on the Phantom Stock Claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

      6.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
        _____, 2011

      _____
      HONORABLE KEVIN R. HUENNEKENS
      UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


___/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
      - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
      - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

  Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

            */s/ Lynn L. Tavenner*_____
            Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 16**
**Phantom Stock Claims (Reclassify in their Entirety as GUC).** *See* p. 3, para. 4, and pp. 8-10 of Omnibus Objection.

| | | Phantom Stock Claims (Reclassify in their Entirety as GUC). See p. 3, para. 4, and pp. 8-10 of Omnibus Objection. | | | | | |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Claimant Name and Address** | **Additional Notice Address** | **Classification as Filed** | **Claim Amount as Filed** | **Reclassified General Unsecured Claim (subj. to further objection)** | **Debtor** |
| 1/28/2009 | 7096 | ANDERSON, LEE ANN<br>2022 GROVE AVE<br>RICHMOND, VA 23220 | | Priority | $190.00 | $190.00 | Circuit City Stores, Inc. |
| 1/27/2009 | 6023 | BEAM, MICHAEL W<br>5227 SCOTSGLEN DR<br>GLEN ALLEN, VA 23059 | | Priority | $2,381.25 | $2,381.25 | Circuit City Stores, Inc. |
| 1/29/2009 | 9504 | CANCEL, MARCOS G<br>PLAZA 25 MF50 MARINA BAHIA<br>CATANO, PR 00962 | | Priority | UNLIQUIDATED | UNLIQUIDATED | Circuit City Stores PR, LLC |
| 1/27/2009 | 6027 | DING, JENNIFER S<br>5507 OLDE HARTLEY WAY<br>GLEN ALLEN, VA 23060 | | Priority | $952.50 | $952.50 | Circuit City Stores, Inc. |
| 1/28/2009 | 6955 | Draxler, Steven F<br>2322 Pocono Ct<br>De Pere, WI 54115 | | Priority | $5,440.00 | $5,440.00 | Circuit City Stores, Inc. |
| 1/27/2009 | 6593 | FREEMAN, JAMES M<br>10307 SAGEGLOW<br>HOUSTON, TX 77089 | | Priority | UNLIQUIDATED | UNLIQUIDATED | Circuit City Stores, Inc. |
| 1/29/2009 | 8006 | LATTA, DONNA<br>298 GREENFIELD RD<br>BRIDGEWATER, NJ 08807 | | Priority | $192.00 | $192.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 10147 | MAPLES III, MURRAY DAVID<br>7812 MARS HILL RD<br>BAUXITE, AR 72011 | | Priority | BLANK | BLANK | Circuit City Stores, Inc. |
| 1/27/2009 | 6182 | MCNEESE, MICHAEL<br>17814 WEST WOOD DR<br>SURPRISE, AZ 85388 | | Priority | $47,815.50 | $47,815.50 | Circuit City Stores West Coast, Inc. |
| 1/5/2009 | 2521 | MITCHELL, EUGENE O<br>808 LAKECREST AVE APT 103<br>HIGH POINT, NC 27265 | | Priority | UNLIQUIDATED | UNLIQUIDATED | Circuit City Stores, Inc. |
| 1/30/2009 | 9652 | ROSS, ANGELA P<br>4413 WYTHE AVE<br>RICHMOND, VA 23221 | | General Unsecured<br>Priority | $2,383.00<br>$10,950.00 | $13,333.00 | Circuit City Stores, Inc. |
| 1/26/2009 | 6140 | SESSOMS, JOHN D<br>7307 SADDLE OAKS DR<br>CARY, IL 60013 | | Priority | $3,143.25 | $3,143.25 | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT B TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 16**
**Phantom Stock Claims (Allow on Priority Basis in Reduced Amount; No Reclassification).**  *See*  page 3,  para. 5,  and pp. 10-11 of Omnibus Objection.

|  | Phantom Stock Claims (Allow on Priority Basis in Reduced Amount; No Reclassification).   See page 3,  para. 5,  and pp. 10-11 of Omnibus Objection. |
| --- |
| **Date Filed** | **Claim Number** | **Claimant Name and Address** | **Additional Notice Address** | **Classification as Filed** | **Claim Amount as filed** | **Debtor** | **Allowed Priority Claim (Reduced)** |
| 1/27/2009 | 6255 | ARINGTON, MICHAEL SCOTT<br>14417 W MAUNA LOA LANE<br>SURPRISE, AZ 85379 | | Priority | $50,000.00 | Circuit City Stores West Coast, Inc. | $95.25 |