Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER SUSTAINING LIQUIDATING TRUST'S SEVENTEENTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS <u>AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS</u>)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit H attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED.

2.      The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

3.      The Claims identified on Exhibit B as attached hereto and incorporated herein are forever reclassified in these bankruptcy cases in the manner stated in Exhibit B.

4.      The Claims identified on Exhibit C through Exhibit F as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

5.      The Liquidating Trust hereby withdraws, without prejudice, the Objection solely with respect to the Claims identified on Exhibit G.

6.      The Court will conduct a status conference on June 9, 2011 at 2:00 p.m. for all Claims identified on Exhibit H attached hereto.

7.      The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

8.      The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

9.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2011


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                         - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.


_____/s/ Paula S. Beran_____
Paula S. Beran


4

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

**EXHIBIT A**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Modified Claim | Debtor |
| 03/23/09 | 11929 | Bank of America National Association as Successor by Merger to LaSalle Bank National Association as Trustee for the Registered Holders of CDC Commercial Mortgage Trust 2002 FX1 Commercial Mortgage Pass Through Certificates Series 2002 FX1 c/o Capmark Finance Inc Peyton Inge 700 N Pearl St Ste 2200 Dallas, TX 75201 | | Unliquidated but not less than $1,097,798.93 (general unsecured) | Circuit City Stores Inc. | $1,097,798.93 (general unsecured) | Circuit City Stores Inc. |
| 04/30/09 | 12756 | BB Fonds International 1 USA LP Eric Horan Pheonix Property Co 5950 Sherry Ln Ste 320 Dallas, TX 75225 | | $1,067,385.77 (general unsecured) | Circuit City Stores Inc. | $1,018,189.31 (general unsecured) | Circuit City Stores Inc. |
| 06/26/09 | 13772 | BB Fonds International 1 USA LP Jason Binford Haynes and Boone LLP 2323 Victory Ave Ste 700 Dallas, TX 75219 | | $100,500.36 (administrative) | Circuit City Stores Inc. | $97,316.51 (general unsecured) | Circuit City Stores Inc. |
| 04/30/09 | 13013 | Becker Trust LLC Barry Becker 50 S Jones Blvd Ste 100 Las Vegas, NV 89107 | | $700,782.94 (general unsecured) | Circuit City Stores, Inc. | $549,304.96 (general unsecured) | Circuit City Stores, Inc. |
| 01/30/09 | 8676 | Bond Circuit VII Delaware Business Trust Attn Wayne Zarozny Vice President The Berkshire Group 1 Beacon St Ste 1500 Boston, MA 02108 | | $0.00 (general unsecured) Unliquidated (secured) | Circuit City Stores Inc. | $13,611.83 (general unsecured) | Circuit City Stores, Inc. |
| 01/30/09 | 9413 | CC Independence LLC Attn Eric J Rietz Esq Vedder Price PC 222 N LaSalle St Ste 2600 Chicago, IL 60601 | | $602,680.34 (general unsecured) $10,540.55 (administrative) | Circuit City Stores Inc. | $598,308.14 (general unsecured) $10,456.98 (administrative) | Circuit City Stores Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT A**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Modified Claim | Debtor |
| 12/17/08 | 1665 | CC Investors 1995 3<br>Ronald G Cameron Administrative Trustee<br>1004 Commercial Ave No 353<br>Anacortes, WA 98221 | | $2,205,157.50<br>(general unsecured) | Circuit City Stores, Inc. | $387,758.80<br>(general unsecured) | Circuit City Stores, Inc. |
| 01/30/09 | 9407 | CC Lafayette LLC<br>Attn Eric J Rietz Esq<br>Vedder Price PC<br>222 N LaSalle St Ste 2600<br>Chicago , IL  60601 | | $506,560.22<br>(general unsecured)<br><br>$14,231.69<br>(administrative) | Circuit City Stores Inc. | $464,199.33<br>(general unsecured)<br><br>$6,945.16<br>(administrative) | Circuit City Stores Inc. |
| 01/30/09 | 9424 | CC Minnetonka LLC<br>Attn Eric J Rietz Esq<br>Vedder Price PC<br>222 N LaSalle St Ste 2600<br>Chicago , IL  60601 | | $767,167.54<br>(general unsecured)<br><br>$46,542.57<br>(administrative) | Circuit City Stores, Inc. | $724,567.87<br>(general unsecured) | Circuit City Stores, Inc. |
| 12/07/10 | 15168 | Circsan Limited Partnership<br>Allen P Lev Esq<br>Kin Properties Inc<br>185 NW Spanish River Blvd Ste 100<br>Boca Raton, FL  33431-4230 | | Unliquidated but not less than $1,202,265.21<br>(general unsecured) | Circuit City Stores, Inc | $884,217.85<br>(general unsecured) | Circuit City Stores, Inc |
| 04/07/09 | 12140 | Cleveland Towne Center LLC<br> Attn Nicholas W Whittenburg<br>Miller & Martin PLLC<br>832 Georgia Ave Ste 1000<br>Chattanooga, TN  37402 | | $510,015.79<br>(general unsecured)<br><br>$21,114.30<br>(administrative) | Circuit City Stores Inc. | $496,675.53<br>(general unsecured) | Circuit City Stores Inc. |
| 06/19/09 | 13715 | Cleveland Towne Center LLC<br>Attn Nicholas W Whittenburg<br>Miller & Martin PLLC<br>832 Georgia Ave Ste 1000<br>Chattanooga, TN  37402 | | $38,533.15<br>(administrative) | Circuit City Stores Inc. | $22,902.34<br>(administrative) | Circuit City Stores Inc. |
| 06/30/09 | 13918 | Contrarian Funds LLC<br>Attn Alisa Mumola<br>411 W Putnam Ave Ste 425<br>Greenwich, CT  06830 | | $4,534.00<br>(administrative) | Circuit City Stores Inc. | $2,463.00<br>(administrative) | Circuit City Stores Inc. |
| 05/19/10 | 15035 | Contrarian Funds LLC<br>Attn Alisa Mumola<br>411 W Putnam Ave Ste 425<br>Greenwich, CT  06830 | Transferee:<br>Contrarian Funds, LLC<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola | $583,914.90<br>(general unsecured)<br><br>$4,534.00<br>(priority) | Circuit City Stores Inc. | $581,472.44<br>(general unsecured) | Circuit City Stores Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT A**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Modified Claim | Debtor |
| 01/30/09 | 9507 | Greater Orlando Aviation Authority<br>Roy S Kobert P A<br>Broad & Cassel<br>PO Box 4961<br>Orlando, FL 32802-4961 | | $12,626.16 (administrative) | Circuit City Stores, Inc | $9,723.96 (administrative) | Circuit City Stores, Inc |
| 04/30/09 | 12759 | Gri Eqy Sparkleberry Square LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | | Unliquidated (general unsecured) | Circuit City Stores Inc. | $570,931.90 (general unsecured) | Circuit City Stores Inc. |
| 12/08/10 | 15172 | K Gam Broadway Craycroft LLC<br>c o Sally M Darcy<br>McEvoy Daniels & Darcy PC<br>4560 E Camp Lowell Dr<br>Tucson, AZ 85712 | | $162,683.71 (administrative) | Circuit City Stores, Inc | $64,615.05 (administrative)<br><br>$82,720.36 (general unsecured) | Circuit City Stores, Inc |
| 01/28/09 | 6575 | La Habra Imperial LLC<br>Ronald K Brown Jr<br>Law Offices of Ronald K Brown Jr APC<br>901 Dove St Ste 120<br>Newport Beach, CA 92660 | | $89,617.28 ($68,063.25 is general unsecured and $21,554.03 is administrative) | | $7,849.93 (administrative) | |
| 04/01/09 | 12029 | Lexington Richmond LLC<br>Attn Harvey A Strickon<br>Paul Hastings Janofsky & Walker LLP<br>75 E 55th St<br>New York, NY 10022-3205 | | $8,233,852.35 (general unsecured) | Circuit City Stores Inc. | $2,859,375.00 (general unsecured) | Circuit City Stores Inc. |
| 01/02/09 | 2411 | Manco Abbott OEA INC<br>Benjamin Nurse<br>851 Munras Ave<br>Monterey, CA 93940 | | $1,743.92 (general unsecured) | Circuit City Stores Inc. | $1,220.74 (general unsecured) | Circuit City Stores Inc. |
| 01/22/09 | 4891 | McAlister Square Partners Ltd a Texas limited partnership<br>Attn Joseph A Friedman<br>Kane Russell Coleman & Logan PC<br>3700 Thanksgiving Tower<br>1601 Elm St<br>Dallas, TX 75201 | | $574,684.88 (general unsecured) | Circuit City Stores Inc. | $479,081.83 (general unsecured) | Circuit City Stores Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT A**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Modified Claim | Debtor |
| 12/08/10 | 15171 | Milford Crossing LLC<br>c o Julie A Manning<br>Shipman & Goodwin LLP<br>One Constitution Plz<br>Hartford, CT  06103-1919 | | Unliquidated but not less than $1,938,085.13 (general unsecured) | Circuit City Stores, Inc | $1,647,867.29 (general unsecured) | Circuit City Stores, Inc |
| 01/27/09 | 5958 | Parkway Center East LLC<br>c/o Daniel M Anderson Esq<br>Schottenstein Zox & Dunn Co LPA<br>250 West St<br>Columbus, OH  43215 | | $487,190.06 (general unsecured) | Circuit City Stores Inc. | $470,963.88 (general unsecured) | Circuit City Stores Inc. |
| 06/15/09 | 13367 | Rancon Realty Fund IV<br>Ronald K Brown Jr<br>Law Offices of Ronald K Brown Jr APC<br>901 Dove St Ste 120<br>Newport Beach, CA 92660-3018 | | $104,087.36 (administrative) | Circuit City Stores West Coast, Inc. | $13,106.65 (administrative) | Circuit City Stores West Coast, Inc. |
| 04/28/09 | 12452 | THF St Clairsville Development LP<br>2127 Innerbelt Business Center Dr Ste 200<br>St Louis, MO 63114 | | $478,043.34 (general unsecured) | Circuit City Stores, Inc. | $462,403.51 (general unsecured) | Circuit City Stores, Inc. |
| 01/29/09 | 7930 | Urbancal Oakland II LLC<br>c o I Bruce Speiser<br>Pircher Nichols & Meeks<br>1925 Century Park E 17th Fl<br>Los Angeles, CA 90067 | Urban Retail Properties LLC<br>Attn Mr Miles McFee<br>412 W 14 Mile Rd<br>Troy, MI  48083 | $773,586.02 (general unsecured) | Circuit City Stores, Inc. | $732,952.39 (general unsecured) | Circuit City Storest Inc. |
| 06/30/09 | 14220 | Van Ness Post Center LLC<br>720 Market St Ste 500<br>San Francisco, CA<br>94102 | | $271,543.97 (admininistrative) | Circuit City Stores, Inc. | $73,203.26 (administrative)<br><br>$44,773.08 (general unsecured) | Circuit City Stores, Inc. |
| 03/10/09 | 11820 | Watercress Associates LP LLP dba Pearlridge Center<br>Attn Lawrence A Diamant Esq<br>Levene Neale Bender Rankin & Brill LLP<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067 | | $58,900.99 (priority) | Circuit City Stores Inc. | $47,586.21 (administrative) | Circuit City Stores Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT A**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Modified Claim | Debtor |
| 01/30/09 | 8718 | WEC 96D Laguna Investment Trust<br>Attn Wayne Zarozny, Vice President<br>The Berkshire Group<br>1Beacon St Ste 1500<br>Boston , MA 02108 | | $149,719.68<br>(general unsecured) | Circuit City Stores Inc. | $40,559.48<br>(general unsecured) | Circuit City Stores Inc. |

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)
**EXHIBIT B**

**CLAIMS TO BE RECLASSIFIED**

| CLAIMS TO BE RECLASSIFIED | | | | | | RECLASSIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount and Classification | Debtor | Reclassified Face Claim Amount and Classification | Debtor |
| 12/08/10 | 15172 | K Gam Broadway Craycroft LLC<br>c o Sally M Darcy<br>McEvoy Daniels & Darcy PC<br>4560 E Camp Lowell Dr<br>Tucson, AZ  85712 | | $162,683.71<br>(adminsitrative) | Circuit City Stores, Inc | $64,446.67<br>(administrative)<br><br>$98,237.04<br>(general unsecured) | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**
**INVALID CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 01/30/09 | 8581 | Bank of America NA as Trustee for the Registered Holders of LB UBS Commercial Mortgage Trust 2002 C4 Commercial Mortgage Pass Through Certificates Series 2002 C4 as Collateral Assignee of Decatur Plaza LLC Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | Decatur Plaza LLC c o Brad Barkau 239 E St Luis St PO Box 224 Nashville, IL 62263 | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 01/30/09 | 8689 | CCI Trust 1994 1 Attn: David Vanaskey Corporate Trust Administration c/o Wilmington Trust Company 1100 N. Market St. Wilmington, DE 19890 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 01/29/09 | 7885 | EASTLAND PLAZA INC 2220 N MERIDIAN ST INDIANAPOLIS, IN 46208-5728 | | $234,761.00 (general unsecured) | Circuit City Stores, Inc. |
| 03/26/09 | 12035 | Forest City Commercial Management Inc Agent for Laburnum Investment LLC 50 Public Sq Ste 1360 Cleveland, OH 44113 | | $9,795.38 (administrative) | Circuit City Stores, Inc |
| 01/29/09 | 8081 | Manufacturers and Traders Trust Company as Trustee Attn Deborah J Piazza Esq c o Hodgson Russ LLP 60 E 42nd St 37th Fl New York, NY 10165 | Manufacturers and Traders Trust Company as Trustee One M&T Plaza Buffalo, NY 14203 | Unliquidated but not less than $375,039.24 (general unsecured) | Circuit City Stores, Inc. |
| 01/29/09 | 8170 | Manufacturers and Traders Trust Company as Trustee Attn Deborah J Piazza Esq c o Hodgson Russ LLP 60 E 42nd St 37th Fl New York, NY 10165 | Manufacturers and Traders Trust Company as Trustee One M&T Plaza Buffalo, NY 14203 | $823,534.95 (general unsecured) | Circuit City Stores, Inc. |
| 01/29/09 | 8626 | Manufacturers and Traders Trust Company as Trustee Attn Deborah J Piazza Esq c o Hodgson Russ LLP 60 E 42nd St 37th Fl New York, NY 10165 | Manufacturers and Traders Trust Company as Trustee One M&T Plaza Buffalo, NY 14203 | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 07/23/09 | 14510 | ONICS LLC Attn Michael D Plante 730 17th St Ste 715 Denver, CO 80202 | | Unliquidated but not less than $407,425.23 (general unsecured) | Circuit City Stores, Inc. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 01/06/09 | 2766 | REIFF & GIVERTZ TEXAS PROP LLC<br>ART MULLAN<br>CIRCUIT CITY PAVILION<br>1828 ESE LOOP 323, NO. 107<br>C O SIGNATURE MANAGEMENT INC<br>TYLER, TX 75701 | | $92.32<br>(general unsecured) | Circuit City Stores, Inc. |
| 01/30/09 | 9206 | Trane US Inc<br>c/o Wagner Falconer & Judd LTD<br>Mark O  Anderson<br>1700 IDS CTR<br>Minneapolis, MN  55402 | | $105,247.60<br>(general unsecured) | Circuit City Stores Inc. |
| 01/22/09 | 4332 | WEC 97 GNORTH HOUSTON INVESTMENT<br>TRUST TEXAS LAND & FARMING I, LLC<br>3186 C AIRWAY AVE<br>COSTA MESA, CA  92626 | | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT D**
**LATE FILED CLAIMS TO BE EXPUNGED**

LATE FILED CLAIMS

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Portion of Claim to Be Expunged |
|---|---|---|---|---|---|---|
| 12/03/10 | 15156 | Brothers International Corporation<br>100 Bush Street, Suite 218<br>San Francisco, CA  94104 | David Barry Whitehead, Esq.<br>Whitehead & Porter LLP<br>220 Montgomery St, Ste 1850<br>San Francisco, CA  94104 | $1,005,223.46<br>(general unsecured) | Circuit City Stores West Coast, Inc. | $1,005,223.46<br>(general unsecured) |
| 12/08/10 | 15172 | K Gam Broadway Craycroft LLC<br>c o Sally M Darcy<br>McEvoy Daniels & Darcy PC<br>4560 E Camp Lowell Dr<br>Tucson, AZ  85712 | | $162,683.71<br>(administrative) | Circuit City Stores, Inc | $162,683.71<br>(administrative) |
| 04/01/09 | 12029 | Lexington Richmond LLC<br>Attn Harvey A Strickon<br>Paul Hastings Janofsky & Walker LLP<br>75 E 55th St<br>New York, NY  10022-3205 | | $8,233,852.35<br>(general unsecured) | Circuit City Stores Inc. | $5,374,477.35<br>(general unsecured) |
| 12/08/10 | 15171 | Milford Crossing LLC<br>c o Julie A Manning<br>Shipman & Goodwin LLP<br>One Constitution Plz<br>Hartford, CT  06103-1919 | | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc | Unliquidated<br>(general unsecured) |

In re Circuit City Stores, Inc, et al.

**EXHIBIT E**

**AMENDED CLAIMS TO BE EXPUNGED**

| | | CLAIMS TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
| 01/29/09 | 7536 | Contrarian Funds, LLC 411 West Putnam Ave., Ste. 425 Greenwich, CT 06830 Attn: Alisa Mumola | MHW Warner Robins, LLC c/o Corporate Property Group, Inc. 7332 Office Park Place Suite 101 Melbourne, FL 32940 | $563,914.90 (general unsecured) $4,534.00 (priority) | Circuit City Stores Inc. | 15035 | Circuit City Stores Inc. | $583,914.90 (general unsecured) $4,534.00 (priority) |
| 12/29/09 | 14782 | Johnstown Shopping Center LLC McGill Property Group 4425 Military Trail, Ste 202 Jupiter, FL 33458-4817 | | $5,986,470.00 (general unsecured) | Circuit City Stores, Inc | 15099 | Circuit City Stores, Inc | $824,496.86 (general unsecured) |
| 01/28/09 | 6968 | LEBEN FAMILY LP 1700 W PIONEER RD CEDARBURG, WI 53012 | | $103,039.15 (priority) | Circuit City Stores, Inc | 14226 | Circuit City Stores, Inc | $104,877.92 (administrative) |
| 01/29/09 | 8627 | Manufacturers and Traders Trust Company as Trustee Attn Deborah J Piazza Esq c o Hodgson Russ LLP 60 E 42nd St 37th Fl New York, NY 10165 | Manufacturers and Traders Trust Company as Trustee One M&T Plaza Buffalo, NY 14203 | Unliquidated (general unsecured) | Circuit City Stores, Inc. | 14522 | Circuit City Stores, Inc. | Unliquidated (general unsecured) |
| 03/30/09 | 12017 | United States Debt Recovery V LP 940 Southwood Blvd, Suite 101 Incline Village, NV 89451 | | $542,622.61 (general unsecured) | Circuit City Stores, Inc. | 15139 | Circuit City Stores, Inc. | $498,769.57 (general unsecured) |
| 01/28/09 | 6764 | Voit Partners LTD I Trust No 5 Cc o Croudace & Dietrich LLP Voit Partners LTD I Trust No 5 4750 Von Karman Ave Newport Bch, CA 92660 | | $1,268,740.60 (general unsecured) | Circuit City Stores, Inc | 15176 | Circuit City Stores, Inc | $1,010,293.00 (general unsecured) |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT F**

**DUPLICATE CLAIMS TO BE EXPUNGED**

| | | CLAIM TO BE EXPUNGED | | | | SURVIVING CLAIM | | |
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Number | Debtor | Total Surviving Claim Face Amount |
|---|---|---|---|---|---|---|---|---|
| 12/31/10 | 15195 | Voit Partners LTD I Trust No 5<br>c o Croudace & Dietrich LLP<br>Voit Partners LTD I Trust No 5<br>4750 Von Karman Ave<br>Newport Bch, CA  92660 | | $1,010,293.00<br>(general unsecured) | Circuit City Stores, Inc | 15176 | Circuit City Stores, Inc | $1,010,293.00<br>(general unsecured) |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT G**
**OBJECTIONS WITHDRAWN**

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| BR Fries & Associates LLC<br>c/o Lewis W Siegel<br>355 Lexington Ave Ste 1400<br>New York, NY  10017 | 7451 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Brandywine Grande C LP<br>c o L Minnici<br>2711 N Haskell Ave Ste 250<br>Dallax, TX 75204 | 13797 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Brighton Commercial LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 12493 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| BROADSTONE CROSSING LLC<br>ELLIOT HOMES<br>ATTN STEPHEN HEMINGTON<br>80 IRON POINT CIR STE 110<br>FOLSOM, CA 95630 | 5097 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Catellus Operating Limited Partnership<br>Edward J Tredinnick Esq<br>Greene Radovsky Maloney Share & Hennigh LLP<br>Four Embarcadero Ctr Ste 4000<br>San Francisco, CA 94111 | 7933 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CHK LLC<br>Augustus C Epps Jr. Esq.<br>Christian & Barton LLP<br>909 E Main st Ste 1200<br>Richmond, VA 23219 | 14346 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| DeMatteo Management Inc<br>Jennifer V Doran Esq<br>Hinckley Allen & Snyder LLP<br>28 State St<br>Boston, MA  02109-1775 | 13034 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| DeMatteo Management Inc<br>Jennifer V Doran Esq<br>Hinckley Allen & Snyder LLP<br>28 State St<br>Boston, MA  02109-1775 | 14424 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer<br>Gregory A Cross Esq<br>Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD  21202 | 12420 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Meacham Business Center LLC<br>David Aufrecht<br>65 E Wacker Pl No 2300<br>Chicago, IL 60601 | 12248 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Rancon Realty Fund IV<br>Law Offices of Ronald K Brown Jr APC<br>901 Dove St, Ste 120<br>Newport Beach, CA 92660-3018 | 6754 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Rancon Realty Fund IV<br>Ronald K Brown Jr<br>Law Offices of Ronald K Brown Jr APC<br>901 Dove St Ste 120<br>Newport Beach, CA 92660-3018 | 12121 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| RD Bloomfield Associates Limited Partnership<br>Greenberg Traurig LLp<br>200 Park Ave<br>New York, NY 10166 | 8749 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Richland Town Center LLC<br>McGill Property Group<br>4425 Military Trail, Ste 202<br>Jupiter, FL 33458-4817 | 12696 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Staples The Office Superstore East Inc<br>G Perry Wu<br>500 Staples Dr<br>Framingham, MA  01702 | 14622 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Starpoint Properties LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 12855 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Starpoint Properties LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 14343 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Uncommon Ltd<br>7777 Glades Road, Suite 310<br>Boca Raton, FL 33434-4150 | 12786 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Watercress Associates LP LLP dba Pearlridge Center<br>Attn Lawrence A Diamant Esq<br>Levene Neale Bender Rankin & Brill LLP<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067 | 11791 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX  75201 | 9444 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT H**
**OBJECTIONS TO BE ADJOURNED**

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| 1003 College Station LLC<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 14515 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| 507 Northgate LLC<br>Christopher M Alston<br>1111 3rd Ave No 3400<br>Seattle, WA 98101 | 9181 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| 507 Northgate LLC<br>Christopher M Alston<br>1111 3rd Ave No 3400<br>Seattle, WA 98101 | 9181 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| Acadia Realty Limited Partnership fka Mark Centers Limited<br>Partnership<br>Attn Daniel J Ansell<br>Greenberg Traurig LLp<br>200 Park Ave<br>New York, NY 10166 | 12789 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| ALMADEN PLAZA SHOPPING CTR INC<br>5353 ALMADEN EXPY<br>49 ALMADEN PLAZA SHOPPING CTR<br>SAN JOSE, CA 95118 | 12122 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Amargosa Palmdale Investments LLC<br>J Bennett Friedman Esq<br>Friedman Law Group<br>1900 Avenue of the Stars Ste 1800<br>Los Angeles, CA 90067-4409 | 12997 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Bank of America National Association Successor by Merger to LaSalle<br>Bank National Association<br>Attn Diane Schapiro<br>c o Berkadia Commercial Mortgage LLC<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 12663 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Bella Terra Associates LLC<br>J Bennett Friedman Esq<br>Frideman Law Group<br>1900 Ave of the Stars STE 1800<br>Los Angeles, CA 90067-4409 | 12999 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| BFLO Waterford Associates LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 9952 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| BFLO Waterford Associates LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 9952 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| Bond Circuit I Delaware Business Trust<br>Attn James S Carr Esq<br>Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13440 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Bond Circuit IV Delaware Business Trust<br>Mark B Conlan Esq<br>Gibbons PC<br>One Gateway Ctr<br>Newark, NJ 07102-5310 | 12765 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Bond Circuit VI Delaware Business Trust<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13426 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Bond Circuit VI Delaware Business Trust<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13439 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| C1 West Mason Street LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 5060 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Cameron Bayonne LLC<br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece Esq<br>308 Maltbie St Ste 200<br>Syracuse, NY  13204-1498 | 5814 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Catellus Operating Limited Partnership a<br>Delaware LP<br>Attn Edward J Tredinnick<br>Greene Radovsky Maloney Share & Hennigh LLP<br>Four Embarcadero Ctr 40th Fl<br>San Francisco, CA 94111 | 12328 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Catellus Operating Limited Partnership a<br>Delaware LP<br>Attn Edward J Tredinnick<br>Greene Radovsky Maloney Share & Hennigh LLP<br>Four Embarcadero Ctr 40th Fl<br>San Francisco, CA 94111 | 13708 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 14518 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 14521 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 14522 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 14574 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 14577 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE<br>EXPUNGED |
| CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 13716 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 14270 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 14288 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 14290 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br> General Partner<br>51 Madison Ave<br>New York, NY 10010 | 14053 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 12718 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 12721 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 12722 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 12725 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 14523 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br> General Partner<br>51 Madison Ave<br>New York, NY 10010 | 12722 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| CC Brandywine Investors 1998 LLC<br>c/o Capital Development Company<br>711 Sleater Kinney Rd SE<br>Lacey, WA 98503 | 11591 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| CC Investors 1997 11<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY  10178 | 9955 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership<br>c o Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Alexrod LLP<br>200 S Biscyane Blvd Ste 2500<br>Miami, FL 33131 | 7165 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Cedar Development Ltd<br>7777 Glades Road, Suite 310<br>Boca Raton, FL 33434-6424 | 12787 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Cedar Development Ltd.<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 14811 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Centro Properties Group t a Parkway Plaza Vestal NY<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103 | 12584 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Centro Properties Group ta Freshwater Stateline Plaza Enfield CT<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12628 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Circsan Limited Partnership<br>c/o Kin Properties Inc<br>185 NW Spanish River Blvd Ste 100<br>Boca Raton FL 33431-4230 | 8070 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Circuit Investors No 4 Thousand Oaks Limited Partnership<br>c/o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT  06511 | 8163 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Circuit Realty NJ LLC<br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA  15232 | 11761 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| CMAT 1999 C1 Grand River Avenue LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 5002 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Crown CCI LLC<br>Paul S Bliley Jr Esq<br>Williams Mullen<br>PO Box 1320<br>Richmond, VA 23218- 1320 | 7631 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Crown CCI LLC<br>Paul S Bliley Jr Esq<br>Williams Mullen<br>PO Box 1320<br>Richmond, VA 23218- 1320 | 13467 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Daniel G Kamin Elmwood Park LLC<br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA 15232-0234 | 2418 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Daniel G Kamin Elmwood Park LLC<br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA 15232-0234 | 14575 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| DeMatteo Management Inc<br>Jennifer V Doran Esq<br>Hinckley Allen & Snyder LLP<br>28 State St<br>Boston, MA  02109-1775 | 15049 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Desert Home Communities of Oklahoma, LLC<br>7911 Herschel Ave Suite No 306<br>La Jolla, CA  92037 | 11685 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Desert Home Communities of Oklahoma, LLC<br>7911 Herschel Ave Suite No 306<br>La Jolla, CA  92037 | 11696 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Evergreen McDowell & Pebble Creek LLC<br>c o William Novotny<br>Mariscal Weeks McIntyre & Friedlander PA<br>2901 N Central Ave Ste 200<br>Phoenix, AZ 85012 | 11269 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Evergreen McDowell & Pebble Creek LLC<br>c o William Novotny<br>Mariscal Weeks McIntyre & Friedlander PA<br>2901 N Central Ave Ste 200<br>Phoenix, AZ 85012 | 11269 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| General Growth Management Inc<br>Julie Minnick Bowden<br>110 N Wacker Dr<br>Chicago , IL  60606 | 14439 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| GRE Grove Street One LLC<br>Attn Denison M Hall<br>c/o Hall Royce LLC<br>40 Beach St Ste 203<br>Manchester, MA 01944 | 12062 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Greenback Associates<br>Attn Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 | 13378 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Greenback Associates<br>Attn Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 | 15007 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| GVD Commercial Properties Inc<br>Mr David Case<br>1915 A E Katella Ave<br>Orange, CA 92867 | 11981 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| I 93 SOMERVILLE LLC<br>C/O MILSTEIN PROPERTIES CORP<br>335 MADISON AVENUE 15TH FL<br>NEW YORK, NY  10017 | 6261 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Inland Commercial Property Management Inc<br>Attn Karen C Bifferato & Kelly M Conlan<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg 1007 N Orange St<br>PO Box 2207<br>Wilmington, DE 19807 | 13968 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Inland Commercial Property Management Inc<br>Attn Karen C Bifferato & Kelly M Conlan<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg 1007 N Orange St<br>PO Box 2207<br>Wilmington, DE 19807 | 14929 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Inland Commercial Property Management Inc<br>c o Beth Brooks Esq<br>Inland Real Estate Corporation<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | 12827 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Inland Traverse City LLC<br>c o Beth Brooks Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | 9719 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| La Habra Imperial LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 12448 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| M & M Berman Enterprises<br>c o Michael P Falzone and Sheila deLa Cruz<br>The Edgeworth Building<br>2100 E Cary St<br>PO Box 500<br>Richmond, VA 23218-0500 | 14163 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| M & M Berman Enterprises<br>c o Sheila deLa Cruz & Michael P Falzone<br>Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA 23218-0500 | 5993 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| M&M Berman Enterprises<br>Hirschler Fleischer PC<br>The Edgeworth Bldg<br>2100 E Cary St<br>Richmond, VA 23233 | 15185 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| M&M Berman Enterprises<br>Wayne R Terry<br>Hemar Rousso & Heald LLP<br>15910 Ventura Blvd 12th Fl<br>Encino, CA 90210 | 5992 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Madison Waldorf LLC<br>c o Liquidity Solutions Inc<br>One University Plz Ste 312<br>Hackensack, NJ  07601 | 15139 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Melville Realty Company Inc<br>Attn Edith K Altice Esq<br>Saul Ewing LLP<br>500 E Pratt St 8th Fl<br>Baltimore, MD  21202 | 7491 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| New River Properties LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 12418 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Park National Bank Successor Trustee<br>Richard C Maxwell<br>Woods Rogers PLC<br>PO Box 14125<br>Roanoke, VA  24038-4125 | 14078 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Redtree Properties LP<br>PO BOX 1041<br>Santa Cruz, CA  95061 | 9156 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Redtree Properties LP<br>PO BOX 1041<br>Santa Cruz, CA  95061 | 12404 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Schiffman Circuit Props<br>Matthew W Grimshaw<br>Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 | 3541 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| SPARKS GALLERIA INVESTORS LLC<br>2222 ARLINGTON AVE<br>BIRMINGHAM, AL 35205 | 10226 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Staples The Office Superstore East Inc<br>500 Staples Dr<br>Framingham, MA 01702 | 9985 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Torrington Triplets LLC<br>Attn Gerald Morganstern<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave 9th Fl<br>New York, NY  10036-5115 | 7114 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Torrington Triplets LLC<br>Attn Gerald Morganstern<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave 9th Fl<br>New York, NY  10036-5115 | 12808 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Tourboullin Corporation<br>Clifford A Katz Esq<br>Platzer Swergold Karlin Levine Goldberg & Jaslow LLP<br>1065 Avenue of the Americas 18th Fl<br>New York, NY 10018 | 13753 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Triangle Equities Junction LLC<br>Mark D Taylor Esq<br>Kilpatrick Stockton LLP<br>607 14th St NW Ste 900<br>Washington, DC  20005-2018 | 13401 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Uncommon Ltd<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 14812 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP, assignee of Hoprock Limonite LLC<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 10186 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery V LF<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 14361 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery V LF<br> 940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12461 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| United States Debt Recovery IV LF<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 13731 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LF<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 8614 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery V LF<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12115 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery V LF<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12461 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery V LF<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12588 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery V LF<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12589 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery V LF<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12735 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery V LF<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12819 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery V LF<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 13254 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery V LF<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 13731 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery V LF<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 14519 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV  89451 | 15110 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV  89451 | 15112 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE<br>EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| United States Debt Recovery V LP Assignee of 1251 Fourth Street Investors LLC and Beverley Gemini Investments LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV  89451 | 15098 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV  89451 | 15101 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of CC Properties LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV  89451 | 15115 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of CC Properties LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV  89451 | 15113 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of CC Properties LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV  89451 | 15116 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of CC Properties LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV  89451 | 15117 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of Faber Brothers Inc United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV  89451 | 15108 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of Faber Brothers Inc United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV  89451 | 15109 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of FRO LLC IX United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV  89451 | 15111 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| United States Debt Recovery V LP<br>Assignee of Hoprock Limonite LLC<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV  89451 | 15073 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP<br>Assignee of Rancon Realty Fund IV<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV  89451 | 15072 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LF<br>assignee of  CC Properties LLC<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 14520 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery V LF<br>assignee of Johnstown Shopping Center LLC<br>940 Southwood Blvd, Suite 101<br> Incline Village, NV 89451 | 7550 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery V LF<br>assignee of Rancon Realty Fund IV<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12121 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| VIWY LP<br>John E Lucian VSB No 43558<br>Blank Rome LLP<br>One Logan Sq<br>130 N 18th St<br>Philadelphia, PA 19103 | 13260 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Voit Partners LTD I Trust No 5<br> c o Croudace & Dietrich LLP<br>Voit Partners LTD I Trust No 5<br>4750 Von Karman Ave<br>Newport Bch, CA  92660 | 15176 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| VORNADO GUN HILL ROAD LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br>PARAMUS, NJ 07652 | 8496 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| VORNADO GUN HILL ROAD LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br>PARAMUS, NJ 07652 | 13970 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Walton Whitney Investors V LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12481 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Walton Whitney Investors V LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13424 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Walton Whitney Investors V LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14415 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| Walton Whitney Investors V LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14415 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Westlake Limited Partnership<br>Williams Mullen<br>P. O. Box 1320<br>Richmond, VA 23218-1320 | 15213 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| William A Broscious Esq<br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA  15232 | 12096 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Wilmington Trust Company<br>Wilmington Trust Company<br>Rodney Square North<br>J 100 North Market Street<br>Wilmington, DE 19890<br>Attn: David Vanaskey | 13171 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |