Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653-KRH |
| | ) | |
| CIRCUIT CITY STORES, INC.[1], et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER SUSTAINING LIQUIDATING TRUST'S NINETEENTH OMNIBUS OBJECTION TO CERTAIN EMPLOYEE PRIORITY CLAIMS:  NO LIABILITY; NOT ENTITLED TO PRIORITY; ALLOW UP TO THE STATUTORY CAP, AND RECLASSIFY, AS APPLICABLE (MISCELLANEOUS HR PRIORITY CLAIMS)

THIS MATTER having come before the Court on the *Liquidating Trust's*

*Nineteenth Omnibus Objection to Certain Employee Priority Claims:  No Liability; Not Entitled*

*to Priority; Allow Up to the Statutory Cap; and Reclassify, as Applicable (Miscellaneous HR*

*Priority Claims)* (the "Objection"),[2] which requested, among other things, that the Employee

Priority Claims specifically identified in the Objection be disallowed for those reasons set forth

in the Objection; and it appearing that due and proper notice and service of the Objection as set

---

[1] The Debtors in these cases include: Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Properties, LLC, Kinzer Technology, LLC, Abbott Advertising Agency, Inc., Patapsco Designs, Inc., Sky Venture Corp, Prahs, Inc., XSStuff, LLC, Mayland MN, LLC, Courchevel, LLC, Orbyx Electronics, LLC, and Circuit City Stores PR, LLC.
[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

forth therein was good and sufficient and that no other further notice or service of the Objection

need be given; and it further appearing that no response was timely filed or properly served by

the holders of the Employee Priority Claims being affected by this Order; and it appearing that

the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors'

estates and creditors and other parties-in-interest; and after due deliberation thereon good and

sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED as set forth herein.

2.      The No Liability Multiple Category Claims identified on **Exhibit A** as

attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in

these bankruptcy cases.

3.      The Reduced and Reclassified Multiple Category Claims identified on

**Exhibit B** as attached hereto and incorporated herein are allowed on the priority basis provided

by section 507(a)(4) of title 11 of the United States Code (the "Bankruptcy Code") in the reduced

amount set forth in **Exhibit B** and are reclassified as general unsecured claims in the amount set

forth in **Exhibit B**.

4.      The Reclassified Multiple Category Claims identified on **Exhibit C** as

attached hereto and incorporated herein are reclassified in their entirety as general unsecured

claims.

5.      The PA Service Center Claims identified on **Exhibit D** as attached hereto

and incorporated herein are allowed as priority claims on the priority basis provided by section

507(a)(4) of the Bankruptcy Code in the amount set forth in **Exhibit D** and are reclassified as general unsecured in the amount set forth in **Exhibit D**, attached hereto.

6.    The Disallowed Non-Categorized Employee Priority Claims identified on **Exhibit E** as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

7.    The Reduced and Reclassified Non-Categorized Employee Priority Claims identified on **Exhibit F** as attached hereto and incorporated herein are allowed on the priority basis provided by section 507(a)(4) of the Bankruptcy Code and in the amount set forth in **Exhibit F** and are reclassified as general unsecured claims in the amount set forth in **Exhibit F**.

8.    The Reclassified Non-Categorized Employee Priority Claims identified on **Exhibit G** as attached hereto and incorporated herein are reclassified in their entirety as general unsecured claims.

9.    The Disallowed PTO Claims identified on **Exhibit H** as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

10.    The Reduced PTO Claims identified on **Exhibit I** as attached hereto and incorporated herein are allowed on the priority basis provided by section 507(a)(4) and in the amount set forth in **Exhibit I**.

11.    The Disallowed Wage Claims identified on **Exhibit J** as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

12. The Reclassified Wage Claims identified on **Exhibit K** as attached hereto and incorporated herein are reclassified in their entirety as general unsecured claims.

13. The Equity Interests identified on **Exhibit L** as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

14. The Retirement Claims identified on **Exhibit M** as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

15. The Liquidating Trust's rights to object to any claim including (without limitation) the Employee Priority Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

16. The Liquidating Trust shall serve a copy of this Order on the holders of the Employee Priority Claims included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

17. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2011

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                            - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                            - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*



**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing
proposed order has been endorsed by or served upon all necessary parties.


                            */s/ Paula S. Beran*_____
                            Paula S. Beran

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
**No Liability Multiple Category Claims (Disallow in Entirety).** *See* **pp. 3, para. 6 and pp. 14-22 of Omnibus Objection.**

**No Liability Multiple Category Claims (Disallow in Entirety). See p. 3, para. 6, and pp. 14-22 of Omnibus Objection.**

| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Classification as Filed | Claim Amount as filed | Debtor | Comments |
|---|---|---|---|---|---|---|---|
| 1/28/2009 | 7515 | Ayrault, George T<br>428 Lange Dr<br>Troy, MI 48098-4671 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. | Claimant is claiming amounts due for unpaid wages and under the short-term incentive program. The debtors' books and records show no amounts due for unpaid wages. The associate was terminated 4/17/2009, which is prior to the projected payout date for the short-term incentive program. Thus, the claim is being expunged in its entirety. |
| 1/30/2009 | 9368 | BECKER, ELLIOT<br>JOHN J TREXLER ESQ<br>HAIRFIELD MORTON PLC<br>PO BOX 35724<br>RICHMOND, VA 23235 | Elliot Becker<br>3019 Hanover Ave<br>Richmond, VA 23221 | General Unsecured<br>Priority | $609,050.00<br>$10,950.00 | Circuit City Stores, Inc. | Claimant is claiming amounts due for severance under an employment contract and under the long-term incentive program. As the claimant resigned from his position with the Debtor, no severance is due under the employment contract. Also, there is no liability under the long-term incentive program. As such, the claim should be expunged in its entirety. |
| 1/28/2009 | 6925 | Burton, Lindsay H<br>2502 Stuart Ave Apt A<br>Richmond, VA 23220 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. | Claimant is claiming amounts due for unpaid wages, 401k plan assets and equity due under the short-term incentive program. The debtors' books and records show no amounts due for unpaid wages. The 401k plan assets were held in trust by Wells Fargo, N.A. and are not assets of the Debtors. The associate did not meet the objectives for the short-term incentive program. Thus, the claim is being expunged in its entirety. |
| 1/28/2009 | 7586 | Denton, Robin<br>1205 Cherrystone Ave<br>Richmond, VA 23228 | | General Unsecured<br>Priority | UNLIQUIDATED<br>$10,950.00 | Circuit City Stores, Inc. | Claimant is claiming amounts due for unpaid wages, equity holdings, 401k plan assets amounts due under the short-term incentive program and the pension plan. The Debtors' books and records show no amounts due for unpaid wages. The shares of the Debtor have been cancelled, effective 11/1/2010. The 401k plan assets were held in trust by Wells Fargo, N.A. and are not assets of the Debtors. The associate was terminated 3/21/2009, which is prior to the projected payout date for the short-term incentive program. The pension plan's assets were taken over by the Pension Benefit Guaranty Corporation. Thus, the claim is being expunged in its entirety. |
| 6/30/2009 | 14399 | Duncan, Gary B<br>18 Old Fourth Dr<br>Oak Ridge, NJ 07438-9518 | | Admin Priority | $253,500.00 | Circuit City Stores, Inc. | The claimant is claiming administrative priority for amounts due under the special cash retention program, the short-term incentive program and for working during the WARN period. The special cash retention program was granted in January 2008 and, thus, is not entitled to administrtive status. If the claim is reclassified to general unsecured, it is late and should be expunged. The portion of the claim related to the short-term incentive program should be expunged as the claimant was terminated prior to the projected payout date. The portion of the claim related to the working during the WARN period should be expunged as there is no liability. WARN allows for a notice period, and it is up to the discretion of the company whether the employee works during this period. Thus, the claim should be expunged in its entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
**No Liability Multiple Category Claims (Disallow in Entirety).** *See* **pp. 3, para. 6 and pp. 14-22 of Omnibus Objection.**

No Liability Multiple Category Claims (Disallow in Entirety).  See p. 3,  para. 6, and pp. 14-22 of Omnibus Objection.

| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Classification as Filed | Claim Amount as filed | Debtor | Comments |
|---|---|---|---|---|---|---|---|
| 1/28/2009 | 7498 | Elliott, Carole H 22321 Skinquarter Rd Moseley, VA 23120 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. | Claimant is claiming amounts due for unpaid wages, equity holdings, 401k plan assets amounts due under the short-term incentive program and the pension plan.  The debtors' books and records show no amounts due for unpaid wages.  The shares of the Debtor have been cancelled, effective 11/1/2010.  The 401k plan assets were held in trust by Wells Fargo, N.A. and are not assets of the Debtors.  The associate was terminated 3/21/2009, which is prior to the projected payout date for the short-term incentive program.  The pension plan's assets were taken over by the Pension Benefit Guaranty Corporation.  Thus, the claim is being expunged in its entirety. |
| 1/27/2009 | 6324 | Hogge, Bridgett 12261 Lexington Park Dr Apt 306 Tampa, FL 33626 | | Priority | $2,766.00 | Circuit City Stores, Inc. | Claimant is claiming amounts due for lost vacation time and a raise promised to her by her district manager.  The Debtor's books and records show no amounts due. |
| 1/28/2009 | 6982 | LUCK, WAYNE B 8954 KINGS CHARTER DR MECHANICSVILLE, VA 23116 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. | Claimant is claiming amounts due under several employee benefit plans but provides no support for these claims.  The claim should be expunged in its entirety. |
| 1/28/2009 | 6924 | Paulie, Joshua 400 S Cherry St No 3 Richmond, VA 23220 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. | Claimant is claiming amounts due for unpaid wages and under the short-term incentive program.  The debtors' books and records show no amounts due for unpaid wages.  The associate was terminated 4/2/2009, which is prior to the projected payout date for the short-term incentive program.  Thus, the claim is being expunged in its entirety. |
| 1/29/2009 | 8182 | Woods, Terrell A 5724 Sullivan Point Dr Powder Springs, GA 30127 | | Priority | $1,744.00 | Circuit City Stores, Inc. | Claimant is claiming year-to-date contributions through 11/5/2008 to the employee stock purchase plan and the supplemental life insurance plan offered by the Debtor. These payments were remitted to the appropriate benefit plan administrator by the Debtor and are thus not owed. The claim should be expunged in its entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT B TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
**Reduced and Reclassified Multiple Category Claims (Reduce and Allow Priority up to 507(a)(4) Statutory Cap, less other priority payments; Reclassify Remainder as GUC).** *See* page 4,  para. 7,  and pp. 14-22 of Omnibus Objection.

| | | | | | | | | Reduced and Reclassified Multiple Category Claims (Reduce and Allow Priority up to 507(a)(4) Statutory Cap, less other priority payments; Reclassify Remainder as GUC).  See page 4,  para. 7,  and pp. 14-22 of Omnibus Objection. | |
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Classification as Filed | Claim Amount as filed | Debtor | Allowed Priority Claim (Reduced) | Reclassified General Unsecured Claim (subj. to further objection) | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1/22/2009 | 4940 | CARRILLO, CHRISTOPHER M<br>7973 W CARON DR<br>PEORIA, AZ 85345 | | Priority | $2,634.13 | Circuit City Stores, Inc. | $616.13 | $2,018.00 | Claimant is claiming amounts due under the pension plan and for lost paid time off (PTO).  The pension plan's assets were taken over by the Pension Benefit Guaranty Corporation.  The claim has been reduced to the amount of PTO that the claimant lost upon termination. |
| 1/27/2009 | 6481 | CRAWLEY, LINDA B<br>2504 GAY AVE<br>RICHMOND, VA 23231 | | Priority | $25,525.24 | Circuit City Stores, Inc. | $1,685.28 | $23,839.96 | Claimant is claiming amounts due for severance and for lost paid time off (PTO).  The Debtor's books and records show no amounts due for severance.  The claim has been reduced to the amount of PTO that the claimant lost upon termination. |
| 1/29/2009 | 8331 | GONZALEZ, CARLOS M<br>315 HAWKRIDGE DR<br>SAN PABLO, CA 94806 | | Priority | $3,600.00 | Circuit City Stores, Inc. | $195.81 | $3,404.19 | Claimant is claiming amounts due for a bonus and for lost paid time off (PTO).  The Debtor's books and records show no amounts due for the bonus.  The claim has been reduced to the amount of PTO that the claimant lost upon termination. |
| 1/23/2009 | 4228 | HARMON, EMIKO L<br>1901 MOUNTAIN RD<br>GLEN ALLEN, VA 23060 | | Priority | $6,977.00 | Circuit City Stores, Inc. | $2,264.82 | $4,712.18 | Claimant is claiming amounts due for severance and for lost paid time off (PTO).  The Debtor's books and records show no amounts due for severance.  The claim has been reduced to the amount of PTO that the claimant lost upon termination. |
| 1/29/2009 | 7530 | Knowlton, David<br>525 ESCAMBIA ST<br>INDN HBR BCH, FL 32937-3625 | | General Unsecured<br>Priority | $6,504.80<br>$5,668.80 | Circuit City Stores, Inc. | $1,504.80 | $10,668.80 | The claimant is claiming amounts due under the special cash retention program and for travel reimbursement.  The special cash retention program was granted prior to the priority period and, thus, is not entitled to priority status.  The travel reimbursement is valid and will be allowed. |
| 1/23/2009 | 5157 | LEACH, BRIAN R<br>9060 COTTLESTON CIRCLE<br>MECHANICSVILLE, VA 23116 | | Priority | $494,000.00 | Circuit City Stores, Inc. | $2,700.00 | $491,300.00 | Claimant is claiming severance due under an employment contract, amounts due under the special cash retention program, the short-term incentive program, the long-term incentive program and the pension plan.   The claimant is entitled to priority status up to $10,950 for the severance due under his employment contract but has already been paid $8,250.00 in fourth priority wages.  The special cash retention program was awarded prior to the priority period and, thus, is not entitled to priority status.  There is no liability under the long-term incentive program or the short-term incentive program.  The pension plan's assets were taken over by the Pension Benefit Guaranty Corporation. |
| 1/28/2009 | 7394 | Loohn, Patricia M<br>Patricia M Loohn<br>9705 Snowberry Ct<br>Glenn Allen, VA 23060 | | Priority | $4,758.42 | Circuit City Stores, Inc. | $3,063.83 | $1,694.59 | Claimant is claiming amounts due for severance and for lost paid time off (PTO).  The Debtor's books and records show no amounts due for severance.  The claim has been reduced to the amount of PTO that the claimant lost upon termination. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT B TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
**Reduced and Reclassified Multiple Category Claims (Reduce and Allow Priority up to 507(a)(4) Statutory Cap, less other priority payments; Reclassify Remainder as GUC).  *See*  page 4,  para. 7,  and pp. 14-22 of Omnibus Objection.**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Reduced and Reclassified Multiple Category Claims (Reduce and Allow Priority up to 507(a)(4) Statutory Cap, less other priority payments; Reclassify Remainder as GUC).  *See*  page 4,  para. 7,  and pp. 14-22 of Omnibus Objection.** | | | | | | | |
| 12/7/2010 | 15169 | MOSIER, MICHELLE O<br>4503 W FRANKLIN ST<br>RICHMOND, VA 23221 | | Priority | $10,950.00 | Circuit City Stores, Inc. | $9,835.00 | $1,115.00 | Claimant is claiming severance due under an employment contract, contributions to the supplemental 401k plan and amounts due under the special cash retention program, the short-term incentive program and the long-term incentive program and equity awards.   The claimant is entitled to priority status up to $10,950 for the severance due under her employment contract but has already been paid $1,115.00 in fourth priority wages.  Contributions to the supplemental 401k plan should be reclassified to general unsecured. The special cash retention program was awarded prior to the priority period and, thus, is not entitled to priority status.  There is no liability under the long-term incentive program or the short-term incentive program. |
| 1/28/2009 | 7180 | PEREZ, JOSE L<br>3816 W 105 ST<br>INGLEWOOD, CA 90303 | | Priority | $3,360.00 | Circuit City Stores, Inc. | $2,811.14 | $548.86 | Claimant is claiming amounts due under the pension plan and for lost paid time off (PTO).  The pension plan's assets were taken over by the Pension Benefit Guaranty Corporation.  The claim has been reduced to the amount of PTO that the claimant lost upon termination. |
| 1/28/2009 | 7396 | RICKARD, DOROTHY B<br>8303 GWINNETT RD<br>RICHMOND, VA 23229 | | Priority | $4,720.00 | Circuit City Stores, Inc. | $158.76 | $4,561.24 | Claimant is claiming amounts due for severance, for the 401k employer match and for lost paid time off (PTO).  The Debtor's books and records show no amounts due for severance or for the 401k match.  The claim has been reduced to the amount of PTO that the claimant lost upon termination. |
| 1/28/2009 | 7600 | RYAN, PAUL<br>13 N STONINGTON RD<br>MYSTIC, CT 06355 | | Priority | $435,292.00 | Circuit City Stores, Inc. | $8,462.00 | $426,830.00 | Claimant is claiming severance due under an employment contract, amounts due under the special cash retention program, the short-term incentive program and the long-term incentive program and equity awards.   The claimant is entitled to priority status up to $10,950 for the severance due under his employment contract but has already been paid $8,462.00 in fourth priority wages.   There is no liability under the long-term incentive program or the short-term incentive program. |
| 1/26/2009 | 6014 | WHITE, ELIZABETH H<br>9029 RUSSET LANE<br>MECHANICSVILLE, VA 23116 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. | $798.59 | $0.00 | Claimant is claiming amounts due under the pension plan and for lost paid time off (PTO).  The pension plan's assets were taken over by the Pension Benefit Guaranty Corporation.  The claim has been reduced to the amount of PTO that the claimant lost upon termination. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
**Reclassified Multiple Category Claims (Reclassify in their Entirety as GUC).** *See* **p. 4, para. 8, and pp. 14-22 of Omnibus Objection.**

| | | | | | Reclassified General Unsecured Claim (subj. to further objection) | | |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Claimant Name and Address** | **Additional Notice Address** | **Classification as Filed** | **Claim Amount as Filed** | **Debtor** | **Comments** |
| 1/30/2009 | 9365 | SCHROGIE, JOHN J<br>JOHN J TREXLER ESQ<br>HAIRFIELD MORTON PLC<br>PO BOX 35724<br>RICHMOND, VA 23235 | John J Schrogie<br>15718 Fox Marsh Dr<br>Moseley, VA 23120 | General Unsecured<br>Priority | $162,002.50<br>$10,950.00 | $172,952.50 Circuit City Stores, Inc. | Claimant is claiming amounts due under the special cash retention program, the phantom stock program and the long-term incentive program. The special cash retention program and the phantom stock program were both awarded prior to the priority period and, thus, are not entitled to priority status. There is no liability under the long-term incentive program. |
| 1/9/2009 | 3119 | SIEGER, MARC J<br>6 JOSEPH LN<br>LYNNFIELD, MA 01940-1107 | Marc J Sieger<br>Orchard Brands<br>30 Tozer Rd<br>Beverly, MA 01915 | Priority | UNLIQUIDATED | UNLIQUIDATED Circuit City Stores, Inc. | Claimant is claiming amounts due under the supplemental 401k plan, the long-term incentive program and vested stock option awards. Contributions to the supplemental 401k plan should be reclassified to general unsecured. The portions of the claim for the long-term incentive program and vested stock option awards are expunged as there is no liability. |
| 1/28/2009 | 7202 | STORY, DAVID<br>32 ZUMWALT PASS<br>OFALLON, MO 63366 | | General Unsecured<br>Priority | $40,000.00<br>$40,000.00 | $80,000.00 Circuit City Stores, Inc. | Claimant is claiming amounts due under the special cash retention program and the phantom stock program. The special cash retention program and the phantom stock program were both awarded prior to the priority period and, thus, are not entitled to priority status. |
| 1/27/2009 | 6503 | SUBETTO, ROBERT GLEN<br>621 PRIMROSE LANE<br>ALLENTOWN, PA 18104 | | Priority | UNLIQUIDATED | UNLIQUIDATED Circuit City Stores, Inc. | Claimant is claiming amounts due under the long-term incentive program and phantom stock plan. The portion of the claim for the long-term incentive program is expunged as there is no liability. The portion of the claim for the phantom stock plan is reclassified to a general unsecured claim as award was granted and accepted prior to the priority period. |
| 1/30/2009 | 10029 | WAITE, JILL F<br>5013 QUEENSBURY WAY<br>SAN RAMON, CA 94582 | | Priority | $100,884.50 | $100,884.50 Circuit City Stores, Inc. | Claimant is claiming amounts due under the special cash retention program, the short-term incentive program and the long-term incentive program. The special cash retention program was awarded prior to the priority period and, thus, is not entitled to priority status. There is no liability under the long-term incentive program or the short-term incentive program. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT D TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
**PA Service Center Claims (Reduce and Allow Priority up to 507(a)(4) Statutory Cap, less other priority payments; Reclassify Remainder as GUC).** *See* page 5, paras. 9-10, and pp. 22-26 of Omnibus Objection.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | PA Service Center Claims (Reduce and Allow Priority up to 507(a)(4) Statutory Cap, less other priority payments; Reclassify Remainder as GUC).  See page 5,  paras. 9-10, and pp. 22-26 of Omnibus Objection. | | | | | | |
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Classification as Filed | Claim Amount as filed | Debtor | Allowed Priority Claim (Reduced) | Reclassified General Unsecured Claim (subj. to further objection) |
| 1/27/2009 | 5827 | ALFORD, ODIS M<br>5 FOXFERN DR<br>FAIRLESS HILLS, PA 19030-4027 | | Priority | $8,548.80 | Circuit City Stores, Inc. | $5,548.80 | $3,000.00 |
| 1/22/2009 | 5074 | FOX JR, LEON JETHRO<br>2715 GARDEN LANE<br>BENSALEM, PA 19020 | | Priority | $7,827.60 | Circuit City Stores, Inc. | $3,787.60 | $4,040.00 |
| 1/27/2009 | 6615 | GHIZA, ION<br>8120 MORO ST<br>PHILADELPHIA, PA 19136 | | Priority | $5,601.00 | Circuit City Stores, Inc. | $2,601.00 | $3,000.00 |
| 1/21/2009 | 4462 | GILL, ARIF M<br>6614 ARBORDEAU LN<br>MACUNGIE, PA 18062 | | Priority | $5,200.00 | Circuit City Stores, Inc. | $2,200.00 | $3,000.00 |
| 1/27/2009 | 6601 | HO, KUEN T<br>23 37 120 ST<br>COLLEGE POINT, NY 11356 | | Priority | $6,922.80 | Circuit City Stores, Inc. | $3,695.40 | $3,227.40 |
| 1/26/2009 | 6219 | Jurec, Daniel S<br>6405 Hawthorne St<br>Philadelphia, PA 19149 | | Priority | $5,404.64 | Circuit City Stores, Inc. | $2,404.64 | $3,000.00 |
| 1/23/2009 | 6524 | McCaskill, Cidael<br>1810 S 24th St<br>Philadelphia, PA 19145 | | Priority | $3,916.00 | Circuit City Stores, Inc. | $916.00 | $3,000.00 |
| 1/27/2009 | 6011 | MCFADDEN, EUGENE J<br>2910 NORMANDY DRIVE<br>PHILADELPHIA, PA 19154 | | General Unsecured<br>Priority | $9,960.00<br>$1,338.36 | Circuit City Stores, Inc. | $0.00 | $11,298.36 |
| 1/23/2009 | 4826 | MCVEIGH, ROBERT M<br>5506 GAUMER AVE<br>MERCHANTVILLE, NJ 08109 | | Priority | $13,415.00 | Circuit City Stores, Inc. | $8,407.00 | $5,008.00 |
| 1/26/2009 | 5420 | NG, YINGF<br>46 10A 88TH ST<br>ELMHURST, NY 11373 | | Priority | $5,462.10 | Circuit City Stores, Inc. | $2,040.00 | $3,422.10 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT D TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
**PA Service Center Claims (Reduce and Allow Priority up to 507(a)(4) Statutory Cap, less other priority payments; Reclassify Remainder as GUC).** *See* page 5,  paras. 9-10, and pp. 22-26 of Omnibus Objection.

| PA Service Center Claims (Reduce and Allow Priority up to 507(a)(4) Statutory Cap, less other priority payments; Reclassify Remainder as GUC).  See page 5,  paras. 9-10, and pp. 22-26 of Omnibus Objection. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Classification as Filed | Claim Amount as filed | Debtor | Allowed Priority Claim (Reduced) | Reclassified General Unsecured Claim (subj. to further objection) |
| 1/26/2009 | 5350 | OAKES, TODD A<br>7373 RIDGE AVEAPT 205<br>PHILADELPHIA, PA 19128 | | Priority | $4,923.68 | Circuit City Stores, Inc. | $1,824.00 | $3,099.68 |
| 1/27/2009 | 6611 | PARKER, WESLEY<br>8 HEDDINGTON RD<br>NEW CASTLE, DE 19720 | | Priority | $11,647.68 | Circuit City Stores, Inc. | $8,647.68 | $3,000.00 |
| 1/26/2009 | 5238 | PEED, DANIEL GEORGE<br>7 ASTER COURT<br>DELRAN, NJ 08075 | | Priority | $5,751.20 | Circuit City Stores, Inc. | $1,520.00 | $4,231.20 |
| 1/23/2009 | 5152 | PERKINS, EDWARD J<br>2894 ANGUS RD<br>PHILADELPHIA, PA 19114 | | Priority | $7,603.92 | Circuit City Stores, Inc. | $4,483.20 | $3,120.72 |
| 1/26/2009 | 5759 | POIMBOEUF MAHIEU, MICHEL JACQUES<br>224 E BRISTOL RD<br>FEASTERVILLE, PA 19053-2438 | | Priority | $14,663.93 | Circuit City Stores, Inc. | $8,335.00 | $6,328.93 |
| 1/27/2009 | 5629 | Post, Glen<br>956 Browning Pl<br>Warminster, PA 18974 | | Priority | $4,426.80 | Circuit City Stores, Inc. | $951.20 | $3,475.60 |
| 1/23/2009 | 5155 | REX, ERICK R<br>7817 WILLIAMS AVE<br>PHILADELPHIA, PA 19150 | | Priority | $5,977.60 | Circuit City Stores, Inc. | $2,977.60 | $3,000.00 |
| 1/30/2009 | 9453 | ROSENBERG, IRVING D<br>39 GLENOLDEN LN<br>WILLINGBORO, NJ 08046 | | Priority | $7,136.58 | Circuit City Stores, Inc. | $2,838.40 | $4,298.18 |
| 1/28/2009 | 7176 | SYGA, JOHN<br>127 MANSFIELD AVE<br>LANSDOWNE, PA 19050 | | Priority | $5,900.00 | Circuit City Stores, Inc. | $2,900.00 | $3,000.00 |
| 1/23/2009 | 4747 | TATARU, MARIUS SORIN<br>3530 DECATUR ST<br>PHILADELPHIA, PA 19136 | | Priority | $3,994.50 | Circuit City Stores, Inc. | $780.00 | $3,214.50 |
| 1/26/2009 | 5405 | YEE, BOON L<br>46 10 88TH ST<br>ELMHURST, NY 11373 | | Priority | $6,721.05 | Circuit City Stores, Inc. | $6,721.05 | $0.00 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT E TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
**Disallowed Non-Categorized Employee Priority Claims (Disallow in Entirety).** *See* **p. 5-6, para. 12, and pp. 26-28 of Omnibus Objection.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Disallowed Non-Categorized Employee Priority Claims (Disallow in Entirety).  See p. 5-6, para. 12, and pp. 26-28 of Omnibus Objection. | | | | |
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Classification as Filed | Claim Amount as filed | Debtor | Comments |
| 1/30/2009 | 8942 | Best, Herbert A<br>3605 Bain Bridge Blvd Apt 3<br>Chesapeake VA 23324 | | Priority | $4,410.00 | Circuit City Stores, Inc. | Claimant is claiming amounts due for severance.  Debtors' books and records do not reflect any amounts owing. |
| 1/15/2009 | 3714 | BLAKESLEE, BRADLEY<br>APARTMENT H<br>7931 TIMBERRIDGE DR<br>INDIANAPOLIS IN 46219 | Bradley Blakeslee<br>7931 Timberridge Dr Apt H<br>Indianapolis IN 46219 | Priority | BLANK | Circuit City Stores, Inc. | Claimant is claiming amounts due for contributions to an employee benefit plan. Debtors' books and records do not reflect any amounts owing. |
| 6/29/2009 | 14474 | Dominguez, Andy<br>2119 Bordeaux Ave<br>Stockton CA 95210 | | Priority | $215.00 | Circuit City Stores West Coast, Inc. | Claimant is claiming amounts due under an associate reward program.  Debtors' books and records do not reflect any amounts owing. |
| 1/30/2009 | 8735 | DRAXLER, STEVEN F<br>2322 POCONO CT<br>DE PERE WI 54115 | | Priority | $3,000.00 | Circuit City Stores, Inc. | Claimant is claiming amounts owed for a shrink bonus.  The claimant was terminated on 3/21/2009, which was prior to the projected payout date for the shrink bonus. |
| 2/2/2009 | 11036 | Hilton, Natalia<br>3525 Wheat Dr<br>Beaumont TX 77706-0000 | | Priority | $33,470.76 | Circuit City Stores, Inc. | Claimant is claiming amounts due for severance.  Debtors' books and records do not reflect any amounts owing. |
| 1/23/2009 | 6510 | NEAL, MARSHALL A<br>1221 CEDARWOOD DR E<br>CREST HILL IL 60403 | | General Unsecured<br>Priority | $10,000.00<br>$10,950.00 | Circuit City Stores, Inc. | Claimant is claiming damages for wrongful termination and lost wages.  No support is provided for this claim and the Debtors show no record of amounts owing to this former Associate. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT F TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**

**Reduced and Reclassified Non-Categorized Employee Priority Claims (Reduce and Allow Priority up to 507(a)(4) Statutory Cap, less other priority payments; Reclassify Remainder as GUC).  *See*  page 6,  para. 13, and p. 29 of Omnibus Objection.**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Reduced and Reclassified Non-Categorized Employee Priority Claims (Reduce and Allow Priority up to 507(a)(4) Statutory Cap, less other priority payments; Reclassify Remainder as GUC).   See page 6,  para. 13, and p. 29 of Omnibus Objection. | | | | | | | | | |
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Classification as Filed | Claim Amount as filed | Debtor | Allowed Priority Claim (Reduced) | Reclassified General Unsecured Claim (subj. to further objection) | Comments |
| 1/21/2009 | 4239 | CHESTER, WALTER 8200 BABBLER LANE RICHMOND, VA 23235 | | Priority | $5,000.00 | Circuit City Stores, Inc. | $3,682.57 | $1,317.43 | Debtor's books and records reflect that only $3,682.57 of this claim is due (the tranche of the bonus due on 2/1/09). |
| 1/30/2009 | 8270 | Lynch, Michael J 11908 Winterpock Rd Chesterfield, VA 23838 | | Priority | $20,000.00 | Circuit City Stores, Inc. | $6,483.00 | $13,517.00 | Claimant already received $4,467 of pre-petition wages in the post-petition period.  Thus, the claim is limited to the difference between $10,950 and $4,467. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT G TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
**Reclassified Non-Categorized Employee Priority Claims (Reclassify in their Entirety as GUC).** *See* **pp. 6-7, para. 14, and p. 29 of Omnibus Objection.**

| | | | | | | Reclassified General Unsecured Claim (subj. to further objection0 | | |
|---|---|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Claimant Name and Address** | **Additional Notice Address** | **Classification as Filed** | **Claim Amount as Filed** | | **Debtor** | **Comments** |
| 1/20/2009 | 4271 | Gonzalez, Chad L 1714 Gray St Geneva, IL 60134 | | Priority | $1,000.00 | $1,000.00 | Circuit City Stores, Inc. | 507(A)(4) priority does not extend to fringe benefits or perks; thus, these claims for tuition reimbursement should be reclassified to general unsecured. |
| 1/15/2009 | 4754 | LaCoursiere, Brian L 4347 Kings Church Rd Taylorsville, KY 40071-7907 | | Priority | $2,000.00 | $2,000.00 | Circuit City Stores, Inc. | This agreement was entered into on 6/21/2007; therefore, no portion of this claim is entitled to priority status. |
| 1/29/2009 | 7940 | OWENS, HELEN J 27935 N SANDSTORE WAY QUEEN CREEK, AZ 85242 | Owens Helen J 335 E Albertoni St No 200637 Carson, CA 90746 | Priority | $49,280.00 | $49,280.00 | Circuit City Stores, Inc. | Associate terminated on 10/20/2006; therefore, no portion of this claim is entitled to priority status. |
| 1/28/2009 | 6927 | SEIFERT, CORTNEY PAIGE ALEXIS 32540 YAHNKE RD BURLINGTON, WI 53105 | | Priority | $2,000.00 | $2,000.00 | Circuit City Stores, Inc. | 507(A)(4) priority does not extend to fringe benefits or perks; thus, these claims for tuition reimbursement should be reclassified to general unsecured. |

The table is headed: **Reclassified Non-Categorized Employee Priority Claims (Reclassify in their Entirety as GUC). See pp. 6-7, para. 14, and p. 29 of Omnibus Objection.**

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT H TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
**Disallowed PTO Claims (Disallow in Entirety).  See p. 7,  para. 16, and pp. 29-30 of Omnibus Objection.**

| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Classification as Filed | Claim Amount as filed | Debtor |
|---|---|---|---|---|---|---|
| | | | | | | |

| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Classification as Filed | Claim Amount as filed | Debtor |
|---|---|---|---|---|---|---|
| 1/29/2009 | 8266 | BRAZEAU, KAREN 6725 MIGNONETTE ST BAKERSFIELD, CA 93308 | | Priority | $5,577.13 | Circuit City Stores, Inc. |
| 1/29/2009 | 8287 | BUCCOLA, BRADLEY DAVID 73620 FAIRWAY DRIVE ABITA SPRINGS, LA 70420 | | Priority | $210.46 | Circuit City Stores, Inc. |
| 2/27/2009 | 11635 | DAVARI, DADMEHR DAVID 787 GROUSE WAY SAN JOSE, CA 95133 | | Priority | $3,908.40 | Circuit City Stores West Coast, Inc. |
| 1/23/2009 | 4690 | Gomez, Jennifer 14302 Castana Ave Paramount, CA 90723 | | Priority | $553.20 | Circuit City Stores, Inc. |
| 2/2/2009 | 11057 | Holbrook, Ty 5915 Crockett Lumberton, TX 77657-0000 | | Priority | $5,000.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 9313 | HOSIER, CORY JAMES 25 EASTMORELAND LN DECATUR, IL 62521 | | Priority | $743.06 | Circuit City Stores, Inc. |
| 1/14/2009 | 3679 | KEENA, CHRISTIAN WILLIAM 92 CORPORATE PARK SUITE NO 746 IRVINE, CA 92606-5106 | | Priority | $985.20 | Circuit City Stores West Coast, Inc. |
| 1/23/2009 | 5749 | Kingery, Tracy 3069 Tranbycroft Way Sandy Hook, VA 23153 | | Priority | $1,164.84 | Circuit City Stores, Inc. |
| 1/29/2009 | 7902 | LEONARD, SCOTT M 3022 S RITA WAY SANTA ANA, CA 92704 | | Priority | UNLIQUIDATED | Circuit City Stores West Coast, Inc. |
| 1/30/2009 | 9466 | McBride, Steve 24136 Calendula Mission Viejo, CA 92692 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. |

The table header row across the top reads: **Disallowed PTO Claims (Disallow in Entirety).  See p. 7,  para. 16, and pp. 29-30 of Omnibus Objection.**

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT H TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
**Disallowed PTO Claims (Disallow in Entirety).  See p. 7,  para. 16, and p. 29-30 of Omnibus Objection.**

| Disallowed PTO Claims (Disallow in Entirety).  See p. 7,  para. 16, and pp. 29-30 of Omnibus Objection. | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Classification as Filed | Claim Amount as filed | Debtor |
| 6/26/2009 | 13640 | Nguyen, Douglas<br>1000 Kiely Blvd No 115<br>Santa Clara, CA 95051 | | Priority | $3,200.00 | Circuit City Stores, Inc. |
| 1/26/2009 | 5371 | Rockwell, Shannon<br>2241 Cresthaven Ct<br>Richmond, VA 23238 | | Priority | $387.73 | Circuit City Stores, Inc. |
| 1/12/2009 | 3136 | THOMAS, BRADLEY P<br>1525 DAISY<br>ANTIOCH, CA 94509 | | Priority | $45.31 | Circuit City Stores West Coast, Inc. |
| 1/30/2009 | 8895 | Walker, Robert William<br>Robert Walker<br>26551 Cortina Dr<br>Mission Viejo, CA 92691 | | Priority | $609.68 | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc. et al.
Case No. 08-35653 (KRH)
**EXHIBIT I TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
**Reduced PTO Claims (Allow on Priority Basis in Reduced Amount; No Reclassification).** *See* **page 7, para. 17, and pp. 29-30 of Omnibus Objection.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **Reduced PTO Claims (Allow on Priority Basis in Reduced Amount; No Reclassification).   See page 7, para. 17, and pp. 29-30 of Omnibus Objection.** | | | | |
| **Date Filed** | **Claim Number** | **Claimant Name and Address** | **Additional Notice Address** | **Classification as Filed** | **Claim Amount as filed** | **Debtor** | **Allowed Priority Claim (Reduced)** |
| 1/2/2009 | 2085 | ARANDA, SANTOS<br>2510 W THOMAS 2<br>CHICAGO, IL 60622 | | Priority | $68.59 | Circuit City Stores, Inc. | $19.81 |
| 1/26/2009 | 5417 | Austin Eckman, Alina<br>595 San Leon<br>Irvine, CA 92606 | | Priority | $1,565.79 | Circuit City Stores, Inc. | $175.40 |
| 1/30/2009 | 8998 | Bigalke, Justin M<br>25011 W Fox Ave<br>Antioch, IL 60002 | | Priority | $580.95 | Circuit City Stores, Inc. | $198.73 |
| 1/8/2009 | 3052 | BIGGS, RICK<br>6643 Abrego Rd Apt E3<br>Goleta, CA 93117 | | Priority | $1,353.65 | Circuit City Stores, Inc. | $1,344.35 |
| 2/2/2009 | 11351 | Blanchette, Marsha L<br>118 SW Merrimack Pl<br>Lake City, FL 32024 | | Priority | $1,984.11 | Circuit City Stores, Inc. | $1,766.11 |
| 1/30/2009 | 9522 | Cabral, Susana<br>10552 Kibbee Ave<br>Whittier, CA 90603 | | Priority | $881.60 | Circuit City Stores, Inc. | $335.73 |
| 1/30/2009 | 9169 | CASE, MATTHEW W<br>10566 SHERMAN DR<br>EDEN PRAIRIE, MN 55347 | | Priority | $1,841.24 | Circuit City Stores, Inc. | $589.55 |
| 1/29/2009 | 7743 | Chavis, Seumas J<br>2187 E Gauthier Rd No 597<br>Lake Charles, LA 70607 | | Priority | $675.00 | Circuit City Stores, Inc. | $391.35 |
| 1/27/2009 | 6371 | Colbert, Jeff<br>612 Cypress Ln<br>Sparta, IL 62286 | | Priority | $2,168.71 | Circuit City Stores, Inc. | $2,107.06 |
| 1/28/2009 | 6786 | Cole, Cecelia E<br>801Duff Ave<br>Clarksburg, WV 26301 | | Priority | $476.46 | Circuit City Stores, Inc. | $389.46 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT I TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
**Reduced PTO Claims (Allow on Priority Basis in Reduced Amount; No Reclassification).**  *See* **page 7,  para. 17, and pp. 29-30 of Omnibus Objection.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Reduced PTO Claims (Allow on Priority Basis in Reduced Amount; No Reclassification).   See page 7,  para. 17, and pp. 29-30 of Omnibus Objection. | | | | | | | |
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Classification as Filed | Claim Amount as filed | Debtor | Allowed Priority Claim (Reduced) |
| 1/28/2009 | 6703 | Cook II, Robert Eugene<br>Rt 7 Box 435 C<br>Fairmont, WV 26554 | | Priority | $559.31 | Circuit City Stores, Inc. | $139.32 |
| 1/30/2009 | 9901 | Cramutola, Warren<br>702 Unison Ct<br>Cary, NC 27519 | | Priority | $380.00 | Circuit City Stores, Inc. | $344.23 |
| 1/29/2009 | 8430 | Decker, Joshua T<br>1651 Tara Belle Pkwy<br>Naperville, IL 60564 | | Priority | $828.50 | Circuit City Stores, Inc. | $162.13 |
| 1/30/2009 | 9323 | Flowers, Letitia<br>823 W 136th St<br>Compton, CA 91761 | | Priority | $955.68 | Circuit City Stores, Inc. | $731.62 |
| 1/28/2009 | 7036 | FRANK, NICOLE M<br>15306 FLORWOOD AVE<br>LAWNDALE, CA 90260 | | Priority | $696.26 | Circuit City Stores, Inc. | $651.84 |
| 1/26/2009 | 6188 | French, Joseph R<br>5625 Montebello Rd<br>Imperial, MD 63052 | | Priority | $1,164.00 | Circuit City Stores, Inc. | $716.44 |
| 1/28/2009 | 7198 | Garcia, Jose A<br>807 64th Avenue Dr E<br>Brudentown, FL 34203 | | Priority | $1,092.80 | Circuit City Stores, Inc. | $710.94 |
| 1/30/2009 | 8941 | GODINEZ, JAIRO<br>10929 LITTCHEN ST<br>NORWALK, CA 90650-2567 | | Priority | $2,017.76 | Circuit City Stores West Coast, Inc. | $1,828.23 |
| 1/30/2009 | 9408 | Gottlieb, Kelly<br>5738 N Vicercy Ave<br>Azusa, CA 91702 | | Priority | $222.08 | Circuit City Stores, Inc. | $76.28 |
| 1/29/2009 | 7699 | Gray, Brian<br>7950 Clearview Dr Lot 5<br>Lake Charles, LA 70605 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. | $2,259.50 |
| 1/30/2009 | 9172 | HIXENBAUGH, JEFFREY C<br>5710 GLEN WOOD PK AVE<br>ERIE, PA 16509 | | Priority | $1,750.54 | Circuit City Stores, Inc. | $1,462.78 |
| 1/29/2009 | 7460 | Hutton, Matthew Keith<br>11 Via Jacinto<br>Rancho Santa Margarita, CA 92688 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. | $833.75 |
| 1/29/2009 | 8624 | Janoski, Jacob<br>811 Tappingo Dr Apt No 205<br>Naperville, IL 60540 | | Priority | $147.03 | Circuit City Stores, Inc. | $79.61 |
| 1/30/2009 | 9676 | JANUS, ROY<br>363 PLAZA LOS OSOS<br>CHULA VISTA, CA 91914 | | Priority | $2,384.90 | Circuit City Stores, Inc. | $420.35 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT I TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
**Reduced PTO Claims (Allow on Priority Basis in Reduced Amount; No Reclassification).**  *See*  **page 7,  para. 17, and pp. 29-30 of Omnibus Objection.**

| Reduced PTO Claims (Allow on Priority Basis in Reduced Amount; No Reclassification).   See page 7,  para. 17, and pp. 29-30 of Omnibus Objection. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Classification as Filed | Claim Amount as filed | Debtor | Allowed Priority Claim (Reduced) |
| 1/27/2009 | 6653 | Johnson, Eric A<br>536 Geddes Ave<br>Winthrop Harbor, IL 60096 | | Priority | $1,361.85 | Circuit City Stores, Inc. | $1,316.36 |
| 1/29/2009 | 8574 | JONES, LAVELL A<br>2745 MLK JR WAY<br>BERKELEY, CA 94703 | | Priority | $1,655.10 | Circuit City Stores West Coast, Inc. | $1,613.98 |
| 1/29/2009 | 8225 | Kaminski, Brett R<br>512 State St<br>Lemont, IL 60439 | | Priority | $469.98 | Circuit City Stores, Inc. | $202.73 |
| 1/8/2009 | 2952 | KLEIN, ALAN M<br>425 BENJAMIN DR<br>UNIT 401<br>VERNON HILLS, IL 60061 | | Priority | $150.00 | Circuit City Stores, Inc. | $129.68 |
| 1/6/2009 | 2947 | LATIMER, JASON H<br>2108 INGERSOLL COURT<br>PLAINFIELD, IL 60586 | | Priority | $1,380.13 | Circuit City Stores, Inc. | $1,239.00 |
| 1/28/2009 | 7204 | LEGER, SCOTT CRAIG<br>336 STONEY CREEK AVE<br>BATON ROUGE, LA 70808 | | Priority | $809.04 | Circuit City Stores, Inc. | $81.84 |
| 1/30/2009 | 9132 | LITCHFIELD, KRISTEN<br>16228 PLACID DR<br>WHITTIER, CA 90604 | | Priority | $66.85 | Circuit City Stores, Inc. | $47.25 |
| 1/29/2009 | 7839 | Love, Steven<br>345 Whitewater Dr Apt 203<br>Bolingbrook, IL 60440 | | Priority | $1,718.12 | Circuit City Stores, Inc. | $1,621.65 |
| 1/29/2009 | 8162 | Mark, Ramos<br>21786 Lanar<br>Mission Viejo, CA 92692 | | Priority | $731.55 | Circuit City Stores West Coast, Inc. | $291.49 |
| 1/29/2009 | 7727 | Matthews, Michael Lee<br>148 Mayfield Dr<br>Bolingbrook, IL 60440 | | Priority | $112.95 | Circuit City Stores, Inc. | $42.12 |
| 1/30/2009 | 8715 | McVay, Clinton<br>4425 Hilltop Dr<br>San Diego, CA 92102 | | Priority | $174.64 | Circuit City Stores, Inc. | $42.33 |
| 1/12/2009 | 3399 | MOSES, KATHLEEN SHANNON<br>1415 PARK GLEN CT<br>CONCORD, CA 94521 | | Priority | $100.43 | Circuit City Stores West Coast, Inc. | $80.56 |
| 12/30/2008 | 2024 | MOUSA, MOHAMAD BASHOEURT<br>28436 BOULDER DR<br>PORTOLA HILLS, CA 92679 | | Priority | $1,900.00 | Circuit City Stores, Inc. | $1,645.47 |
| 1/30/2009 | 10188 | Mueller, Mathias<br>5277 Silkwood Dr<br>Oceanside, CA 92056 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. | $674.15 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT I TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
**Reduced PTO Claims (Allow on Priority Basis in Reduced Amount; No Reclassification).** *See* **page 7, para. 17, and pp. 29-30 of Omnibus Objection.**

| | | Reduced PTO Claims (Allow on Priority Basis in Reduced Amount; No Reclassification).   See page 7,  para. 17, and pp. 29-30 of Omnibus Objection. | | | | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Classification as Filed | Claim Amount as filed | Debtor | Allowed Priority Claim (Reduced) |
| 1/30/2009 | 9750 | Murrieta A, Alejandro<br>1241 N East St Sp 82<br>Anaheim, CA 92805 | | Priority | $644.79 | Circuit City Stores West Coast, Inc. | $581.22 |
| 1/29/2009 | 7533 | Needy, Isaac J<br>7413 202 Stonecliff Dr<br>Raleigh, NC 27615 | | Priority | $307.20 | Circuit City Stores, Inc. | $264.00 |
| 1/30/2009 | 9387 | Nehrir, Nicholas A<br>8103 E Woodwind Ave<br>Orange, CA 92869 | | Priority | $606.96 | Circuit City Stores, Inc. | $416.16 |
| 12/30/2008 | 2069 | NGUYEN, DUY D<br>1611 TRIESTE CT<br>SAN JOSE, CA 95122 | | Priority | $1,957.96 | Circuit City Stores West Coast, Inc. | $1,458.93 |
| 1/29/2009 | 9862 | Nigro, Joseph Frank<br>1000 Loren Ave<br>Marion, IL 62959 | | Priority | $1,460.85 | Circuit City Stores, Inc. | $1,440.25 |
| 1/29/2009 | 8399 | RAMELO, RONALD<br>220 FOLLAND DR<br>AMERICAN CANYON, CA 94503 | | Priority | $3,274.71 | Circuit City Stores, Inc. | $312.93 |
| 1/29/2009 | 7830 | RAQUINAN, EDWARD JAMES<br>560 AMERICANO WAY<br>FAIRFIELD, CA 94533 | | Priority | $2,135.13 | Circuit City Stores, Inc. | $1,578.90 |
| 1/30/2009 | 9714 | RICHARDSON, DAMON CLARENCE<br>11926 CYCLOPS ST<br>NORWALK, CA 90650 | | Priority | $1,759.09 | Circuit City Stores, Inc. | $515.13 |
| 1/30/2009 | 9117 | RIDGE, STEVEN JAMES<br>657 ROBERTS CT<br>MERCED, CA 95340 | | Priority | $210.04 | Circuit City Stores, Inc. | $172.19 |
| 1/30/2009 | 9406 | ROBERTS, RANDY<br>1321 DITWOOD PL<br>LA HABRA, CA 90631 | | Priority | $666.25 | Circuit City Stores, Inc. | $266.30 |
| 1/30/2009 | 9689 | ROBINSON, JEREMY D<br>2470 CRYSTAL SPRINGS AVE<br>MERCED, CA 95348 | | Priority | $6,953.04 | Circuit City Stores West Coast, Inc. | $193.64 |
| 1/28/2009 | 10103 | Santos, Jonathan<br>18601 Hatteras St No 205<br>Trazana, CA 91356 | | Priority | $794.24 | Circuit City Stores, Inc. | $450.18 |
| 1/30/2009 | 10177 | Seely, Hannah<br>1020 Crystal Spgs Pl<br>Escondido, CA 92026 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. | $437.33 |
| 1/29/2009 | 8277 | SHANE, RILEY L<br>3717 IROQUOIS AVE<br>LONG BEACH, CA 90808 | | Priority | $1,591.79 | Circuit City Stores West Coast, Inc. | $809.87 |

In re Circuit City Stores, Inc. et al.
Case No. 08-35653 (KRH)
**EXHIBIT I TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
**Reduced PTO Claims (Allow on Priority Basis in Reduced Amount; No Reclassification).** *See* **page 7, para. 17, and pp. 29-30 of Omnibus Objection.**

| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Classification as Filed | Claim Amount as filed | Debtor | Allowed Priority Claim (Reduced) |
|---|---|---|---|---|---|---|---|
| Reduced PTO Claims (Allow on Priority Basis in Reduced Amount; No Reclassification).   See page 7,  para. 17, and pp. 29-30 of Omnibus Objection. |
| 1/27/2009 | 6139 | SLONE, RONNIE L 4791 DARNELL RD HUNTINGTON, WV 25705 | | Priority | $508.64 | Circuit City Stores, Inc. | $142.43 |
| 6/26/2009 | 13651 | Smith, Arlana 629 Windomere Ave Richmond, VA 23227 | | Admin Priority | $1,668.29 | | $1,537.69 |
| 1/27/2009 | 6354 | SMITH, JON MICHAEL WAYNE 2020 W ALAMEDA AVE 18C ANAHEIM, CA 92801 | | Priority | $1,147.85 | Circuit City Stores, Inc. | $74.24 |
| 1/29/2009 | 8297 | Smith, Joshua Ryan 18 Valley Dr Decatur, IL 62526 | | Priority | $1,544.75 | Circuit City Stores, Inc. | $164.57 |
| 1/30/2009 | 8841 | Sullins, Michael Alan 24950 Via Florecer No 131 Mission Viejo, CA 92692 | | Priority | $1,066.35 | Circuit City Stores, Inc. | $877.40 |
| 1/30/2009 | 9489 | Tadlock, Stacey 1726 W 146th St No 17 Gardena, CA 90247 | | Priority | $504.03 | Circuit City Stores West Coast, Inc. | $496.13 |
| 1/29/2009 | 8625 | Thomas, Cassandra 7368 Tennessee Dr Apt 203 Willowbrook, IL 60527 | | Priority | $1,449.42 | Circuit City Stores, Inc. | $106.27 |
| 1/28/2009 | 6665 | Thyssen, Michael Shane 20041 Osterman Rd Apt H13 Lake Forest, CA 92630 | | Priority | $777.20 | Circuit City Stores, Inc. | $186.33 |
| 1/26/2009 | 5418 | TORRES, MICHAEL RAY 298 EAST JUNIPER AVE ATWATER, CA 95301 | | Priority | $6,551.60 | Circuit City Stores West Coast, Inc. | $758.00 |
| 1/30/2009 | 8843 | Trentacost, Anthony N 28243 Leticia Mission Viejo, CA 92692 | | Priority | $551.88 | Circuit City Stores, Inc. | $323.19 |
| 1/29/2009 | 7551 | UBEROI, HARMINDER S 5400 ORANGETHORPE AVE 52 LA PALMA, CA 90623 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. | $886.02 |
| 1/29/2009 | 7910 | Vithoulkas, Dimitris 10932 Cord Ave Downey, CA 90241 | | Priority | UNLIQUIDATED | Circuit City Stores West Coast, Inc. | $579.65 |
| 1/16/2009 | 5672 | WHEATON, ALEXANDER LEE 1575 MIMOSA ST HOLLISTER, CA 95023 | | Priority | $2,057.13 | Circuit City Stores, Inc. | $1,697.89 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT J TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
**Disallowed Wages Claims (Disallow in Entirety).  See p. 8,  para. 19, and p. 30 of Omnibus Objection.**

| Disallowed Wages Claims | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Classification as Filed | Claim Amount as filed | Debtor |
| 1/30/2009 | 8285 | ALMANZAR, JORGE LUIS<br>27480 CAMP PLENTY RD<br>CANYON COUNTRY, CA 91351 | | Priority | $91.38 | Circuit City Stores West Coast, Inc. |
| 1/6/2009 | 2761 | BARNES, TERRY J<br>458 BERRY AVE NO 2<br>HAYWARD, CA 94544 | | Priority | $950.00 | Circuit City Stores, Inc. |
| 6/29/2009 | 14472 | Dominguez, Andy<br>2119 Bordeaux Ave<br>Stockton, CA 95210 | | Priority | $1,100.00 | Circuit City Stores West Coast, Inc. |
| 1/26/2009 | 6187 | NEWTON, JONATHAN<br>91 ELDERWOOD LN<br>SHARPSBURG, GA 30277 | | Priority | $30.00 | Circuit City Stores, Inc. |
| 12/30/2008 | 2036 | PADEK, RANDALL SCOTT<br>3701 A S HAVARD NO 216<br>TULSA, OK 74135-2265 | Randall Padek<br>3701 S Harvard Ave No 216<br>Tulsa, OK 74135 | General Unsecured<br>Priority | $7,600.00<br>$7,600.00 | Circuit City Stores, Inc. |
| 1/30/2009 | 9909 | RICHARDS, PAT JAMES<br>1039 WHEATFIELD WY<br>CAMILLUS, NY 13031 | | General Unsecured<br>Secured | UNLIQUIDATED<br>UNLIQUIDATED | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT K TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
**Reclassified Wage Claims (Reclassify in their Entirety as GUC).** *See* **p. 8, para. 20, and pp. 30-31 of Omnibus Objection.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Reclassified Wage Claims (Reclassify in their Entirety as GUC). See p. 8, para. 20, and pp. 30-31 of Omnibus Objection. | | | | | | | |
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Classification as Filed | Claim Amount as Filed | Reclassified General Unsecured Claim (subj. to further objection) | Debtor |
| 1/15/2009 | 3793 | CURRAN, JOHN<br>114 OAKMONT<br>SPRINGFIELD, IL 62704-0000 | | Priority | $83.99 | $83.99 | Circuit City Stores, Inc. |
| 1/29/2009 | 7696 | JOHNSON, MICHAEL JAMES<br>500 TOFTREES AVE<br>125<br>STATE COLLEGE, PA 16803 | | Priority | $124.13 | $124.13 | Circuit City Stores, Inc. |
| 12/8/2008 | 1553 | Nakanishi, Cindy Kimi<br>PO Box 36182<br>San Jose, CA 95158 | | Priority | UNLIQUIDATED | UNLIQUIDATED | Circuit City Stores, Inc. |
| 1/6/2009 | 2789 | NANCE, DANIEL RYAN<br>15 E KIRBY ST APT 1128<br>DETROIT, MI 48202-4054 | | Priority | $100.00 | $100.00 | Circuit City Stores, Inc. |
| 1/5/2009 | 2550 | SHUMAN, NICHOLAS<br>46 MAGNOLIA RD<br>SHARON, MA 02067-0000 | | Priority | $116.31 | $116.31 | Circuit City Stores, Inc. |
| 1/2/2009 | 2099 | TAPIA, ADRIAN<br>405 RANCHO ARROYO PKWY APT NO<br>46<br>FREMONT, CA 94536 | | General Unsecured<br>Priority | $357.98<br>$357.98 | $715.96 | Circuit City Stores West Coast, Inc. |
| 6/26/2009 | 13649 | VENTANILLA, MANUEL GUTLAY<br>195 E JAVELIN ST<br>CARSON, CA 90745 | Manuel Gutlay Ventanilla<br>2823 E 220th Pl<br>Long Beach, CA 90810 | Priority | $550.00 | $550.00 | Circuit City Stores West Coast, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT L TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
**Equity Interests (Disallow in Entirety).  See p. 8,  para. 21, and p. 31 of Omnibus Objection.**

| | | | Equity Interests (Disallow in Entirety).  See p. 8,  para. 21, and p. 31 of Omnibus Objection. | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Classification as Filed | Claim Amount as filed | Debtor |
| 1/26/2009 | 5467 | BERGER, CYNDA ANN 1002 MITCHELL LN EVANS, GA 30809 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. |
| 1/28/2009 | 6768 | Calabree, Leonard 176 William Feather Dr Voorhees, NJ 08043 | | Priority | $10,950.00 | Circuit City Stores, Inc. |
| 7/15/2009 | 14581 | Gurr, Linda C & William W Linda & William Gurr 8901 Henson Rd Richmond, VA 23236 | | General Unsecured | UNLIQUIDATED | Circuit City Stores, Inc. |
| 4/13/2010 | 15011 | Middlebrooks, Sylvia H 3390 Spreading Oak Dr SW Atlanta, GA 30311 | | Secured | $250.00 | Circuit City Stores, Inc. |
| 3/15/2010 | 14853 | Nguyen, Linda 8414 Concho St Houston, TX 77036 | | Secured | $59,200.00 | Circuit City Stores, Inc. |
| 1/2/2009 | 2164 | Phillips, Mark 15 Kingspark Rd Little Rock, AR 72227 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. |
| 1/7/2011 | 15198 | Sun, Chi L 727 Rain Dance Way Cordova, TN 38018 | | General Unsecured | $2,406.79 | Circuit City Stores, Inc. |
| 12/13/2010 | 15179 | Woo, Davis 1002 No Ave 57 Los Angeles, CA 90042 | | Priority | $720.00 | Circuit City Stores, Inc. |
| 1/29/2010 | 14808 | Zhu, Frank 31 Wyoming Irvine, CA 92606 | | Priority | $2,894.00 | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc. et al.
Case No. 08-35653 (KRH)
**EXHIBIT M TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 19**
Retirement Claims (Disallow in Entirety).  See p. 9,  paras. 22-25, and pp. 31-36 of Omnibus Objection.

| Retirement Claims (Disallow in Entirety).  See p. 9,  paras. 22-25, and pp. 31-36 of Omnibus Objection. | | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Classification as Filed | Claim Amount as filed | Debtor |
| 1/30/2009 | 9649 | GRANT, LOREN PO BOX 218 SNOWFLAKE, AZ 85937 | | Priority | $22,995.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 6913 | GRIFFIN, RODNEY 101 KOLEBERG TRAIL HENDERSONVILLE, TN 37075 | | Priority | $3,140.06 | Circuit City Stores, Inc. |
| 2/2/2009 | 11035 | Hilton, Natalia 3525 Wheat Dr Beaumont, TX 77706-0000 | | Priority | $10,000.00 | Circuit City Stores, Inc. |
| 5/19/2010 | 15034 | ROCKWELL, KENT 2443 SANDY BROOK LANE MIDLOTHIAN, VA 23112 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. |
| 10/26/2009 | 14702 | TABAKOVIC, ELVIR 700 SUNBROOK GRAND RAPIDS, MI 49508 | | Priority | $4,000.00 | Circuit City Stores, Inc. |
| 12/6/2010 | 15162 | Watson, Jason 3151 United Kingdom Cir No 2742 Winter Park, FL 32792 | Jason Watson 4117 Waldemar St Abilene, TX 79605 | Admin Priority | $5,659.00 | Circuit City Stores, Inc. |
| 12/6/2010 | 15161 | Watson, Jason 4117 Waldemar St Abilene, TX 79605 | | Priority Secured | $4,290.44 $1,368.56 | Circuit City Stores, Inc. |