Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Case No. 08-35653-KRH |
| | ) |
| CIRCUIT CITY STORES, INC.[1], et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**ORDER SUSTAINING LIQUIDATING TRUST'S TENTH OMNIBUS OBJECTION TO**
**DISALLOW CERTAIN CLAIMS (SHORT-TERM INCENTIVE PROGRAM)**

THIS MATTER having come before the Court on the *Liquidating Trust's Tenth Omnibus Objection to Disallow Certain Claims (Short-Term Incentive Program)* (the "Objection"),[2] which requested, among other things, that the claims identified in the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the STIP Claimants being affected by this Order; and it

---

[1] The Debtors in these cases include: Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Properties, LLC, Kinzer Technology, LLC, Abbott Advertising Agency, Inc., Patapsco Designs, Inc., Sky Venture Corp, Prahs, Inc., XSStuff, LLC, Mayland MN, LLC, Courchevel, LLC, Orbyx Electronics, LLC, and Circuit City Stores PR, LLC.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

12304-003\DOCS_SF:76017.3

appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED, as set forth herein.

2. The Conditioned STIP Claims identified on **Exhibit A** as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3. The Insufficient STIP Claims identified on **Exhibit B** as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

4. The Liquidating Trust's rights to object to any claim including (without limitation) the STIP Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

5. The Liquidating Trust shall serve a copy of this Order on the STIP Claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2011

                                      _____
                                      HONORABLE KEVIN R. HUENNEKENS
                                      UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

                - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

                - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                      */s/ Lynn L. Tavenner*
                                      Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 10**
**Conditioned STIP Claims (Disallow in Entirety -- Not Employed on Pay-Out Date)** *See* p. 3,  para. 3(a), p. 11, para. 30 of  Objection.

| | | STIP Claims (Disallow in Entirety -- Not Employed on Pay-Out Date)  See p. 3,  para. 3(a), p. 11, para. 30 of Omnibus Objection. | | | | |
|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Claimant Name and Address** | **Additional Notice Address** | **Classification as Filed** | **Claim Amount as filed (Claim  Disallowed)** | **Debtor** |
| 1/28/2009 | 6926 | ASH, SCOTT D<br>10284 BRICKERTON DR<br>MECHANICSVILLE, VA 23116 | | General Unsecured<br>Priority | $11,246.00<br>UNLIQUIDATED | Circuit City Stores, Inc. |
| 1/29/2009 | 7870 | DRISCOLL, VERONICA L<br>12730 MILL SHED DRIVE<br>MIDLOTHIAN, VA 23112-7020 | | General Unsecured<br>Priority | $1,920.00<br>$10,950.00 | Circuit City Stores, Inc. |
| 1/28/2009 | 7430 | Olive, Joel<br>12 Big Meadows Ct<br>Richmond, VA 23236 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. |
| 1/22/2009 | 4771 | REICH, EDWARD J<br>1500 BIRCH AVE<br>HANOVER PARK, IL 60133 | | Priority | $5,383.50 | Circuit City Stores, Inc. |
| 1/30/2009 | 8763 | ROSS, ANGELA P<br>4413 WYTHE AVE<br>RICHMOND, VA 23221 | | General Unsecured<br>Priority | $12,300.00<br>$10,950.00 | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT B TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 10**

**Insufficient STIP Claims (Disallow in Entirety -- No Proof)** *See* **p. 3, para. 3(b), pp. 11-12 of Objection.**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | STIP Claims (Disallow in Entirety -- No Proof)  See p. 3, para. 3(b), pp. 11-12 of Omnibus Objection. | | | |
| **Date Filed** | **Claim Number** | **Claimant Name and Address** | **Additional Notice Address** | **Classification as Filed** | **Claim Amount as filed (Claim Disallowed)** | **Debtor** |
| 3/31/2010 | 14922 | Chi T Thornton<br>9104 Brookwood Glen Dr<br>Glen Allen, VA 23060 | | Admin Priority | $2,047.25 | Circuit City Stores, Inc. |
| 1/30/2009 | 9298 | Kara Su<br>307 S Rudolph St<br>Richmond, VA 23220 | | Priority | $4,500.00 | Circuit City Stores, Inc. |