Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

       - and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER SUSTAINING LIQUIDATING TRUST'S TWENTIETH OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS,
DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE
OF CERTAIN LATE-FILED CLAIMS, DISALLOWANCE OF CERTAIN
<u>DUPLICATE CLAIMS AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)</u>**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Twentieth

Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims,

Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,

Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and

Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other

things, that the claims specifically identified on Exhibit C through Exhibit H attached to the

Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing

that due and proper notice and service of the Objection as set forth therein was good and

sufficient and that no other further notice or service of the Objection need be given; and it further

appearing that no response was timely filed or properly served by the Claimants being affected

by this Order; and it appearing that the relief requested on the Objection is in the best interest of

the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after

due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth

herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED.

2.      The Claims identified on Exhibit A as attached hereto and incorporated

herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in

Exhibit A.

3.      The Claims identified on Exhibit B as attached hereto and incorporated

herein are forever reclassified in these bankruptcy cases in the manner stated in Exhibit B.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

4.      The Claims identified on Exhibit C through Exhibit F as attached hereto
and incorporated herein are forever disallowed in their entirety for all purposes in these
bankruptcy cases.

5.      The Liquidating Trust hereby withdraws, without prejudice, the Objection
solely with respect to the Claims identified on Exhibit G.

6.      The Court will conduct a status conference on June 9, 2011 at 2:00 p.m.
for all Claims identified on Exhibit H attached hereto.

7.      The Liquidating Trust's rights to object to any claim including (without
limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are
not waived and are expressly reserved.

8.      The Liquidating Trust shall serve a copy of this Order on the claimants
included on the exhibits to this Order on or before five (5) business days from the entry of this
Order.

9.      This Court shall retain jurisdiction to hear and determine all matters
arising from or relating to this Order.


Dated: Richmond, Virginia
             _____, 2011


             _____
             HONORABLE KEVIN R. HUENNEKENS
             UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                         - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                         - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*



**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing
proposed order has been endorsed by or served upon all necessary parties.


               _____/s/ Paula S. Beran_____
               Paula S. Beran

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT A**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Modified Claim | Debtor |
| 06/26/09 | 13634 | CC Investors 1996 12<br>Randy J Croswell Esq<br>Perkins Thompson PA<br>One Canal Plz<br>PO Box 426<br>Portland, ME 04112-0426 | CC Investors 1996 12<br>Rick Donald<br>CB Richard Ellis Boulos Property Management<br>One Canal Plz 5th Fl<br>Portland, ME  04112 | $209,492.70<br>(administrative) | Circuit City Stores, Inc. | $6375.09<br>(administrative) | Circuit City Stores, Inc. |
| 03/30/09 | 11985 | CC Investors 1996 12<br>Rick Donald<br>CB Richard Ellis Boulos Property Management<br>One Canal Plz Ste 500<br>Portland, ME 04112 | | $903,918.44<br>(general unsecured) | Circuit City Stores, Inc. | $688,609.09<br>(general unsecured) | Circuit City Stores, Inc. |
| 01/30/09 | 9416 | CC Madison PJP LLC CC Madison EJR LLC CC Madison TFR LLC & CC Madison JLR LLC<br>Attn Eric J Rietz Esq<br>Vedder Price PC<br>222 N LaSalle St Ste 2600<br>Chicago, IL 60601 | | $750,257.00<br>(general unsecured)<br><br>$29,265.29<br>(administrative) | Circuit City Stores, Inc. | $748,715.58<br>(general unsecured)<br><br>$29,265.29<br>(administrative) | Circuit City Stores, Inc. |
| 01/30/09 | 9417 | CC Roseville LLC<br>Attn Eric J Rietz Jr<br>Vedder Price PC<br>222 N LaSalle St Ste 2600<br>Chicago, IL 60601 | | $615,345.06<br>(general unsecured)<br><br>$15,573.23<br>(administrative) | Circuit City Stores, Inc. | $554,160.72<br>(general unsecured) | Circuit City Stores, Inc. |
| 01/27/09 | 5955 | Chalek Company LLC<br>Kenneth R Blumer Esq<br>TroyGould PC<br>1801 Century Pk E Ste 1600<br>Los Angeles, CA  90067 | | $289,747.532<br>(general unsecured) | Circuit City Stores Inc. | $275,135.60<br>(general unsecured) | Circuit City Stores Inc. |
| 04/21/09 | 12318 | Circuit PA Corp<br>Sigmond Sommer Properties<br>Attn ronald Dictrow<br>280 Park Ave 4th Fl West Bldg<br>New York, NY  10017 | Proskauer Rose LLP<br>Attn. David C. Cooper, Esq.<br>1585 Broadway<br>New York, New York 10036-8299 | $190,458.49<br>(administrative)<br><br>$612,522.66<br>(general unsecured) | Circuit City Stores, Inc. | $612,522.66<br>(general unsecured) | Circuit City Stores Inc. |
| 03/26/09 | 11967 | Forest City Commercial Management Inc<br>Agent for Laburnum Investment LLC<br>50 Public Sq Ste 1360<br>Cleveland, OH 44113 | | $665,436.41<br>(general unsecured) | Circuit City Stores, Inc. | $629,627.85<br>(general unsecured) | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT A**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Modified Claim | Debtor |
| 04/28/09 | 12456 | GA Lakewood LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103 | Dennis Ballard, Esq.<br>Darin Bennigsdorf<br>GA Lakewood, LLC<br>clo Principal Life Insurance<br>Company<br>801 Grand Avenue<br>Des Moines, IA 50392-0301 | $831,516.45<br>(general unsecured) | Circuit City Stores Inc. | $730,811.33<br>(general unsecured) | Circuit City Stores Inc. |
| 06/12/09 | 13336 | GA Lakewood LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103 | Dennis Ballard, Esq.<br>Darin Bennigsdorf<br>GA Lakewood, LLC<br>clo Principal Life Insurance<br>Company<br>801 Grand Avenue<br>Des Moines, IA 50392-0301 | $129,004.25<br>(general unsecured) | Circuit City Stores Inc. | $46,556.25<br>(general unsecured) | Circuit City Stores Inc. |
| 01/30/09 | 8564 | Manufacturers & Traders Trust Company as Trustee<br>c/o Nicholas M Miller Esq<br>Neal Gerber & Eisenberg LLP<br>Two N LaSalle St Ste 1700<br>Chicago, IL 60602 | | Unliquidated<br>(general unsecured) | Circuit City Stores Inc. | $327,947.88<br>(general unsecured) | Circuit City Stores Inc. |
| 01/30/09 | 9280 | MDS Realty II LLC<br>c o Zachary J Eskau<br>Dawda Mann Mulcahy & Sadler PLC<br>39533 Woodward Ave Ste 200<br>Bloomfield Hills, MI 48304-5103 | MDS REALTY II LLC<br>122 S MICHIGAN AVE STE 1000<br>CO KLAFF REALTY LP<br>CHICAGO, IL 60603 | $3,536,433.82<br>(general unsecured) | Circuit City Stores, Inc. | $960,270.98<br>(general unsecured) | Circuit City Stores, Inc. |
| 02/10/09 | 13111 | MDS REALTY II LLC<br>PARKER POLLARD & BROWN PC<br>STEPHEN E SCARCE<br>MEREDITH L YODER<br>6802 PARAGON PL STE 300<br>RICHMOND, VA 23230 | MDS REALTY II LLC<br>122 S MICHIGAN AVE STE 1000<br>CO KLAFF REALTY LP<br>CHICAGO, IL 60603 | $98,289.58<br>(administrative) | Circuit City Stores, Inc. | $63,609.52<br>(administrative) | Circuit City Stores, Inc. |
| 01/30/09 | 8778 | R Garza OD PA Raymund Garza<br>777 N Texas Blvd<br>Alice, TX 78332 | | $1,828.12<br>(general unsecured) | Circuit City Stores Inc. | $810.80<br>(general unsecured) | Circuit City Stores Inc. |
| 01/13/09 | 3687 | Ray Fogg Corporate Properties LLC<br>Weltman Weinberg & Reis<br>323 W Lakeside Ave 2nd Fl<br>Cleveland, OH 44113 | | $1,565,646.40<br>(general unsecured) | Circuit City Stores Inc. | $10,447.91<br>(general unsecured) | Circuit City Stores Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT A**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Modified Claim | Debtor |
|---|---|---|---|---|---|---|---|
| | | **BOOKS AND RECORDS CLAIMS TO BE REDUCED** | | | | **MODIFIED CLAIMS** | |
| 01/20/10 | 14803 | Ray Fogg Corporate Properties LLC<br>Weltman Weinberg & Reis<br>323 W Lakeside Ave 2nd Fl<br>Cleveland, OH  44113 | | $421,589.77<br>(general unsecured) | Circuit City Stores Inc. | $410,431.14<br>(general unsecured) | Circuit City Stores Inc. |
| 01/29/09 | 8573 | STOR ALL NEW ORLEANS, L L C<br>259 LAKE VISTA DR<br>MANDEVILLE, LA 70471 | Stephen P Schott<br>Montgomery Barnett Brown Read<br>Hammond & Mintz LLP<br>1100 Poydras St Ste 3300<br>New Orleans, LA  70163-3200 | $640,295.46<br>(general unsecured) | Circuit City Stores, Inc. | $617,625.99<br>(general unsecured) | Circuit City Stores, Inc. |
| 01/30/09 | 9943 | Tam Stockton LLC a California Limited Liability Company<br>Attn David J Gustafson<br>Tam Stockton LLC<br>500 Washington St Ste 475<br>San Francisco, CA  94111-2949 | | $322,938.52<br>(general unsecured) | Circuit City Stores Inc. | $308,676.25<br>(general unsecured) | Circuit City Stores Inc. |
| 01/29/09 | 7836 | Watkins Houston Investments LP<br>Attn Lee A Collins<br>c/o Boyar & Miller<br>4265 San Felipe Ste 1200<br>Houston, TX  77024 | | $829,592.73<br>(general unsecured) | Circuit City Stores Inc. | $447,112.12<br>(general unsecured) | Circuit City Stores Inc. |

In re Circuit City Stores, Inc, et al
Case No. 08-35653 (KRH)
**EXHIBIT B**

~~CLAIMS TO BE RECLASSIFIED~~

| | CLAIMS TO BE RECLASSIFIED | | | | RECLASSIFIED CLAIMS | |
|---|---|---|---|---|---|---|
| **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount and Classification** | **Debtor** | **Reclassified Face Claim Amount and Classification** | **Debtor** |
| | | | | | | |
| | | None. | | | | |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**
**INVALID CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 01/30/09 | 9119 | Bank of America NA as Trustee for the Registered Holders of Greenwich Capital Commercial Funding Corp Commercial Mortgage Trust 2007 GG9 Commercial Mortgage Pass Through Certificates Series 2007 GG9 as Collateral Assignee of NP SSP Baybrook LLC Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | NP SSP BAYBROOK LLC C O CENTRO PROPERTIES GROUP 420 LEXINGTON AVE 7TH FL NEW YORK, NY 10170 | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 01/05/09 | 2779 | HAJOCA CORPORATION d/b/a Haines, Jones & Cadbury 310 SW 24th Street Bentonville, AR 72712 | | $30, 223.57 (general unsecured) | Circuit City Purchasing Co., LLC |
| 01/30/09 | 9944 | HD Supply Facilities Maintenance Ltd c/o Ross Tanner Director 10641 Scripps Summit Ct San Diego, CA 92131 | | $346,903.34 (general unsecured) | Circuit City Stores Inc. |
| 01/30/09 | 9228 | Lee's Tailor Shop 5640 Greenview Dr Oklahoma City, OK 73735 | | $750.00 (priority) | Circuit City Stores Properties, LLC |
| 01/29/09 | 8594 | Marc Realty LLC as Agent for the Owners of Orchard Place Shopping Center Colleen E McManus Esq Much Shelist Denenberg Ament & Rubenstein PC 191 N Wacker Dr Ste 1800 Chicago, IL 60606 | | $732,255.96 (general unsecured) $55,626.72 (administrative) | Circuit City Stores, Inc. |

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 12/12/09 | 13094 | Principal Life Insurance Company f/k/a Principal Mutual Life Insurance Company<br><br>Lauren Lonergan Taylor, Esquire<br>Matthew E. Hoffman, Esquire<br>Duane Morris LLP<br>30 South 171h Street<br>Philadelphia, PA 19103-4196<br><br>Dennis Ballard, Esquire<br>Principal Life Insurance Company<br>801 Grand Avenue<br>Des Moines, IA 50392-0301 | | $118,772.50<br>(administrative) | Circuit City Stores Inc. |
| 01/30/09 | 9369 | Sky Bank / The Huntington National Bank<br>Lynn Putterbaugh<br>Corporate Real Estate Lease Admin<br>37 W Broad St HP1097<br>Columbus, OH  43215 | | $742,447.88<br>(general unsecured) | Circuit City Stores Inc. |
| 01/30/09 | 9554 | Watkins Houston Investment LP<br>c/o Midland Loan Services Inc A Delaware Corporation<br>c/o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX  75201 | | $362,908.33<br>(general unsecured) | Circuit City Stores Inc. |
| 01/30/09 | 8515 | Wells Fargo Bank NA as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp Commercial Mortgage Pass Through Certificates Series 2006 C4 as Collateral Assignee of CDB Falcon Sunland Plaza LP<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | CDB Falcon Sunland Plaza LP<br>1600 Dallas Pkwy Ste 226<br>Dallas, TX  75248 | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc. |
| 01/30/09 | 9121 | Wells Fargo Bank NA as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass Through Certificates Series 2006 C29 as Collateral Assignee of Cedar Development LTD<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | CEDAR DEVELOPMENT LTD<br>C O S & F 3 MANAGEMENT CO LLC<br>7777 GLADES RD STE 212<br>BOCA RATON, FL  33434 | Unliquidated<br>(general unsecured) | Circuit City Stores, Inc. |

| In re Circuit City Stores, Inc, et al. | | | | |
|---|---|---|---|---|
| Case No. 08-35653 (KRH) | | | | |
| **EXHIBIT D** | | | | |
| **LATE FILED CLAIMS TO BE EXPUNGED** | | | | |
| **LATE FILED CLAIMS** | | | | |
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| | | | | | |
| | | **None.** | | | |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KR

**EXHIBIT E**
**AMENDED CLAIMS TO BE EXPUNGED**

| | | | | CLAIMS TO BE EXPUNGED | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Numbers | Debtor | Face Amounts of Surviving Claim |
| 12/19/08 | 1025 | Circuit Investors Colorado Limited Partnership c/o Ten Pryor Street Building LLC (General Partner) Attn: Guy Millner 5500 Interstate North Parkway RiverEdge One, Suite 600 Atlanta, GA 30328 | Circuit Investors Colorado Limited Partnership Rieser & Associates LLC 7925 Graceland ST Dayton, OH 45459-3834 | Unliquidated, but not less than $59,687.50 (general unsecured) | Circuit City Stores Inc. | 13336 | Circuit City Stores Inc. | $129,004.25 (general unsecured) |
| 01/29/09 | 8224 | Principal Life Insurance Company fka Principal Mutual Life Insurance Company Attn Denyse Sabagh Esq c/o Duane Morris LLP 505 9th St NW Ste1000 Washington DC, 20004 | | $61,568.00 (general unsecured)) | Circuit City Stores Inc. | 13328 | Circuit City Stores Inc. | $142,868.00 |

12304-003\DOCS_LA:233635v2

| In re Circuit City Stores, Inc, et al. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case No. 08-35653 (KR | | | | | | | |
| **EXHIBIT F** | | | | | | | |
| **DUPLICATE CLAIMS TO BE EXPUNGED** | | | | | | | |

| | | **CLAIM TO BE EXPUNGED** | | | | **SURVIVING CLAIM** | |
|---|---|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** | **Surviving Claim Number** | **Debtor** | **Total Surviving Claim Face Amount** |
| | | | | | | | | |
| | | | | | | | | |
| | | | None. | | | | | |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT G**
**WITHDRAWN OBJECTIONS**

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| ACADIA REALTY LIMITED PARTNERSHIP & BRIGHTON COMMERICAL LLC & CATELLUS OPERATING LIMITED PARTNERSHIP & CEDAR DEVELOPMENT LTD ATTN JENNIFER M MCLEMORE & AUGUSTUS C EPPS JR & MICHAEL D MUELLER ESQ & JENNIFER M MCLEMORE ESQ & NOELLE M JAMES ESQ CO CHRISTIAN & BARTON 909 E MAIN SR STE 1200 RICHMOND, VA 23219 | 13098 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Basser Kaufman 312 LLC Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 12507 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Brighton Commercial LLC 325 Ridgeview Dr Palm Beach, FL 33480 | 9477 | EXHIBIT G AMENDED CLAIMS TO BE EXPUNGED |
| Brighton Commercial LLC Augustus C Epps Jr Esq Christian & Barton LLP 909 E Main St Ste 1200 Richmond, VA 23219 | 14345 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Cedar Development Ltd Michael D Mueller & Augustus C Epps Jr & Jennifer M McLemore Christian & Barton LLP 909 E Main St Ste 1200 Richmond, VA 23219 | 14140 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Cedar Development Ltd Michael D Mueller & Augustus C Epps Jr & Jennifer M McLemore Christian & Barton LLP 909 E Main St Ste 1200 Richmond, VA 23219 | 14811 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |
| Edwin Watts Golf Shops LLC Stephen E Scarce 6802 Paragon Pl Ste 300 Richmond, VA  23230-1655 | 7659 | EXHIBIT C REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Forest City Commercial Mgmt, Inc.<br>Agent for Laburnum Investment, LLC<br>50 Public Square, Suite 1360<br>Cleveland, OH 44113 | 12035 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| La Habra Imperial LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3095 | 12448 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |
| La Habra Imperial LLC<br>Ronald K Brown Jr<br>Law Offices of Ronald K Brown Jr APC<br>901 Dove St Ste 120<br>Newport Beach, CA 92660 | 6575 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Principal Life Insurance Company fka Principal Mutual Life Insurance Company<br>Attn Denyse Sabagh Esq<br>c/o Duane Morris LLP<br>505 9th St NW Ste1000<br>Washington DC, 20004 | 13094 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| S&F3 Management Company LLC<br>Cedar Development Ltd<br>7777 Glades Rd Ste 212<br>Boca Raton, FL 33434 | 14539 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Watercress Associates LP LLLP dba Pearlridge Center<br>Attn Lawrence A Diamant Esq<br>Levene Neale Bender Rankin & Brill LLP<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067 | 11791 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |
| Watercress Associates LP LLLP dba Pearlridge Center<br>Attn Lawrence A Diamant Esq<br>Levene Neale Bender Rankin & Brill LLP<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067 | 11820 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY<br>INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Wells Fargo Bank as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp Commercial Mortgage Pass Through Certificates Series 2005 C1 as Collateral Assignee of Sunrise Plantation Properties LLC Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | 8583 | EXHIBIT E INVALID CLAIMS TO BE EXPUNGED |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT H**
**OBJECTIONS ADJOURNED TO JUNE 9, 2011**

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| 412 SOUTH BROADWAY REALTY LLC<br>c/o The MEG Companies<br>25 Orchard View Drive<br>Londonderry, NH 03053<br><br>Robert Somma, Esquire<br>Laura A. Otenti, Esquire<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br><br>Augustus C. Epps, Jr., Esquire<br>Michael D. Mueller, Esquire<br>Jennifer M. McLemore, Esquire<br>Christian & Barton, L.L.P.<br>909 East Main Street, Suite 1200<br>Richmond, VA 23219-3095 | 13675 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| 412 South Broadway Realty LLC<br>c/o the MEG Companies<br>25 Orchard View Drive<br>Londonderry, NH 03053<br><br>Robert Somma, Esquire<br>Laura A. Otenti, Esquire<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br><br>Augustus C. Epps, Jr., Esquire<br>Michael D. Mueller, Esquire<br>Jennifer M. McLemore, Esquire<br>Christian & Barton, L.L.P.<br>909 East Main Street, Suite 1200<br>Richmond, VA 23219-3095 | 5020 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| 412 South Broadway Realty LLC<br>c/o the MEG Companies<br>25 Orchard View Drive<br>Londonderry, NH 03053<br><br>Robert Somma, Esquire<br>Laura A. Otenti, Esquire<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br><br>Augustus C. Epps, Jr., Esquire<br>Michael D. Mueller, Esquire<br>Jennifer M. McLemore, Esquire<br>Christian & Barton, L.L.P.<br>909 East Main Street, Suite 1200<br>Richmond, VA 23219-3095 | 12568 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| 610 & San Felipe Inc<br>David H Cox Esq and John J Matteo Esq<br>Jackson & Campbell PC<br>1120 20th St NW<br>South Tower<br>Washington, DC 20036 | 13946 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| 610 & San Felipe Inc<br>David H Cox Esq<br>Jackson & Campbell PC<br>1120 20th St NW Ste 300 S<br>Washington, DC 20036-3445 | 12536 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Acadia Realty Limited Partnership fka Mark Centers Limited Partnership<br>Attn Daniel J Ansell and Howard J Berman and Heath B Kushnick<br>Greenberg Traurig LLP<br>200 Park Ave<br>New York, NY 10166 | 13802 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Acadia Realty Limited Partnership fka Mark Centers Limited Partnership<br>Attn Daniel J Ansell<br>Greenberg Traurig LLp<br>200 Park Ave<br>New York, NY 10166 | 12789 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Basser Kaufman 222 LLC<br>Attn James S Carr Esq Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 8678 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Basser Kaufman 312 LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14703 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Basser Kaufman 312 LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>101 Park Ave<br>New York, NY 10178 | 12509 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Basser Kaufman<br>Attn Marc Kemp<br>335 Central Ave<br>Lawrence, NY 11559 | 14416 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Brighton Commercial LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 12493 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Catellus Operating Limited Partnership a Delaware Limited Partnership<br>Edward J Tredinnick Esq<br>Greene Radovsky Maloney Share & Hennick LLP<br>Four Embarcadero Center 40th Fl<br>San Francisco, CA  94111 | 7957 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Catellus Operating Limited Partnership, a Delaware Limited Partnership<br>Edward J Tredinnick Esq<br>Greene Radovsky Maloney Share & Hennick LLP<br>Four Embarcadero Center, 40th Floor<br>San Francisco, CA  94111 | 7933 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| CC Investors 1996 14<br>William A Broscious Esquire<br>Kepley Broscious & Biggs PLC<br>2211 Pump Rd<br>Richmond, VA 23233-3507 | 11572 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CC Investors 1996 9<br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA 15232-0234 | 11829 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CDB Falcon Sunland Plaza LP<br>17400 Dallas Pkwy Ste 216<br>Dallas, TX 75248 | 8607 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CDB Falcon Sunland Plaza LP<br>17400 Dallas Pkwy Ste 216<br>Dallas, TX 75248 | 8607 | EXHIBIT D<br>CLAIMS TO BE RECLASSIFIED |
| CDB Falcon Sunland Plaza LP<br>Mark Stromberg Esq<br>Stromberg & Associates PC<br>Two Lincoln Centre<br>5420 LBJ Freeway Ste 300<br>Dallas, TX 75240 | 13905 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CEDAR DEVELOPMENT LTD<br>7777 GLADES RD STE 310<br>BOCA RATON, FL 33434-6424 | 12787 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Cencor Realty Services Inc Agent for SWQ 35 Forum LTD Located in San Antonio TX<br>c o David L Pollack Esq<br>Ballard Sparh Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12541 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Cencor Realty Services Inc Agent for SWQ 35 Forum LTD Located in San Antonio TX<br>c o David L Pollack Esq<br>Ballard Sparh Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12544 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Centro Properties Group ta Baybrook Gateway Webster TX<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12583 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Centro Properties Group ta Baybrook Gateway Webster TX<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12616 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Circuit Investors No 2 Ltd, A Texas Partnership<br>c/o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT  06511 | 9038 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Circuit NH Corp.<br>Sigmund Sommer Properties<br>280 Park Avenue, 4th Floor, West Building<br>New York, NY 10017<br><br>Proskauer Rose LLP<br>David C. Cooper<br>1585 Broadway<br>New York, NY 10036-8299 | 13397 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| CK Richmond Business Services No 2 Limited Liability Company<br>c/o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT  06511 | 8151 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Colonial Square Associates<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY  10178 | 12468 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Colonial Square Associates<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY  10178 | 13449 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Contracting Systems, Inc.  II<br>472 California Road<br>Quakertown, PA  18951 | 2818 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CVS Pharmacy Inc and Melville Realty Company Inc<br>Mark Minuti<br>Saul Ewing LLP<br>222 Delaware Ave Ste 1200<br>PO Box 1266<br>Wilmington, DE 19899 | 14362 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CVS Pharmacy Inc<br>Attn Edith K Altice Esq<br>Saul Ewing LLP<br>500 E Pratt St 8th Fl<br>Baltimore, MD  21202 | 7492 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CVS Pharmacy Inc<br>Attn Edith K Altice Esq<br>Saul Ewing LLP<br>500 E Pratt St 8th Fl<br>Baltimore, MD 21202 | 7492 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Dicks Sporting Goods Inc<br>Attn James D Newell & Zakarij O Thomas<br>Buchanan Ingersoll & Rooney PC<br>One Oxford Ctr 20th Fl<br>Pittsburgh, PA  15219 | 14213 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Dicks Sporting Goods Inc<br>Attn Jay Blount<br>300 Industry Dr<br>Pittsburgh, PA  15275 | 8936 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Dollar Tree Stores Inc<br>Attn Scott R Kipnis<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave<br>New York, NY  10036-5101 | 9102 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Donahue Schriber Realty Group, LP<br>c/o Trainor Fairbrook,<br>Attn:  Nancy Hotchkiss<br>980 Fulton Avenue<br>Sacramento, CA  95825 | 12863 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Federal Realty Investment Trust ta Troy Hills Shopping Center Parsippany NJ<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103 | 12086 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Federal Realty Investment Trust ta Troy Hills Shopping Center Parsippany NJ<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103-7599 | 12085 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| GA Lakewood LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA  19103 | 13389 | EXHIBIT D<br>CLAIMS TO BE RECLASSIFIED |
| GA Montgomeryville LLC<br>Lauren Lonergan Taylor Esq and Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA  19103 | 12425 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| GA Montgomeryville LLC<br>Lauren Lonergan Taylor Esq and Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA  19103 | 13328 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Galleria Alpha Plaza Ltd<br>c/o Lynnette R Warman<br>Hunton & Wiliams LLP<br>1445 Ross Ave Ste 3700<br>Dallas, TX  75202 | 9190 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Galleria Plaza Ltd<br>c/o Henry P Long III<br>Hunton & Williams LLP<br>Riverfront Plz E Tower<br>951 E Byrd St<br>Richmond, VA  23219-4074 | 14280 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| Galleria Plaza Ltd<br>c/o Henry P Long III<br>Hunton & Williams LLP<br>Riverfront Plz E Tower<br>951 E Byrd St<br>Richmond, VA  23219-4074 | 14388 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Golf Galaxy Inc<br>Attn James D Newell & Zakarij O Thomas<br>Buchanan Ingersoll & Rooney<br>One Oxford Ctr 20th Fl<br>Pittsburgh, PA 15219 | 14197 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Golf Galaxy Inc<br>Jay Blount<br>c o Dicks Sporting Goods Inc<br>300 Industry Dr<br>Pittsburgh, PA 15275 | 12222 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| KNOXVILLE LEVCAL LLC<br>ATTN DONISUE RUPP<br>C O PRINCIPAL REAL ESTATE INVESTORS<br>801 GRAND AVE G 022 E30<br>DES MOINES, IA 50392 | 9159 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| La Habra Imperial LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3095 | 13637 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Marlton VF LLC<br>c/o Vornado Realty Trust<br>210 Route 4 East<br>Paramus, New Jersey 07652<br>Attn.: Mei Cheng | 8782 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Marlton VF LLC<br>c/o Vornado Realty Trust<br>210 Route 4 East<br>Paramus, New Jersey 07652<br>Attn.: Mei Cheng | 11990 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Marlton VF LLC<br>c/o Vornado Realty Trust<br>210 Route 4 East<br>Paramus, New Jersey 07652<br>Attn.: Mei Cheng | 13971 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Nathan Teplis, Dr. Paul Teplis, Mrs. Belle Teplis, Frank and Sharon Rose Friedman<br>c/o Hendee Barnes Properties<br>3280 Pointe Pkwy Suite 2300<br>Norcross, GA  30092 | 7825 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Palmetto Investors LLC<br>Mark A Bartels Esq<br>Stellpflug Law SC<br>444 Reid St Ste 200<br>PO Box 5637<br>De Pere, WI 54115-2100 | 12757 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Palmetto Investors LLC<br>Mark A Bartels Esq<br>Stellpflug Law SC<br>444 Reid St Ste 200<br>PO Box 5637<br>De Pere, WI 54115-2100 | 13933 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Park National Bank as assignee of rents under Henrico County Virginia Deed of Lease with CK Richmond Business Services No 2<br>Attn Richard C Maxwell<br>Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA  24011 | 9009 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Park National Bank as assignee of rents under the Duncanville, Texas lease with Circuit Investors #2, Ltd.<br>clo Woods Rogers, PLC,<br>Attn: Richard C. Maxwell,<br>10 S. Jefferson Street, Suite 1400,<br>P.O. Box 14125 (24038)<br>Roanoke, Virginia 24011 | 9000 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Parkdale Mall Associates LP<br>c o Scott M Shaw Esq<br>Husch Blackwell Sanders LP<br>2030 Hamilton Pl Blvd Ste 150<br>Chattanooga, TN 37421 | 12201 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Port Arthur Holdings III Ltd and 610 & San Felipe Inc<br>c o David H Cox Esq and John Matteo Esq<br>Jackson & Campbell PC<br>1120 Twentieth St NW<br>South Tower<br>Washington, DC 20036-3437 | 13122 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Port Arthur Holdings III Ltd<br>David H Cox Esq & John J Matteo Esq<br>Jackson & Campbell PC<br>1120 20th St NW<br>South Tower<br>Washington, DC 20036 | 14356 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Port Arthur Holdings III Ltd<br>David H Cox Esq<br>Jackson & Campbell PC<br>1120 20th St NW Ste 300 S<br>Washington, DC 20036 | 12535 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Principal Life Insurance Company f/k/a Principal Mutual Life Insurance Company<br><br>Lauren Lonergan Taylor, Esquire<br>Matthew E. Hoffman, Esquire<br>Duane Morris LLP<br>30 South 171h Street<br>Philadelphia, PA 19103-4196<br><br>Dennis Ballard, Esquire<br>Principal Life Insurance Company<br>801 Grand Avenue<br>Des Moines, IA 50392-0301 | 8235 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| RD Bloomfield Associates Limited Partnership<br>Attn David J Ansell and Howard J Berman and Heath B Kushnick<br>Greenberg Traurig LLP<br>200 Park Ave<br>New York, NY 10166 | 13801 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| RD Bloomfield Associates Limited Partnership<br>Attn David J Ansell<br>Greenberg Traurig LLP<br>200 Park Ave<br>New York, NY 10166 | 8749 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Staples, The Office Superstore East, Inc<br>Perry Wu<br>50 Staples Dr.<br>Farmingham, MA01702 | 14622 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Staples, The Office Superstore East, Inc<br>Perry Wu<br>500 Staples Dr.<br>Farmingham, MA 01702 | 9985 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Starpoint Properties LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 12855 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Starpoint Properties LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 12855 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Starpoint Properties LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 14343 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Suemar Realty Inc<br>Attn David J Coyle<br>Shumaker Loop & Kendrick LLP<br>North Courhouse Sq<br>1000 Jackson St<br>Toledo, OH  43604 | 14017 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Suemar Realty Inc<br>Rob Armstrong<br>27476 Holiday Ln<br>Perrysburg, OH  43551 | 12173 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Tourboullin Corporation<br>Clifford A Katz Esq<br>Platzer Swergold Karlin Levine Goldberg & Jaslow LLP<br>1065 Avenue of the Americas 18th Fl<br>New York, NY 10018 | 13753 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Trane US Inc.<br>WAGNER FALCONER & JUDD LTD<br>Mark O. Anderson<br>1700 IDS Center<br>Minneapolis, MN 55402 | 9207 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Trane US, Inc.<br>3600 Pammel Creek Road<br>LaCrosse, WI 54601 | 9205 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Trane US, Inc.<br>3600 Pammel Creek Road<br>LaCrosse, WI 54601 | 9207 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Trust No 45786 by CTLT as Trustee<br>c o Joseph Freed and Associates LLC<br>Attn Douglas McMahon Atty<br>c o Joseph Freed and Associates LLC<br>33 S State St Ste 400<br>Chicago, IL 60603 | 12824 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| U.S. Bank National Association, as purchaser of assets of Park National Bank<br>c/o Woods Rogers PLC<br>attn: Richard C. Maxwell, Esq.<br>10 S. Jefferson Street, Suite 1400<br>Roanoke, VA 24011 | 14798 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| U.S. Bank National Association, as purchaser of assets of Park National Bank<br>c/o Woods Rogers PLC<br>attn: Richard C. Maxwell, Esq.<br>10 S. Jefferson Street, Suite 1400<br>Roanoke, VA 24011 | 14801 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Uncommon Ltd<br>c o Michael D Mueller & Augustus C Epps Jr & Jennifer M McLemore<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3013 | 14141 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Uncommon Ltd<br>c o Michael D Mueller & Augustus C Epps Jr & Jennifer M McLemore<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3013 | 14812 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| UNCOMMON LTD<br>ROBERT J SCHMIER<br>7777 GLADES RD STE 310<br>BOCA RATON, FL 33434-4150 | 12786 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| VIWY LP<br>c/o Vision Group Ventures<br>633 W Germantown Pike STE 104<br>Plymouth Meeting, PA 19462 | 12149 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| VIWY LP<br>John E. Lucian VSB No. 43358<br>Blank Rome LLP<br>One Logan Sq<br>130 N 18th St<br>Philadelphia, PA 19103 | 13260 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Weingarten Miller Sheridan LLC<br>clo Weingarten Realty Investors<br>2600 Citadel Plaza Drive, Suite 125<br>Houston, Texas 77008<br>Attn: Jenny J. Hyun, Esq. | 11158 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Wells Fargo Bank Northwest NA<br>Attn Krystal Bagshaw<br>299 S Main St 12th Fl<br>Salt Lake City, UT 86111 | 12416 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Wells Fargo Bank Northwest NA<br>Attn Richard C Maxwell<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 12023 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 12004 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 12011 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 12012 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 12013 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 13079 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Wells Fargo Bank Northwest NA<br>Attn Krystal Bagshaw<br>299 S Main St 12th Fl<br>Salt Lake City, UT 86111 | 13079 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>Roanoke, VA 24011 | 12014 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>Roanoke, VA 24011 | 14315 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |