| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy: (804) 783-0178 |
| Telecopy: (310) 201-0760 | |
| | *Counsel to the Circuit City Stores, Inc.* |
| - and – | *Liquidating Trust* |

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER SUSTAINING LIQUIDATING TRUST'S TWENTY-FIRST OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS, AND
<u>DISALLOWANCE OF CERTAIN AMENDED CLAIMS</u>)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Twenty-First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit G attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED.

    2.    The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

3. The Claims identified on <u>Exhibit B</u> as attached hereto and incorporated herein are forever reclassified in these bankruptcy cases in the manner stated in <u>Exhibit B</u>.

4. The Claims identified on <u>Exhibit C</u> through <u>Exhibit E</u> as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

5. The Liquidating Trust hereby withdraws, without prejudice, the Objection solely with respect to the Claims identified on <u>Exhibit F</u>.

6. The Court will conduct a status conference on June 9, 2011 at 2:00 p.m. for all Claims identified on <u>Exhibit G</u> attached hereto.

7. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

8. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2011

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
     - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
     - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

  Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

             _____/s/ Paula S. Beran_____
                Paula S. Beran

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | | Additional Notice Address | Claim Amount | Debtor | Modified Claim Amount | Debtor |
| 7/13/09 | 14482 | 3725 Airport Boulevard LP<br>Stephen K Lehnardt<br>Lehnardt & Lehnardt LLC<br>20 Westwoods Dr<br>Liberty, MO 64068-3519 | | $43,408.08 (administrative) | Circuit City Stores, Inc. | $10,712.52 (administrative) | Circuit City Stores, Inc. |
| 1/29/09 | 8570 | Abrams Willowbrook Three Lp<br>Attn Keith Therrien<br>c/o Investar Real Estate Svcs<br>11111 Katy Freeway Ste 535<br>Houston, TX 77079 | Powers & Therrien PS<br>3502 Tieton Dr<br>Yakima, WA 98902 | $1,156,428.68 (general unsecured) ; $62,779.45 (administrative) | Circuit City Stores, Inc. | $1,145,014.05 (general unsecured) $53,060.78 (administrative) | Circuit City Stores, Inc. |
| 3/25/09 | 11937 | Anna Schwartz Zoltan Schwartz Deborah Landman Eli Landman<br>Attn Mencahem O Zelmanovitz<br>Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178-0060 | | Unliquidated (general unsecured) ; $6,138.24 (administrative) | Circuit City Stores, Inc. | $6,138.24 (admin priority); Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 5/5/09 | 13014 | Caparra Center Associates LLC<br>Penny R Stark<br>Attorney For Claimant<br>9861 Sunrise Lakes Blvd Ste 308<br>Sunrise, FL 33322 | Caparra Center Associates LLC<br>PO Box 9506<br>San Juan, PR 00908 | $735,406.08 (general unsecured) ; $66,581.71(administrative) | Circuit City Stores, Inc. | $46,904.08 (administrative priority) $735,404.08 (general unsecured) | Circuit City Stores, Inc. |
| 6/25/09 | 13755 | COFAL Partners LP<br>Stacy L Lucas<br>Reed Smith LLP<br>435 Sixth Ave<br>Pittsburg, PA 15219-1886 | | $24,261.86 (administrative) | Circuit City Stores, Inc. | $19,615.04 (admin priority) | Circuit City Stores, Inc. |
| 3/27/09 | 11938 | KIR Augusta I 044 LLC<br>Attn Neil E Herman<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | | $32,366.90 (administrative) | Circuit City Stores, Inc. | $10,332.92 (general unsecured) $7,399.77 (administrative) | Circuit City Stores, Inc. |
| 1/21/09 | 5089 | MFR Properties<br>Attn FBR<br>c o Robinson Brog Leinwand et al<br>1345 Avenue of the Americas Ste 3100<br>New York, NY 10105-0143 | | $230,414.72 (general unsecured) ; $18,20.49 (administrative) | Circuit City Stores, Inc. | $226,136.55 (general unsecured) ; $11,741.20 (administrative) | Circuit City Stores, Inc. |
| 3/25/09 | 11952 | Potomac Run LLC<br>Attn Neil E Herman Esq<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | | $47,199.10 (administrative) | Circuit City Stores, Inc. | $16,734.42 (admin priority) | Circuit City Stores, Inc. |
| 4/22/09 | 12330 | Rossiter, Ronald D & Barbara M<br>962 Paloma Dr<br>Arcadia, Ca 91006 | | $96,489.74 (general unsecured) ; Unliquidated (administrative) | Circuit City Stores, Inc. | $5,060.34 (general unsecured) | Circuit City Stores, Inc. |
| 2/23/09 | 11515 | Seligson Properties Stanley M<br>605 W Ave 2nd Fl<br>Norwalk, CT 06850 | 444 Connecticut Avenue LLC<br>c/o Stanley M Seligson Properties<br>605 West Ave 2nd Fl<br>Norwalk, CT 06850 | $72,910.02 (administrative) | Circuit City Stores, Inc. | $14,905.42 (admin priority) | Circuit City Stores, Inc. |

12304-003\DOCS_LA:236616v1

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | | **Additional Notice Address** | **Claim Amount** | **Debtor** | **Modified Claim Amount** | **Debtor** |
| 6/30/09 | 13938 | Taft Corners Associates Inc<br>c/o Norman Williams<br>Gravel and Shea<br>76 St Paul St 7th Fl<br>PO Box 369<br>Burlington, VT 05402-0369 | | $36,427.55 (administrative) | Circuit City Stores, Inc. | $31,450.95 (admin priority); $4,976.60 (general unsecured) | Circuit City Stores, Inc. |
| 6/30/2009 | 14256 | The Orangefair Marketplace LLC A California Limited Liability Company<br>Attn Kevin A Lake Esq<br>Vandeventer Black LLP<br>707 E Main St Ste 1700 8th & Main Bldg<br>PO Box 1558<br>Richmond, VA 23218-1558 | | $64,771.65 (administrative) | Circuit City Stores, Inc. | $41,467.87 (administrative priority) | Circuit City Stores, Inc. |
| 1/30/09 | 9633 | UTC I LLC<br>Amy Pritchard Williams Esq<br>K&L Gates LLP<br>Hearst Tower 47th Fl<br>214 N Tryon St<br>Charlotte, NC 28202 | | $461,889.99 (general unsecured); $4,283.73 (administrative) | Circuit City Stores, Inc. | $501.45 (administrative priority) $461,678.31 (general unsecured) | Circuit City Stores, Inc. |
| 6/30/09 | 13720 | Westgate Village LLC<br>c/o Heather D Dawson Esq<br>Kitchens Kelley Gaynes PC<br>3495 Piedmont Rd NE<br>Bldg 11 Ste 900<br>Atlanta, GA 30305 | | $70,941.93 (administrative) | Circuit City Stores, Inc. | $28,123.59 (administrative) | Circuit City Stores, Inc. |
| 1/30/09 | 9412 | William E Butler as General Receiver<br>David E Eash Esq<br>221 N Wall No 500<br>Spokane, WA 99201 | | $510,189.28 (general unsecured); $10,956.26 (administrative) | Circuit City Stores, Inc. | $7,407.08 (administrative priority) $475,255.72 (general unsecured) | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT B**

Claims to be Reclassified

| | CLAIMS TO BE RECLASSIFIED | | | | | RECLASSIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount and Classification** | **Debtor** | **Reclassified Claim Face Amount and Classification** | **Debtor** |
| 6/30/09 | 14260 | Bedford Park Properties LLC<br>c/o Ron L Estes<br>Center Management<br>300 Park St Ste 410<br>Birmingham, MI 48009 | Quarles & Brady LLP<br>Catherine M Guastello Esq<br>1 Renaissance Sq<br>2 N Central Ave<br>Phoenix, AZ 85004 | $140,115.83 (administrative) | Circuit City Stores, Inc. | $120,208.66 (general unsecured)<br>$19,907.17 (administrative) | Circuit City Stores, Inc. |
| 3/27/09 | 11938 | KIR Augusta I 044 LLC<br>Attn Neil E Herman<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | | $32,366.90 (administrative) | Circuit City Stores, Inc. | $23,387.43 (general unsecured)<br>$8,979.47 (administrative) | Circuity City Stores, Inc. |
| 4/22/09 | 12330 | Rossiter, Ronald D & Barbara M<br>962 Paloma Dr<br>Arcadia, CA 91006 | | $96,489.74 (general unsecured)<br>Unliquidated (administrative) | Circuit City Stores, Inc. | $5,325.32 (general unsecured)<br>$101,936.24 (administrative) | Circuit City Stores, Inc. |
| 6/30/09 | 13938 | Taft Corners Associates Inc<br>c/o Norman Williams<br>Gravel and Shea<br>76 St Paul St 7th Fl<br>PO Box 369<br>Burlington, VT 05402-0369 | | $36,427.55 (administrative) | Circuit City Stores, Inc. | $31,450.95 (admin priority); $4,976.60 (general unsecured) | Circuit City Stores, Inc. |

12304-003\DOCS_LA:236618v1

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**

| | | BOOKS AND RECORDS CLAIMS TO BE EXPUNGED | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 1/21/2009 | 4175 | 3725 Airport Boulevard LP<br>Stephen K Lehnardt LLC<br>20 Westwoods Dr<br>Liberty, MO 64068-3519 | | $22,068.55 (Admin Priority) | Circuit City Stores, Inc. |
| 1/28/2009 | 7519 | LC White Plains Retail LLC<br>Attn Frank J Haupel Esq<br>c/o Delbello Donnellan et al<br>1 N Lexington Ave<br>White Plains, NY 10601 | | Unliquidated (Admin Priority) | Circuit City Stores, Inc. |
| 6/30/2009 | 13937 | Property Management Support Inc as TTE of Shamrock Land Trust UTA dtd 11 13 1998<br>Attn Robert A Heekin Jr<br>50 N Laura St Ste 1600<br>Jacksonville, FL 32202 | | $42,032.79 (Admin Priority) | Circuit City Stores, Inc. |
| 1/28/2009 | 6592 | Seligson Properties, Stanley M<br>444 Connecticut Avenue LLC<br>405 W Ave 2nd Fl<br>Norwalk, CT 06850 | Seligson Properties, Stanley M<br>605 W Ave<br>Norwalk, CT 06850 | $1,040,966.84 (Gen Unsecured)<br>$54,809.16 (Admin Priority) | Circuit City Stores, Inc. |
| 6/30/2009 | 14364 | UTC I LLC<br>Amy Pritchard Williams<br>K&L Gates LLP<br>214 N Tryon St Ste 4700<br>Charlotte, NC 28202 | | $606.88 (Admin Priority) | Circuit City Stores, Inc. |
| 1/30/2009 | 9780 | WEC 96D Vestal Investment Trust<br>Attn Wayne Zarozny VP<br>The Berkshire Group<br>One Beacon St Ste 1500<br>Boston, MA 02108 | | Unliquidated (Gen Unsecured)<br>Unliquidated (Secured)<br>Unliquidated (Admin Priority) | Circuit City Stores, Inc. |

| In re Circuit City Stores, Inc, et al. | | | | | |
|---|---|---|---|---|---|
| Case No. 08-35653 (KRH) | | | | | |
| **EXHIBIT D** | | | | | |
| **LATE FILED CLAIMS** | | | | | |
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| | | | | | |
| | | | | | |
| | | None. | | | |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT E**

Amended/Superseded Claims to be Expunged

| | | CLAIMS TO BE EXPUNGED | | | | Surviving Claim Numbers | | |
|---|---|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** | **Surviving Claim Numbers** | **Debtor** | **Face Amounts of Surviving Claim** |
| 4/29/09 | 13008 | Caparra Center Associates LLC<br>PO Box 9506<br>San Juan, PR 00908 | Caparra Center Associates LLC<br>Penny R Stark<br>Attorney For Claimant<br>9861 Sunrise Lakes Blvd Ste 308<br>Sunrise, FL 33322 | $735,404.08 (Gen Unsecured)<br>$66,583.71 (Admin Priority) | Circuit City Stores, Inc. | 13014 | Circuit City Stores, Inc. | $735,406.08 (Gen Unsecured)<br>$66,581.71 (Admin Priority) |
| 6/29/09 | 14023 | HIP Stephanie LLC<br>c o Christine Coers Mitchell<br>Coers Mitchell Law LLC<br>1631 NE Broadway No 539<br>Portland, OR 97232-1425 | Harsch Investment Properties LLC<br>1121 SW Salmon Ste 500<br>Portland, OR 97205 | $35,736.61 (Admin Priority) | Circuit City Stores West Coast, Inc. | 14175 | Circuit City Stores, Inc. | $35,736.61 (Admin Priority) |

12304-003\DOCS_LA:236621v1

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT F**
**OBJECTIONS WITHDRAWN**

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Capmark Finance Inc<br>Keith M Aurzada & John C Leininger<br>Bryan Cave LLP<br>2200 Ross Ave Ste 3300<br>Dallas, TX 75201 | 14363 | Exhibit E (Books and Records Claims to be Expunged) |
| CC Minnetonka LLC<br>Attn Eric J Rietz Esq<br>Vedder Price PC<br>222 N LaSalle St Ste 2600<br>Chicago , IL 60601 | 9424 | Exhibit C (Books and Records Claims to be Reduced) |
| Gould Livermore LLC<br>Michelle McMahon Esq<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | 14419 | Exhibit F (Late Filed Claims) |
| Liquidity Solutions Inc<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 13812 | Exhibit C (Books and Records Claims to be Reduced) |
| Potomac Festival II LLC<br>Attn Timothy P Schwartz<br>Bregman Berbert Schwartz & Gilday LLC<br>7315 Wisconsin Ave Ste 800 W<br>Bethesda, MD 20814 | 14305 | Exhibit C (Books and Records Claims to be Reduced) |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT G**
**OBJECTIONS ADJOURNED TO JUNE 9, 2011**

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| 502 12 86th Street LLC<br>Attn Steven H Newman Esq<br>Katsky Korins LLP<br>605 Third Ave 16th Fl<br>New York, NY 10158 | 14879 | Exhibit E (Books and Records Claims to be Expunged) |
| 502 12 86th Street LLC<br>c/o Sheila deLa Cruz & Michael P Falzone<br>Hirschler Fleisher PC<br>The Edgeworth Bldg<br>2100 E Cary St<br>Richmond, VA 23218-0500 | 14292 | Exhibit E (Books and Records Claims to be Expunged) |
| AmCap Arborland LLC<br>Robert W Dremluk Esq<br>Seyfarth Shaw LLP<br>620 Eighth Ave<br>New York, NY 10018 | 12514 | Exhibit C (Books and Records Claims to be Reduced) |
| Bank of America National Association as Successor by Merger to LaSalle Bank National Association<br>fka LaSalle National Bank as Trustee for the Registered Hodlers of GMAC Commercial Mortgage Securities Inc Mortgage Pass Through Certificates Series 1998 C2<br>c/o Berkadia Commercial Mortgage LLC<br>Geraldine Kohut<br>5 Park Plz Ste 400<br>Irvine, CA 92614 | 14859 | Exhibit C (Books and Records Claims to be Reduced) |
| Benenson Columbus OH Trust<br>c/o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 | 13614 | Exhibit C (Books and Records Claims to be Reduced) |
| CC 223 Andover Park East Tukwila LLC<br>Attn David J LaSota<br>c/o Chapman and Cutler LLP<br>111 West Monroe St<br>Chicago, IL 60603 | 13974 | Exhibit C (Books and Records Claims to be Reduced) |

12304-003\DOCS_LA:236623v1

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| CC Springs LLC a Colorado Limited Liability Company<br>Debra Piazza<br>Montgomery Little Soran & Murray PC<br>5445 DTC Pkwy Ste 800<br>Greenwood Village, CO 80111-3053 | 12333 | Exhibit C (Books and Records Claims to be Reduced) |
| Centro Properties Group ta Conyers Crossroads Conyers GA<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12540 | Exhibit C (Books and Records Claims to be Reduced) |
| Centro Properties Group ta Conyers Crossroads Conyers GA<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12556 | Exhibit C (Books and Records Claims to be Reduced) |
| Centro Properties Group ta Parkway Plaza Vestal NY<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12580 | Exhibit E (Books and Records Claims to be Expunged) |
| Century Plaza Development Corporation<br>Douglas W Messner<br>C O Sierra Pacific Properties Inc<br>1800 Willow Pass Ct<br>Concord, Ca 94520 | 11238 | Exhibit G (Claims to be Expunged) |
| Century Plaza Development Corporation<br>Douglas W Messner<br>c/o Sierra Pacific Properties Inc<br>1800 Willow Pass Ct<br>Concord, CA 94520 | 11669 | Exhibit C (Books and Records Claims to be Reduced) |
| Circuit Sports LP<br>Edward L Rothberg & Melissa A Haselden<br>Weycer Kaplan Pulaski & Zuber PC<br>11 E Greenway Plz Ste 1400<br>Houston, TX 77046 | 13434 | Exhibit C (Books and Records Claims to be Reduced) |
| City of Pasadena, CA<br>PO Box 7120<br>Pasadeba, CA 91109 | 12856 | Exhibit E (Books and Records Claims to be Expunged) |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Crosspointe Plaza 08 A LLC<br>c/o Tom Stolting and Associates LLC<br>8301 E Prentice Ave Ste 210<br>Greenwood Village, CO 80111 | 13356 | Exhibit E (Books and Records Claims to be Expunged) |
| CW Investors 1997 12 by its Receiver CW Capital Asset Management LLC<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12529 | Exhibit C (Books and Records Claims to be Reduced) |
| CWCapital Asset Management LLC as Special Servicer for Bank of America NA Successor by Merger to LaSalle Bank NA as Trustee<br>Attn Lawrence A Katz and Kristen E Burgers<br>8010 Towers Crescent Dr Ste 300<br>Vienna, VA 22182-2707 | 13953 | Exhibit E (Books and Records Claims to be Expunged) |
| Deno Dikeou<br>Deno P Dikeou Broker<br>Dikeou Realty<br>543 Wymore Rd N Ste 106<br>Maitland, FL 32751 | 13740 | Exhibit D (Claims to be Reclassified) |
| Deno Dikeou<br>Deno P Dikeou Broker<br>Dikeou Realty<br>543 Wymore Rd N Ste 106<br>Maitland, FL 32751 | 13740 | Exhibit C (Books and Records Claims to be Reduced) |
| Eagleridge Associates<br>c/o Ian S Landsberg<br>16030 Ventura Marguiles LLP<br>Encino, CA 91436 | 12768 | Exhibit E (Books and Records Claims to be Expunged) |
| Eagleridge Associates<br>c/o Ian S Landsberg<br>16030 Ventura Marguiles LLP<br>Encino, CA 91436 | 12769 | Exhibit E (Books and Records Claims to be Expunged) |
| Enid Two LLC<br>c/o Nancy Isaacson Esq<br>75 Livingston Ave<br>Roseland, NJ 07068 | 12815 | Exhibit E (Books and Records Claims to be Expunged) |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| FC Richmond Associates<br>Attn rachel M Harari Esq<br>Forest City Ratner Companies LLC<br>1 Metrotech Center N<br>Brooklyn, NY 11201 | 12816 | Exhibit C (Books and Records Claims to be Reduced) |
| FC Treeco Columbia Park LLC<br>Attn Rachel M Harari Esq<br>Forest City Ratner Companies LLC<br>1 Metrotech Center N<br>Brooklyn, Ny 11201 | 12802 | Exhibit C (Books and Records Claims to be Reduced) |
| Generation H One and Two Limited Partnership<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 13635 | Exhibit E (Books and Records Claims to be Expunged) |
| Goodmill LLC<br>c o Jeffrey Kurtzman Esq<br>Klehr Harrison Harvey Branzburg & Ellers LLC<br>260 S Broad St<br>Philadelphia, PA 19102 | 14041 | Exhibit E (Books and Records Claims to be Expunged) |
| Hayden Meadows JV<br>c/o Ronald T Adams<br>Black Helterline LLP<br>805 SW Broadway Ste 1900<br>Portland, OR 97205-3359 | 14878 | Exhibit F (Late Filed Claims) |
| Heritage Plaza LLC<br>Linda S Broyhill<br>Reed Smith LLP<br>3110 Fairview Park Dr Ste 1400<br>Falls Church, VA 22042 | 13932 | Exhibit C (Books and Records Claims to be Reduced) |
| Inland Southeast Darien LLC<br>c/o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Road, 3rd Floor<br>Oak Brook, IL 60523 | 10024 | Exhibit E (Books and Records Claims to be Expunged) |
| Inland Southeast Darien LLC<br>c/o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Road, 3rd Floor<br>Oak Brook, IL 60523 | 9722 | Exhibit E (Books and Records Claims to be Expunged) |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Inland US Management LLC<br>Karen C Bifferato & Kelly M Conlan<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg 1007 N Orange St<br>PO Box 2207<br>Wilmington, DE 19807 | 14931 | Exhibit E (Books and Records Claims to be Expunged) |
| Inland US Management LLC<br>Karen C Bifferato & Kelly M Conlan<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg<br>1007 N Orange St<br>PO Box 2207<br>Wilmington, DE 19807 | 14079 | Exhibit G (Claims to be Expunged) |
| International Speedway Square Ltd<br>Attn Kenneth B Chigges<br>Ice Miller LLP<br>One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 | 14142 | Exhibit C (Books and Records Claims to be Reduced) |
| Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer<br>Gregory A Cross Esq<br>Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 | 12420 | Exhibit E (Books and Records Claims to be Expunged) |
| Kite Coral Springs LLC<br>Attention Mark A Bogdanowicz<br>c/o Ice Miller LLP<br>One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 | 12873 | Exhibit C (Books and Records Claims to be Reduced) |
| Kite Coral Springs LLC<br>Attn Kenneth B Chigges<br>Ice Miller LLP<br>One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 | 14170 | Exhibit C (Books and Records Claims to be Reduced) |
| Macys Retail Holdings Inc<br>c/o Joseph B Wells Esq<br>Frost Brown Todd LLC<br>2200 PNC Ctr<br>201 E Fifth St<br>Cincinnati, OH 45202-4182 | 12427 | Exhibit C (Books and Records Claims to be Reduced) |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Macys Retail Holdings Inc<br>Joseph B Wells and Ronald E Gold<br>Frost Brown Todd LLC<br>201 E Fifth St Ste 2200<br>Cincinnati, OH 45202 | 13743 | Exhibit E (Books and Records Claims to be Expunged) |
| Madison Waldorf LLC<br>c/o Liquidity Solutions Inc<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 13099 | Exhibit E (Books and Records Claims to be Expunged) |
| Marple XYZ Associates<br>Jeffrey Kurtzman Esq and Kathleen E Torbit Esq<br>Klehr Harrison Harvey Branzburg & Ellers LLP<br>260 S Broad St<br>Philadelphia, PA 19102 | 14047 | Exhibit C (Books and Records Claims to be Reduced) |
| Montclair Plaza LLC<br>c/o Stephen Warsh<br>General Growth Properties Inc<br>110 N Wacker Dr BSC 1 26<br>Chicago, IL 60606-1511 | 4373 | Exhibit E (Books and Records Claims to be Expunged) |
| NP Huntsville Limited Liability Company<br>c/o Augustus C Epps Jr Michael D Mueller and Jennifer M McLemore<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 13942 | Exhibit C (Books and Records Claims to be Reduced) |
| ORIX Capital Markets LLC<br>Lawrence A Katz and Kristen E Burgers<br>8010 Towers Crescent Dr Ste 300<br>Vienna, VA 22182-2707 | 14058 | Exhibit E (Books and Records Claims to be Expunged) |
| Palm Springs Mile Associates Ltd<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13536 | Exhibit C (Books and Records Claims to be Reduced) |
| Plaza Las Americas Inc<br>Attn Richard E Lear<br>c/o Holland & Knight LLP<br>2099 Pennsylvania Ave NW Ste 100<br>Washington, DC 20006-6801 | 13733 | Exhibit E (Books and Records Claims to be Expunged) |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Plaza Las Palmas LLC<br>Michael L Rubin<br>Chief Operating Officer<br>990 Highland Dr Ste 200<br>Solana Bch, CA 92075 | 13341 | Exhibit E (Books and Rcords Claims to be Expunged) |
| Saugus Plaza Associates<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13504 | Exhibit E (Books and Records Claims to be Expunged) |
| Tanglewood Park LLC Luckoff Land Company LLC and Roth Tanglewood LLC as tenants<br>c o Ralph E Dill Esq<br>Tanglewood Park LLC<br>37 W Broad St Ste 950<br>Columbus, OH 43215 | 5163 | Exhibit C (Books and Records Claims to be Reduced) |
| The Landing at Arbor Place II LLC<br>c/o Scott M Shaw<br>Husch Blackwell Sanders LLP<br>2030 Hamilton Pl Blvd Ste 150<br>Chattanooga, TN 37421 | 11814 | Exhibit E (Books and Records Claims to be Expunged) |
| The Landing at Arbor Place II LLC<br>c/o Scott M Shaw<br>Husch Blackwell Sanders LLP<br>2030 Hamilton Pl Blvd Ste 150<br>Chattanooga, TN 37421 | 12203 | Exhibit E (Books and Records Claims to be Expunged) |
| Trane US Inc<br>c/o Wagner Falconer & Judd Ltd<br>Mark O Anderson<br>1700 IDS Ctr<br>Minneapolis, MN 55402 | 8373 | Exhibit E (Books and Records Claims to be Expunged) |
| Trust No 45786 by CTLT as Trustee c o Joseph Freed and Associates LLC<br>Attn Douglas McMahon Atty<br>c o Joseph Freed and Associates LLC<br>33 S State St Ste 400<br>Chicago, IL 60603 | 12824 | Exhibit C (Books and Records Claims to be Reduced) |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Tysons 3 LLC and its Management Agent The Ziegler Companies LLC<br>Mitchell B Wietzman<br>Jackson & Campbell PC<br>1120 20th St NW<br>South Tower<br>Washington, DC 20036 | 13865 | Exhibit C (Books and Records Claims to be Reduced) |
| Tysons Corner Holdings LLC Macerich 203270 1467<br>Attn Dustin P Branch<br>Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 | 14128 | Exhibit E (Books and Records Claims to be Expunged) |
| Tysons Corner Holdings LLC Macerich Tysons Corner Road Shop<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosenman LLP<br>2029 Century Pk E 26th Fl<br>Los Angeles, CA 90067 | 9530 | Exhibit C (Books and Records Claims to be Reduced) |
| Tysons Corner Holdings LLC Macerich Tysons Corner Road Shop<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosenman LLP<br>2029 Century Pk E 26th Fl<br>Los Angeles, CA 90067 | 9537 | Exhibit C (Books and Records Claims to be Reduced) |
| United States Debt Recovery V LP<br>Assignee of Forecast Danbury Limited Partnership<br>940 Southwood Blvd Ste 101<br>Incline Village, NV 89451 | 15046 | Exhibit C (Books and Records Claims to be Reduced) |
| Vno Tru Dale Mabry Llc<br>Attn Mei Cheng<br>c/o Vornado Realty Trust<br>210 Route 4 E<br>Paramus, NJ 07652 | 8784 | Exhibit C (Books and Records Claims to be Reduced) |
| VNO TRU Dale Mabry LLC<br>c/o Vornado Realty Trust<br>210 Route 4 East<br>Paramus, NJ 07652 | 13972 | Exhibit C (Books and Records Claims to be Reduced) |
| Wayne VF LLC<br>Vornado Realty Trust<br>210 Rte 4 E<br>Paramus, NJ 07652 | 13920 | Exhibit C (Books and Records Claims to be Reduced) |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Weingarten Nostat Inc<br>Attn James S Carr and Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13983 | Exhibit E (Books and Records Claims to be Expunged) |
| Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 9444 | Exhibit E (Books and Records Claims to be Expunged) |
| WRI Lakeside Marketplace LLC<br>James S Carr and Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14410 | Exhibit E (Books and Records Claims to be Expunged) |
| WRI Seminole Marketplace, LLC<br>Attn James S Carr & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13986 | Exhibit E (Books and Records Claims to be Expunged) |