| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

*Counsel to the Circuit City Stores, Inc.*  *Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*  *Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653-KRH |
| | ) | |
| CIRCUIT CITY STORES, INC.[1], et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER SUSTAINING LIQUIDATING TRUST'S TWENTY-SECOND OMNIBUS OBJECTION TO CERTAIN HR PRIORITY CLAIMS:  RECLASSIFY AS GENERAL UNSECURED (DEFERRED COMPENSATION CLAIMS – TOP HAT)**

THIS MATTER having come before the Court on the *Liquidating Trust's Twenty-Second Omnibus Objection to Certain HR Priority Claims:  Reclassify as General Unsecured (Deferred Compensation Claims – Top Hat)* (the "Objection"),[2] which requested, among other things, that the claims specifically identified on the Objection be reclassified, reduced or disallowed, as applicable, for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and

---

[1] The Debtors in these cases include: Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Properties, LLC, Kinzer Technology, LLC, Abbott Advertising Agency, Inc., Patapsco Designs, Inc., Sky Venture Corp, Prahs, Inc., XSStuff, LLC, Mayland MN, LLC, Courchevel, LLC, Orbyx Electronics, LLC, and Circuit City Stores PR, LLC.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

12304-003\DOCS_SF:76588.1

that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the holders of the Deferred Compensation Claims being affected by this Order; and it appearing that the relief requested in the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED as set forth herein.

    2.    The Deferred Compensation Claims identified on **Exhibit A** as attached hereto and incorporated herein are reclassified as general unsecured claims, for all purposes in these bankruptcy cases.

    3.    The Liquidating Trust's rights to object to any claim including (without limitation) the Deferred Compensation Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

    4.    The Liquidating Trust shall serve a copy of this Order on the holders of the Deferred Compensation Claims included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

       5.       This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
             _____, 2011

             _____
             HONORABLE KEVIN R. HUENNEKENS
             UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


__/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                            - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                            - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                            */s/ Lynn L. Tavenner_____*
                            Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A TO ORDER GRANTING LIQUIDATING TRUST'S OMNIBUS OBJECTION NO. 22**
Supplemental 401(k) Claims (Disallow as Priority; Reclassify as GUC).  See p. 2,  para. 2, and pp. 6-15 of Omnibus Objection.

| Supplemental 401(k) Claims (Disallow as Priority; Reclassify as GUC). See p. 2, para. 2, and pp. 6-15 of Omnibus Objection. |
|---|

| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Classification as Filed | Claim Amount as filed (Disallowed as Priority) | Debtor | Reclassified General Unsecured Claim (subj. to further objection) |
|---|---|---|---|---|---|---|---|
| 1/16/2009 | 3821 | BESANKO, BRUCE H<br>191 FARMINGTON RD<br>LONGMEADOW, MA 01106 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. | UNLIQUIDATED |
| 1/29/2009 | 8138 | BRADLEY, BRIAN<br>3036 LEANNE CT<br>CLEARWATER, FL 33759 | | Priority | $48,777.08 | Circuit City Stores, Inc. | $48,777.08 |
| 1/23/2009 | 5176 | DEASON, STEPHEN N<br>2701 E BRIGSTOCK ROAD<br>MIDLOTHIAN, VA 23113 | | Priority | $4,392.93 | Circuit City Stores, Inc. | $4,392.93 |
| 12/16/2008 | 1743 | Engesser, Victor M<br>5216 Willane Rd<br>Glen Allen, VA 23059-5352 | | General Unsecured<br>Priority | $316,101.63<br>$10,323.18 | Circuit City Stores, Inc. | $326,424.81 |
| 1/22/2009 | 4368 | FALCONER, CARIN ELAINE<br>5904 OLD GREENWAY DR<br>GLEN ALLEN, VA 23059 | | Priority | $3,958.12 | Circuit City Stores, Inc. | $3,958.12 |
| 1/27/2009 | 6037 | HEDGEBETH, REGINALD D<br>PO BOX 6768<br>HOUSTON, TX 77265-6768 | | General Unsecured<br>Priority | $1,357,143.00<br>$10,776.28 | Circuit City Stores, Inc. | $1,367,919.28 |
| 1/23/2009 | 6528 | JONAS JR, ERIC A<br>10 S 20TH ST UNIT 709<br>RICHMOND, VA 23223 | JONAS JR, ERIC A<br>2 ANNETT AVE<br>EDGEWATER, NJ 07020 | Priority | $62,213.91 | Circuit City Stores, Inc. | $62,213.91 |
| 1/22/2009 | 5120 | KELLY, JOHN<br>428 GROUNDHOG COLLEGE RD<br>WEST CHESTER, PA 19382 | | Priority | $44,869.44 | Circuit City Stores, Inc. | $44,869.44 |
| 1/15/2009 | 3858 | MACKAY, IRYNNE V<br>402 NORTH MEADOW ST<br>RICHMOND, VA 23220 | IRYNNE V MACKAY<br>317 TARPON DR<br>FT LAUDERDALE, FL 33301-2469 | Priority | $5,546.20 | Circuit City Stores, Inc. | $5,546.20 |
| 1/13/2009 | 3413 | MCCOREY JR , WILLIAM<br>124 TEMPSFORD LANE<br>RICHMOND, VA 23226 | | General Unsecured<br>Priority | $3,139.45<br>UNLIQUIDATED | Circuit City Stores, Inc. | UNLIQUIDATED |
| 12/30/2008 | 2135 | MULLEADY, JOHN<br>9 WOOD RD<br>SHERBORN, MA 01770-1004 | John Mulleady<br>38 Page Farm Rd<br>Sherborn, MA 01770 | Priority | $24,832.00 | Circuit City Stores, Inc. | $24,832.00 |
| 1/15/2009 | 4780 | STRAUSS, DAVID ROBERT<br>5204 DAVENPORT PL<br>ROSWELL, GA 30075 | | Priority | UNLIQUIDATED | Circuit City Stores, Inc. | UNLIQUIDATED |
| 1/29/2009 | 8654 | vonBechmann, Dawn<br>Neil E McCullagh<br>Spotts Fain PC<br>411 E Franklin St Ste 600<br>Richmond, VA 23219 | Dawn vonBechmann<br>36 Countryside Ln<br>Richmond, VA 23229 | General Unsecured<br>Priority | $32,498.82<br>$2,873.10 | Circuit City Stores, Inc. | $35,371.92 |