Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                              :        Chapter 11
                                                    :
CIRCUIT CITY STORES, INC., et al.,   :        Case No. 08-35653 (KRH)
                                                    :
            Debtors.                           :
                                                    :        Jointly Administered
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER SUSTAINING LIQUIDATING TRUST'S FIFTH OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS,
DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS, DISALLOWANCE
OF CERTAIN DUPLICATE CLAIMS
AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Fifth

Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims,

Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,

Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and

Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other

things, that the claims specifically identified on Exhibit C through Exhibit H attached to the

Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing

that due and proper notice and service of the Objection as set forth therein was good and

sufficient and that no other further notice or service of the Objection need be given; and it further

appearing that no response was timely filed or properly served by the Claimants being affected

by this Order; and it appearing that the relief requested on the Objection is in the best interest of

the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after

due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth

herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is SUSTAINED.

2.    The Claims identified on Exhibit A as attached hereto and incorporated

herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in

Exhibit A.

3.    The Claims identified on Exhibit B through Exhibit C as attached hereto

and incorporated herein are forever disallowed in their entirety for all purposes in these

bankruptcy cases.

4.    The Liquidating Trust hereby withdraws, without prejudice, the Objection

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

DOCS_NY:24210.1

solely with respect to the Claims identified on Exhibit D.

5.    The Court will conduct a status conference on June 9, 2011 at 2:00 p.m. for all Claims identified on Exhibit E attached hereto.

6.    The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

7.    The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

8.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
            _____, 2011

            _____
            HONORABLE KEVIN R. HUENNEKENS
            UNITED STATES BANKRUPTCY JUDGE

DOCS_NY:24210.1

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


___/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                          - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                          - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing
proposed order has been endorsed by or served upon all necessary parties.

                          /s/ Paula S. Beran_____
                          Paula S. Beran


4

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT A

12304-003\DOCS_NY:24213v1

| Date Filed | Claim Number | Name & Address | Additional Notice Address | BOOKS AND RECORDS CLAIMS TO BE REDUCED — Claim Amount | Debtor | MODIFIED CLAIMS — Proposed Modified Claim | Debtor |
|---|---|---|---|---|---|---|---|
| 04/14/09 | 12189 | SANTA ROSA TOWN CENTER LLC C/O SHELTER BAY PO BOX 708 NOVATO, CA 94948 | | $12,058.05 (administrative) $804,695.43 (general unsecured) | Circuit City Stores, Inc. | $771,827.35 (general unsecured) | Circuit City Stores, Inc. |
| 02/03/09 | 11000 | The City Portfolio LLC, et al c/o Byron Z. Moldo, Esq. Ervin Cohen & Jessup 9401 Wilshire Blvd., 9th Floor Beverly Hills, CA 90212-2974 | | $377,400.36 (general unsecured) | Circuit City Stores West Coast, Inc | $338,982.08 (general unsecured) | Circuit City Stores West Coast, Inc. |
| 02/03/09 | 11001 | The City Portfolio LLC, et al c/o Byron Z. Moldo, Esq. Ervin Cohen & Jessup 9401 Wilshire Blvd., 9th Floor Beverly Hills, CA 90212-2974 | | $85,102.68 plus an unliquidated amount to be determined (general unsecured) | Circuit City Stores, Inc. | $51,820.26 (general unsecured) | Circuit City Stores, Inc. |
| 02/03/09 | 11002 | The City Portfolio LLC, et al c/o Byron Z. Moldo, Esq. Ervin Cohen & Jessup 9401 Wilshire Blvd., 9th Floor Beverly Hills, CA 90212-2974 | | $104,053.15 (administrative) | Circuit City Stores West Coast, Inc | $10,138.86 (administrative) | |
| 02/03/09 | 11003 | The City Portfolio LLC, et al c/o Byron Z. Moldo, Esq. Ervin Cohen & Jessup 9401 Wilshire Blvd., 9th Floor Beverly Hills, CA 90212-2974 | | $62,996.06 (administrative) | Circuit City Stores, Inc. | $9,078.56 (administrative) | |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
EXHIBIT B

INVALID CLAIMS TO BE EXPUNGED

BOOKS AND RECORDS CLAIMS TO BE EXPUNGED

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 01/30/09 | 8516 | Bank of America NA as Trustee for the Registered Holders of Greenwich Capital Commercial Funding Corp Commercial Mortgage Trust 2004 GG1 Commercial Mortgage Pass Through Certificates Series 2004 GG1 as Collateral Assignee of Bear Valley Road Mindy A Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 03/30/09 | 11974 | Fabco Metal Products LP 1490 Frances Drive Daytona Beach, FL 32124 | | $15,404.00 (general unsecured) | Circuit City Stores Purchasing Co., LLC |
| 01/30/09 | 10067 | Jones Lang LaSalle Americas Inc as Receiver Attn Kevin M Newman Esq Menter Rudin & Trivelpiece PC 308 Maltbie St Ste 200 Syracuse, New York 13204-1498 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 06/15/09 | 13696 | Jones Lang LaSalle Americas Inc as Receiver Attn Kevin M Newman Esq Menter Rudin & Trivelpiece PC 308 Maltbie St Ste 200 Syracuse, New York 13204-1498 | | Unliquidated (administrative) | Circuit City Stores, Inc. |

1204-003\DOCS_NY-242141v1

12304-003\DOCS_NY:24214v1

## BOOKS AND RECORDS CLAIMS TO BE EXPUNGED

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 01/30/09 | 10170 | Jones Lang LaSalle Americas Inc as Receiver<br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br>Syracuse, New York 13204-1498 | | unliquidated (general unsecured)<br>Unliquidated (administrative priority) | Circuit City Stores, Inc. |
| 01/28/09 | 7456 | TJ Maxx of CA LLC<br>Attn Steve Hoort, Esq.<br>Ropes & Gray LLP<br>One International Pl<br>Boston, MA 02110 | | Unliquidated (administrative) | Circuit City Stores, Inc. |
| 01/30/09 | 8891 | Wells Fargo Bank NA as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc Commercial Mortgage Pass Through Certificates Series 2004 CI as Collateral Assignee of Pappas Gateway LLP<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 01/30/09 | 8510 | Wells Fargo Bank NA as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp Commercial Mortgage Pass Through Certificates Series 2002 CKS4 as Collateral Assignee of DDRTC Creeks at Virginia Center LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. |
| 01/30/09 | 8566 | Wells Fargo Bank NA as Trustee for the Registered Holders of GE Capital Commercial Mortgage Corporation Commercial Mortgage Pass Through Certificates Series 2002.2 as Collateral Assignee of Santa Rosa Town Center LLC<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | | Unliquidated (general unsecured) | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

EXHIBIT C

AMENDED CLAIMS TO BE EXPUNGED

| | | CLAIMS TO BE EXPUNGED | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor | Surviving Claim Number | Debtor | Face Amount of Surviving Claim |
| 05/20/09 | 13034 | DeMatteo Management, Inc. c/o Jennifer V. Doran, Esq. Hinckley, Allen & Snyder LLP 28 State Street Boston, MA 02109 | | $2,890,256.25 (general unsecured) | Circuit City Stores, Inc. | 15049 | Circuit City Stores, Inc. | $3,181,345.66 (general unsecured) |
| 06/16/09 | 14424 | DeMatteo Management, Inc. c/o Jennifer V. Doran, Esq. Hinckley, Allen & Snyder LLP 28 State Street Boston, MA 02109 | | $244,247.72 (administrative) | Circuit City Stores, Inc. | 15049 | Circuit City Stores, Inc. | $3,181,345.66 (general unsecured) |

In re Circuit City Stores, et al.
Case No. 08-35653 (KRH)
**Exhibit D**
**Objections Withdrawn**

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Inland Sau Greenville Point LLC<br>c/o Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>attn: James S. Carr, Esq.<br>Robert L. Lehane, Esq. | 12485 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Inland Sau Greenville Point LLC<br>c/o Developers Diversified Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn: Eric C. Cotton, Esq. | 14938 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Trane US, Inc.<br>C O WAGNER FALCONER & JUDD LTD          Mark Anderson<br>1700 IDS Ctr.<br>Minneapolis, MN 55402 | 9207 | Exhibit E<br>Invalid Claims to be expunged |

In re Circuit City Stores, et al.
Case No. 08-35653 (KRH)
**Exhibit E**
**Alphaebtical Listing of Claims for Which Status Conference Will Take Place on June 9, 2011 at 2:00 p.m.**

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Almaden Plaza Shopping Center, Inc.<br>5353 Almaden EXPY<br>49 Almaden Plaza Shopping Center<br>San Jose, CA  95118 | 12122 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Bear Valley Road Partners LLC<br>Attn Brad Becker<br>c o Becker Development Investments<br>12730 High Bluff Dr<br>San Diego, CA 92130 | 12653 | Exhibit G<br>Duplicate Claims to be Expunged |
| Bear Valley Road Partners LLC<br>c/o Becker Development Investments<br>Attn Brad Becker<br>12730 High Bluff Dr<br>San Diego, CA 92130 | 12651 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Bear Valley Road Partners LLC<br>c/o Becker Development Investments<br>Attn Brad Becker<br>12730 High Bluff Dr<br>San Diego, CA 92130 | 14065 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Coventry II DDR Buena Park Place LP<br>Attn James S Carr Esq. and<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12446 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Coventry II DDR Buena Park Place LP<br>Attn James S Carr Esq. and<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12450 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Coventry II DDR Buena Park Place LP<br>Attn James S Carr Esq. and<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12450 | Exhibit D<br>Misclassified Claims to be Reclassified |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Coventry II DDR Buena Vista Park Place LP Attn: James S. Carr Esq & Robert L. LeHane Esq Kelly Drye & Warren LLP 101 Park Ave New York, NY 10178 | 13562 | Exhibit E Invalid Claims to be expunged |
| Coventry II DDR Merriam Village LLC Attn James S Carr & Robert L LeHane Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 13522 | Exhibit C Reduction of Certain Partially Invalid Claims |
| DDR 1st Carolina Crossings South LLC c/o Developers Diversified Realty Corporation Attn Eric C Cotton Associate General Counsel 3300 Enterprise Pkwy Beachwood, OH 44122 | 13558 | Exhibit H Amended Claims to be Expunged |
| DDR 1st Carolina Crossings South LLC Attn James S Carr Esq. Robert L LeHane Esq. Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 14982 | Exhibit C Reduction of Certain Partially Invalid Claims |
| DDR 1st Carolina Crossings South LLC Attn James S Carr Esq. and Robert L Lehane Esq. Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 13540 | Exhibit C Reduction of Certain Partially Invalid Claims |
| DDR Arrowhead Crossing LLC c/o Developers Diversified Realty Corporation Attn Eric C Cotton Associate General Counsel 3300 Enterprise Pkwy Beachwood, OH 44122 | 13546 | Exhibit H Amended Claims to be Expunged |
| DDR Arrowhead Crossing LLC Attn James S Carr Esq. Robert L LeHane Esq. Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 13468 | Exhibit C Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDR Arrowhead Crossing LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14949 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Arrowhead Crossing LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14949 | Exhibit D<br>Misclassified Claims to be Reclassified |
| DDR Crossroads Center LLC<br>Attn James S Carr Esq. and<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12441 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Highland Grove LLC<br>Attn James S Carr Esq Robert L LeHane Esq<br>Kelley Dry & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 9838 | Exhibit E<br>Invalid Claims to be expunged |
| DDR Highland Grove LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Dry & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13455 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Homestead LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 9846 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Horseheads LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | 10009 | Exhibit H<br>Amended Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDR Horseheads LLC<br>c/o Developers Diversified Realty<br>Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 13525 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Horseheads LLC<br>Attn James S Carr and<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13458 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDR Horseheads LLC<br>Attn James S Carr Esq. and Robert L<br>LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14976 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDR McFarland Plaza LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 9836 | Exhibit E<br>Invalid Claims to be expunged |
| DDR MDT Asheville<br>River Hills<br>c/o Developers Diversified Realty<br>Corporation<br>Attn Eric C Cotton Assoc Gen Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 8983 | Exhibit H<br>Amended Claims to be Expunged |
| DDR MDT Asheville River Hills<br>Attn James S Carr & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12445 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDR MDT Asheville River Hills<br>Attn James S Carr Esq. &<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14943 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDR MDT Grandville Marketplace LLC<br>c/o Developers Diversified Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn: Eric C. Cotton, Esq. | 12443 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR MDT Monaca Township Marketplace LLC<br>Attn James S Carr Esq. and Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13564 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR MDT Monaca Township Marketplace LLC<br>Attn James S Carr Esq. and Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14946 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR MDT Woodfield Village LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 12748 | Exhibit H<br>Amended Claims to be Expunged |
| DDR MDT Woodfield Village LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14981 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR MDT Woodfield Village LLC<br>Attn James S Carr Esq.<br>Robert LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12698 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Miami Avenue LLC<br>Attn James S Carr Esq. and Robert L Lehane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12838 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDR Miami Avenue LLC<br>Attn James S Carr Esq. and<br>Robert L Lehane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14925 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Miami Avenue LLC<br>Attn James S Carr Esq. and<br>Robert L Lehane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14925 | Exhibit D<br>Misclassified Claims to be Reclassified |
| DDR Miami Avenue LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 12723 | Exhibit H<br>Amended Claims to be Expunged |
| DDR MT Monaca<br>Developers Diversified Realty Corporation<br>Attn Eric C Cotton Assoc Gen Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 13589 | Exhibit H<br>Amended Claims to be Expunged |
| DDR SAU Wendover Phase II LLC<br>Attn  James S. Carr Esq &<br>Rober L LeHane Esq<br>Kelley Dry & Warren LLP<br>101 Park Ave New York NY 10178 | 14947 | Exhibit F<br>Late Filed Claims to be Expunged |
| DDR SAU Wendover Phase II LLC<br>Attn James S Carr Esq. &<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13460 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR SAU Wendover Phase II LLC<br>Attn James S. Carr Esq. & Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14947 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Cary LLC<br>Attn James S Carr Esq. &<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14941 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDR Southeast Cary LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>101 Park Ave<br>New York, NY 10178 | 12700 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Cary LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton Assoc Gen Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 8701 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Southeast Cary LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton Assoc Gen Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 13470 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Southeast Culver City DST<br>c/o Developers Diversified Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn: Eric C. Cotton, Esq. | 12715 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Culver City DST<br>c/o Developers Diversified Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn: Eric C. Cotton, Esq. | 14952 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Culver City DST<br>c/o Developers Diversified Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn: Eric C. Cotton, Esq. | 13548 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Southeast Dolthan LLC<br>c/o Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, New York 10178<br>attn: James S. Carr, Esq.<br>Robert L. Lehane, Esq. | 13538 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Southeast Dothan LLC<br>c/o Kelly Drye & Warren LLP<br>James S. Carr, Esq.<br>Robert L. LeHane, Esq.<br>101 Park Avenue<br>New York, NY 10178 | 14944 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDR Southeast Dothan LLC<br>c/o Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>attn: James S. Carr, Esq.<br>Robert L. Lehane, Esq. | 12483 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDR Southeast Highlands Ranch LLC<br>c/o Developers Diversified<br>Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn:  Eric C. Cotton, Esq. | 14933 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDR Southeast Highlands Ranch LLC<br>c/o Developers Diversified Real Estate<br>Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn:  Eric C. Cotton, Esq. | 13584 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Southeast Highlands Ranch LLC<br>c/o Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>attn: James S. Carr, Esq.<br>Robert L. Lehane, Esq. | 13556 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDR Southeast Loisdale LLC<br>c/o Developers Diversified<br>Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn:  Eric C. Cotton, Esq. | 13469 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDR Southeast Loisdale LLC<br>c/o Developers Diversified<br>Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn:  Eric C. Cotton, Esq. | 14975 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDR Southeast Loisdale LLC<br>c/o Developers Diversified Real Estate<br>Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn:  Eric C. Cotton, Esq. | 13521 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Southeast Olympia DST<br>c/o Developers Diversified<br>Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn:  Eric C. Cotton, Esq. | 14977 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDR Southeast Olympia DST<br>c/o Developers Diversified Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn: Eric C. Cotton, Esq. | 12842 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Southeast Olympia DST<br>c/o Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>attn: James S. Carr, Esq.<br>Robert L. Lehane, Esq. | 12843 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Rome LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 13544 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Southeast Rome LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13519 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Rome LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14987 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Rome LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14987 | Exhibit D<br>Misclassified Claims to be Reclassified |
| DDR Southeast Snellville LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13517 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Union LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Eric C. Cotton, Assoc. Gen. Counsel<br>Beachwood, OH 44122 | 12709 | Exhibit H<br>Amended Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDR Southeast Union LLC<br>c/o Kelly Drye & Warren LLP<br>James S. Carr, Esq.<br>Robert L. LeHane, Esq.<br>101 Park Avenue<br>New York, NY 10178 | 14963 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Union LLC<br>c/o Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>attn: James S. Carr, Esq.<br>Robert L. Lehane, Esq. | 12711 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Vero Beach LLC<br>c/o Developers Diversity Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>Attn:  Eric C. Cotton, Esq. | 14940 | Exhibit E<br>Invalid Claims to be expunged |
| DDR Southeast Vero Beach LLC<br>c/o Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, New York  10178<br>attn: James S. Carr, Esq.<br>Robert L. Lehane, Esq. | 13539 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Southeast Vero Beach LLC<br>Ronald Benderson, and David H. Baldauf<br>c/o Benderson Development Co., Inc.<br>570 Delaware Avenue<br>Buffalo, New York 14202<br>Attn: Ken Labenski | 9591 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRC Walks at Highwood Preserve I LLC<br>Attn James S Carr Esq. and<br>Robert L Lehane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13453 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRC Walks at Highwood Preserve I LLC<br>Attn James S Carr Esq. and<br>Robert L Lehane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14926 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDRC Walks at Highwood Preserve I LLC<br>Attn James S Carr Esq. and<br>Robert L Lehane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14926 | Exhibit D<br>Misclassified Claims to be Reclassified |
| DDRC Walks at Highwood Preserve I LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | 12658 | Exhibit H<br>Amended Claims to be Expunged |
| DDRC Walks at Highwood Preserve I LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | 13473 | Exhibit H<br>Amended Claims to be Expunged |
| DDRM Hilltop Plaza LP<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13516 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRM Hilltop Plaza LP<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14942 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRM Hilltop Plaza LP<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14942 | Exhibit D<br>Misclassified Claims to be Reclassified |
| DDRM Hilltop Plaza LP<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton Assoc Gen Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | 9917 | Exhibit H<br>Amended Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDRM Hilltop Plaza LP<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton Assoc Gen Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 13472 | Exhibit H<br>Amended Claims to be Expunged |
| DDRTC CC Plaza LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 13586 | Exhibit H<br>Amended Claims to be Expunged |
| DDRTC CC Plaza LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13554 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRTC CC Plaza LLC<br>Attn James S Carr Esq. Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14980 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRTC CC Plaza LLC<br>Attn James S Carr Esq. Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14980 | Exhibit D<br>Misclassified Claims to be Reclassified |
| DDRTC Creeks At Virginia Center LLC<br>c/o Developers Diversified Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>Attn: Eric C. Cotton, Esq. | 14954 | Exhibit E<br>Invalid Claims to be expunged |
| DDRTC Creeks At Virginia Center LLC<br>c/o Developers Diversified Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn: Eric C. Cotton, Esq. | 13583 | Exhibit H<br>Amended Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDRTC Creeks at Virginia Center LLC<br>c/o Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>attn: James S. Carr, Esq.<br>Robert L. Lehane, Esq. | 12436 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRTC McFarland Plaza LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13475 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRTC Newnan<br>Pavilion LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 13547 | Exhibit H<br>Amended Claims to be Expunged |
| DDRTC Newnan Pavilion LLC<br>Attn James S Carr Esq Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14927 | Exhibit E<br>Invalid Claims to be expunged |
| DDRTC Newnan Pavilion LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13464 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRTC Southlake Pavilion LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14924 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRTC Southlake Pavilion LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14924 | Exhibit D<br>Misclassified Claims to be Reclassified |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDRTC Southlake Pavilion LLC<br>Attn James S Carr Esq. &<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13550 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDRTC Southlake Pavilion LLC<br>c/o Developers Diversified Realty<br>Corporation<br>Attn Eric C Cotton Assoc Gen Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 13588 | Exhibit H<br>Amended Claims to be Expunged |
| DDRTC T & C LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14979 | Exhibit E<br>Invalid Claims to be expunged |
| DDRTC T & C LLC<br>Attn James S Carr Esq. &<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13555 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDRTC T & C LLC<br>c/o Developers Diversified Realty<br>Corporation<br>Attn Eric C Cotton Assoc Gen Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 13585 | Exhibit H<br>Amended Claims to be Expunged |
| Developers Diversified<br>Realty Corporation<br>c/o Kelley Drye &<br>Warren LLP<br>Attn James S Carr &<br>Robert L LeHane Esq.<br>101 Park Ave<br>New York, NY 10178 | 13459 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Developers Diversified Realty Corp.<br>Kelley Drye & Warren LLP<br>Attn James S Carr &<br>Robert L LeHane Esq.<br>101 Park Ave<br>New York, NY 10178 | 13456 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Developers Diversified Realty Corporation  Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 9837 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Developers Diversified Realty Corporation  Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 9837 | Exhibit D<br>Misclassified Claims to be Reclassified |
| Developers Diversified Realty Corporation<br>Attn Eric C Cotton Assoc Gen Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | 9839 | Exhibit H<br>Amended Claims to be Expunged |
| Developers Diversified Realty Corporation<br>Attn Eric C Cotton Assoc Gen Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | 9840 | Exhibit H<br>Amended Claims to be Expunged |
| Developers Diversified Realty Corporation<br>Attn James S Carr Esq. &<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14962 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Developers Diversified Realty Corporation<br>Attn James S Carr Esq. &<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14442 | Exhibit H<br>Amended Claims to be Expunged |
| E&A Northeast Limited Partnership<br>c/o Christine D. Lynch, Esq.<br>Goulston & Storrs P.C.<br>400 Atlantic Avenue<br>Boston, MA  02110-3333 | 12553 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| E&A Northeast Limited Partnership<br>c/o Christine D. Lynch, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA. 02110-3333 | 14232 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| EEL MCKEE LLC<br>ATTN GARY M KAPLAN<br>FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY ST 17TH FL<br>SAN FRANCISCO, CA 94104 | 8262 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| EEL MCKEE LLC<br>ATTN GARY M KAPLAN<br>FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY ST 17TH FL<br>SAN FRANCISCO, CA 94104 | 12849 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| EEL MCKEE LLC<br>ATTN GARY M KAPLAN<br>FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY ST 17TH FL<br>SAN FRANCISCO, CA 94104 | 8262 | Exhibit D<br>Misclassified Claims to be<br>Reclassified |
| EEL MCKEE LLC<br>ATTN GARY M KAPLAN<br>FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY ST 17TH FL<br>SAN FRANCISCO, CA 94104 | 13722 | Exhibit E<br>Invalid Claims to be expunged |
| EEL MCKEE LLC<br>ATTN GARY M KAPLAN<br>FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY ST 17TH FL<br>SAN FRANCISCO, CA 94104 | 13719 | Exhibit G<br>Duplicate Claims to be Expunged |
| EEL MCKEE LLC<br>ATTN GARY M KAPLAN<br>FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY ST 17TH FL<br>SAN FRANCISCO, CA 94104 | 8278 | Exhibit G<br>Duplicate Claims to be Expunged |
| EEL MCKEE LLC<br>ATTN GARY M KAPLAN<br>FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY ST 17TH FL<br>SAN FRANCISCO, CA 94104 | 12687 | Exhibit H<br>Amended Claims to be Expunged |
| GMS Golden Valley Ranch LLC<br>c/o Terramar Retail Centers<br>5973 Avenida Encinas<br>Carlsbard, CA 92008<br>Attn: Michael Strahs | 10778 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| GMS Golden Valley Ranch LLC<br>c/o Terramar Retail Centers<br>5973 Avenida Encinas<br>Carlsbard, CA 92008<br>Attn: Michael Strahs | 10779 | Exhibit E<br>Invalid Claims to be expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| GMS Golden Valley Ranch LLC<br>c/o Terramar Retail Centers<br>5973 Avenida Encinas<br>Carlsbard, CA 92008<br>Attn: Michael Strahs | 13108 | Exhibit E<br>Invalid Claims to be expunged |
| GS Erie LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14957 | Exhibit E<br>Invalid Claims to be expunged |
| GS Erie LLC<br>Attn James S Carr Esq. &<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13463 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| GSII Brook Highland LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13565 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| GSII Green Ridge LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14984 | Exhibit E<br>Invalid Claims to be expunged |
| GSII Green Ridge LLC<br>Attn James S Carr Esq. and<br>Robert L Lehane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12668 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| GSII Green Ridge LLC<br>c/o Developers Diversified Realty<br>Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 9926 | Exhibit H<br>Amended Claims to be Expunged |
| HAYWARD 880 LLC<br>1809 7TH AVE STE 1002<br>SEATTLE, WA 98101 | 13502 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| HAYWARD 880 LLC<br>1809 7TH AVE STE 1002<br>SEATTLE, WA 98101 | 7168 | Exhibit G<br>Duplicate Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| HAYWARD 880 LLC<br>1809 7TH AVE STE 1002<br>SEATTLE, WA 98101 | 12361 | Exhibit G<br>Duplicate Claims to be Expunged |
| Hayward 880 LLC<br>Attn: Paul S. Bliley, Jr., Esq.<br>Williams Mullen<br>P.O Box 1320<br>Richmond, VA 23218-1320 | 13506 | Exhibit G<br>Duplicate Claims to be Expunged |
| Hayward 880 LLC<br>Attn: Paul S. Bliley, Jr., Esq.<br>Williams Mullen<br>P.O Box 1320<br>Richmond, VA 23218-1320 | 13501 | Exhibit G<br>Duplicate Claims to be Expunged |
| Inland Sau Greenville Point LLC<br>c/o Developers Diversified Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn: Eric C. Cotton, Esq. | 12592 | Exhibit H<br>Amended Claims to be Expunged |
| Inland Southeast Newnan LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 10080 | Exhibit E<br>Invalid Claims to be expunged |
| Inland Southeast Vero Beach LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 9937 | Exhibit E<br>Invalid Claims to be expunged |
| Interstate Augusta Properties LLC<br>c/o Christine D. Lynch, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA. 02110-3333 | 12550 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Interstate Augusta Properties LLC<br>c/o Christine D. Lynch, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA. 02110-3333 | 14229 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| JDN Realty Corp.<br>c/o Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>attn: James S. Carr, Esq.<br>Robert L. Lehane, Esq. | 13461 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| JDN Realty Corporation<br>c/o Developers Diversity Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>Attn: Eric C. Cotton, Esq. | 9835 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| JDN Realty Corporation<br>c/o Developers Diversity Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>Attn: Eric C. Cotton, Esq. | 9835 | Exhibit D<br>Misclassified Claims to be Reclassified |
| Laguna Gateway Phase 2 LP<br>Attn John L Pappas<br>c o Pappas Investments<br>2020 L St 5th Fl<br>Sacramento, CA 95814 | 12917 | Exhibit E<br>Invalid Claims to be expunged |
| Laguna Gateway Phase 2 LP<br>c/o Pappas Investments<br>2020 L St 5th Fl<br>Sacramento, CA 95814 | 12918 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Laguna Gateway Phase 2 LP<br>c/o Pappas Investments<br>2020 L St 5th Fl<br>Sacramento, CA 95814 | 14066 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Little Britain Holdings, LLC<br>c/o Robert E. Greenberg, Esq.<br>Friedlander Misler PLLC<br>1101 17th St NW Ste 700<br>Washington, DC 20036 | 11799 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Manteca Stadium Park  LP<br>c/o Kitchell Development Company<br>853 Camino Del Mar Ste 200<br>Del Mar, CA  92014 | 12659 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Manteca Stadium Park  LP<br>c/o Kitchell Development Company<br>853 Camino Del Mar Ste 200<br>Del Mar, CA  92014 | 14069 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Manteca Stadium Park LP<br>Attn Donald Glatthorn<br>c o Kitchell Development Company<br>853 Camino Del Mar Ste 200<br>Del Mar, CA 92014 | 12662 | Exhibit E<br>Invalid Claims to be expunged |
| NPP Development LLC<br>c/o Christine D. Lynch, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA. 02110-3333 | 12551 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| NPP Development LLC<br>c/o Christine D. Lynch, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA. 02110-3333 | 14228 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| OTR Clairemont Square<br>Attn Julia A Viskanta<br>c/o State Teachers Retirement System of Ohio<br>44 Montgomery St Ste 2388<br>San Francisco, CA 94104-4704 | 12649 | Exhibit G<br>Duplicate Claims to be Expunged |
| OTR-Claremont Square<br>c/o State Teachers Retirement System of Ohio<br>44 Montgomery Street, Suite 2388<br>San Francisco, CA 94104-4704<br>Attn:  Julie A. Viskanta | 12650 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Ray Muccis, Inc.<br>c/o Christine D. Lynch, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA. 02110-3333 | 12552 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Ray Muccis, Inc.<br>c/o Christine D. Lynch, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA. 02110-3333 | 14230 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Riverdale Retail Associates LC<br>c/o Kelly Drye &<br>Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>attn: James S. Carr, Esq.<br>Robert L. Lehane, Esq. | 12654 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Riverdale Retail Associates LC<br>c/o Developers Diversified Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn:  Eric C. Cotton, Esq. | 14983 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Riverdale Retail Associates LC<br>c/o Developers Diversified Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn:  Eric C. Cotton, Esq. | 14983 | Exhibit D<br>Misclassified Claims to be Reclassified |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Riverdale Retail Associates LC c/o Developers Diversified Real Estate Corp. 3300 Enterprise Parkway Beachwood, Ohio 44122 attn: Eric C. Cotton, Esq. | 10165 | Exhibit H Amended Claims to be Expunged |
| Route 146 Millbury LLC c/o Christine D. Lynch, Esq. Goulston & Storrs, P.C. 400 Atlantic Avenue Boston, MA. 02110-3333 | 12554 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Route 146 Millbury LLC c/o Christine D. Lynch, Esq. Goulston & Storrs, P.C. 400 Atlantic Avenue Boston, MA. 02110-3333 | 14234 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Sim Vest Real Estate II, LLC c/o Michael St. James, St. James Law, P.C. 155 Montgomery Street, Suite 1004 San Francisco, CA 94111 | 5094 | Exhibit G Duplicate Claims to be Expunged |
| SimVest Real Estate II, LLC c/o Michael St.James, St. James Law, P.C. 155 Montgomery Street, Suite 1004 San Francisco, CA 94111 | 4334 | Exhibit C Reduction of Certain Partially Invalid Claims |
| SM Newco Hattiesburg LLC c/o Developers Diversified Real Estate Corp. 3300 Enterprise Parkway Beachwood, Ohio 44122 attn: Eric C. Cotton, Esq. | 14937 | Exhibit C Reduction of Certain Partially Invalid Claims |
| SM Newco Hattiesburg LLC c/o Kelly Drye & Warren LLP 101 Park Avenue New York, NY 10178 attn: James S. Carr, Esq. Robert L. Lehane, Esq. | 12451 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Sweetwater Associates Limited Partnership Attn Kerrie L Ozarski Real Estate Manager c o StepStone Real Estate Services 1660 Union St 4th Fl San Diego, CA 92101-2926 | 12729 | Exhibit E Invalid Claims to be expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Sweetwater Associates Limited Partnership<br>c/o StepStone Real Estate Services<br>1660 Union Street, 4th Floor<br>San Diego CA 92101-2926<br>Attn: Kerrie L. Ozrski, Real Estate Manager | 12730 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Sweetwater Associates Limited Partnership<br>c/o StepStone Real Estate Services<br>1660 Union Street, 4th Floor<br>San Diego CA 92101-2926<br>Attn: Kerrie L. Ozrski, Real Estate Manager | 14074 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| The Stewart Perry Company Inc<br>c/o Molly Taylor<br>Bradley Arant Boult Cummings LLP<br>1819 5th Ave N<br>Birmingham, AL 35203 | 7731 | Exhibit E<br>Invalid Claims to be expunged |