# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:

CIRCUIT CITY STORES, INC., *et al.*,

                Debtors.

Case No. 08-35653-KRH
Chapter 11
(Jointly Administered)

## NOTICE OF WITHDRAWAL OF APPEARANCE OF THOMAS O. BEAN, ESQUIRE, ON BEHALF OF HORIZON TECHNOLOGY, LLC

**PLEASE TAKE NOTICE** that Thomas O. Bean, Esquire, of the law firm McDermott Will & Emery LLP, by local counsel, hereby withdraws his appearance (*pro hac vice*) on behalf of Horizon Technology, LLC in the above-referenced bankruptcy cases and in the related adversary proceeding styled as *Siegel v. Horizon Technology, LLC* (Adv. Pro. No. 10-03322-KRH) (the "Adversary Proceeding"), in that the Adversary Proceeding has been dismissed with prejudice.

Dated: May 27, 2011

HORIZON TECHNOLOGY, LLC

By: /s/ Sheila deLa Cruz
        Counsel

Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500

---

| | |
|---|---|
| Sheila deLa Cruz (VSB No. 65395) | Thomas O. Bean, Esq. |
| Hirschler Fleischer, P.C. | McDermott Will & Emery LLP |
| The Edgeworth Building | 28 State Street |
| 2100 East Cary Street | Boston, MA 02109-1775 |
| Richmond, Virginia 23223 | Phone: (617) 535-4426 |
| P.O. Box 500 | Facsimile: (617) 535-3800 |
| Richmond, Virginia 23218-0500 | Email: tbean@mwe.com |
| Phone: (804) 771-9500 | |
| Facsimile: (804) 644-0957 | |
| Email: sdelacruz@hf-law.com | |

*Counsel for Horizon Technology, LLC*

Phone: (804) 771-9500
Facsimile: (804) 644-0957
Email: sdelacruz@hf-law.com

and

Thomas O. Bean, Esq. (admission *pro hac vice*)
McDermott Will & Emery LLP
28 State Street
Boston, MA  02109-1775
Phone: (617) 535-4426
Facsimile: (617) 535-3800
Email: tbean@mwe.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2011, I caused a true and correct copy of the foregoing Notice of Withdrawal to be electronically served by the Court's CM/ECF system to counsel for all necessary parties, including counsel for the Debtors, the Trustee of the Circuit City Stores, Inc. Liquidating Trust, and to the Office of the U.S. Trustee.


       /s/ Sheila deLa Cruz
       Counsel