UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Virginia

In re: )
)
CIRCUIT CITY STORES, INC., et al.,) Chapter 11
) Case No. 08-35653 (KRH)
Debtor. )
_____)

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF ROLAND GARY JONES

**COMES NOW** Douglas Scott of the law firm of DOUGLAS A. SCOTT, PLC ("DAS") to move the admission *pro hac vice* of Roland Gary Jones of the New York Bar pursuant to LR 2009-1(E)(2) of the Rules of this Court, and in support thereof, respectfully represents to the Court as follows:

1. Mr. Jones is a member in good standing of the New York Bar and of the United States District Courts for the Southern and Eastern Districts of New York.

2. Mr. Jones is familiar with the requirements of LR 2009-1(E)(2), and hereby agrees to abide by the terms of such Rule and any further directives of this Court.

3. The undersigned is also familiar with the requirements of LR 2009-1(F), (G) and (H) and will conduct himself accordingly.

DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23220
Counsel to Interactive Toy Concepts, Inc.

4. This Motion was previously filed in Docket No. 9684. *See* Attached. However, it would appear that the required Certification was *not* attached, and the Pro Hac Vice Order was therefore not entered.

5. The Application of Mr. Jones required by LR 2090-1(E)(2) is attached hereto as Exhibit A.

**WHEREFORE**, the undersigned respectfully moves the Court to admit Mr. Jones to appear in this case *pro hac vice* and to award to him such other and further relief as may be just and proper.

Date: May 29, 2011

\s\ Douglas Scott
Douglas Scott, VSB No. 28211
DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23220
☎ 804.257.9860
BankruptcyCounsel@gmail.com

-and-

Roland G. Jones, Esquire
Jones and Associates
1230 6th Avenue, 7th Floor
New York, New York 10020
(646) 964-6461
rgj@rolandjones.com
Counsel for Interactive Toy Concepts, LTD

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the foregoing was sent *via* the U.S. Bankruptcy Court ECF system on May 29, 2011 to the Office of the United States Trustee.

/s/ Douglas Scott

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 10-03241,* Case Name Circuit City Stores, Inc. v. Interactive Toy Concepts, Inc.

PERSONAL STATEMENT

FULL NAME (no initials, please) __Roland Gary Jones__
Bar Identification Number __RGJ-6902__ State __New York__
Firm Name __Jones & Associates__
Firm Phone # __(646) 964-6461__ Direct Dial # __(646) 964-6461__ FAX # __(212) 202-4416__
E-Mail Address __rgj@rolandjones.com__
Office Mailing Address __1230 6th Avenue 7th Floor, New York, New York 10020__
Name(s) of federal court(s) in which I have been admitted __Southern and Eastern District of New York__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar pro hac vice admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant pro hac vice.

_____         December 20, 2010
(Signature)                       (Date)

__Douglas A. Scott, PLC__
(Typed or Printed Name)

EXHIBIT A

*Pro hac vice admission in a case shall include an adversary proceeding(s) in the case.

Court Use Only:

The motion for admission is GRANTED _____ or DENIED _____

_____         _____
(Judge's Signature)               (Date)

Ver. 11/05/09 [effective 12/01/09]

File: Case 08-35653-KRH  Doc 10796    Filed 05/29/11    Entered 05/29/11 17:45:15    Desc
Main Document    Page 5 of 7

08-35653-KRH Circuit City Stores, Inc.
Type: bk
Assets: y
Chapter: 11 v
Judge: KRH
Office: 3 (Richmond)
Case Flag: JNTADMN, Appeal

## U.S. Bankruptcy Court
### Eastern District of Virginia

Notice of Electronic Filing

The following transaction was received from Douglas Scott entered on 12/22/2010 at 11:30 AM EST and filed on 12/22/2010
Case Name:     Circuit City Stores, Inc. and Interactive Toy Concepts, Inc
Case Number:   08-35653-KRH
Document Number: 9684

Docket Text:
Motion to Appear Pro Hac Vice re Roland Gary Jones filed by Douglas Scott of Douglas A. Scott, PLC on behalf of Interactive Toy Concepts, Inc. (Scott, Douglas)

The following document(s) are associated with this transaction:

Document description: Main Document
Original filename: Pro Hac Vice Motion __KRH.pdf
Electronic document Stamp:
[STAMP VAEBStamp_ID=875559604 [Date=12/22/2010] [FileNumber=17032655-0
] [3c6475208d8b417cd8f2966bcba912da6fbc903c6e7a6b7044089a2c3484c0fd011
8c0567716Ie4c2460104a0826beab62a9cdcb1ba21b0120c6b15a0c378525]]

08-35653-KRH Notice will be electronically mailed to:

Robin S. Abramowitz on behalf of Creditor Bond Circuit VIII Delaware Business Trust
abramowitz@larype.com

Angela Sheffler Abreu on behalf of Creditor PNY Technologies, Inc.
aabreu@mccarter.com, mreynolds@mccarter.com

Benjamin C. Ackerly on behalf of Creditor COMSYS Information Technology Services, Inc. and COMSYS Services, LLC
backerly@hunton.com, cloving@hunton.com

Robert D. Albergotti on behalf of Creditor Universal Display and Fixtures Company
robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com

Christopher M. Alston on behalf of Creditor 507 Northgate LLC
alstc@foster.com, ristj@foster.com

Mark K. Ames on behalf of Creditor Commonwealth of Virginia, Department of Taxation
marktacs@gmail.com

Heather Lynn Anderson on behalf of Creditor State of New Jersey, Division of Taxation
Heather.Anderson@dol.lps.state.nj.us

James E. Anklam on behalf of Defendant Active Media Services, Inc.
jamesanklam@paulhastings.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Virginia

In re:                              )
                                    )
CIRCUIT CITY STORES, INC., et al.,) Chapter 11
                                    ) Case No. 08-35653 (KRH)
        Debtor.                     )
                                    )
_____)

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF ROLAND GARY JONES

COMES NOW Douglas Scott of the law firm of DOUGLAS A. SCOTT, PLC ("DAS") to move the admission *pro hac vice* of Roland Gary Jones of the New York Bar pursuant to LR 2009-1(E)(2) of the Rules of this Court, and in support thereof, respectfully represents to the Court as follows:

1.  Mr. Jones is a member in good standing of the New York Bar and of the United States District Courts for the Southern and Eastern Districts of New York.

2.  Mr. Jones is presently appearing before this Court pursuant to a *Pro Hac Vice* Order of this Court in *Official Committee of Unsecured Creditors v. W. C. Funding, Inc.*, Ad. Proc. No. 10-01232-SSM, in the Alexandria Division.

3.  Mr. Jones is familiar with the requirements of LR 2009-1(E)(2), and hereby agrees to abide by the terms of such Rule and any further directives of this Court.

DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23220
Counsel to W. C. Funding, Inc.

4. The undersigned is also familiar with the requirements of LR 2009-1(F), (G) and (H) and will conduct himself accordingly.

5. The Application of Mr. Jones required by LR 2090-1(E)(2) is attached hereto as Exhibit A.

WHEREFORE, the undersigned respectfully moves the Court to admit Mr. Jones to appear in this case *pro hac vice* and to award to him such other and further relief as may be just and proper.

Date: December 22, 2010.

\s\ Douglas Scott
Douglas Scott, VSB No. 28211
DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23220
☎804.257.9860
BankruptcyCounsel@gmail.com

-and-

Roland G. Jones, Esquire
Jones and Associates
1230 6th Avenue, 7th Floor
New York, New York 10020
(646) 964-6461
rgj@rolandjones.com
Counsel for Interactive Toy Concepts, LTD

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the foregoing was sent *via* the U.S. Bankruptcy Court ECF system on this, the 22nd day of December 2010, to the Office of the United States Trustee.

/s/ Douglas Scott