United States Bankruptcy Court for the Eastern District of Virginia

```
RICHMOND DIVISION
F                    F
I    MAY 3 1 2011    I
L                    L
E                    E
D        CLERK       D
US BANKRUPTCY COURT
```

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Circuit City Stores, Inc.; Case No. 08-35653 (KRH) |
| Creditor Name and Address: | Seagate Technology LLC<br>Lawrence Schwab & Gaye Heck<br>Bialson, Bergen & Schwab, a Professional Corporation<br>2600 El Camino Real, Ste. 300, Palo Alto, CA 94306 |
| Court Claim Number (if known): | 9495 |
| Date Claim Filed: | 1/30/09 |
| Total Amount of Claim Filed: | $1,765,132.75 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: May 24, 2011

Print Name: Gaye Nell Heck

Title (if applicable): Attorney for Creditor

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

# ORIGINAL

**BIALSON, BERGEN & SCHWAB**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CALIFORNIA 94306

TELEPHONE
(650) 857-9500

FACSIMILE
(650) 494-2738

E-MAIL: atty@bbslaw.com

SEYMOUR BERGEN
(1923-2003)

ANNETTE G. BIALSON
RETIRED

*Via U.S. Mail*

May 24, 2011

Clerk of the Court
U.S. Bankruptcy Court, Eastern District of Virginia
Richmond Division
701 East Broad Street, Suite 4000
Richmond, VA 23219

    Re:   *In re: Circuit City Stores, Inc., et. al.*
              **Case no. 08-35653 (KRH)**

Dear Sir or Madam,

Enclosed please find the original and one copy of the Withdrawals of Claim Nos. 9495 and 14087, which were filed in the above referenced case on 1/30/09 and 6/30/09, respectively. Please file these documents and return the file-stamped copy to our office in the enclosed self-addressed envelope.

If you have any questions, please feel free to contact me by telephone at (650) 857-9500 or by e-mail at Yessenia@bbslaw.com.

                                Sincerely,

                                BIALSON BERGEN & SCHWAB

                                Yessenia Rojas
                                Paralegal

Enclosure