Warren Norred
Law Office of Warren Norred
Arlington, Texas 76010
817-704-3984 office, 817-561-0161 fax
Attorney for DSA Construction LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| CIRCUIT CITY STORES, INC. | § | CASE NO. 08-35653-KRH |
| (Debtors) | § | Chapter No: 11 |
| | § | |

**WITHDRAWAL of CLAIM 289 by DSA CONSTRUCTION LLC**

NOW COMES, DSA Construction LLC, in the above-entitled bankruptcy proceeding, by and through its representative, and withdraws its proof of claim, numbered 289, filed on or about November 18, 2008.

> Respectfully submitted,
> /s/ Warren V. Norred
> Warren Norred
> 200 E. Abram, Suite 300
> Arlington, TX 76010
> 817-704-3984 office, 817-561-0161 fax
> Attorney for DSA Construction

**Certificate of Service -** I hereby certify that the foregoing was faxed or emailed by agreement to Plaintiff by certified mail on May 28, 2011.

_____
Warren Norred

| | |
|---|---|
| Filed This 1st Day of June, 2011 | BY:  TAVENNER & BERAN, PLC |

                                 */s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

                                  - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

                                  - and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust*