RICHMOND DIVISION
FILED
JUN 0 1 2011
CLERK
US BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | * | BANKRUPTCY CASE |
| | * | NO. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., | * | |
| et al., | * | JOINTLY ADMINISTERED |
| | * | |
| Debtors. | * | CHAPTER 11 PROCEEDING |

### RESPONSE OF SHERWOOD PROPERTIES, LLC TO LIQUIDATING TRUST'S NINTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS AND DISALLOWANCE OF CERTAIN INVALID CLAIMS

COMES NOW, Sherwood Properties, LLC, and responds to Liquidating Trust's Ninth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims) as follows:

-1-

Claim No. 1226 was amended by Claim No. 12487. Rent for November, 2008 should not be reduced to $22,224.00. The rent was $31,748.00. Further, taxes are correct at $33,290.00.

-2-

Claim No. 12490 is correct as filed. Circuit City Stores, Inc. should provide proof of payment of post-petition taxes, plus three months' rent through March, 2009 when the store closed.

This 27th day of May, 2011.

                                    Respectfully submitted,

                                    */s/ Walter W. Kelley*
                                    Walter W. Kelley
                                    KELLEY, LOVETT & BLAKEY, P.C.
                                    Attorney for Sherwood Properties, LLC
                                    P.O. Box 70879
                                    Albany, GA   31708
                                    GA Bar No. 412337
                                    (229) 888-9128
                                    wkelley@kelleylovett.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | * | BANKRUPTCY CASE |
| | * | NO. 08-35653 |
| CIRCUIT CITY STORES, INC., | * | |
| et al., | * | JOINTLY ADMINISTERED |
| | * | |
| Debtors. | * | CHAPTER 11 PROCEEDING |

## CERTIFICATE OF SERVICE

I, Walter W. Kelley do hereby certify that a true and correct copy of the foregoing RESPONSE OF SHERWOOD PROPERTIES, LLC TO LIQUIDATING TRUST'S NINTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS AND DISALLOWANCE OF CERTAIN INVALID CLAIMS has been served by pre-paid regular U.S. Mail upon the following parties in interest on the 27th day of May, 2011.

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHULSKI STANGZIEHL & JONES, LLP
10100 Santa Monica Boulevard
Los Angeles, CA   90067-4100

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA   23219

/s/ Walter W. Kelley
Walter W. Kelley
KELLEY, LOVETT & BLAKEY, P.C.
Attorney for Sherwood Properties, LLC
P.O. Box 70879
Albany, GA   31708
GA Bar No. 412337
(229) 888-9128
wkelley@kelleylovett.com