# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.　　　Case No. 08-35653 (KRH)

　　　　　　　　　　　　　　　　　　　　　　Chapter 11

　　　　　　　　　　　　　　　　　　　　　　Court ID (court use only) _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **National Service Alliance** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **National Service Alliance**<br>Whitehead Randy<br>National Services Alliance NSA<br>6762 South 1300 East<br>Salt Lake City, UT 84121 |

**Claim No. 7922 filed for $268,362.87, reduced and allowed for $100,000.00**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____　　　　　Date: _____June 2, 2010_____
　　Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

NATIONAL SERVICE ALLIANCE, INC., a _DELAWARE_ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated May 24, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached hereto, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-35653 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of May 2011.

(Assignor)
NATIONAL SERVICE ALLIANCE, NIC.

By: _[signature]_
Name: _[signature]_
Title: _President_

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _[signature]_
Name: JANICE M. STANTON
Title: MEMBER

(Assignor)
WITNESS:

By: _[signature]_
Name: James G. Bolisort
Title: Director

## Schedule A
## National Service Alliance

| Debtor | Case Number | Allowed Amount | Proof of Claim Amt | Claim No. |
|---|---|---|---|---|
| Circuit City Stores, Inc. | 08-35653 | 100,000.00 | 268,362.87 | 7922 |

Seller
Buyer