UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re                                                                                          Chapter 11
    CIRCUIT CITY STORES, INC. et al.
                                                        Case No. 08-35653

            Debtors.                                                      (Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that National Service Alliance, Inc., a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to claim number 7922 be sent to the new address set forth below, effective as of the date hereof.

Former Address
National Service Alliance, Inc.
6762 South 1300 East
Salt Lake City, UT 84121

New Address
National Service Alliance, Inc.
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

NATIONAL SERVICE ALLIANCE, INC.

By: _____
Title: _President_
Date: 5-24-2011