## CERTIFICATE OF SERVICE

       I hereby certify that on this the 2nd day of June, 2011, a copy of the foregoing Response of ORIX Capital Markets, LLC to the Liquidating Trust's Ninth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Late Filed Claims and Disallowance of Certain Amended Claims) (Claim Nos. 12399, 12495, and 14244) was served electronically via the Court's CM/ECF electronic filing service and via first class U.S. mail, postage prepaid, upon the following:

       Jeffrey N. Pomerantz, Esq.
       Andrew W. Caine, Esq.
       Pachulski Stang Ziehl & Jones LLP
       10100 Santa Monica Boulevard
       Los Angeles, CA 90067

       Lynn L. Tavenner, Esq.
       Paula S. Beran, Esq.
       Tavenner & Beran, PLC
       20 North Eighth Street, 2nd Floor
       Richmond, VA 23219

       */s/ Kristen E. Burgers*
       Kristen E. Burgers