UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | Case No. 08-35653 |
| CIRCUIT CITY STORES, INC., | Chapter 11 |
| Debtor. | |

### DECLARATION OF DEMETRIOS MORAKIS IN SUPPORT OF RESPONSE OF CWCAPITAL ASSET MANAGEMENT LLC TO THE LIQUIDATING TRUST'S EIGHTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)
(Claim Nos. 12832 and 13950)

The undersigned, having been duly sworn, states as follows:

1. I am over eighteen (18) years of age.

2. I have personal knowledge of and am competent to testify as to each of the matters set forth herein.

3. I am a Vice President with CWCapital Asset Management LLC ("CWCapital"), 701 13th Street, NW, Suite 1000, Washington, DC 20005. CWCapital is the special servicer for a trust fund, the beneficial ownership of which is evidenced by various classes of mortgage pass-through certificates known as Nomura Asset Securities Corporation, Commercial Mortgage Pass-Through Certificates Series 1998-D6 (the "Trust").

4. I am responsible for managing CWCapital's interest in real property and improvements located at 109 Dunning Road, Orange County, New York and known as Store 3682 (the "Orange County Property").

Lawrence A. Katz (VSB No. 47664)
Kristen E. Burgers (VSB No. 67997)
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182-2707
P:  (703) 760-1600
F:  (703) 821-8949

*Counsel for CWCapital Asset Management LLC*

5. I have reviewed CWCapital's records with respect to the Orange County Property and have verified that the Trust foreclosed on the Orange County Property and that Dunning Road Holdings, LLC, a special purpose entity formed by the Trust, was the successful bidder at the foreclosure sale.

6. Based upon my review of CWCapital's records, I believe that CWCapital, as special servicer to the Trust, is the rightful claimant to any distributions made by the Debtor on account of claims in connection with Store No. 3682.

I DECLARE under the penalty of perjury under 28 U.S.C. §1746 that the contents of the foregoing affidavit are true and correct.

Dated:    June 2, 2011

_____
By: Demetrios Morakis

MC1#327533