UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | Case No. 08-35653 |
| CIRCUIT CITY STORES, INC., | Chapter 11 |
| Debtor. | |

**DECLARATION OF DEMETRIOS MORAKIS IN SUPPORT OF
RESPONSE OF CWCAPITAL ASSET MANAGEMENT LLC TO THE LIQUIDATING
TRUST'S TWENTY-FIRST OMNIBUS OBJECTION TO LANDLORD CLAIMS
(REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION
OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS
AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**
(Claim No. 13953)

The undersigned, having been duly sworn, states as follows:

1. I am over eighteen (18) years of age.

2. I have personal knowledge of and am competent to testify as to each of the matters set forth herein.

3. I am a Vice President with CWCapital Asset Management LLC ("CWCapital"), 701 13th Street, NW, Suite 1000, Washington, DC 20005. CWCapital is the special servicer for a trust fund, the beneficial ownership of which is evidenced by various classes of mortgage pass-through certificates known as Nomura Asset Securities Corporation, Commercial Mortgage Pass-Through Certificates Series 1998-D6 (the "Trust").

4. I am responsible for managing CWCapital's interest in real property and improvements located at 7701 North Division Street, Spokane, Washington and known as Store

Lawrence A. Katz (VSB No. 47664)
Kristen E. Burgers (VSB No. 67997)
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182-2707
P:   (703) 760-1600
F:   (703) 821-8949

*Counsel for CWCapital Asset Management LLC*

3331 (the "Spokane Property").

5. I have reviewed CWCapital's records with respect to the Spokane Property and have verified that the Trust foreclosed on the Orange County Property and that 7701 N. Division Street Holdings, LLC, a special purpose entity formed by the Trust, was the successful bidder at the foreclosure sale.

6. Based upon my review of CWCapital's records, I believe that CWCapital, as special servicer to the Trust, is the rightful claimant to any distributions made by the Debtor on account of claims in connection with Store No. 33331.

7. I have reviewed the payment records maintained by CWCapital in connection with the Spokane Property. Based upon my review of CWCapital's payment records, the amounts asserted by CWCapital in Claim No. 13953 are accurate.

I DECLARE under the penalty of perjury under 28 U.S.C. §1746 that the contents of the foregoing affidavit are true and correct.

Dated:     June 2, 2011

*[signature]*
By: Demetrios Morakis