1  THOMAS C. HORNE
   Attorney General
2  Firm Bar No. 14000

3  DENISE ANN FAULK
4  Assistant Attorney General
   State Bar No. 12700
5  1275 West Washington Street
   Phoenix, Arizona 85007-2926
6  Telephone: (520) 628-6647
7  Facsimile: (602) 542-1726
   Email: denise.faulk@azag.gov
8  Attorney for the Arizona Department of Revenue

9



RICHMOND DIVISION
F                    F
I    JUN 0 2 2011    I
L                    L
E                    E
D        CLERK       D
US BANKRUPTCY COURT

10            IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF VIRGINIA
11                     RICHMOND DIVISION

12  In re:                          In Proceedings Under
13                                  Chapter 11
    CIRCUIT CITY STORES, INC. et al.,
14                        Debtors.   Case No. 08-35653-KRH
15
16
17

18        RESPONSE TO LIQUIDATING TRUST'S OBJECTION TO
19  CLAIM NO. 14695 FILED BY THE ARIZONA DEPARTMENT OF REVENUE

20        The Arizona Department of Revenue ("Department") files its Response to the

21  Liquidating Trust's Objection to Claim No. 14695 filed by the Department (the "Objection")

22  and requests that the Court deny the Objection and allow the Department's Claim as follows:

23  I.    Relevant Factual History.

24        1.    The Debtors filed a Chapter 11 bankruptcy petition on November 10, 2008.

25        2.    On or about October 6, 2009, the Department filed its Second Amended Proof
26

1    of Claim, Proof of Claim No. 14695, against Debtor Circuit City Stores Incorporated

2    ("Debtor"), Case No. 08-35653-KRH, EIN 54-0493875.

3        3.      The Proof of Claim includes priority claims for Debtor's corporate income tax

4
5    liabilities for 2004, 2005 and 2006, and the November 2008 transaction privilege ("sales") tax

6    liability.

7        4.      The corporate liabilities are based on amended returns the Debtors filed. *See*

8    Amended Corporate Returns for 2004, 2005 and 2006, attached hereto as Exhibit "A."

9        5.      The Debtor amended its corporate returns and requested refunds. The
10
11   Department issued the refunds for fiscal years 2004 and 2005. *Id.*

12       6.      Next, the IRS rejected the amended returns, and the Debtor amended the

13   previously amended returns according to the IRS requirements. *Id.*

14       7.      The Debtor filed the amended return for Fiscal Year 2004, ending February 28,
15
16   2004, on the 2003 form; for Fiscal Year 2005, ending February 28, 2005, on the 2004 form;

17   and for Fiscal Year 2006, ending February 28, 2006, on the 2005 form.

18       8.      The Debtor notified the Department that it owed $131,372, $41,677, and

19   $33,996 for fiscal years 2004, 2005 and 2006, respectively. *Id.*

20       9.      The numbers on the Department's priority claim for fiscal years 2004 and 2005
21
22   are somewhat reversed from the Debtor's numbers, because the Debtor misallocated the refund

23   amounts between fiscal year 2004 and 2005.

24       10.     The tax amounts showing on the Proof of Claim for fiscal years 2004, 2005 and

25   2006 total $193,719.31, which is less than the $207,045 the Debtor admitted to owing for the

26   additional taxes for those years.

11.     The remainder of the Department's priority claim relates to the November 2008 transaction privilege ("sales") tax return.  The Debtor bifurcated the return into the pre and post-petition amounts and paid the $62,019.56 post-petition amount.  *See* November 2008 Transaction Privilege Tax Return, attached hereto as Exhibit "B."

12.     The Proof of Claim also includes general unsecured claims for the penalties that relate to the priority taxes and the unclaimed property from uncashed rebate checks.

13.     The unclaimed property portion of the Proof of Claim is based on documentation estimating the Department's claim from the Unclaimed Property Clearinghouse. *See* Exhibit "C."

14.     On the Trust filed the Objection.  Since that time, the Department and the Trust's attorneys have been working to resolve the Objection informally.

15.     The Trust filed the Objection, claiming

(a)     The Arizona DOR fails to identify the specific Debtor or Debtors against which Claim 14695 is asserted;

(b)     The amount of the claims asserted by the Arizona DOR through Claim 14695 are not reflected on the Debtors' books and records;

(c)     Upon information and belief, the Arizona DOR asserted some or all of the claims asserted through Claim 14695 based on the improper or erroneous applications of applicable law or calculations of the taxes claimed; and/or

(d)     The Arizona DOR did not provide any basis or support for the amounts asserted through Claim 14695.

Objection, page 7.

15.     As shown above,

(a)     The Department identified the specific Debtor on the

ORIGINAL of the foregoing
filed June 1, 2011, with:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

COPY of the foregoing sent *via* email
or telecopy June 1, 2011, to:

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telecopy: (310) 201-0760

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telecopy: (804) 783-0178

Ilan D. Scharf
PACHULSKI STANG ZIEHL & JONES LLP
ischarf@pszjlaw.com


/s/ D. Faulk
# 1954688 / BCE09-0038

# ARIZONA FORM 120X — Arizona Amended Corporation Income Tax Return   2005

For taxable year beginning **February 28, 2005**, and ending **February 28, 2006**

Mail return to: Arizona Department of Revenue, PO Box 29079, Phoenix, Arizona 85038-9079

CHECK ONE:
CALENDAR YEAR
FISCAL YEAR ☒

| Business telephone | Name | Federal employer ID number (FEIN) |
|---|---|---|
| 804-486-3710 | **CIRCUIT CITY STORES INC & SUBSIDAIRIES** | 54-0493875 |
| Business Code | Number and Street | Arizona withholding tax number |
| | **9950 MARYLAND DRIVE** | |
| | City or Town, State and ZIP code | Arizona TPT number |
| | **RICHMOND, VA  23233-1464** | |

Check box if:  ☐ Name Change  ☐ Address Change

For DOR use only

65

A  Correction of failure to check correct box on Form 120, question B to: (See instructions)
  1 ☐ Separate Company
  2 ☐ Combined (unitary group)
  3 ☐ Consolidated

B  Reason for filing Form 120X:
  1 ☒ Finalized federal audit (attach copy)
  2 ☐ Amended federal return (attach copy)
  3 ☐ Arizona adjustments only (see instructions)

C  This amended return changes Arizona method of filing to: (See instructions)
  1 ☐ Separate Company
  2 ☐ Combined (unitary group)

06A-57947-08

'09·A0060827·0003

88

85  **012809**

86  **0206**

DO NOT USE THE 2002 FORM 120X TO AMEND A PRIOR TAXABLE YEAR. USE THE FORM 120X FOR THE TAXABLE YEAR BEING AMENDED.

| | (a) As Original or Adjusted | (b) Net Change Increase or (decrease) | (c) Correct Amount | |
|---|---|---|---|---|
| 1 Taxable Income | 168,812,475 00 | 38,768,685 00 | 207,581,160 00 | 1 |
| 2 Additions to Taxable Income | 115,916,901 00 | (11,448,443) 00 | 104,468,458 00 | 2 |
| 3 Total Taxable Income - add lines 1 and 2 | 284,729,376 00 | 27,320,242 00 | 312,049,618 00 | 3 |
| 4 Subtractions from Taxable Income | 114,794,266 00 | | 114,794,266 00 | 4 |
| 5 Arizona adjusted income - subtract line 4 from line 3. WHOLLY ARIZONA CORPORATIONS GO TO LINE 13 | 169,935,110 | 27,320,242 | 197,255,352 | 5 |
| 6 Arizona adjusted income - from line 5 MULTISTATE CORPORATIONS ONLY | 169,935,110 | 27,320,242 | 197,255,352 | 6 |
| 7 Nonapportionable or allocable amounts. Multistate corporations only | 00 | 00 | | 7 |
| 8 Adjusted business income - subtract line 7 from line 6. | 169,935,110 00 | 27,320,242 00 | 197,255,352 00 | 8 |
| 9 Arizona apportionment ratio - from Schedule C or ACA | 0.017858 | | 0.017858 | 9 |
| 10 Income apportioned to Arizona - multiply line 8 by line 9. | 3,034,701 00 | 487,885 | 3,522,586 00 | 10 |
| 11 Other income allocated to Arizona. Multistate corporations only | 00 | | | 11 |
| 12 Income attributable to Arizona - add line 10 and 11. | 3,034,701 00 | 487,885 | 3,522,586 00 | 12 |
| 13 Arizona income before NOL - from line 5 or line 12 | 3,034,701 00 | 487,885 | 3,522,586 00 | 13 |
| 14 Arizona basis net operating loss carryforward - attach computation schedule | 00 | | | 14 |
| 15 Arizona taxable income - subtract line 14 from line 13 | 3,034,701 00 | 487,885 | 3,522,586 00 | 15 |
| 16 Tax - Tax is 6.968% of line 15 or $50 whichever is greater | 211,458 00 | 33,996 00 | 245,454 00 | 16 |
| 17 Tax from recapture of credits - Arizona Form 300, Part II, line 24 | | | | 17 |
| 18 Subtotal - add line 16 and line 17 | 211,458 00 | 33,996 00 | 245,454 00 | 18 |
| 19 Clean Elections Fund Tax Reduction | 00 | 00 | | 19 |
| 20 Nonrefundable tax credits - from Arizona Form 300, Part II, line 50 | 00 | 00 | 00 | 20 |
| 21 Credit type - enter form number for each credit claimed   [21] | | | | |
| 22 Tax liability - subtract the sum of line 19 and 20 from line 18 | 211,458 00 | 33,996 00 | 245,454 00 | 22 |
| 23 Clean Election Fund Tax Credit. See instructions before completing this line | 00 | | | 23 |
| 24 Tax Liability after Clean Election Fund tax credit - subtract lines 23 from 22 | 211,458 00 | 33,996 00 | 245,454 00 | 24 |
| 25 Refundable tax credit - see instructions | | | 25 | |
| 26 Credit type - enter form number for each refundable credit claimed  [26] | | | 26 | |
| 27 Retroactive consolidation tax payment credit - see instructions | | | 27 | |
| 28 Payments (extension, estimated) | | 297,000 | 28 | |
| 29 Payment with original return plus all payments after it was filed - from page 2, Schedule D | | | 29 | 00 |
| 30 Total payments - see instructions | | | 297,000 00 | 30 |
| 31 Overpayment, if any, as shown on original return or as later adjusted - see instructions | | | 85,542 | 31 |
| 32 Total payments applied to amended tax liability - subtract line 31 from line 30 | | | 211,458 00 | 32 |
| 33 TOTAL DUE - If line 24(c) is larger than line 32, enter the total due | | | 33,996 00 | 33 |
| 34 OVERPAYMENT - If line 32 is larger than line 24(c), enter the overpayment | | | | 34 |
| 35 Amount of line 34 to be applied to 2004 estimated tax | | | 00 | 35 |
| 36 Amount to be refunded - subtract line 35 from line 34 | | | 00 | 36 |

# COVERSHEET USE ONLY



COPY
Exhibit A

January 13, 2009

Arizona Department of Revenue
P.O. Box 29079
Phoenix, AZ 85038-9079

**SUBJECT:**    **Circuit City Stores, Inc. and affiliated debtors**
**Chapter 11 Bankruptcy – Lead Case Number 08-35653**
**Notice of non-payment of pre-petition tax**

To Whom It May Concern:

*Please be advised that on November 10, 2008 (the "Petition Date"), Circuit City Stores, Inc. and 17 affiliated debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Bankruptcy Code in the Bankruptcy Court of the Eastern District of Virginia (the "Bankruptcy Court"). For your reference, enclosed herewith is a copy of Annex A of the voluntary petition of Circuit City Stores, Inc. which lists all affiliated debtors.*

The attached spreadsheets show, in total, additional tax of $207,045 currently due to your jurisdiction. This additional tax due has been classified as a "pre-petition" obligation. Generally the Debtors are not allowed to make payments based on pre-petition liabilities. *Accordingly, this letter is to advise that no payment is enclosed at this time.* Please mark your records to indicate that the taxpayer and owner of this account is in Chapter 11 Bankruptcy.

Your jurisdiction has or will receive an official notice of the Debtor's Chapter 11 filing as well as subsequent notices. These notices will include instructions on how to file a claim for any pre-petition amounts owing that have not been paid. Additional information is also available on the Debtor's noticing agent's website at www.kccllc.com.

If you have any questions, please contact the undersigned at: (804) 486-3097 or by email at: Jeremy_Ewell@circuitcity.com.

Respectfully submitted,

Jeremy Ewell
Circuit City Stores, Inc.
Tax Manager

Enc:    Annex A of Voluntary Bankruptcy Petition

# CIRCUIT CITY
## CASH RECEIPT FORM

**DATE:** 9/23/2008

**AMOUNT:** $220,446.99

**RECEIVED FROM:** State of Arizona

**EXPLANATION:** Corporate Tax refund FY04 & FY05 amended CCS

**CHECK NUMBER:** 0968130

**GENERAL LEDGER DISTRIBUTION:**

| DESCRIPTION | ACCT | DEPT | PROD | AMOUNT |
|---|---|---|---|---|
| AZ  CCS Refund FY04 & FY05 Amended | 128260 | 09000 | 020050 | $177,230.08 |
| AZ  CCS Refund FY04 & FY05 Amended Interest | 270009 | 09000 | 020050 | $43,227.74 |
| AZ CCS monies off set  - Sales Tax | ~~220001~~ 684015 | 09000 | ~~020050~~ 080210 | ($10.83) |
| CHARGED PER PAULA ROSE | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total check amount | | | | $220,446.99 |
| | | | | |
| Not on refunds outstandings list per Angel | | | | |

**PREPARER INFORMATION:**
*Copy goes back to Angel*
**NAME & SIGNATURE** *Make sure Paula gets copy to since hitting her acct*
**EXTENSION**     50-63265
**DEPARTMENT**     Income Tax

**MANAGER'S NAME & SIGNATURE:**   Jeremy Ewell

NOTE: The Treasury department deposits receipts by 2 pm of the following business day after they receive them.  The only exception to this is on the last business day of the month.  If receipts are delivered to Treasury by 10:00 AM on the last business day of the month, they will be deposited on that day.  ANY RECEIPTS DELIVERED TO TREASURY AFTER 10:00 AM ON THE LAST BUSINESS DAY OF THE MONTH WILL NOT BE DEPOSITED ON THAT DAY.

AZ DOR

Ck Amt   220,446.99

|  | tax | int |  |
|---|---|---|---|
| FY04 | 136,749.90 | 32,361.23 | 169,111.13 |
| FY05 | 40,444.35 | 10,891.51 | 51,335.86 |

(10.83) Offset - April 08 Sales Tax Return

Liab - 84,001.01
Pymt - 83,286.68
Credit - 703.50

Arizona Department of Revenue
1600 W. Monroe St.
Phoenix, AZ 85007

CIRCUIT CITY STORES INCORPORATED & SUBSIDIARIES
9950 MAYLAND DR
RICHMOND, VA 23233

Enclosed is a refund from the State of Arizona representing an overpayment of your account. The
overpayment is a result of payments received that exceed the amount of tax showing due on your
account. When applicable, this amount accrues interest and is included in the refund calculation on the
warrant stub. Per ARS 42-1118(A), refunds are subject to offsets to existing tax liabilities. If there is
such an offset, it is indicated on the stub as "Monies Offset". Your net refund is shown as the "Total
Refund Amount" and is the amount shown on the warrant. If you have any questions regarding this
refund, please call Taxpayer Information and Assistance, Business Taxes at 602-255-2060 or statewide
at 800-843-7196.

## REFUND CALCULATION

Taxpayer Identification Number: 540493875
Refund Amount + Refund Interest Accrued -    Monies Offset = Total Refund Amount
      177230.08 +            43227.74 -              10.83 =         220446.99

*128260*          *270009*          *220001*          *04-05 AMended*

| STATE OF ARIZONA | | | | VOID AFTER | | | BANK | WARRANT NO. |
| 43-243 A.R.S. | | | | MO | DAY | YEAR | 23 | 0968130 |
| | | | | 02 | 17 | 2009 | | 81-113 1221 |

| | | | | DATE ISSUED | | | | |
| ACCOUNT NUMBER | CLAIM NO. | WARRANT NO. | DOCUMENT NO. | MO | DAY | YEAR | PAY THIS AMOUNT | |
| 20692460 | 09234 | 0968130 | 00300571 | 08 | 21 | 2008 | $220,446.99 | |

**************TWO HUNDRED TWENTY THOUSAND FOUR HUNDRED FORTY-SIX AND 99/100 DOLLARS

PAY
TO THE
ORDER
OF:
CIRCUIT CITY STORES INCORPORATED & SUBSIDIARIES
9950 MAYLAND DR
RICHMOND, VA 23233

DEPARTMENT OF ADMINISTRATION

Janet Napolitano
COUNTERSIGNED GOVERNOR

Payable through State Servicing Bank to State Treasurer of Arizona

⑆0968130⑆ ⑆122101133⑆ 0000000000 23⑈

Arizona Department of Revenue
1600 W. Monroe St.
Phoenix, AZ 85007



CIRCUIT CITY STORES INCORPORATED & SUBSIDIARIES
9950 MAYLAND DR
RICHMOND, VA 23233

Enclosed is a refund from the State of Arizona representing an overpayment of your account. The overpayment is a result of payments received that exceed the amount of tax showing due on your account. When applicable, this amount accrues interest and is included in the refund calculation on the warrant stub. Per ARS 42-1118(A), refunds are subject to offsets to existing tax liabilities. If there is such an offset, it is indicated on the stub as "Monies Offset". Your net refund is shown as the "Total Refund Amount" and is the amount shown on the warrant. If you have any questions regarding this refund, please call Taxpayer Information and Assistance, Business Taxes at 602-255-2060 or statewide at 800-843-7196.

## REFUND CALCULATION

Taxpayer Identification Number: 540493875

| Refund Amount | + | Refund Interest Accrued | – | Monies Offset | = | Total Refund Amount |
|---|---|---|---|---|---|---|
| 177230.08 | + | 43227.74 | – | 10.83 | = | 220446.99 |

STATE OF ARIZONA



Circuit City Stores, Inc.
Attention: Tax Department
9950 Mayland Drive
Richmond, VA 23233-1464
tel 804.486.4000

May 8, 2008

Arizona Department of Revenue
P.O. Box 29079
Phoenix, AZ 85038-9079

RE: Circuit City Stores, Inc. & Subsidiaries
FEIN: 54-0493875

Dear Sir or Madam:

We recently filed amended returns with the Internal Revenue Service Field Service Team
for fiscal years ending 02/29/04 (FY04) and 02/28/05 (FY05). We are currently under
audit by the IRS for those years. These amended returns were filed with the Revenue
Agent, February 8, 2008. Please see the attached Forms 1120X for additional
information.

This letter serves as notice of our amended r
enclosed worksheets, if the IRS accepts our
$10,576 and $138,956 for fiscal years endin;
the IRS accepts our returns, we will notify y
Arizona returns.

Should you require any additional informatio
by phone at (804) 486-3710.

Sincerely,

Angel Williams
Income Tax Analyst

Enclosures

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also comp
   Item 4 if Restricted Delivery is desired.
■ Print your name and address on the re
   so that we can return the card to you.
■ Attach this card to the back of the mail
   or on the front if space permits.

1. Article Addressed to:

Arizona Dept of Revenue
PO Box 29079
Phoenix, AZ 85038-9079

---

**U.S. Postal Service**
**CERTIFIED MAIL·· RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

|  |  |  |
|---|---|---|
| Postage | $ | $0.75 | 0110 |
| Certified Fee | | $2.65 | 04 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total | | $5.55 | 05/08/2008 |

Arizona Dept of Revenue
PO Box 29079
Phoenix, AZ 85038-9079



HASLER

$6.24

JAN 28 2009
US POSTAGE
FIRST CLASS
MAILED FROM 23233

01404130021E3

Arizona Department of Revenue
P.O. Box 29079
Phoenix, AZ 85038-9079

7006 0810 0000 4537 3418

City Stores, Inc.
Income Tax Dept
0 Mayland Drive
Richmond, VA 23233

# ARIZONA FORM 120X
# Arizona Amended Corporation Income Tax Return  2004

For taxable year beginning **February 29, 2004** and ending **February 28, 2005**.

*Mail return to:* Arizona Department of Revenue, PO Box 29079, Phoenix, Arizona 85038-9079

**CHECK ONE:**
CALENDAR YEAR
FISCAL YEAR ☒

| Business telephone | Name | Federal employer ID number (FEIN) |
|---|---|---|
| **804-486-3710** | **CIRCUIT CITY STORES INC & SUBSIDAIRIES** | **54-0493875** |
| Business Code | Number and Street | Arizona withholding tax number |
| | **9950 MARYLAND DRIVE** | |
| | City or Town, State and ZIP code | Arizona TPT number |
| | **RICHMOND, VA  23233-1464** | |

Check box if:  ☐ Name Change   ☐ Address Change

For DOR use only

A Correction of failure to check correct box on Form 120, question B to: (See Instructions)
1 ☐ Separate Company
2 ☐ Combined (unitary group)
3 ☐ Consolidated

B Reason for filing Form 120X:
1 ☒ Finalized federal audit (attach copy)
2 ☐ Amended federal return (attach copy)
3 ☐ Arizona adjustments only (see instructions)

C This amended return changes Arizona method of filing to: (See instructions)
1 ☐ Separate Company
2 ☐ Combined (unitary group)

08A-71302-D2

*'09·A0060827·0002*

**012809**    **0205**

**DO NOT USE THE 2002 FORM 120X TO AMEND A PRIOR TAXABLE YEAR.  USE THE FORM 120X FOR THE TAXABLE YEAR BEING AMENDED.**

| | | (a) As Original or Adjusted | (b) Net Change Increase or (decrease) | | (c) Correct Amount |
|---|---|---|---|---|---|
| 1 | Taxable Income | 111,059,255 00 | (1,487,110) 00 | 1 | 109,572,145 00 |
| 2 | Additions to Taxable Income | 301,463,054 00 | (2,433,264) 00 | 2 | 299,029,790 00 |
| 3 | Total Taxable Income - add lines 1 and 2 | 412,522,309 00 | (3,920,374) 00 | 3 | 408,601,935 00 |
| 4 | Subtractions from Taxable Income | 265,167,858 00 | 00 | 4 | 265,167,858 00 |
| 5 | Arizona adjusted income - subtract line 4 from line 3. WHOLLY ARIZONA CORPORATIONS GO TO LINE 13 | 147,354,451 00 | (3,920,374) 00 | 5 | 143,434,077 00 |
| 6 | Arizona adjusted income - from line 5.MULTISTATE CORPORATIONS ONLY | 147,354,451 00 | (3,920,374) 00 | 6 | 143,434,077 00 |
| 7 | Nonapportionable or allocable amounts.  Multistate corporations only | | 00 | 7 | 00 |
| 8 | Adjusted business income - subtract line 7 from line 6. | 147,354,451 00 | (3,920,374) 00 | 8 | 143,434,077 00 |
| 9 | Arizona apportionment ratio - from Schedule C or ACA | 0.015728 | | 9 | 0.015728 |
| 10 | Income apportioned to Arizona - multiply line 8 by line 9. | 2,317,591 00 | (61,660) 00 | 10 | 2,255,931 00 |
| 11 | Other income allocated to Arizona.  Multistate corporations only | 00 | | 11 | 00 |
| 12 | Income attributable to Arizona - add line 10 and 11. | 2,317,591 00 | (61,660) 00 | 12 | 2,255,931 00 |
| 13 | Arizona income before NOL - from line 5 or line 12 | 2,317,591 00 | (61,660) 00 | 13 | 2,255,931 00 |
| 14 | Arizona basis net operating loss carryforward - attach computation schedule | 2,073,553 00 | (2,073,553) 00 | 14 | 00 |
| 15 | Arizona taxable income - subtract line 14 from line 13 | 244,038 00 | 2,011,893 00 | 15 | 2,255,931 00 |
| 16 | Tax - Tax is 6.968% of line 15 or $50 whichever is greater | 17,005 00 | 140,188 00 | 16 | 157,193 00 |
| 17 | Tax from recapture of credits - Arizona Form 300, Part II, line 24 | 00 | | 17 | 00 |
| 18 | Subtotal - add line 16 and line 17 | 17,005 00 | 140,188 00 | 18 | 157,193 00 |
| 19 | Clean Elections Fund Tax Reduction | 00 | | 19 | 00 |
| 20 | Nonrefundable tax credits - from Arizona Form 300, Part II, line 50 | 00 | | 20 | 00 |
| 21 | Credit type - enter form number for each credit claimed   21 | | | 21 | |
| 22 | Tax liability - subtract the sum of line 19 and 20 from line 18 | 17,005 00 | 140,188 00 | 22 | 157,193 00 |
| 23 | Clean Election Fund Tax Credit.  See instructions before completing this line | 00 | | 23 | 00 |
| 24 | Tax Liability after Clean Election Fund tax credit - subtract lines 23 from 22 | 17,005 00 | 140,188 00 | 24 | 157,193 00 |
| 25 | Refundable tax credit - see instructions. | | | 25 | |
| 26 | Credit type - enter form number for each refundable credit claimed   26 | | | 26 | |
| 27 | Retroactive consolidation tax payment credit - see instructions | | | 27 | |
| 28 | Payments (extension, estimated) | | 115,000 00 | 28 | |
| 29 | Payment with original return plus all payments after it was filed - from page 2, Schedule D | | 40,961 00 | 29 | |
| 30 | Total payments - see instructions | | | 30 | 155,961 00 |
| 31 | Overpayment, if any, as shown on original return or as later adjusted - see instructions | | | 31 | 138,956 00 |
| 32 | Total payments applied to amended tax liability - subtract line 31 from line 30 | | | 32 | 17,005 00 |
| 33 | TOTAL DUE - If line 24(c) is larger than line 32, enter the total due | | | 33 | 140,188 00 |
| 34 | OVERPAYMENT - If line 32 is larger than line 24(c), enter the overpayment | | | 34 | 00 |
| 35 | Amount of line 34 to be applied to 2004 estimated tax | | | 35 | 00 |
| 36 | Amount to be refunded - subtract line 35 from line 34 | | | 36 | 00 |

**COVERSHEET USE ONLY**



COPY

Circuit City Stores, Inc. and Subsidiaries
Unitary 3
Arizona - Form 120X
FY05 / Tax Year 2004

| | As Originally Filed or Adjusted | SLB Claim | As Previously Reported | SLB Claim Withdrawn | IRS Adjustments | As Adjusted |
|---|---|---|---|---|---|---|
| Taxable Income per Federal Return | 106,014,242 | 5,045,013 | 111,059,255 | (5,045,013) | 3,557,903 | 109,572,145 |
| Additions to Taxable Income* > | 301,463,054 | | 301,463,054 | | (2,433,264) | 299,029,790 |
| Subtractions from Taxable Income | (265,167,858) | | (265,167,858) | | | (265,167,858) |
| AZ Adjusted Income | 142,309,438 | 5,045,013 | 147,354,451 | (5,045,013) | 1,124,639 | 143,434,077 |
| Apportionment Ratio | 1.5728% | 1.5728% | 1.5728% | | 1.5728% | 1.5728% |
| AZ Income before NOL | 2,238,243 | 79,348 | 2,317,591 | (79,348) | 17,688 | 2,255,931 |
| NOL carryforward | - | | 2,073,553 | | | - |
| AZ Taxable Income | 2,238,243 | 79,348 | 244,038 | (79,348) | 17,688 | 2,255,931 |
| Tax (6.968%) | 155,961 | 5,529 | 17,005 | (5,529) | 1,233 | 157,193 |
| Payments | (115,000) | | (115,000) | | | (115,000) |
| Tax/(Refund) Due | 40,961 | 5,529 | | (5,529) | 1,233 | 42,193 |
| Tax Paid with Original Return | | | | | | (40,961) |
| Tax Refund Received from AZ DOR ^ | | | | | | 40,444 |
| Additional Tax/(Refund) Due | | | | | | 41,677 |

^ state also paid interest of $10,892 not included in above calculation

*IRS adjustments resulted in change to bonus depreciation, which was previously disallowed on our AZ return.



Circuit City Stores, Inc. and Subsidiaries
Amended Returns
FY05 - Tax Year 2004

| | Current Adjustments per Form 4549-A | |
|---|---:|---:|
| **CCSI Adjustments:** | | |
| Increase in Cost of Goods Sold | (14,691) | |
| Increase in Form 4797 Gain/(Loss) | (3,939,864) | |
| Increase in Miscellaneous Income | 105,346 | |
| Decrease in Officers Compensation | 48,523 | |
| Increase in Salaries and Wages | (718,135) | |
| Increase in Repairs and Maintenance | 3,084,286 | |
| Decrease in Rent Expense | 6,800,303 | |
| Increase in Interest Expense | (1,022,031) | |
| Increase in Depreciation Expense | (397,678) | |
| Increase in Software Development Expense | (17,097,347) | |
| Decrease in Miscellaneous Occupancy Expense | 371,915 | |
| Decrease in Miscellaneous Selling Expense | 8,574,760 | |
| Decrease in Miscellaneous General Expense | 3,184,056 | (1,040,557) |
| **CCSWC Adjustments:** | | |
| Increase in Form 4797 Gain/(Loss) | (1,402,362) | |
| Increase in Depreciation Expense | (36,607) | |
| Decrease in Miscellaneous Occupancy Expense | 27,994 | (1,410,975) |
| **Intertan Adjustments** | | |
| Decrease in Capital Gain Net Income | 3,110,157 | |
| Decrease in Miscellaneous General Expense | 355,128 | |
| Decrease in NOL | 2,867,549 | 6,332,834 |
| **Tyler Adjustments** | | |
| Decrease in Other Income | (77,505,194) | (77,505,194) |
| **Ventoux Adjustments** | | |
| Decreased in Dividend Income | (323,399) | (323,399) |
| **Total Adjustments** | | (74,047,291) |

Circuit City Stores, Inc. and Subsidiaries
Unitary 3
Arizona - Form 120X
FY05 / Tax Year 2004

| | As Originally Filed or Adjusted | Amendment 1120X | As Adjusted |
|---|---|---|---|
| Taxable Income per Federal Return | 106,014,242 | 5,045,013 | 111,059,255 |
| Additions to Taxable Income | 301,463,054 | | 301,463,054 |
| Subtractions to Taxable Income | (265,167,858) | | (265,167,858) |
| AZ Adjusted Income | 142,309,438 | 5,045,013 | 147,354,451 |
| Apportionment Ratio | 1.5728% | 1.5728% | 1.5728% |
| AZ Income before NOL | 2,238,243 | 79,348 | 2,317,591 |
| NOL carryforward | - | | 2,073,553 |
| AZ Taxable Income | 2,238,243 | 79,348 | 244,038 |
| | | | |
| Tax (6.968%) | 155,961 | 5,529 | 17,005 |
| Payments | (115,000) | | (115,000) |
| Tax/(Refund) Due | 40,961 | | (97,995) |
| Tax Paid with Original Return | | | (40,961) |
| Additional Tax/(Refund) Due | | | (138,956) |

# Arizona Amended Corporation Income Tax Return

**ARIZONA FORM 120X**

**2003**

For taxable year beginning ___March 2, 2003___ , and ending ___February 29, 2004___ .

Mail return to: Arizona Department of Revenue, PO Box 29079, Phoenix, Arizona 85038-9079

CHECK ONE:
CALENDAR YEAR
FISCAL YEAR ☒

| | |
|---|---|
| Business telephone 804-486-3710 | Name **CIRCUIT CITY STORES INC & SUBSIDAIRIES** |
| Business Code | Number and Street **9950 MARYLAND DRIVE** |
| | City or Town, State and ZIP code **RICHMOND, VA  23233-1464** |

Federal employer ID number (FEIN) **54-0493875**
Arizona withholding tax number
Arizona TPT number

*09- 00000022 0001
For DOR use only*

Check box if: ☐ Name Change  ☐ Address change

A Correction of failure to check correct box on Form 120, question 8 to: (See Instructions)
  1 ☐ Separate Company
  2 ☐ Combined (unitary group)
  3 ☐ Consolidated

B Reason for filing Form 120X:
  1 ☒ Finalized federal audit (attach copy)
  2 ☐ Amended federal return (attach copy)
  3 ☐ Arizona adjustments only (see Instructions)

C This amended return changes Arizona method of filing to: (See instructions)
  1 ☐ Separate Company
  2 ☐ Combined (unitary group)

08A-71302-01

**012809**     **0204**

DO NOT USE THE 2002 FORM 120X TO AMEND A PRIOR TAXABLE YEAR. USE THE FORM 120X FOR THE TAXABLE YEAR BEING AMENDED.

| | | (a) As Original or Adjusted | (b) Net Change Increase or (decrease) | | (c) Correct Amount | |
|---|---|---|---|---|---|---|
| 1 | Taxable income | (144,694,641) | 166,085,152 00 | 1 | 21,390,511 | |
| 2 | Additions to Taxable Income | 431,799,871 00 | (1,235,888) 00 | 2 | 430,563,983 | |
| 3 | Total Taxable Income - add lines 1 and 2 | 287,105,230 | 164,849,264 00 | 3 | 451,954,494 | |
| 4 | Subtractions from Taxable Income | 401,315,603 00 | | 4 | 401,315,603 | |
| 5 | Arizona adjusted income - subtract line 4 from line 3. WHOLLY ARIZONA CORPORATIONS GO TO LINE 13 | (114,210,373) 00 | 164,849,264 00 | 5 | 50,638,891 | |
| 6 | Arizona adjusted income - from line 5. MULTISTATE CORPORATIONS ONLY | (114,210,373) 00 | 164,849,264 00 | 6 | 50,638,891 | |
| 7 | Nonapportionable or allocable amounts. Multistate corporations only | | | 7 | | |
| 8 | Adjusted business income - subtract line 7 from line 6. | (114,210,373) 00 | 164,849,264 00 | 8 | 50,638,891 | |
| 9 | Arizona apportionment ratio - from Schedule C or ACA | 0.014722 | | 9 | 0.014722 | |
| 10 | Income apportioned to Arizona - multiply line 8 by line 9. | (1,681,405) 00 | $2,426,911 00 | 10 | 745,506 | |
| 11 | Other income allocated to Arizona. Multistate corporations only | | | 11 | | 00 |
| 12 | Income attributable to Arizona - add line 10 and 11. | (1,681,405) 00 | $2,426,911 00 | 12 | 745,506 | 00 |
| 13 | Arizona income before NOL - from line 5 or line 12 | (1,681,405) 00 | $2,426,911 00 | 13 | 745,506 | |
| 14 | Arizona basis net operating loss carryforward - attach computation schedule | 392,148 00 | | 14 | 392,148 | 00 |
| 15 | Arizona taxable income - subtract line 14 from line 13 | (2,073,553) 00 | $2,426,911 00 | 15 | 353,358 | |
| 16 | Tax - Tax is 6.968% of line 15 or $50 whichever is greater | 50 00 | $24,572 00 | 16 | 24,622 | |
| 17 | Tax from recapture of credits - Arizona Form 300, Part II, line 24 | | | 17 | | |
| 18 | Subtotal - add line 16 and line 17 | 50 00 | $24,572 00 | 18 | 24,622 | 00 |
| 19 | Clean Elections Fund Tax Reduction | | | 19 | | |
| 20 | Nonrefundable tax credits - from Arizona Form 300, Part II, line 50 | | | 20 | | |
| 21 | Credit type - enter form number for each credit claimed  [21] | | | | | |
| 22 | Tax liability - subtract the sum of line 19 and 20 from line 18 | 50 00 | 24,572 00 | 22 | 24,622 | |
| 23 | Clean Election Fund Tax Credit. See instructions before completing this line | | | 23 | | |
| 24 | Tax Liability after Clean Election Fund tax credit - subtract lines 23 from 22 | 50 00 | 24,572 00 | 24 | 24,622 | 00 |
| 25 | Refundable tax credit - see instructions. | | 25 | | | |
| 26 | Credit type - enter form number for each refundable credit claimed  [26] | | | | | |
| 27 | Retroactive consolidation tax payment credit - see instructions | | | 27 | | |
| 28 | Payments (extension, estimated) | | 30,000 00 | 28 | | |
| 29 | Payment with original return plus all payments after it was filed - from page 2, Schedule D | | 27,324 00 | 29 | | |
| 30 | Total payments - see instructions | | | 30 | 57,324 | 00 |
| 31 | Overpayment, if any, as shown on original return or as later adjusted - see instructions | | | 31 | 57,274 | 00 |
| 32 | Total payments applied to amended tax liability - subtract line 31 from line 30 | | | 32 | 50 | |
| 33 | TOTAL DUE - if line 24(c) is larger than line 32, enter the total due | | | 33 | 24,572 | 00 |
| 34 | OVERPAYMENT - if line 32 is larger than line 24(c), enter the overpayment | | | 34 | | |
| 35 | Amount of line 34 to be applied to 2004 estimated tax | | | 35 | | |
| 36 | Amount to be refunded - subtract line 35 from line 34 | | | 36 | | 00 |

**COVERSHEET USE ONLY**



**Circuit City Stores, Inc. and Subsidiaries**
Unitary 3
Arizona - Form 120X
FY04 / Tax Year 2003

| | As Originally Filed or Adjusted | SLB Claim | As Previously Reported | SLB Claim Withdrawn | IRS Adjustments | As Adjusted |
|---|---|---|---|---|---|---|
| Taxable Income per Federal Return | 6,462,099 | (151,156,740) | (144,694,641) | 151,156,740 | 14,928,412 | 21,390,511 |
| Additions to Taxable Income* | 431,799,871 | | 431,799,871 | | (1,235,888) | 430,563,983 |
| Subtractions from Taxable Income | (401,315,603) | (151,156,740) | (401,315,603) | | | (401,315,603) |
| AZ Adjusted Income | 36,946,367 | (151,156,740) | (114,210,373) | 151,156,740 | 13,692,524 | 50,638,891 |
| Apportionment Ratio | 1.4722% | | 1.4722% | | 1.4722% | 1.4722% |
| AZ Income before NOL | 543,924 | (2,225,330) | (1,681,405) | 2,225,330 | 201,581 | 745,506 |
| NOL carryforward | (392,148) | | | | | (392,148) |
| AZ Taxable Income | 151,776 | (2,225,330) | (1,681,405) | 2,225,330 | 201,581 | 353,358 |
| | | | | | | |
| Tax (6.968%) | 10,576 | (155,061) | | 155,061 | 14,046 | 24,622 |
| Payments | (30,000) | | - | | | (30,000) |
| Tax/(Refund) Due | (19,424) | (155,061) | (30,000) | 155,061 | 14,046 | (3,378) |
| Refund of Tax from Original Notification ^ | 136,750 | | | | | 136,750 |
| Additional Tax/(Refund) Due | (18,311) | | | | | 131,372 |

^ state also paid interest of $32,361 not included in above calculation.

*IRS adjustments resulted in change to federal depreciation, which was previously disallowed on our AZ return.



Circuit City Stores, Inc. and Subsidiaries
Amended Returns
FY04 - Tax Year 2003

| | Current Adjustments per Form 4549-A | |
|---|---:|---:|
| **CCSI Adjustments:** | | |
| Decrease in Capital Gain Net Income | (1,769,081) | |
| Increase in Form 4797 Gain/(Loss) | 266,663 | |
| Increase in Miscellaneous Income | 94,938 | |
| Increase in Officers Compensation | 28,639 | |
| Decrease in Salaries and Wages | (122,538) | |
| Increase in Repairs and Maintenance | (377,252) | |
| Decrease in Charitable Contributions | 1,178,615 | |
| Decrease in Depreciation Expense | 1,151,954 | |
| Increase in Amortization Expense | (8,181) | |
| Decrease in Miscellaneous Occupancy Expense | 822,080 | |
| Decrease in Miscellaneous Selling Expense | 16,959,758 | |
| Increase in Miscellaneous General Expense | (3,379,164) | 14,824,741 |
| **CCSWC Adjustments:** | | |
| Decrease in Capital Gain Net Income | (280,822) | |
| Decrease in Depreciation Expense | 83,934 | |
| Decrease in Miscellaneous Occupancy Expense | 304,060 | 107,172 |
| **DC Funding Adjustments:** | | |
| Decrease in Miscellaneous Income | (19,656,765) | |
| Increase in Bad Debt Expense | (62,494,015) | (82,150,780) |
| **Patapsco Adjustments** | | |
| Increase in Miscellaneous General Expense | (3,501) | (3,501) |
| **Tyler Adjustments** | | |
| Increase in Miscellaneous Income | 3,430,654 | |
| Decrease in Bad Debt Expense | 20,264,007 | 23,694,661 |
| **Total Adjustments** | | (43,527,707) |

...uit City Stores, Inc. and Subsidiaries
Unitary 3
Arizona - Form 120X
FY04 / Tax Year 2003

| | As Originally Filed or Adjusted | Amendment 1120X | As Adjusted |
|---|---|---|---|
| Taxable Income per Federal Return | 6,462,099 | (151,156,740) | (144,694,641) |
| Additions to Taxable Income | 431,799,871 | | 431,799,871 |
| Subtractions to Taxable Income | (401,315,603) | | (401,315,603) |
| AZ Adjusted Income | 36,946,367 | (151,156,740) | (114,210,373) |
| Apportionment Ratio | 1.4722% | 1.4722% | 1.4722% |
| AZ Income before NOL | 543,924 | (2,225,330) | (1,681,405) |
| NOL carryforward | (392,148) | | |
| AZ Taxable Income | 151,776 | (2,225,330) | (1,681,405) |
| | | | |
| Tax (6.968%) | 10,576 | (155,061) | (117,160) |
| Payments | (30,000) | | (10,576) |
| Tax/(Refund) Due | (19,424) | | (10,576) ◊ |

◊  Only requesting that original tax paid be refunded

# TRANSACTION PRIVILEGE, USE, AND SEVERANCE TAX RETURN (TPT-1)

**Arizona Department of Revenue**

PO BOX 29010   PHOENIX, AZ 85038-9010
For assistance out-of-state or in the Phoenix area: (602) 255-2060 or
Statewide, toll free from area codes 520 and 928: (800) 843-7196

TPT-1 return is due the __ day of the month following the reporting period.

| | |
|---|---|
| STATE LICENSE NUMBER: | 07 303955-H |
| TAXPAYER IDENTIFICATION NUMBER: | [X] EIN  [ ] SSN   EIN: 54-0493875 |
| PERIOD BEGINNING: | 1 1 0 1 2 0 0 8 |
| PERIOD ENDING: | 1 1 3 0 2 0 0 8 |

## I. TAXPAYER INFORMATION

[ ] Amended Return   [X] Multipage Return   [ ] One-Time Only Return   [ ] Final Return (CANCEL LICENSE)

DOR USE ONLY     [ ] LABELED RETURN

BUSINESS NAME
CIRCUIT CITY STORES INC
C/O
ATTN TAX DEPT
ADDRESS
9950 MAYLAND DR
CITY          STATE   ZIP
RICHMOND      VA   23233-1464

[ ] Address Changed

'08-A0019232-0030

POSTMARK DATE

RECEIVED DATE   122608

## II. TRANSACTION DETAIL (If more reporting lines are necessary, please attach continuation pages.)

| LINE | (A) BUSINESS DESCRIPTION | (B) REGION CODE | (C) BUSINESS CLASS | (D) GROSS AMOUNT | (E) DEDUCTION AMOUNT | (F) NET TAXABLE AMOUNT | (G) TAX RATE | (H) TOTAL TAX AMOUNT | (I) ACCOUNTING CREDIT RATE | (J)=(F x I) ACCOUNTING CREDIT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RETAIL | APA | 017 | 2,059.44 | | 2,059.44 | 0.06100 | 125.63 | | |
| 2 | RETAIL | COC | 017 | 4,387.75 | | 4,387.75 | 0.06725 | 295.08 | | |
| 3 | RETAIL | COR | 017 | 18,316.25 | | 18,316.25 | 0.06100 | 1,117.29 | | |
| 4 | RETAIL | GLA | 017 | 1,640.91 | | 1,640.91 | 0.06600 | 108.30 | | |
| 5 | RETAIL | GRA | 017 | 4,082.50 | | 4,082.50 | 0.06100 | 249.03 | | |
| | Subtotal | | | 1,345,710.29 | | 1,345,710.29 | | 75,001.37 | | |

## III. TAX COMPUTATION

| | | | |
|---|---|---|---|
| 1 | Total deductions from Schedule A | 1 | |
| 2 | Total Tax Amount (from column H) | 2 | 75,001.37 |
| 3 | State excess tax collected + | 3 | |
| 4 | Other excess tax collected + | 4 | |
| 5 | Total Tax Liability: Add lines 2, 3, and 4 = | 5 | 75,001.37 |
| 6 | Accounting Credit (from column J) | 6 | |
| 7 | State excess tax accounting credit: Multiply line 3 by .01 + | 7 | |
| 8 | Total Accounting Credit: Add lines 6 and 7 | 8 | |
| 9 | Net tax due line: Subtract line 8 from line 5 | 9 | 75,001.37 |
| 10 | Penalty and interest + | 10 | |
| 11 | TPT estimated payments to be used – | 11 | |
| 12 | Total amount due this period = | 12 | 75,001.37 |
| 13 | Additional payment to be applied (for other periods) + | 13 | |
| 14 | TOTAL AMOUNT REMITTED WITH THIS RETURN = | 14 | 75,001.37 |

AMENDED RETURN ONLY
ORIGINAL REMITTED AMOUNT
$

DOR USE

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

SCOTT ASH
12/10/2008
TAXPAYER'S SIGNATURE   TAX MANAGER   DATE

PAID PREPARER'S SIGNATURE (OTHER THAN TAXPAYER)

PAID PREPARER'S EIN OR SSN

ADOR 60-1046 (4/06)

8U03AB 1.000

Please make check payable to Arizona Department of Revenue.

*NOT AUTHORIZED TO PAY* PRE 12,981.81
POST 62,019.56

Exhibit B.



1121 0 8

**A    C    S**

E. Suzanne Darling
*Vice President*

November 17, 2008

Dan Corcoran
Unclaimed Property Administrator
Arizona Department of Revenue
1600 W. Monroe (SC 604)
Phoenix, AZ 85007

RE: Circuit City Stores, Inc.—Impact of Bankruptcy
Filing on Unreported Unclaimed Property Liabilities

Dear Dan:

On November 10, 2008, Circuit City Stores, Inc. ("Circuit City") and 17 of its subsidiaries filed voluntary petitions for relief under Chapter 11 of the United States Code. As a Chapter 11 case, Circuit City is seeking to reorganize (and, according to a company press release, "create a more efficient chain with a streamlined cost structure") rather than undergo liquidation. In its Chapter 11 filing, Circuit City reported $3.4 billion in assets and $2.32 billion in liabilities, which provides the basis for ongoing operations.

This development is important because the Unclaimed Property Clearinghouse is currently auditing Circuit City for unclaimed rebates. We have made preliminary filings of unclaimed rebates issued by one rebate processor but we are aware that Circuit City utilized other rebate processors, the records for which have not yet been reviewed. Although the Clearinghouse has made preliminary findings, Circuit City's counsel has disputed the rebate liability, asserting legal defenses including that the unclaimed rebate liability has been extinguished through time limitations within the terms of the rebate offer. (Unlike many other instances, we believe that Circuit City retained the funds representing uncashed rebate checks, and the funds were not retained by the rebate processors.)

Rather than eliminating any unreported unclaimed liabilities of Circuit City, the filing in the bankruptcy court will afford the states with a forum to assert their claims to this property. In general terms, at such time as the bankruptcy court solicits claims of Circuit City's debtors, the states can submit claim forms detailing the nature of the unclaimed rebates and the basis for the states' claim. In can be expected that the bankruptcy trustee will object; the matter can then be taken up by the court, and the states' claims fully vetted. If the states prevail, they will be treated as general creditors of Circuit City, and receive the same relief as is afforded to other general creditors (which may be 100 percent of the claim, but quite possibly less). Additionally, there is always the possibility that Circuit City will, in conjunction with the bankruptcy proceeding, elect to schedule (acknowledge) the unclaimed rebate payments as part of its outstanding liabilities. We will be reviewing the filings of Circuit City to determine whether this is the case.

Unclaimed Property Clearinghouse
200 Willetta Drive • Richmond, VA 23221
804.502.5215 • suzanne.darling@acs-inc.com

*Exhibit C*

*AS IT HAS IT HAS DONE IN THE PAST, THE CLEARINGHOUSE, IN ITS CAPACITY AS AUDITOR FOR THE STATES AND NOT AS LEGAL COUNSEL, WILL AS A SERVICE TO THE STATES ASSIST THEM IN PREPARING AND SUBMITTING CLAIM FORMS TO THE BANKRUPTCY COURT.* At such time as it becomes necessary to argue the states' claims before the trustee and within the bankruptcy court, ACS will help coordinate the case, including assisting in securing counsel should Attorneys General and other state legal counsel elect not to proceed directly.

An additional item of interest concerning Circuit City is that is has been a major issuer of branded, closed-loop gift cards. It is our understanding that Circuit City historically took the position that these gift cards were not reportable as unclaimed property; allegedly Circuit City did not retain the name and address of purchasers of gift cards, and Circuit City's state of incorporation expressly exempts this unclaimed property type. Depending upon your state's gift card law and depending upon the specifics of Circuit City's gift card program, your state may be inclined to include unpresented Circuit City gift cards that were issued in your state in the claim with the bankruptcy court. The issue of whether the state where a gift card was issued where the holder has not retained name and address information but the state of incorporation has waived its claim has not yet been litigated. The bankruptcy court may be an appropriate place to assert this claim (although it can be fully anticipated that any victory on the part of the states would be appealed by the retail industry).

The Clearinghouse does not have insight into other possible unreported unclaimed property liabilities of Circuit City, but as a matter of course all types of unclaimed property may be included in the claim filed with the bankruptcy court.

At this time, you need not take any action. Should you have any questions concerning this matter, or the rights of the states to assert claims in bankruptcy proceedings, please contact me at (804) 502-5215, email suzanne.darling@acs-inc.com. For your reference, we have attached the preliminary findings of unclaimed Circuit City rebates issued to owners with last known addresses in your state.

Sincerely,

Suzanne Darling
Vice President

Enclosure

SUBJECT TO THE PROTECTIVE AND NON-DISCLOSURE ORDER CONFIDENTIAL AND NON-PUBLIC INFORMATION SUBJECT TO THE PROTECTIVE AND
NON-DISCLOSURE ORDER ENTERED BY THE IOWA DISTRICT COURT FOR POLK COUNTY DATED NOVEMBER 14, 2006

## SUMMARY OF UNCLAIMED REBATE CHECKS ISSUED BY CIRCUIT CITY
## DUE TO OWNERS WITH LAST KNOWN ADDRESS IN ARIZONA

| | |
|---|---|
| Property due November 1, 2005: | $500.00 |
| Property due November 1, 2006: | $20,000.00 |
| Property due November 1, 2007: | $50,000.00 |
| Property due November 1, 2008: | $90,000.00 |
| **ESTIMATED PROPERTY REPORTABLE:** | **$160,500.00** |

expertise in action ™

A  C  S·