IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al.,. | : | Case No: 08-35653-KRH |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |
| | : | |

## ORDER

In consideration of the Motion of Neil E. McCullagh, Esquire to allow David Honig, Esquire to appear and practice before this Court *pro hac vice* in the above-styled case and the Court having determined that the representations contained in such Motion are true, and Neil E. McCullagh, Esquire having entered his appearance as counsel in this case and this application being authorized by the Rules of this Court;

IT IS ORDERED that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that David Honig, Esquire be admitted to appear and practice before this Court *pro hac vice* only in the captioned bankruptcy cases and any related adversary litigation on behalf of Cleveland Construction, Inc.

IT IS FURTHER ORDERED, that in conjunction with such admission *pro hac vice*, and as to matters arising during or pertaining to the above-styled case, David Honig, Esquire, will be subject to and submit himself to the full disciplinary powers of this Court to the same extent as if he were fully admitted to practice in this Court and the Bar of Virginia.

David Honig, Esquire (Bar #0079781)
Cleveland Construction, Inc.
5390 Courseview Drive
Mason, OH 45040
Phone: (513) 339-2382
Facsimile: (513) 398-6838

*Co-Counsel for Cleveland Construction, Inc.*

Robert H. Chappell, Esquire (VSB#31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Facsimile: (804) 697-2100

*Co-Counsel for Cleveland Construction, Inc.*

ENTER:

_____
United States Bankruptcy Judge

I ASK FOR THIS:

/s/ Neil E. McCullagh_____
Robert H. Chappell, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Facsimile: (804) 697-2100
*Co-Counsel for Cleveland Construction, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of June, 2011, a copy of the foregoing Order was served by U.S. Mail, First Class, postage prepaid and/or electronic means through the Court's ECF system on the following, constituting all necessary parties:

Andrew W. Caine, Esquire
Jeffrey Nolan, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Office of the U.S. Trustee
Attn: Robert Van Arsdale, Esquire
701 East Broad Street
Suite 4304
Richmond, VA 23219

                                                        /s/ Neil E. McCullagh

**PARTIES TO RECEIVE COPIES**

Neil E. McCullagh, Esquire
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219

Andrew W. Caine, Esquire
Jeffrey Nolan, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Office of the U.S. Trustee
Attn: Robert Van Arsdale, Esquire
701 East Broad Street
Suite 4304
Richmond, VA 23219