

Warren Norred
Law Office of Warren Norred
Arlington, Texas 76010
817-704-3984 office, 817-561-0161 fax
Attorney for DSA Construction LLC

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| CIRCUIT CITY STORES, INC. | § | CASE NO. 08-35653-KRH |
| (Debtors) | § | Chapter No: 11 |
| | § | |

### WITHDRAWAL of CLAIM 289 by DSA CONSTRUCTION LLC

NOW COMES, DSA Construction LLC, in the above-entitled bankruptcy proceeding, by and through its representative, and withdraws its proof of claim, numbered 289, filed on or about November 18, 2008.

Respectfully submitted,
/s/ Warren V. Norred
Warren Norred
200 E. Abram, Suite 300
Arlington, TX 76010
817-704-3984 office, 817-561-0161 fax
Attorney for DSA Construction

**Certificate of Service -** I hereby certify that the foregoing was faxed or emailed by agreement to Plaintiff by certified mail on May 28, 2011.

Warren Norred