Matthew B. Kirsner, VSB No. 41615
Jennifer E. Lattimore, VSB No. 71188
ECKERT SEAMANS CHERIN & MELLOTT, LLC
707 East Main Street, Suite 1450
Richmond, VA 23219
(804) 788-7744
(804) 698-2950 (fax)
jlattimore@eckertseamans.com
*Counsel for VIZIO, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., ) | |
| ) | Case No. 08-35653 (KRH) |
| Debtors. ) | Jointly Administered |
| ) | Judge Kevin R. Huennekens |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2) OF JOSEPH A. EISENBERG**

THIS MATTER having come before the Court upon the Motion to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1(E)(2) (the "Motion") of Jennifer E. Lattimore, an attorney with the law firm of Eckert Seamans Cherin & Mellott, LLC, for the admission *pro hac vice* of Joseph A. Eisenberg, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (iv) good and sufficient causes exists for the granting of the relief requested in the Motion. Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.     The Motion is GRANTED.

2.     Joseph Abraham Eisenberg is permitted to appear *pro hac vice* as counsel for VIZIO, Inc. in this and all related adversary proceedings in accordance with Local Bankruptcy Rule 2090-1(E)(2).

DATED: _____, 2011.

    _____
United States Bankruptcy Court Judge

Entered on Docket:

We ask for this:

/s/ Jennifer E. Lattimore
Jennifer E. Lattimore, VSB No. 71188
Matthew B. Kirsner, VSB No. 41615
ECKERT SEAMANS CHERIN & MELLOTT, LLC
707 East Main Street, Suite 1450
Richmond, VA 23219
(804) 788-7756
(804) 698-2950 (fax)
jlattimore@eckertseamans.com
mkirsner@eckertseamans.com
*Counsel for VIZIO, Inc.*

## LOCAL RULE 9022-1(C) CERTIFICATION

I hereby certify that on April 26, 2011, I filed a true and correct copy of the foregoing proposed order using the CM/ECF system, which will send a copy to counsel of record and all parties subscribed to receive electronic notices in this matter.

       /s/ Jennifer E. Lattimore
Jennifer E. Lattimore, VSB No. 71188
ECKERT SEAMANS CHERIN & MELLOTT, LLC
707 East Main Street, Suite 1450
Richmond, VA 23219
(804) 788-7756
(804) 698-2950 (fax)
jlattimore@eckertseamans.com
*Counsel for VIZIO, Inc.*