UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et. al. | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

ORDER GRANTING MOTION PURSUANT TO
LBR 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE*

Upon the Motion (the "Motion") of Jennifer McLain McLemore, for the admission *pro hac* vice of David Mark Bennett ("Mr. Bennett"), a lawyer whose address is 1722 Routh Street, Suite 1500, Dallas, Texas 75201, to appear and practice *pro hac vice* on behalf of LaSalle/Wells Fargo/Midland Creditors,[1] appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to

---

[1] (1) LaSalle Bank National Association, f/k/a LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-1, acting by and through Midland Loan Services, a division of PNC Bank, National Association, in its authorized capacity as special servicer pursuant to that certain Pooling and Servicing Agreement dated as of January 15, 1997; (2) Wells Fargo Bank, N.A., as Trustee for Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1, acting by and through Midland Loan Services, a division of PNC Bank, national Association, in its authorized capacity as special servicer pursuant to the applicable Pooling and Servicing Agreement; (3) LaSalle Bank National Association, f/k/a LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-1, acting by and through Midland Loan Servicers, a division of PNC Bank, National Association, in its authorized capacity as special servicer pursuant to the Applicable Pooling and Servicing Agreement; (4) LaSalle Bank national Association, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan Services, a division of PNC Bank, National Association, in its authorized capacity as special servicer pursuant to that certain Pooling and Servicing Agreement Dated as of August 15, 1999; and (5) LaSalle Bank National Association, a nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan Services, a division of PNC Bank, National Association, in its authorized Capacity as special servicer pursuant to that certain Pooling and Servicing Agreement dated as of July 15, 1999 (the "LaSalle/WellsFargo/Midland Creditors").

---

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112

Counsel for LaSalle/Wells Fargo/Midland Creditors

28 U.S.C. § 157(b); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED:

1. The Motion is GRANTED.

2. Mr. Bennett is authorized to appear and practice *pro hac vice* as counsel to LaSalle/Wells Fargo/Midland Creditors, in the above-captioned matter.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

ENTERED: _____

_____
United States Bankruptcy Court Judge

I ask for this:

/s/ Jennifer McLemore_____
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

**LOCAL BANKRUPTCY RULE 9022-1 CERTIFICATE**

I hereby certify that the foregoing Order has been endorsed by all necessary parties.

/s/ Jennifer M. McLemore_____

Jennifer M. McLemore

2