Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., et al.,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JUNE 9, 2011 AT 2:00 P.M. (EASTERN)

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on June 9, 2011 beginning at 2:00 p.m. Eastern.

## I.    SCHEDULING CONFERENCES

1.    Scheduling Conference – *Siegel v. SYNNEX Corporation, aka New Age Electronics,* 10-03657

      Related
      Documents:

      a.    Notice of Rescheduled Pre-Trial Conference – *Notice of Pretrial Scheduling Conference* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 11)

2.    Scheduling Conference – *Siegel v. Wynit, Inc.,* 10-03624

      Related
      Documents:

      a.    Notice of Rescheduled Pre-Trial Conference – *Notice of Pretrial Scheduling Conference* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 8)

3.    Scheduling Conference – *Siegel v. Discovery Communications, Inc., et al.,* 10-03732

      Related
      Documents:

      a.    Notice of Rescheduled Pre-Trial Conference – *Notice of Pretrial Scheduling Conference* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 14)

4.    Scheduling Conference – *Siegel v. Sun Construction Group, Inc. aka Sun Construction,* 10-03240

      Related
      Documents:

      a.    Notice of Rescheduled Pre-Trial Conference – *Notice of Pretrial Scheduling Conference* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 13)

5.    Scheduling Conference – *Siegel v. Russellville Steel Company, Inc.,* 10-03317

      Related
      Documents:

    a.       Notice of Rescheduled Pre-Trial Conference – *Notice of Pretrial Scheduling Conference* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 7)

6.      Scheduling Conference – *Siegel v. Universal Display and Fixtures Company,* 10-03524

    Related
    Documents:

    a.       Notice of Rescheduled Pre-Trial Conference – *Notice of Pretrial Scheduling Conference* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 7)

## II.    CONTINUED MATTERS

7.      Motion to Dismiss Adversary Proceeding 10-03293-KRH filed by Bensussen Deutsch & Associates, Inc.

    Status:      The underlying matter has been resolved subject to documentation and consummation.  Accordingly, the Trust suggests that this matter be continued.

8.      Motion to Dismiss Adversary Proceeding 10-03382-KRH filed by B.R. Fries & Associates, LLC

    Status:      The underlying matter has not yet been mediated.   Accordingly, the Trust suggests that this matter be continued.

9.      Site A, LLC's Second Amended Motion to Allow Late Filing of Proof of Claim, or in the Alternative, Motion to File Late Proof of Claim as an Amendment to Informal Proof of Claim (Docket No. 7155).
    Related
    Documents:

    a.       Notice of Motion and Hearing (Docket No. 5405)

    b.       Amended Motion to Allow Late Filing of Proof of Claim, by Site A, LLC (Docket Nos. 5310, 5404)

    c.       Notice of Motion and Hearing (Docket No. 7236)

    Objection

Deadline:                    October 27, 2009 at 5:00 p.m., extended for the Liquidating Trust.

Objections/
Responses
Filed:

Status:                      This matter has been adjourned to July 13, 2011 at 2:00 p.m.


III.      **CLAIMS OBJECTIONS**

10.     Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain
        Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

        Related
        Documents:

        a.      Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of
                Certain Misclassified Claims to General Unsecured, Non-Priority Claims)
                (Docket No. 4449)

        b.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) (Docket No. 4736)

        c.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) (Docket No. 4758)

        d.      Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) (Docket No. 6299)

        e.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No.
                6642)

        f.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No.
                6661)

        g.      Memorandum Opinion (Docket No. 6693)

        h.      Order Granting Motion for Summary Judgment (Docket No. 6694)

     i.     Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6868)

     j.     Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 7114)

     k.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home & Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

     l.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Arboretum of South Barrington Resolving a Certain Claim (Docket No. 8361)

     m.     Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Imation Enterprises Corp.  (Docket No. 8861)

Objection
Deadline:     July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:     See attached Exhibit A.

Status:     For the one claim for which the objection is still pending, this matter is adjourned to July 13, 2011 at 2:00 p.m.  See attached Exhibit A.

11.     Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 3710)

Related
Documents:

     a.     Order on Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 4577)

     b.     Supplemental Order on Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 6369)

Objection
Deadline:     July 16, 2009 at 4:00 p.m.

Objections/

Responses
Filed:                          See attached Exhibit A.

Status:                         For the one claim for which the objection is still pending, this
                                matter is adjourned to July 13, 2011 at 2:00 p.m.  See attached
                                Exhibit A.


12.    Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal
       Claims) (Docket No. 4585)

       Related
       Documents:

       a.       Order on Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of
                Certain Legal Claims) (Docket No. 5294)

       b.       Notice of Proposed Settlement Agreement and Stipulation by and Among the
                Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors'
                Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth
                Omnibus Objection to Claim No. 5708 (Docket No. 8358)

       c.       Notice of Proposed Settlement Agreement and Stipulation by and among the
                Debtors and Ada Alicea Resolving the Debtors' Thirty-First Omnibus Objection
                to Claim No. 6283 (Docket No. 8839)

       d.       Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST
                OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
                CLAIM OF PNY TECHNOLOGIES, INC. [CLAIM NO. 1723]* (Docket No. 9910)

       e.       Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of
                Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain
                Legal Claim) Solely with Respect to the Claim of Leon Hurney [Claim No.
                10047] (Docket No. 9868)

       f.       Notice and Withdrawal, *WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST
                OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LEGAL
                CLAIM) SOLELY WITH RESPECT TO THE CLAIM OF TANDEN KIBBY
                (CLAIM NO. 6894)* (Docket No. 10084)

       Objection
       Deadline:                       September 15, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:                          See attached Exhibit A.

       Status:                         For those claims for which the objection is still pending, this

matter is adjourned to July 13, 2011 at 2:00 p.m.  See attached
<u>Exhibit A</u>.

13.     Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or
        Reclassification of Certain Claims) (Docket Nos. 4588, 4590)

        Related
        Documents:

        a.      Order on Debtors' Thirty-Third Omnibus Objection to Claims (Modification
                and/or Reclassification of Certain Claims) (Docket No. 5192)

        b.      Notice of Hearing on the Merits on Debtors' Thirty-third Omnibus Objection to
                Claim 9293 filed by Cyndi Ann Haines and Response Thereto (Docket No. 6551)

        c.      Notice of Hearing on the Merits on Debtors' Thirty-third Omnibus Objection to
                Claim 7295 Filed by Amore Construction Company and Response Thereto
                (Docket No. 6553)

        d.      Supplemental Order on Debtors' Thirty-Third Omnibus Objection to Claims
                (Modification and/or Reclassification of Certain Claims) (Docket No. 6852)

        e.      Second Supplemental Order on Debtors' Thirty-Third Omnibus Objection to
                Claims (Modification and/or Reclassification of Certain Claims) (Docket No.
                7637

        f.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
                Debtors and Bell'O International Corp. Resolving the Debtors' Thirty-Third
                Omnibus Objection to Claim 7435 (Docket No. 7741)

        g.      Notice of Proposed Settlement and Stipulation by and Among the Debtors and
                Sharpe Partners, LLC Resolving the Debtors' Thirty-Third Omnibus Objection to
                Claim 6257 (Docket No. 7996)

        h.      Notice of Proposed Settlement and Stipulation by and Among the Debtors and
                Lexmark International, Inc. Resolving the Debtors' Thirty-Third Omnibus
                Objection to Claim 7391 (Docket No. 8087)

        Objection
        Deadline:                September 15, 2009 at 4:00 p.m.

        Objections/
        Responses
        Filed:                   See attached <u>Exhibit A</u>.

Status:                  For the one claim for which the objection is still pending, this
                         matter is adjourned to July 13, 2011 at 2:00 p.m.  See attached
                         Exhibit A.

14.    Debtors' Thirty-Sixth Omnibus Objection to Claims Disallowance of Certain Claims
       Relating to Short Term Incentive Plan) (Docket No. 4600)

       Status:            For the one claim for which the objection is still pending, the Trust
                          requests that the Court enter an order sustaining the objection. See
                          attached Exhibit A.

15.    Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal
       Property Tax Claims) (Docket No. 4613)

       Related
       Documents:

       a.     Order on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of
              Certain Personal Property Tax Claims) (Docket No. 5397)

       b.     Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh
              Omnibus Objection to Claims (Reduction of Certain Personal Property Tax
              Claims) (Docket No. 7343)

       c.     Memorandum of Law In Support of Debtors' Motion for Partial Summary
              Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims
              (Reduction of Certain Personal Property Tax Claims) (Docket No. 7344)

       d.     Notice of Motion and Hearing (Docket No. 7345)

       e.     Notice of Rescheduled Hearing On Debtors' Motion For And Memorandum Of
              Law In Support Of The Debtors' Motion For Partial Summary Judgment On The
              Thirty-Seventh Omnibus Objection To Claims (Reduction Of Certain Personal
              Property Tax Claims) (Docket No. 7550)

       f.     Notice of Presentment of Agreed Order By And Among The Debtors And Certain
              Taxing Authorities With Respect To The Thirty-Seventh Omnibus Objection
              (Docket No. 7695)

       g.     Agreed Order by and Among the Debtors and Certain Taxing Authorities with
              Respect to the Thirty-Seventh Omnibus Objection and Related Pleadings (Docket
              No. 7800)

       h.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and Kitsap County Treasurer Resolving the Debtors' Thirty-Seventh

8

Omnibus Objection to Claim No. 13337 (Docket No. 7983)

i.       Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and City of Chesapeake Resolving the Debtors' Thirty-Seventh Omnibus
Objection to Claim No. 11842 (Docket No. 8015)

j.       Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and the Escambia County Tax Collector Resolving the Debtors' Thirty-
Seventh Omnibus Objection to Claim Nos. 1624, 13792, and 14789 (Docket No.
8067)

k.       Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Gaston County, North Carolina Tax Collector Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim Nos. 1836 and 13350 (Docket No.
8167)

l.       Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Allen County, Indiana Treasurer Resolving the Debtors' Thirty-
Seventh Omnibus Objection to Claim No. 13395 (Docket No. 8174)

m.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Harris County, Texas Resolving the Debtors' Thirty-Seventh
Omnibus Objection to Claim No. 14429 (Docket No. 8181)

n.       Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Travis County, Texas Regarding Claim Nos. 10531 and
14423 (Docket No. 8184)

o.       Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Loudon County Resolving the Debtors' Thirty-Seventh Omnibus
Objection to Claim No. 13686 (Docket No. 8187)

p.       Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Lewisville Independent School District Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim No. 13579 and Resolving Claim No.
1840 (Docket No. 8204)

q.       Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Boulder County, Colorado Treasurer Resolving the Debtors' Thirty-
Seventh Omnibus Objection to Claim No. 10419 (Docket No. 8359)

r.       Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Ada County, Idaho Resolving the Debtors' Thirty-Seventh Omnibus
Objection to Claim No. 14430 (Docket No. 8407)

s.       Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Arlington Independent School District, Texas Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim No. 6535 and Resolving Claim No.

124 (Docket No. 8413)

t.     Certificate of No Objection with Respect to the Settlement Agreement and Stipulation by and Among the Debtors and Desoto County, Mississippi Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13944 and Related Matters (Docket No. 8417)

u.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Brevard County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13320 (Docket No. 8438)

v.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Hernando County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13385 (Docket No. 8439)

w.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Palm Beach County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 3882 and Relating to Claim No. 14744 (Docket No. 8440)

x.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Osceola County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 13064 and 13162 (Docket No. 8441)

y.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Prince George's County, Maryland Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13465 and Resolving Claim Nos. 12431 and 13466 (Docket No. 8445)

z.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Charles County, Maryland Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13576 and Resolving Claim No. 1835 (Docket No. 8446)

aa.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Wake County, North Carolina Revenue Department Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13627 and Resolving Claim No. 1795 (Docket No. 8447)

bb.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Manatee County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13325 (Docket No. 8454)

cc.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Okaloosa County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13315 (Docket No. 8455)

dd.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Pinellas County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13309 (Docket No. 8456)

ee.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Orange County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13316 (Docket No. 8457)

ff.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Snohomish County Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 11646 and Resolving Claim No. 1547 (Docket No. 8487)

gg.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Marion County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13318 and Relating to Claim No. 213 (Docket No. 8735)

hh.     Stipulation - *Withdrawal of Claim(s) by Polk County Tax Collector* By Circuit City Stores, Inc. Liquidating Trust and Between Polk County Tax Collector filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9905)

Objection
Deadline:             May 13, 2010 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit A.

Status:              For those claims for which the objection is still pending, this matter is adjourned to July 13, 2011 at 2:00 p.m.  See attached Exhibit A.


16.     Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims)) (Docket No. 5879)

Related
Documents:

a.      Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6368)

b.      Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims

(Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6585)

c.      Notice of Hearing on the Merits on Debtors' Sixtieth Omnibus Objection to Claim No. 14123 Filed by Phillip Lee Steele and Response Thereto (Docket No. 8205)

d.      Second Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8285)

e.      Third Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8421)

f.      Notice of Hearing (Re: related document(s) 5879 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9819)

| | |
|---|---|
| Objection Deadline: | December 14, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A. |
| Status: | The status hearing for the objection as it relates to the one remaining claim has been adjourned to July 13, 2011 at 2:00 p.m. |

17.     Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7013)

Related
Documents:

a.      Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7457)

b.      Supplemental Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No

Liability (Miscellaneous Claims)) (Docket No. 7674)

c.      Notice of Proposed Settlement Agreement and Stipulation by and Between the Debtors and Universal Display and Fixtures Company (Docket No. 8002)

d.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors' Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth Omnibus Objection to Claim No. 5708 (Docket No. 8358)

e.      Notice of Proposed Settlement Agreement and Stipulation by and Between the Debtors and Richard Kreuger (Docket No. 8435)

f.      Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Z-Line Designs, Inc. (Docket No. 8857)

g.      Notice of Hearing (Re: related document(s) 7013 Objection to Claim filed by Circuit City Stores, Inc.) (Docket No. 9820)

h.      Trustee's Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the Claim of Jamie Stack (Claim No. 14139)

i.      Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the Claim of Sarah B. Harris [Claim No. 14314] (Docket No. 9869)

j.      Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the Claim of Jean S. Hamby [Claim No. 13896] (Docket No. 9870)

k.      Notice of Hearing (Re: related document(s)[7013] Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 3/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 9985)

l.      Stipulation *TO CONSOLIDATE OBJECTION TO CLAIM WITH PENDING ADVERSARY PROCEEDING* By Circuit City Stores, Inc. Liquidating Trust and Between SAP INDUSTRIES, INC., FKA SAP RETAIL INC (Docket No. 10103)

m.      Notice and Withdrawal, *WITHOUT PREJUDICE, OF DEBTORS SEVENTIETH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF MOBILE EDGE [CLAIM NO. 3788]* (Docket No. 10085)

n.      Notice and Withdrawal, *WITHOUT PREJUDICE, OF DEBTORS SEVENTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL CLAIMS); (II) NO LIABILITY (SATISFIED CLAIMS); (III)*

13

*NO LIABILITY (HUMAN RESOURCES CLAIMS) AND (IV) NO LIABILITY
(MISCELLANEOUS CLAIMS)) SOLELY WITH RESPECT TO THE CLAIM OF
CURTISS McGOUGH (CLAIM NO. 3439)* (Docket No. 10087)

o.      Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of
        Certain (i) No Liability (Legal Claims); (ii) No Liability (Satisfied Claims); (iii)
        No Liability (Human Resources Claims); and (iv) No Liability (Miscellaneous
        Claims)) Solely as it Relates to the claim of Albert Flowers, Jr. (Docket No.
        10242)

p.      Order Approving Stipulation Between Alfred H. Siegel, As Trustee Of The
        Circuit City Stores, Inc. Liquidating Trust and SAP Industries, Inc. To
        Consolidate Objection To Claim With Pending Adversary Proceeding (Re: related
        document(s) [10103] Stipulation filed by Circuit City Stores, Inc. Liquidating
        Trust) (Docket No. 10366)

Objection
Deadline:              April 22, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached <u>Exhibit A</u>.

Status:                For the one remaining claim for which the objection is still
                       pending, this status hearing is adjourned to July 13, 2011 at 2:00
                       p.m.  See attached <u>Exhibit A.</u>

18.     Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain
        Misclassified Administrative Claims) (Docket No. 7460)

Related
Documents:

a.      Order on Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of
        Certain Misclassified Administrative Claims) (Docket No. 7858)

b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors, the Equal Employment Opportunity Commission, Jamal Booker and
        Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth
        Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230
        and 4238 (Docket No. 8138)

Objection
Deadline:              June 1, 2010 at 4:00 p.m.

Objections/

14

Responses
Filed:                  See attached <u>Exhibit A</u>

Status:                 For the two claims for which the objection is still pending, this
                        matter is adjourned to July 13, 2011 at 2:00 p.m.  See attached
                        <u>Exhibit A</u>.


19.    Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal
       Claims) (Docket No. 7874)

       Related
       Documents:

       a.      Order on Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of
               Certain Legal Claims) (Docket No. 8199)

       b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
               Debtors and James Fouskey Resolving the Debtors' Seventy-Ninth Omnibus
               Objection to Claim No. 4017 (Docket No. 8733)

       c.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
               Debtors and Richard Grande Resolving the Debtors' Seventy-Ninth Omnibus
               Objection to Claim No. 6242 (Docket No. 8739)

       d.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
               Debtors and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus
               Objection to Claim No. 6008 (Docket No. 8740)

       e.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
               Debtors and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus
               Objection to Claim No. 4767 (Docket No. 8744)

       f.      Notice of Proposed Settlement Agreement and Stipulation by and among the
               Debtors and Anna Thomas Resolving the Debtors' Seventy-Ninth Omnibus
               Objection to Claim No. 3145 (Docket No. 8777)

       g.      Notice of Proposed Settlement Agreement and Stipulation by and among the
               Debtors and Leedell Murphy Resolving the Debtors' Seventy-Ninth Omnibus
               Objection to Claim No. 5832 (Docket No. 8841).

       h.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-
               NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
               CLAIM OF DENISE K. FISHER [CLAIM NO. 3544]* (Docket No. 9903)

       i.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-
               NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
               CLAIM OF MARY LOPRESTI [CLAIM NO. 5401]* (Docket No. 9904)

Objection
Deadline:               July 15, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached <u>Exhibit A</u>.

Status:                 For those claims for which the objection is still pending, this
                        matter is adjourned to July 13, 2011 at 2:00 p.m.  See attached
                        <u>Exhibit A</u>.

20.     Notice and Objection to Claim *Liquidating Trust's First Omnibus Objection to Landlord
        Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
        Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain
        of Late Filed Claims, Disallowance of Certain Amended Claims and Disallowance of
        Certain Invalid Claims)* (Docket No. 10024)

        Related
        Documents:

        a.      Notice of Withdrawal of Reference *Notice of Withdrawal of Docket No. 1138 and
                Claim No. 13098* (Re: related document(s) 1138 Motion to Compel filed by
                Watercress Associates, LP, LLP dba Pearlridge Center, Starpoint Property
                Management, LLC, RD Bloomfield Associates Limited Partnership, Acadia
                Realty Limited Partnership, Tourboullin Co., Brighton Commercial, L.L.C.,
                Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida
                Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial,
                LLC, New River Properties, LLC, Rancon Realty Fund IV, UnCommon, Ltd., a
                Florida Limited Partnership, Sparkleberry Two Notch, LLC) filed by Jennifer
                McLain McLemore of Christian & Barton, LLP on behalf of Acadia Realty
                Limited Partnership, Brighton Commercial, L.L.C., Catellus Operating Limited
                Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia
                Equities Limited Partnership, La Habra Imperial, LLC, New River Properties,
                LLC, RD Bloomfield Associates Limited Partnership, Rancon Realty Fund IV,
                Sparkleberry Two Notch, LLC, Starpoint Property Management, LLC,
                Tourboullin Co., UnCommon, Ltd., a Florida Limited Partnership, Watercress
                Associates, LP, LLP dba Pearlridge Center. (McLemore, Jennifer) (Docket No.
                10162)

        b.      Amended Notice of Withdrawal of Docket No. 1138 and Claim No. 13098 (Docket
                No. 10164)

        c.      Order Sustaining Liquidating Trust's First Omnibus Objection To Landlord Claims
                (reduction of certain partially invalid claims, reclassification of certain misclassified
                claims, disallowance of certain invalid claims, disallowance of certain late-filed

claims and disallowance of certain amended claims) (Re: related document(s)[10024] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10770)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached <u>Exhibit B</u>. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  For all other claims which have not been resolved, as identified on <u>Exhibit B</u>, the Liquidating Trust will request that the Court sustain the Objection. |

21.  Notice and Objection to Claim - *Liquidating Trust's Second Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)*  (Docket No. 10039)

Related Documents:

a.  Order Sustaining Liquidating Trust's Second Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s)[10039] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10771)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |

Objections/

Responses
Filed:                    See attached <u>Exhibit B</u>.

Status:                   A status hearing is going forward with respect to those claims for
                          which a response was filed as identified on <u>Exhibit B</u>.  **Those
                          parties who filed a response do not need to appear at the
                          hearing. Such parties' rights will not be affected at this
                          hearing.**  During the hearing the Liquidating Trust will advise the
                          Court that the status hearing will be adjourned to August 22, 2011
                          at 2:00 p.m. with respect to those claims for which a response was
                          filed.  With respect to those claims to which a response was not
                          filed but to which the Liquidating Trust agreed to continue the
                          hearing and requisite response deadline, as identified on <u>Exhibit B</u>,
                          the Liquidating Trust will advise the Court that the status hearing
                          will be adjourned to August 22, 2011 at 2:00 p.m. with respect to
                          those claims.  **Those parties do not need to appear at the
                          hearing. Such parties' rights will not be affected at this
                          hearing.**  For all other claims which have not been resolved, as
                          identified on <u>Exhibit B</u>, the Liquidating Trust will request that the
                          Court sustain the Objection.

22.     Notice and Objection to Claim - *Liquidating Trust's Third Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
        Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
        Certain Duplicate Claims, and Disallowance of Certain Amended Claims)*  (Docket No.
        10040)

        Related
        Documents:

        a.    Order Sustaining Liquidating Trust's Third Omnibus Objection To Landlord Claims
              (reduction of certain partially invalid claims, reclassification of certain misclassified
              claims, disallowance of certain invalid claims, disallowance of certain duplicate
              claims and disallowance of certain amended claims)(Re: related document(s)[10040]
              Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating
              Trust)(Docket No. 10777)

        Objection
        Deadline:             April 7, 2011 at 4:00 p.m.

        Objections/
        Responses
        Filed:                See attached <u>Exhibit B</u>.

        Status:               A status hearing is going forward with respect to those claims for
                              which a response was filed as identified on <u>Exhibit B</u>.  **Those
                              parties who filed a response do not need to appear at the**

18

**hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the Objection.

23.    Notice and Objection to Claim - *Liquidating Trust's Fourth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims)* (Docket No. 10041)

     Related
     Documents:

     a.    Order Sustaining Liquidating Trust's Fourth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims and disallowance of certain invalid claims) (Re: related document(s)[10041] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10774)

     Objection
     Deadline:        April 7, 2011 at 4:00 p.m.

     Objections/
     Responses
     Filed:        See attached Exhibit B.

     Status:        A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this**

**hearing.**  For all other claims which have not been resolved, as identified on <u>Exhibit B</u>, the Liquidating Trust will request that the Court sustain the Objection.

24.    Notice and Objection to Claim - *Liquidating Trust's Fifth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims and Disallowance of Certain Invalid Claims)* (Docket No. 10042)

Related
Documents:

a.    Order Sustaining Liquidating Trust's Fifth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late-Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims) (Re: related document(s)[10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10791)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                    See attached <u>Exhibit B</u>.

Status:                   A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  For all other claims which have not been resolved, as identified on <u>Exhibit B</u>, the Liquidating Trust will request that the Court sustain the Objection.

25.   Notice and Objection to Claim - *Sixth Omnibus Objection to Claims (Disallowance of Certain Invalid Unliquidated Claims and Fixing of Certain Unliquidated Claims)* (Docket No. 10043)

   Related
   Documents:

   Objection
   Deadline:             April 7, 2011 at 4:00 p.m.

   Objections/
   Responses
   Filed:                See attached Exhibit B.

   Status:               A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the Objection.

26.   Notice and Objection to Claim - *Liquidating Trust's Seventh Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified Claims)(To Correct Substantive Pleading --Replaces Docket Number 10044)* (Re: related document(s) 10044 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)  (Docket No. 10045)

   Related
   Documents:

   Objection
   Deadline:             April 7, 2011 at 4:00 p.m.

   Objections/
   Responses

Filed:                See attached <u>Exhibit B</u>.

Status:               The response deadline was extended until June 2, 2011 for
                      claimant Power Sales.  No response was timely filed.
                      Accordingly, the Trust will request that the Court sustain the
                      Objection as it relates to this claim.  The Court struck the response
                      of Innovative Marketing Solutions LLC.  Accordingly, the Trust
                      will request that the Court sustain the Objection as it relates to this
                      claim.  The Court struck the response of iTouchless Housewares
                      and Products, Inc.  Accordingly, the Trust will request that the
                      Court sustain the Objection as it relates to this claim.  A status
                      hearing is going forward with respect to those claims for which a
                      response was filed as identified on <u>Exhibit B</u>.  **Those parties who
                      filed a response do not need to appear at the hearing.  Such
                      parties' rights will not be affected at this hearing.**  During the
                      hearing the Liquidating Trust will advise the Court that the status
                      hearing will be adjourned to August 22, 2011 at 2:00 p.m. with
                      respect to those claims for which a response was filed.  With
                      respect to those claims to which a response was not filed but to
                      which the Liquidating Trust agreed to continue the hearing and
                      requisite response deadline, as identified on <u>Exhibit B</u>, the
                      Liquidating Trust will advise the Court that the status hearing will
                      be adjourned to August 22, 2011 at 2:00 p.m. with respect to those
                      claims.  **Those parties do not need to appear at the hearing.
                      Such parties' rights will not be affected at this hearing.**  For all
                      other claims which have not been resolved, as identified on <u>Exhibit
                      B</u>, the Liquidating Trust will request that the Court sustain the
                      Objection.

27.    Notice and Objection to Claim - *Liquidating Trust's Eighth Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
       Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
       Certain of Late Filed Claims, Disallowance of Certain Amended Claims, and
       Disallowance of Certain Invalid Claims)*  (Docket No. 10046)

       Related
       Documents:

       a.     Order Sustaining Liquidating Trust's Eighth Omnibus Objection To Landlord
              Claims(reduction of certain partially invalid claims, reclassification of certain
              misclassified claims, disallowance of certain invalid claims, disallowance of
              certain late filed claims and disallowance of certain amended claims) (Re: related
              document(s)[10046] Sustaining Objection to Claim filed by Circuit City Stores,
              Inc. Liquidating Trust) (Docket No. 10778)

       Objection
       Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                    See attached <u>Exhibit B</u>.

Status:                   A status hearing is going forward with respect to those claims for
                          which a response was filed as identified on <u>Exhibit B</u>.  **Those
                          parties who filed a response do not need to appear at the
                          hearing. Such parties' rights will not be affected at this
                          hearing.**  During the hearing the Liquidating Trust will advise the
                          Court that the status hearing will be adjourned to August 22, 2011
                          at 2:00 p.m. with respect to those claims for which a response was
                          filed.  With respect to those claims to which a response was not
                          filed but to which the Liquidating Trust agreed to continue the
                          hearing and requisite response deadline, as identified on <u>Exhibit B</u>,
                          the Liquidating Trust will advise the Court that the status hearing
                          will be adjourned to August 22, 2011 at 2:00 p.m. with respect to
                          those claims.  **Those parties do not need to appear at the
                          hearing.  Such parties' rights will not be affected at this
                          hearing.**  For all other claims which have not been resolved, as
                          identified on <u>Exhibit B</u>, the Liquidating Trust will request that the
                          Court sustain the Objection.

28.     Notice and Objection to Claim - *Liquidating Trust's Ninth Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
        Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
        Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)* (docket
        No. 10047)

        Related
        Documents:

        a.      Order Sustaining Liquidating Trust's Ninth Omnibus Objection To Landlord
                Claims( reduction of certain partially invalid claims, reclassification of certain
                misclassified claims, disallowance of certain invalid claims, disallowance of
                certain late-filed claims and disallowance of certain amended claims) (Re: related
                document(s)[10047] Sustaining Objection to Claim filed by Circuit City Stores,
                Inc. Liquidating Trust) (Docket No. 10776)

        Objection
        Deadline:                 April 7, 2011 at 4:00 p.m.

        Objections/
        Responses
        Filed:                    See attached <u>Exhibit B</u>.

        Status:                   A status hearing is going forward with respect to those claims for
                                  which a response was filed as identified on <u>Exhibit B</u>.  **Those**

**parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** For all other claims which have not been resolved, as identified on <u>Exhibit B</u>, the Liquidating Trust will request that the Court sustain the Objection.

29.    Notice and Objection to Claim - *Liquidating Trust's Tenth Omnibus Objection to Disallow Certain Claims (Short-Term Incentive Program)* (Docket No. 10048)

Related
Documents:

a.    Order Sustaining Liquidating Trust's Tenth Omnibus Objection To Disallow Certain Claims (short-term incentive program) (Re: related document(s)[10048] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10787)

Objection
Deadline:            April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:            See attached <u>Exhibit B</u>.

Status:            A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this**

24

**hearing.**  For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the Objection.

30.     Notice and Objection to Claim - *Liquidating Trust's Eleventh Omnibus Objection to Claims: Reclassify to General Unsecured Claims, Reduce to Statutory Cap, or Disallow, as Applicable (Special Cash Retention Program)*  (Docket No. 10049)

> Related
> Documents:
>
> a.     Order Sustaining Liquidating Trust's Eleventh Omnibus Objection To Claims: Reclassify To General Unsecured Claims, Reduce To Statutory Cap or Disallow As Applicable (special cash retention program) (Re: related document(s)[10049] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10783)
>
> Objection
> Deadline:               April 7, 2011 at 4:00 p.m.
>
> Objections/
> Responses
> Filed:                  See attached Exhibit B.
>
> Status:                 A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the Objection.

31.     Notice and Objection to Claim - *Liquidating Trust's Twelfth Omnibus Objection to Disallow Certain Claims (Long-Term Incentive Program)*  (Docket No. 10050)

> Related

Documents:

a. Order Sustaining Liquidating Trust's Twelfth Omnibus Objection To Disallow Certain Claims (long-term incentive program) (Re: related document(s)[10050] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10782)

Objection
Deadline:                    April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                        See attached <u>Exhibit B</u>.

Status:                      A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  For all other claims which have not been resolved, as identified on <u>Exhibit B</u>, the Liquidating Trust will request that the Court sustain the Objection.

32.     Notice and Objection to Claim - *Liquidating Trust's Thirteenth Omnibus Objection to Certain Priority Claims: Allow Up to the Statutory Cap, Reclassify, Disallow as Applicable (Employment Contract Severance Claims)* (Docket No. 10051)

Related
Documents:

a.     Order Sustaining Liquidating Trust's Thirteenth Omnibus Objection To Certain Priority Claims: allow up to the statutory cap, reclassify, disallow as applicable (employment contract severance claims) (Re: related document(s)[10051] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10781)

Objection
Deadline:                    April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                    See attached <u>Exhibit B.</u>

Status:                   A status hearing is going forward with respect to those claims for
                          which a response was filed as identified on <u>Exhibit B</u>.   **Those
                          parties who filed a response do not need to appear at the
                          hearing. Such parties' rights will not be affected at this
                          hearing.**  During the hearing the Liquidating Trust will advise the
                          Court that the status hearing will be adjourned to August 22, 2011
                          at 2:00 p.m. with respect to those claims for which a response was
                          filed.  With respect to those claims to which a response was not
                          filed but to which the Liquidating Trust agreed to continue the
                          hearing and requisite response deadline, as identified on <u>Exhibit B</u>,
                          the Liquidating Trust will advise the Court that the status hearing
                          will be adjourned to August 22, 2011 at 2:00 p.m. with respect to
                          those claims.  **Those parties do not need to appear at the
                          hearing.  Such parties' rights will not be affected at this
                          hearing.**  For all other claims which have not been resolved, as
                          identified on <u>Exhibit B</u>, the Liquidating Trust will request that the
                          Court sustain the Objection.

33.     Notice and Objection to Claim - *Liquidating Trust's Fourteenth Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
        Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
        Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and
        Disallowance of Certain Amended Claims)* (Docket No. 10052)

        Related
        Documents:

        a.      Order Sustaining Liquidating Trust's Fourteenth Omnibus Objection To Landlord
                Claims(reduction of certain partially invalid claims, reclassification of certain
                misclassified claims, disallowance of certain invalid claims, disallowance of
                certain late filed claims, disallowance of certain duplicate claims and
                disallowance of certain amended claims(Re: related document(s)[10052]
                Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
                (Docket No. 10780)

        Objection
        Deadline:                 April 7, 2011 at 4:00 p.m.

        Objections/
        Responses
        Filed:                    See attached <u>Exhibit B</u>.

Status:                  A status hearing is going forward with respect to those claims for
                         which a response was filed as identified on <u>Exhibit B</u>.  **Those
                         parties who filed a response do not need to appear at the
                         hearing. Such parties' rights will not be affected at this
                         hearing.**  During the hearing the Liquidating Trust will advise the
                         Court that the status hearing will be adjourned to August 22, 2011
                         at 2:00 p.m. with respect to those claims for which a response was
                         filed.  With respect to those claims to which a response was not
                         filed but to which the Liquidating Trust agreed to continue the
                         hearing and requisite response deadline, as identified on <u>Exhibit B</u>,
                         the Liquidating Trust will advise the Court that the status hearing
                         will be adjourned to August 22, 2011 at 2:00 p.m. with respect to
                         those claims.  **Those parties do not need to appear at the
                         hearing.  Such parties' rights will not be affected at this
                         hearing.**  For all other claims which have not been resolved, as
                         identified on <u>Exhibit B</u>, the Liquidating Trust will request that the
                         Court sustain the Objection.

34.     Notice and Objection to Claim - *Liquidating Trust's Fifteenth Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
        Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
        Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and
        Disallowance of Certain Amended Claims)*   (Docket No. 10053)

        Related
        Documents:

        a.      Notice of Withdrawal of Reference *Notice of Withdrawal of Docket No. 1138 and
                Claim No. 13098* (Re: related document(s) <u>1138</u> Motion to Compel filed by
                Watercress Associates, LP, LLP dba Pearlridge Center, Starpoint Property
                Management, LLC, RD Bloomfield Associates Limited Partnership, Acadia
                Realty Limited Partnership, Tourboullin Co., Brighton Commercial, L.L.C.,
                Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida
                Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial,
                LLC, New River Properties, LLC, Rancon Realty Fund IV, UnCommon, Ltd., a
                Florida Limited Partnership, Sparkleberry Two Notch, LLC) filed by Jennifer
                McLain McLemore of Christian & Barton, LLP on behalf of Acadia Realty
                Limited Partnership, Brighton Commercial, L.L.C., Catellus Operating Limited
                Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia
                Equities Limited Partnership, La Habra Imperial, LLC, New River Properties,
                LLC, RD Bloomfield Associates Limited Partnership, Rancon Realty Fund IV,
                Sparkleberry Two Notch, LLC, Starpoint Property Management, LLC,
                Tourboullin Co., UnCommon, Ltd., a Florida Limited Partnership, Watercress
                Associates, LP, LLP dba Pearlridge Center. (McLemore, Jennifer) (Docket No.
                10162)

b.     Amended Notice of Withdrawal of Docket No. 1138 and Claim No. 13098 (Docket No. 10164)

c.     Order Sustaining Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims (Re: related document(s)[10053] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10779)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit B.

Status:                A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.   **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the Objection.

35.    Notice and Objection to Claim - *Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)*   (Docket No. 10061)

Related
Documents:

a.  Amended Exhibit *C to Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims) [Service Copy of Said Objection (Docket No. 10061) Contained Exhibit C and Amended Exhibit C]* (Re: related document(s) 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)  (Docket No. 10074)

b.  Order Sustaining Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[10061] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10785)

Objection
Deadline:          April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit B.

Status:            A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the Objection.

36.  Notice and Objection to Claim - *Liquidating Trust's Eighteenth Omnibus Objection to Claims Filed by Taxing Authorities (Reduction of Certain Partially Invalid Claims; Disallowance of Certain Invalid Claims; Disallowance of Certain Duplicate Claims; Reclassification of Certain Claims; Disallowance of Certain Amended or Superseded*

*Claims; Disallowance or Reduction of Certain Late Filed Claims; Disallowance of Certain Invalid Claims; and Fixing the Amount of Certain Claims)* (Docket No. 10062)

Related
Documents:

a.      Withdrawal of Pasadena Independent School District's Response to Eighteenth Omnibus Objection of Claims (Docket No. 10062) - (Docket No. 10516)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached <u>Exhibit B.</u>

Status:                A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** For all other claims which have not been resolved, as identified on <u>Exhibit B</u>, the Liquidating Trust will request that the Court sustain the Objection.

37.    Notice and Objection to Claim - *Liquidating Trust's Nineteenth Omnibus Objection to Certain Employee Priority Claims: No Liability; Not Entitled to Priority; Allow up to the Statutory Cap; and Reclassify, as Applicable (Miscellaneous HR Priority Claims)* (Docket No. 10071)

Related
Documents:

a.      Order Sustaining Liquidating Trust's Nineteenth Omnibus Objection To Certain Employee Priority Claims; No Liability; Not Entitled To Priority; Allow Up to The Statutory Cap, and Reclassify, As Applicable (miscellaneous HR Priority Claims) (Re: related document(s)[10071] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10786)

Objection
Deadline:                    April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                       See attached Exhibit B.

Status:                      A status hearing is going forward with respect to those claims for
                             which a response was filed as identified on Exhibit B.  **Those
                             parties who filed a response do not need to appear at the
                             hearing. Such parties' rights will not be affected at this
                             hearing.**  During the hearing the Liquidating Trust will advise the
                             Court that the status hearing will be adjourned to August 22, 2011
                             at 2:00 p.m. with respect to those claims for which a response was
                             filed.  With respect to those claims to which a response was not
                             filed but to which the Liquidating Trust agreed to continue the
                             hearing and requisite response deadline, as identified on Exhibit B,
                             the Liquidating Trust will advise the Court that the status hearing
                             will be adjourned to August 22, 2011 at 2:00 p.m. with respect to
                             those claims.  **Those parties do not need to appear at the
                             hearing.  Such parties' rights will not be affected at this
                             hearing.**  For all other claims which have not been resolved, as
                             identified on Exhibit B, the Liquidating Trust will request that the
                             Court sustain the Objection.

38.    Notice and Objection to Claim - *Liquidating Trust's Twentieth Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
       Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
       Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and
       Disallowance of Certain Amended Claims)* (Docket No. 10072)

       Related
       Documents:

       a.      Notice of Withdrawal of Reference *Notice of Withdrawal of Docket No. 1138 and
               Claim No. 13098* (Re: related document(s) 1138 Motion to Compel filed by
               Watercress Associates, LP, LLP dba Pearlridge Center, Starpoint Property
               Management, LLC, RD Bloomfield Associates Limited Partnership, Acadia
               Realty Limited Partnership, Tourboullin Co., Brighton Commercial, L.L.C.,
               Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida
               Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial,
               LLC, New River Properties, LLC, Rancon Realty Fund IV, UnCommon, Ltd., a
               Florida Limited Partnership, Sparkleberry Two Notch, LLC) filed by Jennifer
               McLain McLemore of Christian & Barton, LLP on behalf of Acadia Realty
               Limited Partnership, Brighton Commercial, L.L.C., Catellus Operating Limited
               Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia
               Equities Limited Partnership, La Habra Imperial, LLC, New River Properties,

LLC, RD Bloomfield Associates Limited Partnership, Rancon Realty Fund IV, Sparkleberry Two Notch, LLC, Starpoint Property Management, LLC, Tourboullin Co., UnCommon, Ltd., a Florida Limited Partnership, Watercress Associates, LP, LLP dba Pearlridge Center. (McLemore, Jennifer) (Docket No. 10162)

b.      Amended Notice of Withdrawal of Docket No. 1138 and Claim No. 13098 (Docket No. 10164)

c.      Order Sustaining Liquidating Trust's Twentieth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late-Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims) (Re: related document(s)[10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10788)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached <u>Exhibit B.</u> |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  For all other claims which have not been resolved, as identified on <u>Exhibit B</u>, the Liquidating Trust will request that the Court sustain the Objection. |

39.    Notice and Objection to Claim - *Liquidating Trust's Twenty-First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10073)

Related
Documents:

a.      Order Sustaining Liquidating Trust's Twenty-First Omnibus Objection to
        Landlord Claims (reduction of Certain Partially Invalid Claims, Reclassification
        of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
        Disallowance of Certain Late-Filed Claims, and Disallowance of Certain
        Amended Claims) (Re: related document(s)[10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10789)

Objection
Deadline:               April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached Exhibit B.

Status:                 A status hearing is going forward with respect to those claims for
                        which a response was filed as identified on Exhibit B.  **Those
                        parties who filed a response do not need to appear at the
                        hearing. Such parties' rights will not be affected at this
                        hearing.**  During the hearing the Liquidating Trust will advise the
                        Court that the status hearing will be adjourned to August 22, 2011
                        at 2:00 p.m. with respect to those claims for which a response was
                        filed.  With respect to those claims to which a response was not
                        filed but to which the Liquidating Trust agreed to continue the
                        hearing and requisite response deadline, as identified on Exhibit B,
                        the Liquidating Trust will advise the Court that the status hearing
                        will be adjourned to August 22, 2011 at 2:00 p.m. with respect to
                        those claims.  **Those parties do not need to appear at the
                        hearing. Such parties' rights will not be affected at this
                        hearing.**  For all other claims which have not been resolved, as
                        identified on Exhibit B, the Liquidating Trust will request that the
                        Court sustain the Objection.

40.     Notice and Objection to Claim - *Liquidating Trust's Twenty-Second Omnibus Objection
        to Certain HR Priority Claims: Reclassify as General Unsecured (Deferred
        Compensation Claims Top Hat)* (Docket No. 10075)

Related
Documents:

a.      Order Sustaining Liquidating Trust's Twenty-Second Omnibus Objection to
        Certain HR Priority Claims: Reclassify as General Unsecured (Deferred
        Compensation Claims-Top Hat) (Re: related document(s)[10075] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10790)

Objection

34

Deadline:                  April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                     None

Status:                    The status hearing will be adjourned until August 22, 2011 at 2:00
                           p.m. for the one remaining claimant, Richard T. Miller, Jr., subject
                           to this Objection.

41.    Notice and Objection to Claim of Gregory Lee McCall *(Liquidating Trust's Objection to
       Secured Claims Filed by Gregory Lee McCall )*  (Docket No. 10026)

       Related
       Documents:

       a.        Reply - *LIQUIDATING TRUSTS REPLY BRIEF REGARDING OBJECTION TO
                 SECURED CLAIMS FILED BY GREGORY LEE MCCALL* (Re: related
                 document(s) 10289 Response filed by Gregory Lee McCall) filed by Paula S.
                 Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
                 Liquidating Trust (Docket No. 10739)

       b.        Notice of Hearing (Re: related document(s) 10026 Objection to Claim filed by
                 Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner &
                 Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing
                 scheduled 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
                 St., Rm. 5000, Richmond, Virginia (Docket No. 10740)

       Objection
       Deadline:                  April 7, 2011 at 4:00 p.m.

       Objections/
       Responses
       Filed:                     Gregory Lee McCall's Response to Liquidating Trust's Objection
                                  to Secured Claims Filed By Respondent (Docket No. 10289)

       Status:                    This Objection has been set for substantive hearing on June 29,
                                  2011 at 2:00 p.m.

42.    Notice and Objection to Claim of The Arizona Department Of Revenue - *Liquidating
       Trust's Objection to Claim No. 14695 Filed By The Arizona Department Of Revenue*
       (Docket No. 10055)

       Related
       Documents:

Objection
Deadline:                    Extended to May 9, 2011 at 4:00 p.m.

Objections/
Responses
Filed:

a.      Response to (Re: related document(s)[10055] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) filed by Denise Ann Faulk on behalf of
        Arizona Department of Revenue.

Status:                      The status hearing will be adjourned to July 13, 2011 at 2:00 p.m.


43.     Notice and Objection to Claim of The City Of New York Department Of Finance -
        *Liquidating Trust's Objection to Claim No. 2297 Filed By The City Of New York
        Department Of Finance*  (Docket No. 10056)

        Related
        Documents:

        Objection
        Deadline:            April 7, 2011 at 4:00 p.m.

        Objections/
        Responses
        Filed:               Response Of The New York Department of Finance ("DOF") To
                             The Liquidating Trust's Objection to DOF Claim No. 2297 For
                             Pre-Petition Excise Taxes (Docket No. 10056)

                             Motion to Approve *NOTICE AND CROSS-MOTION OF THE
                             NEW YORK CITY DEPARTMENT OF FINANACE FOR LEAVE
                             TO AMEND AND INCREASE TAX PRIORITY CLAIM NO. 2297,
                             BASED ON THE RECORDS PROCDUCED BY THE DEBTORS
                             AFTER THE BAR DATE* filed by The New York City Dept. of
                             Finance

        Status:              A status conference will go forward with respect to this Objection.
                             Claimant does not need to appear at this hearing.  During the status
                             hearing the Trust will advise the Court that the status hearing will
                             be adjourned to July 13, 2011 at 2:00 p.m.  Response to the Cross-
                             Motion shall be filed seven days from the date of any substantive
                             hearing scheduled in connection with the Objection.


44.     Notice and Objection to Claim of The Tennessee Department of Revenue - *Liquidating
        Trust's Objection to Claim Nos. 12970 and 14308 Filed By The Tennessee Department of
        Revenue* (Docket No. 10057)

36

Related
Documents:

Objection
Deadline:                  April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                     Response to Liquidating Trust's Objection to Claim Nos. 12970
                           and 14308 of the Tennessee Department of Revenue

Status:                    A status conference will go forward with respect to this Objection.
                           Claimant does not need to appear at this hearing.  During the status
                           hearing the Trust will advise the Court that the status hearing will
                           be adjourned to July 13, 2011 at 2:00 p.m.

45.    Notice and Objection to Claim of The Wisconsin Department of Revenue - *Liquidating
       Trust's Objection to Claim No. 12598 Filed By The Wisconsin Department of Revenue*
       (Docket No. 10058)

Related
Documents:

Objection
Deadline:                  April 7, 2011 at 4:00 p.m.

Objection/
Responses:
Filed:                     Letter Response to the Liquidating Trustee's Claim No. 12958
                           filed by Wisconsin Department of Revenue (Docket 10169)

                           Letter (March 8, 2011) Response to Liquidating Trustee's
                           Objection to Claim No. 12958 filed by Wisconsin Dept. of
                           Revenue (Docket 10224)

Status:                    A status conference will go forward with respect to this Objection.
                           Claimant does not need to appear at this hearing.  During the status
                           hearing the Trust will advise the Court that the status hearing will
                           be adjourned to July 13, 2011 at 2:00 p.m.

46.    Notice and Objection to Claim of Louisiana Department Of Revenue - *Objection to
       Claim Nos. 514, 13514 and 15207 Filed By The Louisiana Department Of Revenue*
       (Docket No. 10064)

Related
Documents:

Objection
Deadline:                  April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                     None

Status:                    The status hearing is adjourned to July 13, 2011 at 2:00 p.m.
                           Claimant does not need to appear at this hearing.

47.   Notice and Objection to Claim of Commonwealth of Massachusetts *Liquidating Trust's
      Objection to Claim No.14832 Filed By The Commonwealth of Massachusetts* (Docket
      No. 10066)

            Related
            Documents:

            Objection
            Deadline:            Extended to May 9, 2011 at 4:00 p.m.

            Objections/
            Responses
            Filed:

            a.      Response by Commissioner of Massachusetts Department of Revenue to
                    Liquidating Trust's Objection to Claim No. 14832 Filed by the commonwealth of
                    Massachusetts *with certificate of service* (Re: related document(s)[10066]
                    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by
                    Stephen G. Murphy of Massachusetts Department of Revenue on behalf of
                    Massachusetts Department of Revenue. (Attachments: # (1) Exhibit(s) 1 thru 3#
                    (2) Exhibit(s) 4 thru 6# (3) Exhibit(s) 7 thru 9# (4) Exhibit(s) 10 thru 12# (5)
                    Exhibit(s) 13 thru 15) (Docket No. 10694)

            Status:              The status hearing will be adjourned to July 13, 2011 at 2:00 p.m.
                                 Claimant does not need to appear at this hearing.

48.   Notice and Objection to Claim of State of New Jersey - *Liquidating Trust's Objection to
      Claim Nos. 2300 and 11861 Filed by the State of New Jersey* (Docket No. 10068)

            Related
            Documents:

            Objection
            Deadline:            Extended to May 9, 2011 at 4:00 p.m.

            Objections/
            Responses
            Filed:

Status:          The status hearing will be adjourned to July 13, 2011 at 2:00 p.m. Claimant does not need to appear at this hearing.

49.     Notice and Objection to Claim of California Board Of Equalization - *Liquidating Trust's Objection to Claim Nos. 12002, 13186 and 13187 Filed By The California Board Of Equalization* (Docket No. 10069)

     Related Documents:

     Objection Deadline:     April 7, 2011 at 4:00 p.m.

     Objections/ Responses Filed:     Opposition of the State of California, State Board of Equalization to Liquidating Trust's Objection to Claim Nos. 12002, 13186, and 13187 filed by the California Board of Equalization (Docket No. 10220)

     Status:     A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing. During the status hearing the Trust will advise the Court that a substantive hearing on this Objection will be held on July 13, 2011 at 2:00 p.m.

50.     Notice and Objection to Claim of Commonwealth of Virginia Department of Taxation - *Liquidating Trust's Objection to Claim Nos. 12898 And 14636 Filed By The Commonwealth Of Virginia Department Of Taxation* (Docket No. 10070)

     Related Documents:

     Objection Deadline:     April 7, 2011 at 4:00 p.m.

     Objections/ Responses Filed:     Reply , Response to , Objection (Re: related document(s)[10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Mark K. Ames of Taxing Authority Consulting Services PC on behalf of Commonwealth of Virginia, Department of Taxation

Status:              A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing.  During the status hearing the Trust will advise the Court that the status hearing will be adjourned to July 13, 2011 at 2:00 p.m.

51.    Notice and Objection to Claim of Dirley Ball - *Liquidating Trusts Objection to Claims of Dirley Ball on the Grounds that the Workers Compensation Claim is Recoverable Only From the Insurance Carrier; the Special Cash Retention Claim Is Not Entitled to Priority and the Conditions Necessary to Allowance of the Short Term Incentive Claim and Long-Term Incentive Claim Have Not Been Met* (Docket No. 10673)

Related
Documents:

Objection
Deadline:            June 2, 2011 at 4 p.m.

Objections/
Responses
Filed:               None

Status:              The Trust will request that the Court sustain the Objection.


IV.    **DEFAULT JUDGMENTS**

52.    *Amcor, Inc.,*. Motion for Default Judgment *Notice of (A) Filing of Motion and (B) Hearing on Motion* (Re: related document(s)[7] Motion for Entry of Default filed by Alfred H. Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 6/9/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 8)

Related
Documents:

a.    Motion for Entry of Default *Request for Entry of Default and for Default Judgment by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and Federal Rule of Civil Procedure 55* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 7)

b.    Order Granting Motion for Entry of Default (Related Doc. #7) (Docket No. 9)

Objection
Deadline:            June 6, 2011

Objections/
Responses

40

Filed:                    None

Status:                   The Trust will request entry of default judgment.

53.     *NJWU Corporation*, Motion for Default Judgment *Notice of (A) Filing of Motion and (B) Hearing on Motion* (Re: related document(s)[6] Motion for Entry of Default filed by Alfred H. Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 6/9/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 7)

Related
Documents:

a.      Motion for Entry of Default *Request for Entry of Default and for Default Judgment by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and Federal Rule of Civil Procedure 55* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 6)

b.      Order Granting Motion for Entry of Default (Related Doc. #6) (Docket No. 8

Objection
Deadline:                 June 6, 2011

Objections/
Responses
 Filed:                   None

Status:                   The Trust will request entry of default judgment.

54.     *Mills and Nebraska Inc.* - Motion for Default Judgment *Notice of (A) Filing of Motion and (B) Hearing on Motion for Default Judgment Against Defendant Mills & Nebraska Inc.* (Re: related document(s)[11] Motion for Entry of Default filed by Alfred H. Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 12)

Related
Documents:

a.      Motion for Entry of Default *Request for Entry of Default and for Default Judgment Against Mills & Nebraska; Mills & Nebraska Truss Co. d/b/a Mills & Nebraska and Central Florida Lumber and Supply Co d/b/a Mills & Nebraska by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and Federal Rule of Civil Procedure 55* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 11)

b.      Entry of Default against Mills & Nebraska, Inc. (Re: related document(s)[11] Motion

for Entry of Default filed by Alfred H. Siegel)(Docket No. 13)

c.  Consent Order Setting Aside Entry of Default

d.  Answer to Complaint (Related Doc #[]) filed by Loc Pfeiffer of Kutak Rock LLP on behalf of Mills & Nebraska, Inc. (Docket No. 16)

Objection
Deadline:                      June 6, 2011

Objections/
Responses
 Filed:

a.  Defendant's Motion to Vacate *Motion to Set Aside Entry of Default* (Re: related document(s)[13] Entry of Default) filed by Loc Pfeiffer of Kutak Rock L.L.P. on behalf of Mills & Nebraska, Inc.. (Docket No. 14)

Status:                 This matter has been resolved pursuant to agreement of the parties and order entered by this Court.

55.   *Laurier Furniture and Argo Partners* - Motion for Default Judgment *Notice of (A) Filing of Motion and (B) Hearing on Motion for Default Judgment Against Defendants Laurier Furniture Ltd and Argo Partners* (Re: related document(s)[5] Motion for Entry of Default filed by Alfred H. Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 6)

Related
Documents:

a.  Motion for Entry of Default *Request for Entry of Default and for Default Judgment Against Laurier Furniture Ltd and Argo Partners by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and Federal Rule of Civil Procedure 55* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 5)
b.  Entry of Default against Laurier Furniture Ltd. (re: related document(s) [5] Motion for entry of Default filed by Alfred H. Siegel) (Docket No. 7)

c.  Entry of Default against Argo Partners (re: related document(s) [5] Motion for entry of Default filed by Alfred H. Siegel) (Docket No. 8)

Objection
Deadline:                      June 6, 2011

Objections/
Responses
 Filed:                    Informal response of Argo Partners.

Status:              The Trust will request entry of default judgment in (a) a monetary
                     amount against Laurier Furniture and (b) in the form of disallowing
                     the claim in its entirety.

56.   *Genius Products* - Motion for Default Judgment *Notice of (A) Filing of Motion and (B)
      Hearing on Motion for Default Judgment Against Defendant Genius Products, LLC* (Re:
      related document(s)[5] Motion for Entry of Default filed by Alfred H. Siegel) filed by
      Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 6)

      Related
      Documents:

      a.     Motion for Entry of Default *Request for Entry of Default and for Default
             Judgment Against Genius Products, LLC by Clerk Pursuant to Federal Rule of
             Bankruptcy Procedure 7055 and Federal Rule of Civil Procedure 55* filed by
             Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket
             No. 5)

      b.     Entry of Default against Genius Products, LLC (Re: related document(s)[5]
             Motion for Entry of Default filed by Alfred H. Siegel) (Docket No. 7)

      c.     Return mail marked as "non-deliverable" "unable to forward."

      Objection
      Deadline:                      June 6, 2011

      Objections/
      Responses
       Filed:

      Status:               The Trust will request entry of default judgment.

Dated: Richmond, Virginia       TAVENNER & BERAN, PLC
      June 7, 2011


                    _____*/s/ Paula S. Beran*_____
                    Lynn L. Tavenner (VA Bar No. 30083)
                    Paula S. Beran (VA Bar No. 34679)
                    20 North Eighth Street, 2nd Floor
                    Richmond, Virginia 23219
                    (804) 783-8300


                           - and -


                    PACHULSKI STANG ZIEHL & JONES LLP
                    Jeffrey N. Pomerantz, Esq.
                    Andrew W. Caine, Esq.
                    10100 Santa Monica Boulevard
                    Los Angeles, California 90067-4100
                    (310) 277-6910


                           - and –


                    Robert J. Feinstein, Esq.
                    John A. Morris, Esq.
                    PACHULSKI STANG ZIEHL & JONES LLP
                    780 Third Avenue, 36th Floor
                    New York, New York 10017
                    (212) 561-7700


                    Co-Counsel for the Circuit City Stores, Inc.
                    Liquidating Trust