**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 10024 9722 10020 | 4106 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 22 | Cormark, Inc. | 7304 | 4100 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 31 | Glenn Cordell Duncan | 2722 2725 | 4755 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 31 | Gary R. Lowe | 5144 | 4810 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 3548 | 4811 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 31 | Eisner, Roy | 3025 | 4821 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 31 | Jonathan Card | 6040 | 4823 4943 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 31 | Brad C. King | 3634 | 4842 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 7065 | 4899 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the June 9, 2011 hearing.

DOCS_LA:237805.1

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 31 | Antor Media Corporation | 6347 | 4926 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 31 | Joseph Skaf | 8717 | 4946 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 31 | Richard and Deborah Jaynes | 3427 | 4951 | This matter has been settled pending documentation of the agreement.<br><br>The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 31 | Unical Enterprises, Inc. | 6555 | 4975 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 33 | Sensormatic Electronic Corporation | 6317 | 4906 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 36 | Victoria L. Eastwood | 13994 | 4790 | This matter has been resolved pursuant to order of this Court. |
| 36 | Douglas A. Daniluk | 4306<br>14056 | 4813<br>4814 | This matter has been resolved pursuant to order of this Court. |
| 36 | Francis E. Telegadas | 5666 | 4824 | This matter has been resolved pursuant to order of this Court. |
| 36 | Christopher N. Crowe | 3601 | 4826 | This matter has been resolved pursuant to order of this Court. |
| 36 | Anne B. Fath | 8662<br>13935 | 4828 | This matter has been resolved pursuant to order of this Court. |
| 36 | Stephen T. Saunders | 6825 | 4837 | This matter has been resolved pursuant to order of this Court. |
| 36 | David W. Phillips | 9315 | 4844 | This matter has been resolved pursuant to order of this Court. |

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 36 | Corey Rachel | 9996 | 4852 | This matter has been resolved pursuant to order of this Court. |
| 36 | Elizabeth R. Warren | 13527 4378 | 4910 | This matter has been resolved pursuant to order of this Court. |
| 36 | Michael W. Beam | 13410 6022 | 4958 | This matter has been resolved pursuant to order of this Court. |
| 36 | Laura McDonald | 14432 8108 | 4969 4970 | The Court previously stated on the record that it would sustain the Objection as it relates to this claim. |
|  |  |  |  |  |
| 37 | City of Brighton, Michigan | 11213 13834 | 5065 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 13, 2011 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 13294 | 5098 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 13, 2011 at 2:00 p.m. |
| 37 | Pierce County, Washington | 14033 14034 | 5111 | This matter has been resolved and settled pursuant to procedures approved by this Court |
| 37 | Los Angeles County | 13628 | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 13, 2011 at 2:00 p.m. |
| 37 | Monterey County | 14131 | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 13, 2011 at 2:00 p.m. |
| 37 | Placer County, California | 13291 | 4788 4932 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 13, 2011 at 2:00 p.m. |

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 60 | Mark Stewart | 9295 | 6082 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 70 | Tribune Company and Los Angeles Times Newspapers Inc. | 13068 | 7255 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 70 | Seagate Technology LLC | 14087 | 7257 | This matter has been resolved and settled pursuant to procedures approved by this Court and this claim has been withdrawn. |
| 76 | Lei, Yu-Liang | 13307 | 7584 | Before the Plan's Effective Date, this matter was resolved in principle, subject to completion of settlement documentation.  No such documentation was received before the Effective Date.  The claimant is now deceased.  The estate must be probated prior to anyone having authority to sign the settlement agreement.  Accordingly, the status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 76 | City of Avondale, Arizona | 14496 | 7771 | The claimant has agreed to the relief requested.  This matter is adjourned to July 13, 2011 at 2:00 p.m. pending documentation of the agreement. |

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 79 | Foster, William | 2922 3001 | 7999 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 79 | Eisner, Joanne | 3852 | 8003 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 79 | Coleman, Dorothy | 2733 | 8016 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 79 | Blackshear, Brenda | 4333 | 8017 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 79 | Jardan, Sheila A. | 4006 | 8018 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 79 | Evans, Joe | 3600 | 8030 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 79 | Gibson, Thomas H. | 3995 | 8034 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 79 | Martinez, Anthony | 9060 | 8035 | This matter has been resolved pending documentation of the settlement.<br><br>The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 79 | Tully, M.D., Vincent | 1134 | 8041 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 79 | Rollins, James | 14825 | 8054 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |
| 79 | Tinsley, Clementine | 4272 | 8055 | The status hearing on this response is adjourned to July 13, 2011 at 2:00 p.m. |

DOCS_LA:237805.1