# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## CHANGE OF ADDRESS

Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.

For:  ☐ Debtor
      ☐ Attorney [If Applicable:] Name: _____
      ☑ Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:    ☐ Husband and Wife
                       ☐ Husband Only
                       ☐ Wife Only

*[If applicable]* Case Name: In re: Circuit City Stores, Inc., et al.
*[If applicable]* Case No./Adversary Proceeding No.: Case No. 08-35653-KRH
*[If applicable]* Creditor Name: Abilene-Ridgemont, LLC

☑ Street Address    ☐ Mailing Address
New Address: c/o Douglas C. Noble, McCraney, Montagnet & Quin, 602 Steed Rd, Ste 200
             No. and Street, Apt., P. O. Box or R. D. No.

City: Ridgeland    State: MS    Zip: 39157

☐ Street Address    ☑ Mailing Address
Old Address: P.O. Box 23066
             No. and Street, Apt., P. O. Box or R. D. No.

City: Jackson    State: MS    Zip: 39225-3066

Telephone Number: ( 601 ) 707-5725
**Please include area code**

_____ (signature)
Signature of Filer [*check filer type below*]:
☐ Attorney for Debtor
☐ Debtor *[If joint case and address is for **husband and wife**, both debtors must sign.]*
☑ Creditor
☐ Attorney

Date: June 7, 2011
pc:  Trustee
     United States Trustee
     Creditor (for creditor's change of address)

[changead ver. 02/08]