ORRICK, HERRINGTON & SUTCLIFFE LLP
Jonathan P. Guy
James W. Burke (VSB No. 76551)
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706
Telephone:  (202) 339-8400
E-mail:     jburke@orrick.com
*Attorneys for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **CIRCUIT CITY STORES, INC.**, *et al.*, | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF MOTION FOR WITHDRAWAL OF COUNSEL**

Orrick, Herrington & Sutcliffe LLP has filed a motion (the "Motion") with the Court requesting entry of an order allowing the withdrawal of Scott A. Stengel as counsel for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd., a creditor in the above-captioned case.

**Your rights may be affected.  You should read the Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then on or before June 22, 2011, you or your attorney must file with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        Eastern District of Virginia
        Richmond Division
        701 East Broad Street
        Richmond, VA  23219

        You must also mail a copy to:

        James W. Burke
        Orrick, Herrington & Sutcliffe LLP
        Columbia Center
        1152 15th Street, N.W.
        Washington, DC  20005-1706

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief requested in the Motion and may enter an order granting that relief.

Dated: June 8, 2011
      Washington, DC        ORRICK, HERRINGTON & SUTCLIFFE LLP

                      By: /s/ *JAMES W. BURKE*
                          Jonathan P. Guy
                          James W. Burke (VSB No. 76551)
                          Columbia Center
                          1152 15th Street, N.W.
                          Washington, DC  20005-1706
                          Telephone:  (202) 339-8400
                          Email:    jburke@orrick.com

                      *Attorneys for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd.*