ORRICK, HERRINGTON & SUTCLIFFE LLP
Jonathan P. Guy
James W. Burke (VSB No. 76551)
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706
Telephone:  (202) 339-8400
E-mail:     jburke@orrick.com
*Attorneys for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | : | Case No. 08-35653 (KRH) |
| | : | |
| **Debtors.** | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2011, I caused a true and complete copy of the Notice of Motion for Withdrawal of Counsel to be served on all persons receiving electronic notice in this case, and on the following persons by first-class mail:

Gregg M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
*Counsel for the Debtors*

Dion W. Hayes
Daniel F. Blanks
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
*Counsel for the Debtors*

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219
*Counsel for the Trustee*

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street
Suite 4304
Richmond, VA 23219
*Assistant United States Trustee*

- 2 -

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, CA 90067
*Counsel for the Creditor Committee*

Dated: June 8, 2011
    Washington, DC

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ *JAMES W. BURKE*
    Jonathan P. Guy
    James W. Burke (VSB No. 76551)
    Columbia Center
    1152 15th Street, N.W.
    Washington, DC  20005-1706
    Telephone:  (202) 339-8400
    Email:       jburke@orrick.com

*Attorneys for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd.*