| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy: (804) 783-0178 |
| Telecopy: (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

**ORDER SUSTAINING LIQUIDATING TRUST'S SEVENTH OMNIBUS OBJECTION
TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS,
DISALLOWANCE OF CERTAIN INVALID CLAIMS AND
<u>RECLASSIFICATION OF CERTAIN INCORRECTLY CLASSIFIED CLAIMS)</u>**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Seventh Omnibus Objection to Claims Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibits C through L attached to the Objection be reduced, disallowed or reclassified for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED.

2. The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3. The Claims identified on Exhibit B as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

4. The Claims identified on Exhibit C as attached hereto and incorporated herein are reclassified and/or modified for all purposes in these bankruptcy cases in the manner stated in Exhibit C.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

5. The Liquidating Trust hereby withdraws, without prejudice, the Objection solely with respect to the Claims identified on Exhibit D.

6. The Court will conduct a status conference on June 9, 2011 at 2:00 p.m. for all Claims identified on Exhibit E attached hereto.

7. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

8. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.


Dated: Richmond, Virginia
_____, 2011

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


  */s/ Lynn L. Tavenner* _____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                 - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                 - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

      Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                 _____*/s/ Lynn L. Tavenner*_____
                                       Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A**

| | | CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** | **Modified Claim** | **Debtor** |
| 18-Jun-09 | 13452 | Acxiom Corporation<br>CB Blackard<br>Corporate Counsel<br>PO Box 2000<br>Conway, AR 72033-2000 | | $169,117.83 (administrative) | Circuit City Stores, Inc. 08-35653 | $165,245.11 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 05-Dec-08 | 182 | ADD ON COMPUTER PERIPHERALS<br>JAMES PATTON<br>34 A MAUCHLY<br>IRVINE, CA 92618 | | $7,407.76 (administrative) | Circuit City Stores, Inc. 08-35653 | $6,750.24 (administrative) | Circuit City Stores, Inc. 08-35653 |

DOCS_NY:22995v1

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT B**

| | | **DISALLOWED CLAIMS** | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 19-Jun-09 | 13567 | Alabama Gas Corporation<br>Attn Nancy Roland<br>605 Richard Arrington Jr Blvd N<br>Birmingham, AL 35203-2707 | | $67.99<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 19-Jun-09 | 13568 | Alabama Gas Corporation<br>Attn Nancy Roland<br>605 Richard Arrington Jr Blvd N<br>Birmingham, AL 35203-2707 | | $3,537.22<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 6/1/09 | 13235 | Alex Demetrius<br>191 Nichols Rd<br>Nesconset, NY 11767 | | $506.48<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 27-May-09 | 13074 | Ameren UE<br>Bankruptcy Desk Code 310<br>PO Box 66881<br>St Louis, MO 63166-6881 | | $11,788.92<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 26-Jan-09 | 5467 | BERGER, CYNDA ANN<br>1002 MITCHELL LN<br>EVANS, GA 30809 | | Unliquidated<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 23-Feb-09 | 11521 | BETHLEHEM TOWNSHIP SEWER DEPT<br>4225 EASTON AVE<br>BETHLEHEM, PA 18020 | | $385.10<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 26-Dec-08 | 1824 | Bradshaw, Ken C<br>23015 Waterwheel Dr<br>Elmendorf, TX 78112 | | $2,150.00<br>(secured) | Circuit City Stores, Inc.<br>08-35653 |
| 03-Dec-10 | 15154 | Bryan Cesar Ortiz<br>902 Windsor Ct<br>Sterling, VA 20164 | | $1,280.00<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 15-Jun-09 | 13705 | City St Petersburg<br>Jon Plumb Collection Officer<br>PO Box 2842<br>Saint Petersburg, FL 33731-2842 | | $30.00<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 02-Aug-10 | 15064 | Coastal Area Collections Inc<br>1731 First St<br>PO Box 1255<br>Brunswick, GA 31521-0963 | Younce Terminix Inc<br>PO Box 963<br>Brunswick, GA 31521-0963 | $70.02<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 02-Aug-10 | 15065 | Coastal Area Collections Inc<br>1731 First St<br>PO Box 1255<br>Brunswick, GA 31521-0963 | City of Brunswick Sanitation Dept<br>PO Box 550<br>Brunswick, GA 31521-0550 | $16.50<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 01-Jun-09 | 13224 | Culligan<br>Christie Curtis<br>Valley Water Group Inc<br>819 Kimball Ave<br>Grand Junction, CO 81501 | | $161.31<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 29-Jun-09 | 13846 | DEMENT, RONALD<br>3315 FAYETTE RD<br>KENSINGTON, MD 20895-0000 | Ronald Dement<br>6502 Montalto Xing Unit D<br>Frederick, MD 21703 | $107.57<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 26-Jun-09 | 13870 | FedEx Customer Information Services<br>William B Seligstein<br>Revenue Recovery<br>3965 Airways Blvd<br>Module G 3rd Fl<br>Memphis, TN 38116 | | $1,543.62<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 1/20/09 | 4185 | FOX JR, LEON J<br>2715 GARDEN LN<br>BENSALEM, PA 19020 | | $6,922.80<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 02-Jul-09 | 14267 | Gary Lynn Brickey<br>1804 Hutchinson Dr<br>Kingsport, TN 37660 | | $205.66<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 26-Jun-09 | 13789 | Greenwich Township<br>Andre L Kydala Esq<br>Law Office of Andre L Kydala<br>12 Lower Ctr St<br>PO Box 5537<br>Clinton, NJ 08809 | | $813.19<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**

| | CLAIMS TO BE RECLASSIFIED AND/OR MODIFIED | | | | | RECLASSIFIED/MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount and Classification** | **Debtor** | **Modified Claim Amount and Classification** | **Debtor** | **Comments** |
| 20-Jan-09 | 4096 | GAINESVILLE REGIONAL UTILITIES<br>PO BOX 147051<br>GAINESVILLE, FL 326147051 | | $1,320.05 (general unsecured); $172.74 (priority) | Circuit City Stores, Inc. 08-35653 | $1,492.79 (general unsecured) | Circuit City Stores, Inc. 08-35653 | The $172.74 priority claim should be reclassified to general unsecured as it is on account of sales, utility taxes, etc. and those items are not entitled to priority. |
| 23-Mar-09 | 12105 | City of Virginia Beach<br>City of Virginia Beach Treasurer<br>Bankruptcy Records<br>2401 Courthouse Dr<br>Virginia Beach, VA 23456-9018 | | $347.57 (secured) | Circuit City Stores, Inc. 08-35653 | $347.57 (unsecured) | Circuit City Stores, Inc. 08-35653 | Claim is not secured as Debtor did not own the store location; therefore, claim cannot be secured. |
| 24-Apr-09 | 12370 | City of Toledo<br>Dept of Public Utilities<br>420 Madison Ave Ste 100<br>Toledo, OH 43667-0001 | | $261.25 (general unsecured); $57.47 (secured) | Circuit City Stores, Inc. 08-35653 | $318.72 (unsecured) | Circuit City Stores, Inc. 08-35653 | Claim is not secured as Debtor did not own the store location; therefore, claim cannot be secured. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT D**

| OBJECTIONS WITHDRAWN | | | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT E**

| | | CLAIMS TO BE HEARD AT JUNE 9, 2011 STATUS CONFERENCE | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 29-Mar-10 | 14910 | AT&T Corp<br>c o Cheryl Becker Bankruptcy Dept<br>AT&T Accounts Receivable Center<br>722 N Broadway 11th Fl<br>Milwaukee, WI 53202 | | $16,348.04<br>(administrative secured) | Circuit City Stores, Inc.<br>08-35653 |
| 23-Dec-10 | 15190 | AT&T Corp<br>c o James Grudus Esq<br>AT&T Services Inc<br>One AT&T Way Rm 3A218<br>Bedminster, NJ 07921 | AT&T Accounts Receivable Center<br>c o Cheryl Becker Bankruptcy Dept<br>722 N Broadway 9th Fl<br>Milwaukee, WI  53202 | $26,382.75<br>(administrative secured) | Circuit City Stores, Inc.<br>08-35653 |
| 23-Dec-10 | 15191 | AT&T Corp<br>c o James Grudus Esq<br>AT&T Services Inc<br>One AT&T Way Rm 3A218<br>Bedminster, NJ 07921 | AT&T Accounts Receivable Center<br>c o Cheryl Becker Bankruptcy Dept<br>722 N Broadway 9th Fl<br>Milwaukee, WI  53202 | $26,382.75<br>(administrative secured) | Circuit City Stores, Inc.<br>08-35653 |
| 30-Dec-10 | 15184 /<br>Docket<br>No. 9695 | AT&T<br>Julie Quagliano, Esq.<br>Seeger Faughnan Mendicino, P.C.<br>2620 P Street, NW<br>Washington, D.C. 20007 | AT&T<br>Scott Cargill Esq & Joseph A Becht Esq<br>65 Livingston Ave<br>Roseland, NJ  07068-1791 | $828,253.14<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 01-Jun-10 | 15047 | Audrey Soltis<br>c o Butwinick Donaldson<br>325 33rd Ave N Ste 104<br>Saint Cloud, MN 56303 | | $485,000.00<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 01-Jun-09 | 13090 | Bay State Gas Company<br>Attn Bankruptcy Dept<br>PO Box 2025<br>Springfield, MA 01102-2025 | | $4,677.86<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 01-Jul-09 | 13926 | BellSouth Telecommunications Inc<br>Vincent A DAgostino Esq<br>c o Lowenstein Sandler PC<br>65 Livingston Ave<br>Roseland, NJ 07068 | AT&T Services Inc<br>Attn James Grudus<br>One AT&T Way Rm 3A218<br>Bedminster, NJ  07921 | $146,003.58<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 29-May-09 | 13082 | Bruce Senator<br>F 99302<br>PO Box 950<br>Folsom, CA 95763 | Bruce Senator<br>c o Nancy Lee<br>10502 Lampson Ave<br>Garden Grove, CA  92840 | $150.00<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 5/13/10 | 15028 | CALIFORNIA SELF INSURERS SECURITY FUND<br>Louis J. Cisz III<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl Ste 1800<br>San Francisco, CA 94111 | California Self Insurers Security Fund<br>PO Box 22510<br>Sacramento, CA 95822 | $23,010,774.00<br>(general unsecured);<br>$6,278,351.00<br>(secured) | Circuit City Stores, Inc.<br>08-35653 |
| 5/13/10 | 15029 | CALIFORNIA SELF INSURERS SECURITY FUND<br>Louis J. Cisz III<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl Ste 1800<br>San Francisco, CA 94111 | California Self Insurers Security Fund<br>PO Box 22510<br>Sacramento, CA 95822 | $22,910,774.00<br>(general unsecured);<br>$6,278,351.00<br>(secured) | Circuit City Stores West Coast, Inc.<br>08-35654 |
| 29-Jun-09 | 14120 | Commonwealth Edison Company<br>Russell R Johnson III & John M Craig<br>Law Firm of Russell R Johnson III PLC<br>2258 Wheatlands Dr<br>Manakin Sabot, VA 23103 | | $78,569.52<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |