In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

EXHIBIT A

CLAIMS TO BE DISALLOWED (ADMINISTRATIVE/SECURED/PRIORITY PORTION OF CLAIM ONLY)

| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 39818 | 4721 | Alabama Power Company<br>Eric T Ray<br>Balch & Bingham LLP<br>PO Box 306<br>Birmingham, AL 35201 | | unliquidated (priority) | Circuit City Stores, Inc. 08-35653 |
| 40421 | 15080 | Alan T Kane<br>35 Talbot Ct<br>Short Hills, NJ 07078 | | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 40413 | 15076 | Allen B King<br>310 Wickham Glen Dr<br>Richmond, VA 23238 | | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 40417 | 15084 | Barbara S Feigin<br>535 E 86th St Apt 7H<br>New York, NY 10028 | | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 39838 | 6947 | Central Telephone Company Nevada<br>PO Box 7971 | | unliquidated (priority) | Circuit City Stores, Inc. 08-35653 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Shawnee Mission, KS 66207-0971 | | |
| 39838 | | 6945 | Central Telephone Company of Texas<br>PO Box 7971<br>Shawnee Mission, KS 66207-0971 | | unliquidated (priority) | Circuit City Stores, Inc. 08-35653 |
| 39838 | | 6944 | Central Telephone Company of Virginia<br>PO Box 7971<br>Shawnee Mission, KS 66207-0971 | | unliquidated (priority) | Circuit City Stores, Inc. 08-35653 |
| 40395 | | 15067 | Don R Kornstein<br>825 Lakeshore Blvd<br>Incline Village, NV 89451 | | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 39838 | | 6951 | Embarq Florida Inc<br>PO Box 7971<br>Shawnee Mission, KS 66207-0971 | Embarq Florida Inc<br>100 Centurytel Dr<br>Monroe, LA  71203 | unliquidated (priority) | Circuit City Stores, Inc. 08-35653 |
| 39838 | | 6952 | Embarq Minnesota Inc<br>PO Box 7971<br>Shawnee Mission, KS 66207-0971 | | unliquidated (priority) | Circuit City Stores, Inc. 08-35653 |
| 40148 | | 14751 | Frank G Berardino<br>24 Staaf Rd<br>Saugus, MA 01906 | | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 39826 | | 3637 | KING, BRAD<br>22628 U S HIGHWAY 70<br>WILSON, OK 73463 | | unliquidated (priority) | Circuit City Stores, Inc. 08-35653 |
| 40416 | | 15088 | Reginald D Hedgebeth<br>PO Box 6768<br>Houston, TX 77265-6768 | | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 40416 | | 15089 | Reginald D Hedgebeth<br>PO Box 6768<br>Houston, TX 77265-6768 | | unliquidated (administrative) | InterTAN, Inc. 08-35655 |

| 40416 | 15091 | Reginald D Hedgebeth<br>PO Box 6768<br>Houston, TX 77265-6768 | | unliquidated<br>(administrative) | Ventoux International, Inc.<br>08-35656 |
|---|---|---|---|---|---|
| 40396 | 15070 | Ronald M Brill<br>Ron Brill<br>225 N Chambord Dr<br>Atlanta, GA 30327 | | unliquidated<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 39818 | 2446 | SHERATON ATLANTIC CITY<br>2 MISS AMERICAN WAY<br>ATLANTIC CITY, NJ 08401 | | unliquidated<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 40002 | 14467 | Turner Broadcasting System, Inc<br>Lawrence S Burnat<br>Schreeder Wheeler & Flint LLP<br>1100 Peachtree St Ste 800<br>Atlanta, GA 30309 | | unliquidated<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 39799 | 1686 | Webb, Susanna Mae<br>2929 N MacArthur Dr No 160<br>Tracy, CA 95376 | | unliquidated<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |