In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT B**

| | | CLAIMS TO BE HEARD AT JUNE 9, 2011 STATUS CONFERENCE | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 28-Jan-09 | 7368 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | PRAHS, INC. 08-35670 |
| 28-Jan-09 | 7369 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Patapsco Designs, Inc. 08-35667 |
| 28-Jan-09 | 7370 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Sky Venture Corp. 08-35668 |
| 28-Jan-09 | 7372 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Circuit City Properties, LLC 08-35661 |
| 28-Jan-09 | 7373 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Circuit City Stores PR, LLC 08-35660 |
| 28-Jan-09 | 7374 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Courchevel, LLC 08-35664 |

| Date | No. | Creditor | Contact | Status | Debtor |
|---|---|---|---|---|---|
| 28-Jan-09 | 7375 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured);<br>unliquidated (secured) | CC Aviation, LLC<br>08-35658 |
| 28-Jan-09 | 7377 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured);<br>unliquidated (secured) | Orbyx Electronics, LLC<br>08-35662 |
| 28-Jan-09 | 7378 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured);<br>unliquidated (secured) | Circuit City Purchasing Company, LLC<br>08-35657 |
| 28-Jan-09 | 7379 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured);<br>unliquidated (secured) | Mayland MN, LLC<br>08-35666 |
| 28-Jan-09 | 7380 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured);<br>unliquidated (secured) | XSStuff, LLC<br>08-35669 |
| 28-Jan-09 | 7381 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured);<br>unliquidated (secured) | CC Distribution Company of Virginia, Inc.<br>08-35659 |
| 28-Jan-09 | 7382 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured);<br>unliquidated (secured) | Circuit City Stores West Coast, Inc.<br>08-35654 |

| Date | Claim # | Creditor | Notice Party | Amount | Debtor |
|---|---|---|---|---|---|
| 28-Jan-09 | 7383 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured);<br>unliquidated (secured) | Kinzer Technology, LLC<br>08-35663 |
| 28-Jan-09 | 7384 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured);<br>unliquidated (secured) | Circuit City Stores, Inc.<br>08-35653 |
| 28-Jan-09 | 7385 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured);<br>unliquidated (secured) | Abbott Advertising Agency, Inc.<br>08-35665 |
| 28-Jan-09 | 7386 | Old Republic Insurance Company of Canada<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Paul M Field<br>Old Republic Insurance Company of Canada<br>100 King St West<br>Box 557<br>Hamilton, ON  L8N 3K9<br>Canada | unliquidated (unsecured);<br>unliquidated (secured) | Circuit City Stores, Inc.<br>08-35653 |
| 29-Jan-09 | 7978 | Safeco Insurance Company of America<br>c o George J Bachrach<br>Whiteford Taylor & Preston LLP<br>7 St Paul St<br>Baltimore, MD 21202-1636 | Safeco Surety<br>Caryn Mohan Maxfield Senior Surety Claims Representative<br>2800 W Higgins Rd Ste 1000<br>Hoffman Estates, IL  60169 | unliquidated (priority);<br>unliquidated (secured) | Circuit City Stores, Inc.<br>08-35653 |
| 29-Jan-09 | 8106 | Safeco Insurance Company of America<br>c o George J Bachrach<br>Whiteford Taylor & Preston LLP<br>7 St Paul St<br>Baltimore, MD 21202-1636 | Safeco Surety<br>Caryn Mohan Maxfield Senior Surety Claims Representative<br>2800 W Higgins Rd Ste 1000<br>Hoffman Estates, IL  60169 | unliquidated (priority);<br>unliquidated (secured) | Circuit City Stores PR, LLC<br>08-35660 |
| 29-Jan-09 | 8113 | Safeco Insurance Company of America<br>c o George J Bachrach<br>Whiteford Taylor & Preston LLP<br>7 St Paul St<br>Baltimore, MD 21202-1636 | Safeco Surety<br>Caryn Mohan Maxfield Senior Surety Claims Representative<br>2800 W Higgins Rd Ste 1000<br>Hoffman Estates, IL  60169 | unliquidated (priority);<br>unliquidated (secured) | Circuit City Purchasing Company, LLC<br>08-35657 |

| Date | No. | Claimant | Representative | Status | Debtor |
|---|---|---|---|---|---|
| 29-Jan-09 | 8121 | Safeco Insurance Company of America<br>c o George J Bachrach<br>Whiteford Taylor & Preston LLP<br>7 St Paul St<br>Baltimore, MD 21202-1636 | Safeco Surety<br>Caryn Mohan Maxfield Senior Surety Claims Representative<br>2800 W Higgins Rd Ste 1000<br>Hoffman Estates, IL 60169 | unliquidated (priority); unliquidated (secured) | Circuit City Stores West Coast, Inc. 08-35654 |
| 30-Jan-09 | 10202 | American Home Assurance Company American Home Assurance Company Canada et al<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY 10270 | | unliquidated (unsecured); unliquidated (secured) | Circuit City Stores, Inc. 08-35653 |
| 30-Jan-09 | 10203 | American Home Assurance Company American Home Assurance Company Canada et al<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY 10270 | | unliquidated (unsecured); unliquidated (secured) | InterTAN, Inc. 08-35655 |
| 30-Jan-09 | 10204 | American Home Assurance Company American Home Assurance Company Canada et al<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY 10270 | | unliquidated (unsecured); unliquidated (secured) | Circuit City Stores West Coast, Inc. 08-35654 |
| 30-Jan-09 | 10205 | American Home Assurance Company American Home Assurance Company Canada et al<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY 10270 | | unliquidated (unsecured); unliquidated (secured) | Circuit City Properties, LLC 08-35661 |
| 30-Jan-09 | 10206 | American Home Assurance Company American Home Assurance Company Canada et al<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY 10270 | | unliquidated (unsecured); unliquidated (secured) | Circuit City Purchasing Company, LLC 08-35657 |

| Date | No. | Claimant | | Status | Debtor |
|---|---|---|---|---|---|
| 30-Jan-09 | 10207 | American Home Assurance Company American Home Assurance Company Canada et al<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY 10270 | | unliquidated (unsecured); unliquidated (secured) | Circuit City Stores PR, LLC<br>08-35660 |
| 06-Mar-09 | 11721 | California Self Insurers Security Fund<br>Louise J Cisz Esq Gina Fornario Esq<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl<br>San Francisco, CA 94111 | | unliquidated (priority); unliquidated (secured) | Circuit City Stores, Inc.<br>08-35653 |
| 06-Mar-09 | 11811 | California Self Insurers Security Fund<br>Louise J Cisz Esq Gina Fornario Esq<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl<br>San Francisco, CA 94111 | | unliquidated (priority); unliquidated (secured) | Circuit City Stores West Coast, Inc.<br>08-35654 |
| 30-Jun-09 | 13899 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 30-Jun-09 | 13901 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Circuit City Stores West Coast, Inc.<br>08-35654 |
| 30-Jun-09 | 14089 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Circuit City Purchasing Company, LLC<br>08-35657 |
| 30-Jun-09 | 14090 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Circuit City Properties, LLC<br>08-35661 |

| 30-Jun-09 | 14091 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Courchevel, LLC<br>08-35664 |
|---|---|---|---|---|---|
| 30-Jun-09 | 14094 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Circuit City Stores PR, LLC<br>08-35660 |
| 30-Jun-09 | 14124 | American Home Assurance Company American Home Assurance Company Canada American International Specialty Lines Insurance Company AIU Insurance Company Granite State Insurance Company Lexington Insurance Company National Union Fire Insurance Company of Pittsburgh PA New Hampshire Insurance Company Canada The Insuran<br>Attn Michelle A Levitt<br>175 Water St 18th Fl<br>New York, NY 10038 | | unliquidated (administrative) | Circuit City Properties, LLC<br>08-35661 |
| 30-Jun-09 | 14125 | American Home Assurance Company American Home Assurance Company Canada American International Specialty Lines Insurance Company AIU Insurance Company Granite State Insurance Company Lexington Insurance Company National Union Fire Insurance Company of Pittsburgh PA New Hampshire Insurance Company Canada The Insuran<br>Attn Michelle A Levitt<br>175 Water St 18th Fl<br>New York, NY 10038 | | unliquidated (administrative) | Circuit City Purchasing Company, LLC<br>08-35657 |

| | | | | | |
|---|---|---|---|---|---|
| 30-Jun-09 | 14126 | American Home Assurance Company American Home Assurance Company Canada American International Specialty Lines Insurance Company AIU Insurance Company Granite State Insurance Company Lexington Insurance Company National Union Fire Insurance Company of Pittsburgh PA New Hampshire Insurance Company Canada The Insuran<br>Attn Michelle A Levitt<br>175 Water St 18th Fl<br>New York, NY 10038 | | unliquidated (administrative) | InterTAN, Inc. 08-35655 |
| 30-Jun-09 | 14127 | American Home Assurance Company American Home Assurance Company Canada American International Specialty Lines Insurance Company AIU Insurance Company Granite State Insurance Company Lexington Insurance Company National Union Fire Insurance Company of Pittsburgh PA New Hampshire Insurance Company Canada The Insuran<br>Attn Michelle A Levitt<br>175 Water St 18th Fl<br>New York, NY 10038 | | unliquidated (administrative) | Circuit City Stores West Coast, Inc. 08-35654 |
| 30-Jun-09 | 14144 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Patapsco Designs, Inc. 08-35667 |
| 30-Jun-09 | 14151 | American Home Assurance Company et al and Certain Other Affiliates of the AIU Holdings Inc<br>Attn Michelle A Levitt Esq<br>Law Dept<br>175 Water St 18th Fl<br>New York, NY 10038 | | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 30-Jun-09 | 14152 | American Home Assurance Company et al and Certain Other Affiliates of the AIU Holdings Inc<br>Attn Michelle A Levitt Esq<br>Law Dept<br>175 Water St 18th Fl<br>New York, NY 10038 | | unliquidated (administrative) | Circuit City Stores PR, LLC 08-35660 |

| | | | | | |
|---|---|---|---|---|---|
| 30-Jun-09 | 14214 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Kinzer Technology, LLC<br>08-35663 |
| 30-Jun-09 | 14215 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | PRAHS, INC.<br>08-35670 |
| 29-Jun-09 | 14268 | Safeco Insurance Company of America<br>c o George J Bachrach<br>Whiteford Taylor & Preston LLP<br>7 St Paul St<br>Baltimore, MD 21202-1636 | | unliquidated (administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 30-Jun-09 | 14350 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Mayland MN, LLC<br>08-35666 |
| 30-Jun-09 | 14367 | Old Republic Insurance Company of Canada<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 30-Jun-09 | 14368 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Orbyx Electronics, LLC<br>08-35662 |
| 30-Jun-09 | 14369 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Sky Venture Corp.<br>08-35668 |

| | | | | | |
|---|---|---|---|---|---|
| 30-Jun-09 | 14370 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Abbott Advertising Agency, Inc.<br>08-35665 |
| 30-Jun-09 | 14371 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | XSStuff, LLC<br>08-35669 |
| 30-Jun-09 | 14373 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | CC Aviation, LLC<br>08-35658 |
| 30-Jun-09 | 14374 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | CC Distribution Company of Virginia, Inc.<br>08-35659 |
| 01-Jul-09 | 14405 | Liberty Mutual Fire Insurance Company and Liberty Mutual Insurance Company<br>Attn Toni Price<br>Jackson Walker LLP<br>112 E Pecan St Ste 2400<br>San Antonio, TX 78205 | | unliquidated (administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 31-Mar-10 | 14898 | American Home Assurance Company American Home Assurance Company Canada Chartis Specialty Lines Insurance Company et al<br>Michelle A Levitt Authorized Representative<br>175 Water St 18th Fl<br>New York, NY 10038 | | unliquidated (administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 31-Mar-10 | 14899 | American Home Assurance Company American Home Assurance Company Canada Chartis Specialty Lines Insurance Company et al<br>Michelle A Levitt Authorized Representative<br>175 Water St 18th Fl<br>New York, NY 10038 | | unliquidated (administrative) | Circuit City Stores, Inc.<br>08-35653 |

| | | | | | |
|---|---|---|---|---|---|
| 31-Mar-10 | 14971 | California Self Insurers Security Fund<br>PO Box 22510<br>Sacramento, CA 95822 | California Self Insurers Security Fund<br>Louis J Cisz III<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl Ste 1800<br>San Francisco, CA  94111 | unliquidated (administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 29-Mar-10 | 14972 | Safeco Insurance Company of America<br>George J Bachrach<br>Wright Constable & Skeen LLP<br>100 N Charles St Ste 1600<br>Baltimore, MD 21201 | | unliquidated (administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 31-Mar-10 | 14973 | California Self Insurers Security Fund<br>PO Box 22510<br>Sacramento, CA 95822 | California Self Insurers Security Fund<br>Louis J Cisz III<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl Ste 1800<br>San Francisco, CA  94111 | unliquidated (administrative) | Circuit City Stores West Coast, Inc.<br>08-35654 |
| 07-Apr-10 | 15004 | California Self Insurers Security Fund<br>PO Box 22510<br>Sacramento, CA 95822 | California Self Insurers Security Fund<br>Louis J Cisz III<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl Ste 1800<br>San Francisco, CA  94111 | unliquidated (administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 13-May-10 | 15030 | California Self Insurers Security Fund<br>PO Box 22510<br>Sacramento, CA 95822 | California Self Insurers Security Fund<br>Louis J Cisz III<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl Ste 1800<br>San Francisco, CA  94111 | unliquidated (administrative) | Circuit City Stores West Coast, Inc.<br>08-35654 |

| | | | | | |
|---|---|---|---|---|---|
| 13-May-10 | 15031 | California Self Insurers Security Fund<br>PO Box 22510<br>Sacramento, CA 95822 | California Self Insurers Security Fund<br>Louis J Cisz III<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl Ste 1800<br>San Francisco, CA 94111 | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 01-Jul-09 | 14487 | Walter Lee Swain Jr<br>756 Granite Ridge Dr<br>Ft Worth, TX 76179 | Swain Jr, Walter Lee<br>756 Granite Ridge Drive<br>Fort Worth, TX 76179 | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 30-Jan-09 | 9377 | NFL Enterprises LLC<br>Attn Menachem O Zelmanovitz<br>Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | NFL ENTERPRISES LLC<br>280 PARK AVE<br>NEW YORK, NY 10017-1206 | unliquidated (general unsecured); unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |