In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A**

| | | CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** | **Modified Claim** | **Debtor** |
| 18-Jun-09 | 13452 | Acxiom Corporation<br>CB Blackard<br>Corporate Counsel<br>PO Box 2000<br>Conway, AR 72033-2000 | | $169,117.83 (administrative) | Circuit City Stores, Inc.<br>08-35653 | $165,245.11 (administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 05-Dec-08 | 182 | ADD ON COMPUTER PERIPHERALS<br>JAMES PATTON<br>34 A MAUCHLY<br>IRVINE, CA 92618 | | $7,407.76 (administrative) | Circuit City Stores, Inc.<br>08-35653 | $6,750.24 (administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 25-Jun-09 | 13914 | ADT Security Services Inc<br>c o Alvin S Goldstein Esq<br>Furr & Cohen PA<br>2255 Glades Rd Ste 337W<br>Boca Raton, FL 33431 | | $16,269.23 (administrative) | Circuit City Stores, Inc.<br>08-35653 | $9,789.04 (administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 24-Jun-09 | 13487 | Allegheny Power<br>Mountaineer Gas Company<br>1310 Fairmont Ave<br>PO Box 1392<br>Fairmont, WV 26555 | | $3,154.65 (administrative) | Circuit City Stores, Inc.<br>08-35653 | $3,046.78 (administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 11-May-09 | 12975 | Avaya Inc<br>c o RMS Bankruptcy Recovery Services<br>PO Box 5126<br>Timonium, MD 21094-5126 | | $984.25 (administrative);<br>$154,024.27 (general unsecured) | Circuit City Stores, Inc.<br>08-35653 | $291.75 (administrative);<br>$154,024.27 (general unsecured) | Circuit City Stores, Inc.<br>08-35653 |
| 23-Jun-09 | 14038 | Blue Raven Technology Inc<br>George W Tetler III and Mark W Powers<br>Bowditch & Dewey LLP<br>311 Main St<br>PO Box 15156<br>Worcester, MA 01615-0156 | | $20,903.00 (administrative) | Circuit City Stores, Inc.<br>08-35653 | $19,943.00 (administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 02-Jun-09 | 13257 | Braintree Water and Sewer<br>PO Box 850637<br>Braintree, MA 02185-0637 | | $385.47 (administrative) | Circuit City Stores, Inc.<br>08-35653 | $152.91 (administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 09-Nov-09 | 14736 | City of Los Angeles Office of Finance<br>Attn Wendy Loo<br>Los Angeles City Attorneys Office<br>200 N Main St Ste 920<br>Los Angeles, CA 90012 | City of Los Angeles<br>Tax Permit Div Bankruptcy Unit<br>Office of Finance<br>201 N Main St Room 101 City Hall<br>Los Angeles, CA 90012 | $6,055.39 (priority) | Circuit City Stores West Coast, Inc.<br>08-35654 | $1,019.71 (priority) | Circuit City Stores West Coast, Inc.<br>08-35654 |
| 15-Jun-09 | 14630 | City of Tucson<br>PO Box 27210<br>Tucson, AZ 85726-7210 | | $434.51 (administrative);<br>$367.70 (general unsecured) | Circuit City Stores, Inc.<br>08-35653 | $92.67 (administrative);<br>$367.70 (general unsecured) | Circuit City Stores, Inc.<br>08-35653 |

| Date | Claim # | Creditor | Counsel | Claim Amount | Debtor | Reduced Amount | Debtor |
|---|---|---|---|---|---|---|---|
| 18-Dec-08 | 1301 | Dorel Juvenile Group Inc<br>c o Doris Lucas<br>2525 State St<br>Columbus, IN 47201-7494 | Alan K Mills & Angela Imel<br>Barnes & Thornburg LLP<br>11 S Meridian St<br>Indianapolis, IN 46204 | $1,196.05 (administrative) | Circuit City Stores, Inc. 08-35653 | $728.57 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 01-Dec-08 | 719 | DSI DISTRIBUTING INC<br>ATTN LONNIE NEUBAUER<br>11338 AURORA AVE<br>DES MOINES, IA 50322 | | $2,077.35 (administrative) | Circuit City Stores, Inc. 08-35653 | $990.35 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 29-Jun-09 | 13954 | Express Personnel Services Inc<br>Attn Richard C Ogden and Martin Allen Brown<br>Mulinix Ogden Hall & Andrews & Ludlam PLLC<br>210 Park Ave Ste 3030<br>Oklahoma City, OK 73102 | | $11,874.80 (administrative) | Circuit City Stores, Inc. 08-35653 | $773.80 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 16-Jun-09 | 13496 | False Alarm Reduction Unit<br>10425 Audie Ln<br>PO Box 2150<br>La Plata, MD 20646 | | $1,555.00 (administrative) | Circuit City Stores, Inc. 08-35653 | $600.00 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 03-Jun-09 | 13264 | GE Capital Information Technology Solutions Inc dba IKON Financial Services<br>Kathleen A Murphy No 5215<br>Reed Smith LLP<br>1201 Market St Ste 1500<br>Wilmington, DE 19801 | | $54,514.10 (administrative) | Circuit City Stores, Inc. 08-35653 | $53,514.10 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 29-Jun-09 | 14307 | Iron Mountain Information Management Inc<br>c o R Frederick Linfesty Esq<br>745 Atlantic Ave 10th Fl<br>Boston, MA 02111 | Bartlett Hackett Feinberg PC<br>Counsel for Iron Mountain Info Mgmt Inc<br>155 Federal St 9th Fl<br>Boston, MA 02110 | $4,625.08 (administrative secured) | Circuit City Stores, Inc. 08-35653 | $4,400.04 (administrative secured) | Circuit City Stores, Inc. 08-35653 |
| 30-Jun-09 | 14306 | Knoxville News Sentinel Company<br>2332 News Sentinel Dr<br>Knoxville, TN 37921-9933 | Baker & Hostetler LLP<br>Pamela Gale Johnson<br>1000 Louisiana Ste 2000<br>Houston, TX 77002 | $29,482.52 (administrative) | Circuit City Stores, Inc. 08-35653 | $28,623.80 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 17-Dec-08 | 1343 | MAXWISE PRODUCTON ENTERPRISE, LTD<br>ROOM 1501 15/F AT TOWER 180<br>ELECTRIC ROAD NORTH POINT<br>HONG KONG CHINA<br>CHINA | MAXWISE PRODUCTON ENTERPRISE, LTD<br>ROOM 1501 15/F AT TOWER 180<br>ELECTRIC ROAD NORTH POINT<br>HONG KONG CHINA<br>CHINA | $126,392.76 (administrative) | Circuit City Stores, Inc. 08-35653 | $57,576.96 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 29-Jun-09 | 13811 | NW Natural<br>220 NW 2nd Ave<br>Portland, OR 97209 | | $3,636.43 (administrative) | Circuit City Stores, Inc. 08-35653 | $2,019.87 (administrative) | Circuit City Stores, Inc. 08-35653 |

| Date | Claim # | Claimant | Alt Address | Claim Amount | Debtor | Reduced Amount | Debtor |
|---|---|---|---|---|---|---|---|
| 30-Jun-09 | 14380 | Omniture Inc<br>c o Benjamin J Kotter<br>Dorsey & Whitney LLP<br>136 S Main St Ste 1000<br>Salt Lake City, UT 84101 | | $111,301.67 (administrative) | Circuit City Stores, Inc. 08-35653 | $20,236.67 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 06-Mar-09 | 12041 | Philadelphia Newspapers LLC<br>Morris & Adelman PC<br>PO Box 30477<br>Philadelphia, PA 19103 | | $334,987.78 (administrative) | Circuit City Stores, Inc. 08-35653 | $104,629.92 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 02-Dec-08 | 389 | PHOENIX PACKAGING PRODUCTS<br>10645 N TATUM BLVD<br>STE 200 443<br>PHOENIX, AZ 85028-3053 | | $12,522.57 (administrative) | Circuit City Purchasing Company, LLC 08-35657 | $11,515.00 (administrative) | Circuit City Purchasing Company, LLC 08-35657 |
| 21-Jan-09 | 5096 | Plantronics Inc<br>Lawrence Schwab Thomas Gaa<br>Bialson Bergen & Schwab<br>2600 El Camino Real Ste 300<br>Palo Alto, CA 94306 | | $296,365.00 (administrative); $80,453.63 (general unsecured) | Circuit City Stores, Inc. 08-35653 | $80,453.62 (general unsecured) | Circuit City Stores, Inc. 08-35653 |
| 30-Jun-09 | 14258 | Public Service Company of North Carolina Inc PSNC<br>1426 Main St Mail Code 130<br>Columbia, SC 29201 | | $7,052.44 (administrative) | Circuit City Stores, Inc. 08-35653 | $2,737.97 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 16-Dec-08 | 985 | SACRAMENTO COCA COLA BOTTLING<br>PO BOX 160608<br>SACRAMENTO, CA 95816-0608 | SACRAMENTO COCA COLA BOTTLING CO INC<br>4101 GATEWAY PARK BLVD<br>SACRAMENTO, CA 95834 | $2,912.36 (administrative); $3,198.67 (general unsecured) | Circuit City Stores, Inc. 08-35653 | $2,106.7 (administrative); $3,198.67 (general unsecured) | Circuit City Stores, Inc. 08-35653 |
| 28-May-09 | 13056 | Southern California Edison Company<br>Attn Credit and Payment Services<br>300 N Lone Hill Ave<br>San Dimas, CA 91773 | | $77,124.45 (administrative) | Circuit City Stores, Inc. 08-35653 | $73,395.76 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 18-Dec-08 | 1233 | SPIDERWEAR<br>PO BOX 933516<br>ATLANTA, GA 31193-3516 | David Solomon<br>2752 E Ponce De Leon Ave Ste C<br>Decatur, CA 30030 | $77,660.10 (administrative); $53,312.85 (general unsecured) | Circuit City Purchasing Company, LLC 08-35657 | $22,041.76 (administrative); $53,312.85 (general unsecured) | Circuit City Purchasing Company, LLC 08-35657 |
| 29-Jun-09 | 14114 | The Detroit Edison Company<br>Russell R Johnson III & John M Craig<br>Law Firm of Russell R Johnson III PLC<br>2258 Wheatlands Dr<br>Manakin Sabot, VA 23103 | | $22,856.99 (administrative) | Circuit City Stores, Inc. 08-35653 | $12,103 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 12-Jun-09 | 13361 | The News Journal<br>Tammy Dycus<br>CCC Collections Supervisor<br>7950 Jones Branch Dr<br>McLean, VA 22107 | | $7,452.47 (administrative) | Circuit City Stores, Inc. 08-35653 | $6,447.78 (administrative) | Circuit City Stores, Inc. 08-35653 |

| Date | Claim # | Claimant | Alt Address | Claim Amount | Debtor | Revised Amount | Revised Debtor |
|---|---|---|---|---|---|---|---|
| 17-Jun-09 | 13437 | Tocad America Inc<br>Teresa Da Costa<br>53 Green Pond Rd Ste 5<br>Rockaway, NJ 07866 | | $161,070.52<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | $153,356.18<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 28-May-09 | 13067 | Tribune Comp dba News Day<br>Attn Carol Liotta<br>435 N Michigan Ave 3rd Fl<br>Chicago, IL 60611 | | $32,456.86<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | $31,391.36<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 01-Jun-09 | 13234 | Unitil Northern Utilities<br>Attn Bankruptcy Dept<br>PO Box 2025<br>Springfield, MA 01102-2025 | Unitil Northern Utilities<br>6 Liberty Ln W<br>Hampton, NH 03842 | $16,072.98<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 | $2,085.12<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 04-Dec-08 | 568 | US DISTRIBUTING<br>10645 N TATUM BLVD STE 200 443<br>PHOENIX, AZ 85028-3053 | | $4,589.25<br>(administrative);<br>$3,844.31<br>(general unsecured) | Circuit City Purchasing Company, LLC<br>08-35657 | $4,220.00<br>(administrative);<br>$3,844.31 (general unsecured) | Circuit City Purchasing Company, LLC<br>08-35657 |