In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT B**

| | | DISALLOWED CLAIMS | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 19-Jun-09 | 13567 | Alabama Gas Corporation<br>Attn Nancy Roland<br>605 Richard Arrington Jr Blvd N<br>Birmingham, AL 35203-2707 | | $67.99<br>(administrative) | Circuit City Stores, Inc. 08-35653 |
| 19-Jun-09 | 13568 | Alabama Gas Corporation<br>Attn Nancy Roland<br>605 Richard Arrington Jr Blvd N<br>Birmingham, AL 35203-2707 | | $3,537.22<br>(administrative) | Circuit City Stores, Inc. 08-35653 |
| 6/1/09 | 13235 | Alex Demetrius<br>191 Nichols Rd<br>Nesconset, NY 11767 | | $506.48<br>(priority) | Circuit City Stores, Inc. 08-35653 |
| 27-May-09 | 13074 | Ameren UEBankruptcy Desk Code 310PO Box 66881St Louis, MO 63166-6881 | | $11,788.92<br>(administrative) | Circuit City Stores, Inc.08-35653 |
| 26-Jan-09 | 5467 | BERGER, CYNDA ANN<br>1002 MITCHELL LN<br>EVANS, GA 30809 | | Unliquidated<br>(priority) | Circuit City Stores, Inc. 08-35653 |
| 23-Feb-09 | 11521 | BETHLEHEM TOWNSHIP SEWER DEPT<br>4225 EASTON AVE<br>BETHLEHEM, PA 18020 | | $385.10<br>(priority) | Circuit City Stores, Inc. 08-35653 |
| 26-Dec-08 | 1824 | Bradshaw, Ken C<br>23015 Waterwheel Dr<br>Elmendorf, TX 78112 | | $2,150.00<br>(secured) | Circuit City Stores, Inc. 08-35653 |

| Date | Claim # | Creditor | Alt. Address | Amount | Debtor |
|---|---|---|---|---|---|
| 03-Dec-10 | 15154 | Bryan Cesar Ortiz<br>902 Windsor Ct<br>Sterling, VA 20164 | | $1,280.00<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 15-Jun-09 | 13705 | City St Petersburg<br>Jon Plumb Collection Officer<br>PO Box 2842<br>Saint Petersburg, FL 33731-2842 | | $30.00<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 02-Aug-10 | 15064 | Coastal Area Collections Inc<br>1731 First St<br>PO Box 1255<br>Brunswick, GA 31521-0963 | Younce Terminix Inc<br>PO Box 963<br>Brunswick, GA 31521-0963 | $70.02<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 02-Aug-10 | 15065 | Coastal Area Collections Inc<br>1731 First St<br>PO Box 1255<br>Brunswick, GA 31521-0963 | City of Brunswick Sanitation Dept<br>PO Box 550<br>Brunswick, GA 31521-0550 | $16.50<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 01-Jun-09 | 13224 | Culligan<br>Christie Curtis<br>Valley Water Group Inc<br>819 Kimball Ave<br>Grand Junction, CO 81501 | | $161.31<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 29-Jun-09 | 13846 | DEMENT, RONALD<br>3315 FAYETTE RD<br>KENSINGTON, MD 20895-0000 | Ronald Dement<br>6502 Montalto Xing Unit D<br>Frederick, MD 21703 | $107.57<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 26-Jun-09 | 13870 | FedEx Customer Information Services<br>William B Seligstein<br>Revenue Recovery<br>3965 Airways Blvd<br>Module G 3rd Fl<br>Memphis, TN 38116 | | $1,543.62<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 1/20/09 | 4185 | FOX JR, LEON J<br>2715 GARDEN LN<br>BENSALEM, PA 19020 | | $6,922.80<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 02-Jul-09 | 14267 | Gary Lynn Brickey<br>1804 Hutchinson Dr<br>Kingsport, TN 37660 | | $205.66<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |

| Date | Claim # | Claimant | | Amount | Debtor |
|---|---|---|---|---|---|
| 26-Jun-09 | 13789 | Greenwich Township<br>Andre L Kydala Esq<br>Law Office of Andre L Kydala<br>12 Lower Ctr St<br>PO Box 5537<br>Clinton, NJ 08809 | | $813.19<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 05-Jun-09 | 13202 | HARA THELMY E<br>1156 LABRADOR COURT<br>NEWMAN, CA 95360 | | $1,727.22<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 1/9/09 | 3250 | HARRIS, BARBARA RAELYN<br>3334 WEST MAIN NO 194<br>NORMAN, OK 73072 | | $141.34<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 06-Aug-09 | 14541 | Harry B Gross Sr<br>206 N Pacific<br>Hutchins , TX 75141 | | $199.99<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 08-Dec-08 | 879 | HEUBEL MATERIAL HANDLING INC<br>6311 NE EQUITABLE RD<br>KANSAS CITY, MO 64120 | | $17,394.68<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 02-Jan-09 | 2336 | HOMAN, DAVID<br>126 N ROSE ST<br>PALATINE, IL 60067 | | $245.00<br>(secured) | Circuit City Stores, Inc.<br>08-35653 |
| 30-Jun-09 | 14198 | Inmagic Inc<br>Jeannine Flynn<br>200 Unicorn Park Dr 4th Fl<br>Woburn, MA 01801 | | $24,000.00<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 31-Mar-10 | 14897 | Iron Mountain Information Management Inc<br>Joseph P Corrigan Esq<br>745 Atlantic Ave 10th Fl<br>Boston, MA 02111 | | $2,746.80<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 22-Jun-09 | 13605 | IXTA, JULIO CESAR<br>12257 FORMBY DR<br>MORENO VALLEY, CA 92557 | | $8,167.92<br>(priority) | Circuit City Stores West Coast, Inc.<br>08-35654 |

| Date | Claim # | Claimant | Additional Address | Amount | Debtor |
|---|---|---|---|---|---|
| 01-Dec-08 | 421 | JACKSON, CITY OF<br>PO BOX 2288<br>UTILITY DIVISION<br>JACKSON, TN 38302 | | $687.02 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 02-Jan-09 | 2343 | JANIS, ROSE ANN<br>5005 AMBERWOOD DR<br>GLEN ALLEN, VA 23059 | | $1,200.00 (priority) | Circuit City Stores, Inc. 08-35653 |
| 17-Sep-09 | 14609 | Jeton Tony Hetemi<br>7009 Almeda Rd Apt 1025<br>Houston, TX 77054 | | $5,440.00 (priority) | Circuit City Stores, Inc. 08-35653 |
| 24-Sep-09 | 14663 | Jeton Tony Hetemi<br>7009 Almeda Rd Apt 1025<br>Houston, TX 77054 | | $5,848.00 (priority) | Circuit City Stores, Inc. 08-35653 |
| 30-Dec-10 | 15194 | John Walters<br>1716 10th Ave<br>Tuscaloosa, AL 35401 | | $2,000.00 (unsecured);<br>$25,000.00 (priority);<br>$5,000.00 (secured) | Circuit City Stores, Inc. 08-35653 |
| 03-Jun-09 | 13148 | KEITH, AARON<br>1706 N 13TH ST<br>BEATRICE, NE 68310 | Aaron Keith<br>8430 Hollynn Ln No 110<br>Lincoln, NE 68512 | $74.45 (priority) | Circuit City Stores, Inc. 08-35653 |
| 09-Apr-10 | 15017 | KeySpan Gas East Corp dba National Grid<br>Suzanne Brienza Esq<br>15 Park Dr<br>Melville, NY 11747 | KeySpan Gas East Corp dba National Grid<br>175 E Old Country Rd<br>Hicksville, NY 11801-4257 | $9,990.70 (administrative) | Circuit City Stores, Inc. 08-35653 |

| Date | Claim # | Claimant | | Amount | Debtor |
|---|---|---|---|---|---|
| 03-Mar-09 | 11500 | KOENIG, ROBERT A<br>PO BOX 10834<br>BEDFORD, NH 03110 | | $100.00<br>(secured) | Circuit City Stores, Inc.<br>08-35653 |
| 03-Mar-09 | 11501 | KOENIG, ROBERT A<br>PO BOX 10834<br>BEDFORD, NH 03110 | | $550.00<br>(secured) | Circuit City Stores, Inc.<br>08-35653 |
| 30-Jun-09 | 14386 | LEADING EDGE DELIVERY<br>CHRISTOPHER J DROSNICK<br>6821 PROMWAY AVE NW<br>NORTH CANTON, OH 44720-7319 | | $15,749.25<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 27-Jan-09 | 6369 | LESKO, JEREMY<br>275 COLLEGE PARK DR APT C13<br>ELYRIA, OH 44035 | | Blank (Priority) | Circuit City Stores PR, LLC<br>08-35660 |
| 09-Apr-10 | 15018 | Long Island Lighting Company dba LIPA<br>Suzanne Brienza Esq<br>15 Park Dr<br>Melville, NY 11747 | | $343.65<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 29-Jun-09 | 14276 | Louisville Gas and Electric Company<br>Attn Augustus C Epps Jr<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | | $95,536.75<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 04-Jun-09 | 13271 | Mark A Murdock<br>25590 Noble Dr<br>Chesterfield, MI 48051 | | $165.20<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 26-Mar-09 | 12027 | Matthew Przystas<br>125 Ward St<br>Chicopee, MA 01020 | | $3,200.00<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |

| | | | | | |
|---|---|---|---|---|---|
| 31-Mar-10 | 14934 | Melinda Unger<br>3305 Young Ave<br>Lansing, MI 48906 | | $651.67<br>(priority) | Circuit City Stores, Inc. 08-35653 |
| 03-Jul-09 | 14458 | Monica S Brown<br>405 Adamson St<br>Highland Springs, VA 23075-2401 | | $10,644.22<br>(administrative) | Circuit City Stores, Inc. 08-35653 |
| 08-Jun-09 | 13357 | Monique N Sarabia<br>Employment Development Department<br>Sacramento Adjudication Center<br>PO Box 937<br>Elk Grove, CA 95759-0937 | | Unliquidated<br>(administrative) | Circuit City Stores, Inc. 08-35653 |
| 14-Oct-10 | 15102 | Mr & Mrs William Grimes<br>4412 Gulf Ave<br>Midland, TX 79707 | | $399.99<br>(priority) | Circuit City Stores West Coast, Inc. 08-35654 |
| 01-Jul-09 | 14414 | Nicole Scriuner<br>PO Box 2383<br>Marysville, CA 95901 | | $300.00<br>(priority) | Circuit City Stores, Inc. 08-35653 |
| 28-May-10 | 15045 | NORTON SHORES, CITY OFNORTON SHORES, CITY OF<br>NORTON SHORES CITY OF<br>4814 HENRY ST<br>NORTON SHORES, MI | | $1,064.8<br>(secured) | Circuit City Stores, Inc. 08-35653 |
| 08-Dec-08 | 652 | OKLAHOMA NATURAL GAS CO<br>OKLAHOMA<br>P O BOX 268826<br>OKLAHOMA CITY, OK 73126-8826 | Oklahoma Natural Gas Co<br>PO Box 21019<br>Tulsa, OK  74121 | $336.56<br>(administrative) | Circuit City Stores, Inc. 08-35653 |

| | | | | | |
|---|---|---|---|---|---|
| 08-Dec-08 | 658 | OKLAHOMA NATURAL GAS CO TULSA<br>P O BOX 1234<br>TULSA, OK 74186-1234 | Oklahoma Natural Gas Co<br>PO Box 21019<br>Tulsa, OK  74121 | $98.21<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 08-Dec-08 | 855 | OKLAHOMA NATURAL GAS COMPANY<br>PO BOX 1234<br>TULSA, OH 74186-1234 | Oklahoma Natural Gas Co<br>PO Box 21019<br>Tulsa, OK  74121 | $121.77<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 08-Dec-08 | 673 | OKLAHOMA NATURAL GAS COMPANY<br>PO BOX 1234<br>TULSA, OK 74186-1234 | Oklahoma Natural Gas Co<br>PO Box 21019<br>Tulsa, OK  74121 | $51.85<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 23-Mar-10 | 14876 | Orange & Rockland Utilities Inc<br>Customer Support Operations<br>390 W Rte 59<br>Spring Valley, NY 10977 | | $9,422.66<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 19-Mar-09 | 11900 | OTTINO, JENNIFER<br>7760 RAVENSWORTH WAY<br>ANTELOPE, CA 95843-0000 | | $109.38<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 08-Jun-09 | 13281 | Pal Transport Inc<br>Michael Sudomir Operations Manager<br>54834 Pine St<br>New Baltimore, MI 48047 | | $1,265.00<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 16-Dec-08 | 1007 | PHILIPS LIGHTING COMPANY<br>TERRY LANDRIGAN<br>PO BOX 100194<br>ATLANTA, GA 30384-0194 | Philips Lighting Co<br>Attn Corp Credit<br>200 Franklin Sq Dr<br>Somerset, NJ  08873 | $185.48<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |

| Date | Claim # | Claimant | Counsel | Amount | Debtor |
|---|---|---|---|---|---|
| 02-Jan-09 | 2164 | Phillips, Mark<br>15 Kingspark Rd<br>Little Rock, AR 72227 | | Unliquidated<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 29-Jun-09 | 14118 | Piedmont Natural Gas Company<br>Russell R Johnson III & John M Craig<br>Law Firm of Russell R Johnson III PLC<br>2258 Wheatlands Dr<br>Manakin Sabot, VA 23103 | | $1,184.22<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 27-Feb-09 | 11655 | PILCHARD, ELIZABETH DEE<br>116 STANTON CHRISTIANA RD<br>NEWARK, DE 19702 | | $100.62<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 12-Mar-10 | 14855 | Power Sales & Advertising Inc<br>801 N Meadowbrook Dr<br>Olathe, KS 66062 | | $1,599.38<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 30-Mar-10 | 15005 | Public Service Electric & Gas Co<br>Attn Bankruptcy Dept<br>PSEG<br>PO Box 490<br>Cranford, NJ 07016 | | $115,860.61<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 30-Jun-09 | 14203 | Puerto Rico Electric Power Authority<br>Attn Mark Minuti<br>222 Delware Ave Ste 1200<br>PO Box 1266<br>Wilmington , DE 19899 | Weiland Gordon Smiley Wang Ekvall & Strouck LLP<br>Attn Evan Smiley<br>650 Town Ctr Dr Ste 950<br>Costa Mesa, CA 92626 | $48,434.82<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 19-Dec-08 | 940 | RENTON COLLECTIONS INC<br>PO BOX 272<br>RENTON, WA 98057 | | $94.47<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |

| Date | Claim # | Claimant | Counsel | Amount | Debtor |
|---|---|---|---|---|---|
| 02-Jun-09 | 13412 | Richard Stevens<br>221 W 82nd St<br>New York, NY 10024 | | $260.09<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 29-Jun-09 | 14117 | Rochester Gas & Electric Corporation<br>Russell R Johnson III & John M Craig<br>Law Firm of Russell R Johnson III PLC<br>2258 Wheatlands Dr<br>Manakin Sabot, VA 23103 | | $7,243.51<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 21-May-09 | 13036 | Roger L Carter<br>930 Buckskin Terrace<br>Brentwood, CA 94513 | | $954.66<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 11/15/10 | 15129 | Sheila R Lewis<br>128 N Beech Ave<br>Highland Springs, VA 23075 | | $2,309.61<br>(priority) | Circuit City Stores, Inc.<br>08-35653 |
| 29-Jun-09 | 13976 | Spink, Geraldine B<br>329 Lafayette Rd<br>N Kingstown, RI 02852-5300 | Geraldine B Spink<br>co Roderick A J Cavanagh Esq<br>148 Main St<br>Wakefield, RI 02879 | $620.6 (secured) | Circuit City Stores, Inc.<br>08-35653 |
| 24-Feb-09 | 14996 | Sterling Commerce Inc<br>Julie Quagliano Westemeier Esq<br>2620 P St<br>NW Wachington, DC 20007 | Lowenstein Sandler PC<br>Vincent A DAgostino Esq Eric H Hord Esq<br>65 Livingston Ave<br>Roseland, NJ 07068-1791 | $187,937.18<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 12-Jun-09 | 13611 | Steven Nebel<br>444 Taylor Ln<br>O Fallon, MO 63368 | | $336.92<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 02-Dec-08 | 402 | SUBURBAN PROPANE<br>PO BOX 206<br>WHIPPANY, NJ 07981-0206 | | $2,216.62<br>(administrative) | Circuit City Stores, Inc.<br>08-35653 |

| Date | Claim # | Claimant | | Amount | Debtor |
|---|---|---|---|---|---|
| 13-Apr-10 | 15011 | Sylvia H Middlebrooks<br>3390 Spreading Oak Dr SW<br>Atlanta, GA 30311 | | $250.00<br>(secured) | Circuit City Stores, Inc. 08-35653 |
| 09-Oct-09 | 14771 | Tennessee Department of Labor & Workforce Development Bureau of Unemployment Insurance<br>c o TN Attorney Generals Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 | | $17,237.40<br>(administrative) | Circuit City Stores, Inc. 08-35653 |
| 23-Jun-09 | 13900 | The Sacramento Municipal Utility District<br>Ken Whittall Scherfee<br>Whittall Scherfee Law Office<br>3301 Watt Ave Ste 600<br>Sacramento, CA 95821 | | $11,013.97<br>(administrative) | Circuit City Stores, Inc. 08-35653 |
| 05-Jan-09 | 2179 | TOWN OF ORANGE CT<br>617 ORANGE CENTER RD<br>ORANGE, CT 06477-2499 | | $1,160.00<br>(secured) | Circuit City Stores, Inc. 08-35653 |
| 28-May-09 | 13069 | Tribune Comp dba Baltimore Sun<br>Attn Carol Liotta<br>435 N Michigan Ave 3rd Fl<br>Chicago, IL 60611 | | $5,208.00<br>(administrative) | Circuit City Stores, Inc. 08-35653 |
| 23-Mar-10 | 14886 | UNIVERSAL SWEEPING SERVICES<br>PO BOX 28010<br>SAN JOSE, CA 95159 | | $418.92<br>(administrative) | Circuit City Stores, Inc. 08-35653 |
| 06-May-09 | 12857 | US CUSTOMS & BORDER PROTECTION<br>6650 TELECOM DR STE 100<br>INDIANAPOLIS, IN 46278 | | $1,751.96 (Priority);<br>$67.15 (Secured) | Circuit City Stores, Inc. 08-35653 |

| | | | | | |
|---|---|---|---|---|---|
| 23-Jan-09 | 5730 | WHITE, CHRISTOPHER DELMAR<br>407 Woodberry Cir<br>Raeford, NC 28376 | Christopher Delmar White<br>1311 8th Ave Nw<br>Conover, NC  28613 | $4,391.28 (priority) | Circuit City Stores, Inc. 08-35653 |
| 17-Mar-09 | 14861 | WHITNEY, AHMAD<br>254 FITZPATRICK RD<br>OAKLAND, CA 94603 | Whitney, Ahmad<br>5735 Avenal Ave Apt 107<br>Oakland, CA  94605 | unliquidated (priority) | Circuit City Stores, Inc. 08-35653 |
| 30-Jun-09 | 14063 | XM Satellite Radio Inc<br>Eric D Goldberg and Gregory K Jones<br>Stutman Treister & Glatt<br>Professional Corporation<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067 | | Unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 15-Jun-09 | 13382 | Zayed M Hararah<br>29058 Hillview St<br>Hayward, CA 94544 | | $50.00 (priority) | Circuit City Stores, Inc. 08-35653 |