In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**

| | | **CLAIMS TO BE RECLASSIFIED AND/OR MODIFIED** | | | | **RECLASSIFIED/MODIFIED CLAIMS** | | |
|---|---|---|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount and Classification** | **Debtor** | **Modified Claim Amount and Classification** | **Debtor** | **Comments** |
| 20-Jan-09 | 4096 | GAINESVILLE REGIONAL UTILITIES<br>PO BOX 147051<br>GAINESVILLE, FL 326147051 | | $1,320.05 (general unsecured); $172.74 (priority) | Circuit City Stores, Inc. 08-35653 | $1,492.79 (general unsecured) | Circuit City Stores, Inc. 08-35653 | The $172.74 priority claim should be reclassified to general unsecured as it is on account of sales, utility taxes, etc. and those items are not entitled to priority. |
| 23-Mar-09 | 12105 | City of Virginia Beach<br>City of Virginia Beach Treasurer<br>Bankruptcy Records<br>2401 Courthouse Dr<br>Virginia Beach, VA 23456-9018 | | $347.57 (secured) | Circuit City Stores, Inc. 08-35653 | $347.57 (unsecured) | Circuit City Stores, Inc. 08-35653 | Claim is not secured as Debtor did not own the store location; therefore, claim cannot be secured. |
| 24-Apr-09 | 12370 | City of Toledo<br>Dept of Public Utilities<br>420 Madison Ave Ste 100<br>Toledo, OH 43667-0001 | | $261.25 (general unsecured); $57.47 (secured) | Circuit City Stores, Inc. 08-35653 | $318.72 (unsecured) | Circuit City Stores, Inc. 08-35653 | Claim is not secured as Debtor did not own the store location; therefore, claim cannot be secured. |
| 29-Jun-09 | 14412 | Marc J Sieger6 Joseph LnLynnfield, MA 01940 | | $10,000.00 (administrative) | Circuit City Stores, Inc.08-35653 | $6,666.67 (general unsecured); $3,333.33 (administrative) | Circuit City Stores, Inc.08-35653 | $6,666.67 of adminstrative claim should be reclassified to general unsecured as only a portion of wages (2/3 of $5,000 November earnings) is entitled to administrative expense. |