In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT D**

| | | OBJECTIONS WITHDRAWN | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 30-Jun-09 | 14387 | Smith, Joyce L<br>6818 Orchid Ln<br>Fredericksburg, VA 22407 | | $493.58 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 07-May-09 | 12971 | City of Fort Lauderdale FL<br>City Attorneys Office<br>100 N Andrews Ave 7th Fl<br>Ft Lauderdale, FL 33301 | | $765.70 (general unsecured); $54.22 (priority) | Circuit City Stores, Inc. 08-35653 |
| 30-Dec-10 | 15183 | Cyber Acoustics LLC<br>Alexander Burnett<br>Williams Mullen Center<br>200 S 10th St Ste 1600<br>PO Box 1320<br>Richmond, VA 23218-1320 | | $337,536.24 (administrative) - withdrawn as settlement approved | Circuit City Stores, Inc. 08-35653 |