In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT E**

| | | CLAIMS TO BE HEARD AT JUNE 9, 2011 STATUS CONFERENCE | | | |
|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
| 29-Mar-10 | 14910 | AT&T Corp<br>c o Cheryl Becker Bankruptcy Dept<br>AT&T Accounts Receivable Center<br>722 N Broadway 11th Fl<br>Milwaukee, WI 53202 | | $16,348.04 (administrative secured) | Circuit City Stores, Inc. 08-35653 |
| 23-Dec-10 | 15190 | AT&T Corp<br>c o James Grudus Esq<br>AT&T Services Inc<br>One AT&T Way Rm 3A218<br>Bedminster, NJ 07921 | AT&T Accounts Receivable Center<br>c o Cheryl Becker Bankruptcy Dept<br>722 N Broadway 9th Fl<br>Milwaukee, WI 53202 | $26,382.75 (administrative secured) | Circuit City Stores, Inc. 08-35653 |
| 23-Dec-10 | 15191 | AT&T Corp<br>c o James Grudus Esq<br>AT&T Services Inc<br>One AT&T Way Rm 3A218<br>Bedminster, NJ 07921 | AT&T Accounts Receivable Center<br>c o Cheryl Becker Bankruptcy Dept<br>722 N Broadway 9th Fl<br>Milwaukee, WI 53202 | $26,382.75 (administrative secured) | Circuit City Stores, Inc. 08-35653 |
| 30-Dec-10 | 15184 / Docket No. 9695 | AT&T<br>Julie Quagliano, Esq.<br>Seeger Faughnan Mendicino, P.C.<br>2620 P Street, NW<br>Washington, D.C. 20007 | AT&T<br>Scott Cargill Esq & Joseph A Becht Esq<br>65 Livingston Ave<br>Roseland, NJ 07068-1791 | $828,253.14 (administrative) | Circuit City Stores, Inc. 08-35653 |

| | | | | | |
|---|---|---|---|---|---|
| 01-Jun-10 | 15047 | Audrey Soltis<br>c o Butwinick Donaldson<br>325 33rd Ave N Ste 104<br>Saint Cloud, MN 56303 | | $485,000.00<br>(administrative) | Circuit City<br>Stores, Inc.<br>08-35653 |
| 01-Jun-09 | 13090 | Bay State Gas Company<br>Attn Bankruptcy Dept<br>PO Box 2025<br>Springfield, MA 01102-2025 | | $4,677.86<br>(administrative) | Circuit City<br>Stores, Inc.<br>08-35653 |
| 01-Jul-09 | 13926 | BellSouth Telecommunications Inc<br>Vincent A DAgostino Esq<br>c o Lowenstein Sandler PC<br>65 Livingston Ave<br>Roseland, NJ 07068 | AT&T Services Inc<br>Attn James Grudus<br>One AT&T Way Rm 3A218<br>Bedminster, NJ  07921 | $146,003.58<br>(administrative) | Circuit City<br>Stores, Inc.<br>08-35653 |
| 29-May-09 | 13082 | Bruce Senator<br>F 99302<br>PO Box 950<br>Folsom, CA 95763 | Bruce Senator<br>c o Nancy Lee<br>10502 Lampson Ave<br>Garden Grove, CA  92840 | $150.00<br>(priority) | Circuit City<br>Stores, Inc.<br>08-35653 |
| 5/13/10 | 15028 | CALIFORNIA SELF INSURERS SECURITY<br>FUND<br>Louis J. Cisz III<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl Ste 1800<br>San Francisco, CA 94111 | California Self Insurers<br>Security Fund<br>PO Box 22510<br>Sacramento, CA 95822 | $23,010,774.00<br>(general<br>unsecured);<br>$6,278,351.00<br>(secured) | Circuit City<br>Stores, Inc.<br>08-35653 |
| 5/13/10 | 15029 | CALIFORNIA SELF INSURERS SECURITY<br>FUND<br>Louis J. Cisz III<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl Ste 1800<br>San Francisco, CA 94111 | California Self Insurers<br>Security Fund<br>PO Box 22510<br>Sacramento, CA 95822 | $22,910,774.00<br>(general<br>unsecured);<br>$6,278,351.00<br>(secured) | Circuit City<br>Stores West<br>Coast, Inc.<br>08-35654 |
| 29-Jun-09 | 14120 | Commonwealth Edison Company<br>Russell R Johnson III & John M Craig<br>Law Firm of Russell R Johnson III PLC<br>2258 Wheatlands Dr<br>Manakin Sabot, VA 23103 | | $78,569.52<br>(administrative) | Circuit City<br>Stores, Inc.<br>08-35653 |

| | | | | | |
|---|---|---|---|---|---|
| 11-Dec-08 | 788 | I TOUCHLESS HOUSEWARES & PRODUCTS, INC AIIN VIVIAN JIN 551 FOSTER CITY BLVD UNIT M FOSTER CITY, CA 94404 | | $12,628.00 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 29-Jun-09 | 13831 | Innovative Marketing Solutions LLC5244 Chappell Ridge PlGlen Allen, VA 23059 | | $35,000 (administrative) | Circuit City Stores, Inc.08-35653 |
| 1/15/09 | 4756 | LaCoursiere, Brian L 4347 Kings Church Rd Taylorsville, KY 40071-7907 | | $2,000.00 (priority) | CC Distribution Company of Virginia, Inc. 08-35659 |
| 6/30/09 | 14195 | Liberty Mutual Fire Insurance Company and Liberty Mutual Insurance Company Attn Toni Price Jackson Walker LLP 112 E Pecan St Ste 2400 San Antonio, TX 78205 | | $125,502.82 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 1/30/09 | 9820 | LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO Michael J. Skeary AVP & Sr Corp Counsel Liberty Mutual Ins Co Legal Dept 175 Berkeley St Mail Stop 07A Boston, MA 02117 | | $1,242,307.00 (secured) | Circuit City Properties, LLC 08-35661 |
| 1/30/09 | 9821 | LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO Michael J. Skeary AVP & Sr Corp Counsel Liberty Mutual Ins Co Legal Dept 175 Berkeley St Mail Stop 07A Boston, MA 02117 | | $1,242,307.00 (secured) | Circuit City Stores West Coast, Inc. 08-35654 |

| | | | | | |
|---|---|---|---|---|---|
| 1/30/09 | 9822 | LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO<br>Michael J. Skeary AVP & Sr Corp Counsel<br>Liberty Mutual Ins Co Legal Dept<br>175 Berkeley St Mail Stop 07A<br>Boston, MA 02117 | | $1,242,307.00 (secured) | Abbot Advertising Agency, Inc. 08-35665 |
| 1/30/09 | 9823 | LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO<br>Michael J. Skeary AVP & Sr Corp Counsel<br>Liberty Mutual Ins Co Legal Dept<br>175 Berkeley St Mail Stop 07A<br>Boston, MA 02117 | | $1,242,307.00 (secured) | CC Distribution Company of Virginia, Inc. 08-35659 |
| 1/30/09 | 9824 | LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO<br>Michael J. Skeary AVP & Sr Corp Counsel<br>Liberty Mutual Ins Co Legal Dept<br>175 Berkeley St Mail Stop 07A<br>Boston, MA 02117 | | $1,242,307.00 (secured) | Patapsco Designs, Inc. 08-35667 |
| 1/30/09 | 9819 | LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO<br>Michael J. Skeary AVP & Sr Corp Counsel<br>Liberty Mutual Ins Co Legal Dept<br>175 Berkeley St Mail Stop 07A<br>Boston, MA 02117 | | $1,242,307.00 (secured) | Circuit City Stores, Inc. 08-35653 |
| 18-Oct-01 | 15107 | Marblegate Asset Management LLC<br>Robert S Westermann and Sheila deLa Cruz<br>Hirschler Fleischer PC<br>2100 E Cary St<br>The Edgeworth Bldg<br>Richmond, VA 23223 | Diamond McCarthy LLP<br>Christopher A Provost Jason M Rudd and Jason B Porter<br>620 Eighth Ave 39th Fl<br>New York, NY  10018 | $3,874,428.88 (administrative) | Circuit City Stores, Inc. 08-35653 |

| | | | | | |
|---|---|---|---|---|---|
| 03-Feb-09 | 10546 | McCabe, Michael<br>PO Box B<br>Villa Grande, CA 95486 | | $473.25<br>(priority) | Circuit City<br>Stores, Inc.<br>08-35653 |
| 05-Dec-08 | 186 | POWER SALES<br>ATTN TONI EVANS<br>801 N MEADOWBROOK<br>OLATHE, KS 66216 | | $3,398.7<br>(administrative) | Circuit City<br>Stores, Inc.<br>08-35653 |
| 04-Jun-09 | 13266 | PPL Electric Utilities Corporation<br>Michael A Henry Esq<br>Gross McGinley LLP<br>33 S 7th St<br>PO Box 4060<br>Allentown, PA 18105-4060 | | $20,585.12<br>(administrative) | Circuit City<br>Stores, Inc.<br>08-35653 |
| 01-Jul-09 | 14216 | Public Company Accounting Oversight Board<br>Attn Nina Mojiri Azad or Mary Peters<br>1666 K Street NW<br>Baltimore, MD 20006 | | $4,700.00<br>(administrative) | Circuit City<br>Stores, Inc.<br>08-35653 |
| 01-Jul-09 | 14332 | SBC Global Services Inc<br>c o Lowenstein Sandler PC<br>Vincent A D Agostino Esq<br>65 Livingston Ave<br>Roseland, NJ 07068 | AT&T Services Inc<br>Attn James Grudus<br>One AT&T Way Rm 3A218<br>Bedminster, NJ  07921 | $34,979.55<br>(administrative) | Circuit City<br>Stores, Inc.<br>08-35653 |
| 27-Jan-09 | 6317 | Sensormatic Electronics Corporation<br>c o Alvin S Goldstein Esq<br>Furr & Cohen PA<br>2255 Glades Rd Ste 337W<br>Boca Raton, FL 33431 | | $108,263.45<br>(administrative<br>secured) | Circuit City<br>Stores, Inc.<br>08-35653 |
| 30-Jun-09 | 13947 | TFL Enterprises LLC<br>980 N Michigan Ave Ste 920<br>Chicago, IL 60611 | | $104,986.36<br>(administrative) | Circuit City<br>Stores, Inc.<br>08-35653 |

| 1/29/09 | 8540 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Circuit City Stores West Coast, Inc. 08-35654 |
|---|---|---|---|---|---|
| 1/29/09 | 8541 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | InterTAN, Inc. 08-35655 |
| 1/29/09 | 8542 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Circuit City Purchasing Company, LLC 08-35657 |
| 1/29/09 | 8543 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Ventoux International, Inc. 08-35656 |
| 1/29/09 | 8544 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | CC Aviation, LLC 08-35658 |

| 1/29/09 | 8545 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | CC Distribution Company of Virginia, Inc. 08-35659 |
|---|---|---|---|---|---|
| 1/29/09 | 8546 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Circuit City Stores PR, LLC 08-35660 |
| 1/29/09 | 8547 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Circuit City Properties, LLC 08-35661 |
| 1/29/09 | 8548 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Orbyx Electronics, LLC 08-35662 |

| 1/29/09 | 8549 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Courchevel, LLC 08-35664 |
|---|---|---|---|---|---|
| 1/29/09 | 8550 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Kinzer Technology, LLC 08-35663 |
| 1/29/09 | 8551 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Abbot Advertising Agency, Inc. 08-35665 |
| 1/29/09 | 8552 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Mayland MN, LLC 08-35666 |
| 1/29/09 | 8553 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Patapsco Designs, Inc. 08-35667 |
| 1/29/09 | 8554 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Sky Venture Corp. 08-35668 |

| 1/29/09 | 8555 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | XSStuff, LLC 08-35669 |
|---|---|---|---|---|---|
| 1/29/09 | 8556 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | PRAHS, Inc. 08-35670 |
| 1/29/09 | 8539 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (priority; additional classes checked) | Circuit City Stores, Inc. 08-35653 |
| 19-Dec-08 | 1331 | Toshiba America Consumer Products LLC<br>c o Leitess Leitess Friedberg & Fedder PC<br>1 Corporate Ctr<br>10451 Mill Run Cir Ste 1000<br>Owings Mills, MD 21117 | | $5,293,249.00 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 14-Oct-10 | 15106 | Toshiba America Consumer Products LLC<br>c o Leitess Leitess Friedberg & Fedder PC<br>1 Corporate Ctr<br>10451 Mill Run Cir Ste 1000<br>Owings Mills, MD 21117 | | $1,975,587.75 (general unsecured); $5,293,249.00 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 19-Dec-08 | 1319 | Toshiba America Information Systems Inc<br>Attn Steven N Leitess<br>c o Leitess Leitess Friedberg & Fedder PC<br>1 Corporate Ctr<br>10451 Mill Run Cir Ste 1000<br>Owings Mills, MD 21117 | Toshiba America Information Systems Inc<br>9740 Irvine Blvd<br>Irvine, CA  92618 | $4,786,331.56 (administrative); $257,427.72 (general unsecured) | Circuit City Stores, Inc. 08-35653 |