Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,. | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

### NOTICE OF ADDITIONAL OMNIBUS HEARING DATES

PLEASE TAKE NOTICE that pursuant to paragraph five (5) of the Amended Notice, Case Management and Administrative Procedures approved by the Court in the Supplemental Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Amended Notice, Case Management and Administrative Procedures (Docket No. 6208) (the "Case Management Order"), the Court has scheduled the following omnibus hearings in the above captioned cases (the "Omnibus Hearing Dates"):

September 7, 2011 at 2:00 p.m.

September 21, 2011 at 2:00 p.m.

October 19, 2011 at 2:00 p.m.

November 8, 2011 at 2:00 p.m.

November 21, 2011 at 2:00 p.m.

December 8, 2011 at 2:00 p.m.

December 19, 2011 at 2:00 p.m.

All matters requiring a hearing in these cases shall be set for and be heard on an Omnibus Hearing Date unless alternative hearing dates are approved by the Court for good cause shown.

Dated: Richmond, Virginia      TAVENNER & BERAN, PLC
       June 16, 2011

                               */s/ Paula S. Beran*
                               Lynn L. Tavenner (VA Bar No. 30083)
                               Paula S. Beran (VA Bar No. 34679)
                               20 North Eighth Street, 2nd Floor
                               Richmond, Virginia 23219
                               (804) 783-8300

                                      - and -

                               PACHULSKI STANG ZIEHL & JONES LLP
                               Jeffrey N. Pomerantz, Esq.
                               Andrew W. Caine, Esq.
                               10100 Santa Monica Boulevard
                               Los Angeles, California 90067-4100
                               (310) 277-6910

                                      - and –

                               Robert J. Feinstein, Esq.
                               John A. Morris, Esq.
                               PACHULSKI STANG ZIEHL & JONES LLP
                               780 Third Avenue, 36th Floor
                               New York, New York 10017
                               (212) 561-7700

                               *Co-Counsel for the Circuit City Stores, Inc.*
                               *Liquidating Trust*