Gust Rosenfeld P.L.C.
One East Washington Street
Suite 1600
Phoenix, Arizona   85004-2553
Telephone:  (602) 257-7954
Facsimile:  (602_ 254-4878
Séan P. O'Brien - 010540
spobrien@gustlaw.com
Jeremy M. Goodman - 025859
jgoodman@gustlaw.com

Attorneys for the City of Avondale

UNITED STATES BANKRUPTCY COURT

DISTRICT OF VIRGINIA, RICHMOND DIVISION

| | |
|---|---|
| In re | Case No. 08-35653 |
| CIRCUIT CITY STORES, INC., ET. AL., | (Chapter 11) |
| Debtor. | |

NOTICE OF WITHDRAWAL WITH PREJUDICE OF THE
CITY OF AVONDALE'S APPLICATION FOR ALLOWANCE AND
PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM
[Related to Claim Numbers 14496 and 14499]

The City of Avondale, a creditor and party-in-interest, hereby withdraws with prejudice its Application for Allowance and Payment of Chapter 11 Administrative Expense Claim scheduled as claims 14496 and 14499.

Respectfully submitted June 16, 2011.

Gust Rosenfeld P.L.C.

By /s/ Séan P. O'Brien - 010540
Séan P. O'Brien
Jeremy M. Goodman
Attorneys for the City of Avondale

JMG:jmg 1526691.1 6/16/2011

1

1  Original of the foregoing filed electronically via ECF on June
2  16, 2011, with:

3  United States Bankruptcy Court
   Eastern District of Virginia
4  701 East Broad Street
   Richmond, Virginia  23219
5  https://ecf.vaeb.uscourts.gov

6  Copies of the foregoing emailed June 16, 2011, to:

7
   Scotta McFarland
8  Pachulski Stang Ziehl & Jones LLP
   10100 Santa Monica Blvd., 11th Floor
9  Los Angeles, CA  90067-4100
   smcfarland@pszjlaw.com
10
   Circuit City Stores, Inc., et al.
11 Claims Processing Department
   Kurtzman Carson Consultants LLC
12 2335 Alaska Avenue
   El Segundo, CA  90245
13
   Douglas M. Foley, Esq.
14 McGuire Woods LLP
   9000 World Trade enter
15 101 W. Main St.
   Norfolk, VA  23510
16
   Dion W. Hayes, Esq.
17 McGuire Woods LLP
   One James Center 901 E. Cary St.
18 Richmond, VA  23219

19 Greg Galardi
   Chris L. Dickerson
20 Skadden, Arps, Slate, Meagher & Flom LLP
   One Rodney Square
21 P.O. Box 636
   Wilmington, Delaware  19899-0636
22
   Robert B. Van Arsdale
23 Office of the U.S. Trustee
   701 East Broad Street, Suite 4304
24 Richmond, VA  23219

25  *[signature: Linda L. Schreiber]*

26  By/s/ *Linda L. Schreiber*

JMG:jmg 1526691.1 6/16/2011

2