**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

-------------------------------------------------------------- x
                                                               :    Chapter 11
In re:                                                         :
                                                               :    Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,                                     :
et al.,                                                        :
                                                               :    Jointly Administered
                              Debtors.[1]                      :
                                                               :
-------------------------------------------------------------- x

**<u>AFFIDAVIT OF SERVICE</u>**

I, Christie K. Pham, being duly sworn according to law, depose and say that I am

employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent

for the Debtors in the above-captioned cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are
as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785),
InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company,
LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821),
Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising
Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS,
Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx
Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit
City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For
all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently
is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

On May 3, 2011, the parties set forth on the service list attached hereto as **Exhibit A** were

served with a copy of the document(s) referenced on **Exhibit A** along with a customized Notice of

Rejection of Notice of Transfer form, attached hereto as **Exhibit B** via First Class Mail.


Dated:  May 5, 2011

_____
Christie K. Pham


State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 5th day of May, 2011, by
Christie K. Pham, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature: _____

> MICHELLE CRUZ
> Commission # 1875517
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jan 2, 2014

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Party Description | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Docket Number |
|---|---|---|---|---|---|---|---|---|---|
| Transferor | Blue Raven Technology Inc | George W Tetler III and Mark W Powers | Bowditch & Dewey LLP | 311 Main St | PO Box 15156 | Worcester | MA | 01615 | 10671 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | 10671 |

# EXHIBIT B

# NOTICE OF REJECTION OF NOTICE OF TRANSFER

TO:            Transferee
               Transferee Address

CC:            Transferor
               Transferor Address

               Notice Party (if applicable)

FROM:          Joseph Johnson
DATE:
RE:            Notice of Rejection of Notice of Transfer

---

Kurtzman Carson Consultants LLC, the Court-appointed claims agent in the matter of **Circuit City Stores, Inc., Case No. 08-35653 (KRH)** has been charged with the duty of maintaining the Court's claims register. We are in receipt of Notices of Transfer (the "NOT") received from your establishment asserting that claims or interest of creditors or interest holders (the "Creditor") in this matter has been transferred to your ownership. As claims management requires exacting standards in order to provide the Court with an error-free claims register in every instance, please understand that we cannot accept and process your NOT for the following reason(s):

___x___    The NOT was filed after the Distribution Record Date and is therefore untimely pursuant to Articles VI.L and I.B. 1.59 of the Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims.

_____    The NOT is not accompanied by documentation evidencing agreement to transfer the claim.

_____    The NOT asserts that it transfers a proof of claim or scheduled liability for a certain amount; however, the claims register does not reflect a claim or scheduled liability equal to said amount.

_____    The NOT asserts that it transfers a proof of claim or scheduled liability from the aboved listed transferee; however, the transferee is not the current owner of the proof of claim or scheduled liability.

_____    The NOT asserts that it transfers a proof of claim or scheduled liability with respect to a specific case name or number; however the identified creditor does not have a claim or interest with respect to said case name or number.

_____    The NOT asserts that it transfers a scheduled liability which has been superseded by a subsequently filed proof of claim.

_____    The NOT asserts that it transfers a proof of claim or scheduled liability which has previously been effectuated.

We have attached hereto for your convenience a copy of the NOT that we received. If you have any questions, please do not hesitate to contact **Joseph Johnson** at 310-776-7317.