# Exhibit B

The Debtor has listed your claim as Contingent and Unliquidated on Schedule F as a General Unsecured claim. If you believe that you have a claim against the Debtor you are required to complete and return this form.

Case 08-35653-KRH    Doc 10590-1    Filed 06/21/11    Entered 06/21/11 14:42:31    Desc
Exhibit(s) B    Page 2 of 3

# 6022

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |

**Debtor against which claim is asserted :** (Check only **one** box below:)

- ✓ Circuit City Stores, Inc. (Case No. 08-35653)
- ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- ☐ InterTAN, Inc. (Case No. 08-35655)
- ☐ Ventoux International, Inc. (Case No. 08-35656)
- ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
- ☐ CC Aviation, LLC (Case No. 08-35658)
- ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- ☐ Circuit City Stores PR, LLC (Case No. 08-35660)
- ☐ Circuit City Properties, LLC (Case No. 08-35661)
- ☐ Orbyx Electronics, LLC (Case No. 08-35662)
- ☐ Kinzer Technology, LLC (Case No. 08-35663)
- ☐ Courchevel, LLC (Case No. 08-35664)
- ☐ Abbott Advertising, Inc. (Case No. 08-35665)
- ☐ Mayland MN, LLC (Case No. 08-35666)
- ☐ Patapsco Designs, Inc. (Case No. 08-35667)
- ☐ Sky Venture Corporation (Case No. 08-35668)
- ☐ XSStuff, LLC (Case No. 08-35669)
- ☐ PRAHS, INC. (Case No. 08-35670)

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
BEAM, MICHAEL W

☐ Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**
NameID: 4965385    PackID: 344900

BEAM, MICHAEL W
5227 SCOTSGLEN DR
GLEN ALLEN VA 23059

**Court Claim Number:** _____
(*If known*)

Filed on: _____

Telephone number:

**Name and address where payment should be sent (if different from above):**

Telephone number: (804) 527-3424

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 19,186.23

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Short term incentive plan
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 3875   TAX ID #

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

creditor 3055

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Date:** 1-22-09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Michael W Beam* (signature)

FOR COURT USE ONLY



RECEIVED
JAN 27 2009
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

MasterCode: 10163635

0835653081218074126183111

Michael Beam - Circuit City - 01-22-2009




your total rewards

Through your job, you make a significant contribution to our success. Compensation is about the rewards we provide you in return for that contribution. The following includes the rewards you've received in your paycheck and more.

### Circuit City's Compensation Investment                                    $255,069

### Cash Compensation
*(as of December 31, 2008)*

**Annual Base Salary**                                                        $153,489
Your projected annual base pay

**Performance Bonuses**                                                       $20,812
Paid during the last 12 months
Current annual bonus target: 25% of base pay

**Other Cash Compensation**                                                   $578
Paid during the last 12 months

**Total Cash Compensation**                                                   $174,879

### Long-Term Incentives

**Restricted Stock Plan**                                                     $190
You have received the following during the last 12-month period ending November 30, 2008:
- Total restricted units: **9,525**
- Current value: **$190**

Current value based on stock price of $0.02 as of 4:51 ET on Nov 12

View and model your equity portfolio

**Stock Purchase Plan**                                                       $0
You are currently eligible to participate in the plan but are not contributing. Please note that both employee contributions and the company match to this plan were suspended effective October 1, 2008.

**Cash Based Plans**                                                          $80,000
You have received long-term cash award(s) with future vesting dates during the 12-month period ending November 30, 2008. Details of the award(s) are contained in your award letter(s).

**Total Long-Term Incentives**                                                $80,190

### Other Equity-Based Incentives
This section reflects equity-based awards received during the 12-month period ending November 30, 2008. Any awards received prior to this date can be viewed and modeled in your equity portfolio by clicking here.

### Disclaimer
Hewitt Associates does not give any warranty or other assurance as to the operation, quality, or functionality of the site. Access to the site may be interrupted, restricted, or delayed for any reason.

Hewitt Associates also does not give any warranty or other assurance as to the content of the material appearing on the site, its accuracy, completeness, timelessness, or fitness for any particular purpose.

Copyright © 2009 Hewitt Management Company LLC

*Handwritten annotations:*
> 25% = 38,372.45
> Company ½ = 0%
> personal ½ = 100%
> ↓
> $19,186.23