# Exhibit C

June 10, 2009

From:
Michael Beam
5227 Scotsglen Drive
Glen Allen, Va 23059
(804) 527-3424


To:
Circuit City Stores, Inc., et al.
Claims Processing Dept.
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245


RE: Administrative Claim for Michael Beam – NameID 4965385

To Whom It May Concern-

I hereby submit an administrative claim against the Debtor (Circuit City Stores, Inc) as follows:

**Amount of Claim:**    $19,186.23 USD

**Debtor:**    Circuit City Stores, Inc. (3875)

**Basis for Claim:**    Services Performed – Unpaid wages, salary tied to my short term incentive (annual bonus plan). Please see the attached documentation for this claim, which shows the following: My compensation statement detailing my bonus eligible % and annual salary used to compute the annual bonus. The annual bonus is based 50% on company performance and 50% on individual performance. Please note that I have remained employed by the company throughout the entire fiscal year rating period, as well as the defined distribution date of mid-May, in fact, I am still currently employed by Circuit City. The Claim amount is calculated as follows:

Bonus potential = 25% of annual salary $153,489 =    $38,372.45
- Company ½, assume 0% performance =    $0.00
- Individual ½, assume 100% performance =    $19, 186.23
(note, individual performance could be higher than 100%)
Total claim =    $19, 186.23

I have also enclosed a self addressed envelope with a copy of this letter to receive acknowledgement of receipt of this claim.

Regards

Michael Beam

Michael Beam

☐ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☒ No copy to return



083565309061700000000035

RECEIVED

JUN 17 2009

KURTZMANCARSONCONSULTANTS

Michael Beam - Circuit City - 01-22-2009



# your total rewards

Through your job, you make a significant contribution to our success. Compensation is about the rewards we provide you in return for that contribution. The following includes the rewards you've received in your paycheck and more.

## Circuit City's Compensation Investment                     $255,069

### Cash Compensation
as of December 31, 2008

**Annual Base Salary**                                         $153,489
Your projected annual base pay

**Performance Bonuses**                                        $20,812
Paid during the last 12 months
Current annual bonus target: 25% of base pay

**Other Cash Compensation**                                    $578
Paid during the last 12 months

**Total Cash Compensation**                                    **$174,879**

## Long-Term Incentives

**Restricted Stock Plan**                                      $190
You have received the following during the last 12-month period ending November 30, 2008:

  - Total restricted units: **9,525**
  - Current value: **$190**

Current value based on stock price of $0.02 as of 4:51 ET on Nov 12

View and model your equity portfolio

**Stock Purchase Plan**                                        $0
You are currently eligible to participate in the plan but are not contributing. Please note that both employee contributions and the company match to this plan were suspended effective October 1, 2008.

**Cash Based Plans**                                           $80,000
You have received long-term cash award(s) with future vesting dates during the 12-month period ending November 30, 2008. Details of the award(s) are contained in your award letter(s).

**Total Long-Term Incentives**                                 **$80,190**

## Other Equity-Based Incentives
This section reflects equity-based awards received during the 12-month period ending November 30, 2008. Any awards received prior to this date can be viewed and modeled in your equity portfolio by clicking here.

*Handwritten annotations:*
> 25% = 38,372.45
> Company 1/2 = 0 %
> personal 1/2 = 100 %
> $ 19,186.23

## Disclaimer

Hewitt Associates does not give any warranty or other assurance as to the operation, quality, or functionality of the site. Access to the site may be interrupted, restricted, or delayed for any reason.

Hewitt Associates also does not give any warranty or other assurance as to the content of the material appearing on the site, its accuracy, completeness, timelessness, or fitness for any particular purpose.

Copyright © 2009 Hewitt Management Company LLC

Circuit City Stores, Inc.
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave.
El Segundo, CA 90245

026156



14660    4965385

BEAM, MICHAEL W
5227 SCOTSGLEN DR
GLEN ALLEN VA 23059