# Exhibit D

From:  Michael Beam          September 11, 2009
       5227 Scotsglen Drive
       Glen Allen, VA 23059
       (804) 527-3424

To:    Clerk of the Bankruptcy Court
       United States Bankruptcy Court
       701 East Broad Street – Room 4000
       Richmond, Virginia 23219

```
RICHMOND DIVISION
F I L E D
SEP 1 6 2009
CLERK
U.S. BANKRUPTCY COURT
```

**Response to disallowance of claim # 13410 follows:**

---

a) caption:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re:
Circuit City Stores, Inc., et. al., (Debtors)  Chapter 11
Case No. 08-35653 (KRH)

RE:    NOTICE of DEBTORS' Thirty-Sixth Omnibus Objection to claims (disallowance of certain claims relating to short term incentive plan)

---

b) claimant information:

Michael W. Beam     Claim # 13410 (Note: Claim# 6022 is a duplicate of this claim)

Claim Amount        $19,186.23 USD

Claim Amount represents my individual half of FY09 STIP bonus. This claim assumes the following:
   ½ Bonus – Company Performance – Assume 0% payout or 0$
   ½ Bonus – Individual performance – Assume 100% payout or $19, 186.23.

---

c) concise statement of relevant facts:

As indicated in my claim submission, the following facts should be considered:
- I was indeed eligible for a bonus of 25% of my annual salary for FY09 ending 2/28/09.
- I have made no assumption of value of the portion of the bonus that represents company performance
- I remained employed through the normally defined payout period of mid May 2009. I continued as a full-time employee on the Circuit City Wind Down team through July 17, 2009.
- I made an assumption of a 100% payout for my personal half of the bonus calculation. In past years (including 2008), I received an above average rating which would have given 110%+ of my personal achievement half of the bonus.



0835653090917000000000035

As a Director in the IT Business Applications area, my objectives were based on project implementations, business application support, financial budgeting, and staff development. All goals were met related to these objectives, including a highly successful Chase Platform Upgrade project in July 2008, successful peak season support where I served as IT/Business coordinator in Circuit City's Peak Season Command Center during key weekends of November/December 2008. I was ultimately chosen as the IT leader for a majority of wind down efforts once liquidation was announced. A 100% bonus payout form my performance should be awarded for "meeting expectations".

d) No additional paperwork is being submitted other than this objection response and the original paperwork with my claim submission.

e) declaration of person with personal knowledge:

Wayne Luck, CIO, and my immediate manager for the entire rating period can speak to the successful completion of objectives for FY09. Wayne's contact information is :

Wayne Luck
8954 Kings Charter Drive
Mechanicsville, Va. 23116
804-314-2823

f) claimant contact information

Michael W. Beam
5227 Scotsglen Drive
Glen Allen, VA 23059

NOTE: Claimant address is the notice address.

g) representative of claimant

same as claimant above

Respectfully Submitted,

*[signature]* Michael M Beam    9-11-09

Michael W. Beam          September, 11. 2009


CC: McGuire Woods LLP

CC: Skadden, Arps, Slate, Meagher, Flom, LLP