# Exhibit F

Case 08-35653-KRH    Doc 10772-5    Filed 06/21/11    Entered 06/21/11 14:42:31    Desc
Exhibit(s)    Page 1 of 6

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>(admitted pro hac vice)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>Telephone: (310) 277-6910<br>Telecopy:  (310) 201-0760 | Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>TAVENNER & BERAN, PLC<br>20 North Seventieth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopy:   (804) 783-0178<br><br>Counsel to the Circuit City Stores, Inc.<br> Liquidating Trust |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>        Debtors. | : Chapter 11<br>:<br>: 1Case No. 08-35653 (KRH)<br>:<br>:<br>: Jointly Administered |

ORDER ON DEBTORS' THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
(ADDRESSING CERTAIN CLAIMS RELATING TO
SHORT TERM INCENTIVE PLAN)

THIS MATTER having come before the Court on the *Debtors' Thirty-Sixth Omnibus Objection to Claims (Disallowance of Certain Claims Relating to Short Term Incentive Plan)* (the

"Objection"), and it appearing that due and proper notice and service of the Objection in

12304-003\DOCS_LA:235079.1

0835653110527000000000002

compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and the Notice of Substantive Hearing on the Objection have been given to the claimants listed on Exhibits A and B attached hereto and that such notice was good and sufficient and that no other or further notice or service of the Objection need be given; and after due deliberation thereon, good and sufficient cause exists for granting the relief requested by the Objection as to the claimants listed on Exhibit A and for allowing the claims listed on Exhibit B in the amounts as set in Exhibit B,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The claims identified on Exhibit A to this Order are hereby disallowed for all purposes in these bankruptcy cases.

2. The claims identified on Exhibit B shall be allowed in the amounts as set forth in Exhibit B.

3. The Liquidating Trust shall have 30 days from the entry of this Order to object to the classification of any claim identified on Exhibit B.

4. The Liquidating Trust shall serve a copy of this Order on the claimants included on Exhibits A and B to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
May __, 2011
May 25 2011

/s/ Kevin Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: May 27 2011

12304-003\DOCS_LA:235079.1                                2

**WE ASK FOR THIS:**

  /s/ Paula S. Beran
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.  11th Floor
Los Angeles, California  90067-4100
Telephone: 310-227-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Counsel for Circuit City Stores, Inc. Liquidating Trust

**LOCAL RULE 9022-1 CERTIFICATION**

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

　　　　　　　/s/ Paula S. Beran　　　　　　
　　　　　　　　　Co-Counsel

4

In re Circuit City Stores, Inc., et al.
Case No. 08-35653-KRH
EXHIBIT A—Disallowed Claims

Debtors' Thirty-Sixth Omnibus Objection to Claims (Short Term Incentive Plan – No Liability)

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| EASTWOOD, VICTORIA<br>ADDRESS ON FILE | 13994 | Secured:<br>Priority:$<br>Administrative: 17,474.00<br>503(b)(9):<br>Unsecured:<br>Reclamation: _____<br>Total:           $17,474.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TELEGADAS, FRANCIS E<br>ADDRESS ON FILE | 5666 | Secured:<br>Priority:$<br>Administrative:<br>503(b)(9):<br>Unsecured:         UNL<br>Reclamation: _____<br>Total:           $UNL | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FATH, ANNE<br>ADDRESS ON FILE | 8662 | Secured:<br>Priority:$<br>Administrative:<br>503(b)(9):<br>Unsecured:      $35,149.00<br>Reclamation: _____<br>Total:           $35,149.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FATH, ANNE<br>ADDRESS ON FILE | 13935 | Secured:<br>Priority:$<br>Administrative:  $18,242.00<br>503(b)(9):<br>Unsecured:<br>Reclamation: _____<br>Total:           $18,242.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SAUNDERS, STEPHEN T<br>ADDRESS ON FILE | 6825 | Secured:<br>Priority:$<br>Administrative:<br>503(b)(9):<br>Unsecured:      $45,420.00<br>Reclamation: _____<br>Total:           $45,420.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAVID W PHILLIPS<br>ADDRESS ON FILE | 9315 | Secured:<br>Priority:$       $10,781.10<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation: _____<br>Total:           $10,781.10 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RACHEL, COREY J<br>ADDRESS ON FILE | 9996 | Secured:<br>Priority:$<br>Administrative:<br>503(b)(9):<br>Unsecured:         UNL<br>Reclamation: _____<br>Total:            UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ELIZABETH R WARREN<br>ADDRESS ON FILE | 13527 | Secured:<br>Priority:$<br>Administrative:      UNL<br>503(b)(9):<br>Unsecured:<br>Reclamation: _____<br>Total:            UNL | 06/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

12304-003\DOCS_LA:235079.1

5

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653-KRH

Debtors' Thirty-Sixth Omnibus Objection to Claims (Short Term Incentive Plan – No Liability)

EXHIBIT B—Allowed Claims

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CROWE, CHRISTOPHER N<br>ADDRESS ON FILE | 3601 | Secured:<br>Priority:$<br>Administrative:<br>503(b)(9):<br>Unsecured: $20,000.00<br>Reclamation: _____<br>Total: $20,000.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BEAM, MICHAEL W<br>ADDRESS ON FILE | 6022 | Secured:<br>Priority:$<br>Administrative: $19,186.23<br>503(b)(9):<br>Unsecured:<br>Reclamation: _____<br>Total: $19,186.23 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |