# Exhibit G



# Turnaround Incentive Program

# September 30, 2008

**Circuit City Confidential**

 # Overview

**Leadership is refining and realigning our business, financial and compensation plans.**

- **Business Plan:**  We are refining our turnaround plan.

- **Financial Plan**:  We have partnered with the Board to revise the way we measure second half performance and will use the revised financial plan for our short term incentive plans.

- **Compensation Programs**:  We have reviewed and modified many of our programs to ensure they encourage performance and align with our business and financial plans.

 # Overview

~~Recent changes to our compensation programs complement the changes we are now making.~~

- **April:** We delivered merit increases to Directors and below.

- **March – September:** We finalized the Field Compensation Structure and approximately 2,800 associates received base salary increases.

- **Summer:** We provided increases to approximately 800 associates at Director level and below, at SSC and in the Field, to address competitiveness while taking into consideration performance.

- **Summer:** We removed manager level positions from long-term incentive awards. After taking into consideration market data and performance, the change for many was offset with base salary increases.

- **Summer:** We introduced the HE Incentive plan to all of our stores. Thousands of associates now participate in an incentive plan with significant upside. For the best performers, it provides the ability to double their pay.

- **September:** We modified the Call Center incentive plans creating significant upside for top revenue and attachment producers.

**Circuit City Confidential**

3



# Overview

**Additional Changes to our compensation programs as of September 29, 2008.**

- **Short Term Incentive Plans**

    - **New Criteria/Financial Targets:** We modified performance criteria and targets for most Management, Retail, The City and Services incentive plans.

    - The changes to the Retail and The City incentive plans have already been communicated so the focus of this document will be on the SSC plan changes and how they have been aligned to support the Stores through the Holiday Season.

- **Long Term Incentive (LTI) Plan**

    - **Earlier Delivery:** We will deliver earlier to help align the team with the turnaround plan.

    - **VP, RVP, District Manager and Director level:** Include in a Long-Term Performance-Based Cash Plan vesting over a 21-month period.

**Circuit City Confidential**



# Short Term Incentive Plan – EVP/SVP Plan

**Prior plan:**

| | Performance Criteria |
|---|---|
| EVP/SVP Plan | 100% EBT as a % of Revenue |

**Revised plan:**

| | Performance Criteria |
|---|---|
| EVP/SVP Plan | 50% EBITDA<br>50% Minimum Availability |

**Minimum Availability:**

- Considered earned and payable as of February 28, 2009 if the Company has Minimum Availability under its then current credit facilities.

- This basically assesses whether we are successfully executing the turnaround plan.

- 100% payout for achieving the Minimum Availability terms.  0% payout for failing to successfully execute.

5

**Circuit City Confidential**



# Short Term Incentive Plan – VP and Below Plan

**Prior plan:**

| | Performance Criteria |
|---|---|
| VP and Below Plan | 50% EBT as a % of Revenue<br>50% Individual Performance |

**Revise plan:**

| | Performance Criteria |
|---|---|
| VP and Below Plan | 50% 2-3 Team Measures Divided Equally<br>50% Individual Performance |

**50% of payout based on 2-3 team specific measures**

- Measures vary by team and will have a significant impact on delivering EBITDA results and supporting the Stores through the Holiday Season.
- Payout will be based on partial year performance. Achieving the revised business plan target, associated with each of the measures, will translate to a 75% payout.

**50% based on individual performance**

- We have maintained the same payout levels based on performance rating: 0% for a 1 or 2 rating, 100% for a 3 rating, 110% for a 4 rating and 120% for a 5 rating.
- You will have a chance in October to calibrate your objectives with the revised business plan.
- Recalibration must be in the PE system by October 31, 2008. Otherwise your payout may be calculated using your original objectives.

6

**Circuit City Confidential**



# VP and Below Plan: Measures by Team

Your cost center/department as defined in Peoplesoft (which is aligned with the financial planning and analysis systems) will determine which group you participate in below.  There are a few departments where the mix of associates may fall into multiple groups.  In these cases all associates in the department will be paid as one group based on how the Senior Executive assigned the group...if there is a discrepancy the department will default to participating in the Support Function plan.

Retail, The City, Multi-Channel and Services Teams

Company Gross Margin $

Company Expense Reduction

Merchandising Team

Company Gross Margin $

Payable Days

In Stock

Supply Chain and Inventory Team

Company Gross Margin $

Company Reduction in At Risk and Distressed Inventory

In Stock

Support Functions

Includes HR/IT/Legal/Marketing/Finance/Procurement/Internal Communications/Real Estate/Construction/Business Transformation/Asset Protection/Distribution

EBITDA

Company Expense Reduction

7

**Circuit City Confidential**



# EBITDA Incentive Grid

Domestic results for October through February.

| % Payout | EBITDA |
|---|---|
| 25% | Below Business Plan |
| 50% | Below Business Plan |
| 75% | Revised Business Plan |
| 100% | Above Business Plan |
| 125% | Above Business Plan |

- All material unbudgeted events will be included or excluded at the discretion and approval of the Compensation Committee. This includes material one-time or non-recurring events (e.g. sale of Intertan) or material charges (e.g. restructure charge). A change or benefit is deemed to be a material nonrecurring event if it is classified as a discontinued operation or characterized as such in filings with the SEC or if the event would significantly alter the incentive payout calculation. Store openings/closings will be budgeted in accordance with the Real Estate Plan. Variances created by more/less openings/closings than planned may be adjusted so that they will not affect the payout.

8

**Circuit City Confidential**



# Company Gross Margin $

**\* Targets are in the process of being reviewed with the Committee to ensure calibration with the final revised business plan.  We will provide detailed incentive grids as early as next week when we communicate plan documents.**

| % Payout | Company Gross Margin $ |
|---|---|
| 25% | Below Business Plan |
| 50% | Below Business Plan |
| 75% | Revised Business Plan |
| 100% | Above Business Plan |
| 125% | Above Business Plan |

**Domestic Segment Gross Margin $ from Continuing Operations for the 5 month period from October - February FY09 excluding one-time or impairment charges, as reported by financial reporting.**

9



# Company Expense Reduction

**\* Targets are in the process of being reviewed with the Committee to ensure calibration with the final revised business plan.  We will provide detailed incentive grids as early as next week when we communicate plan documents.**

| % Payout | Company Expense Reduction |
|---|---|
| 25% | Below Business Plan |
| 50% | Below Business Plan |
| 75% | Revised Business Plan |
| 100% | Above Business Plan |
| 125% | Above Business Plan |

**Domestic Segment SG&A Expense $ from Continuing Operations for the 5 month period from October - February FY09 excluding one-time or impairment charges, as reported by financial reporting.**

10



# In Stock

**\* Targets are in the process of being reviewed with the Committee to ensure calibration with the final revised business plan. We will provide detailed incentive grids as early as next week when we communicate plan documents.**

| % Payout | In Stock |
|---:|---|
| 25% | Below Business Plan |
| 50% | Below Business Plan |
| 75% | Revised Business Plan |
| 100% | Above Business Plan |
| 125% | Above Business Plan |

- Average In Stock Goals for October – February: 93.2%
- All calculations based on Base In Stock
- Base In Stock is defined as :
  - Actual Display Units >= POG Display Units and
  - Total CB On-Hand Units >= 1 Sellable Closed Box Unit

11

**Circuit City Confidential**



# At Risk/Distressed Inventory

**\* Targets are in the process of being reviewed with the Committee to ensure calibration with the final revised business plan.  We will provide detailed incentive grids as early as next week when we communicate plan documents.**

| % Payout | At Risk/Distressed Inventory |
|---|---|
| 25% | Below Business Plan |
| 50% | Below Business Plan |
| 75% | Revised Business Plan |
| 100% | Above Business Plan |
| 125% | Above Business Plan |

- At Risk/Distressed Inventory defined as On Planogram Not Replenished or Not on Planogram Not Replenished.

- Average Attainment Goal $$$  are based on five months of Planned At Risk/Distressed inventory levels divided by the attainment Range % in the following grid.

- Actual Data extracted from EDW inventory tables

12

Circuit City Confidential



# Payable Days

**\* Targets are in the process of being reviewed with the Committee to ensure calibration with the final revised business plan.  We will provide detailed incentive grids as early as next week when we communicate plan documents.**

| % Payout | Payable Days |
|---|---|
| 25% | Below Business Plan |
| 50% | Below Business Plan |
| 75% | Revised Business Plan |
| 100% | Above Business Plan |
| 125% | Above Business Plan |

**Domestic Merchandise Days Payables excluding one-time or impairment charges as calculated below:**

$$\frac{\text{Average of BOP \& EOP MP}}{\text{Domestic COGS for period}} \times \text{\# of Days}$$

13

**Circuit City Confidential**



# Short Term Incentive Plan – Retail/The City/Services

- Changes to the Retail, The City and the Services Incentive Plans have already been made and were communicated last week.  Changes are effective October 1, 2008.

  - The RVP plan was modified to replace EBT as a % of Revenue with Gross Margin $.  Gross Margin $ will be based on Region performance.

  - The threshold performance levels have been reduced so that payouts begin at 80% attainment instead of 90% for Sales Revenue, Gross Margin and Net Operating Profit measures.

  - All payouts are being calculated based on targets from the revised business plan, which creates more attainable and aspirational goals.

14

**Circuit City Confidential**



# Long Term Incentive Plan – LT Cash Plan
# VPs, RVPS, District Managers and Directors

- A long-term cash plan, with performance vesting and the potential to earn up to 200% of the target amount based on achievements above targeted performance.  The grant vests between now and 7/1/2010.

- A September 29, 2008 grant similar to past grant practices.  This plan does not require shareholder approval.

|  | CCS Count | InterTAN Count | Target LT Value |
|---|---|---|---|
| VP and RVP (Levels L13 and L14) | 52 | 3 | $135,000 |
| SSC Director (Levels L10-L12) and Field Positions (Levels S14-S15) | 263 | 13 | $40,000 |

- Vesting and performance measures
  - 1/3 vesting on July 1, 2009 – earned as far as vesting as of February 28, 2009 if the Company has Minimum Availability under its then current credit facilities (as such existing or new credit facilities have been amended, modified, superseded and supplements as of February 28, 2009).  In other words, the first third of the award will be paid for successfully executing the turnaround plan.
  - 1/3 vesting on January 1, 2010 – total shareholder return based upon the increase in stock price from the grant date.
  - 1/3 vesting on July 1, 2010 – total shareholder return based upon the increase in stock price from the grant date.

- Future new hires and promotions will receive prorated grants.

- The next annual award for this group is targeted for May 1, 2010.

15



# Long-Term Cash Plan – Director Example

| Performance Period | 10/1/2008 – 7/1/2009 | 10/1/2008 – 1/1/2010 | 10/1/2008 – 7/1/2010 | Total |
|---|---|---|---|---|
| Target Payout $ [1] | $13,333 | $13,333 | $13,333 | $40,000 |
| Max Payout $ | $13,333 | $33,333 | $33,333 | $80,000 |
| Performance Measure | Milestones:<br>• Minimum Availability | Total Shareholder Return (TSR) [2] | Total Shareholder Return (TSR) [2] | |
| Payout Matrix [3] | Successful completion = 100% payout | $3 (100% TSR) – 75% payout<br>$4 (167% TSR) – 100% payout<br>$5 (233% TSR) – 125% payout<br>$6 (300% TSR) – 175% payout<br>$7 (367% TSR) – 200% payout<br>$8 (433% TSR) – 225% payout<br>$9 (500% TSR) – 250% payout | $4 (167% TSR) – 75% payout<br>$5 (233% TSR) – 100% payout<br>$6 (300% TSR) – 125% payout<br>$7 (367% TSR) – 175% payout<br>$8 (433% TSR) – 200% payout<br>$9 (500% TSR) – 225% payout<br>$10 (567% TSR) – 250% payout | |

(1) Payout amounts not earned can be made-up during future vesting periods. Make-up amounts cannot exceed targeted amounts for the period missed (i.e. no upside can be applied to unearned amounts).

(2) TSR calculation is based off the percentage increase in share price from the date of award (10/1/08) to the date of vest. For purposes of the payout matrix, it is assumed that the share price on the grant date is $1.50.

(3) The payout levels in the final vesting period may need to be assessed for modification depending on the share price at the 2nd vest on 1/1/2010.

16



# Long-Term Cash Plan – VP Example

| Performance Period | 10/1/2008 – 7/1/2009 | 10/1/2008 – 1/1/2010 | 10/1/2008 – 7/1/2010 | Total |
|---|---|---|---|---|
| Target Payout $ [1] | $45,000 | $45,000 | $45,000 | $135,000 |
| Max Payout $ | $45,000 | $112,500 | $112,500 | $270,000 |
| Performance Measure | Milestones:<br>• Minimum Availability | Total Shareholder Return (TSR) [2] | Total Shareholder Return (TSR) [2] | |
| Payout Matrix [3] | Successful completion = 100% payout | $3 (100% TSR) – 75% payout<br>$4 (167% TSR) – 100% payout<br>$5 (233% TSR) – 125% payout<br>$6 (300% TSR) – 175% payout<br>$7 (367% TSR) – 200% payout<br>$8 (433% TSR) – 225% payout<br>$9 (500% TSR) – 250% payout | $4 (167% TSR) – 75% payout<br>$5 (233% TSR) – 100% payout<br>$6 (300% TSR) – 125% payout<br>$7 (367% TSR) – 175% payout<br>$8 (433% TSR) – 200% payout<br>$9 (500% TSR) – 225% payout<br>$10 (567% TSR) – 250% payout | |

(1) Payout amounts not earned can be made-up during future vesting periods. Make-up amounts cannot exceed targeted amounts for the period missed (i.e. no upside can be applied to unearned amounts).

(2) TSR calculation is based off the percentage increase in share price from the date of award (10/1/08) to the date of vest. For purposes of the payout matrix, it is assumed that the share price on the grant date is $1.50.

(3) The payout levels in the final vesting period may need to be assessed for modification depending on the share price at the 2nd vest on 1/1/2010.

17



# Short & Long-Term Compensation Calendar
# VP & Director Levels



| Jan 08 | Mar 08 | May 08 | Jul 08 | Sep 08 | Nov 08 | Jan 09 | Mar 09 | May 09 | Jul 09 | Sep 09 | Nov 09 | Jan 10 |

**Short-Term**

FY08 Annual Incentive Plan Payout

FY09 Annual Incentive Plan Payout

**Long-Term**

50% of time-based 2005 LTIP shares accelerated

1/3 of options and phantom units vest under 1/1/08 LTIP

100% of all shares under the 2005 LTIP are vested by this date.

1/3 of options and phantom units and 50% of restricted shares vest under 1/1/08 LTIP

1/3 of 9/29/08 Cash Plan vests

1/3 of 9/29/08 Cash Plan vests

**Retention**

50% of 1/1/08 Retention Award Vests

50% of 1/1/08 Retention Award Vests

18

**Circuit City Confidential**