## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re<br>    CIRCUIT CITY STORES, INC. et al.<br><br>    Debtors. | Chapter 11<br><br>Case No. 08-35653<br><br>(Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Apex Digital, Inc.**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating solely to claim number 6790 be sent to the new address set forth below, effective as of the date hereof.

Former Address
Apex Digital, Inc.
301 Brea Canyon Road
Walnut, CA 91789

New Address
Apex Digital, Inc.
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

**Apex Digital, Inc.**

Dated: 6-16-2011

By: [signature]

Title: COO

Date: 6-16-2011