UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 )<br>) Case No.: 08-35653 )<br>) Judge Kevin R. Huennekens )<br>) Jointly Administered )<br>) TRANSFER OF CLAIM )<br>) BANKRUPTCY RULE 3001(E)(2) |
| CIRCUIT CITY STORES, INC., | |
| Debtors. | |

PLEASE TAKE NOTICE that the Claim (as hereinafter defined) of A.D.D. Holdings, L.P., a Texas limited partnership ("Transferor"), against the above captioned Debtor has been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery VIII, LP, a Delaware limited partnership ("Transferee"). The signature of Transferor on this document is evidence of the transfer to Transferee of the Claim and all rights and obligations associated therewith, including, without limitation, those set forth in the Settlement Agreement (as hereinafter defined). The signature of Transferee on this document is evidence of Transferee's acceptance of the Claim and all rights and obligations associated therewith, including, without limitation, those set forth in the Settlement Agreement. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2). As used herein, the term "Claim" means Claim No. 7559, in the amount and priority allowed pursuant to paragraph 2 of the Settlement Agreement. As used herein, the term "Settlement Agreement" means that certain Settlement Agreement and Mutual Release, dated May 11, 2011, made by and among Transferor and the Circuit City Stores, Inc. Liquidating Trust (the "Trust"), created pursuant to the *Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims* in the bankruptcy case of *In re Circuit City Stores, Inc., et al.*, Case No. 08-35653-KRH, pending in the United States Bankruptcy Court for the Eastern District of Virginia (Richmond Division) (the "Court").

Transferor hereby assigns and transfers the Claim and all rights and obligations associated therewith to Transferee upon the terms and conditions set forth in that certain Letter Agreement, effective June 22, 2011, made by and between Transferor and Transferee (the "Claim Transfer"), and Transferee hereby accepts and agrees to be bound by such Claim Transfer. Accordingly, Transferor and Transferee hereby acknowledge and agree that the Clerk of the Court is authorized to change the address and holder of the Claim from Transferor to Transferee:

NAME AND ADDRESS OF TRANSFEREE:
United States Debt Recovery VIII, LP
940 Southwood Blvd., Suite 101
Incline Village, NV 89451

IN WITNESS WHEREOF, Transferor and Transferee have executed this Transfer of Claim.

TRANSFEROR:

A.D.D. Holdings, L.P., a Texas limited partnership

By:   A.D.D. Development, L.L.C.,
      a Texas limited liability company
Its:  General Partner

By: _____
Name: Artemio de la Vega
Title: Manager

TRANSFEREE:

United States Debt Recovery VIII, LP, a Delaware limited partnership

By: _____
Name: Nathan E. Jones
Title: Managing Director

Transfer of Claim (Execution Version 06-21-11).doc

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In re:                                                ) Chapter 11
                                                      )
                                                      ) Case No.: 08-35653
CIRCUIT CITY STORES, INC.,                            )
                                                      ) Judge Kevin R. Hennekens
            Debtor.                                   )
                                                      )
                                                      )
                                                      )

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(e)(2)**

**Name of Proposed Transferor:**
ADD Holdings LP a Texas Limited Partnership
Attn Joseph A Friedman
c o Kane Russell Coleman & Logan PC
3700 Thanksgiving Tower
1601 Elm St
Dallas, TX 75201

**Name of Transferee:**
United States Debt Recovery LLC
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF

YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex
1100 East Main St.
Richmond, VA 23219-3538

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO._____
Copy (check)    Claims Agent_____    Transferee_____    Debtor's Attorney_____

_____
Deputy Clerk