UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC. et al.<br><br>Debtors. | Case No.: 08-35653 (KRH)<br><br>Jointly Administered<br><br>Chapter 11 |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that A.D.D. Holdings, L.P., a Texas limited partnership ("Creditor"), a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its Claim (as hereinafter defined) to United States Debt Recovery VIII, LP, a Delaware limited partnership, and, in connection with such transfer, hereby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its Claim, and hereby requests that service of any pleadings, notices, correspondence, distributions or dividends relating to such Claim be sent to the New Address set forth below.

**FORMER ADDRESS**

A.D.D. Holdings, L.P., a Texas limited
partnership
Attn: Joseph A Friedman
c/o Kane Russell Coleman & Logan PC
3700 Thanksgiving Tower
1601 Elm St.
Dallas, TX 75201

**NEW ADDRESS**

A.D.D. Holdings, L.P., a Texas limited partnership
c/o United States Debt Recovery VIII, LP
940 Southwood Blvd., Suite 101
Incline Village, NV 89451

As used herein, the term "Claim" means Claim No. 7559, in the amount and priority allowed pursuant to paragraph 2 of that certain Settlement Agreement and Mutual Release, dated May 11, 2011, made by and among Creditor and the Circuit City Stores, Inc. Liquidating Trust, created pursuant to the *Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims* in the bankruptcy case of *In re Circuit City Stores, Inc., et al.*, Case No. 08-35653-KRH, pending in the United States Bankruptcy Court for the Eastern District of Virginia (Richmond Division).

**CREDITOR:**

A.D.D. Holdings, L.P., a Texas limited partnership

By: A.D.D. Development, L.L.C., a Texas limited liability company
Its: General Partner

By: *[signature]*
Name: Artemio de la Vega
Title: Manager

USDR Change of Address Notice (Execution Version 06-21-11).doc