## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:

CIRCUIT CITY STORES, INC., et al.,

Debtor.

Chapter 11
Case No. 08-35653 (KRH)

## APPLICATION FOR ADMISSION *PRO HAC VICE*
## OF JOSEPH P. DIVINCENZO

**COMES NOW** Douglas Scott of the law firm of Douglas A. Scott, PLC ("DAS") to move the admission *pro hac vice* of Joseph P. DiVincenzo of the California Bar pursuant to LR 2009-1(E)(2) of the Rules of this Court, and in support thereof, respectfully represents to the Court as follows:

1.    Mr. DiVincenzo is a member in good standing of the California Bar and of the United States District Court for the Central District of California.

2.    Mr. DiVincenzo has not appeared before this Court previously in any capacity.

3.    Mr. DiVincenzo is familiar with the requirements of LR 2009-1(E)(2), and hereby agrees to abide by the terms of such Rule and any further directives of this Court.

Douglas A. Scott, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23220
Local Counsel to Centon Electronics, Inc.

4.   The undersigned is also familiar with the requirements of LR 2009-1(F), (G) and (H) and will conduct himself accordingly.

5.   The Application of Mr. DiVincenzo required by L.R. 2090-1(E)(2) is attached hereto as Exhibit A.

**WHEREFORE**, the undersigned respectfully moves the Court to admit Mr. DiVincenzo to appear in this case *pro hac vice* and to award to him such other and further relief as may be just and proper.

Date:  June 23, 2011.

\s\ Douglas Scott
Douglas Scott, VSB No. 28211
DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23220
☎804.257.9860
BankruptcyCounsel@gmail.com
Local Counsel to Centon Electronics, Inc.

-and-

Joseph DiVincenzo, Esquire
Remer, DiVincenzo & Griffith
2121 East Pacific Coast Highway, Suite 280
Corona Del Mar, California 92625
1.949.759.0785
Counsel to Centon Electronics, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the foregoing was sent *via* the U.S. Bankruptcy Court ECF system on this, the 23rd day of June 2011, to the following:

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

and *via* First Class Mail, postage fully prepaid, addressed to:

Richard M. Packulski, Esquire
Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Los Angles California 90067

/s/ Douglas Scott

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

### APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
### LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 10-03197-KRH _____,* Case Name Alfred Siegel, Trustee of Circuit City Stores v. Centon Electronics, Inc.,

### PERSONAL STATEMENT

FULL NAME (no initials, please) Joseph P. DiVincenzo, Esq.
Bar Identification Number 65649 _____ State California
Firm Name Remer, DiVincenzo & Griffith
Firm Phone # 949 759-0781 _____ Direct Dial # 949-759-0785 _____ FAX # 949-759-0788
E-Mail Address j.divincenzo@rdgattorneys.com
Office Mailing Address 2121 E. Pacific Coast Hwy., Ste. 280, Corona Del Mar, CA 92625
Name(s) of federal court(s) in which I have been admitted Central District of California

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement, I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____        _____
(Signature)                                              (Date)  6-23-2011

DOUGLAS SCOTT
(Typed or Printed Name)

**EXHIBIT**

**A**

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Court Use Only:

The motion for admission is GRANTED _____ *or* DENIED _____

_____        _____
(Judge's Signature)                                    (Date)

Ver. 11/05/09 [effective 12/01/09]