IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                           ) Chapter 11

CIRCUIT CITY STORES, INC., et al.,   ) Case No. 08-35653-KRH

                  Debtors.         ) Jointly Administered

RESPONSE OF THE CITY OF VIRGINIA BEACH TO LIQUIDATING TRUST'S
EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS FILED BY TAXING AUTHORITIES
(REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS; DISALLOWANCE OF
CERTAIN INVALID CLAIMS; DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS;
RECLASSIFICATION OF CERTAIN CLAIMS; DISALLOWANCE OF CERTAIN
AMENDED OR SUPERSEDED CLAIMS; DISALLOWANCE OF CERTAIN LATE FILED
CLAIMS; DISALLOWANCE OR REDUCTION OF CERTAIN INVALID CLAIMS; AND
FIXING THE AMOUNT OF CERTAIN CLAIMS)

      The the City of Virginia Beach, a municipal corporation of the Commonwealth of Virginia ("Virginia Beach"), by and through counsel, hereby responds to the Liquidating Trust's Eighteenth Objection to Claims Filed By Taxing Authorities as follows:

1. Virginia Beach filed a proof of claim numbered seeking administrative payment of $19,923.49 for post-petition personal property taxes due and owing from the Debtor (the "Claim"). The Claim is based on personal property owned by the Debtor at its location at 110 South Independence Boulevard in the City of Virginia Beach (the "Store").
2. Municipalities are authorized by §58.1-3500 of the Code of Virginia, to impose a tax on businesses operating within that municipality. The amount of the tax is based on the assessed value of personal property owned by that business as of January 1st of the taxing year. Va. Code Ann. §58.1-3515.
3. Prior to assessing the tax subject to the Claim, Virginia Beach required the Debtor to complete a document entitled "2009 Tangible Personal Property, Machinery & Tools Return Instructions and Schedule" (the "Return"). A copy of the return, as completed by the Debtor is attached as Exhibit A.
4. As set forth on page three of the schedule attached to the Return, the Debtor had property with a cost of $1,346,182.38 at the Store on January 1, 2009. Virginia Beach assesses personal property based on original cost and applies a depreciation factor of forty-percent prior to imposition of the tax.

Alexander W. Stiles, VSB# 41934
Associate City Attorney
City of Virginia Beach
Office of the City Attorney
Municipal Center, Building One
2401 Courthouse Drive, Suite 260
Virginia Beach, Virginia 23456
Telephone No. (757) 385-4531
astiles@vbgov.com

5. In Virginia Beach, personal property tax rate is $3.70 per one hundred dollars of assessed value, depreciated by forty percent (40%). As such, based on the Debtor's records, the Debtor owes Virginia Beach $19,923.49 in personal property taxes [$1,346,182.38 depreciated by 40%= $538,472.95. $3.70 per $100 of that amount is $19,923.49].
6. The Liquidating Trust objected to the Claim on the grounds that the Claim was for "estimated Business License fees unsupported by the Debtor's books and records". However, as stated above, the Claim is for personal property taxes and was calculated from documentation provided by the Debtor.
7. The original deadline for filing a response to the Liquidating Trust's objection to the Claim was April 7, 2011, however, counsel for the Liquidating Trust and the City have agreed to extend that deadline until July 2, 2011.

WHEREFORE, the City of Virginia Beach requests the Court overrule the Liquidating Trust's objection to the Virginia Beach's claim and for such and other relief as deemed appropriate by the Court.

CITY OF VIRGINIA BEACH

By: /s/ Alexander W. Stiles
Associate City Attorney

Mark D. Stiles, VSB # 30683
City Attorney
Alexander W. Stiles, VSB# 41934
Associate City Attorney
*Attorneys for the City of Virginia Beach*
Office of the City Attorney
Municipal Center, Building One
2401 Courthouse Drive, Suite 260
Virginia Beach, Virginia 23456
(757) 385-4531 (Office)
(757) 385-5687 (Facsimile)
mstiles@vbgov.com
astiles@vbgov.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true copy of the foregoing RESPONSE OF THE CITY OF VIRGINIA BEACH TO LIQUIDATING TRUST'S EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS FILED BY TAXING AUTHORITIES (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS; DISALLOWANCE OF CERTAIN INVALID CLAIMS; DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS; RECLASSIFICATION OF CERTAIN CLAIMS; DISALLOWANCE OF CERTAIN AMENDED OR SUPERSEDED CLAIMS; DISALLOWANCE OF CERTAIN LATE FILED CLAIMS; DISALLOWANCE OR REDUCTION OF CERTAIN INVALID CLAIMS; AND FIXING THE AMOUNT OF CERTAIN CLAIMS was electronically filed with the Clerk of the Court using the CM/ECF system and sent via U.S. Mail, first class, postage prepaid to the parties listed below:

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

-and-

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*


Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
*Counsel to the Circuit City Stores, Inc. Liquidating Trust*


/s/ Alexander W. Stiles
Alexander W. Stiles

# EXHIBIT A

## 2009 Tangible Personal Property, Machinery & Tools
### Return Instructions and Schedule

**Philip J. Kellam, Commissioner of the Revenue**
**City Hall, 2401 Courthouse Drive, Virginia Beach, VA 23456-9002**
**Tel: 757.385.4515/Fax: 757.385.4183/Email: business@VBgov.com**

NOTICE: Every taxpayer owning such property on January 1, 2009 must report the same on this return and file by March 1, 2009. No taxes are due at that time.*

| REQUIRED INFORMATION ||
|---|---|
| CIRCUIT CITY STORES INC<br>T/A CIRCUIT CITY SUPERSTORE #817<br>P O BOX 42304<br>RICHMOND      VA 23242 | 110 S INDEPENDENCE BLVD<br>VIRGINIA BEACH      VA 23462<br>804-527 4000<br>08/79 |

*To assist you in reporting the necessary information please read and respond to the following instructions carefully.*

Did you own or operate a business on January 1, 2009? ☐ Yes  ☐ No–If no, list date closed _____

The reverse side of this return contains a schedule to list ALL of the tangible personal property of your business in accordance with the Code of Virginia, Title 58.1-3500 through 3664. You may create and attach a separate document containing the information requested in the schedule on the reverse side of this return (Please follow the same format).

If you listed property on a prior Form CR-13 that will be omitted from this list of property owned on January 1, 2009, please attach an explanation for the omission of the property.

If the Commissioner of the Revenue currently classifies your business as a Manufacturer, Miner, Radio Broadcaster, or Television Broadcaster, report only the machinery and tools of the business.

Manufacturers that have Machinery and Tools you wish to declare as idle machinery, please contact our office for additional information.

Please declare a complete and current listing of all property as of January 1, 2009. Reporting "none" or "same as last year" cannot be accepted.**

Please do **not** include computer software, carpet or leasehold improvements.

Please Include the following types of tangible property on this return:

- All office equipment, furniture, fixtures, furnishings, operating equipment, computers, peripherals, hand tools, power tools, books, machinery, and other such tangible property owned, leased, or made available
- All tangible property given as a gift (To the best of your ability, confirm the fair market value upon receipt of the property)
- All non-licensed vehicles and trailers (Include yard vehicles, tractors, storage trailers, office trailers, etc.)
- All items fully depreciated, but still in use

### BUSINESS HISTORY

ACCOUNT NUMBER, INDUSTRIAL CLASS, & BUSINESS TYPE(S):
096008543          5200-RETAIL MERCHANT

ASSESSED
APR 16 2009
Commissioner of the Revenue

PRIOR ANNUAL ASSESSMENTS:
2008   1,524,677
2007   1,646,366



* This information is required under Chapter 18, Section 35-4 of the Code of Virginia Beach and Title 58.1-3900 et. seq. of the Code of Virginia
** This information is required under Title 58.1-3518 et. seq. of the Code of Virginia

| DATE ACQUIRED | DESCRIPTION OF ASSET | NUMBER OF UNITS | TOTAL ORIGINAL COST |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | *See attached* | | |
| | | | |
| | | | |
| | | | |
| | | | |

PLEASE LIST OWNER(S) OF ANY TANGIBLE PERSONAL PROPERTY LEASED BY YOUR BUSINESS AND LOCATED IN VIRGINIA BEACH:

| DATE ACQUIRED | NAME / ADDRESS / PHONE OF LEASING AGENT | NUMBER OF UNITS | TOTAL COST |
|---|---|---|---|
| | IBM - P.O. Box 12195 Research Triangle Park, NC 27709 | | |
| | See attached | | |

**If this return is prepared by any person other than the taxpayer, that person MUST also provide the following:**

_____
(Preparer's Signature)

_____
(Preparer's Name and Business Name-Printed)

_____
(Business Address and Website)

_____
(Tel / Fax / E-mail)

**NOTE:** It is a Class 1 misdemeanor for any person to willfully subscribe to a return which he does not believe to be true and correct as to every material matter (Code of Virginia – Section 58.1-11).

THANK YOU FOR YOUR COOPERATION.
If you have any questions or need assistance, please contact the Business Revenue Division by telephone at 757.385.4515 or by email at business@vbgov.com

**DECLARATION BY TAXPAYER:** I declare that the foregoing statements and figures are true, full and correct to the best of my knowledge and belief.

*Sarah Harris*    2/26/09
(Taxpayer's Signature)    (Date)

Sarah Harris
(Taxpayer's Name - Printed)

Form CR-13

02/26/2009
05:19:50PM

Virginia Beach City Assessor - Virginia Beach Ss (S/L)

# Summary by State Class and Acquisition Year
## Declaration of Property Owned and Used by Owner

Assessment Date: 01/01/2009

Page 1

**Assessed - Inventory**

| State Class | Year | Reported Cost | Current Value | Rendered Value | Assessor's Use |
|---|---|---|---|---|---|
| Materials & Supplies | | 369.56 | 369.56 | 370.00 | |
| | | 369.56 | 369.56 | 370.00 | |
| Total | | 369.56 | 369.56 | 370.00 | |

Virginia Beach Ss (S/L)
Property Location: 110 S. Independence Boulevard
Virginia Beach, VA 23462

Taxpayer's Address:
Circuit City Stores, Inc.
Attention: Tax Department
P.O. Box 42304
Richmond, VA 23242

PTMS 4.0

HARRISS

02/26/2009
05:19:50PM

Virginia Beach City Assessor - Virginia Beach Ss (S/L)

## Summary by State Class and Acquisition Year
### Declaration of Property Owned and Used by Owner

Assessment Date: 01/01/2009

Page 2

**Assessed - Personal Property**

| State Class | Year | Reported Cost | Current Value | Rendered Value | Assessor's Use |
|---|---|---|---|---|---|
| Generic-Computers <=$25,000 | 2008 | 677.93 | 271.17 | 271.00 | |
| | 2007 | 61,039.34 | 24,415.74 | 24,415.00 | |
| | 2006 | 8,489.71 | 3,395.89 | 3,395.00 | |
| | 2005 | 11,595.46 | 4,638.19 | 4,638.00 | |
| | 2001 | 479.58 | 191.83 | 192.00 | |
| | 1996 | 479.42 | 191.77 | 192.00 | |
| | 1995 | 2,814.08 | 1,125.63 | 1,125.00 | |
| | 1994 | 4,716.66 | 1,886.66 | 1,887.00 | |
| | | 90,292.18 | 36,116.88 | 36,115.00 | |

Virginia Beach Ss (S/L)
Property Location: 110 S. Independence Boulevard
Virginia Beach, VA 23462

Taxpayer's Address:
Circuit City Stores, Inc.
Attention: Tax Department
P.O. Box 42304
Richmond, VA 23242

PTMS 4.0

HARRISS

02/26/2009
05:19:50PM

Virginia Beach City Assessor - Virginia Beach Ss (S/L)

## Summary by State Class and Acquisition Year
## Declaration of Property Owned and Used by Owner

Assessment Date: 01/01/2009

Page 3

**Assessed - Personal Property**

**Virginia Beach Ss (S/L)**

### Generic-Furniture & Fixtures

| State Class | Year | Reported Cost | Current Value | Rendered Value | Assessor's Use |
|---|---|---|---|---|---|
| | 2008 | 937.72 | 375.09 | 376.00 | |
| | 2007 | 6,951.21 | 2,780.49 | 2,780.00 | |
| | 2006 | 10,142.98 | 4,057.20 | 4,057.00 | |
| | 2005 | 2,561.33 | 1,024.53 | 1,025.00 | |
| | 2003 | 55,856.97 | 22,342.78 | 22,343.00 | |
| | 2002 | 1,071,420.02 | 428,568.03 | 428,571.00 | |
| | 2001 | 5,117.27 | 2,046.91 | 2,046.00 | |
| | 1999 | 13,234.18 | 5,293.67 | 5,293.00 | |
| | 1995 | 1,056.37 | 422.55 | 423.00 | |
| | 1991 | 1,293.97 | 517.59 | 518.00 | |
| | 1990 | 1,337.92 | 535.17 | 535.00 | |
| | 1989 | 1,831.37 | 732.55 | 733.00 | |
| | 1988 | 2,262.65 | 905.06 | 905.00 | |
| | 1987 | 21,879.38 | 8,751.75 | 8,752.00 | |
| | 1986 | 123,458.08 | 49,383.24 | 49,384.00 | |
| | 1985 | 3,018.96 | 1,207.58 | 1,207.00 | |
| | 1984 | 23,822.00 | 9,528.80 | 9,529.00 | |
| | | 1,346,182.38 | 538,472.99 | 538,477.00 | |

Virginia Beach Ss (S/L)
Property Location: 110 S. Independence Boulevard
Virginia Beach, VA 23462

Taxpayer's Address:
Circuit City Stores, Inc.
Attention: Tax Department
P.O. Box 42304
Richmond, VA 23242

PTMS 4.0

HARRISS

02/26/2009
05:19:50PM

Virginia Beach City Assessor - Virginia Beach Ss (S/L)

## Summary by State Class and Acquisition Year
## Declaration of Property Owned and Used by Owner

Assessment Date: 01/01/2009

Page 4

**Assessed - Personal Property**

Generic-Machinery & Equipment

| State Class | Year | Reported Cost | Current Value | Rendered Value | Assessor's Use |
|---|---|---|---|---|---|
| | 2007 | 21,095.63 | 8,438.25 | 8,438.00 | |
| | 2006 | 25,409.34 | 10,163.73 | 10,163.00 | |
| | 2003 | 451.84 | 180.73 | 181.00 | |
| | 2002 | 16,778.70 | 6,711.48 | 6,712.00 | |
| | 2001 | 12,441.49 | 4,976.59 | 4,976.00 | |
| | 2000 | 2,365.58 | 946.23 | 946.00 | |
| | 1999 | 27,263.78 | 10,905.51 | 10,907.00 | |
| | 1996 | 19,154.85 | 7,661.94 | 7,662.00 | |
| | 1995 | 1,966.86 | 786.74 | 786.00 | |
| | 1994 | 3,308.54 | 1,323.42 | 1,323.00 | |
| | 1992 | 9,748.03 | 3,899.21 | 3,900.00 | |
| | 1991 | 30,538.54 | 12,215.42 | 12,217.00 | |
| | | 170,523.18 | 68,209.25 | 68,211.00 | |

Total    1,606,997.74    642,799.12    642,803.00

Virginia Beach Ss (S/L)
Property Location: 110 S. Independence Boulevard
Virginia Beach, VA 23462

Taxpayer's Address:
Circuit City Stores, Inc.
Attention: Tax Department
P.O. Box 42304
Richmond, VA 23242

PTMS 4.0

HARRISS