IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
**CIRCUIT CITY STORES, INC.**, *et al.*,                     :   Case No. 08-35653 (KRH)
                                                             :
       Debtors.                                      :   (Jointly Administered)
------------------------------------------------------------ x

## ORDER GRANTING WITHDRAWAL OF COUNSEL

Upon consideration of the motion dated May 3, 2011, of Orrick, Herrington & Sutcliffe LLP for the entry of an order under Local Bankruptcy Rule 2090-1(G) allowing the withdrawal of Scott A. Stengel as counsel for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd. (the "Motion"); and it appearing to the Court that good and sufficient notice of the Motion was provided and that no other or further notice is required; and the Court having reviewed the Motion; and after due deliberation it appearing to the Court that there is sufficient cause for the relief requested in the Motion; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the withdrawal of Scott A. Stengel as counsel for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd. is APPROVED.

Dated:  Richmond, Virginia
       _____, 2011

                                        _____
                                        HON. KEVIN HUENNEKENS
                                        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ JAMES W. BURKE*
Jonathan P. Guy
James W. Burke (VSB No. 76551)
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706
Telephone:  (202) 339-8400
E-mail:     jburke@orrick.com

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certify that the foregoing order has been endorsed by or served upon all necessary parties.

/s/ JAMES W. BURKE
James W. Burke (VSB No. 76551)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706
Telephone:  (202) 339-8400
E-mail:    jburke@orrick.com