Jeffrey N. Pomerantz, Esq.  
Andrew W. Caine, Esq.  
(admitted *pro hac vice*)  
PACHULSKI STANG ZIEHL & JONES LLP  
10100 Santa Monica Boulevard  
Los Angeles, California 90067-4100  
Telephone: (310) 277-6910  
Telecopy:   (310) 201-0760  

Lynn L. Tavenner, Esq. (VA Bar No. 30083)  
Paula S. Beran, Esq. (VA Bar No. 34679)  
TAVENNER & BERAN, PLC  
20 North Eighth Street, 2nd Floor  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
Telecopy:   (804) 783-0178  

- and –

Robert J. Feinstein, Esq.  
John A. Morris, Esq.  
(admitted *pro hac vice*)  
PACHULSKI STANG ZIEHL & JONES LLP  
780 Third Avenue, 36th Floor  
New York, New York 10017  
Telephone: (212) 561-7700  
Telecopy: (212) 561-7777  

*Counsel for the Circuit City Stores, Inc.*  
*Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**  
**FOR THE EASTERN DISTRICT OF VIRGINIA**  
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**  
**HEARING ON JUNE 29, 2011 AT 2:00 P.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on June 29, 2011 beginning at 2:00 p.m. Eastern.

**I.     PRETRIAL HEARINGS**

1.  *Siegel v. Procter & Gamble Company, et al.*; Case No. 10-03647; Notice of Rescheduled Pre-Trial Conference - *(Notice of Pretrial Scheduling Conference)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

    Status:          This matter has settled and, therefore, may be removed from the Court's docket.

2.  *Siegel v. Cleveland Construction, Inc.; Case No. 10-03282-KRH;* Notice of Rescheduled Pre-Trial Conference - *(Notice of Pretrial Scheduling Conference)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

    Status:          This matter is going forward.

3.  *Siegel v. Network Engineering Technologies, Inc.*; Case No. 10-03306; Notice of Rescheduled Pre-Trial Conference - *(Notice of Pretrial Scheduling Conference)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

    Status:          This matter is going forward.

4.  *Siegel v. Patriot Enterprises of NY, LLC*; Case No. 10-03267; Notice of Rescheduled Pre-Trial Conference - *(Notice of Pretrial Scheduling Conference)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

    Status:          This matter is going forward.

**II.          DEFAULT JUDGMENTS**

5.  *Siegel v. Merrimack Valley Corp., et al.*; Case No. 10-03472; Motion for Default Judgment filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 6)

    Related
    Documents:

    Objection
    Deadline:               June 27, 2011 at 4:00 p.m.

    Objections/
    Responses
    Filed:                   None at the time of filing this Agenda.

    Status:                   The Trust will request that the Court grant the relief requested in the Motion.

### III. MATTERS CONTINUED

6. Notice of Hearing (Re: related document(s) 10675 Motion to Reconsider filed by State Board of Equalization) filed by William H. Schwarzschild III of Williams Mullen on behalf of State Board of Equalization. Hearing scheduled 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 10693)

    Related
    Documents:

    Objection
    Deadline:               July 8, 2011 at 4:00 p.m.

    Objections/
    Responses
    Filed:

    Status:                   This matter has been continued until July 13, 2011 at 2:00 p.m.

### IV. MATTERS GOING FORWARD

7. Notice and Objection to Claim of Gregory Lee McCall *(Liquidating Trust's Objection to Secured Claims Filed by Gregory Lee McCall )* (Docket No. 10026)

    Related
    Documents:

    a. Reply - *LIQUIDATING TRUSTS REPLY BRIEF REGARDING OBJECTION TO SECURED CLAIMS FILED BY GREGORY LEE MCCALL* (Re: related document(s) 10289 Response filed by Gregory Lee McCall) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 10739)

   b. Notice of Hearing (Re: related document(s) 10026 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 107940)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | Gregory Lee McCall's Response to Liquidating Trust's Objection to Secured Claims Filed By Respondent (Docket No. 10289) |
| Status: | The Trust will request that the Court sustain the Objection. |

Dated: Richmond, Virginia  
June 27, 2011

TAVENNER & BERAN, PLC

    /s/ Paula S. Beran  
Lynn L. Tavenner (VA Bar No. 30083)  
Paula S. Beran (VA Bar No. 34679)  
20 North Eighth Street, 2nd Floor  
Richmond, Virginia 23219  
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP  
Jeffrey N. Pomerantz, Esq.  
Andrew W. Caine, Esq.  
10100 Santa Monica Boulevard  
Los Angeles, California 90067-4100  
(310) 277-6910

- and –

Robert J. Feinstein, Esq.  
John A. Morris, Esq.  
PACHULSKI STANG ZIEHL & JONES LLP  
780 Third Avenue, 36th Floor  
New York, New York 10017  
(212) 561-7700

Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust