Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., et al.,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

**NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JUNE 29, 2011 AT 2:00 P.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on June 29, 2011 beginning at 2:00 p.m. Eastern.

## I.    PRETRIAL HEARINGS

1.    *Siegel v. Procter & Gamble Company, et al.*; Case No. 10-03647; Notice of Rescheduled Pre-Trial Conference - *(Notice of Pretrial Scheduling Conference)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

   Status:                This matter has settled and, therefore, may be removed from the Court's docket.

2.    *Siegel v. Cleveland Construction, Inc.; Case No.  10-03282-KRH;* Notice of Rescheduled Pre-Trial Conference - *(Notice of Pretrial Scheduling Conference)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

   Status:                This matter is going forward.

3.    *Siegel v. Network Engineering Technologies, Inc.*; Case No. 10-03306; Notice of Rescheduled Pre-Trial Conference - *(Notice of Pretrial Scheduling Conference)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

   Status:                This matter is going forward.

4.    *Siegel v. Patriot Enterprises of NY, LLC*; Case No. 10-03267; Notice of Rescheduled Pre-Trial Conference - *(Notice of Pretrial Scheduling Conference)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

   Status:                This matter is going forward.

## II.    DEFAULT JUDGMENTS

5.    *Siegel v. Merrimack Valley Corp., et al.*; Case No.  10-03472; Motion for Default Judgment filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 6)

   Related
   Documents:

Objection
Deadline:                    June 27, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                       Motion to Extend Time (Re: related document(s)[6] Motion for
                             Default Judgment filed by Alfred H. Siegel) filed by Douglas Scott
                             of Douglas A. Scott, PLC on behalf of Merrimack Valley Corp.
                             (Docket No. 7)

                             Motion to Expedite Hearing (Re: related document(s)[7] Motion to
                             Extend Time filed by Merrimack Valley Corp.) filed by Douglas
                             Scott of Douglas A. Scott, PLC on behalf of Merrimack Valley
                             Corp..

                             Notice of Hearing (Re: related document(s)[8] Motion to Expedite
                             Hearing filed by Merrimack Valley Corp.) filed by Douglas Scott
                             of Douglas A. Scott, PLC on behalf of Merrimack Valley Corp..
                             Hearing scheduled 6/29/2011 at 02:00 PM at Judge Huennekens'
                             Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

Status:                      The Trust will request that the Court grant the relief requested in
                             the Motion.


## III.    MATTERS CONTINUED

6.      Notice of Hearing (Re: related document(s) 10675 Motion to Reconsider filed by State
        Board of Equalization) filed by William H. Schwarzschild III of Williams Mullen on
        behalf of State Board of Equalization. Hearing scheduled 6/29/2011 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No.
        10693)

                Related
                Documents:

                Objection
                Deadline:                    July 8, 2011 at 4:00 p.m.

                Objections/
                Responses
                Filed:

                Status:                      This matter has been continued until July 13, 2011 at 2:00 p.m.

## IV.    MATTERS GOING FORWARD

7.    Notice and Objection to Claim of Gregory Lee McCall *(Liquidating Trust's Objection to Secured Claims Filed by Gregory Lee McCall )* (Docket No. 10026)

Related
Documents:

   a.  Reply - *LIQUIDATING TRUSTS REPLY BRIEF REGARDING OBJECTION TO SECURED CLAIMS FILED BY GREGORY LEE MCCALL* (Re: related document(s) 10289 Response filed by Gregory Lee McCall) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 10793)

   b.  Notice of Hearing (Re: related document(s) 10026 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 10794)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 Gregory Lee McCall's Response to Liquidating Trust's Objection
                       to Secured Claims Filed By Respondent (Docket No. 10289)

Status:                The Trust will request that the Court sustain the Objection.

4

Dated: Richmond, Virginia  TAVENNER & BERAN, PLC
   June 29, 2011

      _____/s/ Paula S. Beran_____
      Lynn L. Tavenner (VA Bar No. 30083)
      Paula S. Beran (VA Bar No. 34679)
      20 North Eighth Street, 2nd Floor
      Richmond, Virginia 23219
      (804) 783-8300

        - and -

      PACHULSKI STANG ZIEHL & JONES LLP
      Jeffrey N. Pomerantz, Esq.
      Andrew W. Caine, Esq.
      10100 Santa Monica Boulevard
      Los Angeles, California 90067-4100
      (310) 277-6910

        - and –

      Robert J. Feinstein, Esq.
      John A. Morris, Esq.
      PACHULSKI STANG ZIEHL & JONES LLP
      780 Third Avenue, 36th Floor
      New York, New York 10017
      (212) 561-7700

      Co-Counsel for the Circuit City Stores, Inc.
      Liquidating Trust