## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc., et al. | Case No. 08-35653 |
| Debtors. | (Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Todd M. Krajewski, a creditor in the bankruptcy cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim, including claim number 5775 (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address

Todd M. Krajewski
1208 Oakwater Drive
Royal Palm Beach, FL 33411

New Address

Todd M. Krajewski
c/o Liquidity Solutions, Inc
One University Plaza, Ste 312
Hackensack, NJ 07601

I declare under penalty of perjury that the foregoing is true and correct.

Todd M. Krajewski

By: _____

Its: _____

Date: 6-27-11

Notary Public



Notary Public State of Florida
Christina W Murray
My Commission DD789656
Expires 05/18/2012