IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
**CIRCUIT CITY STORES, INC.,** *et al.***,**                     :   Case No. 08-35653 (KRH)
                                                                 :
           Debtors.                                              :   (Jointly Administered)
---------------------------------------------------------------- x

## ORDER GRANTING WITHDRAWAL OF COUNSEL

Upon consideration of the motion dated May 3, 2011, of Orrick, Herrington & Sutcliffe LLP for the entry of an order under Local Bankruptcy Rule 2090-1(G) allowing the withdrawal of Scott A. Stengel as counsel for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd. (the "Motion"); and it appearing to the Court that good and sufficient notice of the Motion was provided and that no other or further notice is required; and the Court having reviewed the Motion; and after due deliberation it appearing to the Court that there is sufficient cause for the relief requested in the Motion; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the withdrawal of Scott A. Stengel as counsel for MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd. is APPROVED.

Dated:  Richmond, Virginia
         Jun 27 2011
        _____, 2011

                                      /s/ Kevin R. Huennekens
                                      _____
                                      HON. KEVIN HUENNEKENS
                                      UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Jun 27 2011

WE ASK FOR THIS:


ORRICK, HERRINGTON & SUTCLIFFE LLP


*/s/ JAMES W. BURKE*
Jonathan P. Guy
James W. Burke (VSB No. 76551)
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706
Telephone:  (202) 339-8400
E-mail:     jburke@orrick.com

# LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certify that the foregoing order has been endorsed by or served upon all necessary parties.

                                              */s/ JAMES W. BURKE*
James W. Burke (VSB No. 76551)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706
Telephone:  (202) 339-8400
E-mail:  jburke@orrick.com

```
                        United States Bankruptcy Court
                          Eastern District of Virginia
In re:                                                          Case No. 08-35653-KRH
Circuit City Stores, Inc.                                       Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0422-7          User: frenchs            Page 1 of 1         Date Rcvd: Jun 27, 2011
                              Form ID: pdforder        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2011.
aty          +Scott A. Stengel,   King & Spalding LLP,   1700 Pennsylvania Avenue, NW, Suite 200,
               Washington, DC 20006-4707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Scott A. Stengel,   King & Spalding LLP,   1700 Pennsylvania Avenue, NW, Suite 200,
               Washington, DC 20006-4707
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 29, 2011**              **Signature:**    *Joseph Speetjens*