| | |
|---|---|
| Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>(admitted pro hac vice)<br>PACHULSKI STANG ZIEHL &<br>JONES LLP<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>Telephone: (310) 277-6910<br>Telecopy:  (310) 201-0760<br><br>- and –<br><br>Robert J. Feinstein, Esq.<br>John A. Morris, Esq.<br>(admitted pro hac vice)<br>PACHULSKI STANG ZIEHL &<br>JONES LLP<br>780 Third Avenue, 36th Floor<br>New York, New York 10017<br>Telephone: (212) 561-7700<br>Telecopy: (212) 561-7777<br><br>Counsel to the Circuit City Stores, Inc.<br> Liquidating Trust | Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>TAVENNER & BERAN, PLC<br>20 North Seventieth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopy:  (804) 783-0178<br><br>Counsel to the Circuit City Stores, Inc.<br> Liquidating Trust |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>   Debtors. | : Chapter 11<br>:<br>: 1Case No. 08-35653 (KRH)<br>:<br>:<br>: Jointly Administered |

ADDITIONAL ORDER ON DEBTORS' THIRTY-SIXTH OMNIBUS
OBJECTION TO CLAIMS (ADDRESSING CERTAIN CLAIMS
RELATING TO SHORT TERM INCENTIVE PLAN)

THIS MATTER having come before the Court on the *Debtors' Thirty-Sixth Omnibus*

*Objection to Claims (Disallowance of Certain Claims Relating to Short Term Incentive Plan)* (the

"Objection"), and it appearing that due and proper notice and service of the Objection in

compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and the Notice of Substantive Hearing on the Objection have been given to the claimant Laura McDonald and that such notice was good and sufficient and that no other or further notice or service of the Objection need be given; and after due deliberation thereon, good and sufficient cause exists for granting the relief requested by the Objection as to the claimant Laura McDonald.

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The claims identified on Exhibit A attached hereto are hereby disallowed for all purposes in these bankruptcy cases.

2. The Liquidating Trust shall serve a copy of this Order on the claimant Laura McDonald.

Dated: Richmond, Virginia
June __, 2011

Jun 27 2011

/s/ Kevin R. Huennekens
_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Jun 27 2011

2

**WE ASK FOR THIS:**

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.  11th Floor
Los Angeles, California  90067-4100
Telephone: 310-227-6910
Facsimile:  310-201-0760
E-mail: rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Counsel for Circuit City Stores, Inc. Liquidating Trust

## LOCAL RULE 9022-1 CERTIFICATION

      In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                        */s/ Paula S. Beran*
                                            Co-Counsel

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653-KRH  
EXHIBIT A—Disallowed Claims

Debtors' Thirty-Sixth Omnibus Objection to Claims (Short Term Incentive Plan – No Liability)

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LAURA MCDONALD ADDRESS ON FILE | 14432 | Secured:<br>Priority:$<br>Administrative:    $25,650.00<br>503(b)(9):<br>Unsecured:<br>Reclamation: _____<br>Total:    $25,650.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LAURA MCDONALD ADDRESS ON FILE | 8108 | Secured:<br>Priority:$<br>Administrative:<br>503(b)(9):<br>Unsecured:    $51,318.70<br>Reclamation: _____<br>Total:    $51,318.70 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

```
                        United States Bankruptcy Court
                          Eastern District of Virginia
```

In re:                                                          Case No. 08-35653-KRH
Circuit City Stores, Inc.                                       Chapter 11
      Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0422-7      User: frenchs        Page 1 of 1        Date Rcvd: Jun 27, 2011
                          Form ID: pdforder    Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2011.
cr        +Laura McDonald,   109 Fairways Dr.,   Hendersonville, TN 37075-2610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2011**        **Signature:** _Joseph Speetjens_