IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

Notice of Creditor's Change of Address

**PLEASE TAKE NOTICE that Southpaw Koufax LLC, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.**

| Old Address | New Address |
|---|---|
| Southpaw Koufax, LLC<br>2 West Greenwich Office Park, 1st Floor<br>Greenwich, CT 06831 | c/o Midtown Acquisitions L.P.<br>Attention: Lorraine Conti / Lourdes Manent<br>65 East 55th Street, 19th Floor<br>New York, NY 10022<br>Telephone: 212-446-4041 / 4017<br>Facsimile: 212-446-4033<br>E-Mail: bankdebt@dkpartners.com |
| Old Notice Party(ies)<br><br>Southpaw Koufax, LLC<br>Attn: Jeff Cohen & Bob Thompson<br>2 West Greenwich Office Park, 1st Floor<br>Greenwich, CT 06831 | New Notice Party(ies)<br><br>c/o Midtown Acquisitions L.P.<br>Attention: Lorraine Conti / Lourdes Manent<br>65 East 55th Street, 19th Floor<br>New York, NY 10022<br>Telephone: 212-446-4041 / 4017<br>Facsimile: 212-446-4033<br>E-Mail: bankdebt@dkpartners.com |

NY 73431014v2

Dated:    June 29, 2011

                                      Respectfully submitted,

                                      Southpaw Koufax LLC

By: _____
Name: _____
Title: _____

                                      **Kevin Wyman**
                                      **Member**

NY 73431014v2