IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: <br><br> CIRCUIT CITY STORES, INC., et al., <br><br><br><br> ("the Debtors") | Chapter 11 <br><br> Case No. 08-35653 (KRH) <br><br> Jointly Administered |

**Notice of Creditor's Change of Address**

PLEASE TAKE NOTICE that Southpaw Credit Opportunity Master Fund LP, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| Southpaw Credit Opportunity Master Fund LP <br> 2 West Greenwich Office Park, 1st Floor <br> Greenwich, CT 06831 | c/o Midtown Acquisitions L.P. <br> Attention: Lorraine Conti / Lourdes Manent <br> 65 East 55th Street, 19th Floor <br> New York, NY 10022 <br> Telephone: 212-446-4041 / 4017 <br> Facsimile: 212-446-4033 <br> E-Mail: bankdebt@dkpartners.com |
| Old Notice Party(ies) | New Notice Party(ies) |
| Southpaw Credit Opportunity Master Fund LP <br> Attn: Jeff Cohen & Bob Thompson <br> 2 West Greenwich Office Park, 1st Floor <br> Greenwich, CT 06831 | c/o Midtown Acquisitions L.P. <br> Attention: Lorraine Conti / Lourdes Manent <br> 65 East 55th Street, 19th Floor <br> New York, NY 10022 <br> Telephone: 212-446-4041 / 4017 <br> Facsimile: 212-446-4033 <br> E-Mail: bankdebt@dkpartners.com |

NY 73431109v2

Dated:       June 29, 2011

                                      Respectfully submitted,

                                      Southpaw Credit Opportunity Master Fund LP

                                      By: _____
                                      Name: _____
                                      Title: _____

                                                **Kevin Wyman, Managing
                                               Member of General Partner -
                                                     Southpaw GP LLC**