William H. Schwarzschild, III - VSB No. 15274
R. Joseph Noble – VSB No. 77138
WILLIAMS, MULLEN
200 South 10th Street, Suite 1600
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone: 804.420.6000
Fax: 804.420.6507
tschwarz@williamsmullen.com
jnoble@williamsmullen.com

*Counsel for the State of California,
State Board of Equalization*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

## ORDER GRANTING ADMISSION
## *PRO HAC VICE* OF TODD E. DUFFY

Upon consideration of the Motion for Admission *Pro Hac Vice* of Todd E. Duffy filed by William H. Schwarzschild, III, and it appearing that the motion having been served upon counsel for the Circuit City Stores, Inc., *et al.* (collectively, the "Debtors"), counsel for the Official Committee of Unsecured Creditors, counsel for the Trustee of the Circuit City Stores Liquidating Trust, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED**, that pursuant to the requirements of Local Bankruptcy Rule 2090-1(E)(2), Todd E. Duffy Anderson, Kill & Olick, P.C., 1251 Avenue of the Americas, New York, New York 10020-1182, Phone: 212.278.1000, Fax: 212.278.1733, E-Mail: tduffy@andersonkill.com be and is hereby permitted to appear and be heard *pro hac vice* as counsel to the State of California, State

Board of Equalization, a creditor in the matter captioned above.

Enter: Jun 30 2011 _____

/s/ Kevin R. Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Jun 30 2011

I ask for this:

\_\_\_\_\_/s/ William H. Schwarzschild, III_____
William H. Schwarzschild, III - VSB No. 15274
R. Joseph Noble – VSB No. 77138
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone: 804.420.6000
Fax: 804.420.6507
tschwarz@williamsmullen.com
jnoble@williamsmullen.com

*Counsel for the State of California,*
*State Board of Equalization*

## **CERTIFICATION OF SERVICE PURSUANT TO LOCAL RULE 9022-1**

The undersigned hereby certifies that on _____ ___, 2011 the foregoing proposed order was served upon all necessary parties by ECF and by first class mail, postage prepaid, at the following addresses:

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
*Counsel for the Trustee of the Circuit City Stores Liquidating Trust*

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100
*Counsel for the Trustee of the Circuit City Stores Liquidating Trust*

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017-2024
*Counsel for the Official Committee of Unsecured Creditors*

Robert B. Van Arsdale, Esq.
701 E. Broad St., Suite 4304
Richmond, Virginia 23219
*Office of the U. S. Trustee*

                                         */s/ William H. Schwarzschild, III*
                                         _____

14386824_1.DOC

```
                         United States Bankruptcy Court
                           Eastern District of Virginia
```

In re:                                                          Case No. 08-35653-KRH
Circuit City Stores, Inc.                                       Chapter 11
     Debtor
## CERTIFICATE OF NOTICE

District/off: 0422-7         User: frenchs            Page 1 of 1            Date Rcvd: Jun 30, 2011
                  Form ID: pdforder         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2011.
        Todd E. Duffy,   1251 Avenue of the Americas,   New York, NY   10020-1182

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2011**                          **Signature:** *Joseph Speetjens*