**210B (12/09)**

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 06/29/2011 (date).

| | |
|---|---|
| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
| Claim No. : Todd M. Krajewski, c/o Liquidity Solutions, Inc., One University Plaza, Ste 312, Hackensack, NJ 07601 | Liquidity Solutions Inc.<br>One University Plaza<br>Suite 312<br>Hackensack, NJ 07601 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/02/11                                William C. Redden
                                               **CLERK OF THE COURT**

```
                         United States Bankruptcy Court
                          Eastern District of Virginia
In re:                                                              Case No. 08-35653-KRH
Circuit City Stores, Inc.                                           Chapter 11
       Debtor
                               CERTIFICATE OF NOTICE
District/off: 0422-7         User: frenchs              Page 1 of 1          Date Rcvd: Jun 30, 2011
                             Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2011.
10547500     +Todd M. Krajewski,    c/o Liquidity Solutions, Inc.,   One University Plaza, Ste 312,
               Hackensack, NJ 07601-6205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2011**                    **Signature:** *Joseph Speetjens*