IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

Notice of Creditor's Change of Address

PLEASE TAKE NOTICE that Mitsubishi Digital Electronics America, Inc., creditor in the above-referenced bankruptcy proceeding, requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the address noted below, effective immediately.

| Old Address | New Address [Creditor] |
|---|---|
| Mitsubishi Digital Electronics America, Inc. James A Pardo Jr King & Spalding LLP 1180 Peachtree St NE Atlanta, GA 30309-3521 | Mitsubishi Digital Electronics America, Inc. c/o Midtown Acquisitions L.P. 65 East 55th Street, 20th Floor New York, New York 10022 Attention: ▓▓▓▓▓ Lorraine Conti / Lourdes Manent |
| Notice Party(ies) | New Address [Notice Party(ies)] |
| Mitsubishi Digital Electronics America, Inc. Attn Brian Atteberry Credit Mgr 9351 Jeronima Rd Irvine, CA 92618-1904 | Mitsubishi Digital Electronics America, Inc. c/o Midtown Acquisitions L.P. 65 East 55th Street, 20th Floor New York, New York 10022 Attention: ▓▓▓▓▓ Lorraine Conti / Lourdes Manent |

Dated: June___, 2011

Respectfully submitted,

MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.

By: _____
Name: Hirohide Iwashita
Title: Sr. Vice President of Finance and Treasurer

June___, 2011

The Liquidating Trust/The Liquidating Trustee
of Circuit City Stores, Inc.
c/o Crowe Horwath, LLC
Attn:  Mr. Alfred Siegel, CPA, CFF
15233 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-2250

Re:    Change of Address Notification

Dear Sir:

Please be advised that Mitsubishi Digital Electronics America, Inc, a creditor in the Circuit City Stores, Inc., *et al.* bankruptcy proceedings, requests that services of any pleadings, distributions, notices or correspondence related to this matter be sent to the address noted below, effective immediately:

| Old Address: | New Address: |
|---|---|
| Mitsubishi Digital Electronics America, Inc.<br>James A Pardo Jr<br>King & Spalding LLP<br>1180 Peachtree St NE<br>Atlanta, GA 30309-3521 | Mitsubishi Digital Electronics America, Inc.<br>c/o Midtown Acquisitions L.P.<br>65 East 55th Street, 20th Floor<br>New York, New York 10022<br>Attention: ▓▓▓▓▓▓▓▓▓▓<br>Lorraine Conti  /  Lourdes Manent |

MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC

By:    _____

Name:  Hirohide Iwashita
Title: Sr. Vice President of Finance and Treasurer

cc:    Pachulski, Stang, Ziehl & Jones, LLP & Kurtzman Carson Consultants, LLC