UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
Richmond Division

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08 – 35653-KRH |
| et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

RICHMOND DIVISION
FILED
JUL -5 2011
CLERK
US BANKRUPTCY COURT

## AMENDED NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that CAPARRA CENTER ASSOCIATES, LLC, "CAPARRA"), a creditor-landlord and party in interest in this chapter 11 case, by and through its undersigned counsel, hereby amends it Notice of Appearance and Request for Notices and Service of Papers previously served and filed in these proceedings pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and the applicable Local Rules, and requests that the following address be **deleted** from service of notices and papers:

Caparra Center Associates, LLC
Att: Penny R. Stark, Esq.
9861 Sunrise Lakes Blvd., Suite 308.
Sunrise, Florida 33322

**PLEASE TAKE NOTICE THAT** the undersigned further requests that service of notices and papers **continue** to be made on the undersigned at the following address:

Caparra Center Associates, LLC
Att: Penny R. Stark, Esq.
17 Bon Pinck Way
East Hampton, NY 11937

**PLEASE TAKE FURTHER NOTICE** that the forgoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail, electronic mail, telephone, facsimile, or otherwise filed or made with regard to this case.

Dated: June 27, 2011

Respectfully submitted,

PENNY R. STARK
Attorney for CAPARRA CENTER ASSOCIATES, LLC

*/s/ Penny R. Stark/*

Penny R. Stark (NYS BAR # PS 6720)
17 Bon Pinck Way
East Hampton, New York 11937
Telephone: (631) 324-5808
e-mail: pstarkesq@gmail.com

UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
Richmond Division

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08 – 35653-KRH |
| et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 27th day of June, 2011 via regular U.S. mail prepaid, facsimile and/or ECF Noticing to each of the persons on the annexed service list.

Jeffrey N. Pomerantz
Andrew W. Caine
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd
Los Angeles, CA  90067-4100

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY  10017

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Kurtzman Carson Consultants
2335 Alaska Avenue
El Segungo, CA  90245-4808

W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

_____
Penny R. Stark (NYSBAR # PS 6720)

2