UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE | § CHAPTER 11 |
| | § CASE NO. 08-35653 |
| CIRCUIT CITY STORES, INC. ET AL., | § |
| | § (JOINTLY ADMINISTERED) |
| DEBTORS. | § |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **McAlister Square Partners Ltd a Texas Limited Partnership**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
McAlister Square Partners Ltd a
Texas Limited Partnership
c/o Kane Russell Coleman & Logan PC
Products, LLC
3700 Thanksgiving Tower
1601 Elm St
Dallas, TX 75201

New Address
McAlister Square Partners Ltd
a Texas Limited Partnership
c/o Jefferies Leveraged Credit

One Station Place
Three North
Stamford, CT 06902

I declare under penalty of perjury that the foregoing is true and correct.

McAlister Square Partners Ltd.,
a Texas Limited Partnership
By: _____
Jason Keen

Title: Manager

Date: 6/30/2011