Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., : | Case No. 08-35653 (KRH) |
| : | |
| Debtors. : | |
| : | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**SECOND ORDER REGARDING LIQUIDATING TRUST'S FIRST OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED
<u>CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)</u>**

THIS MATTER having come before the Court[1] on the Liquidating Trust's First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit G attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED as to the Claims identified on Exhibit A as attached hereto.

2. The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3. The Court will conduct a status conference on August 22, 2011 at 2:00 p.m. for all Claims identified on Exhibit B attached hereto.

4. The Liquidating Trust's rights to object to any claim including (without

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

12304-003\DOCS_NY:24667.1        2

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

       5.       The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

       6.       This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
       _____, 2011

       _____
       HONORABLE KEVIN R. HUENNEKENS
       UNITED STATES BANKRUPTCY JUDGE

12304-003\DOCS_NY:24667.1       3

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
              - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
              - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.


                              _/s/ Lynn L. Tavenner_____
                              Lynn L. Tavenner

In re Circuit City Stores, et al.
Case No. 08-35653 (KRH)
**Exhibit A**
Alphaebtical Listing of Claims for Which Status Conference Will Take Place on August 22, 2011 at 2:00 p.m.

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BASILE LIMITED LIABILITY CO.<br>43 RIDGECREST LN.<br>BRISTOL, CT 06010 | 3973 | Exhibit D<br>Invalid Claims to be Expunged |
| Basile Limited Liability Company<br>Acting by and through Midland Loan Services Inc.<br>c/o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St., Ste. 1500<br>Dallas, TX 75201 | 14134 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Basile Limited Liability Company c o Midland Loan Services, Inc., a Delaware Corporation<br>c/o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St., Ste. 1500<br>Dallas, TX 75201 | 12692 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| CC Colonial Trust<br>Attn: David Vanaskey Corporate Trust Administration<br>Wilmington Trust Company<br>1100 N. Market St.<br>Wilmington, DE 19890 | 8688 | Exhibit D<br>Invalid Claims to be Expunged |
| CC COLONIAL TRUST<br>STUART GROSS<br>C/O PARAGON AFFILIATES, INC.<br>ONE PARAGON DR., STE. 145<br>MONTVALE, NJ 7645 | 6909 | Exhibit D<br>Invalid Claims to be Expunged |
| CENTRAL INVESTMENTS LLC<br>c/o MARK ORDOWER<br>333 S. DES PLAINES, NO. 207<br>CHICAGO, IL 60661 | 4556 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| CENTRAL INVESTMENTS, LLC<br>c/o MARK ORDOWER<br>333 S. DESPLAINES, NO. 207<br>CHICAGO, IL 60661 | 12116 | Exhibit E<br>Late Filed Claims |
| Centro Properties Group ta Heritage Square Naperville IL<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12637 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

12304-003\DOCS_NY:24680v1

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Centro Properties Group ta Heritage Square Naperville IL<br>c/o David L. Pollack, Esq.<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 14565 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Heritage Square Naperville IL<br>c/o David L. Pollack, Esq.<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12527 | Exhibit F<br>Amended Claims to be Expunged |
| Centro Properties Group ta Northridge Plaza Milwaukee WI<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12619 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Northridge Plaza Milwaukee WI<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12626 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Northridge Plaza Milwaukee WI<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 8487 | Exhibit F<br>Amended Claims to be Expunged |
| Cermak Plaza Assoc LLC<br>c/o Concordia Realty Corporation<br>10031 W. Roosevelt Rd.<br>Westchester, IL 60154 | 12809 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Chicago Title Land Trust Company<br>c/o Robert D. Zimelis<br>Thomas C. Wolford<br>Neal Gerber & Eisenberg LLP<br>2 N. LaSalle St.<br>Chicago, IL 60602-3801 | 13895 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Chicago Title Land Trust Company, As Trustee Under Trust No. 116762 02<br>c/o Robert D. Zimelis<br>Thomas C. Wolford<br>Neal Gerber & Eisenberg LLP<br>2 N. LaSalle St.<br>Chicago, IL 60602-3801 | 12396 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Circsan Limited Partnership<br>Attn: Allen P. Lev<br>c/o Kin Properties, Inc.<br>185 NW Spanish River Blvd., Ste. 100<br>Boca Raton, FL 33431-4230 | 8070 | Exhibit F<br>Amended Claims to be Expunged |
| Circuit Investors No. 3, Ltd.<br>Niclas A. Ferland<br>LeClair Ryan, A Professional Corporation<br>Ilan Markus<br>555 Long Wharf Dr., 8th Fl.<br>New Haven, CT 06511 | 13618 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Circuit Investors Vernon Hills Limited Partnership<br>c/o Niclas A. Ferland, Esq.<br>LeClairRyan, A Professional Corporation<br>555 Long Wharf Dr., 8th Fl.<br>New Haven, CT 06511 | 7155 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Circuit Investors Yorktown Limited Partnership<br>c/o Niclas A. Ferland, Esq.<br>LeClairRyan, A Professional Corporation<br>555 Long Wharf Dr., 8th Fl.<br>New Haven, CT 06511 | 12338 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Colonial Heights Holding LLC<br>William A. Gray & Peter M. Pearl, Esqs.<br>Sands Anderson Marks & Miller PC<br>801 E. Main St., Ste. 1800<br>PO Box 1998<br>Richmond, VA 23218-1998 | 14278 | Exhibit D<br>Invalid Claims to be Expunged |
| COLONIAL HEIGHTS HOLDING, LLC<br>C/O CRONACHER DEVELOPMENT<br>1076 GOODLETTE RD. NORTH<br>ATTN: JOHN CHANDLER<br>NAPLES, FL 34102 | 7119 | Exhibit F<br>Amended Claims to be Expunged |

12304-003\DOCS_NY:24680v1

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Colonial Heights Holdings LLC<br>Attn: Peter M. Pearl, Esq.; C. Thomas Ebel, Esq., William A. Gray, Esq. & Lisa Taylor Hudson, Esq.<br>c/o Sands Anderson Marks & Miller PC<br>801 E. Main St., Ste. 1800<br>Richmond, VA 23219 | 13092 | Exhibit D<br>Invalid Claims to be Expunged |
| Cousins Properties Incorporated North Point 204404 123<br>Attn: Dustin P. Branch, Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park E., 26th Fl.<br>Los Angeles, CA 90067 | 14225 | Exhibit D<br>Invalid Claims to be Expunged |
| Cousins Properties Incorporated, North Point Store No. 3107<br>Thomas J. Leanse, Esq.<br>c/o Katten Muchin Rosenman LLP<br>2029 Century Pk. E., 26th Fl.<br>Los Angeles, CA 90067 | 9525 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| GC Acquisition Corp<br>Attn: Neil E. Herman, Esq.<br>c/o Morgan Lewis & Bockius<br>101 Park Ave.<br>New York, NY 10178 | 12102 | Exhibit E<br>Late Filed Claims |
| Manufacturers & Traders Trust Company, as Trustee<br>c/o Nicholas M. Miller, Esq.<br>Neal Gerber & Eisenberg LLP<br>Two N LaSalle St., Ste. 1700<br>Chicago, IL 60602 | 8622 | Exhibit D<br>Invalid Claims to be Expunged |
| Manufacturers and Traders Trust Co., as Trustee<br>c/o Nancy George, Vice President Corporate Trust Dept<br>1 M&T Plaza, 7th Fl.<br>Buffalo, NY 14203 | 12053 | Exhibit D<br>Invalid Claims to be Expunged |
| NMC Stratford LLC<br>c/o Ian S. Landsberg<br>Landsberg Marguiles LLP<br>16030 Ventura Blvd., Ste. 470<br>Encino, CA 91436 | 9644 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Orland Towne Center LLC by their management agent CP Management Corp<br>c/o Robert D Tepper, Esq.<br>Schenk Annes Brookman & Tepper Ltd<br>311 S. Wacker Dr., Ste. 5125<br>Chicago, IL 60606 | 12426 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

12304-003\DOCS_NY:24680v1

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Orland Towne Center LLC, an Illinois Limited Liability Company by and through its Management Agent CP Management Corp., an Illinois corp. Robert D Tepper., Esq. Schenk Annes Brookman & Tepper LTD 311 S. Wacker Dr., Ste. 5125 Chicago, IL 60606-6657 | 12274 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Pan Am Equities Inc The Law Offices of David A Greer PLC 500 E. Main St., Ste. 1225 Norfolk, VA 23510 | 7999 | Exhibit E Late Filed Claims |
| Pan Am Equities, Inc. The Law Offices of David A. Geer P.C 500 E. Main St., Suite 1225 Norfolk, VA 23510 | 7999 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Park National Bank 50 N. 3rd St. PO Box 3500 Newark, OH 43058-3500 | 8079 | Exhibit D Invalid Claims to be Expunged |
| Park National Bank 50 N. 3rd St. PO Box 3500 Newark, OH 43058-3500 | 8618 | Exhibit D Invalid Claims to be Expunged |
| Park National Bank 50 N. 3rd St. PO Box 3500 Newark, OH 43058-3500 | 12615 | Exhibit D Invalid Claims to be Expunged |
| Park National Bank Attn: Richard C. Maxwell c/o Woods Rogers PLC 10 S. Jefferson St., Ste. 1400 PO Box 14125 Roanoke, VA 24011 | 11753 | Exhibit F Amended Claims to be Expunged |
| Ronald Benderson Trust 1995 Attn: James S. Carr & Robert L. LeHane Kelley Drye & Warren LLP 101 Park Ave. New York, NY 10178 | 14920 | Exhibit D Invalid Claims to be Expunged |
| Ronald Benderson Trust 1995 Attn: James S. Carr & Robert L. LeHane Kelley Drye & Warren LLP 101 Park Ave. New York, NY 10178 | 13427 | Exhibit F Amended Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Ronald Benderson Trust 1995<br>Attn: James S. Carr<br>Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 12469 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Tamarack Village Shopping Center Limited Partnership<br>c/o Michael F. McGrath, Esq.<br>Ravich Meyer Kirkman McGrath Nauman & Tansey PA<br>80 S. Eighth St., Ste. 4545<br>Minneapolis, MN 55402 | 13208 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Tanurb Burnsville LP<br>Attn: Steven C. Cox, Esq.<br>Fabyanske Westra Hart & Thomson PA<br>800 LaSalle Ave., Ste. 1900<br>Minneapolis, MN 55402 | 12656 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Tanurb Burnsville LP<br>c/o Tanurb Developments Inc<br>56 Temperance St., 7th Fl.<br>Toronto, ON M5H 3V5<br>Canada | 13876 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| THE WEST CAMPUS SQUARE CO LLC<br>C/O DOLMAR INC.<br>433 N. CAMDEN DR., STE. 500<br>BEVERLY HILLS, CA 90210 | 9028 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| The West Campus Square Company LLC<br>J. Bennett Friedman, Esq.<br>Friedman Law Group<br>1900 Avenue of the Stars, Ste. 1800<br>Los Angeles, CA 90067-4409 | 7526 | Exhibit F<br>Amended Claims to be Expunged |
| U.S. Bank National Association as purchaser of assets of Park National Bank<br>Attn: Richard C. Maxwell<br>c/o Woods Rogers PLC<br>10 S. Jefferson St., Ste. 1400<br>PO Box 14125<br>Roanoke, VA 24011 | 14794 | Exhibit D<br>Invalid Claims to be Expunged |
| United States Debt Recovery V LP<br>940 Southwood Bl., Ste. 101<br>Incline Village, NV 89451 | 12405 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

12304-003\DOCS_NY:24680v1