Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., et al.,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JULY 13,  2011 AT 2:00 P.M. (EASTERN)

Set forth below are the matters scheduled to be heard before The Honorable Kevin R.
Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux
International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC
Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS,
Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360),
and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan
Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond,
Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on July 13, 2011 beginning at 2:00 p.m. Eastern.

## I.    CONTINUED MATTERS

1.    *Siegel v. Merrimack Valley Corp., et al.*; Case No.  10-03472; Motion for Default Judgment filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 6)

| | |
|---|---|
| Related Documents: | |
| Objection Deadline: | Extended |
| Objections/ Responses Filed: | Motion to Extend Time (Re: related document(s)[6] Motion for Default Judgment filed by Alfred H. Siegel) filed by Douglas Scott of Douglas A. Scott, PLC on behalf of Merrimack Valley Corp. (Docket No. 7) |
| | Motion to Expedite Hearing (Re: related document(s)[7] Motion to Extend Time filed by Merrimack Valley Corp.) filed by Douglas Scott of Douglas A. Scott, PLC on behalf of Merrimack Valley Corp.. |
| | Notice of Hearing (Re: related document(s)[8] Motion to Expedite Hearing filed by Merrimack Valley Corp.) filed by Douglas Scott of Douglas A. Scott, PLC on behalf of Merrimack Valley Corp.. Hearing scheduled 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. |
| Status: | The underlying adversary proceeding (*Siegel v. Merrimack Valley Corp., et al.*; Case No.  10-03472) has been resolved pending documentation and consummation.  Accordingly, the Trust will request that the Court continue the matter until August 22, 2011 subject to removal from said docket if the settlement has been documented and consummated. |

2.    Notice of Hearing (Re: related document(s) 10675 Motion to Reconsider filed by State Board of Equalization) filed by William H. Schwarzschild III of Williams Mullen on behalf of State Board of Equalization. Hearing scheduled 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 10693)

Related
Documents:

Objection
Deadline:                    July 20, 2011 at 4:00 p.m.

Objections/
Responses
Filed:

Status:                      This matter has been continued by agreement of the parties until
                             July 27, 2011 at 2:00 p.m.


3.      Notice and Objection to Claim of California Board Of Equalization - *Liquidating Trust's
        Objection to Claim Nos. 12002, 13186 and 13187 Filed By The California Board Of
        Equalization* (Docket No. 10069)

        Related
        Documents:


        Objection
        Deadline:                    April 7, 2011 at 4:00 p.m.

        Objections/
        Responses
        Filed:                       Opposition of the State of California, State Board of Equalization
                                     to Liquidating Trust's Objection to Claim Nos. 12002, 13186, and
                                     13187 filed by the California Board of Equalization (Docket No.
                                     10220)

        Status:                      This matter has been continued by agreement of the parties until
                                     July 27, 2011 at 2:00 p.m.


4.      Site A, LLC's Second Amended Motion to Allow Late Filing of Proof of Claim, or in the
        Alternative, Motion to File Late Proof of Claim as an Amendment to Informal Proof of
        Claim (Docket No. 7155).
        Related
        Documents:

        a.      Notice of Motion and Hearing (Docket No. 5405)

        b.      Amended Motion to Allow Late Filing of Proof of Claim, by Site A, LLC (Docket
                Nos. 5310, 5404)

        c.      Notice of Motion and Hearing (Docket No. 7236)

3

Objection
Deadline:                    October 27, 2009 at 5:00 p.m., extended for the Liquidating Trust.

Objections/
Responses
Filed:

Status:                      This matter has been resolved subject to documentation and
                             consummation.  Accordingly, the Trust requests that it be adjourned
                             to August 22, 2011 at 2:00 p.m.


## II.    CLAIMS OBJECTIONS

5.     Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain
       Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

       Related
       Documents:

       a.      Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of
               Certain Misclassified Claims to General Unsecured, Non-Priority Claims)
               (Docket No. 4449)

       b.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
               (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
               Priority Claims) (Docket No. 4736)

       c.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
               (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
               Priority Claims) (Docket No. 4758)

       d.      Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
               (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
               Priority Claims) (Docket No. 6299)

       e.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
               (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
               Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No.
               6642)

       f.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
               (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
               Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No.
               6661)

g.      Memorandum Opinion (Docket No. 6693)

h.      Order Granting Motion for Summary Judgment (Docket No. 6694)

i.      Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6868)

j.      Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 7114)

k.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home & Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

l.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Arboretum of South Barrington Resolving a Certain Claim (Docket No. 8361)

m.      Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Imation Enterprises Corp.  (Docket No. 8861)

Objection
Deadline:                July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit A.

Status:                  For the one claim for which the Objection is still pending, this matter is adjourned to August 22, 2011 at 2:00 p.m.  See attached Exhibit A.


6.      Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 3710)

Related
Documents:

a.      Order on Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 4577)

b.      Supplemental Order on Debtors' Twenty-Second Omnibus Objection to Claims (Disallowance of Certain Claims Filed Against the Wrong Debtor) (Docket No. 6369)

Objection
Deadline:                July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached <u>Exhibit A</u>.

Status:                  For the one claim for which the Objection is still pending, this
                         matter has been resolve and, accordingly, the matter may be
                         removed from the Court's docket.


7.    Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal
      Claims) (Docket No. 4585)

      Related
      Documents:

      a.      Order on Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of
              Certain Legal Claims) (Docket No. 5294)

      b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors'
              Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth
              Omnibus Objection to Claim No. 5708 (Docket No. 8358)

      c.      Notice of Proposed Settlement Agreement and Stipulation by and among the
              Debtors and Ada Alicea Resolving the Debtors' Thirty-First Omnibus Objection
              to Claim No. 6283 (Docket No. 8839)

      d.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST
              OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
              CLAIM OF PNY TECHNOLOGIES, INC. [CLAIM NO. 1723]* (Docket No. 9910)

      e.      Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of
              Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain
              Legal Claim) Solely with Respect to the Claim of Leon Hurney [Claim No.
              10047] (Docket No. 9868)

      f.      Notice and Withdrawal , *WITHOUT PREJUDICE, OF DEBTORS THIRTY-
              FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
              LEGAL CLAIM) SOLELY WITH RESPECT TO THE CLAIM OF TANDEN
              KIBBY (CLAIM NO. 6894)* (Docket No. 10084)

Objection
Deadline:                September 15, 2009 at 4:00 p.m.

Objections/

Responses
Filed:                      See attached <u>Exhibit A</u>.

Status:                     The matter as it relates to the claim of  Richard and Deborah
                            Jaynes has been set for substantive hearing on August 22, 2011 at
                            2:00 p.m.  For those other claims for which the Objection is still
                            pending, this matter is adjourned to August 22, 2011 at 2:00 p.m.
                            See attached <u>Exhibit A</u>.


8.      Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or
        Reclassification of Certain Claims) (Docket Nos. 4588, 4590)

        Related
        Documents:

        a.      Order on Debtors' Thirty-Third Omnibus Objection to Claims (Modification
                and/or Reclassification of Certain Claims) (Docket No. 5192)

        b.      Notice of Hearing on the Merits on Debtors' Thirty-third Omnibus Objection to
                Claim 9293 filed by Cyndi Ann Haines and Response Thereto (Docket No. 6551)

        c.      Notice of Hearing on the Merits on Debtors' Thirty-third Omnibus Objection to
                Claim 7295 Filed by Amore Construction Company and Response Thereto
                (Docket No. 6553)

        d.      Supplemental Order on Debtors' Thirty-Third Omnibus Objection to Claims
                (Modification and/or Reclassification of Certain Claims) (Docket No. 6852)

        e.      Second Supplemental Order on Debtors' Thirty-Third Omnibus Objection to
                Claims (Modification and/or Reclassification of Certain Claims) (Docket No.
                7637

        f.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
                Debtors and Bell'O International Corp. Resolving the Debtors' Thirty-Third
                Omnibus Objection to Claim 7435 (Docket No. 7741)

        g.      Notice of Proposed Settlement and Stipulation by and Among the Debtors and
                Sharpe Partners, LLC Resolving the Debtors' Thirty-Third Omnibus Objection to
                Claim 6257 (Docket No. 7996)

        h.      Notice of Proposed Settlement and Stipulation by and Among the Debtors and
                Lexmark International, Inc. Resolving the Debtors' Thirty-Third Omnibus
                Objection to Claim 7391 (Docket No. 8087)

        Objection
        Deadline:                   September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                          See attached <u>Exhibit A</u>.

Status:                         For the one claim for which the Objection is still pending, the
                                parties have agreed to consolidate this Objection with the
                                Objection to the same claim filed by the Liquidating Trust in its
                                Seventh Omnibus Objection and will be submitting an order to the
                                Court for approval of the consolidation.

9.    Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal
      Property Tax Claims) (Docket No. 4613)

      Related
      Documents:

      a.    Order on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of
            Certain Personal Property Tax Claims) (Docket No. 5397)

      b.    Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh
            Omnibus Objection to Claims (Reduction of Certain Personal Property Tax
            Claims) (Docket No. 7343)

      c.    Memorandum of Law In Support of Debtors' Motion for Partial Summary
            Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims
            (Reduction of Certain Personal Property Tax Claims) (Docket No. 7344)

      d.    Notice of Motion and Hearing (Docket No. 7345)

      e.    Notice of Rescheduled Hearing On Debtors' Motion For And Memorandum Of
            Law In Support Of The Debtors' Motion For Partial Summary Judgment On The
            Thirty-Seventh Omnibus Objection To Claims (Reduction Of Certain Personal
            Property Tax Claims) (Docket No. 7550)

      f.    Notice of Presentment of Agreed Order By And Among The Debtors And Certain
            Taxing Authorities With Respect To The Thirty-Seventh Omnibus Objection
            (Docket No. 7695)

      g.    Agreed Order by and Among the Debtors and Certain Taxing Authorities with
            Respect to the Thirty-Seventh Omnibus Objection and Related Pleadings (Docket
            No. 7800)

      h.    Notice of Proposed Settlement Agreement and Stipulation by and Among the
            Debtors and Kitsap County Treasurer Resolving the Debtors' Thirty-Seventh
            Omnibus Objection to Claim No. 13337 (Docket No. 7983)

      i.    Notice of Proposed Settlement Agreement and Stipulation by and Among the
            Debtors and City of Chesapeake Resolving the Debtors' Thirty-Seventh Omnibus

Objection to Claim No. 11842 (Docket No. 8015)

j.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and the Escambia County Tax Collector Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim Nos. 1624, 13792, and 14789 (Docket No.
        8067)

k.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Gaston County, North Carolina Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim Nos. 1836 and 13350 (Docket No.
        8167)

l.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Allen County, Indiana Treasurer Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 13395 (Docket No. 8174)

m.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Harris County, Texas Resolving the Debtors' Thirty-Seventh
        Omnibus Objection to Claim No. 14429 (Docket No. 8181)

n.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Travis County, Texas Regarding Claim Nos. 10531 and
        14423 (Docket No. 8184)

o.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Loudon County Resolving the Debtors' Thirty-Seventh Omnibus
        Objection to Claim No. 13686 (Docket No. 8187)

p.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Lewisville Independent School District Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13579 and Resolving Claim No.
        1840 (Docket No. 8204)

q.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Boulder County, Colorado Treasurer Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 10419 (Docket No. 8359)

r.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Ada County, Idaho Resolving the Debtors' Thirty-Seventh Omnibus
        Objection to Claim No. 14430 (Docket No. 8407)

s.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Arlington Independent School District, Texas Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 6535 and Resolving Claim No.
        124 (Docket No. 8413)

t.      Certificate of No Objection with Respect to the Settlement Agreement and
        Stipulation by and Among the Debtors and Desoto County, Mississippi Resolving

the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13944 and Related Matters (Docket No. 8417)

u.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Brevard County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13320 (Docket No. 8438)

v.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Hernando County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13385 (Docket No. 8439)

w.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Palm Beach County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 3882 and Relating to Claim No. 14744 (Docket No. 8440)

x.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Osceola County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 13064 and 13162 (Docket No. 8441)

y.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Prince George's County, Maryland Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13465 and Resolving Claim Nos. 12431 and 13466 (Docket No. 8445)

z.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Charles County, Maryland Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13576 and Resolving Claim No. 1835 (Docket No. 8446)

aa.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Wake County, North Carolina Revenue Department Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13627 and Resolving Claim No. 1795 (Docket No. 8447)

bb.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Manatee County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13325 (Docket No. 8454)

cc.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Okaloosa County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13315 (Docket No. 8455)

dd.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Pinellas County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13309 (Docket No. 8456)

ee.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Orange County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13316 (Docket No. 8457)

ff.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Snohomish County Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 11646 and Resolving Claim No. 1547 (Docket No. 8487)

gg.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Marion County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13318 and Relating to Claim No. 213 (Docket No. 8735)

hh.    Stipulation - *Withdrawal of Claim(s) by Polk County Tax Collector* By Circuit City Stores, Inc. Liquidating Trust and Between Polk County Tax Collector filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9905)

Objection
Deadline:                 May 13, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                     See attached Exhibit A.

Status:                    For those claims for which the Objection is still pending, see attached Exhibit A, the Trust will inform the Court that the hearing on the Debtors' Motion for Partial Summary Judgment will go forward on August 22, 2011 at 2:00 p.m. Furthermore, to the extent the Court grants the Debtors' Motion for Partial Summary Judgment on August 22, 2011, the Trust will seek to have the matters heard on a substantive basis on August 22, 2011.

10.    Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims)) (Docket No. 5879)

Related
Documents:

a.    Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6368)

b.    Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims

(Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6585)

c.      Notice of Hearing on the Merits on Debtors' Sixtieth Omnibus Objection to Claim No. 14123 Filed by Phillip Lee Steele and Response Thereto (Docket No. 8205)

d.      Second Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8285)

e.      Third Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8421)

f.      Notice of Hearing (Re: related document(s) 5879 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9819)

Objection
Deadline:               December 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached Exhibit A.

Status:                 The status hearing for the Objection as it relates to the one remaining claim has been adjourned to August 22, 2011 at 2:00 p.m.

11.     Debtors' Seventeenth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7013)

Related
Documents:

a.      Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7457)

b.      Supplemental Order on Debtors' Seventeenth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability

(Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7674)

c.      Notice of Proposed Settlement Agreement and Stipulation by and Between the Debtors and Universal Display and Fixtures Company (Docket No. 8002)

d.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors' Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth Omnibus Objection to Claim No. 5708 (Docket No. 8358)

e.      Notice of Proposed Settlement Agreement and Stipulation by and Between the Debtors and Richard Kreuger (Docket No. 8435)

f.      Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Z-Line Designs, Inc. (Docket No. 8857)

g.      Notice of Hearing (Re: related document(s) 7013 Objection to Claim filed by Circuit City Stores, Inc.) (Docket No. 9820)

h.      Trustee's Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the Claim of Jamie Stack (Claim No. 14139)

i.      Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the Claim of Sarah B. Harris [Claim No. 14314] (Docket No. 9869)

j.      Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the Claim of Jean S. Hamby [Claim No. 13896] (Docket No. 9870)

k.      Notice of Hearing (Re: related document(s)[7013] Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 3/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 9985)

l.      Stipulation *TO CONSOLIDATE OBJECTION TO CLAIM WITH PENDING ADVERSARY PROCEEDING* By Circuit City Stores, Inc. Liquidating Trust and Between SAP INDUSTRIES, INC., FKA SAP RETAIL INC (Docket No. 10103)

m.      Notice and Withdrawal , *WITHOUT PREJUDICE, OF DEBTORS SEVENTIETH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF MOBILE EDGE [CLAIM NO. 3788]* (Docket No. 10085)

n.      Notice and Withdrawal , *WITHOUT PREJUDICE, OF DEBTORS SEVENTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN (I) NO*

13

*LIABILITY (LEGAL CLAIMS); (II) NO LIABILITY (SATISFIED CLAIMS); (III) NO LIABILITY (HUMAN RESOURCES CLAIMS) AND (IV) NO LIABILITY (MISCELLANEOUS CLAIMS)) SOLELY WITH RESPECT TO THE CLAIM OF CURTISS McGOUGH (CLAIM NO. 3439)* (Docket No. 10087)

o.      Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Satisfied Claims); (iii) No Liability (Human Resources Claims); and (iv) No Liability (Miscellaneous Claims)) Solely as it Relates to the claim of Albert Flowers, Jr. (Docket No. 10242)

p.      Order Approving Stipulation Between Alfred H. Siegel, As Trustee Of The Circuit City Stores, Inc. Liquidating Trust and SAP Industries, Inc. To Consolidate Objection To Claim With Pending Adversary Proceeding (Re: related document(s)[10103] Stipulation filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10366)

Objection
Deadline:               April 22, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached <u>Exhibit A</u>.

Status:                 For the one remaining claim for which the Objection is still pending, this status hearing is adjourned to August 22, 2011 at 2:00 p.m.  See attached <u>Exhibit A.</u>

12.     Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (Docket No. 7460)

Related
Documents:

a.      Order on Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (Docket No. 7858)

b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, the Equal Employment Opportunity Commission, Jamal Booker and Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230 and 4238 (Docket No. 8138)

Objection
Deadline:               June 1, 2010 at 4:00 p.m.

Objections/

14

Responses
Filed:                     See attached <u>Exhibit A</u>

Status:                    For the one claim for which the Objection is still pending, this
                           matter is adjourned to August 22, 2011 at 2:00 p.m.  See attached
                           <u>Exhibit A</u>.


13.    Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal
       Claims) (Docket No. 7874)

       Related
       Documents:

       a.      Order on Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of
               Certain Legal Claims) (Docket No. 8199)

       b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
               Debtors and James Fouskey Resolving the Debtors' Seventy-Ninth Omnibus
               Objection to Claim No. 4017 (Docket No. 8733)

       c.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
               Debtors and Richard Grande Resolving the Debtors' Seventy-Ninth Omnibus
               Objection to Claim No. 6242 (Docket No. 8739)

       d.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
               Debtors and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus
               Objection to Claim No. 6008 (Docket No. 8740)

       e.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
               Debtors and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus
               Objection to Claim No. 4767 (Docket No. 8744)

       f.      Notice of Proposed Settlement Agreement and Stipulation by and among the
               Debtors and Anna Thomas Resolving the Debtors' Seventy-Ninth Omnibus
               Objection to Claim No. 3145 (Docket No. 8777)

       g.      Notice of Proposed Settlement Agreement and Stipulation by and among the
               Debtors and Leedell Murphy Resolving the Debtors' Seventy-Ninth Omnibus
               Objection to Claim No. 5832 (Docket No. 8841).

       h.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-
               NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
               CLAIM OF DENISE K. FISHER [CLAIM NO. 3544]* (Docket No. 9903)

       i.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-
               NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
               CLAIM OF MARY LOPRESTI [CLAIM NO. 5401]* (Docket No. 9904)

Objection
Deadline:                July 15, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached <u>Exhibit A</u>.

Status:                  For those claims for which the Objection is still pending, this
                         matter is adjourned to August 22, 2011 at 2:00 p.m.  See attached
                         <u>Exhibit A</u>.

14.    Notice and Objection to Claim of The Arizona Department Of Revenue - *Liquidating
       Trust's Objection to Claim No. 14695 Filed By The Arizona Department Of Revenue*
       (Docket No. 10055)

       Related
       Documents:

       Objection
       Deadline:         Extended to May 9, 2011 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.       Response to (Re: related document(s)[10055] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust) filed by Denise Ann Faulk on behalf of
                Arizona Department of Revenue.

       Status:           The status hearing will be adjourned to August 22, 2011 at 2:00
                         p.m.  Claimant does not need to appear at this hearing.

15.    Notice and Objection to Claim of The City Of New York Department Of Finance -
       *Liquidating Trust's Objection to Claim No. 2297 Filed By The City Of New York
       Department Of Finance*  (Docket No. 10056)

       Related
       Documents:

       Objection
       Deadline:         April 7, 2011 at 4:00 p.m.

       Objections/
       Responses
       Filed:

16

    a.     Response Of The New York Department of Finance ("DOF") To The Liquidating Trust's Objection to DOF Claim No. 2297 For Pre-Petition Excise Taxes (Docket No. 10056)

    b.     Motion to Approve *NOTICE AND CROSS-MOTION OF THE NEW YORK CITY DEPARTMENT OF FINANACE FOR LEAVE TO AMEND AND INCREASE TAX PRIORITY CLAIM NO. 2297, BASED ON THE RECORDS PROCDUCED BY THE DEBTORS AFTER THE BAR DATE* filed by The New York City Dept. of Finance (Docket No. 10471)

    c.     Order Addressing Aspects of Liquidating Trust's Objection To Claim No 2297 Filed By The New York City Department of Finance (Re: related document(s) 10056 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10581 Hearing continued) (Docket No. 10647)

Status:          During the status hearing the Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m. Response to the Cross-Motion shall be filed seven days from the date of any substantive hearing scheduled in connection with the Objection.  Claimant does not need to appear at this hearing.

16.    Notice and Objection to Claim of The Tennessee Department of Revenue - *Liquidating Trust's Objection to Claim Nos. 12970 and 14308 Filed By The Tennessee Department of Revenue* (Docket No. 10057)

Related Documents:

Objection Deadline:          April 7, 2011 at 4:00 p.m.

Objections/ Responses Filed:          Response to Liquidating Trust's Objection to Claim Nos. 12970 and 14308 of the Tennessee Department of Revenue

Status:          A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing.  During the status hearing the Trust will advise the Court that the status hearing will be adjourned to August 22, 2011 at 2:00 p.m.

17.    Notice and Objection to Claim of The Wisconsin Department of Revenue - *Liquidating Trust's Objection to Claim No. 12598 Filed By The Wisconsin Department of Revenue* (Docket No. 10058)

Related
Documents:

Objection
Deadline:                    April 7, 2011 at 4:00 p.m.

Objection/
Responses:
Filed:                       Letter Response to the Liquidating Trustee's Claim No. 12958
                             filed by Wisconsin Department of Revenue (Docket 10169)

                             Letter (March 8, 2011) Response to Liquidating Trustee's
                             Objection to Claim No. 12958 filed by Wisconsin Dept. of
                             Revenue (Docket 10224)

Status:                      A status conference will go forward with respect to this Objection.
                             Claimant does not need to appear at this hearing.  During the status
                             hearing the Trust will advise the Court that the status hearing will
                             be adjourned to August 22, 2011 at 2:00 p.m.


18.   Notice and Objection to Claim of Louisiana Department Of Revenue - *Objection to
      Claim Nos. 514, 13514 and 15207 Filed By The Louisiana Department Of Revenue*
      (Docket No. 10064)

      Related
      Documents:

      Objection
      Deadline:              April 7, 2011 at 4:00 p.m.

      Objections/
      Responses
      Filed:                 None

      Status:                The status hearing is adjourned to August 22, 2011 at 2:00 p.m.
                             Claimant does not need to appear at this hearing.


19.   Notice and Objection to Claim of Commonwealth of Massachusetts *Liquidating Trust's
      Objection to Claim No.14832 Filed By The Commonwealth of Massachusetts* (Docket
      No. 10066)

      Related
      Documents:

      Objection
      Deadline:              Extended to May 9, 2011 at 4:00 p.m.

Objections/
Responses
Filed:

a.      Response by Commissioner of Massachusetts Department of Revenue to
        Liquidating Trust's Objection to Claim No. 14832 Filed by the commonwealth of
        Massachusetts *with certificate of service* (Re: related document(s)[10066]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by
        Stephen G. Murphy of Massachusetts Department of Revenue on behalf of
        Massachusetts Department of Revenue. (Attachments: # (1) Exhibit(s) 1 thru 3#
        (2) Exhibit(s) 4 thru 6# (3) Exhibit(s) 7 thru 9# (4) Exhibit(s) 10 thru 12# (5)
        Exhibit(s) 13 thru 15) (Docket No. 10694)

Status:          The status hearing will be adjourned to August 22, 2011 at 2:00 p.m.
                 Claimant does not need to appear at this hearing.


20.    Notice and Objection to Claim of State of New Jersey - *Liquidating Trust's Objection to
       Claim Nos. 2300 and 11861 Filed by the State of New Jersey* (Docket No. 10068)

       Related
       Documents:

       Objection
       Deadline:          Extended to May 9, 2011 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       Status:            The status hearing will be adjourned to August 22, 2011 at 2:00
                          p.m.  Claimant does not need to appear at this hearing.


21.    Notice and Objection to Claim of Commonwealth of Virginia Department of Taxation -
       *Liquidating Trust's Objection to Claim Nos. 12898 And 14636 Filed By The
       Commonwealth Of Virginia Department Of Taxation* (Docket No. 10070)

       Related
       Documents:

       Objection
       Deadline:          April 7, 2011 at 4:00 p.m.

       Objections/
       Responses
        Filed:            Reply , Response to , Objection (Re: related document(s)[10070]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust) filed by Mark K. Ames of Taxing Authority Consulting
Services PC on behalf of Commonwealth of Virginia, Department
of Taxation

Status:            A status conference will go forward with respect to this Objection.
                   Claimant does not need to appear at this hearing.  During the status
                   hearing the Trust will advise the Court that the status hearing will
                   be adjourned to August 22, 2011 at 2:00 p.m.


Dated: Richmond, Virginia          TAVENNER & BERAN, PLC
       July 11, 2011


                                   ____/s/ Paula S. Beran_____
                                   Lynn L. Tavenner (VA Bar No. 30083)
                                   Paula S. Beran (VA Bar No. 34679)
                                   20 North Eighth Street, 2nd Floor
                                   Richmond, Virginia 23219
                                   (804) 783-8300

                                             - and -

                                   PACHULSKI STANG ZIEHL & JONES LLP
                                   Jeffrey N. Pomerantz, Esq.
                                   Andrew W. Caine, Esq.
                                   10100 Santa Monica Boulevard
                                   Los Angeles, California 90067-4100
                                   (310) 277-6910

                                             - and –

                                   Robert J. Feinstein, Esq.
                                   John A. Morris, Esq.
                                   PACHULSKI STANG ZIEHL & JONES LLP
                                   780 Third Avenue, 36th Floor
                                   New York, New York 10017
                                   (212) 561-7700

                                   Co-Counsel for the Circuit City Stores, Inc.
                                   Liquidating Trust

**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 10024 9722 10020 | 4106 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 22 | Cormark, Inc. | 7304 | 4100 | This matter has been resolved and settled pursuant to procedures approved by this Court |
| 31 | Glenn Cordell Duncan | 2722 2725 | 4755 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 31 | Gary R. Lowe | 5144 | 4810 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 3548 | 4811 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 31 | Eisner, Roy | 3025 | 4821 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 31 | Jonathan Card | 6040 | 4823 4943 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 31 | Brad C. King | 3634 | 4842 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 7065 | 4899 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 31 | Antor Media Corporation | 6347 | 4926 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the July 13, 2011 hearing.

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 31 | Joseph Skaf | 8717 | 4946 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 31 | Richard and Deborah Jaynes | 3427 | 4951 | This matter has been set for a substantive hearing on August 22, 2011 at 2:00 p.m. |
| 31 | Unical Enterprises, Inc. | 6555 | 4975 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| | | | | |
| 33 | Sensormatic Electronic Corporation | 6317 | 4906 | The parties have agreed to consolidate this objection with the objection to the same claim filed by the Liquidating Trust in its Seventh Omnibus Objection and will be submitting an order to the Court for approval of the consolidation. |
| | | | | |
| 37 | City of Brighton, Michigan | 11213 13834 | 5065 | The hearing on the Debtors' Motion for Partial Summary Judgment will go forward on August 22, 2011 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 13294 | 5098 | The hearing on the Debtors' Motion for Partial Summary Judgment will go forward on August 22, 2011 at 2:00 p.m. |
| 37 | Los Angeles County | 13628 | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment will go forward on August 22, 2011 at 2:00 p.m. |
| 37 | Monterey County | 14131 | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment will go forward on August 22, 2011 at 2:00 p.m. |
| 37 | Placer County, California | 13291 | 4788 4932 | The hearing on the Debtors' Motion for Partial Summary Judgment will go forward on August 22, 2011 at 2:00 p.m. |
| | | | | |

2

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 60 | Mark Stewart | 9295 | 6082 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 70 | Tribune Company and Los Angeles Times Newspapers Inc. | 13068 | 7255 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 76 | Lei, Yu-Liang | 13307 | 7584 | Before the Plan's Effective Date, this matter was resolved in principle, subject to completion of settlement documentation.  No such documentation was received before the Effective Date.  The claimant is now deceased.  The estate must be probated prior to anyone having authority to sign the settlement agreement.  Accordingly, the status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 76 | City of Avondale, Arizona | 14496 | 7771 | The claimant has withdrawn the claim. |
| 79 | Foster, William | 2922 3001 | 7999 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 79 | Eisner, Joanne | 3852 | 8003 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 79 | Coleman, Dorothy | 2733 | 8016 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 79 | Blackshear, Brenda | 4333 | 8017 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |

3

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 79 | Jardan, Sheila A. | 4006 | 8018 | This matter has been settled pending documentation of the settlement.<br><br>The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 79 | Evans, Joe | 3600 | 8030 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 79 | Gibson, Thomas H. | 3995 | 8034 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 79 | Martinez, Anthony | 9060 | 8035 | This matter has been resolved pending documentation of the settlement.<br><br>The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 79 | Tully, M.D., Vincent | 1134 | 8041 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 79 | Rollins, James | 14825 | 8054 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |
| 79 | Tinsley, Clementine | 4272 | 8055 | The status hearing on this response is adjourned to August 22, 2011 at 2:00 p.m. |

DOCS_LA:237805.1