Gust Rosenfeld P.L.C.
One East Washington Street
Suite 1600
Phoenix, Arizona  85004-2553
Telephone:  (602) 257-7954
Facsimile:  (602_ 254-4878
Séan P. O'Brien - 010540
spobrien@gustlaw.com
Jeremy M. Goodman - 025859
jgoodman@gustlaw.com

Attorneys for the City of Avondale



RICHMOND DIVISION
FILED JUL 11 2011
CLERK
US BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT

DISTRICT OF VIRGINIA, RICHMOND DIVISION

| In re | Case No. 08-35653 |
|---|---|
| CIRCUIT CITY STORES, INC., ET. AL., | (Chapter 11) |
| Debtor. | |

NOTICE OF WITHDRAWAL
OF NOTICE OF APPEARANCE AND
REQUEST FOR REMOVAL FROM ELECTRONIC NOTICING MATRIX

PLEASE TAKE NOTICE that Gust Rosenfeld P.L.C., counsel of record for City of Avondale ("Avondale"), hereby withdraws its Notice of Appearance in the above-captioned cases and its request for receipt of all notices, including electronic notices of documents in the above-captioned bankruptcy matter.

Avondale further respectfully requests that the Clerk of the United States Bankruptcy Court for the District Of Virginia, Richmond Division, remove it and its counsel of record from the electronic noticing matrix for the above captioned matters.

SPO:lls 1538199.1 7/1/2011

1

1   Respectfully submitted July 5, 2011.

2                                    Gust Rosenfeld P.L.C.

3                                    /s/ Séan P. O'Brien

4                                    By/s/ Séan P. O'Brien - 010540
                                     Séan P. O'Brien
5                                    Jeremy M. Goodman

6                                    Attorneys for the City of
                                     Avondale
7

8
    Original of the foregoing filed
9   on July 5, 2011, to:

10  United States Bankruptcy Court
    Eastern District of Virginia
11  701 East Broad Street
    Richmond, Virginia  23219
12
    Copies of the foregoing emailed/mailed
13  July 5, 2011, to:

14  Scotta McFarland
    Pachulski Stang Ziehl & Jones LLP
15  10100 Santa Monica Blvd., 11th Floor
    Los Angeles, CA  90067-4100
16  smcfarland@pszjlaw.com

17  Circuit City Stores, Inc., et al.
    Claims Processing Department
18  Kurtzman Carson Consultants LLC
    2335 Alaska Avenue
19  El Segundo, CA  90245

20  Douglas M. Foley, Esq.
    McGuire Woods LLP
21  9000 World Trade enter
    101 W. Main St.
22  Norfolk, VA  23510

23  Dion W. Hayes, Esq.
    McGuire Woods LLP
24  One James Center 901 E. Cary St.
    Richmond, VA  23219
25

26

SPO:lls 1538199.1 7/1/2011

2

1  Greg Galardi
   Chris L. Dickerson
2  Skadden, Arps, Slate, Meagher & Flom LLP
   One Rodney Square
3  P.O. Box 636
   Wilmington, Delaware  19899-0636
4
   Robert B. Van Arsdale
5  Office of the U.S. Trustee
   701 East Broad Street, Suite 4304
6  Richmond, VA  23219

7
8  By /s/ Linda L. Schrieber
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

SPO:lls 1538199.1 7/1/2011

3

# GUST ROSENFELD
*ATTORNEYS SINCE 1921 P.L.C.*

■ ONE E. WASHINGTON, SUITE 1600 ■ PHOENIX, ARIZONA 85004-2553 ■ TELEPHONE 602-257-7422 ■ FACSIMILE 602-254-4878 ■

Board Certified - Business Bankruptcy Law
American Board of Certification

SÉAN P. O'BRIEN
602.257.7460
spobrien@gustlaw.com

July 5, 2011

Clerk of the Court
U.S. Bankruptcy Court
701 East Broad Street
Richmond, VA  23219-1888

Re:  In re Circuit City Stores, Inc.
     Case No. 08-35653 (Chapter 11)

Dear Sir/Madam:

Enclosed is the Notice of Withdrawal of Notice of Appearance and Request for Removal from the Electronic Noticing Matrix regarding the above captioned matter.

Please return a time stamped copy in the service envelope provided of the Notice upon receipt of this.

Very truly yours,

Linda Armijo
Assistant to
Séan P. O'Brien
For the Firm

SPO/lla
1538659