Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et</u> <u>al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**SECOND ORDER REGARDING LIQUIDATING TRUST'S SIXTH
OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF
CERTAIN INVALID UNLIQUIDATED CLAIMS AND FIXING
<u>OF CERTAIN UNLIQUIDATED CLAIMS)</u>**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Sixth Omnibus Objection to Claims (Disallowance of Certain Invalid Unliquidated Claims and Fixing of Certain Unliquidated Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibits C through E attached to the Objection be disallowed or fixed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that, except as extended by agreement with certain Claimants, no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.  The Objection is SUSTAINED as to the Claims of Safeco Insurance Company of America identified on Exhibit A as attached hereto and incorporated herein; such claims are forever disallowed in their entirety as they are contingent claims for reimbursement under 11 U.S.C. § 502(e).

2.  The Court will conduct a status conference on August 22, 2011 at 2:00 p.m. for all Claims identified on Exhibit B attached hereto.

3.  The Liquidating Trust's rights to object to any claim identified on

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Exhibit B on any grounds that applicable law permits are not waived and are expressly reserved.

        4.        The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

        5.        This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
       _____, 2011

       _____
       HONORABLE KEVIN R. HUENNEKENS
       UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

___/s/ Lynn L. Tavenner_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

_____/s/ Lynn L. Tavenner_____
Lynn L. Tavenner

4

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH
**EXHIBIT A**

| **CLAIMS TO BE DISALLOWED PER 11 U.S.C. § 502(e)** |||||| 
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 29-Jan-09 | 7978 | Safeco Insurance Company of America<br>c o George J Bachrach<br>Whiteford Taylor & Preston LLP<br>7 St Paul St<br>Baltimore, MD 21202-1636 | Safeco Surety<br>Caryn Mohan Maxfield Senior Surety Claims Representative<br>2800 W Higgins Rd Ste 1000<br>Hoffman Estates, IL 60169 | unliquidated (priority); unliquidated (secured) | Circuit City Stores, Inc. 08-35653 |
| 29-Jan-09 | 8106 | Safeco Insurance Company of America<br>c o George J Bachrach<br>Whiteford Taylor & Preston LLP<br>7 St Paul St<br>Baltimore, MD 21202-1636 | Safeco Surety<br>Caryn Mohan Maxfield Senior Surety Claims Representative<br>2800 W Higgins Rd Ste 1000<br>Hoffman Estates, IL 60169 | unliquidated (priority); unliquidated (secured) | Circuit City Stores PR, LLC 08-35660 |
| 29-Jan-09 | 8113 | Safeco Insurance Company of America<br>c o George J Bachrach<br>Whiteford Taylor & Preston LLP<br>7 St Paul St<br>Baltimore, MD 21202-1636 | Safeco Surety<br>Caryn Mohan Maxfield Senior Surety Claims Representative<br>2800 W Higgins Rd Ste 1000<br>Hoffman Estates, IL 60169 | unliquidated (priority); unliquidated (secured) | Circuit City Purchasing Company, LLC 08-35657 |
| 29-Jan-09 | 8121 | Safeco Insurance Company of America<br>c o George J Bachrach<br>Whiteford Taylor & Preston LLP<br>7 St Paul St<br>Baltimore, MD 21202-1636 | Safeco Surety<br>Caryn Mohan Maxfield Senior Surety Claims Representative<br>2800 W Higgins Rd Ste 1000<br>Hoffman Estates, IL 60169 | unliquidated (priority); unliquidated (secured) | Circuit City Stores West Coast, Inc. 08-35654 |
| 29-Jun-09 | 14268 | Safeco Insurance Company of America<br>c o George J Bachrach<br>Whiteford Taylor & Preston LLP<br>7 St Paul St<br>Baltimore, MD 21202-1636 | | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 29-Mar-10 | 14972 | Safeco Insurance Company of America<br>George J Bachrach<br>Wright Constable & Skeen LLP<br>100 N Charles St Ste 1600<br>Baltimore, MD 21201 | | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |

12304-002\DOCS_NY:23059v1

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT B**

| | | CLAIMS TO BE HEARD AT AUGUST 22, 2011 STATUS CONFERENCE | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 28-Jan-09 | 7368 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | PRAHS, INC.<br>08-35670 |
| 28-Jan-09 | 7369 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Patapsco Designs, Inc.<br>08-35667 |
| 28-Jan-09 | 7370 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Sky Venture Corp.<br>08-35668 |
| 28-Jan-09 | 7372 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Circuit City Properties, LLC<br>08-35661 |
| 28-Jan-09 | 7373 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Circuit City Stores PR, LLC<br>08-35660 |
| 28-Jan-09 | 7374 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Courchevel, LLC<br>08-35664 |

12304-002\DOCS_NY:23059v1

| | | | CLAIMS TO BE HEARD AT AUGUST 22, 2011 STATUS CONFERENCE | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 28-Jan-09 | 7375 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | CC Aviation, LLC<br>08-35658 |
| 28-Jan-09 | 7377 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Orbyx Electronics, LLC<br>08-35662 |
| 28-Jan-09 | 7378 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Circuit City Purchasing Company, LLC<br>08-35657 |
| 28-Jan-09 | 7379 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Mayland MN, LLC<br>08-35666 |
| 28-Jan-09 | 7380 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | XSStuff, LLC<br>08-35669 |
| 28-Jan-09 | 7381 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | CC Distribution Company of Virginia, Inc.<br>08-35659 |
| 28-Jan-09 | 7382 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Circuit City Stores West Coast, Inc.<br>08-35654 |

12304-002\DOCS_NY:23059v1

| | | CLAIMS TO BE HEARD AT AUGUST 22, 2011 STATUS CONFERENCE | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 28-Jan-09 | 7383 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Kinzer Technology, LLC<br>08-35663 |
| 28-Jan-09 | 7384 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Circuit City Stores, Inc.<br>08-35653 |
| 28-Jan-09 | 7385 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Abbott Advertising Agency, Inc.<br>08-35665 |
| 28-Jan-09 | 7386 | Old Republic Insurance Company of Canada<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | Paul M Field<br>Old Republic Insurance Company of Canada<br>100 King St West<br>Box 557<br>Hamilton, ON L8N 3K9<br>Canada | unliquidated (unsecured); unliquidated (secured) | Circuit City Stores, Inc.<br>08-35653 |
| 30-Jan-09 | 10202 | American Home Assurance Company<br>American Home Assurance Company Canada et al<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY 10270 | | unliquidated (unsecured); unliquidated (secured) | Circuit City Stores, Inc.<br>08-35653 |
| 30-Jan-09 | 10203 | American Home Assurance Company<br>American Home Assurance Company Canada et al<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY 10270 | | unliquidated (unsecured); unliquidated (secured) | InterTAN, Inc.<br>08-35655 |

12304-002\DOCS_NY:23059v1

| | | CLAIMS TO BE HEARD AT AUGUST 22, 2011 STATUS CONFERENCE | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 30-Jan-09 | 10204 | American Home Assurance Company<br>American Home Assurance Company Canada et al<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY 10270 | | unliquidated (unsecured); unliquidated (secured) | Circuit City Stores West Coast, Inc.<br>08-35654 |
| 30-Jan-09 | 10205 | American Home Assurance Company<br>American Home Assurance Company Canada et al<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY 10270 | | unliquidated (unsecured); unliquidated (secured) | Circuit City Properties, LLC<br>08-35661 |
| 30-Jan-09 | 10206 | American Home Assurance Company<br>American Home Assurance Company Canada et al<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY 10270 | | unliquidated (unsecured); unliquidated (secured) | Circuit City Purchasing Company, LLC<br>08-35657 |
| 30-Jan-09 | 10207 | American Home Assurance Company<br>American Home Assurance Company Canada et al<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY 10270 | | unliquidated (unsecured); unliquidated (secured) | Circuit City Stores PR, LLC<br>08-35660 |
| 06-Mar-09 | 11721 | California Self Insurers Security Fund<br>Louise J Cisz Esq Gina Fornario Esq<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl<br>San Francisco, CA 94111 | | unliquidated (priority); unliquidated (secured) | Circuit City Stores, Inc.<br>08-35653 |
| 06-Mar-09 | 11811 | California Self Insurers Security Fund<br>Louise J Cisz Esq Gina Fornario Esq<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl<br>San Francisco, CA 94111 | | unliquidated (priority); unliquidated (secured) | Circuit City Stores West Coast, Inc.<br>08-35654 |

12304-002\DOCS_NY:23059v1

| | | CLAIMS TO BE HEARD AT AUGUST 22, 2011 STATUS CONFERENCE | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 30-Jun-09 | 13899 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 30-Jun-09 | 13901 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Circuit City Stores West Coast, Inc.<br>08-35654 |
| 30-Jun-09 | 14089 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Circuit City Purchasing Company, LLC<br>08-35657 |
| 30-Jun-09 | 14090 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Circuit City Properties, LLC<br>08-35661 |
| 30-Jun-09 | 14091 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Courchevel, LLC<br>08-35664 |
| 30-Jun-09 | 14094 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Circuit City Stores PR, LLC<br>08-35660 |

12304-002\DOCS_NY:23059v1

| | | CLAIMS TO BE HEARD AT AUGUST 22, 2011 STATUS CONFERENCE | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 30-Jun-09 | 14124 | American Home Assurance Company American Home Assurance Company Canada American International Specialty Lines Insurance Company AIU Insurance Company Granite State Insurance Company Lexington Insurance Company National Union Fire Insurance Company of Pittsburgh PA New Hampshire Insurance Company Canada The Insuran Attn Michelle A Levitt 175 Water St 18th Fl New York, NY 10038 | | unliquidated (administrative) | Circuit City Properties, LLC 08-35661 |
| 30-Jun-09 | 14125 | American Home Assurance Company American Home Assurance Company Canada American International Specialty Lines Insurance Company AIU Insurance Company Granite State Insurance Company Lexington Insurance Company National Union Fire Insurance Company of Pittsburgh PA New Hampshire Insurance Company Canada The Insuran Attn Michelle A Levitt 175 Water St 18th Fl New York, NY 10038 | | unliquidated (administrative) | Circuit City Purchasing Company, LLC 08-35657 |

| | | CLAIMS TO BE HEARD AT AUGUST 22, 2011 STATUS CONFERENCE | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 30-Jun-09 | 14126 | American Home Assurance Company<br>American Home Assurance Company Canada<br>American International Specialty Lines Insurance<br>Company AIU Insurance Company Granite State Insurance Company Lexington Insurance Company National Union Fire Insurance Company of Pittsburgh PA New Hampshire Insurance Company Canada The Insuran<br>Attn Michelle A Levitt<br>175 Water St 18th Fl<br>New York, NY 10038 | | unliquidated (administrative) | InterTAN, Inc.<br>08-35655 |
| 30-Jun-09 | 14127 | American Home Assurance Company<br>American Home Assurance Company Canada<br>American International Specialty Lines Insurance<br>Company AIU Insurance Company Granite State Insurance Company Lexington Insurance Company National Union Fire Insurance Company of Pittsburgh PA New Hampshire Insurance Company Canada The Insuran<br>Attn Michelle A Levitt<br>175 Water St 18th Fl<br>New York, NY 10038 | | unliquidated (administrative) | Circuit City Stores West Coast, Inc.<br>08-35654 |
| 30-Jun-09 | 14144 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Patapsco Designs, Inc.<br>08-35667 |

| | | **CLAIMS TO BE HEARD AT AUGUST 22, 2011 STATUS CONFERENCE** | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 30-Jun-09 | 14151 | American Home Assurance Company et al and Certain Other Affiliates of the AIU Holdings Inc<br>Attn Michelle A Levitt Esq<br>Law Dept<br>175 Water St 18th Fl<br>New York, NY 10038 | | unliquidated (administrative) | Circuit City Stores, Inc.<br>08-35653 |
| 30-Jun-09 | 14152 | American Home Assurance Company et al and Certain Other Affiliates of the AIU Holdings Inc<br>Attn Michelle A Levitt Esq<br>Law Dept<br>175 Water St 18th Fl<br>New York, NY 10038 | | unliquidated (administrative) | Circuit City Stores PR, LLC<br>08-35660 |
| 30-Jun-09 | 14214 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Kinzer Technology, LLC<br>08-35663 |
| 30-Jun-09 | 14215 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | PRAHS, INC.<br>08-35670 |
| 30-Jun-09 | 14350 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Mayland MN, LLC<br>08-35666 |
| 30-Jun-09 | 14367 | Old Republic Insurance Company of Canada<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Circuit City Stores, Inc.<br>08-35653 |

| | | **CLAIMS TO BE HEARD AT AUGUST 22, 2011 STATUS CONFERENCE** | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 30-Jun-09 | 14368 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Orbyx Electronics, LLC<br>08-35662 |
| 30-Jun-09 | 14369 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Sky Venture Corp.<br>08-35668 |
| 30-Jun-09 | 14370 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | Abbott Advertising Agency, Inc.<br>08-35665 |
| 30-Jun-09 | 14371 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | XSStuff, LLC<br>08-35669 |
| 30-Jun-09 | 14373 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | CC Aviation, LLC<br>08-35658 |
| 30-Jun-09 | 14374 | Old Republic Insurance Company<br>c o Margaret Anderson<br>Fox Hefter Swibel Levin & Carroll LLP<br>200 W Madison St Ste 3000<br>Chicago, IL 60606 | | unliquidated (administrative) | CC Distribution Company of Virginia, Inc.<br>08-35659 |
| 01-Jul-09 | 14405 | Liberty Mutual Fire Insurance Company and Liberty Mutual Insurance Company<br>Attn Toni Price<br>Jackson Walker LLP<br>112 E Pecan St Ste 2400<br>San Antonio, TX 78205 | | unliquidated (administrative) | Circuit City Stores, Inc.<br>08-35653 |

| **CLAIMS TO BE HEARD AT AUGUST 22, 2011 STATUS CONFERENCE** |
| --- | --- | --- | --- | --- | --- |
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 31-Mar-10 | 14898 | American Home Assurance Company<br>American Home Assurance Company Canada<br>Chartis Specialty Lines Insurance Company et al<br>Michelle A Levitt Authorized Representative<br>175 Water St 18th Fl<br>New York, NY 10038 | | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 31-Mar-10 | 14899 | American Home Assurance Company<br>American Home Assurance Company Canada<br>Chartis Specialty Lines Insurance Company et al<br>Michelle A Levitt Authorized Representative<br>175 Water St 18th Fl<br>New York, NY 10038 | | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 31-Mar-10 | 14971 | California Self Insurers Security Fund<br>PO Box 22510<br>Sacramento, CA 95822 | California Self Insurers Security Fund<br>Louis J Cisz III<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl Ste 1800<br>San Francisco, CA 94111 | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 31-Mar-10 | 14973 | California Self Insurers Security Fund<br>PO Box 22510<br>Sacramento, CA 95822 | California Self Insurers Security Fund<br>Louis J Cisz III<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl Ste 1800<br>San Francisco, CA 94111 | unliquidated (administrative) | Circuit City Stores West Coast, Inc. 08-35654 |
| 07-Apr-10 | 15004 | California Self Insurers Security Fund<br>PO Box 22510<br>Sacramento, CA 95822 | California Self Insurers Security Fund<br>Louis J Cisz III<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl Ste 1800<br>San Francisco, CA 94111 | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |

| **CLAIMS TO BE HEARD AT AUGUST 22, 2011 STATUS CONFERENCE** |
|---|---|---|---|---|---|

| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
|---|---|---|---|---|---|
| 13-May-10 | 15030 | California Self Insurers Security Fund<br>PO Box 22510<br>Sacramento, CA 95822 | California Self Insurers Security Fund<br>Louis J Cisz III<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl Ste 1800<br>San Francisco, CA 94111 | unliquidated (administrative) | Circuit City Stores West Coast, Inc. 08-35654 |
| 13-May-10 | 15031 | California Self Insurers Security Fund<br>PO Box 22510<br>Sacramento, CA 95822 | California Self Insurers Security Fund<br>Louis J Cisz III<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl Ste 1800<br>San Francisco, CA 94111 | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 01-Jul-09 | 14487 | Walter Lee Swain Jr<br>756 Granite Ridge Dr<br>Ft Worth, TX 76179 | Swain Jr, Walter Lee<br>756 Granite Ridge Drive<br>Fort Worth, TX 76179 | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |