| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

      - and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SECOND ORDER SUSTAINING LIQUIDATING TRUST'S SEVENTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS AND <u>RECLASSIFICATION OF CERTAIN INCORRECTLY CLASSIFIED CLAIMS</u>)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Seventh Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibits C through L attached to the Objection be reduced, disallowed or reclassified for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED as to the Claims identified on Exhibit A and Exhibit B as attached hereto.

2. The Claims identified on Exhibit A as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3. The Claims identified on Exhibit B as attached hereto and incorporated herein are modified for all purposes in these bankruptcy cases in the manner stated in Exhibit C.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

4. The Court will conduct a status conference on August 22, 2011 at 2:00 p.m. for all Claims identified on <u>Exhibit C</u> attached hereto.

5. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

6. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2011

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


___/s/ Lynn L. Tavenner_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
      - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
      - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

 Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

           _____/s/ Lynn L. Tavenner_____
             Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A**

| | | DISALLOWED CLAIMS | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 29-Jun-09 | 13831 | Innovative Marketing Solutions LLC<br>5244 Chappell Ridge Pl<br>Glen Allen, VA 23059 | | $35,000 (administrative) | Circuit City Stores, Inc. 08-35653 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT B**

| | CLAIMS TO BE RECLASSIFIED AND/OR MODIFIED | | | | | RECLASSIFIED/MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount and Classification | Debtor | Modified Claim Amount and Classification | Debtor |
| 11-Dec-08 | 788 | I TOUCHLESS HOUSEWARES & PRODUCTS, INC<br>AIIN VIVIAN JIN<br>551 FOSTER CITY BLVD UNIT M<br>FOSTER CITY, CA 94404 | | $12,628.00 (administrative) | Circuit City Stores, Inc. 08-35653 | $12,277.50 (general unsecured) | Circuit City Stores, Inc. 08-35653 |
| 05-Dec-08 | 186 | POWER SALES<br>ATTN TONI EVANS<br>801 N MEADOWBROOK<br>OLATHE, KS 66216 | | $3,398.7 (administrative) | Circuit City Stores, Inc. 08-35653 | $3,174.94 (administrative) | Circuit City Stores, Inc. 08-35653 |

DOCS_NY:23086v1

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**

| | | CLAIMS TO BE HEARD AT AUGUST 22, 2011 STATUS CONFERENCE | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 29-Mar-10 | 14910 | AT&T Corp<br>c o Cheryl Becker Bankruptcy Dept<br>AT&T Accounts Receivable Center<br>722 N Broadway 11th Fl<br>Milwaukee, WI 53202 | | $16,348.04 (administrative secured) | Circuit City Stores, Inc. 08-35653 |
| 23-Dec-10 | 15190 | AT&T Corp<br>c o James Grudus Esq<br>AT&T Services Inc<br>One AT&T Way Rm 3A218<br>Bedminster, NJ 07921 | AT&T Accounts Receivable Center<br>c o Cheryl Becker Bankruptcy Dept<br>722 N Broadway 9th Fl<br>Milwaukee, WI 53202 | $26,382.75 (administrative secured) | Circuit City Stores, Inc. 08-35653 |
| 23-Dec-10 | 15191 | AT&T Corp<br>c o James Grudus Esq<br>AT&T Services Inc<br>One AT&T Way Rm 3A218<br>Bedminster, NJ 07921 | AT&T Accounts Receivable Center<br>c o Cheryl Becker Bankruptcy Dept<br>722 N Broadway 9th Fl<br>Milwaukee, WI 53202 | $26,382.75 (administrative secured) | Circuit City Stores, Inc. 08-35653 |
| 30-Dec-10 | 15184 / Docket No. 9695 | AT&T<br>Julie Quagliano, Esq.<br>Seeger Faughnan Mendicino, P.C.<br>2620 P Street, NW<br>Washington, D.C. 20007 | AT&T<br>Scott Cargill Esq & Joseph A Becht Esq<br>65 Livingston Ave<br>Roseland, NJ 07068-1791 | $828,253.14 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 01-Jun-10 | 15047 | Audrey Soltis<br>c o Butwinick Donaldson<br>325 33rd Ave N Ste 104<br>Saint Cloud, MN 56303 | | $485,000.00 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 01-Jun-09 | 13090 | Bay State Gas Company<br>Attn Bankruptcy Dept<br>PO Box 2025<br>Springfield, MA 01102-2025 | | $4,677.86 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 01-Jul-09 | 13926 | BellSouth Telecommunications Inc<br>Vincent A DAgostino Esq<br>c o Lowenstein Sandler PC<br>65 Livingston Ave<br>Roseland, NJ 07068 | AT&T Services Inc<br>Attn James Grudus<br>One AT&T Way Rm 3A218<br>Bedminster, NJ 07921 | $146,003.58 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 29-May-09 | 13082 | Bruce Senator<br>F 99302<br>PO Box 950<br>Folsom, CA 95763 | Bruce Senator<br>c o Nancy Lee<br>10502 Lampson Ave<br>Garden Grove, CA 92840 | $150.00 (priority) | Circuit City Stores, Inc. 08-35653 |
| 5/13/10 | 15028 | CALIFORNIA SELF INSURERS SECURITY FUND<br>Louis J. Cisz III<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl Ste 1800<br>San Francisco, CA 94111 | California Self Insurers Security Fund<br>PO Box 22510<br>Sacramento, CA 95822 | $23,010,774.00 (general unsecured); $6,278,351.00 (secured) | Circuit City Stores, Inc. 08-35653 |
| 5/13/10 | 15029 | CALIFORNIA SELF INSURERS SECURITY FUND<br>Louis J. Cisz III<br>Nixon Peabody LLP<br>One Embarcadero Ctr 18th Fl Ste 1800<br>San Francisco, CA 94111 | California Self Insurers Security Fund<br>PO Box 22510<br>Sacramento, CA 95822 | $22,910,774.00 (general unsecured); $6,278,351.00 (secured) | Circuit City Stores West Coast, Inc. 08-35654 |

DOCS_NY:23087v1

| CLAIMS TO BE HEARD AT AUGUST 22, 2011 STATUS CONFERENCE ||||||
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 29-Jun-09 | 14120 | Commonwealth Edison Company<br>Russell R Johnson III & John M Craig<br>Law Firm of Russell R Johnson III PLC<br>2258 Wheatlands Dr<br>Manakin Sabot, VA 23103 | | $78,569.52 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 1/15/09 | 4756 | LaCoursiere, Brian L<br>4347 Kings Church Rd<br>Taylorsville, KY 40071-7907 | | $2,000.00 (priority) | CC Distribution Company of Virginia, Inc. 08-35659 |
| 6/30/09 | 14195 | Liberty Mutual Fire Insurance Company and Liberty Mutual Insurance Company<br>Attn Toni Price<br>Jackson Walker LLP<br>112 E Pecan St Ste 2400<br>San Antonio, TX 78205 | | $125,502.82 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 1/30/09 | 9820 | LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO<br>Michael J. Skeary AVP & Sr Corp Counsel<br>Liberty Mutual Ins Co Legal Dept<br>175 Berkeley St Mail Stop 07A<br>Boston, MA 02117 | | $1,242,307.00 (secured) | Circuit City Properties, LLC 08-35661 |
| 1/30/09 | 9821 | LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO<br>Michael J. Skeary AVP & Sr Corp Counsel<br>Liberty Mutual Ins Co Legal Dept<br>175 Berkeley St Mail Stop 07A<br>Boston, MA 02117 | | $1,242,307.00 (secured) | Circuit City Stores West Coast, Inc. 08-35654 |
| 1/30/09 | 9822 | LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO<br>Michael J. Skeary AVP & Sr Corp Counsel<br>Liberty Mutual Ins Co Legal Dept<br>175 Berkeley St Mail Stop 07A<br>Boston, MA 02117 | | $1,242,307.00 (secured) | Abbot Advertising Agency, Inc. 08-35665 |
| 1/30/09 | 9823 | LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO<br>Michael J. Skeary AVP & Sr Corp Counsel<br>Liberty Mutual Ins Co Legal Dept<br>175 Berkeley St Mail Stop 07A<br>Boston, MA 02117 | | $1,242,307.00 (secured) | CC Distribution Company of Virginia, Inc. 08-35659 |
| 1/30/09 | 9824 | LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO<br>Michael J. Skeary AVP & Sr Corp Counsel<br>Liberty Mutual Ins Co Legal Dept<br>175 Berkeley St Mail Stop 07A<br>Boston, MA 02117 | | $1,242,307.00 (secured) | Patapsco Designs, Inc. 08-35667 |

| **CLAIMS TO BE HEARD AT AUGUST 22, 2011 STATUS CONFERENCE** |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 1/30/09 | 9819 | LIBERTY MUTUAL INSURANCE COMPANY LIBERTY MUTUAL FIRE INS CO<br>Michael J. Skeary AVP & Sr Corp Counsel<br>Liberty Mutual Ins Co Legal Dept<br>175 Berkeley St Mail Stop 07A<br>Boston, MA 02117 | | $1,242,307.00 (secured) | Circuit City Stores, Inc. 08-35653 |
| 03-Feb-09 | 10546 | McCabe, Michael<br>PO Box B<br>Villa Grande, CA 95486 | | $473.25 (priority) | Circuit City Stores, Inc. 08-35653 |
| 04-Jun-09 | 13266 | PPL Electric Utilities Corporation<br>Michael A Henry Esq<br>Gross McGinley LLP<br>33 S 7th St<br>PO Box 4060<br>Allentown, PA 18105-4060 | | $20,585.12 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 01-Jul-09 | 14216 | Public Company Accounting Oversight Board<br>Attn Nina Mojiri Azad or Mary Peters<br>1666 K Street NW<br>Baltimore, MD 20006 | | $4,700.00 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 01-Jul-09 | 14332 | SBC Global Services Inc<br>c o Lowenstein Sandler PC<br>Vincent A D Agostino Esq<br>65 Livingston Ave<br>Roseland, NJ 07068 | AT&T Services Inc<br>Attn James Grudus<br>One AT&T Way Rm 3A218<br>Bedminster, NJ 07921 | $34,979.55 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 27-Jan-09 | 6317 | Sensormatic Electronics Corporation<br>c o Alvin S Goldstein Esq<br>Furr & Cohen PA<br>2255 Glades Rd Ste 337W<br>Boca Raton, FL 33431 | | $108,263.45 (administrative secured) | Circuit City Stores, Inc. 08-35653 |
| 30-Jun-09 | 13947 | TFL Enterprises LLC<br>980 N Michigan Ave Ste 920<br>Chicago, IL 60611 | | $104,986.36 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 1/29/09 | 8540 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Circuit City Stores West Coast, Inc. 08-35654 |
| 1/29/09 | 8541 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | InterTAN, Inc. 08-35655 |
| 1/29/09 | 8542 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Circuit City Purchasing Company, LLC 08-35657 |

| **CLAIMS TO BE HEARD AT AUGUST 22, 2011 STATUS CONFERENCE** |
| --- | --- | --- | --- | --- | --- |
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 1/29/09 | 8543 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Ventoux International, Inc.<br>08-35656 |
| 1/29/09 | 8544 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | CC Aviation, LLC<br>08-35658 |
| 1/29/09 | 8545 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | CC Distribution Company of Virginia, Inc.<br>08-35659 |
| 1/29/09 | 8546 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Circuit City Stores PR, LLC<br>08-35660 |
| 1/29/09 | 8547 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Circuit City Properties, LLC<br>08-35661 |
| 1/29/09 | 8548 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Orbyx Electronics, LLC<br>08-35662 |
| 1/29/09 | 8549 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Courchevel, LLC<br>08-35664 |
| 1/29/09 | 8550 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Kinzer Technology, LLC<br>08-35663 |
| 1/29/09 | 8551 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Abbot Advertising Agency, Inc.<br>08-35665 |

| | | CLAIMS TO BE HEARD AT AUGUST 22, 2011 STATUS CONFERENCE | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 1/29/09 | 8552 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Mayland MN, LLC 08-35666 |
| 1/29/09 | 8553 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Patapsco Designs, Inc. 08-35667 |
| 1/29/09 | 8554 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | Sky Venture Corp. 08-35668 |
| 1/29/09 | 8555 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | XSStuff, LLC 08-35669 |
| 1/29/09 | 8556 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (total claim) | PRAHS, Inc. 08-35670 |
| 1/29/09 | 8539 | THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>Attn Michael Lynch<br>Travelers<br>One Tower Square 5MN<br>Hartford, CT 06183 | | $600,000.00 (secured); unliquidated (priority; additional classes checked) | Circuit City Stores, Inc. 08-35653 |
| 19-Dec-08 | 1331 | Toshiba America Consumer Products LLC<br>c o Leitess Leitess Friedberg & Fedder PC<br>1 Corporate Ctr<br>10451 Mill Run Cir Ste 1000<br>Owings Mills, MD 21117 | | $5,293,249.00 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 14-Oct-10 | 15106 | Toshiba America Consumer Products LLC<br>c o Leitess Leitess Friedberg & Fedder PC<br>1 Corporate Ctr<br>10451 Mill Run Cir Ste 1000<br>Owings Mills, MD 21117 | | $1,975,587.75 (general unsecured); $5,293,249.00 (administrative) | Circuit City Stores, Inc. 08-35653 |
| 19-Dec-08 | 1319 | Toshiba America Information Systems Inc<br>Attn Steven N Leitess<br>c o Leitess Leitess Friedberg & Fedder PC<br>1 Corporate Ctr<br>10451 Mill Run Cir Ste 1000<br>Owings Mills, MD 21117 | Toshiba America Information Systems Inc<br>9740 Irvine Blvd<br>Irvine, CA 92618 | $4,786,331.56 (administrative); $257,427.72 (general unsecured) | Circuit City Stores, Inc. 08-35653 |