| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR AND
MEMORANDUM OF LAW IN SUPPORT OF THE DEBTORS' MOTION FOR
PARTIAL SUMMARY JUDGMENT ON THE THIRTY-SEVENTH OMNIBUS
OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PERSONAL PROPERTY
TAX CLAIMS) AND SUBSTANTIVE HEARING ON CLAIM OBJECTIONS**
**(Thirty-Seventh Omnibus Objection – Claimant – City of Brighton, Claim Numbers 11213
& 13834; Claimant – Alameda County Treasurer-Tax Collector, Claim Numbers 13294;
Claimant – Los Angeles County, California Taxing Authority, Claim Number 13628;
Claimant – Monterey County, California Taxing Authority, Claim Number 14131;
Claimant - Placer County, California, Claim Number 13291)**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc . *et al.* (collectively, the "Debtors") **will seek to have the Court rule on the Debtors' Motion For And Memorandum**

**Of Law In Support Of The Debtors' Motion For Partial Summary Judgment ("Summary Judgment Motion) and thereafter hold a Substantive Hearing and sustain over the responses of the City of Brighton, Alameda County Treasurer-Tax Collector, Los Angeles County, California Taxing Authority, Monterey County, California Taxing Authority, and Placer County, California the Debtors' Thirty-Seventh Objection to Claims (Reduction of Certain Personal Property Tax Claims) (the "Claims Objection").**

PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing on the Summary Judgment Motion and thereafter hold a hearing and receive evidence on the Claims Objection on **August 22, 2011 at 2:00 p.m.**, (or such time thereafter as the matter may be heard) before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219.

PLEASE TAKE FURTHER NOTICE THAT **the undersigned will present evidence on August 22, 2011 at 2:00 p.m., in support of the relief sought in the Claims Objection.**

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated:    July 15, 2011

    */s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:   ltavenner@tb-lawfirm.com
        pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail:  jpomerantz@pszjlaw.com
        acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on July 15, 2011 via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via email or first-class mail, postage prepaid, on the following:

Paul E. Burns
LAW OFFICE OF PAUL E. BURNS
133 West Grant Fiver
Brighton, Michigan 48116
*Counsel for City of Brighton*

Martha E. Romero, Esq.
MNR Professional Building
6516 Bright Avenue
Wittier, California  90601
Email:  romero@mromerolawfirm.com
*Counsel for Los Angeles County,
     Monterey County & Placer, California*

Kevin A. Lake, Esq.
Vandeventer Black LLP
707 E. Main Street, Suite 1700
P.O. Box 1558
Richmond, Virginia  23218
Email:  klake@vanblk.com
*Counsel for County of Alameda, State of California*

A. Carter Magee, Jr.
W. Joel Charboneau
Magee, Foster, Goldstein & Sayers, P.C.
P.O. Box 404
Roanoke, Virginia  24003
Email:  cmagee@mfgs.com
Email:  jcharboneau@mfgs.com
*Counsel for Los Angeles County,
     Monterey County & Placer, California*

Claude F. Kolm
Deputy Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California  94612
Email:  claude.kolm@acgov.org
*Counsel for County of Alameda, State of California*

*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner