Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et</u> <u>al</u>., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL NOTICE OF HEARING ON DEBTOR'S MOTION
AND MEMORANDUM OF LAW IN SUPPORT OF PARTIAL SUMMARY
JUDGMENT ON THE THIRTY-SEVENTH OMNIBUS OBJECTION TO
CLAIMS (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX
<u>CLAIMS) AND SUBSTANTIVE HEARING ON CLAIM OBJECTIONS</u>
(Thirty-Seventh Omnibus Objection)**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc . *et al.* (collectively, the "Debtors") **will seek to have the Court rule on the Debtors' Motion For And Memorandum Of Law In Support Of The Debtors' Motion For Partial Summary Judgment ("Summary Judgment Motion)(Docket #'s 7343 and 7344)** with respect the Debtors' Thirty-Seventh Objection to Claims (Reduction of Certain Personal Property Tax Claims) (the "Claims Objection") **on August 22, 2011 at 2:00 p.m.** Notice was previously provided of the same

(Docket # 10989), however, out of an abundance of caution, this Supplemental Notice is being provided to make clear that the hearing will first address the Summary Judgment Motion and all of the unresolved and timely filed responses of the Respondents listed on Exhibit A to the Summary Judgment Motion and attached hereto.  **Immediately thereafter, the Court will hold a hearing and receive evidence on the Claims Objection as well.**

The hearing on the Summary Judgment Motion and the Claims Objection will take place on **August 22, 2011 at 2:00 p.m.**, (or such time thereafter as the matter may be heard) before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated:   July 15, 2011

/s/ Lynn L. Tavenner
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:   ltavenner@tb-lawfirm.com
             pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: jpomerantz@pszjlaw.com
             acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

2

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on July 15, 2011 via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via email, telecopy or first-class mail, postage prepaid, on the parties listed below and on Exhibit A.

| | |
|---|---|
| Paul E. Burns<br>LAW OFFICE OF PAUL E. BURNS<br>133 West Grant Fiver<br>Brighton, Michigan 48116<br>*Counsel for City of Brighton* | Martha E. Romero, Esq.<br>MNR Professional Building<br>6516 Bright Avenue<br>Wittier, California 90601<br>Email: romero@mromerolawfirm.com<br>*Counsel for Los Angeles County,*<br>   *Monterey County & Placer, California* |
| Kevin A. Lake, Esq.<br>Vandeventer Black LLP<br>707 E. Main Street, Suite 1700<br>P.O. Box 1558<br>Richmond, Virginia 23218<br>Email: klake@vanblk.com<br>*Counsel for County of Alameda, State of California* | A. Carter Magee, Jr.<br>W. Joel Charboneau<br>Magee, Foster, Goldstein & Sayers, P.C.<br>P.O. Box 404<br>Roanoke, Virginia 24003<br>Email: cmagee@mfgs.com<br>Email: jcharboneau@mfgs.com<br>*Counsel for Los Angeles County,*<br>   *Monterey County & Placer, California* |
| Claude F. Kolm<br>Deputy Counsel<br>Office of County Counsel, County of Alameda<br>1221 Oak Street, Suite 450<br>Oakland, California 94612<br>Email: claude.kolm@acgov.org<br>*Counsel for County of Alameda, State of California* | |

*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner

3

**EXHIBIT A**

**(Respondents)**

| Respondent | Response Docket Number |
|---|---|
| Ada County, Idaho | 5110 |
| Alameda County, California Treasurer | 5098 |
| Alief, Texas ISD | 5108 |
| Allen County, Indiana | 5120 |
| Arlington, Texas ISD | 5108 |
| Bell County, Texas | 5104 |
| Bexar County, Texas | 5115 |
| Boulder County, Colorado | N/A |
| Brazoria County, Texas MUD #6 | 5108 |
| Brazos County, City of College Station, College Station, Texas Independent School District | 5104 |
| Brevard County Florida Tax Collector | 5009 |
| Cameron County, Texas | 5115 |
| Carroll, Texas ISD | 5108 |
| Charles County, Maryland | 5066 |
| City of Brighton, Michigan | 5065 |
| City of Cedar Hill, Texas | 5115 |
| City of Chesapeake, Virginia | 5068 |
| City of Fredericksburg, Virginia | 5069 |
| City of Hurst, Texas | 5108 |
| City of Lake Worth, Texas | 5108 |
| City of Midland, Midland County Hospital District, Midland Independent School District, Texas | 5104 |
| City of Waco, Waco Independent School District, Texas | 5104 |
| Clear Creek, Texas ISD | 5108 |
| Comal County, City of New Braunfels, Comal Independent School District, Texas | 5104 |
| County of Denton, Texas | 5104 |
| County of Taylor, City of Abilene, Abilene Independent School District, Texas | 5104 |
| County of Williamson, Texas | 5104 |
| Cypress-Fairbanks, Texas ISD | 5115 |
| Dallas County, Texas | 5115 |

| | |
|---|---|
| Desoto County, Mississippi | 5092 |
| El Paso, Texas | 5115 |
| Escambia County, Florida Tax Collector | 5112 |
| Fort Bend County, Texas | 5115 |
| Fort Bend, Texas ISD | 5108 |
| Fort Bend, Texas LID #2 | 5108 |
| Fort Worth, Texas ISD | 5108 |
| Frisco, Texas | 5115 |
| Galena Park, Texas ISD | 5108 |
| Gaston County, North Carolina | 5152 |
| Gregg County, Texas | 5115 |
| Harlingen, Texas | 5115 |
| Harlingen, Texas CISD | 5115 |
| Harris County, Texas | 5115 |
| Henrico County, Virginia | 5109 |
| Hernando County, Florida | 4885 |
| Hidalgo, Texas | 5108 |
| Highlands County, Florida | 4886 |
| Humble, Texas ISD | 5108 |
| Irving, Texas ISD | 5115 |
| Jefferson County, Texas | 5115 |
| Kitsap County, Washington Treasurer | 5027/5036 |
| Lee County, Florida Tax Collector | 4888 |
| Lewisville, Texas Independent School District | 5089 |
| Longview, Texas Independent School District | 5104/5115 |
| Los Angeles County, California | 5113 |
| Loudoun County, Virginia | 5102 |
| Lubbock, Texas CAD | 5108 |
| Manatee County, Florida by Ken Burton, Jr., Tax Collector | 4993 |
| Marion County, Florida | 4891 |
| McAllen, Texas ISD | 5115 |
| McAllen, Texas, City of | 5115 |
| McLennan County, Texas | 5115 |
| Memphis, Tennessee | 5115 |
| Midland County, Texas Tax Office | 5108 |
| Monterey County, California | 5113 |
| Montgomery County, Texas | 5115 |
| Nueces County, Texas | 5115 |
| Okaloosa County Florida Tax Collector, Chris Hughes | 4920 |
| Orange County Florida Tax Collector, | 4976 |

1

| | |
|---|---|
| Honorable Earl K. Wood | |
| Osceola County, Florida | 4893 |
| Palm Beach County, Florida Tax Collector | 4883 |
| Pierce County, Washington | 5111 |
| Pima County, Arizona | 5100 |
| Pinellas County, Florida | 4892 |
| Placer County, California | 4788/4932 |
| Polk County Florida by Joe G. Tedder Tax Collector | 4997/5011 |
| Potter County, Texas Tax Office | 5108 |
| Prince George County, Maryland | 5067 |
| Rockwall, Texas CAD | 5115 |
| Rockwall County, Texas | 5115 |
| Round Rock, Texas ISD | 5115 |
| Shasta County, California | 5101 |
| Smith County, Texas | 5115 |
| Snohomish County, Washington Treasurer | 5028 |
| South Texas College, Texas | 5115 |
| South Texas, Texas ISD | 5115 |
| Spokane County, Washington | 5033 |
| Tarrant County, Texas | 5115 |
| Travis County, Texas | 5071 |
| Tyler, Texas ISD | 5108 |
| Wake County, North Carolina Revenue Director | 5037 |
| Wichita County, Texas | 5108 |
| Woodlands, Texas Metro Center MUD | 5108 |
| Woodlands, Texas RUD #1 | 5108 |