UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:                                            :
                                                  :   Chapter 11
Circuit City Stores, Inc., et al.                 :
                                                  :   Case No. 08-35653
                                                  :
                              Debtors.            :   (Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Thomas J. Herndon, a creditor in the bankruptcy cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim, including claim number 8142 (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address

Thomas J. Herndon
9611 Custer Rd No 2138
Plano, TX 75025

New Address

Thomas J. Herndon
c/o Liquidity Solutions, Inc
One University Plaza, Ste 312
Hackensack, NJ 07601

I declare under penalty of perjury that the foregoing is true and correct.

Thomas J. Herndon

By: _____

Its: _____

Date: 7-14-11

Notary Public

07/14/2011

KIRBI LEIGH LOUIS
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-01-13