UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc., et al.

                                               Debtors.

Chapter 11

Case No. 08-35653

(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that David Steinbach, a creditor in the bankruptcy cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim, including claim number 2544 (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address

David Steinbach
32002 N 19th Ln
Phoenix, AZ 85085

New Address

David Steinbach
c/o Liquidity Solutions, Inc
One University Plaza, Ste 312
Hackensack, NJ 07601

I declare under penalty of perjury that the foregoing is true and correct.

David Steinbach

By: _____

Its: _____

Date: 6/23/2011

Notary Public

NERI CORRAL
Notary Public - Arizona
Maricopa County
My Commission Expires
March 7, 2014