IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

**AMENDED NOTICE OF CREDITOR'S CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that on June 30, 2011, Southpaw Koufax, LLC, creditor in the above-referenced bankruptcy proceeding, filed a global Notice of Change of Address [Docket No. 10938] in the above-referenced proceeding requesting that service of any pleadings, distributions, notices or correspondence in this matter be sent to a new address:

c/o Midtown Acquisitions L.P.,
Attention: Lorraine Conti / Lourdes Manent
65 East 55th Street, 19th Floor, New York, NY 10022
(Telephone: 212-446-4041/4017
Facsimile: 212-446-4033;
E-Mail: bankdebt@dkpartners.com)
(collectively, the "New Address").

The New Address was originally intended to replace Southpaw Koufax, LLC's old address at 2 West Greenwich Office Park, 1st Floor, Greenwich, CT 06831, attention: Jeff Cohen & Bob Thompson (collectively, the "Old Address") for all purposes in these proceedings.

**PLEASE TAKE FURTHER NOTICE** that pursuant to this Amended Notice of Creditor's Change of Address, Southpaw Koufax, LLC hereby notifies the Court that except as specifically amended hereby as noted below in the next decretal paragraph, the New Address shall be utilized in this case for all notices and distributions to Southpaw Koufax, LLC in respect of (i) Claim No. 12050 in the amount of $1,908,190.35 (acquired by Southpaw Koufax, LLC from Prince George's Station Retail, LLC pursuant to a Notice of Transfer of Claim filed on June 2, 2011) and (ii) Claim No. 6033 in the allowed amount of $424,022.12 (acquired by Southpaw Koufax, LLC from Slam Brands, Inc. pursuant to a Notice of Transfer of Claim filed on June 11, 2011).

**PLEASE TAKE FURTHER NOTICE** however that, **solely with respect to Claim. No. 3494** filed against Circuit City Stores, Inc. in the amount of $236,424.63, and which was transferred to Southpaw Koufax, LLC by Orbis Corporation, pursuant to a Notice of Transfer of Claim filed

NY 73447228v2

with this Court on July 7, 2010, **the New Address** *shall not apply* **and the creditor address for Southpaw Koufax, LLC for purposes of all notices and claim distributions relating solely to Claim No. 3494 shall remain the Old Address, which is set forth below**:

Old Address for Southpaw Koufax (to be used for purposes of Claim No. 3494):

Southpaw Koufax, LLC
Attn: Jeff Cohen & Bob Thompson
2 West Greenwich Office Park, 1st Floor
Greenwich, CT 06831


Dated: July 20, 2011

Respectfully submitted,

Southpaw Koufax, LLC

By: _____
Name: _____
Title: _____
**Howard Golden**
**Member**

NY 73447228v2