B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

In re  Circuit City Stores, Inc., etal,,                   Case No. 08-35653 (KRH)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Galleria of Merritt Island,LLC                 Alexander H. Bobinski as Trustee under Trust#1001
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): 14248
should be sent:                                    Amount of Claim: $572,206.22
                                                   Date Claim Filed:  6/30/2009
1351 North Courtenay Parkway, Suite AA
Merritt Island, FL 32953

Phone:    321-452-4552                             Phone: _____
Last Four Digits of Acct #: _____         Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

1351 North Courtenay Parkway, Suite AA
Merritt Island, FL 32953
Phone:   321-452-4552
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____        Date:___7/14/2011_____
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Date:  July 21, 2011**

**Submitted by:**

**ALEXANDER H. BOBINSKI AS TRUSTEE UNDER TRUST #1001**


By:      /s/ Jennifer M. McLemore
          Augustus C. Epps, Jr., Esquire (VSB No. 13254)
          Michael D. Mueller, Esquire (VSB No. 38216)
          Jennifer M. McLemore, Esquire (VSB No. 47164)
          CHRISTIAN & BARTON, LLP
          909 E. Main Street, Suite 1200
          Richmond, Virginia 23219-3095
          (804) 697-4129
          (804) 697-6129 (facsimile)

          *Counsel Alexander H. Bobinski as Trustee Under Trust #1001*