EXHIBIT E

CHANGE OF ADDRESS NOTIFICATION
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

Notice of Creditor's Change of Address

PLEASE TAKE NOTICE that Walnut Capital Partners – Lincoln Place L.P., creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| Walnut Capital Partners – Lincoln Place L.P.<br>c/o Kirk B. Burkley, Esq.<br>707 Grant Street, Suite 2200<br>Pittsburgh, PA 15219 | c/o Midtown Acquisitions<br>65 East 55th Street, 20th Floor<br>New York, New York 10022<br>Attention: Lorraine Conti / Lourdes Manent<br>Facsimile: 212-446-4033<br>E-Mail: bankdebt@dkpartners.com |

Dated: July 18, 2011

Walnut Capital Partners – Lincoln Place L.P.

By: _____
Name: _____
Title: _____

July __, 2011

The Liquidating Trust/The Liquidating Trustee
of Circuit City Stores, Inc.
c/o Crowe Horwath, LLC
Attn: Mr. Alfred Siegel, CPA, CFF
15233 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-2250

Re: Change of Address Notification

Dear Sir:

Please be advised that Walnut Capital Partners – Lincoln Place L.P., a creditor in the Circuit City Stores, Inc., et al. bankruptcy proceedings, has changed its address and requests that services of any pleadings, distributions, notices or correspondence related to this matter be sent to the new address noted below, effective immediately:

| Old Address | New Address |
| --- | --- |
| Walnut Capital Partners – Lincoln Place L.P.<br>c/o Kirk B. Burkley, Esq.<br>707 Grant Street, Suite 2200<br>Pittsburgh, PA 15219 | c/o Midtown Acquisitions<br>65 East 55th Street, 20th Floor<br>New York, New York 10022<br>Attention: Lorraine Conti / Lourdes Manent<br>Facsimile: 212-446-4033<br>E-Mail: bankdebt@dkpartners.com |

Walnut Capital Partners – Lincoln Place L.P.
By: _____
Name: _____
Title: _____

cc: Pachulski, Stang, Ziehl & Jones, LLP & Kurtzman Carson Consultants, LLC