# GARY R LOWE

321 Lakecrest Dr.
Kingsport, Tn. 37663
423-239-9632
gary23258@yahoo.com

RICHMOND DIVISION
FILED JUL 2 5 2011
CLERK
US BANKRUPTCY COURT

July 20, 2011

U.S. Bankruptcy Court
701 East Broad Street
Suite 4000
Richmond, VA
23219-1888

Dear Friend,

In reference to Circuit City Bankruptcy
My claim number 5144, docket number 4810, has yet to be processed by the court. When will the adjudication take place? Do I need to be there?, Can we handle this over the phone?

Sincerely,
Gary R Lowe
Signature

*Gary R Lowe*