Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 27, 2011 AT 2:00 P.M. (EASTERN)**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on July 27, 2011 beginning at 2:00 p.m. Eastern.

1.  Motion to Reconsider filed by State Board of Equalization filed by William H. Schwarzschild III of Williams Mullen on behalf of State Board of Equalization (Docket No. 10675)

    Related
    Documents:          Notice of Hearing (Re: related document(s) 10675 Motion to Reconsider filed by State Board of Equalization) filed by William H. Schwarzschild III of Williams Mullen on behalf of State Board of Equalization (Docket No. 10693)

    Objection
    Deadline:           July 20, 2011

    Objections/
    Responses
    Filed:              Response to Opposition to the Motion of the State of California, State Board of Equalization to (i) Reconsider and Vacate Prior Order of the Court Expunging Claim Number 13049; and (ii) Deem Claim Number 13049 Timely Filed (Re: related document(s)[10675] Motion to Reconsider filed by State Board of Equalization) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11034)

    Status:             The parties are engaged in settlement discussions. If the matter does not settle, the Trust believes the matter should go forward as scheduled.

2.  Notice and Objection to Claim of California Board Of Equalization - *Liquidating Trust's Objection to Claim Nos. 12002, 13186 and 13187 Filed By The California Board Of Equalization* (Docket No. 10069)

    Related
    Documents:

    a.  Hearing continued (Re: related document(s)[10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/27/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 10971)

2

       Objection
       Deadline:         April 7, 2011 at 4:00 p.m.

       Objections/
       Responses
       Filed:         Opposition of the State of California, State Board of Equalization to Liquidating Trust's Objection to Claim Nos. 12002, 13186, and 13187 filed by the California Board of Equalization (Docket No. 10220)

       Status:         The parties are engaged in settlement discussions. If the matter does not settle, The Trust will request that the Court sustain the Objection.

3. *Siegel v. Michael E. Foss, et al.*; Case No. 10-03619; Motion to Dismiss Pleading Plaintiff Alfred H. Siegel's Amended Complaint (Related Document(s) 4 Amended Complaint filed by Alfred H. Siegel) filed by William A. Gray of Sands Anderson PC on behalf of Brian S. Bradley, Bruce H. Besanko, David L. Mathews, et al. (Docket No. 17)

       Related Documents:

       a.     Brief *in Support of Defendants' Motion to Dismiss the Trustee's First Amended Complaint* (Re: related document(s) 4 Amended Complaint filed by Alfred H. Siegel, 17 Motion to Dismiss Pleading filed by Michael E. Foss, George D. Clark, Jr., Philip J. Dunn, Philip J. Schoonover, et al. (Docket No. 18)

       b.     Exhibit *A to Defendants' Brief In Support of Their Motion to Dismiss the Trustee's First Amended Complaint* (Re: related document(s) 18 Brief filed by Steven P. Pappas, Michael E. Foss, George D. Clark, Jr., Philip J. Dunn, Philip J. Schoonover, et al. (Docket No. 19)

       c.     Exhibit *B to Defendants' Brief in Support of Their Motion to Dismiss the Trustee's First Amended Complaint* (Re: related document(s) 18 Brief filed by Steven P. Pappas, Michael E. Foss, George D. Clark, Jr., Philip J. Dunn, Philip J. Schoonover, et al. (Docket No. 20)

       d.     Notice of Hearing *and Notice of Motion* (Re: related document(s) 17 Motion to Dismiss Pleading filed by Michael E. Foss, George D. Clark, Jr., Philip J. Dunn, Philip J. Schoonover, et al. (Docket No. 21)

       e.     Stipulation *for Continuance of Hearing and Extension of Response Deadline to Defendants' Motion to Dismiss the Trustee's First Amended Complaint* By Bruce H. Besanko, Brian S. Bradley, Kelly E. Breitenbecher, et al. (Docket No. 22)

       Objection
       Deadline:         September 14, 2011

3

|  |  |
|---|---|
| Objections/ Responses Filed: | |
| Status: | This matter has been continued by agreement of the parties until September 21, 2011 at 2:00 p.m., with the parties reserving all rights, objections, defenses, and arguments. |

4. *Siegel v. Cormark, Inc.*; Case No. 10-03682; Notice of Rescheduled Pre-Trial Conference - *Notice of Pretrial Scheduling Conference* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 8)

|  |  |
|---|---|
| Status: | This pre-trial scheduling conference is going forward. |

Dated: Richmond, Virginia  TAVENNER & BERAN, PLC
July 26, 2011

_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

Co-Counsel for the Circuit City Stores, Inc.
Liquidating Trust