

**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

FILED
2011 JUL 25 P 1:05
CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

July 20, 2011

William C. Reddan, Clerk
701 East Broad Street,,
Richmond, VA  23219

Re:  In Re: Circuit City Stores, Inc., Debtor // To: Unidentified Entity

Case No.  0835653KRH

Dear Sir/Madam:

The Corporation Trust Company received the enclosed Notice.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Ken Dunnigan
Corporate Operations Specialist

Log# 518852596

FedEx Tracking# 794991899915

cc:  Eastern District of Virginia –
     U.S. Bankruptcy Court - Alexandria Division
     200 South Washington Street,
     Alexandria, VA  22314