UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC. et al | Case No. 08-35653 |
| Debtors | (Jointly Administered) |

## NOTICE OF ASSIGNMENT OF CLAIM

## WITH CHANGE OF ADDRESS FOR NOTICES

**PLEASE TAKE NOTICE** that **Hallaian Brothers, a general partnership, ("Hallaian")** has assigned in full its claim number 12040 to **Jefferies Leveraged Credit Products, LLC ("Jefferies")** in the above bankruptcy case. Due to this assignment, all notices or payments related in any way to claim number 12040 in the Circuit City Stores, Inc. ("Debtor") consolidated cases should be served and sent as indicated below. Both Hallaian as assignor and Jefferies as assignee direct the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change addresses for the purposes of administering claim Number 12040 (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Hallaian Brothers, a general partnership
2416 W. Shaw 104
Fresno, CA 93711

New Address
Jefferies Leveraged Credit Products, LLC
One Station Place
Three North
Stamford, CT 06902

I declare under penalty of perjury that the foregoing is true and correct.

| Hallaian Brothers, a general partnership | Jefferies Leveraged Credit Products, LLC |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Title: PARTNER | Title: Managing Dir. |
| Date: 7/11/11 | Date: 7/28/11 |
| By: *[signature]* | |
| Title: PARTNER | |
| Date: 7/11/11 | |