In re:                                           :
                                                 :     Chapter 11
Circuit City Stores, Inc., et al.                :
                                                 :     Case No. 08-35653
                                                 :
                              Debtors.           :     (Jointly Administered)
-----------------------------------------------------:

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Ali I Malik, a creditor in the bankruptcy cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering it claim, including claim number 6101 (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

| Former Address | New Address |
|---|---|
| Ali I Malik<br>68 Mark Smith Dr<br>Mandeville, LA 70471 | Ali I Malik<br>c/o Liquidity Solutions, Inc<br>One University Plaza, Ste 312<br>Hackensack, NJ 07601 |

I declare under penalty of perjury that the foregoing is true and correct.

Ali I Malik

By: _____

Its: _____

Date: 7/28/11

Notary Public    #15154

VANESSA T. EDWARDS
NOTARY PUBLIC, ST. TAMMANY PARISH
State of Louisiana
My Commission Expires at Death
Commission #15154