IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| CIRCUIT CITY STORES, INC., et al., | ) ) ) | Case No. 08-35653 (KRH) |
| Debtors. | ) ) ) | Chapter 11 (Jointly Administered) |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. No. 10-03571 (KRH) |
| ILLINOIS DEPARTMENT OF REVENUE, through BRIAN HAMER, Director of the Illinois Department of Revenue. | ) ) ) ) ) | Hearing: August 22, 2011 @ 2:00 p.m |
| Defendant. | ) ) | |

NOTICE OF MOTION FOR ORDER

**PLEASE TAKE NOTICE THAT** the State of Illinois, Department of Revenue has filed the following with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court):

1. MOTION OF STATE OF ILLINOIS, DEPARTMENT OF REVENUE TO EXCUSE COMPLIANCE WITH MANDATORY MEDIATION PROVISIONS OF THE PROCEDURES ORDERS

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one).**

**PLEASE TAKE FURTHER NOTICE THAT** in connection with the Debtors' Chapter 11 Cases, a Supplemental Order Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 6208] (the "Case Management Order") was entered by the Court on December 30, 2009, which, among other things, prescribes the manner in which objections must be filed and served and when hearings will be conducted. A copy of the Case Management Order may be obtained at no charge at

1

www.kccllc.net/circuitcity or for a fee via PACER at http://www.vaeb.uscourts.gov. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before **August 15, 2011** you or your attorney must:

File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1 and the Case Management Order. You must mail or otherwise file it early enough so the Court will **receive** it on or before the due date identified herein.

Clerk of the Court
United States Bankruptcy Court
701 E. Broad Street, Suite 4000
Richmond, VA 23219

You must also serve your objection in accordance with the Case Management Order and on the undersigned.

**PLEASE TAKE FURTHER NOTICE THAT** on **August 22, 2011 at 2:00 p.m**., (or such time thereafter as the matter may be heard) the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street, Richmond, Virginia 23219, and will move the Court for entry of an order approving the Motion. If you or your attorney do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue orders granting the requested relief without further notice or hearing.

/s/ James D. Newbold
James D. Newbold
Assistant Attorney General
100 W. Randolph Street
Chicago, IL 60601
(Tel) 312.814.4557
(Fax) 312.814.3589
James.Newbold@illinois.gov

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served a copy of this notice and a copy of the motion mentioned therein on:

Lynn Tavenner
Tavenner & Beran
20 N. Eighth Street, 2nd Floor
Richmond, VA 23219

Andrew Caine
Pachulski, Stang, Ziehl & Jones
10100 Santa Monica Blvd.
Los Angeles, CA 90067

Robert Feinstein
Pachulski, Stang, Ziehl & Jones
780 Third Ave., 36th floor
New York, NY 10017

by placing a copy in the U.S. mail at Chicago, Illinois on August 1, 2011.

/s/ James D. Newbold