UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

---

In re:                                                    :
                                                          :    Chapter 11
Circuit City Stores, Inc., et al.                         :
                                                          :    Case No. 08-35653
                                                          :
                                        Debtors.          :    (Jointly Administered)
---

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Iannucci Development Corporation, a creditor in the bankruptcy cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim, including claim number 12327 (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

| Former Address | New Address |
|---|---|
| Iannucci Development Corporation<br>37 Hermitage Ln<br>N Haven, CT 06473 | Iannucci Development Corporation<br>c/o Liquidity Solutions, Inc<br>One University Plaza, Suite 312<br>Hackensack, New Jersey 07601 |

I declare under penalty of perjury that the foregoing is true and correct.

Iannucci Development Corporation

By: _____ Raymond A. Iannucci
Its: President
Date: July 26, 2011

_____
Notary Public
Commissioner of the
Conn. Superior Court
Stephen P. Wright