*Optoma*
## is moving!

08-35653

RICHMOND DIVISION

F                                    F
I                                    I
L    AUG X 2 2011    L
E                                    E
D          CLERK          D
US BANKRUPTCY COURT

# NOTICE OF NEW ADDRESS

Dear Valued Partner,

This letter serves as a notice that the U.S. Corporate Office for Optoma Technology, Inc., will be moving to a new location soon.  Optoma will be located in the new building effective September 13, 2010.  Our new address will be:

# 3178 Laurelview Ct.
# Fremont, CA. 94538

This new location will house Optoma executive offices, Corporate Sales, Marketing, Accounting, Accounts Receivable, Accounts Payable, Logistics, West Coast Warehouse, West Coast Receiving and Shipping, Technical Support, Customer Service and RMA repair/TSC.  Please make all the necessary changes to your system prior to this date, including the check payment remittance address.

A follow up letter will be distributed for notification for our new phone numbers and fax numbers.

Thank you for your continued support.
*Optoma Technology, Inc.*



**Optoma**
*Optoma Technology, Inc.*
715 Sycamore Drive.  Milpitas, CA. 95035
www.optomausa.com