CATHERINE CORTEZ MASTO
Attorney General
Vivienne Rakowsky
Deputy Attorney General
Nevada Bar Number 9160
Alycia K. Hansen
Deputy Attorney General
Nevada Bar Number 9054
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
(702) 486-3184
(702) 486-3416 - fax
ahansen@ag.nv.gov
Attorneys for State of Nevada, on
Relation of Its Department of Taxation

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Case No. 08-35653 (KRH) |
| | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | (Jointly Administered) |
| Debtors. | Hearing Date: August 22, 2011 |
| | Hearing Time: 2:00 p.m. |

### STATE OF NEVADA, ON RELATION OF ITS DEPARTMENT OF TAXATION'S MOTION TO APPEAR TELEPHONICALLY

COMES NOW, Creditor State of Nevada, on Relation of Its Department of Taxation (hereinafter, the "Department") by and through its counsel the Nevada Attorney General, CATHERINE CORTEZ MASTO, by and through her Deputy Attorney General, Alycia K. Hansen, in the above-named case, and hereby moves this Court for an order permitting an appear by telephone on the hearing scheduled for August 22, 2011 at 2:00 p.m. in reference to the Eighteenth Omnibus Objection to Claims (Docketed at 10062) and the Department's Opposition to the same (Docketed at 10160). The reason for this Motion is the recent State of Nevada budget cuts and subsequent constraints. Since the most recent legislative session in July of 2011, the State of Nevada has curtailed its funding and no funds have been allocated for travel to participate in hearings including the hearing on this omnibus objection.

. . .

. . .

-1-

1  Accordingly, the Department respectfully requests it be permitted to appear and
2  participate in this hearing via telephonic appearance.
3  RESPECTFULLY SUMBITTED this 9th day of August, 2011.

CATHERINE CORTEZ MASTO
Attorney General

By:  / s / Alycia K. Hansen
ALYCIA K. HANSEN
Deputy Attorney General
Nevada Bar No. 9054
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
(702) 486-3184 – Telephone
(702) 486-3416 – Facsimile
ahansen@ag.nv.gov
Attorneys for State of Nevada, on
Relation of Its Department of Taxation

**Attorney General's Office**
555 E. Washington, Suite 3900
Las Vegas, NV 89101