**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Hearing Date: August 22, 2011 |
| | ) Hearing Time: 2:00 p.m. |
| | ) |

## ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY

This matter having come before the Court upon Creditor State of Nevada, on Relation of Its Department of Taxation's Motion to Appear Telephonically, and it appearing that approval of said motion is warranted; it is therefore,

ORDERED, ADJUDGED AND DECREED that Deputy Attorney General Alycia K. Hansen is authorized to appear telephonically on August 22, 2011 at 2:00 p.m. as counsel for the State of Nevada, on Relation of Its Department of Taxation in the above-captioned case.

DONE and ORDERED this _____ day of _____, 2011.

_____
The Honorable Kevin R. Huennekens
United State Bankruptcy Court Judge

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101