UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

**CIRCUIT CITY STORES, INC. et al.**

Debtors.

)
)  Case No.: 08-35653 (KRH)
)
)  Jointly Administered
)
)  Chapter 11
)
)
)
)

NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that EEOC JAMAL BOOKER AND CHRISTOPHER SNOW, a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery, VIII, LP, and in connection with such transfer, herby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim # 12921, filed 5/8/2009), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

FORMER ADDRESS
EEOC JAMAL BOOKER AND CHRISTOPHER SNOW
MARISOL RAMOS ESQUIRE EEOC
801 MARKET ST SUITE 1300
PHILADELPHIA, PA 19107

NEW ADDRESS
EEOC JAMAL BOOKER AND CHRISTOPHER SNOW
c/o United States Debt Recovery, VIII, LP
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

I declare under penalty of perjury that the foregoing is true and correct.

CREDITOR NAME
Print Name _Thomas Rethage_  Title: _US EEOC Trial Attorney_
Signature: _Thomas Rethage_   Date: _8/3/11_