# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No.: 08-35653 |
| CIRCUIT CITY STORES, INC., | Judge Kevin R. Huennekens |
| Debtors. | Jointly Administered |
|  | **TRANSFER OF CLAIM** |
|  | **BANKRUPTCY RULE 3001(E)(2)** |

PLEASE TAKE NOTICE that the claim(s) of EEOC JAMAL BOOKER AND CHRISTOPHER SNOW (underlying creditor or "Transferor"), against the above captioned Debtor in the filed amount of $200,000.00, as set forth in proof of claim number 12921 filed 5/8/2009, have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery VIII LP, ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:** EEOC JAMAL BOOKER AND CHRISTOPHER SNOW

Print Name: Thomas Rethage  Title: US EEOC - Trial Attorney
Signature: Thomas Rethage  Date: 8/3/11
Corrected Address (if req.): _____
Phone: 215 440 2683  E-Mail: thomas.rethage@eeoc.gov

**TRANSFEREE:**
United States Debt Recovery VIII LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: _____
Nathan E. Jones, Managing Director

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

|  |  |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC.,<br><br>    Debtor. | ) Chapter 11<br>)<br>) Case No.: 08-35653<br>)<br>) Judge Kevin R. Hennekens<br>)<br>)<br>) |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(e)(2)**

**Name of Proposed Transferor:**
EEOC JAMAL BOOKER AND CHRISTOPHER SNOW
MARISOL RAMOS ESQUIRE EEOC
801 MARKET ST SUITE 1300
PHILADELPHIA, PA 19107

**Name of Transferee:**
United States Debt Recovery VIII, LP
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

 **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

 United States Bankruptcy Court
 Eastern District of Virginia
 310 United States Courthouse Annex
 1100 East Main St.
 Richmond, VA 23219-3538

 **SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO._____
Copy (check)    Claims Agent_____    Transferee_____    Debtor's Attorney_____

_____
Deputy Clerk