July 25, 2011

Honorable Kevin R. Huennekens
United States Bankruptcy Court
Eastern District of Virginia
7001 East Broad Street, Room 5000
Richmond, VA 23219
Ref; Case #08-35653 (KRH)



Honorable Judge Huennekens:

    The reason for this letter is to share a thought I had after receiving the findings of Case #:08-35653 (KRH) that was forwarded to me, not sure if you remember me or not, I wrote some months back and made a comment about the dismay of Circuit City, and how the common stock holder seemed to be pushed off the table, and I didn't understand the washing of hands of this company. "My plea or suggestion is still the same, yet it appears that father time is now at the table. My concerns are that of a common stock owner(s), is not letting our interest be wiped of the valuation table when the time of resolvement is brought about. My original hope was that you don't allow these (past management) persons of Circuit City to dissolve the company. Just a plea as my retirement fads away, it seems that the dissolvement of this company is unavoidable, a final plea is too treat ever one the same, because all had the same opportunity to abandon, just I did, yet these so called preferred owners had the upper hand, they possible new of this management group demise and we the common guy did not. I understand that the Enter Net portion of this business & trade name brought $6,000,000, and I'm not aware of the total liquidation amount of the inventory, the possible sell of the Canadian Stores, or the 500+/- stores owned by Circuit City in the US. O-Well just fell so helpless and to see a majority of my retirement simple vanish make me sick. I just feel like David may have, when he when up against Gallia, I'm just running out of stones and hopes. I just plead with you, in your finding of how to de solve this enterprise store chain, and I hope and pray that you bring an equal solution to all, that may include the Common Stock holder also, by giving the common stock holder an equal assessment of what ever is left. I just hope and pray that you, in some way, don't let the common stock holder be swept under the table and given no value for there stock ownership of this company, and with all hope that all the owner be treated equitably. My concerns are that over ½ of my retirement was lost in this dismay of miss management of Circuit City so called management, and I plea that our justice system will hold the scales of justice to a level that bring about fairness to the smallest investor, and that if possible the dreams and hope of thousand of investors are not wiped off the table, because of the miss management person(s) who was in charge of this company." <u>A finial plea before the process of Lady Justice closing her eye to this matter, is that the Court would require the identified Claimants in Exhibit A & B of the Case #08-35653 (KRH), have to bring in their Tax Returns for each respective years of each item requested as a loss, and verify that each claim has not been written off. In order to show that each request is not double accounting and tax payer have not already reimbursed there claimed loss, and each would not stand to gain twice for their claim against the assets of Circuit City.</u> My plea is still that you, (the court) not leave the common stock holders out of this equitable distribution of the ownership of Circuit City.

I would like to thank you again for this opportunity in being able to write and come before your presents by this letter, and hopefully have my plea heard, and you are so lead too give the Common Stock holder equal consideration in this liquidation of this company. Thank you, thank you, thank you.

Robert E. Bruce  
1791 Hwy 101 North  
Greer, South Carolina 29651

Email : RBruce2000@Charter.net  
Phone ; (864) 848-0857

*Robert Bruce*