Thomas R. Lynch (VSB No. 73158)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street, NW, Suite 1350
Washington, DC 20036
Phone (202) 719-8228

*Counsel for Mibarev Development I LLC*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| In re | |
| CIRCUIT CITY STORES, INC. et al., | Chapter 11 |
| Debtors. | Case No. 08-35653 KRH |
| | (Jointly Administered) |

## MOTION TO APPEAR BY TELEPHONE

On behalf of creditor Mibarev Development I LLC ("Mibarev"), the undersigned respectfully requests this Court enter an order, the proposed form of which is attached hereto as Exhibit A, authorizing him to appear by telephone at the August 22, 2011, 2 p.m. hearing, if held, regarding The Circuit City Stores, Inc. Liquidating Trust's ("Liquidating Trust") Third Omnibus Objection to Landlord Claims. (Docket No. 11040).

Dated August 16, 2011                               Respectfully submitted,

/s/ Thomas R Lynch
Thomas R. Lynch, Esq. (VSB No.73158)
Bradley Arant Boult Cummings LLP
1615 L Street, NW, Suite 1350
Washington, DC 20036
Telephone:  (202) 393-7150
Email: tlynch@babc.com
*Counsel for Mibarev Development I, LLC*

5/21391.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August 2011 a true and correct copy of the foregoing was served on, *inter alia*, the following via the Court's electronic filing system:

>Jeffrey N. Pomerantz, Esq.
>Andrew N. Caine, Esq.
>PACHULSKI, STANG, ZIEHL & JONES, LLP
>10100 Santa Monica Blvd.
>Los Angeles, CA 90067-4100
>
>Lynn. L. Tavenner, Esq.
>Paula S. Beran, Esq.
>TAVENNEER & BERAN, PLC
>20 North Eighth Street, 2nd floor
>Richmond, VA 23219

>/s/ Thomas R Lynch
>Thomas R. Lynch, Esq. (VSB No.73158)
>Bradley Arant Boult Cummings LLP
>1615 L Street, NW, Suite 1350
>Washington, DC 20036
>Telephone: (202) 393-7150
>Email: tlynch@babc.com
>*Counsel for Mibarev Development I, LLC*

2

5/21391.1