# EXHIBIT A

Thomas R. Lynch (VSB No. 73158)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street, NW, Suite 1350
Washington, DC 20036
Phone (202) 719-8228

*Counsel for Mibarev Development I LLC*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| In re | |
| CIRCUIT CITY STORES, INC. et al., | Chapter 11 |
| Debtors. | Case No. 08-35653 KRH |
| | (Jointly Administered) |

## ORDER GRANTING MOTION TO APPEAR BY TELEPHONE

This matter is before the Court on the Motion to Appear by Telephone (the "Motion") of Thomas R. Lynch, with the law firm of Bradley Arant Boult Cummings LLP.  Upon consideration of the Motion, and the statements therein, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 157 and § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Motion has been given and that no other of further notice is necessary; and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion.  Therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is **GRANTED**.

5/21392.1

    2.      Thomas R. Lynch is permitted to appear by telephone at the August 22, 2011, 2 p.m. hearing, if held, regarding The Circuit City Stores, Inc. Liquidating Trust's ("Liquidating Trust") Third Omnibus Objection to Landlord Claims. (Docket No. 11040).

Entered:

_____
United States Bankruptcy Judge

I ASK FOR THIS:

/s/ Thomas R Lynch
_____
Thomas R. Lynch, Esq. (VSB No.73158)
Bradley Arant Boult Cummings LLP
1615 L Street, NW, Suite 1350
Washington, DC 20036
Telephone: (202) 393-7150
Email: tlynch@babc.com
*Counsel for Mibarev Development I, LLC*

## CERTIFICATE

Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that the foregoing proposed order has been endorsed by and/or served upon all necessary parties to this action.

/s/ Thomas R Lynch
_____
Thomas R. Lynch, Esq. (VSB No.73158)
Bradley Arant Boult Cummings LLP
1615 L Street, NW, Suite 1350
Washington, DC 20036
Telephone: (202) 393-7150
Email: tlynch@babc.com
*Counsel for Mibarev Development I, LLC*

5/21392.1