IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | x : : : : : : : : x | Chapter 11 |
| Circuit City Stores, Inc., | | Case No. 08-35653 |
| Debtors. | | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Clarissa Cu being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before August 11, 2011, I caused copies of the
- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket No. 11115]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: August 12, 2011

_____
Clarissa Cu

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this August 12, 2011, by Clarissa Cu, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(2) or 3001(e)(4)**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EEOC Jamal Booker and Christopher Snow | Marisol Ramos Esquire EEOC | 801 Market Street | Suite 1300 | Philadelphia | PA | 19107 | | 12921 | $200,000.00 | | 11115 | Transferor |
| United States Debt Recovery VIII LP | | 940 Southwood Blvd | Suite 101 | Incline Village | NV | 89451 | | 12921 | $200,000.00 | | 11115 | Transferee |

In re: **Circuit City Stores, Inc.**
USBC Case No. **08-35653** (KRH)

Page 1 of 1