Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., <u>et al</u>.,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## <u>HEARING ON AUGUST 22, 2011 AT 2:00 P.M. (EASTERN)</u>

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

1 The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on August 22, 2011 beginning at 2:00 p.m. Eastern.

## I.    PRETRIAL HEARINGS

1.    *Siegel v. Leggett & Platt, Inc., dba Beeline Group*; Case No. 10-03495; Notice of Rescheduled Pre-Trial Conference *(Notice of Pretrial Scheduling Conference)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 10)

## II.    CONTINUED OR WITHDRAWN MATTERS

2.    *Siegel v. Merrimack Valley Corp., et al.*; Case No.  10-03472; Motion for Default Judgment filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 6)

Related
Documents:

a.    Hearing continued for finalization of settlement agreement (Re: related document(s)[6] Motion for Default Judgment filed by Alfred H. Siegel) Hearing scheduled 8/22/2011 at  02:00 PM at Judge Huennekens' Courtroom (Docket No. 12)

Objection
Deadline:         Extended

Objections/
Responses
Filed:            Motion to Extend Time (Re: related document(s)[6] Motion for Default Judgment filed by Alfred H. Siegel) filed by Douglas Scott of Douglas A. Scott, PLC on behalf of Merrimack Valley Corp. (Docket No. 7)

Motion to Expedite Hearing (Re: related document(s)[7] Motion to Extend Time filed by Merrimack Valley Corp.) filed by Douglas Scott of Douglas A. Scott, PLC on behalf of Merrimack Valley Corp..

Notice of Hearing (Re: related document(s)[8] Motion to Expedite Hearing filed by Merrimack Valley Corp.) filed by Douglas Scott of Douglas A. Scott, PLC on behalf of Merrimack Valley Corp.. Hearing scheduled 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

Status:                The underlying adversary proceeding (*Siegel v. Merrimack Valley Corp., et al.*; Case No.  10-03472) has been resolved pending documentation and consummation.  Accordingly, the Trust will request that the Court continue the matter until September 7, 2011 subject to removal from said docket if the settlement has been documented and consummated.

3.    Site A, LLC's Second Amended Motion to Allow Late Filing of Proof of Claim, or in the Alternative, Motion to File Late Proof of Claim as an Amendment to Informal Proof of Claim (Docket No. 7155).

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 5405)

b.    Amended Motion to Allow Late Filing of Proof of Claim, by Site A, LLC (Docket Nos. 5310, 5404)

c.    Notice of Motion and Hearing (Docket No. 7236)

d.    Hearing continued to finalize settlement (Re: related document(s)[7155] Motion to Allow Late Filing of Claim filed by   Site A, LLC) Hearing scheduled 8/22/2011 at  02:00 PM at Judge Huennekens' Courtroom (Docket No. 10972)

Objection
Deadline:              October 27, 2009 at 5:00 p.m., extended for the Liquidating Trust.

Objections/
Responses
Filed:

Status:                This matter has been resolved subject to documentation and consummation.  Accordingly, the Trust requests that it be adjourned to September 7, 2011 at 2:00 p.m.

4.    Motion to Determine *Motion to Excuse Compliance with Mandatory Mediation Provisions of Procedures Orders* (Related Document(s)[8898] Order on Motion to Authorize, [10107] Amended Order) filed by James D. Newbold of Office of the Illinois Attorney General on behalf of State of Illinois, Department of Revenue (Docket No. 11082)

Related
Documents:

a.    Notice of Hearing (Re: related document(s)[11082] Motion to Determine filed by State of Illinois, Department of Revenue) filed by James D. Newbold of Office of

3

the Illinois Attorney General on behalf of State of Illinois, Department of Revenue. Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 11083)

Status:                Pursuant to an email dated August 9, 2011, the movant agreed to withdraw without prejudice this matter.


## III.    MATTERS GOING FORWARD

5.    Motion to Approve Liquidating Trust's Motion for Order Pursuant to Bankruptcy Code Sections 105 and 363 Approving Sale of Certain Patents and Other Intellectual Property and Related Assets as Being Free and Clear of All Liens, Claims and Interests filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust .

Related
Documents:

a.    Notice of Motion and Notice of Hearing for Order Pursuant to Bankruptcy Code Sections 105 and 363 Approving Sale of Certain Patents and Other Intellectual Property and Related Assets as Being Free and Clear of all Liens, Claims and Interests (Re: related document(s)[11038] Motion to Approve filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom

b.    Amended Motion to Approve *(Liquidating Trust's Amended Motion for Order Pursuant to Bankruptcy Code Sections 105 and 363 Approving Sale of Certain Patents and Other Intellectual Property and Related Assets as Being Free and Clear of All Liens, Claims and Interests)* (Related Document(s)[11038] Motion to Approve filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11122)

c.    Affidavit of Service (Re: related document(s) 11122 Motion to Approve filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11128)

d.    Amended Affidavit of Service (Re: related document(s)[11122] Motion to Approve filed by Circuit City Stores, Inc. Liquidating Trust, [11128] Affidavit of Service filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11132).

Objection

Deadline:

Objections/
Responses
Filed:          None at the time of filing this Agenda.

Status:         The Trust will request that the Court grant the relief requested in the
                Amended Motion.


## IV.    CLAIMS OBJECTIONS

6.      Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain
        Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

        Related
        Documents:

        a.      Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of
                Certain Misclassified Claims to General Unsecured, Non-Priority Claims)
                (Docket No. 4449)

        b.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) (Docket No. 4736)

        c.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) (Docket No. 4758)

        d.      Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) (Docket No. 6299)

        e.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No.
                6642)

        f.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No.
                6661)

        g.      Memorandum Opinion (Docket No. 6693)

        h.      Order Granting Motion for Summary Judgment (Docket No. 6694)

  i.  Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6868)

  j.  Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 7114)

  k.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home & Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

  l.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Arboretum of South Barrington Resolving a Certain Claim (Docket No. 8361)

  m.  Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Imation Enterprises Corp.  (Docket No. 8861)

  n.  CONTINUED FOR STATUS HEARING AS TO ONE REMAINING UNRESOLVED CLAIM (Re: related document(s)[3703] Objection to Claim filed by   Circuit City Stores, Inc.) Hearing scheduled 8/22/2011 at  02:00 PM at Judge Huennekens' Courtroom (Document No. 10973)

Objection
Deadline:    July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:    See attached Exhibit A.

Status:    For the one claim for which the objection is still pending, this matter is adjourned to September 7, 2011 at 2:00 p.m.  See attached Exhibit A.

7.  Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 4585)

Related
Documents:

  a.  Order on Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 5294)

b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
         Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors'
         Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth
         Omnibus Objection to Claim No. 5708 (Docket No. 8358)

c.      Notice of Proposed Settlement Agreement and Stipulation by and among the
         Debtors and Ada Alicea Resolving the Debtors' Thirty-First Omnibus Objection
         to Claim No. 6283 (Docket No. 8839)

d.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST
         OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
         CLAIM OF PNY TECHNOLOGIES, INC. [CLAIM NO. 1723]* (Docket No. 9910)

e.      Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of
         Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain
         Legal Claim) Solely with Respect to the Claim of Leon Hurney [Claim No.
         10047] (Docket No. 9868)

f.      Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS THIRTY-
         FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
         LEGAL CLAIM) SOLELY WITH RESPECT TO THE CLAIM OF TANDEN
         KIBBY (CLAIM NO. 6894)* (Docket No. 10084)

g.      Continued for substantive hearing as to claim by Richard and Deborah Jaynes;
         continued for status hearing as to remaining unresolved objections (Re: related
         document(s)[4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
         scheduled 8/22/2011 at  02:00 PM at Judge Huennekens' Courtroom, 701 E.
         Broad St., Rm. 5000, Richmond, Virginia.   L. Tavenner for Liquidating Trust
         (Docket No. 10978)

h.      Amended Notice of Hearing - *Substantive (Thirty-First Omnibus Objection -
         Claim No. 3427) ( Claimant(s) - Richard and Deborah Jaynes)* (Re: related
         document(s) 10901 Notice of Hearing filed by Alfred H. Siegel) filed by Lynn L.
         Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing
         scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No.
         10988)

Objection
Deadline:                    September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                       See attached Exhibit A.

Status:                      The matter as it relates to the claim of Richard and Deborah Jaynes
                             has been resolved pursuant to procedures previously approved by
                             this Court, and the matter may be removed from the Court's
                             docket.  For those other claims for which the objection is still

pending, this matter is adjourned to September 7, 2011 at 2:00 p.m.
See attached <u>Exhibit A</u>.

8.     Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal
Property Tax Claims) (Docket No. 4613)

Related
Documents:

a.     Order on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of
Certain Personal Property Tax Claims) (Docket No. 5397)

b.     Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh
Omnibus Objection to Claims (Reduction of Certain Personal Property Tax
Claims) (Docket No. 7343)

c.     Memorandum of Law In Support of Debtors' Motion for Partial Summary
Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction of Certain Personal Property Tax Claims) (Docket No. 7344)

d.     Notice of Motion and Hearing (Docket No. 7345)

e.     Notice of Rescheduled Hearing On Debtors' Motion For And Memorandum Of
Law In Support Of The Debtors' Motion For Partial Summary Judgment On The
Thirty-Seventh Omnibus Objection To Claims (Reduction Of Certain Personal
Property Tax Claims) (Docket No. 7550)

f.     Notice of Presentment of Agreed Order By And Among The Debtors And Certain
Taxing Authorities With Respect To The Thirty-Seventh Omnibus Objection
(Docket No. 7695)

g.     Agreed Order by and Among the Debtors and Certain Taxing Authorities with
Respect to the Thirty-Seventh Omnibus Objection and Related Pleadings (Docket
No. 7800)

h.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Kitsap County Treasurer Resolving the Debtors' Thirty-Seventh
Omnibus Objection to Claim No. 13337 (Docket No. 7983)

i.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and City of Chesapeake Resolving the Debtors' Thirty-Seventh Omnibus
Objection to Claim No. 11842 (Docket No. 8015)

j.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and the Escambia County Tax Collector Resolving the Debtors' Thirty-
Seventh Omnibus Objection to Claim Nos. 1624, 13792, and 14789 (Docket No.
8067)

k.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Gaston County, North Carolina Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim Nos. 1836 and 13350 (Docket No.
        8167)

l.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Allen County, Indiana Treasurer Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 13395 (Docket No. 8174)

m.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Harris County, Texas Resolving the Debtors' Thirty-Seventh
        Omnibus Objection to Claim No. 14429 (Docket No. 8181)

n.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Travis County, Texas Regarding Claim Nos. 10531 and
        14423 (Docket No. 8184)

o.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Loudon County Resolving the Debtors' Thirty-Seventh Omnibus
        Objection to Claim No. 13686 (Docket No. 8187)

p.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Lewisville Independent School District Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13579 and Resolving Claim No.
        1840 (Docket No. 8204)

q.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Boulder County, Colorado Treasurer Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 10419 (Docket No. 8359)

r.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Ada County, Idaho Resolving the Debtors' Thirty-Seventh Omnibus
        Objection to Claim No. 14430 (Docket No. 8407)

s.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Arlington Independent School District, Texas Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 6535 and Resolving Claim No.
        124 (Docket No. 8413)

t.      Certificate of No Objection with Respect to the Settlement Agreement and
        Stipulation by and Among the Debtors and Desoto County, Mississippi Resolving
        the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13944 and Related
        Matters (Docket No. 8417)

u.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Brevard County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13320 (Docket No. 8438)

v.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Hernando County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13385 (Docket No. 8439)

w.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Palm Beach County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 3882 and Relating to Claim No.
        14744 (Docket No. 8440)

x.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Osceola County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim Nos. 13064 and 13162 (Docket No.
        8441)

y.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Prince George's County, Maryland Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 13465 and Resolving Claim Nos.
        12431 and 13466 (Docket No. 8445)

z.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Charles County, Maryland Resolving the Debtors' Thirty-Seventh
        Omnibus Objection to Claim No. 13576 and Resolving Claim No. 1835 (Docket
        No. 8446)

aa.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Wake County, North Carolina Revenue Department Resolving the
        Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13627 and Resolving
        Claim No. 1795 (Docket No. 8447)

bb.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Manatee County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13325 (Docket No. 8454)

cc.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Okaloosa County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13315 (Docket No. 8455)

dd.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Pinellas County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13309 (Docket No. 8456)

ee.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Orange County, Florida Tax Collector Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 13316 (Docket No. 8457)

ff.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Snohomish County Treasurer Resolving the Debtors' Thirty-Seventh

Omnibus Objection to Claim No. 11646 and Resolving Claim No. 1547 (Docket No. 8487)

gg.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Marion County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13318 and Relating to Claim No. 213 (Docket No. 8735)

hh.     Stipulation - *Withdrawal of Claim(s) by Polk County Tax Collector* By Circuit City Stores, Inc. Liquidating Trust and Between Polk County Tax Collector filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9905)

ii.     Notice of Hearing *on Debtors' Motion for and Memorandum of Law in Support of the Debtors' Motion for Partial Summary Judgment on the Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) and Substantive Hearing on Claim Objections (Thirty-Seventh Omnibus Objection Claimant City of Brighton, Claim Numbers 11213 & 13834; Claimant Alameda County Treasurer-Tax Collector, Claim Numbers 13294; Claimant Los Angeles County, California Taxing Authority, Claim Number 13628; Claimant Monterey County, California Taxing Authority, Claim Number 14131; Claimant - Placer County, California, Claim Number 13291)* (Re: related document(s)[4613] Objection to Claim filed by Circuit City Stores, Inc., [4788] Objection filed by Placer California, [4932] Response filed by Placer California, [5065] Response filed by City of Brighton, [5098] Response filed by Alameda County Treasurer, [5113] Response filed by Los Angeles et al., [7343] Motion for Summary Judgment filed by Circuit City Stores, Inc., [7344] Memorandum filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 10989)

jj.     Supplemental Notice of Hearing (Re: related document(s) 4613 Objection to Claim filed by Circuit City Stores, Inc., 7343 Motion for Summary Judgment filed by Circuit City Stores, Inc., 7344 Memorandum filed by Circuit City Stores, Inc., 10989 Notice of Hearing filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 10990)

Objection
Deadline:               May 13, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached Exhibit A.

Status:                 For those claims for which the objection is still pending, see attached Exhibit A, the hearing on the Debtors' Motion for Partial

Summary Judgment will go forward on August 22, 2011 at 2:00 p.m. Furthermore, to the extent the Court grants the Debtors' Motion for Partial Summary Judgment on August 22, 2011, the Trust will have the matters heard on a substantive basis on August 22, 2011.

9.    Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims)) (Docket No. 5879)

Related
Documents:

a.    Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6368)

b.    Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6585)

c.    Notice of Hearing on the Merits on Debtors' Sixtieth Omnibus Objection to Claim No. 14123 Filed by Phillip Lee Steele and Response Thereto (Docket No. 8205)

d.    Second Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8285)

e.    Third Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8421)

f.    Notice of Hearing (Re: related document(s) 5879 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9819)

Objection
Deadline:              December 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit A.

Status:                    The status hearing for the objection as it relates to the one
                           remaining claim has been adjourned to September 7, 2011 at
                           2:00 p.m.

10.    Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No
       Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human
       Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7013)

       Related
       Documents:

       a.      Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of
               Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III)
               No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous
               Claims)) (Docket No. 7457)

       b.      Supplemental Order on Debtors' Seventieth Omnibus Objection to Claims
               (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability
               (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No
               Liability (Miscellaneous Claims)) (Docket No. 7674)

       c.      Notice of Proposed Settlement Agreement and Stipulation by and Between the
               Debtors and Universal Display and Fixtures Company (Docket No. 8002)

       d.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
               Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors'
               Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth
               Omnibus Objection to Claim No. 5708 (Docket No. 8358)

       e.      Notice of Proposed Settlement Agreement and Stipulation by and Between the
               Debtors and Richard Kreuger (Docket No. 8435)

       f.      Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores,
               Inc. and Between Z-Line Designs, Inc. (Docket No. 8857)

       g.      Notice of Hearing (Re: related document(s) 7013 Objection to Claim filed by
               Circuit City Stores, Inc.) (Docket No. 9820)

       h.      Trustee's Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus
               Objection to Claims Solely with Respect to the Claim of Jamie Stack (Claim No.
               14139)

       i.      Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of
               Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the
               Claim of Sarah B. Harris [Claim No. 14314] (Docket No. 9869)

13

j.   Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the Claim of Jean S. Hamby [Claim No. 13896] (Docket No. 9870)

k.   Notice of Hearing (Re: related document(s)[7013] Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 3/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 9985)

l.   Stipulation *TO CONSOLIDATE OBJECTION TO CLAIM WITH PENDING ADVERSARY PROCEEDING* By Circuit City Stores, Inc. Liquidating Trust and Between SAP INDUSTRIES, INC., FKA SAP RETAIL INC (Docket No. 10103)

m.   Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS SEVENTIETH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF MOBILE EDGE [CLAIM NO. 3788]* (Docket No. 10085)

n.   Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS SEVENTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL CLAIMS); (II) NO LIABILITY (SATISFIED CLAIMS); (III) NO LIABILITY (HUMAN RESOURCES CLAIMS) AND (IV) NO LIABILITY (MISCELLANEOUS CLAIMS)) SOLELY WITH RESPECT TO THE CLAIM OF CURTISS McGOUGH (CLAIM NO. 3439)* (Docket No. 10087)

o.   Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Satisfied Claims); (iii) No Liability (Human Resources Claims); and (iv) No Liability (Miscellaneous Claims)) Solely as it Relates to the claim of Albert Flowers, Jr. (Docket No. 10242)

p.   Order Approving Stipulation Between Alfred H. Siegel, As Trustee Of The Circuit City Stores, Inc. Liquidating Trust and SAP Industries, Inc. To Consolidate Objection To Claim With Pending Adversary Proceeding (Re: related document(s)[10103] Stipulation filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10366)

r.   CONTINUED FOR STATUS HEARING (Re: related document(s)[5879] Objection to Claim filed by Circuit City Stores, Inc., [7013] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc., [10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.  L. Tavenner for Liquidating Trust. (Docket No. 10977)

| | |
|---|---|
| Objection Deadline: | April 22, 2010 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A. |
| Status: | For the one remaining claim for which the objection is still pending, this status hearing is adjourned to September 7, 2011 at 2:00 p.m.  See attached Exhibit A. |

11.   Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (Docket No. 7460)

Related Documents:

a.   Order on Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (Docket No. 7858)

b.   Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, the Equal Employment Opportunity Commission, Jamal Booker and Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230 and 4238 (Docket No. 8138)

| | |
|---|---|
| Objection Deadline: | June 1, 2010 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A |
| Status: | For the one claim for which the objection is still pending, this matter is adjourned to September 7, 2011 at 2:00 p.m.  See attached Exhibit A. |

12.   Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 7874)

Related
Documents:

a.      Order on Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of
        Certain Legal Claims) (Docket No. 8199)

b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and James Fouskey Resolving the Debtors' Seventy-Ninth Omnibus
        Objection to Claim No. 4017 (Docket No. 8733)

c.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Richard Grande Resolving the Debtors' Seventy-Ninth Omnibus
        Objection to Claim No. 6242 (Docket No. 8739)

d.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus
        Objection to Claim No. 6008 (Docket No. 8740)

e.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus
        Objection to Claim No. 4767 (Docket No. 8744)

f.      Notice of Proposed Settlement Agreement and Stipulation by and among the
        Debtors and Anna Thomas Resolving the Debtors' Seventy-Ninth Omnibus
        Objection to Claim No. 3145 (Docket No. 8777)

g.      Notice of Proposed Settlement Agreement and Stipulation by and among the
        Debtors and Leedell Murphy Resolving the Debtors' Seventy-Ninth Omnibus
        Objection to Claim No. 5832 (Docket No. 8841).

h.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-
        NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
        CLAIM OF DENISE K. FISHER [CLAIM NO. 3544]* (Docket No. 9903)

i.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-
        NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
        CLAIM OF MARY LOPRESTI [CLAIM NO. 5401]* (Docket No. 9904)

Objection
Deadline:               July 15, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached Exhibit A.

16

Status:                     For those claims for which the objection is still pending, this
                            matter is adjourned to September 7, 2011 at 2:00 p.m.  See
                            attached Exhibit A.

13.    Notice and Objection to Claim of The Arizona Department Of Revenue - *Liquidating
       Trust's Objection to Claim No. 14695 Filed By The Arizona Department Of Revenue*
       (Docket No. 10055)

       Related
       Documents:

       Objection
       Deadline:            Extended to May 9, 2011 at 4:00 p.m.

       Objections/
       Responses
       Filed:               Response to (Re: related document(s)[10055] Objection to Claim
                            filed by Circuit City Stores, Inc. Liquidating Trust) filed by Denise
                            Ann Faulk on behalf of Arizona Department of Revenue.

       Status:              The status hearing will be adjourned to October 19, 2011 at 2:00
                            p.m.  Claimant does not need to appear at this hearing.

14.    Notice and Objection to Claim of The City Of New York Department Of Finance -
       *Liquidating Trust's Objection to Claim No. 2297 Filed By The City Of New York
       Department Of Finance*  (Docket No. 10056)

       Related
       Documents:           Order Addressing Aspects of Liquidating Trust's Objection To
                            Claim No 2297 Filed By The New York City Department of
                            Finance (Re: related document(s) 10056 Objection to Claim filed
                            by Circuit City Stores, Inc. Liquidating Trust, 10581 Hearing
                            continued) (Docket No. 10647)

       Objection
       Deadline:            April 7, 2011 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.     Response Of The New York Department of Finance ("DOF") To The Liquidating
              Trust's Objection to DOF Claim No. 2297 For Pre-Petition Excise Taxes (Docket
              No. 10056)

       b.     Motion to Approve *NOTICE AND CROSS-MOTION OF THE NEW YORK CITY
              DEPARTMENT OF FINANACE FOR LEAVE TO AMEND AND INCREASE TAX
              PRIORITY CLAIM NO. 2297, BASED ON THE RECORDS PROCDUCED BY*

*THE DEBTORS AFTER THE BAR DATE* filed by The New York City Dept. of Finance (Docket No. 10471)

| | |
|---|---|
| Status: | During the status hearing the Trust will advise the Court that the status hearing will be adjourned to October 19, 2011 at 2:00 p.m. Response to the Cross-Motion shall be filed seven days from the date of any substantive hearing scheduled in connection with the Objection.  Claimant does not need to appear at this hearing. |

15.  Notice and Objection to Claim of The Tennessee Department of Revenue - *Liquidating Trust's Objection to Claim Nos. 12970 and 14308 Filed By The Tennessee Department of Revenue* (Docket No. 10057)

| | |
|---|---|
| Related Documents: | |
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | Response to Liquidating Trust's Objection to Claim Nos. 12970 and 14308 of the Tennessee Department of Revenue |
| Status: | A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing.  During the status hearing the Trust will advise the Court that the status hearing will be adjourned to October 19, 2011 at 2:00 p.m. |

16.  Notice and Objection to Claim of The Wisconsin Department of Revenue - *Liquidating Trust's Objection to Claim No. 12598 Filed By The Wisconsin Department of Revenue* (Docket No. 10058)

| | |
|---|---|
| Related Documents: | |
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objection/ Responses: Filed: | Letter Response to the Liquidating Trustee's Claim No. 12958 filed by Wisconsin Department of Revenue (Docket 10169) |
| | Letter (March 8, 2011) Response to Liquidating Trustee's Objection to Claim No. 12958 filed by Wisconsin Dept. of Revenue (Docket 10224) |

Status:                     A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing.  During the status hearing the Trust will advise the Court that the status hearing will be adjourned to October 19, 2011 at 2:00 p.m.

17.    Notice and Objection to Claim of Louisiana Department Of Revenue - *Objection to Claim Nos. 514, 13514 and 15207 Filed By The Louisiana Department Of Revenue* (Docket No. 10064)

Related
Documents:

Objection
Deadline:            April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:               None

Status:              The status hearing is adjourned to October 19, 2011 at 2:00 p.m. Claimant does not need to appear at this hearing.

18.    Notice and Objection to Claim of Commonwealth of Massachusetts *Liquidating Trust's Objection to Claim No.14832 Filed By The Commonwealth of Massachusetts* (Docket No. 10066)

Related
Documents:

Objection
Deadline:            Extended to May 9, 2011 at 4:00 p.m.

Objections/
Responses
Filed:               Response by Commissioner of Massachusetts Department of Revenue to Liquidating Trust's Objection to Claim No. 14832 Filed by the commonwealth of Massachusetts *with certificate of service* (Re: related document(s)[10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Stephen G. Murphy of Massachusetts Department of Revenue on behalf of Massachusetts Department of Revenue. (Attachments: # (1) Exhibit(s) 1 thru 3# (2) Exhibit(s) 4 thru 6# (3) Exhibit(s) 7 thru 9# (4) Exhibit(s) 10 thru 12# (5) Exhibit(s) 13 thru 15) (Docket No. 10694)

Status:              The status hearing will be adjourned to October 19, 2011 at 2:00 p.m. Claimant does not need to appear at this hearing.

19.     Notice and Objection to Claim of State of New Jersey - *Liquidating Trust's Objection to Claim Nos. 2300 and 11861 Filed by the State of New Jersey* (Docket No. 10068)

|  |  |
|---|---|
| Related Documents: | |
| Objection Deadline: | Extended to May 9, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | |
| Status: | The status hearing will be adjourned to October 19, 2011 at 2:00 p.m.  Claimant does not need to appear at this hearing. |

20.     Notice and Objection to Claim of Commonwealth of Virginia Department of Taxation - *Liquidating Trust's Objection to Claim Nos. 12898 And 14636 Filed By The Commonwealth Of Virginia Department Of Taxation* (Docket No. 10070)

|  |  |
|---|---|
| Related Documents: | |
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | Reply , Response to , Objection (Re: related document(s)[10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Mark K. Ames of Taxing Authority Consulting Services PC on behalf of Commonwealth of Virginia, Department of Taxation |
| Status: | A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing.  During the status hearing the Trust will advise the Court that the status hearing will be adjourned to October 19, 2011 at 2:00 p.m. |

21.     Notice and Objection to Claim *Liquidating Trust's First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Amended Claims and Disallowance of Certain Invalid Claims)* (Docket No. 10024)

Related
Documents:

a.    Notice of Withdrawal of Reference *Notice of Withdrawal of Docket No. 1138 and
      Claim No. 13098* (Re: related document(s) 1138 Motion to Compel filed by
      Watercress Associates, LP, LLP dba Pearlridge Center, Starpoint Property
      Management, LLC, RD Bloomfield Associates Limited Partnership, Acadia
      Realty Limited Partnership, Tourboullin Co., Brighton Commercial, L.L.C.,
      Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida
      Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial,
      LLC, New River Properties, LLC, Rancon Realty Fund IV, UnCommon, Ltd., a
      Florida Limited Partnership, Sparkleberry Two Notch, LLC) filed by Jennifer
      McLain McLemore of Christian & Barton, LLP on behalf of Acadia Realty
      Limited Partnership, Brighton Commercial, L.L.C., Catellus Operating Limited
      Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia
      Equities Limited Partnership, La Habra Imperial, LLC, New River Properties,
      LLC, RD Bloomfield Associates Limited Partnership, Rancon Realty Fund IV,
      Sparkleberry Two Notch, LLC, Starpoint Property Management, LLC,
      Tourboullin Co., UnCommon, Ltd., a Florida Limited Partnership, Watercress
      Associates, LP, LLP dba Pearlridge Center. (McLemore, Jennifer) (Docket No.
      10162)

b.    Amended Notice of Withdrawal of Docket No. 1138 and Claim No. 13098
      (Docket No. 10164)

c.    Order Sustaining Liquidating Trust's First Omnibus Objection To Landlord
      Claims (reduction of certain partially invalid claims, reclassification of certain
      misclassified claims, disallowance of certain invalid claims, disallowance of
      certain late-filed claims and disallowance of certain amended claims) (Re: related
      document(s)[10024] Sustaining Objection to Claim filed by Circuit City Stores,
      Inc. Liquidating Trust) (Docket No. 10770)

d.    Second Order Regarding Liquidating Trust's First Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance
      of certain late-filed claims, & disallowance of certain amended claims) (Re:
      related document(s)[10770] No action taken on Order Re: Objection) (Docket No.
      10958)

e.    Amended Order (To Reflect Appropriate Exhibits) Second Order Regarding
      Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of
      certain partially invalid claims, reclassification of certain misclassified claims,
      disallowance of certain invalid claims, disallowance of certain late-filed claims, &
      disallowance of certain amended claims (Re: related document(s) 10958
      Supplemental Order)(Docket No. 10980)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                    See attached <u>Exhibit B</u>.

Status:                   The Trust has resolved the Objection as it relates to certain claims
                          as more particularly described on <u>Exhibit B</u>.  A status hearing is
                          going forward with respect to those claims for which a response
                          was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a
                          response do not need to appear at the hearing. Such parties'
                          rights will not be affected at this hearing.**  During the hearing
                          the Liquidating Trust will advise the Court that the status hearing
                          will be adjourned to October 19, 2011 at 2:00 p.m. with respect to
                          those claims for which a response was filed.  With respect to those
                          claims to which a response was not filed but to which the
                          Liquidating Trust agreed to continue the hearing and requisite
                          response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust
                          will advise the Court that the status hearing will be adjourned to
                          October 19, 2011 at 2:00 p.m. with respect to those claims.  **Those
                          parties do not need to appear at the hearing.  Such parties'
                          rights will not be affected at this hearing.**  For all other claims
                          which have not been resolved, as identified on <u>Exhibit B</u>, the
                          Liquidating Trust will request that the Court sustain the Objection.

22.    Notice and Objection to Claim - *Liquidating Trust's Second Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Claims, Disallowance
       of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and
       Disallowance of Certain Amended Claims)*  (Docket No. 10039)

       Related
       Documents:

       a.      Order Sustaining Liquidating Trust's Second Omnibus Objection To Landlord
               Claims (reduction of certain partially invalid claims, disallowance of certain
               invalid claims, disallowance of certain late-filed claims, and disallowance of
               certain amended claims) (Re: related document(s)[10039] Sustaining Objection to
               Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10771)

       b.      CORRECTED(added correct attachment) Second Order Regarding Liquidating
               Trust's Second Omnibus Objection To Landlord Claims (reduction of certain
               partially invalid claims, disallowance of certain invalid claims, disallowance of
               certain late-filed claims, and disallowance of certain amended claims) (Re: related
               document(s) 10981 Supplemental Order) (Docket 11035)

       Objection
       Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                    See attached Exhibit B.

Status:                   The Trust has resolved the Objection as it relates to certain claims
                          as more particularly described on Exhibit B. A status hearing is
                          going forward with respect to those claims for which a response
                          was filed as identified on Exhibit B.  **Those parties who filed a
                          response do not need to appear at the hearing. Such parties'
                          rights will not be affected at this hearing.**  During the hearing
                          the Liquidating Trust will advise the Court that the status hearing
                          will be adjourned to October 19, 2011 at 2:00 p.m. with respect to
                          those claims for which a response was filed.  With respect to those
                          claims to which a response was not filed but to which the
                          Liquidating Trust agreed to continue the hearing and requisite
                          response deadline, as identified on Exhibit B, the Liquidating Trust
                          will advise the Court that the status hearing will be adjourned to
                          October 19, 2011 at 2:00 p.m. with respect to those claims.  **Those
                          parties do not need to appear at the hearing.  Such parties'
                          rights will not be affected at this hearing.**  For all other claims
                          which have not been resolved, as identified on Exhibit B, the
                          Liquidating Trust will request that the Court sustain the Objection.

23.    Notice and Objection to Claim - *Liquidating Trust's Third Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
       Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
       Certain Duplicate Claims, and Disallowance of Certain Amended Claims)*  (Docket No.
       10040)

       Related
       Documents:

       a.   Order Sustaining Liquidating Trust's Third Omnibus Objection To Landlord Claims
            (reduction of certain partially invalid claims, reclassification of certain misclassified
            claims, disallowance of certain invalid claims, disallowance of certain duplicate
            claims and disallowance of certain amended claims)(Re: related document(s)[10040]
            Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating
            Trust)(Docket No. 10776)

       b.   Second Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord
            Claims (reduction of certain partially invalid claims, reclassification of certain
            misclassified claims, disallowance of certain invalid claims, disallowance of certain
            duplicate claims & disallowance of certain amended claims) (Re: related
            document(s)[10776] No action taken on Order Re: Objection) (Docket No. 10965)

       Objection
       Deadline:                April 7, 2011 at 4:00 p.m.

23

Objections/
Responses
Filed:                    See attached <u>Exhibit B</u>.

Status:                   The Trust has resolved the Objection as it relates to certain claims
                          as more particularly described on <u>Exhibit B</u>. A status hearing is
                          going forward with respect to those claims for which a response
                          was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a
                          response do not need to appear at the hearing. Such parties'
                          rights will not be affected at this hearing.**  During the hearing
                          the Liquidating Trust will advise the Court that the status hearing
                          will be adjourned to October 19, 2011 at 2:00 p.m. with respect to
                          those claims for which a response was filed.  With respect to those
                          claims to which a response was not filed but to which the
                          Liquidating Trust agreed to continue the hearing and requisite
                          response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust
                          will advise the Court that the status hearing will be adjourned to
                          October 19, 2011 at 2:00 p.m. with respect to those claims.  **Those
                          parties do not need to appear at the hearing.  Such parties'
                          rights will not be affected at this hearing.**  For all other claims
                          which have not been resolved, as identified on <u>Exhibit B</u>, the
                          Liquidating Trust will request that the Court sustain the Objection.

24.     Notice and Objection to Claim - *Liquidating Trust's Fourth Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims and Disallowance of
        Certain Invalid Claims)* (Docket No. 10041)

        Related
        Documents:

        a.      Order Sustaining Liquidating Trust's Fourth Omnibus Objection To Landlord
                Claims (reduction of certain partially invalid claims and disallowance of certain
                invalid claims) (Re: related document(s)[10041] Sustaining Objection to Claim
                filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10774)

        b.      Second Order Regarding Liquidating Trust's Fourth Omnibus Objection To
                Landlord Claims (reduction of certain partially invalid claims & disallowance of
                certain invalid claims) (Re: related document(s)[10774] No action taken on Order
                Re: Objection) (Docket No. 10956)

        Objection
        Deadline:                 April 7, 2011 at 4:00 p.m.

        Objections/
        Responses
        Filed:                    See attached <u>Exhibit B</u>.

Status:                     The Trust has resolved the Objection as it relates to certain claims
                            as more particularly described on Exhibit B.  A status hearing is
                            going forward with respect to those claims for which a response
                            was filed as identified on Exhibit B.  **Those parties who filed a
                            response do not need to appear at the hearing. Such parties'
                            rights will not be affected at this hearing.**  During the hearing
                            the Liquidating Trust will advise the Court that the status hearing
                            will be adjourned to October 19, 2011 at 2:00 p.m. with respect to
                            those claims for which a response was filed.  With respect to those
                            claims to which a response was not filed but to which the
                            Liquidating Trust agreed to continue the hearing and requisite
                            response deadline, as identified on Exhibit B, the Liquidating Trust
                            will advise the Court that the status hearing will be adjourned to
                            October 19, 2011 at 2:00 p.m. with respect to those claims.  **Those
                            parties do not need to appear at the hearing.  Such parties'
                            rights will not be affected at this hearing.**  For all other claims
                            which have not been resolved, as identified on Exhibit B, the
                            Liquidating Trust will request that the Court sustain the Objection.

25.     Notice and Objection to Claim - *Liquidating Trust's Fifth Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
        Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
        Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and
        Disallowance of Certain Amended Claims and Disallowance of Certain Invalid Claims)*
        (Docket No. 10042)

        Related
        Documents:

        a.      Order Sustaining Liquidating Trust's Fifth Omnibus Objection to Landlord Claims
                (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
                Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
                Certain Late-Filed Claims, Disallowance of Certain Duplicate Claims and
                Disallowance of Certain Amended Claims) (Re: related document(s)[10042]
                Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket
                No. 10791)

        b.      Second Order Sustaining Liquidating Trust's Fifth Omnibus Objection to
                Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification
                of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
                Disallowance of Certain Late-Filed Claims, Disallowance of Certain Duplicate
                Claims and Disallowance of Certain Amended Claims)(Re: related
                document(s)[10791] Order Directing) (Docket No. 10957)

        Objection
        Deadline:                   April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                    See attached Exhibit B.

Status:                   The Trust has resolved the Objection as it relates to certain claims
                          as more particularly described on Exhibit B.  A status hearing is
                          going forward with respect to those claims for which a response
                          was filed as identified on Exhibit B.  **Those parties who filed a
                          response do not need to appear at the hearing. Such parties'
                          rights will not be affected at this hearing.**  During the hearing
                          the Liquidating Trust will advise the Court that the status hearing
                          will be adjourned to October 19, 2011 at 2:00 p.m. with respect to
                          those claims for which a response was filed.  With respect to those
                          claims to which a response was not filed but to which the
                          Liquidating Trust agreed to continue the hearing and requisite
                          response deadline, as identified on Exhibit B, the Liquidating Trust
                          will advise the Court that the status hearing will be adjourned to
                          October 19, 2011 at 2:00 p.m. with respect to those claims.  **Those
                          parties do not need to appear at the hearing.  Such parties'
                          rights will not be affected at this hearing.**  For all other claims
                          which have not been resolved, as identified on Exhibit B, the
                          Liquidating Trust will request that the Court sustain the Objection.

26.    Notice and Objection to Claim - *Sixth Omnibus Objection to Claims (Disallowance of
       Certain Invalid Unliquidated Claims and Fixing of Certain Unliquidated Claims)*
       (Docket No. 10043)

       Related
       Documents:

       a.     Notice and Objection to Claim - *Liquidating Trusts Sixth Omnibus Objection to
              Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain
              Invalid Claims and Reclassification of Certain Incorrectly Classified Claims)*
              Hearing scheduled 4/14/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701
              E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner
              & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.(Beran,
              Paula) **Modified** on 2/28/2011 to correct docket text (Docket No. 10044)

       b.     Order Sustaining Liquidating Trust's Sixth Omnibus Objection To Claims
              (disallowance of certain invalid unliquidated claims and fixing of certain
              unliquidated claims) (Re: related document(s) 10043 & 10044 filed by Circuit
              City Stores, Inc. Liquidating Trust) (Docket No. 10862)

       c.     Second Order Regarding Liquidating Trust's Sixth Omnibus Objection To Claims
              (disallowance of certain invalid unliquidated claims and fixing of certain
              unliquidated claims) (Re: related document(s) 10862 No action taken on Order
              Re: Objection) (Docket No. 10982)

26

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached <u>Exhibit B</u>.

Status:                  A status hearing is going forward with respect to those claims for
                         which a response was filed as identified on <u>Exhibit B</u>. **Those
                         parties who filed a response do not need to appear at the
                         hearing. Such parties' rights will not be affected at this
                         hearing.** During the hearing the Liquidating Trust will advise the
                         Court that the status hearing will be adjourned to October 19, 2011
                         at 2:00 p.m. with respect to those claims for which a response was
                         filed. With respect to those claims to which a response was not
                         filed but to which the Liquidating Trust agreed to continue the
                         hearing and requisite response deadline, as identified on <u>Exhibit B</u>,
                         the Liquidating Trust will advise the Court that the status hearing
                         will be adjourned to October 19, 2011 at 2:00 p.m. with respect to
                         those claims. **Those parties do not need to appear at the
                         hearing. Such parties' rights will not be affected at this
                         hearing.** For all other claims which have not been resolved, as
                         identified on <u>Exhibit B</u>, the Liquidating Trust will request that the
                         Court sustain the Objection.

27.    Notice and Objection to Claim - *Liquidating Trust's Seventh Omnibus Objection to
       Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid
       Claims and Reclassification of Certain Incorrectly Classified Claims)(To Correct
       Substantive Pleading --Replaces Docket Number 10044)* (Re: related document(s) 10044
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)  (Docket No.
       10045)

       Related
       Documents:

       a.     Order Sustaining Liquidating Trust's Seventh Omnibus Objection To Claims
              (reduction of certain partially invalid claims, disallowance of certain invalid
              claims and reclassification of certain incorrectly classified claims) (Re: related
              document(s) 10045 Sustaining Objection to Claim filed by Circuit City Stores,
              Inc. Liquidating Trust) (Docket No. 10863)

       b.     Second Order Sustaining Liquidating Trust's Seventh Omnibus Objection To
              Claims (reduction of certain partially invalid claims, disallowance of certain
              invalid claims and reclassification of certain incorrectly classified claims) (Re:
              related document(s) 10863 No action taken on Order Re: Objection) (Docket No.
              10983)

Objection
Deadline:                    April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                       See attached <u>Exhibit B</u>.

Status:                      A status hearing is going forward with respect to those claims for
                             which a response was filed as identified on <u>Exhibit B</u>.   **Those
                             parties who filed a response do not need to appear at the
                             hearing. Such parties' rights will not be affected at this
                             hearing.**  During the hearing the Liquidating Trust will advise the
                             Court that the status hearing will be adjourned to October 19, 2011
                             at 2:00 p.m. with respect to those claims for which a response was
                             filed.  With respect to those claims to which a response was not
                             filed but to which the Liquidating Trust agreed to continue the
                             hearing and requisite response deadline, as identified on <u>Exhibit B</u>,
                             the Liquidating Trust will advise the Court that the status hearing
                             will be adjourned to October 19, 2011 at 2:00 p.m. with respect to
                             those claims.  **Those parties do not need to appear at the
                             hearing. Such parties' rights will not be affected at this
                             hearing.**  For all other claims which have not been resolved, as
                             identified on <u>Exhibit B</u>, the Liquidating Trust will request that the
                             Court sustain the Objection.

28.    Notice and Objection to Claim - *Liquidating Trust's Eighth Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
       Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
       Certain of Late Filed Claims, Disallowance of Certain Amended Claims, and
       Disallowance of Certain Invalid Claims)*  (Docket No. 10046)

       Related
       Documents:

       a.     Order Sustaining Liquidating Trust's Eighth Omnibus Objection To Landlord
              Claims(reduction of certain partially invalid claims, reclassification of certain
              misclassified claims, disallowance of certain invalid claims, disallowance of
              certain late filed claims and disallowance of certain amended claims) (Re: related
              document(s)[10046] Sustaining Objection to Claim filed by Circuit City Stores,
              Inc. Liquidating Trust) (Docket No. 10778)

       b.     Second order Regarding Liquidating Trust's Eighth Omnibus Objection To
              Landlord Claims (reduction of certain partially invalid claims, reclassification of
              certain misclassified claims, disallowance of certain invalid claims, disallowance
              of certain late-filed claims & disallowance of certain amended claims) (Re:
              related document(s)[10243] No action taken on Order Re: Objection) (Docket No.
              10964)

|  |  |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached <u>Exhibit B</u>. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on <u>Exhibit B</u>.  A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 19, 2011 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 19, 2011 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  For all other claims which have not been resolved, as identified on <u>Exhibit B</u>, the Liquidating Trust will request that the Court sustain the Objection. |

29.  Notice and Objection to Claim - *Liquidating Trust's Ninth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)* (docket No. 10047)

Related Documents:

a.  Order Sustaining Liquidating Trust's Ninth Omnibus Objection To Landlord Claims( reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[10047] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10777)

b.  Second Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) 10241 No action taken on Order Re: Objection) (Docket No. 11121)

Objection
Deadline:                    April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                       See attached <u>Exhibit B</u>.

Status:                      The Trust has resolved the Objection as it relates to certain claims
                             as more particularly described on <u>Exhibit B</u>.  A status hearing is
                             going forward with respect to those claims for which a response
                             was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a
                             response do not need to appear at the hearing. Such parties'
                             rights will not be affected at this hearing.**  During the hearing
                             the Liquidating Trust will advise the Court that the status hearing
                             will be adjourned to October 19, 2011 at 2:00 p.m. with respect to
                             those claims for which a response was filed.  With respect to those
                             claims to which a response was not filed but to which the
                             Liquidating Trust agreed to continue the hearing and requisite
                             response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust
                             will advise the Court that the status hearing will be adjourned to
                             October 19, 2011 at 2:00 p.m. with respect to those claims.  **Those
                             parties do not need to appear at the hearing.  Such parties'
                             rights will not be affected at this hearing.**  For all other claims
                             which have not been resolved, as identified on <u>Exhibit B</u>, the
                             Liquidating Trust will request that the Court sustain the Objection.

30.    Notice and Objection to Claim - *Liquidating Trust's Tenth Omnibus Objection to
       Disallow Certain Claims (Short-Term Incentive Program)*  (Docket No. 10048)

       Related
       Documents:

       a.      Order Sustaining Liquidating Trust's Tenth Omnibus Objection To Disallow
               Certain Claims (short-term incentive program) (Re: related document(s)[10048]
               Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
               (Docket No. 10787)

       Objection
       Deadline:                    April 7, 2011 at 4:00 p.m.

       Objections/
       Responses
       Filed:                       See attached <u>Exhibit B</u>.

       Status:                      A status hearing is going forward with respect to two remaining
                                    claims for which the matter remains unresolved as identified on
                                    <u>Exhibit B</u>.  **Those parties do not need to appear at the hearing.**

**Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to September 21, 2011 at 2:00 p.m. with respect to those claims.  The Trust will also notify the Court of its intention to set these claims for substantive hearing on October 19, 2011 at 2:00 p.m.

31.   Notice and Objection to Claim - *Liquidating Trust's Eleventh Omnibus Objection to Claims: Reclassify to General Unsecured Claims, Reduce to Statutory Cap, or Disallow, as Applicable (Special Cash Retention Program)*  (Docket No. 10049)

Related
Documents:

a.   Order Sustaining Liquidating Trust's Eleventh Omnibus Objection To Claims: Reclassify To General Unsecured Claims, Reduce To Statutory Cap or Disallow As Applicable (special cash retention program) (Re: related document(s)[10049] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10783)

Objection
Deadline:          April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:          See attached Exhibit B.

Status:          A status hearing is going forward with respect to those remaining claims as identified on Exhibit B.  **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 19, 2011 at 2:00 p.m.  The Trust will also request that a briefing schedule be ordered and that the remaining matters be set for substantive hearing on November 21, 2011 at 2:00 p.m.

32.   Notice and Objection to Claim - *Liquidating Trust's Twelfth Omnibus Objection to Disallow Certain Claims (Long-Term Incentive Program)*  (Docket No. 10050)

Related
Documents:

a.   Order Sustaining Liquidating Trust's Twelfth Omnibus Objection To Disallow Certain Claims (long-term incentive program) (Re: related document(s)[10050] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10782)

|  |  |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |

|  |  |
|---|---|
| Objections/ Responses Filed: | See attached <u>Exhibit B</u>. |

|  |  |
|---|---|
| Status: | The Objection as it relates to the claim of Curtis W. Etheridge will be withdrawn.  A status hearing is going forward with respect to the remaining claim of Kenneth Duda.  **He does not need to appear at the hearing. Such party's rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the matter will be noticed for substantive hearing on October 19, 2011 at 2:00 p.m. |

33.    Notice and Objection to Claim - *Liquidating Trust's Thirteenth Omnibus Objection to Certain Priority Claims: Allow Up to the Statutory Cap, Reclassify, Disallow as Applicable (Employment Contract Severance Claims)* (Docket No. 10051)

Related
Documents:

a.    Order Sustaining Liquidating Trust's Thirteenth Omnibus Objection To Certain Priority Claims: allow up to the statutory cap, reclassify, disallow as applicable (employment contract severance claims) (Re: related document(s)[10051] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10781)

|  |  |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |

|  |  |
|---|---|
| Objections/ Responses Filed: | See attached <u>Exhibit B.</u> |

|  |  |
|---|---|
| Status: | The Objection as it relates to the claims of Antone Botelho and Patrick Longood has been resolved.  A status hearing is going forward with respect to those remaining claims as identified on <u>Exhibit B</u>.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that (a) a substantive hearing will be noticed for October 19, 2011 at 2:00 p.m. for the claim of Andrew Grosse and (b) status hearing will be adjourned to October 19, 2011 at 2:00 p.m. for the claims of Bruce Besanko. |

34.  Notice and Objection to Claim - *Liquidating Trust's Fourteenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10052)

Related
Documents:

a.  Order Sustaining Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims(Re: related document(s)[10052] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10780 )

b.  Second Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s)[10780] No action taken on Order Re: Objection) (Docket No. 10963)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit B.

Status:                  The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 19, 2011 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 19, 2011 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  For all other claims

which have not been resolved, as identified on <u>Exhibit B</u>, the Liquidating Trust will request that the Court sustain the Objection.

35.    Notice and Objection to Claim - *Liquidating Trust's Fifteenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)*   (Docket No. 10053)

Related
Documents:

a.   Order Sustaining Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims (Re: related document(s)[10053] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10779)

b.   Second Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s)[10779] No action taken on Order Re: Objection) (Docket No. 10962)

Objection
Deadline:            April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:               See attached <u>Exhibit B</u>.

Status:              The Trust has resolved the Objection as it relates to certain claims as more particularly described on <u>Exhibit B</u>.  A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 19, 2011 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 19, 2011 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties'**

**rights will not be affected at this hearing.**  For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the Objection.

36.  Notice and Objection to Claim - *Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)*   (Docket No. 10061)

Related
Documents:

a.      Amended Exhibit *C to Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims) [Service Copy of Said Objection (Docket No. 10061) Contained Exhibit C and Amended Exhibit C]* (Re: related document(s) 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)  (Docket No. 10074)

b.      Order Sustaining Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[10061] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10785)

c.      Second Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s)[10785] No action taken on Order Re: Objection) (Docket No. 10966)

Objection
Deadline:                    April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                        See attached Exhibit B.

Status:                      The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a**

**response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 19, 2011 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 19, 2011 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** For all other claims which have not been resolved, as identified on Exhibit B, the Liquidating Trust will request that the Court sustain the Objection.

37.   Notice and Objection to Claim - *Liquidating Trust's Eighteenth Omnibus Objection to Claims Filed by Taxing Authorities (Reduction of Certain Partially Invalid Claims; Disallowance of Certain Invalid Claims; Disallowance of Certain Duplicate Claims; Reclassification of Certain Claims; Disallowance of Certain Amended or Superseded Claims; Disallowance or Reduction of Certain Late Filed Claims; Disallowance of Certain Invalid Claims; and Fixing the Amount of Certain Claims)* (Docket No. 10062)

Related
Documents:

a.   Withdrawal of Pasadena Independent School District's Response to Eighteenth Omnibus Objection of Claims (Docket No. 10062) - (Docket No. 10516)

b.   Order Sustaining Liquidating Trust's Eighteenth Omnibus Objection To Claims Filed By Taxing Authorities (reduction of certain partially invalid claims, disallowance of certain invalid claims; reclassification of certain claims; disallowance of certain amended or superseded claims; disallowance of certain late filed claims; disallowance or reduction of certain invalid claims; & fixing the amount of certain claims) filed by taxing authorities) (Re: related document(s)[10062] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10961)

Objection
Deadline:          April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit B.

Status:            A status hearing is going forward with respect to this Objection. **Parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing

the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 19, 2011 at 2:00 p.m.

38.   Notice and Objection to Claim - *Liquidating Trust's Nineteenth Omnibus Objection to Certain Employee Priority Claims: No Liability; Not Entitled to Priority; Allow up to the Statutory Cap; and Reclassify, as Applicable (Miscellaneous HR Priority Claims)* (Docket No. 10071)

Related
Documents:

a.   Order Sustaining Liquidating Trust's Nineteenth Omnibus Objection To Certain Employee Priority Claims; No Liability; Not Entitled To Priority; Allow Up to The Statutory Cap, and Reclassify, As Applicable (miscellaneous HR Priority Claims) (Re: related document(s)[10071] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10786)

Objection
Deadline:            April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit B.

Status:              The Objection as it relates to David J. Cacciotti, Kenneth Giacone, and Richard T. Miller, Jr. will be withdrawn.  A status hearing is going forward with respect to those remaining claims as identified on Exhibit B.   **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that (a) the status hearing will be adjourned to October 19, 2011 at 2:00 p.m. with respect to the claim of Brian L. LaCoursiere, (b) a substantive hearing will be held on October 19, 2011 for the claims of Auvill V. Browne, Robyn N. Davis, Brandi Michelle Evans Fose, Melissa Gillard, Patrick Gerald Kennedy, Jeffrey A. McDonald and (c) a substantive hearing will be held on November 21, 2011 at 2:00 p.m. for the claim of Anne Thumann.

39.   Notice and Objection to Claim - *Liquidating Trust's Twentieth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims)* (Docket No. 10072)

Related
Documents:

a.    Order Sustaining Liquidating Trust's Twentieth Omnibus Objection to Landlord
      Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
      Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
      Certain Late-Filed Claims, Disallowance of Certain Duplicate Claims and
      Disallowance of Certain Amended Claims) (Re: related document(s)[10072]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket
      No. 10786)

b.    Second Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance
      of certain late-filed claims, disallowance of certain duplicate claims &
      disallowance of certain amended claims) (Re: related document(s)[10788] Order
      Directing) (Docket No. 10960)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit B.

Status:                The Trust has resolved the Objection as it relates to certain claims
                       as more particularly described on Exhibit B.  A status hearing is
                       going forward with respect to those claims for which a response
                       was filed as identified on Exhibit B.  **Those parties who filed a
                       response do not need to appear at the hearing. Such parties'
                       rights will not be affected at this hearing.**  During the hearing
                       the Liquidating Trust will advise the Court that the status hearing
                       will be adjourned to October 19, 2011 at 2:00 p.m. with respect to
                       those claims for which a response was filed.  With respect to those
                       claims to which a response was not filed but to which the
                       Liquidating Trust agreed to continue the hearing and requisite
                       response deadline, as identified on Exhibit B, the Liquidating Trust
                       will advise the Court that the status hearing will be adjourned to
                       October 19, 2011 at 2:00 p.m. with respect to those claims.  **Those
                       parties do not need to appear at the hearing.  Such parties'
                       rights will not be affected at this hearing.**  For all other claims
                       which have not been resolved, as identified on Exhibit B, the
                       Liquidating Trust will request that the Court sustain the Objection.

40.     Notice and Objection to Claim - *Liquidating Trust's Twenty-First Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
        Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
        Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)* (Docket
        No. 10073)

        Related
        Documents:

        a.      Order Sustaining Liquidating Trust's Twenty-First Omnibus Objection to
                Landlord Claims (reduction of Certain Partially Invalid Claims, Reclassification
                of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
                Disallowance of Certain Late-Filed Claims, and Disallowance of Certain
                Amended Claims) (Re: related document(s)[10073] Objection to Claim filed by
                Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10789)

        b.      Second Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
                Landlord Claims (reduction of certain partially invalid claims, reclassification of
                certain misclassified claims, disallowance of certain invalid claims, disallowance
                of certain late-filed claims & disallowance of certain amended claims)(Re: related
                document(s)[10789] Order Directing) (Docket No. 10959)

        Objection
        Deadline:         April 7, 2011 at 4:00 p.m.

        Objections/
        Responses
        Filed:            See attached Exhibit B.

        Status:           The Trust has resolved the Objection as it relates to certain claims
                          as more particularly described on Exhibit B.  A status hearing is
                          going forward with respect to those claims for which a response
                          was filed as identified on Exhibit B.   **Those parties who filed a
                          response do not need to appear at the hearing. Such parties'
                          rights will not be affected at this hearing.**  During the hearing
                          the Liquidating Trust will advise the Court that the status hearing
                          will be adjourned to October 19, 2011 at 2:00 p.m. with respect to
                          those claims for which a response was filed.  With respect to those
                          claims to which a response was not filed but to which the
                          Liquidating Trust agreed to continue the hearing and requisite
                          response deadline, as identified on Exhibit B, the Liquidating Trust
                          will advise the Court that the status hearing will be adjourned to
                          October 19, 2011 at 2:00 p.m. with respect to those claims.  **Those
                          parties do not need to appear at the hearing.  Such parties'
                          rights will not be affected at this hearing.**  For all other claims
                          which have not been resolved, as identified on Exhibit B, the
                          Liquidating Trust will request that the Court sustain the Objection.

                                              39

41.     Notice and Objection to Claim - *Liquidating Trust's Twenty-Second Omnibus Objection to Certain HR Priority Claims: Reclassify as General Unsecured (Deferred Compensation Claims Top Hat)* (Docket No. 10075)

Related
Documents:

a.      Order Sustaining Liquidating Trust's Twenty-Second Omnibus Objection to Certain HR Priority Claims: Reclassify as General Unsecured (Deferred Compensation Claims-Top Hat) (Re: related document(s)[10075] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10790)

Objection
Deadline:               April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                  None

Status:                 For the one remaining claimant, Richard T. Miller, Jr., subject to this Objection, the Trust will request that the matter be set for substantive hearing on September 21, 2011 on the basis that no timely response was filed.

42.     Notice and Objection to Claim of Michael W. Beam - *Liquidating Trusts Objection to Administrative Claims of Michael W. Beam: Reclassify Claim No. 6022 to General Unsecured Claim; and Reclassify Then Disallow Claim No. 13410 as Duplicative (Short-Term Incentive Program)* Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Attachments: # (1) Exhibit(s) B# (2) Exhibit(s) C# (3) Exhibit(s) D# (4) Exhibit(s) E# (5) Exhibit(s) F# (6) Exhibit(s) G) (Docket No. 10900)

Related
Documents:

Objection
Deadline:               August 15, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                  Response to (Re: related document(s)[10900] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Michael Beam (Docket No. 11116)

Status:                 The Trust will request that the matter be set for substantive hearing on October 19, 2011 at 2:00 p.m.

## V.   DEFAULT JUDGMENTS

43.   *Siegel v Rawlings Sporting Goods Company, Inc.*; Case No. 10-03604; Motion for
Default Judgment and Notice of Hearing (Re: related document(s)[5] Motion for Entry of
Default filed by Alfred H. Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on
behalf of Alfred H. Siegel. Hearing scheduled 8/22/2011 at 02:00 PM at Judge
Huennekens' Courtroom (Docket No. 6)

Related
Documents:

a.   Motion for Entry of Default - *Request for Entry of Default and for Default
Judgment by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and
Federal Rule of Civil Procedure 55* filed by Paula S. Beran of Tavenner & Beran,
PLC on behalf of Alfred H. Siegel (Docket No. 5)

b.   Entry of Default against Rawlings Sporting Goods Company, Inc. d/b/a The
Licensed Products Company (Re: related document(s) 5 Motion for Entry of
Default filed by Alfred H. Siegel) (Docket No. 7)

Objection
Deadline:          August 15, 2011 at 4:00 p.m.

Objections/
Responses
Filed:             None

Status:            The Trust will request that the Court grant judgment by default.

44.   *Siegel v UmeDisc, Ltd.*; Case No. 10-03443; Motion for Default Judgment and Notice of
Hearing (Re: related document(s)[5] Motion for Entry of Default filed by Alfred H.
Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel.
Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No.
6)

Related
Documents:

a.   Motion for Entry of Default *Request for Entry of Default and for Default
Judgment by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and
Federal Rule of Civil Procedure 55* filed by Paula S. Beran of Tavenner & Beran,
PLC on behalf of Alfred H. Siegel. (Attachments: # 1 Exhibit(s) Exhibit A)
Objection (Docket No. 5)

b.   Entry of Default against UmeDisc, Ltd (Re: related document(s) 5 Motion for
Entry of Default filed by Alfred H. Siegel) (Docket No. 7)

Deadline:          August 15, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                None

Status:               The Trust will request that the Court grant judgment by default.


Dated: Richmond, Virginia        TAVENNER & BERAN, PLC
       August 19, 2011


                                _____/s/ Paula S. Beran_____
                                Lynn L. Tavenner (VA Bar No. 30083)
                                Paula S. Beran (VA Bar No. 34679)
                                20 North Eighth Street, 2nd Floor
                                Richmond, Virginia 23219
                                (804) 783-8300

                                            - and -

                                PACHULSKI STANG ZIEHL & JONES LLP
                                Jeffrey N. Pomerantz, Esq.
                                Andrew W. Caine, Esq.
                                10100 Santa Monica Boulevard
                                Los Angeles, California 90067-4100
                                (310) 277-6910

                                            - and –

                                Robert J. Feinstein, Esq.
                                John A. Morris, Esq.
                                PACHULSKI STANG ZIEHL & JONES LLP
                                780 Third Avenue, 36th Floor
                                New York, New York 10017
                                (212) 561-7700

                                Co-Counsel for the Circuit City Stores, Inc.
                                Liquidating Trust