**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 10024<br>9722<br>10020 | 4106 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |
| 31 | Glenn Cordell Duncan | 2722<br>2725 | 4755 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |
| 31 | Gary R. Lowe | 5144 | 4810 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 3548 | 4811 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |
| 31 | Eisner, Roy | 3025 | 4821 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |
| 31 | Jonathan Card | 6040 | 4823<br>4943 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |
| 31 | Brad C. King | 3634 | 4842 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the August 22, 2011 hearing.

DOCS_LA:243027.1 12304-003

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 31 | Chase Bank USA, National Association | 7065 | 4899 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |
| 31 | Antor Media Corporation | 6347 | 4926 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |
| 31 | Joseph Skaf | 8717 | 4946 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |
| 31 | Richard and Deborah Jaynes | 3427 | 4951 | This matter has been settled pending documentation of the agreement. |
| 31 | Unical Enterprises, Inc. | 6555 | 4975 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |
| | | | | |
| | | | | |
| 37 | City of Brighton, Michigan | 11213 13834 | 5065 | The hearing on this matter and the Debtors' Motion for Partial Summary Judgment related thereto is going forward on August 22, 2011 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 13294 | 5098 | The hearing on this matter and the Debtors' Motion for Partial Summary Judgment related thereto is going forward on August 22, 2011 at 2:00 p.m. |

DOCS_LA:243027.1 12304-003

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 37 | Los Angeles County | 13628 | 5113 | The hearing on this matter and the Debtors' Motion for Partial Summary Judgment related thereto is going forward on August 22, 2011 at 2:00 p.m. |
| 37 | Monterey County | 14131 | 5113 | The hearing on this matter and the Debtors' Motion for Partial Summary Judgment related thereto is going forward on August 22, 2011 at 2:00 p.m. |
| 37 | Placer County, California | 13291 | 4788 4932 | The hearing on this matter and the Debtors' Motion for Partial Summary Judgment related thereto is going forward on August 22, 2011 at 2:00 p.m. |
| 60 | Mark Stewart | 9295 | 6082 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |
| 70 | Tribune Company and Los Angeles Times Newspapers Inc. | 13068 | 7255 | The Liquidating Trust will withdraw the Debtors' Seventieth Omnibus Objection to Claims as it relates to the this claim. |

3

DOCS_LA:243027.1 12304-003

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 76 | Lei, Yu-Liang | 13307 | 7584 | Before the Plan's Effective Date, this matter was resolved in principle, subject to completion of settlement documentation. No such documentation was received before the Effective Date. The claimant is now deceased. The estate must be probated prior to anyone having authority to sign the settlement agreement. Accordingly, the status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |
| 79 | Foster, William | 2922 3001 | 7999 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |
| 79 | Eisner, Joanne | 3852 | 8003 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |
| 79 | Coleman, Dorothy | 2733 | 8016 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |
| 79 | Blackshear, Brenda | 4333 | 8017 | The Liquidating Trust has withdrawn the Debtors' Seventy-Ninth Omnibus Objection as it relates to this claim. |
| 79 | Jardan, Sheila A. | 4006 | 8018 | This matter has been resolved and settled pursuant to procedures approved by this Court |
| 79 | Evans, Joe | 3600 | 8030 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |

4

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 79 | Gibson, Thomas H. | 3995 | 8034 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |
| 79 | Martinez, Anthony | 9060 | 8035 | This matter has been resolved and settled pursuant to procedures approved by this Court |
| 79 | Tully, M.D., Vincent | 1134 | 8041 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |
| 79 | Rollins, James | 14825 | 8054 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |
| 79 | Tinsley, Clementine | 4272 | 8055 | The status hearing on this response is adjourned to September 7, 2011 at 2:00 p.m. |

5

DOCS_LA:243027.1 12304-003