**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

| | |
|---|---|
| In re: ) | Case No. 08-35653 KRH |
| ) | |
| CIRCUIT CITY STORES, INC., et al ) | Chapter 11 |
| ) | |
| Debtor(s). ) | |
| ) | **REQUEST FOR TELEPHONIC APPEARANCE ON THE OBJECTION OF LOS ANGELES COUNTY, MONTEREY COUNTY AND PLACER COUNTY, CALIFORNIA, COLLECTIVELY THE CALIFORNIA TAXING AUTHORITIES TO DEBTORS' MEMORANDUM OF LAW IN SUPPORT OF THE DEBTORS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS)** |
| | **DATE: August 22, 2011**<br>**TIME: 2:00 ET** |

TO THE HONORABLE KEVIN R. HUENNEKENS AND TO ALL PARTIES OF INTEREST:

Collectively the California Taxing Authorities Los Angeles County, Monterey County and Placer County, California hereby request that this Court enter an order, the proposed form of which is attached as Exhibit A authorizing counsel Martha E. Romero to appear by telephone at the hearing to be held on August 22, 2011 at 2:00 pm regarding the Circuit City Stores, Liquidating Trust Motion for Partial Summary Judgment on the Thirty-seventh Omnibus Objection to Claims (Reduction of Certain Personal Property). Supplemental Notice

```
 1 │ given at Docket Number 10990).
 2 │ Dated: August 21, 2011           ROMERO LAW FIRM
 3 │
 4 │                                  By   /s/ Martha E. Romero
   │                                  MARTHA E. ROMERO, State Bar No.
 5 │                                  128144
   │                                  California Taxing Authorities
 6 │                                  ROMERO LAW FIRM
   │                                  BMR Professional Building
 7 │                                  6516 Bright Avenue
   │                                  Whittier, California 90601
 8 │                                  (562) 907-6800
   │                                  (562)907-6820 Facsimile
 9 │                                  Email: Romero@mromerolawfirm.com
10 │
   │                                  By   /s/ Garren R. Laymon
11 │                                  Garren R. Laymon
   │                                  Magee Goldstein Lasky & Sayers, P.C.
12 │                                  310 First Street, S.W., Suite 1200
   │                                  P.O. Box 404
13 │                                  Roanoke, VA 24003-0404
   │                                  Phone (540) 343-9800
14 │                                  Direct (540) 278-2665
   │                                  Fax (540) 343-9898
15 │
16 │
17 │
18 │
19 │               CERTIFICATE OF SERVICE
20 │
   │     I hereby certify that on the 21$^{th}$ day of August 2011, I caused
21 │ a copy of the foregoing to be served to all parties receiving
   │ notice via the court's CM/ECF noticing system.
22 │
23 │                                  By   /s/ Martha E. Romero
24 │
25 │
26 │
27 │
28 │
```

i

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

| | |
|---|---|
| In re: ) | Case No. 08-35653 KRH |
| ) | |
| CIRCUIT CITY STORES, INC., et al ) | Chapter 11 |
| ) | |
| Debtor(s). ) | **ORDER ON REQUEST FOR** |
| ) | **TELEPHONIC APPEARANCE ON** |
| ) | **THE OBJECTION OF LOS** |
| ) | **ANGELES COUNTY, MONTEREY** |
| ) | **COUNTY AND PLACER COUNTY,** |
| ) | **CALIFORNIA, COLLECTIVELY** |
| ) | **THE CALIFORNIA TAXING** |
| ) | **AUTHORITIES TO DEBTORS'** |
| ) | **MEMORANDUM OF LAW IN** |
| | **SUPPORT OF THE DEBTORS'** |
| | **MOTION FOR PARTIAL** |
| | **SUMMARY JUDGMENT ON THE** |
| | **THIRTY-SEVENTH OMNIBUS** |
| | **OBJECTION TO CLAIMS** |
| | **(REDUCTION OF CERTAIN** |
| | **PERSONAL PROPERTY TAX** |
| | **CLAIMS)** |
| | |
| | DATE: August 22, 2011 |
| | TIME: 2:00 ET |

The Matter is before the Court on the Request for Telephonica Appearance regarding counsel Martha E. Romero. Upon the consideration of the request and the statements therein, the court finds that (1) it has jurisdiction over the matter raised in the request pursuant tos 29 U>S>C> Section 157 and Section 1334; (2) this is a core proceeding pursuant to 29 U>S>C> Section 157 (b)(s); (3) propert and ade1uaet notice has been give and no other further notice is necessary and (4) good and sufficient cause exists for the granting of the relief requested in the request.  Therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. **The Request for Telephonic Appearance for counsel Martha E. Romero is granted.**

2. Martha E. Romero is permitted to appear by telephon the hearing to be held on August 22, 2011 at 2:00 p.m. regarding Circuit City Stores Inc. Liquidating Trust Motion for Partial Summary Judgment. Supplemental Notice given at docket number 10990.

3. The call in number is _____.

                               _____
                               HONORABLE KEVIN R. HUENNEKENS
                               UNITED STATED BANKRUPTCY JUDGE

I ask for this:

ROMERO LAW FIRM


By____/s/ Martha E. Romero_____
MARTHA E. ROMERO, State Bar No. 128144
California Taxing Authorities
ROMERO LAW FIRM
BMR Professional Building
6516 Bright Avenue
Whittier, California 90601
(562) 907-6800
(562)907-6820 Facsimile
Email: Romero@mromerolawfirm.com


By____/s/ Garren R. Laymon____
Garren R. Laymon
Magee Goldstein Lasky & Sayers, P.C.
310 First Street, S.W., Suite 1200
P.O. Box 404
Roanoke, VA 24003-0404
Phone (540) 343-9800
Direct (540) 278-2665
Fax (540) 343-9898

i

1 | **LOCAL RULE 9022-1 CERTIFICATION**

2 | In accordance with Local Rule 9022-1, I hereby certify that the foregoing proposed order has been endorsed by or served upon
3 | all necessary parties.

4 |

5 | By   /s/ Martha E. Romero

6 |

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |