IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Circuit City Stores, Inc., et al., | : | |
| | : | Case No. 08-35653 KRH |
| Debtors. | : | |
| | : | (Jointly Administered) |

*FILED RICHMOND DIVISION AUG 2 2 2011 CLERK US BANKRUPTCY COURT*

## REQUEST TO BE REMOVED FROM RECEIVING NOTICES IN A CASE

**PLEASE TAKE NOTICE** that Eric D. Goldberg and the law firm of Stutman, Treister & Glatt, hereby request that they be removed from the electronic notice list and all other service lists in this matter.

Dated: August 16, 2011

Respectfully submitted,

By: /s/ Eric D. Goldberg

STUTMAN, TREISTER & GLATT, P.C.

Eric D. Goldberg, Esq. (157544)

1901 Avenue of the Stars, 12th Floor

Los Angeles, CA 90067-6013

(310) 228-5600

egoldberg@stutman.com

Counsel for Sirius XM Radio Inc.

553883v1