UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., <u>et</u> <u>al.</u>, | ) | Case No. **08-35653** |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING LIBERTY MUTUAL INSURANCE
COMPANY'S MOTION TO APPEAR TELEPHONICALLY**

This matter is before the Court on the Motion to Appear Telephonically (the "<u>Motion</u>") regarding co-counsel, William S. McMahon of Choate, Hall & Stewart LLP.  Upon consideration of the Motion, and the statements therein, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C.  § 157 and § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion.  Therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is **GRANTED.**

---

KAPLAN & FRANK, PLC
Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, Virginia 23218-2470
Telephone: (804) 525-1891
Facsimile:  (804) 525-1892

-and-

CHOATE, HALL & STEWART LLP
Douglas R. Gooding, Esq.
William S. McMahon, Esq.
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
Facsimile:  (617) 248-4000

*Counsel to Liberty Mutual Insurance Company*

2.   William S. McMahon is permitted to appear by telephone the hearing to be held on August 22, 2011, at 2 p.m., regarding The Circuit City Stores, Inc. Liquidating Trust's Sixth and Seventh Omnibus Objections to Claims (Docket Nos. 10043 and 10045, respectively).

3.   The call-in number is _____.

ENTERED:                                                                    _____
                                                                            United States Bankruptcy Judge

I ASK FOR THIS:

/s/ Troy Savenko_____
KAPLAN & FRANK, PLC
Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, Virginia 23218-2470
Telephone: (804) 525-1891
Facsimile: (804) 525-1892

- and –

CHOATE, HALL & STEWART LLP
Douglas R. Gooding, Esq.
William S. McMahon, Esq.
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

*Counsel to Liberty Mutual Insurance Company*

## LOCAL RULE 9022-1 CERTIFICATION

In accordance with Local Rule 9022-1, I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Troy Savenko_____

Troy Savenko