UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC. et al.

Debtors.

Case No.: 08-35653 (KRH)

Jointly Administered

Chapter 11

NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Amargosa Palmdale Investments LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery, VIII, and in connection with such transfer, herby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim # 13962, filed 6/29/2009), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

FORMER ADDRESS

Amargosa Palmdale
Investments LLC
433 N Camden Dr No 500
Beverly Hills, CA 90210

NEW ADDRESS

Amargosa Palmdale
c/o United States Debt Recovery, VIII
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

I declare under penalty of perjury that the foregoing is true and correct.

CREDITOR NAME: Amargosa Palmdale Investments LLC
Print Name: James A. Ginsburg    Title: Vice President
Signature: [signature]    Date: 8/25/11