**210B (12/09)**

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____    was filed or deemed filed under 11 U.S.C. § 1111(a) in this
case by the alleged transferor.  As evidence of the transfer of that claim, the transferee
filed a Transfer of Claim in the clerk's office of this court on 08/25/2011 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
| --- | --- |
| Claim No. : Amargosa Palmdale Investments LLC, J Bennett Friedman Esq, Friedman Law Group, 1900 Avenue of the Stars Ste 1800, Los Angeles, CA 90067-4409 | US Debt Recovery VIII, L.P. 940 Southwood Blvd Suite 101 Incline village, NV 80451 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with
the court within twenty-one (21) days of the mailing of this notice.  If no objection is
timely received by the court, the transferee will be substituted as the original claimant
without further order of the court.

Date:   08/28/11

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                 Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs          Page 1 of 1          Date Rcvd: Aug 26, 2011
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2011.
10661137      Amargosa Palmdale Investments LLC,   J Bennett Friedman Esq,   Friedman Law Group,
              1900 Avenue of the Stars Ste 1800,   Los Angeles, CA 90067-4409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2011**                    **Signature:** _Joseph Speetjens_