1**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

| | |
|---|---|
| In re: ) | Case No. 08-35653 KRH |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al ) | |
| ) | **ORDER ON REQUEST FOR TELEPHONIC APPEARANCE ON THE OBJECTION OF LOS ANGELES COUNTY, MONTEREY COUNTY AND PLACER COUNTY, CALIFORNIA, COLLECTIVELY THE CALIFORNIA TAXING AUTHORITIES TO DEBTORS' MEMORANDUM OF LAW IN SUPPORT OF THE DEBTORS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS)** |
| Debtor(s). ) | |
| _____ ) | |

DATE: August 22, 2011
TIME: 2:00 ET

The Matter is before the Court on the Request for Telephonic Appearance regarding counsel Martha E. Romero. Upon the consideration of the request and the statements therein, the court finds that (1) it has jurisdiction over the matter raised in the request pursuant to 29 U.S.C. Section 157 and Section 1334; (2) this is a core proceeding pursuant to 29 U.S.C.

Section 157 (b)(2); (3) proper and adequate notice has been give and no other further notice is necessary and (4) good and sufficient cause exists for the granting of the relief requested in the request.  Therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Request for Telephonic Appearance for counsel Martha E. Romero is granted.

2. Martha E. Romero is permitted to appear by telephone the hearing to be held on August 22, 2011 at 2:00 p.m. regarding Circuit City Stores Inc. Liquidating Trust Motion for Partial Summary Judgment. Supplemental Notice given at docket number 10990.

3. The call in number is (866) 202-1783, conference 9147353.

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATED BANKRUPTCY JUDGE

I ask for this:

ROMERO LAW FIRM
By___/s/ Martha E. Romero_____
MARTHA E. ROMERO, State Bar No. 128144
California Taxing Authorities
ROMERO LAW FIRM

BMR Professional Building  
6516 Bright Avenue  
Whittier, California 90601  
(562) 907-6800

(562)907-6820 Facsimile  
Email: Romero@mromerolawfirm.com

By    /s/ Garren R. Laymon  
Garren R. Laymon  
Magee Goldstein Lasky & Sayers, P.C.  
310 First Street, S.W., Suite 1200  
P.O. Box 404  
Roanoke, VA 24003-0404  
Phone (540) 343-9800  
Direct (540) 278-2665  
Fax (540) 343-9898

**LOCAL RULE 9022-1 CERTIFICATION**

In accordance with Local Rule 9022-1, I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

By  /s/ Martha E. Romero