Jackson D. Toof (VA Bar No. 48842)
Andrea Campbell (VA Bar No. 78036)
Jeffrey N. Rothleder (Admitted *Pro Hac Vice*)
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395
Email:  toof.jackson@arentfox.com
Email:  campbell.andrea@arentfox.com
Email:  rothleder.jeffrey@arentfox.com

*Attorneys for Discovery Communications, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.* ) | Case Nos. 08-35653 |
| ) | Jointly Administered |
| Debtors.[1] ) | |
| ) | |

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf of Discovery Communications, Inc. in this Chapter 11 case.  Pursuant to § 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Arent Fox LLP requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon the undersigned at the office, address, telephone number and facsimile number set forth below and

---

[1] The Debtors and their respective case numbers are as follows: Circuit City Stores, Inc. (08-35653), Circuit City Stores West Coast (08-35654), InterTAN, Inc. (08-35655), Ventoux International, Inc. (08-35656), Circuit City Purchasing Company, LLC (08-35657), CC Aviation, LLC (08-35658), CC Distribution Company of Virginia, Inc. (08-35659), Circuit City Properties, LLC (08-35661), Kinzer Technology, LLC (08-35663), Abbott Advertising Agency, Inc. (08-35665), Patapsco Designs, Inc. (08-35667), Sky Venture Corp. (08-35668), Prahs, Inc. (08-35670), XSStuff, LLC (08-35669), Mayland MN, LLC (08-35666), Courchevel, LLC (n/a), Orbyx Electronics, LLC (08-35664), and Circuit City Stores PR, LLC (08-35660).

GENBUS/822577.1

that the following names be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as set forth below:

> Jackson D. Toof
> Arent Fox LLP
> 1050 Connecticut Avenue, NW
> Washington, DC 20036
> Telephone: (202) 857-6000
> Facsimile: (202) 857-6395
> toof.jackson@arentfox.com

PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex or otherwise, which are filed or made with regard to the captioned case and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit, is intended to waive (i) this party's right to have final orders in noncore matters entered only after *de novo* review by a district judge, (ii) this party's right to trial by jury in any proceedings or trial so triable herein or in any case, controversy, or proceeding relating hereto, (iii) this party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which this party is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments this party expressly reserves.  Further, this Notice of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court, including without limitation, the

jurisdiction of the Court to adjudicate noncore matters, all of which rights are reserved without prejudice.

Dated: September 1, 2011
      Washington, DC

                                            */s/ Jackson D. Toof*
                                    Jackson D. Toof (Va. Bar No. 48842)
                                    ARENT FOX LLP
                                    1050 Connecticut Avenue, NW
                                    Washington, DC 20036-5339
                                    Telephone: (202) 857-6000
                                    Facsimile: (202) 857-6395

                                    Attorney for Discovery Communications, Inc.

## CERTIFICATE OF SERVICE

    I, Jackson D. Toof, hereby certify that on the 1st day of September, 2011, I caused a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers to be served on all parties receiving the Court's CM/ECF notices in the above-captioned case.

                                                           */s/ Jackson D. Toof*