| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON SEPTEMBER 7, 2011 AT 2:00 P.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on September 7, 2011 beginning at 2:00 p.m. Eastern.

## I. CONTINUED OR WITHDRAWN MATTERS

1. *Siegel v. Merrimack Valley Corp., et al.*; Case No. 10-03472; Motion for Default Judgment filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 6)

    Related Documents:

    a. Hearing continued for finalization of settlement agreement (Re: related document(s)[6] Motion for Default Judgment filed by Alfred H. Siegel) Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 12)

    b. Hearing continued for finalization of settlement agreement (Re: related document(s)[6] Motion for Default Judgment filed by Alfred H. Siegel) Hearing scheduled 9/7/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 14)

    Objection Deadline:    Extended

    Objections/ Responses Filed:

    a. Motion to Extend Time (Re: related document(s)[6] Motion for Default Judgment filed by Alfred H. Siegel) filed by Douglas Scott of Douglas A. Scott, PLC on behalf of Merrimack Valley Corp. (Docket No. 7)

    b. Motion to Expedite Hearing (Re: related document(s)[7] Motion to Extend Time filed by Merrimack Valley Corp.) filed by Douglas Scott of Douglas A. Scott, PLC on behalf of Merrimack Valley Corp..

    c. Notice of Hearing (Re: related document(s)[8] Motion to Expedite Hearing filed by Merrimack Valley Corp.) filed by Douglas Scott of Douglas A. Scott, PLC on behalf of Merrimack Valley Corp.. Hearing scheduled 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

    Status:    The underlying adversary proceeding (*Siegel v. Merrimack Valley Corp., et al.*; Case No. 10-03472) has been resolved pending documentation and consummation. Accordingly, the Trust will request that the Court continue the matter until October 19, 2011

        subject to removal from said docket if the settlement has been
        documented and fully consummated.

2. Site A, LLC's Second Amended Motion to Allow Late Filing of Proof of Claim, or in the Alternative, Motion to File Late Proof of Claim as an Amendment to Informal Proof of Claim (Docket No. 7155).

  Related Documents:

   a. Notice of Motion and Hearing (Docket No. 5405)

   b. Amended Motion to Allow Late Filing of Proof of Claim, by Site A, LLC (Docket Nos. 5310, 5404)

   b. Notice of Motion and Hearing (Docket No. 7236)

   d. Hearing continued to finalize settlement (Re: related document(s)[7155] Motion to Allow Late Filing of Claim filed by Site A, LLC) Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 10972)

  Objection Deadline:  October 27, 2009 at 5:00 p.m., extended for the Liquidating Trust.

  Objections/ Responses Filed:

  Status:  This matter has been resolved and may be removed from the Court's docket.

3. *Siegel v. B.R. Fries & Associates,* LLC; Case No. 10-03382; Motion to Dismiss Adversary Proceeding (Re: related document(s) 1 Complaint filed by Alfred H. Siegel) filed by Daniel M. Press of Chung & Press, P.C. on behalf of B.R. Fries & Associates, LLC. Hearing scheduled 2/24/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Attachments: # 1 Notice of Motion) (Docket No. 5)

  Related Documents:

   a. Motion to Continue *(THE LIQUIDATING TRUSTEES MOTION TO CONTINUE FEBRUARY 24, 2011 HEARING ON DEFENDANTS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM)* (Re: related document(s) 5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 6)

3

    b.    Notice of Hearing *(Notice of (A) Filing of Motion and (B) Hearing Thereon)* (Re: related document(s) 6 Motion to Continue filed by Alfred H. Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 2/9/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 7)

    c.    Hearing held; MOTION GRANTED; Hearing set for 2/24/11 is continued to 6/9/11 at 2:00 PM (Re: related document(s) 6 Motion to Continue filed by Alfred H. Siegel). P. Beran for Trustee. (Docket No. 8)

    d.    Hearing continued (Re: related document(s) 5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 6/9/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 9)

    e.    Hearing continued (Re: related document(s) 5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 9/7/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 10)

Objection Deadline:

Objections/ Responses Filed:

Status:    The underlying matter has not yet been mediated. Accordingly, the Trust suggests that this matter be continued.

## II. PRETRIAL CONFERENCES

4.    *Siegel v. Discovery Communications, Inc.*; Case No. 10-03732; Pre-Trial Order; (Re: related document(s) 1 Complaint filed by Alfred H. Siegel) Pre-Trial Conference set for 9/7/2011 at 02:00 PM (Docket No. 16)

5.    *Siegel v. Synnex Corporation, et al.;* Case No. 10-03657; Second Pre-Trial Order; (Re: related document(s) 1 Complaint filed by Alfred H. Siegel) Second Pre-Trial Conference set for 9/7/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 13)

6.    *Siegel v. Universal Display and Fixtures Company*; Case No. 10-03524; Second Pre-Trial Order; Second Pre-Trial Conference set for 9/7/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia, (French, Suzanne) (Docket No. 14)

**III.    CLAIMS OBJECTIONS**

7.   Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

   Related Documents:

   a.   Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4449)

   b.   Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4736)

   c.   Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4758)

   d.   Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6299)

   e.   Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No. 6642)

   f.   Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No. 6661)

   g.   Memorandum Opinion (Docket No. 6693)

   h.   Order Granting Motion for Summary Judgment (Docket No. 6694)

   i.   Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6868)

   j.   Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 7114)

   k.   Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home &

        Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

l.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Arboretum of South Barrington Resolving a Certain Claim (Docket No. 8361)

m.    Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Imation Enterprises Corp. (Docket No. 8861)

n.    CONTINUED FOR STATUS HEARING AS TO ONE REMAINING UNRESOLVED CLAIM (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Document No. 10973)

o.    CONTINUED FOR STATUS HEARING AS TO ONE REMAINING UNRESOLVED CLAIM (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 9/7/2011 at 02:00 PM at Judge Huennekens' Courtroom (Document No. 11142)

Objection Deadline:    July 16, 2009 at 4:00 p.m.

Objections/Responses Filed:    See attached Exhibit A.

Status:    For the one claim for which the objection is still pending, this matter is adjourned to October 19, 2011 at 2:00 p.m. See attached Exhibit A.

8. Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 4585)

Related Documents:

a.    Order on Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 5294)

b.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors' Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth Omnibus Objection to Claim No. 5708 (Docket No. 8358)

c.    Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Ada Alicea Resolving the Debtors' Thirty-First Omnibus Objection to Claim No. 6283 (Docket No. 8839)

6

d. Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF PNY TECHNOLOGIES, INC. [CLAIM NO. 1723]* (Docket No. 9910)

e. Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claim) Solely with Respect to the Claim of Leon Hurney [Claim No. 10047] (Docket No. 9868)

f. Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LEGAL CLAIM) SOLELY WITH RESPECT TO THE CLAIM OF TANDEN KIBBY (CLAIM NO. 6894)* (Docket No. 10084)

g. Continued for substantive hearing as to claim by Richard and Deborah Jaynes; continued for status hearing as to remaining unresolved objections (Re: related document(s)[4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.  L. Tavenner for Liquidating Trust (Docket No. 10978)

h. Amended Notice of Hearing - *Substantive (Thirty-First Omnibus Objection - Claim No. 3427) ( Claimant(s) - Richard and Deborah Jaynes)* (Re: related document(s) 10901 Notice of Hearing filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 10988)

i. SETTLED as to Richard and Deborah Jaynes; continued for status hearing as to remaining unresolved objections (Re: related document(s) [4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 9/7/2011 at 2:00 p.m. Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Va.  P. Beran for Liquidating Trust. (Docket No. 11143)

Objection
Deadline:            September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit A.

Status:              For those other claims for which the objection is still pending, this matter is adjourned to October 19, 2011 at 2:00 p.m.  See attached Exhibit A.

7

9. Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims)) (Docket No. 5879)

    Related Documents:

    a. Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6368)

    b. Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6585)

    c. Notice of Hearing on the Merits on Debtors' Sixtieth Omnibus Objection to Claim No. 14123 Filed by Phillip Lee Steele and Response Thereto (Docket No. 8205)

    d. Second Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8285)

    e. Third Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8421)

    f. Notice of Hearing (Re: related document(s) 5879 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9819)

    Objection Deadline:    December 14, 2009 at 4:00 p.m.

    Objections/ Responses Filed:    See attached Exhibit A.

    Status:    The status hearing for the objection as it relates to the one remaining claim has been adjourned to October 19, 2011 at 2:00 p.m.

10. Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7013)

8

Related Documents:

a.  Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7457)

b.  Supplemental Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7674)

c.  Notice of Proposed Settlement Agreement and Stipulation by and Between the Debtors and Universal Display and Fixtures Company (Docket No. 8002)

d.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors' Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth Omnibus Objection to Claim No. 5708 (Docket No. 8358)

e.  Notice of Proposed Settlement Agreement and Stipulation by and Between the Debtors and Richard Kreuger (Docket No. 8435)

f.  Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Z-Line Designs, Inc. (Docket No. 8857)

g.  Notice of Hearing (Re: related document(s) 7013 Objection to Claim filed by Circuit City Stores, Inc.) (Docket No. 9820)

h.  Trustee's Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the Claim of Jamie Stack (Claim No. 14139)

i.  Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the Claim of Sarah B. Harris [Claim No. 14314] (Docket No. 9869)

j.  Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Debtors' Seventieth Omnibus Objection to Claims Solely with Respect to the Claim of Jean S. Hamby [Claim No. 13896] (Docket No. 9870)

k.  Notice of Hearing (Re: related document(s)[7013] Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 3/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 9985)

l. Stipulation *TO CONSOLIDATE OBJECTION TO CLAIM WITH PENDING ADVERSARY PROCEEDING* By Circuit City Stores, Inc. Liquidating Trust and Between SAP INDUSTRIES, INC., FKA SAP RETAIL INC (Docket No. 10103)

m. Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS SEVENTIETH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF MOBILE EDGE [CLAIM NO. 3788]* (Docket No. 10085)

n. Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS SEVENTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL CLAIMS); (II) NO LIABILITY (SATISFIED CLAIMS); (III) NO LIABILITY (HUMAN RESOURCES CLAIMS) AND (IV) NO LIABILITY (MISCELLANEOUS CLAIMS)) SOLELY WITH RESPECT TO THE CLAIM OF CURTISS McGOUGH (CLAIM NO. 3439)* (Docket No. 10087)

o. Order on Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Satisfied Claims); (iii) No Liability (Human Resources Claims); and (iv) No Liability (Miscellaneous Claims)) Solely as it Relates to the claim of Albert Flowers, Jr. (Docket No. 10242)

p. Order Approving Stipulation Between Alfred H. Siegel, As Trustee Of The Circuit City Stores, Inc. Liquidating Trust and SAP Industries, Inc. To Consolidate Objection To Claim With Pending Adversary Proceeding (Re: related document(s)[10103] Stipulation filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10366)

r. CONTINUED FOR STATUS HEARING (Re: related document(s)[5879] Objection to Claim filed by Circuit City Stores, Inc., [7013] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc., [10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.  L. Tavenner for Liquidating Trust. (Docket No. 10977)

s. CONTINUED FOR STATUS HEARING (Re: related document(s)[5879] Objection to Claim filed by Circuit City Stores, Inc., [7013] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 9/7/2011 at 2:00 p.m. at Judge Huennekens' Courtroom, 701 E. Broad

St., Rm. 5000, Richmond, Virginia.  P. Beran for Liquidating Trust. (Docket No. 11145)

Objection
Deadline: April 22, 2010 at 4:00 p.m.

Objections/
Responses
Filed: See attached Exhibit A.

Status: For the one remaining claim for which the objection is still pending, the Trust will withdraw the Objection as it relates to this claim.

11. Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (Docket No. 7460)

Related Documents:

a. Order on Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (Docket No. 7858)

b. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, the Equal Employment Opportunity Commission, Jamal Booker and Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230 and 4238 (Docket No. 8138)

Objection
Deadline: June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed: See attached Exhibit A

Status: For the one claim for which the objection is still pending, this matter is adjourned to October 19, 2011 at 2:00 p.m.  See attached Exhibit A.

12. Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 7874)

Related Documents:

a. Order on Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 8199)

11

b. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and James Fouskey Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 4017 (Docket No. 8733)

c. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Richard Grande Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 6242 (Docket No. 8739)

d. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 6008 (Docket No. 8740)

e. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 4767 (Docket No. 8744)

f. Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Anna Thomas Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 3145 (Docket No. 8777)

g. Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Leedell Murphy Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 5832 (Docket No. 8841).

h. Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF DENISE K. FISHER [CLAIM NO. 3544]* (Docket No. 9903)

i. Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF MARY LOPRESTI [CLAIM NO. 5401]* (Docket No. 9904)

Objection
Deadline:           July 15, 2010 at 4:00 p.m.

Objections/
Responses
Filed:              See attached Exhibit A.

Status:             For those claims for which the objection is still pending, this matter is adjourned to October 19, 2011 at 2:00 p.m. See attached Exhibit A.

12

Dated: Richmond, Virginia  TAVENNER & BERAN, PLC
      September 6, 2011

                           */s/ Paula S. Beran*
                          Lynn L. Tavenner (VA Bar No. 30083)
                          Paula S. Beran (VA Bar No. 34679)
                          20 North Eighth Street, 2nd Floor
                          Richmond, Virginia 23219
                          (804) 783-8300

                                      - and -

                          PACHULSKI STANG ZIEHL & JONES LLP
                          Jeffrey N. Pomerantz, Esq.
                          Andrew W. Caine, Esq.
                          10100 Santa Monica Boulevard
                          Los Angeles, California 90067-4100
                          (310) 277-6910

                                      - and –

                          Robert J. Feinstein, Esq.
                          John A. Morris, Esq.
                          PACHULSKI STANG ZIEHL & JONES LLP
                          780 Third Avenue, 36th Floor
                          New York, New York 10017
                          (212) 561-7700

                          Co-Counsel for the Circuit City Stores, Inc.
                          Liquidating Trust

**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 10024 9722 10020 | 4106 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |
| 31 | Glenn Cordell Duncan | 2722 2725 | 4755 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |
| 31 | Gary R. Lowe | 5144 | 4810 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 3548 | 4811 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |
| 31 | Eisner, Roy | 3025 | 4821 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |
| 31 | Jonathan Card | 6040 | 4823 4943 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |
| 31 | Brad C. King | 3634 | 4842 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the September 7, 2011 hearing.

DOCS_LA:243027.1 12304-003

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 31 | Chase Bank USA, National Association | 7065 | 4899 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |
| 31 | Antor Media Corporation | 6347 | 4926 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |
| 31 | Joseph Skaf | 8717 | 4946 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |
| 31 | Richard and Deborah Jaynes | 3427 | 4951 | This matter has been settled pending documentation of the agreement.<br><br>The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |
| 31 | Unical Enterprises, Inc. | 6555 | 4975 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |

DOCS_LA:243027.1 12304-003

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 60 | Mark Stewart | 9295 | 6082 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |
| 70 | Tribune Company and Los Angeles Times Newspapers Inc. | 13068 | 7255 | The Liquidating Trust will withdraw the Debtors' Seventieth Omnibus Objection to Claims as it relates to this claim. |
| 76 | Lei, Yu-Liang | 13307 | 7584 | Before the Plan's Effective Date, this matter was resolved in principle, subject to completion of settlement documentation.  No such documentation was received before the Effective Date.  The claimant is now deceased.  The estate must be probated prior to anyone having authority to sign the settlement agreement.  Accordingly, the status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |
| 79 | Foster, William | 2922 3001 | 7999 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |
| 79 | Eisner, Joanne | 3852 | 8003 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |

3

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 79 | Coleman, Dorothy | 2733 | 8016 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |
| 79 | Evans, Joe | 3600 | 8030 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |
| 79 | Gibson, Thomas H. | 3995 | 8034 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |
| 79 | Tully, M.D., Vincent | 1134 | 8041 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |
| 79 | Rollins, James | 14825 | 8054 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |
| 79 | Tinsley, Clementine | 4272 | 8055 | The status hearing on this response is adjourned to October 19, 2011 at 2:00 p.m. |

4