IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------- x
                                                  :   Chapter 11
In re:                                            :
                                                  :   Case No. 08-35653
Circuit City Stores, Inc.,                        :
                                                  :
                                                  :   Jointly Administered
                    Debtors.                      :
                                                  :
------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Clarissa Cu being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before August 25, 2011, I caused copies of the
- [Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re Docket No. 8575]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Furthermore on or before August 25, 2011, I caused copies of the
- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket Nos. 11136 and 11163]

to be served on the parties attached hereto as **Exhibit B** via First Class Mail.

Dated: August 26, 2011

_____
Clarissa Cu

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this August 26, 2011, by Clarissa Cu, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(2) or 3001(e)(4)**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Carrollton Arms LLC | Gary H Cunningham Esq | 101 W Big Bear Rd 10th Fl | | Troy | MI | 48084 | 8567 | $1,141,154.72 | $1,141,154.72 | 8575 | Transferor |
| Jefferies Leveraged Credit Products LLC | | One Station Place | Three North | Stamford | CT | 06902 | 8567 | $1,141,154.72 | $1,141,154.72 | 8575 | Transferee |

In re: Circuit City Stores, Inc.
USBC Case No. 08-35653 (KRH)

Page 1 of 1

# EXHIBIT B

**Exhibit B**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|
| Amargosa Palmdale Investments LLC | J Bennett Friedman Esq | Friedman Law Group | 1900 Avenue of the Stars Ste 1800 | Los Angeles | CA | 90067 | 11163 | Transferor |
| Amargosa Palmdale Investments LLC | | 434 N Camden Dr No 500 | | Beverly Hills | CA | 90210 | 11163 | Notice Party |
| Eastman Kodak Co | Jan McConnaughey | 343 State St | | Rochester | NY | 14650 | 11136 | Notice Party |
| Eastman Kodak Co | | 14718 Goddingham Ct | | Midlothian | VA | 23113 | 11136 | Transferor |
| Jefferies Leveraged Credit Products, LLC | | 1 Station Place | Three North | Stamford | CT | 06902 | 11136 | Transferee |
| United States Debt Recovery VIII LP | | 940 Southwood Blvd Ste 101 | | Incline Village | NV | 89451 | 11163 | Transferee |

In re: Circuit City Stores, Inc.
USBC Case No. 08-35653 (KRH)