Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CIRCUIT CITY STORES, INC., et al., | : Case No. 08-35653 (KRH) |
| | : |
| Debtors. | : |
| | : Jointly Administered |

**LIQUIDATING TRUST'S NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF DEBTORS' SEVENTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL CLAIMS); (II) NO LIABILITY (SATISFIED CLAIMS); (III) NO LIABILITY (HUMAN RESOURCES CLAIMS); AND (IV) NO LIABILITY (MISCELLANEOUS CLAIMS)) SOLELY AS IT RELATES TO THE CLAIM OF TRIBUNE COMPANY (CLAIM NO. 13068)**

On March 26, 2010, Circuit City Stores, Inc, *et al.*, the above-captioned debtors, filed the

*Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability*

*(Legal Claims); (ii) No Liability (Satisfied Claims); (iii) No liability (Human Resources*

*Claims);and (iv) No Liability (Miscellaneous Claims)* (the "Seventieth Omnibus Objection") [Docket No. 7013] in these cases. The Seventieth Omnibus Objection contained an objection to Claim No. 13068 filed by Tribune Company d/b/a Lost Angeles Times.

*The Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors In Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") was confirmed on September 10, 2010 became effective on November 1, 2010. Pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidating Trust assumed the right and responsibility of claims resolution in these cases.

The Liquidating Trust hereby withdraws, without prejudice, the Seventieth Omnibus Objection solely with respect to the Claim Number 13068.

        TAVENNER & BERAN, P.L.C.

        */s/ Paula S. Beran*
        Lynn L. Tavenner (VA Bar No. 30083)
        Paula S. Beran (VA Bar No. 34679)
        20 North Eighth Street, 2nd Floor
        Richmond, Virginia 23219
        Telephone: 804-783-8300
        Facsimile: 804-783-0178
        Email: ltavenner@tb-lawfirm.com
              pberan@tb-lawfirm.com

        -and-

        Jeffrey N. Pomerantz (CA Bar No. 143717)
        Andrew W. Caine (CA Bar No. 110345)
        PACHULSKI STANG ZIEHL & JONES LLP
        10100 Santa Monica Blvd., 11th Floor
        Los Angeles, California 90067-4100
        Telephone: 310-277-6910
        Facsimile:  310-201-0760
        E-mail: jpomerantz@pszjlaw.com
               acaine@pszjlaw.com

        *Counsel to the Circuit City Stores, Inc.*
        *Liquidating Trust*