# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

In re

CIRCUIT CITY STORES, INC. et al

Debtors

Chapter 11

Case No. 08-35653

(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Tourbillon Corporation, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim numbers 5222 and 5531 (as listed on the Debtors' claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claims be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Tourbillon Corporation
35 Crabapple Drive
Roslyn, NY 11576

New Address
Tourbillon Corporation
c/o Jefferies Leveraged Credit Products, LLC
One Station Place
Three North
Stamford, CT 06902

I declare under penalty of perjury that the foregoing is true and correct.

Tourbillon Corporation
By: _____
Title: President / Tourbillon Corp
Date: 9/8/11