IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------------------- x
In re:                                                              :  Chapter 11
                                                                    :
                                                                    :  Case No. 08-35653
Circuit City Stores, Inc.,                                          :
                                                                    :
                                                                    :  Jointly Administered
                    Debtors.                                        :
                                                                    :
------------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

I, Clarissa Cu being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before September 1, 2011, I caused copies of the
- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket Nos. 11173 and 11176]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: September 2, 2011

_____
Clarissa Cu

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this September 2, 2011, by Clarissa Cu, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|
| Amargosa Palmdale Investments LLC | J Bennett Friedman Esq | Friedman Law Group | 1900 Avenue of the Stars Ste 1800 | Los Angeles | CA | 90067 | 11173 | Transferor |
| Amargosa Palmdale Investments LLC | J Bennett Friedman Esq | Friedman Law Group | 1900 Avenue of the Stars Ste 1800 | Los Angeles | CA | 90067 | 11176 | Transferor |
| United States Debt Recovery VIII LP | | 940 Southwood Blvd Ste 101 | | Incline Village | NV | 89451 | 11173 | Transferee |
| United States Debt Recovery VIII LP | | 940 Southwood Blvd Ste 101 | | Incline Village | NV | 89451 | 11176 | Transferee |