| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBSTANTIVE HEARING**
**(Nineteenth Omnibus Objection – Claim Numbers 13297, 1756, 6906, 8522, 4441 and 7583)**
**(Claimant(s) – Auvill V. Browne, Robyn N. Davis, Brandi Michelle Evans Fose, Melissa Michelle Gillard, Patrick Gerald Kennedy, Jeffrey A. McDonald)**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") **will seek to have the Court sustain over the response of Auvill V. Browne, Robyn N. Davis, Brandi Michelle Evans Fose, Melissa Michelle Gillard, Patrick Gerald Kennedy, and Jeffrey A. McDonald the Liquidating Trust's Nineteenth Omnibus Objection to Certain Employee Priority Claims: No Liability; Not Entitled to Priority;**

**Allow up to the Statutory Cap; and Reclassify, as Applicable (Miscellaneous HR Priority Claims) (the "Claim Objection").**

PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing and receive evidence on the Claim Objection on **October 19, 2011 at 2:00 p.m.**, (or such time thereafter as the matter may be heard). The undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219 and ask for the Court to sustain the Claim Objection.

PLEASE TAKE FURTHER NOTICE THAT **the undersigned will present evidence on October 19, 2011 at 2:00 p.m., in support of the relief sought in the Claim Objection.**

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated:    September 21, 2011

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
            pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
            acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on September 21, 2011 via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

Brandi Michelle Evans Fose
6067 Homehills Rd
Mechanicsville, VA 23111-7502

Jeffrey A. McDonald
5540 Quail Ridge Ter
Chesterfield, VA 23832

Melissa Gillard
9255 Tamarack Ave
Sun Valley, CA 91352

Patrick Gerald Kennedy
P.O. Box 280281
Northridge, CA 91328

Jennifer McLemore
Christian Barton
909 E Main St, Suite 1200
Richmond, VA 23219

Robyn N. Davis
309 E Morehead St, Apt 423
Charlotte, NC 28202-2304

Robyn N. Davis
901 Jamerson Lane
Glen Allen, VA 23059

Auvill V. Browne
50 Summit St
White Plains, NY 10607-1209

/s/ Paula S. Beran_____
Paula S. Beran (VA Bar No. 34679)