| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBSTANTIVE HEARING**
**(Objection – Claim Numbers 6022 and 13410)**
**(Claimant(s) – Michael W. Beam)**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") **will seek to have the Court sustain over the response of Michael W. Beam the Liquidating Trust's Objection to Administrative Claims of Michael W. Beam: Reclassify Claim No. 6022 to General Unsecured Claim; and Reclassify Then Disallow Claim No. 13410 as Duplicative (Short-Term Incentive Program) (the "Claim Objection").**

  PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing and receive evidence on the Claim Objection on **October 19, 2011 at 2:00 p.m.**, (or such time thereafter as the matter may be heard).  The undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219 and ask for the Court to sustain the Claim Objection.

 PLEASE TAKE FURTHER NOTICE THAT **the undersigned will present evidence on October 19, 2011 at 2:00 p.m., in support of the relief sought in the Claim Objection.**

  PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated: September 21, 2011

           */s/ Paula S. Beran*
           Lynn L. Tavenner (VA Bar No. 30083)
           Paula S. Beran (VA Bar No. 34679)
           TAVENNER & BERAN, P.L.C.
           20 North Eighth Street, 2nd Floor
           Richmond, Virginia  23219
           Telephone:  804-783-8300
           Facsimile:  804-783-0178
           Email:  ltavenner@tb-lawfirm.com
              pberan@tb-lawfirm.com

           -and-

           Jeffrey N. Pomerantz (admitted *pro hac vice*)
           Andrew W. Caine (admitted *pro hac vice*)
           PACHULSKI STANG ZIEHL & JONES LLP
           10100 Santa Monica Blvd.
           13th Floor
           Los Angeles, California  90067-4100
           Telephone: 805-123-4567
           Facsimile:  310/201-0760
           E-mail: jpomerantz@pszjlaw.com
              acaine@pszjlaw.com

           *Counsel for the Circuit City Stores, Inc.*
           *Liquidating Trust*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on September 21, 2011 via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

Michael W. Beam
5227 Scotsglen Dr
Glen Allen, VA 23059


*/s/ Paula S. Beran*_____
Paula S. Beran (VA Bar No. 34679)