Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | : Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : Case No. 08-35653 (KRH) |
| Debtors. | : |
| | : Jointly Administered |

**LIQUIDATING TRUST'S NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF LIQUIDATING TRUST'S TWELFTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (LONG-TERM INCENTIVE PROGRAM) SOLELY WITH RESPECT TO THE CLAIM OF CURTIS W. ETHERIDGE (CLAIM NO. 14621)**

On February 27, 2011, the Circuit City Stores Inc. Liquidating Trust (the "Liquidating Trust" and/or the "Trust") for Circuit City Stores, Inc, *et al.*, the above-captioned debtors, filed the *Liquidating Trust's Twelfth Omnibus Objection to Disallow Certain Claims (Long-Term Incentive Program)* (the "Twelfth Omnibus Objection") [Docket No. 10050] in these cases.  The

Twelfth Omnibus Objection contained an objection to Claim No. 14621 filed by Curtis W. Etheridge.

The Liquidating Trust hereby withdraws, without prejudice, the Liquidating Trust's Twelfth Omnibus Objection solely with respect to the Claim Number 14621.

        TAVENNER & BERAN, P.L.C.

        */s/ Paula S. Beran*
        Lynn L. Tavenner (VA Bar No. 30083)
        Paula S. Beran (VA Bar No. 34679)
        20 North Eighth Street, 2nd Floor
        Richmond, Virginia 23219
        Telephone: 804-783-8300
        Facsimile: 804-783-0178
        Email: ltavenner@tb-lawfirm.com
              pberan@tb-lawfirm.com

        -and-

        Jeffrey N. Pomerantz (CA Bar No. 143717)
        Andrew W. Caine (CA Bar No. 110345)
        PACHULSKI STANG ZIEHL & JONES LLP
        10100 Santa Monica Blvd., 13th Floor
        Los Angeles, California 90067-4100
        Telephone: 310-277-6910
        Facsimile:  310-201-0760
        E-mail: jpomerantz@pszjlaw.com
               acaine@pszjlaw.com

        *Counsel to the Circuit City Stores, Inc.*
        *Liquidating Trust*