Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL &
JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

Counsel to the Circuit City Stores, Inc.
 Liquidating Trust

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| - - - - - - - - - - - - - - x | |
| In re: | : Chapter 11 |
|  | : |
| CIRCUIT CITY STORES, INC., et al., | : Case No. 08-35653 (KRH) |
|  | : |
| Debtors. | : |
| - - - - - - - - - - - - - - | : Jointly Administered |
|  | x |

**LIQUIDATING TRUST'S NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF LIQUIDATING TRUST'S NINETEENTH OMNIBUS OBJECTION TO CERTAIN EMPLOYEE PRIORITY CLAIMS: NO LIABILITY; NOT ENTITLED TO PRIORITY; ALLOW UP TO THE STATUTORY CAP; AND RECLASSIFY, AS APPLICABLE (MISCELLANEOUS HR PRIORITY CLAIMS) SOLELY WITH <u>RESPECT TO THE CLAIM OF DAVID J. CACCIOTTI  (CLAIM NO. 2309)</u>**

On February 28, 2011, the Circuit City Stores Inc. Liquidating Trust (the "Liquidating

Trust" and/or the "Trust") for Circuit City Stores, Inc, *et al.*, the above-captioned debtors, filed

the *Liquidating Trust's Nineteenth Omnibus Objection to Certain Employee Priority Claims: No*

*Liability; Not Entitled to Priority; Allow up to the Statutory Cap; and Reclassify, as Applicable*

*(Miscellaneous HR Priority Claims)* (the "<u>Nineteenth Omnibus Objection</u>") [Docket No. 10071]

in these cases.  The Nineteenth Omnibus Objection contained an objection to Claim No. 2309

filed by David J. Cacciotti.

The Liquidating Trust hereby withdraws, without prejudice, the Liquidating Trust's

Nineteenth Omnibus Objection solely with respect to the Claim Number 2309.

                TAVENNER & BERAN, P.L.C.

                */s/ Paula S. Beran*
                Lynn L. Tavenner (VA Bar No. 30083)
                Paula S. Beran (VA Bar No. 34679)
                20 North Eighth Street, 2nd Floor
                Richmond, Virginia 23219
                Telephone: 804-783-8300
                Facsimile: 804-783-0178
                Email: ltavenner@tb-lawfirm.com
                        pberan@tb-lawfirm.com

                -and-

                Jeffrey N. Pomerantz (CA Bar No. 143717)
                Andrew W. Caine (CA Bar No. 110345)
                PACHULSKI STANG ZIEHL & JONES LLP
                10100 Santa Monica Blvd., 13th Floor
                Los Angeles, California 90067-4100
                Telephone: 310-277-6910
                Facsimile:  310-201-0760
                E-mail: jpomerantz@pszjlaw.com
                        acaine@pszjlaw.com

                *Counsel to the Circuit City Stores, Inc.*
                 *Liquidating Trust*