| | |
|---|---|
| Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>(admitted pro hac vice)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>Telephone: (310) 277-6910<br>Telecopy:  (310) 201-0760<br><br>- and – <br><br>Robert J. Feinstein, Esq.<br>John A. Morris, Esq.<br>(admitted pro hac vice)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 36th Floor<br>New York, New York 10017<br>Telephone: (212) 561-7700<br>Telecopy: (212) 561-7777<br><br>Counsel to the Circuit City Stores, Inc.<br> Liquidating Trust | Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopy:  (804) 783-0178<br><br>Counsel to the Circuit City Stores, Inc.<br> Liquidating Trust |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| - - - - - - - - - - - - - - x<br>In re:                                              :  Chapter 11<br>                                                     :<br>CIRCUIT CITY STORES, INC., et al.,     :  Case No. 08-35653 (KRH)<br>                                                     :<br>           Debtors.                              :<br>- - - - - - - - - - - - - - :  Jointly Administered<br>                                                     x | |

**LIQUIDATING TRUST'S NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF LIQUIDATING TRUST'S NINETEENTH OMNIBUS OBJECTION TO CERTAIN EMPLOYEE PRIORITY CLAIMS: NO LIABILITY; NOT ENTITLED TO PRIORITY; ALLOW UP TO THE STATUTORY CAP; AND RECLASSIFY, AS APPLICABLE (MISCELLANEOUS HR PRIORITY CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF RICHARD T. MILLER (CLAIM NO. 14619)**

On February 28, 2011, the Circuit City Stores Inc. Liquidating Trust (the "Liquidating

Trust" and/or the "Trust") for Circuit City Stores, Inc, *et al.*, the above-captioned debtors, filed

the *Liquidating Trust's Nineteenth Omnibus Objection to Certain Employee Priority Claims: No*

*Liability; Not Entitled to Priority; Allow up to the Statutory Cap; and Reclassify, as Applicable*

*(Miscellaneous HR Priority Claims)* (the "<u>Nineteenth Omnibus Objection</u>") [Docket No. 10071]

in these cases. The Nineteenth Omnibus Objection contained an objection to Claim No. 14619

filed by Richard T. Miller.

The Liquidating Trust hereby withdraws, without prejudice, the Liquidating Trust's

Nineteenth Omnibus Objection solely with respect to the Claim Number 14619.

                                              TAVENNER & BERAN, P.L.C.

                                              */s/ Paula S. Beran*
                                              Lynn L. Tavenner (VA Bar No. 30083)
                                              Paula S. Beran (VA Bar No. 34679)
                                              20 North Eighth Street, 2nd Floor
                                              Richmond, Virginia 23219
                                              Telephone: 804-783-8300
                                              Facsimile: 804-783-0178
                                              Email: ltavenner@tb-lawfirm.com
                                                         pberan@tb-lawfirm.com

                                              -and-

                                              Jeffrey N. Pomerantz (CA Bar No. 143717)
                                              Andrew W. Caine (CA Bar No. 110345)
                                              PACHULSKI STANG ZIEHL & JONES LLP
                                              10100 Santa Monica Blvd., 13th Floor
                                              Los Angeles, California 90067-4100
                                              Telephone: 310-277-6910
                                              Facsimile:  310-201-0760
                                              E-mail: jpomerantz@pszjlaw.com
                                                         acaine@pszjlaw.com

                                              *Counsel to the Circuit City Stores, Inc.*
                                               *Liquidating Trust*