IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Bella Terra Associates LLC, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

Old Address
Bella Terra Associates LLC
J. Bennett Friedman Esq
Friedman Law Group
1900 Avenue of the Stars 1800
Los Angeles, CA 90067

New Address [Creditor]
Bella Terra Associates LLC
Century, Inc.
HSBC Bank USA NA
VonWin
Dept CH 163554
Palatine, IL 60055-6354

Notice Party(ies)
Bella Terra Associates LLC
60 S Market St Ste 1120
San Jose, CA 95113

New Address [Notice Party(ies)]
Bella Terra Associates LLC
HSBC Bank USA NA
VonWin
Dept CH 163554
Palatine, IL 60055-6354

Dated: Sep 20, 2011

Respectfully submitted,

By: _____

Signature:

Print Name: Eric Sinha

Title: V.P.

September 20, 2011

The Liquidating Trust/The Liquidating Trustee
of Circuit City Stores, Inc.
c/o Crowe Horwath, LLC
Attn: Mr. Alfred Siegel, CPA, CFF
15233 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-2250

Re:  Change of Address Notification

Dear Sir:

Please be advised that Bella Terra Associates LLC, a creditor in the Circuit City Stores, Inc., *et al.* bankruptcy proceedings, has changed its address and requests that services of any pleadings, distributions, notices or correspondence related to this matter be sent to the new address noted below, effective immediately:

| **Old Address:** | **New Address:** |
| --- | --- |
| Bella Terra Associates LLC | Bella Terra Associates LLC |
| J. Bennett Friedman Esq | HSBC BANK USA NA |
| Friedman Law Group | VonWin |
| 1900 Avenue of the Stars, Suite 1800 | Dept CH 16354 |
| Los Angeles, CA 90067 | Palatine, IL 60055-6354 |

By: _____
Name: Eric Saha
Title: VP

cc:  Pachulski, Stang, Ziehl & Jones, LLP & Kurtzman Carson Consultants, LLC