# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Bella Terra Associates LLC, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Bella Terra Associates LLC
Century, Inc.
HSBC Bank USA NA
VonWin
Dept CH 163554
Palatine, IL 60055-6354

**New Address [Creditor]**
Bella Terra Associates LLC
J. Bennett Friedman Esq
Friedman Law Group
1900 Avenue of the Stars 1800
Los Angeles, CA 90067

**Notice Party(ies)**
Bella Terra Associates LLC
HSBC Bank USA NA
VonWin
Dept CH 163554
Palatine, IL 60055-6354

**New Address [Notice Party(ies)]**
Bella Terra Associates LLC
60 S Market St Ste 1120
San Jose, CA 95113

Dated: 9-28-11

Respectfully submitted,

By: _Charmaine Weh_
Signature:
Print Name: Charmaine Weh
Title: Operations Manager

September 28, 2011

The Liquidating Trust/The Liquidating Trustee
of Circuit City Stores, Inc.
c/o Crowe Horwath, LLC
Attn: Mr. Alfred Siegel, CPA, CFF
15233 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-2250

Re:    Change of Address Notification

Dear Sir:

Please be advised that Bella Terra Associates LLC, a creditor in the Circuit City Stores, Inc., *et al.* bankruptcy proceedings, has changed its address and requests that services of any pleadings, distributions, notices or correspondence related to this matter be sent to the new address noted below, effective immediately:

| **Old Address** | **New Address** |
| --- | --- |
| Bella Terra Associates LLC | Bella Terra Associates LLC |
| HSBC Bank USA NA | J. Bennett Friedman Esq |
| VonWin | Friedman Law Group |
| Dept CH 16354 | 1900 Avenue of the Stares, Suite 1800 |
| Palatine, IL 60055-6354 | Los Angeles, CA 90067 |

By: *[signature]*
Name: Charmaine Wilson
Title: Operations Manager

cc:    Pachulski, Stang, Ziehl & Jones, LLP & Kurtzman Carson Consultants, LLC