Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et</u> <u>al</u>., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBSTANTIVE HEARING AND RELATED BRIEFING SCHEDULE**
**(Eleventh Omnibus Objection – Claim Numbers 5592, 15104, 11075, 5311, 6024, 13402,
2476, 5191, 2532, 3017, 5686, 10648, 4291, 5699)
(Claimant(s) – Joshua M. Loveall, David W. Tolliver, Michael Alexander, Keith Allen,
Michael W. Beam, Kenneth R. Duda, Joseph Edward Dudley,
Willard Mark Elliott, Roland L. Finch, Jaime Gonzalez, Jakob Joffe,
Louis C. Jones III, Virgil S. Lynn, Brandon Rowberry)**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") **will seek to have the Court sustain over the response of Joshua M. Loveall, David W. Tolliver, Michael Alexander, Keith Allen, Michael W. Beam, Kenneth R. Duda,**

**Joseph Edward Dudley, Willard Mark Elliott, Roland L. Finch, Jaime Gonzalez, Jakob Joffe, Louis C. Jones III, Virgil S. Lynn, and Brandon Rowberry the Liquidating Trust's Eleventh Omnibus Objection to Claims: Reclassify to General Unsecured Claims, Reduce to Statutory Cap, or Disallow, as Applicable (Special Cash Retention Program) (the "Claim Objection").**

PLEASE TAKE FURTHER NOTICE THAT, to the extent a claimant desires to file an additional response (the "Additional Response") to the Claim Objection, he/she should do so on or before October 11, 2011.  The Trust may file a reply to any such Additional Response on or before October 31, 2011.

PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing, receive evidence if appropriate, and entertain argument on the Claim Objection on **November 21, 2011 at 2:00 p.m.**, (or such time thereafter as the matter may be heard).  The undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219 and ask for the Court to sustain the Claim Objection.

PLEASE TAKE FURTHER NOTICE THAT **the undersigned will proceed on a substantive basis on November 21, 2011 at 2:00 p.m., in support of the relief sought in the Claim Objection.**

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated:   September 29, 2011

/s/ Paula S. Beran
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
        pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
        acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing and Related Briefing Schedule was served on September 29, 2011 via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

Joshua M. Loveall
2461 Cannolot Blvd
Port Charlotte, FL 33948

Nels Ackerson
Ackerson Kauffman Fex, PC
1701 K St., NW, Ste. 1050
Washington, DC  20006

Elizabeth L. Gunn
DurretteCrump PLC
1111 East Main St.
Richmond, VA  23219

Michael W. Beam
5227 Scotsglen Dr
Glen Allen, VA 23059

Joseph Edward Dudley
18513 Field Club Way
Tampa, FL 33647

Willard Mark Elliott
49622 Woodland Dr
East Liverpool, OH 43920

Louis C. Jones III
17 Spring Harbor
Aliso Viejo, CA 92656

Jakob Joffe
10708 Chipewyan Dr
Richmond, VA 23238

Brandon Rowberry
18900 Explorer Trl
Eden Prairie, MN 55347

David W. Tolliver
55 Brookmont Dr
Clayton, NC

Michael Alexander
3313 Kensington Ave
Richmond, VA 23221

Keith Allen
489 Mill Wood Blvd
Marysville, OH 43040

Kenneth R. Duda
12713 Forest Mill Dr
Midlothian, VA 23112-7023

Kenneth R. Duda
747 Twin Leaf Drive
Collierville, TN  38017

Roland L. Finch
6179 Palomino Dr
Allentown, PA 18106

Jaime Gonzalez
15889 SW 140 ST
Miami, FL 33196-6716

Virgil S. Lynn
820 Stratford Run Dr
Fort Mill, SC 29708

                */s/ Paula S. Beran*_____
                Paula S. Beran (VA Bar No. 34679)