| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBSTANTIVE HEARING AND RELATED BRIEFING SCHEDULE**
**(Nineteenth Omnibus Objection – Claim Numbers 14338 and 14097)**
**(Claimant(s) – Patricia C. Giordano and Anne L. Thumann)**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") **will seek to have the Court sustain over the response of Patricia C. Giordano and Anne L. Thumann the Liquidating Trust's Nineteenth Omnibus Objection to Certain Employee Priority Claims: No Liability; Not Entitled to Priority; Allow up to the Statutory Cap; and Reclassify, as Applicable (Miscellaneous HR Priority Claims) (the "Claim Objection").**

  PLEASE TAKE FURTHER NOTICE THAT, to the extent a claimant desires to file an additional response (the "Additional Response") to the Claim Objection, he/she should do so on or before October 11, 2011.  The Trust may file a reply to any such Additional Response on or before October 31, 2011.

  PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing, receive evidence if appropriate, and entertain argument on the Claim Objection on **November 21, 2011 at 2:00 p.m.**, (or such time thereafter as the matter may be heard).  The undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219 and ask for the Court to sustain the Claim Objection.

  PLEASE TAKE FURTHER NOTICE THAT **the undersigned will proceed on a substantive basis on November 21, 2011 at 2:00 p.m., in support of the relief sought in the Claim Objection.**

  PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated: September 29, 2011

        */s/ Paula S. Beran*
        Lynn L. Tavenner (VA Bar No. 30083)
        Paula S. Beran (VA Bar No. 34679)
        TAVENNER & BERAN, P.L.C.
        20 North Eighth Street, 2nd Floor
        Richmond, Virginia  23219
        Telephone:  804-783-8300
        Facsimile:  804-783-0178
        Email:  ltavenner@tb-lawfirm.com
          pberan@tb-lawfirm.com

        -and-

        Jeffrey N. Pomerantz (admitted *pro hac vice*)
        Andrew W. Caine (admitted *pro hac vice*)
        PACHULSKI STANG ZIEHL & JONES LLP
        10100 Santa Monica Blvd.
        13th Floor
        Los Angeles, California  90067-4100
        Telephone: 805-123-4567
        Facsimile:  310/201-0760
        E-mail: jpomerantz@pszjlaw.com
          acaine@pszjlaw.com

        *Counsel for the Circuit City Stores, Inc.*
        *Liquidating Trust*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing and Related Briefing Schedule was served on September 29, 2011 via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

Patricia C. Giordano
760 Durham Rd
Pineville, PA 18946

Anne L. Thumann
7086 Lionshead Pkwy
Littleton, CO 80124

*/s/ Paula S. Beran*_____
Paula S. Beran (VA Bar No. 34679)