# CLARK COUNTY TREASURER
## David Reinhardt
## 501 East Court Avenue
## Jeffersonville, IN 47130
## 812.285.6205

U S Bankruptcy Court
701 East Broad Street, Ste 4000
Richmond, VA 23219



September 22, 2011

Dear Trustee:

We continue to have mail addressed to our previous bankruptcy attorney – Frank Ballard (deceased).  His widow has hand forwarded this mail to us for nearly a year.  She has asked us to try to get this mail re-directed so that she no longer has to deal with it.  Would you please make note of the address change listed below:

| | |
|---|---|
| David Reinhardt | Laura A. Harbison |
| Clark County Treasurer | 141 E. Spring Street |
| POB 1508 | New Albany, IN 47150 |
| Jeffersonville, IN 47131-1508 | 812-949-1659 |
| 812-285-6205 | 812-949-2780 (fax) |
| DReinhardt@co.clark.in.us | LAH@HarbisonLaw.com |

Please contact either of us if you have any questions.  Also, I have signed up for email notifications so feel free to us that method if you prefer.

Sincerely,

David Reinhardt
Clark County Treasurer

usbc.va

# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

Case Number    08-35653-KRH
Chapter    11
Judge    Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any):
    Debtor: NA

Employer Tax-Identification (EIN) No(s).(if any):
    Debtor: 54-0493875

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

WED-31409 0422-7 redacttr 08-35653
U.S. Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

RECEIVED
SEP 21 2011
CLARK COUNTY TREASURER

FIRST

022433  22433 1 AT 0.362  47130 1 5 6810-0-23152

Frank E. Ballard, Jr.
Clark County Treasurer
425 East 7th St.
Jeffersonville, IN 47130-3817

Date: August 1, 2011

[ntctranredact.jsp 3/2009]