IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| In re:<br><br>Circuit City Stores, Inc.,<br><br>            Debtors. | Chapter 11<br><br>Case No. 08-35653<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Clarissa Cu being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before September 29, 2011, I caused copies of the
- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket No. 11311]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: September 29, 2011

_____
Clarissa Cu

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this September 29, 2011, by Clarissa Cu, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

ELIZABETH MARIE BARNETT
Commission # 1867869
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2013

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|
| Namsung America, Inc. | Attn: Paul Setteducati | 250 International Pkwy, Ste. 230 | | Heathrow | FL | 32746 | 11311 | Transferor |
| National Union Fire Insurance Company of Pittsburgh, PA | c/o SilvermanAcampora LLP | Attn Adam L. Rosen | 100 Jericho Quadrangle, Suite 300 | Jericho | NY | 11753 | 11311 | Transferee |