Anne G. Bibeau, VSB #41477  
David W. Lannetti, VSB #44273  
**VANDEVENTER BLACK LLP**  
101 W. Main Street, Ste. 500  
Norfolk, VA 23510  
Tel. 757-446-8600  
Fax 757-446-8670  
dlannetti@vanblk.com  
abibeau@vanblk.com  

Barry S. Glaser, Ca. State Bar No. 116262  
**STECKBAUER WEINHART JAFFE, LLP**  
333 S. Hope Street, 36th Floor  
Los Angeles, California 90071  
(213) 229-2868 - Telephone  
(213) 229-2870 - Facsimile  
bglaser@swjlaw.com - Email  

*Counsel for County of Sonoma Tax Collector*

Jerrell E. Williams (VSB #75570)  
**VANDEVENTER BLACK LLP**  
707 East Main Street, Suite 1700  
P. O. Box 1558  
Richmond, VA 23218  
Tel. 804-237-8800  
Fax 804-237-8801  
jwilliams@vanblk.com  

*Local Counsel for County of Sonoma Tax Collector*

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC. | : | |
| et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |

**NOTICE OF APPEARANCE ON BEHALF OF**  
**COUNTY OF SONOMA TAX COLLECTOR**

Please take notice that Anne G. Bibeau, David W. Lannetti, and Jerrell E. Williams of the law firm of Vandeventer Black LLP, enter their appearance in this matter on behalf of County of Sonoma Tax Collector.

Dated: October 3, 2011

Respectfully submitted,

/s/ Anne G. Bibeau, Esq.
Anne G. Bibeau, Esq. (VSB 41488)
David W. Lannetti, Esq. (VSB 44273)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Suite 500
Norfolk, Virginia 23510
Telephone:  757.446.8517
Facsimile:  757.446.8670
abibeau@vanblk.com
dlannetti@vanblk.com

Jerrell E. Williams (VSB #75570)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA  23218
Tel. 804-237-8800
Fax 804-237-8801
jwilliams@vanblk.com

*Local Counsel for Sonoma County Tax Collector*

## CERTIFICATE OF SERVICE

I certify that on October 3, 2011, I will file the preceding with the Court's CM/ECF system which will cause a copy of it to be electronically served on all users registered to receive electronic notice in this case.

/s/ Anne G. Bibeau, Esq.
Anne G. Bibeau, Esq. (VSB 41488)
David W. Lannetti, Esq. (VSB 44273)
VANDEVENTER BLACK LLP
101 W. Main Street, Suite 500
Norfolk, Virginia 23510
Telephone:  757.446.8517
Facsimile:  757.446.8670
abibeau@vanblk.com
dlannetti@vanblk.com
*Local Counsel for County of Sonoma Tax Collector*

4851-5786-0107, v.  1

- 2 -