Anne G. Bibeau (VSB #41477)
David W. Lannetti (VSB #44273)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670
dlannetti@vanblk.com
abibeau@vanblk.com

Jerrell E. Williams (VSB #75570)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA  23218
Tel. 804-237-8800
Fax 804-237-8801
jwilliams@vanblk.com

*Local Counsel for County of Sonoma Tax Collector*

Barry S. Glaser, Ca. State Bar No. 116262
**STECKBAUER WEINHART JAFFE, LLP**
333 S. Hope Street, 36th Floor
Los Angeles, California  90071
(213) 229-2868 - Telephone
(213) 229-2870 - Facsimile
bglaser@swjlaw.com – Email

*Counsel for County of Sonoma Tax Collector*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC. | : | |
| et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Hearing scheduled 10/19/2011 at 02:00 PM |
| | : | |

**NOTICE OF MOTION AND NOTICE OF HEARING**

      PLEASE TAKE NOTICE that the County of Sonoma Tax Collector ("Tax Collector") has filed a Motion for Relief from Order and Memorandum in Support Thereof ("Motion") and that a hearing on the Motion will be held before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000 of the United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on **October 19, 2011 at 2:00 p.m**.  A copy of the Motion may be obtained from the undersigned counsel upon request.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then not later than 7 days prior to the hearing date set forth above, you or your attorney must file with the Court, at the following address, a written response pursuant to Local Bankruptcy Rule 9013-1(H):

Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, Virginia 23219

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to:

Anne G. Bibeau, Esq.
David W. Lannetti, Esq.
Vandeventer Black LLP
101 W. Main Street, Ste. 500
Norfolk, VA 23510

You must also attend the hearing on the Motion scheduled to be held on October 19, 2011 at 2:00 p.m. at the United States Bankruptcy Court, 701 East Broad Street, Suite 5000, Richmond, Virginia 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Notice Provided on October 3, 2011.

/s/ Anne G. Bibeau
Anne G. Bibeau (VSB #41477)
David W. Lannetti (VSB #44273)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670
dlannetti@vanblk.com
abibeau@vanblk.com

- 2 -

Jerrell E. Williams (VSB #75570)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA  23218
Tel. 804-237-8800
Fax 804-237-8801
jwilliams@vanblk.com

*Local Counsel for Sonoma County Tax Collector*

Barry S. Glaser, State Bar No. 116262
**STECKBAUER WEINHART JAFFE, LLP**
333 S. Hope Street, 36th Floor
Los Angeles, California  90071
(213) 229-2868 - Telephone
(213) 229-2870 - Facsimile
bglaser@swjlaw.com
*Counsel for Sonoma County Tax Collector*

## CERTIFICATE OF SERVICE

I certify that on October 3, 2011, I will file the preceding with the Court's CM/ECF system which will cause a copy of it to be electronically served on all users registered to receive electronic notice in this case; and will mail to the following counsel for the Liquidating Trust:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. |
| Pachulski Stang Ziehl & Jones LLP | Tavenner & Beran, PLC |
| 10100 Santa Monica Boulevard | 20 North Eighth Street, 2nd Floor |
| Los Angeles, CA  90067-4100 | Richmond, VA  23219 |
| Email:  jpomerantz@pszjlaw.com | E-mail:  ltavenner@tb-lawfirm.com |
| acaine@pszjlaw.com | pberan@tb-lawfirm.com |

/s/ Anne G. Bibeau
Anne G. Bibeau (VSB #41477)
David W. Lannetti (VSB #44273)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670
dlannetti@vanblk.com
abibeau@vanblk.com
*Local Counsel for County of Sonoma Tax Collector*

4844-8657-4859, v.  1

- 3 -