IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 08-35653-KRH |
| ) | (Jointly Administered) |
| CIRCUIT CITY STORES, INC., *et al.* ) | |
| ) | Chapter 11 |
| ) | |
| DEBTOR. ) | Judge Kevin R. Huennekens |
| ) | |

## MOTION TO WITHDRAW

Pursuant to Local Rule 2090-1(G), Troy N. Nichols and the law firm of Wyatt, Tarrant & Combs, LLP ("Counsel") hereby move to withdraw from this case on behalf of Modern Marketing Concepts, Inc. and hereby request to be removed from the Court Clerk's electronic notification system.

Counsel entered an appearance in this case in order to participate in a contested matter that has now been resolved. Counsel does not wish to be notified of further actions taken in this case unless a party affirmatively seeks to give such notice.

Respectfully submitted,

WYATT, TARRANT & COMBS, LLP


 /s/ Troy N. Nichols
Troy N. Nichols (VA 68491)
Daniel E. Hitchcock (KY 88927)
250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Phone: (859) 233-2012
Fax:    (859) 259-0649
E-mail:  Lexbankruptcy@wyattfirm.com

COUNSEL FOR MODERN MARKETING
CONCEPTS, INC.

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Motion to Withdraw has been served in the method established in the Case Management/Electronic Case Files (CM/ECF) Policy Statement to all parties designated to receive electronic service including Counsel for the Debtor and the Office of the U.S. Trustee, and to the parties listed below via facsimile, electronic and/or first-class, postage prepaid U.S. mail on this 3rd day of October, 2011.

Modern Marketing Concepts, Inc.
1220 East Oak Street
Louisville, Kentucky 40204

KELLEY DRYE & WARREN LLP
Nicholas J. Panarella. Esq.
Sean R. Flanagan, Esq.
101 Park Avenue
New York, New York 10178

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
*Counsel for Plaintiff, Alfred H. Siegel*

                                                   /s/ Troy N. Nichols
                                                   Troy N. Nichols

60079508.1