Troy N. Nichols
Daniel E. Hitchcock
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky  40507-1746
Phone:  (859) 233-2012
Fax:     (859) 259-0649
E-mail:  Lexbankruptcy@wyattfirm.com

*Counsel for Modern Marketing Concepts, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case  No.  08-35653-KRH |
| ) | (Jointly Administered) |
| CIRCUIT CITY STORES, INC., *et al.* ) | |
| ) | Chapter 11 |
| ) | |
| DEBTOR. ) | Judge Kevin R. Huennekens |
| ) | |

## **ORDER**

On Motion to Withdraw as counsel for Modern Marketing Concepts, Inc., and the court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that counsel's Motion to Withdraw is hereby **GRANTED;** and

**IT IS FURTHER ORDERED** that Troy N. Nichols will be removed from the Court's CM/ECF electronic service list.

Richmond, Virginia

Dated: _____

_____
Judge, United States Bankruptcy Court

60079625.1