IN THE UNITED STATES BANKRUPTCY COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| In Re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC. et al., | ) CASE NO. 08-35653-KRH |
| | ) |
| *Debtors.* | ) JOINTLY ADMINISTERED |

WITHDRAWAL OF COUNSEL AND
REQUEST FOR TERMINATION OF INVOLVEMENT IN ECF SYSTEM

PLEASE TAKE NOTICE that undersigned counsel hereby withdraws his Entry of Appearance as counsel for the Internal Revenue Service in the above-captioned proceeding.

THE CLERK IS HEREBY REQUESTED to terminate Robert K. Coulter's involvement as counsel for the Internal Revenue Service on the ECF computer and to remove the following email address from receiving further electronic service: robert.coulter@usdoj.gov

Respectfully submitted,

Neil H. MacBride
United States Attorney

By:    /s/ Robert K. Coulter
Robert K. Coulter
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify a copy of foregoing will be filed with the United States Bankruptcy Court electronically in the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Parties currently listed by the CM/ECF system to receive electronic notice in this case are set forth below:

 Robin S. Abramowitz abramowitz@larypc.com

 Angela Sheffler Abreu aabreu@formanlaw.com

 Benjamin C. Ackerly backerly@hunton.com, cloving@hunton.com

 Robert D. Albergotti robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com

 Christopher M. Alston alstc@foster.com, ristj@foster.com

 Mark K. Ames mark@taxva.com, amanda@taxva.com

 Heather Lynn Anderson Heather.Anderson@dol.lps.state.nj.us

 Tara B. Annweiler tannweiler@greerherz.com

 Joel S. Aronson jsaronson@ridberglaw.com

 Henry P. Baer CSommer@fdh.com, csommer@fdh.com

 Peter Barrett peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

 Raymond William Battaglia rbattaglia@obht.com

 Philip C. Baxa pbaxa@sandsanderson.com, sfarrior@sandsanderson.com

 William D. Bayliss bbayliss@williamsmullen.com

 Brett Christopher Beehler bbeehler@mrrlaw.net, lsansbury@mrrlaw.net

 Christopher R. Belmonte cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com

 Paula S. Beran pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-

lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com

Anne G. Bibeau ABibeau@vanblk.com, drichards@vanblk.com;pfaggert@vanblk.com

Ambika Joline Biggs abiggs@bakerlaw.com

Jason B. Binford jbinford@krcl.com, ecf@krcl.com

Ron C. Bingham rbingham@stites.com, dclayton@stites.com

Patrick M. Birney pbirney@rc.com, jcarrion@rc.com

Paul M. Black pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com

Daniel F. Blanks dblanks@mcguirewoods.com

Paul S. Bliley pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Sarah Beckett Boehm sboehm@mcguirewoods.com, kcain@mcguirewoods.com;lneilson@mcguirewoods.com

Wanda Borges borgeslawfirm@aol.com

James Edward Bowman Jim@jebowman.com, ecfnoticing@jebowman.com

Anne Elizabeth Braucher abraucher@mcmillanmetro.com

Jess R. Bressi jbressi@luce.com

James J. Briody jim.briody@sablaw.com, kim.smith@sablaw.com

William A. Broscious wbroscious@kbbplc.com

Gillian N. Brown gbrown@pszjlaw.com

Heather D. Brown hbrown@kkgpc.com, jwest@kkgpc.com

Martin A. Brown martin.brown@lawokc.com

Steven L. Brown brown@wolriv.com

Timothy Francis Brown brownt@arentfox.com, giaimo.christopher@arentfox.com

Mark E. Browning bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us

Linda Sharon Broyhill lbroyhill@reedsmith.com, nkatzen@reedsmith.com

Andrew M. Brumby abrumby@shutts-law.com, rhicks@shutts-law.com

Kristen E. Burgers keburgers@venable.com

James Winston Burke jburke@orrick.com

William A. Burnett aburnett@williamsmullen.com

Darek S. Bushnaq dsbushnaq@venable.com

Marc A. Busman mbusman@busmanandbusman.com

Aaron R. Cahn cahn@clm.com

Jonathan T. Cain jtcain@mintz.com, kcraun@mintz.com

Judy Bamberger Calton jcalton@honigman.com

Paul K. Campsen pkcampsen@kaufcan.com

Robert A. Canfield bcanfield@canfieldbaer.com,
    jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com

Peter J. Carney jlerner@whitecase.com,jrubalcava@whitecase.com

William H. Casterline wcasterlinejr@bklawva.com,
    jroot@bklawva.com;;mhowes@bklawva.com;;tmartin@bklawva.com;

William B. Cave wcave@hophabcave.com

Ashley M. Chan achan@hangley.com, ecffilings@hangley.com

Eugene Chang echang@steinlubin.com

Jeffrey Chang jchang@changlawpllc.com

Wm. Joseph A. Charboneau jcharboneau@mglspc.com, aford@mglspc.com

Emily M. Charley echarley@hansonbridgett.com

Sara L. Chenetz chenetz@blankrome.com

Dominic L. Chiariello dc@chiariello.com

Charles W. Chotvacs cwchotvacs@gmail.com,
    aconway@taubman.com;Pollack@ballardspahr.com

Anthony J. Cichello acichello@kb-law.com

3

City of Newport News, Virginia jdurant@nngov.com

Darrell William Clark dclark@stinson.com, cscott@stinson.com

Robert D. Clark rclark@douglas.co.us

James E. Clarke vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com

Tiffany Strelow Cobb tscobb@vorys.com, bjtobin@vorys.com

Mindy D. Cohn mcohn@winston.com

Andrew Lynch Cole acole@fandpnet.com

Ken Coleman Ken.Coleman@allenovery.com

Michael A. Condyles michael.condyles@kutakrock.com,
 lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com

Mark B. Conlan mconlan@gibbonslaw.com

Andrew S. Conway aconway@taubman.com

David V. Cooke bankruptcy.david@denvergov.org

Eric C. Cotton hsmith@ddr.com

Robert K. Coulter robert.coulter@usdoj.gov,
 USAVAE.ALX.ECF.BANK@usdoj.gov

David H. Cox dcox@jackscamp.com, phaynes@jackscamp.com

Franklin R. Cragle fcragle@hf-law.com

John M. Craig johncraigg@aol.com, russj4478@aol.com

Catherine Elizabeth Creely ccreely@akingump.com

William C. Crenshaw bill.crenshaw@bryancave.com

Karen M. Crowley kcrowley@clrbfirm.com,
 jbrockett@clrbfirm.com;lbrennan@clrbfirm.com

Michael Callahan Crowley mcrowley@asm-law.com

Paul McCourt Curley pcurley@canfieldbaer.com, tchilders@canfieldbaer.com

Andrea Campbell Davison davison.andrea@arentfox.com,
 lane.katie@arentfox.com;dowd.mary@arentfox.com;rothleder.jeffrey@arentfox

.com;toof.jackson@arentfox.com

Ryan C. Day ryan.day@leclairryan.com

Jenelle Marie Dennis dennisj@ballardspahr.com, pollack@ballardspahr.com

Christopher M. Desiderio cdesiderio@nixonpeabody.com

Jaime Sue Dibble jdibble@stinson.com, lbigus@stinson.com

David H. Dickieson ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com

Louis E. Dolan LDOLAN@nixonpeabody.com,
was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;cdesiderio@nixonpeabody.com;DPrivott@nixonpeabody.com

John T. Donelan jtdlaw@verizon.net

Jennifer V. Doran jdoran@haslaw.com, calirm@haslaw.com

Seth A. Drucker sdrucker@honigman.com

Joseph M. DuRant jdurant@nngov.com

Ronald G. Dunn bstasiak@gdwo.net

Sara B. Eagle eagle.sara@pbgc.gov, efile@pbgc.gov

David W. Earman davidearman@courtsq.com

Carl A. Eason bankruptcy@wolriv.com

Robert C. Edmundson redmundson@attorneygeneral.gov

Elizabeth A. Elam betsyelam@toase.com,
wenditaylor@toase.com;lmares@toase.com;kkalos@toase.com

Tara L. Elgie telgie@hunton.com

Kristin Elliott kelliott@kelleydrye.com,
KDWBankruptcyDepartment@kelleydrye.com

Matthew J. Ellis mellis@batsonnolan.com

Bradford F. Englander benglander@wtplaw.com, wbatres@wtplaw.com

Augustus C. Epps aepps@cblaw.com, lthompson@cblaw.com

David J. Ervin dervin@kelleydrye.com,

5

KDWBankruptcyDepartment@kelleydrye.com

Belkys Escobar Belkys.Escobar@loudoun.gov,
Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov

Michael P. Falzone mfalzone@hf-law.com, jbsmith@hf-law.com

John T. Farnum farnumj@gtlaw.com

Oscar Baldwin Fears bfears@law.ga.gov, jjacobs@law.ga.gov

Robert J. Feinstein rfeinstein@pszjlaw.com,
rorgel@pszjlaw.com;dharris@pszjlaw.com

John D. Fiero jfiero@pszjlaw.com

Scott D. Fink Bronationalecf@weltman.com

J. David Folds dfolds@mckennalong.com, sparson@mckennalong.com

Douglas M. Foley dfoley@mcguirewoods.com

Christine McAteer Ford cford@mdpcelaw.com

Gina M Fornario gfornario@nixonpeabody.com,
khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com

Matthew D. Foster Fosterm@pepperlaw.com

Jeremy S. Friedberg jsf@llff.com, ecf@llff.com;gordon.young@llff.com

Ellen A. Friedman efriedman@friedumspring.com,
ramona.neal@hp.com;ken.higman@hp.com

Mark J. Friedman mark.friedman@dlapiper.com

Gary V. Fulghum gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com

Victoria D. Garry victoria.garry@ohioattorneygeneral.gov

Rand L. Gelber RGelberMD@aol.com

Stephanie N. Gilbert sgilbert@wilsav.com

S. Sadiq Gill sgill@vanblk.com

Karen L. Gilman KGILMAN@WOLFFSAMSON.COM

Lawrence H. Glanzer glanzer@rlglegal.com, stephanie@rlglegal.com

Brad R. Godshall bgodshall@pszjlaw.com

Matthew A. Gold courts@argopartners.net

Douglas R. Gonzales dgonzales@wsh-law.com

Anitra D. Goodman Royster anitra.royster@nelsonmullins.com,
    betsy.burn@nelsonmullins.com,raina.steward@nelsonmullins.com;terri.gardner
    @nelsonmullins.com

Kimbell D. Gourley kgourley@idalaw.com, sprescott@idalaw.com

Jeffrey J. Graham jgraham@taftlaw.com,
    krussell@taftlaw.com;ecfclerk@taftlaw.com

Gregory D. Grant ggrant@shulmanrogers.com,
    lsmith@shulmanrogers.com;THsu@shulmanrogers.com

William A. Gray bgray@sandsanderson.com, rarrington@sandsanderson.com

Peter A. Greenburg pgreenburg@aol.com

Steven H. Greenfeld steveng@cohenbaldinger.com, cbglawbethesda@gmail.com

David A. Greer dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com

Elizabeth L. Gunn egunn@durrettecrump.com,
    sryan@durrettecrump.com;dbbankruptcy@gmail.com

Richard E. Hagerty richard.hagerty@troutmansanders.com,
    sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.
    webne@troutmansanders.com

Jerry Lane Hall jerry.hall@pillsburylaw.com,
    patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com

Paula A. Hall hall@bwst-law.com, marbury@bwst-law.com

Aaron L. Hammer ahammer@freebornpeters.com

Gina Baker Hantel agbankcal@ag.tn.gov

Jason William Harbour jharbour@hunton.com

Michael E. Hastings michael.hastings@leclairryan.com,
    tonya.whitt@leclairryan.com

Jonathan L. Hauser jonathan.hauser@troutmansanders.com

David Emmett Hawkins dhawkins@velaw.com

Dion W. Hayes dhayes@mcguirewoods.com

Melissa S. Hayward mhayward@lockelord.com

Andrew H. Herrick aherrick@albemarle.org

William Heuer wheuer@duanemorris.com

Robert B. Hill kcummins@hillrainey.com

John E. Hilton jeh@carmodymacdonald.com, pjf@carmodymacdonald.com

Christopher Julian Hoctor choctor@gregkaplaw.com, nferenbach@gregkaplaw.com

Matthew E. Hoffman mehoffman@duanemorris.com,
lltaylor@duanemorris.com;lstopol@levystopol.com

David D. Hopper ddhopper@chlhf.com, scilino@chlhf.com

Brian D. Huben brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;dustin.branch@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.carolo@kattenlaw.com

Lisa Taylor Hudson lhudson@sandsanderson.com

F. Marion Hughes marion.hughes@smithmoorelaw.com

Jessica Regan Hughes jhughes@seyfarth.com,
swells@seyfarth.com;wdcdocketing@seyfarth.com

Martha E. Hulley martha.hulley@leclairryan.com,
erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

John T. Husk johnhusk@aol.com, nre98@aol.com

Richard Iain Hutson rhutson@weinstocklegal.com

Alexander Xavier Jackins ajackins@seyfarth.com

Thomas Neal Jamerson tjamerson@hunton.com, tomjam2003@yahoo.com

Russell R. Johnson russ4478@aol.com

Christopher A. Jones cajones@wtplaw.com, wbatres@wtplaw.com

Nathan Jones heather@usdrllc.com

Dexter D. Joyner caaustin@comcast.net

Gary M. Kaplan gkaplan@fbm.com, calendar@fbm.com

Douglas D. Kappler dkappler@rdwlawcorp.com

Lawrence Allen Katz lakatz@venable.com

Adam K. Keith akeith@honigman.com, tsable@honigman.com

Gerald P. Kennedy gerald.kennedy@procopio.com

Brian F. Kenney bkenney@milesstockbridge.com

Erin Elizabeth Kessel ekessel@spottsfain.com,
    kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoor
    e@spottsfain.com;eanderson@spottsfain.com;jstern@spottsfain.com

Dena Sloan Kessler dkessler@bakerlaw.com

Thomas G. King tking@KreisEnderle.com,
    dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com

Jeffrey E. Klusmeier Jeff.Klusmeier@ago.mo.gov

Jennifer Larkin Kneeland jkneeland@linowes-law.com, klevie@linowes-
    law.com;gduvall@linowes-law.com;jwright@linowes-
    law.com;akornilova@linowes-law.com

Travis A. Knobbe tknobbe@spilmanlaw.com, trjohnson@spilmanlaw.com

Kurt M. Kobiljak kkobi@aol.com

Michael S. Kogan mkogan@ecjlaw.com, rfraire@ecjlaw.com

Jamie M. Konn jamie.konn@dlapiper.com,
    kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com

Charles Gideon Korrell gkorrell@dl.com

Leonidas Koutsouftikis lkouts@magruderpc.com, mcook@magruderpc.com

Jason M. Krumbein jkrumbein@krumbeinlaw.com,
    a30156@yahoo.com;tcarper@krumbeinlaw.com

Darryl S. Laddin bkrfilings@agg.com

Anne C. Lahren alahren@pendercoward.com

Kevin A. Lake klake@mcdonaldsutton.com

Benjamin Joseph Lambiotte blambiotte@gsblaw.com

John J. Lamoureux jlamoureux@carltonfields.com,
  lmccullough@carltonfields.com;tpaecf@cfdom.net

Ian S. Landsberg ilandsberg@lm-lawyers.com

Jennifer Langan jlangan@patreasury.org

David Wayne Lannetti dlannetti@vanblk.com,
  kjerald@vanblk.com;drichards@vanblk.com

Jennifer Ellis Lattimore jlattimore@eckertseamans.com

Garren Robert Laymon glaymon@mglspc.com

Stephen E. Leach sleach@ltblaw.com,
  ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com

Richard E. Lear richard.lear@hklaw.com, kimi.odonnell@hklaw.com

Robert L. Lehane rlehane@kelleydrye.com,
  KDWBankruptcyDepartment@KelleyDrye.com

Stephen K. Lehnardt skleh@lehnardt-law.com

Justin D. Leonard jleonard@balljanik.com

Fredrick J. Levy fjlevy@olshanlaw.com,
  mmarck@olshanlaw.com;ssallie@olshanlaw.com

Dennis T. Lewandowski dtlewand@kaufcan.com

Nancy F. Loftus Nancy.Loftus@fairfaxcounty.gov

James V. Lombardi jvlombardi@rossbanks.com

Henry Pollard Long hlong@hunton.com

John E. Lucian lucian@blankrome.com

Donald K. Ludman dludman@brownconnery.com

Christine D. Lynch clynch@goulstonstorrs.com

Thomas Ryan Lynch tlynch@babc.com

Andrew Edward Macfarlane aem@aemlegal.com

Nicholas B Malito nmalito@hgg.com

Curtis Gilbert Manchester cmanchester@reedsmith.com,
shicks@reedsmith.com;dlynch@reedsmith.com;sharris@reedsmith.com;kklein@reedsmith.com

Robert M. Marino rmmarino@rpb-law.com, rmmarino1@aol.com

Joel T. Marker joel@mbt-law.com

Jeremy W. Martin jeremymartin2007@gmail.com, jmartin@weststarmortgage.com

Richard M. Maseles edvaecf@dor.mo.gov

Gary E. Mason gmason@masonlawdc.com

Lyndel A. Mason LMason@chfirm.com, chps.ecfnotices@gmail.com

Bruce H. Matson bruce.matson@leclairryan.com,
kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

Richard C. Maxwell rmaxwell@woodsrogers.com

David McCall bankruptcy@ntexas-attorneys.com

Michael Keith McCrory mmcrory@btlaw.com

Neil E. McCullagh nmccullagh@spottsfain.com,
jstern@spottsfain.com;eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com

W. Clarkson McDow, Jr. USTPRegion04.RH.ECF@usdoj.gov

David R. McFarlin dmcfarlin@whmh.com, psmith@whmh.com

Annemarie G. McGavin annemarie.mcgavin@bipc.com

Frank F. McGinn ffm@bostonbusinesslaw.com

Robert P. McIntosh Robert.McIntosh@usdoj.gov,
DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov

Thomas John McIntosh thomas.mcintosh@hklaw.com

John D. McIntyre jmcintyre@wmlawgroup.com,
wedwards@wmlawgroup.com;dpower@wmlawgroup.com;koconnor@wmlawgroup.com;nfetzer@wmlawgroup.com

John G. McJunkin jmcjunkin@mckennalong.com, sparson@mckennalong.com

Joshua D. McKarcher jmckarcher@cov.com

Jennifer McLain McLemore jmclemore@cblaw.com, avaughn@cblaw.com

Janet M. Meiburger, Esq. admin@meiburgerlaw.com

Philip James Meitl pj.meitl@bryancave.com, john.leininger@bryancave.com

Stephen A. Metz smetz@shulmanrogers.com, nanderson@shulmanrogers.com

C. Christopher Meyer cmeyer@ssd.com

Kalina Boyanova Miller kmiller@wileyrein.com, rours@wileyrein.com

Stephan William Milo smilo@wawlaw.com,
    hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com

Luder F. Milton lmilton@eckertseamans.com

Satchidananda Mims smims21@hotmail.com

Robert Kenneth Minkoff rminkoff@jefferies.com, mrichards@jefferies.com

Malcolm M. Mitchell mmmitchell@vorys.com,
    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

Byron Z. Moldo bmoldo@ecjlaw.com, tmelendez@ecjlaw.com

Joseph T. Moldovan bankruptcy@morrisoncohen.com

Denise S. Mondell denise.mondell@ct.gov

Robert Field Moorman rmoorman@moormanlaw.com, robmoorman@comcast.net

Mindy A. Mora mmora@bilzin.com,
    eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com

Erika L. Morabito emorabito@pattonboggs.com

Valerie P. Morrison vmorrison@wileyrein.com, rours@wileyrein.com

Michael D. Mueller mmueller@cblaw.com, avaughn@cblaw.com

Mark X. Mullin mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com

Anne C. Murphy murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us

Mona M. Murphy mona.murphy@akerman.com, crystal.gaymon@akerman.com

Stephen G. Murphy Murphys@dor.state.ma.us

Thomas Francis Murphy tmurphy@dclawfirm.com,
   rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com

Robert Ryland Musick bmusick@t-mlaw.com, clobou@t-mlaw.com

James D. Newbold James.Newbold@illinois.gov

Kevin M. Newman knewman@menterlaw.com

Steven H. Newman snewman@katskykorins.com

Troy N. Nichols lexbankruptcy@wyattfirm.com

Alan Michael Noskow anoskow@pattonboggs.com

Darlene M. Nowak nowak@marcus-shapira.com

Michael John O'Grady mjogrady@fbtlaw.com,
   lbaker@fbtlaw.com;jbwells@fbtlaw.com

Tracey Michelle Ohm tohm@stinson.com, tmackey@stinson.com

Mary E. Olden molden@mhalaw.com, akauba@mhalaw.com

Laura Otenti lotenti@pbl.com

Ronald Allen Page rpage@rpagelaw.com, rpage@rpagelaw.com

Justin F. Paget jpaget@hunton.com

Craig M. Palik cpalik@yahoo.com,
   cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com

R. Chase Palmer cpalmerplf@gmail.com

Constantinos G. Panagopoulos cgp@ballardspahr.com,
   summersm@ballardspahr.com;pollack@ballardspahr.com

Min Park mpark@cblh.com

Paul J. Pascuzzi ppascuzzi@ffwplaw.com

Bhavik Dalpat Patel bdp@macdowelllaw.com

Peter M. Pearl ppearl@sandsanderson.com

Frank T. Pepler fpepler@peplermastromonaco.com

Christopher L. Perkins christopher.perkins@leclairryan.com,
    stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Rhett E. Petcher rpetcher@seyfarth.com

Loc Pfeiffer loc.pfeiffer@kutakrock.com,
    lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com

Keith L. Phillips Keith@pf-law.com, beth@pf-law.com;Abbie@pf-law.com;dweekley@pf-law.com

Kimberly A. Pierro kimberly.pierro@kutakrock.com,
    sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com

David M. Poitras dmp@jmbm.com

Jeffrey N. Pomerantz jpomerantz@pszjlaw.com

Courtney E. Pozmantier cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com

Daniel M. Press dpress@chung-press.com, pressdm@gmail.com

Daniel D. Prichard dprichard@dowlohnes.com, kcornnell@dowlohnes.com

William Daniel Prince wprince@t-mlaw.com

Raymond Pring rpring@grossspringlaw.com,
    rahurley@grossspringlaw.com;hsessler@grossspringlaw.com

Jeremy L. Pryor jeremypryor@carrellrice.com

Julie Ann Quagliano quagliano@sfmlawfirm.com, harvell@sfmlawfirm.com

Albert F. Quintrall a.quintrall@quintrall.com

John B. Raftery jraftery@offitkurman.com

Vivienne Rakowsky vrakowsky@ag.nv.gov,
    dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov

Andrew Rapp arapp@wpblaw.com

Victoria A. Reardon reardonv@michigan.gov, jacksonst@michigan.gov

Michael Reed othercourts@mvbalaw.com

Linda Dianne Regenhardt lregenhardt@garylaw.us,
cmarchant@garylaw.us;mcollins@garylaw.us

Thomas W. Repczynski trepczynski@offitkurman.com, cdixon@offitkurman.com

Thomas David Rethage thomas.rethage@eeoc.gov

James W. Reynolds jim.reynolds@ofplaw.com

Kenneth R. Rhoad krhoa@gebsmith.com

Matthew Righetti matt@righettilaw.com

Fred B. Ringel fbr@robinsonbrog.com

Henry Buswell Roberts hbroberts@live.com, droberts1949@live.com

Philip M. Roberts mroberts@hpmlaw.com

Terri A. Roberts pcaocvbk@pcao.pima.gov

Wendy Michele Roenker wroenker@cityofchesapeake.net

James H. Rollins jim.rollins@hklaw.com, avis.francis@hklaw.com

Martha E. Romero romero@mromerolawfirm.com

Jeremy Brian Root jroot@bklawva.com,
tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com

Edward L. Rothberg rothberg@hooverslovacek.com, mayle@hooverslovacek.com

David R. Ruby druby@mcsweeneycrump.com, bankruptcyassistant@t-
mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby druby@t-mlaw.com, bankruptcyassistant@t-
mlaw.com;druby@ecf.epiqsystems.com

Frederick Francis Rudzik rudzikf@dor.state.fl.us

Michael F. Ruggio mruggio@ralaw.com

Eric Christopher Rusnak eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com

Jeremy W. Ryan jryan@saul.com

John M. Ryan jryan@clrbfirm.com, ghorner@clrbfirm.com;lbrennan@clrbfirm.com

Denyse Sabagh dsabagh@duanemorris.com

Travis Aaron Sabalewski tsabalewski@reedsmith.com,
    shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com

Michael J. Sage msage@omm.com, kzeldman@omm.com

Rebecca L. Saitta rsaitta@wileyrein.com, rours@wileyrein.com

Stanley M. Salus stan.salus@akerman.com,
    crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com

D. Marc Sarata msarata@ltblaw.com,
    ndysart@ltblaw.com;sleach@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com

Troy Savenko tsavenko@kaplanfrank.com, nferenbach@kaplanfrank.com

Jeffrey Scharf jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com

Nancy R. Schlichting nrs@lolawfirm.com, lginsberg@lolawfirm.com

Ann E. Schmitt aschmitt@culbert-schmitt.com

Paul Michael Schrader pschrader@fullertonlaw.com

James R. Schroll jschroll@beankinney.com, ncoton@beankinney.com

William H. Schwarzschild tschwarz@williamsmullen.com

Douglas Scott BankruptcyCounsel@gmail.com

Richard D. Scott richard@rscottlawoffice.com

Erick Frank Seamster eseamster@wallacepledger.com

Sheila L. Shadmand slshadmand@jonesday.com

Jeffrey M. Sherman jsherman@jackscamp.com,
    emoyer@jackscamp.com;jtsikerdanos@jackscamp.com

Mark D. Sherrill mark.sherrill@sutherland.com

Gilbert D. Sigala sigalaw1@aol.com

Glenn H. Silver ctbghs@aol.com

Kevin L. Sink ksink@nichollscrampton.com

Leslie A. Skiba lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com

John C. Smith jsmith@durrettecrump.com, sryan@durrettecrump.com;dbbankruptcy@gmail.com

John Ronald Smith jrsmith@hunton.com

Eric J. Snyder esnyder@sillerwilk.com

Rhysa Griffith South sou06@co.henrico.va.us

Matthew V. Spero matthew.spero@rivkin.com

David K. Spiro dspiro@hf-law.com, rmcburney@hf-law.com

Leonard E. Starr lstarr@Starr-Law.com, gadams@Starr-Law.com

Aryeh E. Stein astein@wtplaw.com

Richard F. Stein richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov

Dawn C. Stewart dstewart@thestewartlawfirm.com

Alexander W. Stiles astiles@vbgov.com

Jonathan S. Storper jstorper@hansonbridgett.com

Peter E. Strniste pstrniste@rc.com, kcooper@rc.com

William Daniel Sullivan dsullivan@butzeltp.com

Lisa P. Sumner lsumner@poyners.com, cjeckel@poyners.com

Jeffrey L. Tarkenton jtarkenton@wcsr.com, toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com

Lynn L. Tavenner ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com

Mark D. Taylor mdtaylor@kilpatricktownsend.com

Robert D. Tepper rtepper@sabt.com, pcoover@sabt.com

Roy M. Terry rterry@durrettecrump.com, sryan@durrettecrump.com;dbbankruptcy@gmail.com

Lucy L. Thomson lthomson2@csc.com

Alison Ross Wickizer Toepp atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com

Jackson David Toof toof.jackson@arentfox.com

Dylan G. Trache dtrache@wileyrein.com, rours@wileyrein.com

Khang V. Tran khang.tran@hoganlovells.com

Ronald M. Tucker rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,antimm@simon.com

Robert B. Van Arsdale Robert.B.Van.Arsdale@usdoj.gov

John P. Van Beek jvanbeek@goldmanvanbeek.com, awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com

Christian K. Vogel Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

Kimberly Sullivan Walker kwalker@fulbright.com, kimsullywalker@aol.com

Madeleine C. Wanlsee mwanslee@gustlaw.com, rstein@gustlaw.com

Gilbert Barnett Weisman notices@becket-lee.com

Mitchell B. Weitzman mweitzman@jackscamp.com, swatson@jackscamp.com

Arthur S. Weitzner arthur@weitzner.com

H. Elizabeth Weller Dallas.Bankruptcy@publicans.com

Jennifer J. West jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;jstern@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com

Robert S. Westermann rwestermann@hf-law.com

David B. Wheeler davidwheeler@mvalaw.com

Brenda M. Whinery bwhinery@mcrazlaw.com

Reid Steven Whitten rwhitten@fulbright.com

Nicholas W. Whittenburg nwhittenburg@millermartin.com, mcsmith@millermartin.com

Michael L. Wilhelm ECF@w2lg.com

Amy Pritchard Williams amy.williams@klgates.com, hailey.andresen@klgates.com

Jeremy S. Williams jeremy.williams@kutakrock.com

Walter Laurence Williams walter.williams@wilsonelser.com

Thaddeus D. Wilson thadwilson@kslaw.com, pwhite@kslaw.com

William A. Wood trey.wood@bgllp.com, chris.tillmanns@bgllp.com

Gordon S. Woodward gwoodward@schnader.com

J. Christian Word chefiling@lw.com;robert.klyman@lw.com

Richard S. Yarow richard_yarow@yahoo.com

Hale Yazicioglu hyazicioglu@jshllp.com

Martin J.A. Yeager myeager@beankinney.com

Meredith Linn Yoder myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com

Craig Benson Young craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com

Jonathan W. Young young@wildman.com

German Yusufov pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov

Erica S. Zaron cao.bkc@miamidade.gov

Peter G. Zemanian pete@zemanianlaw.com

Sheila G. de la Cruz sdelacruz@hf-law.com, jbsmith@hf-law.com

Date:   October 4, 2011

                                      /s/ Robert K. Coulter
                                      Robert K. Coulter