**Peter G. Zemanian, Esq. (VSB #24922)**
**Zemanian Law Group**
**223 E. City Hall Ave., Suite 201**
**Norfolk, VA  23510**
**Local Counsel for Disney Interactive Distribution,** *et al.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.*, | Jointly Administered |
| Debtors. | Chapter 11 |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* ON BEHALF OF
### <u>ANDREW N. GOLDMAN</u>

Pursuant to Local Rule 2090-1(E)(2), Peter G. Zemanian (the "Movant"), a member in good standing of the Bar of the Commonwealth of Virginia and of this United States Bankruptcy Court for the Eastern District of Virginia (this "Court"), respectfully moves for entry of an order, substantially in the form attached hereto as **Exhibit 1**, permitting Andrew N. Goldman ("Mr. Goldman"), an attorney with the New York office of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), to appear and practice *pro hac vice* in the above-captioned jointly administered chapter 11 cases on behalf of the following named defendants (the "Disney Defendants") and in the associated adversary proceedings commenced by Alfred H. Siegel, in his capacity as trustee of the Circuit City Stores, Inc. Liquidating Trust:

| | |
|---|---|
| Disney Interactive Distribution, *et al.* | APN 10-3235 |
| ABC Broadcasting Companies, Inc., dba WABC TV | APN 10-3230 |

| | |
|---|---|
| WLS Television, Inc. | APN 10-3669 |
| KGO Television, Inc. | APN 10-3729 |
| Buena Vista Home Entertainment | APN 10-3587 |
| ABC Holding Company, Inc., dba KABC TV | APN 10-3622 |
| KTRK Television, Inc. | APN 10-3504 |
| ESPN, Inc. dba ESPN 2 | APN 10-3649 |
| WPVI and Argo Partners | APN 10-3484 |

In support of this motion, the Movant states as follows:

1. Andrew N. Goldman (a partner practicing primarily in WilmerHale's New York City office) is a member in good standing of the bars of New York and New Jersey. Mr. Goldman is admitted to practice in the Southern District of New York, Eastern District of New York, District of New Jersey and Northern District of Illinois. There are no disciplinary proceedings pending against Mr. Goldman in any jurisdiction in which he is admitted to practice.

2. Mr. Goldman has complied with the requirements of Local Rule 2090-1(E)(2) and a certification of his compliance with such requirements is set forth in the applications collectively attached hereto as **Exhibit 2**.

3. Mr. Goldman understands that if he is admitted pro hac vice in this matter that he will be subject to the disciplinary jurisdiction of this Court.

4. The Movant requests that this Court waive the requirement set forth in Local Rule 9013-1(G) that this motion be accompanied by a written memorandum of law as there are no novel issues of law presented by this motion.

5. The Movant requests that this Court rule upon this motion without an oral hearing, as contemplated by Local Rule 9013-1(L).

6. No prior request for the relief sought herein has been made to this Court in these bankruptcy cases or in any of the associated adversary proceedings.

WHEREFORE, the Movant respectfully requests that this Court enter an order, substantially in the form attached hereto as **Exhibit 1**, authorizing Andrew N. Goldman to appear *pro hac vice,* in association with the Movant, as attorney for the Disney Defendants in connection with the above-captioned jointly administered cases, and granting such other relief as is appropriate.

Date:  October 4, 2011

*/s/Peter G. Zemanian*
Peter G. Zemanian
Zemanian Law Group
223 E. City Hall Ave., Suite 201
Norfolk, Virginia 23510
Telephone: (757) 622-0090
Facsimile: (757) 622-0096
E-mail: pete@zemanianlaw.com

### Certificate of Service

I certify that on October 4, 2011 I caused the foregoing *Motion for Admission to Practice Pro Hac Vice on Behalf of Andrew N. Goldman* to be filed via the e.c.f. system for purposes of electronic service on all parties so designated.

*/s/Peter G. Zemanian*
Peter G. Zemanian