Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                          :    Chapter 11
                                                :
CIRCUIT CITY STORES, INC., et al.,    :    Case No. 08-35653 (KRH)
                                                :
            Debtors.                       :
                                                :    Jointly Administered
- - - - - - - - - - - - - - - - - - - - - - - - - -x

**AMENDED THIRD ORDER REGARDING LIQUIDATING TRUST'S NINTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS,
AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Ninth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit G attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is SUSTAINED as to the Claims identified on Exhibit A as attached hereto.[2]

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

[2] The Third Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (Reduction Of Certain Partially Invalid Claims, Reclassification Of Certain Misclassified Claims, Disallowance Of Certain Invalid Claims, Disallowance Of Certain Late-Filed Claims, And Disallowance Of Certain Amended Claims) (Docket No. 11293) inadvertently referenced Exhibit B as well.  This Order amends and supersedes said prior order.

2.      The Claim identified on <u>Exhibit A</u> as attached hereto and incorporated herein is forever reduced for all purposes in these bankruptcy cases in the manner stated in <u>Exhibit A</u>.

3.      The Court will conduct a status conference on October 19, 2011 at 2:00 p.m. for all Claims identified on <u>Exhibit B</u> attached hereto.

4.      The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

5.      The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2011


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


___/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*



## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.


_____*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT A to Third Order Regarding Liquidating Trust's Ninth Omnibus Objection to Landlord Claims**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Additional Notice Address | Claim Amount | Debtor | Proposed Modified Claim | Debtor |
| 3/30/09 | 12165 | Circuit Investors No 2 Ltd A Texas Partnership<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 | | $254,637.46 (general unsecured) | Circuit City Stores, Inc. | $249,780.49 (general unsecured) | Circuit City Stores, Inc. |

In re Circuit City Stores, et al.
Case No. 08-35653 (KRH)
**Exhibit B to Third Order Regarding Liquidating Trust's Ninth Omnibus Objection to Landlord Claims**
**Alphaebtical Listing of Claims for Which Status Conference Will Take Place on October 19, 2011 at 2:00 p.m.**

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 19th Street Investors Inc<br>John D Demmy<br>Stevens & Lee PC<br>1105 N Market St 7th Fl<br>Wilmington, DE 19801 | 14055 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| Abilene Ridgemont LLC<br>c o Douglas C Noble Esq<br>Phelps Dunbar LLP<br>PO Box 23066<br>Jackson, MS  39225-3066 | 14599 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| Abilene Ridgemont LLC<br>c o Douglas C Noble Esq<br>Phelps Dunbar LLP<br>PO Box 23066<br>Jackson, MS  39225-3066 | 12241 | Exhibit G<br>Amended Claims to be Expunged |
| Alamonte Springs Real Estate<br>Associates LLC<br>Attn David Gould<br>c/o Yale Realty Services<br>501 Washington Ave<br>Pleasantville, NY  10570 | 5548 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| Altamonte Springs Real Estate<br>Associates LLC<br>c o Shiela deLa Cruz Esq<br>Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA  23218-0500 | 13636 | Exhibit G<br>Amended Claims to be Expunged |
| Altamonte Springs Real Estate<br>Associates LLC<br>c o Shiela deLa Cruz Michael P<br>Falzone<br>Hirschler Fleischer, PC<br>Post Office Box 500<br>Richmond, Virginia 23218-0500 | 14807 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Altamonte Springs Real Estate Associates LLC<br>c/o Shiela deLa Cruz Esq<br>Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA 23218-0500 | 12314 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| Ave Forsyth LLC Cousins 335932 11<br>Attn Dustin P Branch<br>Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 | 14129 | Exhibit E<br>Invalid Claims to be Expunged |
| Ave Forsyth LLC Cousins Store No 4252<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Pk E 26th Fl<br>Los Angeles, CA 90067 | 9506 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| AVR CPC Associates LLC<br>c o AVR Realty Company<br>One Executive Blvd<br>Yonkers, NY 10701 | 12866 | Exhibit F<br>Late Filed Claims to be Expunged |
| AVR CPC Associates LLC<br>c o AVR Realty Company<br>One Executive Blvd<br>Yonkers, NY 10701 | 12865 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| AVR CPC Associates LLC<br>c o AVR Realty Company<br>One Executive Blvd<br>Yonkers, NY 10701 | 12866 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Bank<br>Attn: Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 9724 | Exhibit E<br>Invalid Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BLDG 2007 RETAIL LLC & NETARC LLC<br>attn:  Scott Zecher<br>Dorian Goldman, Katja Goldman, Lloyd Goldman<br>c/o Building Management Co., Inc.<br>Attn: Scott Zecher<br>417 Fifth Avenue, 4th Floor<br>New York, NY 10016 | 14052 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| BLDG 2007 RETAIL LLC & NETARC LLC<br>attn:  Scott Zecher<br>Dorian Goldman, Katja Goldman, Lloyd Goldman<br>c/o Building Management Co., Inc.<br>Attn: Scott Zecher<br>417 Fifth Avenue, 4th Floor<br>New York, NY 10016 | 14052 | Exhibit F<br>Late Filed Claims to be Expunged |
| Brandywine Operating Partnership LP<br>LeClairRyan, A Professional Corporation<br>Niclas A. Ferland, Admitted Pro Hac Vice<br>Ilan Markus<br>555 Long Wharf Dr., 8th Fl.<br>New Haven, CT 06511 | 13723 | Exhibit E<br>Invalid Claims to be Expunged |
| BT Bloomington LLC an Illinois Limited Liability Company and Successor in Interest to Colonial Plaza Associates<br>Jeffrey Kurtzman, Esq. and Kathleen E. Torbit, Esq.<br>Klehr Harrison Harvey Branzburg & Ellers LLP<br>260 S. Broad St.<br>Philadelphia, PA 19102 | 14048 | Exhibit E<br>Invalid Claims to be Expunged |
| Carriage Crossing Market Place LLC<br>Attn Eric T Ray<br>Balch & Bingham LLP<br>1901 Sixth Ave N Ste 1500<br>PO Box 306<br>Birmingham, AL 35201-4642 | 14022 | Exhibit E<br>Invalid Claims to be Expunged |
| CC Properties LLC<br>Attn Michelle Ingle<br>c o FBL Financial Group Inc<br>5400 University Ave<br>West Des Moines, IA  50266 | 14002 | Exhibit C<br>Partially Invalid Claims to be Reduced |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| CC Properties LLC<br>Attn: Michelle Ingle<br>c/o FBL Financial Group, Inc.<br>5400 University Ave.<br>West Des Moines, IA 50266 | 13973 | Exhibit E<br>Invalid Claims to be Expunged |
| CC Properties LLC<br>Attn: Michelle Ingle<br>c/o FBL Financial Group, Inc.<br>5400 University Ave.<br>West Des Moines, IA 50266 | 14001 | Exhibit E<br>Invalid Claims to be Expunged |
| Centro Properties Group t a Sun Plaza<br>Walton Beach FL<br>c o David L Pollack esq<br>Ballard Spahr Andrews & Ingersoll<br>LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12623 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| Centro Properties Group t a Sun Plaza<br>Walton Beach FL<br>c o David L Pollack esq<br>Ballard Spahr Andrews & Ingersoll<br>LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12678 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| Centro Properties Group ta Dickson<br>City Crossing Dickson City PA<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12920 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| Centro Properties Group ta Dickson<br>City Crossing Dickson City PA<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12528 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| Centro Properties Group ta Dickson<br>City Crossing Dickson City PA<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12920 | Exhibit D<br>Claims to be Reclassified |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Centro Properties Group ta University Commons Greenville Greenville NC c/o David L. Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St., 51st Fl. Philadelphia, PA 19103 | 12557 | Exhibit C Partially Invalid Claims to be Reduced |
| Chandler Gateway Partners LLC Macerich 203270 1461 Attn Dustin P Branch Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl Los Angeles, CA 90067 | 13990 | Exhibit E Invalid Claims to be Expunged |
| Chandler Gateway Partners LLC Thomas J Leanse Esq c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl Los Angeles, CA 90067 | 13939 | Exhibit C Partially Invalid Claims to be Reduced |
| Chino South Retail PG LLC c/o William A. Trey Wood III Bracewell & Giuliani LLP 711 Louisiana St., Ste. 2300 Houston, TX 77002 | 8990 | Exhibit E Invalid Claims to be Expunged |
| Chino South Retail PG LLC c/o William A. Trey Wood III Bracewell & Giuliani LLP 711 Louisiana St., Ste. 2300 Houston, TX 77002 | 8990 | Exhibit F Late Filed Claims to be Expunged |
| Circuit Investors No 2 Ltd A Texas Partnership c o Niclas A Ferland Esq LeClairRyan A Professional Corporation 555 Long Wharf Dr 8th Fl New Haven., CT 06511 | 12165 | Exhibit C Partially Invalid Claims to be Reduced |
| Cobb Corners II Limited Partnership c/o Amy Pritchard Williams, Esq. K & L Gates LLP 214 N. Tryon St. Hearst Tower, 47th Fl. Charlotte, NC 28202 | 12114 | Exhibit C Partially Invalid Claims to be Reduced |
| Cobb Corners II Limited Partnership c/o Amy Pritchard Williams, Esq. K & L Gates LLP 214 N. Tryon St. Hearst Tower, 47th Fl. Charlotte, NC 28202 | 14138 | Exhibit C Partially Invalid Claims to be Reduced |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Corre Opportunities Fund, L.P.<br>1370 Avenue of the Americas, 29'''<br>Floor<br>New York, NY 10019<br>Attn: Claims Processing (Bankruptcy) | 12487 | Exhibit D<br>Claims to be Reclassified |
| Corre Opportunities Fund, L.P.<br>1370 Avenue oftheAmericas, 29th<br>Floor<br>New York, NY 10019<br>Attn: Oaims Processing (Bankruptcy) | 1226 | Exhibit G<br>Amended Claims to be Expunged |
| CP NORD DU LAC JV LLC<br>C/O HEATHER A. LEE<br>BURR & FORMAN LLP<br>420 N. 20TH ST., STE. 3400<br>BIRMINGHAM, AL 35203 | 9641 | Exhibit E<br>Invalid Claims to be Expunged |
| CP NORD DU LAC JV LLC<br>C/O HEATHER A. LEE<br>BURR & FORMAN LLP<br>420 N. 20TH ST., STE. 3400<br>BIRMINGHAM, AL 35203 | 9641 | Exhibit F<br>Late Filed Claims to be Expunged |
| Crossgates Commons NewCo LLC<br>Attn: Kevin M. Newman, Esq.<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St., Ste. 200<br>Syracuse, NY 13204-1498 | 13848 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| Crossgates Commons NewCo LLC<br>Attn: Kevin M. Newman, Esq.<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St., Ste. 200<br>Syracuse, NY 13204-1498 | 13020 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| CT Retail Properties Finance V LLC<br>Attn Neil E HermanEsq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11944 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| CWCapital Asset Management LLC, as<br>Special Servicer for Bank of America<br>N A<br>Michael J. McGregor<br>11200 Rockville Pike, Ste. 300<br>Rockville, MD 20852 | 12728 | Exhibit E<br>Invalid Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| CWCapital Asset Management LLC, as Special Servicer for Bank of America NA Successor by Merger to LaSalle Bank NA as Trustee for the Holders of Nomura Asset Securities Corporation Commercial Mortgage Pass Through Certificates Series 1998 D6 Attn: Lawrence A. Katz & Kristen E. Burgers 8010 Towers Crescent Dr., Ste. 300 Vienna, VA 22182-2707 | 13978 | Exhibit E Invalid Claims to be Expunged |
| De Rito Pavilions 140 LLC Adam B Nach Esq Lane & Nach PC 2025 N 3rd St Ste 157 Phoenix, AZ 85004 | 4911 | Exhibit C Partially Invalid Claims to be Reduced |
| De Rito Pavilions 140 LLC Adam B Nach Esq Lane & Nach PC 2025 N 3rd St Ste 157 Phoenix, AZ 85004 | 4863 | Exhibit G Amended Claims to be Expunged |
| Diamond Square LLC and Builder Square LLC Edward C. Tu, Esq. Law Offices of Edward C. Tu A Professional Corporation 750 E. Green St., Ste. 209 Pasadena, CA 91101 | 14357 | Exhibit C Partially Invalid Claims to be Reduced |
| DIAMOND SQUARE LLC 900 S. SAN GABRIEL BLVD., NO. 100 SAN GABRIEL, CA 91776 | 9177 | Exhibit C Partially Invalid Claims to be Reduced |
| DIAMOND SQUARE LLC 900 S. SAN GABRIEL BLVD., NO. 100 SAN GABRIEL, CA 91776-2763 | 12694 | Exhibit E Invalid Claims to be Expunged |
| Encinitas PFA LLC Amy Pritchard Williams Esq K&L Gates LLP Hearst Tower 47th Fl 214 N Tryon St Charlotte, NC 28202 | 12648 | Exhibit C Partially Invalid Claims to be Reduced |
| Encinitas PFA LLC Amy Pritchard Williams K&L Gates LLP 214 N Tryon St Ste 4700 Charlotte, NC 28202 | 14355 | Exhibit C Partially Invalid Claims to be Reduced |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| FC Woodbridge Crossing LLC<br>Attn Rachel M Harari Esq<br>Forest City Ratner Companies LLC<br>1 Metrotech Center N<br>Brooklyn, NY 11201 | 12817 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| Federal Realty Investment Trust ta<br>Quince Orchard Shopping Center<br>Gaithersburg MD<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12545 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| Federal Realty Investment Trust ta<br>Quince Orchard Shopping Center<br>Gaithersburg MD<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12546 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| GECMC 200S-C2 LUDWIG DRIVE, LLC<br>clo Mindy A. Mora, Esq.<br>Bilzin Sum berg Baena Price & Axelrod LLP<br>200 South Biscayne Blvd., Suite 2500<br>Miami, Florida 33131 | 14402 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| GECMC 200S-C2 LUDWIG DRIVE, LLC<br>clo Mindy A. Mora, Esq.<br>Bilzin Sum berg Baena Price & Axelrod LLP<br>200 South Biscayne Blvd., Suite 2500<br>Miami, Florida 33131 | 14402 | Exhibit F<br>Late Filed Claims to be Expunged |
| Green Tree Mall Associates Macerich 203270 1462<br>c/o Dustin P. Branch, Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park E., 26th Fl.<br>Los Angeles, CA 90067 | 14111 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| Green Tree Mall Associates<br>Thomas J. Leanse, Esq.<br>c/o Katten Muchin Rosenman LLP<br>2029 Century Park E., 26th Fl.<br>Los Angeles, CA 90067 | 13941 | Exhibit C<br>Partially Invalid Claims to be Reduced |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Hickory Ridge Pavillion LLC<br>Legal Department<br>1800 Moler Rd<br>Columbus, OH 43207 | 9247 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| Holyoke Crossing Limited Partnership II<br>David R. Ruby, Esq.<br>McSweeney Crump Shildress & Temple PC<br>PO Box 1463<br>11 S. 12th St.<br>Richmond, VA 23219 | 13109 | Exhibit G<br>Amended Claims to be Expunged |
| Holyoke Crossing Limited Partnership II<br>James D. Klucznik, Esq.<br>OConnell Development Group Inc.<br>480 Hampden St.<br>PO Box 867<br>Holyoke, MA 01041-0867 | 12620 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| Huntington Mall Company<br>c o Richard T Davis<br>2445 Belmont Ave<br>PO Box 2186<br>Youngstown, OH 44504-0186 | 9433 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| Integrated Real Estate Services LLC<br>Corey Michael Barr<br>1015 Thrid Ave Ste 900<br>Seattle, WA 98104 | 13854 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| Jantzen Dynamic Corporation<br>Attn: Brett Berlin, Esq.<br>Jones Day<br>1420 Peachtree St. NE, Ste. 800<br>Atlanta, GA 30309 | 12610 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| Jantzen Dynamic Corporation<br>Attn: Brett Berlin, Esq.<br>Jones Day<br>1420 Peachtree St. NE, Ste. 800<br>Atlanta, GA 30309 | 13878 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| Johnson City Crossing LP<br>Laurance J. Warco<br>Sutherland Asbill & Brennan LLP<br>999 Peachtree St. NE<br>Atlanta, GA 30309-3996 | 12564 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| Johnson City Crossing, L.P.<br>c/o Laurance J. Warco<br>Sutherland Asbill & Brennan LLP<br>999 Peachtree Street, NE<br>Atlanta, GA 30309-3996 | 14966 | Exhibit E<br>Invalid Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| KB Columbus I-CC, LLC<br>c/o Kenneth Miller<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., Ninth Floor<br>Beverly Hills, CA 90212 | 12331 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| Kendall 77 Ltd<br>c o Patricia A Redmond Esq<br>Stearns Weaver Miller et al<br>150 West Flagler St Ste 2200<br>Miami, FL 33130 | 12691 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| Kendall 77 Ltd<br>c o Patricia A Redmond Esq<br>Stearns Weaver Miller et al<br>150 West Flagler St Ste 2200<br>Miami, FL 33130 | 6624 | Exhibit G<br>Amended Claims to be Expunged |
| Kendall 77 Ltd<br>Patricia A Redmond<br>Stearns Weaver Miller Weissler<br>Alhadeff & Sitterson PA<br>Museum Tower Building Ste 2200<br>150 W Flagler St<br>Miami, FL 33130 | 14064 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| Kendall 77 Ltd<br>Patricia A Redmond<br>Stearns Weaver Miller Weissler<br>Alhadeff & Sitterson PA<br>Museum Tower Building Ste 2200<br>150 W Flagler St<br>Miami, FL 33130 | 14064 | Exhibit D<br>Claims to be Reclassified |
| Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer<br>Gregory A Cross Esq<br>Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 | 12423 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| KeyBank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer on behalf of Bank of America NA successor by<br>Gregory A Cross Esq<br>Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 | 12399 | Exhibit E<br>Invalid Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| MAGNA TRUST COMPANY TRUSTEE C/O CIRCUIT CITY PARTNERSHIP 2144 S. MACARTHUR BLVD. SPRINGFIELD, IL 62704 | 12673 | Exhibit C Partially Invalid Claims to be Reduced |
| Magna Trust Company Trustee Peter J. Barrett and Kimberly A. Pierro Kutak Rock LLP 1111 E. Main St., Ste. 800 Richmond, VA 23219 | 13763 | Exhibit C Partially Invalid Claims to be Reduced |
| Mayfair ORCC Business Trust c/o Katharine Battaia Thompson and Knight LLP 1722 Routh St., Ste. 1500 Dallas, TX 75201 | 14247 | Exhibit C Partially Invalid Claims to be Reduced |
| Novogroder Companies Inc John Hancock Ctr 875 N Michigan Ave Chicago, IL 60611 | 14302 | Exhibit C Partially Invalid Claims to be Reduced |
| ORIX Capital Markets LLC c o Gregory A Cross Esq Venable LLP 750 E Pratt St Ste 900 Baltimore, MD 21202 | 12495 | Exhibit C Partially Invalid Claims to be Reduced |
| ORIX Capital Markets LLC c o Lawrence A Katz Kristen E Burgers 8010 Towers Crescent Dr Ste 300 Vienna, VA 22182-2707 | 14244 | Exhibit E Invalid Claims to be Expunged |
| ORIX Capital Markets LLC c o Lawrence A Katz Kristen E Burgers 8010 Towers Crescent Dr Ste 300 Vienna, VA 22182-2707 | 14242 | Exhibit C Partially Invalid Claims to be Reduced |
| Park National Bank Attn Richard C Maxwell c o Woods Rogers PLC 10 S Jefferson St Ste 1400 PO Box 14125 Roanoke, VA 24011 | 11750 | Exhibit C Partially Invalid Claims to be Reduced |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Park National Bank<br>Attn: Richard C. Maxwell<br>c/o Woods Rogers PLC<br>10 S Jefferson St., Ste. 1400<br>PO Box 14125<br>Roanoke, VA 24011 | 11752 | Exhibit G<br>Amended Claims to be Expunged |
| PARKER BULLSEYE LLC<br>WOODBURY CORPORATION<br>2733 EAST PARLEYS WAY STE 300<br>SALT LAKE CITY, UT 84109 | 13808 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| PARKER BULLSEYE LLC<br>WOODBURY CORPORATION<br>2733 EAST PARLEYS WAY STE 300<br>SALT LAKE CITY, UT 84109 | 11757 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| PREIT Services LLC as Agent for<br>PRGL Paxton Limited Partnership<br>c o Jeffrey Kurtzman Esq<br>Klehr Harrison Harvey Branzburg &<br>Ellers LLC<br>260 S Broad St<br>Philadelphia, PA 19102 | 14021 | Exhibit E<br>Invalid Claims to be Expunged |
| PRGL Paxton Limited Partnership<br>c o Jeffrey Kurtzman Esq<br>Klehr Harrison Harvey Branzburg &<br>Ellers LLC<br>260 S Broad St<br>Philadelphia, PA 19102 | 45 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| Puente Hills Mall LLC<br>Sharisse Cumberbatch, Esq.<br>Glimcher Properties Limited<br>Partnership<br>180 E. Broad St., 21st Fl.<br>Columbus, OH 43215 | 9965 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| Puente Hills Mall LLC<br>Sharisse Cumberbatch, Esq.<br>Glimcher Properties Limited<br>Partnership<br>180 E. Broad St., 21st Fl.<br>Columbus, OH 43215 | 12477 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| Puente Hills Mall LLC<br>Sharisse Cumberbatch, Esq.<br>Glimcher Properties Limited<br>Partnership<br>180 E. Broad St., 21st Fl.<br>Columbus, OH 43215 | 1651 | Exhibit G<br>Amended Claims to be Expunged |
| Puente Hills Mall LLC<br>Sharisse Cumberbatch, Esq.<br>Glimcher Properties Limited<br>Partnership<br>180 E. Broad St., 21st Fl.<br>Columbus, OH 43215 | 9900 | Exhibit G<br>Amended Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Red Rose Commons LP<br>c o Jeffrey Kurtzman Esq<br>Klehr Harrison Harvey Branzburg &<br>Ellers LLC<br>260 S Broad St<br>Philadelphia, PA 19102 | 11778 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| Retail Property Group Inc<br>101 Plaza Real S Ste 200<br>Boca Raton, FL 33432 | 12259 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| Rockwall Crossings Ltd<br>Attn: James S. Carr, Esq. & Robert L.<br>LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 13423 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| Rockwall Crossings Ltd.<br>Attn: James S. Carr, Esq.<br>Robert L LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 12671 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| Save Mart Supermarkets, a California<br>Corporation<br>Paul S. Bliley Jr. Esq.<br>Williams Mullen<br>PO Box 1320<br>Richmond, VA 23218-1320 | 13418 | Exhibit E<br>Invalid Claims to be Expunged |
| SJ Collins Enterprises LLC Goodman<br>Enterprises LLC DeHart Holdings LLC<br>and Weeks Properties GC Holdings<br>LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 9366 | Exhibit C<br>Partially Invalid Claims to be<br>Reduced |
| SJ Collins Enterprises LLC Goodman<br>Enterprises LLC DeHart Holdings LLC<br>and Weeks Properties GC Holdings<br>LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13572 | Exhibit E<br>Invalid Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SW Albuquerque LP<br>Attn: James S. Carr & Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 13981 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| SW Albuquerque LP<br>Attn: Jenny J. Hyun, Esq.<br>c/o Weingarten Realty Investors<br>2600 Citadel Plz. Dr., Ste. 125<br>Houston, TX 77008 | 12740 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| The Village at Rivergate Limited Partnership<br>c/o Scott M Shaw Esq<br>Husch Blackwell Sanders LLP<br>2030 Hamilton Pl Blvd Ste 150<br>Chattanooga, TN 37421 | 14476 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| Torrance Town Center Associates LLC<br>c o Ian S Landsberg Esq<br>Landsberg Margulies LLP<br>16030 Ventura Blvd Ste 470<br>Encino, CA 91436 | 12914 | Exhibit G<br>Amended Claims to be Expunged |
| Torrance Towne Center Associates LLC<br>c o Ian S Landsberg<br>Landsberg Margulies LLP<br>16030 Ventura Blvd Ste 470<br>Encino, CA 91436 | 12733 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| TUP 340 Company LLC<br>Louis F. Solimine, Esq.<br>Thompson Hine LLP<br>312 Walnut St., Ste. 1400<br>Cincinnati, OH 45202 | 4807 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| U.S. Bank National Association as purchaser of assets of Park National Bank<br>Attn: Richard C. Maxwell<br>c/o Woods Rogers PLC<br>10 S Jefferson St., Ste. 1400<br>Roanoke, VA 24011 | 14802 | Exhibit E<br>Invalid Claims to be Expunged |
| United States Debt Recovery V LP<br>940 Southwood Bl., Ste. 101<br>Incline Village, NV 89451 | 12735 | Exhibit G<br>Amended Claims to be Expunged |
| United States Debt Recovery V LP<br>940 Southwood Bl., Suite 101<br>Incline Village NV 89451 | 12588 | Exhibit G<br>Amended Claims to be Expunged |
| United States Debt Recovery V LP<br>940 Southwood Bl., Suite 101<br>Incline Village NV 89451 | 12589 | Exhibit G<br>Amended Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| US Bank National Association as Purchaser of Assets of Park National Bank<br>Attn Richard C Maxwell Esq<br>10 S Jefferson St Ste 1400<br>Roanoke VA 24011 | 14796 | Exhibit E<br>Invalid Claims to be Expunged |
| Victoria Estates LTD Magpond LLC Magpond A LLC and Magpond B LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 9953 | Exhibit E<br>Invalid Claims to be Expunged |
| Washington Department of Natural Resources<br>c/o Integrated Real Estate Services<br>1015 3rd Ave Ste 900<br>Seattle, WA 98104-1155 | 12061 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| WEA Gateway LLC<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 | 12162 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| Weingarten Nostat, Inc.<br>Attn: James S. Carr and Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 13982 | Exhibit E<br>Invalid Claims to be Expunged |
| Weingarten Nostat, Inc.<br>Attn: Jenny J. Hyun, Esq.<br>c/o Weingarten Realty Investors<br>2600 Citadel Plz. Dr., Ste. 125<br>Houston, TX 77008 | 12632 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| Woodlawn Trustees Incorporated<br>Attn: Sheila deLa Cruz<br>c/o Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA 23218-0500 | 12313 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| Woodlawn Trustees Incorporated<br>Attn: Sheila deLa Cruz<br>c/o Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA 23218-0500 | 4890 | Exhibit G<br>Amended Claims to be Expunged |
| Woodlawn Trustees Incorporated<br>c/o Hirschler Fleischer PC<br>Attn: Sheila deLa Cruz<br>PO Box 500<br>Richmond, VA 23218-0500 | 3971 | Exhibit G<br>Amended Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Woodlawn Trustees Incorporated<br>Michael P Falzone & Sheila de La Cruz<br>Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA  23218-0500 | 13884 | Exhibit E<br>Invalid Claims to be Expunged |
| Woodlawn Trustees Incorporated<br>Michael P Falzone & Sheila de La Cruz<br>Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA  23218-0501 | 14915 | Exhibit E<br>Invalid Claims to be Expunged |
| WR I Associates LTD<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave | 13451 | Exhibit E<br>Invalid Claims to be Expunged |
| WR I Associates LTD<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 13438 | Exhibit C<br>Partially Invalid Claims to be Reduced |
| WR I Associates LTD<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 14903 | Exhibit C<br>Partially Invalid Claims to be Reduced |