# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: ) <br> ) <br> CIRCUIT CITY STORES, INC., ) <br> *et al.*, ) <br> ) <br> Debtors. ) <br> ) | Case No. 08-35653-KRH <br><br> Jointly Administered <br><br> Chapter 11 |

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF ANDREW N. GOLDMAN

Upon the *Motion for Admission to Practice Pro Hac Vice on Behalf of Andrew N. Goldman* (the "Motion"), which seeks entry of an order pursuant to Local Rule 2090-1(E)(2) permitting Andrew N. Goldman ("Mr. Goldman"), who is an attorney with the New York office of Wilmer Cutler Pickering Hale and Dorr, LLP, to appear and practice *pro hac vice* on behalf of the "Disney Defendants" identified in the Motion, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Mr. Goldman is hereby admitted to practice before this Court *pro hac vice* in the above-captioned jointly administered chapter 11 cases and in all associated adversary proceedings in accordance with Local Rule 2090-1(E)(2).

Date: _____

_____
UNITED STATES BANKRUPTCY JUDGE

Entered: _____

I ASK FOR THIS:

    */s/Peter G. Zemanian*

Peter G. Zemanian (VSB No. 24922)
Zemanian Law Group
223 E. City Hall Ave., Suite 201
Norfolk, Virginia  23510
Telephone:  (757) 622-0090
Facsimile:  (757) 622-0096
E-mail:  pete@zemanianlaw.com
Local Counsel for the Disney Defendants

## Certification

    I certify that a true copy of this proposed Order has been endorsed by or served upon all requisite parties as contemplated by Local Rule 9022-1(C).

    */s/Peter G. Zemanian*
    Peter G. Zemanian

Parties to Receive Copies:

Peter G. Zemanian, Esq.
Zemanian Law Group
223 E. City Hall Ave., Suite 201
Norfolk, Virginia  23510

Andrew N. Goldman, Esq.
WilmerHale
399 Park Avenue
New York, New York  10022

CPC.078                                                      3