Troy N. Nichols (VA 68491)
Robert J. Brown (KY 08363)
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Telephone:     (859) 233-2012
Facsimile:      (859) 259-0649
E-mail:  Lexbankruptcy@wyattfirm.com

*Attorneys for CB Richard Ellis /
Louisville, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.  08-35653-KRH |
| ) | (Jointly Administered) |
| CIRCUIT CITY STORES, INC., *et al.* ) | |
| ) | Chapter 11 |
| ) | |
| DEBTOR. ) | Judge Kevin R. Huennekens |
| ) | |

**MOTION TO WITHDRAW**

Pursuant to Local Rule 2090-1(G), Troy N. Nichols and the law firm of Wyatt, Tarrant & Combs, LLP ("Counsel") hereby move to withdraw from this case on behalf of CB Richard Ellis / Louisville, LLC and hereby request to be removed from the Court Clerk's electronic notification system.

Counsel entered an appearance in this case in order to participate in a contested matter that has now been resolved.  Counsel does not wish to be notified of further actions taken in this case unless a party affirmatively seeks to give such notice.

Respectfully submitted,

WYATT, TARRANT & COMBS, LLP


 /s/ Troy N. Nichols
Troy N. Nichols (VA 68491)
Robert J. Brown (KY 08363)
250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Phone: (859) 233-2012
Fax:    (859) 259-0649
E-mail:  Lexbankruptcy@wyattfirm.com

COUNSEL FOR CB RICHARD ELLIS /
LOUISVILLE, LLC

2

## CERTIFICATE OF SERVICE

   This is to certify that a true and correct copy of the foregoing Motion to Withdraw has been served in the method established in the Case Management/Electronic Case Files (CM/ECF) Policy Statement to all parties designated to receive electronic service including Counsel for the Debtor and the Office of the U.S. Trustee, and to the parties listed below via facsimile, electronic and/or first-class, postage prepaid U.S. mail on this 7th day of October, 2011.  Furthermore, I hereby certify that I have proofread the above proposed Order and, to the best of my knowledge, it does not contain any errors.

CB Richard Ellis / Louisville, LLC
6060 Dutchmans Lane, Suite 100
Louisville, Kentucky  40206

KELLEY DRYE & WARREN LLP
Nicholas J. Panarella, Esq.
Sean R. Flanagan, Esq.
101 Park Avenue
New York, New York  10178

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York  10017

               /s/ Troy N. Nichols
               Troy N. Nichols

60080923.1