**Peter G. Zemanian, Esq. (VSB #24922)**
**Zemanian Law Group**
**223 E. City Hall Ave., Suite 201**
**Norfolk, VA  23510**
**Local Counsel for Disney Interactive Distribution,** *et al.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., | ) |
| *et al.*, | ) Jointly Administered |
| | ) |
| | ) Chapter 11 |
| Debtors. | ) |

## MOTION TO APPEAR TELEPHONICALLY

NOW COMES the following listed preference defendants (together, the "Disney Defendants"), who each respectfully move this Court for entry of an order, substantially in the form attached hereto as **Exhibit 1**, permitting their lead counsel, Andrew N. Goldman ("Mr. Goldman"), an attorney with the New York office of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), to appear by telephone at the pretrial scheduling conferences (the "Pretrial Conferences") on November 8, 2011, starting at 2:00 p.m., in connection with the following adversary proceedings commenced by Alfred H. Siegel ("Mr. Siegel"), in his capacity as trustee of the Circuit City Stores, Inc. Liquidating Trust:

| | |
|---|---|
| Disney Interactive Distribution, *et al.* | APN 10-3235 |
| ABC Broadcasting Companies, Inc., dba WABC TV | APN 10-3230 |
| WLS Television, Inc. | APN 10-3669 |
| KGO Television, Inc. | APN 10-3729 |
| Buena Vista Home Entertainment | APN 10-3587 |
| ABC Holding Company, Inc., dba KABC TV | APN 10-3622 |
| KTRK Television, Inc. | APN 10-3504 |

ESPN, Inc. dba ESPN 2                                    APN 10-3649
WPVI and Argo Partners                                   APN 10-3484

In support of this motion, the Disney Defendants state as follows:

1.      The Disney Defendants have designated Mr. Goldman to serve as their primary attorney for purposes of defending the foregoing adversary proceedings.  Local counsel for the Disney Defendants has previously filed, on October 4, 2011 [main case docket no. 11339]a *Motion for Admission to Practice Pro Hac Vice on Behalf of Andrew N. Goldman*. An order granting such *pro hac vice* admission for Mr. Goldman has been tendered for administrative entry via b.o.p.s.

2.      Mr. Goldman anticipates resolving with counsel for Mr. Siegel most, if not all, pretrial, discovery and scheduling issues in advance of the Pretrial Conferences, such that his travel and personal appearance will be unnecessary and an unwarranted cost to impose upon the Disney Defendants.  Nevertheless, Mr. Goldman wishes to be directly accessible to this Court in case any issues surface at the Pretrial Conference.

3.      The Disney Defendants request that this Court waive the requirement set forth in Local Rule 9013-1(G) that this motion be accompanied by a written memorandum of law as there are no novel issues of law presented by this motion.

4.      The Disney Defendants request that this Court rule upon this motion without an oral hearing, as contemplated by Local Rule 9013-1(L).

5.      No prior request for the specific relief sought herein has been made to this Court in these bankruptcy cases or in any of the associated adversary proceedings.

WHEREFORE, the Disney Defendants respectfully requests that this Court enter an order, substantially in the form attached hereto as **Exhibit 1**, authorizing Andrew N. Goldman to appear telephonically as attorney for the Disney Defendants in connection with the Pretrial Conferences on November 8, 2011, starting at 2:00 p.m., in connection with these

jointly administered cases and the listed adversary proceedings, and granting such other relief as is appropriate.

> DISNEY INTERACTIVE DISTRIBUTION, *et al.*
> ABC BROADCASTING COMPANIES, INC.
> WLS TELEVISION, INC.
> KGO TELEVISION, INC.
> BUENA VISTA HOME ENTERTAINMENT
> ABC HOLDING COMPANY, INC.
> KTRK TELEVISION, INC.
> ESPN, INC. DBA ESPN 2
> WPVI AND ARGO PARTNERS

Date:  October 11, 2011

> */s/Peter G. Zemanian*
> Peter G. Zemanian
> Zemanian Law Group
> 223 E. City Hall Ave., Suite 201
> Norfolk, Virginia 23510
> Telephone: (757) 622-0090
> Facsimile: (757) 622-0096
> E-mail: pete@zemanianlaw.com

## Certificate of Service

I certify that on October 11, 2011 I caused the foregoing *Motion to Appear Telephonically* to be filed via the e.c.f. system for purposes of electronic service on all parties so designated.

> */s/Peter G. Zemanian*
> Peter G. Zemanian