08·35653

Patricia C. Giordano
760 Durham Road
Pineville, PA 18946

October 9, 2011

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, VA. 23219



RICHMOND DIVISION
FILED OCT 11 2011
CLERK
US BANKRUPTCY COURT

Dear Sir or Madam:

The purpose of this letter is to provide an additional response to my previous response of April 7, 2011.

I understand that the court will hold a hearing regarding my response in opposition to the Liquidating Trust's <u>Nineteenth Omnibus Objection</u> on November 21, 2011. I respectfully ask Judge Huennekens to carefully review my previous response and the supporting documentation (evidence) that I have provided. Due to the Circuit City bankruptcy, I am no longer in a financial position to retain counsel or travel to Richmond VA. to attend this hearing.

I believe that the evidence I have provided clearly supports my request that the Court upholds my response and rules against the relief sought by the Liquidating Trust.

I wish to be included in any or all individual or party litigation for all future claims. I am thanking the Court in advance for your understanding and consideration in these matters.

Sincerely,

Patricia C. Giordano

CC: Counsel to the Liquidating Trust

**United States Bankruptcy Court for the Eastern District of Virginia Richmond Division**

**Counsel for the Liquidating Trust**

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Los Angeles, CA. 90067-4100
(310) 277-6910

Lynn L. Tavenner Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA. 23219
(804) 783-8300

**In Re: Circuit City Stores, Inc. et al.**
Chapter 11
Case No. 08-35653 (KRH)

**Notice of Liquidating Trust's Nineteenth Omnibus Objection to Certain Employee Priority Claims. (Miscellaneous HR Priority Claims)**

**Claimant:**
Patricia C. Giordano
760 Durham Road
Pineville, PA 18946
215-598-0850