Jeffrey N. Pomerantz, Esq.  
Andrew W. Caine, Esq.  
(admitted *pro hac vice*)  
PACHULSKI STANG ZIEHL & JONES LLP  
10100 Santa Monica Boulevard  
Los Angeles, California 90067-4100  
Telephone: (310) 277-6910  
Telecopy:  (310) 201-0760  

Lynn L. Tavenner, Esq. (VA Bar No. 30083  
Paula S. Beran, Esq. (VA Bar No. 34679)  
TAVENNER & BERAN, PLC  
20 North Eighth Street, 2nd Floor  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
Telecopy:  (804) 783-0178  

- and –

Robert J. Feinstein, Esq.  
John A. Morris, Esq.  
(admitted *pro hac vice*)  
PACHULSKI STANG ZIEHL & JONES LLP  
780 Third Avenue, 36th Floor  
New York, New York 10017  
Telephone: (212) 561-7700  
Telecopy: (212) 561-7777  

*Counsel for the Circuit City Stores, Inc.*  
*Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**  
**FOR THE EASTERN DISTRICT OF VIRGINIA**  
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., et al.,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**  
**HEARING ON OCTOBER 19, 2011 AT 2:00 P.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

1 The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on October 19, 2011 beginning at 2:00 p.m. Eastern.

## I.   PRETRIAL HEARINGS

1.   *Siegel v. Network Engineering Technologies, Inc.*; Case No 10-03306; *Second* Pre-Trial Conference Continued (Re: related document(s) 1 Complaint filed by Alfred H. Siegel) Pre-Trial Conference set for 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 8)

## II.   MOTIONS (RESOLVED AND/OR CONTINUED)

2.   Motion to Reconsider *Motion for Relief from Order and Memorandum in Support Thereof* (Related Document(s)[10961] No action taken on Order Re: Objection) filed by Anne G. Bibeau of Vandeventer Black LLP on behalf of Sonoma County Tax Collector (Docket 11333)

Related
Documents:

a.   Notice of Motion and Notice of Hearing (Re: related document(s)[11333] Motion to Reconsider filed by Sonoma County Tax Collector) filed by Anne G. Bibeau of Vandeventer Black LLP on behalf of Sonoma County Tax Collector. Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket 11334)

Objection
Deadline:              October 12, 2011

Objections/
Responses
Filed:                  None

Status:               The Trust has agreed to the requested relief and will be tendering an amended order related to the underlying claim objection.

3.   *Siegel v. Merrimack Valley Corp., et al.*; Case No.  10-03472; Motion for Default Judgment filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 6)

Related
Documents:

a.   Hearing continued for finalization of settlement agreement (Re: related document(s)[6] Motion for Default Judgment filed by Alfred H. Siegel) Hearing

scheduled 8/22/2011 at  02:00 PM at Judge Huennekens' Courtroom (Docket No. 12)

b. Hearing continued for finalization of settlement agreement (Re: related document(s)[6] Motion for Default Judgment filed by Alfred H. Siegel) Hearing scheduled 9/7/2011 at  02:00 PM at Judge Huennekens' Courtroom (Docket No. 14)

Objection
Deadline:    Extended

Objections/
Responses
Filed:

a. Motion to Extend Time (Re: related document(s)[6] Motion for Default Judgment filed by Alfred H. Siegel) filed by Douglas Scott of Douglas A. Scott, PLC on behalf of Merrimack Valley Corp. (Docket No. 7)

b. Motion to Expedite Hearing (Re: related document(s)[7] Motion to Extend Time filed by Merrimack Valley Corp.) filed by Douglas Scott of Douglas A. Scott, PLC on behalf of Merrimack Valley Corp..

c. Notice of Hearing (Re: related document(s)[8] Motion to Expedite Hearing filed by Merrimack Valley Corp.) filed by Douglas Scott of Douglas A. Scott, PLC on behalf of Merrimack Valley Corp.. Hearing scheduled 6/29/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

Status:  The underlying adversary proceeding (*Siegel v. Merrimack Valley Corp., et al.*; Case No.  10-03472) has been resolved pursuant to procedures previously approved by this Court.  The matter may be removed from the Court's docket.

4. *Siegel v. DIRECTV, Inc.;* Case No. 10-03592; Motion to Authorize *Schedule Mediation and to Conduct Mediation in California* filed by William H. Schwarzschild III of Williams Mullen on behalf of DIRECTV, Inc.. (Attachments: # (1) Proposed Order) (Docket No. 9)

Related
Documents:

a. Notice of Hearing (Re: related document(s)[9] Motion to Authorize filed by DIRECTV, Inc.) filed by William H. Schwarzschild III of Williams Mullen on behalf of DIRECTV, Inc.. Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 10)

Objection
Deadline:                 November 1, 2011

Objections/
Responses
Filed:

Status:                   The parties have agreed to continue this matter until November 8,
                          2011, at 2:00 p.m.


**III.    CLAIMS OBJECTIONS**

5.      Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain
        Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

        Related
        Documents:

        a.      Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of
                Certain Misclassified Claims to General Unsecured, Non-Priority Claims)
                (Docket No. 4449)

        b.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) (Docket No. 4736)

        c.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) (Docket No. 4758)

        d.      Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) (Docket No. 6299)

        e.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No.
                6642)

        f.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No.
                6661)

        g.      Memorandum Opinion (Docket No. 6693)

        h.      Order Granting Motion for Summary Judgment (Docket No. 6694)

4

i.    Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6868)

j.    Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 7114)

k.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home & Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

l.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Arboretum of South Barrington Resolving a Certain Claim (Docket No. 8361)

m.    Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Imation Enterprises Corp.  (Docket No. 8861)

n.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO ONE REMAINING UNRESOLVED CLAIM (Re: related document(s)[3703] Objection to Claim filed by   Circuit City Stores, Inc.) Hearing scheduled 8/22/2011 at  02:00 PM at Judge Huennekens' Courtroom (Document No. 10973)

o.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO ONE REMAINING UNRESOLVED CLAIM (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 9/7/2011 at 02:00 PM at Judge Huennekens' Courtroom (Document No. 11142)

p.    Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

Objection
Deadline:            July 16, 2009 at 4:00 p.m.


Objections/
Responses
Filed:               See attached Exhibit A.

Status:                 For the one claim for which the objection is still pending, this
                        matter is adjourned to December 8, 2011 at 2:00 p.m.  See attached
                        Exhibit A.

6.      Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal
        Claims) (Docket No. 4585)

        Related
        Documents:

        a.      Order on Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of
                Certain Legal Claims) (Docket No. 5294)

        b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
                Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors'
                Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth
                Omnibus Objection to Claim No. 5708 (Docket No. 8358)

        c.      Notice of Proposed Settlement Agreement and Stipulation by and among the
                Debtors and Ada Alicea Resolving the Debtors' Thirty-First Omnibus Objection
                to Claim No. 6283 (Docket No. 8839)

        d.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST
                OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
                CLAIM OF PNY TECHNOLOGIES, INC. [CLAIM NO. 1723]* (Docket No. 9910)

        e.      Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of
                Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain
                Legal Claim) Solely with Respect to the Claim of Leon Hurney [Claim No.
                10047] (Docket No. 9868)

        f.      Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS THIRTY-
                FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
                LEGAL CLAIM) SOLELY WITH RESPECT TO THE CLAIM OF TANDEN
                KIBBY (CLAIM NO. 6894)* (Docket No. 10084)

        g.      Continued for substantive hearing as to claim by Richard and Deborah Jaynes;
                continued for status hearing as to remaining unresolved objections (Re: related
                document(s)[4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
                scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
                Broad St., Rm. 5000, Richmond, Virginia.   L. Tavenner for Liquidating Trust
                (Docket No. 10978)

        h.      Amended Notice of Hearing - *Substantive (Thirty-First Omnibus Objection -
                Claim No. 3427) ( Claimant(s) - Richard and Deborah Jaynes)* (Re: related
                document(s) 10901 Notice of Hearing filed by Alfred H. Siegel) filed by Lynn L.
                Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing

scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 10988)

i.      Docket Entry – SETTLED as to Richard and Deborah Jaynes; continued for status hearing as to remaining unresolved objections (Re: related document(s) [4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 9/7/2011 at 2:00 p.m. Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Va.  P. Beran for Liquidating Trust. (Docket No. 11143)

j.      Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

|                                  |                                                                                                                                                  |
| -------------------------------- | ------------------------------------------------------------------------------------------------------------------------------------------------ |
| Objection Deadline:              | September 15, 2009 at 4:00 p.m.                                                                                                                   |
| Objections/ Responses Filed:     | See attached Exhibit A.                                                                                                                           |
| Status:                          | For those claims for which the objection is still pending, this matter is adjourned to December 8, 2011 at 2:00 p.m.  See attached Exhibit A.    |

7.      Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims)) (Docket No. 5879)

Related Documents:

a.      Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6368)

b.      Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6585)

c.      Notice of Hearing on the Merits on Debtors' Sixtieth Omnibus Objection to Claim No. 14123 Filed by Phillip Lee Steele and Response Thereto (Docket No. 8205)

    d.       Second Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8285)

    e.       Third Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8421)

    f.       Notice of Hearing (Re: related document(s) 5879 Objection to Claim filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9819)

    g.       Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

| | |
|---|---|
| Objection Deadline: | December 14, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A. |
| Status: | The status hearing for the objection as it relates to the one remaining claim has been adjourned to December 8, 2011 at 2:00 p.m. |

8.    Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (Docket No. 7460)

    Related Documents:

    a.       Order on Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (Docket No. 7858)

    b.       Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, the Equal Employment Opportunity Commission, Jamal Booker and Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230 and 4238 (Docket No. 8138)

c.      CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING
UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to
Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit
City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc.,
[7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to
Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trust (Docket No. 11213)

| | |
|---|---|
| Objection Deadline: | June 1, 2010 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A |
| Status: | For the one claim for which the objection is still pending, this matter is adjourned to December 8, 2011 at 2:00 p.m.  See attached Exhibit A. |

9.      Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal
Claims) (Docket No. 7874)

Related
Documents:

a.      Order on Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of
Certain Legal Claims) (Docket No. 8199)

b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and James Fouskey Resolving the Debtors' Seventy-Ninth Omnibus
Objection to Claim No. 4017 (Docket No. 8733)

c.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Richard Grande Resolving the Debtors' Seventy-Ninth Omnibus
Objection to Claim No. 6242 (Docket No. 8739)

d.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus
Objection to Claim No. 6008 (Docket No. 8740)

e.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus
Objection to Claim No. 4767 (Docket No. 8744)

f.    Notice of Proposed Settlement Agreement and Stipulation by and among the
Debtors and Anna Thomas Resolving the Debtors' Seventy-Ninth Omnibus
Objection to Claim No. 3145 (Docket No. 8777)

g.    Notice of Proposed Settlement Agreement and Stipulation by and among the
Debtors and Leedell Murphy Resolving the Debtors' Seventy-Ninth Omnibus
Objection to Claim No. 5832 (Docket No. 8841).

h.    Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-
NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
CLAIM OF DENISE K. FISHER [CLAIM NO. 3544]* (Docket No. 9903)

i.    Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-
NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
CLAIM OF MARY LOPRESTI [CLAIM NO. 5401]* (Docket No. 9904)

j.    Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL
REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703]
Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim
filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled
10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

Objection
Deadline:          July 15, 2010 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            For those claims for which the objection is still pending, this
matter is adjourned to December 8, 2011 at 2:00 p.m.  See attached
Exhibit A.

10.    Notice and Objection to Claim of California Board Of Equalization - *Liquidating Trust's
Objection to Claim Nos. 12002, 13186 and 13187 Filed By The California Board Of
Equalization* (Docket No. 10069)

Related
Documents:

a.    Hearing continued (Re: related document(s)[10069] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/27/2011 at  02:00
PM at Judge Huennekens' Courtroom (Docket No. 10971)

       b.     Evidentiary Hearing continued (Re: related document(s)[10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 9/21/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 11074)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | Opposition of the State of California, State Board of Equalization to Liquidating Trust's Objection to Claim Nos. 12002, 13186, and 13187 filed by the California Board of Equalization (Docket No. 10220) |
| Status: | The Trust will request that the Court continue the matter for status hearing on January 5, 2012 at 2:00 p.m. |

11.     Notice and Objection to Claim of The Arizona Department Of Revenue - *Liquidating Trust's Objection to Claim No. 14695 Filed By The Arizona Department Of Revenue* (Docket No. 10055)

Related Documents:

       a.     Docket Entry – Continued for Status Hearing (Re: related document(s) 10055 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11146)

| | |
|---|---|
| Objection Deadline: | Extended to May 9, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | Response to (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Denise Ann Faulk on behalf of Arizona Department of Revenue. |
| Status: | The status hearing will be adjourned to January 5, 2012 at 2:00 p.m.  Claimant does not need to appear at this hearing. |

12.    Notice and Objection to Claim of The City Of New York Department Of Finance -
*Liquidating Trust's Objection to Claim No. 2297 Filed By The City Of New York
Department Of Finance* (Docket No. 10056)

Related
Documents:

a.    Order Addressing Aspects of Liquidating Trust's Objection To Claim No 2297
Filed By The New York City Department of Finance (Re: related document(s)
10056 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
10581 Hearing continued) (Docket No. 10647)

b.    Docket Entry – Continued for Status Hearing (Re: related document(s) 10055
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.
(Docket No. 11146)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Response Of The New York Department of Finance ("DOF") To The Liquidating
Trust's Objection to DOF Claim No. 2297 For Pre-Petition Excise Taxes (Docket
No. 10056)

b.    Motion to Approve *NOTICE AND CROSS-MOTION OF THE NEW YORK CITY
DEPARTMENT OF FINANCE FOR LEAVE TO AMEND AND INCREASE TAX
PRIORITY CLAIM NO. 2297, BASED ON THE RECORDS PRODUCED BY THE
DEBTORS AFTER THE BAR DATE* filed by The New York City Dept. of
Finance (Docket No. 10471)

Status:                During the status hearing the Trust will advise the Court that the
status hearing will be adjourned to January 5, 2012 at 2:00 p.m.
Response to the Cross-Motion shall be filed seven days from the
date of any substantive hearing scheduled in connection with the
Objection. Claimant does not need to appear at this hearing.

13.   Notice and Objection to Claim of The Tennessee Department of Revenue - *Liquidating
Trust's Objection to Claim Nos. 12970 and 14308 Filed By The Tennessee Department of
Revenue* (Docket No. 10057)

Related
Documents:

a.    Docket Entry – Continued for Status Hearing (Re: related document(s) 10055
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.
(Docket No. 11146)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 Response to Liquidating Trust's Objection to Claim Nos. 12970
                       and 14308 of the Tennessee Department of Revenue

Status:                A status conference will go forward with respect to this Objection.
                       Claimant does not need to appear at this hearing.  During the status
                       hearing the Trust will advise the Court that the status hearing will
                       be adjourned to January 5, 2012 at 2:00 p.m.

14.   Notice and Objection to Claim of The Wisconsin Department of Revenue - *Liquidating
Trust's Objection to Claim No. 12598 Filed By The Wisconsin Department of Revenue*
(Docket No. 10058)

Related
Documents:

a.    Docket Entry – Continued for Status Hearing (Re: related document(s) 10055
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068

13

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11146)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objection/ Responses: | |
| Filed: | Letter Response to the Liquidating Trustee's Claim No. 12958 filed by Wisconsin Department of Revenue (Docket 10169) |
| | Letter (March 8, 2011) Response to Liquidating Trustee's Objection to Claim No. 12958 filed by Wisconsin Dept. of Revenue (Docket 10224) |
| Status: | A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing. During the status hearing the Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. |

15. Notice and Objection to Claim of Louisiana Department Of Revenue - *Objection to Claim Nos. 514, 13514 and 15207 Filed By The Louisiana Department Of Revenue* (Docket No. 10064)

Related Documents:

a. Docket Entry – Continued for Status Hearing (Re: related document(s) 10055 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11146)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses | |

Filed:            None

Status:           The status hearing is adjourned to January 5, 2012 at 2:00 p.m.
                  Claimant does not need to appear at this hearing.

16.    Notice and Objection to Claim of Commonwealth of Massachusetts *Liquidating Trust's
       Objection to Claim No.14832 Filed By The Commonwealth of Massachusetts* (Docket
       No. 10066)

       Related
       Documents:

       a.     Docket Entry – Continued for Status Hearing (Re: related document(s) 10055
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
              scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
              Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.
              (Docket No. 11146)

       Objection
       Deadline:         Extended to May 9, 2011 at 4:00 p.m.

       Objections/
       Responses
       Filed:            Response by Commissioner of Massachusetts Department of
                         Revenue to Liquidating Trust's Objection to Claim No. 14832
                         Filed by the commonwealth of Massachusetts *with certificate of
                         service* (Re: related document(s)[10066] Objection to Claim filed
                         by Circuit City Stores, Inc. Liquidating Trust) filed by Stephen G.
                         Murphy of Massachusetts Department of Revenue on behalf of
                         Massachusetts Department of Revenue. (Attachments: # (1)
                         Exhibit(s) 1 thru 3# (2) Exhibit(s) 4 thru 6# (3) Exhibit(s) 7 thru 9#
                         (4) Exhibit(s) 10 thru 12# (5) Exhibit(s) 13 thru 15) (Docket No.
                         10694)

       Status:           The status hearing will be adjourned to January 5, 2012 at 2:00 p.m.
                         Claimant does not need to appear at this hearing.

17.    Notice and Objection to Claim of State of New Jersey - *Liquidating Trust's Objection to
       Claim Nos. 2300 and 11861 Filed by the State of New Jersey* (Docket No. 10068)

       Related

Documents:

    a.    Docket Entry – Continued for Status Hearing (Re: related document(s) 10055
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.
(Docket No. 11146)

Objection
Deadline:    Extended to May 9, 2011 at 4:00 p.m.

Objections/
Responses
Filed:

Status:    The status hearing will be adjourned to January 5, 2012 at 2:00
p.m.  Claimant does not need to appear at this hearing.

18.    Notice and Objection to Claim of Commonwealth of Virginia Department of Taxation -
*Liquidating Trust's Objection to Claim Nos. 12898 And 14636 Filed By The
Commonwealth Of Virginia Department Of Taxation* (Docket No. 10070)

Related
Documents:

    a.    Docket Entry – Continued for Status Hearing (Re: related document(s) 10055
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.
(Docket No. 11146)

Objection
Deadline:    April 7, 2011 at 4:00 p.m.

16

Objections/
Responses
  Filed:                    Reply, Response to, Objection (Re: related document(s)[10070]
                            Objection to Claim filed by Circuit City Stores, Inc. Liquidating
                            Trust) filed by Mark K. Ames of Taxing Authority Consulting
                            Services PC on behalf of Commonwealth of Virginia, Department
                            of Taxation

  Status:                   A status conference will go forward with respect to this Objection.
                            Claimant does not need to appear at this hearing.  During the status
                            hearing the Trust will advise the Court that the status hearing will
                            be adjourned to January 5, 2012 at 2:00 p.m.

19.    Notice and Objection to Claim *Liquidating Trust's First Omnibus Objection to Landlord
       Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
       Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain
       of Late Filed Claims, Disallowance of Certain Amended Claims and Disallowance of
       Certain Invalid Claims)* (Docket No. 10024)

       Related
       Documents:

       a.      Notice of Withdrawal of Reference *Notice of Withdrawal of Docket No. 1138 and
               Claim No. 13098* (Re: related document(s) 1138 Motion to Compel filed by
               Watercress Associates, LP, LLP dba Pearlridge Center, Starpoint Property
               Management, LLC, RD Bloomfield Associates Limited Partnership, Acadia
               Realty Limited Partnership, Tourboullin Co., Brighton Commercial, L.L.C.,
               Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida
               Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial,
               LLC, New River Properties, LLC, Rancon Realty Fund IV, UnCommon, Ltd., a
               Florida Limited Partnership, Sparkleberry Two Notch, LLC) filed by Jennifer
               McLain McLemore of Christian & Barton, LLP on behalf of Acadia Realty
               Limited Partnership, Brighton Commercial, L.L.C., Catellus Operating Limited
               Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia
               Equities Limited Partnership, La Habra Imperial, LLC, New River Properties,
               LLC, RD Bloomfield Associates Limited Partnership, Rancon Realty Fund IV,
               Sparkleberry Two Notch, LLC, Starpoint Property Management, LLC,
               Tourboullin Co., UnCommon, Ltd., a Florida Limited Partnership, Watercress
               Associates, LP, LLP dba Pearlridge Center. (McLemore, Jennifer) (Docket No.
               10162)

       b.      Amended Notice of Withdrawal of Docket No. 1138 and Claim No. 13098
               (Docket No. 10164)

       c.      Order Sustaining Liquidating Trust's First Omnibus Objection To Landlord
               Claims (reduction of certain partially invalid claims, reclassification of certain
               misclassified claims, disallowance of certain invalid claims, disallowance of
               certain late-filed claims and disallowance of certain amended claims) (Re: related

document(s)[10024] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10770)

d.      Second Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, & disallowance of certain amended claims) (Re: related document(s)[10770] No action taken on Order Re: Objection) (Docket No. 10958)

e.      Amended Order (To Reflect Appropriate Exhibits) Second Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, & disallowance of certain amended claims (Re: related document(s) 10958 Supplemental Order)(Docket No. 10980)

f.      Second Order Regarding Liquidating Trust's Firts Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) 10771 No action taken on Order Re: Objection) (Docket No. 10981)

g.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

h.      Third Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s) 10958 Supplemental Order, 10980 Amended Order) (Docket No. 11288)

18

Objection
Deadline:                   April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                      See attached <u>Exhibit B</u>.

Status:                     The Trust has resolved the Objection as it relates to certain claims
                            as more particularly described on <u>Exhibit B</u>.  A status hearing is
                            going forward with respect to those claims for which a response
                            was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a
                            response do not need to appear at the hearing. Such parties'
                            rights will not be affected at this hearing.**  During the hearing
                            the Liquidating Trust will advise the Court that the status hearing
                            will be adjourned to January 5, 2012 at 2:00 p.m. with respect to
                            those claims for which a response was filed.  With respect to those
                            claims to which a response was not filed but to which the
                            Liquidating Trust agreed to continue the hearing and requisite
                            response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust
                            will advise the Court that the status hearing will be adjourned to
                            January 5, 2012 at 2:00 p.m. with respect to those claims.  **Those
                            parties do not need to appear at the hearing.  Such parties'
                            rights will not be affected at this hearing.**

20.    Notice and Objection to Claim - *Liquidating Trust's Second Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Claims, Disallowance
       of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and
       Disallowance of Certain Amended Claims)*  (Docket No. 10039)

       Related
       Documents:

       a.     Order Sustaining Liquidating Trust's Second Omnibus Objection To Landlord
              Claims (reduction of certain partially invalid claims, disallowance of certain
              invalid claims, disallowance of certain late-filed claims, and disallowance of
              certain amended claims) (Re: related document(s)[10039] Sustaining Objection to
              Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10771)

       b.     CORRECTED(added correct attachment) Second Order Regarding Liquidating
              Trust's Second Omnibus Objection To Landlord Claims (reduction of certain
              partially invalid claims, disallowance of certain invalid claims, disallowance of
              certain late-filed claims, and disallowance of certain amended claims) (Re: related
              document(s) 10981 Supplemental Order) (Docket 11035)

       c.     Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
              ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
              WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
              DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS

19

SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.    Third Order Regarding Liquidating Trust's Second Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, disallowance of
certain invalid claims, disallowance of certain late-filed claims, and disallowance
of certain amended claims) (Re: related document(s) 10771 No action taken on
Order Re: Objection, 10981 Supplemental Order, 11035 Amended Order)
(Docket No. 11289)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.** |

21.    Notice and Objection to Claim - *Liquidating Trust's Third Omnibus Objection to
Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
Certain Duplicate Claims, and Disallowance of Certain Amended Claims)*  (Docket No.
10040)

Related
Documents:

a.   Order Sustaining Liquidating Trust's Third Omnibus Objection To Landlord
     Claims (reduction of certain partially invalid claims, reclassification of certain
     misclassified claims, disallowance of certain invalid claims, disallowance of
     certain duplicate claims and disallowance of certain amended claims)(Re: related
     document(s)[10040] Sustaining Objection to Claim filed by Circuit City Stores,
     Inc. Liquidating Trust)(Docket No. 10776)

b.   Second Order Regarding Liquidating Trust's Third Omnibus Objection To
     Landlord Claims (reduction of certain partially invalid claims, reclassification of
     certain misclassified claims, disallowance of certain invalid claims, disallowance
     of certain duplicate claims & disallowance of certain amended claims) (Re:
     related document(s)[10776] No action taken on Order Re: Objection) (Docket No.
     10965)

c.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
     ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
     WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
     SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
     at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
     Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.   Amended Order Sustaining Liquidating Trust's Third Omnibus Objection To
     Landlord Claims (reduction of certain partially invalid claims, reclassification of
     certain misclassified claims, disallowance of certain invalid claims, disallowance
     of certain duplicate claims and disallowance of certain amended claims) (Re:
     related document(s) 10776 No action taken on Order Re: Objection) (Docket No.
     11251)

e.   Third Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord
     Claims (reduction of certain partially invalid claims, reclassification of certain
     misclassified claims, disallowance of certain invalid claims, disallowance of
     certain duplicate claims, and disallowance of certain amended claims) (Re: related
     document(s) 10965 Supplemental Order) (Docket No. 11290)

Objection

Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit B.

Status:                  A status hearing is going forward with respect to those claims for
                         which a response was filed as identified on Exhibit B.   **Those
                         parties who filed a response do not need to appear at the
                         hearing. Such parties' rights will not be affected at this
                         hearing.**  During the hearing the Liquidating Trust will advise the
                         Court that the status hearing will be adjourned to January 5, 2012
                         at 2:00 p.m. with respect to those claims for which a response was
                         filed.  With respect to those claims to which a response was not
                         filed but to which the Liquidating Trust agreed to continue the
                         hearing and requisite response deadline, as identified on Exhibit B,
                         the Liquidating Trust will advise the Court that the status hearing
                         will be adjourned to January 5, 2012 at 2:00 p.m. with respect to
                         those claims.  **Those parties do not need to appear at the
                         hearing.  Such parties' rights will not be affected at this
                         hearing.**

22.   Notice and Objection to Claim - *Liquidating Trust's Fourth Omnibus Objection to
      Landlord Claims (Reduction of Certain Partially Invalid Claims and Disallowance of
      Certain Invalid Claims)* (Docket No. 10041)

      Related
      Documents:

      a.      Order Sustaining Liquidating Trust's Fourth Omnibus Objection To Landlord
              Claims (reduction of certain partially invalid claims and disallowance of certain
              invalid claims) (Re: related document(s)[10041] Sustaining Objection to Claim
              filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10774)

      b.      Second Order Regarding Liquidating Trust's Fourth Omnibus Objection To
              Landlord Claims (reduction of certain partially invalid claims & disallowance of
              certain invalid claims) (Re: related document(s)[10774] No action taken on Order
              Re: Objection) (Docket No. 10956)

      c.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
              ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
              WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
              DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
              SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
              filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
              filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
              filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
              filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.     Third Order Regarding Liquidating Trust's Fourth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims and disallowance of certain invalid claims)(Re: related document(s) 10956 Supplemental Order) (Docket No. 11298)

Objection
Deadline:                    April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                          See attached Exhibit B.

Status:                       The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.   **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

23.     Notice and Objection to Claim - *Liquidating Trust's Fifth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims and Disallowance of Certain Invalid Claims)* (Docket No. 10042)

Related
Documents:

a.     Order Sustaining Liquidating Trust's Fifth Omnibus Objection to Landlord Claims

(Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late-Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims) (Re: related document(s)[10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10791)

b.     Second Order Sustaining Liquidating Trust's Fifth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late-Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims)(Re: related document(s)[10791] Order Directing) (Docket No. 10957)

c.     Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.     Third Order Regarding Liquidating Trust's Fifth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) 10957 Supplemental Order) (Docket No. 11291)

Objection
Deadline:            April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit B.

Status:              A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.   **Those parties who filed a response do not need to appear at the**

24

**hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

24.    Notice and Objection to Claim - *Sixth Omnibus Objection to Claims (Disallowance of Certain Invalid Unliquidated Claims and Fixing of Certain Unliquidated Claims)* (Docket No. 10043)

    Related
    Documents:

    a.    Notice and Objection to Claim - *Liquidating Trusts Sixth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified Claims)* Hearing scheduled 4/14/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.(Beran, Paula) **Modified** on 2/28/2011 to correct docket text (Docket No. 10044)

    b.    Order Sustaining Liquidating Trust's Sixth Omnibus Objection To Claims (disallowance of certain invalid unliquidated claims and fixing of certain unliquidated claims) (Re: related document(s) 10043 & 10044 filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10862)

    c.    Second Order Regarding Liquidating Trust's Sixth Omnibus Objection To Claims (disallowance of certain invalid unliquidated claims and fixing of certain unliquidated claims) (Re: related document(s) 10862 No action taken on Order Re: Objection) (Docket No. 10982)

    d.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit B.

Status:                  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

25.   Notice and Objection to Claim - *Liquidating Trust's Seventh Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified Claims)(To Correct Substantive Pleading --Replaces Docket Number 10044)* (Re: related document(s) 10044 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)  (Docket No. 10045)

Related
Documents:

a.    Order Sustaining Liquidating Trust's Seventh Omnibus Objection To Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims and reclassification of certain incorrectly classified claims) (Re: related document(s) 10045 Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10863)

b.    Second Order Sustaining Liquidating Trust's Seventh Omnibus Objection To Claims (reduction of certain partially invalid claims, disallowance of certain

26

invalid claims and reclassification of certain incorrectly classified claims) (Re: related document(s) 10863 No action taken on Order Re: Objection) (Docket No. 10983)

c.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.      Amended Second Order Sustaining Liquidating Trust's Seventh Omnibus Objection To Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims and reclassification of certain incorrectly classified claims) (Re: related document(s) 10983 Supplemental Order) (Docket No. 11252)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached <u>Exhibit B</u>. |
| Status: | The matter as it relates to the claim of Brian L. LaCoursiere has been settled pursuant to procedures previously approved by this Court.  Accordingly, the matter as it relates to this claimant may be removed from the Court's docket.  A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to |

January 5, 2012 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

26.    Notice and Objection to Claim - *Liquidating Trust's Eighth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Amended Claims, and Disallowance of Certain Invalid Claims)* (Docket No. 10046)

Related
Documents:

a.    Order Sustaining Liquidating Trust's Eighth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims and disallowance of certain amended claims) (Re: related document(s)[10046] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10778)

b.    Second Order Regarding Liquidating Trust's Eighth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims & disallowance of certain amended claims) (Re: related document(s)[10243] No action taken on Order Re: Objection) (Docket No. 10964)

c.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

Objection
Deadline:             April 7, 2011 at 4:00 p.m.

Objections/

Responses
Filed:                  See attached Exhibit B.

Status:                 The Trust has resolved the Objection as it relates to certain claims
                        as more particularly described on Exhibit B.  A status hearing is
                        going forward with respect to those claims for which a response
                        was filed as identified on Exhibit B.   **Those parties who filed a
                        response do not need to appear at the hearing. Such parties'
                        rights will not be affected at this hearing.**  During the hearing
                        the Liquidating Trust will advise the Court that the status hearing
                        will be adjourned to January 5, 2012 at 2:00 p.m. with respect to
                        those claims for which a response was filed.  With respect to those
                        claims to which a response was not filed but to which the
                        Liquidating Trust agreed to continue the hearing and requisite
                        response deadline, as identified on Exhibit B, the Liquidating Trust
                        will advise the Court that the status hearing will be adjourned to
                        January 5, 2012 at 2:00 p.m. with respect to those claims.  **Those
                        parties do not need to appear at the hearing.  Such parties'
                        rights will not be affected at this hearing.**

27.    Notice and Objection to Claim - *Liquidating Trust's Ninth Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
       Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
       Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)*  (Docket
       No. 10047)

       Related
       Documents:

       a.      Order Sustaining Liquidating Trust's Ninth Omnibus Objection To Landlord
               Claims( reduction of certain partially invalid claims, reclassification of certain
               misclassified claims, disallowance of certain invalid claims, disallowance of
               certain late-filed claims and disallowance of certain amended claims) (Re: related
               document(s)[10047] Sustaining Objection to Claim filed by Circuit City Stores,
               Inc. Liquidating Trust) (Docket No. 10777)

       b.      Second Order Regarding Liquidating Trust's Ninth Omnibus Objection To
               Landlord Claims (reduction of certain partially invalid claims, reclassification of
               certain misclassified claims, disallowance of certain invalid claims, disallowance
               of certain late-filed claims and disallowance of certain amended claims) (Re:
               related document(s) 10241 No action taken on Order Re: Objection) (Docket No.
               11121)

       c.      Third Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord
               Claims (reduction of certain partially invalid claims, reclassification of certain
               misclassified claims, disallowance of certain invalid claims, disallowance of
               certain late-filed claims and disallowance of certain amended claims) (Re: related
               document(s) 11121 Amended Order) (Docket No. 11293)

d.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
     ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
     WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
     SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
     at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
     Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

e.   Amended Third Order Regarding Liquidating Trust's Ninth Omnibus Objection
     To Landlord claims (reduction of certain partially invalid claims, reclassification
     of certain misclassified claims, disallowance of certain invalid claims,
     disallowance of certain late filed claims and disallowance of certain amended
     claims) (Re: related document(s) 10777 No action taken on Order Re: Objection,
     11293 Amended Order) (Docket No. 11340)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit B.

Status:                The Trust has resolved the Objection as it relates to certain claims
                       as more particularly described on Exhibit B.  A status hearing is
                       going forward with respect to those claims for which a response
                       was filed as identified on Exhibit B.  **Those parties who filed a
                       response do not need to appear at the hearing. Such parties'
                       rights will not be affected at this hearing.**  During the hearing
                       the Liquidating Trust will advise the Court that the status hearing
                       will be adjourned to January 5, 2012 at 2:00 p.m. with respect to
                       those claims for which a response was filed.  With respect to those
                       claims to which a response was not filed but to which the
                       Liquidating Trust agreed to continue the hearing and requisite
                       response deadline, as identified on Exhibit B, the Liquidating Trust
                       will advise the Court that the status hearing will be adjourned to
                       January 5, 2012 at 2:00 p.m. with respect to those claims.  **Those
                       parties do not need to appear at the hearing.  Such parties'
                       rights will not be affected at this hearing.**

28.  Notice and Objection to Claim - *Liquidating Trust's Tenth Omnibus Objection to Disallow Certain Claims (Short-Term Incentive Program)* (Docket No. 10048)

Related
Documents:

   a.  Order Sustaining Liquidating Trust's Tenth Omnibus Objection To Disallow Certain Claims (short-term incentive program) (Re: related document(s)[10048] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10787)

   b.  Docket No. 11148 - Continued for Substantive Hearing as to two remaining unresolved claims (Re: related document(s)[10048] Liq. Tr. Tenth Omnibus Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 9/21/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. These claims to be noticed for Substantive Hearing on 10/19/11 at 2:00 PM. P. Beran for Liquidating Trust. (Docket No. 11148)

   c.  Notice of Hearing *(Notice of Substantive Hearing) (10th Omnibus Objection - Claim Numbers 14923 and 7401) (Claimants - Christina A. Sparks and Deborah Angel Williams)* (Re: related document(s)[10048] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11264)

   d.  Docket No. 11268 - Continued for Substantive Hearing as to two remaining unresolved claims(Re: related document(s) 10048 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Liquidating Trust. (Docket No. 11268)

Objection
Deadline:            April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit B.

Status:              The Trust will request that the Court sustain the Objections as it relates to these the claims of Christina A. Sparks and Debora Angel Williams.

29.  Notice and Objection to Claim - *Liquidating Trust's Eleventh Omnibus Objection to Claims: Reclassify to General Unsecured Claims, Reduce to Statutory Cap, or Disallow, as Applicable (Special Cash Retention Program)* (Docket No. 10049)

Related
Documents:

a.      Order Sustaining Liquidating Trust's Eleventh Omnibus Objection To Claims:
        Reclassify To General Unsecured Claims, Reduce To Statutory Cap or Disallow
        As Applicable (special cash retention program) (Re: related document(s)[10049]
        Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating
        Trust)(Docket No. 10783)

b.      Docket Entry - Continued for Status Hearing as to remaining unresolved claims;
        briefing scheduled set (Re: related document(s) 10049 Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at
        02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. Substantive Hearing to be noticed for these matters on
        11/21/11 a 2:00 PM. (Docket No. 11149)

c.      Notice of Hearing *(Notice of Substantive Hearing and Related Briefing Schedule
        (Eleventh Omnibus Objection - Claim Numbers 5592, 15104, 11075, 5311, 6024,
        13402, 2476, 5191, 2532, 3017, 5686, 10648, 4291, 5699) (Claimant(s) - Joshua
        M. Loveall, David W. Tolliver, Michael Alexander, Keith Allen, Michael W.
        Beam, Kenneth R. Duda, Joseph Edward Dudley, Willard Mark Elliott, Roland L.
        Finch, Jaime Gonzalez, Jakob Joffe, Louis C. Jones III, Virgil S. Lynn, Brandon
        Rowberry))* (Re: related document(s) 10049 Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran,
        PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled
        11/21/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia.  (Docket No. 11314)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit B.

Status:                A status hearing is going forward with respect to those remaining
                       claims as identified on Exhibit B.  **Those parties do not need to
                       appear at the hearing. Such parties' rights will not be affected
                       at this hearing.**  During the hearing the Liquidating Trust will
                       advise the Court that the remaining matters have been set for
                       substantive hearing on November 21, 2011 at 2:00 p.m.

30.     Notice and Objection to Claim - *Liquidating Trust's Twelfth Omnibus Objection to
        Disallow Certain Claims (Long-Term Incentive Program)*  (Docket No. 10050)

Related
Documents:

a.  Order Sustaining Liquidating Trust's Twelfth Omnibus Objection To Disallow
    Certain Claims (long-term incentive program) (Re: related document(s)[10050]
    Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
    (Docket No. 10782)

b.  Docket Entry - Objection Withdrawn as to Curtis W. Etheridge; continued for
    Substantive Hearing as to Kenneth Duda (Re: related document(s)[10050] Objection
    to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
    10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
    5000, Richmond, Virginia. P. Beran for Liquidating Trust (Docket No. 11150)

c.  Notice of Hearing *(Notice of Substantive Hearing) (Twelfth Omnibus Objection -
    Claim Number 13339) (Claimant - Kenneth Duda)* (Re: related document(s)[10050]
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula
    S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating
    Trust. Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom,
    701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 11266)

d.  Withdrawal *(Liquidating Trust's Notice of Withdrawal, Without Prejudice, of
    Liquidating Trust's Twelfth Omnibus Objection to Certain Claims (Long-Term
    Incentive Program) Solely with Respect to the Claim of Curtis W. Etheridge (Claim
    No. 14621))* (Re: related document(s)[10050] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on
    behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11279)

Objection
Deadline:               April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached Exhibit B.

Status:                 The Trust will request that the Court sustain the Objection as it
                        related to the claimant Kenneth Duda.

31.  Notice and Objection to Claim - *Liquidating Trust's Thirteenth Omnibus Objection to
     Certain Priority Claims: Allow Up to the Statutory Cap, Reclassify, Disallow as
     Applicable (Employment Contract Severance Claims)* (Docket No. 10051)

Related
Documents:

a.  Order Sustaining Liquidating Trust's Thirteenth Omnibus Objection To Certain
    Priority Claims: allow up to the statutory cap, reclassify, disallow as applicable
    (employment contract severance claims) (Re: related document(s)[10051]
    Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
    (Docket No. 10781)

b.      Objections Resolved as to claims of Antone Botelho and Patrick Longood;
        Continued for Status Hearing as to claim of Bruce Besanko; to be noticed for
        substantive hearing as to claim of Andrew Grosse (Re: related document(s)
        [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
        Substantive Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens'
        Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for
        Liquidating Trust. (Docket No. 11151)

c.      Notice of Hearing *(Notice of Substantive Hearing) (Thirteenth Omnibus
        Objection - Claim Number 369) (Claimant - Andrew Grosse)* (Re: related
        document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf
        of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 10/19/2011 at
        02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia (Docket No. 11265)

Objection
Deadline:           April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:              See attached Exhibit B.

Status:             A status hearing is going forward with respect to the claims of
                    Bruce Besanko, who **does not need to appear at the hearing. His
                    rights will not be affected at this hearing.**  The status hearing for
                    Bruce Besanko will be continued until December 8, 2011 at 2:00
                    p.m.  The Trust will request that the Court sustain the Objection as
                    it relates to the claim of Andrew Grosse.

32.   Notice and Objection to Claim - *Liquidating Trust's Fourteenth Omnibus Objection to
      Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
      Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
      Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and
      Disallowance of Certain Amended Claims)* (Docket No. 10052)

Related
Documents:

a.      Order Sustaining Liquidating Trust's Fourteenth Omnibus Objection To Landlord
        Claims(reduction of certain partially invalid claims, reclassification of certain
        misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late filed claims, disallowance of certain duplicate claims and
        disallowance of certain amended claims(Re: related document(s)[10052]
        Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
        (Docket No. 10780)

b.      Second Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To

Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s)[10780] No action taken on Order Re: Objection) (Docket No. 10963)

c.       Docket Entry - CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust (Docket No. 11152)

d.       Third Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-field claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s) 10963 Supplemental Order) (Docket No. 11294)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.** |

33.   Notice and Objection to Claim - *Liquidating Trust's Fifteenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)*   (Docket No. 10053)

Related
Documents:

a.   Order Sustaining Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims (Re: related document(s)[10053] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10779)

b.   Second Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s)[10779] No action taken on Order Re: Objection) (Docket No. 10962)

c.   Third Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) 10962 Supplemental Order) (Docket No. 11295)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit B.

Status:                The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.   **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite

response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

34.    Notice and Objection to Claim - *Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10061)

Related
Documents:

a.    Amended Exhibit *C to Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims) [Service Copy of Said Objection (Docket No. 10061) Contained Exhibit C and Amended Exhibit C]* (Re: related document(s) 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10074)

b.    Order Sustaining Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[10061] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10785)

c.    Second Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s)[10785] No action taken on Order Re: Objection) (Docket No. 10966)

d.    Third Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s) 10966 Supplemental Order) (Docket No. 11296)

Objection
Deadline:            April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                    See attached Exhibit B.

Status:                   The Trust has resolved the Objection as it relates to certain claims
                          as more particularly described on Exhibit B.  A status hearing is
                          going forward with respect to those claims for which a response
                          was filed as identified on Exhibit B.  **Those parties who filed a
                          response do not need to appear at the hearing. Such parties'
                          rights will not be affected at this hearing.**  During the hearing
                          the Liquidating Trust will advise the Court that the status hearing
                          will be adjourned to January 5, 2012 at 2:00 p.m. with respect to
                          those claims for which a response was filed.  With respect to those
                          claims to which a response was not filed but to which the
                          Liquidating Trust agreed to continue the hearing and requisite
                          response deadline, as identified on Exhibit B, the Liquidating Trust
                          will advise the Court that the status hearing will be adjourned to
                          January 5, 2012 at 2:00 p.m. with respect to those claims.  **Those
                          parties do not need to appear at the hearing.  Such parties'
                          rights will not be affected at this hearing.**

35.     Notice and Objection to Claim - *Liquidating Trust's Eighteenth Omnibus Objection to
        Claims Filed by Taxing Authorities (Reduction of Certain Partially Invalid Claims;
        Disallowance of Certain Invalid Claims; Disallowance of Certain Duplicate Claims;
        Reclassification of Certain Claims; Disallowance of Certain Amended or Superseded
        Claims; Disallowance or Reduction of Certain Late Filed Claims; Disallowance of
        Certain Invalid Claims; and Fixing the Amount of Certain Claims)* (Docket No. 10062)

        Related
        Documents:

        a.      Withdrawal of Pasadena Independent School District's Response to Eighteenth
                Omnibus Objection of Claims (Docket No. 10062) - (Docket No. 10516)

        b.      Order Sustaining Liquidating Trust's Eighteenth Omnibus Objection To Claims
                Filed By Taxing Authorities (reduction of certain partially invalid claims,
                disallowance of certain invalid claims; reclassification of certain claims;
                disallowance of certain amended or superseded claims; disallowance of certain
                late filed claims; disallowance or reduction of certain invalid claims; & fixing the
                amount of certain claims) filed by taxing authorities) (Re: related
                document(s)[10062] Sustaining Objection to Claim filed by Circuit City Stores,
                Inc. Liquidating Trust) (Docket No. 10961)

        **c.**      Motion to Reconsider *Motion for Relief from Order and Memorandum in Support
                Thereof* (Related Document(s)[10961] No action taken on Order Re: Objection)
                filed by Anne G. Bibeau of Vandeventer Black LLP on behalf of Sonoma County
                Tax Collector (Docket 11333)

Objection
Deadline:          April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:             See attached <u>Exhibit B.</u>

Status:            A status hearing is going forward with respect to this Objection.
                   **Parties do not need to appear at the hearing.  Such parties'
                   rights will not be affected at this hearing.**  During the hearing
                   the Liquidating Trust will advise the Court that the status hearing
                   will be adjourned to January 5, 2012 at 2:00 p.m.

36.   Notice and Objection to Claim - *Liquidating Trust's Nineteenth Omnibus Objection to
      Certain Employee Priority Claims: No Liability; Not Entitled to Priority; Allow up to
      the Statutory Cap; and Reclassify, as Applicable (Miscellaneous HR Priority Claims)*
      (Docket No. 10071)

      Related
      Documents:

      a.    Order Sustaining Liquidating Trust's Nineteenth Omnibus Objection To Certain
            Employee Priority Claims; No Liability; Not Entitled To Priority; Allow Up to
            The Statutory Cap, and Reclassify, As Applicable (miscellaneous HR Priority
            Claims) (Re: related document(s)[10071] Sustaining Objection to Claim filed by
            Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10786)

      b.    Docket Entry - Objections withdrawn as to claims of David Cacciotti, Kenneth
            Giacone, and Richard T. Miller, Jr.; Status Hearing continued as to claim of Brian
            LaCoursiere; substantive hearing to be noticed for claims of Auvill Browne,
            Robyn Davis, Brandi Fose, Milissa Gillard, Patrick Kennedy and Jeffrey
            McDonald (Re: related document(s)[10071] Objection to Claim filed by Circuit
            City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at
            Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
            Substantive Hearing also to be noticed for 11/21/11 at 2:00 PM as to claim of
            Anne Thumann. P. Beran for Liquidating Trust. (Docket No. 11153)

      c.    Withdrawal *(Liquidating Trust's Notice of Withdrawal, Without Prejudice, of
            Liquidating Trust's Nineteenth Omnibus Objection to Certain Employee Priority
            Claims: No Liability; Not Entitled to Priority; Allow up to the Statutory Cap; and
            Reclassify, as Applicable (Miscellaneous HR Priority Claims) Solely with Respect
            to the Claim of Richard T. Miller (Claim No. 14619))* (Re: related
            document(s)[10071] Objection to Claim filed by Circuit City Stores, Inc.
            Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf
            of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11238)

      d.    Notice of Hearing *(Notice of Substantive Hearing) (Nineteenth Omnibus*

*Objection - Claim Numbers 13297, 1756, 6906, 8522, 4441 and 7583) (Claimants - Auvill V. Browne, Robyn N. Davis, Brandi Michelle Evans Fose, Melissa Michelle Gillard, Patrick Gerald Kennedy and Jeffrey A. McDonald)* (Re: related document(s)[10071] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 11267)

e.    Withdrawal *(Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Liquidating Trust's Nineteenth Omnibus Objection to Certain Employee Priority Claims: No Liability; Not Entitled to Priority; Allow up to the Statutory Cap; and Reclassify, as Applicable (Miscellaneous HR Priority Claims) Solely with Respect to the Claim of David J. Cacciotti (Claim No. 2309)* (Re: related document(s) [10071] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11281)

f.    Withdrawal *(Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Liquidating Trust's Nineteenth Omnibus Objection to Certain Employee Priority Claims: No Liability; Not Entitled to Priority; Allow up to the Statutory Cap; and Reclassify, as Applicable (Miscellaneous HR Priority Claims) Solely with Respect to the Claim of Kenneth Giacone (Claim No. 11616))* (Re: related document(s)[10071] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11282)

g.    Withdrawal *(Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Liquidating Trust's Nineteenth Omnibus Objection to Certain Employee Priority Claims: No Liability; Not Entitled to Priority; Allow up to the Statutory Cap; and Reclassify, as Applicable (Miscellaneous HR Priority Claims) Solely with Respect to the Claim of Richard T. Miller (Claim No. 14619))* (Re: related document(s) 10071 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No.  11283)

h.    Notice of Hearing *(Notice of Substantive Hearing and Related Briefing Schedule (Nineteenth Omnibus Objection - Claim Numbers 14338 and 14097) (Claimant(s) - Patricia C. Giordano and Anne L. Thumann))* (Re: related document(s) 10071 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 11/21/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 11315)

Objection
Deadline:           April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                        See attached <u>Exhibit B.</u>

Status:                       The matter with respect to the claim of Brian L. LaCoursiere has
                              been settled pursuant to procedures previously approved by this
                              Court.  Accordingly, the matter as it relates to this claimant may be
                              removed from the Court's docket.  **He does not need to appear at
                              the hearing. His rights will not be affected at this hearing.**  A
                              substantive hearing will be held on October 19, 2011 for the claims
                              of Auvill V. Browne, Brandi Michelle Evans Fose, Melissa
                              Gillard, Patrick Gerald Kennedy, and Jeffrey A. McDonald at
                              which time the Trust will request that the Court sustain the
                              Objection as it relates to those claims.  The Trust will also
                              announce that a substantive hearing will be held on November 21,
                              2011 at 2:00 p.m. for the claims of Anne Thumann and Patricia
                              Giordano.  As it relates to the matter for Robyn Davis, the Trust
                              has agreed to continue this substantive hearing to November 21,
                              2011.

37.    Notice and Objection to Claim - *Liquidating Trust's Twentieth Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
       Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
       Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and
       Disallowance of Certain Amended Claims)* (Docket No. 10072)

       Related
       Documents:

       a.     Order Sustaining Liquidating Trust's Twentieth Omnibus Objection to Landlord
              Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
              Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
              Certain Late-Filed Claims, Disallowance of Certain Duplicate Claims and
              Disallowance of Certain Amended Claims) (Re: related document(s)[10072]
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket
              No. 10786)

       b.     Second Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
              Landlord Claims (reduction of certain partially invalid claims, reclassification of
              certain misclassified claims, disallowance of certain invalid claims, disallowance
              of certain late-filed claims, disallowance of certain duplicate claims &
              disallowance of certain amended claims) (Re: related document(s)[10788] Order
              Directing) (Docket No. 10960)

       c.     Docket Entry - CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
              ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
              WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
              DEADLINE(Re: related document(s)[10072] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11154)

d.    Third Order Regarding Liquidating Trust's Twentieth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) 10960 Supplemental Order) (Docket No. 11297)

|  |  |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B. A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** |

38.    Notice and Objection to Claim - *Liquidating Trust's Twenty-First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10073)

Related Documents:

a.    Order Sustaining Liquidating Trust's Twenty-First Omnibus Objection to Landlord Claims (reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late-Filed Claims, and Disallowance of Certain

Amended Claims) (Re: related document(s)[10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10789)

b.    Second Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims & disallowance of certain amended claims)(Re: related
document(s)[10789] Order Directing) (Docket No. 10959)

c.    Third Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims and disallowance of certain amended claims) (Re:
related document(s) 10959 Supplemental Order) (Docket No. 11299)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached <u>Exhibit B.</u> |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on <u>Exhibit B</u>.  A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.** |

39.    Notice and Objection to Claim of Michael W. Beam - *Liquidating Trusts Objection to
Administrative Claims of Michael W. Beam: Reclassify Claim No. 6022 to General
Unsecured Claim; and Reclassify Then Disallow Claim No. 13410 as Duplicative (Short-
Term Incentive Program)* Hearing scheduled 8/22/2011 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula
S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating
Trust. (Attachments: # (1) Exhibit(s) B# (2) Exhibit(s) C# (3) Exhibit(s) D# (4) Exhibit(s)
E# (5) Exhibit(s) F# (6) Exhibit(s) G) (Docket No. 10900)

Related
Documents:

a.   Continued for Substantive Hearing (Re: related document(s)[10900] Objection to
Claim of Michael W. Beam filed by Circuit City Stores, Inc. Liquidating Trust)
Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom,
701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating
Trust.(Docket No. 11157)

b.   Notice of Hearing *(Notice of Substantive Hearing) (Objection - Claim Numbers
6022 and 13410) (Claimant - Michael W. Beam)* (Re: related document(s)[10900]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by
Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
Liquidating Trust. Hearing scheduled 10/19/2011 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 11271)

Objection
Deadline:              August 15, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 Response to (Re: related document(s)[10900] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) filed by
Michael Beam (Docket No. 11116)

Status:                The Trust will request that the Objection be sustained.


## IV.   SEALED MATTERS

40.   *Motion for Entry of an Order Approving Agreement Between the Circuit City Stores, Inc.
Liquidating Trust and Samsung Entities* (FILED UNDER SEAL)

Related
Documents:

a.   *Order (I) Requiring That Certain Documents Be Filed Under Seal And (II)
Providing For Procedures Protecting Confidential Information* (Docket #11303)

b.   Notice of Motion and Notice of Hearing - *Motion filed under seal pursuant to
Order (I) Requiring That Certain Documents Be Filed Under Seal And (II)
Providing For Procedures Protecting Confidential Information (Docket #11303)*
(Re: related document(s)[11210] Motion to File Documents(s) Under Seal filed
by Circuit City Stores, Inc. Liquidating Trust, [11211] Notice of Motion and
Notice of Hearing filed by Circuit City Stores, Inc. Liquidating Trust) filed by
Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores,
Inc. Liquidating Trust. Hearing scheduled 10/19/2011 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

44

(Docket No. 11312

| Objection Deadline: Objections/ Responses Filed: | There were approximately 2 requests received pursuant to the Order (I) Requiring That Certain Documents Be Filed Under Seal And (II) Providing For Procedures Protecting Confidential Information.  The Trust is aware of no objection to the relief requested in the Motion. |
|---|---|
| Status: | The Trust will request that the Court grant the relief requested in the Motion. |

Dated: Richmond, Virginia  
October 17, 2011

TAVENNER & BERAN, PLC

_____/s/ Paula S. Beran_____  
Lynn L. Tavenner (VA Bar No. 30083)  
Paula S. Beran (VA Bar No. 34679)  
20 North Eighth Street, 2nd Floor  
Richmond, Virginia 23219  
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP  
Jeffrey N. Pomerantz, Esq.  
Andrew W. Caine, Esq.  
10100 Santa Monica Boulevard  
Los Angeles, California 90067-4100  
(310) 277-6910

- and –

Robert J. Feinstein, Esq.  
John A. Morris, Esq.  
PACHULSKI STANG ZIEHL & JONES LLP  
780 Third Avenue, 36th Floor  
New York, New York 10017  
(212) 561-7700

Co-Counsel for the Circuit City Stores, Inc.  
Liquidating Trust