# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: ) | Case No. 08-35653-KRH |
| ) | |
| CIRCUIT CITY STORES, INC., ) | Jointly Administered |
| *et al.*, ) | |
| ) | Chapter 11 |
| Debtors. ) | |

## ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY

Upon the *Motion to Appear Telephonically* (the "Motion") filed in these jointly administered chapter 11 cases on October 11, 2011 [main case docket no. 11352], which Motion seeks entry of an order permitting Andrew N. Goldman ("Mr. Goldman"), who is an attorney with the New York office of Wilmer Cutler Pickering Hale and Dorr, LLP, to appear telephonically at the pretrial scheduling conferences (the "Pretrial Conferences") on November 8, 2011, starting at 2:00 p.m., on behalf of the "Disney Defendants" identified in the Motion, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Mr. Goldman is hereby authorized to appear telephonically at the Pretrial Conferences.

Date: _____

_____
UNITED STATES BANKRUPTCY JUDGE

Entered: _____

I ASK FOR THIS:

_/s/Peter G. Zemanian_
Peter G. Zemanian (VSB No. 24922)
Zemanian Law Group
223 E. City Hall Ave., Suite 201
Norfolk, Virginia  23510
Telephone:  (757) 622-0090
Facsimile:  (757) 622-0096
E-mail:  pete@zemanianlaw.com
Local Counsel for the Disney Defendants

### Certification

I certify that a true copy of this proposed Order has been endorsed by or served upon all requisite parties as contemplated by Local Rule 9022-1(C).

_/s/Peter G. Zemanian_
Peter G. Zemanian

<u>Parties to Receive Copies</u>:

Peter G. Zemanian, Esq.
Zemanian Law Group
223 E. City Hall Ave., Suite 201
Norfolk, Virginia  23510

Andrew N. Goldman, Esq.
WilmerHale
399 Park Avenue
New York, New York  10022