Troy N. Nichols (VA 68491)

Robert J. Brown (KY 08363)

WYATT, TARRANT & COMBS, LLP

250 West Main Street, Suite 1600

Lexington, KY  40507-1746

Telephone:      (859) 233-2012

Facsimile:       (859) 259-0649

E-mail:  Lexbankruptcy@wyattfirm.com

*Attorneys for CB Richard Ellis / Louisville, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case  No.  08-35653-KRH |
| ) | (Jointly Administered) |
| CIRCUIT CITY STORES, INC., *et al.* ) | |
| ) | Chapter 11 |
| ) | |
| DEBTOR. ) | Judge Kevin R. Huennekens |
| ) | |

**ORDER**

On Motion to Withdraw as counsel for CB Richard Ellis / Louisville, LLC, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that counsel's Motion to Withdraw is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Troy N. Nichols will be removed from the Court's CM/ECF electronic service list.

Richmond, Virginia

Dated: _____

                                              _____

Judge, United States Bankruptcy Court

2

I ASK FOR THIS:

  /s/  Troy N. Nichols

Troy N. Nichols (VA 68491)

Robert J. Brown (KY 08363)

Wyatt, Tarrant & Combs, LLP

250 West Main Street, Suite 1600

Lexington, KY  40507-1746

Telephone:    (859) 233-2012

Facsimile:    (859) 259-0649

E-mail:  Lexbankruptcy@wyattfirm.com


*Local counsel for CB Richard Ellis / Louisville, LLC*


## CERTIFICATE

Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties to this action.  Furthermore, I hereby certify that I have proofread the above proposed Order on this the 7th day of October, 2011, and, to the best of my knowledge, it does not contain any errors.

  /s/  Troy N. Nichols

Troy N. Nichols

60080936.1