UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |  |
|---|---|---|
| **In re:** | ) ) ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) ) | **Case No. 08-35653-KRH**<br>**Chapter 11** |
| **Debtor.** | ) ) ) | **(Jointly Administered)** |

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE<br>OF COUNSEL</u>

PLEASE TAKE NOTICE that J.R. Smith of the law firm of Hunton & Williams, LLP, hereby withdraws his appearance on behalf of (i) Federal Warranty Services Corporation; (ii) Sureway, Inc.; (iii) American Bankers Insurance Company of Florida; (iv) United Service Protection, Inc.; (v) Assurant, Inc.; (vi) Alvarez & Marsal Canada ULC; (vii) Taubman Auburn Hills Associates Limited Partnership; (viii) Panasonic Corporation of North America; and (ix) Atari Inc. in the above-styled jointly administered bankruptcy proceedings.  This Notice applies only to the attorney listed in the preceding sentence and does not represent a notice of withdrawal of any other attorney at the law firm of Hunton & Williams, LLP, on behalf of any other creditor or party in interest.

*/s/ J.R. Smith*
J.R. Smith (VSB No. 41913)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218

## CERTIFICATE OF SERVICE

I hereby certify that, on October 17, 2011, the undersigned caused the foregoing Notice of Withdrawal of Appearance of Counsel to be served electronically via ECF on all parties registered to receive electronic notices.


*/s/ J.R. Smith*