**THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **In re:**<br><br>**CIRCUIT CITY STORES INC., et al.,**<br><br>**Debtors.** | **Case No.  08-35653 (KRH)**<br>**Jointly Administered**<br><br>**Chapter 11** |

**AMENDED RESPONSE TO LIQUIDATING TRUST'S
FOURTEENTH OMNIBUS OBJECTION TO CLAIMS**

WCC Properties, LLC ("WCC") by counsel, respectfully objects to the Liquidating Trust's proposed treatment of its claims, Nos. 13836 and 13480, for the reasons set forth below:

1.      The Liquidating Trust's Fourteenth Omnibus Objection (the "Objection") reduces WCC Properties' Claim Number 13836 from $63,818.93 to $33,133.32 based upon "$14,682.39 of other administrative rent that is not owed, $7,085.97 of taxes and $8,812.26 of repair charges". WCC provided documentation supporting these particular expenditures with its Proof of Claim No. 13836. The specific charges requested are allowable under the law of this District. *See In re Trak Auto Corporation*, 277 B.R. 655, 663 (Bankr. E.D. Va. 2002). After consultation with counsel, WCC's accountants are reviewing POC 13886 and it is anticipated that an Amended Proof of Claim will be filed shortly.

DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23220
Counsel for WCC Properties, LLC

2.     WCC further objects to the proposed treatment of its lease rejection claim,

Proof of Claim No. 13480, filed June 23, 2009.  The Liquidating Trust purports to reduce

the claim from $5,117,498 to $445,361.58 "according to the Debtors' records".  WCC set

forth the basis for its claim in detail in the attachments A-1 and A-2 to Proof of Claim

13480.

3.     WCC's accountants are also reviewing POC No. 13480 on the grounds that

it was not properly computed according to the requirements of 11 U.S.C. § 502(b)(6). An

Amended POC No. 13480 is also anticipated.

4.     The Liquidating Trust also proposes to strike POC No. 13480 entirely, on

the grounds the POC was filed after the bar date.  Counsel is researching the bar date

issue in the Docket and will, if merited, consult with WCC regarding a Motion to Allow a

Late Filed Claim under *Pioneer Inv. Servs. Co. v. Brunswick Associates L.P.,* 507 U.S.

380, 123 L. Ed. 2d 74, 113 S. Ct. 1489 (1993).

5.     The Liquidating Trust has apparently not been prejudiced in any way by the

late filing of the claim, if, indeed, it was late filed. The POC was filed in sufficient time

to allow the Liquidating Trust to review the claim and that process has not delayed the

administration of the case. Revised Proofs of Claim may allow the parties to consensually

resolve most, if not all, of the matters raised in the Objection.

**THEREFORE**, WCC Properties respectfully moves the Court to dismiss the

Objection or, in the alternative, to Order the continuance of the Status Conference to

allow revisions to POC 13480 and POC 13836, and for such other and further relief as

may be just and proper.

Respectfully submitted this the 18th day of October 2011.


\s\ Douglas Scott
Douglas Scott, VSB No. 28211
DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23220
☎804.257.9860
Counsel for WCC Properties, LLC


## CERTIFICICATE OF SERVICE

I, the undersigned, do hereby certify that on this day I served the foregoing *via* the Court's ECF facility on those persons whose names appear below.


/s/ Douglas Scott



Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 N. Eighth St., 2nd Floor
Richmond, VA 23219

Richard M. Pachulski, Esq.
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

Robert J. Feinstein, Edw.
John Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, NY 10017


Macintosh HD:Case Files:Case Files:W:WCC Properties LLC- Circuit City:Amended Response to Omni Obj.docx

_____