Dear Honorable Judge Kevin R. Huennekens,             October 4th, 2011
RE CASE: 08-35653 Appear/Testify by Telephone

My name is Patrick Gerald Kennedy (Claim Number 4441). I have contacted you and the courts several times in the past. I am one of the current claimants still involved in the Circuit City Bankruptcy case number 08-35653 (KRH). My claim is for California Labor Code violations, unpaid wages and associated penalties. I reside in Southern California and it is not possible for me to appear in person now or in the future for these proceedings. I wanted to know if it is possible and/or necessary for me to appear/testify by telephone on Friday the 14th of October, when another court hearing is schedule around 2pm I believe. This case has been going one for several years now and I do not wish to lose or forfeit my claim nor any of my rights, especially for not being able to personally appear in person because of the geographical distance. As such please let me know if I need to appear/testify by telephone and/or if this is indeed possible. I can be reached at the below phone numbers and/or email address.

I thank you for your time and effort on my behalf.

Sincerely,

Patrick Gerald Kennedy
CASE 08-35653 (KRH)
CLAIM 4441
PO BOX 280281
NORTHRIDGE, CA 91328-0281
(818) 793-6643
patgenken@yahoo.com

FILED OCT 18 2011 — RICHMOND DIVISION, CLERK US BANKRUPTCY COURT