IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: Circuit City Stores, Inc., *et al.* Inc., | ) Case No. 08-35653-KRH |
| | ) |
| Debtor | ) Chapter 11 |
| | ) Jointly Administered |

## APPLICATIONS FOR ADMISSION *PRO HAC VICE*

**COMES NOW** Douglas Scott of the law firm of DOUGLAS A. SCOTT, PLC ("DAS") to move the admission *pro hac vice* of Clifford Altfeld and Maya Y. Kashak of the Arizona Bar pursuant to LR 2009-1(E)(2) of the Rules of this Court, and in support thereof, respectfully represents to the Court as follows:

1. Mr. Altfeld and Ms. Kashak are members in good standing of the Arizona Bars and of the Bars of the United States District Courts for Arizona and Nevada.

2. Neither Mr. Altfeld nor Ms. Kashak has appeared before this Court previously in any capacity.

3. Both Mr. Altfeld and Ms. Kashak are familiar with the requirements of LR 2009-1(E)(2), and hereby agree to abide by the terms of such Rule and any further directives of this Court.

4. The undersigned is also familiar with the requirements of LR 2009-1(F), (G) and (H) and will conduct himself accordingly.

DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23220
Counsel to WCC Properties, LLC

5.  The Applications of Mr. Altfeld and Ms. Kashak required by L.R. 2090-1(E)(2) are attached hereto as Exhibit A.

**WHEREFORE**, the undersigned respectfully moves the Court to admit Mr. Altfeld and Ms. Kashak to appear in this case *pro hac vice* and to award to them such other and further relief as may be just and proper.

Date: October 19, 2011.

\s\ Douglas Scott
Douglas Scott, VSB No. 28211
DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23220
☎ 804.257.9860
BankruptcyCounsel@gmail.com

-and-

Clifford Altfeld
✉ cbaltfeld@abazlaw.com
Maya Kashak
✉ mykashak@abazlaw.com
Altfeld & Battaile, P.C.
250 North Meyer
Tucson, Arizona 85701
☎ 520.622.7733

Counsel for WCC Properties, LLC

## CERTIFICICATE OF SERVICE

I, the undersigned, do hereby certify that on this day I served the foregoing *via* the Court's ECF facility on those persons whose names appear below.

/s/ Douglas Scott

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
TAVENNER & BERAN, PLC
20 N. Eighth St., 2nd Floor
Richmond, VA 23219

Richard M. Pachulski, Esquire
Jeffrey N. Pomerantz, Esquire
Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

Robert J. Feinstein, Esquire
John Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Macintosh HD:Case Files:Case Files:W:WCC Properties LLC- Circuit City:Pro Hac Vice Motion __KRH.doc

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653   ,* Case Name In Re: Circuit City Stores, Inc., et al.

PERSONAL STATEMENT

FULL NAME (no initials, please) Clifford Altfeld
Bar Identification Number 005573   State Arizona
Firm Name Altfeld & Battaile P.C.
Firm Phone # (520) 622-7733   Direct Dial #   FAX # (520) 622-7967
E-Mail Address: cbaltfeld@ohazlaw.com
Office Mailing Address 250 North Meyer, Tucson, AZ 85701
Name(s) of federal court(s) in which I have been admitted District Court of Arizona; District Court of Nevada

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_Douglas Scott_   10-19-2011
(Signature)   (Date)

_Douglas Scott_
(Typed or Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Court Use Only:

The motion for admission is GRANTED _____ or DENIED _____

(Judge's Signature)   (Date)

Ver. 11/05/09 [effective 12/01/09]

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653    ,* Case Name In Re: Circuit City Stores, Inc., et al.

PERSONAL STATEMENT

FULL NAME (no initials, please) Maya Yadira Kashak
Bar Identification Number 025568    State Arizona
Firm Name Altfeld & Battaile P.C.
Firm Phone # (520) 622-7733    Direct Dial #    FAX # (520) 622-7967
E-Mail Address mykashak@abazlaw.com
Office Mailing Address 250 North Meyer, Tucson, AZ 85701
Name(s) of federal court(s) in which I have been admitted District Court of Arizona; District Court of Nevada

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____    10-19-2011
(Signature)    (Date)

DOUGLAS SCOTT
(Typed or Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Court Use Only:

The motion for admission is GRANTED _____ or DENIED _____

_____    _____
(Judge's Signature)    (Date)

Ver. 11/05/09 [effective 12/01/09]