**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: ) <br> ) <br> CIRCUIT CITY STORES, INC., ) <br> *et al.*, ) <br> ) <br>                       Debtors. ) | Case No. 08-35653-KRH <br><br> Jointly Administered <br><br> Chapter 11 |

**ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY**

Upon the *Motion to Appear Telephonically* (the "Motion") filed in these jointly administered chapter 11 cases on October 11, 2011 [main case docket no. 11352], which Motion seeks entry of an order permitting Andrew N. Goldman ("Mr. Goldman"), who is an attorney with the New York office of Wilmer Cutler Pickering Hale and Dorr, LLP, to appear telephonically at the pretrial scheduling conferences (the "Pretrial Conferences") on November 8, 2011, starting at 2:00 p.m., on behalf of the "Disney Defendants" identified in the Motion, and for good cause shown, it is hereby

         ORDERED that the Motion is GRANTED, and it is further

         ORDERED that Mr. Goldman is hereby authorized to appear telephonically at the Pretrial Conferences.

Date: Oct 15 2011

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered: Oct 17 2011

I ASK FOR THIS:

_/s/Peter G. Zemanian_

Peter G. Zemanian (VSB No. 24922)
Zemanian Law Group
223 E. City Hall Ave., Suite 201
Norfolk, Virginia  23510
Telephone:  (757) 622-0090
Facsimile:  (757) 622-0096
E-mail:  pete@zemanianlaw.com
Local Counsel for the Disney Defendants

## Certification

I certify that a true copy of this proposed Order has been endorsed by or served upon all requisite parties as contemplated by Local Rule 9022-1(C).

_/s/Peter G. Zemanian_
Peter G. Zemanian

Parties to Receive Copies:

Peter G. Zemanian, Esq.
Zemanian Law Group
223 E. City Hall Ave., Suite 201
Norfolk, Virginia 23510

Andrew N. Goldman, Esq.
WilmerHale
399 Park Avenue
New York, New York 10022

CPC.078                                    3

```
                          United States Bankruptcy Court
                            Eastern District of Virginia
In re:                                                              Case No. 08-35653-KRH
Circuit City Stores, Inc.                                           Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0422-7          User: frenchs              Page 1 of 1          Date Rcvd: Oct 17, 2011
                              Form ID: pdforder          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2011.
          +Andrew N Goldman,    399 Park Ave.,    New York, NY 10022-4614
          +Peter Zemanian,    223 E. City Hall Ave,    Ste 201,   Norfolk, VA 23510-1700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2011**                                **Signature:**   _Joseph Speetjens_