Troy N. Nichols (VA 68491)

Robert J. Brown (KY 08363)

WYATT, TARRANT & COMBS, LLP

250 West Main Street, Suite 1600

Lexington, KY  40507-1746

Telephone:     (859) 233-2012

Facsimile:     (859) 259-0649

E-mail:  Lexbankruptcy@wyattfirm.com

*Attorneys for CB Richard Ellis / Louisville, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case  No.  08-35653-KRH |
| | ) | (Jointly Administered) |
| CIRCUIT CITY STORES, INC., *et al.* | ) | |
| | ) | Chapter 11 |
| | ) | |
| DEBTOR. | ) | Judge Kevin R. Huennekens |
| | ) | |

**ORDER**

On Motion to Withdraw as counsel for CB Richard Ellis / Louisville, LLC, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that counsel's Motion to Withdraw is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Troy N. Nichols will be removed from the Court's CM/ECF electronic service list.

Richmond, Virginia

Dated: __Oct 17 2011_____

/s/ Kevin R. Huennekens
_____
_____

Judge, United States Bankruptcy Court

Entered on docket:  Oct 17 2011

I ASK FOR THIS:

  /s/  Troy N. Nichols

Troy N. Nichols (VA 68491)

Robert J. Brown (KY 08363)

Wyatt, Tarrant & Combs, LLP

250 West Main Street, Suite 1600

Lexington, KY  40507-1746

Telephone:	(859) 233-2012

Facsimile:	(859) 259-0649

E-mail:  Lexbankruptcy@wyattfirm.com


*Local counsel for CB Richard Ellis / Louisville, LLC*


**CERTIFICATE**

     Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties to this action.  Furthermore, I hereby certify that I have proofread the above proposed Order on this the 7th day of October, 2011, and, to the best of my knowledge, it does not contain any errors.

      /s/  Troy N. Nichols

    Troy N. Nichols

60080936.1

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                  Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                               Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs              Page 1 of 1               Date Rcvd: Oct 17, 2011
                              Form ID: pdforder          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2011.
aty           Troy N. Nichols,    Wyatt, Tarrant & Combs, LLP,    Lexington Financial Center,
              250 West Main St, Suite 1600,    Lexington, KY  40507-1746

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          Troy N. Nichols,    Wyatt, Tarrant & Combs, LLP,    Lexington Financial Center,
              250 West Main St, Suite 1600,    Lexington, KY  40507-1746
aty*          Troy N. Nichols,    Wyatt, Tarrant & Combs, LLP,    Lexington Financial Center,
              250 West Main St, Suite 1600,    Lexington, KY  40507-1746
                                                                                   TOTALS: 0, * 2, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2011**                         **Signature:** _/s/ Joseph Speetjens_