UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF ADDRESS CHANGE**

**PLEASE TAKE NOTICE** that Rossmoor Shops, LLC ("**Rossmoor**"), by and through its undersigned counsel, hereby files this Notice of Address Change to be used in the above-captioned case. The current address on file for Rossmoor is as follows:

> Rossmoor Shops, LLC
> c/o Niclas A. Ferland, Esq.
> LeClairRyan, A Professional Corporation
> 555 Long Wharf Drive, Eighth Floor
> New Haven, Connecticut 06511

The **new** address for Rossmoor is as follows and should be used for both payment and notice purposes:

> Rossmoor Shops, LLC
> c/o Niclas A. Ferland, Esq.
> LeClairRyan, A Professional Corporation
> **545 Long Wharf Drive, Ninth Floor**
> New Haven, Connecticut 06511

Christopher L. Perkins (Va. Bar No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 783-7550

and

Niclas A. Ferland, Esq.
LeClairRyan, A Professional Corporation
545 Long Wharf Drive, Ninth Floor
New Haven, Connecticut 06511
(203) 672-3211

*Counsel for Rossmoor Shops, LLC*

Dated: Richmond, Virginia
      October 20, 2011

ROSSMOOR SHOPS, LLC

/s/ Christopher L. Perkins
Christopher L. Perkins (Va. Bar No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 783-7550

and

Niclas A. Ferland, Esq.
LeClairRyan, A Professional Corporation
545 Long Wharf Drive, Ninth Floor
New Haven, Connecticut 06511
(203) 672-3211

*Counsel for Rossmoor Shops, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2011, I served the forgoing Notice of Address Change upon all parties receiving notification through the Court's ECF system.

/s/ Christopher L. Perkins
Counsel

2