| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBSTANTIVE HEARING
(Seventh Omnibus Objection – Claim Number 13947)
(Claimant(s) – TFL Enterprises LLC (Tech For Less))**

PLEASE TAKE NOTICE that Circuit City Stores, Inc. Liquidating Trust (the "Trust"), by counsel, of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") **will seek to have the Court sustain over the response of TFL Enterprises LLC (Tech For Less) the Liquidating Trust's Seventh Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified Claims) (the "Claim Objection") as it relates to Claim 13947.**

      PLEASE TAKE FURTHER NOTICE THAT the Court will hold a hearing, receive evidence if appropriate, and entertain argument on the Claim Objection on **November 21, 2011 at 2:00 p.m.**, (or such time thereafter as the matter may be heard).  The undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219 and ask for the Court to sustain the Claim Objection as it relates to Claim Number 13947.

      PLEASE TAKE FURTHER NOTICE THAT **the undersigned will proceed on a substantive basis on November 21, 2011 at 2:00 p.m., in support of the relief sought in the Claim Objection as it relates to Claim Number 13947.**

      PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated:    October 20, 2011

                                  */s/ Paula S. Beran*
                                  Lynn L. Tavenner (VA Bar No. 30083)
                                  Paula S. Beran (VA Bar No. 34679)
                                  TAVENNER & BERAN, P.L.C.
                                  20 North Eighth Street, 2nd Floor
                                  Richmond, Virginia  23219
                                  Telephone:  804-783-8300
                                  Facsimile:  804-783-0178
                                  Email:  ltavenner@tb-lawfirm.com
                                                pberan@tb-lawfirm.com

                                  -and-

                                  Jeffrey N. Pomerantz (admitted *pro hac vice*)
                                  Andrew W. Caine (admitted *pro hac vice*)
                                  PACHULSKI STANG ZIEHL & JONES LLP
                                  10100 Santa Monica Blvd.
                                  13th Floor
                                  Los Angeles, California  90067-4100
                                  Telephone: 805-123-4567
                                  Facsimile:  310-201-0760
                                  E-mail: jpomerantz@pszjlaw.com
                                              acaine@pszjlaw.com

                                  *Counsel for the Circuit City Stores, Inc.*
                                  *Liquidating Trust*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Substantive Hearing was served on October 20, 2011 via electronic delivery to all of the parties receiving ECF notice in this bankruptcy case and via first-class mail, postage prepaid, on the following:

Tech for Less, LLC
Jason R. Lockwood, President
1610 Garden of the Gods Road
Colorado Springs, CO 80907

Sheila deLa Cruz
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, VA 23223

Nathan F. Coco
George M. Houhanisin
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, IL 60606-5096

/s/ Paula S. Beran
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Telecopy: 804-783-0178
Email: pberan@tb-lawfirm.com