UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF ADDRESS CHANGE

**PLEASE TAKE NOTICE** that Cardinal Capital Partners, Inc. ("**Cardinal**") and 680 S. Lemon Ave. Co. ("**S. Lemon**"), by and through its undersigned counsel, hereby file this Notice of Address Change to be used in the above-captioned case. The current address on file for Cardinal and S. Lemon is as follows:

>  Cardinal Capital Partners, Inc.
>  680 S. Lemon Ave. Co.
>  c/o Niclas A. Ferland, Esq.
>  LeClairRyan, A Professional Corporation
>  555 Long Wharf Drive, Eighth Floor
>  New Haven, Connecticut 06511

The **new** address for Cardinal and S. Lemon is as follows and should be used for both payment and notice purposes:

Christopher L. Perkins (Va. Bar No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 783-7550

and

Niclas A. Ferland, Esq.
LeClairRyan, A Professional Corporation
545 Long Wharf Drive, Ninth Floor
New Haven, Connecticut 06511
(203) 672-3211

*Counsel for Cardinal Capital Partners, Inc.*
*And 680 S. Lemon Ave. Co.*

        Cardinal Capital Partners, Inc.
        680 S. Lemon Ave. Co.
        c/o Niclas A. Ferland, Esq.
        LeClairRyan, A Professional Corporation
        **545 Long Wharf Drive, Ninth Floor**
        New Haven, Connecticut 06511

Dated: Richmond, Virginia         CARDINAL CAPITAL PARTNERS, INC.
      October 20, 2011         and 680 S. LEMON AVE. CO.

        /s/ Christopher L. Perkins
        Christopher L. Perkins (Va. Bar No. 41783)
        LeClairRyan, A Professional Corporation
        Riverfront Plaza, East Tower
        951 East Byrd Street
        Richmond, Virginia 23219
        (804) 783-7550

        and

        Niclas A. Ferland, Esq.
        LeClairRyan, A Professional Corporation
        545 Long Wharf Drive, Ninth Floor
        New Haven, Connecticut 06511
        (203) 672-3211

        *Counsel for Cardinal Capital Partners, Inc.*
        *and 680 S. Lemon Ave. Co.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 20th day of October, 2011, I served the forgoing Notice of Address Change upon all parties receiving notification through the Court's ECF system.

        /s/ Christopher L. Perkins
        Counsel