UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF ADDRESS CHANGE**

**PLEASE TAKE NOTICE** that Westfield, LLC ("**Westfield**"), by and through its undersigned counsel, hereby files this Notice of Address Change to be used in the above-captioned case. The current address on file for Westfield is as follows:

>Westfield, LLC
>c/o Niclas A. Ferland, Esq.
>LeClairRyan, A Professional Corporation
>555 Long Wharf Drive, Eighth Floor
>New Haven, Connecticut 06511

The **new** address for Westfield is as follows and should be used for both payment and notice purposes:

>Westfield, LLC
>c/o Niclas A. Ferland, Esq.
>LeClairRyan, A Professional Corporation
>**545 Long Wharf Drive, Ninth Floor**
>New Haven, Connecticut 06511

Christopher L. Perkins (Va. Bar No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 783-7550

and

Niclas A. Ferland, Esq.
LeClairRyan, A Professional Corporation
545 Long Wharf Drive, Ninth Floor
New Haven, Connecticut 06511
(203) 672-3211

*Counsel for Westfield, LLC*

Dated: Richmond, Virginia
       October 20, 2011

WESTFIELD, LLC

/s/ Christopher L. Perkins
Christopher L. Perkins (Va. Bar No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 783-7550

and

Niclas A. Ferland, Esq.
LeClairRyan, A Professional Corporation
545 Long Wharf Drive, Ninth Floor
New Haven, Connecticut 06511
(203) 672-3211

*Counsel for Westfield, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of October, 2011, I served the forgoing Notice of Address Change upon all parties receiving notification through the Court's ECF system.

/s/ Christopher L. Perkins
Counsel

2