Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., et al., | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

### NOTICE OF LIQUIDATING TRUST'S TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID UNLIQUIDATED CLAIMS AND FIXING OF CERTAIN UNLIQUIDATED CLAIMS)

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Liquidating Trust's Twenty-Third Omnibus Objection to Claims (Disallowance of Certain Invalid Unliquidated Claims and Fixing of Certain Unliquidated Claims) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.  By the Objection, the Liquidating Trust is seeking to disallow and fix certain claims.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Reference Objection |
|-----|-----|-----|-----|

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M. (EASTERN TIME) ON NOVEMBER 23, 2011, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

**Critical Information for Claimants
Choosing to File a Response to the Objection**

Who Needs to File a Response:  If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

Response Deadline:  The Response Deadline is **4:00 p.m. (Eastern Time) on November 23, 2011 (the "Response Deadline")**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED AND RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083 |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

The status hearing on the Objection will be held at **2:00 p.m. (Eastern Time) on December 8, 2011 at:**

United States Bankruptcy Court
701 East Broad Street – Courtroom 5000
Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

<u>**Procedures for Filing a Timely Response and Information Regarding the Hearing on the Objection**</u>

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

    a.    a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

    b.    the claimant's name and an explanation for the amount of the Claim;

    c.    a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the

specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d.    a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e.    a declaration of a person with personal knowledge of the relevant facts that support the Response;

f.    the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address").  If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

g.    to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**.  To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf.  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection without further notice to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy

Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

**Additional Information**

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.


Dated:    October 21, 2011

                                          */s/ Lynn L. Tavenner*
                                          Lynn L. Tavenner (VA Bar No. 30083)
                                          Paula S. Beran (VA Bar No. 34679)
                                          TAVENNER & BERAN, P.L.C.
                                          20 North Eighth Street, 2nd Floor
                                          Richmond, Virginia  23219
                                          Telephone:  804-783-8300
                                          Facsimile:  804-783-0178
                                          Email:  ltavenner@tb-lawfirm.com
                                                   pberan@tb-lawfirm.com

                                          -and-

                                          Jeffrey N. Pomerantz (admitted *pro hac vice*)
                                          Andrew W. Caine (admitted *pro hac vice*)
                                          PACHULSKI STANG ZIEHL & JONES LLP
                                          10100 Santa Monica Blvd.
                                          11th Floor
                                          Los Angeles, California  90067-4100
                                          Telephone: 805-123-4567
                                          Facsimile: 310/201-0760
                                          E-mail: jpomerantz@pszjlaw.com
                                                   acaine@pszjlaw.com

                                          *Counsel for the Circuit City Stores, Inc.*
                                          *Liquidating Trust*

**EXHIBIT I**

Jeffrey N. Pomerantz, Esq.

Andrew W. Caine, Esq.

(admitted *pro hac vice*)

PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard

Los Angeles, California 90067-4100

Telephone: (310) 277-6910

Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.

(admitted *pro hac vice*)

PACHULSKI STANG ZIEHL & JONES LLP

780 Third Avenue, 36th Floor

New York, New York 10017

Telephone: (212) 561-7700

Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)

Paula S. Beran, Esq. (VA Bar No. 34679)

TAVENNER & BERAN, PLC

20 North Eighth Street, 2nd Floor

Richmond, Virginia 23219

Telephone: (804) 783-8300

Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | X | |

**LIQUIDATING TRUST'S TWENTY-THIRD OMNIBUS OBJECTION
TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID UNLIQUIDATED
CLAIMS AND FIXING OF CERTAIN UNLIQUIDATED CLAIMS)**

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through

Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the

Second Amended Joint Plan of Liquidating of Circuit City Stores, Inc. and its Affiliated

Debtors and Debtors in Possession and its Official Committee of Creditors Holding

General Unsecured Claims (the "Plan") in the above-captioned cases, hereby files this

Twenty-Third Omnibus Objection to Claims (Disallowance of Certain Invalid

Unliquidated Claims and Fixing of Certain Unliquidated Claims) (the "Objection"), and

hereby moves this court (the "Court"), pursuant to sections 105, 502 and 503 of title 11 of

the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"),

Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

Local Bankruptcy Rule 3007-1, for an order, the proposed form of which is attached hereto

as Exhibit A, granting the relief sought by this Objection, and in support thereof states as

follows:

## JURISDICTION AND VENUE

1.     This Court has jurisdiction to consider this Objection under 28

U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of

these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

The statutory and legal predicates for the relief requested herein are Bankruptcy Code

sections 105, 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.     On November 10, 2008 (the "Petition Date"), the debtors in the

above-captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

under chapter 11 of the Bankruptcy Code.

3.    On November 12, 2008, the Office of the United States Trustee for

the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").

4.    On November 12, 2008, the Court appointed Kurtzman Carson

Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these

chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.    On December 10, 2008, the Court entered that certain Order

Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002,

3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of

Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the

"Claims Bar Date Order").

6.    Pursuant to the Claims Bar Date Order, the deadline for filing all

"claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the

Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the

"General Bar Date").  The deadline for governmental units to file claims that arose before

November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar

Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner

of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date

Order (the "Claims Bar Date Notice").

7.    On December 17 and 19, 2008, KCC served a copy of the Claims

Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy

Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity

holders, and certain other parties (Docket No. 1314).  In addition, the Debtors published

the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The

Richmond Times-Dispatch (Docket No. 1394).

8.    On November 12, 2008, this Court entered that certain Order

Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims

Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and

Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No.

107)(the "503(b)(9) Bar Date Order").

9.    Pursuant to the 503(b)(9) Bar Date Order, this Court approved the

form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the

503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9)

Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim

asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy

Code was on December 19, 2008 (the "503(b)(9) Bar Date").

10.    On November 19, 2008, KCC served a copy of the 503(b)(9) Bar

Date Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the

Debtors published the 503(b)(9) Bar Date Notice in The New York Times (Docket No.

549), The Wall Street Journal (Docket No. 548), and The Richmond Times-Dispatch

(Docket No. 547).

11.    On January 16, 2009, the Court authorized the Debtors, among other

things, to conduct going out of business sales at the Debtors' remaining 567 stores

pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a

joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores. As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

12.    On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

13.    On May 15, 2009, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting Administrative Bar Date and Procedures For Filing and Objecting To Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No. 3354) (the "Administrative Claims Bar Date Order").

14.    Pursuant to the Administrative Claims Bar Date Order, the deadline for filing all Administrative Expense Requests (as defined in the Administrative Claims Bar Date Order) was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant to the Administrative Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar Date Order (the "Claims Bar Date Notice").

15.    On or before May 22, 2009, KCC served a copy of the Administrative Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609).  In addition, the Debtors published the Administrative Claims Bar Date Notice in The

Financial Times (Docket No. 3970), The Richmond Times-Dispatch (Docket No. 3969)

and The Wall Street Journal (Docket No. 3968).

16.    On August 9, 2010, the Debtors and the Creditors' Committee filed

the Plan, which provides for the liquidation of the Debtors' assets and distribution of the

proceeds thereof under chapter 11 of the Bankruptcy Code.

17.    On September 10, 2010, the United States Bankruptcy Court,

Eastern District of Virginia, signed an Order confirming the Plan (Docket No. 8555) (the

"Confirmation Order").

18.    Pursuant to the Plan and Confirmation Order, the deadline for

requests for payment of Administrative Claims that arose on and after January 1, 2010 up

to and through the Effective Date was January 3, 2011 (the "Final Administrative Bar

Date").

19.    On November 3, 2010, KCC served a copy of the Notice of (I)

Confirmation of Modified Second Amended Joint Plain of Liquidation of Circuit City

Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official

Committee of Creditors Holding General Unsecured Claims Under Chapter 11 of the

Bankruptcy Code, (II) the Occurrence of the Effective Date and (III) the Deadlines for

Filing Administrative Claims, Final Fee Applications and Rejection Damages Claims

(Docket No. 8865), which included notice of the Final Administrative Bar Date, on the

2002 Service List, all of the Debtors' scheduled creditors in these cases, the Debtors'

equity holders, and certain other parties (Docket No. 8947).

20.    The Plan became effective on November 1, 2010 (the "Effective

Date"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the

Trust assumed the right and responsibility to liquidate the Debtors' remaining assets and distribute the proceeds to creditors, including the prosecution of Causes of Action and objections to claims.

## OBJECTIONS TO CLAIMS

21.    By this Objection, the Liquidating Trust seeks entry of an order, in substantially the form attached hereto as Exhibit A, pursuant to Bankruptcy Code sections 105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1, (i) disallowing as noted each of the claims identified on Exhibit C attached hereto, and (ii) fixing the claims identified on Exhibit D attached hereto in the amount specified therein.

22.    For ease of reference, attached hereto as Exhibit B is an alphabetical listing of all claimants whose Claims are included in this Objection (the "Claimants"), with a cross-reference by claim number.

**A.**    **Disallowance of Certain Invalid Claims**

23.    The basis for disallowance of the claims listed on Exhibit C attached hereto (the "Invalid Unliquidated Claims") is that all of the Invalid Unliquidated Claims assert claims for which the Debtors do not have any liability.

24.    After a review of the Invalid Unliquidated Claims and the bases upon which each is asserted, if any, and a review of the Debtors' books and records, the Liquidating Trust has determined that the Invalid Unliquidated Claims assert claims for which the Debtors apparently did not incur any liability.  As a result, the Liquidating Trust disputes any liability.  Accordingly, the Liquidating Trust requests that the Invalid Unliquidated Claims identified on Exhibit C be disallowed in their entirety.

**B.      Fixing of Certain Valid or Partially Valid Unliquidated Claims**

25.      The basis for fixing the claims in the amount listed on Exhibit D attached hereto (the "Valid or Partially Valid Unliquidated Claims") is that each of the claims as filed does not assert any specific amount claimed to be due from the Debtors, but asserts a liability, in whole or in part, for which the Liquidating Trust believes there is some liability on the part of the Debtors.

26.      After a review of the Valid or Partially Valid Unliquidated Claims and the bases upon which each is asserted, if any, and a review of the Debtors' books and records, the Liquidating Trust has determined the amount of the Debtors' liability on the Valid or Partially Valid Unliquidated Claims, and seeks to allow the Valid or Partially Valid Unliquidated Claim in that amount, as set forth on Exhibit D.  Accordingly, the Liquidating Trust requests that the Valid or Partially Valid Unliquidated Claims identified on Exhibit D be fixed in the amounts stated in Exhibit D.

## RESERVATION OF RIGHTS

27.      The Liquidating Trust reserves the right to further object to any and all claims, whether or not the subject of this Objection, for allowance and/or distribution purposes, and on any other grounds.  Furthermore, the Liquidating Trust reserves the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

## NOTICE AND PROCEDURE

28.      Notice of this Objection has been provided to all Claimants with Claims that are the subject to this Objection as identified on Exhibits C and D, respectively, and to parties-in-interest in accordance with the Court's Supplemental Order

Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and

Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case

Management and Administrative Procedures (entered on December 30, 2009 at Docket No.

6208) (the "Case Management Order").  The Liquidating Trust submits that the following

methods of service upon the Claimants should be deemed by the Court to constitute due

and sufficient service of this Objection: (a) service in accordance with Federal Rule of

Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of Civil

Procedure 4; (b) to the extent counsel for a Claimant is not known to the Liquidating Trust,

by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form

or other representative identified in the proof of claim form or any attachment thereto; or

(c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's

behalf in the Debtors' bankruptcy cases.  The Liquidating Trust is serving the Claimant

with this Objection and the exhibit on which the Claimant's claim is listed.

        29.     To the extent any Claimant timely files and properly serves a

response to this Objection by **4:00 P.M. (Eastern) on November 23, 2011** as required by

the Case Management Order and under applicable law, and the parties are unable to

otherwise resolve the Objection, the Liquidating Trust requests that the Court conduct a

status conference[2] with respect to any such responding claimant at **2:00 P.M. (Eastern) on**

**December 8, 2011** and thereafter schedule the matter for a future hearing as to the merits

of such claim.  However, to the extent any Claimant fails to timely file and properly serve

a response to this Objection as required by the Case Management Order and applicable

law, the Liquidating Trust requests that the Court enter an order, substantially in the form attached hereto as Exhibit A, (i) disallowing each of the claims identified on Exhibit C attached hereto, and (ii) fixing the claims identified on Exhibit D attached hereto in the amount specified therein.

### COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
### THE OMNIBUS OBJECTION PROCEDURES ORDER

30.    This Objection complies with Bankruptcy Rule 3007(e). Additionally, the Liquidating Trust submits that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

### WAIVER OF MEMORANDUM OF LAW

31.    Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Liquidating Trust requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

### NO PRIOR RELIEF

32.    No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

---

*(cont'd from previous page)*
[2] In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the Objection do not need to appear at the status conference.

Dated: Richmond, Virginia
October 21, 2011

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## EXHIBIT A

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| - - - - - - - - - - - - - - | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S TWENTY-THIRD OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID
UNLIQUIDATED CLAIMS AND FIXING OF
CERTAIN UNLIQUIDATED CLAIMS)**

THIS MATTER having come before the Court[3] on the Liquidating Trust's Twenty-Third Omnibus Objection to Claims Omnibus Objection to Claims (Disallowance of Certain Invalid Unliquidated Claims and Fixing of Certain Unliquidated Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibits C and D attached to the Objection be disallowed or fixed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED.

2.      The Claims identified on Exhibit A as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3.      The Claims identified on Exhibit B as attached hereto and incorporated herein are forever fixed for all purposes in these bankruptcy cases in the manner stated in Exhibit B.

---

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

4.      The Court will conduct a status conference on _____,
2011 at 2:00 p.m. for all Claims identified in the Response/Action column as "Received-
Continued" on <u>Exhibit C</u> attached hereto.

5.      The Liquidating Trust's rights to object to any claim including
(without limitation) the Claims subject to the Objection, on any grounds that applicable
law permits, are not waived and are expressly reserved.

6.      The Liquidating Trust shall serve a copy of this Order on the
claimants included on the exhibits to this Order on or before five (5) business days from
the entry of this Order.

7.      This Court shall retain jurisdiction to hear and determine all matters
arising from or relating to this Order.


Dated: Richmond, Virginia
        _____, 2011


        _____
        HONORABLE KEVIN R. HUENNEKENS
        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                          - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                          - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Lynn L. Tavenner_____
Lynn L. Tavenner

Exhibit B - Unliquidated Claims Objection

| Claim | Detail Code | Name | Exhibit |
|---|---|---|---|
| 604 | 2000060401 | A TO Z COMMERCIAL KITCHEN SVCS | Exhibit C - Disallow |
| 3003 | 2000300301 | ABRAMS FARRELL WAGNER & ASSOC INC | Exhibit C - Disallow |
| 7131 | 2000713101 | ACTIONLINK LLC | Exhibit D - Modified / Fixed Amount |
| 1447 | 2000144701 | ADTECH SOLUTIONS LLC | Exhibit C - Disallow |
| 3285 | 2000328501 | ALBERTRSON, KATHLEEN | Exhibit D - Modified / Fixed Amount |
| 8315 | 2000831502 | ALLIANCE ENTERTAINMENT LLC | Exhibit C - Disallow |
| 10202 | 2001020202 | AMERICAN HOME ASSURANCE COMPANY | Exhibit C - Disallow |
| 10203 | 2001020302 | AMERICAN HOME ASSURANCE COMPANY | Exhibit C - Disallow |
| 10204 | 2001020402 | AMERICAN HOME ASSURANCE COMPANY | Exhibit C - Disallow |
| 10205 | 2001020502 | AMERICAN HOME ASSURANCE COMPANY | Exhibit C - Disallow |
| 10206 | 2001020602 | AMERICAN HOME ASSURANCE COMPANY | Exhibit C - Disallow |
| 10207 | 2001020702 | AMERICAN HOME ASSURANCE COMPANY | Exhibit C - Disallow |
| 15201 | 2001520101 | ATSWA | Exhibit C - Disallow |
| 3661 | 2000366101 | BAR B Q EXPRESS | Exhibit C - Disallow |
| 11633 | 2001163301 | Borger, Sheryl A | Exhibit D - Modified / Fixed Amount |
| 6795 | 2000679501 | BROKEMOND, MARY | Exhibit D - Modified / Fixed Amount |
| 5330 | 2000533002 | CAREY OAKLEY & CO INC | Exhibit C - Disallow |
| 5550 | 2000555001 | CAROLYN E SARVER | Exhibit C - Disallow |
| 10508 | 2001050801 | CHRISTOPHER, TAMARA | Exhibit C - Disallow |
| 4645 | 2000464501 | Financial Services fka AT&T Credit Corporation fka | Exhibit C - Disallow |
| 3061 | 2000306101 | City of Newport News Virginia | Exhibit C - Disallow |
| 15163 | 2001516301 | Clementene Bates | Exhibit C - Disallow |
| 1959 | 2000195901 | CMC MAGNETICS CORP | Exhibit D - Modified / Fixed Amount |
| 337 | 2000033701 | COMPACT POWER SYSTEMS | Exhibit C - Disallow |
| 233 | 2000023301 | COMPUTER RESOURCES & TRAINING | Exhibit C - Disallow |
| 1445 | 2000144501 | COPIAH COUNTY CIRCUIT COURT | Exhibit C - Disallow |
| 2730 | 2000273001 | COTE, JASON | Exhibit C - Disallow |
| 3047 | 2000304701 | COZYLAKE SATELLITE | Exhibit C - Disallow |
| 4477 | 2000447701 | CUMMINGS REAL ESTATE ADVISORY | Exhibit C - Disallow |
| 5766 | 2000576602 | LLC | Exhibit C - Disallow |
| 11631 | 2001163101 | DEANNA L HECKMAN & | Exhibit C - Disallow |
| 945 | 2000094501 | ECONOMIC RESEARCH SERVICES INC | Exhibit C - Disallow |
| 1273 | 2000127301 | ECONOMIC RESEARCH SERVICES INC | Exhibit C - Disallow |
| 3188 | 2000318802 | FAYETTEVILLE, CITY OF | Exhibit C - Disallow |
| 459 | 2000045901 | FIRE & SECURITY SYSTEMS INC | Exhibit C - Disallow |
| 3559 | 2000355901 | FREDDIE, WILSON | Exhibit C - Disallow |
| 15149 | 2001514901 | GROVELAND, CITY OF | Exhibit C - Disallow |
| 949 | 2000094901 | HAMPTON INN | Exhibit C - Disallow |
| 256 | 2000025601 | HARRYS CREATIVE CONCRETE COAT | Exhibit C - Disallow |
| 15027 | 2001502701 | HENRY L COOK JR | Exhibit C - Disallow |
| 3276 | 2000327601 | HOLLAND MEDI CENTER | Exhibit C - Disallow |
| 2277 | 2000227701 | HOOK, MATTHEW DAVID | Exhibit C - Disallow |
| 6222 | 2000622201 | HUNTER, BRAVELL | Exhibit C - Disallow |
| 13609 | 2001360901 | JOHN J WOODWARD | Exhibit C - Disallow |
| 3712 | 2000371201 | JORGE P SALA LAW OFFICES | Exhibit D - Modified / Fixed Amount |
| 625 | 2000062501 | LAWSON, ALFRED | Exhibit C - Disallow |
| 15137 | 2001513701 | Magic Services Inc | Exhibit C - Disallow |
| 7448 | 2000744801 | MOHAMMED KINAAN | Exhibit C - Disallow |

Exhibit B - Unliquidated Claims Objection

| Claim | Detail Code | Name | Exhibit |
|---|---|---|---|
| 8589 | 2000858901 | Winston Deceased | Exhibit C - Disallow |
| 7368 | 2000736802 | OLD REPUBLIC INSURANCE COMPANY | Exhibit C - Disallow |
| 7369 | 2000736902 | OLD REPUBLIC INSURANCE COMPANY | Exhibit C - Disallow |
| 7370 | 2000737002 | OLD REPUBLIC INSURANCE COMPANY | Exhibit C - Disallow |
| 7372 | 2000737202 | OLD REPUBLIC INSURANCE COMPANY | Exhibit C - Disallow |
| 7373 | 2000737302 | OLD REPUBLIC INSURANCE COMPANY | Exhibit C - Disallow |
| 7374 | 2000737402 | OLD REPUBLIC INSURANCE COMPANY | Exhibit C - Disallow |
| 7375 | 2000737502 | OLD REPUBLIC INSURANCE COMPANY | Exhibit C - Disallow |
| 7377 | 2000737702 | OLD REPUBLIC INSURANCE COMPANY | Exhibit C - Disallow |
| 7378 | 2000737802 | OLD REPUBLIC INSURANCE COMPANY | Exhibit C - Disallow |
| 7379 | 2000737902 | OLD REPUBLIC INSURANCE COMPANY | Exhibit C - Disallow |
| 7380 | 2000738002 | OLD REPUBLIC INSURANCE COMPANY | Exhibit C - Disallow |
| 7381 | 2000738102 | OLD REPUBLIC INSURANCE COMPANY | Exhibit C - Disallow |
| 7382 | 2000738202 | OLD REPUBLIC INSURANCE COMPANY | Exhibit C - Disallow |
| 7383 | 2000738302 | OLD REPUBLIC INSURANCE COMPANY | Exhibit C - Disallow |
| 7384 | 2000738402 | OLD REPUBLIC INSURANCE COMPANY | Exhibit C - Disallow |
| 7385 | 2000738502 | OLD REPUBLIC INSURANCE COMPANY | Exhibit C - Disallow |
| 7386 | 2000738602 | CANADA | Exhibit C - Disallow |
| 617 | 2000061702 | OVERHEAD DOOR PORTLAND | Exhibit C - Disallow |
| 725 | 2000072502 | PADDOCK PUBLICATIONS INC | Exhibit C - Disallow |
| 4939 | 2000493901 | PENGELLY, JAKE C | Exhibit C - Disallow |
| 5359 | 2000535901 | PERRYMAN, TY SHAWNEE | Exhibit C - Disallow |
| 9852 | 2000985201 | PETES TOWING SERVICE | Exhibit C - Disallow |
| 6911 | 2000691101 | PlumChoice Inc | Exhibit D - Modified / Fixed Amount |
| 1723 | 2000172301 | PNY Technologies Inc | Exhibit C - Disallow |
| 3809 | 2000380902 | PREFERRED INSULATION CONTRACTORS INC | Exhibit C - Disallow |
| 3113 | 2000311301 | PROTECH INSTALLATION SERVICE | Exhibit D - Modified / Fixed Amount |
| 9783 | 2000978301 | Pulse Interactive LLC | Exhibit D - Modified / Fixed Amount |
| 13881 | 2001388101 | RICKY VALDES | Exhibit C - Disallow |
| 395 | 2000039501 | RIVERSIDE PUBLIC UTILITIES, CA | Exhibit C - Disallow |
| 15051 | 2001505101 | RYAN INC | Exhibit C - Disallow |
| 142 | 2000014201 | SARETSKY HART MICHAELS & GOULD | Exhibit C - Disallow |
| 14839 | 2001483901 | SCHENECTADY COUNTY | Exhibit C - Disallow |
| 391 | 2000039101 | SIGNCO INC | Exhibit C - Disallow |
| 767 | 2000076701 | SMART & BIGGAR | Exhibit D - Modified / Fixed Amount |
| 2739 | 2000273901 | SOUTHERN CONNECTICUT GAS COMPANY | Exhibit C - Disallow |
| 11624 | 2001162401 | TEXAS STORAGE SYSTEMS | Exhibit C - Disallow |
| 3909 | 2000390901 | THE HOME INSURANCE COMPANY IN LIQUIDATION | Exhibit C - Disallow |
| 1134 | 2000113401 | TULLY MD, VINCENT | Exhibit C - Disallow |
| 3572 | 2000357201 | VALDES, RICKY ANDRES | Exhibit D - Modified / Fixed Amount |
| 9249 | 2000924901 | VERIZON COMMUNICATIONS INC SUBSIDIARIES | Exhibit C - Disallow |
| 4958 | 2000495801 | VORTEX | Exhibit C - Disallow |
| 1444 | 2000144401 | WAAY | Exhibit C - Disallow |
| 3454 | 2000345401 | WAAY | Exhibit C - Disallow |
| 382 | 2000038201 | WATKINS FLOWERS OF DISTINCTION | Exhibit C - Disallow |
| 845 | 2000084501 | WKGR FM | Exhibit C - Disallow |
| 815 | 2000081501 | WKYC TV | Exhibit C - Disallow |
| 367 | 2000036701 | ZEE MEDICAL | Exhibit C - Disallow |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Disallowed**

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 12/4/2008 | 604<br><br>2000060401 | A TO Z COMMERCIAL KIT<br><br>1630 S ELOY RD<br><br><br>GOLDEN VALLEY, AZ 86413 | | Unliquidated | U | CIRCUIT CITY STORES WEST COAST, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/8/2009 | 3003<br><br>2000300301 | ABRAMS FARRELL WAGN<br><br>PO Box 2193<br><br><br>Daytona Beach, FL 32115 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 12/1/2008 | 1447<br><br>2000144701 | ADTECH SOLUTIONS LLC<br><br>1880 MCFARLAND RD STE 1<br><br><br>ALPHARETTA, GA 30005 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/30/2009 | 8315<br><br>2000831502 | ALLIANCE ENTERTAINME<br><br>27500 Riverview Center Blvd S<br><br><br>Bonita Springs, FL 34134 | | Unliquidated | U | CIRCUIT CITY STORES WEST COAST, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/30/2009 | 10205<br><br>2001020502 | AMERICAN HOME ASSUR<br><br>AIG Bankruptcy Collections<br><br>70 Pine St 28th Fl<br><br>New York, NY 10270 | David A Levin<br>Authorized<br>Representative | Unliquidated | U | CIRCUIT CITY PROPERTIES, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/30/2009 | 10203<br><br>2001020302 | AMERICAN HOME ASSUR<br><br>AIG Bankruptcy Collections<br><br>70 Pine St 28th Fl<br><br>New York, NY 10270 | David A Levin<br>Authorized<br>Representative | Unliquidated | U | INTERTAN, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Disallowed**

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1/30/2009 | 10202 2001020202 | AMERICAN HOME ASSUR AIG Bankruptcy Collections 70 Pine St 28th Fl New York, NY 10270 | David A Levin Authorized Representative | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/30/2009 | 10204 2001020402 | AMERICAN HOME ASSUR AIG Bankruptcy Collections 70 Pine St 28th Fl New York, NY 10270 | David A Levin Authorized Representative | Unliquidated | U | CIRCUIT CITY STORES WEST COAST, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/30/2009 | 10206 2001020602 | AMERICAN HOME ASSUR AIG Bankruptcy Collections 70 Pine St 28th Fl New York, NY 10270 | David A Levin Authorized Representative | Unliquidated | U | CIRCUIT CITY PURCHASING COMPANY, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/30/2009 | 10207 2001020702 | AMERICAN HOME ASSUR AIG Bankruptcy Collections 70 Pine St 28th Fl New York, NY 10270 | David A Levin Authorized Representative | Unliquidated | U | CIRCUIT CITY STORES PR, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/10/2011 | 15201 2001520101 | ATSWA 3131 Colonial Dr Duncansville, PA 16635 | | Unliquidated | A | Circuit City Stores, Inc. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. In addition, this claim was filed late and should be expunged. |
| 1/13/2009 | 3661 2000366101 | BAR B Q EXPRESS NO 55 TIFFANY PLAZA ARDMORE, OK 73401-2534 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Disallowed**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1/26/2009 | 5330<br><br>2000533002 | CAREY OAKLEY & CO INC<br>5039 HUROP RD<br><br><br>SANDSTON, VA 23150 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/26/2009 | 5550<br><br>2000555001 | CAROLYN E SARVER<br>7446 BURNETT FIELD DR<br><br><br>MECHANICSVILLE, VA 23111- | SARVER CAROLYN E | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 2/2/2009 | 10508<br><br>2001050801 | CHRISTOPHER, TAMARA<br>22 FAIRVIEW TER<br><br><br>ANNISTON, AL 36207 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/16/2009 | 4645<br><br>2000464501 | CIT Communications Financ<br>CIT Communications Finance<br>1 CIT Dr Ste 4204<br><br><br>Livingston, NJ 07039 | Attn Bankruptcy Department | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/9/2009 | 3061<br><br>2000306101 | City of Newport News Virgini<br>2400 Washington Ave<br><br><br>Newport News, VA 23607-4300 | City Attorneys Office | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 12/6/2010 | 15163<br><br>2001516301 | Clementene Bates<br>210 Town Park Dr<br><br><br>Kennesaw, GA 30144 | Bank of America | Unliquidated | U | Circuit City Stores, Inc. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Disallowed

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 11/21/200 | 337 2000033701 | COMPACT POWER SYST 7801 HAYVENHURST VAN NUYS, CA 91406 | JOSE CHAVEZ | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 11/28/200 | 233 2000023301 | COMPUTER RESOURCES 225 TRIPLE CREEK DR CLYDE, NC 28721 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 11/28/200 | 1445 2000144501 | COPIAH COUNTY CIRCUI PO BOX 467 HAZLEHURST, MS 39083 | CIRCUIT CLERK | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 12/31/200 | 2730 2000273001 | COTE, JASON 17 CAMELOT COURT NOTTINGHAM, NH 03290-0000 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/8/2009 | 3047 2000304701 | COZYLAKE SATELLITE RR1 BOX 1619 HOPBOTTOM, PA 18824 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/21/2009 | 4477 2000447701 | CUMMINGS REAL ESTAT 11117 BOTHWELL ST RICHMOND, VA 23233 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Disallowed**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1/26/2009 | 5766<br><br>2000576602 | CWAC CUSTOM WOODW<br>2420 SMITH ST UNITE 1<br><br>KISSIMMEE, FL 34744 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 2/27/2009 | 11631<br><br>2001163101 | DEANNA L HECKMAN &<br>7201 HUGHES RD<br><br>SANDSTON, VA 23150 | ATTN DEANNA HARDING | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 12/19/200 | 945<br><br>2000094501 | ECONOMIC RESEARCH S<br>4901 TOWER CT<br><br>TALLASSEE, FL 32303 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 12/18/200 | 1273<br><br>2000127301 | ECONOMIC RESEARCH S<br>4901 TOWER CT<br><br>TALLAHASSEE, FL 32303 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/12/2009 | 3188<br><br>2000318802 | FAYETTEVILLE, CITY OF<br>City Attorneys Office<br>PO Box 1513<br><br>Fayetteville, NC 28302 | Fayetteville City of | Unliquidated | P | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 12/1/2008 | 459<br><br>2000045901 | FIRE & SECURITY SYSTE<br>516 W CAMPUS DR<br><br>ARLINGTON HTS, IL 60004-14 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1/13/2009 | 3559<br><br>2000355901 | FREDDIE, WILSON<br>2601 NW 56TH AVE<br><br><br><br>LAUDERHILL, FL 33313-2486 | EDWYNA JEAN PIERRE | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 11/26/201 | 15149<br><br>2001514901 | GROVELAND, CITY OF<br>1560 Bloxam Ave<br><br><br><br>Clermont, FL 34711 | Law Office of Anita Geraci Carver PA | Unliquidated | U | Circuit City Stores, Inc. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 12/19/200 | 949<br><br>2000094901 | HAMPTON INN<br>12909 NORTHWEST FWY<br><br><br><br>HOUSTON, TX 77040 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 11/28/200 | 256<br><br>2000025601 | HARRYS CREATIVE CON<br>517 ENDERBY RD<br><br><br><br>CHULUOTA, FL 32766-9097 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 4/23/2010 | 15027<br><br>2001502701 | HENRY L COOK JR<br>PO Box 3583<br><br><br><br>Columbus, GA 31903 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/9/2009 | 3276<br><br>2000327601 | HOLLAND MEDI CENTER<br>355 N 120th Ave<br><br><br><br>Holland, MI 49424 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Disallowed**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 12/30/200 | 2277  2000227701 | HOOK, MATTHEW DAVID  44 OLD BARRINGTON RD  BARRINGTON, IL 60010 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/27/2009 | 6222  2000622201 | HUNTER, BRAVELL  PO BOX 8632  REDLANDS, CA 92375-1832 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 6/1/2009 | 13609  2001360901 | JOHN J WOODWARD  620 State St  Schenectady, NY 12305-2114 | Schenectady County Clerk | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 12/8/2008 | 625  2000062501 | LAWSON, ALFRED  9400 GLASCOW DR  FREDERICKSBURG, VA 22408 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 11/22/201 | 15137  2001513701 | Magic Services Inc  PO Box 95126  Oklahoma City, OK 73143 | Magic Linen & Scott Cleaners | Unliquidated | U | Circuit City Stores, Inc. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/28/2009 | 7448  2000744801 | MOHAMMED KINAAN  6909 Granada Dr  Redding, CA 96002-9784 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Disallowed**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1/30/2009 | 8589 2000858901 | Nina Winston Administrator Corboy & Demetrio 33 N Dearborn 21st Fl Chicago, IL 60602 | c o Michael K Demetrio | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/28/2009 | 7377 2000737702 | OLD REPUBLIC INSURAN Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | Old Republic Risk Management Inc | Unliquidated | U | ORBYX ELECTRONICS, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/28/2009 | 7380 2000738002 | OLD REPUBLIC INSURAN Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | Old Republic Risk Management Inc | Unliquidated | U | XSSTUFF, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/28/2009 | 7384 2000738402 | OLD REPUBLIC INSURAN Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | Old Republic Risk Management Inc | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/28/2009 | 7368 2000736802 | OLD REPUBLIC INSURAN Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | Old Republic Risk Management Inc | Unliquidated | U | PRAHS, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/28/2009 | 7369 2000736902 | OLD REPUBLIC INSURAN Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | Old Republic Risk Management Inc | Unliquidated | U | PATAPSCO DESIGNS, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Disallowed**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1/28/2009 | 7370 2000737002 | OLD REPUBLIC INSURAN Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | Old Republic Risk Management Inc | Unliquidated | U | SKY VENTURE CORP. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/28/2009 | 7372 2000737202 | OLD REPUBLIC INSURAN Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | Old Republic Risk Management Inc | Unliquidated | U | CIRCUIT CITY PROPERTIES, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/28/2009 | 7373 2000737302 | OLD REPUBLIC INSURAN Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | Old Republic Risk Management Inc | Unliquidated | U | CIRCUIT CITY STORES PR, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/28/2009 | 7374 2000737402 | OLD REPUBLIC INSURAN Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | Old Republic Risk Management Inc | Unliquidated | U | COURCHEVEL, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/28/2009 | 7375 2000737502 | OLD REPUBLIC INSURAN Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | Old Republic Risk Management Inc | Unliquidated | U | CC AVIATION, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/28/2009 | 7381 2000738102 | OLD REPUBLIC INSURAN Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | Old Republic Risk Management Inc | Unliquidated | U | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Disallowed**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1/28/2009 | 7383 2000738302 | OLD REPUBLIC INSURAN Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | Old Republic Risk Management Inc | Unliquidated | U | KINZER TECHNOLOGY, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/28/2009 | 7385 2000738502 | OLD REPUBLIC INSURAN Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | Old Republic Risk Management Inc | Unliquidated | U | ABBOTT ADVERTISING AGENCY, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/28/2009 | 7378 2000737802 | OLD REPUBLIC INSURAN Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | Old Republic Risk Management Inc | Unliquidated | U | CIRCUIT CITY PURCHASING COMPANY, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/28/2009 | 7382 2000738202 | OLD REPUBLIC INSURAN Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | Old Republic Risk Management Inc | Unliquidated | U | CIRCUIT CITY STORES WEST COAST, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/28/2009 | 7379 2000737902 | OLD REPUBLIC INSURAN Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | Old Republic Risk Management Inc | Unliquidated | U | MAYLAND MN, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/28/2009 | 7386 2000738602 | OLD REPUBLIC INSURAN Old Republic Insurance Compa 100 King St West Box 557 Hamilton, ON L8N 3K9 | Paul M Field | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Disallowed**

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 12/8/2008 | 617<br><br>2000061702 | OVERHEAD DOOR PORTL<br><br>10 LIBERTY DR<br><br><br><br>LONDONDERRY, NH 03053 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 12/9/2008 | 725<br><br>2000072502 | PADDOCK PUBLICATIONS<br><br>PADDOCK PUBLICATIONS<br><br><br><br>ARLINGTON HTS, IL 60006 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/21/2009 | 4939<br><br>2000493901 | PENGELLY, JAKE C<br><br>2919 CANDELARIA DR<br><br><br><br>HENDERSON, NV 89074 | | Unliquidated | U | CIRCUIT CITY STORES WEST COAST, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/26/2009 | 5359<br><br>2000535901 | PERRYMAN, TY SHAWNE<br><br>3596 Georgetown Cir<br><br><br><br>Louisville, KY 40215 | Perryman Ty Shawnee | Unliquidated | U | CIRCUIT CITY STORES PR, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/29/2009 | 9852<br><br>2000985201 | PETES TOWING SERVICE<br><br>17706 16th St KPN<br><br><br><br>Lakebay, WA 98349-9728 | Jerry Voss | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 12/16/200 | 1723<br><br>2000172301 | PNY Technologies Inc<br><br>McCarter & English LLP<br>Four Gateway Center<br>100 Mulberry St<br><br>Newark, NJ 07102-4096 | Attn Clement J Farley | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Disallowed**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1/15/2009 | 3809<br><br>2000380902 | PREFERRED INSULATION<br><br>1678 S LEWIS ST<br><br><br><br>ANAHEIM, CA 92805 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 6/29/2009 | 13881<br><br>2001388101 | RICKY VALDES<br><br>32243 Yosemite St<br><br><br><br>Winchester, CA 92596-8780 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 12/2/2008 | 395<br><br>2000039501 | RIVERSIDE PUBLIC UTILIT<br><br>3900 MAIN STREET<br><br><br><br>RIVERSIDE, CA 92522-0144 | | Unliquidated | U | CIRCUIT CITY STORES WEST COAST, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 6/10/2010 | 15051<br><br>2001505101 | RYAN INC<br><br>Cantey Hanger LLP<br><br>1999 Bryan St Ste 3330<br><br><br><br>Dallas, TX 75201 | Bruce W Akerly | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 11/28/200 | 142<br><br>2000014201 | SARETSKY HART MICHAE<br><br>995 S ETON<br><br><br><br>BIRMINGHAM, MI 48009 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 3/8/2010 | 14839<br><br>2001483901 | SCHENECTADY COUNTY<br><br>612 STATE STREET<br><br>CHIEF CLERK SUPREME AN<br><br><br><br>SCHENECTADY, NY 12305 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Disallowed**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 12/2/2008 | 391<br><br>2000039101 | SIGNCO INC<br>16901 GRAND VIEW LANE<br><br><br>KENNEWICK, WA 99338 | JERRY WOLF | Unliquidated | U | CIRCUIT CITY STORES WEST COAST, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 12/31/200 | 2739<br><br>2000273901 | SOUTHERN CONNECTICU<br>855 Main St<br><br><br>Bridgeport, CT 06606 | Marcia Fantano | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 2/17/2009 | 11624<br><br>2001162401 | TEXAS STORAGE SYSTE<br>9501 MONROE RD<br><br><br>HOUSTON, TX 77075-2551 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/13/2009 | 3909<br><br>2000390901 | THE HOME INSURANCE C<br>55 S Commercial St<br><br><br>Manchester, NH 03101-2606 | Karen Tisdell | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 12/15/200 | 1134<br><br>2000113401 | TULLY MD, VINCENT<br>180 Kellows Rd<br><br><br>Honesdale, PA 18431 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/30/2009 | 9249<br><br>2000924901 | VERIZON COMMUNICATIO<br>Arnall Golden Gregory LLP<br>171 17th St NW Ste 2100<br><br>Atlanta, GA 30363-1031 | Darrl S Laddin Esq | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Disallowed**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1/21/2009 | 4958 2000495801 | VORTEX 7006 S ALTON WAY B VORTEX COLORADO INC CENTENNIAL, CO 80112 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 12/1/2008 | 1444 2000144401 | WAAY 1000 MONTE SANO BLVD HUNTSVILLE, AL 35801 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1/13/2009 | 3454 2000345401 | WAAY 1000 MONTE SANO BLVD HUNTSVILLE, AL 35801 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 12/1/2008 | 382 2000038201 | WATKINS FLOWERS OF D 2731 CAPITAL BLVD RALEIGH, NC 27604 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 12/15/200 | 845 2000084501 | WKGR FM 3071 CONTINENTAL DR W PALM BEACH, FL 33407 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 12/12/200 | 815 2000081501 | WKYC TV 1333 LAKESIDE AVE E CLEVELAND, OH 44114 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Disallowed**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 11/24/200 | 367 2000036701 | ZEE MEDICAL PO BOX 610878 SAN JOSE, CA 95161-0878 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |

In re Circuit City Stores, Inc, et al.    **Exhibit D: Fixed Amount**
Case No. 08-35653 (KRH)

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/28/2009 | 6911 2000691101 | PlumChoice Inc 5 FEDERAL ST STE 0003 BILLERICA, MA 01821 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | $1,893,592.25 | General Unsecured | CIRCUIT CITY STORES. | Based on the debtor's books and records, the claim amount should be docketed at 1,893,592.25 as a general unsecured claim. |
| 1/28/2009 | 7131 2000713101 | ACTIONLINK LLC 4100 EMBASSY PKWY AKRON, OH 44333 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | $328,766.98 | General Unsecured | CIRCUIT CITY STORES. | Based on the debtor's books and records, the claim amount should be docketed at 328,766.98 as a general unsecured claim. |
| 12/26/200 | 1959 2000195901 | CMC MAGNETICS CORP 15TH FL MING CHUAN W RD TAIPEI, | | Unliquidated | U | CIRCUIT CITY STORES, INC. | $67,055.00 | General Unsecured | CIRCUIT CITY STORES. | Based on the debtor's books and records, the claim amount should be docketed at 67,055.00 as a general unsecured claim. |
| 1/30/2009 | 9783 2000978301 | Pulse Interactive LLC 150 Sprinside Dr Ste C350 Akron, OH 44333 | Attn Karl Shaw | Unliquidated | U | CIRCUIT CITY STORES, INC. | $18,000.00 | General Unsecured | CIRCUIT CITY STORES. | Based on the debtor's books and records, the claim amount should be docketed at 18,000.00 as a general unsecured claim. |
| 1/9/2009 | 3113 2000311301 | PROTECH INSTALLATION 1241 MIDWAY RD WILLIAMSON, GA 30292-3439 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | $11,645.00 | General Unsecured | CIRCUIT CITY STORES. | Based on the debtor's books and records, the claim amount should be docketed at 11,645.00 as a general unsecured claim. |
| 1/13/2009 | 3712 2000371201 | JORGE P SALA LAW OFFI 8169 CALLE CONCORDIA ST PONCE, PR 00717-1556 | COND SAN VICENTE | Unliquidated | U | CIRCUIT CITY STORES PR, LLC | $3,229.50 | General Unsecured | CIRCUIT CITY STORES | Based on the debtor's books and records, the claim amount should be docketed at 3,229.50 as a general unsecured claim. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit D: Fixed Amount

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/10/200 | 767  2000076701 | SMART & BIGGAR  55 METCALFE ST STE 900  OTTAWA,  K1P 56 | | Unliquidated | U | CIRCUIT CITY STORES WEST COAST. | $3,075.24 | General Unsecured | CIRCUIT CITY STORES | Based on the debtor's books and records, the claim amount should be docketed at $3,075.24 as a general unsecured claim. |
| 2/27/2009 | 11633  2001163301 | Borger, Sheryl A  31654 Lynne Dr  Rockwood, MI 48173 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | $1,019.96 | General Unsecured | CIRCUIT CITY STORES. | Based on the debtor's books and records, the claim amount should be docketed at $1,019.96 as a general unsecured claim. |
| 1/13/2009 | 3572  2000357201 | VALDES, RICKY ANDRES  32243 YOSEMITE ST  WINCHESTER, CA 92596-8780 | | Unliquidated | U | CIRCUIT CITY STORES WEST COAST. | $573.76 | General Unsecured | CIRCUIT CITY STORES | Based on the debtor's books and records, the claim amount should be docketed at $573.76 as a general unsecured claim. |
| 1/12/2009 | 3285  2000328501 | ALBERTRSON, KATHLEE  3848 W 137TH ST  CLEVELAND, OH 44111-4443 | | Unliquidated | U | CIRCUIT CITY STORES WEST COAST. | $225.73 | General Unsecured | CIRCUIT CITY STORES | Based on the debtor's books and records, the claim amount should be docketed at $225.73 as a general unsecured claim and is therefore a de minimis claim in accordance with the confirmed plan. |
| 1/28/2009 | 6795  2000679501 | BROKEMOND, MARY  4310 STEWART CT  EAST CHICAGO, IN 46312-314 | | Unliquidated | U | CIRCUIT CITY STORES, INC. | $162.54 | General Unsecured | CIRCUIT CITY STORES. | Based on the debtor's books and records, the claim amount should be docketed at $162.54 as a general unsecured claim and is therefore a de minimis claim in accordance with the confirmed plan. |