UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| In re: <br><br> CIRCUIT CITY STORES, INC., <br><br> Debtors. | Chapter 11 <br><br> Case No.: 08-35653 <br><br> Judge Kevin R. Huennekens <br><br> Jointly Administered <br><br> TRANSFER OF CLAIM AND BILL OF SALE <br> BANKRUPTCY RULE 3001(E)(2) |

PLEASE TAKE NOTICE that the General Unsecured claim(s) of DEMATTEO MANAGEMENT INC (underlying creditor or "Transferor"), against the above captioned Debtor in the filed amount of $ 3,181,345.66 , as set forth in proof of claim number 15049 filed 6/8/2010 and reduced to $2,702,369.46 by the Settlement Agreement and Mutual Release entered into between DEMATTEO MANAGEMENT INC and the Circuit City Stores, inc. Liquidating Trust on or about September 9, 2011 and all general unsecured claims of Transferor associated with such claim have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery X LP, ("USDR"). DEMATTEO MANAGEMENT INC retains the administrative priority portion of the claim. The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2). This constitutes a bill of sale of the claim.

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:** DEMATTEO MANAGEMENT INC

Print Name: M. Joseph DeMatteo    Title: President

Signature: M. Joseph De Matteo    Date: October 11, 2011

Corrected Address (if req.)_____

Phone: 781-878-5900    E-Mail: LJD6356N@AOL.COM

**TRANSFEREE:**
United States Debt Recovery X LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: _____
Nathan E. Jones, Managing Director