UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC. et al.

Debtors.

)
)  Case No.: 08-35653 (KRH)
)
)  Jointly Administered
)
)  Chapter 11
)
)
)
)

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that CREDITOR, a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery, X L.P. and in connection with such transfer, herby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim # 15049, filed 6/8/2010), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**FORMER ADDRESS**

DeMatteo Management Inc
Jennifer V Doran Esq
Hinckley Allen & Snyder LLP
28 State St
Boston, MA 02109-1775

**NEW ADDRESS**

DeMatteo Management Inc
c/o United States Debt Recovery, X, L.P.
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

I declare under penalty of perjury that the foregoing is true and correct.

DeMatteo Management Inc

Print Name: M. Joseph DeMatteo    Title: President

Signature: M. Joseph DeMatteo    Date: October 11, 2011