UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC.,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No.: 08-35653<br>)<br>) Judge Kevin R. Huennekens<br>)<br>) Jointly Administered<br>)<br>) TRANSFER OF CLAIM / BILL OF SALE<br>) BANKRUPTCY RULE 3001(E)(2) |

PLEASE TAKE NOTICE that the claim(s) of Specific Media LLC f/k/a Specific Media, Inc. (underlying creditor or "Transferor"), against the above captioned Debtor in the filed amount of $324,221.24, as set forth in proof of claim number 13072 filed 5/27/2009 which was later reduced to $200,000.00 general unsecured, non-priority claim by the Settlement Agreement and Stipulation entered into between Specific Media LLC f/k/a Specific Media, Inc. and the Circuit City Stores Liquidating Trust on or about July 26, 2011, and all claims of Transferor associated with such claim have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery X LP, ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, USDR below.

TRANSFEROR: Specific Media LLC f/k/a Specific Media, Inc.

Print Name _Zachary St. Martin_   Title: _VP_

Signature: _Zach St Martin_   Date: _10/19/11_

Corrected Address (if req.) _____

Phone: _424 202 6015_   E-Mail: _zstmartin@myspace-inc.com_

TRANSFEREE:
United States Debt Recovery X LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: _____
Nathan E. Jones, Managing Director

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

CIRCUIT CITY STORES, INC.,

          Debtor.

) Chapter 11
)
) Case No.: 08-35653
)
) Judge Kevin R. Hennekens
)

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(e)(2)**

**Name of Proposed Transferor:**
SPECIFIC MEDIA INC
4 PARK PLAZA STE 1900
IRVINE, CA 92614

**Name of Transferee:**
United States Debt Recovery X, LP
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF

YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

    **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Eastern District of Virginia
    310 United States Courthouse Annex
    1100 East Main St.
    Richmond, VA 23219-3538

    **SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court
records as the claimant.

---

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO._____
Copy (check)   Claims Agent_____   Transferee_____   Debtor's Attorney_____

_____
Deputy Clerk