## UNITED STATES BANKRUPTCY COURT
## FOR EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| In re:<br><br>**CIRCUIT CITY STORES, INC. et al.**<br><br>Debtors. | Case No.: 08-35653 (KRH)<br><br>Jointly Administered<br><br>Chapter 11 |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that CREDITOR, a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery, X L.P. and in connection with such transfer, herby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim # 13072 , filed 5/27/2009), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

FORMER ADDRESS
SPECIFIC MEDIA LLC f/k/a SPECIFIC MEDIA INC.
4 PARK PLAZA STE 1900
IRVINE, CA 92614

NEW ADDRESS
Specific Media LLC f/k/a Specific Media, Inc.
c/o United States Debt Recovery, X, L.P.
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

I declare under penalty of perjury that the foregoing is true and correct.

SPECIFIC MEDIA LLC f/k/a SPECIFIC MEDIA INC.

Print Name _Zachary St. Martin_ Title: _VP_

Signature: _Zach St Martin_ Date: _10/19/11_