UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re  
CIRCUIT CITY STORES, INC. et al.

Debtors.

Chapter 11

Case No. 08-35653

(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Lancaster Propane Gas, Inc. and Lancaster Propane, PA. a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions, be sent to the New Address set forth below, effect as of the date hereof.

Former Address  
Lancaster Propane Gas, Inc. and  
Lancaster Propane, PA  
2860 Yellow Goose Road  
Lancaster, PA 17601

New Address  
Lancaster Propane Gas, Inc. and  
Lancaster Propane, PA  
c/o Contrarian Capital Management, L.L.C.  
411 West Putnam Avenue – Suite 425  
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

LANCASTER PROPANE GAS, INC. and
LANCASTER PROPANE, PA

By: _Paul J White_

Title: _President_

Date: _10-5-11_