Robert J. Brown (KY 08363)
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Telephone:     (859) 233-2012
Facsimile:      (859) 259-0649

*Attorneys for CB Richard Ellis/
Louisville, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 08-35653-KRH |
| ) | (Jointly Administered) |
| CIRCUIT CITY STORES, INC., *et al.* ) | |
| ) | Chapter 11 |
| ) | |
| DEBTOR. ) | Judge Kevin R. Huennekens |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

The law firm of Wyatt, Tarrant & Combs, LLP, pursuant to Federal Rule of Bankruptcy Procedure 9010, hereby enters its appearance as attorneys for CB Richard Ellis / Louisville, LLC with regard to all matters and proceedings in the above-captioned case, showing counsel's name, office mail address, electronic mail address and telephone number as follows:

>    Robert J. Brown
>    Wyatt, Tarrant & Combs, LLP
>    250 West Main Street, Suite 1600
>    Lexington, Kentucky  40507-1746
>    Telephone:  (859) 233-2012
>    Facsimile:  (859) 259-0649
>    Email:  lexbankruptcy@wyattfirm.com

CB Richard Ellis / Louisville, LLC, pursuant to Federal Rule of Bankruptcy Procedure 2002, hereby requests that all notices required to be given under Rules 2002, 4001, 6004, 6006,

6007 and 9019 be given to CB Richard Ellis / Louisville, LLC by due service upon its undersigned attorneys, Wyatt, Tarrant & Combs, LLP, at the address stated above.

PLEASE TAKE FURTHER NOTICE that Creditor intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive Creditor's right to have final orders in non-core matters entered only after de novo review by a District Judge; (2) Creditor's right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) Creditor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Creditor is or may be entitled under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly reserves.

Respectfully submitted,

WYATT, TARRANT & COMBS, LLP

/s/ Robert J. Brown
Robert J. Brown (KY 08363)
250 West Main Street, Suite 1600
Lexington, Kentucky  40507-1746
Telephone:  (859) 233-2012
Facsimile:   (859) 259-0649
E-mail:  Lexbankruptcy@wyattfirm.com

COUNSEL FOR CB RICHARD ELLIS /
LOUISVILLE, LLC

## CERTIFICATE OF SERVICE

       This is to certify that a true and correct copy of the foregoing Notice of Appearance has been served in the method established in the Case Management/Electronic Case Files (CM/ECF) Policy Statement to all parties designated to receive electronic service including Counsel for the Debtor and the Office of the U.S. Trustee via facsimile, electronic and/or first-class, postage prepaid U.S. mail on this 25th day of October, 2011.

                                            /s/ Robert J. Brown
                                            Robert J. Brown

30584907.1