# VEZINA AND GATTUSO, L.L.C.

ROY J. D. GATTUSO
SEAN R. DAWSON†
J. MARC VEZINA*
KELLI MATHIEU KHALAF
SCOTT C. DUSANG
KELLY E. TANNER
† LL.M. IN TAXATION
* ALSO LICENSED IN TEXS and GEORGIA

**401 WEYER STREET**
**P.O. BOX 461**
**GRETNA, LOUISIANA 70054**
**(504) 368-5223**
**FAX (504) 361-3624**
**www.vezinagattuso.com**



October 21, 2011

Clerk of Court
United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

> Re:   Creditor:       Patty Burrell
>        In Re:          Circuit City Stores, Inc.
>        Case Number: 08-35653-KRH
>        Chapter 11
>        Judge Kevin R. Huennekens

Dear Sir/Madam:

This letter is to advise you that my father, David L. Dawson, Jr., passed away in May 2011. He was the attorney of record for Patty Burrell, a creditor in the above referenced bankruptcy.

I have spoken with Ms. Burrell, and she would like all notices sent directly to her. Please substitute the following information in the record of the above referenced case.

> Patty Burrell
> 4536 McClelland Court
> Baton Rouge, LA 70805

Thank you for your assistance, and please do not hesitate to call if you have any questions.

Very truly yours,

Sean R. Dawson

SRD/pgc
cc:   Patty Burrell