Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al., | **:** Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:** (Jointly Administered) |
| | **:** |
| | **:** |

### NOTICE OF TWENTY-FOURTH OMNIBUS OBJECTION
### TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS)

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Twenty-Fourth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.  By the Objection, the Liquidating Trust is seeking to reduce certain partially invalid claims.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Reference Objection |
|---|---|---|---|

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. <u>YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION.</u> THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY <u>4:00 P.M. (EASTERN TIME) ON DECEMBER 1, 2011</u>, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

<u>**Critical Information for Claimants**</u>
<u>**Choosing to File a Response to the Objection**</u>

<u>Who Needs to File a Response</u>: If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

<u>Response Deadline</u>: The Response Deadline is **<u>4:00 p.m. (Eastern Time) on December 1, 2011 (the "Response Deadline")</u>**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **<u>actually</u> <u>received</u>** on or before the Response Deadline by the Bankruptcy Court at the following address:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

The status hearing on the Objection will be held at **2:00 p.m. (Eastern Time) on December 8, 2011 at:**

United States Bankruptcy Court
701 East Broad Street – Courtroom 5000
Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

<u>**Procedures for Filing a Timely Response and
Information Regarding the Hearing on the Objection**</u>

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

    a.    a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

    b.    the claimant's name and an explanation for the amount of the Claim;

    c.    a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the

specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d.    a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e.    a declaration of a person with personal knowledge of the relevant facts that support the Response;

f.    the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address"). If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

g.    to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses"). Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**. To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf. Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**. If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection without further notice to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy

Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

### Additional Information

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kcclllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.


Dated:    October 31, 2011

<div style="margin-left:auto; width:55%;">

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
        pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
        acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

</div>

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | X | |

## LIQUIDATING TRUST'S TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS)

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through

Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the

Second Amended Joint Plan of Liquidating of Circuit City Stores, Inc. and its Affiliated

Debtors and Debtors in Possession and its Official Committee of Creditors Holding

General Unsecured Claims (the "Plan") in the above-captioned cases, hereby files this

Twenty-Fourth Omnibus Objection to Claims (Reduction of Certain Partially Invalid

Claims) (the "Objection"), and hereby moves this court (the "Court"), pursuant to sections

105, 502 and 503 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as

amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the

proposed form of which is attached hereto as Exhibit A, granting the relief sought by this

Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Objection under 28

U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of

these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

The statutory and legal predicates for the relief requested herein are Bankruptcy Code

sections 105, 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.      On November 10, 2008 (the "Petition Date"), the debtors in the

above-captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief

under chapter 11 of the Bankruptcy Code.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC
(0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer
Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky
Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel,
LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

2

3.      On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").

4.      On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.      On December 10, 2008, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

6.      Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the "General Bar Date").  The deadline for governmental units to file claims that arose before November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

7.      On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314).  In addition, the Debtors published

3

the Claims Bar Date Notice in <u>The Wall Street Journal</u> (Docket No. 1395) and <u>The</u>

<u>Richmond Times-Dispatch</u> (Docket No. 1394).

8.      On November 12, 2008, this Court entered that certain Order

Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims

Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and

Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No.

107)(the "503(b)(9) Bar Date Order").

9.      Pursuant to the 503(b)(9) Bar Date Order, this Court approved the

form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the

503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9)

Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim

asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy

Code was on December 19, 2008 (the "503(b)(9) Bar Date").

10.      On November 19, 2008, KCC served a copy of the 503(b)(9) Bar

Date Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the

Debtors published the 503(b)(9) Bar Date Notice in <u>The New York Times</u> (Docket No.

549), <u>The Wall Street Journal</u> (Docket No. 548), and <u>The Richmond Times-Dispatch</u>

(Docket No. 547).

11.      On January 16, 2009, the Court authorized the Debtors, among other

things, to conduct going out of business sales at the Debtors' remaining 567 stores

pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a

joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going

out of business sales pursuant to the Agency Agreement at the Debtors remaining stores. As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

12.     On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

13.     On May 15, 2009, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting Administrative Bar Date and Procedures For Filing and Objecting To Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No. 3354) (the "Administrative Claims Bar Date Order").

14.     Pursuant to the Administrative Claims Bar Date Order, the deadline for filing all Administrative Expense Requests (as defined in the Administrative Claims Bar Date Order) was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant to the Administrative Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar Date Order (the "Claims Bar Date Notice").

15.     On or before May 22, 2009, KCC served a copy of the Administrative Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609).  In addition, the Debtors published the Administrative Claims Bar Date Notice in The Financial Times (Docket No. 3970), The Richmond Times-Dispatch (Docket No. 3969)

and <u>The Wall Street Journal</u> (Docket No. 3968).

16.     On August 9, 2010, the Debtors and the Creditors' Committee filed the Plan, which provides for the liquidation of the Debtors' assets and distribution of the proceeds thereof under chapter 11 of the Bankruptcy Code.

17.     On September 10, 2010, the United States Bankruptcy Court, Eastern District of Virginia, signed an Order confirming the Plan (Docket No. 8555) (the "Confirmation Order").

18.     Pursuant to the Plan and Confirmation Order, the deadline for requests for payment of Administrative Claims that arose on and after January 1, 2010 up to and through the Effective Date was January 3, 2011 (the "Final Administrative Bar Date").

19.     On November 3, 2010, KCC served a copy of the Notice of (I) Confirmation of Modified Second Amended Joint Plain of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims Under Chapter 11 of the Bankruptcy Code, (II) the Occurrence of the Effective Date and (III) the Deadlines for Filing Administrative Claims, Final Fee Applications and Rejection Damages Claims (Docket No. 8865), which included notice of the Final Administrative Bar Date, on the 2002 Service List, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 8947).

20.     The Plan became effective on November 1, 2010 (the "Effective Date"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Trust assumed the right and responsibility to liquidate the Debtors' remaining assets and

distribute the proceeds to creditors, including the prosecution of Causes of Action and

objections to claims.

## OBJECTIONS TO CLAIMS

21.    By this Objection, the Liquidating Trust seeks entry of an order, in

substantially the form attached hereto as Exhibit A, pursuant to Bankruptcy Code sections

105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1, reducing

each of the claims identified on Exhibit C attached hereto.

22.    For ease of reference, attached hereto as Exhibit B is an alphabetical

listing of all claimants whose Claims are included in this Objection (the "Claimants"), with

a cross-reference by claim number.

23.    The basis for reduction of the claims listed on Exhibit C attached

hereto (the "Claims") is that all of the Claims assert, in part, amounts for which the Debtors

are not liable.

24.    Specifically, after a review of the Claims and the bases upon which

each is asserted, and a review of the Debtors' books and records, the Liquidating Trust has

determined that certain portions of the Claims are liabilities for which the Debtors dispute

any liability based on, *inter alia*, (i) variances in pricing, rates or quantities of merchandise

provided , (ii) existing credits or deposits, and (iii) liabilities already satisfied.

Accordingly, the Liquidating Trust requests that the Claims identified on Exhibit C be

reduced in the manner stated in Exhibit C for the reasons stated therein.

## RESERVATION OF RIGHTS

25.    The Liquidating Trust reserves the right to further object to any and

all claims, whether or not the subject of this Objection, for allowance and/or distribution

purposes, and on any other grounds.  Furthermore, the Liquidating Trust reserves the right

to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant

herein.

### <u>NOTICE AND PROCEDURE</u>

26.    Notice of this Objection has been provided to all Claimants with

Claims that are the subject to this Objection as identified on <u>Exhibit C</u>, respectively, and to

parties-in-interest in accordance with the Court's Supplemental Order Pursuant to

Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local

Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and

Administrative Procedures (entered on December 30, 2009 at Docket No. 6208) (the "Case

Management Order").  The Liquidating Trust submits that the following methods of

service upon the Claimants should be deemed by the Court to constitute due and sufficient

service of this Objection: (a) service in accordance with Federal Rule of Bankruptcy

Procedure 7004 and the applicable provisions of Federal Rule of Civil Procedure 4; (b) to

the extent counsel for a Claimant is not known to the Liquidating Trust, by first class mail,

postage prepaid, on the signatory of the Claimant's proof of claim form or other

representative identified in the proof of claim form or any attachment thereto; or (c) by

first class mail, postage prepaid, on any counsel that has appeared on the Claimant's behalf

in the Debtors' bankruptcy cases.  The Liquidating Trust is serving the Claimant with this

Objection and the exhibit on which the Claimant's claim is listed.

27.    To the extent any Claimant timely files and properly serves a

response to this Objection by **<u>4:00 P.M. (Eastern) on December  1, 2011</u>** as required by

the Case Management Order and under applicable law, and the parties are unable to

otherwise resolve the Objection, the Liquidating Trust requests that the Court conduct a

status conference[2] with respect to any such responding claimant at **2:00 P.M. (Eastern) on**

**December  8, 2011** and thereafter schedule the matter for a future hearing as to the merits

of such claim.  However, to the extent any Claimant fails to timely file and properly serve

a response to this Objection as required by the Case Management Order and applicable

law, the Liquidating Trust requests that the Court enter an order, substantially in the form

attached hereto as <u>Exhibit A</u>, reducing each of the claims identified on <u>Exhibit C</u> attached

hereto.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND<br>THE OMNIBUS OBJECTION PROCEDURES ORDER

28.     This Objection complies with Bankruptcy Rule 3007(e).

Additionally, the Liquidating Trust submits that this Objection is filed in accordance with

the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

29.     Pursuant to Local Bankruptcy Rule 9013-1(G), and because there

are no novel issues of law presented in the Motion, the Liquidating Trust requests that the

requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

30.     No previous request for the relief sought herein has been made to

this Court or any other court.

---

[2] In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the
Objection do not need to appear at the status conference.

WHEREFORE, the Liquidating Trust respectfully requests that the Court

enter an Order sustaining this Objection and granting such other and further relief as the

Court deems appropriate.

Dated: Richmond, Virginia      TAVENNER & BERAN, PLC
       October 31, 2011


*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## EXHIBIT A

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - -     x
In re:                          :     Chapter 11
                                :
CIRCUIT CITY STORES, INC., et al.,  :     Case No. 08-35653 (KRH)
                                :
          Debtors.              :
- - - - - - - - - - - - - -     :     Jointly Administered
                                x

**ORDER SUSTAINING LIQUIDATING TRUST'S TWENTY-FOURTH OMNIBUS
OBJECTION TO CLAIMS (REDUCTION
OF CERTAIN PARTIALLY INVALID CLAIMS)**

THIS MATTER having come before the Court[3] on the Liquidating Trust's Twenty-Fourth Omnibus Objection to Claims Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C attached to the Objection be reduced for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is SUSTAINED.

2.    The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3.    The Court will conduct a status conference on December 8, 2011 at 2:00 p.m. for all Claims identified in the Response/Action column as "Received-Continued" on Exhibit B attached hereto.

4.    The Liquidating Trust's rights to object to any claim including

---

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

(without limitation) the Claims subject to the Objection, on any grounds that applicable

law permits, are not waived and are expressly reserved.

5.      The Liquidating Trust shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or before five (5) business days from

the entry of this Order.

6.      This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
        _____, 2011


        _____
        HONORABLE KEVIN R. HUENNEKENS
        UNITED STATES BANKRUPTCY JUDGE




WE ASK FOR THIS:

3

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                          - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                          - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                          */s/ Lynn L. Tavenner*
                          Lynn L. Tavenner

4

Exhibit B: Claims with Modified Claim Amounts

| Claim | Claimant Name |
|------:|---------------|
| 536 | AAMP OF AMERICA |
| 3960 | ABILENE REPORTER NEWS |
| 5095 | ABSOLUTE COMPUTER SOLUTIONS |
| 3832 | ACXIOM CORPORATION |
| 2111 | ADVANTAGE IQ INC |
| 3019 | ADVENTURE SATELLITE TV |
| 1642 | AEROTEK INC |
| 582 | AFFORDABLE HOME TECHNOLOGIES |
| 4721 | ALABAMA POWER COMPANY |
| 1260 | ALL ABOUT WIRING |
| 3989 | ALLSOP INC |
| 5649 | ALORICA INC |
| 26 | ANTONIO PRECISE PRODUCTS MANUFACTORY LTD |
| 4156 | ASPEN ELECTRONICS LLC |
| 3999 | ATOMIC ENTERPRISES INC |
| 3410 | AUBURN CITIZEN |
| 21 | AUDIO VIDEO ETC |
| 1184 | AUGUSTA CHRONICLE, THE |
| 1550 | AUSTIN POLICE DEPARTMENT ALARM UNIT |
| 3497 | AUTORIDAD DE ENERGIA ELECTRICA PUERTO RICO ELECTRIC POWER AUTHORITY |
| 1750 | AVID HOME INSTALLS LLC |
| 2025 | BANGOR DAILY NEWS |
| 973 | BETATRONICS INC |
| 1335 | BONNEY, STEPHANIE |
| 2767 | BOOKS A MILLION |
| 4166 | BRADENTON HERALD, THE |
| 339 | CAROLINA CUSTOM SOUND LLC |
| 4595 | CHATTANOOGA FREE PRESS |
| 1959 | CMC MAGNETICS CORP |
| 739 | COCA COLA BOTTLING CO UNITED INC |
| 2484 | COLORADO BROADBAND & COMM |
| 5220 | COLUMBIA DAILY TRIBUNE |
| 2306 | COMED |
| 2159 | COMMERCIAL CONSTRUCTION & RENOVATIONS |
| 4138 | CONSOLIDATED COMMUNICATIONS |
| 3312 | COX OHIO PUBLISHING |
| 634 | CRAWFORD COMMUNICATIONS INC |
| 2938 | CUSTOM MEDIA DESIGNS |
| 1961 | DAILY REPUBLIC, THE |
| 718 | DENNCO, INC |
| 1429 | DIGITAL MEDIA SOLUTIONS INC |
| 1154 | DILWORTH, HARRY |
| 3332 | DSI DISTRIBUTING INC |
| 335 | DYNAMIC CONTROL OF NORTH AMERICA INC |
| 1704 | DYNOMITE GRAPHIX |
| 1322 | EAST COAST AUDIO VIDEO PROS |
| 1783 | EASYLINK SERVICES |
| 281 | EBC MARKETING INC |
| 5663 | ELECTRONIC CONCEPTS INC |
| 158 | ELECTRONIC PARTS UNLIMITED INC |
| 1786 | ENCORE REPAIR SERVICE |
| 1611 | ENGINEERED STRUCTURES INC |
| 853 | ENTERPRISE RECORD |

Exhibit B: Claims with Modified Claim Amounts

| Claim | Claimant Name |
|---|---|
| 3211 | FAST DISH INC |
| 437 | FASTDISH INC |
| 4442 | FIRST ACT INC |
| 1085 | FORT MYERS, CITY OF |
| 1043 | FOXS CLEANERS |
| 2896 | FURNITURE VALUES INTERNATIONAL C O FMCA |
| 959 | GIBSON GUITAR CORP |
| 4874 | GRANTS PASS DAILY COURIER |
| 33 | HD CONNECT |
| 5034 | HERALD, THE |
| 990 | HOME VIDEO SATELLITE |
| 2949 | HOUSTON COMMUNITY NEWSPAPERS |
| 1121 | HS SERVICES |
| 3759 | IDEAL TECHNOLOGY INC |
| 12 | IMPACT INSTALLATIONS INC |
| 860 | IMPRESSIONS MARKETING GROUP |
| 1682 | INTERCALL |
| 1931 | J DOVE & ASSOCIATES LLC |
| 5061 | JACKSON KELLY PLLC |
| 185 | JEC HOME INTERIORS |
| 2211 | JNWK |
| 118 | JOHNSON SAFETY INC |
| 139 | JOINSOON ELECTRONICS MFG CO LTD |
| 10 | JQGE HK CO LIMITED |
| 3671 | KDMX |
| 3670 | KDMX FM |
| 4191 | KEF AMERICA INC |
| 3594 | KORN FERRY INTERNATIONAL |
| 1586 | KSWB TV |
| 283 | KYOZOU INC |
| 5084 | LAFAYETTE DAILY ADVERTISER |
| 4788 | LANSING STATE JOURNAL |
| 5355 | LEHIGH VALLEY COCA COLA |
| 5098 | MARKET FORCE INFORMATION INC |
| 291 | MASTERBUILT MFG INC |
| 557 | MAXWISE PRODUCTION ENTERPRISE LTD |
| 1423 | MCELROY INSTALLATIONS |
| 1135 | MEDIA GENERAL INC |
| 1806 | MODIS |
| 1521 | MORNING CALL |
| 533 | MY1STOP COM |
| 876 | N GENIUS SOLUTIONS INC |
| 3282 | NEVAEH ELECTRONICS |
| 5847 | NEW BOSTON SELECT STAFFING SAPPHIRE TECHNOLOGIES LP |
| 753 | NEXICORE SERVICES |
| 5 | NORTHWEST DIGITAL MEDIA |
| 1768 | NOVAR CONTROLS CORPORATION |
| 3768 | OGDEN NEWSPAPERS INC |
| 3494 | ORBIS CORPORATION |
| 1715 | OTIS ELEVATOR COMPANY |
| 3330 | PASSPORT UNLIMITED |
| 1393 | PENTAX CORPORATION |
| 1544 | PHILADELPHIA NEWSPAPERS LLC |

Exhibit B: Claims with Modified Claim Amounts

| Claim | Claimant Name |
|---|---|
| 5598 | POTOMAC ELECTRIC POWER COMPANY |
| 2307 | PPL ELECTRIC UTILITIES |
| 1379 | PRESS PLAY HOME ENTERTAINMENT LLC |
| 2358 | PRICEGRABBER COM INC |
| 5081 | PUBLIC SERVICE COMPANY OF COLORADO |
| 981 | QUALXSERV LLC |
| 481 | REGISTER PAJARONIAN |
| 34 | RPM TECHNOLOGIES & SATELLITE LP |
| 3446 | RUSIN MACIOROWSKI & FRIEDMAN |
| 1676 | SATELLITE DEALER SUPPLY INC |
| 1434 | SBC GLOBAL SERVICES INC |
| 1156 | SENTINEL |
| 2186 | SEQUIN GAZETTE ENTERPRISE |
| 5692 | SIMA PRODUCTS CORPORATION |
| 4846 | SINGING MACHINE CO, THE |
| 624 | SLVIRE COCA COLA USA |
| 1707 | SMARTPARTS INC |
| 3178 | SP RICHARDS COMPANY |
| 3805 | SPECTRUM PLASITCS INC |
| 1595 | SPRINT NEXTEL |
| 5362 | ST CLOUD TIMES |
| 2816 | STATE JOURNAL REGISTER, THE |
| 1632 | STRUCTURED WIRING SOLUTIONS INC |
| 1178 | SUN, THE |
| 304 | TECH CONNECTORS LLC |
| 373 | TECH DEPOT |
| 638 | TEMPLE DAILY TELEGRAM |
| 2760 | THE ALBANY HERALD |
| 5314 | THE REPUBLICAN |
| 806 | THEATER XTREME OF SPRINGFIELD |
| 688 | TIMES LEADER, THE |
| 1389 | TKC TECHNOLOGY SOLUTIONS LLC |
| 774 | TRIBUNE COMPANY DBA BALTIMORE SUN |
| 5733 | TULSA WORLD |
| 2541 | TYLER MORNING TELEGRAPH |
| 818 | ULINE INC |
| 4069 | UNION LEADER CORP |
| 568 | US DISTRIBUTING |
| 5390 | US PEST CONTROL |
| 1415 | US ROBOTICS INC |
| 5991 | VERIZON |
| 4564 | VIRGINIA TOOL & EQUIPMENT CO |
| 5065 | VISALIA TIMES DELTA |
| 768 | WATL TV |
| 756 | WHP TV |
| 491 | WIRELESS SOLUTIONS LLC |
| 755 | WLYH TV |
| 530 | WNCN TV |
| 1350 | WORKING MACHINES CORPORATION |
| 1091 | WPIX TV |
| 1802 | XEROX CORP |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/12/2008 | 5  2000000501 | Northwest Digital Media  20902 67TH AVE NE STE 390  ARLINGTON, WA 98223 | NORTHWEST DIGITAL MEDIA | $9,900.00 | U | CIRCUIT CITY STORES, INC. | $9,515.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Pricing discrepancy & one paid invoice |
| 11/12/2008 | 10  2000001001 | JQGE HK Co Limited  Attn Mr Leung Alex Kim Lung  Rm 2305 6  23 F Olympia Plz  255 Kings Rd  North Point, | JQGE HK Co Limited | $28,115.00 | U | CIRCUIT CITY STORES, INC. | $25,143.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: pricing discrepancy and disputed chargeback |
| 11/13/2008 | 12  2000001201 | IMPACT INSTALLATIONS I  10091 STREETER RD STE 2  AUBURN, CA 95602 | IMPACT INSTALLATIONS INC | $300,827.71 | U | CIRCUIT CITY STORES, INC. | $300,438.74 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Invoice discrepancies |
| 11/17/2008 | 21  2000002101 | AUDIO VIDEO ETC  1606 CIMARRON TRL  WICHITA FALLS, TX 76306 | AUDIO VIDEO ETC | $6,800.00 | U | CIRCUIT CITY STORES, INC. | $420.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paid invoices and pricing |
| 11/17/2008 | 26  2000002601 | ANTONIO PRECISE PROD  DICK TAM  307 313 PHOTONICS CTR  2 SCIENCE PARK E AVE  HONG KONG SCIENCE PARK  SHATIN, | ANTONIO PRECISE PRODUCTS MANUFACTORY LTD | $51,454.34 | U | CIRCUIT CITY STORES, INC. | $10,290.87 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Liabilities also claimed on claim no. 1471 |
| 11/28/2008 | 33  2000003301 | HD CONNECT  220 N WADE AVENUE  WASHINGTON, PA 15301-3563 | HD CONNECT | $4,430.00 | U | CIRCUIT CITY STORES, INC. | $4,175.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paid invoice. Vendor claims more than payment. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/2008 | 34 2000003401 | RPM TECHNOLOGIES & S 3610 SHIRE BLVD 106 RICHARDSON, TX 75082 | RPM TECHNOLOGIES & SATELLITE LP | $14,425.00 | U | CIRCUIT CITY STORES, INC. | $14,315.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Invoicing variance |
| 12/2/2008 | 118 2000011801 | JOHNSON SAFETY INC 1425 COOLEY CT SAN BERNARDINO, CA 92408 | JOHNSON SAFETY INC | $53,388.59 | U | CIRCUIT CITY STORES, INC. | $5,916.86 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Variance is due to return disputes, missing invoices, and pricing discrepancies. |
| 11/21/2008 | 139 2000013901 | Joinsoon Electronics MFG C Attn Joyce Hsieh 19F No 79 Sec 1 Sintai 5th Rd Sijhih City Taipei, Taiwan  221 | Joinsoon Electronics MFG Co Ltd | $120,074.60 | U | CIRCUIT CITY STORES, INC. | $28,728.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Disputed amount was paid on Wire #1443 on 11/26/08 |
| 12/1/2008 | 158 2000015801 | ELECTRONIC PARTS UNLI DBA ELECTRONIC SERVICE 2629 US HWY 19 HOLIDAY, FL 34691 | ELECTRONIC PARTS UNLIMITED INC | $4,001.80 | U | CIRCUIT CITY STORES, INC. | $3,156.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability |
| 12/5/2008 | 185 2000018501 | JEC HOME INTERIORS 13 WILSHIRE LN PELHAM, NH 03076 | JEC HOME INTERIORS | $4,220.00 | U | CIRCUIT CITY STORES, INC. | $3,520.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paid invoices, invoicing variance, bounced check fee |
| 11/17/2008 | 281 2000028101 | EBC Marketing Inc 45 Sterling St West Boylston, MA 01583-1200 | EBC Marketing Inc | $306,580.35 | U | CIRCUIT CITY STORES, INC. | $306,454.35 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Duplicate 503b9 of claim #452 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/17/2008 | 283  2000028301 | Kyozou Inc  c o Kyozou Inc  Larry Velman  510 4580 Dufferin St  Toronto, ON M3H5Y2 | Kyozou Inc | $22,611.07 | U | CIRCUIT CITY STORES, INC. | $21,771.07 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability |
| 11/18/2008 | 291  2000029101 | Masterbuilt MFG Inc  Nathan McGaan  1 Masterbuilt Ct  Columbus, GA 31907 | Masterbuilt MFG Inc | $8,935.62 | U | CIRCUIT CITY STORES, INC. | $8,474.17 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paid invoices and missing PO's |
| 11/20/2008 | 304  2000030401 | Tech Connectors LLC  Attn Sean Storin  470 Mission St Ste 2  Carol Stream, IL 60188 | Tech Connectors LLC | $20,070.00 | U | CIRCUIT CITY STORES, INC. | $18,515.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: $60 vendor balance error, paid items, invoicing variance |
| 11/21/2008 | 335  2000033501 | Dynamic Control of North A  Dynamic Control  Attn Beth Maranda  3042 Symmes Rd  Hamilton, OH 45015 | Dynamic Control of North America Inc | $32,234.66 | U | CIRCUIT CITY STORES, INC. | $28,341.39 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paid invoice (3,840.97) and damaged product discrepancy (52.30) |
| 11/24/2008 | 339  2000033901 | Carolina Custom Sound LLC  285 Bridle Ln  Advance, NC 27006 | Carolina Custom Sound LLC | $5,530.00 | U | CIRCUIT CITY STORES, INC. | $4,960.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paid invoices, vendor claims to higher amts than records |
| 11/24/2008 | 373  2000037301 | Tech Depot  Office Depot  6600 N MILITARY TRL  BOCA RATON, FL 33496 | Tech Depot | $10,533.26 | U | CIRCUIT CITY PURCHASING COMPANY. LLC | $6,951.88 | General Unsecured | CIRCUIT CITY PURCHASIN | Books & Records- Reduced Liability Note: $1084.66 prev pd, $2496.72 several attempts to req support |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/1/2008 | 437 2000043701 | Fastdish Inc 4900 NW 15th St No 4405 Margate, FL 33063 | Fastdish Inc | $23,640.00 | U | CIRCUIT CITY STORES, INC. | $23,505.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: 2 items prev paid |
| 12/3/2008 | 481 2000048101 | REGISTER PAJARONIAN 100 WESTRIDGE DR WATSONVILLE, CA 95076 | REGISTER PAJARONIAN | $1,294.79 | U | CIRCUIT CITY STORES, INC. | $1,109.82 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: paid on check 4586126 |
| 11/24/2008 | 491 2000049101 | Wireless Solutions LLC 2720 E Phillips Rd Greer, SC 29650 | Wireless Solutions LLC | $55,122.95 | U | CIRCUIT CITY PURCHASING COMPANY. LLC | $54,903.23 | General Unsecured | CIRCUIT CITY PURCHASIN | Books & Records- Reduced Liability Note: pricing differences |
| 11/25/2008 | 530 2000053001 | WNCN TV c o Szabo Associates Inc 3355 Lenox Rd NE 9th Fl Atlanta, GA 30326 | WNCN TV | $2,550.00 | U | CIRCUIT CITY STORES, INC. | $552.50 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: spots ran on date not ordered. |
| 11/25/2008 | 533 2000053301 | My1Stop com 3200 Liberty Bell Rd Fort Scott, KS 66701 | My1Stop com | $6,495.13 | U | CIRCUIT CITY STORES, INC. | $6,035.85 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: difference due to sales tax |
| 11/25/2008 | 536 2000053601 | AAMP of America 13160 56th Ct Clearwater, FL 33760 | AAMP of America | $259,893.20 | U | CIRCUIT CITY STORES, INC. | $256,553.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: 503B9 portion duplicate of claim # 49 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/2008 | 557 2000055701 | Maxwise Production Enterpri Ada So 2/F Tower 1 South Seas Centre 75 Mody Rd Tsimshatsui East, Hong Kong | Hong Kong Export Credit Insurance Corporation | $589,066.92 | U | CIRCUIT CITY STORES, INC. | $148,735.54 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: invoices already paid (381,854.78) and invoice inc in 503b9 recon amt (58476.60) |
| 12/4/2008 | 568 2000056802 | US DISTRIBUTING 10645 N TATUM BLVD STE 20 PHOENIX, AZ 85028-3053 | US DISTRIBUTING | $3,844.31 | U | CIRCUIT CITY PURCHASING COMPANY. LLC | $3,535.00 | General Unsecured | CIRCUIT CITY PURCHASIN | Books & Records- Reduced Liability Note: State tax charged by vendor but debtor's records do not reflect a liability.  Special Note: this objection relates only to the unsecured portion of the claim. |
| 12/4/2008 | 582 2000058201 | Affordable Home Technologi 304 N Brown Rd Columbia, SC 29229 | Affordable Home Technologies | $1,580.00 | U | ORBYX ELECTRONICS, LLC | $1,155.00 | General Unsecured | ORBYX ELECTRONI CS. LLC | Books & Records- Reduced Liability Note: Paid invoices. $40 difference on one paid invoice. |
| 12/8/2008 | 624 2000062401 | Swiire Coca Cola USA 12634 S 265 W Draper, UT 84020 | Swiire Coca Cola USA | $1,069.73 | U | CIRCUIT CITY STORES, INC. | $935.29 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Delivery tickets did not have signatures. |
| 12/8/2008 | 634 2000063401 | CRAWFORD COMMUNICA 925 WOODSIDE DR DELAND, FL 32720 | CRAWFORD COMMUNICATIONS INC | $5,810.00 | U | CIRCUIT CITY STORES, INC. | $5,225.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paid items, inv variance, 1 inv that vendor cannot support |
| 12/8/2008 | 638 2000063801 | TEMPLE DAILY TELEGRA PO BOX 6114 TEMPLE, TX 76503-6114 | TEMPLE DAILY TELEGRAM | $8,576.93 | U | CIRCUIT CITY STORES, INC. | $5,853.13 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: obj per ad max expired contract |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/9/2008 | 688<br><br>2000068801 | TIMES LEADER, THE<br>200 S 4TH ST<br><br>MARTINS FERRY, OH 43935 | TIMES LEADER, THE | $3,487.19 | U | CIRCUIT CITY STORES, INC. | $2,989.02 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: paid on check 4586292 |
| 12/12/2008 | 718<br><br>2000071802 | DENNCO, INC<br>MARY DENNESEN<br>21 NORTHWESTERN DRIVE<br><br>SALEM, NH 03079-4809 | DENNCO, INC | $3,978.50 | U | CIRCUIT CITY STORES, INC. | $3,521.50 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: These invoices have already been paid. |
| 11/26/2008 | 739<br><br>2000073901 | Coca Cola Bottling Co Unite<br>Attn Barbara Owens<br>600 Beacon Pkwy W Ste 601<br><br>Birmingham, AL 35209 | Coca Cola Bottling Co United Inc | $7,608.02 | U | CIRCUIT CITY STORES, INC. | $6,284.10 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability |
| 12/12/2008 | 753<br><br>2000075301 | NEXICORE SERVICES<br>HARTFORD COMPUTER GR<br>DEPT 9775<br><br>LOS ANGELES, CA 90084-977 | NEXICORE SERVICES | $79,100.00 | U | CIRCUIT CITY STORES, INC. | $76,296.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: $120.00 variance, $2,564.00 paid, $63,501.90 credits |
| 12/3/2008 | 755<br><br>2000075501 | WLYH TV<br>C O SZABO ASSOCIATES IN<br>3355 LENOX RD NE 9TH FL<br><br>ATLANTA, GA 30326 | WLYH TV | $3,000.00 | U | CIRCUIT CITY STORES, INC. | $2,550.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: no support |
| 12/3/2008 | 756<br><br>2000075601 | WHP TV<br>C O SZABO ASSOCIATES IN<br>3355 LENOX RD NE 9TH FL<br><br>ATLANTA, GA 30326 | WHP TV | $4,500.00 | U | CIRCUIT CITY STORES, INC. | $3,825.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: no copy of invoice |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/3/2008 | 768  2000076801 | WATL TV  C O SZABO ASSOCIATES IN  3355 LENOX RD NE 9TH FL  ATLANTA, GA 30326 | WATL TV | $9,299.00 | U | CIRCUIT CITY STORES, INC. | $3,944.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: outside of ad time |
| 12/10/2008 | 774  2000077401 | Tribune Company dba Balti  Attn Carol Liotta  435 N Michigan Ave 3rd Fl  Chicago, IL 60611 | Tribune Company dba Baltimore Sun | $124,115.94 | U | CIRCUIT CITY STORES, INC. | $87,594.42 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: discrepancy b/t inv and media buys, do not pay |
| 12/11/2008 | 806  2000080601 | THEATER XTREME OF SP  592 B CENTER ST  LUDLOW, MA 01056 | THEATER XTREME OF SPRINGFIELD | $16,530.00 | U | CIRCUIT CITY STORES, INC. | $16,010.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Invoicing variance and paid items. |
| 12/12/2008 | 818  2000081802 | ULINE INC  2200 S LAKESIDE DR  WAUKEGAN, IL 60085 | ULINE INC | $3,768.52 | U | CIRCUIT CITY STORES, INC. | $2,833.92 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Vendor cannot provide proof of delivery, debtor disputes sales tax: Special Note: this objection relates only to the unsecured portion of the claim. |
| 12/8/2008 | 853  2000085301 | ENTERPRISE RECORD  PO BOX 9  CHICO, CA 95927-0009 | ENTERPRISE RECORD | $8,574.08 | U | CIRCUIT CITY STORES, INC. | $6,430.56 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: no copy of invoice supplied |
| 12/8/2008 | 860  2000086001 | Riverside Claims LLC as As  Riverside Claims LLC  PO Box 626  Planetarium Station  New York, NY 10024 | Riverside Claims LLC as Assignee for Impressions Marketing Group | $61,457.02 | U | CIRCUIT CITY STORES, INC. | $58,519.83 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Sales tax ($336.47) and missing invoice ($2,600.72); no POD available |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/8/2008 | 876 2000087601 | N GENIUS SOLUTIONS IN 88 W SCHILER 1809 CHICAGO, IL 60610 | N GENIUS SOLUTIONS INC | $8,885.00 | U | CIRCUIT CITY STORES, INC. | $8,575.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: 1 paid invoice |
| 12/19/2008 | 959 2000095902 | GIBSON GUITAR CORP 5237 PAYSPHERE CIR CHICAGO, IL 60674 | GIBSON GUITAR CORP | $7,020.05 | U | CIRCUIT CITY STORES, INC. | $5,056.55 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Variance is due to quantity and pricing discrepancies. |
| 12/19/2008 | 973 2000097301 | Betatronics Inc 2518 Manakin Rd Manakin Sabot, VA 23103 | Betatronics Inc | $4,280.67 | U | CIRCUIT CITY STORES, INC. | $4,078.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Variance due to denied late fee, returned check fee. |
| 12/16/2008 | 981 2000098101 | QUALXSERV LLC 836 NORTH ST TEWKSBURY, MA 01876 | QUALXSERV LLC | $28,965.00 | U | CIRCUIT CITY STORES, INC. | $21,715.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: $5,675.00 paid. $1,575.00 missing, vendor can't support. |
| 12/16/2008 | 990 2000099001 | HOME VIDEO SATELLITE 2776 C S CAMPBELL SPRINGFIELD, MO 65807-3506 | HOME VIDEO SATELLITE | $3,600.00 | U | CIRCUIT CITY STORES, INC. | $2,655.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Duplicate invoices, invoicing variance |
| 12/9/2008 | 1043 2000104301 | FOXS CLEANERS 1102 W MAIN ST MARION, IL 62959 | FOXS CLEANERS | $2,800.00 | U | CIRCUIT CITY STORES, INC. | $834.72 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/2008 | 1085 2000108501 | FORT MYERS, CITY OF CITY ATTORNEYS OFFICE 2200 2ND ST FORT MYERS, FL 33901 | FORT MYERS, CITY OF | $1,896.16 | U | CIRCUIT CITY STORES, INC. | $555.85 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability & Adv IQ: Reduce & Modify Books/Records Note: Waste removal billed thru/paid to Computerized Waste Systems |
| 12/19/2008 | 1091 2000109101 | WPIX TV PO BOX 13831 NEWARK, NJ 071880831 | WPIX TV | $62,092.50 | U | CIRCUIT CITY STORES, INC. | $29,410.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Invoices paid on 12/30/08, check 4589696 |
| 12/15/2008 | 1121 2000112101 | HS SERVICES 4505 SEMINOLE RD RICHLAND, GA 31825 | HS SERVICES | $3,095.00 | U | CIRCUIT CITY STORES, INC. | $2,945.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Invoice variance |
| 12/15/2008 | 1135 2000113501 | MEDIA GENERAL INC PO BOX 188 NC COMMUNITY NEWSPAPE HICKORY, NC 28603 | MEDIA GENERAL INC | $8,915.91 | U | CIRCUIT CITY STORES, INC. | $7,771.46 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: discrepancy report |
| 12/8/2008 | 1154 2000115401 | DILWORTH, HARRY 1746 WOODSTREAM ST LOUIS, MO 63138 | DILWORTH, HARRY | $735.00 | U | CIRCUIT CITY STORES, INC. | $420.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: paid on check 4589899 sub same invoice twice |
| 12/8/2008 | 1156 2000115601 | SENTINEL DEPT 8217 LOS ANGELES, CA 90084-821 | SENTINEL | $7,179.02 | U | CIRCUIT CITY STORES, INC. | $6,125.82 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: past due amount. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/2008 | 1178 2000117801 | SUN, THE PO BOX 271 YUMA, AZ 85366-0271 | SUN, THE | $8,880.64 | U | CIRCUIT CITY STORES, INC. | $6,238.66 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: pricing |
| 12/15/2008 | 1184 2000118401 | AUGUSTA CHRONICLE, T PO BOX 1928 AUGUSTA, GA 30903-1928 | AUGUSTA CHRONICLE, THE | $9,694.24 | U | CIRCUIT CITY STORES, INC. | $7,322.62 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Billing is for Savannah Morn News |
| 12/18/2008 | 1260 2000126001 | ALL ABOUT WIRING LLC 829 CAMMIE JORDAN LN ROCK HILL, SC 29730 | ALL ABOUT WIRING LLC | $14,865.00 | U | CIRCUIT CITY STORES, INC. | $12,670.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paid items, inv variance, residual balance on paid items |
| 12/19/2008 | 1322 2000132201 | EAST COAST AUDIO VIDE 1817 E MAIN ST MILLVILLE, NJ 08332-3513 | EAST COAST AUDIO VIDEO PROS | $13,730.00 | U | CIRCUIT CITY STORES, INC. | $13,195.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: $580 paid, less $45 from claim error variance |
| 12/19/2008 | 1335 2000133501 | Bonney, Stephanie 251 Redmond Ferguson, MO 63135 | Bonney, Stephanie | $2,370.00 | U | CIRCUIT CITY STORES, INC. | $2,250.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability |
| 12/19/2008 | 1350 2000135001 | WORKING MACHINES CO 2170 DWIGHT WAY BERKELEY, CA 94704 | WORKING MACHINES CORPORATION | $131,280.08 | U | CIRCUIT CITY STORES, INC. | $107,509.35 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Denied interest fees, net of adj for balance error |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/2008 | 1379  2000137901 | Press Play Home Entertain  PO Box 605    Duanesburg, NY 12056 | Press Play Home Entertainment LLC | $7,265.00 | U | CIRCUIT CITY STORES, INC. | $5,070.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paid |
| 12/17/2008 | 1389  2000138901 | TKC TECHNOLOGY SOLU  13873 PARK CTR RD STE 30    HERNDON, VA 20171 | TKC TECHNOLOGY SOLUTIONS LLC | $8,435.00 | U | CIRCUIT CITY STORES, INC. | $7,970.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paid items |
| 12/17/2008 | 1393  2000139302 | PENTAX CORPORATION  DEPT CH 10233    PALATINE, IL 60055-0233 | PENTAX CORPORATION | $6,334.37 | U | CIRCUIT CITY STORES, INC. | $4,488.45 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: invoices moved to unsecure non-priority |
| 12/18/2008 | 1415  2000141502 | US ROBOTICS INC  KIMBERLY MASON  1300 E WOODFIELD RD STE    SCHAUMBURG, IL 60173 | US ROBOTICS INC | $16,953.03 | U | CIRCUIT CITY STORES, INC. | $10,526.49 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Credits, denied vendor billbacks |
| 12/18/2008 | 1423  2000142301 | MCELROY INSTALLATION  2600 E SOUTHLAKE  STE 120 PMB 101    SOUTHLAKE, TX 76092 | MCELROY INSTALLATIONS | $16,477.00 | U | CIRCUIT CITY STORES, INC. | $15,297.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Invoicing variance, paid items, dupe invoice |
| 12/19/2008 | 1429  2000142901 | DIGITAL MEDIA SOLUTION  707 E WELLESLY AVE    SPOKANE, WA 99207 | DIGITAL MEDIA SOLUTIONS INC | $3,770.70 | U | CIRCUIT CITY STORES, INC. | $3,270.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/9/2008 | 1434<br><br>2000143401 | SBC Global Services Inc<br><br>James Grudus Esq<br>AT&T Inc<br>One AT&T Way Rm 3A218<br><br>Bedminster, NJ 07921 | SBC Global Services Inc | $84,030.22 | U | CIRCUIT CITY STORES, INC. | $7,895.78 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: paid invoices;books and records no liability |
| 12/8/2008 | 1521<br><br>2000152101 | Morning Call<br><br>PO Box 1108<br><br>Allentown, PA 18105-1108 | Morning Call | $46,828.43 | U | CIRCUIT CITY STORES, INC. | $45,356.22 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Denied payment and paid invoice |
| 12/5/2008 | 1544<br><br>2000154401 | Philadelphia Newspapers LL<br><br>Morris & Adelman PC<br>PO Box 30477<br><br>Philadelphia, PA 19103 | Philadelphia Newspapers LLC | $181,432.80 | U | CIRCUIT CITY STORES, INC. | $175,688.28 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Variance due to contract rates. |
| 12/8/2008 | 1550<br><br>2000155001 | Austin Police Department Al<br><br>PO Box 684279<br><br>Austin, TX 78768-4279 | Austin Police Department Alarm Unit | $16,970.00 | U | CIRCUIT CITY STORES, INC. | $500.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: late fees, items prev paid/settled |
| 12/15/2008 | 1586<br><br>2000158601 | KSWB TV<br><br>7191 Engineer Rd<br><br>San Diego, CA 92111 | KSWB TV | $10,646.25 | U | CIRCUIT CITY STORES, INC. | $7,416.25 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability & Paid in Full - No Liability (pre petition) Note: Per discrepancy report, spots ran out of time period |
| 12/15/2008 | 1595<br><br>2000159501 | Sprint Nextel<br><br>Attn Bankruptcy Dept<br>Sprint Nextel Correspondence<br>PO Box 7949<br><br>Overland Park, KS 66207-0949 | Sprint Nextel | $58,685.66 | U | CIRCUIT CITY STORES, INC. | $2,147.80 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: paid on batches 122 and 135 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/12/2008 | 1611 2000161101 | Engineered Structures Inc ROB SHOCKLEY 12400 W OVERLAND RD BOISE, ID 83709 | ENGINEERED STRUCTURES INC | $248,709.47 | U | CIRCUIT CITY STORES, INC. | $247,488.98 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability |
| 11/28/2008 | 1632 2000163201 | Structured Wiring Solutions I c o Peter Ashley 2003 SHIRLEY RD Wilmington, NC 28405 | Structured Wiring Solutions Inc | $11,614.50 | U | CIRCUIT CITY STORES, INC. | $10,375.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: vendor adding error & pricing |
| 12/11/2008 | 1642 2000164201 | Aerotek Inc LaKenya Thomas 7301 Pkwy Dr Hanover, MD 21076-1159 | Aerotek Inc | $5,974.15 | U | CIRCUIT CITY STORES, INC. | $5,458.25 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Item was pd 12/30/08, Ch#4589739 |
| 12/17/2008 | 1676 2000167601 | Satellite Dealer Supply Inc 11475 Hwy 90 Beaumont, TX 77713 | Satellite Dealer Supply Inc | $5,521.00 | U | CIRCUIT CITY STORES, INC. | $5,190.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Two paid items and invoicing variance. |
| 12/17/2008 | 1682 2000168201 | InterCall Attn Melody Lohr 11808 Miracle Hills Dr Omaha, NE 68154 | InterCall | $9,678.33 | U | CIRCUIT CITY STORES, INC. | $9,445.90 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: amount paid on tangoe batch 119 |
| 12/19/2008 | 1704 2000170401 | Dynomite Graphix c o Todd M Fuerst 4510 Paine Dr Midland, MI 48642 | Dynomite Graphix | $1,370.00 | U | CIRCUIT CITY STORES, INC. | $1,045.14 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: difference due to duplicate invoice |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2008 | 1707 2000170702 | RBS Business Capital a Divi Matthew M Hughey Gleason & Associates PC One Gateway Ctr Ste 525 420 Fort Duquesne Blvd Pittsburgh, PA 15222-1402 | RBS Business Capital a Division of RBS Asset Finance Inc | $315,758.89 | U | CIRCUIT CITY STORES, INC. | $280,378.19 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: RTV  & AVO disputes |
| 12/18/2008 | 1715 2000171501 | Otis Elevator Company Attn Treasury Services J Paren Otis Elevator Company et al 1 Farm Springs 3rd Fl Farmington, CT 06032 | Otis Elevator Company | $8,809.18 | U | CIRCUIT CITY STORES, INC. | $2,770.15 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: $2467.63 credits netted with inv, $3571.40 no support provided after requests |
| 12/17/2008 | 1750 2000175001 | Avid Home Installs LLC PO Box 633 Hinesville, GA 31310 | Avid Home Installs LLC | $6,254.00 | U | CIRCUIT CITY STORES, INC. | $6,059.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: pd on ck#428247 |
| 12/18/2008 | 1768 2000176801 | Novar Controls Corporation Anne Fischer 1140 W Warner Rd MS 1233 M Tempe, AZ 85284 | Novar Controls Corporation | $121,050.29 | U | CIRCUIT CITY STORES, INC. | $93,757.20 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability |
| 12/19/2008 | 1783 2000178301 | EASYLINK SERVICES 33 Knightsbridge Rd Piscataway, NJ 08854 | EasyLink Services | $3,170.53 | U | CIRCUIT CITY STORES, INC. | $2,037.02 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paid |
| 12/19/2008 | 1786 2000178601 | Encore Repair Service Elizabeth Spuck Tina J Andrew 105 Prairie Lake Rd Ste D East Dundee, IL 60118-9133 | Encore Repair Service | $44,210.00 | U | CIRCUIT CITY STORES, INC. | $43,720.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Missing invoice, no support, no receivings. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/18/2008 | 1802 2000180201 | Xerox Corp Attn Vanessa Adams Xerox Capital Services LLC PO Box 660506 Dallas, TX 75266-9937 | Xerox Corp | $28,830.20 | U | CIRCUIT CITY STORES, INC. | $25,239.70 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Inv paid on 11/4/08 Ch#28556 and 12/30/08 Ch#4589729 |
| 12/24/2008 | 1806 2000180601 | Modis Joanna Kraft 1 Independent Dr Ste 800 Jacksonville, FL 32202 | Modis | $159,126.66 | U | CIRCUIT CITY STORES, INC. | $153,750.81 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Fees due to Comsys |
| 12/23/2008 | 1931 2000193101 | J Dove & Associates LLC c o Stephen R Robinson Esq 309 W Pennsylvania Ave Towson, MD 21204 | J Dove & Associates LLC | $6,733.68 | U | CIRCUIT CITY STORES, INC. | $5,677.53 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: $355.57 duplicated within claim, $700.58 no Service Order provided |
| 12/26/2008 | 1959 2000195901 | CMC MAGNETICS CORP 15TH FL MING CHUAN W RD TAIPEI, | CMC MAGNETICS CORP | $75,793.80 | U | CIRCUIT CITY STORES, INC. | $67,055.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paid invoices, VP deductions, Model Mix |
| 12/26/2008 | 1961 2000196101 | DAILY REPUBLIC, THE 1250 TEXAS STREET PO BOX 47 FAIRFIELD, CA 94533 | DAILY REPUBLIC, THE | $5,051.37 | U | CIRCUIT CITY STORES, INC. | $4,882.44 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: claim amount added incorrectly |
| 12/30/2008 | 2025 2000202501 | BANGOR DAILY NEWS PO BOX 1329 BANGOR, ME 04402-1329 | BANGOR DAILY NEWS | $11,467.41 | U | CIRCUIT CITY STORES, INC. | $10,194.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: No description of charges unable to substantiate |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/2/2009 | 2111<br><br>2000211101 | ADVANTAGE IQ INC<br><br>1313 N ATLANTIC ST STE 50<br><br><br>SPOKANE, WA 99201 | ADVANTAGE IQ INC | $57,828.50 | U | CIRCUIT CITY STORES, INC. | $16,302.75 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability |
| 1/2/2009 | 2159<br><br>2000215901 | COMMERCIAL CONSTRUC<br><br>PO BOX 289<br><br><br>BYESVILLE, OH 43723 | COMMERCIAL CONSTRUCTION & RENOVATIONS | $24,524.91 | U | CIRCUIT CITY STORES, INC. | $64,234.91 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability |
| 1/5/2009 | 2186<br><br>2000218601 | SEQUIN GAZETTE ENTER<br><br>PO BOX 1200<br><br><br>SEQUIN, TX 78155 | SEQUIN GAZETTE ENTERPRISE | $2,706.44 | U | CIRCUIT CITY STORES, INC. | $1,740.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: pd on check 4606765 and chk 4592977 |
| 12/31/2008 | 2211<br><br>2000221101 | JNWK<br><br>1329 W FM 917<br><br><br>JOSHUA, TX 76058 | JNWK | $20,000.00 | U | CIRCUIT CITY STORES, INC. | $10,000.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Invoice was orig billed and paid for $5,000 |
| 12/22/2008 | 2306<br><br>2000230601 | ComEd<br><br>Attn Bankruptcy Section Reven<br>2100 Swift Dr<br><br>Oakbrook, IL 60523 | ComEd | $38,639.35 | U | CIRCUIT CITY STORES, INC. | $11,516.26 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Items paid and billed to MidAmerican Energy Co |
| 12/19/2008 | 2307<br><br>2000230701 | PPL Electric Utilities<br><br>827 Hausman Rd<br><br><br>Allentown, PA 18104 | PPL Electric Utilities | $72,249.07 | U | CIRCUIT CITY STORES, INC. | $66,614.26 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: $970.28 paid 12/4/08, Ch#5037121, $4664.53 paid 11/4/08, Ch#4906771 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/5/2009 | 2358 2000235801 | PRICEGRABBER COM INC ATTN BRIDGET GREIBER C O US BANK CORPORATE T 60 LIVINGSTON AVE EP MN WS3T ST PAUL, MN 55107-2292 | PRICEGRABBER COM INC | $982,499.95 | U | CIRCUIT CITY STORES, INC. | $976,214.49 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Invoice is not in Unpaid Liability/invoice differences |
| 1/5/2009 | 2484 2000248401 | COLORADO BROADBAND 1203 WHITE AVE GRAND JUNCTION, CO 81501 | COLORADO BROADBAND & COMM | $3,671.00 | U | CIRCUIT CITY STORES, INC. | $3,371.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paid invoice |
| 1/5/2009 | 2541 2000254101 | TYLER MORNING TELEGR 410 W ERWIN TYLER, TX 75702 | TYLER MORNING TELEGRAPH | $7,173.74 | U | CIRCUIT CITY STORES, INC. | $6,471.42 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Pricing difference due to expired contract |
| 1/6/2009 | 2760 2000276001 | THE ALBANY HERALD N WASHINGTON ST PO BOX 48 ALBANY, GA 31702-0048 | THE ALBANY HERALD | $8,499.48 | U | CIRCUIT CITY STORES, INC. | $6,321.04 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: paper billed at wrong rate |
| 1/5/2009 | 2767 2000276701 | BOOKS A MILLION PO BOX 19728 BIRMINGHAM, AL 35219 | BOOKS A MILLION | $7,315.15 | U | CIRCUIT CITY STORES, INC. | $4,230.47 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: invoices were paid or no POD |
| 1/6/2009 | 2816 2000281601 | Liquidity Solutions Inc One University Plz Ste 312 Hackensack, NJ 07601 | Liquidity Solutions Inc | $30,228.91 | U | CIRCUIT CITY STORES, INC. | $17,183.67 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Amounts differ & past due balance due to incorrect billing |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/2008 | 2896 2000289601 | Furniture Values Internation FMCA PO Box 5929 High Point, NC 27262 | Furniture Values International c o FMCA | $243,703.46 | U | CIRCUIT CITY STORES, INC. | $240,205.68 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Variance is due to quantity discrepancy and unknown disputes. * |
| 1/6/2009 | 2938 2000293801 | CUSTOM MEDIA DESIGNS 15 HOUSTON AVE MIDDLETOWN, NY 10940 | CUSTOM MEDIA DESIGNS | $4,765.00 | U | CIRCUIT CITY STORES, INC. | $4,655.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Invoicing variance |
| 1/6/2009 | 2949 2000294901 | HOUSTON COMMUNITY N 523 N SAM HOUSTON PKY E STE 600 HOUSTON, TX 77060-4011 | HOUSTON COMMUNITY NEWSPAPERS | $3,457.50 | U | CIRCUIT CITY STORES, INC. | $2,420.25 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: paid on check 4569317 |
| 1/8/2009 | 3019 2000301901 | ADVENTURE SATELLITE T 2529 ROYAL POINTE DR GREEN COVE SPRINGS, FL 3 | ADVENTURE SATELLITE TV | $9,860.00 | U | CIRCUIT CITY STORES, INC. | $9,755.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability |
| 1/12/2009 | 3178 2000317801 | SP RICHARDS COMPANY 5400 HIGHLANDS PKY SMYRNA, GA 30082-5167 | SP RICHARDS COMPANY | $5,209.15 | U | CIRCUIT CITY STORES, INC. | $2,233.71 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: difference due to invoice shortages and pricing discrepancies |
| 1/12/2009 | 3211 2000321101 | FAST DISH INC 4900 NW 15TH ST NO 4405 MARGATE, FL 33066 | FAST DISH INC | $23,947.00 | U | CIRCUIT CITY STORES, INC. | $495.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: $23265 of items duplicates #437, $187 claim and backup diff |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/9/2009 | 3282<br><br>2000328201 | NEVAEH ELECTRONICS<br><br>1182 OLD BOONES CRK RD<br><br><br><br>JONESBOROUGH, TN 37659 | NEVAEH ELECTRONICS | $3,245.00 | U | CIRCUIT CITY STORES, INC. | $2,860.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Invoicing variance |
| 1/12/2009 | 3312<br><br>2000331201 | COX OHIO PUBLISHING<br><br>dba Cox Ohio Publishing<br>1611 S Main St<br><br><br>Dayton, OH 45409 | Dayton Newspapers Inc | $6,935.90 | U | CIRCUIT CITY STORES, INC. | $6,479.20 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paper billed incorrectly |
| 1/12/2009 | 3330<br><br>2000333001 | PASSPORT UNLIMITED<br><br>BRIAN BELL<br>801 KIRKLAND AVE STE 200<br><br><br>KIRKLAND, WA 98033 | PASSPORT UNLIMITED | $18,502.12 | U | CIRCUIT CITY STORES, INC. | $9,931.12 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Vendor did not respond to requests for support |
| 1/12/2009 | 3332<br><br>2000333201 | DSI DISTRIBUTING INC<br><br>ATTN LONNIE NEUBAUER<br>11338 AURORA AVE<br><br><br><br>DES MOINES, IA 50322 | DSI DISTRIBUTING INC | $4,396.61 | U | CIRCUIT CITY STORES, INC. | $4,115.65 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: duplicate of 503b9 claim 719 |
| 1/9/2009 | 3410<br><br>2000341001 | AUBURN CITIZEN<br><br>KEVIN JESSIE<br>25 DILL ST<br><br><br>AUBURN, NY 13021 | AUBURN CITIZEN | $11,184.70 | U | CIRCUIT CITY STORES, INC. | $5,554.81 | General Unsecured | CIRCUIT CITY STORES. | Paid in Full - Reduced Liability (pre petition) & Books & Records- No Liability Note: Paid on check 4568182, 10/13/08, $3,683.68 |
| 1/13/2009 | 3446<br><br>2000344601 | RUSIN MACIOROWSKI & F<br><br>10 S  RIVERSIDE PLAZA<br>SUITE 1530<br><br><br><br>CHICAGO, IL 60606 | RUSIN MACIOROWSKI & FRIEDMAN | $42,898.57 | U | CIRCUIT CITY STORES, INC. | $40,479.05 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Reconciled on claim 13762 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/13/2009 | 3494 2000349401 | Southpaw Koufax LLC Attn Jeff Cohen & Bob Thomps 2 W Greenwich Office Park 1st Fl Greenwich, CT 06831 | Southpaw Koufax LLC | $236,424.63 | U | CIRCUIT CITY STORES, INC. | $234,790.83 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: scheduled amount is less than invoiced amt |
| 1/13/2009 | 3497 2000349701 | Autoridad de Energia Electri Bankruptcy Claims Office PO Box 364267 San Juan, PR 00936 | Maria T Gorbea | $45,864.01 | U | CIRCUIT CITY STORES PR, LLC | $38,962.17 | General Unsecured | CIRCUIT CITY STORES | Books & Records- Reduced Liability Note: Pd 12/26/08, Ch# 5130129 |
| 1/14/2009 | 3594 2000359401 | KORN FERRY INTERNATI PO BOX 1450 MINNEAPOLIS, MN 55485-145 | KORN FERRY INTERNATIONAL | $6,459.00 | U | CIRCUIT CITY STORES, INC. | $5,959.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability |
| 1/13/2009 | 3670 2000367001 | KDMX FM 14001 N Dallas Pkwy No 300 Dallas, TX 75240 | KDMX | $20,741.70 | U | CIRCUIT CITY STORES, INC. | $19,381.70 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Spots not ordered |
| 1/13/2009 | 3671 2000367101 | KDMX 14001 N Dallas Pkwy No 300 Dallas, TX 75240 | KEGL | $14,642.50 | U | CIRCUIT CITY STORES, INC. | $13,027.75 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Billing errors per notes in OnBase |
| 1/15/2009 | 3759 2000375901 | IDEAL TECHNOLOGY INC C O CORRE OPPORTUNITIE 1370 AVENUE OF THE AMERI NEW YORK, NY 10019 | IDEAL TECHNOLOGY INC | $75,509.00 | U | CIRCUIT CITY STORES, INC. | $73,213.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: $2200.00 Pymt issued ck#428075 10/28/08, ven issued credit $96, also on unpaid |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/15/2009 | 3768<br><br>2000376801 | OGDEN NEWSPAPERS IN<br>1500 MAIN ST<br>INTELLIGENCER NEWS REGI<br><br><br>WHEELING, WV 26003-2826 | OGDEN NEWSPAPERS INC | $6,697.27 | U | CIRCUIT CITY STORES, INC. | $5,345.04 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paper billed incorrectly due to an expired contract |
| 1/15/2009 | 3805<br><br>2000380501 | SPECTRUM PLASITCS IN<br>2101 66TH ST<br>12850 MIDWAY PL<br><br><br>CERRITOS, CA 90703 | SPECTRUM PLASITCS INC | $209,202.30 | U | CIRCUIT CITY STORES, INC. | $168,927.34 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: No Liability per Debtor's books and records. |
| 1/15/2009 | 3832<br><br>2000383201 | Acxiom Corporation<br>CB Blackard<br>Corporate Counsel<br>PO Box 2000<br><br>Conway, AR 72033-2000 | Acxiom Corporation | $182,517.04 | U | CIRCUIT CITY STORES, INC. | $179,962.12 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: dif between claim total and invoice total, claimant acknowledges difference |
| 1/15/2009 | 3960<br><br>2000396001 | ABILENE REPORTER NE<br>DEBBIE KISER<br>P O BOX 30<br><br><br>ABILENE, TX 79604 | ABILENE REPORTER NEWS | $3,980.15 | U | CIRCUIT CITY STORES, INC. | $3,709.95 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: objection past due amount per discrepancy reports |
| 1/19/2009 | 3989<br><br>2000398901 | VonWin Capital Manageme<br>Attn Roger Von Spiegel Managi<br>261 Fifth Ave 22nd Fl<br><br>New York, NY 10016-7701 | VonWin Capital Management, LP | $52,118.04 | U | CIRCUIT CITY STORES, INC. | $49,244.82 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: reconciled on 503b9 claim 234 |
| 1/19/2009 | 3999<br><br>2000399901 | ATOMIC ENTERPRISES IN<br>8745 REMMET AVE<br><br><br>CANOGA PARK, CA 91304 | ATOMIC ENTERPRISES INC | $15,967.50 | U | CIRCUIT CITY STORES, INC. | $15,797.50 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: one inv paid ck 428235, no liability for other |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/21/2009 | 4069 2000406901 | UNION LEADER CORP PO BOX 9513 MANCHESTER, NH 03108-955 | UNION LEADER CORP | $4,969.26 | U | CIRCUIT CITY STORES, INC. | $4,563.60 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: 10% early payment discount |
| 1/20/2009 | 4138 2000413801 | CONSOLIDATED COMMU 121 S 17TH ST MATTOON, IL 61938 | CONSOLIDATED COMMUNICATIONS | $752.44 | U | CIRCUIT CITY STORES, INC. | $370.35 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: paid |
| 1/20/2009 | 4156 2000415601 | ASPEN ELECTRONICS LL 4126 STAMPER WY HOWELL, MI 48855 | ASPEN ELECTRONICS LLC | $4,755.00 | U | CIRCUIT CITY STORES, INC. | $4,080.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Vendor balance error $60, paid $275, variance $340 |
| 1/20/2009 | 4166 2000416601 | BRADENTON HERALD, TH PO BOX 921 BRADENTON, FL 34206 | BRADENTON HERALD, THE | $18,911.23 | U | CIRCUIT CITY STORES, INC. | $18,665.02 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paper billed at Year 2 rates instead of Year 1 rates per buyer notes. |
| 1/20/2009 | 4191 2000419101 | Hain Capital Holdings LTD Attn Ganna Liberchuk 301 Route 17 7th Fl Rutherford, NJ 07070 | Hain Capital Holdings LTD | $69,415.66 | U | CIRCUIT CITY STORES, INC. | $37,166.40 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Audit, VP, terms discount, shortage and RTV discrepancies. |
| 1/23/2009 | 4442 2000444201 | FIRST ACT INC 745 BOYLSTON STREET BOSTON, MA 02116 | FIRST ACT INC | $30,046.62 | U | CIRCUIT CITY STORES, INC. | $29,847.04 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Shortage chargeback. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/20/2009 | 4564  2000456401 | VIRGINIA TOOL & EQUIPM  PO Box 2137  Baltimore, MD 21203 | LA Benson Co Inc | $59,028.98 | U | CIRCUIT CITY STORES, INC. | $51,799.12 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Vendor is unable to provide invoices due to they have charged off. |
| 1/16/2009 | 4595  2000459501 | Longacre Opportunity Offsh  Attn Vladimir Jelisavcic  810 7th Ave 33rd fl  New York, NY 10019 | Longacre Opportunity Offshore Fund Ltd | $31,328.40 | U | CIRCUIT CITY STORES, INC. | $16,159.44 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: reconciled under #757U that was filed for 503b9 period. |
| 1/15/2009 | 4721  2000472102 | Alabama Power Company  Eric T Ray  Balch & Bingham LLP  PO Box 306  Birmingham, AL 35201 | Alabama Power Company | $38,411.90 | U | CIRCUIT CITY STORES, INC. | $30,950.17 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: 2 bills partially paid by Advantage IQ |
| 1/21/2009 | 4788  2000478801 | LANSING STATE JOURNA  120 E LENAWEE ST  LANSING, MI 48919 | LANSING STATE JOURNAL | $16,563.32 | U | CIRCUIT CITY STORES, INC. | $14,566.58 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paper billed incorrectly, expired contract |
| 1/26/2009 | 4846  2000484601 | SINGING MACHINE CO, TH  6601 LYONS RD BLDG A7  COCONUT CREEK, FL 33073 | SINGING MACHINE CO, THE | $149,457.00 | U | CIRCUIT CITY STORES, INC. | $144,973.29 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: These invoices have already been paid. |
| 1/21/2009 | 4874  2000487401 | GRANTS PASS DAILY CO  PO BOX 1468  GRANTS PASS, OR 97528-033 | GRANTS PASS DAILY COURIER | $10,179.67 | U | CIRCUIT CITY STORES, INC. | $3,297.32 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: discrepancy report also pd on check 4606603 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/20/2009 | 5034 2000503401 | HERALD, THE ATTN CREDIT MANAGER PO BOX 930 EVERETT, WA 98206-0930 | HERALD, THE | $17,546.26 | U | CIRCUIT CITY STORES WEST COAST. | $12,268.56 | General Unsecured | CIRCUIT CITY STORES | Books & Records- Reduced Liability Note: Prev billed & paid; late fee |
| 1/21/2009 | 5061 2000506101 | JACKSON KELLY PLLC PO BOX 11276 CHARLESTON, WV 25339 | JACKSON KELLY PLLC | $6,347.12 | U | CIRCUIT CITY STORES, INC. | $6,170.79 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: dif due to denial of invoice charges |
| 1/21/2009 | 5065 2000506501 | VISALIA TIMES DELTA PO BOX 31 VISALIA, CA 93279-0031 | VISALIA TIMES DELTA | $7,068.61 | U | CIRCUIT CITY STORES WEST COAST. | $5,517.60 | General Unsecured | CIRCUIT CITY STORES | Books & Records- Reduced Liability Note: Pricing difference due to paper billed incorrectly |
| 1/21/2009 | 5081 2000508101 | Public Service Company of 550 15th St Denver, CO 80202 | Public Service Company of Colorado | $65,832.49 | U | CIRCUIT CITY STORES, INC. | $40,832.49 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Vendor has taken a blocked reserve payment |
| 1/21/2009 | 5084 2000508401 | LAFAYETTE DAILY ADVER JANE KILLEN 1100 BERTRAND DR LAFAYETTE, LA 70506 | LAFAYETTE DAILY ADVERTISER | $7,236.84 | U | CIRCUIT CITY STORES, INC. | $832.26 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Claimed amount differs from the invoices previously received |
| 1/22/2009 | 5095 2000509501 | ABSOLUTE COMPUTER S 8939 NW 23rd St Miami, FL 33172 | Absolute Computer Solutions | $23,520.00 | U | CIRCUIT CITY STORES, INC. | $22,633.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: pricing and 503b9 duplicate |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/22/2009 | 5098  2000509801 | United States Debt Recover  940 Southwood Bl Ste 101  Incline Village, NV 89451-7401 | United States Debt Recovery LLC | $306,102.00 | U | CIRCUIT CITY STORES, INC. | $272,448.25 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability |
| 1/26/2009 | 5220  2000522001 | COLUMBIA DAILY TRIBUN  PO Box 798  101 N 4th St  Columbia, MO 65205 | COLUMBIA DAILY TRIBUNE | $3,475.29 | U | CIRCUIT CITY STORES, INC. | $3,350.32 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: past due amount. Discrepancy report |
| 1/26/2009 | 5314  2000531401 | The Republican  PO Box 3003  Springfield, MA 01101-3003 | The Republican | $44,805.85 | U | CIRCUIT CITY STORES, INC. | $34,051.92 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Amounts differ. Seems to be a true-up. |
| 1/26/2009 | 5355  2000535501 | Lehigh Valley Coca Cola  PO Box 71330  Cleveland, OH 44191 | Lehigh Valley Coca Cola | $1,826.88 | U | CIRCUIT CITY STORES, INC. | $1,621.44 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: POD could not be verified |
| 1/26/2009 | 5362  2000536201 | ST CLOUD TIMES  3000 N SEVENTH ST  ST CLOUD, MN 56302 | ST CLOUD TIMES | $24,143.35 | U | CIRCUIT CITY STORES, INC. | $8,693.10 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paid invoices, vendor credit, denied residual balance |
| 1/26/2009 | 5390  2000539001 | US PEST CONTROL  PO BOX 350  HIGHLAND SPRINGS, VA 2307 | US PEST CONTROL | $3,588.00 | U | CIRCUIT CITY STORES, INC. | $3,060.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: claim is for service invoices that are dated pre-petition |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/7/2009 | 5598<br><br>2000559801 | Potomac Electric Power Co<br><br>Pepco<br>PO Box 97274<br><br>Washington, DC 20090-7274 | Potomac Electric Power Company | $10,649.50 | U | CIRCUIT CITY STORES, INC. | $8,112.27 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Reduced by paid item and pre-petition deposit |
| 1/16/2009 | 5649<br><br>2000564901 | ALORICA INC<br>14726 RAMONA AVE 3RD FL<br><br>CHINO, CA 91710 | ALORICA INC | $6,864.00 | U | CIRCUIT CITY STORES, INC. | $5,786.81 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: credits given by vendor & credits on the unpaid |
| 1/27/2009 | 5663<br><br>2000566301 | ELECTRONIC CONCEPTS<br>614 BENTLEY PL<br><br>FORT COLLINS, CO 80526 | ELECTRONIC CONCEPTS INC | $65,811.17 | U | CIRCUIT CITY STORES, INC. | $39,882.50 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Unable to obtain missing invoices from vendor. |
| 1/16/2009 | 5692<br><br>2000569201 | SIMA PRODUCTS CORPO<br>ROB FEENEY<br>120 PENNSYLVANIA AVE<br><br>OAKMONT, PA 15139-1923 | SIMA PRODUCTS CORPORATION | $74,900.36 | U | CIRCUIT CITY STORES, INC. | $74,619.32 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability |
| 1/26/2009 | 5733<br><br>2000573301 | Argo Partners<br>12 W 37th St 9th Fl<br><br>New York, NY 10018 | Argo Partners | $62,348.55 | U | CIRCUIT CITY STORES, INC. | $22,268.03 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Short pays on invoices per Admax system |
| 1/16/2009 | 5847<br><br>2000584701 | NEW BOSTON SELECT ST<br>SAPPHIRE TECHNOLOGIES<br>60 HARVARD MILL SQ<br><br>WAKEFIELD, MA 01880 | NEW BOSTON SELECT STAFFING SAPPHIRE TECHNOLOGIES LP | $62,930.07 | U | CIRCUIT CITY STORES, INC. | $61,912.74 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: discrepancies with hours and fee charges |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/7/2009 | 5991 2000599101 | Verizon Attn Sreylak Bin Hemingway 6415 Business Center Dr Highlands Ranch, CO 80126 | Verizon | $5,353.19 | U | CIRCUIT CITY STORES, INC. | $794.79 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: paid on batches 122 and 138 |