Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al., | **:** Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:** (Jointly Administered) |
| | **:** |
| | **:** |

### NOTICE OF TWENTY-FIFTH OMNIBUS OBJECTION
### TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS)

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Twenty-Fifth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.  By the Objection, the Liquidating Trust is seeking to reduce certain partially invalid claims.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim<br>Number | Claim<br>Amount | Reference<br>Objection |
|---|---|---|---|

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION.  YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M. (EASTERN TIME) ON DECEMBER 1, 2011, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

**Critical Information for Claimants
Choosing to File a Response to the Objection**

Who Needs to File a Response:  If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

Response Deadline:  The Response Deadline is **4:00 p.m. (Eastern Time) on December 1, 2011 (the "Response Deadline")**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED AND RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

Jeffrey N. Pomerantz, Esq.                    Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Andrew W. Caine, Esq.                         Paula S. Beran, Esq. (VA Bar No. 34679)
(admitted *pro hac vice*)                     TAVENNER & BERAN, PLC
PACHULSKI STANG ZIEHL & JONES LLP             20 North Eighth Street, 2nd Floor
10100 Santa Monica Boulevard                  Richmond, Virginia 23219
Los Angeles, California 90067-4100            Telephone: (804) 783-8300
Telephone: (310) 277-6910                     Telecopy:  (804) 783-0178
Telecopy:   (310) 201-0760

The status hearing on the Objection will be held at **2:00 p.m. (Eastern Time) on December 8, 2011 at:**

United States Bankruptcy Court
701 East Broad Street – Courtroom 5000
Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

<u>**Procedures for Filing a Timely Response and
Information Regarding the Hearing on the Objection**</u>

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

a.    a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

b.    the claimant's name and an explanation for the amount of the Claim;

c.    a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the

3

specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d.      a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e.      a declaration of a person with personal knowledge of the relevant facts that support the Response;

f.      the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address").  If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

g.      to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**.  To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf.  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection without further notice to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy

4

Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with
respect to such claim.

### Additional Information

**Requests for Information**.  You may also obtain a copy of the Objection or related
documents on the internet, by accessing the website of www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of
the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or
recoupment, preference actions, fraudulent-transfer actions or any other claims against you by
the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders
otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any
other Claims or causes of action you may have filed or that have been scheduled by the Debtors)
at a later date on any grounds or bases.  In such event, you will receive a separate notice of any
such objections.


Dated:    October 31, 2011

> */s/ Lynn L. Tavenner*
> Lynn L. Tavenner (VA Bar No. 30083)
> Paula S. Beran (VA Bar No. 34679)
> TAVENNER & BERAN, P.L.C.
> 20 North Eighth Street, 2nd Floor
> Richmond, Virginia  23219
> Telephone:  804-783-8300
> Facsimile:  804-783-0178
> Email:  ltavenner@tb-lawfirm.com
>              pberan@tb-lawfirm.com
>
> -and-
>
> Jeffrey N. Pomerantz (admitted *pro hac vice*)
> Andrew W. Caine (admitted *pro hac vice*)
> PACHULSKI STANG ZIEHL & JONES LLP
> 10100 Santa Monica Blvd.
> 13th Floor
> Los Angeles, California  90067-4100
> Telephone: 805-123-4567
> Facsimile:  310/201-0760
> E-mail: jpomerantz@pszjlaw.com
>              acaine@pszjlaw.com
>
> *Counsel for the Circuit City Stores, Inc.*
> *Liquidating Trust*

Exhibit 1

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - -  x
In re:                                            :    Chapter 11
                                                  :
CIRCUIT CITY STORES, INC., et al.,   :    Case No. 08-35653 (KRH)
                                                  :
                        Debtors.             :
- - - - - - - - - - - - - -         :    Jointly Administered
                                                X

## LIQUIDATING TRUST'S TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS)

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through

Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the

Second Amended Joint Plan of Liquidating of Circuit City Stores, Inc. and its Affiliated

Debtors and Debtors in Possession and its Official Committee of Creditors Holding

General Unsecured Claims (the "Plan") in the above-captioned cases, hereby files this

Twenty-Fifth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims)

(the "Objection"), and hereby moves this court (the "Court"), pursuant to sections 105, 502

and 503 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the

"Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the proposed form

of which is attached hereto as Exhibit A, granting the relief sought by this Objection, and

in support thereof states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Objection under 28

U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of

these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

The statutory and legal predicates for the relief requested herein are Bankruptcy Code

sections 105, 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.      On November 10, 2008 (the "Petition Date"), the debtors in the

above-captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief

under chapter 11 of the Bankruptcy Code.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC
(0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer
Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky
Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel,
LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

3.      On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").

4.      On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.      On December 10, 2008, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

6.      Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the "General Bar Date"). The deadline for governmental units to file claims that arose before November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar Date"). Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

7.      On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314). In addition, the Debtors published

3

the Claims Bar Date Notice in <u>The Wall Street Journal</u> (Docket No. 1395) and <u>The Richmond Times-Dispatch</u> (Docket No. 1394).

8.      On November 12, 2008, this Court entered that certain Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No. 107)(the "503(b)(9) Bar Date Order").

9.      Pursuant to the 503(b)(9) Bar Date Order, this Court approved the form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the 503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9) Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy Code was on December 19, 2008 (the "503(b)(9) Bar Date").

10.      On November 19, 2008, KCC served a copy of the 503(b)(9) Bar Date Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the Debtors published the 503(b)(9) Bar Date Notice in <u>The New York Times</u> (Docket No. 549), <u>The Wall Street Journal</u> (Docket No. 548), and <u>The Richmond Times-Dispatch</u> (Docket No. 547).

11.      On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going

4

out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.

As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had

been completed.

12.     On April 1, 2009, this Court entered an Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of Notice of Omnibus

Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

13.     On May 15, 2009, the Court entered that certain Order Pursuant to

Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Administrative Bar Date and Procedures For Filing and Objecting To Administrative

Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No.

3354) (the "Administrative Claims Bar Date Order").

14.     Pursuant to the Administrative Claims Bar Date Order, the deadline

for filing all Administrative Expense Requests (as defined in the Administrative Claims

Bar Date Order) was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant to the Administrative

Claims Bar Date Order, this Court approved the form and manner of the claims bar date

notice, which was attached as Exhibit A to the Administrative Claims Bar Date Order (the

"Claims Bar Date Notice").

15.     On or before May 22, 2009, KCC served a copy of the

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609).  In

addition, the Debtors published the Administrative Claims Bar Date Notice in The

Financial Times (Docket No. 3970), The Richmond Times-Dispatch (Docket No. 3969)

and The Wall Street Journal (Docket No. 3968).

16.     On August 9, 2010, the Debtors and the Creditors' Committee filed the Plan, which provides for the liquidation of the Debtors' assets and distribution of the proceeds thereof under chapter 11 of the Bankruptcy Code.

17.     On September 10, 2010, the United States Bankruptcy Court, Eastern District of Virginia, signed an Order confirming the Plan (Docket No. 8555) (the "Confirmation Order").

18.     Pursuant to the Plan and Confirmation Order, the deadline for requests for payment of Administrative Claims that arose on and after January 1, 2010 up to and through the Effective Date was January 3, 2011 (the "Final Administrative Bar Date").

19.     On November 3, 2010, KCC served a copy of the Notice of (I) Confirmation of Modified Second Amended Joint Plain of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims Under Chapter 11 of the Bankruptcy Code, (II) the Occurrence of the Effective Date and (III) the Deadlines for Filing Administrative Claims, Final Fee Applications and Rejection Damages Claims (Docket No. 8865), which included notice of the Final Administrative Bar Date, on the 2002 Service List, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 8947).

20.     The Plan became effective on November 1, 2010 (the "Effective Date"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Trust assumed the right and responsibility to liquidate the Debtors' remaining assets and

distribute the proceeds to creditors, including the prosecution of Causes of Action and objections to claims.

## OBJECTIONS TO CLAIMS

21.     By this Objection, the Liquidating Trust seeks entry of an order, in substantially the form attached hereto as Exhibit A, pursuant to Bankruptcy Code sections 105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1, reducing each of the claims identified on Exhibit C attached hereto.

22.     For ease of reference, attached hereto as Exhibit B is an alphabetical listing of all claimants whose Claims are included in this Objection (the "Claimants"), with a cross-reference by claim number.

23.     The basis for reduction of the claims listed on Exhibit C attached hereto (the "Claims") is that all of the Claims assert, in part, amounts for which the Debtors are not liable.

24.     Specifically, after a review of the Claims and the bases upon which each is asserted, and a review of the Debtors' books and records, the Liquidating Trust has determined that certain portions of the Claims are liabilities for which the Debtors dispute any liability based on, *inter alia*, (i) variances in pricing, rates or quantities of merchandise provided , (ii) existing credits or deposits, and (iii) liabilities already satisfied. Accordingly, the Liquidating Trust requests that the Claims identified on Exhibit C be reduced in the manner stated in Exhibit C for the reasons stated therein.

## RESERVATION OF RIGHTS

25.     The Liquidating Trust reserves the right to further object to any and all claims, whether or not the subject of this Objection, for allowance and/or distribution

purposes, and on any other grounds.  Furthermore, the Liquidating Trust reserves the right

to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant

herein.

## NOTICE AND PROCEDURE

26.     Notice of this Objection has been provided to all Claimants with

Claims that are the subject to this Objection as identified on Exhibit C, respectively, and to

parties-in-interest in accordance with the Court's Supplemental Order Pursuant to

Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local

Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and

Administrative Procedures (entered on December 30, 2009 at Docket No. 6208) (the "Case

Management Order").  The Liquidating Trust submits that the following methods of

service upon the Claimants should be deemed by the Court to constitute due and sufficient

service of this Objection: (a) service in accordance with Federal Rule of Bankruptcy

Procedure 7004 and the applicable provisions of Federal Rule of Civil Procedure 4; (b) to

the extent counsel for a Claimant is not known to the Liquidating Trust, by first class mail,

postage prepaid, on the signatory of the Claimant's proof of claim form or other

representative identified in the proof of claim form or any attachment thereto; or (c) by

first class mail, postage prepaid, on any counsel that has appeared on the Claimant's behalf

in the Debtors' bankruptcy cases.  The Liquidating Trust is serving the Claimant with this

Objection and the exhibit on which the Claimant's claim is listed.

27.     To the extent any Claimant timely files and properly serves a

response to this Objection by **4:00 P.M. (Eastern) on December 1, 2011** as required by

the Case Management Order and under applicable law, and the parties are unable to

otherwise resolve the Objection, the Liquidating Trust requests that the Court conduct a

status conference[2] with respect to any such responding claimant at **2:00 P.M. (Eastern) on**

**December 8, 2011** and thereafter schedule the matter for a future hearing as to the merits

of such claim.  However, to the extent any Claimant fails to timely file and properly serve

a response to this Objection as required by the Case Management Order and applicable

law, the Liquidating Trust requests that the Court enter an order, substantially in the form

attached hereto as <u>Exhibit A</u>, reducing each of the claims identified on <u>Exhibit C</u> attached

hereto.

### COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

28.      This Objection complies with Bankruptcy Rule 3007(e).

Additionally, the Liquidating Trust submits that this Objection is filed in accordance with

the Omnibus Objection Procedures Order.

### WAIVER OF MEMORANDUM OF LAW

29.      Pursuant to Local Bankruptcy Rule 9013-1(G), and because there

are no novel issues of law presented in the Motion, the Liquidating Trust requests that the

requirement that all motions be accompanied by a written memorandum of law be waived.

### NO PRIOR RELIEF

30.      No previous request for the relief sought herein has been made to

this Court or any other court.

---

[2] In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the Objection do not need to appear at the status conference.

WHEREFORE, the Liquidating Trust respectfully requests that the Court

enter an Order sustaining this Objection and granting such other and further relief as the

Court deems appropriate.

Dated: Richmond, Virginia          TAVENNER & BERAN, PLC
      October 31, 2011


*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## EXHIBIT A

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

## ORDER SUSTAINING LIQUIDATING TRUST'S TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS)

THIS MATTER having come before the Court[3] on the Liquidating Trust's Twenty-Fifth Omnibus Objection to Claims Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C attached to the Objection be reduced for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is SUSTAINED.

2.    The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3.    The Court will conduct a status conference on December 8, 2011 at 2:00 p.m. for all Claims identified in the Response/Action column as "Received-Continued" on Exhibit B attached hereto.

4.    The Liquidating Trust's rights to object to any claim including

---

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

(without limitation) the Claims subject to the Objection, on any grounds that applicable

law permits, are not waived and are expressly reserved.

     5.     The Liquidating Trust shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or before five (5) business days from

the entry of this Order.

     6.     This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
      _____, 2011


         _____
         HONORABLE KEVIN R. HUENNEKENS
         UNITED STATES BANKRUPTCY JUDGE


WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

                         - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

                  - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing
proposed order has been endorsed by or served upon all necessary parties.

                              */s/ Lynn L. Tavenner*
                              Lynn L. Tavenner


4

| Claim | Claimant Name |
|---|---|
| 6692 | ADD ON COMPUTER |
| 8292 | AMARILLO GLOBE NEWS |
| 14285 | APPLIED PREDICTIVE TECHNOLOGIES INC |
| 6988 | ARISE VIRTUAL SOLUTIONS INC |
| 6060 | BAKER & MCKENZIE |
| 6318 | BELLINGHAM HERALD |
| 9684 | CAROLINA POWER & LIGHT DBA PROGRESS ENERGY CAROLINAS |
| 6305 | CARTERSVILLE NEWSPAPERS |
| 6706 | CBS RADIO EAST INC |
| 14755 | CENTRAL TELEPHONE COMPANY NORTH CAROLINA |
| 6945 | CENTRAL TELEPHONE COMPANY OF TEXAS |
| 6353 | COLUMBUS LEDGER ENQUIRER |
| 12877 | COMPASS GROUP USA INC |
| 9663 | COMPUTERIZED WASTE SYSTEMS |
| 11683 | CORPORATE GRAPHICS INTERNATIONAL |
| 6441 | COSMI CORPORATION |
| 9020 | COX COMMUNICATIONS INC |
| 9465 | DITAN DISTRIBUTION LLC |
| 7995 | DOREL JUVENILE GROUP INC |
| 8290 | FIRE MATERIALS GROUP LLC |
| 9375 | FUNAI SERVICE CORPORATION |
| 9317 | GEORGIA POWER COMPANY |
| 14714 | GOOGLE INC |
| 8877 | GREYSTONE DATA SYSTEMS INC |
| 7747 | GUARDSMARK |
| 9529 | HOUMA COURIER & DAILY COMET |
| 14900 | IDEAL TECHNOLOGY INC |
| 6866 | JOB CONNECTION SERVICES INC |
| 14498 | KOSTAS & BIRNE LLP |
| 11718 | KRCW TV |
| 14455 | KRONOS INCORPORATED |
| 7300 | KTVI TELEVISION NO 372 |
| 12176 | LAS VEGAS REVIEW JOURNAL |
| 9213 | LECLAIRRYAN A VIRGINIA PROFESSIONAL COMPANY |
| 8253 | MCCRACKEN WALKER & RHOADS LLP |
| 8432 | MITRATECH HOLDINGS INC |
| 9523 | OCALA STAR BANNER |
| 6310 | OLYMPIAN |
| 6819 | ON CORP USA INC AND ON CORP |
| 15012 | ORACLE AMERICA INC SUCCESSOR IN INTEREST TO ORACLE USA INC BEA SYSTEMS AND PEOPLESOFT INC |
| 13209 | PACIFIC GAS AND ELECTRIC COMPANY |
| 10561 | PARKERSBURG NEWS SENTINEL |
| 9345 | PHH VEHICLE MANAGEMENT SERVICES LLC F K A PHH VEHICLE MANAGEMENT SERVICES CORPORATION |
| 7218 | PHILIPS LIGHTING COMPANY |
| 15122 | POLAROID CONSUMER ELECTRONICS LLC |
| 8483 | PREMIER RETAIL NETWORKS INC PRN |
| 6740 | PTS ELECTRONICS CORP |
| 7216 | PTS ELECTRONICS CORP |
| 6229 | RTS MARKETING INC |
| 9526 | SPARTANBURG HERALD JOURNAL |
| 8321 | T MOBILE USA INC |
| 8370 | T MOBILE USA INC |
| 8243 | TAPP IVAN J |
| 9531 | THE TUSCALOOSA NEWS |
| 9648 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC |
| 9391 | TOSHIBA AMERICA INFORMATION SYSTEMS INC |
| 9535 | UDIG TECHNOLOGIES LLC |
| 9154 | VELODYNE ACOUSTICS INC |
| 6757 | WILLIAMS MULLEN CLARK & DOBBINS |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/27/2009 | 6060  2000606001 | BAKER & MCKENZIE  ATTN COLE FERGUSON  815 CONNECTICUT AVE NW  WASHINGTON, DC 20006-407 | BAKER & MCKENZIE | $7,533.00 | U | CIRCUIT CITY STORES, INC. | $7,296.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Post-petition activity on inv; split and paid already |
| 1/26/2009 | 6229  2000622901 | RTS Marketing Inc  Attn Sheila deLa Cruz Esq  c o Hirschler Fleischer PC  PO Box 500  Richmond , VA 23218-0500 | RTS Marketing Inc | $198,884.17 | U | CIRCUIT CITY STORES, INC. | $14,710.61 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Duplicated admin invoices on claim 13774 |
| 1/27/2009 | 6305  2000630501 | CARTERSVILLE NEWSPA  PO BOX 70  CARTERSVILLE, GA 30120-00 | CARTERSVILLE NEWSPAPERS | $1,513.29 | U | CIRCUIT CITY STORES, INC. | $1,178.60 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability |
| 1/27/2009 | 6310  2000631001 | Olympian  Attn Stephen Burns  c o The McClatchy Co  2100 Q St  Sacramento, CA 95816 | Olympian | $15,804.74 | U | CIRCUIT CITY STORES, INC. | $11,439.50 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Past due balance carried from Feb 2005 due to a pending re-rate. |
| 1/27/2009 | 6318  2000631801 | Bellingham Herald  Attn Stephen Burns  c o The McClatchy Co  2100 Q St  Sacramento, CA 95816 | Bellingham Herald | $8,672.03 | U | CIRCUIT CITY STORES, INC. | $7,477.31 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: billed wrong rate |
| 1/27/2009 | 6353  2000635301 | Columbus Ledger Enquirer  Attn Stephen Burns  c o The McClatchy Co  2100 Q St  Sacramento, CA 95816 | Columbus Ledger Enquirer | $9,151.03 | U | CIRCUIT CITY STORES, INC. | $8,946.03 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: paper billed at wrong rate |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Modified Claim Amounts

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/26/2009 | 6441 2000644101 | COSMI CORPORATION 18600 CRENSHAW BLVD TORRANCE, CA 90504 | COSMI CORPORATION | $7,200.98 | U | CIRCUIT CITY STORES, INC. | $6,740.60 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note:  Disputed Vendor Preformance and bank fees |
| 1/28/2009 | 6692 2000669201 | ADD ON COMPUTER PERIPHERALS LLC 34 MAUCHLY STE A IRVINE, CA 92618 | ADD ON COMPUTER | $37,149.50 | U | CIRCUIT CITY STORES, INC. | $31,486.50 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Vendor included 503b9 invoices again on POC |
| 1/28/2009 | 6706 2000670601 | CBS Radio East Inc Attn Helen D Antona CBS Law Department 51 W 52nd St New York, NY 10019 | CBS Radio East Inc | $8,313.33 | U | CIRCUIT CITY STORES, INC. | $7,725.08 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: invoice notes says not to pay |
| 1/28/2009 | 6740 2000674001 | PTS ELECTRONICS CORP PO BOX 272 BLOOMINGTON, IN 47401-027 | PTS ELECTRONICS CORP | $4,319.87 | U | CIRCUIT CITY STORES, INC. | $3,432.91 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Satisfied on check #0000430077 |
| 1/28/2009 | 6757 2000675701 | WILLIAMS MULLEN CLARK PO BOX 91719 RICHMOND, VA 23291-1719 | WILLIAMS MULLEN CLARK & DOBBINS | $82,789.25 | U | CIRCUIT CITY STORES, INC. | $32,671.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Vendor claiming discounts and payment adjs dating back to 2000 |
| 1/28/2009 | 6819 2000681901 | ON Corp USA Inc and ON C Attn Fredrick Levy Esq and or c o Olshan Grundman Frome R 65 E 55th St New York, NY 10022 | ON Corp USA Inc and ON Corp | $1,708,920.00 | U | CIRCUIT CITY STORES, INC. | $1,698,552.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: pricing discrepancies |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/28/2009 | 6866  2000686601 | Job Connection Services Inc  179 Delaware Ave  Palmerton, PA 18071 | Job Connection Services Inc | $13,695.91 | U | CIRCUIT CITY STORES, INC. | $11,904.45 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: paid on 5/17/07, ch#4368492 |
| 1/25/2009 | 6945  2000694502 | Central Telephone Company  PO Box 7971  Shawnee Mission, KS 66207-09 | Central Telephone Company of Texas | $1,728.53 | U | CIRCUIT CITY STORES, INC. | $747.41 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: paid on tangoe batch 138 |
| 1/28/2009 | 6988  2000698801 | Arise Virtual Solutions Inc  c o Jared Fletcher  3450 Lakeside Dr Ste 620  Miramar, FL 33027 | Arise Virtual Solutions Inc | $445,593.03 | U | CIRCUIT CITY STORES, INC. | $407,309.66 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Vendor did not provide support for all items, broke contact |
| 1/28/2009 | 7216  2000721601 | PTS ELECTRONICS CORP  PO BOX 272  BLOOMINGTON, IN 47401-027 | PTS ELECTRONICS CORP | $4,801.31 | U | CIRCUIT CITY STORES, INC. | $2,187.35 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Satisfied invoices and credits due to CCS |
| 1/28/2009 | 7218  2000721801 | PHILIPS LIGHTING COMPA  ATTN CORP CREDIT  200 FRANKLIN SQUARE DR  SOMERSET, NJ 08875 | PHILIPS LIGHTING COMPANY | $12,073.59 | U | CIRCUIT CITY STORES, INC. | $11,439.39 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: quantity discrepancy and an invoice reconciled on 503b9. |
| 1/20/2009 | 7300  2000730001 | KTVI Television No 372  c o Szabo Associates Inc  3355 Lenox Rd NE 9th Fl  Atlanta , GA 30326 | KTVI Television No 372 | $6,358.00 | U | CIRCUIT CITY STORES, INC. | $5,423.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: One invoice already paid on Ck 4607273 on 04/07/09 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/29/2009 | 7747 2000774701 | GUARDSMARK 22 S SECOND ST MEMPHIS, TN 38103 | GUARDSMARK | $42,311.76 | U | CIRCUIT CITY STORES, INC. | $40,987.90 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Claim reduced by one paid invoice. |
| 1/29/2009 | 7995 2000799502 | Liquidity Solutions Inc One University Plz Ste 312 Hackensack, NJ 07601 | Liquidity Solutions Inc | $13,037.01 | U | CIRCUIT CITY STORES, INC. | $12,855.52 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Not found on records |
| 1/29/2009 | 8243 2000824301 | Tapp, Ivan J 3712 Snow Goose St Plumas Lake, CA 95961-8729 | Tapp, Ivan J | $1,933.05 | U | CIRCUIT CITY STORES WEST COAST. | $165.10 | General Unsecured | CIRCUIT CITY STORES | Books & Records- Reduced Liability Note: most invs pd on cks 4564526 & 4546739. claimant disputing inv differences |
| 1/29/2009 | 8253 2000825301 | McCracken Walker & Rhoad Attn Simon E Fraser Esq Montgomery McCracken Walke 123 S Broad St Philadelphia, PA 19109 | McCracken Walker & Rhoads LLP | $81,329.88 | U | CIRCUIT CITY STORES, INC. | $75,070.04 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Cost differences & paid invoices |
| 1/29/2009 | 8290 2000829001 | United States Debt Recover 940 Southwood Bl Ste 101 Incline Village, NV 89451 | United States Debt Recovery V LP | $1,624,315.88 | U | CIRCUIT CITY STORES, INC. | $1,549,065.23 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability recorded on the debtor's books and records. |
| 1/20/2009 | 8292 2000829201 | AMARILLO GLOBE NEWS STEVE DUNAVIN 900 S HARRISON AMARILLO, TX 79101 | AMARILLO GLOBE NEWS | $27,188.00 | U | CIRCUIT CITY STORES, INC. | $19,666.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Amounts differ due to an expired contract. Billed incorrectly. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/21/2009 | 8321 2000832101 | T Mobile USA Inc PO Box 53410 Bellevue, WA 98015 | T Mobile USA Inc | $12,039.92 | U | CIRCUIT CITY STORES WEST COAST. | $3,303.29 | General Unsecured | CIRCUIT CITY STORES | Books & Records- Reduced Liability Note: paid on batch 123 and 138 |
| 1/21/2009 | 8370 2000837001 | T Mobile USA Inc PO Box 53410 Bellevue, WA 98015 | T Mobile USA Inc | $4,445.37 | U | CIRCUIT CITY STORES WEST COAST. | $1,425.17 | General Unsecured | CIRCUIT CITY STORES | Books & Records- Reduced Liability Note: amount paid on batch 128 |
| 1/29/2009 | 8432 2000843201 | MITRATECH HOLDINGS IN 5900 WILSHIRE BLVD STE 15 LOS ANGELES, CA 90036 | MITRATECH HOLDINGS INC | $20,730.00 | U | CIRCUIT CITY STORES, INC. | $10,365.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: one inv pd ck# 4606862 dated 3/19/09 |
| 1/29/2009 | 8483 2000848301 | Premier Retail Networks Inc Craig C Chiang Esq Buchalter Nemer PC 333 Market St 25th Fl San Francisco, CA 94105 | Premier Retail Networks Inc PRN | $1,964,247.98 | U | CIRCUIT CITY STORES, INC. | $1,115,899.38 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability recorded on the debtor's books and records for disputed portion of the claim. |
| 1/30/2009 | 8877 2000887701 | Greystone Data Systems Inc 40800 ENCYCLOPEDIA DR FREMONT, CA 94538 | GREYSTONE DATA SYSTEMS INC | $569,614.68 | U | CIRCUIT CITY STORES, INC. | $228,985.05 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: No liability |
| 1/30/2009 | 9020 2000902001 | Cox Communications Inc Wendy A Hillman Wargo & French LLP 1170 Peachtree St NE Ste 202 Atlanta, GA 30309 | Cox Communications Inc | $5,536.62 | U | CIRCUIT CITY STORES, INC. | $821.51 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: claim is for gift cards to be cancelled and already paid invoices |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/30/2009 | 9154 2000915401 | VELODYNE ACOUSTICS I 345 DIGITAL DR MORGANHILL, CA 95037 | VELODYNE ACOUSTICS INC | $651.54 | U | CIRCUIT CITY STORES, INC. | $234.02 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: paid ck 429800 ck date 12-18-08 |
| 1/30/2009 | 9213 2000921301 | LeClairRyan a Virginia Profe Susan North Esq Contrarian Capital Managemen 411 W Putnam Ave Ste 425 Greenwich, CT 06830 | LeClairRyan a Virginia Professional Corporation | $66,963.68 | U | CIRCUIT CITY STORES, INC. | $62,605.99 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: pricing differences |
| 1/30/2009 | 9317 2000931701 | Georgia Power Company Garrett A Nail Esq c o Troutman Sanders LLP 600 Peachtree St NE Atlanta, GA 30308 | Georgia Power Company | $112,733.55 | U | CIRCUIT CITY STORES, INC. | $91,057.90 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: ADV IQ no liability; Carmax location |
| 1/30/2009 | 9345 2000934501 | PHH Vehicle Management S Attn Paul V Danielson 940 Ridgebrook Rd Sparks, MD 21152 | PHH Vehicle Management Services LLC f k a PHH Vehicle Management Services Corporation | $126,486.26 | U | CIRCUIT CITY STORES, INC. | $124,174.67 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: diff between claim amt and support provided |
| 1/30/2009 | 9375 2000937501 | FUNAI SERVICE CORPOR 2200 SPIEGEL DR GROVEPORT, OH 43125 | FUNAI SERVICE CORPORATION | $5,393.72 | U | CIRCUIT CITY STORES, INC. | $5,094.68 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: 1 invoice pd ck# 4211576 6/19/08, other no liability |
| 1/30/2009 | 9391 2000939102 | Toshiba America Informatio Attn Steven N Leitess c o Leitess Leitess Friedberg & 1 Corporate Ctr 10451 Mill Run Cir Ste 1000 Owings Mills, MD 21117 | Toshiba America Information Systems Inc | $9,357,099.05 | U | CIRCUIT CITY STORES, INC. | $8,517,929.12 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/30/2009 | 9465<br><br>2000946501 | Ditan Distribution LLC<br>Michael S Kogan<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd 9th Fl<br><br>Beverly Hills, CA 90212 | Ditan Distribution LLC | $129,545.11 | U | CIRCUIT CITY STORES, INC. | $93,204.32 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Vendor contact agrees 1 invoice is invalid, rec item to $0 |
| 1/30/2009 | 9523<br><br>2000952301 | Ocala Star Banner<br>Law Office of William J McDer<br>499 Jericho Tpk Ste 100<br><br>Mineola, NY 11501 | Ocala Star Banner | $15,888.89 | U | CIRCUIT CITY STORES, INC. | $13,570.12 | General Unsecured | CIRCUIT CITY STORES. | Satisfied (post petition only) Note: Post petition portion of invoice paid on check 4586038 |
| 1/30/2009 | 9526<br><br>2000952601 | Spartanburg Herald Journal<br>Law Office of William J McDer<br>499 Jericho Tpk Ste 100<br><br>Mineola, NY 11501 | Spartanburg Herald Journal | $19,463.50 | U | CIRCUIT CITY STORES, INC. | $9,154.16 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paid on check 4570606 10/28/08 |
| 1/30/2009 | 9529<br><br>2000952901 | Houma Courier & Daily Com<br>Law Office of William J McDer<br>499 Jericho Tpk Ste 100<br><br>Mineola, NY 11501 | Houma Courier & Daily Comet | $4,340.71 | U | CIRCUIT CITY STORES, INC. | $3,965.38 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: past due amount from ad adj per contract |
| 1/30/2009 | 9531<br><br>2000953101 | The Tuscaloosa News<br>Law Office of William J McDer<br>499 Jericho Tpk Ste 100<br><br>Mineola, NY 11501 | The Tuscaloosa News | $12,582.10 | U | CIRCUIT CITY STORES, INC. | $10,653.48 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Invoiced for finance charge. Invoice 1108 paid on check 4586103. |
| 1/30/2009 | 9535<br><br>2000953501 | UDIG TECHNOLOGIES LL<br>6641 BROAD ST STE G105<br><br>RICHMOND, VA 23230 | UDIG TECHNOLOGIES LLC | $41,711.80 | U | CIRCUIT CITY STORES, INC. | $41,150.60 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: vendor claimed gross on invoice not net of fees |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/30/2009 | 9648<br><br>2000964802 | Toshiba America Consumer<br>c o Leitess Leitess Friedberg &<br>1 Corporate Ctr<br>10451 Mill Run Cir Ste 1000<br><br>Owings Mills, MD 21117 | Toshiba America Consumer Products LLC | $1,100,432.50 | U | CIRCUIT CITY STORES, INC. | $1,090,810.10 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Pricing variances |
| 1/30/2009 | 9663<br><br>2000966301 | COMPUTERIZED WASTE<br>PO BOX 32428<br><br>LOUISVILLE, KY 40232 | COMPUTERIZED WASTE SYSTEMS | $252,047.92 | U | CIRCUIT CITY STORES, INC. | $251,286.72 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: No liability |
| 1/30/2009 | 9684<br><br>2000968401 | Carolina Power & Light dba<br>160 Rush St<br><br>Raleigh, NC 27603 | Carolina Power & Light dba Progress Energy Carolinas | $17,902.85 | U | CIRCUIT CITY STORES, INC. | $16,525.62 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Inv variance. 2 bills on AIQ & claim with diff billed totals. |
| 2/3/2009 | 10561<br><br>2001056101 | PARKERSBURG NEWS SE<br>PO BOX 1787<br><br>PARKERSBURG, WV 26102 | PARKERSBURG NEWS SENTINEL | $10,717.50 | U | CIRCUIT CITY STORES, INC. | $9,504.80 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Balance from 02/06 expired contract. Paper billed incorrectly. |
| 3/5/2009 | 11683<br><br>2001168301 | CORPORATE GRAPHICS I<br>PO BOX 8464<br><br>NORTH MANKATO, MN 56002- | CORPORATE GRAPHICS INTERNATIONAL | $15,612.70 | U | CIRCUIT CITY STORES, INC. | $9,107.30 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: no liability vendor not sending invoices and pods |
| 3/13/2009 | 11718<br><br>2001171801 | KRCW TV<br>ATTN VICKI MORIN<br>1813 WESTLAKE AVE N<br><br>SEATTLE, WA 98109 | KRCW TV | $7,152.75 | U | CIRCUIT CITY STORES, INC. | $1,955.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: paid on checks 4606802 and 4584051 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/2009 | 12176<br><br>2001217601 | Las Vegas Review Journal<br>Credit Office<br>PO Box 70<br><br>Las Vegas, NV 89125-0070 | Las Vegas Review Journal | $124,898.25 | U | CIRCUIT CITY STORES, INC. | $52,273.96 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: $71980.33 paid 3/25/09, Ch#4606960, in addition, there is a  $643.96 pricing discrepancy. |
| 5/5/2009 | 12877<br><br>2001287701 | Compass Group USA Inc<br>Attn Lynne Foresman<br>2400 Yorkmount Rd<br><br>Charlotte, NC 28217 | Compass Group USA Inc | $120,000.71 | U | CIRCUIT CITY STORES, INC. | $116,062.36 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Balance error and support variance |
| 6/1/2009 | 13209<br><br>2001320901 | Pacific Gas and Electric Co<br>c o Patrick Hazen Bankruptcy<br>PO Box 8329<br><br>Stockton, CA 95208 | Pacific Gas and Electric Company | $104,444.78 | U | CIRCUIT CITY STORES, INC. | $80,985.53 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Items previously paid |
| 6/30/2009 | 14285<br><br>2001428502 | Applied Predictive Technolo<br>Attn General Counsel<br>901 N Stuart St Ste 1100<br><br>Arlington, VA 22203-4141 | Applied Predictive Technologies Inc | $53,749.83 | U | CIRCUIT CITY STORES, INC. | $28,750.23 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Denied contract fees on unused services; Special Note: this objection relates only to the unsecured portion of the claim. |
| 7/3/2009 | 14455<br><br>2001445501 | Kronos Incorporated<br>David Cunningham VP &Corp<br>9525 SW Gemini Dr<br><br>Beaverton, OR 97008 | Kronos Incorporated | $1,724,122.24 | U | CIRCUIT CITY STORES, INC. | $517,621.49 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability recorded on the debtor's books and records. |
| 7/17/2009 | 14498<br><br>2001449801 | Kostas & Birne LLP<br>3625 Hall St Ste 610<br><br>Dallas, TX 75219 | Kostas & Birne LLP | $30,976.71 | U | CIRCUIT CITY STORES, INC. | $13,492.71 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: We show that invs were paid. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Modified Claim Amounts**

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/5/2009 | 14714<br>2001471401 | Google Inc<br>M Trinh Legal Department<br>1600 Amphitheatre Pkwy<br><br>Mountain View, CA 94040 | Google Inc | $2,101,862.55 | U | CIRCUIT CITY STORES, INC. | $2,054,410.61 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Amt differs on invoice / Paid on check 4607337 4/9/09 |
| 12/7/2009 | 14755<br>2001475501 | Central Telephone Company<br>PO Box 7971<br><br>Shawnee Mission, KS 66207-09 | Central Telephone Company North Carolina | $889.82 | U | CIRCUIT CITY STORES, INC. | $121.77 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: paid by Tangoe |
| 3/31/2010 | 14900<br>2001490001 | IDEAL TECHNOLOGY INC<br>C O CORRE OPPORTUNITIE<br>1370 AVE OF THE AMERICAS<br><br>NEW YORK, NY 10019 | IDEAL TECHNOLOGY INC | $137,757.00 | U | CIRCUIT CITY STORES, INC. | $64,544.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: $73,213.00 duplication of invoice/liabilities on claim no. 3759 |
| 4/16/2010 | 15012<br>2001501201 | Oracle America Inc Success<br>Craig C Chiang Esq<br>Buchalter Nemer PC<br>333 Market St 25th Fl<br><br>San Francisco, CA 94105 | Oracle America Inc Successor in Interest to Oracle USA Inc BEA Systems and PeopleSoft Inc | $132,273.80 | U | CIRCUIT CITY STORES, INC. | $59,734.53 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability & Books & Records- No Liability for disputed portion. |
| 11/5/2010 | 15122<br>2001512201 | Polaroid Consumer Electroni<br>John R Stoebner Trustee<br>120 S Sixth St Ste 2500<br><br>Minneapolis, MN 55402 | Polaroid Consumer Electronics LLC | $1,414,360.41 | U | CIRCUIT CITY STORES, INC. | $1,186,760.46 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Price and quantity differences on invoics and returns |