Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al., | **:** Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:** (Jointly Administered) |
| | **:** |
| | **:** |

### NOTICE OF TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
### (DISALLOWANCE OF CERTAIN LATE AND/OR OTHERWISE INVALID CLAIMS)

   **PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Twenty-Sixth Omnibus Objection to Claims (Disallowance of Certain Late and/or Otherwise Invalid Claims) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.  By the Objection, the Liquidating Trust is seeking to disallow late and/or otherwise invalid claims.

   **PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.


TO:          <u>Claim<br>Number</u>     <u>Claim<br>Amount</u>     <u>Reference<br>Objection</u>

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION.  <u>YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION</u>. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY <u>4:00 P.M. (EASTERN TIME) ON DECEMBER 1, 2011</u>, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

<u>**Critical Information for Claimants**</u>
<u>**Choosing to File a Response to the Objection**</u>

<u>Who Needs to File a Response</u>:  If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

<u>Response Deadline</u>:  The Response Deadline is **<u>4:00 p.m. (Eastern Time) on December 1, 2011 (the "Response Deadline")</u>**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **<u>actually</u> <u>received</u>** on or before the Response Deadline by the Bankruptcy Court at the following address:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

The status hearing on the Objection will be held at **2:00 p.m. (Eastern Time) on December 8, 2011 at:**

United States Bankruptcy Court
701 East Broad Street – Courtroom 5000
Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

<u>**Procedures for Filing a Timely Response and
Information Regarding the Hearing on the Objection**</u>

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

a.   a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

b.   the claimant's name and an explanation for the amount of the Claim;

c.   a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the

specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d. a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e. a declaration of a person with personal knowledge of the relevant facts that support the Response;

f. the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address").  If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

g. to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

 **Additional Information**.  To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf.  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

 **Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection without further notice to you.

 **Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy

Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

## Additional Information

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.


Dated:    October 31, 2011

                                            */s/ Lynn L. Tavenner*
                                            Lynn L. Tavenner (VA Bar No. 30083)
                                            Paula S. Beran (VA Bar No. 34679)
                                            TAVENNER & BERAN, P.L.C.
                                            20 North Eighth Street, 2nd Floor
                                            Richmond, Virginia  23219
                                            Telephone:  804-783-8300
                                            Facsimile:  804-783-0178
                                            Email:  ltavenner@tb-lawfirm.com
                                                    pberan@tb-lawfirm.com

                                            -and-

                                            Jeffrey N. Pomerantz (admitted *pro hac vice*)
                                            Andrew W. Caine (admitted *pro hac vice*)
                                            PACHULSKI STANG ZIEHL & JONES LLP
                                            10100 Santa Monica Blvd.
                                            13th Floor
                                            Los Angeles, California  90067-4100
                                            Telephone: 805-123-4567
                                            Facsimile:  310/201-0760
                                            E-mail: jpomerantz@pszjlaw.com
                                                    acaine@pszjlaw.com

                                            *Counsel for the Circuit City Stores, Inc.
                                            Liquidating Trust*

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - -  x
In re:                             :   Chapter 11
                                   :
CIRCUIT CITY STORES, INC., et al., :   Case No. 08-35653 (KRH)
                                   :
            Debtors.               :
- - - - - - - - - - - - - -        :   Jointly Administered
                                   X

**LIQUIDATING TRUST'S TWENTY-SIXTH OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE
OF CERTAIN LATE AND/OR OTHERWISE INVALID CLAIMS)**

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through

Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the

Second Amended Joint Plan of Liquidating of Circuit City Stores, Inc. and its Affiliated

Debtors and Debtors in Possession and its Official Committee of Creditors Holding

General Unsecured Claims (the "Plan") in the above-captioned cases, hereby files this

Twenty-Sixth Omnibus Objection to Claims (Disallowance of Certain Late and/or

Otherwise Invalid Claims) (the "Objection"), and hereby moves this court (the "Court"),

pursuant to sections 105, 502 and 503 of title 11 of the United States Code, 11 U.S.C. §§

101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for

an order, the proposed form of which is attached hereto as Exhibit A, granting the relief

sought by this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Objection under 28

U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of

these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

The statutory and legal predicates for the relief requested herein are Bankruptcy Code

sections 105, 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.      On November 10, 2008 (the "Petition Date"), the debtors in the

above-captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief

under chapter 11 of the Bankruptcy Code.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC
(0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer
Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky
Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel,
LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

3.       On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").

4.       On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.       On December 10, 2008, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

6.       Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the "General Bar Date"). The deadline for governmental units to file claims that arose before November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar Date"). Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

7.       On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314). In addition, the Debtors published

3

the Claims Bar Date Notice in <u>The Wall Street Journal</u> (Docket No. 1395) and <u>The Richmond Times-Dispatch</u> (Docket No. 1394).

8.      On November 12, 2008, this Court entered that certain Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No. 107)(the "503(b)(9) Bar Date Order").

9.      Pursuant to the 503(b)(9) Bar Date Order, this Court approved the form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the 503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9) Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy Code was on December 19, 2008 (the "503(b)(9) Bar Date").

10.     On November 19, 2008, KCC served a copy of the 503(b)(9) Bar Date Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the Debtors published the 503(b)(9) Bar Date Notice in <u>The New York Times</u> (Docket No. 549), <u>The Wall Street Journal</u> (Docket No. 548), and <u>The Richmond Times-Dispatch</u> (Docket No. 547).

11.     On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going

4

out of business sales pursuant to the Agency Agreement at the Debtors remaining stores. As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

12.     On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

13.     On May 15, 2009, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting Administrative Bar Date and Procedures For Filing and Objecting To Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No. 3354) (the "Administrative Claims Bar Date Order").

14.     Pursuant to the Administrative Claims Bar Date Order, the deadline for filing all Administrative Expense Requests (as defined in the Administrative Claims Bar Date Order) was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant to the Administrative Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar Date Order (the "Claims Bar Date Notice").

15.     On or before May 22, 2009, KCC served a copy of the Administrative Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609).  In addition, the Debtors published the Administrative Claims Bar Date Notice in The Financial Times (Docket No. 3970), The Richmond Times-Dispatch (Docket No. 3969)

and The Wall Street Journal (Docket No. 3968).

16.     On August 9, 2010, the Debtors and the Creditors' Committee filed the Plan, which provides for the liquidation of the Debtors' assets and distribution of the proceeds thereof under chapter 11 of the Bankruptcy Code.

17.     On September 10, 2010, the United States Bankruptcy Court, Eastern District of Virginia, signed an Order confirming the Plan (Docket No. 8555) (the "Confirmation Order").

18.     Pursuant to the Plan and Confirmation Order, the deadline for requests for payment of Administrative Claims that arose on and after January 1, 2010 up to and through the Effective Date was January 3, 2011 (the "Final Administrative Bar Date").

19.     On November 3, 2010, KCC served a copy of the Notice of (I) Confirmation of Modified Second Amended Joint Plain of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims Under Chapter 11 of the Bankruptcy Code, (II) the Occurrence of the Effective Date and (III) the Deadlines for Filing Administrative Claims, Final Fee Applications and Rejection Damages Claims (Docket No. 8865), which included notice of the Final Administrative Bar Date, on the 2002 Service List, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 8947).

20.     The Plan became effective on November 1, 2010 (the "Effective Date"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Trust assumed the right and responsibility to liquidate the Debtors' remaining assets and

distribute the proceeds to creditors, including the prosecution of Causes of Action and objections to claims.

## OBJECTIONS TO CLAIMS

21.     By this Objection, the Liquidating Trust seeks entry of an order, in substantially the form attached hereto as Exhibit A, pursuant to Bankruptcy Code sections 105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1, disallowing each of the claims identified on Exhibits C through E attached hereto (collectively, the "Claims").

22.     For ease of reference, attached hereto as Exhibit B is an alphabetical listing of all claimants whose Claims are included in this Objection (the "Claimants"), with a cross-reference by claim number.

### A.     Disallowance of Certain Invalid Claims

23.     The basis for disallowance of the claims listed on Exhibits C through E attached hereto (the "Invalid Claims") is that all of the Invalid Claims assert, in their entirety, amounts for which the Debtors are not liable.

24.     Specifically, Exhibit C identifies Invalid Claims that are invalid based on the Debtors' books and records (the "Books and Records Expunge Claims"). After a review of the Books and Records Expunge Claims and the bases upon which each is asserted, and a review of the Debtors' books and records, the Liquidating Trust has determined that the Books and Records Expunge Claims are liabilities for which the Debtors dispute any liability based on, *inter alia*, (i) variances in pricing, rates or quantities of merchandise provided, (ii) existing credits or deposits, (iii) liabilities already satisfied, and (iv) lack of contractual relationship with the Debtors.  Accordingly, the Liquidating

7

Trust requests that the Books and Records Expunge Claims identified on <u>Exhibit C</u> be

disallowed for the reasons stated therein.

25.     <u>Exhibit D</u> identifies Invalid Claims that were filed subsequent to the

relevant bar date (the "Late Claims").  Accordingly, the Liquidating Trust requests that the

Late Claims identified on <u>Exhibit D</u> be disallowed as late.

26.     <u>Exhibit E</u> identifies Invalid Claims that are liabilities already

asserted by the Claimants in other claims or amended by other claims (the "Duplicate or

Amended Claims").  Accordingly, the Liquidating Trust requests that the Duplicate or

Amended Claims identified on <u>Exhibit E</u> be disallowed.

## **RESERVATION OF RIGHTS**

27.     The Liquidating Trust reserves the right to further object to any and

all claims, whether or not the subject of this Objection, for allowance and/or distribution

purposes, and on any other grounds.  Furthermore, the Liquidating Trust reserves the right

to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant

herein.

## **NOTICE AND PROCEDURE**

28.     Notice of this Objection has been provided to all Claimants with

Claims that are the subject to this Objection as identified on <u>Exhibits C through E</u>,

respectively, and to parties-in-interest in accordance with the Court's Supplemental Order

Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and

Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case

Management and Administrative Procedures (entered on December 30, 2009 at Docket No.

6208) (the "Case Management Order").  The Liquidating Trust submits that the following

methods of service upon the Claimants should be deemed by the Court to constitute due and sufficient service of this Objection: (a) service in accordance with Federal Rule of Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of Civil Procedure 4; (b) to the extent counsel for a Claimant is not known to the Liquidating Trust, by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form or other representative identified in the proof of claim form or any attachment thereto; or (c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's behalf in the Debtors' bankruptcy cases.  The Liquidating Trust is serving the Claimant with this Objection and the exhibit on which the Claimant's claim is listed.

29.    To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 P.M. (Eastern) on December 1, 2011** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Liquidating Trust requests that the Court conduct a status conference[2] with respect to any such responding claimant at **2:00 P.M. (Eastern) on December 8, 2011** and thereafter schedule the matter for a future hearing as to the merits of such claim.  However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Liquidating Trust requests that the Court enter an order, substantially in the form attached hereto as Exhibit A, disallowing each of the claims identified on Exhibits C through E attached hereto.

---

[2] In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the Objection do not need to appear at the status conference.

9

**COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
THE OMNIBUS OBJECTION PROCEDURES ORDER**

30.    This Objection complies with Bankruptcy Rule 3007(e).

Additionally, the Liquidating Trust submits that this Objection is filed in accordance with

the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

31.    Pursuant to Local Bankruptcy Rule 9013-1(G), and because there

are no novel issues of law presented in the Motion, the Liquidating Trust requests that the

requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

32.    No previous request for the relief sought herein has been made to

this Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court

enter an Order sustaining this Objection and granting such other and further relief as the

Court deems appropriate.

Dated: Richmond, Virginia
October 31, 2011

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## EXHIBIT A

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S TWENTY-SIXTH OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
<u>LATE AND/OR OTHERWISE INVALID CLAIMS)</u>**

THIS MATTER having come before the Court[3] on the Liquidating Trust's Twenty-Sixth Omnibus Objection to Claims Omnibus Objection to Claims (Disallowance of Certain Late and/or Otherwise Invalid Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibits C through E attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED.

2.      The Claims identified on Exhibit A as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3.      The Court will conduct a status conference on December 8, 2011 at 2:00 p.m. for all Claims identified in the Response/Action column as "Received-Continued" on Exhibit B attached hereto.

4.      The Liquidating Trust's rights to object to any claim including

---

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

(without limitation) the Claims subject to the Objection, on any grounds that applicable

law permits, are not waived and are expressly reserved.

5.      The Liquidating Trust shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or before five (5) business days from

the entry of this Order.

6.      This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
        _____, 2011


        _____
        HONORABLE KEVIN R. HUENNEKENS
        UNITED STATES BANKRUPTCY JUDGE




WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing
proposed order has been endorsed by or served upon all necessary parties.

                                */s/ Lynn L. Tavenner*
                                Lynn L. Tavenner

| Claim | Claimant Name | Exhibit |
|---|---|---|
| 6452 | ABC FAMILY | Exhibit C: Expunge Books and Records |
| 480 | AQUAPERFECT INC | Exhibit C: Expunge Books and Records |
| 3216 | ARCHITECTURAL CAST STONE INCORPORATED | Exhibit C: Expunge Books and Records |
| 3675 | CESSNA AIRCRAFT COMPANY | Exhibit C: Expunge Books and Records |
| 14718 | CITY OF CINCINNATI | Exhibit D: Expunge Late |
| 14540 | CITY OF HAYWARD | Exhibit D: Expunge Late |
| 14673 | CITY OF PHILADELPHIA WATER REVENUE BUREAU | Exhibit D: Expunge Late |
| 14737 | CITY OF PHILADELPHIA WATER REVENUE BUREAU | Exhibit D: Expunge Late |
| 7895 | COLE, JOHN MATTHEW | Exhibit C: Expunge Books and Records |
| 868 | CROMER EQUIPMENT CO | Exhibit C: Expunge Books and Records |
| 3307 | D&W MASONRY INC | Exhibit C: Expunge Books and Records |
| 1082 | DAILY CAMERA | Exhibit E: Expunge Duplicate and Amended Claims |
| 7872 | DILIGENT BOARD MEMBER SERVICES INC | Exhibit C: Expunge Books and Records |
| 229 | EBATES SHOPPING COM INC | Exhibit C: Expunge Books and Records |
| 596 | EL MENSAJERO NEWSPAPERS LLC | Exhibit C: Expunge Books and Records |
| 2270 | EL MENSAJERO NEWSPAPERS LLC | Exhibit C: Expunge Books and Records |
| 1612 | ENGINEERED STRUCTURES INC | Exhibit E: Expunge Duplicate and Amended Claims |
| 13387 | ETECH SERVICES AND REPAIR INC | Exhibit C: Expunge Books and Records |
| 8110 | GEISENDORFF, FREDERIC | Exhibit C: Expunge Books and Records |
| 7581 | GEORGE, PHILIP | Exhibit C: Expunge Books and Records |
| 4565 | HILL FARRER & BURRILL LLP | Exhibit C: Expunge Books and Records |
| 2895 | HOLYOKE GAS & ELECTRIC DEPARTMENT | Exhibit C: Expunge Books and Records |
| 3186 | HOWELLS HEATING & AC | Exhibit C: Expunge Books and Records |
| 13414 | IKON FINANCIAL SERVICES | Exhibit C: Expunge Books and Records |
| 4038 | KNIGHT TRANSPORTATION SERVICES INC | Exhibit C: Expunge Books and Records |
| 7093 | LEXAR MEDIA INC | Exhibit C: Expunge Books and Records |
| 8363 | ORACLE USA INC SUCCESSOR IN INTEREST TO BEA SYSTEMS AND PEOPLESOFT INC ORACLE | Exhibit E: Expunge Duplicate and Amended Claims |
| 1302 | PARTIES PLUS | Exhibit C: Expunge Books and Records |
| 1124 | PG&E | Exhibit E: Expunge Duplicate and Amended Claims |
| 3903 | PHILIPS & LITE ON DIGITAL SOLUTIONS USA | Exhibit C: Expunge Books and Records |
| 6379 | POLAROID CORPORATION | Exhibit E: Expunge Duplicate and Amended Claims |
| 10099 | PRAXAIR DISTRIBUTION INC | Exhibit C: Expunge Books and Records |
| 8805 | RELIABLE PAVING INC | Exhibit C: Expunge Books and Records |
| 7986 | RICE, DARRYL DBA SPEC TECH | Exhibit C: Expunge Books and Records |
| 3851 | RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR IMPRESSIONS MARKETING GROUP | Exhibit C: Expunge Books and Records |
| 114 | S&S INDUSTRIAL MAINTENANCE | Exhibit C: Expunge Books and Records |
| 3253 | S&S INDUSTRIAL MAINTENANCE | Exhibit C: Expunge Books and Records |
| 14602 | SAFETY AND SECURITY SERVICES INC | Exhibit C: Expunge Books and Records |
| 374 | SANWEN HK INTERNATIONAL CO LTD | Exhibit C: Expunge Books and Records |
| 2084 | SCOTTS LANDSCAPING INC | Exhibit C: Expunge Books and Records |
| 8029 | SCRIPPS NETWORKS LLC DBA HOME & GARDEN TELEVISION | Exhibit C: Expunge Books and Records |
| 765 | SEALED AIR CORPORATION | Exhibit C: Expunge Books and Records |
| 6317 | SENSORMATIC ELECTRONICS CORPORATION | Exhibit C: Expunge Books and Records |
| 595 | SHIPPING UTILITIES INC | Exhibit C: Expunge Books and Records |
| 10193 | STANFORD, DEAN RUPERT | Exhibit C: Expunge Books and Records |
| 2998 | STR SOFTWARE COMPANY | Exhibit C: Expunge Books and Records |
| 4813 | SUMTER ELECTRIC COOPERATIVE, INC ,FL | Exhibit C: Expunge Books and Records |
| 10117 | TERMINIX INTERNATIONAL | Exhibit C: Expunge Books and Records |
| 10119 | TERMINIX INTERNATIONAL | Exhibit C: Expunge Books and Records |
| 10120 | TERMINIX INTERNATIONAL | Exhibit C: Expunge Books and Records |
| 10121 | TERMINIX INTERNATIONAL | Exhibit C: Expunge Books and Records |
| 10122 | TERMINIX INTERNATIONAL | Exhibit C: Expunge Books and Records |
| 10123 | TERMINIX INTERNATIONAL | Exhibit C: Expunge Books and Records |
| 22 | THORTON & ASSOCIATES PLC | Exhibit E: Expunge Duplicate and Amended Claims |
| 3333 | TRANE PR INC | Exhibit C: Expunge Books and Records |
| 7275 | TXU ENERGY RETAIL COMPANY LLC | Exhibit E: Expunge Duplicate and Amended Claims |
| 14678 | VILLAGE OF DOWNERS GROVE, IL | Exhibit D: Expunge Late |
| 141 | VIRGINIA CROSSINGS OPERATOR LLC DBA WYNDHAM VIRGINIA CROSSINGS HOTEL & CONFERENCE CENTER | Exhibit C: Expunge Books and Records |
| 3794 | WISCONSIN ELECTRIC POWER COMPANY | Exhibit E: Expunge Duplicate and Amended Claims |
| 11720 | WPIX TV | Exhibit C: Expunge Books and Records |
| 3957 | YELLOW TRANSPORTATION | Exhibit C: Expunge Books and Records |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Disallowed Books and Records**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 12/2/2008 | 114  2000011402 | S&S INDUSTRIAL MAINTE SUPPLY INC PO BOX 69  MARLTON, NJ 08053 | S&S INDUSTRIAL MAINTENANCE | $12,154.37 | B | CIRCUIT CITY STORES, INC. | 503b9 Modified Unsecured duplicate Note: Claim 3253 is the duplicate claim |
| 11/21/2008 | 141  2000014101 | Virginia Crossings Operator Mr Paul Jensen c o Wyndham Virginia Crossing 1000 Virginia Ctr Pkwy  Glen Allen, VA 23059 | Virginia Crossings Operator LLC dba Wyndham Virginia Crossings Hotel & Conference Center | $48,230.24 | U | CIRCUIT CITY STORES, INC. | Paid in Full - No Liability (pre petition) Note: Invoice paid on check 4580132 |
| 11/28/2008 | 229  2000022901 | Ebates Shopping Com Inc 333 Bryant St Ste 250  San Francisco, CA 94107 | Ebates Shopping Com Inc | $67,459.54 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Ebates affiliate commissions paid through Google per Debtor's records. |
| 11/24/2008 | 374  2000037402 | Sanwen HK International Co Rm 1705 7 Hon Kwok Tst Cent 5 9 Observatory Ct TST  Kowloon, | Sanwen HK International Co Ltd | $27,190.00 | U | CIRCUIT CITY STORES, INC. | 503b9 Modified Unsecured duplicate Note: Reconciled on claim 352 |
| 12/3/2008 | 480  2000048001 | AQUAPERFECT INC 2061 N MORLEY  MOBERLY, MO 65270 | AQUAPERFECT INC | $569.70 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: no attached invoices. |
| 12/4/2008 | 595  2000059502 | SHIPPING UTILITIES INC PO BOX 790051  ST LOUIS, MO 63179 | SHIPPING UTILITIES INC | $884.17 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Credit on the unpaid of 2000, do not pay claim |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 12/4/2008 | 596  2000059601 | EL MENSAJERO NEWSPA  333 VALENCIA ST STE 410  SAN FRANCISCO, CA 94103 | EL MENSAJERO NEWSPAPERS LLC | $5,877.84 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: paid on check 4242154 8/14/06 |
| 12/12/2008 | 765  2000076502 | SEALED AIR CORPORATI  5687 COLLECTIONS CENTER  CHICAGO, IL 60693-5687 | SEALED AIR CORPORATION | $15,417.81 | U | CIRCUIT CITY STORES, INC. | 503b9 Modified Unsecured duplicate Note: Invoice was included in subsequent unsecured claim no. 5527 with other invocies. |
| 12/8/2008 | 868  2000086801 | CROMER EQUIPMENT CO  PO BOX 14338  OAKLAND, CA 94614-2388 | CROMER EQUIPMENT CO | $9,626.63 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Invs on claim were already paid in Dec '08. |
| 12/18/2008 | 1302  2000130202 | PARTIES PLUS  PO BOX 773  HUNTINGTON BEACH, CA 926 | PARTIES PLUS | $446.24 | U | CIRCUIT CITY STORES WEST COAST, INC. | Books & Records- No Liability |
| 12/30/2008 | 2084  2000208401 | SCOTTS LANDSCAPING I  322 KENT RD  NEW MILFORD, CT 06776-552 | SCOTTS LANDSCAPING INC | $11,781.55 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Sub-contractor to Daystar; 2005/2006 invoices |
| 12/31/2008 | 2270  2000227001 | EL MENSAJERO NEWSPA  7000 S FLOWER ST  LOS ANGELES, CA 90017 | EL MENSAJERO NEWSPAPERS LLC | $5,877.84 | U | CIRCUIT CITY STORES, INC. | Paid in Full - No Liability (pre petition) Note: Paid on check 4242154, $5,877.84 on 8/14/06 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Disallowed Books and Records**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1/6/2009 | 2895 <br><br> 2000289502 | HOLYOKE GAS & ELECTRI <br> 99 SUFFOLK ST <br><br><br> HOLYOKE, MA 01040 | HOLYOKE GAS & ELECTRIC DEPARTMENT | $10,332.12 | U | CIRCUIT CITY STORES, INC. | Duplicate of Class on Prior Claim Note: Invoices reconciled on claim 817: Special Note: this objection relates only to the unsecured portion of the claim. |
| 1/8/2009 | 2998 <br><br> 2000299801 | STR SOFTWARE COMPAN <br> 11505 ALLECINGIE PARKWA <br><br><br> RICHMOND, VA 23235-4301 | STR SOFTWARE COMPANY | $4,521.95 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Contract renewel premium for 3/1/09-2/28/10 |
| 1/12/2009 | 3186 <br><br> 2000318601 | Liquidity Solutions Inc <br> One University Plz Ste 312 <br><br><br> Hackensack, NJ 07601 | Liquidity Solutions Inc | $14,739.00 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Sub-contractor to Sun Belt General Contractors |
| 1/9/2009 | 3216 <br><br> 2000321601 | Architectural Cast Stone Inc <br> Architectural Cast Stone Inc <br> 2775 Norton Creek Dr <br><br> West Chicago, IL 60185-6411 | Architectural Cast Stone Incorporated | $11,143.79 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Claimant was sub-subcontractor to International Contractors |
| 1/12/2009 | 3253 <br><br> 2000325301 | S&S INDUSTRIAL MAINTE <br> PO BOX 69 <br><br><br> MARLTON, NJ 08053 | S&S INDUSTRIAL MAINTENANCE | $12,154.37 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: invoices from 1996/97, vendor told by Legal to stop contacting stores |
| 1/12/2009 | 3307 <br><br> 2000330701 | D&W MASONRY INC <br> PO BOX 1177 <br><br><br> POWELL, OH 43065 | D&W MASONRY INC | $74,120.49 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: subcontractor claim; debtor has no direct relationship with claimant. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Disallowed Books and Records

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1/12/2009 | 3333 2000333301 | TRANE PR INC PO BOX 9000 SANTURCE, PR 00908-9000 | TRANE PR INC | $1,203.75 | U | CIRCUIT CITY PURCHASING COMPANY, LLC | Books & Records- No Liability Note: no liability 2007 invoice |
| 1/13/2009 | 3675 2000367501 | CESSNA AIRCRAFT COMP 5800 E  PAWNEE WICHITA, KS 67218-5590 | CESSNA AIRCRAFT COMPANY | $3,904.97 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: no liability for these 2002-2006 invoices |
| 1/15/2009 | 3851 2000385101 | Riverside Claims LLC as As Riverside Claims LLC PO Box 626 Planetarium Station New York, NY 10023 | Riverside Claims LLC as Assignee for Impressions Marketing Group | $53,694.20 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Duplicate invoices filed on claim #860 for correct docketed amt |
| 1/13/2009 | 3903 2000390301 | PHILIPS & LITE ON DIGITA ATTN ARMANDO ABELLA 42000 CHRISTY STREET FREMONT, CA 94538-3182 | PHILIPS & LITE ON DIGITAL SOLUTIONS USA | $897.50 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Difference between RTV deducted & Credit from Vendor |
| 1/21/2009 | 3957 2000395701 | Yellow Transportation c o RMS Bankruptcy Recovery PO Box 5126 Timonium, MD 21094-5126 | Yellow Transportation | $12,297.46 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Invoices were processed by CTSI through logistics |
| 1/19/2009 | 4038 2000403801 | KNIGHT TRANSPORTATIO KNIGHT TRANSPORTATION ATTN SALES MANAGER 5601 W BUCKEYE ROAD PHOENIX, AZ 85043 | KNIGHT TRANSPORTATION SERVICES INC | $9,425.65 | U | CIRCUIT CITY STORES, INC. | Invalid - No Contractual Relationship Note: Freight subcontractor of CH Robinson |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1/20/2009 | 4565<br><br>2000456501 | HILL FARRER & BURRILL<br><br>300 S GRAND AVE 37TH FL<br><br><br><br>LOS ANGELES, CA 900714840 | HILL FARRER & BURRILL LLP | $61,445.40 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability per Debtor's books and records. |
| 1/21/2009 | 4813<br><br>2000481301 | SUMTER ELECTRIC COOP<br><br>P O BOX 301<br><br><br><br>SUMTERVILLE, FL 33585-0301 | SUMTER ELECTRIC COOPERATIVE, INC ,FL | $12,968.29 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Duplicate line item on claim # 2338 |
| 1/27/2009 | 6317<br><br>2000631702 | Sensormatic Electronics Cor<br><br>c o Alvin S Goldstein Esq<br><br>Furr & Cohen PA<br><br>2255 Glades Rd Ste 337W<br><br>Boca Raton, FL 33431 | Sensormatic Electronics Corporation | $0.00 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability recorded on the debtor's books and records. |
| 1/14/2009 | 6452<br><br>2000645201 | ABC Family<br><br>Attn Adrian Tustin<br><br>500 S Buena Vista St<br><br><br><br>Burbank, CA 91521-9750 | ABC Family | $51,940.10 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Debtor procurred these services through Active Media Services. |
| 1/28/2009 | 7093<br><br>2000709301 | LEXAR MEDIA INC<br><br>Attn Lisa Johnson<br><br>8000 S Federal Way MSI 507<br><br><br><br>Boise, ID 83716 | Micron Technology Inc | $18,331.92 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability |
| 1/29/2009 | 7581<br><br>2000758101 | GEORGE, PHILIP<br><br>25 MCWILLIAMS PL UNIT 402<br><br><br><br>JERSEY CITY, NJ 07302 | GEORGE, PHILIP | $2,042.90 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: claimant received cash advance for these expenses |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1/29/2009 | 7872 2000787201 | Diligent Board Member Serv 39 W 37th St 8th Fl New York, NY 10018 | Diligent Board Member Services Inc | $17,100.00 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: No support; no invoices on unpaid |
| 1/29/2009 | 7895 2000789501 | COLE, JOHN MATTHEW 120 GOUDY DR RIPLEY, MS 38663 | COLE, JOHN MATTHEW | $733.32 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: claim is for early 2008 T&E reports that have no approval. |
| 1/29/2009 | 7986 2000798601 | RICE, DARRYL DBA SPEC 2125 N NAVAJO PL CHINO VALLEY, AZ 86323-463 | SpecTech | $8,145.00 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Several attempts to reach claimant for work order with no succes |
| 1/29/2009 | 8029 2000802901 | Scripps Networks LLC dba PO Box 602028 Charlotte, NC 28260-2028 | Scripps Networks LLC dba Home & Garden Television | $147,019.40 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Debtor procured services through Active Media Services, not claimant (HGTV). |
| 1/29/2009 | 8110 2000811001 | Geisendorff, Frederic 220 Mill Ct Covington, LA 70435 | Geisendorff, Frederic | $10,000.00 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: T&E expense |
| 1/30/2009 | 8805 2000880501 | Reliable Paving Inc John Y Bonds III Shannon Gracey Ratliff & Miller 777 Main St Ste 3800 Fort Worth, TX 76102 | Reliable Paving Inc | $26,341.95 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Invs billed to SM Wilson & Co; sub-contractor |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Disallowed Books and Records**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1/29/2009 | 10099<br><br>2001009901 | Praxair Distribution Inc<br>c o RMS Bankruptcy Recovery<br>PO Box 5126<br><br><br>Timonium, MD 21094-5126 | Praxair Distribution Inc | $5,536.02 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: No liability for this vendor-also this is a lease for cylinders |
| 1/30/2009 | 10117<br><br>2001011701 | TERMINIX INTERNATIONA<br>PO BOX 17167<br><br><br>MEMPHIS, TN 38187 | TERMINIX INTERNATIONAL | $10,218.39 | U | CIRCUIT CITY STORES, INC. | Invalid - No Contractual Relationship Note: Subcontractor to Industriaplex & FM Maintenance |
| 1/30/2009 | 10119<br><br>2001011901 | TERMINIX INTERNATIONA<br>PO BOX 17167<br><br><br>MEMPHIS, TN 38187 | TERMINIX INTERNATIONAL | $9,315.76 | U | CIRCUIT CITY STORES, INC. | Invalid - No Contractual Relationship Note: Subcontractor to Industriaplex & FM Maintenance |
| 1/30/2009 | 10120<br><br>2001012001 | TERMINIX INTERNATIONA<br>PO BOX 17167<br><br><br>MEMPHIS, TN 38187 | TERMINIX INTERNATIONAL | $11,251.13 | U | CIRCUIT CITY STORES, INC. | Invalid - No Contractual Relationship Note: Subcontractor to Industriaplex & FM Maintenance |
| 1/30/2009 | 10121<br><br>2001012101 | TERMINIX INTERNATIONA<br>PO BOX 17167<br><br><br>MEMPHIS, TN 38187 | TERMINIX INTERNATIONAL | $14,900.01 | U | CIRCUIT CITY STORES, INC. | Invalid - No Contractual Relationship Note: Subcontractor to Industriaplex & FM Maintenance |
| 1/30/2009 | 10122<br><br>2001012201 | TERMINIX INTERNATIONA<br>PO BOX 17167<br><br><br>MEMPHIS, TN 38187 | TERMINIX INTERNATIONAL | $2,781.14 | U | CIRCUIT CITY STORES, INC. | Invalid - No Contractual Relationship Note: Subcontractor to Industriaplex & FM Maintenance |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit C: Disallowed Books and Records**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1/30/2009 | 10123 2001012301 | TERMINIX INTERNATIONA PO BOX 17167 MEMPHIS, TN 38187 | TERMINIX INTERNATIONAL | $7,345.13 | U | CIRCUIT CITY STORES, INC. | Invalid - No Contractual Relationship Note: Subcontractor to Industriaplex & FM Maintenance |
| 1/30/2009 | 10193 2001019301 | STANFORD, DEAN RUPER 918 MORRIS AVE 4J BRONX, NY 10451 | STANFORD, DEAN RUPERT | $733.32 | U | CIRCUIT CITY STORES, INC. | No Support Note: individual, no support |
| 3/9/2009 | 11720 2001172001 | WPIX TV 220 E 42nd St New York, NY 10017 | WPIX TV | $61,626.00 | U | CIRCUIT CITY STORES, INC. | Satisfied Note: Paid 1/27/09, check 4607136 |
| 6/15/2009 | 13387 2001338701 | Etech Services and Repair I Janice Howell 3056 Hwy 55 E Kinston, NC 28501-9068 | Etech Services and Repair Inc dba Janice Howell | $3,481.66 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: claim filed late- warranty vendor for service contract |
| 5/27/2009 | 13414 2001341401 | IKON Financial Services Bankruptcy Administration PO Box 13708 Macon, GA 31208-3708 | IKON Financial Services | $667,822.20 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability recorded on the debtor's books and records. |
| 8/21/2009 | 14602 2001460201 | Safety and Security Services 416 NW 8th St Oklahoma City, OK 73102 | Safety and Security Services Inc | $47,038.06 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: liability is claimed on claim no. 11532 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit D: Disallowed Late**

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 8/6/2009 | 14540<br>2001454001 | City of Hayward<br>Revenue Division<br>777 B St<br><br>Hayward , CA 94541 | City of Hayward | $1,645.78 | P | CIRCUIT CITY STORES, INC. | Late Note: filed 8-6-09 |
| 10/7/2009 | 14673<br>2001467301 | City of Philadelphia Water R<br>c o Ashely M Chan Esq<br>Hangley Aronchick Segal & Pu<br>One Logan Sq 27th Fl<br><br>Philadelphia, PA 19103 | City of Philadelphia Water Revenue Bureau | $850.19 | P | CIRCUIT CITY STORES, INC. | Late Note: filed on 10-7-09 and does not amend |
| 9/24/2009 | 14678<br>2001467801 | VILLAGE OF DOWNERS G<br>801 BURLINGTON AVE<br><br>DOWNERS GROVE, IL 60515 | VILLAGE OF DOWNERS GROVE, IL | $1,800.00 | P | CIRCUIT CITY STORES, INC. | Late Note: Gov't bar date 5/11/09, first filing 10/12/09. Late, invalid. |
| 11/4/2009 | 14718<br>2001471801 | City of Cincinnati<br>801 Plum St Rm 202<br><br>Cincinnati, OH 45202 | City of Cincinnati | $818.45 | U | CIRCUIT CITY STORES, INC. | Late Note: Late filing, gov't bar date 5/11/09, first filing 11/6/09 |
| 11/9/2009 | 14737<br>2001473701 | City of Philadelphia Water R<br>c o Ashely M Chan Esq<br>Hangley Aronchick Segal & Pu<br>One Logan Sq 27th Fl<br><br>Philadelphia, PA 19103 | City of Philadelphia Water Revenue Bureau | $850.19 | S | CIRCUIT CITY STORES, INC. | Late Note: claim filed late -11/09/09 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit E: Disallowed Duplicate
and Amended Claims

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 11/17/2008 | 22<br><br>2000002201 | Thornton & Associates PLC<br>4701 Cox Rd Ste 207<br><br><br>Glen Allen, VA 23060-6802 | Thornton & Associates PLC | $14,559.49 | U | CIRCUIT CITY STORES, INC. | Amended by Another Claim Note: Amended by claim #15093 |
| 12/19/2008 | 1082<br><br>2000108201 | DAILY CAMERA<br>PO BOX 591<br><br><br>BOULDER, CO 80306-0591 | DAILY CAMERA | $3,816.66 | U | CIRCUIT CITY STORES, INC. | Duplicate Note: other claim 3694 |
| 12/15/2008 | 1124<br><br>2000112401 | PG&E<br>77 BEALE ST<br><br><br>SAN FRANCISCO, CA 94105 | PG&E | $92,313.03 | U | CIRCUIT CITY STORES, INC. | Duplicate Note: duplicate of #13209 that states amends 12/30/08 claim #2122 |
| 12/12/2008 | 1612<br><br>2000161201 | Engineered Structures Inc<br>ROB SHOCKLEY<br>12400 W OVERLAND RD<br><br><br>BOISE, ID 83709 | ENGINEERED STRUCTURES INC | $120,172.26 | U | CIRCUIT CITY STORES, INC. | Amended by Another Claim Note: Amended by claim #15050 |
| 1/15/2009 | 3794<br><br>2000379401 | Wisconsin Electric Power C<br>Attn Bankruptcy Dept<br>WE Energies<br>333 W Everett St Rm A130<br><br>Milwaukee, MI 53203 | Wisconsin Electric Power Company | $33,296.52 | U | CIRCUIT CITY STORES, INC. | Amended by Another Claim Note: Related claim: 14747 |
| 1/27/2009 | 6379<br><br>2000637901 | Polaroid Corporation<br>George H Singer<br>Lindquist & Vennum PLLP<br>4200 IDS Ctr<br>80 S 8th St<br>Minneapolis, MN 55402 | Polaroid Corporation | $1,414,360.61 | U | CIRCUIT CITY STORES, INC. | Amended by Another Claim Note: Related claim: 15122 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit E: Disallowed Duplicate and Amended Claims**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1/28/2009 | 7275  2000727501 | TXU Energy Retail Compan  CO Bankruptcy Department  PO Box 650393  Dallas, TX 75265-0393 | TXU Energy Retail Company LLC | $45,488.08 | U | CIRCUIT CITY STORES, INC. | Duplicate Note: Related claim: 4518 |
| 1/29/2009 | 8363  2000836301 | Oracle USA Inc successor in  Craig C Chiang Esq  Buchalter Nemer PC  333 Market St 25th Fl  San Francisco, CA 94105 | Oracle USA Inc successor in interest to BEA Systems and PeopleSoft Inc Oracle | $134,673.80 | U | CIRCUIT CITY STORES, INC. | Amended by Another Claim Note: Related claim: 15012 |