# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC.,

Debtors.

) Chapter 11
)
) Case No.: 08-35653
)
) Judge Kevin R. Huennekens
)
) Jointly Administered
)
) TRANSFER OF CLAIM / BILL OF SALE
) BANKRUPTCY RULE 3001(E)(2)

PLEASE TAKE NOTICE that the claim(s) of BELLA TERRA ASSOCIATES LLC (underlying creditor or "Transferor"), against the above captioned Debtor in the filed amount of $1,464,191.05, as set forth in proof of claim number 12999 filed 4/30/2009 and all claims of Transferor associated with such claim other than the Administrative Claim No. 13955 have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery X LP, ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR / SELLER:** BELLA TERRA ASSOCIATES LLC

By:
Print Name: Eric Sahn     Title: Vice President
Signature: _____   Date: 10/25/11

Corrected Address (if req.) _____

Phone: _____   E-Mail: _____

**TRANSFEREE / BUYER:**
United States Debt Recovery X LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: _____
Nathan E. Jones, Managing Director