UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re<br>   CIRCUIT CITY STORES, INC. et al.<br><br>   Debtors. | Chapter 11<br><br>Case No. 08-35653<br><br>(Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Columbus Productions, Inc., a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating solely to claim number 1069 be sent to the new address set forth below, effective as of the date hereof.

Former Address
Columbus Productions, Inc.
4580 Cargo Drive
Columbus, GA 31907-1958

New Address
Columbus Productions, Inc.
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

COLUMBUS PRODUCTIONS, INC.

By: _____
Title: President
Date: 10/31/11