IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
                                                    : Case No. 08-35653
Circuit City Stores, Inc.,                          :
                                                    :
                                                    : Jointly Administered
            Debtors.                                :
                                                    :
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Clarissa Cu being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before November 3, 2011, I caused copies of the
- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket Nos. 11072, 11094, 11405, 11408 and 11410]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: November 3, 2011

_____
Clarissa Cu

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this November 3, 2011, by Clarissa Cu, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

ELIZABETH MARIE BARNETT
Commission # 1867869
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2013

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|
| Bella Terra | | 60 S Market St Ste 1120 | | San Jose | CA | 95113 | 11405 | Notice Party |
| Bella Terra Associates LLC | J. Bennet Friedman Esq | 1900 Avenue of the Stars 1800 | | Los Angeles | CA | 90067 | 11405 | Transferor |
| Columbus Productions Inc | | 4580 Cargo Dr | | Columbus | GA | 31907 | 11410 | Transferor |
| Contrarian Funds, LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | Greenwich | CT | 06830 | 11408 | Transferee |
| Contrarian Funds, LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | Greenwich | CT | 06830 | 11410 | Transferee |
| Hallaian Brothers, a general partnership | | 2416 W. Shaw 104 | | Fresno | CA | 93711 | 11072 | Transferor |
| Iannucci Development Corp | | 37 Hermitage Ln | | N Haven | CT | 06473 | 11094 | Transferor |
| Jefferies Leveraged Credit Products, LLC | | One Station Place | Three North | Stamford | CT | 06902 | 11072 | Transferee |
| Lancaster Propane Gas Inc | | 2860 Yellow Goose Rd | | Lancaster | PA | 17601 | 11408 | Transferor |
| Lancaster Propane, P.A. | | 2860 Yellow Goose Rd | | Lancaster | PA | 17601 | 11408 | Transferor |
| Liquidity Solutions, Inc. | | One University Plaza Ste 312 | | Hackensack | NJ | 07601 | 11094 | Transferee |
| Michael L Wilhelm | Walter Wilhelm Law Group | 8305 N Fresno St Ste 410 | | Fresno | CA | 93720 | 11094 | Notice Party |
| US Debt Recovery X LP | | 940 Southwood Blvd Ste 101 | | Incline Village | NV | 89451 | 11405 | Transferee |

In re: Circuit City Stores, Inc. et al.
USBC Case No. 08-35653 (KRH)

Page 1 of 1

11/3/2011