IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------- x
:    Chapter 11
In re:                                                     :
:    Case No. 08-35653
Circuit City Stores, Inc.,                                 :
:
:    Jointly Administered
Debtors.                                  :
:
---------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

I, Clarissa Cu being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before October 27, 2011, I caused copies of the
- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket Nos. 11389, 11391, 11398, and 11399]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: October 28, 2011

_____
Clarissa Cu

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this October 28, 2011, by Clarissa Cu, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

ELIZABETH MARIE BARNETT
Commission # 1867869
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2013

# EXHIBIT A

**Exhibit A**

**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|
| DeMatteo Management Inc | Jennifer Hinckley Allen | Hinckley Allen & Snyder LLP | 28 State St | Boston | MA | 02109-1775 | 11389 & 11398 | Transferor |
| Specific Media Inc | | 4 Park Plaza Ste 1900 | | Irvine | CA | 92614 | 11391 & 11399 | Transferor |
| United States Debt Recovery X LP | | 940 Southwood Blvd Ste 101 | | Incline Village | NV | 89451 | 11389 & 11398 | Transferee |
| United States Debt Recovery X LP | | 940 Southwood Blvd Ste 101 | | Incline Village | NV | 89451 | 11391 & 11399 | Transferee |

In re: Circuit City Stores, Inc.
USBC Case No. 08-35653 (KRH)