UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc., et al.,

                Debtors.

Chapter 11

Case No. 08-35653

(Jointly Administered)

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Kimberly A Betts, a creditor in the bankruptcy cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim, including claim number 9382 (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

| Former Address | New Address |
|---|---|
| Kimberly A Betts<br>467 S Broton Rd<br>Muskegon, MI 49442 | Kimberly A Betts<br>c/o Liquidity Solutions, Inc<br>One University Plaza, Suite 312<br>Hackensack, New Jersey 07601 |

I declare under penalty of perjury that the foregoing is true and correct.

Kimberly A Betts

By: _[signature]_

Its: _Kimberly A Betts_

Date: _11/5/2011_

_[signature]_
Notary Public

Tina Deering - Hadix
Notary Public, State of Michigan, County of Muskegon
My Commission Expires 01/25/14
Acting in the County of _[handwritten]_