UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re
    CIRCUIT CITY STORES, INC. et al.

    Debtors.

Chapter 11

Case No. 08-35653

(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Engineered Structures, Inc., a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to claim numbers 1611, 1625 and 15050, be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Engineered Structures, Inc.
c/o Kimberly D. Gourley, Esq.
Trout, Jones, Glendhill, Fuhrman, Courley, PA
P.O. Box 1097
Boise, ID 83701-1097

New Address
Engineered Structures, Inc.
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

**Engineered Structures, Inc.**

By: _[signature]_
Title: CEO
Date: 11-3-11