**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | : : : : : : : : : | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | | Case No. 08-35653 (KRH) |
| Debtors.[1] | | Jointly Administered |

**AFFIDAVIT OF SERVICE**

I, Melissa Loomis, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On November 7, 2011, copies of the following documents were served via electronic mail upon the parties set forth on the service lists attached hereto as **Exhibit A**, via facsimile on the parties set forth on the service list attached hereto as **Exhibit B**, and via first class mail upon the parties set forth on the service lists attached hereto as **Exhibit C**:

1. Liquidating Trust's Motion for Order Approving Payment of Claims Related to the Short-Term Incentive Program (Docket No. 11419)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

2. Notice of (A) Liquidating Trust's Motion for Order Approving Payment of Claims Related to the Short-Term Incentive Program and (B) Hearing Thereon; Hearing to be Held on November 21, 2011 at 2:00 p.m. (Docket No. 11420)

Dated: November 8, 2011

*Melissa Loomis* (signature)
Melissa Loomis

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on November 8, 2011, by Melissa Loomis, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Aimee Parel* (signature)

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

# Exhibit A

**Exhibit A**
Core Group Service List

| NAME | ATTENTION | EMAIL |
|---|---|---|
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | bob.duffy@fticonsulting.com steve.coulombe@fticonsulting.com |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | lmyers@kirkland.com |
| KUTAK ROCK LLP | PETER J. BARRETT | peter.barrett@kutakrock.com |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | bruce.matson@leclairryan.com |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | dhayes@mcguirewoods.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | kcordry@naag.org |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | Robert.B.Van.Arsdale@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ ANDREW W CAINE ESQ | jpomerantz@pszjlaw.com acaine@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | rfeinstein@pszjlaw.com |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | dberman@riemerlaw.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | gregg.galardi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | Ian.Fredericks@skadden.com |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ PAULA S BERAN ESQ | ltavenner@tb-lawfirm.com pberan@tb-lawfirm.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Acxiom Corporation | C B Blackard III | cbblac@acxiom.com |
| Akerman Senterfitt LLP | Mona M Murphy Esq | mona.murphy@akerman.com |
| Akerman Senterfitt LLP | William C Crenshaw | bill.crenshaw@akerman.com |
| Akin Gump Strauss Hauer & Feld LLP | Catherine E Creely | ccreely@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Charles R Gibbs<br>Sarah Link Schultz | cgibbs@akingump.com<br>sschultz@akingump.com |
| Allen & Overy LLP | Ken Coleman | ken.coleman@allenovery.com |
| Andrew S Conway Esq | | Aconway@taubman.com |
| Arent Fox LLP | Jackson D Toof | toof.jackson@arentfox.com |
| Arent Fox LLP | Katie A Lane | lane.katie@arentfox.com |
| Arnall Golden Gregory LLP | Darryl S Laddin<br>Frank N White | dladdin@agg.com<br>frank.white@agg.com |
| Arnold Gallagher Saydack Percell Roberts & Potter PC | Bradley S Copeland | bcopeland@agsprp.com |
| Attorney General of Indiana | Gregory F Zoeller<br>LeGrand L Clark | legrand.clark@atg.in.gov |
| Attorney General of New Jersey | Anne Milgram | citizens.services@lps.state.nj.us |
| Baker & Hostetler LLP | Donald A Workman Esq<br>Christopher J Giaimo Esq<br>Ambika Biggs Esq | dworkman@bakerlaw.com<br>cgiaimo@bakerlaw.com<br>abiggs@bakerlaw.com |
| Baker & McKenzie LLP | Junghye June Yeum Esq | June.Yeum@bakermckenzie.com |
| Ball Janik LLP | Justin D Leonard | jleonard@balljanik.com |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq<br>Charles W Chotvacs Esq | cgp@ballardspahr.com<br>chotvacsc@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq<br>Jeffrey Meyers Esq | pollack@ballardspahr.com<br>meyers@ballardspahr.com |
| Ballard Spahr LLP | Jenelle M Dennis | dennisj@ballardspahr.com |
| Barnes & Thornburg LLP | Michael K McCrory Esq | mmccrory@btlaw.com |
| Bartlett Hackett Feinberg PC | Frank F McGinn | ffm@bostonbusinesslaw.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | Mweitzman@beankinney.com |
| Bean Kinney & Korman PC | Thomas W Repczynski &<br>Martin J Yeager | trepczynski@offitkurman.com<br>myeager@beankinney.com |
| Becket & Lee LLP | Gilbert B Weisman | notices@becket-lee.com |
| Beirne Maynard & Parsons L.L.P. | J Seth Moore<br>Sarah Davis | jmoore@bmpllp.com<br>sdavis@bmpllp.com<br>bankruptcyemail@bmpllp.com |
| Belin Lamson McCormick Zumbach Flynn | Thomas L Flynn | tlflynn@belinlaw.com |
| Bernstein Law Firm PC | Stacey Suncine<br>Kirk B Burkley | kburkley@bernsteinlaw.com |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| Bialson Bergen & Schwab | Lawrence M Schwab Esq<br>Gay Nell Heck Esq | lschwab@bbslaw.com<br>Gaye@bbslaw.com |
| Binder & Malter LLP | Michael W Malter Esq<br>Julie H Rome Banks Esq | michael@bindermalter.com<br>julie@bindermalter.com |
| Blank Rome LLP | Regina Stango Kelbon Esq<br>John Lucian Esq | Kelbon@blankrome.com<br>Lucian@blankrome.com |
| Blankingship & Keith PC | William H Casterline Jr Esq<br>Jeremy B Root Esq | wcasterlinejr@bklawva.com<br>jroot@bklawva.com |
| Borges & Associates LLC | Wanda Borges Esq | borgeslawfirm@aol.com |
| Bracewell & Giuliani LLP | William A Trey Wood III | Trey.Wood@bgllp.com |
| Brian T Hanlon | | bhanlon@pbcgov.org |
| Bricker & Eckler LLP | Kenneth C Johnson<br>Andria M Beckham | kjohnson@bricker.com<br>abeckham@bricker.com |
| Broad and Cassel | Roy S Kobert Esq | rkobert@broadandcassel.com |
| Bronwen Price | Gail B Price Esq | gail@bronwenprice.com |
| Brooks Wilkins Sharkey & Turco PLC | Paula A Hall | hall@bwst-law.com |
| Brown Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Bryan Cave LLP | PJ Meitl | pj.meitl@bryancave.com |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq<br>Shawn M Christianson Esq | cchiang@buchalter.com<br>schristianson@buchalter.com |
| Buckner Alani & Mirkovich | William D Buckner<br>Catherine J Weinberg | wbuckner@bamlaw.net<br>cweinberg@bamlaw.net |
| Canon USA Inc | Ruth Weinstein | rweinstein@cusa.canon.com |
| Cantor Arkema PC | David K Spiro Esq | dspiro@cantorarkema.com |
| Carlton Fields PA | John J Lamoureux Esq | jlamoureux@carltonfields.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Carmody MacDonald PC | John E Hilton | jeh@carmodymacdonald.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | lawcarroll@aol.com |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | cahn@clm.com |
| Chiariello & Chiariello | Dominic L Chiariello | dc@chiariello.com |
| | Michael D Mueller Esq | mmueller@cblaw.com |
| | Jennifer M McLemore Esq | jmclemore@cblaw.com |
| Christian & Barton LLP | Noelle M James Esq | njames@cblaw.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq | aciardi@ciardilaw.com |
| City & County of Denver | David V Cooke | david.cooke@denvergov.org |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | Chris.Mosley@fortworthgov.org |
| City of Newport News VA City Attorney | Joseph M Durant | jdurant@nngov.com |
| Clement & Wheatley | Darren W Bentley Esq | bentleyd@clementwheatley.com |
| | Karen C Bifferato Esq | kbifferato@cblh.com |
| Connolly Bove Lodge & Hutz LLP | Christina M Thompson Esq | cthompson@cblh.com |
| Contrarian Capital Management LLC | Kimberly Gianis | kgianis@contrariancapital.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | ddhopper@chlhf.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | kleinergs@cooley.com |
| Core Properties Inc | James Donaldson | jim@coreproperties.com |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | Sou06@co.henrico.va.us |
| Culbert & Schmitt PLLC | Ann E Schmitt | aschmitt@culbert-schmitt.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| | Christopher A Provost | |
| | Stephen T Loden | |
| Diamond McCarthy LLP | Jason B Porter | jporter@diamondmccarthy.com |
| DLA Piper LLP | Anne Braucher Esq | anne.braucher@dlapiper.com |
| DLA Piper LLP | Mark J Friedman | mark.friedman@dlapiper.com |
| | Timothy W Brink Esq | timothy.brink@dlapiper.com |
| | Forrest Lammiman | forrest.lammiman@dlapiper.com |
| DLA Piper LLP | Ann Marie Bredin Esq | ann.bredin@dlapiper.com |
| | | Peter@dntpc.com |
| Donchess Notinger & Tamposi | Peter N Tamposi | nontrustee@dntpc.com |
| Douglas A Scott PLC | Douglas Scott | BankruptcyCounsel@gmail.com |
| Duane Morris LLP | Denyse Sabagh | dsabagh@duanemorris.com |
| | Lauren Lonergan Taylor | lltaylor@duanemorris.com |
| Duane Morris LLP | Matthew E Hoffman | mehoffman@duanemorris.com |
| | Rudolph J Di Massa Jr Esq | DiMassa@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| | Lauren Lonergan Taylor Esq | LLTaylor@duanemorris.com |
| Duane Morris LLP | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| | Roy M Terry Jr Esq | rterry@durrettebradshaw.com |
| | John C Smith Esq | jsmith@durrettebradshaw.com |
| Durrette Bradshaw PLC | Elizabeth L Gunn Esq | egunn@durrettebradshaw.com |
| | Rafael X Zahralddin Aravena | rxza@elliottgreenleaf.com |
| Elliott Greenleaf | Neil R Lapinski | nrl@elliottgreenleaf.com |
| Empire Blue Cross Blue Shield | Louis Benza Esq | louis.benza@empireblue.com |
| Enterprise Asset Management Inc | Lee Sudakoff | Lee.Sudakoff@eassets.com |
| | Gay Richey | |
| Envision Peripherals Inc | Sr Credit Manager | gay@epius.com |
| | Byron Z Moldo | bmoldo@ecjlaw.com |
| Ervin Cohen & Jessup LLP | Kenneth Miller Esq | kmiller@ecjlaw.com |
| | Michael S Kogan | mkogan@ecjlaw.com |
| Ervin Cohen & Jessup LLP | Kenneth Miller Esq | Kmiller@ecjlaw.com |
| Ewing Anderson PS | David E Eash | deash@ewinganderson.com |
| Farella Braun & Martel LLP | Gary Kaplan | gkaplan@fbm.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | hbaer@fdh.com |
| Ford Parshall & Baker | Jordan M Humphreys | jhumphreys@fpb-law.com |
| Foster Pepper PLLC | Christopher M Alston | alstc@foster.com |
| Four Star International Trade | Wendy M Mead PC | wendymeadpc@verizon.net |
| | Joseph D Frank | |
| Frank Gecker LLP | Jeremy C Kleinman | jfrank@fgllp.com |
| Franklin & Prokopik PC | Andrew L Cole | acole@fandpnet.com |
| Freeborn & Peters LLP | Aaron L Hammer Esq | ahammer@freebornpeters.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Friedlander Misler PLLC | Robert E Greenberg Esq<br>Thomas F Murphy Esq | rgreenberg@dclawfirm.com |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | efriedman@friedumspring.com |
| Frost Brown Todd LLC | Michael J O Grady Esq | mjogrady@fbtlaw.com |
| Fulbright & Jaworski LLP | Travis Torrence | ttorrence@fulbright.com |
| Fullerton & Knowles PC | Paul Schrader Esq | pschrader@fullertonlaw.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Gary & Regenhardt PLLC | Linda D Regenhardt | lregenhardt@garyreg.com |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | bankruptcy@ntexas-attorneys.com |
| Gibbons PC | Mark B Conlan Esq | mconlan@gibbonslaw.com |
| Glass & Reynolds | David G Reynolds Esq | dave@glassandreynolds.com |
| Gleason Dunn Walsh & O Shea | Ronald G Dunn Esq | rdunn.fvchg1@gdwo.net |
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | sjt@goodwingoodwin.com |
| Goulston & Storrs PC | Christine D Lynch Esq<br>Peter D Bilowz Esq | clynch@goulstonstorrs.com<br>pbilowz@goulstonstorrs.com |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | jkrieger@ggfirm.com |
| Greenberg Traurig LLP | Annapoorni R Sankaran Esq | sankarana@gtlaw.com |
| Greenberg Traurig LLP | Daniel J Ansell Esq<br>Heath B Kushnick Esq | AnsellD@GTLaw.com<br>kushnickh@gtlaw.com |
| Greenberg Traurig LLP | Howard J Berman Esq | bermanH@gtlaw.com |
| Greenberg Traurig LLP | John T Farnum Esq | farnumj@gtlaw.com |
| Greer Herz & Adams LLP | Frederick Black<br>Tara B Annweiler | tannweiler@greerherz.com |
| Gregory Kaplan PLC | Troy Savenko Esq | tsavenko@gregkaplaw.com |
| Gust Rosenfeld PLC | Madeleine C Wanslee | mwanslee@gustlaw.com |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | jfriedman@hkemlaw.com |
| Hamilton Beach Brands Inc | Bill Ray | bill.ray@hamiltonbeach.com |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | achan@hangley.com |
| Hanson Bridgett LLP | Jonathan S Storper & Emily M Charley | jstorper@hansonbridgett.com<br>echarley@hansonbridgett.com |
| Hatch Allen & Shepherd PA | Leslie D Maxwell Esq | lmaxwell@hatchlaw.com |
| Haynes and Boone LLP | Jason Binford & Mark Mullin | jason.binford@haynesboone.com;<br>mark.mullin@haynesboone.com |
| Haynes and Boone LLP | Robert D Albergotti & John Middleton | robert.albergotti@haynesboone.com<br>john.middleton@haynesboone.com |
| Hemar Rousso & Heald LLP | Wayne R Terry | wterry@hemar-rousso.com |
| Herrick Feinstein LLP | Paul Rubin | prubin@herrick.com |
| Hewitt & O Neil LLP | Lawrence J Hilton | lhilton@hewittoneil.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | jdoran@haslaw.com |
| Hirschler Fleischer PC | David K Spiro Esq<br>Sheila deLa Cruz Esq<br>Franklin R Cragle III Esq | dspiro@hf-law.com<br>sdelacruz@hf-law.com<br>fcragle@hf-law.com |
| Hirschler Fleischer PC | Michael P Falzone Esq<br>Sheila deLa Cruz Esq<br>Robert S Westermann | mfalzone@hf-law.com<br>sdelacruz@hf-law.com<br>rwestermann@hf-law.com |
| Hirschler Fleischer PC | Sheila deLa Cruz Esq | sdelacruz@hf-law.com |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq<br>Rachel N Greenberger Esq<br>Nicholas B Malito Esq | skipnis@hgg.com<br>rgreenberger@hgg.com<br>nmalito@hgg.com |
| Holland & Knight LLP | James H Rollins | jim.rollins@hklaw.com |
| Holland & Knight LLP | Richard E Lear | richard.lear@hklaw.com |
| Holme Roberts & Owen LLP | Sharon Z Weiss | sharon.weiss@hro.com |
| Hong Kong Export Credit Insurance Corporation | Ada So | ada.so@hkecic.com<br>tonysck@hkecic.com |
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq<br>Adam K Keith Esq<br>Joseph R Sgroi Esq | sdrucker@honigman.com<br>akeith@honigman.com<br>jsgroi@honigman.com |
| Hunton & Williams LLP | Benjamin C Ackerly<br>Henry Toby P Long III<br>Thomas N Jamerson<br>Jason W Harbour | backerly@hunton.com<br>hlong@hunton.com<br>tjamerson@hunton.com<br>jharbour@hunton.com |
| Hunton & Williams LLP | J Eric Crupi | ecrupi@hunton.com |
| Hunton & Williams LLP | Michael S Held Esq | mheld@hunton.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Husch Blackwell Sanders LLP | John J Cruciani Esq | john.cruciani@huschblackwell.com |
| IBM Corporation | Vicky Namken | vnamken@us.ibm.com |
| Internal Revenue Service | Attn Linda Lorello | Linda.Lorello@irs.gov |
| J Scott Douglass | | jsdlaw@msn.com |
| Jackson & Campbell PC | David H Cox Esq<br>John J Matteo Esq | dcox@jackscamp.com<br>jmatteo@jackscamp.com |
| Jackson Kelly PLLC | Mary Elisabeth Naumann | kybankruptcy@jacksonkelly.com |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | hyazicioglu@jaspanllp.com |
| Jay T Blount | | jay.blount@dcsg.com |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC<br>Caroline R Djang | dpoitras@jmbm.com<br>crd@jmbm.com |
| John Marshall Collins PC | John Marshall Collins Esq | johnolaw@gmail.com |
| Jones Day | Jeffrey B Ellman<br>Brett J Berlin | jbellman@jonesday.com<br>bjberlin@jonesday.com |
| Jones Day | Pedro A Jimenez Esq<br>Nicholas C Kamphaus Esq | pjimenez@jonesday.com<br>nckamphaus@jonesday.com |
| Jones Day | Sheila L Shadmand Esq | slshadmand@jonesday.com |
| Jorden Burt LLP | Raul A Cuervo | rac@wdc.jordenusa.com |
| K&L Gates LLP | Amy Pritchard Williams | amy.williams@klgates.com |
| K&L Gates LLP | Eric C Rusnak | eric.rusnak@klgates.com |
| K&L Gates LLP | Marc Barreca | marc.barreca@klgates.com<br>bankruptcyecf@klgates.com |
| Katsky Korins LLP | Steven H Newman Esq | snewman@katskykorins.com |
| Katten Muchin Rosenman LLP | c o Brian D Huben<br>c o Thomas J Leanse<br>c o Dustin P Branch | brian.huben@kattenlaw.com<br>dustin.branch@kattenlaw.com<br>thomas.leanse@kattenlaw.com |
| Kaufman & Canoles | Ann K Crenshaw Esq<br>Paul K Campsen Esq | akcrenshaw@kaufcan.com |
| Kaufman & Canoles | Paul K Campsen Esq | pkcampsen@kaufcan.com |
| Kelley Drye & Warren LLP | James S Carr Esq<br>Robert L LeHane Esq | KDWBankruptcyDepartment@kelleydrye.com |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | wbroscious@kbbplc.com |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | bankruptcy@co.kern.ca.us |
| Khang & Khang LLP | Joon M Khang | joon@khanglaw.com |
| Kilpatrick Stockton LLP | Mark D Taylor Esq | mdtaylor@kilpatrickstockton.com |
| Kilpatrick Stockton LLP | Shane G Ramsey | sramsey@kilpatrickstockton.com |
| King & Spalding LLP | James A Pardo Jr<br>Thaddeus D Wilson<br>John F Isbell | jpardo@kslaw.com<br>thadwilson@kslaw.com<br>jisbell@kslaw.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | hdawson@kkgpc.com |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin<br>David M Stern Esq | mtuchin@ktbslaw.com<br>dstern@ktbslaw.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | jkurtzma@klehr.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | acichello@kb-law.com |
| Krumbein Consumer Legal Services, Inc | Jason M Krumbein Esq | jkrumbein@krumbeinlaw.com |
| Kupelian Ormond & Magy PC | David M Blau Esq | dmb@kompc.com |
| Kutak Rock LLP | Michael A Condyles Esq<br>Jeremy S Williams Esq | michael.condyles@kutakrock.com<br>jeremy.williams@kutakrock.com |
| Kutak Rock LLP | Michael A Condyles Esq<br>Loc Pfeiffer Esq<br>Peter J Barrett Esq<br>Kimberly A Pierro<br>Jeremy S Williams | michael.condyles@kutakrock.com<br>loc.pfeiffer@kutakrock.com<br>peter.barrett@kutakrock.com<br>kimberly.pierro@kutakrock.com<br>jeremy.williams@kutakrock.com |
| Landau Gottfried & Berger LLP | Peter J Gurfein | pgurfein@lgbfirm.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | ilandsberg@lm-lawyers.com |
| Latham & Watkins LLP | Josef S Athanas | josef.athanas@lw.com |
| Law Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | kenroseman@hotmail.com |
| Law Office of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | rkbgwhw@aol.com |
| Law Offices of Taylor, Leong & Chee | Kimo C Leong | kcleong@hawaii.rr.com |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | abramowitz@larypc.com |
| Leach Travell Britt PC | Stephen E Leach Esq<br>D Marc Sarata Esq | sleach@ltblaw.com<br>msarata@ltblaw.com |
| LeClairRyan A Professional Corporation | Bruce H Matson | Bruce.Matson@leclairryan.com |
| LeClairyan a Professional Corporation | Michael E Hastings Esq | michael.hastings@leclairryan.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Lehnardt & Lehnhardt LLC | Detlef G Lehnardt Stephen K Lehnhardt | skleh@lehnardt-law.com |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq Gordon S Young Esq | jeremy.friedberg@llff.com gordon.young@llff.com |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | lstopol@levystopol.com |
| Lieber & Lieber LLP | Barbie D Lieber | barbie@lieberlegal.com |
| Linda J Brame | | lbrame@winterslaw.com |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | arthurlindquistkleissler@msn.com |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Lionel J Postic PC | Lionel J Postic Esq | lpostic@mindspring.com aarusso@mindspring.com |
| Loudoun County Attorney | John R Roberts Belkys Escobar | Belkys.Escobar@loudoun.gov |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | vdagostino@lowenstein.com |
| Luce Forward | Jess R Bressi Esq | jbressi@luce.com |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | mstiebel@mrglaw.com |
| Madison County Alabama Tax Collector | Lynda Hall | taxcol@co.madison.al.us swells@co.madison.al.us |
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr Garren R Laymon Esq | cmagee@mfgs.com glaymon@mfgs.com |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq Leon Koutsouftikis Esq | lkouts@magruderpc.com |
| McCarter & English LLP | Clement J Farley Angela Sheffler Abreu | cfarley@mccarter.com aabreu@mccarter.com |
| McCarter & English LLP | Michael J Reynolds Esq | mreynolds@mccarter.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | mreed@mvbalaw.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | graicht@mwe.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | kpalmer@mwe.com |
| McDonough Holland & Allen PC | Mary E Olden Esq Andre K Campbell Esq | molden@mhalaw.com acampbell@mhalaw.com |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | dscott@mcdowellrice.com |
| McKay Burton & Thurman | Joel T Marker | joel@mbt-law.com |
| McKenna Long & Aldridge LLP | John G McJunkin Esq J David Folds Esq | jmcjunkin@mckennalong.com |
| McKenna Long & Alridge LLP | John G McJunkin Esq J David Folds | jmcjunkin@mckennalong.com dfolds@mckennalong.com |
| McSweeney Crump Childress & Temple PC | David R Ruby Esq | druby@mcsweeneycrump.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | knewman@menterlaw.com |
| Merced County Tax Collector | Monica Vasquez Tax Collector Clerk II | Mvasquez@co.merced.ca.us |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | bwhinery@mcrazlaw.com |
| Miami Dade County Attorneys Office | Erica S Zaron | cao.bkc@miamidade.gov |
| Miami Dade County Paralegal Unity | Alberto Burnstein | alberto@miamidade.gov MDTCBKC@miamidade.gov |
| Michael A Cardozo | Gabriela P Cacuci Esq | gcacuci@law.nyc.gov |
| Michael J Sawyer | Quincy Ctr Plaza | msawyer@stopandshop.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Micro Center Sales Corporation | Nancy Klemstine Real Estate Mgr | nklemstine@microcenter.com |
| Miller & Martin PLLC | Nicholas W Whittenburg | nwhittenburg@millermartin.com |
| Miller Canfield Paddock and Stone PLC | John L Senica | senica@millercanfield.com |
| Missouri Attorney General Office | Chris Koster Jeff Klusmeier | Jeff.Klusmeier@ago.mo.us |
| Missouri Department of Revenue | Attn Richard M Maseles | edvaecf@dor.mo.gov |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | batteberry@mdea.com |
| Monarch Alternative Capital LP | Andrew Herenstein | Andrew.Herenstein@monarchlp.com |
| Moore & Van Allen PLLC | David B Wheeler Esq | davidwheeler@mvalaw.com |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq Menachem O Zelmanovitz Esq | nherman@morganlewis.com mzelmanovitz@morganlewis.com |
| Morris Manning & Martin LLP | David W Cranshaw Esq | dhp@mmmlaw.com |
| Morrison Cohen LLP | Michael R Dal Lago Esq | bankruptcy@morrisoncohen.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
|  | Richard C Ogden Esq | rco@lawokc.com |
| Mulinix Ogden Hall Andres & Ludlam PLLC | Martin A Brown Esq | martin.brown@lawokc.com |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | betsy.burn@nelsonmullins.com |
| Munger Tolles & Olsen LLP | Seth Goldman | seth.goldman@mto.com |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | drukavina@munsch.com |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | nmiller@ngelaw.com |
|  | Terri L Gardner | terri.gardner@nelsonmullins.com |
| Nelson Mullins Riley & Scarborough LLP | Greg Taube | greg.taube@nelsonmullins.com |
| Nicholls & Crampton PA | Kevin L Sink | ksink@nichollscrampton.com |
|  | Daniel R Sovocool | dsovocool@nixonpeabody.com |
|  | Louis J Cisz III | lcisz@nixonpeabody.com |
|  | Gina M Fornario | gfornario@nixonpeabody.com |
| Nixon Peabody LLP | Louis E Dolan | ldolan@nixonpeabody.com |
|  | Dennis J Drebsky |  |
| Nixon Peabody LLP | Christopher M Desiderio | cdesiderio@nixonpeabody.com |
|  | Anne Secker Esq |  |
| Noland Hamerly Etienne & Hoss PC | Lisa K Omori | asecker@nheh.com |
|  | Michael J Sage Esq | msage@omm.com |
| O Melveny & Myers LLP | Karyn B Zeldman Esq | kzeldman@omm.com |
| Office of Joe G Tedder CFC | Bonnie Holly | bonnieholly@polktaxes.com |
| Office of the Attorney General | Denise Mondell | Denise.Mondell@po.state.ct.us |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | tbortz@state.pa.us |
| Oklahoma County Treasurer | Tammy Jones Pro Se | tammik@oklahomacounty.org |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq | mfox@olshanlaw.com |
|  | Frederick J Levy Esq | flevy@olshanlaw.com |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | Rbattaglia@obht.com |
| Orange Grove Properties | Linda Taylor | linda@taylorurns.com |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel | sstengel@orrick.com |
|  | Scott A Stengel Esq | sstengel@orrick.com |
| Orrick Herrington & Sutcliffe LLP | Jonathan P Guy Esq | jguy@orrick.com |
|  | Jeremy Dacks | jdacks@osler.com |
| Osler Hoskin & Hardcourt LLP | Marc S Wasserman | mwasserman@osler.com |
| Pachulski Stang Ziehl & Jones | Stanley E Goldich | sgoldich@pszjlaw.com |
| Palmer Law Firm Inc | R Chase Palmer | cpalmerplf@gmail.com |
| Panattoni Law Firm | Fredric Albert | falbert@cvmlaw.com |
| Patton Boggs LLP | Alan M Noskow | anoskow@pattonboggs.com |
| Pennsylvania Dept of Revenue | Robert C Edmundson | redmundson@attorneygeneral.gov |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | eagle.sara@pbgc.gov<br>efile@pbgc.gov |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | kkobiljak@pck-law.com |
| Pepper Hamilton LLP | Evelyn J Meltzer | meltzere@pepperlaw.com |
|  |  | arlbank@pbfcm.com |
|  | Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Perdue Brandon Fielder Collins & Mott LLP | Yolanda Humphrey | yhumphrey@pbfcm.com |
| Perdue Brandon Fielder Collins & Mott LLP | Owen M Sonik | osonik@pbfcm.com |
|  | Stephen W Spence Esq | sws@pgslaw.com |
| Phillips Goldman & Spence PA | Scott L Adkins Esq | sla@pgslaw.com |
|  | German Yusufov | terri.roberts@pcao.pima.gov |
| Pima County Attorney Civil Division | Terri A Roberts | german.yusufov@pcao.pima.gov |
|  | James E Bird | jbird@polsinelli.com |
| Polsinelli Shalton Flanigan Suelthaus PC | Amy E Hatch | ahatch@polsinelli.com |
|  | Robert Somma Esq | rsomma@pbl.com |
| Posternak Blankstein & Lund LLP | Laura A Otenti Esq | lotenti@pbl.com |
| PriceGrabber com Inc | Katerina Canyon | katerina@pricegrabber.com |
| Primeshares | Attn Rayaan Hashmi | rh@primeshares.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | gpk@procopio.com |
|  | Brian Sirower Esq | bsirower@quarles.com |
| Quarles & Brady LLP | Lori L Winkelman Esq | lwinkelm@quarles.com |
|  | Faye B Feinstein Esq | fbf@quarles.com |
| Quarles & Brady LLP | Christopher Combest Esq | ccombest@quarles.com |
| Querrey & Harrow Ltd | John M Brom | jbrom@querrey.com |
| Quintrall & Associates LLP | Albert F Quintrall Esq | a.quintrall@quintrallaw.com |
|  | James L Forde |  |
| Rappaport Glass Greene & Levine LLP | Sue Reyes | rappmail@rapplaw.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | mfmcgrath@ravichmeyer.com |
| Receivable Management Services | Phyllis A Hayes | Phyllis.Hayes@rmsna.com |
| Recovery Management Systems Corp | Ramesh Singh | claims@recoverycorp.com |
| Reed Smith LLP | Kurt F Gwynne Esq | kgwynne@reedsmith.com |
| | Kathleen A Murphy Esq | kmurphy@reedsmith.com |
| Reed Smith LLP | Linda S Broyhill | lbroyhill@reedsmith.com |
| Reed Smith LLP | Travis A Sabalewski Esq | tsabalewski@reedsmith.com |
| Regency Centers | Catherine L Strauss | catherinestrauss@regencycenters.com |
| Riemer & Braunstein LLP | David S Berman | Dberman@riemerlaw.com |
| Righetti Law Firm PC | Matthew Righetti | matt@righettilaw.com |
| | Michael Righetti | mike@righettilaw.com |
| Rivkin Radler LLP | Matthew V Spero Esq | |
| | Stuart I Gordon Esq | stuart.gordon@rivkin.com |
| Robinson & Cole | Peter E Strniste | pstrniste@rc.com |
| | Patrick M Birney | pbirney@rc.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | fbr@robinsonbrog.com |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | dkappler@rdwlawcorp.com |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |
| Ronald M Tucker Esq | | rtucker@simon.com |
| Rosenblum & Rosenblum LLC | Alan Rosenblum Esq | alan@rosenblumllc.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | jvlombardi@rossbanks.com |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | glanzer@rlglegal.com |
| Rutter Hobbs & Davidoff | Paul J Laurin Esq | plaurin@rutterhobbs.com |
| | | Jking@rutterhobbs.com |
| Saiber LLC | Vincent Papalia Esq | vfp@saiber.com |
| | Una Young Kang Esq | uyk@saiber.com |
| Sands Anderson Marks & Miller PC | C Thomas Ebel Esq | ppearl@sandsanderson.com |
| | William A Gray Esq | lhudson@sandsanderson.com |
| | Peter M Pearl Esq | bgray@sandsanderson.com |
| | Lisa Taylor Hudson Esq | tebel@sandsanderson.com |
| Sands Anderson PC | Philip C Baxa Esq | pbaxa@sandsanderson.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq | cbelmonte@ssbb.com |
| | Pamela A Bosswick Esq | pbosswick@ssbb.com |
| | Abigail Snow Esq | asnow@ssbb.com |
| Saul Ewing LLP | Edith K Altice Esq | ealtice@saul.com |
| Saul Ewing LLP | Jeremy W Ryan Esq | jryan@saul.com |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | rtepper@sabt.com |
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | gwoodward@schnader.com |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq | lburnat@swfllp.com |
| | J Carole Thompson Hord Esq | chord@swfllp.com |
| Schulte Roth & Zabel LLP | Michael L Cook | michael.cook@srz.com |
| | David M Hillman | david.hillman@srz.com |
| | Meghan M Breen | meghan.breen@srz.com |
| Seyfarth Shaw LLP | David C Christian II | dchristian@seyfarth.com |
| Seyfarth Shaw LLP | Rhett Petcher Esq | rpetcher@seyfarth.com |
| | Alexander Jackins | ajackins@seyfarth.com |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | rdremluk@seyfarth.com |
| Sheppard Mullin Richter & Hampton LLC | Blanka Wolfe | bwolfe@sheppardmullin.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |
| | | rhicks@shutts.com |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | gfulghum@sblsg.com |
| Siller Wilk LP | Eric J Snyder | esnyder@sillerwilk.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | bhall@sgrlaw.com |
| Smith Moore Leatherwood LLP | F Marion Hughes | marion.hughes@smithmoorelaw.com |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | schenetz@sonnenschein.com |
| Sony Electronics Inc | Lloyd B Sarakin | lloyd.sarakin@am.sony.com |
| Southwinds Ltd | Paul Resnick | pr@southwindsltd.com |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | pblack@spilmanlaw.com |
| Spotts Fain PC | Neil E McCullagh Esq | nmccullagh@spottsfain.com |
| Spotts Fain PC | Neil E McCullagh Esq | nmccullagh@spottsfain.com |
| | Jennifer J West Esq | jwest@spottsfain.com |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | cmeyer@ssd.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| State of Michigan Department of Treasury | Michael A Cox<br>Victoria A Reardon | ReardonV@michigan.gov |
| State of Wisconsin Office of the State Treasurer | JB Van Hollen<br>Anne C. Murphy | murphyac@doj.state.wi.us |
| Stein & Lubin LLP | Eugene Chang | echang@steinlubin.com |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | eobrien@sbchlaw.com |
| Stevens & Lee PC | Steven J Adams Esq | sja@stevenslee.com |
| Stinson Morrison Hecker LLP | Jaime S Dibble<br>Katherine M Sutcliffe Becker<br>Darrell W Clark Esq<br>Tracey M Ohm Esq | jdibble@stinson.com<br>kbecker@stinson.com<br>dclark@stinson.com<br>tohm@stinson.com |
| Stites & Harbison PLLC | Ron C Bingham II | rbingham@stites.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | jgraham@taftlaw.com |
| Taxing Authority Consulting Services PC | Mark K Ames<br>Jeffrey Scharf | mark@taxva.com |
| Tennessee Department of Revenue | TN Attorney Generals Office | Gina.Hantel@ag.tn.gov |
| The Arapahoe County Treasurer | George Rosenberg Esq | grosenberg@co.arapahoe.co.us<br>jholmgren@co.arapahoe.co.us |
| The Cafaro Company | Richard T Davis | rdavis@cafarocompany.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | dgreer@davidgreerlaw.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | admin@meiburgerlaw.com |
| Thomas G King | | tking@kech.com |
| Thompson and Knight LLP | Cassandra Sepanik<br>Katharine Battaia | Cassandra.Sepanik@tklaw.com<br>Katharine.Battaia@tklaw.com |
| Trainor Fairbrook | Nancy Hotchkiss Esq | nhotchkiss@trainorfairbrook.com |
| Travelers | Mike Lynch | mlynch2@travelers.com |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | kgourley@idalaw.com |
| Troutman Sanders LLP | Bradfute W Davenport Jr | bradfute.davenport@troutmansanders.com |
| Troutman Sanders LLP | Hollace Topol Cohen<br>Vivieon E Kelley | hollace.cohen@troutmansanders.com<br>vivieon.kelley@troutmansanders.com |
| Troutman Sanders LLP | Michael E Lacy | michael.lacy@troutmansanders.com |
| Troutman Sanders LLP | Richard Hagerty | richard.hagerty@troutmansanders.com |
| US Securities and Exchange Commission | Susan R Sherrill Beard | sherrill-beards@sec.gov |
| Vandeventer Black LLP | Ann G Bibeau & David W Lannetti | abibeau@vanblk.com<br>dlannetti@vanblk.com |
| Vandeventer Black LLP | Jerrell E Williams | jwilliams@vanblk.com |
| Venable LLP | Lawrence A Katz<br>Kristen E Burgers | lakatz@venable.com<br>keburgers@venable.com |
| Vinson & Elkins LLP | David E Hawkins | dhawkins@velaw.com |
| Vinson & Elkins LLP | William L Wallander<br>Angela B Degeyter | bwallander@velaw.com<br>adegeyter@velaw.com |
| Vonage Holdings Inc | Angelique Electra | angelique.electra@vonage.com |
| Vorys Sater Seymour and Pease LLP | Malcolm M Mitchell Jr<br>Suparna Banerjee<br>Kara D Lehman | mmmitchell@vorys.com<br>sbanerjee@vorys.com<br>kdlehman@vorys.com |
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | tscobb@vssp.com |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | mwilhelm@W2LG.com |
| Weil Gotshal & Manges LLP | Gary T Holtzer Esq<br>Joseph W Gelb Esq | gary.holtzer@weil.com<br>joseph.gelb@weil.com |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | lekvall@wgllp.com |
| Weingarten Realty Investors | Jenny J Hyun Esq | jhyun@weingarten.com |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | dgonzales@wsh-law.com |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | ecfndoh@weltman.com |
| Weycer Kaplan Pulaski & Zuber PC | Darla Carlisle | dcarlisle@wkpz.com |
| Wharton Aldhizer & Weaver PLC | Stephan W Milo Esq | smilo@wawlaw.com |
| White & Case LLP | Peter J Carney<br>William Sloan Coats<br>Julieta L Lerner | jlerner@whitecase.com |
| Whiteford Taylor & Preston LLP | Bradford F Englander<br>Brian M Nestor | benglander@wtplaw.com |
| Whiteford Taylor & Preston LLP | Kevin G Hroblak Esq | khroblak@wtplaw.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| | H Jason Gold Esq | jgold@wileyrein.com |
| | Dylan G Trache Esq | dtrache@wileyrein.com |
| | Rebecca L Saitta Esq | rsaitta@wileyrein.com |
| | Valerie P Morrison Esq | vmorrison@wileyrein.com |
| Wiley Rein LLP | Dylan G Trache Esq | dtrache@wileyrein.com |
| | William H Schwarzschild III | tschwarz@williamsmullen.com |
| Williams Mullen | W Alexander Burnett | aburnett@williamsmullen.com |
| Winthrop & Weinstine PA | Christopher A Camardello | ccamardello@winthrop.com |
| | Laura Day DelCotto Esq | ldelcotto@wisedel.com |
| Wise DelCotto PLLC | Allison Fridy Arbuckle Esq | aarbuckle@wisedel.com |
| Wolff & Samson PC | Karen L Gilman Esq | kgilman@wolffsamson.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | dmcfarlin@whmh.com |
| Wolfstone Panchot & Bloch PS Inc | Andrew Rapp | ecfdocs@wpblaw.com |
| | Brian D Womac | Stacey@brianwomac.com |
| Womac & Associates | Stacy Kremling | brianwomac@aol.com |
| | Jeffrey L Tarkenton | jtarkenton@wcsr.com |
| Womble Carlyle Sandridge & Rice PLLC | Todd D Ross | toross@wcsr.com |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | mbusenkell@wcsr.com |
| Wyatt Tarrant & Combs LLP | Robert J Brown | lexbankruptcy@wyattfirm.com |
| | Neil P Goldman Esq | |
| Young Goldman & Van Beek PC | John P Van Beek Esq | ngoldman@ygvb.com |

# **Exhibit B**

**Exhibit B**
Core Group Service List

| NAME | ATTENTION | FAX |
|---|---|---|
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 804-254-6111 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 202-772-9370 |

**Exhibit B**

Rule 2002 List

| Name | Notice Name | Fax |
|---|---|---|
| Attorney General of the United States | Robert P McIntosh | 804-819-7417 |
| Attorney General of the US | Richard F Stein<br>Dana J Boente<br>Robert K Coulter | 804-916-3939 |
| Draper & Goldberg PLLC | Adam Hiller | 302-213-0043 |
| G&W Service Co LP | Georgette Treece | 713-227-3410 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 713-223-3717 |
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall<br>Thomas A Connop<br>Melissa S Hayward | 214-740-8800 |
| Ornelas Castillo & Ornelas PLLC | Sylvia M Ornelas<br>Mario A Castillo Jr | 956-725-4594 |
| Poyner Spruill LLP | Shannon E Hoff Esq | 704-342-5264 |

# **Exhibit C**

**Exhibit C**
Core Group Service List

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| CIRCUIT CITY STORES, LLC | | 4951 LAKE BROOK DR | | | GLEN ALLEN | VA | 23060-9279 |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 |
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | MR. STEPHEN COULOMBE | 200 STATE STREET, 2ND FLOOR | | BOSTON | MA | 02109 |
| KUTAK ROCK LLP | PETER J. BARRETT | 1111 EAST MAIN STREET | SUITE 800 | | RICHMOND | VA | 23219 |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | RIVERFRONT PLAZA E TOWER | 951 E BYRD ST 8TH FL | | RICHMOND | VA | 23219 |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | 901 E CARY ST. | ONE JAMES CENTER | | RICHMOND | VA | 23219 |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | NAAG BANKRUPTCY COUNSEL | 2030 M STREET, N.W., 8TH FLOOR | | WASHINGTON | DC | 20036 |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219 |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | 701 E. BROAD ST. | SUITE 4304 | | RICHMOND | VA | 23219-1888 |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | THREE CENTER PLAZA, 6TH FLOOR | | | BOSTON | MA | 02108 |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH/REORGANIZATION | 3 WORLD FINANCIAL CTR STE 400 | NEW YORK | NY | 10281-1022 |

**Exhibit C**
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Attorney General of the United States | Robert P McIntosh | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Attorney General of the US | Richard F Stein & Dana J Boente | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 |
| Caparra Center Associates SE | Attn Penny R Stark Esq | 9861 Sunrise Lakes Blvd Ste 308 | | Sunrise | FL | 33322 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 |
| Draper & Goldberg PLLC | James E Clarke☐Darren Goldberg | 803 Sycolin Rd Ste 301 | | Leesburg | VA | 20175 |
| Eaton Corporation | David J Persichetti | Eaton Ctr 1111 Superior Ave | | Cleveland | OH | 44114-2584 |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 |
| Hamilton Chase Santa Maria LLC | Stefani Batastini Asst to Chris Larson | 828 Ballard Canyon Rd | | Solvang | CA | 93463 |
| Millman 2000 Charitable Trust | David Bennett | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 |
| Naples Daily News | c o Receivable Management Services | PO Box 5126 | | Timonium | MD | 21094 |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 |
| Pasadena Independent School District | Dexter D Joyner | 4701 Preston Ave | | Pasadena | TX | 77505 |
| SB Lender Trust | c o Geoffrey L Berman Lender Trustee | Development Specialists Inc | 333 S Grand Ave Ste 4070 | Los Angeles | CA | 90071 |
| Thomas W Daniels | | 1265 Scottsville Rd | | Rochester | NY | 14624 |
| TomTom Inc | Kerry Reddington Esq | 150 Baker Ave Ext | | Concord | MA | 01742 |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 |

Case 08-35653-KRH    Doc 11429    Filed 11/09/11    Entered 11/09/11 13:34:10    Desc
Main Document    Page 20 of 20

Exhibit C
STIP Claimants

| Claim Number | Name | Notice Name | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| 7496 | Babb Jr, Kenneth C | KC Babb Jr | 3440 Sherwood Bluff Way | Powhatan | VA | 23139 |
| 7523 | BISHOP, BENJAMIN T | | 1712 POINT OF ROCKS RD | CHESTER | VA | 23836 |
| 14188 | Bradshaw, Catherine W | | 3617 Buchanan Ct | Richmond | VA | 23233 |
| 6925 | Burton, Lindsay H | | 2502 Stuart Ave Apt A | Richmond | VA | 23220 |
| 13858 | Catherine M Gilmour | | 10801 Snowmass Ct | Glen Allen | VA | 23060 |
| 14922 | Chi T Thornton | | 9104 Brookwood Glen Dr | Glen Allen | VA | 23060 |
| 14923 | Christina L Sparks | | 2134 Mountain View Rd | Powhaton | VA | 23139 |
| 7433 | Cook Smithson, Michelle | | 1310 Westridge Rd | Richmond | VA | 23229 |
| 6906 | Evans Fose, Brandi Michelle | | 6067 Homehills Rd | Mechanicsville | VA | 23111-7502 |
| 7567 | Ferguson, Heather M | | 1500 W Rose Garden Rd | West Point | VA | 23181 |
| 6904 | Hudes, Michael Patrick | | 6046 Sledds Lake Rd | Mechanicsville | VA | 23111 |
| 13879 | Jeff McDonald | | 5540 Quail Ridge Ter | Chesterfield | VA | 23832 |
| 9298 | Kara Su | | 307 S Rudolph St | Richmond | VA | 23220 |
| 7503 | Kerri E Pritchard | | 5713 Park Ave | Richmond | VA | 23226 |
| 7570 | Kotwicki, Bryan | | 3231 Coppermill Trce C | Richmond | VA | 23294 |
| 7571 | Lambert, Gregory | | 8602 Lonepine Rd | Richmond | VA | 23294 |
| 14154 | Mascola, Denise | | 23311 Triple Crown Dr | Ruther Glen | VA | 22546 |
| 6905 | MCLAURIN, ANDREA M | | 739 STURGIS DR | RICHMOND | VA | 23236 |
| 13410 | Michael Beam | | 5227 Scotsglen Dr | Glen Allen | VA | 23059 |
| 14189 | Pietrantoni, Ann | | 13628 Sovereign Ct | Henrico | VA | 23233 |
| 13909 | Ridgeway, Gail Carlon | | 9505 Pine Shadow Dr | Richmond | VA | 23238 |
| 7403 | Silva, Kelly E | | 12328 Gayton Station Blvd | Richmond | VA | 23233 |
| 14031 | Steve Saunders | | 2931 Royal Virginia Ct | Louisa | VA | 23093 |
| 6908 | Tate, Denita L | | 909 Maplegrove Dr | Richmond | VA | 23223 |
| 7401 | Williams, Deborah A | | 3661 Michaux Mill Dr | Powhatan | VA | 23139 |