UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>**CIRCUIT CITY STORES, INC. et al**<br><br>Debtors. | Case No.: 08-35653 (KRH)<br><br>Jointly Administered<br><br>Chapter 11 |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that BOYS & GIRLS CLUB OF ST LUCIE CO, a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to DEBT ACQUISITION COMPANY OF AMERICA V, LLC, and in connection with such transfer, hereby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim ( Scheduled Claim / Claim #        , filed            ), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address:

BOYS & GIRLS CLUB OF ST LUCIE CO

607 N 7TH ST STE 1

FORT PIERCE FL 34950

New Address:

BOYS & GIRLS CLUB OF ST LUCIE CO

~~c/o Debt Acquisition Company of America, V LLC~~

1565 Hotel Circle South Suite 310
San Diego CA 92108

I declare under penalty of perjury that the foregoing is true and correct.

Creditor Name: **BOYS & GIRLS CLUB OF ST LUCIE CO**

Print Name: **Norman H. Penner, Jr.**    Title: **Executive Director**

Signature: _[signed] Norman D. Penner_    Date: 11/2/11