IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 08-35653 |
| CIRCUIT CITY STORES, INC., et al. | ) | (Jointly Administered) |
|  | ) |  |
| Debtors | ) | Judge Kevin R. Huennekens |
|  | ) |  |

## REQUEST FOR NOTICES

Scripps Networks Interactive, Inc., a creditor and party-in-interest in the above captioned cases, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, hereby request that all matters which must be noticed to creditors, any creditors' committee, and any other parties-in-interest, and all other notices in this case, whether sent by the Court, the Debtor, or any other party-in-interest in this case, be sent to the undersigned at the following address and, pursuant to Rule 2002(g), request that the following be added to the Court's master mailing list.

        Mary L. Fullington
        WYATT, TARRANT & COMBS, LLP
        250 West Main Street, Suite 1600
        Lexington, Kentucky  40507-1746
        Telephone:  (859) 233-2012
        Facsimile:  (859) 259-0649
        Email:  Lexbankruptcy@wyattfirm.com

        Respectfully submitted,


        /s/ Mary L. Fullington
        Mary L. Fullington
        WYATT, TARRANT & COMBS, LLP
        250 West Main Street, Suite 1600
        Lexington, KY 40507-1746
        Telephone:  859.233.2012
        Facsimile:   859.259.0649
        Email:  Lexbankruptcy@wyattfirm.com

        COUNSEL FOR SCRIPPS NETWORKS
        INTERACTIVE, INC.

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Request for Notices has been served electronically via the Court's CM/ECF system upon all parties designated to receive electronic service on November 9, 2011.

                                       /s/ Mary L. Fullington
                                       Mary L. Fullington

60094051.1