



**Alfred M Lawson**
**9400 Glascow Dr.**
**Fredericksburg, Va. 22408**

Tel. (540) 710 1590
Fax (540) 710 1590
aml3141@comcast.net

11/7/2011

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad St-Room 4000
Richmond, Virginia 23219

RESPONSE TO OBJECTION

a. IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION
In re:
CIRCUIT CITY STORES, Inc et al
      M      Debtors
                    Chapter 11
                    Case No. 08-35653-KRH

b. LAWSON,ALFRED
   9400 GLASCOW DR
   FREDERICKSBURG, VA. 22408
   The $211.99 was for a refund due for
merchandise returned to Circuit City for credit.

c. I, Alfred Lawson, personally returned the
merchandise in question to the store in
Fredericksburg for reason. It was accepted for a
cash credit that was never issued. Proof of
transaction was submitted to the court, who
submitted a confirmation to me on 1-2-2009 with a
claim #2360.

d. (Copy enclosed)

e. I, Helen Lawson declare that the facts of this case are true as stated.       *Helen Lawson*       11-5-11
                                                Helen Lawson       Date

f. ALFRED LAWSON
   9400 GLASCOW DR.
   FREDERICKSBURG
   540 710 1590 (PHONE & FAX)

Circuit City's Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

**PROOF OF CLAIM CONFIRMATION**

Your proof of claim filed against **Circuit City Stores, Inc.**, case no **08-35653** was received on **12/8/2008** and assigned claim number **625**.

For more information on the status of your claim, please visit **www.kccllc.net/circuitcity** or call **(866) 381-9100**.

LAWSON, ALFRED
9400 GLASCOW DR
FREDERICKSBURG, VA 22408

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049