UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Case No.: 08-35653 (KRH) |
| | Jointly Administered |
| CIRCUIT CITY STORES, INC. et al. | Chapter 11 |
| Debtors. | |

NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that VIWY LP, a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery, X L.P. and in connection with such transfer, hereby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim # 12149, filed 4/06/2009), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

FORMER ADDRESS
VIWY LP
CO VISION GROUP VENTURES
633 W GERMANTOWN PIKE STE 104
PLYMOUTH MEETING, PA 19462

NEW ADDRESS
VIWY LP
c/o United States Debt Recovery, X, L.P.
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

I declare under penalty of perjury that the foregoing is true and correct.

VIWY LP

Print Name: Steven Bread    Title: Authorized Signatory

Signature: _____    Date: 8/20/11