## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CIRCUIT CITY STORES, INC., | ) Case No.: 08-35653 |
|  | ) |
| Debtors. | ) Judge Kevin R. Huennekens |
|  | ) |
|  | ) Jointly Administered |
|  | ) |
|  | ) TRANSFER OF CLAIM |
|  | ) BANKRUPTCY RULE 3001(E)(2) |

PLEASE TAKE NOTICE that the claim(s) of NYKO TECHNOLOGIES INC (underlying creditor or "Transferor"), against the above captioned Debtor as set forth in proof of claim number 1785 filed 12/19/2008 and all claims of Transferor associated with such claim have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery X LP, ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, USDR below.

TRANSFEROR: NYKO TECHNOLOGIES INC

Print Name: Herschel Naghi    Title: CEO

Signature: _____    Date: 9-1-11

Corrected Address (if req.) _____

Phone: 310.446.6602 x22    E-Mail: hnaghi@nyko.com

TRANSFEREE:
United States Debt Recovery X LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: _____
Nathan E. Jones, Managing Director

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:                                    ) Chapter 11
                                          )
CIRCUIT CITY STORES, INC.,                ) Case No.: 08-35653
                                          )
                                          ) Judge Kevin R. Hennekens
        Debtor.                           )
                                          )
                                          )
                                          )

NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(e)(2)

**Name of Proposed Transferor:**
Nyko Technologies Inc
1990 Westwood Blvd PH Ste
Los Angeles, CA 90025

**Name of Transferee:**
United States Debt Recovery LLC
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF

YOUR CLAIM, YOUR MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

   **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

   United States Bankruptcy Court
   Eastern District of Virginia
   310 United States Courthouse Annex
   1100 East Main St.
   Richmond,VA 23219-3538

   **SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO._____
Copy (check)    Claims Agent_____    Transferee_____    Debtor's Attorney_____

_____
Deputy Clerk