|  |  |
|---|---|
| ZACHARY MOSNER, WSBA# 9566<br>Assistant Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104-3188<br>(206) 389-2198 | Judge Kevin R. Huennekens<br>Chapter 11 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | CASE NO. 08-35653-KRH<br><br>(Jointly Administered)<br><br>NOTICE OF APPEARANCE OF STATE OF WASHINGTON AND REQUEST FOR SPECIAL NOTICE |

TO:   Clerk of the above-entitled court
      U.S. Trustee's Office
      All Other Parties of Interest

Pursuant to Bankruptcy Rule 2002, the State of Washington, Department of Labor & Industries, appears in this action by Zachary Mosner, Assistant Attorney General and requests notice of all matters for which notice is given to creditors, any creditor's committee, or any other party in interest herein including all schedules, amended schedules, motions, applications, plans of reorganization, disclosure statements, orders, and other documents and pleadings, including those in adversary proceedings. Notice of all such documents and pleadings should also be made to each agency of the State of Washington which files a proof of claim herein.

**The State of Washington further requests that the following address be added to the court's master mailing matrix:**   Zachary Mosner, Assistant Attorney General, 800 Fifth Avenue, Suite 2000, Seattle, Washington, 98104-3188.

NOTICE OF APPEARANCE        1        OFFICE OF THE ATTORNEY GENERAL
                                      Bankruptcy & Collections Unit
                                      800 Fifth Avenue, Suite 2000
                                      Seattle, Washington 98104-3188
                                      (206) 389-2187 phone – (206) 587-5150 fax

1   This request shall be deemed a limited appearance and does not constitute acceptance of
2   service of process in any manner inconsistent with pertinent rules and statutes.
3   DATED this __14th__ day of November, 2011.
4
5                                                                   ROBERT M. MCKENNA
                                                                    Attorney General
6                                                                   /s/ Zachary Mosner
7                                                                   ZACHARY MOSNER, WSBA No. 9566
                                                                    Assistant Attorney General
8                                                                   Bankruptcy & Collections Unit
9
10      I, __Glenn Ashmun__, submitted the attached document through Electronic Case Filing
    on November 14, 2011. By filing electronically, it was served on all parties registered with ECF
11  in this case. I declare under the penalty of perjury that the foregoing is true and correct.
12      Executed on November 14, 2011.
13                                                                  /s/ Glenn Ashmun
14                                                                  _____
15                                                                  Legal Assistant
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF APPEARANCE                     2                OFFICE OF THE ATTORNEY GENERAL
                                                          Bankruptcy & Collections Unit
                                                          800 Fifth Avenue, Suite 2000
                                                          Seattle, Washington 98104-3188
                                                          (206) 389-2187 phone – (206) 587-5150 fax