Swire , USA 

November 9, 2011



Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street, Room 4000
Richmond, VA 23219

United States Bankruptcy Court for the Eastern District of Virginia Richmond Division

RE: Bankruptcy No. 08-35653-KRH Circuit City Stores, Inc

This letter is in response to the notice of twenty-fourth omnibus objection to claims (reduction of certain partially invalid claims)

Swire Coca Cola objects to reducing this claim. Attached is the signed delivery ticket that Circuit City is objecting to.

Attached you will find documentation to support our claim.

Thank You,


Michelle Heman
Credit Supervisor
Swire Coca Cola, USA
801-816-5276

12634 South 265 West • Draper, UT 84020
Phone (801) 816-5300 • Fax (801) 816-5423

Printed on 100% Recycled Paper

```
SCAN        3108085199                                                         SCAN
                                 INVOICE                      PAGE  1 OF  1

         SHIP TO:                          REMIT TO:
         CIRCUIT CITY #3379                SWIRE COCA-COLA, USA
              MARCUS
         2451 HWY 6 & 50
         GRAND JUNCTION,         CO 81506  P.O. BOX 1373
         970 255 8300                      DRAPER, UT  84020
                                           1-800-497-2042
```

## OUTLET - 3136647-9    INVOICE# 31080085199

```
AR# 0000000000000
SLS RTE- 100  DRIVER-  179  LOAD- 00810  SEQ- 00017  DATE:  10/15/08
DOC# 31080085199  PL- 401  TIME: 12:22:04  CHARGE
                             SALES
    DESCRIPTION         ART#    QTY   PRICE ADJ#    RATE      NET    EXTENDED

2OZ  NR  REG
  2OZ CLASSIC            2748    2    28.00 7070    8.56-    19.44     38.88
                SUBTOTAL         2                                     38.88

16Z  ENERGY  DR
  16Z FULL THROTTLE      3213    2    40.00 7070    4.70-    35.30     70.60
                SUBTOTAL         2                                     70.60

WATER  VIT  2OZ
  2OZ GLCU XXX           3363    1    28.00 7070    3.04-    24.96     24.96
                SUBTOTAL         1                                     24.96

                   DEPOSITS  ON  SALES

16/20  NR  TRAY
  16/20Z TRAY SHELLS     8562    2     .00          <<IMPLIED>>           .00
                SUBTOTAL         2                                        .00
```

---

```
                                          TOTAL PRODUCT       164.00
    NET PRODUCT QTY          5            TOTAL ADJUSTMENTS     29.56-

                                          SUB-TOTAL           134.44

         TAX ID - 31 - 00679578
                              AMOUNT DUE         (134.44)
```

OutLet: 3136647  Invoice:31080085199        OutLet: 3136647  Invoice:31080085199
Amount: $134.44                              Amount: $134.44

X _____          _____
Route Person                       Customer

SCAN                                                                          SCAN

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Modified Claim Amounts

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/2008 | 557 2000055701 | Maxwise Production Enterpri Ada So 2/F Tower 1 South Seas Centre 75 Mody Rd Tsimshatsui East, Hong Kong | Hong Kong Export Credit Insurance Corporation | $589,066.92 | U | CIRCUIT CITY STORES, INC. | $148,735.54 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: invoices already paid (381,854.78) and invoice inc in 503b9 recon amt (58476.60) |
| 12/4/2008 | 568 2000056802 | US DISTRIBUTING 10645 N TATUM BLVD STE 20 PHOENIX, AZ 85028-3053 | US DISTRIBUTING | $3,844.31 | U | CIRCUIT CITY PURCHASING COMPANY, LLC | $3,535.00 | General Unsecured | CIRCUIT CITY PURCHASIN | Books & Records- Reduced Liability Note: State tax charged by vendor but debtor's records do not reflect a liability. Special Note: this objection relates only to the unsecured portion of the claim. |
| 12/4/2008 | 582 2000058201 | Affordable Home Technologi 304 N Brown Rd Columbia, SC 29229 | Affordable Home Technologies | $1,580.00 | U | ORBYX ELECTRONICS, LLC | $1,155.00 | General Unsecured | ORBYX ELECTRONI CS, LLC | Books & Records- Reduced Liability Note: Paid invoices. $40 difference on one paid invoice. |
| 12/8/2008 | 624 2000062401 | Swire Coca Cola USA 12634 S 265 W Draper, UT 84020 | Swire Coca Cola USA | $1,069.73 | U | CIRCUIT CITY STORES, INC. | $935.29 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Delivery tickets did not have signatures. |
| 12/8/2008 | 634 2000063401 | CRAWFORD COMMUNICA 925 WOODSIDE DR DELAND, FL 32720 | CRAWFORD COMMUNICATIONS INC | $5,810.00 | U | CIRCUIT CITY STORES, INC. | $5,225.00 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: Paid items, inv variance, 1 inv that vendor cannot support |
| 12/8/2008 | 638 2000063801 | TEMPLE DAILY TELEGRA PO BOX 6114 TEMPLE, TX 76503-6114 | TEMPLE DAILY TELEGRAM | $8,576.93 | U | CIRCUIT CITY STORES, INC. | $5,853.13 | General Unsecured | CIRCUIT CITY STORES. | Books & Records- Reduced Liability Note: obj per ad max expired contract |

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | : Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,. | : Case No. 08-35653-KRH |
| Debtors. | : (Jointly Administered) |

### NOTICE OF TWENTY-FOURTH OMNIBUS OBJECTION
### TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS)

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Twenty-Fourth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"). A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1. By the Objection, the Liquidating Trust is seeking to reduce certain partially invalid claims.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

**Critical Information for Claimants
Choosing to File a Response to the Objection**

Who Needs to File a Response: If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

Response Deadline: The Response Deadline is **4:00 p.m. (Eastern Time) on December 1, 2011 (the "Response Deadline")**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED AND RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

The status hearing on the Objection will be held at **2:00 p.m. (Eastern Time) on December 8, 2011 at:**

> United States Bankruptcy Court
> 701 East Broad Street – Courtroom 5000
> Richmond, Virginia 23219

3

g.   to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses"). Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**. To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf. Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**. If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection without further notice to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

## Additional Information

**Requests for Information**. You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kccllc.net/circuitcity.

**Reservation of Rights**. Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust. Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases. In such event, you will receive a separate notice of any such objections.

5