# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE:  CIRCUIT CITY STORES, INC., | : | Chapter 11 |
| *et al.,* | : | |
| | : | Case No. 08-35653 (KRH) |
| Debtors | : | |
| | : | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

COMES NOW Union County Construction Group, Inc., a creditor in this bankruptcy proceeding, and files this Notice of Withdrawal of the following claim:

Claim No. 3739, filed January 14, 2009, in the amount of $120,225.00.

UNION COUNTY CONSTRUCTION GROUP, INC.

By: /s/ Augustus C. Epps, Jr.
     Augustus C. Epps, Jr., counsel

Augustus C. Epps, Jr. (VSB #13254)
Jennifer M. McLemore (VSB #47164)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4104
Facsimile:  (804) 697-6104

Counsel for Union County Construction Group, Inc.

---

Augustus C. Epps, Jr. (VSB #13254)
Jennifer M. McLemore (VSB #47164)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4104
Facsimile:  (804) 697-6104

Counsel to Union County Construction Group, Inc.

# C E R T I F I C A T E

I here by certify that on the 18th day of November, 2011, I caused a copy of the foregoing pleading to be served electronically through this Court's ECF filing system and to be mailed first class mail, postage prepaid, to:

>Circuit City Stores, Inc.
>Claims Processing Department
>Kurtzman Carson Consultants LLC
>2335 Alaska Avenue
>El Segundo, CA 90245

>/s/ Augustus C. Epps, Jr.
>Augustus C. Epps, Jr.

1215058v1