| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

        - and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>,[1] | : | Case No. 08-35653-KRH |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 21, 2011 AT 2:00 P.M. (EASTERN)**

---

    1 The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on November 21, 2011 beginning at 2:00 p.m. Eastern.

## I. MOTIONS

1. *Siegel v. DIRECTV, Inc.;* Case No. 10-03592; Motion to Authorize *Schedule Mediation and to Conduct Mediation in California* filed by William H. Schwarzschild III of Williams Mullen on behalf of DIRECTV, Inc.. (Attachments: # (1) Proposed Order) (Docket No. 9)

    Related Documents:

    a. Notice of Hearing (Re: related document(s)[9] Motion to Authorize filed by DIRECTV, Inc.) filed by William H. Schwarzschild III of Williams Mullen on behalf of DIRECTV, Inc.. Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 10)

    b. Hearing Continued: (Re: related document(s)[9] Motion to Authorize filed by DIRECTV, Inc.) Hearing scheduled 11/21/11. (Docket No. 12).

    Objection Deadline:    December 1, 2011

    Objections/ Responses Filed:

    Status:    The parties have agreed to continue this matter until December 8, 2011 at 2:00 p.m.

2. Motion for 2004 Examination *(Motion for Examination of Records Custodian of the Washington State Workers Compensation Fund Under Rule 2004 of the Federal Rules of Bankruptcy Procedure)* with Notice of Hearing, filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11434)

    Related Documents:

    Objection Deadline:    November 17, 2011

|   |   |   |
|---|---|---|
| | Objections/<br>Responses<br>Filed: | None |
| | Status: | The Trust will request that the Court grant the relief requested in the Motion. |

3. Motion for 2004 Examination *(Motion for Examination of Records Custodian of the Ohio Bureau of Workers Compensation Under Rule 2004 of the Federal Rules of Bankruptcy Procedure)* with Notice of Hearing, filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11435)

    Related
    Documents:

    Objection
    Deadline:               November 17, 2011

    Objections/
    Responses
    Filed:                      None

    Status:                   The Trust will request that the Court grant the relief requested in the Motion.

4. Motion to Approve - *Liquidating Trust's Motion for Order Approving Payment of Claims Related to the Short-Term Incentive Program* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11419)

    Related
    Documents:

    a.    Notice of Motion and Notice of Hearing (Re: related document(s)[11419] Motion to Approve filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 11/21/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11420)

    Objection
    Deadline:              November 18, 2011

|   |   |
|---|---|
| Objections/ Responses Filed: | None as of the time of filing this Agenda |
| Status: | The Trust will request that the Court grant the relief requested in the Motion. |

**II.    CLAIM OBJECTIONS - SUBSTANTIVE HEARINGS**

5.   Notice and Objection to Claim - *Liquidating Trust's Seventh Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified Claims)(To Correct Substantive Pleading --Replaces Docket Number 10044)* (Re: related document(s) 10044 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)  (Docket No. 10045)

   Related Documents:

   a.   Order Sustaining Liquidating Trust's Seventh Omnibus Objection To Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims and reclassification of certain incorrectly classified claims) (Re: related document(s) 10045 Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10863)

   b.   Second Order Sustaining Liquidating Trust's Seventh Omnibus Objection To Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims and reclassification of certain incorrectly classified claims) (Re: related document(s) 10863 No action taken on Order Re: Objection) (Docket No. 10983)

   c.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011

4

at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

    d.    Amended Second Order Sustaining Liquidating Trust's Seventh Omnibus Objection To Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims and reclassification of certain incorrectly classified claims) (Re: related document(s) 10983 Supplemental Order) (Docket No. 11252)

    e.    Response of TFL Enterprises LLC to the Liquidating Trust's Seventh Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified Claims) (Docket No. 10233)

    f.    *Claimant(s) - TFL Enterprises LLC (Tech For Less* - Notice of Hearing *(Notice of Substantive Hearing (Seventh Omnibus Objection - Claim Number 13947))* (Re: related document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 11/21/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 11373)

Objection
Deadline:    April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:    See attached <u>Exhibit B</u>.

Status:    The Trust had noticed a substantive hearing on the Objection as it relates to claim of TFL Enterprises, LLC (Tech for Less). By agreement of the parties, this matter has been continued until December 20, 2011 at 2:00 p.m. The Objection as it relates to all other claims is set for a status hearing on January 5, 2012.

6.    Notice and Objection to Claim – *Liquidating Trust's Tenth Omnibus Objections to Disallow Certain Claims (Short-Term Incentive Program)* ( Docket No. 10048)

    Related
    Documents:

    a.    Order Sustaining Liquidating Trust's Tenth Omnibus Objection To Disallow Certain Claims (Short-Term Incentive Program) (Re: related document(s)[10048] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10787)

    b.    Docket No. 11148 - Continued for Substantive Hearing as to two remaining unresolved claims (Re: related document(s)[10048] Liq. Tr. Tenth Omnibus Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing

5

   scheduled 9/21/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. These claims to be noticed for Substantive
Hearing on 10/19/11 at 2:00 PM. P. Beran for Liquidating Trust. (Docket No.
11148)

 c. Notice of Hearing *(Notice of Substantive Hearing) (10th Omnibus Objection - Claim Numbers 14923 and 7401) (Claimants - Christina A. Sparks and Deborah Angel Williams)* (Re: related document(s)[10048] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11264)

 d. Docket No. 11268 - Continued for Substantive Hearing as to two remaining unresolved claims(Re: related document(s) 10048 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Liquidating Trust. (Docket No. 11268)

 e. Liquidating Trust's Motion for Order Approving Payment of Claims Related to the Short-Term Incentive Program

Objection
Deadline: April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed: See attached Exhibit B.

Status: The Objection as it relates to the remaining claims of Christina A. Sparks and Deborah Angel Williams is moot if the Court grants Liquidating Trust's Motion for Order Approving Payment of Claims Related to the Short-Term Incentive Program.

7. Notice and Objection to Claim - *Liquidating Trust's Eleventh Omnibus Objection to Claims: Reclassify to General Unsecured Claims, Reduce to Statutory Cap, or Disallow, as Applicable (Special Cash Retention Program)* (Docket No. 10049)

Related
Documents:

 a. Order Sustaining Liquidating Trust's Eleventh Omnibus Objection To Claims: Reclassify To General Unsecured Claims, Reduce To Statutory Cap or Disallow As Applicable (Special Cash Retention Program) (Re: related document(s)[10049] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10783)

6

b. Docket Entry - Continued for Status Hearing as to remaining unresolved claims; briefing scheduled set (Re: related document(s) 10049 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Substantive Hearing to be noticed for these matters on 11/21/11 a 2:00 PM. (Docket No. 11149)

c. Notice of Hearing *(Notice of Substantive Hearing and Related Briefing Schedule (Eleventh Omnibus Objection - Claim Numbers 5592, 15104, 11075, 5311, 6024, 13402, 2476, 5191, 2532, 3017, 5686, 10648, 4291, 5699) (Claimant(s) - Joshua M. Loveall, David W. Tolliver, Michael Alexander, Keith Allen, Michael W. Beam, Kenneth R. Duda, Joseph Edward Dudley, Willard Mark Elliott, Roland L. Finch, Jaime Gonzalez, Jakob Joffe, Louis C. Jones III, Virgil S. Lynn, Brandon Rowberry))* (Re: related document(s) 10049 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 11/21/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 11314)

d. Docket Entry - Remaining unresolved claims continued for Substantive Hearing (Re: related document(s) 10049 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 11/21/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee (Docket No. 11381)

Objection
Deadline: April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:

a. Response to - *Additional Response to Liquidating Trustee's Objection to the Claim of Joshua M. Loveall under Section 507(A)(4) of the U.S. Bankruptcy Code* (Re: related document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Elizabeth L. Gunn of DurretteCrump PLC on behalf of Joshua M. Loveall (Docket No. 11353)

 See also attached Exhibit B.

Status: The matter has been resolved for claimants Joshua M. Loveall, David W. Tolliver, Jakob Joffe, Michael Alexander, Michael W. Beam, Kenneth R. Duda, Joseph Edward Dudley, Roland L. Finch, Jaime Gonzalez, Louis C. Jones III, Virgil S. Lynn, and Brandon Rowberry.  As it relates to the two remaining claims of Keith Allen and Willard Mark Elliott, the Trust has likewise proposed to allow

the claim as a (i) priority claim up to the amount of the statutory cap and (ii) a general unsecured claim for amounts over the statutory cap. The Trust understands that the claimants believe they are entitled to something more, but the Trust will request the Court to approve the proposed treatment.

8. Notice and Objection to Claim - *Liquidating Trust's Nineteenth Omnibus Objection to Certain Employee Priority Claims: No Liability; Not Entitled to Priority; Allow up to the Statutory Cap; and Reclassify, as Applicable (Miscellaneous HR Priority Claims)* (Docket No. 10071)

   Related Documents:

   a. Order Sustaining Liquidating Trust's Nineteenth Omnibus Objection To Certain Employee Priority Claims; No Liability; Not Entitled To Priority; Allow Up to The Statutory Cap, and Reclassify, As Applicable (miscellaneous HR Priority Claims) (Re: related document(s)[10071] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10786)

   b. Docket Entry - Objections withdrawn as to claims of David Cacciotti, Kenneth Giacone, and Richard T. Miller, Jr.; Status Hearing continued as to claim of Brian LaCoursiere; substantive hearing to be noticed for claims of Auvill Browne, Robyn Davis, Brandi Fose, Milissa Gillard, Patrick Kennedy and Jeffrey McDonald (Re: related document(s)[10071] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Substantive Hearing also to be noticed for 11/21/11 at 2:00 PM as to claim of Anne Thumann. P. Beran for Liquidating Trust. (Docket No. 11153)

   c. Withdrawal *(Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Liquidating Trust's Nineteenth Omnibus Objection to Certain Employee Priority Claims: No Liability; Not Entitled to Priority; Allow up to the Statutory Cap; and Reclassify, as Applicable (Miscellaneous HR Priority Claims) Solely with Respect to the Claim of Richard T. Miller (Claim No. 14619))* (Re: related document(s)[10071] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11238)

   d. Notice of Hearing *(Notice of Substantive Hearing) (Nineteenth Omnibus Objection - Claim Numbers 13297, 1756, 6906, 8522, 4441 and 7583) (Claimants - Auvill V. Browne, Robyn N. Davis, Brandi Michelle Evans Fose, Melissa Michelle Gillard, Patrick Gerald Kennedy and Jeffrey A. McDonald)* (Re: related document(s)[10071] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 10/19/2011 at

8

02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 11267)

e.  Withdrawal *(Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Liquidating Trust's Nineteenth Omnibus Objection to Certain Employee Priority Claims: No Liability; Not Entitled to Priority; Allow up to the Statutory Cap; and Reclassify, as Applicable (Miscellaneous HR Priority Claims) Solely with Respect to the Claim of David J. Cacciotti (Claim No. 2309)* (Re: related document(s) [10071] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11281)

f.  Withdrawal *(Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Liquidating Trust's Nineteenth Omnibus Objection to Certain Employee Priority Claims: No Liability; Not Entitled to Priority; Allow up to the Statutory Cap; and Reclassify, as Applicable (Miscellaneous HR Priority Claims) Solely with Respect to the Claim of Kenneth Giacone (Claim No. 11616))* (Re: related document(s)[10071] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11282)

g.  Withdrawal *(Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Liquidating Trust's Nineteenth Omnibus Objection to Certain Employee Priority Claims: No Liability; Not Entitled to Priority; Allow up to the Statutory Cap; and Reclassify, as Applicable (Miscellaneous HR Priority Claims) Solely with Respect to the Claim of Richard T. Miller (Claim No. 14619))* (Re: related document(s) 10071 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11283)

h.  Notice of Hearing *(Notice of Substantive Hearing and Related Briefing Schedule (Nineteenth Omnibus Objection - Claim Numbers 14338 and 14097) (Claimant(s) - Patricia C. Giordano and Anne L. Thumann))* (Re: related document(s) 10071 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 11/21/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 11315)

i.  Docket Entry - Continued for Substantive Hearing as to Robyn Davis, Anne Thumann and Patricia Giordano. Proffer of testimony of Ann Pietrantoni accepted by Court. Granted as Requested as to Auvill V. Browne and Melissa Gillard; Sustained as to Patrick Kennedy. Denied Administrative Status--no ruling as to priority as to claims by Brandi Fose and Jeffrey McDonald. (Re: related document(s) 10071 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 11/21/2011 at 02:00 PM at Judge

      Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee (Docket No. 11385)

  j.  Motion to Approve - *Liquidating Trusts Motion for Order Approving Payment of Claims Related to the Short-Term Incentive Program* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11419)

Objection
Deadline:    April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:

  a.  Response to *NINETEENTH OMNIBUS OBJECTION* (Re: related document(s)[10071] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Anne L. Thumann, Anne L. Thurmann. (Docket No. 11355)

  b.  Response to *Nineteenth Omnibus Objection* (Re: related document(s)[10071] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Patricia C. Giordano. (Docket No. 11354)

  c.  See attached <u>Exhibit B.</u>

  Status:  The Objection as it relates to the claims of Brandi Michelle Evans Fose and Jeffrey A. McDonald is moot if the Court grants the Liquidating Trust's Motion for Order Approving Payment of Claims Related to the Short-Term Incentive Program. The Trust understands that claimant Robyn Davis will not contest the relief sought in the Objection in any manner other than the filing of her response. The Trust will request that the Court sustain the Objection as it relates to Robyn Davis. The Trust will also request that the Court sustain the Objection as it relates to the claims of Anne Thumann and Patricia Giordano.

9.  Notice and Objection to Claim of Michael W. Beam - *Liquidating Trusts Objection to Administrative Claims of Michael W. Beam: Reclassify Claim No. 6022 to General Unsecured Claim; and Reclassify Then Disallow Claim No. 13410 as Duplicative (Short-Term Incentive Program)* Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Attachments: # (1) Exhibit(s) B# (2) Exhibit(s) C# (3) Exhibit(s) D# (4) Exhibit(s) E# (5) Exhibit(s) F# (6) Exhibit(s) G) (Docket No. 10900)

Related
Documents:

a.  Continued for Substantive Hearing (Re: related document(s)[10900] Objection to Claim of Michael W. Beam filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.(Docket No. 11157)

b.  Notice of Hearing *(Notice of Substantive Hearing) (Objection - Claim Numbers 6022 and 13410) (Claimant - Michael W. Beam)* (Re: related document(s)[10900] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 11271)

c.  Docket Entry - Hearing held; argument presented; CLAIM DENIED ADMINISTRATIVE STATUS; NO RULING AS TO PRIORITY AT THIS TIME (Re: related document(s) 10900 Objection to Claim of Michael W. Beam, filed by Circuit City Stores, Inc. Liquidating Trust). P. Beran for Trustee; Michael Beam, pro se claimant. (Fathergill, Gail) (Docket No. 11384)

d.  Motion to Approve - *Liquidating Trusts Motion for Order Approving Payment of Claims Related to the Short-Term Incentive Program* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11419)

Objection
Deadline:                August 15, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   Response to (Re: related document(s)[10900] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Michael Beam (Docket No. 11116)

Status:                  This Objection should be sustained. Pursuant to the resolution of the Liquidating Trust's Eleventh Omnibus Objection to Claims: Reclassify to General Unsecured Claims, Reduce to Statutory Cap, or Disallow, as Applicable (Special Cash Retention Program), Beam will have reached the statutory cap and the claims subject to this Objection should be reclassified to general unsecured claims.

11

Dated: Richmond, Virginia  TAVENNER & BERAN, PLC
      November 18, 2011

                                                                     /s/ Paula S. Beran
                                      Lynn L. Tavenner (VA Bar No. 30083)
                                      Paula S. Beran (VA Bar No. 34679)
                                      20 North Eighth Street, 2nd Floor
                                      Richmond, Virginia 23219
                                      (804) 783-8300

                                                      - and -

                                      PACHULSKI STANG ZIEHL & JONES LLP
                                      Jeffrey N. Pomerantz, Esq.
                                      Andrew W. Caine, Esq.
                                      10100 Santa Monica Boulevard
                                      Los Angeles, California 90067-4100
                                      (310) 277-6910

                                                      - and –

                                      Robert J. Feinstein, Esq.
                                      John A. Morris, Esq.
                                      PACHULSKI STANG ZIEHL & JONES LLP
                                      780 Third Avenue, 36th Floor
                                      New York, New York 10017
                                      (212) 561-7700

                                      Co-Counsel for the Circuit City Stores, Inc.
                                      Liquidating Trust

**EXHIBIT B**[1]

| | | | | |
|---|---|---|---|---|
| 7 | AT&T Corp., Bell South Telecom. SBC Global Servs., Inc. & AT&T Global Servs., Inc. | 13926 14910 14332 15184 15190 15191 9695 | 10414 | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| 7 | California Self Insurers Security Fund | 15028 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 7 | California Self Insurers Security Fund | 15029 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 7 | Columbia Gas of Massachusetts | 13090 | 10104 | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| 7 | Commonwealth Edison Company | 14120 | 10327 | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| 7 | LaCOURSIERE, Brian L. | 4756 | 10210 | The matter has been resolved pursuant to procedures previously approved by this Court and therefore may be removed from the Court's docket. |

---

[1] For all matters noted herein that are being adjourned or have been resolved, the respondent does not need to appear at the November 21, 2011 hearing. A substantive hearing is going forward with regards to Objections to certain claims as noted herein.

| 7 | Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company | 9819 | 11126 | Response to Sixth and Seventh Omnibus Objection to Claims (Re: related document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Troy Savenko of Kaplan & Frank, PLC on behalf of Liberty Mutual Insurance Company - Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| --- | --- | --- | --- | --- |
| 7 | Liberty Mutual Insurance Company; Liberty Mutual Fire Insurance Company | 9820 | 11126 | Response to Sixth and Seventh Omnibus Objection to Claims (Re: related document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Troy Savenko of Kaplan & Frank, PLC on behalf of Liberty Mutual Insurance Company Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| 7 | Liberty Mutual Insurance Company; Liberty Mutual Fire Ins. Co. | 9821 | 11126 | Response to Sixth and Seventh Omnibus Objection to Claims (Re: related document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Troy Savenko of Kaplan & Frank, PLC on behalf of Liberty Mutual Insurance Company - Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| 7 | Liberty Mutual Insurance Company; Liberty Mutual Fire Ins. Co. | 9822 | 11126 | Response to Sixth and Seventh Omnibus Objection to Claims (Re: related document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Troy Savenko of Kaplan & Frank, PLC on behalf of Liberty Mutual Insurance Company - Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |

2

| 7 | Liberty Mutual Insurance Company; Liberty Mutual Fire Ins. Co. | 9823 | 11126 | Response to Sixth and Seventh Omnibus Objection to Claims (Re: related document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Troy Savenko of Kaplan & Frank, PLC on behalf of Liberty Mutual Insurance Company – Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| --- | --- | --- | --- | --- |
| 7 | Liberty Mutual Insurance Company; Liberty Mutual Fire Ins. Co. | 9824 | 11126 | Response to Sixth and Seventh Omnibus Objection to Claims (Re: related document(s) [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Troy Savenko of Kaplan & Frank, PLC on behalf of Liberty Mutual Insurance Company – Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| 7 | McCabe, Michael | 10546 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| 7 | PPL Electric Utilities Corporation | 13266 | 10147 | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| 7 | Public Company Accounting Oversight Board | 14216 | 10420 | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| 7 | SENATOR, Bruce | 13082 | 10139 | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| 7 | Sensormatic Electronics Corporation | 6317 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 7 | SOLTIS, Audrey | 15047 | 10457 | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| 7 | TFL Enterprises LLC (Tech For Less) | 13947 | 10233 | This matter is being heard on a substantive basis on December 20, 2011 |
| 7 | The Travelers Indemnity Company & Its Affiliates | 8539 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |

| 7 | The Travelers Indemnity Company & Its Affiliates | 8540 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| --- | --- | --- | --- | --- |
| 7 | The Travelers Indemnity Company & Its Affiliates | 8541 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 7 | The Travelers Indemnity Company & Its Affiliates | 8542 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 7 | The Travelers Indemnity Company & Its Affiliates | 8543 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 7 | The Travelers Indemnity Company & Its Affiliates | 8544 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 7 | The Travelers Indemnity Company & Its Affiliates | 8545 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 7 | The Travelers Indemnity Company & Its Affiliates | 8546 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 7 | The Travelers Indemnity Company & Its Affiliates | 8547 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 7 | The Travelers Indemnity Company & Its Affiliates | 8548 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 7 | The Travelers Indemnity Company & Its Affiliates | 8549 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 7 | The Travelers Indemnity Company & Its Affiliates | 8550 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 7 | The Travelers Indemnity Company & Its Affiliates | 8551 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |

| | | | | |
|---|---|---|---|---|
| 7 | The Travelers Indemnity Company & Its Affiliates | 8552 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 7 | The Travelers Indemnity Company & Its Affiliates | 8553 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 7 | The Travelers Indemnity Company & Its Affiliates | 8554 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 7 | The Travelers Indemnity Company & Its Affiliates | 8555 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 7 | The Travelers Indemnity Company & Its Affiliates | 8556 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 7 | Toshiba America Consumer Products, L.L.C. | 1319 1331 15106 | 10395 | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| | | | | |
| | | | | |
| | | | | |
| 10 | SPARKS, Christina A. | 14923 | | |
| 10 | WILLIAMS, Deborah Angel | 7401 | | |
| | | | | |
| 11 | ALEXANDER, Michael W. | 11075 | 10291 | |
| 11 | ALLEN, Keith | 5311 | 10487 | The matter will be heard on a substantive basis on November 21, 2011 at 2:00 p.m. |
| 11 | BEAM, Michael | 6024 | | |
| 11 | DUDA, Kenneth | 13402 | 10141 | |
| 11 | DUDLEY, Joseph | 2476 | 10211 | |
| 11 | ELLIOTT, Willard Mark | 5191 | 10225 | The matter will be heard on a substantive basis on November 21, 2011 at 2:00 p.m. |
| 11 | FINCH, Roland | 2532 | 10165 | |
| 11 | GONZALEZ, Jaime | 3017 | 10226 11159 | |
| 11 | JOFFE, Jakob | 5686 | 10238 | |

| 11 | JONES, Louis C., III | 10648 | 10459 | |
|---|---|---|---|---|
| 11 | LOVEALL, Joshua M. | 5592 | 10385 | |
| 11 | LYNN, Virgil S. | 4291 | 10284 | |
| 11 | ROWBERRY, Brandon | 5693 | 10456 | |
| 11 | TOLLIVER, David W. | 14159 | 10488 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 19 | DAVIS, Robyn N. | 1756 | 10358 | The matter will be heard on a substantive basis on November 21, 2011 at 2:00 p.m. |
| 19 | EVANS FOSE, Brandi Michelle | 6906 | | |
| | | | | |
| 19 | GIORDANO, Patricia C. | 14338 | 10177 | The matter will be heard on a substantive basis on November 21, 2011 at 2:00 p.m. |
| | | | | |
| | | | | |
| 19 | McDONALD, Jeffrey A. | 7583 | 10797 | |
| 19 | THUMANN, Anne | 14097 | 10173 | The matter will be heard on a substantive basis on November 21, 2011 at 2:00 p.m. |
| | | | | |