Doc # 11314

Keith Allen
489 Mill Wood Blvd
Marysville, OH 43040
Telephone: (330) 245-6020
Facsimile: (937) 644-2367
E-mail: allenfamily6@msn.com
In propria persona

# IN THE UNITED STATE BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Case No.: 08-35653-KRH |
| | ) |
| Debtors. | ) |
| | ) (Jointly Administered) |

## MOTION OF FORMER EMPLOYEE/CREDITOR KEITH ALLEN TO PARTICIPATE AT NOVEMBER 21, 2011 HEARING OF LIQUIDATING TRUST'S ELEVENTH OMNIBUS OBJECTION TO CLAIMS

**Keith Allen,** a former employee of Circuit City Stores, Inc. and creditor thereof (Claim # 5311), hereby moves for permission to participate telephonically in the hearing of the eleventh omnibus objection ("Objection") of Circuit City Stores, Inc. Liquidating Trust (the "Trust") scheduled to be heard on November 21, 2011 at 2:00 p.m. before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000 of the United States Courthouse, 701 E. Broad Street, Richmond, VA, 23219.

**SUBMITTED** this 17th day of November, 2011.

By _____
Keith Allen
489 Mill Wood Blvd
Marysville, OH 43040
Claimant In Pro Se

**ORIGINAL** of the foregoing was sent via priority overnight mail on this 17th day of November, 2011, to:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

And a **COPY** of the foregoing was sent via first class mail and via facsimile on this 17th day of November, 2011, to:

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Tel.: (310) 277-6910
Fax: (310) 201-0760

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Tel.: (804) 783-8300
Fax: (804) 783-0178