**Willard Mark Elliott**
49622 Woodland Drive
East Liverpool, OH 43920
Telephone: (330) 386-0325
E-mail: hdme02@gmail.com
In propria persona

## IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **CIRCUIT CITY STORES, INC., et al.,** | ) |
| | ) Case No.: 08-35653-KRH |
| Debtors. | ) |
| | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) |

## MOTION OF FORMER EMPLOYEE/CREDITOR                    TO PARTICIPATE AT NOVEMBER 21, 2011 HEARING OF LIQUIDATING TRUST'S ELEVENTH OMNIBUS OBJECTION TO CLAIMS

**Willard Mark Elliott,** a former employee of Circuit City Stores, Inc. and creditor thereof

(Claim # ____5191____), hereby moves for permission to participate telephonically in the

hearing of the eleventh omnibus objection ("Objection") of Circuit City Stores, Inc. Liquidating

Trust (the "Trust") scheduled to be heard on November 21, 2011 at 2:00 p.m. before the

Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000 of the United

States Courthouse, 701 E. Broad Street, Richmond, VA, 23219.

**SUBMITTED** this 17th day of November, 2011.

By _____
Willard Mark Elliott
49622 Woodland Drive
East Liverpool, OH 43920
Claimant In Pro Se

- 1 -

1   **ORIGINAL** of the foregoing was sent via
    priority overnight mail on this
2   17th day of November, 2011, to:

3
    Clerk of the Bankruptcy Court
4   United States Bankruptcy Court
    701 East Broad Street – Room 4000
5   Richmond, Virginia 23219

6
    And a **COPY** of the foregoing was sent via
7   facsimile
    on this 17th day of November, 2011, to:
8

9   Jeffrey N. Pomerantz, Esq.
    Andrew W. Caine, Esq.
10  PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica Boulevard
11  Los Angeles, California 90067-4100
    Tel.: (310) 277-6910
12  Fax: (310) 201-0760
13

14  Lynn L. Tavenner, Esq.
    Paula S. Beran, Esq.
15  TAVENNER & BERAN, PLC
    20 North Eighth Street, 2nd Floor
16  Richmond, Virginia 23219
    Tel.: (804) 783-8300
17  Fax: (804) 783-0178

18

19

20  _____

21

22

23

24

25

26

27

28

- 2 -