IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
                                                                 :  Case No. 08-35653
Circuit City Stores, Inc.,                                       :
                                                                 :
                                                                 :  Jointly Administered
                        Debtors.                                 :
                                                                 :
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Clarissa Cu being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before November 9, 2011, I caused copies of the
- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket Nos. 11422 and 11430]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: November 11, 2011

_____
Clarissa Cu

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this November 11, 2011, by Clarissa Cu, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: Vanessa R Quinones



VANESSA RAE QUINONES
Commission # 1957203
Notary Public - California
Los Angeles County
My Comm. Expires Oct 20, 2015

# EXHIBIT A

**Exhibit A**

**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Name | Address 1 | City | State | Zip | Docket Number | Party Description |
|---|---|---|---|---|---|---|
| Boys & Girls Club of St Lucie Co | 607 N 7th St Ste 1 | Fort Pierce | FL | 34950 | 11430 | Transferor |
| Debt Acquisition Company of America V, LLC | 1565 Hotel Circle South Ste 310 | San Diego | CA | 92108 | 11430 | Transferee |
| Kimberly Betts | 467 S Broton Rd | Muskegon | MI | 49442 | 11422 | Transferor |
| Liquidity Solutions | One University Plaza, Ste 312 | Hackensack | NJ | 07601 | 11422 | Transferee |