UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re                                              Chapter 11
CIRCUIT CITY STORES, INC. et al.
                                                   Case No. 08-35653

        Debtors.                                   (Jointly Administered)


## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Planet Replay, LLC a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating solely to claim number 15237 be sent to the new address set forth below, effective as of the date hereof.

Former Address
Planet Replay, LLC
10957 McCormick Road
Hunt Valley, MD 21031

New Address
Planet Replay, LLC.
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

Planet Replay, LLC
Bowie & Jensens LLC
29 W Susquehanna Ave, Ste 600
Towson, MD 21204

I declare under penalty of perjury that the foregoing is true and correct.

PLANET REPLAY, LLC

By: _____

Title: Manager Mbr

Date: Nov 21 2011