UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC. et al.<br><br>Debtors. | Case No.: 08-35653 (KRH)<br><br>Jointly Administered<br><br>Chapter 11 |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that CREDITOR, a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim number 7982 filed in the Circuit City Chapter 11 bankruptcy case number 08-35653 on 1/29/2009 as allowed pursuant to the *Settlement Agreement and Stipulation By and Among the Debtors and ACCO Brands Corporation* entered into between ACCO Brands Corporation and the Circuit City Stores Liquidating Trust on or about October 8, 2010 and docketed in the Bankruptcy Case on October 9, 2010 [Doc. #8712] ("Claim"). to United States Debt Recovery, X L.P. and in connection with such transfer, herby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its Claim, and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to the Claim be sent to the New Address set forth below, effective as of the date hereof.

FORMER ADDRESS

ACCO Brands Corporation
c/o Jonathan W. Young
Wildman Harrold Allen & Dixon LLP
225 W Wacker Dr
Chicago, IL 60606

NEW ADDRESS
ACCO Brands Corporation
c/o United States Debt Recovery, X, L.P.
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

I declare under penalty of perjury that the foregoing is true and correct.

ACCO Brands Corporation

Print Name _NEAL FENWICK_    Title: _Executive VP and CFO_
Signature: _[signature]_    Date: _11/17/11_