AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF: SUMMONS, COMPLAINT, CIVIL COVER SHEET, RULE 7.1 DISCLOSURE STATEMENT
EFFECTED (1) BY ME: CARROLL O. NEUNER
TITLE: PROCESS SERVER    DATE: 30 OCT 2008 4:45 PM

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[X] Served personally upon the defendant: Accepted By Daphene Nicholson Legal Assistant
CIRCUIT CITY STORES, INC

Place where served:
9950 MAYLAND Dr    Richmond, VA 23233

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: F AGE: 30 HEIGHT: 5'6 WEIGHT: 150 SKIN: Black HAIR: Black OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE Oct / 30 / 20 08    CARROLL O NEUNER L.S.
SIGNATURE OF Carroll
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: WILLIAM J HELLER, ESQ
PLAINTIFF: PNY TECHNOLOGIES, INC
DEFENDANT: CIRCUIT CITY STORES, INC
VENUE: DISTRICT OF NEW JERSEY
DOCKET: 08 CV 5281 (WJM)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXHIBIT B**

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 30 Oct 2008 4:45 PM, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Daphene Nicholson Legal Assistant ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: 30 Oct 2008

Server's signature

CARROLL O NEUNER
Printed name and title
Private Process Server
2009 Morris Avenue
Union, NJ 07083
(800) 672-1952
Server's address