Case 08-35653-KRH Doc 11473-3 Filed 11/23/11 Entered 11/23/11 11:54:48 Desc
Exhibit(s) Exhibit C - Suggestion of Bankruptcy Page 1 of 3

Case 2:08-cv-05281-WJM-CCC Document 5 Filed 11/14/08 Page 1 of 3 PageID: 23

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

PNY TECHNOLOGIES, INC., )
)
)
Plaintiff )
) Civil Action No. 08cv5281 (WJM)
v. )
)
CIRCUIT CITY STORES, INC. )
)
Defendant. )

## SUGGESTION OF BANKRUPTCY
## AND NOTICE OF OPERATION OF AUTOMATIC STAY

PLEASE BE ADVISED that on November 10, 2008, Circuit City Stores, Inc., and certain of its direct and indirect subsidiaries (collectively the "Debtors"),[1] filed voluntary petitions for reorganization relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court"). The

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

EXHIBIT C

Debtors' bankruptcy cases are being jointly administered under In re Circuit City Stores, Inc., Case No. 08-35653 (E.D. Va.). As a result of the filing, any further action against the Debtors is stayed under Bankruptcy Code section 362.

PLEASE BE FURTHER ADVISED that any action taken against the Debtors or their property without first obtaining relief from the automatic stay from the Bankruptcy Court may be subject to findings of contempt and the assessment by the Bankruptcy Court of penalties, fines, and/or sanction, as may be appropriate.

Dated: November 14, 2008

Respectfully submitted,

/s/ Suzette T. Rodriguez
Suzette T. Rodriguez, Esq.
LeClairRyan, A Professional Corporation
Two Penn Plaza East
Newark, New Jersey 07105
(973) 491-3306
(973) 491-3552 (facsimile)

2

## CERTIFICATE OF SERVICE

    I, Suzette T. Rodriguez, an attorney, certify that I have served the following parties with SUGGESTION OF VOLUNTARY BANKRUPTCY AND NOTICE OF OPERATION OF AUTOMATIC STAY via ECF and First Class Mail:

>William J. Heller, Esq.
>McCarter & English, LLP
>Four Gateway Center
>100 Mulberry Street
>Newark, New Jersey  07102
>*Counsel for Plaintiff PNY Technologies, Inc.*

Dated:  November 14, 2008

                                    /s/ Suzette T. Rodriguez
                                    Suzette T. Rodriguez, Esq.