Case 08-35653-KRH Doc 1473-2 Filed 01/23/11 Entered 01/23/11 01:54:48 Desc
Exhibit(s) Exhibit D - District Courts Order    Page 1 of 1

Case 2:08-cv-05281-WJM-MF Document 3 Filed 11/24/08 Page 1 of 1 PageID: 26

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

PNY TECHNOLOGIES, INC.,                  CIVIL ACTION 08-5281 WJM

    Plaintiff,

    V.
                                       **ORDER**

CIRCUIT CITY STORES, INC.

    Defendant.

---

    It appearing that proceedings in the above matter have been stayed pending the filing of an voluntary Chapter 11 Petition on November 10, 2008 in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, bearing Docket No. 08-35653.

    It is on this 21st day of November, 2008

    **ORDERED** that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation of order, or for any other purpose required to obtain a final determination of the litigation.

                                                     s/William J. Martini

                                                WILLIAM J. MARTINI, U.S.D.J.



EXHIBIT D