**210B (12/09)**

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 11/21/2011 (date).

Name and Address of Alleged Transferor:

Claim No. : Planet Replay , LLC, c/o Contrarian Capital Management, LLC, 411 West Putnam Avenue-Suite 425, Greenwich, CT 06830

Name and Address of Transferee:

Contrarian Funds, LLC
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/24/11

William C. Redden
**CLERK OF THE COURT**

```
                          United States Bankruptcy Court
                            Eastern District of Virginia
In re:                                                           Case No. 08-35653-KRH
Circuit City Stores, Inc.                                        Chapter 11
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0422-7         User: frenchs            Page 1 of 10         Date Rcvd: Nov 22, 2011
                             Form ID: trc             Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2011.
10821477     +Planet Replay , LLC,   c/o Contrarian Capital Management, LLC,   411 West Putnam Avenue-Suite 425,
              Greenwich, CT 06830-6263

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 24, 2011**          **Signature:** _Joseph Speetjens_

```
District/off: 0422-7           User: frenchs              Page 2 of 10              Date Rcvd: Nov 22, 2011
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2011 at the address(es) listed below:

  Aaron L. Hammer on behalf of Creditor National Product Care Company ahammer@freebornpeters.com
  Aaron R. Cahn on behalf of Unknown Reliance Figueroa Associates, L.P. cahn@clm.com
  Adam K. Keith on behalf of Creditor The Marketplace of Rochester Hills Parcel B, LLC
   akeith@honigman.com, tsable@honigman.com
  Alan Michael Noskow on behalf of Creditor CC Plaza Joint Venture, LLP anoskow@pattonboggs.com
  Albert F. Quintrall on behalf of Creditor Wayne-Dalton Corp. a.quintrall@quintrall.com
  Alexander W. Stiles on behalf of Creditor City of Virginia Beach astiles@vbgov.com
  Alexander Xavier Jackins on behalf of Creditor Engineered Structures, Inc.
   ajackins@seyfarth.com
  Alison Ross Wickizer Toepp on behalf of Creditor GRE Grove Street One LLC atoepp@reedsmith.com,
   dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
  Ambika Joline Biggs on behalf of Creditor Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
  Amy Pritchard Williams on behalf of Creditor Cobb Corners II, Limited Partnership
   amy.williams@klgates.com, hailey.andresen@klgates.com
  Andrea Campbell Davison on behalf of Creditor Discovery Communications, Inc.
   davison.andrea@arentfox.com,
   lane.katie@arentfox.com;dowd.mary@arentfox.com;rothleder.jeffrey@arentfox.com;toof.jackson@arentfox.com
  Andrew Rapp on behalf of Creditor Terranomics Crossroads Associates arapp@wpblaw.com
  Andrew Edward Macfarlane on behalf of Creditor Sherwood America, Inc. aem@aemlegal.com
  Andrew H. Herrick on behalf of Creditor County of Albemarle aherrick@albemarle.org
  Andrew Lynch Cole on behalf of Interested Party Faber Bros., Inc. acole@fandpnet.com
  Andrew M. Brumby on behalf of Creditor Cameron Group Associates LLP abrumby@shutts-law.com,
   rhicks@shutts-law.com
  Andrew S. Conway on behalf of Creditor Taubman Landlords aconway@taubman.com
  Angela Sheffler Abreu on behalf of Creditor PNY Technologies, Inc. aabreu@formanlaw.com
  Anitra D. Goodman Royster on behalf of Creditor Connexion Technologies
   anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
   raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
  Ann E. Schmitt on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
  Anne C. Lahren on behalf of Defendant KLAS, LLC alahren@pendercoward.com
  Anne C. Murphy on behalf of Creditor State of Wisconsin - Office of the State Treasurer
   murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
  Anne Elizabeth Braucher on behalf of Creditor DL Peterson Trust, as Assignee of PHH Vehicle
   Management Services, LLC abraucher@mcmillanmetro.com
  Anne G. Bibeau on behalf of Creditor Alameda County Treasurer ABibeau@vanblk.com,
   drichards@vanblk.com;pfaggert@vanblk.com
  Annemarie G. McGavin on behalf of Creditor Dick's Sporting Goods, Inc.
   annemarie.mcgavin@bipc.com
  Anthony J. Cichello on behalf of Creditor Loop West, LLC, by its Managing Agent The Wilder
   Companies, Ltd. acichello@kb-law.com
  Arthur S. Weitzner on behalf of Transferee Donald Emerick arthur@weitzner.com
  Aryeh E. Stein on behalf of Creditor Annapolis Plaza LLC astein@wtplaw.com
  Ashley M. Chan on behalf of Creditor City of Philadelphia achan@hangley.com,
   ecffilings@hangley.com
  Augustus C. Epps on behalf of Attorney Christian & Barton, L.L.P. aepps@cblaw.com,
   lthompson@cblaw.com
  Belkys Escobar on behalf of Creditor County of Loudoun, VA Belkys.Escobar@loudoun.gov,
   Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
  Benjamin C. Ackerly on behalf of Creditor COMSYS Information Technology Services, Inc. and
   COMSYS Services, LLC backerly@hunton.com, cloving@hunton.com
  Benjamin Joseph Lambiotte on behalf of Defendant InFocus Corporation blambiotte@gsblaw.com
  Bhavik Dalpat Patel on behalf of Defendant MCM Electronics, Inc. bdp@macdowelllaw.com
  Brad R. Godshall on behalf of Creditor Committee Official Committee of Unsecured Creditors
   bgodshall@pszjlaw.com
  Bradford F. Englander on behalf of Creditor Alliance Entertainment Corporation
   benglander@wtplaw.com, wbatres@wtplaw.com
  Brenda M. Whinery on behalf of Creditor Windsail Properties bwhinery@mcrazlaw.com
  Brett Christopher Beehler on behalf of Creditor Charles County, Maryland bbeehler@mrrlaw.net,
   lsansbury@mrrlaw.net
  Brian D. Huben on behalf of Creditor Cousins Properties Incorporated brian.huben@kattenlaw.com,
   carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;dustin.branch@kattenlaw.com;adelle.shafer@
   kattenlaw.com;donna.carolo@kattenlaw.com
  Brian F. Kenney on behalf of Creditor 44 North Properties, LLC bkenney@milesstockbridge.com
  Bruce H. Matson on behalf of Creditor Bank of America, N.A., as Agent
   bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
  Byron Z. Moldo on behalf of Creditor Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
   tmelendez@ecjlaw.com
  C. Christopher Meyer on behalf of Creditor Photoco, Inc. cmeyer@ssd.com
  Carl A. Eason on behalf of Creditor The Columbus Dispatch bankruptcy@wolriv.com
  Catherine Elizabeth Creely on behalf of Creditor CIM/Birch St., Inc. ccreely@akingump.com
  Charles Gideon Korrell on behalf of Creditor Hoprock Limonite, LLC gkorrell@dl.com
  Charles W. Chotvacs on behalf of Creditor Bear Valley Road Partners LLC cwchotvacs@gmail.com,
   aconway@taubman.com;Pollack@ballardspahr.com
  Christian K. Vogel on behalf of Creditor Schimenti Construction Company LLC
   Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
  Christine D. Lynch on behalf of Creditor E&A Northeast Limited Partnership
   clynch@goulstonstorrs.com

```
District/off: 0422-7          User: frenchs              Page 3 of 10              Date Rcvd: Nov 22, 2011
                              Form ID: trc               Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Christine McAteer Ford    on behalf of Creditor   Ada Alicea, on behalf of herself and all others
               similarly situated cford@mdpcelaw.com
              Christopher A. Jones    on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
               rredfield@wtplaw.com
              Christopher Julian Hoctor    on behalf of Defendant   Moran Brown PC choctor@gregkaplaw.com,
               nferenbach@gregkaplaw.com
              Christopher L. Perkins    on behalf of Attorney   LeClair Ryan, A Professional Corporation
               christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
               ah.dip@leclairryan.com
              Christopher M. Alston    on behalf of Creditor   507 Northgate LLC alstc@foster.com,
               ristj@foster.com
              Christopher M. Desiderio    on behalf of Creditor   Greystone Data Systems, Inc.
               cdesiderio@nixonpeabody.com
              Christopher R. Belmonte    on behalf of Creditor   International Business Machines Corporation
               cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com
              City of Newport News, Virginia    jdurant@nngov.com
              Constantinos G. Panagopoulos    on behalf of Creditor   Centro Properties Group
               cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
              Courtney E. Pozmantier    on behalf of Creditor   Paramount Home Entertainment
               cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
              Craig Benson Young    on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership
               craig.young@kutakrock.com,
               lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
              Craig M. Palik    on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@yahoo.com,
               cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman
               @mhlawyers.com
              Curtis Gilbert Manchester    on behalf of Defendant   Energizer Battery, Inc.
               cmanchester@reedsmith.com,
               shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
              D. Marc Sarata    on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
               ndysart@ltblaw.com;sleach@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;b
               blosser@ltblaw.com
              Daniel D. Prichard    on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
               individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com,
               kcornnell@dowlohnes.com
              Daniel F. Blanks    on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
              Daniel M. Press    on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com,
               pressdm@gmail.com
              Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
               dsbushnaq@venable.com
              Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
              Darrell William Clark    on behalf of Creditor   Waste Management, Inc. dclark@stinson.com,
               cscott@stinson.com
              Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
              David McCall    on behalf of Creditor   City of Garland Tax Assessor/Collector
               bankruptcy@ntexas-attorneys.com
              David A. Greer    on behalf of Creditor   Century plaza development corporation
               dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
              David B. Wheeler    on behalf of Creditor   South Carolina Electric & Gas Company and Public
               Service of North Carolina davidwheeler@mvalaw.com
              David D. Hopper    on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
               scilino@chlhf.com
              David Emmett Hawkins    on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
              David H. Cox    on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
               phaynes@jackscamp.com
              David H. Dickieson    on behalf of Defendant   New Age Electronics, Inc., also known as New Age,
               Inc. ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
              David J. Ervin    on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David K. Spiro    on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com,
               rmcburney@hf-law.com
              David M. Poitras    on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
              David R. McFarlin    on behalf of Creditor   Alexander H Bobinski, as Trustee under Trust No. 1001
               dmcfarlin@whmh.com,  psmith@whmh.com
              David R. Ruby    on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David V. Cooke    on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
              David W. Earman    on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
              David Wayne Lannetti    on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com,
               kjerald@vanblk.com;drichards@vanblk.com
              Dawn C. Stewart    on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
              Dena Sloan Kessler    on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
              Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services
               denise.mondell@ct.gov
```

```
District/off: 0422-7          User: frenchs              Page 4 of 10            Date Rcvd: Nov 22, 2011
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Dennis T. Lewandowski    on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
         America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
        Denyse  Sabagh    on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com
        Dexter D. Joyner    on behalf of Creditor    Pasadena Independent School District
         caaustin@comcast.net
        Dion W. Hayes    on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
        Dominic L. Chiariello    on behalf of Creditor Donovan Dunwell dc@chiariello.com
        Donald K. Ludman    on behalf of Creditor    SAP Retail Inc. and Business Objects
         dludman@brownconnery.com
        Douglas  Scott    on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
        Douglas D. Kappler    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge Center
         dkappler@rdwlawcorp.com
        Douglas M. Foley    on behalf of Counter-Defendant    Circuit City Stores, Inc.
         dfoley@mcguirewoods.com
        Douglas R. Gonzales    on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
        Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc. dtrache@wileyrein.com,
         rours@wileyrein.com
        Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
         mayle@hooverslovacek.com
        Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
         wenditaylor@toase.com;lmares@toase.com;kkalos@toase.com
        Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1 egunn@durrettecrump.com,
         sryan@durrettecrump.com;dbbankruptcy@gmail.com
        Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedumspring.com,
         ramona.neal@hp.com;ken.higman@hp.com
        Emily M. Charley    on behalf of Creditor    IGate Global Solutions, Limited
         echarley@hansonbridgett.com
        Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation hsmith@ddr.com
        Eric Christopher Rusnak    on behalf of Creditor    Microsoft Corporation eric.rusnak@klgates.com,
         klgatesbankruptcy@klgates.com
        Eric J. Snyder    on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
        Erica S. Zaron    on behalf of Creditor    Miami-Dade County Tax Collector cao.bkc@miamidade.gov
        Erick Frank Seamster    on behalf of Creditor    Unical Enterprises, Inc eseamster@wallacepledger.com
        Erika L. Morabito    on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
        Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
         ekessel@spottsfain.com,
         kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
         on@spottsfain.com;jstern@spottsfain.com
        Eugene  Chang    on behalf of Creditor    TKG Coffee Tree, L.P. echang@steinlubin.com
        F. Marion Hughes    on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
        Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
         ffm@bostonbusinesslaw.com
        Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP
         fpepler@peplermastromonaco.com
        Franklin R. Cragle    on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com
        Fred B. Ringel    on behalf of Creditor    F&M Properties, Inc. fbr@robinsonbrog.com
        Frederick Francis Rudzik    on behalf of Defendant    State of Florida, Department of Revenue
         rudzikf@dor.state.fl.us
        Fredrick J. Levy    on behalf of Creditor    Bush Industries, Inc. fjlevy@olshanlaw.com,
         mmarck@olshanlaw.com;ssallie@olshanlaw.com
        Garren Robert Laymon    on behalf of Creditor    Arlington ISD glaymon@mglspc.com
        Gary E. Mason    on behalf of Creditor Marlon Mondragon gmason@masonlawdc.com
        Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
        Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
         jschmeltz@sblsg.com;jrapp@sblsg.com
        Gerald P. Kennedy    on behalf of Attorney    Plaza Las Palmas, LLC gerald.kennedy@procopio.com
        German  Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
         alison.moreno@pcao.pima.gov
        Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
         notices@becket-lee.com
        Gilbert D. Sigala    on behalf of Creditor John Batioff sigalaw1@aol.com
        Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
         gbrown@pszjlaw.com
        Gina Baker Hantel    on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property
         agbankcal@ag.tn.gov
        Gina M Fornario    on behalf of Creditor    California Self-Insurers' Security Fund
         gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
        Glenn H. Silver    on behalf of Creditor    CC Joilet Trust ctbghs@aol.com,
         christine@virginia-lawyers.net
        Gordon S. Woodward    on behalf of Creditor    Commerce Technologies, Inc. gwoodward@schnader.com
        Gregory D. Grant    on behalf of Defendant    S.M. Wilson & Co., a/k/a S.M. Wilson & Company
         ggrant@shulmanrogers.com, lsmith@shulmanrogers.com;THsu@shulmanrogers.com
        H. Elizabeth Weller    on behalf of Creditor    Longview ISD Dallas.Bankruptcy@publicans.com
        Hale  Yazicioglu    on behalf of Creditor    AVR CPC Associates, LLC hyazicioglu@jshllp.com
        Heather D. Brown    on behalf of Creditor    Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com
        Heather Lynn Anderson    on behalf of Creditor    State of New Jersey, Division of Taxation
         Heather.Anderson@dol.lps.state.nj.us
        Henry Buswell Roberts    on behalf of Creditor    Suemar hbroberts@live.com, droberts1949@live.com

```
District/off: 0422-7          User: frenchs              Page 5 of 10              Date Rcvd: Nov 22, 2011
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Henry P. Baer    on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com, csommer@fdh.com
        Henry Pollard Long    on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
        Ian S. Landsberg    on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
        J. Christian Word    on behalf of Liquidator   Gordon Brothers Retail Partners, LLC chefiling@lw.com;robert.klyman@lw.com
        J. David Folds    on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com, sparson@mckennalong.com
        Jackson David Toof    on behalf of Creditor   Discovery Communications, Inc. toof.jackson@arentfox.com
        Jaime Sue Dibble    on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com, lbigus@stinson.com
        James D. Newbold    on behalf of Counter-Claimant   State of Illinois Department of Revenue, through Brian Hamer, its Director James.Newbold@illinois.gov
        James E. Clarke    on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
        James Edward Bowman    on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com, bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
        James H. Rollins    on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com, avis.francis@hklaw.com
        James J. Briody    on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com, kim.smith@sablaw.com
        James R. Schroll    on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com, ncoton@beankinney.com
        James V. Lombardi    on behalf of Creditor   AmREIT, a Texas real estate investment trust jvlombardi@rossbanks.com
        James W. Reynolds    on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
        James Winston Burke    on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc. jburke@orrick.com
        Jamie M. Konn    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc. jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
        Janet M. Meiburger, Esq.    on behalf of Creditor   Ricmac Equities Corporation admin@meiburgerlaw.com
        Jason B. Binford    on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com, ecf@krcl.com
        Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com;KCLS-ECF@krumbeinlaw.com
        Jason William Harbour    on behalf of Creditor   Public Company Accounting Oversight Board jharbour@hunton.com
        Jeffrey Chang    on behalf of Creditor   ACCO Brands Corporation jchang@changlawpllc.com
        Jeffrey Scharf    on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com
        Jeffrey E. Klusmeier    on behalf of Creditor   Missouri Attorney General's Office Jeff.Klusmeier@ago.mo.gov
        Jeffrey J. Graham    on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com, krussell@taftlaw.com;ecfclerk@taftlaw.com
        Jeffrey L. Tarkenton    on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com, toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
        Jeffrey M. Sherman    on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com, elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com
        Jeffrey N. Pomerantz    on behalf of Creditor Committee   Official Committee of Unsecured Creditors jpomerantz@pszjlaw.com
        Jenelle Marie Dennis    on behalf of Creditor   Bear Valley Road Partners LLC dennisj@ballardspahr.com, pollack@ballardspahr.com
        Jennifer Langan    on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
        Jennifer Ellis Lattimore    on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
        Jennifer J. West    on behalf of Creditor   Coca-Cola Bottling Company Consolidated jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;jstern@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com
        Jennifer Larkin Kneeland    on behalf of Defendant   AMC jkneeland@linowes-law.com, klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
        Jennifer McLain McLemore    on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com, avaughn@cblaw.com
        Jennifer V. Doran    on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com, calirm@haslaw.com
        Jeremy Brian Root    on behalf of Creditor   ACCO Brands Corporation jroot@bklawva.com, tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
        Jeremy C. Kleinman    on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
        Jeremy L. Pryor    on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
        Jeremy S. Friedberg    on behalf of Creditor   Toshiba America Consumer Products, L.L.C. jsf@llff.com, ecf@llff.com;gordon.young@llff.com
        Jeremy S. Williams    on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com
        Jeremy W. Martin    on behalf of Creditor   Escambia County Tax Collector jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
        Jeremy W. Ryan    on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com

```
District/off: 0422-7           User: frenchs              Page 6 of 10              Date Rcvd: Nov 22, 2011
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jerry Lane Hall    on behalf of Defendant   NAMCO BANDAI Games America Inc.
           jerry.hall@pillsburylaw.com,   patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
          Jess R. Bressi    on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes    on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson    on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
           jsaronson@ridberglaw.com
          Joel T. Marker    on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
          John B. Raftery    on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
           jraftery@offitkurman.com
          John C. Smith    on behalf of Creditor   Dartmouth Marketplace Associates jsmith@durrettecrump.com,
           sryan@durrettecrump.com;dbbankruptcy@gmail.com
          John D. Fiero    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           jfiero@pszjlaw.com
          John D. McIntyre    on behalf of Creditor   Carnegie Management and Development Corporation
           jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;dpower@wmlawgroup.com;koconnor@wmlawgroup.com;nfetzer@wmlawgroup.com
          John E. Hilton    on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
           pjf@carmodymacdonald.com
          John E. Lucian    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
           lucian@blankrome.com
          John G. McJunkin    on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
           sparson@mckennalong.com
          John J. Lamoureux    on behalf of Creditor   Amore Construction Company
           jlamoureux@carltonfields.com,   lmccullough@carltonfields.com;tpaecf@cfdom.net
          John M. Craig    on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
           russj4478@aol.com
          John M. Ryan    on behalf of Creditor   Iannucci Development Corporation (IDC) jryan@clrbfirm.com,
           ghorner@clrbfirm.com;tturner@clrbfirm.com
          John P. Van Beek    on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
           awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
          John T. Donelan    on behalf of Defendant   Best Vendors Management Co. Inc. jtdlaw@verizon.net
          John T. Farnum    on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com
          John T. Husk    on behalf of Defendant   Casco Corporation johnhusk@aol.com,   nre98@aol.com
          Jonathan L. Hauser    on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan S. Storper    on behalf of Creditor   IGate Global Solutions, Limited
           jstorper@hansonbridgett.com
          Jonathan T. Cain    on behalf of Defendant   InVNT, LLC jtcain@mintz.com,   kcraun@mintz.com
          Jonathan W. Young    on behalf of Creditor   ACCO Brands Corporation young@wildman.com
          Joseph M. DuRant    on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan    on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
           Cross Blue Shield bankruptcy@morrisoncohen.com
          Joshua D. McKarcher    on behalf of Defendant   Broadridge Financial Solutions, Inc., aka
           Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
           Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
          Judy Bamberger Calton    on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano    on behalf of Creditor   AT&T quagliano@sfmlawfirm.com,
           harvell@sfmlawfirm.com
          Justin D. Leonard    on behalf of Creditor   Andrews Electronics jleonard@balljanik.com
          Justin F. Paget    on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com
          Kalina Boyanova Miller    on behalf of Creditor   First Industrial Realty Trust, Inc.
           kmiller@wileyrein.com,   rours@wileyrein.com
          Karen L. Gilman    on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com,
           beth@pf-law.com;Abbie@pf-law.com;dweekley@pf-law.com
          Ken Coleman    on behalf of Interested Party   Alvarez & Marsal Canada, ULC
           Ken.Coleman@allenovery.com
          Kenneth R. Rhoad    on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
          Kevin A. Lake    on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin L. Sink    on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman    on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
          Khang V. Tran    on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
          Kimbell D. Gourley    on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
           sprescott@idalaw.com
          Kimberly A. Pierro    on behalf of Creditor   CBL & Associates Management, Inc.
           kimberly.pierro@kutakrock.com,
           sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
           @kutakrock.com
          Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
           kimsullywalker@aol.com
          Kristen E. Burgers    on behalf of Creditor   CWCapital Asset Management LLC keburgers@venable.com
          Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          Kurt M. Kobiljak    on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
          Laura Otenti    on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com

```
District/off: 0422-7           User: frenchs              Page 7 of 10              Date Rcvd: Nov 22, 2011
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Lawrence Allen Katz    on behalf of Creditor    Morgan Hill Retail Venture, LP lkatz@ltblaw.com, ndysart@ltblaw.com
          Lawrence H. Glanzer    on behalf of Creditor    Citrus Park CC, LLC glanzer@rlglegal.com, stephanie@rlglegal.com
          Leonard E. Starr    on behalf of Creditor    Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
          Leonidas Koutsouftikis    on behalf of Creditor    Washington Real Estate Investment Trust lkouts@magruderpc.com, mcook@magruderpc.com
          Leslie A. Skiba    on behalf of Defendant    Network Engineering Technologies, Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt    on behalf of Creditor    D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;mkoeniger@garylaw.us
          Linda Sharon Broyhill    on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
          Lisa P. Sumner    on behalf of Creditor    Compass Group U.S.A. Inc. lsumner@poyners.com, cjeckel@poyners.com
          Lisa Taylor Hudson    on behalf of Creditor    A.D.D. Holdings, L.P. lhudson@sandsanderson.com
          Loc Pfeiffer    on behalf of Creditor    Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
          Louis E. Dolan    on behalf of Creditor    California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;cdesiderio@nixonpeabody.com;DPrivott@nixonpeabody.com
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton    on behalf of Defendant    Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason    on behalf of Defendant    Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
          Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Madeleine C. Wanlsee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com, rstein@gustlaw.com
          Malcolm M. Mitchell    on behalf of Creditor    AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman    on behalf of Creditor    Marlon Mondragon mbusman@busmanandbusman.com
          Mark B. Conlan    on behalf of Creditor    Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
          Mark D. Sherrill    on behalf of Creditor    LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Taylor    on behalf of Creditor    Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
          Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
          Mark K. Ames    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation mark@taxva.com, amanda@taxva.com
          Mark X. Mullin    on behalf of Creditor    BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
          Martha E. Hulley    on behalf of Creditor    Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero    on behalf of Creditor    California Taxing Authorities romero@mromerolawfirm.com
          Martin A. Brown    on behalf of Creditor    Creditor Express Personnel Services, Inc martin.brown@lawokc.com
          Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landclark.com
          Mary E. Olden    on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com, akauba@mhalaw.com
          Mary Louise Fullington    on behalf of Creditor    Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
          Matthew Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
          Matthew A. Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
          Matthew D. Foster    on behalf of Defendant    SVG Distribution Fosterm@pepperlaw.com
          Matthew E. Hoffman    on behalf of Creditor    Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis    on behalf of Creditor    Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero    on behalf of Creditor    CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward    on behalf of Creditor    Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder    on behalf of Creditor    Edwin Watts Golf Shops, LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com
          Michael Reed    on behalf of Creditor    City of Midland et al othercourts@mvbalaw.com
          Michael A. Condyles    on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley    on behalf of Creditor    White-Spunner Construction, Inc. mcrowley@asm-law.com
          Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com
          Michael E. Hastings    on behalf of Creditor    Eastern Security Corp. michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
          Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com

```
District/off: 0422-7           User: frenchs              Page 8 of 10              Date Rcvd: Nov 22, 2011
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Michael J. Sage    on behalf of Creditor   Pan Am Equities msage@omm.com, kzeldman@omm.com
    Michael John O'Grady    on behalf of Creditor   Convergys Customer Management Group Inc. mjogrady@fbtlaw.com,    lbaker@fbtlaw.com;jbwells@fbtlaw.com
    Michael Keith McCrory    on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
    Michael L. Wilhelm   on behalf of Creditor Harry Hallaian ECF@w2lg.com
    Michael P. Falzone    on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com, jbsmith@hf-law.com
    Michael S. Kogan    on behalf of Creditor   Ditan Distribution LLC mkogan@ecjlaw.com, rfraire@ecjlaw.com
    Min Park    on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc mpark@cblh.com
    Mindy A. Mora    on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
    Mindy D. Cohn    on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
    Mitchell B. Weitzman    on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com, swatson@jackscamp.com;iluaces@jackscamp.com
    Mona M. Murphy    on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com, crystal.gaymon@akerman.com
    Nancy F. Loftus    on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
    Nancy R. Schlichting    on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com, lginsberg@lolawfirm.com
    Nathan Jones    on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
    Neil E. McCullagh    on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com, jstern@spottsfain.com;eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com
    Nicholas B Malito    on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
    Nicholas W. Whittenburg    on behalf of Creditor   Cleveland Towne Center, LLC nwhittenburg@millermartin.com,    mcsmith@millermartin.com
    Oscar Baldwin Fears    on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov, jjacobs@law.ga.gov
    P. Matthew Roberts    on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
    Patrick M. Birney    on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com, jcarrion@rc.com
    Paul J. Pascuzzi    on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
    Paul K. Campsen    on behalf of Creditor   CC Grand Junction Investors 1998, LLC pkcampsen@kaufcan.com
    Paul M. Black    on behalf of Creditor   Sony Pictures Home Entertainment Inc. pblack@spilmanlaw.com,    vskevington@spilmanlaw.com;scormany@spilmanlaw.com
    Paul McCourt Curley    on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
    Paul Michael Schrader    on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
    Paul S. Bliley    on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paula A. Hall    on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics hall@bwst-law.com,    marbury@bwst-law.com
    Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
    Peter Barrett    on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
    Peter A. Greenburg    on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
    Peter E. Strniste    on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com, kcooper@rc.com
    Peter G. Zemanian    on behalf of Creditor   Disney Interactive Distribution, et al. pete@zemanianlaw.com
    Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc. jlerner@whitecase.com,jrubalcava@whitecase.com
    Peter M. Pearl    on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
    Philip C. Baxa    on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc. pbaxa@sandsanderson.com,    rarrington@sandsanderson.com
    Philip James Meitl    on behalf of Creditor   Berkadia Commercial Mortgage LLC pj.meitl@bryancave.com,    john.leininger@bryancave.com
    R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
    Rand L. Gelber    on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
    Raymond Pring    on behalf of Creditor Laura Scannell rpring@grossspringlaw.com, rahurley@grossspringlaw.com;hsessler@grossspringlaw.com
    Raymond William Battaglia    on behalf of Creditor   Miner Corporation rbattaglia@obht.com
    Rebecca L. Saitta    on behalf of Creditor   Bond C.C. I Delaware Business Trust rsaitta@wileyrein.com,    rours@wileyrein.com
    Reid Steven Whitten    on behalf of Creditor   LaSalle Bank National Association, as trustee for C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
    Rhett E. Petcher    on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
    Rhysa Griffith South    on behalf of Creditor   Henrico County, Virginia sou06@co.henrico.va.us
    Richard C. Maxwell    on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com
    Richard D. Scott    on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com

```
District/off: 0422-7          User: frenchs              Page 9 of 10              Date Rcvd: Nov 22, 2011
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Richard E. Hagerty    on behalf of Attorney   Troutman Sanders LLP richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.webne@troutmansanders.com
          Richard E. Lear    on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com
          Richard F. Stein    on behalf of Creditor   Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson    on behalf of Creditor   Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
          Richard M. Maseles    on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow    on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield    on behalf of Creditor   Cornella Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert B. Hill    on behalf of Creditor   Columbia Plaza Joint Venture kcummins@hillrainey.com
          Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson    on behalf of Creditor   Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti    on behalf of Creditor   Universal Display and Fixtures Company robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark    on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
          Robert D. Tepper    on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com,  pcoover@sabt.com
          Robert Field Moorman    on behalf of Defendant   Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com,  robmoorman@comcast.net
          Robert J. Brown    on behalf of Creditor   CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein    on behalf of Creditor Committee   Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter    on behalf of Creditor   United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff    on behalf of Creditor   Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com,  mrichards@jefferies.com
          Robert L. Lehane    on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino    on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com,  rmmarino1@aol.com
          Robert P. McIntosh    on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
          Robert Ryland Musick    on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com, clobou@t-mlaw.com
          Robert S. Westermann    on behalf of Counter-Claimant   Eastman Kodak Company rwestermann@hf-law.com
          Robin S. Abramowitz    on behalf of Creditor   Bond Circuit VIII Delaware Business Trust abramowitz@laryc.com
          Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc. rbingham@stites.com,  dclayton@stites.com
          Ronald Allen Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com,  rpage@rpagelaw.com
          Ronald G. Dunn    on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
          Ronald M. Tucker    on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,antimm@simon.com
          Roy M. Terry    on behalf of Creditor   Hewlett Packard Company rterry@durrettecrump.com, sryan@durrettecrump.com;dbbankruptcy@gmail.com
          Russell R. Johnson    on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day    on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com
          S. Sadiq Gill    on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
          Sara B. Eagle    on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
          Sara L. Chenetz    on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm    on behalf of Debtor   Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com,  kcain@mcguirewoods.com;lneilson@mcguirewoods.com
          Satchidananda Mims    smims21@hotmail.com
          Scott D. Fink    on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker    on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
          Sheila G. de la Cruz    on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com, jbsmith@hf-law.com
          Sheila L. Shadmand    on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
          Stanley M. Salus    on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company stan.salus@akerman.com, crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo    on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com, hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
          Stephanie N. Gilbert    on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com
          Stephen A. Metz    on behalf of Creditor   Saul Holdings Limited Partnership smetz@shulmanrogers.com,  nanderson@shulmanrogers.com

```
District/off: 0422-7          User: frenchs              Page 10 of 10             Date Rcvd: Nov 22, 2011
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Stephen E. Leach     on behalf of Creditor    Children's Discovery Centers of America, Inc. sleach@ltblaw.com,
      ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;bblosser@ltblaw.com
      Stephen G. Murphy     on behalf of Creditor    Massachusetts Department of Revenue Murphys@dor.state.ma.us
      Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
      Steven H. Greenfeld     on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
      Steven H. Newman     on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
      Steven L. Brown     on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
      Tara B. Annweiler     on behalf of Creditor    American National Insurance Company tannweiler@greerherz.com
      Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
      Terri A. Roberts     on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
      Thaddeus D. Wilson     on behalf of Defendant    Mitsubishi Electronics America, Inc. thadwilson@kslaw.com,    pwhite@kslaw.com
      Thomas David Rethage     on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
      Thomas Francis Murphy     on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc. tmurphy@dclawfirm.com,
      rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
      Thomas G. King     on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com, dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
      Thomas John McIntosh     on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com
      Thomas John McKee     on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com,    hallc@gtlaw.com
      Thomas Neal Jamerson     on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com, tomjam2003@yahoo.com
      Thomas Ryan Lynch     on behalf of Creditor    Mibarev Development I, LLC tlynch@babc.com
      Thomas W. Repczynski     on behalf of Creditor    Graphic Communications, Inc. trepczynski@offitkurman.com,    cdixon@offitkurman.com
      Tiffany Strelow Cobb     on behalf of Creditor    AOL LLC tscobb@vorys.com,    bjtobin@vorys.com
      Timothy Francis Brown     on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com, giaimo.christopher@arentfox.com
      Tracey Michelle Ohm     on behalf of Creditor    Waste Management, Inc. tohm@stinson.com, tmackey@stinson.com
      Travis A. Knobbe     on behalf of Defendant    Bulldog Rack Company tknobbe@spilmanlaw.com, trjohnson@spilmanlaw.com
      Travis Aaron Sabalewski     on behalf of Creditor    IKON Office Solutions, Inc. tsabalewski@reedsmith.com,    shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
      Troy Savenko    on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly situated tsavenko@kaplanfrank.com,    nferenbach@kaplanfrank.com
      Troy N. Nichols     on behalf of Defendant    Modern Marketing Concepts, Inc. lexbankruptcy@wyattfirm.com
      Valerie P. Morrison     on behalf of Creditor    Daly City Partners I, L.P vmorrison@wileyrein.com, rours@wileyrein.com
      Victoria A. Reardon     on behalf of Creditor    State of Michigan, Department of Treasury reardonv@michigan.gov,    jacksonst@michigan.gov
      Victoria D. Garry     on behalf of Creditor    Ohio Bureau of Workers' Compensation victoria.garry@ohioattorneygeneral.gov
      Vivienne Rakowsky     on behalf of Creditor    Nevada Department of Taxation vrakowsky@ag.nv.gov, dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
      W. Clarkson McDow, Jr.     USTPRegion04.RH.ECF@usdoj.gov
      Walter Laurence Williams     on behalf of Creditor    Wayne VF LLC walter.williams@wilsonelser.com
      Wanda Borges     on behalf of Creditor    Sharp Electronics Corporation borgeslawfirm@aol.com
      Wendy Michele Roenker     on behalf of Creditor Treasurer City of Chesapeake wroenker@cityofchesapeake.net
      William Heuer     on behalf of Transferee    Korea Export Insurance Corporation wheuer@duanemorris.com
      William A. Broscious     on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
      William A. Burnett     on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com
      William A. Gray     on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com, rarrington@sandsanderson.com
      William A. Wood     on behalf of Creditor    Panattoni Development Company, Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com, chris.tillmanns@bgllp.com
      William B. Cave     on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
      William C. Crenshaw     on behalf of Creditor    Gould Livermore LLC bill.crenshaw@bryancave.com
      William D. Bayliss     on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
      William Daniel Prince     on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com
      William Daniel Sullivan     on behalf of Attorney William Sullivan dsullivan@butzeltp.com
      William H. Casterline     on behalf of Creditor    ACCO Brands Corporation wcasterlinejr@bklawva.com, jroot@bklawva.com;;mhowes@bklawva.com;;tmartin@bklawva.com;
      William H. Schwarzschild     on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
      Wm. Joseph A. Charboneau     on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
      Zachary Mosner     on behalf of Creditor    Washington State Taxing Agencies BCUMosner@atg.wa.gov
                                                                                               TOTAL: 410