Jeffrey N. Pomerantz, Esq.                    Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Andrew W. Caine, Esq.                         Paula S. Beran, Esq. (VA Bar No. 34679)
(admitted *pro hac vice*)                     TAVENNER & BERAN, PLC
PACHULSKI STANG ZIEHL & JONES LLP             20 North Eighth Street, 2nd Floor
10100 Santa Monica Boulevard                  Richmond, Virginia 23219
Los Angeles, California 90067-4100            Telephone: (804) 783-8300
Telephone: (310) 277-6910                     Telecopy:  (804) 783-0178
Telecopy:  (310) 201-0760

              - and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                              :    Chapter 11
                                    :
CIRCUIT CITY STORES, INC., et al.,  :    Case No. 08-35653 (KRH)
                                    :
            Debtors.                :
                                    :    Jointly Administered
- - - - - - - - - - - - - - - - - - - - - - - - - -x

**FOURTH ORDER REGARDING LIQUIDATING TRUST'S FIFTH OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS,
DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS, DISALLOWANCE
OF CERTAIN DUPLICATE CLAIMS
AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Fifth

Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims,

Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,

Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and

Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other

things, that the claims specifically identified on Exhibit C through Exhibit H attached to the

Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing

that due and proper notice and service of the Objection as set forth therein was good and

sufficient and that no other further notice or service of the Objection need be given; and it

appearing that the relief requested on the Objection is in the best interest of the Liquidating

Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation

thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Court will conduct a status conference on January 5, 2012 at 2:00

p.m. for all Claims identified on Exhibit A attached hereto.

    2.    The Liquidating Trust's rights to object to any claim including (without

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are

not waived and are expressly reserved.

    3.    The Liquidating Trust shall serve a copy of this Order on the claimants

included on the exhibits to this Order on or before five (5) business days from the entry of this

Order.

    4.    This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

DOCS_NY:25816.1 12304-003

Dated: Richmond, Virginia
_____, 2011


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

DOCS_NY:25816.1 12304-003

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____/s/ Lynn L. Tavenner_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                        - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                        - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*




## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

_____/s/ Lynn L. Tavenner_____
Lynn L. Tavenner




4

In re Circuit City Stores, et al.
Case No. 08-35653 (KRH)
**Exhibit A to Fourth Order Regarding Liquidating Trust's Fifth Omnibus Objection to Landlord Claims**
**Alphaebtical Listing of Claims for Which Status Conference Will Take Place on January 5, 2012 at 2:00 p.m.**

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Almaden Plaza Shopping Center, Inc.<br>5353 Almaden EXPY<br>49 Almaden Plaza Shopping Center<br>San Jose, CA  95118 | 12122 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Bear Valley Road Partners LLC<br>Attn Brad Becker<br>c o Becker Development Investments<br>12730 High Bluff Dr<br>San Diego, CA 92130 | 12653 | Exhibit G<br>Duplicate Claims to be Expunged |
| Bear Valley Road Partners LLC<br>c/o Becker Development Investments<br>Attn Brad Becker<br>12730 High Bluff Dr<br>San Diego, CA 92130 | 12651 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Bear Valley Road Partners LLC<br>c/o Becker Development Investments<br>Attn Brad Becker<br>12730 High Bluff Dr<br>San Diego, CA 92130 | 14065 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Coventry II DDR Buena Park Place LP<br>Attn James S Carr Esq. and<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12446 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Coventry II DDR Buena Park Place LP<br>Attn James S Carr Esq. and<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12450 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Coventry II DDR Buena Park Place LP<br>Attn James S Carr Esq. and<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12450 | Exhibit D<br>Misclassified Claims to be Reclassified |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Coventry II DDR Buena Vista Park Place LP Attn: James S. Carr Esq & Robert L. LeHane Esq Kelly Drye & Warren LLP 101 Park Ave New York, NY 10178 | 13562 | Exhibit E Invalid Claims to be expunged |
| Coventry II DDR Merriam Village LLC Attn James S Carr & Robert L LeHane Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 13522 | Exhibit C Reduction of Certain Partially Invalid Claims |
| DDR 1st Carolina Crossings South LLC c/o Developers Diversified Realty Corporation Attn Eric C Cotton Associate General Counsel 3300 Enterprise Pkwy Beachwood, OH 44122 | 13558 | Exhibit H Amended Claims to be Expunged |
| DDR 1st Carolina Crossings South LLC Attn James S Carr Esq. Robert L LeHane Esq. Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 14982 | Exhibit C Reduction of Certain Partially Invalid Claims |
| DDR 1st Carolina Crossings South LLC Attn James S Carr Esq. and Robert L Lehane Esq. Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 13540 | Exhibit C Reduction of Certain Partially Invalid Claims |
| DDR Arrowhead Crossing LLC c/o Developers Diversified Realty Corporation Attn Eric C Cotton Associate General Counsel 3300 Enterprise Pkwy Beachwood, OH 44122 | 13546 | Exhibit H Amended Claims to be Expunged |
| DDR Arrowhead Crossing LLC Attn James S Carr Esq. Robert L LeHane Esq. Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 13468 | Exhibit C Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDR Arrowhead Crossing LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14949 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Arrowhead Crossing LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14949 | Exhibit D<br>Misclassified Claims to be Reclassified |
| DDR Crossroads Center LLC<br>Attn James S Carr Esq. and<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12441 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Highland Grove LLC<br>Attn James S Carr Esq Robert L LeHane Esq<br>Kelley Dry & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 9838 | Exhibit E<br>Invalid Claims to be expunged |
| DDR Highland Grove LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Dry & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13455 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Homestead LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 9846 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Horseheads LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | 10009 | Exhibit H<br>Amended Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDR Horseheads LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 13525 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Horseheads LLC<br>Attn James S Carr and<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13458 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Horseheads LLC<br>Attn James S Carr Esq. and Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14976 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR McFarland Plaza LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 9836 | Exhibit E<br>Invalid Claims to be expunged |
| DDR MDT Asheville<br>River Hills<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton Assoc Gen Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 8983 | Exhibit H<br>Amended Claims to be Expunged |
| DDR MDT Asheville River Hills<br>Attn James S Carr & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12445 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR MDT Asheville River Hills<br>Attn James S Carr Esq. &<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14943 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDR MDT Grandville Marketplace LLC<br>c/o Developers Diversified Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn: Eric C. Cotton, Esq. | 12443 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR MDT Monaca Township Marketplace LLC<br>Attn James S Carr Esq. and Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13564 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR MDT Monaca Township Marketplace LLC<br>Attn James S Carr Esq. and Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14946 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR MDT Woodfield Village LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | 12748 | Exhibit H<br>Amended Claims to be Expunged |
| DDR MDT Woodfield Village LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14981 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR MDT Woodfield Village LLC<br>Attn James S Carr Esq.<br>Robert LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12698 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Miami Avenue LLC<br>Attn James S Carr Esq. and Robert L Lehane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12838 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDR Miami Avenue LLC<br>Attn James S Carr Esq. and<br>Robert L Lehane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14925 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDR Miami Avenue LLC<br>Attn James S Carr Esq. and<br>Robert L Lehane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14925 | Exhibit D<br>Misclassified Claims to be<br>Reclassified |
| DDR Miami Avenue LLC<br>c/o Developers Diversified Realty<br>Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | 12723 | Exhibit H<br>Amended Claims to be Expunged |
| DDR MT Monaca<br>Developers Diversified Realty<br>Corporation<br>Attn Eric C Cotton Assoc Gen Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | 13589 | Exhibit H<br>Amended Claims to be Expunged |
| DDR SAU Wendover Phase II LLC<br>Attn  James S. Carr Esq &<br>Rober L LeHane Esq<br>Kelley Dry & Warren LLP<br>101 Park Ave New York NY 10178 | 14947 | Exhibit F<br>Late Filed Claims to be Expunged |
| DDR SAU Wendover Phase II LLC<br>Attn James S Carr Esq. &<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13460 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDR SAU Wendover Phase II LLC<br>Attn James S. Carr Esq. & Robert L.<br>LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14947 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDR Southeast Cary LLC<br>Attn James S Carr Esq. &<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14941 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDR Southeast Cary LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>101 Park Ave<br>New York, NY 10178 | 12700 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Cary LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton Assoc Gen Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | 8701 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Southeast Cary LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton Assoc Gen Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | 13470 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Southeast Culver City DST<br>c/o Developers Diversified Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn:  Eric C. Cotton, Esq. | 12715 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Culver City DST<br>c/o Developers Diversified Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn:  Eric C. Cotton, Esq. | 14952 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Culver City DST<br>c/o Developers Diversified Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn:  Eric C. Cotton, Esq. | 13548 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Southeast Dolthan LLC<br>c/o Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, New York  10178<br>attn: James S. Carr, Esq.<br>Robert L. Lehane, Esq. | 13538 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Southeast Dothan LLC<br>c/o Kelly Drye & Warren LLP<br>James S. Carr, Esq.<br>Robert L. LeHane, Esq.<br>101 Park Avenue<br>New York, NY 10178 | 14944 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDR Southeast Dothan LLC<br>c/o Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>attn: James S. Carr, Esq.<br>Robert L. Lehane, Esq. | 12483 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDR Southeast Highlands Ranch LLC<br>c/o Developers Diversified<br>Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn:  Eric C. Cotton, Esq. | 14933 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDR Southeast Highlands Ranch LLC<br>c/o Developers Diversified Real Estate<br>Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn:  Eric C. Cotton, Esq. | 13584 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Southeast Highlands Ranch LLC<br>c/o Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>attn: James S. Carr, Esq.<br>Robert L. Lehane, Esq. | 13556 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDR Southeast Loisdale LLC<br>c/o Developers Diversified<br>Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn:  Eric C. Cotton, Esq. | 13469 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDR Southeast Loisdale LLC<br>c/o Developers Diversified<br>Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn:  Eric C. Cotton, Esq. | 14975 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDR Southeast Loisdale LLC<br>c/o Developers Diversified Real Estate<br>Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn:  Eric C. Cotton, Esq. | 13521 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Southeast Olympia DST<br>c/o Developers Diversified<br>Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn:  Eric C. Cotton, Esq. | 14977 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDR Southeast Olympia DST<br>c/o Developers Diversified Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn: Eric C. Cotton, Esq. | 12842 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Southeast Olympia DST<br>c/o Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>attn: James S. Carr, Esq.<br>Robert L. Lehane, Esq. | 12843 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Rome LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 13544 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Southeast Rome LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13519 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Rome LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14987 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Rome LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14987 | Exhibit D<br>Misclassified Claims to be Reclassified |
| DDR Southeast Snellville LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13517 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Union LLC<br>c/o Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Eric C. Cotton, Assoc. Gen. Counsel<br>Beachwood, OH 44122 | 12709 | Exhibit H<br>Amended Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDR Southeast Union LLC<br>c/o Kelly Drye & Warren LLP<br>James S. Carr, Esq.<br>Robert L. LeHane, Esq.<br>101 Park Avenue<br>New York, NY 10178 | 14963 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDR Southeast Union LLC<br>c/o Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>attn: James S. Carr, Esq.<br>Robert L. Lehane, Esq. | 12711 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDR Southeast Vero Beach LLC<br>c/o Developers Diversity Real Estate<br>Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>Attn: Eric C. Cotton, Esq. | 14940 | Exhibit E<br>Invalid Claims to be expunged |
| DDR Southeast Vero Beach LLC<br>c/o Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, New York  10178<br>attn: James S. Carr, Esq.<br>Robert L. Lehane, Esq. | 13539 | Exhibit H<br>Amended Claims to be Expunged |
| DDR Southeast Vero Beach LLC<br>Ronald Benderson, and David H.<br>Baldauf<br>c/o Benderson Development Co., Inc.<br>570 Delaware Avenue<br>Buffalo, New York 14202<br>Attn: Ken Labenski | 9591 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDRC Walks at Highwood Preserve I<br>LLC<br>Attn James S Carr Esq. and<br>Robert L Lehane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13453 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDRC Walks at Highwood Preserve I<br>LLC<br>Attn James S Carr Esq. and<br>Robert L Lehane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14926 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDRC Walks at Highwood Preserve I LLC<br>Attn James S Carr Esq. and<br>Robert L Lehane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14926 | Exhibit D<br>Misclassified Claims to be Reclassified |
| DDRC Walks at Highwood Preserve I LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 12658 | Exhibit H<br>Amended Claims to be Expunged |
| DDRC Walks at Highwood Preserve I LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 13473 | Exhibit H<br>Amended Claims to be Expunged |
| DDRM Hilltop Plaza LP<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13516 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRM Hilltop Plaza LP<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14942 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRM Hilltop Plaza LP<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14942 | Exhibit D<br>Misclassified Claims to be Reclassified |
| DDRM Hilltop Plaza LP<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton Assoc Gen Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 9917 | Exhibit H<br>Amended Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDRM Hilltop Plaza LP<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton Assoc Gen Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 13472 | Exhibit H<br>Amended Claims to be Expunged |
| DDRTC CC Plaza LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 13586 | Exhibit H<br>Amended Claims to be Expunged |
| DDRTC CC Plaza LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13554 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRTC CC Plaza LLC<br>Attn James S Carr Esq. Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14980 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRTC CC Plaza LLC<br>Attn James S Carr Esq. Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14980 | Exhibit D<br>Misclassified Claims to be Reclassified |
| DDRTC Creeks At Virginia Center LLC<br>c/o Developers Diversified Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>Attn: Eric C. Cotton, Esq. | 14954 | Exhibit E<br>Invalid Claims to be expunged |
| DDRTC Creeks At Virginia Center LLC<br>c/o Developers Diversified Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn: Eric C. Cotton, Esq. | 13583 | Exhibit H<br>Amended Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDRTC Creeks at Virginia Center LLC<br>c/o Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>attn: James S. Carr, Esq.<br>Robert L. Lehane, Esq. | 12436 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDRTC McFarland Plaza LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13475 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDRTC Newnan<br>Pavilion LLC<br>c/o Developers Diversified Realty<br>Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | 13547 | Exhibit H<br>Amended Claims to be Expunged |
| DDRTC Newnan Pavilion LLC<br>Attn James S Carr Esq Robert L<br>LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14927 | Exhibit E<br>Invalid Claims to be expunged |
| DDRTC Newnan Pavilion LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13464 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDRTC Southlake Pavilion LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14924 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDRTC Southlake Pavilion LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14924 | Exhibit D<br>Misclassified Claims to be<br>Reclassified |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDRTC Southlake Pavilion LLC<br>Attn James S Carr Esq. &<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13550 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDRTC Southlake Pavilion LLC<br>c/o Developers Diversified Realty<br>Corporation<br>Attn Eric C Cotton Assoc Gen Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 13588 | Exhibit H<br>Amended Claims to be Expunged |
| DDRTC T & C LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14979 | Exhibit E<br>Invalid Claims to be expunged |
| DDRTC T & C LLC<br>Attn James S Carr Esq. &<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13555 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| DDRTC T & C LLC<br>c/o Developers Diversified Realty<br>Corporation<br>Attn Eric C Cotton Assoc Gen Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 13585 | Exhibit H<br>Amended Claims to be Expunged |
| Developers Diversified<br>Realty Corporation<br>c/o Kelley Drye &<br>Warren LLP<br>Attn James S Carr &<br>Robert L LeHane Esq.<br>101 Park Ave<br>New York, NY 10178 | 13459 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Developers Diversified Realty Corp.<br>Kelley Drye & Warren LLP<br>Attn James S Carr &<br>Robert L LeHane Esq.<br>101 Park Ave<br>New York, NY 10178 | 13456 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Developers Diversified Realty Corporation  Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 9837 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Developers Diversified Realty Corporation  Attn James S Carr Esq & Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 9837 | Exhibit D Misclassified Claims to be Reclassified |
| Developers Diversified Realty Corporation Attn Eric C Cotton Assoc Gen Counsel 3300 Enterprise Pkwy Beachwood, OH  44122 | 9839 | Exhibit H Amended Claims to be Expunged |
| Developers Diversified Realty Corporation Attn Eric C Cotton Assoc Gen Counsel 3300 Enterprise Pkwy Beachwood, OH  44122 | 9840 | Exhibit H Amended Claims to be Expunged |
| Developers Diversified Realty Corporation Attn James S Carr Esq. & Robert L LeHane Esq. Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 14962 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Developers Diversified Realty Corporation Attn James S Carr Esq. & Robert L LeHane Esq. Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | 14442 | Exhibit H Amended Claims to be Expunged |
| EEL MCKEE LLC ATTN GARY M KAPLAN FARELLA BRAUN & MARTEL LLP 235 MONTGOMERY ST 17TH FL SAN FRANCISCO, CA  94104 | 8262 | Exhibit C Reduction of Certain Partially Invalid Claims |
| EEL MCKEE LLC ATTN GARY M KAPLAN FARELLA BRAUN & MARTEL LLP 235 MONTGOMERY ST 17TH FL SAN FRANCISCO, CA  94104 | 12849 | Exhibit C Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| EEL MCKEE LLC<br>ATTN GARY M KAPLAN<br>FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY ST 17TH FL<br>SAN FRANCISCO, CA  94104 | 8262 | Exhibit D<br>Misclassified Claims to be Reclassified |
| EEL MCKEE LLC<br>ATTN GARY M KAPLAN<br>FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY ST 17TH FL<br>SAN FRANCISCO, CA  94104 | 13722 | Exhibit E<br>Invalid Claims to be expunged |
| EEL MCKEE LLC<br>ATTN GARY M KAPLAN<br>FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY ST 17TH FL<br>SAN FRANCISCO, CA  94104 | 13719 | Exhibit G<br>Duplicate Claims to be Expunged |
| EEL MCKEE LLC<br>ATTN GARY M KAPLAN<br>FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY ST 17TH FL<br>SAN FRANCISCO, CA  94104 | 8278 | Exhibit G<br>Duplicate Claims to be Expunged |
| EEL MCKEE LLC<br>ATTN GARY M KAPLAN<br>FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY ST 17TH FL<br>SAN FRANCISCO, CA  94104 | 12687 | Exhibit H<br>Amended Claims to be Expunged |
| GMS Golden  Valley Ranch LLC<br>c/o Terramar Retail Centers<br>5973 Avenida Encinas<br>Carlsbard, CA 92008<br>Attn:  Michael Strahs | 10778 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| GMS Golden Valley Ranch LLC<br>c/o Terramar Retail Centers<br>5973 Avenida Encinas<br>Carlsbard, CA 92008<br>Attn:  Michael Strahs | 10779 | Exhibit E<br>Invalid Claims to be expunged |
| GMS Golden Valley Ranch LLC<br>c/o Terramar Retail Centers<br>5973 Avenida Encinas<br>Carlsbard, CA 92008<br>Attn:  Michael Strahs | 13108 | Exhibit E<br>Invalid Claims to be expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| GS Erie LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14957 | Exhibit E<br>Invalid Claims to be expunged |
| GS Erie LLC<br>Attn James S Carr Esq. &<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13463 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| GSII Brook Highland LLC<br>Attn James S Carr Esq.<br>Robert L LeHane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13565 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| GSII Green Ridge LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14984 | Exhibit E<br>Invalid Claims to be expunged |
| GSII Green Ridge LLC<br>Attn James S Carr Esq. and<br>Robert L Lehane Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12668 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| GSII Green Ridge LLC<br>c/o Developers Diversified Realty<br>Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH  44122 | 9926 | Exhibit H<br>Amended Claims to be Expunged |
| HAYWARD 880 LLC<br>1809 7TH AVE STE 1002<br>SEATTLE, WA 98101 | 13502 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| HAYWARD 880 LLC<br>1809 7TH AVE STE 1002<br>SEATTLE, WA 98101 | 7168 | Exhibit G<br>Duplicate Claims to be Expunged |
| HAYWARD 880 LLC<br>1809 7TH AVE STE 1002<br>SEATTLE, WA 98101 | 12361 | Exhibit G<br>Duplicate Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Hayward 880 LLC<br>Attn: Paul S. Bliley, Jr., Esq.<br>Williams Mullen<br>P.O Box 1320<br>Richmond, VA 23218-1320 | 13506 | Exhibit G<br>Duplicate Claims to be Expunged |
| Hayward 880 LLC<br>Attn: Paul S. Bliley, Jr., Esq.<br>Williams Mullen<br>P.O Box 1320<br>Richmond, VA 23218-1320 | 13501 | Exhibit G<br>Duplicate Claims to be Expunged |
| Inland Sau Greenville Point LLC<br>c/o Developers Diversified Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>attn: Eric C. Cotton, Esq. | 12592 | Exhibit H<br>Amended Claims to be Expunged |
| Inland Southeast Newnan LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 10080 | Exhibit E<br>Invalid Claims to be expunged |
| Inland Southeast Vero Beach LLC<br>c/o Developers Diversified Realty Corporation<br>Attn Eric C Cotton<br>Associate General Counsel<br>3300 Enterprise Pkwy<br>Beachwood, OH 44122 | 9937 | Exhibit E<br>Invalid Claims to be expunged |
| JDN Realty Corp.<br>c/o Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>attn: James S. Carr, Esq.<br>Robert L. Lehane, Esq. | 13461 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| JDN Realty Corporation<br>c/o Developers Diversity Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>Attn: Eric C. Cotton, Esq. | 9835 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| JDN Realty Corporation<br>c/o Developers Diversity Real Estate Corp.<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>Attn: Eric C. Cotton, Esq. | 9835 | Exhibit D<br>Misclassified Claims to be Reclassified |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Laguna Gateway Phase 2 LP<br>Attn John L Pappas<br>c o Pappas Investments<br>2020 L St 5th Fl<br>Sacramento, CA 95814 | 12917 | Exhibit E<br>Invalid Claims to be expunged |
| Laguna Gateway Phase 2 LP<br>c/o Pappas Investments<br>2020 L St 5th Fl<br>Sacramento, CA 95814 | 12918 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Laguna Gateway Phase 2 LP<br>c/o Pappas Investments<br>2020 L St 5th Fl<br>Sacramento, CA 95814 | 14066 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Little Britain Holdings, LLC<br>c/o Robert E. Greenberg, Esq.<br>Friedlander Misler PLLC<br>1101 17th St NW Ste 700<br>Washington, DC 20036 | 11799 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Manteca Stadium Park  LP<br>c/o Kitchell Development Company<br>853 Camino Del Mar Ste 200<br>Del Mar, CA  92014 | 12659 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Manteca Stadium Park  LP<br>c/o Kitchell Development Company<br>853 Camino Del Mar Ste 200<br>Del Mar, CA  92014 | 14069 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Manteca Stadium Park LP<br>Attn Donald Glatthorn<br>c o Kitchell Development Company<br>853 Camino Del Mar Ste 200<br>Del Mar, CA 92014 | 12662 | Exhibit E<br>Invalid Claims to be expunged |
| NPP Development LLC<br>c/o Christine D. Lynch, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA. 02110-3333 | 12551 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| OTR Clairemont Square<br>Attn Julia A Viskanta<br>c/o State Teachers Retirement System<br>of Ohio<br>44 Montgomery St Ste 2388<br>San Francisco, CA 94104-4704 | 12649 | Exhibit G<br>Duplicate Claims to be Expunged |
| OTR-Claremont Square<br>c/o State Teachers Retirement<br>System of Ohio<br>44 Montgomery Street, Suite 2388<br>San Francisco, CA 94104-4704<br>Attn:  Julie A. Viskanta | 12650 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Riverdale Retail Associates LC c/o Kelly Drye & Warren LLP 101 Park Avenue New York, NY 10178 attn: James S. Carr, Esq. Robert L. Lehane, Esq. | 12654 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Riverdale Retail Associates LC c/o Developers Diversified Real Estate Corp. 3300 Enterprise Parkway Beachwood, Ohio 44122 attn: Eric C. Cotton, Esq. | 14983 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Riverdale Retail Associates LC c/o Developers Diversified Real Estate Corp. 3300 Enterprise Parkway Beachwood, Ohio 44122 attn: Eric C. Cotton, Esq. | 14983 | Exhibit D Misclassified Claims to be Reclassified |
| Riverdale Retail Associates LC c/o Developers Diversified Real Estate Corp. 3300 Enterprise Parkway Beachwood, Ohio 44122 attn: Eric C. Cotton, Esq. | 10165 | Exhibit H Amended Claims to be Expunged |
| Route 146 Millbury LLC c/o Christine D. Lynch, Esq. Goulston & Storrs, P.C. 400 Atlantic Avenue Boston, MA. 02110-3333 | 12554 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Sim Vest Real Estate II, LLC c/o Michael St. James, St. James Law, P.C. 155 Montgomery Street, Suite 1004 San Francisco, CA 94111 | 5094 | Exhibit G Duplicate Claims to be Expunged |
| SimVest Real Estate II, LLC c/o Michael St.James, St. James Law, P.C. 155 Montgomery Street, Suite 1004 San Francisco, CA 94111 | 4334 | Exhibit C Reduction of Certain Partially Invalid Claims |
| SM Newco Hattiesburg LLC c/o Developers Diversified Real Estate Corp. 3300 Enterprise Parkway Beachwood, Ohio 44122 attn: Eric C. Cotton, Esq. | 14937 | Exhibit C Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SM Newco Hattiesburg LLC<br>c/o Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>attn: James S. Carr, Esq.<br>Robert L. Lehane, Esq. | 12451 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Sweetwater Associates Limited Partnership<br>Attn Kerrie L Ozarski Real Estate Manager<br>c o StepStone Real Estate Services<br>1660 Union St 4th Fl<br>San Diego, CA 92101-2926 | 12729 | Exhibit E<br>Invalid Claims to be expunged |
| Sweetwater Associates Limited Partnership<br>c/o StepStone Real Estate Services<br>1660 Union Street, 4th Floor<br>San Diego CA 92101-2926<br>Attn:  Kerrie L. Ozrski, Real Estate Manager | 12730 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Sweetwater Associates Limited Partnership<br>c/o StepStone Real Estate Services<br>1660 Union Street, 4th Floor<br>San Diego CA 92101-2926<br>Attn:  Kerrie L. Ozrski, Real Estate Manager | 14074 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |