Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et</u> <u>al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

**FOURTH ORDER REGARDING LIQUIDATING TRUST'S EIGHTH OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS,
<u>AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS</u>)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Eighth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit G attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The claim identified on Exhibit A as attached hereto and incorporated herein is disallowed in its entirety for all purposes in these bankruptcy cases.

2. The Court will conduct a status conference January 5, 2012 at 2:00 p.m. for all Claims identified on Exhibit B attached hereto.

3. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

      4.      The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

      5.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
      _____, 2011

      _____
      HONORABLE KEVIN R. HUENNEKENS
      UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

_____/s/ Lynn L. Tavenner_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
               - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
               - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                                */s/ Lynn L. Tavenner*
                                                Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT A to Fourth Order Regarding Liquidating Trust's Eighth Omnibus Objection to Landlord Claims**

**INVALID CLAIMS TO BE EXPUNGED**

| **BOOKS AND RECORDS CLAIMS TO BE EXPUNGED** |
|---|---|---|---|---|---|

| Date Filed | Claim Number | Claimant Name & Address | Additional Notice Address | Claim Amount | Debtor |
|---|---|---|---|---|---|
| 6/24/09 | 14048 | BT Bloomington LLC an Illinois Limited Liability Company and Successor in Interest to Colonial Plaza Associates<br>Jeffrey Kurtzman, Esq. and Kathleen E. Torbit, Esq.<br>Klehr Harrison Harvey Branzburg & Ellers LLP<br>260 S. Broad St.<br>Philadelphia, PA 19102 | | $21,395.80 (administrative) | Circuit City Stores, Inc. |

In re Circuit City Stores, et al.
Case No. 08-35653 (KRH)
**Exhibit B to Fourth Order Regarding Liquidating Trust's Eighth Omnibus Objection to Landlord Claims**
**Alphaebtical Listing of Claims for Which Status Conference Will Take Place on January 5, 2012 at 2:00 p.m.**

| **Claim Holder** | **Claim** | **Exhibit** |
|---|---|---|
| Alexander H Bobinski as Trustee under Trust No 001<br>c o Augustus C Epps Jr Esq Michael D Mueller Esq Jennifer M McLemore Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 14248 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Alexander H Bobinski as Trustee under Trust No 1001<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3095 | 12498 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| AmCap Northpoint LLC<br>Robert W Dremluk Esq<br>Seyfarth Shaw LLP<br>620 Eighth Ave<br>New York, NY 10018 | 9373 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| BEV CON I LLC<br>c o Vornado Realty Trust<br>210 Rte 4 E<br>Paramus, NJ 07652 | 8786 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| BEV CON I LLC<br>c o Vornado Realty Trust<br>210 Rte 4 E<br>Paramus, NJ 07652 | 8786 | Exhibit F<br>Late Filed Claims to be Expunged |
| BFW Pike Associates LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13542 | Exhibit G<br>Amended Claims to be Expunged |
| BFW Pike Associates LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12655 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

12304-003\DOCS_NY:25820v1

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BFW Pike Associates LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14985 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| CC La Quinta LLC<br>Jess R Bressi Esq<br>Luce Forward Hamilton & Scripps LLP<br>2050 Main St Ste 600<br>Irvine, CA 92614 | 12063 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group t a County Line Plaza Jackson MS<br>c o David L Pollock Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 8100 | Exhibit E<br>Invalid Claims to be Expunged |
| Centro Properties Group t a Midway Market Square Elyria OH<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103 | 8486 | Exhibit G<br>Amended Claims to be Expunged |
| Centro Properties Group ta Chamberlain Plaza Meriden CT<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12533 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Chamberlain Plaza Meriden CT<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12538 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Centro Properties Group ta Midway Market Square Elyria OH<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103 | 12532 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Midway Market Square Elyria OH<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103 | 12531 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Chambersburg Crossing LLP<br>Attn: Neil E. Herman<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178 | 11970 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Chambersburg Crossing LLP<br>Attn: Neil E. Herman<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178 | 12000 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Citrus Park CC LLC<br>c o Donald Emerick<br>737 Roma Rd<br>Venice, FL 34285 | 13355 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| CMAT 1999 C2 Lawence Road LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 12077 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| CMAT 1999 C2 Ridgeland Retail LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL  33131 | 11958 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Colorado Structures, Inc. dba CSI Construction Co<br>c/o Andre K. Campbell, Esq.<br>McDonough Holland & Allen PC<br>555 Capitol Mall, 9th Fl.<br>Sacramento, CA 95814-4692 | 7810 | Exhibit E<br>Invalid Claims to be Expunged |

12304-003\DOCS_NY:25820v1

| Claim Holder | Claim | Exhibit |
|---|---|---|
| CWCapital Asset Management LLC, as Special Servicer for Bank of America N A<br>Demetrios Morakis<br>Capmark Finance, Inc.<br>701 13th St. NW, Ste. 1000<br>Washington, DC 20005 | 12832 | Exhibit E<br>Invalid Claims to be Expunged |
| CWCapital Asset Management LLC, as Special Servicer for Bank of America NA, Successor by Merger to LaSalle Bank NA, as Trustee<br>for the Holders of Nomura Asset Securities Corporation Commercial Mortgage Pass Through Certificates Series 1998 D6<br>Attn: Lawrence A. Katz and Kristen E. Burgers<br>8010 Towers Crescent Dr., Ste. 300<br>Vienna, VA 22182-2707 | 13950 | Exhibit E<br>Invalid Claims to be Expunged |
| DDR MDT Carillon Place LLC<br>Attn James S Carr & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13552 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR MDT Carillon Place LLC<br>Attn James S Carr & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13557 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR MDT Carillon Place LLC<br>Attn James S Carr & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12440 | Exhibit G<br>Amended Claims to be Expunged |
| DDR Southeast Cortez LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13518 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Southeast Cortez LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14986 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

12304-003\DOCS_NY:25820v1

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDR Southeast Cortez LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14986 | Exhibit D<br>Claims to be Reclassified |
| DDR Union Consumer Square LLC<br>Attn James S Carr Esq and Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13553 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDR Union Consumer Square LLC<br>Attn James S Carr Esq and Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13566 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRM Skyview Plaza LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13563 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRM Skyview Plaza LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14948 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRM Skyview Plaza LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13520 | Exhibit G<br>Amended Claims to be Expunged |
| DDRM Skyview Plaza LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13545 | Exhibit G<br>Amended Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DDRTC Columbiana Station I LLC<br>Attn James S Carr Esq and Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13457 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRTC Columbiana Station LLC<br>Attn James S Carr & Robert L LeHane Esq<br>101 Park Ave<br>New York, NY 10178 | 13471 | Exhibit G<br>Amended Claims to be Expunged |
| DDRTC Columbiana Station LLC<br>Attn James S Carr & Robert L LeHane Esq<br>101 Park Ave<br>New York, NY 10178 | 14950 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRTC Sycamore Commons LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 12664 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRTC Sycamore Commons LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 14978 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| DDRTC Sycamore Commons LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 13587 | Exhibit G<br>Amended Claims to be Expunged |
| Dentici Family Limited Partnership<br>United States Debt Recovery V LP<br>940 Southwood Bl, Suite 101,<br>Incline Village NV 89451 | 7984 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Dentici Family Limited Partnership<br>United States Debt Recovery V LP<br>940 Southwood Bl, Suite 101,<br>Incline Village NV 89451 | 13732 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Dollar Tree Stores Inc<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave<br>New York, NY 10036-5101 | 9102 | Exhibit E<br>Invalid Claims to be Expunged |
| Donald L Emerick<br>737 Roma Rd<br>Venice, FL 34285 | 12218 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| EklecCo NewCo LLC<br>Attn: Kevin M. Newman, Esq.<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St., Ste. 200<br>Syracuse, NY 13204-1498 | 3733 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| EklecCo NewCo LLC<br>Attn: Kevin M. Newman, Esq.<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St., Ste. 200<br>Syracuse, NY 13204-1498 | 4251 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| First Berkshire Properties LLC<br>Attn James S Carr Esq Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14901 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| First Berkshire Properties LLC<br>Attn James S Carr Esq Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14901 | Exhibit D<br>Claims to be Reclassified |
| First Berkshire Properties LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13441 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| First Berkshire Properties LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13444 | Exhibit G<br>Amended Claims to be Expunged |
| GSII Green Ridge LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13560 | Exhibit G<br>Amended Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| HOLIDAY UNION ASSOCIATES LP<br>JAMES S CARR ESQ ROBERT L LEHANE ESQ<br>KELLEY DRYE & WARREN LLP<br>101 PARK AVE<br>NEW YORK, NY 10178 | 10862 | Exhibit E<br>Invalid Claims to be Expunged |
| Inland Sau Greenville Point LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12485 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Inland Sau Greenville Point LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14938 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Inland Sau Greenville Point LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14938 | Exhibit D<br>Claims to be Reclassified |
| Inland Sau Greenville Point LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12592 | Exhibit G<br>Amended Claims to be Expunged |
| Inland Southeast Colonial LLC<br>Attn James S Carr Esq<br>Attn Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 9920 | Exhibit E<br>Invalid Claims to be Expunged |
| Inland Southeast Colunmbiana LLC<br>Attn James S Carr Esq<br>Attn Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 9922 | Exhibit E<br>Invalid Claims to be Expunged |
| Janaf Shops LLC<br>Attn: Adam K. Keith<br>Honigman Miller Schwartz & Cohn LLP<br>660 Woodward Ave.<br>2290 First National Bldg.<br>Detroit, MI 48226-3506 | 14511 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

12304-003\DOCS_NY:25820v1

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Janaf Shops LLC<br>Attn: Adam K. Keith<br>Honigman Miller Schwartz & Cohn LLP<br>660 Woodward Ave.<br>2290 First National Bldg.<br>Detroit, MI 48226-3506 | 14284 | Exhibit E<br>Invalid Claims to be Expunged |
| JUBILEE-SPRINGDALE, LLC<br>Attention: Kimberly A. Pierro, ESQ.<br>Kutak Rock LLP<br>1111 E. Main Street, STE 800<br>Richmond, VA 23219 | 12771 | Exhibit G<br>Amended Claims to be Expunged |
| KIR Amarillo LP<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11949 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| KIR Amarillo LP<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11950 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| MAIN STREET AT EXTON LP<br>120 W GERMANTOWN PIKE STE 120<br>PLYMOUTH MEETING, PA 19462 | 12421 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| MAIN STREET AT EXTON LP<br>120 W GERMANTOWN PIKE STE 120<br>PLYMOUTH MEETING, PA 19462 | 12614 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Montgomery Towne Center Station Inc<br>c/o Catherine Harrison King<br>1170 Peachtree St NE Ste 1170<br>Atlanta, GA 30309-7706 | 7421 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Morgan Hill Retail Venture LP<br>Pepler Mastromonaco LLP<br>Attn Frank T Pepler<br>100 First St 25th Fl<br>San Fransisco, CA 94105 | 10265 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| NAP Northpoint LLC<br>Augustus C. Epps Jr., Esq.<br>Christian & Barton LLP<br>909 E Main St., Ste. 1200<br>Richmond, VA 23219-3095 | 12497 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| NORTH PLAINFIELD VF LLC<br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br>PARAMUS, NJ 07652 | 8723 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| North Plainfield VF LLC<br>Vornado Realty Trust<br>PO Box 31594<br>Hartford, CT 06150-1594 | 13928 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| P A ACADIA PELHAM MANOR LLC<br>ATTN DANIEL J ANSELL<br>GREENBERG TRAURIG LLP<br>200 PARK AVE<br>NEW YORK, NY 10166 | 9086 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| PA Acadia Pelham Manor LLC<br>Daniel J Ansell and Howard J Berman and Heath B Kushnick<br>Greenberg Traurig LLP<br>200 Park Ave<br>New York, NY 10166 | 13777 | Exhibit E<br>Invalid Claims to be Expunged |
| Pacific Harbor Equities LLC<br>c o Hope Properties<br>3000 Pablo Kisel Blvd Ste 300C<br>Brownsville, TX 78526 | 12379 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Philips International Holding Corp., As Agent for SP Massapequa LLC<br>Attn: James S. Carr, Esq.; Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 12670 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Philips International Holding Corp., As Agent for SP Massapequa LLC<br>Attn: James S. Carr, Esq.; Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 13574 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Philips International Holding Corp., As Agent for SP Massapequa LLC<br>Attn: James S. Carr, Esq.; Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 14417 | Exhibit E<br>Invalid Claims to be Expunged |
| PK Sale LLC<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11953 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Raymond & Main Retail LLC<br>c o William A Trey Wood III<br>Bracewell & Giuliani LLP<br>711 Louisiana St Ste 2300<br>Houston, TX 77002 | 8985 | Exhibit E<br>Invalid Claims to be Expunged |
| Raymond & Main Retail LLC<br>c o William A Trey Wood III<br>Bracewell & Giuliani LLP<br>711 Louisiana St Ste 2300<br>Houston, TX 77002 | 8988 | Exhibit E<br>Invalid Claims to be Expunged |
| Riverdale Retail Associates, LC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13543 | Exhibit G<br>Amended Claims to be Expunged |
| Ronus Meyerland Plaza LP<br>attn: Laurance J Warco<br>Sutherland Asbill & Brennan LLP<br>999 Peachtree St NE<br>Atlanta, Georgia 30309-3996 | 12424 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| San Tan Village Phase 2 LLC Macerich 203270 1464<br>Attn Dustin P Branch<br>Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 | 13991 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| San Tan Village Phase 2 LLC<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 | 13943 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Schiffman Circuit Props<br>Matthew W Grimshaw<br>Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 | 2623 | Exhibit D<br>Claims to be Reclassified |

12304-003\DOCS_NY:25820v1

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Schiffman Circuit Props<br>Matthew W Grimshaw<br>Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 | 2623 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Schottenstein Property Group Inc<br>Peter J Barrett and Loc Pfeiffer<br>Kutak Rock LLP<br>Bank of America Center<br>1111 E Main St Ste 800<br>Richmond , VA 23219-3500 | 13166 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Schottenstein Property Group Inc<br>Peter J Barrett and Loc Pfeiffer<br>Kutak Rock LLP<br>Bank of America Center<br>1111 E Main St Ste 800<br>Richmond , VA 23219-3500 | 13166 | Exhibit E<br>Invalid Claims to be Expunged |
| Sebring Retail Associates LLC<br>Attn Augustus C Epps Jr & Jennifer M McLemore<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3095 | 12447 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Sebring Retail Associates LLC<br>Attn Augustus C Epps Jr & Jennifer M McLemore<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3095 | 14177 | Exhibit E<br>Invalid Claims to be Expunged |
| Silverlake CCU Petula LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103-4196 | 14009 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Silverlake CCU Petula LLC<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103-4196 | 14009 | Exhibit D<br>Claims to be Reclassified |
| Southland Center Investors LLC<br>Attorney Mark A Bartels<br>Stellpflug Law SC<br>PO Box 5637<br>De Pere, WI 54115 | 13887 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Southland Center Investors LLC<br>Atty Mark A Bartels<br>Stellpflug Law SC<br>PO Box 5637<br>De Pere, WI  54115-5637 | 12676 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Spring Hill Development Partners GP<br>Dickson Management Associates LLC<br>Gallatin Management Associates LLC<br>Attn Sheila deLa Cruz Esq<br>c o Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA 23218-0500 | 12336 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| T & T Enterprises LP a California Limited Partnership<br>Attn Anne Secker and Lisa Omori<br>Noland Hamerly Etienne & Hoss<br>333 Salinas St<br>Salinas, CA 93901 | 13736 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| T&T Enterprises LP<br>Attn Anthony Sammut<br>60 D Corral Detierra Rd<br>Salinas, CA 93908-9485 | 12872 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Tanglewood Park LLC Luckoff Land Company LLC and Roth Tanglewood LLC as Tenants in Common<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 14348 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Tanglewood Park LLC Luckoff Land Company LLC and Roth Tanglewood LLC as tenants<br>c o Ralph E Dill Esq<br>Tanglewood Park LLC<br>37 W Broad St Ste 950<br>Columbus, OH 43215 | 5153 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| WEC 99A 1 LLC c o Midland Loan Services Inc a Delaware Corporation<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 12685 | Exhibit E<br>Invalid Claims to be Expunged |
| WEC 99A 1 LLC<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 14249 | Exhibit E<br>Invalid Claims to be Expunged |

12304-003\DOCS_NY:25820v1

| Claim Holder | Claim | Exhibit |
|---|---|---|
| WEC 99A 3 LLC Acting by and through Midland Loan Services Inc c o Katharine Battaia Thompson and Knight LLP Dallas, TX 75201 | 14135 | Exhibit E Invalid Claims to be Expunged |
| WEC 99A 3 LLC c o Midland Loan Services Inc a Delaware Corporation c o Katharine Battaia Thompson and Knight LLP 1722 Routh St Ste 1500 Dallas, TX 75201 | 12851 | Exhibit E Invalid Claims to be Expunged |