**210B (12/09)**

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 11/22/2011 (date).

Name and Address of Alleged Transferor:

Claim No. : ACCO Brands Corporation, c/o United States Debt Recovery, XLP, 940 Southwood Blvd.-Suite 101, Incline Village, NV 89451

Name and Address of Transferee:

US Debt Recovery X, LP
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/25/11

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Circuit City Stores, Inc.  
    Debtor

Case No. 08-35653-KRH  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: frenchs     Page 1 of 10     Date Rcvd: Nov 23, 2011  
                   Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2011.
8593307      +ACCO Brands Corporation,   c/o United States Debt Recovery, XLP,   940 Southwood Blvd.-Suite 101,
           Incline Village, NV 89451-7401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 25, 2011**            **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0422-7           User: frenchs              Page 2 of 10                  Date Rcvd: Nov 23, 2011
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2011 at the address(es) listed below:

        Aaron L. Hammer   on behalf of Creditor   National Product Care Company ahammer@freebornpeters.com
        Aaron R. Cahn   on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
        Adam K. Keith   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
         akeith@honigman.com,   tsable@honigman.com
        Alan Michael Noskow   on behalf of Creditor   CC Plaza Joint Venture, LLP anoskow@pattonboggs.com
        Albert F. Quintrall   on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
        Alexander W. Stiles   on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
        Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
         ajackins@seyfarth.com
        Alison Ross Wickizer Toepp     on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
         dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
        Ambika Joline Biggs   on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
        Amy Pritchard Williams   on behalf of Creditor   Cobb Corners II, Limited Partnership
         amy.williams@klgates.com,   hailey.andresen@klgates.com
        Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
         davison.andrea@arentfox.com,
         lane.katie@arentfox.com;dowd.mary@arentfox.com;rothleder.jeffrey@arentfox.com;toof.jackson@arentf
         ox.com
        Andrew  Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
        Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
        Andrew H. Herrick   on behalf of Creditor   County of Albemarle aherrick@albemarle.org
        Andrew Lynch Cole   on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
        Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
         rhicks@shutts-law.com
        Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
        Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
        Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
         anitra.royster@nelsonmullins.com,   betsy.burn@nelsonmullins.com,
         raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
        Ann E. Schmitt     on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
        Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
        Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
         murphyac@doj.state.wi.us,   gurholtks@doj.state.wi.us
        Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
         Management Services, LLC abraucher@mcmillanmetro.com
        Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
         drichards@vanblk.com;pfaggert@vanblk.com
        Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
         annemarie.mcgavin@bipc.com
        Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
         Companies, Ltd. acichello@kb-law.com
        Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
        Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
        Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
         ecffilings@hangley.com
        Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
         lthompson@cblaw.com
        Belkys  Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
         Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
        Benjamin C. Ackerly    on behalf of Creditor   COMSYS Information Technology Services, Inc. and
         COMSYS Services, LLC backerly@hunton.com,   cloving@hunton.com
        Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
        Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
        Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
         bgodshall@pszjlaw.com
        Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
         benglander@wtplaw.com,   wbatres@wtplaw.com
        Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
        Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
         lsansbury@mrrlaw.net
        Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
         carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;dustin.branch@kattenlaw.com;adelle.shafer@
         kattenlaw.com;donna.carolo@kattenlaw.com
        Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
        Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
         bruce.matson@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
         tmelendez@ecjlaw.com
        C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
        Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
        Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
        Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
        Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
         aconway@taubman.com;Pollack@ballardspahr.com
        Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
         Christian.Vogel@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership
         clynch@goulstonstorrs.com

```
District/off: 0422-7          User: frenchs              Page 3 of 10              Date Rcvd: Nov 23, 2011
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Christine McAteer Ford    on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly situated cford@mdpcelaw.com
          Christopher A. Jones    on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com, rredfield@wtplaw.com
          Christopher Julian Hoctor    on behalf of Defendant   Moran Brown PC choctor@gregkaplaw.com, nferenbach@gregkaplaw.com
          Christopher L. Perkins    on behalf of Attorney   LeClair Ryan, A Professional Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
          Christopher M. Alston    on behalf of Creditor   507 Northgate LLC alstc@foster.com, ristj@foster.com
          Christopher M. Desiderio    on behalf of Creditor   Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor   International Business Machines Corporation cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
          City of Newport News, Virginia    jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor   Centro Properties Group cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor   Paramount Home Entertainment cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
          Craig Benson Young    on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
          Craig M. Palik    on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@yahoo.com, cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
          Curtis Gilbert Manchester    on behalf of Defendant   Energizer Battery, Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          D. Marc Sarata    on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com, ndysart@ltblaw.com;sleach@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;bblosser@ltblaw.com
          Daniel D. Prichard    on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com, kcornnell@dowlohnes.com
          Daniel F. Blanks    on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
          Daniel M. Press    on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com, pressdm@gmail.com
          Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc. dsbushnaq@venable.com
          Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark    on behalf of Creditor   Waste Management, Inc. dclark@stinson.com, cscott@stinson.com
          Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
          David McCall    on behalf of Creditor   City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
          David A. Greer    on behalf of Creditor   Century plaza development corporation dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
          David B. Wheeler    on behalf of Creditor   South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper    on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com, scilino@chlhf.com
          David Emmett Hawkins    on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
          David H. Cox    on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com, phaynes@jackscamp.com
          David H. Dickieson    on behalf of Defendant   New Age Electronics, Inc., also known as New Age, Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
          David J. Ervin    on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro    on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com, rmcburney@hf-law.com
          David M. Poitras    on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
          David R. McFarlin    on behalf of Creditor   Alexander H Bobinski, as Trustee under Trust No. 1001 dmcfarlin@whmh.com, psmith@whmh.com
          David R. Ruby    on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David V. Cooke    on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman    on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti    on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com, kjerald@vanblk.com;drichards@vanblk.com
          Dawn C. Stewart    on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Dena Sloan Kessler    on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services denise.mondell@ct.gov

```
District/off: 0422-7          User: frenchs              Page 4 of 10              Date Rcvd: Nov 23, 2011
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Dennis T. Lewandowski   on behalf of Counter-Claimant  JVC Americas Corp. a/k/a JVC Company of
       America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
      Denyse   Sabagh    on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
      Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District
       caaustin@comcast.net
      Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
      Dominic L. Chiariello    on behalf of Creditor  Donovan Dunwell dc@chiariello.com
      Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects
       dludman@brownconnery.com
      Douglas   Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
      Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
       dkappler@rdwlawcorp.com
      Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc.
       dfoley@mcguirewoods.com
      Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
      Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com,
       rours@wileyrein.com
      Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
       mayle@hooverslovacek.com
      Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
       wenditaylor@toase.com;lmares@toase.com;kkalos@toase.com
      Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@durrettecrump.com,
       sryan@durrettecrump.com;dbbankruptcy@gmail.com
      Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com,
       ramona.neal@hp.com;ken.higman@hp.com
      Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited
       echarley@hansonbridgett.com
      Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
      Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
       klgatesbankruptcy@klgates.com
      Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
      Erica S. Zaron    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
      Erick Frank Seamster    on behalf of Creditor   Unical Enterprises, Inc eseamster@wallacepledger.com
      Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
      Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc.
       ekessel@spottsfain.com,
       kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
       on@spottsfain.com;jstern@spottsfain.com
      Eugene   Chang    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
      F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
      Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc.
       ffm@bostonbusinesslaw.com
      Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP
       fpepler@peplermastromonaco.com
      Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
      Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
      Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue
       rudzikf@dor.state.fl.us
      Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
       mmarck@olshanlaw.com;ssallie@olshanlaw.com
      Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com
      Gary E. Mason    on behalf of Creditor  Marlon Mondragon gmason@masonlawdc.com
      Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,   calendar@fbm.com
      Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
       jschmeltz@sblsg.com;jrapp@sblsg.com
      Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
      German   Yusufov    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
       alison.moreno@pcao.pima.gov
      Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc
       notices@becket-lee.com
      Gilbert D. Sigala    on behalf of Creditor  John Batioff sigalaw1@aol.com
      Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
       gbrown@pszjlaw.com
      Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
       agbankcal@ag.tn.gov
      Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund
       gfornario@nixonpeabody.com,   khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
      Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
       christine@virginia-lawyers.net
      Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
      Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
       ggrant@shulmanrogers.com,   lsmith@shulmanrogers.com;THsu@shulmanrogers.com
      H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
      Hale   Yazicioglu    on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
      Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com,   jwest@kkgpc.com
      Heather Lynn Anderson     on behalf of Creditor   State of New Jersey, Division of Taxation
       Heather.Anderson@dol.lps.state.nj.us
      Henry Buswell Roberts    on behalf of Creditor   Suemar hbroberts@live.com,   droberts1949@live.com

```
District/off: 0422-7          User: frenchs             Page 5 of 10            Date Rcvd: Nov 23, 2011
                              Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Henry P. Baer  on behalf of Creditor Bell'O International Corp. CSommer@fdh.com,
     csommer@fdh.com
    Henry Pollard Long  on behalf of Creditor Cypress/CC Marion I, L.P. hlong@hunton.com
    Ian S. Landsberg  on behalf of Creditor Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
    J. Christian Word  on behalf of Liquidator Gordon Brothers Retail Partners, LLC
     chefiling@lw.com;robert.klyman@lw.com
    J. David Folds  on behalf of Defendant Fabrik, Inc. dfolds@mckennalong.com,
     sparson@mckennalong.com
    Jackson David Toof  on behalf of Creditor Discovery Communications, Inc.
     toof.jackson@arentfox.com
    Jaime Sue Dibble  on behalf of Interested Party Garmin International, Inc. jdibble@stinson.com,
     lbigus@stinson.com
    James D. Newbold  on behalf of Counter-Claimant State of Illinois Department of Revenue,
     through Brian Hamer, its Director James.Newbold@illinois.gov
    James E. Clarke  on behalf of Interested Party Bond-Circuit IX Delaware Business Trust
     vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
    James Edward Bowman  on behalf of Defendant Elite Screens Inc. Jim@jebowman.com,
     bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
    James H. Rollins  on behalf of Creditor Plaza Las Americas, Inc. jim.rollins@hklaw.com,
     avis.francis@hklaw.com
    James J. Briody  on behalf of Creditor Johnson City Crossing, L.P. jim.briody@sablaw.com,
     kim.smith@sablaw.com
    James R. Schroll  on behalf of Defendant CORMARK, Inc. jschroll@beankinney.com,
     ncoton@beankinney.com
    James V. Lombardi  on behalf of Creditor AmREIT, a Texas real estate investment trust
     jvlombardi@rossbanks.com
    James W. Reynolds  on behalf of Defendant Leggett & Platt, Inc., dba Beeline Group, a division
     of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
    James Winston Burke  on behalf of Attorney Mio Technology USA Ltd. also known as MiTAC USA Inc.
     jburke@orrick.com
    Jamie M. Konn  on behalf of Defendant DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
     jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
    Janet M. Meiburger, Esq.  on behalf of Creditor Ricmac Equities Corporation
     admin@meiburgerlaw.com
    Jason B. Binford  on behalf of Creditor BB Fonds International 1 USA, L.P. jbinford@krcl.com,
     ecf@krcl.com
    Jason M. Krumbein  on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
     a30156@yahoo.com;tcarper@krumbeinlaw.com;KCLS-ECF@krumbeinlaw.com
    Jason William Harbour  on behalf of Creditor Public Company Accounting Oversight Board
     jharbour@hunton.com
    Jeffrey Chang  on behalf of Creditor ACCO Brands Corporation jchang@changlawpllc.com
    Jeffrey Scharf  on behalf of Creditor City of Fredericksburg, VA jeff@taxva.com,
     tacspc@gmail.com;amanda@taxva.com
    Jeffrey E. Klusmeier  on behalf of Creditor Missouri Attorney General's Office
     Jeff.Klusmeier@ago.mo.gov
    Jeffrey J. Graham  on behalf of Creditor Greenwood Point, LP jgraham@taftlaw.com,
     krussell@taftlaw.com;ecfclerk@taftlaw.com
    Jeffrey L. Tarkenton  on behalf of Creditor Acer American Holdings Corp. jtarkenton@wcsr.com,
     toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
    Jeffrey M. Sherman  on behalf of Creditor Central Investments, LLC jmsherman@lerchearly.com,
     elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com
    Jeffrey N. Pomerantz  on behalf of Creditor Committee Official Committee of Unsecured Creditors
     jpomerantz@pszjlaw.com
    Jenelle Marie Dennis  on behalf of Creditor Bear Valley Road Partners LLC
     dennisj@ballardspahr.com, pollack@ballardspahr.com
    Jennifer Langan  on behalf of Creditor Pennsylvania State Treasurer jlangan@patreasury.org
    Jennifer Ellis Lattimore  on behalf of Creditor Vizio, Inc. jlattimore@eckertseamans.com
    Jennifer J. West  on behalf of Creditor Coca-Cola Bottling Company Consolidated
     jwest@spottsfain.com,
     rchappell@spottsfain.com;kligon@spottsfain.com;jstern@spottsfain.com;tmoore@spottsfain.com;eander
     son@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com
    Jennifer Larkin Kneeland  on behalf of Defendant AMC jkneeland@linowes-law.com,
     klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
    Jennifer McLain McLemore  on behalf of Attorney Hodgson Russ LLP jmclemore@cblaw.com,
     avaughn@cblaw.com
    Jennifer V. Doran  on behalf of Creditor DeMatteo Management, Inc. jdoran@haslaw.com,
     calirm@haslaw.com
    Jeremy Brian Root  on behalf of Creditor ACCO Brands Corporation jroot@bklawva.com,
     tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
    Jeremy C. Kleinman  on behalf of Creditor PriceGrabber.com, Inc. jkleinman@fgllp.com
    Jeremy L. Pryor  on behalf of Defendant Kelley Enterprises Inc. jeremypryor@carrellrice.com
    Jeremy S. Friedberg  on behalf of Creditor Toshiba America Consumer Products, L.L.C.
     jsf@llff.com, ecf@llff.com;gordon.young@llff.com
    Jeremy S. Williams  on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com
    Jeremy W. Martin  on behalf of Creditor Escambia County Tax Collector
     jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
    Jeremy W. Ryan  on behalf of Creditor FR E2 Property Holding, L.P. jryan@saul.com

```
District/off: 0422-7          User: frenchs              Page 6 of 10             Date Rcvd: Nov 23, 2011
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jerry Lane Hall    on behalf of Defendant   NAMCO BANDAI Games America Inc.
           jerry.hall@pillsburylaw.com,   patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
          Jess R. Bressi    on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes    on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson    on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
           jsaronson@ridberglaw.com
          Joel T. Marker    on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
          John B. Raftery    on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
           jraftery@offitkurman.com
          John C. Smith    on behalf of Creditor   Dartmouth Marketplace Associates jsmith@durrettecrump.com,
           sryan@durrettecrump.com;dbbankruptcy@gmail.com
          John D. Fiero    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           jfiero@pszjlaw.com
          John D. McIntyre    on behalf of Creditor   Carnegie Management and Development Corporation
           jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;dpower@wmlawgroup.com;koconnor@wmlawgroup.com;nfetzer@wmlawgroup.com
          John E. Hilton    on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
           pjf@carmodymacdonald.com
          John E. Lucian    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
           lucian@blankrome.com
          John G. McJunkin    on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
           sparson@mckennalong.com
          John J. Lamoureux    on behalf of Creditor   Amore Construction Company
           jlamoureux@carltonfields.com,   lmccullough@carltonfields.com;tpaecf@cfdom.net
          John M. Craig    on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
           russj4478@aol.com
          John M. Ryan    on behalf of Creditor   Iannucci Development Corporation (IDC) jryan@clrbfirm.com,
           ghorner@clrbfirm.com;tturner@clrbfirm.com
          John P. Van Beek    on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
           awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
          John T. Donelan    on behalf of Defendant   Best Vendors Management Co. Inc. jtdlaw@verizon.net
          John T. Farnum    on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com
          John T. Husk    on behalf of Defendant   Casco Corporation johnhusk@aol.com,   nre98@aol.com
          Jonathan L. Hauser    on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan S. Storper    on behalf of Creditor   IGate Global Solutions, Limited
           jstorper@hansonbridgett.com
          Jonathan T. Cain    on behalf of Defendant   InVNT, LLC jtcain@mintz.com,   kcraun@mintz.com
          Jonathan W. Young    on behalf of Creditor   ACCO Brands Corporation young@wildman.com
          Joseph M. DuRant    on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan    on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
           Cross Blue Shield bankruptcy@morrisoncohen.com
          Joshua D. McKarcher    on behalf of Defendant   Broadridge Financial Solutions, Inc., aka
           Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
           Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
          Judy Bamberger Calton    on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano    on behalf of Creditor   AT&T quagliano@sfmlawfirm.com,
           harvell@sfmlawfirm.com
          Justin D. Leonard    on behalf of Creditor   Andrews Electronics jleonard@balljanik.com
          Justin F. Paget    on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com
          Kalina Boyanova Miller    on behalf of Creditor   First Industrial Realty Trust, Inc.
           kmiller@wileyrein.com,   rours@wileyrein.com
          Karen L. Gilman    on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com,
           beth@pf-law.com;Abbie@pf-law.com;dweekley@pf-law.com
          Ken Coleman    on behalf of Interested Party   Alvarez & Marsal Canada, ULC
           Ken.Coleman@allenovery.com
          Kenneth R. Rhoad    on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
          Kevin A. Lake    on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin L. Sink    on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman    on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
          Khang V. Tran    on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
          Kimbell D. Gourley    on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
           sprescott@idalaw.com
          Kimberly A. Pierro    on behalf of Creditor   CBL & Associates Management, Inc.
           kimberly.pierro@kutakrock.com,
           sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
           @kutakrock.com
          Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
           kimsullywalker@aol.com
          Kristen E. Burgers    on behalf of Creditor   CWCapital Asset Management LLC keburgers@venable.com
          Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          Kurt M. Kobiljak    on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
          Laura Otenti    on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com

```
District/off: 0422-7           User: frenchs              Page 7 of 10              Date Rcvd: Nov 23, 2011
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lawrence Allen Katz   on behalf of Creditor  Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
           ndysart@ltblaw.com
          Lawrence H. Glanzer   on behalf of Creditor  Citrus Park CC, LLC glanzer@rlglegal.com,
           stephanie@rlglegal.com
          Leonard E. Starr   on behalf of Creditor  Namsung America, Inc. lstarr@Starr-Law.com,
           gadams@Starr-Law.com
          Leonidas Koutsouftikis   on behalf of Creditor  Washington Real Estate Investment Trust
           lkouts@magruderpc.com, mcook@magruderpc.com
          Leslie A. Skiba   on behalf of Defendant  Network Engineering Technologies, Inc.
           lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt   on behalf of Creditor  D-Link Systems, Inc. lregenhardt@garylaw.us,
           cmarchant@garylaw.us;mkoeniger@garylaw.us
          Linda Sharon Broyhill   on behalf of Creditor  Heritage Plaza, LLC lbroyhill@reedsmith.com,
           nkatzen@reedsmith.com
          Lisa P. Sumner   on behalf of Creditor  Compass Group U.S.A. Inc. lsumner@poyners.com,
           cjeckel@poyners.com
          Lisa Taylor Hudson   on behalf of Creditor  A.D.D. Holdings, L.P. lhudson@sandsanderson.com
          Loc Pfeiffer   on behalf of Creditor  Schottenstein Property Group, Inc.
           loc.pfeiffer@kutakrock.com,
           lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
          Louis E. Dolan   on behalf of Creditor  California Self-Insurers' Security Fund
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@n
           ixonpeabody.com;DPrivott@nixonpeabody.com
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton   on behalf of Defendant  Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason   on behalf of Defendant  Cypress/Spanish Fort I LP LMason@chfirm.com,
           chps.ecfnotices@gmail.com
          Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Madeleine C. Wanlsee   on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com,
           rstein@gustlaw.com
          Malcolm M. Mitchell   on behalf of Creditor  AOL LLC mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman   on behalf of Creditor  Marlon Mondragon mbusman@busmanandbusman.com
          Mark B. Conlan   on behalf of Creditor  Bond Circuit IV Delaware Business Trust
           mconlan@gibbonslaw.com
          Mark D. Sherrill   on behalf of Creditor  LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Taylor   on behalf of Creditor  Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning   on behalf of Creditor  Texas Comptroller of Public Accounts
           bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
          Mark J. Friedman   on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
          Mark K. Ames   on behalf of Creditor  Commonwealth of Virginia, Department of Taxation
           mark@taxva.com, amanda@taxva.com
          Mark X. Mullin   on behalf of Creditor  BB Fonds International 1 USA, L.P.
           mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
          Martha E. Hulley   on behalf of Creditor  Benenson Capital Company martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero   on behalf of Creditor  California Taxing Authorities romero@mromerolawfirm.com
          Martin A. Brown   on behalf of Creditor  Creditor Express Personnel Services, Inc
           martin.brown@lawokc.com
          Martin J.A. Yeager   on behalf of Creditor Loren Stocker myeager@landclark.com
          Mary E. Olden   on behalf of Creditor  Colorado Structures, Inc. dba CSI Construction Co.
           molden@mhalaw.com, akauba@mhalaw.com
          Mary Louise Fullington   on behalf of Creditor  Scripps Networks Interactive, Inc.
           lexbankruptcy@wyattfirm.com
          Matthew Righetti   on behalf of Creditor Jack Hernandez matt@righettilaw.com
          Matthew A. Gold   on behalf of Creditor  Argo Partners courts@argopartners.net
          Matthew D. Foster   on behalf of Defendant  SVG Distribution Fosterm@pepperlaw.com
          Matthew E. Hoffman   on behalf of Creditor  Audiovox Corporation mehoffman@duanemorris.com,
           lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis   on behalf of Creditor  Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero   on behalf of Creditor  CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward   on behalf of Creditor  Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder   on behalf of Creditor  Edwin Watts Golf Shops, LLC myoder@parkerpollard.com,
           sscarce@parkerpollard.com;treid@parkerpollard.com
          Michael Reed   on behalf of Creditor  City of Midland et al othercourts@mvbalaw.com
          Michael A. Condyles   on behalf of Creditor  Bank One Delaware, National Association n/k/a Chase
           Bank, USA michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley   on behalf of Creditor  White-Spunner Construction, Inc.
           mcrowley@asm-law.com
          Michael D. Mueller   on behalf of Creditor  Acadia Realty Limited Partnership mmueller@cblaw.com,
           avaughn@cblaw.com
          Michael E. Hastings   on behalf of Creditor  Eastern Security Corp.
           michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
          Michael F. Ruggio   on behalf of Creditor  MD-GSI Associates mruggio@ralaw.com

```
District/off: 0422-7          User: frenchs              Page 8 of 10              Date Rcvd: Nov 23, 2011
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
     Michael J. Sage  on behalf of Creditor  Pan Am Equities msage@omm.com, kzeldman@omm.com
     Michael John O'Grady  on behalf of Creditor  Convergys Customer Management Group Inc.
      mjogrady@fbtlaw.com, lbaker@fbtlaw.com;jbwells@fbtlaw.com
     Michael Keith McCrory  on behalf of Creditor  Klipsch, LLC mmccrory@btlaw.com
     Michael L. Wilhelm  on behalf of Creditor Harry Hallaian ECF@w2lg.com
     Michael P. Falzone  on behalf of Creditor  502-12 86th Street LLC mfalzone@hf-law.com,
      jbsmith@hf-law.com
     Michael S. Kogan  on behalf of Creditor  Ditan Distribution LLC mkogan@ecjlaw.com,
      rfraire@ecjlaw.com
     Min Park  on behalf of Creditor  Inland Southwest Management LLC, Inland American Retail
      Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
      Continental Property Management Corp., and Inland Commerc mpark@cblh.com
     Mindy A. Mora  on behalf of Creditor  Wells Fargo Bank, N.A. mmora@bilzin.com,
      eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
     Mindy D. Cohn  on behalf of Creditor  Visiontek Products, LLC mcohn@winston.com
     Mitchell B. Weitzman  on behalf of Creditor  Madison Waldorf, LLC mweitzman@jackscamp.com,
      swatson@jackscamp.com;iluaces@jackscamp.com
     Mona M. Murphy  on behalf of Creditor  Bush Industries, Inc. mona.murphy@akerman.com,
      crystal.gaymon@akerman.com
     Nancy F. Loftus  on behalf of Creditor  Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
     Nancy R. Schlichting  on behalf of Creditor  Antor Media Corporation nrs@lolawfirm.com,
      lginsberg@lolawfirm.com
     Nathan Jones  on behalf of Creditor  US Debt Recovery III, LP heather@usdrllc.com
     Neil E. McCullagh  on behalf of Creditor  Casio, Inc. nmccullagh@spottsfain.com,
      jstern@spottsfain.com;eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekes
      sel@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@sp
      ottsfain.com
     Nicholas B Malito  on behalf of Creditor  Dollar Tree Stores, Inc. nmalito@hgg.com
     Nicholas W. Whittenburg  on behalf of Creditor  Cleveland Towne Center, LLC
      nwhittenburg@millermartin.com, mcsmith@millermartin.com
     Oscar Baldwin Fears  on behalf of Creditor  Georgia Department of Revenue bfears@law.ga.gov,
      jjacobs@law.ga.gov
     P. Matthew Roberts  on behalf of Creditor  CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
     Patrick M. Birney  on behalf of Creditor  Schimenti Construction Company LLC pbirney@rc.com,
      jcarrion@rc.com
     Paul J. Pascuzzi  on behalf of Creditor  Belleville News-Democrat ppascuzzi@ffwplaw.com
     Paul K. Campsen  on behalf of Creditor  CC Grand Junction Investors 1998, LLC
      pkcampsen@kaufcan.com
     Paul M. Black  on behalf of Creditor  Sony Pictures Home Entertainment Inc.
      pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
     Paul McCourt Curley  on behalf of Creditor  Carrollton Arms, LLC pcurley@canfieldbaer.com,
      tchilders@canfieldbaer.com
     Paul Michael Schrader  on behalf of Creditor  ANG Newspapers pschrader@fullertonlaw.com
     Paul S. Bliley  on behalf of Creditor  1890 Ranch, Ltd. pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paula A. Hall  on behalf of Defendant  Stanecki Inc. d/b/a Don Lors Electronics
      hall@bwst-law.com, marbury@bwst-law.com
     Paula S. Beran (CC-A)  on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
      dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
      om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
     Peter Barrett  on behalf of Creditor  Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
      lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
     Peter A. Greenburg  on behalf of Creditor  Premier Resources, LLC pgreenburg@aol.com
     Peter E. Strniste  on behalf of Creditor  Schimenti Construction Company LLC pstrniste@rc.com,
      kcooper@rc.com
     Peter G. Zemanian  on behalf of Creditor  Disney Interactive Distribution, et al.
      pete@zemanianlaw.com
     Peter J. Carney  on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
      jlerner@whitecase.com,jrubalcava@whitecase.com
     Peter M. Pearl  on behalf of Creditor  PrattCenter, LLC ppearl@sandsanderson.com
     Philip C. Baxa  on behalf of Counter-Claimant  Mitsubishi Electronics America, Inc.
      pbaxa@sandsanderson.com, rarrington@sandsanderson.com
     Philip James Meitl  on behalf of Creditor  Berkadia Commercial Mortgage LLC
      pj.meitl@bryancave.com, john.leininger@bryancave.com
     R. Chase Palmer  on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
     Rand L. Gelber  on behalf of Creditor  Maricopa County Treasurer RGelberMD@aol.com
     Raymond Pring  on behalf of Creditor Laura Scannell rpring@grossspringlaw.com,
      rahurley@grossspringlaw.com;hsessler@grossspringlaw.com
     Raymond William Battaglia  on behalf of Creditor  Miner Corporation rbattaglia@obht.com
     Rebecca L. Saitta  on behalf of Creditor  Bond C.C. I Delaware Business Trust
      rsaitta@wileyrein.com, rours@wileyrein.com
     Reid Steven Whitten  on behalf of Creditor  LaSalle Bank National Association, as trustee for Cl
      Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
     Rhett E. Petcher  on behalf of Creditor  Engineered Structures, Inc. rpetcher@seyfarth.com
     Rhysa Griffith South  on behalf of Creditor  Henrico County, Virginia sou06@co.henrico.va.us
     Richard C. Maxwell  on behalf of Interested Party  Park National Bank rmaxwell@woodsrogers.com
     Richard D. Scott  on behalf of Defendant  Contrarian Funds, LLC richard@rscottlawoffice.com

```
District/off: 0422-7           User: frenchs              Page 9 of 10              Date Rcvd: Nov 23, 2011
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Richard E. Hagerty    on behalf of Attorney    Troutman Sanders LLP richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.webne@troutmansanders.com
      Richard E. Lear    on behalf of Creditor    CapTech Ventures, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com
      Richard F. Stein    on behalf of Creditor    Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
      Richard Iain Hutson    on behalf of Creditor    Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
      Richard M. Maseles    on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
      Richard S. Yarow    on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
      Robert A. Canfield    on behalf of Creditor    Cornella Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
      Robert B. Hill    on behalf of Creditor    Columbia Plaza Joint Venture kcummins@hillrainey.com
      Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
      Robert C. Edmundson    on behalf of Creditor    Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
      Robert D. Albergotti    on behalf of Creditor    Universal Display and Fixtures Company robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
      Robert D. Clark    on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
      Robert D. Tepper    on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com, pcoover@sabt.com
      Robert Field Moorman    on behalf of Defendant    Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com, robmoorman@comcast.net
      Robert J. Brown    on behalf of Creditor    CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
      Robert J. Feinstein    on behalf of Creditor Committee    Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
      Robert K. Coulter    on behalf of Creditor    United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
      Robert Kenneth Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
      Robert L. Lehane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
      Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarino1@aol.com
      Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
      Robert Ryland Musick    on behalf of Creditor    IGate Global Solutions, Limited bmusick@t-mlaw.com, clobou@t-mlaw.com
      Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company rwestermann@hf-law.com
      Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust abramowitz@larypc.com
      Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
      Ronald Allen Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com, rpage@rpagelaw.com
      Ronald G. Dunn    on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
      Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,antimm@simon.com
      Roy M. Terry    on behalf of Creditor    Hewlett Packard Company rterry@durrettecrump.com, sryan@durrettecrump.com;dbbankruptcy@gmail.com
      Russell R. Johnson    on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
      Ryan C. Day    on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com
      S. Sadiq Gill    on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
      Sara B. Eagle    on behalf of Creditor    Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
      Sara L. Chenetz    on behalf of Creditor    Sony Pictures Entertainment Inc. chenetz@blankrome.com
      Sarah Beckett Boehm    on behalf of Debtor    Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com;lneilson@mcguirewoods.com
      Satchidananda Mims    smims21@hotmail.com
      Scott D. Fink    on behalf of Creditor    The Plain Dealer Bronationalecf@weltman.com
      Seth A. Drucker    on behalf of Creditor    McKinley, Inc. sdrucker@honigman.com
      Sheila G. de la Cruz    on behalf of Creditor    502-12 86th Street LLC sdelacruz@hf-law.com, jbsmith@hf-law.com
      Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
      Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company stan.salus@akerman.com, crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
      Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com, hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
      Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com
      Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership smetz@shulmanrogers.com, nanderson@shulmanrogers.com

```
District/off: 0422-7          User: frenchs              Page 10 of 10               Date Rcvd: Nov 23, 2011
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Stephen E. Leach    on behalf of Creditor   Children's Discovery Centers of America, Inc.
               sleach@ltblaw.com,
               ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;
               bblosser@ltblaw.com
              Stephen G. Murphy    on behalf of Creditor   Massachusetts Department of Revenue
               Murphys@dor.state.ma.us
              Stephen K. Lehnardt    on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
              Steven H. Greenfeld    on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com,
               cbglawbethesda@gmail.com
              Steven H. Newman    on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
              Steven L. Brown    on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
              Tara B. Annweiler    on behalf of Creditor   American National Insurance Company
               tannweiler@greerherz.com
              Tara L. Elgie    on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
              Terri A. Roberts    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson    on behalf of Defendant   Mitsubishi Electronics America, Inc.
               thadwilson@kslaw.com,   pwhite@kslaw.com
              Thomas David Rethage    on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
               tmurphy@dclawfirm.com,
               rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King    on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
               dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh    on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
              Thomas John McKee    on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,   hallc@gtlaw.com
              Thomas Neal Jamerson    on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
               tomjam2003@yahoo.com
              Thomas Ryan Lynch    on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
              Thomas W. Repczynski    on behalf of Creditor   Graphic Communications, Inc.
               trepczynski@offitkurman.com,   cdixon@offitkurman.com
              Tiffany Strelow Cobb    on behalf of Creditor   AOL LLC tscobb@vorys.com,   bjtobin@vorys.com
              Timothy Francis Brown    on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com,
               giaimo.christopher@arentfox.com
              Tracey Michelle Ohm    on behalf of Creditor   Waste Management, Inc. tohm@stinson.com,
               tmackey@stinson.com
              Travis A. Knobbe    on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com,
               trjohnson@spilmanlaw.com
              Travis Aaron Sabalewski    on behalf of Creditor   IKON Office Solutions, Inc.
               tsabalewski@reedsmith.com,   shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy Savenko    on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
               situated tsavenko@kaplanfrank.com,   nferenbach@kaplanfrank.com
              Troy N. Nichols    on behalf of Defendant   Modern Marketing Concepts, Inc.
               lexbankruptcy@wyattfirm.com
              Valerie P. Morrison    on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
               rours@wileyrein.com
              Victoria A. Reardon    on behalf of Creditor   State of Michigan, Department of Treasury
               reardonv@michigan.gov,   jacksonst@michigan.gov
              Victoria D. Garry    on behalf of Creditor   Ohio Bureau of Workers' Compensation
               victoria.garry@ohioattorneygeneral.gov
              Vivienne Rakowsky    on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
               dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
              W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
              Walter Laurence Williams    on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
              Wanda Borges    on behalf of Creditor   Sharp Electronics Corporation borgeslawfirm@aol.com
              Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake
               wroenker@cityofchesapeake.net
              William Heuer    on behalf of Transferee   Korea Export Insurance Corporation
               wheuer@duanemorris.com
              William A. Broscious    on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
              William A. Burnett    on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
              William A. Gray    on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Wood    on behalf of Creditor   Panattoni Development Company, Inc. as Agent for Charles
               L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
               chris.tillmanns@bgllp.com
              William B. Cave    on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
              William C. Crenshaw    on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com
              William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
              William Daniel Prince    on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com
              William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
              William H. Casterline    on behalf of Creditor   ACCO Brands Corporation wcasterlinejr@bklawva.com,
               jroot@bklawva.com;;mhowes@bklawva.com;;tmartin@bklawva.com;
              William H. Schwarzschild    on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
              Wm. Joseph A. Charboneau    on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
               aford@mglspc.com
              Zachary Mosner    on behalf of Creditor   Washington State Taxing Agencies BCUMosner@atg.wa.gov
                                                                                             TOTAL: 410
```