210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 11/22/2011 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. : Communications Wiring Inc, c/o Debt Acquistion Company of America, 1565 Hotel Circle South Suite 310, San Diego, CA 92108 | Debt Acquisition Company of America V, LLC
1565 Hotel Circle S #310
San Diego CA 92108 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/25/11

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 08-35653-KRH
Circuit City Stores, Inc.                                               Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs            Page 1 of 10              Date Rcvd: Nov 23, 2011
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2011.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 10825415      +E-mail/Text: HJustus@daca4.com Nov 24 2011 05:04:14      Communications Wiring Inc,
                c/o Debt Acquistion Company of America,   1565 Hotel Circle South Suite 310,
                San Diego, CA 92108-3419
                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.




**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 25, 2011**            **Signature:** _Joseph Speetjens_

```
District/off: 0422-7           User: frenchs               Page 2 of 10              Date Rcvd: Nov 23, 2011
                               Form ID: trc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2011 at the address(es) listed below:

        Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@freebornpeters.com
        Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
        Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
         akeith@honigman.com,   tsable@honigman.com
        Alan Michael Noskow    on behalf of Creditor   CC Plaza Joint Venture, LLP anoskow@pattonboggs.com
        Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
        Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
        Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
         ajackins@seyfarth.com
        Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
         dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
        Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
        Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
         amy.williams@klgates.com,   hailey.andresen@klgates.com
        Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
         davison.andrea@arentfox.com,
         lane.katie@arentfox.com;dowd.mary@arentfox.com;rothleder.jeffrey@arentfox.com;toof.jackson@arentf
         ox.com
        Andrew  Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
        Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
        Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
        Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
        Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
         rhicks@shutts-law.com
        Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
        Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
        Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
         anitra.royster@nelsonmullins.com,   betsy.burn@nelsonmullins.com,
         raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
        Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
        Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
        Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
         murphyac@doj.state.wi.us,   gurholtks@doj.state.wi.us
        Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
         Management Services, LLC abraucher@mcmillanmetro.com
        Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
         drichards@vanblk.com;pfaggert@vanblk.com
        Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
         annemarie.mcgavin@bipc.com
        Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
         Companies, Ltd. acichello@kb-law.com
        Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
        Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
        Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
         ecffilings@hangley.com
        Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
         lthompson@cblaw.com
        Belkys  Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
         Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
        Benjamin C. Ackerly    on behalf of Creditor   COMSYS Information Technology Services, Inc. and
         COMSYS Services, LLC backerly@hunton.com,   cloving@hunton.com
        Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
        Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
        Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
         bgodshall@pszjlaw.com
        Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
         benglander@wtplaw.com,   wbatres@wtplaw.com
        Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
        Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
         lsansbury@mrrlaw.net
        Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
         carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;dustin.branch@kattenlaw.com;adelle.shafer@
         kattenlaw.com;donna.carolo@kattenlaw.com
        Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
        Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
         bruce.matson@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
         tmelendez@ecjlaw.com
        C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
        Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
        Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
        Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
        Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
         aconway@taubman.com;Pollack@ballardspahr.com
        Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
         Christian.Vogel@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership
         clynch@goulstonstorrs.com

```
District/off: 0422-7          User: frenchs              Page 3 of 10             Date Rcvd: Nov 23, 2011
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Christine McAteer Ford    on behalf of Creditor   Ada Alicea, on behalf of herself and all others
               similarly situated cford@mdpcelaw.com
              Christopher A. Jones    on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
               rredfield@wtplaw.com
              Christopher Julian Hoctor    on behalf of Defendant   Moran Brown PC choctor@gregkaplaw.com,
               nferenbach@gregkaplaw.com
              Christopher L. Perkins    on behalf of Attorney   LeClair Ryan, A Professional Corporation
               christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
              Christopher M. Alston    on behalf of Creditor   507 Northgate LLC alstc@foster.com,
               ristj@foster.com
              Christopher M. Desiderio    on behalf of Creditor   Greystone Data Systems, Inc.
               cdesiderio@nixonpeabody.com
              Christopher R. Belmonte    on behalf of Creditor   International Business Machines Corporation
               cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com
              City of Newport News, Virginia    jdurant@nngov.com
              Constantinos G. Panagopoulos    on behalf of Creditor   Centro Properties Group
               cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
              Courtney E. Pozmantier    on behalf of Creditor   Paramount Home Entertainment
               cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
              Craig Benson Young    on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership
               craig.young@kutakrock.com,
               lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
              Craig M. Palik    on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@yahoo.com,
               cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
              Curtis Gilbert Manchester    on behalf of Defendant   Energizer Battery, Inc.
               cmanchester@reedsmith.com,
               shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
              D. Marc Sarata    on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
               ndysart@ltblaw.com;sleach@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;bblosser@ltblaw.com
              Daniel D. Prichard    on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
               individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com,
               kcornnell@dowlohnes.com
              Daniel F. Blanks    on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
              Daniel M. Press    on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com,
               pressdm@gmail.com
              Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
               dsbushnaq@venable.com
              Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
              Darrell William Clark    on behalf of Creditor   Waste Management, Inc. dclark@stinson.com,
               cscott@stinson.com
              Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
              David  McCall    on behalf of Creditor   City of Garland Tax Assessor/Collector
               bankruptcy@ntexas-attorneys.com
              David A. Greer    on behalf of Creditor   Century plaza development corporation
               dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
              David B. Wheeler    on behalf of Creditor   South Carolina Electric & Gas Company and Public
               Service of North Carolina davidwheeler@mvalaw.com
              David D. Hopper    on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
               scilino@chlhf.com
              David Emmett Hawkins    on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
              David H. Cox    on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
               phaynes@jackscamp.com
              David H. Dickieson    on behalf of Defendant   New Age Electronics, Inc., also known as New Age,
               Inc. ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
              David J. Ervin    on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David K. Spiro    on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com,
               rmcburney@hf-law.com
              David M. Poitras    on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
              David R. McFarlin    on behalf of Creditor   Alexander H Bobinski, as Trustee under Trust No. 1001
               dmcfarlin@whmh.com,  psmith@whmh.com
              David R. Ruby    on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David V. Cooke    on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
              David W. Earman    on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
              David Wayne Lannetti    on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com,
               kjerald@vanblk.com;drichards@vanblk.com
              Dawn C. Stewart    on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
              Dena Sloan Kessler    on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
              Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services
               denise.mondell@ct.gov

```
District/off: 0422-7           User: frenchs              Page 4 of 10              Date Rcvd: Nov 23, 2011
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Dennis T. Lewandowski    on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
    Denyse  Sabagh    on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
    Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District caaustin@comcast.net
    Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
    Dominic L. Chiariello    on behalf of Creditor Donovan Dunwell dc@chiariello.com
    Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects dludman@brownconnery.com
    Douglas  Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
    Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center dkappler@rdwlawcorp.com
    Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com
    Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
    Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com, rours@wileyrein.com
    Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com, mayle@hooverslovacek.com
    Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com, wenditaylor@toase.com;lmares@toase.com;kkalos@toase.com
    Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@durrettecrump.com, sryan@durrettecrump.com;dbbankruptcy@gmail.com
    Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
    Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited echarley@hansonbridgett.com
    Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
    Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
    Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
    Erica S. Zaron    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
    Erick Frank Seamster    on behalf of Creditor   Unical Enterprises, Inc eseamster@wallacepledger.com
    Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
    Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jstern@spottsfain.com
    Eugene  Chang    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
    F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
    Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
    Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP fpepler@peplermastromonaco.com
    Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
    Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
    Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue rudzikf@dor.state.fl.us
    Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
    Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com
    Gary E. Mason    on behalf of Creditor Marlon Mondragon gmason@masonlawdc.com
    Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,   calendar@fbm.com
    Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
    Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
    German  Yusufov    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
    Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc notices@becket-lee.com
    Gilbert D. Sigala    on behalf of Creditor John Batioff sigalaw1@aol.com
    Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors gbrown@pszjlaw.com
    Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property agbankcal@ag.tn.gov
    Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund gfornario@nixonpeabody.com,   khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
    Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com, christine@virginia-lawyers.net
    Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
    Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company ggrant@shulmanrogers.com,   lsmith@shulmanrogers.com;THsu@shulmanrogers.com
    H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
    Hale  Yazicioglu    on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
    Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com,   jwest@kkgpc.com
    Heather Lynn Anderson    on behalf of Creditor   State of New Jersey, Division of Taxation Heather.Anderson@dol.lps.state.nj.us
    Henry Buswell Roberts    on behalf of Creditor   Suemar hbroberts@live.com,   droberts1949@live.com

```
District/off: 0422-7              User: frenchs              Page 5 of 10              Date Rcvd: Nov 23, 2011
                                  Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Henry P. Baer   on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com, csommer@fdh.com
          Henry Pollard Long   on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
          Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
          J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC chefiling@lw.com;robert.klyman@lw.com
          J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com, sparson@mckennalong.com
          Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc. toof.jackson@arentfox.com
          Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com, lbigus@stinson.com
          James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue, through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
          James Edward Bowman   on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com, bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
          James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com, avis.francis@hklaw.com
          James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com, kim.smith@sablaw.com
          James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com, ncoton@beankinney.com
          James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust jvlombardi@rossbanks.com
          James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc. jburke@orrick.com
          Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc. jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation admin@meiburgerlaw.com
          Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com, ecf@krcl.com
          Jason M. Krumbein   on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com;KCLS-ECF@krumbeinlaw.com
          Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board jharbour@hunton.com
          Jeffrey Chang   on behalf of Creditor   ACCO Brands Corporation jchang@changlawpllc.com
          Jeffrey Scharf   on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com
          Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office Jeff.Klusmeier@ago.mo.gov
          Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com, krussell@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com, toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com, elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com
          Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC dennisj@ballardspahr.com, pollack@ballardspahr.com
          Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;jstern@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com
          Jennifer Larkin Kneeland   on behalf of Defendant   AMC jkneeland@linowes-law.com, klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer McLain McLemore   on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com, avaughn@cblaw.com
          Jennifer V. Doran   on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com, calirm@haslaw.com
          Jeremy Brian Root   on behalf of Creditor   ACCO Brands Corporation jroot@bklawva.com, tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
          Jeremy C. Kleinman   on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C. jsf@llff.com, ecf@llff.com;gordon.young@llff.com
          Jeremy S. Williams   on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com
          Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
          Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com

```
District/off: 0422-7          User: frenchs              Page 6 of 10              Date Rcvd: Nov 23, 2011
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Jerry Lane Hall    on behalf of Defendant   NAMCO BANDAI Games America Inc.
      jerry.hall@pillsburylaw.com,    patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
      Jess R. Bressi    on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
      Jessica Regan Hughes    on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
      swells@seyfarth.com;wdcdocketing@seyfarth.com
      Joel S. Aronson    on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
      jsaronson@ridberglaw.com
      Joel T. Marker    on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
      John B. Raftery    on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
      jraftery@offitkurman.com
      John C. Smith    on behalf of Creditor   Dartmouth Marketplace Associates jsmith@durrettecrump.com,
      sryan@durrettecrump.com;dbbankruptcy@gmail.com
      John D. Fiero    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
      jfiero@pszjlaw.com
      John D. McIntyre    on behalf of Creditor   Carnegie Management and Development Corporation
      jmcintyre@wmlawgroup.com,
      wedwards@wmlawgroup.com;dpower@wmlawgroup.com;koconnor@wmlawgroup.com;nfetzer@wmlawgroup.com
      John E. Hilton    on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
      pjf@carmodymacdonald.com
      John E. Lucian    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
      lucian@blankrome.com
      John G. McJunkin    on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
      sparson@mckennalong.com
      John J. Lamoureux    on behalf of Creditor   Amore Construction Company
      jlamoureux@carltonfields.com,    lmccullough@carltonfields.com;tpaecf@cfdom.net
      John M. Craig    on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
      russj4478@aol.com
      John M. Ryan    on behalf of Creditor   Iannucci Development Corporation (IDC) jryan@clrbfirm.com,
      ghorner@clrbfirm.com;tturner@clrbfirm.com
      John P. Van Beek    on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
      awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
      John T. Donelan    on behalf of Defendant   Best Vendors Management Co. Inc. jtdlaw@verizon.net
      John T. Farnum    on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com
      John T. Husk    on behalf of Defendant   Casco Corporation johnhusk@aol.com,    nre98@aol.com
      Jonathan L. Hauser    on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
      Jonathan S. Storper    on behalf of Creditor   IGate Global Solutions, Limited
      jstorper@hansonbridgett.com
      Jonathan T. Cain    on behalf of Defendant   InVNT, LLC jtcain@mintz.com,    kcraun@mintz.com
      Jonathan W. Young    on behalf of Creditor   ACCO Brands Corporation young@wildman.com
      Joseph M. DuRant    on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
      Joseph T. Moldovan    on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
      Cross Blue Shield bankruptcy@morrisoncohen.com
      Joshua D. McKarcher    on behalf of Defendant   Broadridge Financial Solutions, Inc., aka
      Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
      Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
      Judy Bamberger Calton    on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
      Julie Ann Quagliano    on behalf of Creditor   AT&T quagliano@sfmlawfirm.com,
      harvell@sfmlawfirm.com
      Justin D. Leonard    on behalf of Creditor   Andrews Electronics jleonard@balljanik.com
      Justin F. Paget    on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com
      Kalina Boyanova Miller    on behalf of Creditor   First Industrial Realty Trust, Inc.
      kmiller@wileyrein.com,    rours@wileyrein.com
      Karen L. Gilman    on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
      Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
      jbrockett@clrbfirm.com;tturner@clrbfirm.com
      Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com,
      beth@pf-law.com;Abbie@pf-law.com;dweekley@pf-law.com
      Ken Coleman    on behalf of Interested Party   Alvarez & Marsal Canada, ULC
      Ken.Coleman@allenovery.com
      Kenneth R. Rhoad    on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
      Kevin A. Lake    on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
      Kevin L. Sink    on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
      Kevin M. Newman    on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
      Khang V. Tran    on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
      Kimbell D. Gourley    on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
      sprescott@idalaw.com
      Kimberly A. Pierro    on behalf of Creditor   CBL & Associates Management, Inc.
      kimberly.pierro@kutakrock.com,
      sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
      @kutakrock.com
      Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association as Trustee
      for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
      kimsullywalker@aol.com
      Kristen E. Burgers    on behalf of Creditor   CWCapital Asset Management LLC keburgers@venable.com
      Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
      KDWBankruptcyDepartment@kelleydrye.com
      Kurt M. Kobiljak    on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
      Laura Otenti    on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com

```
District/off: 0422-7          User: frenchs              Page 7 of 10              Date Rcvd: Nov 23, 2011
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Lawrence Allen Katz    on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com, ndysart@ltblaw.com
      Lawrence H. Glanzer    on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com, stephanie@rlglegal.com
      Leonard E. Starr    on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
      Leonidas Koutsouftikis    on behalf of Creditor   Washington Real Estate Investment Trust lkouts@magruderpc.com, mcook@magruderpc.com
      Leslie A. Skiba    on behalf of Defendant   Network Engineering Technologies, Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
      Linda Dianne Regenhardt    on behalf of Creditor   D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;mkoeniger@garylaw.us
      Linda Sharon Broyhill    on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
      Lisa P. Sumner    on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com, cjeckel@poyners.com
      Lisa Taylor Hudson    on behalf of Creditor   A.D.D. Holdings, L.P. lhudson@sandsanderson.com
      Loc Pfeiffer    on behalf of Creditor   Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
      Louis E. Dolan    on behalf of Creditor   California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
      Lucy L. Thomson    lthomson2@csc.com
      Luder F. Milton    on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
      Lyndel A. Mason    on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
      Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
      Madeleine C. Wanlsee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com, rstein@gustlaw.com
      Malcolm M. Mitchell    on behalf of Creditor   AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Marc A. Busman    on behalf of Creditor   Marlon Mondragon mbusman@busmanandbusman.com
      Mark B. Conlan    on behalf of Creditor   Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
      Mark D. Sherrill    on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
      Mark D. Taylor    on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
      Mark E. Browning    on behalf of Creditor   Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
      Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
      Mark K. Ames    on behalf of Creditor   Commonwealth of Virginia, Department of Taxation mark@taxva.com, amanda@taxva.com
      Mark X. Mullin    on behalf of Creditor   BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
      Martha E. Hulley    on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
      Martha E. Romero    on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
      Martin A. Brown    on behalf of Creditor   Creditor Express Personnel Services, Inc martin.brown@lawokc.com
      Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landclark.com
      Mary E. Olden    on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com, akauba@mhalaw.com
      Mary Louise Fullington    on behalf of Creditor   Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
      Matthew Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
      Matthew A. Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
      Matthew D. Foster    on behalf of Defendant   SVG Distribution Fosterm@pepperlaw.com
      Matthew E. Hoffman    on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
      Matthew J. Ellis    on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
      Matthew V. Spero    on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
      Melissa S. Hayward    on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
      Meredith Linn Yoder    on behalf of Creditor   Edwin Watts Golf Shops, LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com
      Michael Reed    on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
      Michael A. Condyles    on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com
      Michael Callahan Crowley    on behalf of Creditor   White-Spunner Construction, Inc. mcrowley@asm-law.com
      Michael D. Mueller    on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com
      Michael E. Hastings    on behalf of Creditor   Eastern Security Corp. michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
      Michael F. Ruggio    on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com

```
District/off: 0422-7          User: frenchs               Page 8 of 10              Date Rcvd: Nov 23, 2011
                              Form ID: trc                Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael J. Sage     on behalf of Creditor   Pan Am Equities msage@omm.com, kzeldman@omm.com
              Michael John O'Grady     on behalf of Creditor   Convergys Customer Management Group Inc.
               mjogrady@fbtlaw.com,   lbaker@fbtlaw.com;jbwells@fbtlaw.com
              Michael Keith McCrory     on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
              Michael L. Wilhelm    on behalf of Creditor Harry Hallaian ECF@w2lg.com
              Michael P. Falzone     on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com,
               jbsmith@hf-law.com
              Michael S. Kogan     on behalf of Creditor   Ditan Distribution LLC mkogan@ecjlaw.com,
               rfraire@ecjlaw.com
              Min Park    on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
                Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
                Continental Property Management Corp., and Inland Commerc mpark@cblh.com
              Mindy A. Mora     on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
              Mindy D. Cohn     on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
              Mitchell B. Weitzman     on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com
              Mona M. Murphy     on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com,
               crystal.gaymon@akerman.com
              Nancy F. Loftus     on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
              Nancy R. Schlichting     on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
               lginsberg@lolawfirm.com
              Nathan Jones     on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
              Neil E. McCullagh     on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
               jstern@spottsfain.com;eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekes
               sel@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@sp
               ottsfain.com
              Nicholas B Malito     on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
              Nicholas W. Whittenburg     on behalf of Creditor   Cleveland Towne Center, LLC
               nwhittenburg@millermartin.com,   mcsmith@millermartin.com
              Oscar Baldwin Fears     on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov,
               jjacobs@law.ga.gov
              P. Matthew Roberts     on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
              Patrick M. Birney     on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
               jcarrion@rc.com
              Paul J. Pascuzzi     on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
              Paul K. Campsen     on behalf of Creditor   CC Grand Junction Investors 1998, LLC
               pkcampsen@kaufcan.com
              Paul M. Black     on behalf of Creditor   Sony Pictures Home Entertainment Inc.
               pblack@spilmanlaw.com,   vskevington@spilmanlaw.com;scormany@spilmanlaw.com
              Paul McCourt Curley     on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
               tchilders@canfieldbaer.com
              Paul Michael Schrader     on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
              Paul S. Bliley     on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paula A. Hall     on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
               hall@bwst-law.com,   marbury@bwst-law.com
              Paula S. Beran (CC-A)     on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Peter Barrett     on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter A. Greenburg     on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
              Peter E. Strniste     on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com,
               kcooper@rc.com
              Peter G. Zemanian     on behalf of Creditor   Disney Interactive Distribution, et al.
               pete@zemanianlaw.com
              Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
               jlerner@whitecase.com,jrubalcava@whitecase.com
              Peter M. Pearl     on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
              Philip C. Baxa     on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
               pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
              Philip James Meitl     on behalf of Creditor   Berkadia Commercial Mortgage LLC
               pj.meitl@bryancave.com,   john.leininger@bryancave.com
              R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
              Rand L. Gelber     on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
              Raymond Pring    on behalf of Creditor Laura Scannell rpring@grossspringlaw.com,
               rahurley@grossspringlaw.com;hsessler@grossspringlaw.com
              Raymond William Battaglia     on behalf of Creditor   Miner Corporation rbattaglia@obht.com
              Rebecca L. Saitta     on behalf of Creditor   Bond C.C. I Delaware Business Trust
               rsaitta@wileyrein.com,   rours@wileyrein.com
              Reid Steven Whitten     on behalf of Creditor   LaSalle Bank National Association, as trustee for Cl
                Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
              Rhett E. Petcher     on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
              Rhysa Griffith South     on behalf of Creditor   Henrico County, Virginia sou06@co.henrico.va.us
              Richard C. Maxwell     on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com
              Richard D. Scott     on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
```

```
District/off: 0422-7          User: frenchs              Page 9 of 10              Date Rcvd: Nov 23, 2011
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Richard E. Hagerty    on behalf of Attorney   Troutman Sanders LLP richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.webne@troutmansanders.com
          Richard E. Lear    on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com
          Richard F. Stein    on behalf of Creditor   Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson    on behalf of Creditor   Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
          Richard M. Maseles    on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow    on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield    on behalf of Creditor   Cornella Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert B. Hill    on behalf of Creditor   Columbia Plaza Joint Venture kcummins@hillrainey.com
          Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson    on behalf of Creditor   Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti    on behalf of Creditor   Universal Display and Fixtures Company robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark    on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
          Robert D. Tepper    on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com,   pcoover@sabt.com
          Robert Field Moorman    on behalf of Defendant   Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com,   robmoorman@comcast.net
          Robert J. Brown    on behalf of Creditor   CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein    on behalf of Creditor Committee   Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com,   rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter    on behalf of Creditor   United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff    on behalf of Creditor   Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com,   mrichards@jefferies.com
          Robert L. Lehane    on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino    on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com,   rmmarino1@aol.com
          Robert P. McIntosh    on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
          Robert Ryland Musick    on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com, clobou@t-mlaw.com
          Robert S. Westermann    on behalf of Counter-Claimant   Eastman Kodak Company rwestermann@hf-law.com
          Robin S. Abramowitz    on behalf of Creditor   Bond Circuit VIII Delaware Business Trust abramowitz@laryc.com
          Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc. rbingham@stites.com,   dclayton@stites.com
          Ronald Allen Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com,   rpage@rpagelaw.com
          Ronald G. Dunn    on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
          Ronald M. Tucker    on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,antimm@simon.com
          Roy M. Terry    on behalf of Creditor   Hewlett Packard Company rterry@durrettecrump.com, sryan@durrettecrump.com;dbbankruptcy@gmail.com
          Russell R. Johnson    on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day    on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com
          S. Sadiq Gill    on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
          Sara B. Eagle    on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
          Sara L. Chenetz    on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm    on behalf of Debtor   Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com,   kcain@mcguirewoods.com;lneilson@mcguirewoods.com
          Satchidananda Mims    smims21@hotmail.com
          Scott D. Fink    on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker    on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
          Sheila G. de la Cruz    on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com, jbsmith@hf-law.com
          Sheila L. Shadmand    on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
          Stanley M. Salus    on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company stan.salus@akerman.com, crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo    on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com, hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
          Stephanie N. Gilbert    on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com
          Stephen A. Metz    on behalf of Creditor   Saul Holdings Limited Partnership smetz@shulmanrogers.com,   nanderson@shulmanrogers.com

```
District/off: 0422-7          User: frenchs              Page 10 of 10             Date Rcvd: Nov 23, 2011
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Stephen E. Leach    on behalf of Creditor   Children's Discovery Centers of America, Inc. sleach@ltblaw.com, ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;bblosser@ltblaw.com
      Stephen G. Murphy    on behalf of Creditor   Massachusetts Department of Revenue Murphys@dor.state.ma.us
      Stephen K. Lehnardt    on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
      Steven H. Greenfeld    on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
      Steven H. Newman    on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
      Steven L. Brown    on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
      Tara B. Annweiler    on behalf of Creditor   American National Insurance Company tannweiler@greerherz.com
      Tara L. Elgie    on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
      Terri A. Roberts    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
      Thaddeus D. Wilson    on behalf of Defendant   Mitsubishi Electronics America, Inc. thadwilson@kslaw.com, pwhite@kslaw.com
      Thomas David Rethage    on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
      Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc. tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
      Thomas G. King    on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com, dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
      Thomas John McIntosh    on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
      Thomas John McKee    on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
      Thomas Neal Jamerson    on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com, tomjam2003@yahoo.com
      Thomas Ryan Lynch    on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
      Thomas W. Repczynski    on behalf of Creditor   Graphic Communications, Inc. trepczynski@offitkurman.com, cdixon@offitkurman.com
      Tiffany Strelow Cobb    on behalf of Creditor   AOL LLC tscobb@vorys.com, bjtobin@vorys.com
      Timothy Francis Brown    on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com, giaimo.christopher@arentfox.com
      Tracey Michelle Ohm    on behalf of Creditor   Waste Management, Inc. tohm@stinson.com, tmackey@stinson.com
      Travis A. Knobbe    on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com, trjohnson@spilmanlaw.com
      Travis Aaron Sabalewski    on behalf of Creditor   IKON Office Solutions, Inc. tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
      Troy Savenko    on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly situated tsavenko@kaplanfrank.com, nferenbach@kaplanfrank.com
      Troy N. Nichols    on behalf of Defendant   Modern Marketing Concepts, Inc. lexbankruptcy@wyattfirm.com
      Valerie P. Morrison    on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com, rours@wileyrein.com
      Victoria A. Reardon    on behalf of Creditor   State of Michigan, Department of Treasury reardonv@michigan.gov, jacksonst@michigan.gov
      Victoria D. Garry    on behalf of Creditor   Ohio Bureau of Workers' Compensation victoria.garry@ohioattorneygeneral.gov
      Vivienne Rakowsky    on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov, dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
      W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
      Walter Laurence Williams    on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
      Wanda Borges    on behalf of Creditor   Sharp Electronics Corporation borgeslawfirm@aol.com
      Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake wroenker@cityofchesapeake.net
      William Heuer    on behalf of Transferee   Korea Export Insurance Corporation wheuer@duanemorris.com
      William A. Broscious    on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
      William A. Burnett    on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
      William A. Gray    on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com, rarrington@sandsanderson.com
      William A. Wood    on behalf of Creditor   Panattoni Development Company, Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com, chris.tillmanns@bgllp.com
      William B. Cave    on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
      William C. Crenshaw    on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com
      William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
      William Daniel Prince    on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com
      William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
      William H. Casterline    on behalf of Creditor   ACCO Brands Corporation wcasterlinejr@bklawva.com, jroot@bklawva.com;;mhowes@bklawva.com;;tmartin@bklawva.com;
      William H. Schwarzschild    on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
      Wm. Joseph A. Charboneau    on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
      Zachary Mosner    on behalf of Creditor   Washington State Taxing Agencies BCUMosner@atg.wa.gov

                                                                                                                                                                                                    TOTAL: 410