**Emily Yip & Co**

*Agents for Trade Marks & Patents*

Room 1904
Chinachem Exchange Square II
338 King's Road
Hong Kong
Tel : (852) 2340 0040 (Direct)
Fax : (852) 2723 3670
Email : eyip@eyip.com

**By Courier**

25 November 2011

**URGENT**

Your Ref : 08-35653 (KRH)

Our Ref : EY:SK:A14-081Ap10

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, Virginia 23219
United States of America

RICHMOND DIVISION
FILED
NOV 28 2011
FILED
CLERK
US BANKRUPTCY COURT

Dear Sirs

| | | |
|---|---|---|
| *Case No* | : | *08-35653 (KRH)* |
| *Claim No* | : | *26* |
| *Debtor* | : | *Circuit City Stores, Inc, et al* |
| *Claimant* | : | *Antonio Precise Products Manufactory Limited* |
| *Matter* | : | *Twenty-Fourth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims)* |

We have been authorized by the above claimant to act on its behalf in the subject matter.

We note that the debtor has requested that the claim amount of the captioned claim be reduced from US$51,454.34 to US$10,290.87 for the reasons that some of the liabilities have also been claimed on Claim No 1471.

The claimant disagrees with such objection. First of all, the debtor did not identify the liabilities which claimed to have been included in Claim No 1471 and no evidence has been produced in the support of its claims.

Furthermore, according to the enclosed Statement, the total outstanding balance of the debtor on the claimant's books of accounts is US$206,095.56. Since the secured amount claimed under Claim No 1471 is US$154,641.22, the remaining general unsecured amount claimed under the subject claim should be US$51,454.34 (US$206,095.56 - US$154,641.22) .

A copy of the Statement setting out the details of both the subject Claim No 26 and Claim No 1471 together with copies of the relevant supporting invoices, purchase orders and goods delivery notices are herewith enclosed for immediate reference. You will see that each claim covers different liabilities of the debtor.

**Emily Yip & Co**

*Agents for Trade Marks & Patents*

Room 1904
Chinachem Exchange Square II
338 King's Road
Hong Kong
Tel : (852) 2340 0040 (Direct)
Fax : (852) 2723 3670
Email : eyip@eyip.com

In the circumstances, the claimant respectfully request that the debtor's objection to the claim amount of the captioned claim be disallowed and the original claim amount of US$51,454.34 be maintained.

Yours faithfully

EMILY YIP & CO

Enc

Copy to: Jeffrey N Pomerantz Esq
Andrew W Caine Esq
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
United States of America

- and -

Lynn L Tavenner Esq
Paula S Beran Esq
Tavenner & Beran PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
United States of America



# ANTONIO PRECISE PRODUCTS MFY LTD

307-313, PHOTONICS CENTRE 2 SCIENCE PARK EAST AVENUE HONG KONG SCIENCE PARK SHATIN HONG KONG
Tel.:(852)2772-3101 Fax.:(852)2775-5718 E-mail:antonio@antonio.com

## STATEMENT

**Messrs. :**
CIRCUIT CITY STORES, INC
9950 MARYLAND,DRIVE
RICHMOND
VA 23233
USA
**Tel.** : 18048463589 **Fax. :** 18664198821
**Attn.** : DONNA L. HOLZBACH

**Statement No.** : CC006120081113
**Customer Code** : CC0061
**Issued Date** : 13 Nov 2008
**Closing Date** : 13 Nov 2008
**Page** : 1

| Date | Due Date | Type | Document No. | | Original Amount | Settlement | Outstanding |
|---|---|---|---|---|---|---|---|
| 25 Aug 2008 | 24 Oct 2008 | Invoice | SF05473 | USD | 15,640.68 | | 15,640.68 |
| 23 Sep 2008 | 22 Nov 2008 | Invoice | SF05531 | USD | 14,760.00 | | 14,760.00 |
| 24 Sep 2008 | 23 Nov 2008 | Invoice | SF05534 | USD | 9,534.96 | | 9,534.96 |
| 07 Oct 2008 | 06 Dec 2008 | Invoice | SF05536 | USD | 11,518.70 | | 11,518.70 |
| 23 Oct 2008 | 22 Dec 2008 | Invoice | SF05587 | USD | 56,495.38 | | 56,495.38 |
| 07 Nov 2008 | 06 Jan 2009 | Invoice | 34340 | USD | 14,218.80 | | 14,218.80 |
| 07 Nov 2008 | 06 Jan 2009 | Invoice | 34342 | USD | 10,521.91 | | 10,521.91 |
| 07 Nov 2008 | 06 Jan 2009 | Invoice | 34344 | USD | 7,109.40 | | 7,109.40 |
| 08 Nov 2008 | 07 Jan 2009 | Invoice | 34341 | USD | 9,242.22 | | 9,242.22 |
| 08 Nov 2008 | 07 Jan 2009 | Invoice | 34343 | USD | 5,260.96 | | 5,260.96 |
| 08 Nov 2008 | 07 Jan 2009 | Invoice | 34345 | USD | 14,787.55 | | 14,787.55 |
| 10 Nov 2008 | 09 Jan 2009 | Invoice | SF05589 | USD | 37,005.00 | | 37,005.00 |
| | | | | | | **TOTAL AMOUNT DUE :** USD | 206,095.56 |

*Payment Received After Statement Date Have Not Been Included*
The Balance Outstanding Is Made As Shown Below ...

| $ | Not Yet Due | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Total |
|---|---|---|---|---|---|---|
| USD | 190,454.88 | 15,640.68 | 0.00 | 0.00 | 0.00 | 206,095.56 |

ATO

**Antonio Precise Products Manufactory Ltd.**
安東尼澳實業有限公司

# INVOICE

Sold To :
CIRCUIT CITY STORES, INC.
9950 MARYLAND DRIVE
RICHMOND, VA 23233

Invoice No. **SF05473**
Date : 25-Aug-08
P.O. No. : 2099611

Job Order No. : ITI 44042

Vessel Name & Voyage/Flight No. CHICAGO BRIDGE V.45E
On Board Date or 01-Sep-08
Fm Yantian to LONG BEACH, USA
Freight Payable at DESTINATION
Payment Term : O/A 60 DAYS
Shipment Term : FOB YANTIAN
F.g. No.: FG # 61532
L/C NO. /

| Shipping Marks | Detailed Description of Goods. | Quantity | Unit Price (US$) | Amount (US$) |
|---|---|---|---|---|
| Circuit City P.O. # 2099611<br>Circuit City Model (SKU) # UEB24<br>Unit Count per Carton 50 pieces<br>Carton # 1 of 110<br>Gross Weight pounds<br>Carton Dimensions (inches) :<br>length x width x height<br>Made in China | UNDER PO# 2099611<br>MODEL# UEB24<br>SPORT BUDS<br>UPC: 837318006871 | 5,500 | $ 2.89 | $ 15,895.00 |

**1.60% DISCOUNT FOR TENDER DATE BETWEEN 15AUG08-15OCT08 FOR SEASONAL OFF** $ 254.32

"NO NON-MANUFACTURED WOOD DUNNAGE, PALLETS, CRATING OR OTHER PACKING MATERIAL ACCOMPANIES THIS SHIPMENT"

SAY U.S. Dollars : **FIFTEEN THOUSAND SIX HUNDRED FORTY AND CENTS SIXTY EIGHT ONLY. ****

5,500 PCS $ 15,640.68

For and on behalf of
ANTONIO PRECISE PRODUCTS MANUFACTORY LTD

Authorized Signature(s)

Unit 307-313, 3/F., Photonics Centre, No.2 Science Park East Ave.,

Date: 8/29/2008 3:02 PM To: MS CHAN @ 29527561 Page: 001/002

TO : ANTONIO PRECISE PRODUCTS MANUFACTORY
ATTN : MS CHAN
FROM : JESSI XU (FAX#: 86-755-25280754 PHONE#: 86-755-22171129)

APL Logistics

COPY -- NOT NEGOTIABLE

ORIGINAL FORWARDERS CARGO RECEIPT

NO: YAT868847

**SELLER (PRINCIPAL OR LICENSEE)**
ANTONIO PRECISE PRODUCTS MANUFACTORY LTD
RM 1314-1316 13/F BLOCK B YAU TONG IND CITY 17 KO FAI RD, YAU TONG KLN HK

**DATE CARGO RECEIVED**
25 AUG 2008

**COUNTRY OF ORIGIN**
CHINA

**BUYER (NAME AND ADDRESS)**
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

**ALSO NOTIFY PARTY**
CIRCUIT CITY STORES,INC
DISTRIBUTION CENTER # 717
501 SO.CHERYL LANE
WALNUT,CA 91789 UNITED STATES
ATTN:JUAN LOPEZ OR KRISTINE GREER

**EXPORT CARRIER (VESSEL, VOYAGE)**
CHICAGO BRIDGE 45E

**NOTIFY PARTY (NAME AND ADDRESS)**
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

**EXPORT REFERENCE**

**PORT OF LOADING**
YANTIAN, CHINA

**PORT OF DISCHARGE**
LONG BEACH, CA

**FINAL DESTINATION**
LONG BEACH, CA

**DESCRIPTION OF PACKAGES AND GOODS**

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" KGS 418.000 | CBM 4.996 |
| CIRCUIT CITY<br>P.O.#2099611<br>CIRCUIT CITY<br>MODEL(SKU)#UEB24<br>UNIT COUNT<br>PER CARTON 50PIECES<br>CARTON# 1 OF 110<br>GROSS WEIGHT POUNDS<br>CARTON DIMENSIONS (INCHES):<br>LENGTH X WIDTH X HIGHT<br>MADE IN CHINA | 110 CTNS | SPORTS BUDS<br>PO NO.:2099611 MODEL NO.:UEB24<br><br>NOTIFY 3:<br>EXPEDITORS INTERNATIONAL<br>2550 ELLSMERE AVE.,SUITE B<br>NORFOLK,VA 23513<br>A:IRENE BARON<br><br>*** SEE ATTACHMENT PAGE 2 THRU 2 ***<br><br>ONE HUNDRED TEN CTNS ONLY | | |

**STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF**
CIRCUIT CITY

ISSUE DATE:01 SEP2008

MISC CHARGES 1278.50

TOTAL (HKD) 1278.50

WE RECEIVED __ ORIGINAL 1 COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/3 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER.

COMMERCIAL INVOICE COPY
CERTIFICATE OF ORIGIN COPY
PACKING LIST COPY
SHIPPING DOCUMENT RECEIPT COPY

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE (" THE GOODS" IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

1 ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY: ______________ AS AGENT

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:YAT868847

SHIPPER DECLARE:
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: SEPTEMBER 01,2008
CONTAINER# : KKFU1480495
SEAL# : KLBAF20124
BILL OF LADING: KKLU2Y0414CIB45B
PLACE OF RECEIPT: YANTIAN, CHINA

MISC CHARGES BREAKDOWN

| | |
|---|---|
| AMS FEE FROM CARRI | 74.10 |
| CONTAINER SECURITY | 53.60 |
| DOCUMENT ADMINISTR | 142.50 |
| LCL HANDLING CHARG | 757.70 |
| PORT SECURITY / OT | 19.90 |
| TERMINAL HANDLING | 230.70 |

>AMS





Header Information

city

# Purchase Order

| Purchase Order Information | |
|---|---|
| Original | |
| Purchase Order Type | Stand-alone Order |
| Purchase Order Number | 2099611 |
| Purchase Order Date | 20080701 |
| Vendor Number | 070566 |
| Message Text | |

| Circuit City Contact Name | |
|---|---|
| Information Contact Name | 9773 Jacqueline Acevedo |

| F O B Related Instructions | |
|---|---|
| Collect | Origin(Shipping Point) |

| Ship To Party | |
|---|---|
| CCS Distribution Id Code | 0717 |

| Terms of Sale | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | |
| Terms Discount Days Due | |
| Terms Net Days | 60 |
| Description | |

| Date Reference | |
|---|---|
| Delivery Requested | 20080918 |
| Requested Ship | 2008-08-19 |
| Do Not Ship Before | 20080823 |
| Do Not Ship After | 20080827 |
| Do Not Deliver After | |
| Do Not Deliver Before | |
| Do Not Tender Before | 20080823 |
| Do Not Tender After | 20080827 |

| For Direct Import Orders Only | |
|---|---|
| CIRCUIT CITY | Containerized Ocean |
| Name of City or Port | HONG KONG |

Line Items

city

# Purchase Order

[illegible]

| [illegible] | [illegible] | Unit of Measurement | [illegible] | [illegible] |
|---|---|---|---|---|
| 1 | UEB24 | Each | 5500 | 2.89 |

HH24-17102

P

log: 14766.

W/O: 44042

000776

Issued by:

Checked by:



memo

May 29, 2008

To Our Vendor Partners:

In our ongoing efforts to drive top-line sales, improve inventory efficiency, and to maximize the total customer experience, Circuit City is asking for your partnership in support of our Holiday business.

We ask that you support our usual incremental and early inventory investments for the Holiday sales period, by extending **Seasonal Dating/Terms** or by providing an **Additional Payment Discount** as set forth below.

This year, with an elevated focus on delivering to financial and customer focused objectives, we are formalizing that partnership request.

**Circuit City Seasonal Dating/Terms or Additional Payment Discount Request**

For any purchase orders that are received/tendered **between 8/15/08 and 10/15/08**, Circuit City requests your support for either:

- **60 days additional days dating/terms or 1.6% payment discount**

Please confirm to your respective Sourcing Manager leads (by email by July 07, 2008) which of these shared investment options you will support.

We thank you in advance for your partnership.

Sincerely,

John Kelly
***Senior Vice President***
***& Chief Merchandising Officer***



**Antonio Precise Products Manufactory Ltd.**
安東尼澳實業有限公司

# INVOICE

Sold To :
CIRCUIT CITY STORES, INC.
9950 MARYLAND DRIVE
RICHMOND, VA 23233

Invoice No. **SF05531**
Date : 22-Sep-08
P.O. No. : 2095096

Job Order No. : ITI 43780

Vessel Name & Voyage/Flight No. OOCL HAMBURG V.45E39
Fm Yantian to LONG BEACH, USA
Payment Term : O/A 60 DAYS

On Board Date or 28-Sep-08
Freight Payable at DESTINATION
Shipment Term : FOB YANTIAN
F.g. No.: FG # 61881

L/C NO. /

| Shipping Marks | Detailed Description of Goods. | Quantity | Unit Price (US$) | Amount (US$) |
|---|---|---|---|---|
| Circuit City P.O. # 2095096<br>Circuit City Model (SKU) # UEB101ALUM<br>Unit Count per Carton 50 pieces<br>Carton # 1 of 60<br>Gross Weight pounds<br>Carton Dimensions (inches) : length x width x height<br>Made in China | UNDER PO# 2095096<br>MODEL# UEB101ALUM<br>SOUND-ISOLATING EAR BUDS<br>UPC: 400000000763 | 3,000 | $ 5.00 | $ 15,000.00 |

ENTERED

**1.60% DISCOUNT FOR TENDER DATE BETWEEN 15AUG08-15OCT08 FOR SEASONAL OFF** $ 240.00

"NO NON-MANUFACTURED WOOD DUNNAGE, PALLETS, CRATING OR OTHER PACKING MATERIAL ACCOMPANIES THIS SHIPMENT"

SAY U.S. Dollars : **FORTEEN THOUSAND SEVEN HUNDRED AND SIXTY ONLY. ****

3,000 PCS $ 14,760.00

For and on behalf of
ANTONIO PRECISE PRODUCTS MANUFACTORY LTD

Unit 307-313, 3/F., Photonics Centre, No.2 Science Park East Ave.,

TO : ANTONIO
ATTN : WING YIP
FROM : MAVIS MENG (FAX#: 86-755-25280754 PHONE#: 86-755-22171134)

APL Logistics

COPY -- NOT NEGOTIABLE
ORIGINAL FORWARDERS CARGO RECEIPT

NO: YAT338173

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| ANTONIO PRECISE PRODUCTS MANUFACTORY LTD | 23 SEP 2008 | CHINA |

BUYER (NAME AND ADDRESS)
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

ALSO NOTIFY PARTY
CIRCUIT CITY STORES,INC
DISTRIBUTION CENTER # 717
501 SO.CHERYL LANE
WALNUT,CA 91789 UNITED STATES
ATTN:JUAN LOPEZ OR KRISTINE GREER

EXPORT CARRIER (VESSEL, VOYAGE)
ROTTERDAM BRIDGE 44E

NOTIFY PARTY (NAME AND ADDRESS)
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

| EXPORT REFERENCE | PORT OF LOADING |
|---|---|
| | YANTIAN, CHINA |
| **PORT OF DISCHARGE** | **FINAL DESTINATION** |
| LONG BEACH, CA | LONG BEACH, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" KGS. 216.000 | CBM. 1.517 |
| CIRCUIT CITY P.O.#2095096 CIRCUIT CITY MODEL (SKU)#UEB101ALUM UNIT COUNT PER CARTON 50 PIECES CARTON#1-60 GROSS WEIGHT POUNDS CARTON DIMENSIONS (INCHES): LENGTH X WIDTH X HEIGHT MADE IN CHINA | 60 CTNS | SOUND-ISOLATING EAR BUDS<br>PO NO.:2095096 MODEL NO.:UEB101ALUM<br><br>NTFY3:<br>EXPEDITORS INTERNATIONAL<br>2550 ELLSMERE AVE.,SUITE B<br>NORFOLK,VA 23513<br>A:IRENE BARON<br><br>*** SEE ATTACHMENT PAGE 2 THRU 2 ***<br><br>SIXTY CTNS ONLY | | |

STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF
CIRCUIT CITY
ISSUE DATE:29 SEP2008

MISC CHARGES 574.70

TOTAL (HKD) 574.70

WE RECEIVED __ ORIGINAL 1 COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 3 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER

| | |
|---|---|
| COMMERCIAL INVOICE | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY |

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

1 ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY: ______________________ AS AGENT

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:YAT338173

SHIPPER DECLARE:
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: SEPTEMBER 29,2008
CONTAINER# : KKFU1590872
SEAL# : KLBAC69784
BILL OF LADING: KKLUHK6705074
PLACE OF RECEIPT: YANTIAN, CHINA

*MISC CHARGES BREAKDOWN*

| | |
|---|---|
| AMS FEE FROM CARRI | 73.90 |
| CONTAINER SECURITY | 53.40 |
| DOCUMENT ADMINISTR | 142.10 |
| LCL HANDLING CHARG | 229.40 |
| PORT SECURITY / OT | 6.00 |
| TERMINAL HANDLING | 69.90 |

 **Header Information**

# Purchase Order Change

**Purchase Order Change Information**

| | |
|---|---|
| **Original Purchase Order Number** | 2095096 |
| **PO Change Date** | 2008-08-21 |
| **Original Purchase Order Date** | 2008-06-20 |
| **Vendor Number** | 070566 |

**Ship To Party**

**CCS Distribution Center** 0717

**Date Reference**

| | |
|---|---|
| **Requested Ship** | 2008-08-19 |
| **Do Not Ship Before** | 2008-08-31 |
| **Do Not Ship After** | 2008-09-04 |
| **Do Not Tender Before** | 2008-08-31 |

**For Direct Import Orders Only**

| | |
|---|---|
| **CIRCUIT CITY** | *Containerized Ocean* |
| **Name of City or Port** | YANTIAN |

**Line Item Information**

| Line # | Model | Price | UOM |
|---|---|---|---|
| 2 | UEB101ALUM J043780 EH101-17104 | | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Date Change | 3000 | 3000 |

| Delivery Requested Date | Requested Ship | Do Not Ship Before |
|---|---|---|
| 2008-10-16 | 2008-08-19 | 2008-09-21 ✓ |

Issued by:
Checked by:
Approved by: 张春鸣

000743



memo

May 29, 2008

To Our Vendor Partners:

In our ongoing efforts to drive top-line sales, improve inventory efficiency, and to maximize the total customer experience, Circuit City is asking for your partnership in support of our Holiday business.

We ask that you support our usual incremental and early inventory investments for the Holiday sales period, by extending **Seasonal Dating/Terms** or by providing an **Additional Payment Discount** as set forth below.

This year, with an elevated focus on delivering to financial and customer focused objectives, we are formalizing that partnership request.

**Circuit City Seasonal Dating/Terms or Additional Payment Discount Request**

For any purchase orders that are received/tendered **between 8/15/08 and 10/15/08**, Circuit City requests your support for either:

- **60 days additional days dating/terms or 1.6% payment discount**

Please confirm to your respective Sourcing Manager leads (by email by July 07, 2008) which of these shared investment options you will support.

We thank you in advance for your partnership.

Sincerely,

John Kelly
***Senior Vice President***
***& Chief Merchandising Officer***

 **Antonio Precise Products Manufactory Ltd.**
安東尼澳實業有限公司

# INVOICE

Sold To :
CIRCUIT CITY STORES, INC.
9950 MARYLAND DRIVE
RICHMOND, VA 23233

Invoice No. **SF05534**
Date : 23-Sep-08
P.O. No. : 2095096
Job Order No. : ITI 43779

Vessel Name & Voyage/Flight No. OOCL HAMBURG V.45E39
Fm Yantian to LONG BEACH, USA
Payment Term : O/A 60 DAYS
L/C NO. /

On Board Date or 29-Sep-08
Freight Payable at DESTINATION
Shipment Term : FOB YANTIAN
F.g. No.: FG # 61890

| Shipping Marks | Detailed Description of Goods. | Quantity | Unit Price (US$) | Amount (US$) |
|---|---|---|---|---|
| Circuit City P.O. # 2095096<br>Circuit City Model (SKU) # UEB81BLACK<br>Unit Count per Carton 50 pieces<br>Carton # 1 of 60<br>Gross Weight pounds<br>Carton Dimensions (inches) :<br>length x width x height<br>Made in China | UNDER PO# 2095096<br>MODEL# UEB81BLACK<br>NOISE-REDUCING EAR BUDS<br>UPC: 400000000756 | 3,000 | $ 3.23 | $ 9,690.00 |
| | **1.60% DISCOUNT FOR TENDER DATE BETWEEN 15AUG08-15OCT08 FOR SEASONAL OFF** | | | $ 155.04 |

ENTERED

"NO NON-MANUFACTURED WOOD DUNNAGE, PALLETS, CRATING OR OTHER PACKING MATERIAL ACCOMPANIES THIS SHIPMENT"

SAY U.S. Dollars : **NINE THOUSAND FIVE HUNDRED THIRTY FOUR AND CENTS NINETY SIX ONLY. **** 3,000 PCS $ 9,534.96

For and on behalf of
ANTONIO PRECISE PRODUCTS MANUFACTORY LTD

TO : ANTONIO
ATTN : WING YIP
FROM : WINNIE CHAN (FAX#: 852-81070315 PHONE#: 852-23027541)

APL Logistics

COPY -- NOT NEGOTIABLE

ORIGINAL FORWARDERS CARGO RECEIPT

NO: HKG406309

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| ANTONIO PRECISE PRODUCTS MANUFACTORY LTD | 24 SEP 2008 | CHINA |

| BUYER (NAME AND ADDRESS) | ALSO NOTIFY PARTY |
|---|---|
| CIRCUIT CITY STORES,INC<br>9950 MAYLAND DR/ATTN:INTL LOGISTICS<br>DR1/INTL.LOGISTICS/4TH FLOOR<br>RICHMOND,VA 23233 UNITED STATES<br>T:8044868585 FAX:8043426448 | CIRCUIT CITY STORES,INC<br>DISTRIBUTION CENTER # 717<br>501 SO.CHERYL LANE<br>WALNUT,CA 91789 UNITED STATES<br>ATTN:JUAN LOPEZ OR KRISTINE GREER |

EXPORT CARRIER (VESSEL, VOYAGE): OOCL HAMBURG 45E39

NOTIFY PARTY (NAME AND ADDRESS)
CIRCUIT CITY STORES,INC
9950 MAYLAND DR/ATTN:INTL LOGISTICS
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8044868585 FAX:8043426448

| EXPORT REFERENCE | PORT OF LOADING |
|---|---|
| | HONG KONG, HONG KONG |
| **PORT OF DISCHARGE** | **FINAL DESTINATION** |
| LONG BEACH, CA | LONG BEACH, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" | |
| | | | KGS. 198.000 | CBM. 1.922 |
| | | *** SEE ATTACHMENT PAGE 2 THRU 2 *** | | |
| | | SIXTY CTNS ONLY | | |

STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF
CIRCUIT CITY
DOCS RCVD:29 SEP2008 ISSUE DATE:29 SEP2008

| | |
|---|---|
| MISC CHARGES | 633.90 |
| TOTAL (HKD) | 633.90 |

WE RECEIVED __ ORIGINAL 1 COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 20 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER.

| | |
|---|---|
| COMMERCIAL INVOICE | COPY |
| CERTIFICATE OF ORIGIN | COPY |
| PACKING LIST | COPY |
| SHIPPING DOCUMENT RECEIPT | COPY |

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

1 ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY: ____________________
AS AGENT

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:HKG406309

---

CIRCUIT CITY
PO#2095096
CIRCUIT CITY
MODEL(SKU):
UEB81BLACK
UNIT COUNT
PER CARTON 50 PIECES
CARTON#: 1 OF 60
GROSS WEIGHT
POUNDS
CARTON DIMENSIONS
(INCHES):
LENGTH X
WIDTH X
HEIGHT
MADE IN CHINA

60 CTNS NOISE-REDUCING EAR BUDS
PO NO.:2095096 MODEL NO.:UEB81BLACK
QTY: 3000 PCS

ALSO NOTIFY PARTY:
EXPEDITORS INTERNATIONAL
2550 ELLSMERE AVE.,SUITE B
NORFOLK,VA 23513
A:IRENE BARON

SHIPPER DECLARE:
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: SEPTEMBER 29,2008
CONTAINER# : OOLU1687624
SEAL# : OOLM879761
BILL OF LADING: OOLU78274903
PLACE OF RECEIPT: YANTIAN, CHINA

MISC CHARGES BREAKDOWN

| | |
|---|---|
| AMS FEE FROM CARRI | 65.00 |
| CONTAINER SECURITY | 47.00 |
| DOCUMENT ADMINISTR | 150.00 |
| LCL HANDLING CHARG | 255.60 |
| PORT SECURITY / OT | 6.70 |
| TERMINAL HANDLING | 109.60 |

 # Purchase Order Change

**Puchase Order Change Information**

| | |
|---|---|
| **Original Purchase Order Number** | 2095096 |
| **PO Change Date** | 2008-09-03 |
| **Original Purchase Order Date** | 2008-06-20 |
| **Vendor Number** | 070566 |

**Ship To Party**

**CCS Distribution Center** 0717

**Date Reference**

| | |
|---|---|
| **Requested Ship** | 2008-08-19 |
| **Do Not Ship Before** | 2008-09-28 |
| **Do Not Ship After** | 2008-10-02 |
| **Do Not Tender Before** | 2008-09-28 ✓ |

**For Direct Import Orders Only**

| | |
|---|---|
| **CIRCUIT CITY** | Containerized Ocean |
| **Name of City or Port** | YANTIAN |

**Line Item Information**

| Line # | Model | Price | UOM |
|---|---|---|---|
| 1 | UEB81BLACK J043779 EH81-17101 | | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Date Change | 3000 | 3000 |

| Delivery Requested Date | Requested Ship | Do Not Ship Before |
|---|---|---|
| 2008-10-23 | 2008-08-19 | 2008-09-28 ✓ |

000743

Issued by:

Checked by:

Approved by:



memo

May 29, 2008

To Our Vendor Partners:

In our ongoing efforts to drive top-line sales, improve inventory efficiency, and to maximize the total customer experience, Circuit City is asking for your partnership in support of our Holiday business.

We ask that you support our usual incremental and early inventory investments for the Holiday sales period, by extending **Seasonal Dating/Terms** or by providing an **Additional Payment Discount** as set forth below.

This year, with an elevated focus on delivering to financial and customer focused objectives, we are formalizing that partnership request.

**Circuit City Seasonal Dating/Terms or Additional Payment Discount Request**

For any purchase orders that are received/tendered **between 8/15/08 and 10/15/08**, Circuit City requests your support for either:

- **60 days additional days dating/terms or 1.6% payment discount**

Please confirm to your respective Sourcing Manager leads (by email by July 07, 2008) which of these shared investment options you will support.

We thank you in advance for your partnership.

Sincerely,

John Kelly
***Senior Vice President***
***& Chief Merchandising Officer***

 **Antonio Precise Products Manufactory Ltd.**
安東尼澳實業有限公司

# INVOICE

Sold To :
CIRCUIT CITY STORES, INC.
9950 MARYLAND DRIVE
RICHMOND, VA 23233

Invoice No. **SF05536**
Date : 06-Oct-08
P.O. No. : 2118107
Job Order No. : ITI 44360-62

Vessel Name & Voyage/Flight No. APL SCOTLAND V.171-1
Fm Yantian to LONG BEACH, USA
Payment Term : O/A 60 DAYS
L/C NO. /

On Board Date or 13-Oct-08
Freight Payable at DESTINATION
Shipment Term : FOB YANTIAN
F.g. No.: FG # 62027 ~ 62029

| Shipping Marks | Detailed Description of Goods. | Quantity | Unit Price (US$) | Amount (US$) |
|---|---|---|---|---|
| Circuit City P.O. # 2118107<br>Circuit City Model (SKU) # UEB24<br>Unit Count per Carton 50 pieces<br>Carton # 1 of 20<br>Gross Weight pounds<br>Carton Dimensions (inches) : length x width x height<br>Made in China | UNDER PO# 2118107<br>UEB24<br>SPORT BUDS<br>UPC: 8373108006871 | 1,000 | $ 2.89 | $ 2,890.00 |
| -DO-<br>Circuit City Model (SKU) # UEB101ALUM<br>Carton # 1 of 20 | UNDER PO# 2118107<br>UEB101ALUM<br>SOUND-ISOLATING EAR BUDS<br>UPC: 400000000763 | 1,000 | $ 5.30 | $ 5,300.00 |
| -DO-<br>Circuit City Model (SKU) # UEB81BLACK<br>Carton # 1 of 24 | UNDER PO# 2118107<br>UEB81BLACK<br>NOISE-REDUCING EAR BUDS<br>UPC: 400000000756 | 1,200 | $ 2.93 | $ 3,516.00 |
| | **1.60% DISCOUNT FOR TENDER DATE BETWEEN 15AUG08-15OCT08 FOR SEASONAL OFF** | | | $ 187.30 |

ENTERED

"NO NON-MANUFACTURED WOOD DUNNAGE, PALLETS, CRATING OR OTHER PACKING MATERIAL ACCOMPANIES THIS SHIPMENT"

SAY U.S. Dollars : **ELEVEN THOUSAND FIVE HUNDRED EIGHTEEN AND CENTS SEVENTY ONLY. ****

3,200 PCS $ 11,518.70

For and on behalf of
ANTONIO PRECISE PRODUCTS MANUFACTORY ATO

Page: 001

TO : CCITY
ATTN : CCITY
FROM : MAVIS MENG (FAX#: 86-755-25280754 PHONE#: 86-755-22171134)

APL Logistics

COPY -- NOT NEGOTIABLE
ORIGINAL FORWARDERS CARGO RECEIPT

NO: YAT405984

SELLER (PRINCIPAL OR LICENSEE)
ANTONIO PRECISE PRODUCTS MANUFACTORY LTD
RM 1314-1316 13/F BLOCK B YAU TONG IND CITY,17 KO FAI RD,YAU TONG KLN HK

DATE CARGO RECEIVED
07 OCT 2008

COUNTRY OF ORIGIN
CHINA

BUYER (NAME AND ADDRESS)
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

ALSO NOTIFY PARTY
CIRCUIT CITY STORES,INC
DISTRIBUTION CENTER # 717
501 SO.CHERYL LANE
WALNUT,CA 91789 UNITED STATES
ATTN:JUAN LOPEZ OR KRISTINE GREER

EXPORT CARRIER (VESSEL, VOYAGE)
GENOA BRIDGE 43E

NOTIFY PARTY (NAME AND ADDRESS)
CIRCUIT CITY STORES,INC
ATTN:JOSH PETRIE,9950 MAYLAND DR.
DR1/INTL.LOGISTICS/4TH FLOOR
RICHMOND,VA 23233 UNITED STATES
T:8045274000 FAX:8045274110

EXPORT REFERENCE

PORT OF LOADING
YANTIAN, CHINA

PORT OF DISCHARGE
LONG BEACH, CA

FINAL DESTINATION
LONG BEACH, CA

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" KGS. 227.200 | CBM 2.277 |
| CIRCUIT CITY P.O.#2118107 CIRCUIT CITY MODEL(SKU)# UEB24 UNIT COUNT PER CARTON 50 PIECES CARTON# 1 OF 20 GROSS WEIGHT POUNDS CARTON DIMENSIONS (INCHES): LENGTH X WIDTH X HIGHT MADE IN CHINA | 20 CTNS | SPORT BUDS PO NO.:2118107 MODEL NO.:UEB24 *** SEE ATTACHMENT PAGE 2 THRU 2 *** SIXTY-FOUR CTNS ONLY | | |

STATEMENT: IN ACCORDANCE WITH INSTRUCTIONS OF
CIRCUIT CITY
ISSUE DATE:20 OCT2008

MISC CHARGES 727.80

TOTAL (HKD) 727.80

WE RECEIVED __ ORIGINAL 1 COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS ?? ORIGINAL BILLS OF LADING WILL BE DESPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER

COMMERCIAL INVOICE COPY
CERTIFICATE OF ORIGIN COPY
PACKING LIST COPY
SHIPPING DOCUMENT RECEIPT COPY

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKAGES OR OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EXTERNAL GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SHIPPER, CONSIGNEE AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATION AND FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE WRITTEN, STAMPED OR PRINTED.

1 ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED BY APL LOGISTICS HONG KONG, LTD.

APL LOGISTICS CHINA LTD.

BY: ______________ AS AGENT

APL LOGISTICS CHINA LTD.

COPY -- NOT NEGOTIABLE CARGO RECEIPT NO:YAT405984

CIRCUIT CITY
P.O.#2118107
CIRCUIT CITY
MODEL(SKU)#
UEB101ALUM
UNIT COUNT
PER CARTON 50 PIECES
CARTON# 1 OF 20
GROSS WEIGHT POUNDS
CARTON DIMENSIONS
(INCHES):
LENGTH X WIDTH X
HIGHT
MADE IN CHINA

20 CTNS SOUND-ISOLATING EAR BUDS
PO NO.:2118107 MODEL NO.:UEB101ALUM

CIRCUIT CITY
P.O.#2118107
CIRCUIT CITY
MODEL(SKU)#
UEB81BLACK
UNIT COUNT
PER CARTON 50 PIECES
CARTON# 1 OF 24
GROSS WEIGHT POUNDS
CARTON DIMENSIONS
(INCHES):
LENGTH X WIDTH X
HIGHT
MADE IN CHINA

24 CTNS NOISE-REDUCING EAR BUDS
PO NO.:2118107 MODEL NO.:UEB81BLACK

NTFY3:
EXPEDITORS INTERNATIONAL
2550 ELLSMERE AVE.,SUITE B
NORFOLK,VA 23513
A:IRENE BARON

SHIPPER DECLARE:
THIS SHIPMENT DOES NOT CONTAIN
WOOD PACKAGING MATERIAL
ON BOARD DATE: OCTOBER 20,2008
CONTAINER# : FSCU3174598
SEAL# : KLBAJ61307
BILL OF LADING: KKLU1234567890
PLACE OF RECEIPT: YANTIAN, CHINA

MISC CHARGES BREAKDOWN

| | |
|---|---|
| AMS FEE FROM CARRI | 73.90 |
| CONTAINER SECURITY | 53.40 |
| DOCUMENT ADMINISTR | 142.10 |
| LCL HANDLING CHARG | 344.40 |
| PORT SECURITY / OT | 9.10 |
| TERMINAL HANDLING | 104.90 |

Header Information

# Purchase Order Change

Purchase Order Change Information

**Original Purchase Order Number** 2118107
**PO Change Date** *2008-09-18*
**Original Purchase Order Date** 2008-08-07
**Vendor Number** 070566

Ship To Party

**CCS Distribution Center** 0717

Date Reference

**Requested Ship** 2008-09-16
**Do Not Ship Before** 2008-10-05
**Do Not Ship After** 2008-10-09
**Do Not Tender Before** 2008-10-05

For Direct Import Orders Only

**CIRCUIT CITY** Containerized Ocean
**Name of City or Port** YANTIAN

Line Item Information

| Line # | Model | Price | UOM |
|---|---|---|---|
| 1 | UEB24 HH24-IT102 J044360 | | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Date Change | 1000 | 1000 |

| Delivery Requested Date | Requested Ship | Do Not Ship Before |
|---|---|---|
| 2008-10-30 | 2008-09-16 | 2008-10-05 |

| Line # | Model | Price | UOM |
|---|---|---|---|
| 2 | UEB101ALUM EH101-IT104 J044361 | | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Date Change | 1000 | 1000 |

| Delivery Requested Date | Requested Ship | Do Not Ship Before |
|---|---|---|
| 2008-10-30 | 2008-09-16 | 2008-10-05 |

| Line # | Model | Price | UOM |
|---|---|---|---|
| 3 | UEB81BLACK EH81-IT101 J044362 | | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Date Change | 1200 | 1200 |

| Delivery Requested Date | Requested Ship | Do Not Ship Before |
|---|---|---|
| 2008-10-30 | 2008-09-16 | 2008-10-05 |

...ued by:
...ecked by:



memo

May 29, 2008

To Our Vendor Partners:

In our ongoing efforts to drive top-line sales, improve inventory efficiency, and to maximize the total customer experience, Circuit City is asking for your partnership in support of our Holiday business.

We ask that you support our usual incremental and early inventory investments for the Holiday sales period, by extending **Seasonal Dating/Terms** or by providing an **Additional Payment Discount** as set forth below.

This year, with an elevated focus on delivering to financial and customer focused objectives, we are formalizing that partnership request.

**Circuit City Seasonal Dating/Terms or Additional Payment Discount Request**

For any purchase orders that are received/tendered **between 8/15/08 and 10/15/08**, Circuit City requests your support for either:

- **60 days additional days dating/terms or 1.6% payment discount**

Please confirm to your respective Sourcing Manager leads (by email by July 07, 2008) which of these shared investment options you will support.

We thank you in advance for your partnership.

Sincerely,

John Kelly
***Senior Vice President***
***& Chief Merchandising Officer***