ATO

**Antonio Precise Products Manufactory Ltd.**

安東尼澳實業有限公司

# INVOICE

Sold To :
CIRCUIT CITY STORES, INC.
9950 MARYLAND DRIVE
RICHMOND, VA 23233

Invoice No. **SF05587**
Date : ~~23-Nov-08~~ 23 OCT 08
P.O. No. : 2147458

(Stamp: ANTONIO PRECISE PRODUCTS MFY. LTD. Shipping Dept)

Job Order No. : ITI 44477-79

| | | | |
|---|---|---|---|
| Vessel Name & | ROTTERDAM BRIDGE | | |
| Voyage/Flight No. | V.45E | On Board Date or | 03-Nov-08 |
| Fm Yantian to | LONG BEACH, USA | Freight Payable at | DESTINATION |
| Payment Term : | O/A 60 DAYS | Shipment Term : | FOB YANTIAN |
| | | F.g. No.: | FG # 62190 ~ 62192 |
| L/C NO. | / | | |

| Shipping Marks | Detailed Description of Goods. | Quantity | Unit Price (US$) | Amount (US$) |
|---|---|---|---|---|
| Circuit City P.O. # 2147458<br>Circuit City Model (SKU) # UEB101ALUM<br>Unit Count per Carton 50 pieces<br>Carton # 1 of 60<br>Gross Weight pounds<br>Carton Dimensions (inches) :<br>length x width x height<br>Made in China | UNDER PO# 2147458<br>UEB101ALUM<br>SOUND-ISOLATING EAR BUDS<br>UPC: 400000000763 | 3,000 | $ 5.30 | $ 15,900.00 |
| -DO-<br>Circuit City Model (SKU) # UEB24<br>Carton # 1 of 180 | UEB24<br>SPORT BUDS<br>UPC: 8373108006871 | 9,000 | $ 2.89 | $ 26,010.00 |
| -DO-<br>Circuit City Model (SKU) # UEB81BLACK<br>Carton # 1 of 96 | UEB81BLACK<br>NOISE-REDUCING EAR BUDS<br>UPC: 400000000756 | 4,800 | $ 3.23 | $ 15,504.00 |
| | **1.60% DISCOUNT FOR TENDER DATE BETWEEN 15AUG08-15OCT08 FOR SEASONAL OFF** | | | $ 918.62 |

ENTERED

"NO NON-MANUFACTURED WOOD DUNNAGE, PALLETS, CRATING OR OTHER PACKING MATERIAL ACCOMPANIES THIS SHIPMENT"

SAY U.S. Dollars : **FIFTY SIX THOUSAND FOUR HUNDRED NINETY FIVE AND CENTS THIRTY EIGHT ONLY. **** 16,800 PCS $ 56,495.38

For and on behalf of
ANTONIO PRECISE PRODUCTS MANUFACTORY LTD



Header Information

# Purchase Order

| Purchase Order Information | |
|---|---|
| Original | |
| Purchase Order Type | Stand-alone Order |
| Purchase Order Number | 2147458 |
| Purchase Order Date | 20080911 |
| Vendor Number | 070566 |
| Message Text | |

| Circuit City Contact Name | |
|---|---|
| Information Contact Name | 9774 Rob Collier |

| F.O.B. Related Instructions | |
|---|---|
| Collect | Origin(Shipping Point) |

| Ship To Party | |
|---|---|
| CCS Distribution Id Code | 0717 |

| Terms of Sale | |
|---|---|
| Terms Type | Basic |
| Terms Basis Date | Invoice Date |
| Terms Discount Percent | 1.6 |
| Terms Discount Days Due | 60 |
| Terms Net Days | 61 |
| Description | |

| Date Reference | |
|---|---|
| Delivery Requested | 20081120 |
| Requested Ship | 2008-10-21 |
| Do Not Ship Before | 20081026 |
| Do Not Ship After | 20081030 |
| Do Not Deliver After | |
| Do Not Deliver Before | |
| Do Not Tender Before | 20081026 |
| Do Not Tender After | 20081030 |

| For Direct Import Orders Only | |
|---|---|
| CIRCUIT CITY | Containerized Ocean |
| Name of City or Port | YANTIAN |



Line Items

city

# Purchase Order

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|
| 1 | UEB24 | Each | 9000 | 2.84 |
| 2 | UEB101ALUM | Each | 3000 | 5.22 |
| 3 | UEB81BLACK | Each | 4800 | 3.18 |

1. J044478 HH24 -17102
2. J044477 EH101 - 17104
3. J044479 EH81 - 17101

Issued by: [signature]

Checked by:

Approved by: 张春鸣

14987



memo

May 29, 2008

To Our Vendor Partners:

In our ongoing efforts to drive top-line sales, improve inventory efficiency, and to maximize the total customer experience, Circuit City is asking for your partnership in support of our Holiday business.

We ask that you support our usual incremental and early inventory investments for the Holiday sales period, by extending **Seasonal Dating/Terms** or by providing an **Additional Payment Discount** as set forth below.

This year, with an elevated focus on delivering to financial and customer focused objectives, we are formalizing that partnership request.

**Circuit City Seasonal Dating/Terms or Additional Payment Discount Request**

For any purchase orders that are received/tendered **between 8/15/08 and 10/15/08**, Circuit City requests your support for either:

- **60 days additional days dating/terms or 1.6% payment discount**

Please confirm to your respective Sourcing Manager leads (by email by July 07, 2008) which of these shared investment options you will support.

We thank you in advance for your partnership.

Sincerely,

John Kelly
***Senior Vice President***
***& Chief Merchandising Officer***



**Antonio Precise Products Manufactory Ltd.**
安東尼澳實業有限公司

# INVOICE

Sold To :
CIRCUIT CITY STORES, INC.
9950 MARYLAND DRIVE
RICHMOND, VA 23233

Invoice No. **34340**
Date : 01-Nov-08
P.O. No. : 2172067

Job Order No. : ITI 44580~44582

Vessel Name & BY AIR
Voyage/Flight No.
On Flight Date or ~~02-Nov-08~~ 08 NOV 08
Fm Hong Kong to CHICAGO, USA
Freight Payable at DESTINATION
Payment Term : O/A 60 DAYS
Shipment Term : FOB HONG KONG
L/C NO. /
F.g. No.: FG # 62281, 62283 & 62290
MANUFACTURED BY SUN FAT ELECTRONICS & PLASTICS FACTORY
17, WAN AN ROAD, BAOAN SHAJIN MA AN SHAN, GUANGDONG PROVINCE, CHINA

| Shipping Marks | Detailed Description of Goods. | Quantity | Unit Price (US$) | Amount (US$) |
|---|---|---|---|---|
| Circuit City P.O. # 2172067<br>Circuit City Model (SKU) # UEB24A<br>Unit Count per Carton 50 pieces<br>Carton # 1 of 39<br>Gross Weight pounds<br>Carton Dimensions (inches) :<br>length x width x height<br>Made in China | **UNDER PO# 2172067**<br>MODEL# UEB24A<br>SPORT BUDS<br>UPC: 400000001494 | 1,950 | $ 2.89 | $ 5,635.50 |
| -DO-<br>Circuit City Model (SKU) # UEB24B<br>Carton # 1 of 33 | MODEL# UEB24B<br>SPORT BUDS<br>UPC: 400000001500 | 1,650 | $ 2.89 | $ 4,768.50 |
| -DO-<br>Circuit City Model (SKU) # UEB24C<br>Carton # 1 of 28 | MODEL# UEB24C<br>SPORT BUDS<br>UPC: 400000001517 | 1,400 | $ 2.89 | $ 4,046.00 |

ENTERED

**1.60% DISCOUNT FOR TENDER DATE BETWEEN 15AUG08-15OCT08 FOR SEASONAL OFF** $ 231.20

"NO NON-MANUFACTURED WOOD DUNNAGE, PALLETS, CRATING OR OTHER PACKING MATERIAL ACCOMPANIES THIS SHIPMENT"

SAY U.S. Dollars : **FOURTEEN THOUSAND TWO HUNDRED EIGHTEEN AND CENTS EIGHTY ONLY. **** 5,000 PCS $ 14,218.80

For and on behalf of
ANTONIO PRECISE PRODUCTS MANUFACTORY LTD

HKG 4911212284 | 4911212284

**Shipper's Name and Address** | **Shipper's Account Number**

ANTONIO PRECISE PRODUCTS MFF., LTD
UNIT 307-313,3/F,PHOTONICS CTR,NO.2
SCIENCE PARK E. AVE,HK SCIENCE PARK
SHATIN
HONG KONG

Not Negotiable
**Air Waybill**
Issued by Expeditors Hong Kong Limited

Copies 1,2 and 3 of this Air Waybill are originals and have the same validity.

**Consignee's Name and Address** | **Consignee's Account Number**

Circuit City Stores, Inc
9950 Mayland Drive
RICHMOND VA 23233
CONTACT:CAROL LACKS

It is agreed that the goods described herein are accepted in apparent good order and condition(except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

**Issuing Carrier's Agent Name and City**

EXPEDITORS HONG KONG LIMITED
KOWLOON BAY, KOWLOON
HONG KONG

**Accounting Information**

695-6414 9901 FREIGHT COLLECT
NTY:1)SAME AS CONSIGNEE

| Agent's IATA Code | Account No. |
|---|---|
| 1330004 | |

**Airport of Departure (Addr. of First Carrier) and Requested Routing:** HONG KONG

Reference Number | Optional Shipping Information

| To | By First Carrier | to | by | to | by | Currency | CHGS Code | WT/VAL PPD | WT/VAL COLL | Other PPD | Other COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORD | BR | | | | | USD | | | C | P | C | N.V.D. | AS PER INV |

| Airport of Destination | Requested Flight/Date | Amount of Insurance |
|---|---|---|
| CHICAGO, IL | BR852/08 | NIL |

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance"

**Handling Information** INVOICE AND PACKING LIST ATT'D.
SHPR REF: 34340 CNEE REF: 2172067.

SCI

U.S.A.

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 100 | 373 | K | | 821.5 | AS AGREED | | . |
| CIRCUIT CITY | | | | 821.5 | AS AGREED | 3 CASE 1728 | PSAF |
| 100 | 373 | | | | | | |

DETAIL AS PER ATTACHED SHEET.

NO WPM
SERVICE TYPE: AIRPORT TO AIRPORT
DIMS (CMS): 100CTN@64X35X22

| Prepaid | Weight Charge | Collect |
|---|---|---|
| | Valuation Charge | |
| | Tax | |
| | Total Other Charges Due Agent | |
| | Total Other Charges Due Carrier | |
| Total Prepaid | | Total Collect |
| Currency Conversion Rates | | CC Charges in Dest. Currency |
| For Carriers Use only at Destination | | Charges at Destination |

Other Charges

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

MANGO LEUNG (CONT CLERK, AGENT

Signature of Shipper or his Agent

7 November 2008 HONG KONG

Executed on (date) at (place) Signature of Issuing Carrier or its Agent

Total Collect Charges

HAWB 4911212284

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

| Marks & Numbers. | | Description of Goods |
| --- | --- | --- |
| Circuit City P.O. # 2172067 | | **UNDER PO# 2172067** |
| Circuit City Model (SKU) # UEB24A<br>Unit Count per Carton 50 pieces<br>Carton # 1 of 39<br>Gross Weight pounds<br>Carton Dimensions (inches) :<br>length x width x height<br>Made in China | 39ctns<br>1950pcs | MODEL# UEB24A<br>SPORT BUDS<br>UPC: 400000001494 |
| -DO-<br>Circuit City Model (SKU) # UEB24B<br>Carton # 1 of 33 | 33ctns<br>1650pcs | MODEL# UEB24B<br>SPORT BUDS<br>UPC: 400000001500 |
| -DO-<br>Circuit City Model (SKU) # UEB24C<br>Carton # 1 of 28 | 28ctns<br>1400pcs | MODEL# UEB24C<br>SPORT BUDS<br>UPC: 400000001517 |

"FREIGHT COLLECT"

TOTAL: ONE HUNDRED (100) CTNS ONLY.



**Header Information**

# Purchase Order Change

**Puchase Order Change Information**

**Original Purchase Order Number** 2172067

**PO Change Date** 2008-10-24

**Original Purchase Order Date** 2008-10-15

**Vendor Number** 070566

Rev 1

**Ship To Party**

**CCS Distribution Center** 0755

**Date Reference**

**Requested Ship** 2008-10-14

**Do Not Ship Before** 2008-11-09

**Do Not Ship After** 2008-11-13

**Do Not Tender Before** 2008-11-09

**For Direct Import Orders Only**

**CIRCUIT CITY** Containerized Ocean

**Name of City or Port** HONG KONG

**Line Item Information**

| Line # | Model | Price | UOM |
|---|---|---|---|
| 1 J044580 | UEB24A HH24-1T104 | 2.84 | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Price Change | 1950 | 1950 |

| Requested Ship | Do Not Ship Before | Do Not Ship After |
|---|---|---|
| 2008-10-14 | 2008-11-09 | 2008-11-13 |

| Line # | Model | Price | UOM |
|---|---|---|---|
| 2 J044581 | UEB24B HH24-1T105 | 2.84 | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Price Change | 1650 | 1650 |

| Requested Ship | Do Not Ship Before | Do Not Ship After |
|---|---|---|
| 2008-10-14 | 2008-11-09 | 2008-11-13 |

| Line # | Model | Price | UOM |
|---|---|---|---|
| 3 J044582 | UEB24C HH24-1T106 | 2.84 | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Price Change | 1400 | 1400 |

| Requested Ship | Do Not Ship Before | Do Not Ship After |
|---|---|---|
| 2008-10-14 | 2008-11-09 | 2008-11-13 |

001123

Issued
Checked



**memo**

May 29, 2008

To Our Vendor Partners:

In our ongoing efforts to drive top-line sales, improve inventory efficiency, and to maximize the total customer experience, Circuit City is asking for your partnership in support of our Holiday business.

We ask that you support our usual incremental and early inventory investments for the Holiday sales period, by extending **Seasonal Dating/Terms** or by providing an **Additional Payment Discount** as set forth below.

This year, with an elevated focus on delivering to financial and customer focused objectives, we are formalizing that partnership request.

**Circuit City Seasonal Dating/Terms or Additional Payment Discount Request**

*For any purchase orders that are received/tendered* **between 8/15/08 and 10/15/08**, Circuit City requests your support for either:

- **60 days additional days dating/terms or 1.6% payment discount**

Please confirm to your respective Sourcing Manager leads (by email by July 07, 2008) which of these shared investment options you will support.

We thank you in advance for your partnership.

Sincerely,

John Kelly
***Senior Vice President***
***& Chief Merchandising Officer***



**Antonio Precise Products Manufactory Ltd.**
安東尼澳實業有限公司

# INVOICE

Sold To :
CIRCUIT CITY STORES, INC.
9950 MARYLAND DRIVE
RICHMOND, VA 23233

Invoice No. **34342**
Date : 01-Nov-08
P.O. No. : 2172069

Job Order No. : ITI 44787~44789

Vessel Name & Voyage/Flight No. BY AIR
On Flight Date or ~~01-Nov-08~~ 08 NOV 08
Fm Hong Kong to ATLANTA GEORGIA, USA
Freight Payable at DESTINATION
Payment Term : O/A 60 DAYS
Shipment Term : FOB HONG KONG
L/C NO. /
F.g. No.: FG # 62279, 62284 & 62292
MANUFACTURED BY SUN FAT ELECTRONICS & PLASTICS FACTORY
17, WAN AN ROAD, BAOAN SHAJIN MA AN SHAN, GUANGDONG PROVINCE, CHINA

| Shipping Marks | Detailed Description of Goods. | Quantity | Unit Price (US$) | Amount (US$) |
|---|---|---|---|---|
| Circuit City P.O. # 2172069<br>Circuit City Model (SKU) # UEB24A<br>Unit Count per Carton 50 pieces<br>Carton # 1 of 29<br>Gross Weight pounds<br>Carton Dimensions (inches) : length x width x height<br>Made in China | **UNDER PO# 2172069**<br>MODEL# UEB24A<br>SPORT BUDS<br>UPC: 400000001494 | 1,450 | $ 2.89 | $ 4,190.50 |
| -DO-<br>Circuit City Model (SKU) # UEB24B<br>Carton # 1 of 24 | MODEL# UEB24B<br>SPORT BUDS<br>UPC: 400000001500 | 1,200 | $ 2.89 | $ 3,468.00 |
| -DO-<br>Circuit City Model (SKU) # UEB24C<br>Carton # 1 of 21 | MODEL# UEB24C<br>SPORT BUDS<br>UPC: 400000001517 | 1,050 | $ 2.89 | $ 3,034.50 |
| | **1.60% DISCOUNT FOR TENDER DATE BETWEEN 15AUG08-15OCT08 FOR SEASONAL OFF** | | | $ 171.09 |

ENTERED

ANTONIO PRECISE PRODUCTS MFY. LTD. Shipping Dept.

"NO NON-MANUFACTURED WOOD DUNNAGE, PALLETS, CRATING OR OTHER PACKING MATERIAL ACCOMPANIES THIS SHIPMENT"

SAY U.S. Dollars : **TEN THOUSAND FIVE HUNDRED TWENTY ONE AND CENTS NINETY ONE ONLY. ****

3,700 PCS    $ 10,521.91

For and on behalf of
ANTONIO PRECISE PRODUCTS MANUFACTORY LTD

HKG 4911212591 4911212591

Shipper's Name and Address / Shipper's Account Number

ANTONIO PRECISE PRODUCTS MFE., LTD.
UNIT 307-313,3/F,PHOTONICS CTR,NO.2
SCIENCE PARK E. AVE,HK SCIENCE PARK
SHATIN
HONG KONG

Not Negotiable

Air Waybill 695-64150520

Issued by Expeditors Hong Kong Limited

Copies 1,2 and 3 of this Air Waybill are originals and have the same validity

Consignee's Name and Address / Consignee's Account Number

CIRCUIT CITY STORES, INC.
9950 MARYLAND DRIVE
RICHMOND, VA 23233
CONTACT: CAROL LACKS

It is agreed that the goods described herein are accepted in apparent good order and condition(except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required

Issuing Carrier's Agent Name and City

EXPEDITORS HONG KONG LIMITED
KOWLOON BAY, KOWLOON
HONG KONG

Accounting Information

695-6415 0520 FREIGHT COLLECT
NTY: 1)SAME AS CONSIGNEE
DELIVERY ADDRESS:
CC DC 775, 19925 INDEPENDENCE BIVD,
GROVELAND FL 34736

Agent's IATA Code: 1330004 | Account No.:

Airport of Departure (Addr of First Carrier) and Requested Routing: HONG KONG

Reference Number | Optional Shipping Information

| To | By First Carrier (Routing and Destination) | to | by | to | by | Currency | CHGS Code | WT/VAL PPD | WT/VAL COLL | Other PPD | Other COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATL | BR | | | | | USD | | | C | P | C | N.V.D. | AS PER INV |

| Airport of Destination | Requested Flight/Date | Amount of Insurance | INSURANCE |
|---|---|---|---|
| ATLANTA, GA | BR852/08 | NIL | INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance" |

Handling Information INVOICE,PACKING LIST AND ORIGINAL C/O ATT'D
SHPR REF: 34342 CNEE REF: 2172069.

U.S.A. SCI

| No of Pieces RCP | Gross Weight | kg/lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 74 | 279 | K | | 608 | AS AGREED | | SPORTS HEADPHONE |
| CIRCUIT CITY | | | 49 CTNS | 608 | AS AGREED | 3 CASE 1152 | PSAF |
| 74 | 279 | | | | | | |

(DETAILS AS PER ATTAHCMENT)

TOTAL: SEVENTY FOUR (74) CTNS ONLY.
THIS SHIPMENT CONTAINS NO S.W.P.M.
SERVICE TYPE: AIRPORT TO AIRPORT
DIMS (CMS): 74CTN@64X35X22

| Prepaid | Weight Charge | Collect |
|---|---|---|
| | | |

Other Charges

Valuation Charge

Tax

Total Other Charges Due Agent

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

Total Other Charges Due Carrier

EMMA KWONG, AGENT

Signature of Shipper or his Agent

Total Prepaid | Total Collect

Currency Conversion Rates | CC Charges in Dest. Currency

7 November 2008 HONG KONG

Executed on (date) at (place) Signature of Issuing Carrier or its Agent

For Carriers Use only at Destination | Charges at Destination | Total Collect Charges

HAWB 4911212591

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

| Marks & Numbers. | | Description of Goods |
|---|---|---|
| Circuit City P.O. # 2172069 | | **UNDER PO# 2172069** |
| Circuit City Model (SKU) # UEB24A | 29ctns<br>1450pcs | MODEL# UEB24A<br>SPORT BUDS<br>UPC: 400000001494 |
| Unit Count per Carton 50 pieces<br>Carton # 1 of 29<br>Gross Weight pounds<br>Carton Dimensions (inches) :<br>length x width x height<br>Made in China | | |
| -DO-<br>Circuit City Model (SKU) #<br>UEB24B<br>Carton # 1 of 24 | 24ctns<br>1200pcs | MODEL# UEB24B<br>SPORT BUDS<br>UPC: 400000001500 |
| -DO-<br>Circuit City Model (SKU) #<br>UEB24C<br>Carton # 1 of 21 | 21ctns<br>1050pcs | MODEL# UEB24C<br>SPORT BUDS<br>UPC: 400000001517 |



**Header Information**

# Purchase Order Change

## Puchase Order Change Information

**Original Purchase Order Number** 2172069

Rev 1.

**PO Change Date** 2008-10-24

**Original Purchase Order Date** 2008-10-15

**Vendor Number** 070566

## Ship To Party

**CCS Distribution Center** 0775

## Date Reference

**Requested Ship** 2008-10-14

**Do Not Ship Before** 2008-11-09

**Do Not Ship After** 2008-11-13

***Do Not Tender Before*** *2008-11-09*

## For Direct Import Orders Only

**CIRCUIT CITY** Containerized Ocean

**Name of City or Port** HONG KONG

## Line Item Information

| Line # | Model | Price | UOM |
|---|---|---|---|
| 1 J044787 | UEB24A HH24-17104 | 2.84 | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Price Change | 1450 | 1450 |

| Requested Ship | Do Not Ship Before | Do Not Ship After |
|---|---|---|
| 2008-10-14 | 2008-11-09 | 2008-11-13 |

| Line # | Model | Price | UOM |
|---|---|---|---|
| 2 J044788 | UEB24B HH24-17105 | 2.84 | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Price Change | 1200 | 1200 |

| Requested Ship | Do Not Ship Before | Do Not Ship After |
|---|---|---|
| 2008-10-14 | 2008-11-09 | 2008-11-13 |

| Line # | Model | Price | UOM |
|---|---|---|---|
| 3 J044789 | UEB24C HH24-17106 | 2.84 | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Price Change | 1050 | 1050 |

| Requested Ship | Do Not Ship Before | Do Not Ship After |
|---|---|---|
| 2008-10-14 | 2008-11-09 | 2008-11-13 |

001125

Issued by:
Checked by:



memo

May 29, 2008

To Our Vendor Partners:

In our ongoing efforts to drive top-line sales, improve inventory efficiency, and to maximize the total customer experience, Circuit City is asking for your partnership in support of our Holiday business.

We ask that you support our usual incremental and early inventory investments for the Holiday sales period, by extending **Seasonal Dating/Terms** or by providing an **Additional Payment Discount** as set forth below.

This year, with an elevated focus on delivering to financial and customer focused objectives, we are formalizing that partnership request.

**Circuit City Seasonal Dating/Terms or Additional Payment Discount Request**

For any purchase orders that are received/tendered **between 8/15/08 and 10/15/08**, Circuit City requests your support for either:

- **60 days additional days dating/terms or 1.6% payment discount**

Please confirm to your respective Sourcing Manager leads (by email by July 07, 2008) which of these shared investment options you will support.

We thank you in advance for your partnership.

Sincerely,

John Kelly
***Senior Vice President***
***& Chief Merchandising Officer***

 **Antonio Precise Products Manufactory Ltd.**
安東尼澳實業有限公司

# INVOICE

Sold To :
CIRCUIT CITY STORES, INC.
9950 MARYLAND DRIVE
RICHMOND, VA 23233

Invoice No. **34344**
Date : 01-Nov-08
P.O. No. : 2172071

Job Order No. : ITI 44793~44795

Vessel Name & Voyage/Flight No. BY AIR
On Flight Date or ~~02-Nov-08~~ 08 NOV08
Fm Hong Kong to LOS ANGELS, USA
Freight Payable at DESTINATION
Payment Term : O/A 60 DAYS
Shipment Term : FOB HONG KONG
L/C NO. /
F.g. No.: FG # 62280, 62286 & 62291
MANUFACTURED BY SUN FAT ELECTRONICS & PLASTICS FACTORY
17, WAN AN ROAD, BAOAN SHAJIN MA AN SHAN, GUANGDONG PROVINCE, CHINA

| Shipping Marks | Detailed Description of Goods. | Quantity | Unit Price (US$) | Amount (US$) |
|---|---|---|---|---|
| Circuit City P.O. # 2172071<br>Circuit City Model (SKU) #<br>UEB24A<br>Unit Count per Carton 50 pieces<br>Carton # 1 of 20<br>Gross Weight pounds<br>Carton Dimensions (inches) :<br>length x width x height<br>Made in China | ***UNDER PO# 2172071***<br>MODEL# UEB24A<br>SPORT BUDS<br>UPC: 400000001494 | 1,000 | $ 2.89 | $ 2,890.00 |
| -DO-<br>Circuit City Model (SKU) #<br>UEB24B<br>Carton # 1 of 16 | MODEL# UEB24B<br>SPORT BUDS<br>UPC: 400000001500 | 800 | $ 2.89 | $ 2,312.00 |
| -DO-<br>Circuit City Model (SKU) #<br>UEB24C<br>Carton # 1 of 14 | MODEL# UEB24C<br>SPORT BUDS<br>UPC: 400000001517 | 700 | $ 2.89 | $ 2,023.00 |

ENTERED

**1.60% DISCOUNT FOR TENDER DATE BETWEEN 15AUG08-15OCT08 FOR SEASONAL OFF** $ 115.60

"NO NON-MANUFACTURED WOOD DUNNAGE, PALLETS, CRATING OR OTHER PACKING MATERIAL ACCOMPANIES THIS SHIPMENT"

SAY U.S. Dollars : **SEVEN THOUSAND ONE HUNDRED NINE AND CENTS FORTY ONLY. ****

2,500 PCS $ 7,109.40

For and on behalf of
ANTONIO PRECISE PRODUCTS MANUFACTORY LTD.

HKG 4911211818 4911211818

Shipper's Name and Address / Shipper's Account Number

ANTONIO PRECISE PRODUCTS MFF., LTD.
UNIT 307-313,3/F,PHOTONICS CTR,NO.2
SCIENCE PARK E. AVE,HK SCIENCE PARK
SHATIN
HONG KONG

Not Negotiable
Air Waybill
Issued by Expeditors Hong Kong Limited

Copies 1,2 and 3 of this Air Waybill are originals and have the same validity.

Consignee's Name and Address / Consignee's Account Number

Circuit City Stores, Inc
DR1/Logistics. 2nd Floor
9950 Mayland Drive
RICHMOND VA 23233
CONTACT:CAROL LACKS

It is agreed that the goods described herein are accepted in apparent good order and condition(except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Issuing Carrier's Agent Name and City

EXPEDITORS HONG KONG LIMITED
KOWLOON BAY, KOWLOON
HONG KONG

Accounting Information

160-6686 7953 FREIGHT COLLECT
NTY:1)SAME AS CONSIGNEE
DLV:CC DC 353,680 S.LEMON AVE.
WALNUT CA 91789

Agent's IATA Code: 1330004
Account No.:

Airport of Departure (Addr. of First Carrier) and Requested Routing: HONG KONG

Reference Number / Optional Shipping Information

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD | WT/VAL COLL | Other PPD | Other COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAX | CX | | | | | | USD | | | C | P | C | N.V.D. | AS PER INV |

Airport of Destination: LOS ANGELES, CA
Requested Flight/Date: CX096/08
Amount of Insurance: NIL

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance"

Handling Information: SHPR REF: 34344 CNEE REF: 2172071.
INV,PACKING LIST AND CO ATTD

SCI

U.S.A.

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 50 | 187 | K | | 411 | AS AGREED | | HEADPHONE |
| | | | | 411 | AS AGREED | | PSAF |
| 50 | 187 | | | | | | |

MARKS AS PER ATTACHMENT

NO SWPM TOTAL:FIFTY (50) CTNS ONLY.
SERVICE TYPE: AIRPORT TO AIRPORT
DIMS (CMS): 50CTN@64X35X22

| Prepaid | Weight Charge | Collect |
|---|---|---|
| | Valuation Charge | |
| | Tax | |
| | Total Other Charges Due Agent | |
| | Total Other Charges Due Carrier | |
| Total Prepaid | | Total Collect |
| Currency Conversion Rates | | CC Charges in Dest. Currency |
| For Carriers Use only at Destination | Charges at Destination | Total Collect Charges |

Other Charges

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable *Dangerous Goods Regulations*.

CH CHOW, AGENT

Signature of Shipper or his Agent

7 November 2008 HONG KONG

Executed on (date) at (place) Signature of Issuing Carrier or its Agent

HAWB 4911211818

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

4911211818

| Marks & Numbers. | | Description of Goods |
|---|---|---|
| Circuit City P.O. # 2172071 | | UNDER PO# 2172071 |
| Circuit City Model (SKU) # UEB24A | 20ctns 1000pcs | MODEL# UEB24A SPORT BUDS UPC: 400000001494 |
| Unit Count per Carton 50 pieces | | |
| Carton # 1 of 20 | | |
| Gross Weight pounds | | |
| Carton Dimensions (inches) : length x width x height | | |
| Made in China | | |
| -DO- Circuit City Model (SKU) # UEB24B Carton # 1 of 16 | 16ctns 800pcs | MODEL# UEB24B SPORT BUDS UPC: 400000001500 |
| -DO- Circuit City Model (SKU) # UEB24C Carton # 1 of 14 | 14ctns 700pcs | MODEL# UEB24C SPORT BUDS UPC: 400000001517 |
| | | "FREIGHT COLLECT" |

TOTAL: FIFTY (50) CTNS ONLY.




Header Information

city

# Purchase Order Change

Rev1.

**Puchase Order Change Information**

| | |
|---|---|
| **Original Purchase Order Number** | 2172071 |
| **PO Change Date** | 2008-10-24 |
| **Original Purchase Order Date** | 2008-10-15 |
| **Vendor Number** | 070566 |

**Ship To Party**

**CCS Distribution Center** 0353

**Date Reference**

| | |
|---|---|
| **Requested Ship** | 2008-10-14 |
| **Do Not Ship Before** | 2008-11-09 |
| **Do Not Ship After** | 2008-11-13 |
| **Do Not Tender Before** | 2008-11-09 |

**For Direct Import Orders Only**

| | |
|---|---|
| **CIRCUIT CITY** | Containerized Ocean |
| **Name of City or Port** | HONG KONG |

**Line Item Information**

| Line # | Model | Price | UOM |
|---|---|---|---|
| 1 J044793 | UEB24A HH24-1T104 | 2.84 | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Price Change | 1000 | 1000 |

| Requested Ship | Do Not Ship Before | Do Not Ship After |
|---|---|---|
| 2008-10-14 | 2008-11-09 | 2008-11-13 |

| Line # | Model | Price | UOM |
|---|---|---|---|
| 2 J044794 | UEB24B HH24-1T105 | 2.84 | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Price Change | 800 | 800 |

| Requested Ship | Do Not Ship Before | Do Not Ship After |
|---|---|---|
| 2008-10-14 | 2008-11-09 | 2008-11-13 |

| Line # | Model | Price | UOM |
|---|---|---|---|
| 3 J044795 | UEB24C HH24-1T106 | 2.84 | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Price Change | 700 | 700 |

| Requested Ship | Do Not Ship Before | Do Not Ship After |
|---|---|---|
| 2008-10-14 | 2008-11-09 | 2008-11-13 |

001127



**memo**

May 29, 2008

To Our Vendor Partners:

In our ongoing efforts to drive top-line sales, improve inventory efficiency, and to maximize the total customer experience, Circuit City is asking for your partnership in support of our Holiday business.

We ask that you support our usual incremental and early inventory investments for the Holiday sales period, by extending **Seasonal Dating/Terms** or by providing an **Additional Payment Discount** as set forth below.

This year, with an elevated focus on delivering to financial and customer focused objectives, we are formalizing that partnership request.

**Circuit City Seasonal Dating/Terms or Additional Payment Discount Request**

For any purchase orders that are received/tendered **between 8/15/08 and 10/15/08**, Circuit City requests your support for either:

- **60 days additional days dating/terms or 1.6% payment discount**

Please confirm to your respective Sourcing Manager leads (by email by July 07, 2008) which of these shared investment options you will support.

We thank you in advance for your partnership.

Sincerely,

John Kelly
***Senior Vice President***
***& Chief Merchandising Officer***



**Antonio Precise Products Manufactory Ltd.**
安東尼澳實業有限公司

# INVOICE

Sold To :
CIRCUIT CITY STORES, INC.
9950 MARYLAND DRIVE
RICHMOND, VA 23233

Invoice No. **34341**
Date : 01-Nov-08
P.O. No. : 2172068

Job Order No. : ITI 44784~44786

Vessel Name & Voyage/Flight No. BY AIR
On Flight Date or ~~02-Nov-08~~ 08NOV08
Fm Hong Kong to DALLAS TEXAS, USA
Freight Payable at DESTINATION
Payment Term : O/A 60 DAYS
Shipment Term : FOB HONG KONG
L/C NO. /
F.g. No.: FG # 62278, 62285 & 62288
MANUFACTURED BY SUN FAT ELECTRONICS & PLASTICS FACTORY
17, WAN AN ROAD, BAOAN SHAJIN MA AN SHAN, GUANGDONG PROVINCE, CHINA

| Shipping Marks | Detailed Description of Goods. | Quantity | Unit Price (US$) | Amount (US$) |
|---|---|---|---|---|
| Circuit City P.O. # 2172068<br>Circuit City Model (SKU) # UEB24A<br>Unit Count per Carton 50 pieces<br>Carton # 1 of 26<br>Gross Weight pounds<br>Carton Dimensions (inches) : length x width x height<br>Made in China | **UNDER PO# 2172068**<br>MODEL# UEB24A<br>SPORT BUDS<br>UPC: 400000001494 | 1,300 | $ 2.89 | $ 3,757.00 |
| -DO-<br>Circuit City Model (SKU) # UEB24B<br>Carton # 1 of 21 | MODEL# UEB24B<br>SPORT BUDS<br>UPC: 400000001500 | 1,050 | $ 2.89 | $ 3,034.50 |
| -DO-<br>Circuit City Model (SKU) # UEB24C<br>Carton # 1 of 18 | MODEL# UEB24C<br>SPORT BUDS<br>UPC: 400000001517 | 900 | $ 2.89 | $ 2,601.00 |
| | **1.60% DISCOUNT FOR TENDER DATE BETWEEN 15AUG08-15OCT08 FOR SEASONAL OFF** | | | $ 150.28 |

ENTERED

Shipping Dept. — ANTONIO PRECISE PRODUCTS MFY. LTD.

"NO NON-MANUFACTURED WOOD DUNNAGE, PALLETS, CRATING OR OTHER PACKING MATERIAL ACCOMPANIES THIS SHIPMENT"

SAY U.S. Dollars : **NINE THOUSAND TWO HUNDRED FORTY TWO AND CENTS TWENTY TWO ONLY. ****

3,250 PCS — $ 9,242.22

For and on behalf of
ANTONIO PRECISE PRODUCTS MANUFACTORY LTD

HKG 4911212285

4911212285

**Shipper's Name and Address** | Shipper's Account Number

ANTONIO PRECISE PRODUCTS MFE., LTD.
UNIT 307-313,3/F,PHOTONICS CTR,NO.2
SCIENCE PARK E. AVE,HK SCIENCE PARK
SHATIN
HONG KONG

Not Negotiable

Air Waybill

695-64149912

Issued by Expeditors Hong Kong Limited

Copies 1,2 and 3 of this Air Waybill are originals and have the same validity.

**Consignee's Name and Address** | Consignee's Account Number

Circuit City Stores, Inc.
9950 MARYLAND DRIVE
RICHMOND,VA 23233
CONTACT:CAROL LACKS
NTY:1)SAME AS CONSIGNEE

It is agreed that the goods described herein are accepted in apparent good order and condition(except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

**Issuing Carrier's Agent Name and City**

EXPEDITORS HONG KONG LIMITED
KOWLOON BAY, KOWLOON
HONG KONG

**Accounting Information**

180-8464 7570 FREIGHT COLLECT
2)CIRCUIT CITY STORES INC.
WALNUT DISTRIBUTION CENTRE(DC 717)
501 SOUTH CHERUL LANE,WALNUT,CA
917189 ATTN:JUAN LOPEZ&KRISTINE **

Agent's IATA Code: 1330004 | Account No.:

Airport of Departure (Addr. of First Carrier) and Requested Routing: HONG KONG

Reference Number | Optional Shipping Information

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD | WT/VAL COLL | Other PPD | Other COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DFW | KE | | | | | | USD | | | C | P | C | N.V.D. | AS PER INV |

| Airport of Destination | Requested Flight/Date | Amount of Insurance | |
|---|---|---|---|
| DALLAS, TX | KE604/08 | NIL | INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance" |

Handling Information SHPR REF: 34341 CNEE REF: 2172068.
INV AND P/L ATT'D
**GREER INVENYORY CONTACT-EXT.31 TEL:909-594-3684
U.S.A.

SCI

| No of Pieces RCP | Gross Weight | kg lb | Rate Class | Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|---|
| 65 | 243 | K | | | 534 | AS AGREED | | HEADPHONE |
| | | | | | 534 | AS AGREED | | PSAF |
| 65 | 243 | | | | | | | |

MARKS AS PER ATTACHMENT
NO SWPM
SERVICE TYPE: AIRPORT TO AIRPORT
DIMS (CMS): 65CTN@64X35X22

| Prepaid | Weight Charge | Collect |
|---|---|---|
| | Valuation Charge | |
| | Tax | |
| | Total Other Charges Due Agent | |
| | Total Other Charges Due Carrier | |
| Total Prepaid | | Total Collect |
| Currency Conversion Rates | | CC Charges in Dest. Currency |
| For Carriers Use only at Destination | | Charges at Destination |

Other Charges

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

CHOCO WONG, AGENT

Signature of Shipper or his Agent

8 November 2008 HONG KONG

Executed on (date) at (place) Signature of Issuing Carrier or its Agent

Total Collect Charges

HAWB 4911212285

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

212285

| Marks & Numbers. | | Description of Goods |
|---|---|---|
| Circuit City P.O. # 2172068 | | **UNDER PO# 2172068** |
| Circuit City Model (SKU) # UEB24A<br>Unit Count per Carton 50 pieces<br>Carton # 1 of 26<br>Gross Weight pounds<br>Carton Dimensions (inches): length x width x height<br>Made in China | 26ctns<br>1300pcs | MODEL# UEB24A<br>SPORT BUDS<br>UPC: 400000001494 |
| -DO-<br>Circuit City Model (SKU) # UEB24B<br>Carton # 1 of 21 | 21ctns<br>1050pcs | MODEL# UEB24B<br>SPORT BUDS<br>UPC: 400000001500 |
| -DO-<br>Circuit City Model (SKU) # UEB24C<br>Carton # 1 of 18 | 18ctns<br>900pcs | MODEL# UEB24C<br>SPORT BUDS<br>UPC: 400000001517 |

"FREIGHT COLLECT"

TOTAL: SIXTY FIVE (65) CTNS ONLY.



Header Information

# Purchase Order Change

Rev 1.

**Puchase Order Change Information**

| | |
|---|---|
| **Original Purchase Order Number** | 2172068 |
| **PO Change Date** | 2008-10-24 |
| **Original Purchase Order Date** | 2008-10-15 |
| **Vendor Number** | 070566 |

**Ship To Party**

**CCS Distribution Center** 0567

**Date Reference**

| | |
|---|---|
| **Requested Ship** | 2008-10-14 |
| **Do Not Ship Before** | 2008-11-09 |
| **Do Not Ship After** | 2008-11-13 |
| **Do Not Tender Before** | 2008-11-09 |

**For Direct Import Orders Only**

| | |
|---|---|
| **CIRCUIT CITY** | Containerized Ocean |
| **Name of City or Port** | HONG KONG |

**Line Item Information**

| Line # | Model | Price | UOM |
|---|---|---|---|
| 1 J044784 | UEB24A HH24-IT104 | 2.84 | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Price Change | 1300 | 1300 |

| Requested Ship | Do Not Ship Before | Do Not Ship After |
|---|---|---|
| 2008-10-14 | 2008-11-09 | 2008-11-13 |

| Line # | Model | Price | UOM |
|---|---|---|---|
| 2 J044785 | UEB24B HH24-IT105 | 2.84 | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Price Change | 1050 | 1050 |

| Requested Ship | Do Not Ship Before | Do Not Ship After |
|---|---|---|
| 2008-10-14 | 2008-11-09 | 2008-11-13 |

| Line # | Model | Price | UOM |
|---|---|---|---|
| 3 J044786 | UEB24C HH24-IT106 | 2.84 | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Price Change | 900 | 900 |

| Requested Ship | Do Not Ship Before | Do Not Ship After |
|---|---|---|
| 2008-10-14 | 2008-11-09 | 2008-11-13 |

001124

Issued



memo

May 29, 2008

To Our Vendor Partners:

In our ongoing efforts to drive top-line sales, improve inventory efficiency, and to maximize the total customer experience, Circuit City is asking for your partnership in support of our Holiday business.

We ask that you support our usual incremental and early inventory investments for the Holiday sales period, by extending **Seasonal Dating/Terms** or by providing an **Additional Payment Discount** as set forth below.

This year, with an elevated focus on delivering to financial and customer focused objectives, we are formalizing that partnership request.

**Circuit City Seasonal Dating/Terms or Additional Payment Discount Request**

For any purchase orders that are received/tendered **between 8/15/08 and 10/15/08**, Circuit City requests your support for either:

- **60 days additional days dating/terms or 1.6% payment discount**

Please confirm to your respective Sourcing Manager leads (by email by July 07, 2008) which of these shared investment options you will support.

We thank you in advance for your partnership.

Sincerely,

John Kelly
***Senior Vice President***
***& Chief Merchandising Officer***



**Antonio Precise Products Manufactory Ltd.**
安東尼澳實業有限公司

# INVOICE

Sold To :
CIRCUIT CITY STORES, INC.
9950 MARYLAND DRIVE
RICHMOND, VA 23233

Invoice No. **34343**
Date : 01-Nov-08
P.O. No. : 2172070

Job Order No. : ITI 44790~44792

Vessel Name & Voyage/Flight No. BY AIR
On Flight Date or ~~02-Nov-08~~ 08NOV08
Fm Hong Kong to SAN FRANCISCO, USA
Freight Payable at DESTINATION
Payment Term : O/A 60 DAYS
Shipment Term : FOB HONG KONG
L/C NO. /
F.g. No.: FG # 62277, 62287 & 62293
MANUFACTURED BY SUN FAT ELECTRONICS & PLASTICS FACTORY
17, WAN AN ROAD, BAOAN SHAJIN MA AN SHAN, GUANGDONG PROVINCE, CHINA

ANTONIO PRECISE PRODUCTS MFY. LTD. Shipping Dept.

| Shipping Marks | Detailed Description of Goods. | Quantity | Unit Price (US$) | Amount (US$) |
|---|---|---|---|---|
| Circuit City P.O. # 2172070<br>Circuit City Model (SKU) # UEB24A<br>Unit Count per Carton 50 pieces<br>Carton # 1 of 15<br>Gross Weight pounds<br>Carton Dimensions (inches) : length x width x height<br>Made in China | **UNDER PO# 2172070**<br>MODEL# UEB24A<br>SPORT BUDS<br>UPC: 400000001494 | 750 | $ 2.89 | $ 2,167.50 |
| -DO-<br>Circuit City Model (SKU) # UEB24B<br>Carton # 1 of 12 | MODEL# UEB24B<br>SPORT BUDS<br>UPC: 400000001500 | 600 | $ 2.89 | $ 1,734.00 |
| -DO-<br>Circuit City Model (SKU) # UEB24C<br>Carton # 1 of 10 | MODEL# UEB24C<br>SPORT BUDS<br>UPC: 400000001517 | 500 | $ 2.89 | $ 1,445.00 |

ENTERED

**1.60% DISCOUNT FOR TENDER DATE BETWEEN 15AUG08-15OCT08 FOR SEASONAL OFF** $ 85.54

"NO NON-MANUFACTURED WOOD DUNNAGE, PALLETS, CRATING OR OTHER PACKING MATERIAL ACCOMPANIES THIS SHIPMENT"

SAY U.S. Dollars : **FIVE THOUSAND TWO HUNDRED SIXTY AND CENTS NINETY SIX ONLY. ****

1,850 PCS $ 5,260.96

For and on behalf of
ANTONIO PRECISE PRODUCTS MANUFACTORY LTD

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

HKG 49112121 4911212196

Shipper's Name and Address / Shipper's Account Number

ANTONIO PRECISE PRODUCTS MFE., LTD.
UNIT 307-313,3/F,PHOTONICS CTR,NO.2
SCIENCE PARK E. AVE,HK SCIENCE PARK
SHATIN
HONG KONG

Not Negotiable
Air Waybill

Issued by Expeditors Hong Kong Limited
36-38/F, Enterprise Square Three,
39 Wang Chiu Road,, Kowloon Bay
Kowloon, Hong Kong

Copies 1,2 and 3 of this Air Waybill are originals and have the same validity.

Consignee's Name and Address / Consignee's Account Number

CIRCUIT CITY STORES INC
9950 MARYLAND DRIVE RICHMOND,VA
23233 CONTACT:CAROL LACKS
NTY:1)SAME AS CONSIGNEE
2)CIRCUIT CITY STORES INC.WALNUT

It is agreed that the goods described herein are accepted in apparent good order and condition(except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required

Issuing Carrier's Agent Name and City: 999-557642
EXPEDITORS HONG KONG LIMITED
KOWLOON BAY, KOWLOON
HONG KONG

Accounting Information
999-5576 4203 FREIGHT COLLECT
DISTRIBUTION CENTRE(DC 717)
501 SOUTH CHERUL LANE,WALNUT,
CA 917189 ATTN:JUAN LOPEZ&KRISTINE G
REFR INVENYORY CONTACT-EXT.314**

Agent's IATA Code: 1330004
Account No.:

Airport of Departure (Addr. of First Carrier) and Requested Routing: HONG KONG

Reference Number / Optional Shipping Information

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD | WT/VAL COLL | Other PPD | Other COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SFO | EI | | | | | | USD | | C | | P | C | N.V.D. | AS PER INV |

| Airport of Destination | Requested Flight/Date | Amount of Insurance |
|---|---|---|
| SAN FRANCISCO,CA | CA110/08 | NIL |

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance"

Handling Information SHPR REF: 34343 CNEE REF: 2172070.
INV ADN P/L ATT'D
** TEL:909-594-3684
U.S.A.

SCI

| No. of Pieces RCP | Gross Weight | kg/lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 37 | 139 | K | | 304 | AS AGREED | | HEADPHONE |
| | | | | 304 | AS AGREED | | PSAF |
| 37 | 139 | | | | | | |

MARKS AS PER ATTACHMENT
NO SWPM
SERVICE TYPE: AIRPORT TO AIRPORT
DIMS (CMS): 37CTN@64X35X22

| Prepaid | Weight Charge | Collect |
|---|---|---|
| | Valuation Charge | |
| | Tax | |
| | Total Other Charges Due Agent | |
| | Total Other Charges Due Carrier | |

Other Charges

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

EDWARD HO WING NIN, AGENT
Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| | |
| Currency Conversion Rates | CC Charges in Dest. Currency |

EDWARD HO WING NIN, AGENT
8 November 2008 HONG KONG
Executed on (date) at (place) Signature of Issuing Carrier or its Agent

| For Carriers Use only at Destination | Charges at Destination | Total Collect Charges |
|---|---|---|
| | | |

HAWB 4911212

212196

| Marks & Numbers. | | Description of Goods |
|---|---|---|
| Circuit City P.O. # 2172070 | | **UNDER PO# 2172070** |
| Circuit City Model (SKU) # | 15ctns | MODEL# UEB24A |
| UEB24A | 750pcs | SPORT BUDS |
| Unit Count per Carton 50 pieces | | UPC: 400000001494 |
| Carton # 1 of 15 | | |
| Gross Weight pounds | | |
| Carton Dimensions (inches) : | | |
| length x width x height | | |
| Made in China | | |
| -DO- | 12ctns | MODEL# UEB24B |
| Circuit City Model (SKU) # | 600pcs | SPORT BUDS |
| UEB24B | | UPC: 400000001500 |
| Carton # 1 of 12 | | |
| -DO- | 10ctns | MODEL# UEB24C |
| Circuit City Model (SKU) # | 500pcs | SPORT BUDS |
| UEB24C | | UPC: 400000001517 |
| Carton # 1 of 10 | | |

"FREIGHT COLLECT"

TOTAL: THIRTY SEVEN (37) CTNS ONLY.

# Purchase Order Change

**Puchase Order Change Information**

| | |
|---|---|
| **Original Purchase Order Number** | 2172070 |
| **PO Change Date** | 2008-10-24 |
| **Original Purchase Order Date** | 2008-10-15 |
| **Vendor Number** | 070566 |

Rev 1.

**Ship To Party**

**CCS Distribution Center** 0344

**Date Reference**

| | |
|---|---|
| **Requested Ship** | 2008-10-14 |
| **Do Not Ship Before** | 2008-11-09 |
| **Do Not Ship After** | 2008-11-13 |
| **Do Not Tender Before** | 2008-11-09 |

**For Direct Import Orders Only**

| | |
|---|---|
| **CIRCUIT CITY** | Containerized Ocean |
| **Name of City or Port** | HONG KONG |

**Line Item Information**

| Line # | Model | Price | UOM |
|---|---|---|---|
| 1 J044790 | UEB24A HH24-1T104 | 2.84 | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Price Change | 750 | 750 |

| Requested Ship | Do Not Ship Before | Do Not Ship After |
|---|---|---|
| 2008-10-14 | 2008-11-09 | 2008-11-13 |

| Line # | Model | Price | UOM |
|---|---|---|---|
| 2 J044791 | UEB24B HH24-1T105 | 2.84 | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Price Change | 600 | 600 |

| Requested Ship | Do Not Ship Before | Do Not Ship After |
|---|---|---|
| 2008-10-14 | 2008-11-09 | 2008-11-13 |

| Line # | Model | Price | UOM |
|---|---|---|---|
| 3 J044792 | UEB24C HH24-1T106 | 2.84 | Each |

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Price Change | 500 | 500 |

| Requested Ship | Do Not Ship Before | Do Not Ship After |
|---|---|---|
| 2008-10-14 | 2008-11-09 | 2008-11-13 |

001126



memo

May 29, 2008

To Our Vendor Partners:

In our ongoing efforts to drive top-line sales, improve inventory efficiency, and to maximize the total customer experience, Circuit City is asking for your partnership in support of our Holiday business.

We ask that you support our usual incremental and early inventory investments for the Holiday sales period, by extending **Seasonal Dating/Terms** or by providing an **Additional Payment Discount** as set forth below.

This year, with an elevated focus on delivering to financial and customer focused objectives, we are formalizing that partnership request.

**Circuit City Seasonal Dating/Terms or Additional Payment Discount Request**

For any purchase orders that are received/tendered **between 8/15/08 and 10/15/08**, Circuit City requests your support for either:

- **60 days additional days dating/terms or 1.6% payment discount**

Please confirm to your respective Sourcing Manager leads (by email by July 07, 2008) which of these shared investment options you will support.

We thank you in advance for your partnership.

Sincerely,

John Kelly
***Senior Vice President***
***& Chief Merchandising Officer***



**Antonio Precise Products Manufactory Ltd.**
安東尼澳實業有限公司

# INVOICE

Sold To :
CIRCUIT CITY STORES, INC.
9950 MARYLAND DRIVE
RICHMOND, VA 23233

Invoice No. **34345**
Date : 01-Nov-08
P.O. No. : 2172063
Job Order No. : ITI 44797~44799

Vessel Name & Voyage/Flight No.: BY AIR
On Flight Date or: ~~02-Nov-08~~ 10 Nov 08
Fm Hong Kong to: NEW YORK, USA
Freight Payable at: DESTINATION
Payment Term : O/A 60 DAYS
Shipment Term : FOB HONG KONG
L/C NO. /
F.g. No.: FG # 62276, 62282 & 62289
MANUFACTURED BY SUN FAT ELECTRONICS & PLASTICS FACTORY
17, WAN AN ROAD, BAOAN SHAJIN MA AN SHAN, GUANGDONG PROVINCE, CHINA

| Shipping Marks | Detailed Description of Goods. | Quantity | Unit Price (US$) | Amount (US$) |
|---|---|---|---|---|
| Circuit City P.O. # 2172063<br>Circuit City Model (SKU) # UEB24A<br>Unit Count per Carton 50 pieces<br>Carton # 1 of 41<br>Gross Weight pounds<br>Carton Dimensions (inches) : length x width x height<br>Made in China | **UNDER PO# 2172063**<br>MODEL# UEB24A<br>SPORT BUDS<br>UPC: 400000001494 | 2,050 | $ 2.89 | $ 5,924.50 |
| -DO-<br>Circuit City Model (SKU) # UEB24B<br>Carton # 1 of 34 | MODEL# UEB24B<br>SPORT BUDS<br>UPC: 400000001500 | 1,700 | $ 2.89 | $ 4,913.00 |
| -DO-<br>Circuit City Model (SKU) # UEB24C<br>Carton # 1 of 29 | MODEL# UEB24C<br>SPORT BUDS<br>UPC: 400000001517 | 1,450 | $ 2.89 | $ 4,190.50 |

ENTERED

**1.60% DISCOUNT FOR TENDER DATE BETWEEN 15AUG08-15OCT08 FOR SEASONAL OFF** $ 240.45

"NO NON-MANUFACTURED WOOD DUNNAGE, PALLETS, CRATING OR OTHER PACKING MATERIAL ACCOMPANIES THIS SHIPMENT"

SAY U.S. Dollars : **FOURTEEN THOUSAND SEVEN HUNDRED EIGHTY SEVEN AND CENTS FIFTY FIVE ONLY. **** 5,200 PCS $ 14,787.55

For and on behalf of
ANTONIO PRECISE PRODUCTS MANUFACTORY LTD

HKG 4911212190 4911212190

Shipper's Name and Address | Shipper's Account Number

ANTONIO PRECISE PRODUCTS MFE., LTD.
UNIT 307-313,3/F,PHOTONICS CTR,NO.2
SCIENCE PARK E. AVE,HK SCIENCE PARK
SHATIN
HONG KONG

Not Negotiable
Air Waybill
Issued by Expeditors Hong Kong Limited

Copies 1,2 and 3 of this Air Waybill are originals and have the same validity.

Consignee's Name and Address | Consignee's Account Number

Circuit City Stores, Inc.
DR1/Logistics. 2nd Floor
9950 Mayland Drive
RICHMOND VA 23233
U.S.A. CTC:CAROL LACKS

It is agreed that the goods described herein are accepted in apparent good order and condition(except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Issuing Carrier's Agent Name and City

EXPEDITORS HONG KONG LIMITED
KOWLOON BAY, KOWLOON
HONG KONG

Accounting Information

403-6678 0781 FREIGHT COLLECT
NTY:1.SAME AS CONSIGNEE
2.CIRCUIT CITY STORES INC.WALNUT DISTRIBUTION CENTRE(DC 717)501 SOUTH CHERUL LANE,WALNUT,CA 917189 **

Agent's IATA Code: 1330004 | Account No.

Airport of Departure (Addr. of First Carrier) and Requested Routing: HONG KONG

Reference Number | Optional Shipping Information

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD | WT/VAL COLL | Other PPD | Other COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JFK | PO | | | | | | USD | | | C | P | C | N.V.D. | AS PER INV |

| Airport of Destination | Requested Flight/Date | Amount of Insurance |
|---|---|---|
| NEW YORK, NY | PO128/10 | NIL |

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance"

Handling Information SHPR REF: 34345 CNEE REF: 2172063.
**ATTN:HUAN LOPEZ & KRISTINE GREER INVENYORY CTC-EXT.314 TEL:909-594-3684
INV ,P/L AND C/O ATTD
U.S.A.

SCI

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 104 | 391 | K | | 854.5 | AS AGREED | | . |
| | | | | 854.5 | AS AGREED | | PSAF |
| 104 | 391 | | | | | | |

MARKS AS PER ATTACHED SHEET

NO SWPM
SERVICE TYPE: AIRPORT TO AIRPORT
DIMS (CMS): 104CTN@64X35X22

| Prepaid | Weight Charge | Collect |
|---|---|---|
| | Valuation Charge | |
| | Tax | |
| | Total Other Charges Due Agent | |
| | Total Other Charges Due Carrier | |
| Total Prepaid | | Total Collect |
| Currency Conversion Rates | | CC Charges in Dest. Currency |
| For Carriers Use only at Destination | Charges at Destination | Total Collect Charges |

Other Charges

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

CELL TAM, AGENT

Signature of Shipper or his Agent

8 November 2008 HONG KONG

Executed on (date) at (place) Signature of Issuing Carrier or its Agent

HAWB 4911212190

ELECTRONIC IMAGE
SUBJECT TO TERMS AND CONDITIONS

| Marks & Numbers. | | Description of Goods |
|---|---|---|
| Circuit City P.O. # 2172063 | | **UNDER PO# 2172063** |
| Circuit City Model (SKU) # | 41ctns | MODEL# UEB24A |
| UEB24A | 2050pcs | SPORT BUDS |
| Unit Count per Carton 50 pieces | | UPC: 400000001494 |
| Carton # 1 of 41 | | |
| Gross Weight pounds | | |
| Carton Dimensions (inches): | | |
| length x width x height | | |
| Made in China | | |
| -DO- | 34ctns | MODEL# UEB24B |
| Circuit City Model (SKU) # | 1700pcs | SPORT BUDS |
| UEB24B | | UPC: 400000001500 |
| Carton # 1 of 34 | | |
| -DO- | 29ctns | MODEL# UEB24C |
| Circuit City Model (SKU) # | 1450pcs | SPORT BUDS |
| UEB24C | | UPC: 400000001517 |
| Carton # 1 of 29 | | |

"FREIGHT COLLECT"

TOTAL: ONE HUNDRED AND FOUR (104) CTNS ONLY.

Header Information

# Purchase Order Change

**Puchase Order Change Information**

| | | |
|---|---|---|
| **Original Purchase Order Number** | 2172063 | Rev 1. |
| **PO Change Date** | 2008-10-24 | |
| **Original Purchase Order Date** | 2008-10-15 | |
| **Vendor Number** | 070566 | |

**Ship To Party**

**CCS Distribution Center** 0255

**Date Reference**

| | |
|---|---|
| **Requested Ship** | 2008-10-14 |
| **Do Not Ship Before** | 2008-11-09 |
| **Do Not Ship After** | 2008-11-13 |
| **Do Not Tender Before** | 2008-11-09 |

**For Direct Import Orders Only**

| | |
|---|---|
| **CIRCUIT CITY** | Containerized Ocean |
| **Name of City or Port** | HONG KONG |

**Line Item Information**

| Line # | Model | Price | UOM |
|---|---|---|---|
| 1 | UEB24A HH24-IT104 | 2.84 | Each |

J044797

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Price Change | 2050 | 2050 |

| Requested Ship | Do Not Ship Before | Do Not Ship After |
|---|---|---|
| 2008-10-14 | 2008-11-09 | 2008-11-13 |

| Line # | Model | Price | UOM |
|---|---|---|---|
| 2 | UEB24B HH24-IT105 | 2.84 | Each |

J044798

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Price Change | 1700 | 1700 |

| Requested Ship | Do Not Ship Before | Do Not Ship After |
|---|---|---|
| 2008-10-14 | 2008-11-09 | 2008-11-13 |

| Line # | Model | Price | UOM |
|---|---|---|---|
| 3 | UEB24C HH24-IT106 | 2.84 | Each |

J042799

| Type of Change | Original Quantity Ordered | QTY to be subtracted from or added to the Original Order QTY |
|---|---|---|
| Price Change | 1450 | 1450 |

| Requested Ship | Do Not Ship Before | Do Not Ship After |
|---|---|---|
| 2008-10-14 | 2008-11-09 | 2008-11-13 |

001128



# memo

May 29, 2008

To Our Vendor Partners:

In our ongoing efforts to drive top-line sales, improve inventory efficiency, and to maximize the total customer experience, Circuit City is asking for your partnership in support of our Holiday business.

We ask that you support our usual incremental and early inventory investments for the Holiday sales period, by extending **Seasonal Dating/Terms** or by providing an **Additional Payment Discount** as set forth below.

This year, with an elevated focus on delivering to financial and customer focused objectives, we are formalizing that partnership request.

**Circuit City Seasonal Dating/Terms or Additional Payment Discount Request**

For any purchase orders that are received/tendered **between 8/15/08 and 10/15/08**, Circuit City requests your support for either:

- **60 days additional days dating/terms or 1.6% payment discount**

Please confirm to your respective Sourcing Manager leads (by email by July 07, 2008) which of these shared investment options you will support.

We thank you in advance for your partnership.

Sincerely,

John Kelly
***Senior Vice President***
***& Chief Merchandising Officer***

ATO

**Antonio Precise Products Manufactory Ltd.**

安東尼澳實業有限公司

# INVOICE

Sold To :
CIRCUIT CITY STORES, INC.
9950 MARYLAND DRIVE
RICHMOND, VA 23233

Invoice No. **SF05589**
Date : 28-Oct-08
P.O. No. : 2158671
Job Order No. : ITI 44480-82

Vessel Name & Voyage/Flight No. CHICAGO BRIDGE V.47E
Fm Yantian to LONG BEACH, USA
Payment Term : O/A 60 DAYS
L/C NO. /

On Board Date or 10-Nov-08
Freight Payable at DESTINATION
Shipment Term : FOB YANTIAN
F.g. No.: FG # 62261 ~ 62263

| Shipping Marks | Detailed Description of Goods. | Quantity | Unit Price (US$) | Amount (US$) |
|---|---|---|---|---|
| Circuit City P.O. # 2158671<br>Circuit City Model (SKU) # UEB101ALUM<br>Unit Count per Carton 50 pieces<br>Carton # 1 of 20<br>Gross Weight pounds<br>Carton Dimensions (inches) : length x width x height<br>Made in China | UNDER PO# 2158671<br>UEB101ALUM<br>SOUND-ISOLATING EAR BUDS<br>UPC: 400000000763 | 1,000 | $ 5.30 | $ 5,300.00 |
| -DO-<br>Circuit City Model (SKU) # UEB24<br>Carton # 1 of 130 | UEB24<br>SPORT BUDS<br>UPC: 8373108006871 | 6,500 | $ 2.89 | $ 18,785.00 |
| -DO-<br>Circuit City Model (SKU) # UEB81BLACK<br>Carton # 1 of 80 | UEB81BLACK<br>NOISE-REDUCING EAR BUDS<br>UPC: 400000000756 | 4,000 | $ 3.23 | $ 12,920.00 |

ENTERED

"NO NON-MANUFACTURED WOOD DUNNAGE, PALLETS, CRATING OR OTHER PACKING MATERIAL ACCOMPANIES THIS SHIPMENT"

SAY U.S. Dollars : **THIRTY SEVEN THOUSAND AND FIVE ONLY. **** 11,500 PCS $ 37,005.00

For and on behalf of
ANTONIO PRECISE PRODUCTS MANUFACTORY LTD

Expeditors

# Expeditors Cargo Management Systems
## DRAFT

FORWARDER'S CARGO RECEIPT

SHIPPER (Name and Full Address)
ANTONIO PRECISE PRODUCTS
MANUFACTORY LTD.UNIT 307-313,3/F,
PHOTONICS CENTRE,NO.2 SCIENCE PARK
EAST AVE,HK SCIENCE PARK,
SHATIN, HONG KONG

BOOKING NUMBER: S1N0603944
FCR NUMBER: R1N0181767
CARGO RECEIVING DATE: 10/30/08

CONSIGNEE (Name and Full
CIRCUIT CITY STORES,INC.
9950 MAYLAND DRIVE RICHMOND,VA23233
CONTACT:CAROL LACKS

FORWARDING AGENT REFERENCES
BEIJING KANG JIE KONG INTERNATIONAL
CARGO AGENT CO.,LTD.SHENZHEN BRANCH
29F SHUN HING SQUARE DI WANG CENTRE

POINT AND COUNTRY OF ORIGIN OF GOODS

NOTIFY PARTY / INTERMEDIATE CONSIGNEE (Name and Full Address)
CIRCUIT CITY STORES,INC.
9950 MAYLAND DRIVE RICHMOND,VA23233
CONTACT:CAROL LACKS
CARMICHAEL INTERNATIONAL SERVICE
533 GLENDALE BLVD.,LOS ANGELES,**

ALSO NOTIFY (Name and Full Address) DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION. FOR RELEASE OF CARGO PLEASE CONTACT:
**CA90026
NTACT:DANEY CHANTIM

INITIAL CARRIAGE:
PLACE OF RECEIPT: YANTIAN
EXPORT CARRIER (Vessel, voyage): CHICAGO BRIDGE 47E
PORT OF LOADING: YANTIAN
PORT OF DISCHARGE: LONG BEACH, CA
PLACE OF DELIVERY: LONG BEACH, CA

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS/ CONTAINER NUMBERS | NOS. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS. | MEASUREMENT CBM |
|---|---|---|---|---|
| Details as per | attached commer | cial invoice. Invoice Number: SF05589 | | |
| | 230 CTNS PO | NO.2158671<br>ITEM NO.UEB101ALUM<br>SOUND-ISOLATING EAR BUDS<br>UPC#400000000763<br>ITEM NO.UEB24<br>SPORT BUDS<br>UPC#837318006871<br>ITEM NO.UEB81BLACK<br>NOISE-REDUCING EAR BUDS<br>UPC#400000000756<br>FOB TERMS(YANTIAN)<br><br>SEE ATTACHED | 810.30 KG | 9.110 M3 |

COPY NON NEGOTIABLE

REMARKS: THE ORIGINAL BILL OF LADING OF THIS SHIPMENT HAS BEEN RELEASED TO THE ABOVE MENTIONED CONSIGNEE AS AGREED AND SPECIFIED ON SHIPPING ORDER

FREIGHT COLLECT

IN ACCORDANCE WITH INSTRUCTION OF THE ABOVE CONSIGNEE WE RECEIVED THE FOLLOWING DOCUMENTS ON 11/03/08

| Documents received | Originals | Copies |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | 0 | 1 |
| CERTIFICATE OF ORIGIN | 0 | 1 |

FOR CHARGES

THIS DOCUMENT IS EXCHANGED FOR THE DOCKS RECEIPT / MATE'S RECEIPT. IT IS ISSUED AS A RECEIPT OF PAPER AND CARGO ONLY AND *WILL NOT BE NEGOTIABLE UNLESS* VERIFIED AND ENDORSED BY AN AUTHORIZED SIGNATORY OF EXPEDITORS.

For

BY ____________

DATE 11/11/08

Expeditors

# Expeditors Cargo Management Systems
# DRAFT

FORWARDER'S CARGO RECEIPT

| SHIPPER (Name and Full Address) | BOOKING NUMBER | FCR NUMBER |
|---|---|---|
| ANTONIO PRECISE PRODUCTS | S1N0603944 | R1N0181767 |

PARTICULARS FURNISHED BY SHIPPER 1 OF 1 DRAFT PAGE 2

| MARKS AND NUMBERS/ CONTAINER NUMBERS | NOS. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS. | MEASUREMENT CBM |
|---|---|---|---|---|
| KKFU1437821 CFS/CY | Size :40 | 230 CTNS Seal:BAJ63866 | 810.30 KG | 9.110 M3 |
| TOTALS: | | 230 CTNS | | |

COPY
NOT NEGOTIABLE

Header Information

# Purchase Order

**Purchase Order Information**

| | |
|---|---|
| **Original** | |
| **Purchase Order Type** | Stand-alone Order |
| **Purchase Order Number** | 2158671 |
| **Purchase Order Date** | 20080925 |
| **Vendor Number** | 070566 |
| **Message Text** | |

**Circuit City Contact Name**

| | |
|---|---|
| **Information Contact Name** | 9774 Rob Collier |

**F.O.B. Related Instructions**

| | |
|---|---|
| **Collect** | Origin(Shipping Point) |

**Ship To Party**

| | |
|---|---|
| **CCS Distribution Id Code** | 0717 |

**Terms of Sale**

| | |
|---|---|
| **Terms Type** | Basic |
| **Terms Basis Date** | Invoice Date |
| **Terms Discount Percent** | |
| **Terms Discount Days Due** | |
| **Terms Net Days** | 60 |
| **Description** | |

**Date Reference**

| | |
|---|---|
| **Delivery Requested** | 20081204 |
| **Requested Ship** | 2008-11-04 |
| **Do Not Ship Before** | 20081109 |
| **Do Not Ship After** | 20081113 |
| **Do Not Deliver After** | |
| **Do Not Deliver Before** | |
| **Do Not Tender Before** | 20081109 ✓ |
| **Do Not Tender After** | 20081113 ✓ |

**For Direct Import Orders Only**

| | |
|---|---|
| **CIRCUIT CITY** | Containerized Ocean |
| **Name of City or Port** | YANTIAN |

Line Items

city

# Purchase Order

| | | | | |
|---|---|---|---|---|
| 1 | UEB24 | Each | 6500 | 2.89 |
| 2 | UEB101ALUM | Each | 1000 | 5.30 |
| 3 | UEB81BLACK | Each | 4000 | 3.23 |

1. J044481 HH24-1T102
2. J044480 EH101-1T104
3. J044482 EH81-1T101

Issued by:

Checked by: Kerry

001073