UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653 (KRH) |
| et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## **REQUEST TO BE REMOVED FROM RECEIVING NOTICES IN A CASE**

Please take notice that John M. Ryan of the law firm of Crowley, Liberatore Ryan and Brogan, PC, hereby requests that he be removed from the electronic notice list and all other service lists in this matter.

Dated: November 28, 2011

By: */s/ John M. Ryan*

John M. Ryan (VSB No. 37796)
CROWLEY, LIBERATORE, RYAN & BROGAN, P.C.
Town Point Center, Suite 300
150 Boush Street
Norfolk, VA 23510
(757) 333-4500
(757)333-4501 (fax)
*Counsel for Iannucci Development Corp.*

# **CERTIFICATE**

I hereby certify that a true copy of the foregoing pleading, was this 28th day of November sent via first-class mail, postage prepaid to the following:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, VA  23219

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
101000 Santa Monica Blvd
Los Angeles, CA  90067

Lynn L. Tavenner, Esq.
Tavenner & Beran PLC
20 North Eighth Street, 2nd Fl.
Richmond, VA  23219

*/s/ John M. Ryan*