UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC. et al

Debtors.

Case No.: 08-35653 (KRH)

Jointly Administered

Chapter 11

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that HARDYMON, JAMES F ("Transferor"), a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to DEBT ACQUISITION COMPANY OF AMERICA V, LLC, and in connection with such transfer, hereby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim ( Scheduled Claim / Claim #        , filed        ), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address:

HARDYMON, JAMES F

333 W VINE ST

LEXINGTON KY 60507

New Address:

HARDYMON, JAMES F
c/o Debt Acquisition Company of America, V LLC

1565 Hotel Circle South Suite 310
San Diego CA 92108

I declare under penalty of perjury that the foregoing is true and correct.

Creditor Name: **HARDYMON, JAMES F**

Print Name: _JAMES F HARDYMON_   Title: _____

Signature: _James F Hardymon_   Date: _11-23-11_

3003357

3003357