James D. Thornton (VSB #28013)
Thornton & Associates, PLC
5030 Sadler Place, Suite 204
Glen Allen, Virginia 23060
Telephone: (804) 377-3701
Facsimile: (804) 377-3704
Email: jim.thornton@thorntonassociates.com
*Claimant*



RICHMOND DIVISION
F                F
I                I
L    NOV 28 2011    L
E                E
D      CLERK      D
US BANKRUPTCY COURT

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **CIRCUIT CITY STORES, INC., et al.,** | Case No.: **08-35653 (KRH)** |
| **Debtors.** | *Jointly Administered* |

## CLAIMANT'S RESPONSE TO
## LIQUIDATING TRUST'S TWENTY-SIXTH OMNIBUS
## OBJECTION TO CLAIMS (DISALLOWANCE
## OF CERTAIN LATE AND/OR OTHERWISE INVALID CLAIMS)

Thornton & Associates, PLC (the "Claimant") files this Response to Liquidating

Trust's Twenty-Sixth Omnibus Objection to Claims (Disallowance of Certain Late and/or

Otherwise Invalid Claims), pursuant to Local Bankruptcy Rule 3007-1, as modified by the Court

in its Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of

the Notice of Omnibus Objections (Docket No. 2881).

### BACKGROUND

1.    On November 10, 2008 (the "Petition Date"), the debtors in the above-

captioned cases (the "Debtors") filed voluntary petitions in this Court for relief under chapter 11

of the Bankruptcy Code.

2.    On December 10, 2008, the Court entered that certain Order Pursuant to

Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I)

*Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form

and Manner of Notice Thereof* (Docket No. 890) (the "Claims Bar Date Order").

3.    Pursuant to the Claims Bar Date Order, the deadline for filing all "claims"

(as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any

non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the "General Bar Date").

4.    *Claimant had performed legal work for Circuit City Stores, Inc. ("Circuit*

*City") during the months of September, 2008 and October, 2008, for which Claimant invoiced*

*Circuit City before the Petition Date.*

5.    *Although Claimant and Circuit City had no written agreement for the*

*performance of the work, Claimant had performed legal work for Circuit City for over five years*

*as of the Petition Date, and had established a pattern of dealing under which Claimant would*

*perform work for Circuit City upon request and would invoice Circuit City each calendar month*

*for work that had been performed during the previous calendar month.*

6.    As of the Petition Date, Debtor was indebted to Claimant in the amount of

$14,559.49 for work performed by Claimant during September, 2008 and October, 2008.

7.    *Claimant's Proof of Claim for outstanding fees was docketed November*

20, 2008, well before the General Bar Date, and contained detailed descriptions of the work

performed and the amount due.

8.    The affidavit of James D. Thornton, the Manager of Claimant and the

lawyer who performed all of the work detailed in the Proof of Claim, is attached hereto as

Exhibit A, and is incorporated by this reference.

Respectfully submitted,

By: _____
       Manager of Claimant

James D. Thornton (VSB No. 28013)
Thornton & Associates, PLC
5030 Sadler Place, Suite 204
Glen Allen, Virginia 23060
(804) 377-3701; fax (804) 377-3704
jim.thornton@thorntonassociates.com
Manager of Claimant

# CERTIFICATE

I certify that on November 16, 2011, the foregoing was sent to the following parties in interest in the manner set forth below:

> Jeffrey N. Pomerantz, Esq.
> Andrew W. Caine, Esq.
> Pachulski Stang Ziehl & Jones LLP
> 10100 Santa Monica Boulevard
> Los Angeles, California 90067-4100
> *first class mail*

> Lynn L. Tavenner, Esq.
> Paula S. Beran, Esq.
> Tavenner & Beran, PLC
> 20 North Eighth Street, 2nd Floor
> Richmond, Virginia 23219
> *first class mail*

> Robert J. Feinstein, Esq.
> Pachulski Stang Ziehl & Jones LLP
> 780 Third Avenue, 36th Floor
> New York, New York 10017
> *first class mail*

_/s/ James D. Thornton_
James D. Thornton (VSB No. 28013)

Exhibit A

James D. Thornton (VSB #28013)
Thornton & Associates, PLC
5030 Sadler Place, Suite 204
Glen Allen, Virginia 23060
Telephone: (804) 377-3701
Facsimile: (804) 377-3704
Email: jim.thornton@thorntonassociates.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., <u>et al.</u>,** | **Case No.: 08-35653 (KRH)** |
| **Debtors.** | |
| | **Jointly Administered** |

## <u>AFFIDAVIT</u>

COMMONWEALTH OF VIRGINIA

COUNTY OF HENRICO, to wit

     This day, James D. Thornton, personally appeared before me, the undersigned

Notary Public and being sworn, said as follows:

     1.    I, James D. Thornton, am the Manager of Thornton & Associates,

PLC (the "Firm"). The Firm performed legal work for Circuit City Stores, Inc. ("Circuit

City") in the area of commercial real estate. The Firm performed legal work for Circuit

City beginning in 2003 and continuing until Circuit City's filing of its petition in

bankruptcy.

     2.    As the principal in Thornton & Associates, PLC, I performed the

vast majority of the legal services the Firm rendered for Circuit City.

1

3.    While there was no written agreement between the Firm and
Circuit City for the performance of services, it had been the custom of Circuit City and
the Firm that bills for the Firm's services were issued on a monthly basis for work
performed during the previous month.

4.    At the time of filing of Circuit City's bankruptcy petition, I had
over twenty years of experience in performing legal services in the area of commercial
real estate. My hourly rate was $275.00 an hour, which was a reasonable hourly rate in
light of my experience and expertise, and Circuit City paid the Firm at that rate for my
work throughout the 2008 calendar year.

5.    As the party who performed the work for Circuit City and as
Manager of the Firm, I am familiar with the work that was performed for Circuit City
during the months of September, 2008 and October, 2008.

6.    I have reviewed the invoices and the summaries of invoices
attached to the Firm's Proof of Claim filed in connection with Circuit City's bankruptcy
case. The invoices are complete, accurate, and have not been previously paid.

7.    Circuit City at the time of its bankruptcy filing was indebted to the
Firm in the amount of $14,559.29 for work invoiced to Circuit City prepetition.

Executed this 16th day of November, 2011.


_____

James D. Thornton (SEAL)

The foregoing instrument was acknowledged before me, Debra L. King, notary public, this 16th day of November, 2011, by James D. Thornton, who is personally known to me.

_Debra L. King_
Notary Public

Registration No. __262384__

My Commission expires: __12/31/11__

3



**THORNTON**
**ASSOCIATES** PLC.

A Professional Limited Liability Company
5030 Sadler Place, Suite 204
Glen Allen, Virginia 23060

**James D. Thornton**                                           DIRECT DIAL: (804) 377-3701
JIM.THORNTON@THORNTONASSOCIATES.COM                            FACSIMILE: (804) 377-3704

November 16, 2011

<u>**VIA CERTIFIED MAIL**</u>

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street
Room 4000
Richmond, Virginia 23219

        **RE:**    **<u>Circuit City Stores, Inc., et al; Case No. 08-35653 (KRH)</u>**

Ladies and Gentlemen:

        I am enclosing for filing in the Clerk's Office the attached Claimant's Response to Liquidating Trust's Twenty-Sixth Omnibus Objection to Claims (Disallowance of Certain Late and/or Otherwise Invalid Claims) for the action referred to above.  Please call with any questions.

                Sincerely,

                James D. Thornton

Enclosure