Bruce Senator F-99302
Calipatria State Prison
P.O. Box 5005
Calipatria, CA. 92233-5005



RICHMOND DIVISION
FILED
NOV 29 2011
CLERK
US BANKRUPTCY COURT

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

IN RE                                                    CHAPTER 11
Circuit City Stores, Inc., et al.,          Case no. 08-35653 (KRH)
            Debtor

v.                                                       NOTICE OF CHANGE OF ADDRESS

Bruce Senator,
            Respondent;                           DEPT: 5000
            Claimant                              JUDGE: Kenneth R. Huennekens

TO: THE HONORABLE COURT IN THE ABOVE ENTITLED CAUSE.

PLEASE TAKE NOTICE: That petitioner currently has a pending cause in this court, and that petitioner has been transferred and his new LEGAL ADDRESS is:

Bruce Senator F-99302
Calipatria State Prison
P.O. Box 5005
Calipatria, CA 92233-5005

VERIFICATION

I am the petitioner in the above cause of action, have read the statements herein, and declare under penalty of perjury that these statement are true and correct.

DATE: Nov 22, 2011                    RESPECTFULLY SUBMITTED,

                                       Bruce Senator

# PROOF OF SERVICE BY MAIL

I _Bruce Senator_, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.

MY PRISON NUMBER IS: _F-99302_

MY PRISON ADDRESS IS _P.O. Box 5005  Calipatria, CA. 92233-5005_

ON _Nov 22_, 20_11_ I SERVED A COPY OF THE FOLLOWING DOCUMENT:

_Notice of Change of Address_

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT ~~FOLSOM~~ _Calipatria_ STATE PRISON (MAILBOX RULE), _Calipatria_ CALIFORNIA, ADDRESSED AS FOLLOWS:

① Jeffrey N. Pomerantz, Esq.  Andrew W. Caine, Esq.
   Pachulski Stang Ziehl & Jones LLP
   10100 Santa Monica Bl.                    Los Angeles, Ca. 90067-4100

② Lynn L. Tavenner, Esq.  Paula S. Beran, Esq. TA·
   Tavenner & Beran, PLC
   20 N. Eighth St. 2nd Fl.                  Richmond, Va. 23219

③ Robert J. Feinstein, Esq. Pachulski Stang Ziehl & Jones, LLP
   780 Third Ave. 36th Fl.                   New York, N.Y. 10017

④ Circuit City Liquidating Trust c/o Kurtzman Carson Consultants
   2335 Alaska Ave.                          El Segundo, Ca. 90245

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED _Nov 22_, 20_11_, AT _Calipatria_ CALIFORNIA..

_Bruce Senator_

Clerk of the Bankruptcy Court
U.S. Bankruptcy Court
Eastern Dist. of Virginia -
Richmond Div.
701 E. Broad St. Rm. 4000
Richmond, Va. 23219