William P Cimino
15 Albemarle Avenue
Richmond, VA 23226

FILED
2011 NOV 30  AM 10: 30

RICHMOND DIVISION

November 30, 2011

The Honorable Kevin R. Huennekens
U.S. Bankruptcy Court, Eastern District of Virginia
Richmond Division
701 East Broad Street, Suite 4000
Richmond, VA 23219

Dear Judge Huennekens:
In re Circuit City Stores, Inc., Case No. 08-35653

After reading the recent news reports about the problems with the mail service at the Sandston mail facility, http://www.nbc12.com/story/16092085/nbc12-follow-up-mail-delivery-problems-in-central-va, I began going through all my files to make sure that no piece of important mail has failed to be delivered.

During that research, I discovered that the liquidating trust asked that my amended priority short term incentive claim, claim no 15175, be reclassified as general unsecured. I never received that notification. If I were to have received the notification of the reclassification, I would have filed the appropriate objection with the court as I met the criteria for the payment of the short term incentive plan. Members of the Circuit City wind-down team can attest to that fact. Since the United States Postal Service failed to deliver the notification, my claim was adversely impacted by the Liquidating Trust's Eleventh Omnibus Objection to Claims (Special Cash Retention Program).

I noticed that the court has determined that those claims are to be treated as priority (Liquidating Trust's Motion For Order Approving Payment Of Claims Related To The Short-Term Incentive Program) and therefore I request that my claim be treated as such and returned to the priority claim as amended.

Sincerely,

*[signature: Willi P. C—]*

William P Cimino

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100