# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., et al., ) | Case No. 08-35653-KRH |
| ) | |
| Debtors. ) | |
| ) | Jointly Administered |

## WITHDRAWAL OF NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**John C. Smith** and **DurretteCrump, PLC** hereby withdraws the Notice of Appearance and Request for Service previously filed in this case on behalf of **Dartmouth Marketplace Associates**.

Dated: November 30, 2011            Respectfully Submitted,

DURRETTECRUMP, PLC

By:    /s/ John C. Smith
             Counsel

Roy M. Terry, Jr. VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
Brittany J. Berlauk, VSB No. 80131
DurretteCrump PLC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
Telephone: (804) 775-6900
Facsimile: (804) 775-6911
*Local Counsel for*
*Dartmouth Marketplace Associates*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Withdrawal has been furnished using the ECF system on all registered users of the CM/ECF system who have filed notices of appearance in this matter.

By:   /s/ John C. Smith