# EXHIBIT A

# 8029

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Eastern District of Virginia | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Circuit City Stores, Inc. | Case Number:<br>08-35653 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Scripps Networks, LLC DBA Home & Garden Television

Name and address where notices should be sent:
Attn: Bonnie Krabbenhoft
9721 Sherrill Blvd
Knoxville, TN 37932

Telephone number:
(865) 560-4218

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
PO Box 602028
Charlotte, NC 28260-2028

Telephone number:
(865) 560-4218

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:    $ 147,019.40

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: Advertising
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

    3a. Debtor may have scheduled account as: _____
    (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____ Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed included in secured claim,

If any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 01/27/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Bonnie Krabbenhoft* (signature)

BONNIE L. KRABBENHOFT
CREDIT MANAGER

RECEIVED
JAN 29 2009
KURTZMAN CARSON CONSULTANTS

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

☑ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

0835653090129000000000106

# Baker Hostetler

Baker&Hostetler LLP

3200 National City Center
1900 East 9th Street
Cleveland, OH 44114-3485

T 216.621.0200
F 216.696.0740
www.bakerlaw.com

January 28, 2009

direct dial: 216.861.6179
smaxwell@bakerlaw.com

**VIA UPS OVERNIGHT COURIER**

Circuit City Stores, Inc., et al.
Claims Processing Dept.
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Re: *Circuit City Stores, Inc., et al.*
    Case No. 08-35653

Dear Sir or Madam:

Enclosed please find six (6) proofs of claim to be filed in the above-referenced matter. Please file per your normal procedures and return time-stamped copies in the enclosed self-addressed stamped envelope.

Thank you for your assistance in this matter.

Very truly yours,

*Sarah Maxwell*

Sarah A. Maxwell

/sam

Enclosures

## SUPPLEMENT TO PROOF OF CLAIM

All statements and numbers on the cover page of this proof of claim are fully subject to the caveats, additions, or comments set out below.

Attached to this proof of claim are supplemental exhibits. Any additional documentation has not been attached because it is too voluminous or contains privileged or confidential matter. Relevant provisions of omitted documents are summarized in the attachments or in this Supplement. Additional documentation is available upon request, provided that any issues of privilege or confidentiality are suitably dealt with.

Any amounts listed as unsecured claims on the front of this claim are nonetheless secured to the extent of any setoff rights that may exist.

Claimant reserves the right to amend and supplement this Claim and/or to file additional proofs of claim for additional claims, including but not limited to as to additional or different debtors or for higher priorities, and to use any setoff rights against any or all additional claims.

Claimant further reserves all rights accruing to it under its transactional documents and applicable law, and the filing of this Proof of Claim and the discussion of specific elements of its claim is not intended to be and shall not be construed as (1) an election of remedy; (2) a waiver of any past, present or future defaults or events of default; (3) a waiver or limitation of any rights of Claimant; (4) a waiver of any other theories of recovery; (5) a waiver as to any other claims; (6) a consent to the determination of the Debtors' liability to Claimant by any particular court, including, but not limited to, the Bankruptcy Court; or (7) a consent to the jurisdiction or venue of any particular court, including but not limited to, the Bankruptcy Court.

102664839.1

**HGTV**
HOME & GARDEN TELEVISION
9721 SHERRILL BLVD
KNOXVILLE, TN 37932
Phone: (865) 560-4570    Fax: (865) 690-3832

ATTN ACCOUNTS PAYABLE
ACTIVE MEDIA SERVICES, INC (NY)
ONE BLUE HILL PLAZA
PEARL RIVER, NY 10965

Remit To: HGTV
PO BOX 602028
CHARLOTTE, NC 28260-2028

| Contract Number | | | | | Salesperson | (*=shared) | Invoice Number | Page |
|---|---|---|---|---|---|---|---|---|
| 120154 | | | | | Randy Saperstone* | | 908-1022-1 | 1 of 2 |
| Advertiser | | | | 3312 | Order Class | | Estimate Code | Broadcast Month |
| CIRCUIT CITY STORES, INC | | | | | National | | | September 2008 |
| Product | | | | | Order Type | | | Invoice Date |
| CIRCUIT CITY STORES, INC | | | | | Regular | | | 9/28/2008 |

### Schedule

| L# | Start | End | Time | MTWTFSS | Program | 
|---|---|---|---|---|---|
| 1 | 9/8 | 9/14 | 6:00P - 8:00P | X X X | Prime Access W-F 6-8p |
| 2 | 9/15 | 9/21 | 6:00P - 8:00P | X X X | Prime Access W-F 6-8p |
| 4 | 9/8 | 9/14 | 8:00P - 10:00P | X X X | Prime 1 Rotation W-F 8-10p Mirrored |
| 5 | 9/8 | 9/14 | 12:00A - 2:00A | X X X | Prime 1 Rotation Mirror W-F 12a-2a |
| 6 | 9/15 | 9/21 | 8:00P - 10:00P | 2 2 2 | Prime 1 Rotation W-F 8-10p Mirrored |

### Actual Broadcast

| Date | Day | Time | Len | Copy# | Cost | Remarks | DB/CR |
|---|---|---|---|---|---|---|---|
| 9/10 | WE | 6:53:09 PM | :30 | QCRCB736 | $3,908.00 | | |
| 9/10 | WE | 7:36:00 PM | :30 | QCRCB736 | $3,908.00 | | |
| 9/11 | TH | 7:06:56 PM | :30 | QCRCB736 | $3,908.00 | | |
| 9/12 | FR | 6:35:19 PM | :30 | QCRCB736 | $3,908.00 | | |
| 9/17 | WE | 6:07:38 PM | :30 | QCRCB745 | $3,908.00 | | |
| 9/17 | WE | 7:26:13 PM | :30 | QCRCB745 | $3,908.00 | | |
| 9/18 | TH | 6:45:16 PM | :30 | QCRCB745 | $3,908.00 | | |
| 9/19 | FR | 6:06:40 PM | :30 | QCRCB745 | $3,908.00 | | |
| 9/19 | FR | 6:37:12 PM | :30 | QCRCB745 | $3,908.00 | | |
| 9/19 | FR | 7:34:20 PM | :30 | QCRCB745 | $3,908.00 | | |
| 9/10 | WE | 8:09:34 PM | :30 | QCRCB736 | $10,740.00 | | |
| 9/10 | WE | 9:08:06 PM | :30 | QCRCB736 | $10,740.00 | | |
| 9/11 | TH | 9:45:36 PM | :30 | QCRCB736 | $10,740.00 | | |
| 9/12 | FR | 8:45:58 PM | :30 | QCRCB736 | $10,740.00 | | |
| 9/12 | FR | 9:19:19 PM | :30 | QCRCB736 | $10,740.00 | | |
| 9/10 | WE | 12:09:34 AM | :30 | QCRCB736 | $0.00 | | |
| 9/10 | WE | 1:08:06 AM | :30 | QCRCB736 | $0.00 | | |
| 9/11 | TH | 1:45:36 AM | :30 | QCRCB736 | $0.00 | | |
| 9/12 | FR | 12:45:58 AM | :30 | QCRCB736 | $0.00 | | |
| 9/12 | FR | 1:19:19 AM | :30 | QCRCB736 | $0.00 | | |
| 9/17 | WE | 9:36:35 PM | :30 | QCRCB745 | $10,740.00 | | |
| 9/18 | TH | 8:54:39 PM | :30 | QCRCB745 | $10,740.00 | | |
| 9/19 | FR | 8:38:35 PM | :30 | QCRCB745 | $10,740.00 | | |

# HGTV

**HOME & GARDEN TELEVISION**
9721 SHERRILL BLVD
KNOXVILLE, TN 37932
Phone: (865) 560-4570    Fax: (865) 690-3832

**Remit To:** HGTV
PO BOX 602028
CHARLOTTE, NC 28260-2028

ATTN ACCOUNTS PAYABLE
ACTIVE MEDIA SERVICES, INC (NY)
ONE BLUE HILL PLAZA
PEARL RIVER, NY 10965

| Contract Number | | | |
|---|---|---|---|
| 120154 | | | |
| Advertiser | Salesperson | (*=shared) | Invoice Number |
| CIRCUIT CITY STORES, INC | Randy Saperstone* | | 908-1022-1 |
| | Order Class | 3312 | Estimate Code |
| Product | National | | Broadcast Month |
| CIRCUIT CITY STORES, INC | Order Type | | September 2008 |
| | Regular | | Invoice Date |
| | | | 9/28/2008 |
| | | | Page 2 of 2 |

## Schedule / Actual Broadcast

| L# | Start | End | Time | M T W T F S S | Program | Date | Day Time | Len | Copy# | Cost | Remarks | DB/CR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 9/15 | 9/21 | 8:00P - 10:00P | . . 2 2 2 . . | Prime 1 Rotation W-F 8-10p Mirrored | 9/19 | FR 9:16:46 PM | :30 | QCRCB745 | $10,740.00 | | |
| 8 | 9/15 | 9/21 | 12:00A - 2:00A | . . 2 2 2 . . | Prime 1 Rotation Mirror W-F 12a-2a | 9/17 | WE 9:36:30 PM | :05 | CIRCUIT CITY/BB/HG | $0.00 | | |
| | | | | | | 9/17 | WE 1:36:35 AM | :30 | QCRCB745 | $0.00 | | |
| | | | | | | 9/18 | TH 12:54:39 AM | :30 | QCRCB745 | $0.00 | | |
| | | | | | | 9/19 | FR 12:36:35 AM | :30 | QCRCB745 | $0.00 | | |
| | | | | | | 9/19 | FR 1:16:46 AM | :30 | QCRCB745 | $0.00 | | |
| 9 | 9/15 | 9/21 | 12:00A - 2:00A | . . 2 2 2 . . | Prime 1 Rotation Mirror W-F 12a-2a | 9/17 | WE 1:36:30 AM | :05 | CIRCUIT CITY/BB/HG | $0.00 | | |

**Contract Notes:**

| | | |
|---|---|---|
| Gross Billings: | $135,740.00 | |
| Commission: | -$20,361.00 | (15.00 %) |
| Net Amount Due: | $115,379.00 | |

We warrant that the actual broadcast information shown on this invoice was taken from the program log and will be available, on request, for inspection by Advertiser or Agency for at least 12 months.

Not withstanding to whom bills are rendered, Advertiser, Agency and Service, jointly and severally shall remain obligated to pay to Network the amount of any bills rendered by Network within the time specified, and until payment in full is received by Network. Payment by Advertiser to Agency or to Service shall not constitute payment to this Network.

**Terms: NET 30 DAYS**

**HGTV**
HOME & GARDEN TELEVISION
9721 SHERRILL BLVD
KNOXVILLE, TN 37932
Phone: (865) 560-4570   Fax: (865) 690-3832

Remit To: HGTV
PO BOX 602028
CHARLOTTE, NC 28260-2028

ATTN ACCOUNTS PAYABLE
ACTIVE MEDIA SERVICES, INC (NY)
ONE BLUE HILL PLAZA
PEARL RIVER, NY 10965

| Contract Number | | | | |
|---|---|---|---|---|
| 120155 | Salesperson | (*=shared) | Invoice Number | Page |
| | Randy Superstone* | | 908-1025-1 | 1 of 2 |
| Advertiser | Order Class | | Estimate Code | Broadcast Month |
| CIRCUIT CITY STORES, INC | National | | | September 2008 |
| Product | Order Type | | | Invoice Date |
| CIRCUIT CITY STORES, INC | Regular | | | 9/28/2008 |

### Schedule / Actual Broadcast / Reconciliation

| L# | Start | End | Time | M T W T F S S | Program | Date | Day | Time | Len | Copy# | Cost | Remarks | DB/CR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/8 | 9/14 | 8:00P - 10:00P | X X X | Prime 1 Rotation W-F 8-10p Mirrored | 9/12 | FR | 8:09:58 PM | :30 | QCRCB736 | $7,719.00 | | |
| 2 | 9/8 | 9/14 | 12:00A - 2:00A | X X X | Prime 1 Rotation Mirror W-F 12a-2a | 9/12 | FR | 12:09:58 AM | :30 | QCRCB736 | $0.00 | | |
| 3 | 9/15 | 9/21 | 8:00P - 10:00P | X X X | Prime 1 Rotation W-F 8-10p Mirrored | 9/19 | FR | 8:07:56 PM | :30 | QCRCB745 | $7,719.00 | | |
| | | | | | | 9/19 | FR | 9:52:48 PM | :30 | QCRCB745 | $7,719.00 | | |
| 4 | 9/15 | 9/21 | 12:00A - 2:00A | X X X | Prime 1 Rotation Mirror W-F 12a-2a | 9/19 | FR | 12:07:56 AM | :30 | QCRCB745 | $0.00 | | |
| | | | | | | 9/19 | FR | 1:52:48 AM | :30 | QCRCB745 | $0.00 | | |
| 5 | 9/10 | 9/14 | 8:00P - 10:00P | X X X | Prime 1 Rotation W-F 8-10p Mirrored | 9/12 | FR | 9:53:40 PM | :30 | QCRCB736 | $7,719.00 | | |
| 6 | 9/10 | 9/14 | 12:00A - 2:00A | X X X | Prime 1 Rotation Mirror W-F 12a-2a | 9/12 | FR | 1:53:40 AM | :30 | QCRCB736 | $0.00 | | |
| 7 | 9/8 | 9/14 | 6:00P - 8:00P | X X X | Prime Access W-F 6-8p | 9/12 | FR | 7:16:38 PM | :30 | QCRCB736 | $3,174.00 | | |
| 8 | 9/15 | 9/21 | 6:00P - 8:00P | X X X | Prime Access W-F 6-8p | 9/19 | FR | 7:07:25 PM | :30 | QCRCB745 | $3,174.00 | | |

**HGTV**

HOME & GARDEN TELEVISION
9721 SHERRILL BLVD
KNOXVILLE, TN 37932
Phone: (865) 560-4570    Fax: (865) 690-3832

Remit To: HGTV
PO BOX 602028
CHARLOTTE, NC 28260-2028

ATTN ACCOUNTS PAYABLE
ACTIVE MEDIA SERVICES, INC (NY)
ONE BLUE HILL PLAZA
PEARL RIVER, NY 10965

| Contract Number | Salesperson | (*=shared) | Invoice Number | Page |
|---|---|---|---|---|
| 120155 | Randy Seperstone* | | 906-1025-1 | 2 of 2 |
| | Order Class | | Estimate Code | Broadcast Month |
| | 3312 National | | | September 2008 |
| Advertiser | Order Type | | | Invoice Date |
| CIRCUIT CITY STORES, INC | Regular | | | 9/28/2008 |
| Product | | | | |
| CIRCUIT CITY STORES, INC | | | | |

**Schedule**

| L# | Start | End | Time | M T W T F S S | Program |
|---|---|---|---|---|---|

**Actual Broadcast**

| Date | Day | Time | Len | Copy# | Cost | Remarks | DB/CR |
|---|---|---|---|---|---|---|---|

**Reconciliation**

*** THIS SPACE INTENTIONALLY LEFT BLANK ***

Gross Billings: $37,224.00
Commission: -$5,583.60 (15.00 %)
Net Amount Due: $31,640.40

We warrant that the actual broadcast information shown on this invoice was taken from the program log and will be available, on request, for inspection by Advertiser or Agency for at least 12 months.

Not withstanding to whom bills are rendered, Advertiser, Agency and Service, jointly and severally shall remain obligated to pay to Network the amount of any bills rendered by Network within the time specified, and until payment in full is received by Network. Payment by Advertiser to Agency or to Service shall not constitute payment to this Network.

Contract Notes:

Terms: NET 30 DAYS

# EXHIBIT B

# ELECTRONIC INVOICE

**STATION:** HGTV-CB

**AGENCY BILLING ADDRESS:**
ACTIVE MEDIA SERVICES, IN
ONE BLUE HILL PLAZA
PEARL RIVER
10965 NY

**MAKE PAYMENT TO:**
HGTV
PO BOX 602028
CHARLOTTE
NC

**ADVERTISER:** CIRCUIT CITY STORES, INC
**PRODUCT:** CIRCUIT CITY STORES, INC
STATION ADV CODE=

**ORDER TYPE:**
**ESTIMATE:** SEP28/08
**INVOICE:** 372 -90810221
**PAGE:** E 1
**MONTH:** SEP/08
**SCHEDULE DATES:** 00/00/00-00/00/00
**CONTRACT:** -

WE WARRANT THAT THE ACTUAL BROADCAST INFORMATION SHOWN ON THIS INVOICE WAS TAKEN FROM THE PROGRAM LOG OR BROADCAST ORDERS, AND IS AVAILABLE UPON REQUEST, FOR INSPECTION BY ADVERTISER OR AGENCY FOR AT LEAST 12 MONTHS.

## SCHEDULE / ACTUAL BROADCAST

| DAYS | TIME | RD | RATE | NO. | DATE | DAY | TIME | LEN | P/B | MTG | FILMING | RATE | REMARK |
|------|------|----|----|---|------|-----|------|-----|-----|-----|---------|------|--------|
| M-SU | 600P-800P | | | | 9/10 | W | 653P | 30 | | | QCRCB736 | | |
| | | | | | PRIME ACCESS W-F 6-8P | | | | | | | | |
| | | | | | 9/10 | W | 736P | 30 | | | QCRCB736 | | |
| | | | | | PRIME ACCESS W-F 6-8P | | | | | | | | |
| | | | | | 9/11 | TH | 706P | 30 | | | QCRCB736 | | |
| | | | | | PRIME ACCESS W-F 6-8P | | | | | | | | |
| | | | | | 9/12 | F | 635P | 30 | | | QCRCB736 | | |
| | | | | | PRIME ACCESS W-F 6-8P | | | | | | | | |
| LINE# 1 | | | | 4 | | | | | | | | | |
| M-SU | 600P-800P | | | | 9/17 | W | 607P | 30 | | | QCRCB745 | | |
| | | | | | PRIME ACCESS W-F 6-8P | | | | | | | | |
| | | | | | 9/17 | W | 726P | 30 | | | QCRCB745 | | |
| | | | | | PRIME ACCESS W-F 6-8P | | | | | | | | |
| | | | | | 9/18 | TH | 645P | 30 | | | QCRCB745 | | |
| | | | | | PRIME ACCESS W-F 6-8P | | | | | | | | |
| | | | | | 9/19 | F | 506P | 30 | | | QCRCB745 | | |
| | | | | | PRIME ACCESS W-F 6-8P | | | | | | | | |
| | | | | | 9/19 | F | 637P | 30 | | | QCRCB745 | | |
| | | | | | PRIME ACCESS W-F 6-8P | | | | | | | | |
| | | | | | 9/19 | F | 734P | 30 | | | QCRCB745 | | |
| | | | | | PRIME ACCESS W-F 6-8P | | | | | | | | |
| LINE# 2 | | | | 6 | | | | | | | | | |
| M-SU | 800P-1000P | | | | 9/10 | W | 809P | 30 | | | QCRCB736 | | |
| | | | | | PRIME 1 ROTATION W-F 8-10P MIRRORED | | | | | | | | |
| | | | | | 9/10 | W | 908P | 30 | | | QCRCB736 | | |
| | | | | | PRIME 1 ROTATION W-F 8-10P MIRRORED | | | | | | | | |
| | | | | | 9/11 | TH | 945P | 30 | | | QCRCB736 | | |
| | | | | | PRIME 1 ROTATION W-F 8-10P MIRRORED | | | | | | | | |
| | | | | | 9/12 | F | 845P | 30 | | | QCRCB736 | | |
| | | | | | PRIME 1 ROTATION W-F 8-10P MIRRORED | | | | | | | | |

# ELECTRONIC INVOICE

**STATION:** HGTV-CB

**AGENCY BILLING ADDRESS:**
ACTIVE MEDIA SERVICES, IN
ONE BLUE HILL PLAZA
PEARL RIVER
10965 NY

**MAKE PAYMENT TO:**
HGTV
PO BOX 602028
CHARLOTTE
NC

**ADVERTISER:** CIRCUIT CITY STORES, INC
**PRODUCT:** CIRCUIT CITY STORES, INC
**STATION ADV CODE=**

**INVOICE:** 372 -90810221
**PAGE:** E 2
**SCHEDULE DATES:** 00/00/00-00/00/00
**ESTIMATE:** SEP28/08
**MONTH:** SEP/08

## SCHEDULE

| LINE# | DAYS | TIME | RATE | NO. | DATE | DAY | TIME | TL | CL | PIB | M/G | FILM NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | M-SU | -200A | | 5 | 9/12 | F | 919P | 30 | | | | QCRCB736 |
| | | | | | PRIME 1 ROTATION | | | | MIRROR | W-F | 8-10P MIRRORED | |
| | | | | | 9/10 | W | 1209A | 30 | | | 12A-2A | QCRCB736 |
| | | | | | PRIME 1 ROTATION | | | | MIRROR | W-F | 12A-2A | |
| | | | | | 9/10 | W | 108A | 30 | | | 12A-2A | QCRCB736 |
| | | | | | PRIME 1 ROTATION | | | | MIRROR | W-F | 12A-2A | |
| | | | | | 9/11 | TH | 145A | 30 | | | 12A-2A | QCRCB736 |
| | | | | | PRIME 1 ROTATION | | | | MIRROR | W-F | 12A-2A | |
| | | | | | 9/12 | F | 1245A | 30 | | | 12A-2A | QCRCB736 |
| | | | | | PRIME 1 ROTATION | | | | MIRROR | W-F | 12A-2A | |
| | | | | | 9/12 | F | 119A | 30 | | | 12A-2A | QCRCB736 |
| | | | | | PRIME 1 ROTATION | | | | MIRROR | W-F | 12A-2A | |
| 5 | M-SU | 800P-1000P | | 5 | 9/17 | W | 936P | 30 | | | | QCRCB745 |
| | | | | | PRIME 1 ROTATION | | | | MIRROR | W-F | 8-10P MIRRORED | |
| | | | | | 9/18 | TH | 854P | 30 | | | | QCRCB745 |
| | | | | | PRIME 1 ROTATION | | | | MIRROR | W-F | 8-10P MIRRORED | |
| | | | | | 9/19 | F | 838P | 30 | | | | QCRCB745 |
| | | | | | PRIME 1 ROTATION | | | | MIRROR | W-F | 8-10P MIRRORED | |
| | | | | | 9/19 | F | 916P | 30 | | | | QCRCB745 |
| | | | | | PRIME 1 ROTATION | | | | MIRROR | W-F | 8-10P MIRRORED | |
| 6 | M-SU | 800P-1000P | | 4 | 9/17 | W | 936P | 5 | | | | CIRCUIT CIT |
| 7 | M-SU | -200A | | 1 | PRIME 1 ROTATION | | | | MIRROR | W-F | 8-10P MIRRORED | |
| | | | | | 9/17 | W | 136A | 30 | | | | QCRCB745 |
| | | | | | PRIME 1 ROTATION | | | | MIRROR | W-F | 12A-2A | |
| | | | | | 9/18 | TH | 1254A | 30 | | | | QCRCB745 |
| | | | | | PRIME 1 ROTATION | | | | MIRROR | W-F | 12A-2A | |
| | | | | | 9/19 | F | 1238A | 30 | | | | QCRCB745 |
| | | | | | PRIME 1 ROTATION | | | | MIRROR | W-F | 12A-2A | |



| STATION: | | | | | | | SEP28/08 |
|---|---|---|---|---|---|---|---|
| HGTV-CB | ELECTRONIC INVOICE | | | | | | ESTIMATE |
| REPRESENTATIVE | | SALESPERSON | | ORDER TYPE | | | MONTH SEP/08 |
| | | | | INVOICE 372-90B10231 | | PAGE E 1 | |
| ADVERTISER CIRCUIT CITY STORES, INC STATION ADV CODE= | | PRODUCT CIRCUIT CITY STORES, INC | | SCHEDULE DATES 00/00/00-00/00/00 | | | CONTRACT |

AGENCY BILLING ADDRESS:
ACTIVE MEDIA SERVICES, IN
ONE BLUE HILL PLAZA
PEARL RIVER
10965 NY

MAKE PAYMENT TO:
HGTV
PO BOX 602028
CHARLOTTE
NC

### SCHEDULE

| DAYS | TIME | RP | RATE | ACTUAL BROADCAST | | | | | | RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | NO | DATE | DAY | TIME | TP | GL | RB | MG | FILM NO | RATE | REMARK |

WE WARRANT THAT THE ACTUAL BROADCAST INFORMATION SHOWN ON THIS INVOICE WAS TAKEN FROM THE PRO
EQUEST, FOR INSPECTION BY ADVERTISER OR AGENCY FOR AT LEAST 12 MONTHS.

M-SU  800P-1000P
 LINE# 3   1 PRIME 1 ROTATION M-SU 8-10P MIRRORED    9/17 W 824P 30    QCRCB745

M-SU  -200A
 LINE# 4   1 PRIME 1 ROTATION MIRROR M-SU 12A-2A    9/17 W 1224A 30    QCRCB745

```
                                                                              SEP 28/08
                                                                              ESTIMATE

                     ELECTRONIC INVOICE            ORDER TYPE
STATION                                                                       MONTH
HGTV-CB                                                                       SEP/08
                                                   INVOICE          PAGE
             REPRESENTATIVE        SALESPERSON     372 -90810241    E   1

AGENCY BILLING ADDRESS                                              CONTRACT
ACTIVE MEDIA SERVICES, IN          ADVERTISER        PRODUCT
ONE BLUE HILL PLAZA                CIRCUIT CITY STORES, INC    CIRCUIT CITY STORES, INC
PEARL RIVER                        STATION ADV CODE=
10965 NY                                                            SCHEDULE DATES
MAKE PAYMENT TO:                                                    00/00/00-00/00/00
HGTV
PO BOX 602028
CHARLOTTE
NC
```

| SCHEDULE | | | | ACTUAL BROADCAST | | | | | | | RECONCILIATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAYS | TIME | SP | R/P | RATE | NO. | DATE | DAY | TIME | LTP | CL | P/B | IN/G | R/NO | RATE | REMARK | DR | CR |

WE WARRANT THAT THE ACTUAL BROADCAST INFORMATION SHOWN ON THIS INVOICE WAS TAKEN FROM THE PRO
EQUEST, FOR INSPECTION BY ADVERTISER OR AGENCY FOR AT LEAST 12 MONTHS.

M-SU  300P-600P
LINE# 1       1   9/12  F  444P  30        QCRCB736
              EARLY FRINGE ROTATION M-F 3-6P

## ELECTRONIC INVOICE

**STATION:** HGTV-CB

**AGENCY BILLING ADDRESS:**
ACTIVE MEDIA SERVICES, IN
ONE BLUE HILL PLAZA
PEARL RIVER
10965 NY

**MAKE PAYMENT TO:**
HGTV
PO BOX 602028
CHARLOTTE
NC

**ORDER TYPE:** ESTIMATE  SEP28/08
**MONTH:** SEP/08
**INVOICE:** 372 -90810251
**PAGE:** E 1
**SCHEDULE DATES:** 00/00/00-00/00/00
**CONTRACT:** -

**REPRESENTATIVE:**
**SALESPERSON:**
**ADVERTISER:** CIRCUIT CITY STORES, INC
**PRODUCT:** CIRCUIT CITY STORES, INC
STATION ADV CODE=

### SCHEDULE

| DAYS | TIME | R/D | RATE |
|------|------|-----|------|
| M-SU | 800P-1000P | | |
| LINE# 1 | | | |
| M-SU | -200A | | |
| LINE# 2 | | | |
| M-SU | 800P-1000P | | |
| LINE# 3 | | | |
| M-SU | -200A | | |
| LINE# 4 | | | |
| M-SU | 800P-1000P | | |
| LINE# 5 | | | |
| M-SU | -200A | | |
| LINE# 6 | | | |
| M-SU | 600P-800P | | |
| LINE# 7 | | | |
| M-SU | 600P-800P | | |

### ACTUAL BROADCAST

WE WARRANT THAT THE ACTUAL BROADCAST INFORMATION SHOWN ON THIS INVOICE WAS TAKEN FROM THE PRO
EQUEST, FOR INSPECTION BY ADVERTISER OR AGENCY FOR AT LEAST 12 MONTHS.

| NO | DATE | DAY | TIME | T | CL | P/B | MG | FILM NO. |
|----|------|-----|------|---|----|----|----|----------|
| 1 | 9/12 | F | 809P | 30 | | PRIME 1 ROTATION W-F 8-10P MIRRORED | | QCRCB736 |
| 1 | 9/12 | F | 1209A | 30 | | PRIME 1 ROTATION MIRROR W-F 12A-2A | | QCRCB736 |
| 1 | 9/19 | F | 807P | 30 | | PRIME 1 ROTATION W-F 8-10P MIRRORED | | QCRCB745 |
| 2 | 9/19 | F | 952P | 30 | | PRIME 1 ROTATION W-F 8-10P MIRRORED | | QCRCB745 |
| 2 | 9/19 | F | 1207A | 30 | | PRIME 1 ROTATION MIRROR W-F 12A-2A | | QCRCB745 |
| 2 | 9/19 | F | 152A | 30 | | PRIME 1 ROTATION MIRROR W-F 12A-2A | | QCRCB745 |
| 1 | 9/12 | F | 953P | 30 | | PRIME 1 ROTATION W-F 8-10P MIRRORED | | QCRCB736 |
| 1 | 9/12 | F | 153A | 30 | | PRIME 1 ROTATION MIRROR W-F 12A-2A | | QCRCB736 |
| 1 | 9/12 | F | 716P | 30 | | PRIME ACCESS W-F 6-8P | | QCRCB736 |
| 1 | 9/19 | F | 707P | 30 | | | | QCRCB745 |

### RECONCILIATION

| RATE | REMARK | DR | CR |
|------|--------|-----|-----|



# EXHIBIT C

```
NATL CABLE    CLIENT                                      GENERAL MEDIA REPORT                      ACTIVE
REQUESTOR                                                                                           REPORT N6  PAGE 11
FORMAT RECORD  N6CLRPT       FLVR O                 AIRDATES FROM SEP1/08 TO SEP28/08               RUN ON DEC23/08 AT 16.04
REPORT CONTROL N6CLRPT

ADVERTISER= CIRC CIRCUIT CITY                            ----------FILTERS----------                ESTIMATE=   NC37 3Q08 CIRCUIT
PRODUCT=    CIRC CIRCUIT CITY

NETWORK:   HGTV

                                       ORDERED                                                          INVOICE
          PROGRAM                      START/END
NET       NAME            DATE    DAY  TIME       LEN   COMMENT                        COST         DATE       TIME
----      -------         -----   ---  ---------  ---   --------                     --------    --------    -------

HGTV   PRIME ACCESS       SEP10   WED  600P  800P  30                                 3726.00    SEP10/08     653P
       PRIME 1            SEP10   WED  800P 1000P  30                                10245.00    SEP10/08     809P
       PRIME 1            SEP10   WED  800P 1000P  30                                10245.00    SEP10/08     908P
       EARLY FRINGE       SEP10   WED  300P  600P  30                                             SEP12/08     444P
       PRIME 1            SEP10   WED  800P 1000P  30                                10245.00    SEP11/08     945P
       PRIME 1            SEP10   WED  800P 1000P  30                                10245.00    SEP11/08     845P
       PRIME 1            SEP10   WED  800P 1000P  30                                10245.00    SEP12/08     919P
       PRIME ACCESS       SEP10   WED  600P  800P  30                                 3730.00    SEP12/08     635P
       PRIME 1            SEP10   WED 1200M  200A  30   REPEAT UNIT                               SEP12/08     153A
       PRIME 1            SEP10   WED 1200M  200A  30   REPEAT UNIT                               SEP12/08    1209A
       PRIME 1            SEP10   WED 1200M  200A  30   REPEAT UNIT                               SEP12/08     119A
       PRIME 1            SEP10   WED 1200M  200A  30   REPEAT UNIT                               SEP12/08    1245A
       PRIME ACCESS       SEP10   WED  600P  800P  30                                 3025.00    SEP11/08     145A
       PRIME 1            SEP10   WED  800P 1000P  30                                 7360.00    SEP12/08     716P
       PRIME 1            SEP10   WED  800P 1000P  30                                 7360.00    SEP12/08     953P
       PRIME 1            SEP10   WED 1200M  200A  30   REPEAT UNIT                               SEP12/08     809P
       PRIME 1            SEP10   WED 1200M  200A  30   REPEAT UNIT                               SEP10/08     108A
       PRIME ACCESS       SEP10   WED  600P  800P  30                                 3730.00    SEP10/08    1209A
       PRIME ACCESS       SEP17   WED  600P  800P  30                                 3730.00    SEP11/08     706P
       PRIME ACCESS       SEP17   WED  600P  800P  30                                 3725.00    SEP10/08     736P
       PRIME ACCESS       SEP17   WED  600P  800P  30                                 3725.00    SEP18/08     645P
       PRIME ACCESS       SEP17   WED  600P  800P  30                                 3725.00    SEP19/08     606P
       PRIME ACCESS       SEP17   WED  600P  800P  30                                 3725.00    SEP19/08     637P
       PRIME 1            SEP17   WED 1200M  200A  30   REPEAT UNIT                               SEP19/08     734P
       PRIME 1            SEP17   WED 1200M  200A  30   REPEAT UNIT                               SEP19/08     152A
       PRIME 1            SEP17   WED 1200M  200A  30   REPEAT UNIT                               SEP19/08    1207A
       PRIME 1            SEP17   WED 1200M  200A  30   REPEAT UNIT                               SEP17/08    1224A
       PRIME 1            SEP17   WED 1200M  200A   5   BILLBOARD; REPEAT UN                      SEP19/08     116A
       PRIME 1            SEP17   WED 1200M  200A  30   REPEAT UNIT                               SEP17/08     136A
       PRIME 1            SEP17   WED  800P 1000P  30                                10245.00    SEP19/08    1238A
       PRIME ACCESS       SEP17   WED  600P  800P  30                                 3025.00    SEP19/08     916P
       PRIME 1            SEP17   WED  800P 1000P  30                                10245.00    SEP19/08     707P
       PRIME 1            SEP17   WED  800P 1000P  30                                             SEP19/08     838P
       PRIME 1            SEP17   WED  800P 1000P  30                                             SEP17/08     824P
       PRIME 1            SEP17   WED  800P 1000P  30                                 7360.00    SEP19/08     952P
       PRIME 1            SEP17   WED  800P 1000P  30                                 7360.00    SEP19/08     807P
       PRIME ACCESS       SEP17   WED  600P  800P  30   BONUS UNIT                               SEP18/08     854P
       PRIME 1            SEP17   WED 1200M  200A  30   REPEAT UNIT                  10245.00    SEP17/08     607P
       PRIME 1            SEP17   WED 1200M  200A  30   REPEAT UNIT                   3725.00    SEP18/08    1254A
                                                                                                  SEP17/08     136A
```

```
NATL CABLE                                      GENERAL MEDIA REPORT                    ACTIVE
REQUESTOR  CLIENT                                                                       REPORT N6   PAGE 12
FORMAT RECORD  N6CLRPT                          AIRDATES FROM SEP1/08 TO SEP28/08       RUN ON DEC23/08 AT 16.04
REPORT CONTROL N6CLRPT      FLVR O

ADVERTISER= CIRC CIRCUIT CITY                          ─────FILTERS─────                ESTIMATE=   NC37 3Q08 CIRCUIT
PRODUCT=    CIRC CIRCUIT CITY

NETWORK:    HGTV

                            ───────ORDERED────────
                                       START/END                                         ──────INVOICE──────
NET     PROGRAM             DATE  DAY  TIME        LEN   COMMENT              COST       DATE       TIME
        NAME
─────────────────────────────────────────────────────────────────────────────────────────────────────────────
HGTV    PRIME 1             SEP17 WED  800P 1000P  30                      10245.00      SEP17/08   936P
        PRIME 1             SEP17 WED  800P 1000P   5    BILLBOARD          3725.00      SEP17/08   936P
        PRIME ACCESS        SEP17 WED  600P  800P  30                                    SEP17/08   726P

        (HGTV)                                                            164961.00
```