# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**  
Circuit City Stores, Inc.

**Case Number** 08−35653−KRH  
**Chapter** 11  
**Judge** Kevin R. Huennekens

Debtor(s)

**To:** Whatnall, Andrew

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005−1, the documents submitted by you

*11493* − Creditor Change of AddressHardymon, James F filed by Debt Acquisition Co of America V, LLC.(Whatnall, Andrew)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **fourteen (14) days from** the date hereof may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or adversary proceeding being dismissed.**

### REPRESENTATION AND APPEARANCES:
- _ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- _ **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090−1. [See LBR 9010−1]
- _ **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005−1(C)(5) and 9022−1(A)]
- _ a written application for *pro hac vice* admission must be appended to the motion filed by a member of the Bar of this Court. [See LBR 2090−1(E)(2)(a)]

### REQUIREMENT OF FORM:
- **X** **Legibility:** not in compliance with LBR 5005−1(C)(1) <u>can not read information to change the address</u>
- _ **Caption, Official Forms:** [See LBR 5005−1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains. *If applicable,* _ Case name and number do not match on paper submitted.
- _ **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
  - _ *if corporation,* not signed by counsel. [See LBR 5005−1(C)(4)]
  - _ *if amendment to petition, lists or schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
  - _ *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non−Attorney User.]
- _ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- _ Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry <u>or</u> redocket to attach the correct document.
- _ Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.

### VOLUNTARY PETITIONS:
- _ Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2−pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms which are available on the Court's web site at www.vaeb.uscourts.gov.
- _ More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition)*.
- _ Not verified by signature of attorney for debtor(s).
- _ Not verified by unsworn declaration with signature of all debtors.
- _ **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074−1]
- _ **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007−1(H)]
- _ **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
- _ **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005−1(C) and (D)]

Date:  November 29, 2011                Clerk, United States Bankruptcy Court

                                        By <u>/s/ Suzanne French</u>, Deputy Clerk
[ntcdef_filingvApril2010.jsp]            Direct Dial Telephone No. <u>804−916−2419</u>

```
                           United States Bankruptcy Court
                             Eastern District of Virginia
In re:                                                          Case No. 08-35653-KRH
Circuit City Stores, Inc.                                       Chapter 11
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0422-7          User: frenchs              Page 1 of 10          Date Rcvd: Nov 29, 2011
                              Form ID: defntc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2011.
aty          W. Glenn Jensen,   Roetzel & Andress,   PO Box 6507,   Orlando, FL  32802-6507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2011**                      **Signature:** *Joseph Speetjens*

```
District/off: 0422-7           User: frenchs              Page 2 of 10                   Date Rcvd: Nov 29, 2011
                               Form ID: defntc            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2011 at the address(es) listed below:

        Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@freebornpeters.com
        Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
        Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
         akeith@honigman.com,   tsable@honigman.com
        Alan Michael Noskow    on behalf of Creditor   CC Plaza Joint Venture, LLP anoskow@pattonboggs.com
        Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
        Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
        Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
         ajackins@seyfarth.com
        Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
         dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
        Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
        Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
         amy.williams@klgates.com,   hailey.andresen@klgates.com
        Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
         davison.andrea@arentfox.com,
         lane.katie@arentfox.com;dowd.mary@arentfox.com;rothleder.jeffrey@arentfox.com;toof.jackson@arentfox.com
        Andrew Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
        Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
        Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
        Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
        Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
         rhicks@shutts-law.com
        Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
        Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
        Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
         anitra.royster@nelsonmullins.com,   betsy.burn@nelsonmullins.com,
         raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
        Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
        Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
        Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
         murphyac@doj.state.wi.us,   gurholtks@doj.state.wi.us
        Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
         Management Services, LLC abraucher@mcmillanmetro.com
        Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
         drichards@vanblk.com;pfaggert@vanblk.com
        Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
         annemarie.mcgavin@bipc.com
        Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
         Companies, Ltd. acichello@kb-law.com
        Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
        Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
        Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
         ecffilings@hangley.com
        Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
         lthompson@cblaw.com
        Belkys  Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
         Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
        Benjamin C. Ackerly    on behalf of Creditor   COMSYS Information Technology Services, Inc. and
         COMSYS Services, LLC backerly@hunton.com,   cloving@hunton.com
        Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
        Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
        Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
         bgodshall@pszjlaw.com
        Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
         benglander@wtplaw.com,   wbatres@wtplaw.com
        Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
        Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
         lsansbury@mrrlaw.net
        Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
         carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;dustin.branch@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.carolo@kattenlaw.com
        Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
        Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
         bruce.matson@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
         tmelendez@ecjlaw.com
        C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
        Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
        Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
        Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
        Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
         aconway@taubman.com;Pollack@ballardspahr.com
        Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
         Christian.Vogel@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership
         clynch@goulstonstorrs.com

```
District/off: 0422-7           User: frenchs              Page 3 of 10             Date Rcvd: Nov 29, 2011
                               Form ID: defntc            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Christine McAteer Ford    on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly situated cford@mdpcelaw.com
      Christopher A. Jones    on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com, rredfield@wtplaw.com
      Christopher Julian Hoctor    on behalf of Defendant   Moran Brown PC choctor@gregkaplaw.com, nferenbach@gregkaplaw.com
      Christopher L. Perkins    on behalf of Attorney   LeClair Ryan, A Professional Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
      Christopher M. Alston    on behalf of Creditor   507 Northgate LLC alstc@foster.com, ristj@foster.com
      Christopher M. Desiderio    on behalf of Creditor   Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com
      Christopher R. Belmonte    on behalf of Creditor   International Business Machines Corporation cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
      City of Newport News, Virginia    jdurant@nngov.com
      Constantinos G. Panagopoulos    on behalf of Creditor   Centro Properties Group cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
      Courtney E. Pozmantier    on behalf of Creditor   Paramount Home Entertainment cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
      Craig Benson Young    on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
      Craig M. Palik    on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@yahoo.com, cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
      Curtis Gilbert Manchester    on behalf of Defendant   Energizer Battery, Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
      D. Marc Sarata    on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com, ndysart@ltblaw.com;sleach@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;bblosser@ltblaw.com
      Daniel D. Prichard    on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com, kcornnell@dowlohnes.com
      Daniel F. Blanks    on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
      Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com
      Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc. dsbushnaq@venable.com
      Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
      Darrell William Clark    on behalf of Creditor   Waste Management, Inc. dclark@stinson.com, cscott@stinson.com
      Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
      David McCall    on behalf of Creditor   City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
      David A. Greer    on behalf of Creditor   Century plaza development corporation dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
      David B. Wheeler    on behalf of Creditor   South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com
      David D. Hopper    on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com, scilino@chlhf.com
      David Emmett Hawkins    on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
      David H. Cox    on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com, phaynes@jackscamp.com
      David H. Dickieson    on behalf of Defendant   New Age Electronics, Inc., also known as New Age, Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
      David J. Ervin    on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
      David K. Spiro    on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com, rmcburney@hf-law.com
      David M. Poitras    on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
      David R. McFarlin    on behalf of Creditor   Alexander H Bobinski, as Trustee under Trust No. 1001 dmcfarlin@whmh.com, psmith@whmh.com
      David R. Ruby    on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David R. Ruby    on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David V. Cooke    on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
      David W. Earman    on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
      David Wayne Lannetti    on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com, kjerald@vanblk.com;drichards@vanblk.com
      Dawn C. Stewart    on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
      Dena Sloan Kessler    on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
      Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services denise.mondell@ct.gov
      Dennis T. Lewandowski    on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com

```
District/off: 0422-7           User: frenchs              Page 4 of 10              Date Rcvd: Nov 29, 2011
                               Form ID: defntc            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Denyse Sabagh    on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
    Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District caaustin@comcast.net
    Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
    Dominic L. Chiariello    on behalf of Creditor Donovan Dunwell dc@chiariello.com
    Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects dludman@brownconnery.com
    Douglas Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
    Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center dkappler@rdwlawcorp.com
    Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com
    Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
    Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com, rours@wileyrein.com
    Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com, mayle@hooverslovacek.com
    Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com, wenditaylor@toase.com;lmares@toase.com;kkalos@toase.com
    Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@durrettecrump.com, sryan@durrettecrump.com;dbbankruptcy@gmail.com
    Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
    Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited echarley@hansonbridgett.com
    Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
    Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
    Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
    Erica S. Zaron    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
    Erick Frank Seamster    on behalf of Creditor   Unical Enterprises, Inc eseamster@wallacepledger.com
    Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
    Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jstern@spottsfain.com
    Eugene Chang    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
    F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
    Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
    Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP fpepler@peplermastromonaco.com
    Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
    Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
    Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue rudzikf@dor.state.fl.us
    Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
    Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com
    Gary E. Mason    on behalf of Creditor Marlon Mondragon gmason@masonlawdc.com
    Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,    calendar@fbm.com
    Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
    Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
    German Yusufov    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
    Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc notices@becket-lee.com
    Gilbert D. Sigala    on behalf of Creditor John Batioff sigalaw1@aol.com
    Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors gbrown@pszjlaw.com
    Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property agbankcal@ag.tn.gov
    Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund gfornario@nixonpeabody.com,   khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
    Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com, christine@virginia-lawyers.net
    Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
    Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company ggrant@shulmanrogers.com,   lsmith@shulmanrogers.com;THsu@shulmanrogers.com
    H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
    Hale Yazicioglu    on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
    Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com,   jwest@kkgpc.com
    Heather Lynn Anderson    on behalf of Creditor   State of New Jersey, Division of Taxation Heather.Anderson@dol.lps.state.nj.us
    Henry Buswell Roberts    on behalf of Creditor   Suemar hbroberts@live.com,   droberts1949@live.com
    Henry P. Baer    on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com, csommer@fdh.com

```
District/off: 0422-7          User: frenchs              Page 5 of 10             Date Rcvd: Nov 29, 2011
                              Form ID: defntc            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Henry Pollard Long    on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
              Ian S. Landsberg    on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
              J. Christian Word    on behalf of Liquidator    Gordon Brothers Retail Partners, LLC
               chefiling@lw.com;robert.klyman@lw.com
              J. David Folds    on behalf of Defendant    Fabrik, Inc. dfolds@mckennalong.com,
               sparson@mckennalong.com
              Jackson David Toof    on behalf of Creditor    Discovery Communications, Inc.
               toof.jackson@arentfox.com
              Jaime Sue Dibble    on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
               lbigus@stinson.com
              James D. Newbold    on behalf of Counter-Claimant    State of Illinois Department of Revenue,
               through Brian Hamer, its Director James.Newbold@illinois.gov
              James E. Clarke    on behalf of Interested Party    Bond-Circuit IX Delaware Business Trust
               vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
              James Edward Bowman    on behalf of Defendant    Elite Screens Inc. Jim@jebowman.com,
               bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
              James H. Rollins    on behalf of Creditor    Plaza Las Americas, Inc. jim.rollins@hklaw.com,
               avis.francis@hklaw.com
              James J. Briody    on behalf of Creditor    Johnson City Crossing, L.P. jim.briody@sablaw.com,
               kim.smith@sablaw.com
              James K. Donaldson    on behalf of Defendant    Solutions 2 Go, Inc. jdonaldson@cblaw.com
              James R. Schroll    on behalf of Defendant    CORMARK, Inc. jschroll@beankinney.com,
               ncoton@beankinney.com
              James V. Lombardi    on behalf of Creditor    AmREIT, a Texas real estate investment trust
               jvlombardi@rossbanks.com
              James W. Reynolds    on behalf of Defendant    Leggett & Platt, Inc., dba Beeline Group, a division
               of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
              James Winston Burke    on behalf of Attorney    Mio Technology USA Ltd. also known as MiTAC USA Inc.
               jburke@orrick.com
              Jamie M. Konn    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
               jamie.konn@dlapiper.com,  kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
              Janet M. Meiburger, Esq.    on behalf of Creditor   Ricmac Equities Corporation
               admin@meiburgerlaw.com
              Jason B. Binford    on behalf of Creditor    BB Fonds International 1 USA, L.P. jbinford@krcl.com,
               ecf@krcl.com
              Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;tcarper@krumbeinlaw.com;KCLS-ECF@krumbeinlaw.com
              Jason William Harbour    on behalf of Creditor    Public Company Accounting Oversight Board
               jharbour@hunton.com
              Jeffrey Chang    on behalf of Creditor    ACCO Brands Corporation jchang@changlawpllc.com
              Jeffrey Scharf    on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com,
               tacspc@gmail.com;amanda@taxva.com
              Jeffrey E. Klusmeier    on behalf of Creditor    Missouri Attorney General's Office
               Jeff.Klusmeier@ago.mo.gov
              Jeffrey J. Graham    on behalf of Creditor    Greenwood Point, LP jgraham@taftlaw.com,
               krussell@taftlaw.com;ecfclerk@taftlaw.com
              Jeffrey L. Tarkenton    on behalf of Creditor    Acer American Holdings Corp. jtarkenton@wcsr.com,
               toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
              Jeffrey M. Sherman    on behalf of Creditor    Central Investments, LLC jmsherman@lerchearly.com,
               elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com
              Jeffrey N. Pomerantz    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               jpomerantz@pszjlaw.com
              Jenelle Marie Dennis    on behalf of Creditor    Bear Valley Road Partners LLC
               dennisj@ballardspahr.com,  pollack@ballardspahr.com
              Jennifer Langan    on behalf of Creditor    Pennsylvania State Treasurer jlangan@patreasury.org
              Jennifer Ellis Lattimore    on behalf of Creditor    Vizio, Inc. jlattimore@eckertseamans.com
              Jennifer J. West    on behalf of Creditor    Coca-Cola Bottling Company Consolidated
               jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;jstern@spottsfain.com;tmoore@spottsfain.com;eander
               son@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com
              Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@linowes-law.com,
               klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
              Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com,
               avaughn@cblaw.com
              Jennifer V. Doran    on behalf of Creditor    DeMatteo Management, Inc. jdoran@haslaw.com,
               calirm@haslaw.com
              Jeremy Brian Root    on behalf of Creditor    ACCO Brands Corporation jroot@bklawva.com,
               tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
              Jeremy C. Kleinman    on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com
              Jeremy L. Pryor    on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
              Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Consumer Products, L.L.C.
               jsf@llff.com,  ecf@llff.com;gordon.young@llff.com
              Jeremy S. Williams    on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com
              Jeremy W. Martin    on behalf of Creditor    Escambia County Tax Collector
               jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
              Jeremy W. Ryan    on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com
              Jerry Lane Hall    on behalf of Defendant    NAMCO BANDAI Games America Inc.
               jerry.hall@pillsburylaw.com,  patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com

```
District/off: 0422-7           User: frenchs              Page 6 of 10              Date Rcvd: Nov 29, 2011
                               Form ID: defntc            Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jess R. Bressi    on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
              Jessica Regan Hughes    on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
               swells@seyfarth.com;wdcdocketing@seyfarth.com
              Joel S. Aronson    on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
               jsaronson@ridberglaw.com
              Joel T. Marker    on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
              John B. Raftery    on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
               jraftery@offitkurman.com
              John C. Smith    on behalf of Creditor   Dartmouth Marketplace Associates jsmith@durrettecrump.com,
               sryan@durrettecrump.com;dbbankruptcy@gmail.com
              John D. Fiero    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               jfiero@pszjlaw.com
              John D. McIntyre    on behalf of Creditor   Carnegie Management and Development Corporation
               jmcintyre@wmlawgroup.com,    wedwards@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
              John E. Hilton    on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
               pjf@carmodymacdonald.com
              John E. Lucian    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
               lucian@blankrome.com
              John G. McJunkin    on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
               sparson@mckennalong.com
              John J. Lamoureux    on behalf of Creditor   Amore Construction Company
               jlamoureux@carltonfields.com,    lmccullough@carltonfields.com;tpaecf@cfdom.net
              John M. Craig    on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
               russj4478@aol.com
              John P. Van Beek    on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
               awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
              John T. Donelan    on behalf of Defendant   Best Vendors Management Co. Inc. jtdlaw@verizon.net
              John T. Farnum    on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com
              John T. Husk    on behalf of Defendant   Casco Corporation johnhusk@aol.com,    nre98@aol.com
              Jonathan L. Hauser    on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
              Jonathan S. Storper    on behalf of Creditor   IGate Global Solutions, Limited
               jstorper@hansonbridgett.com
              Jonathan T. Cain    on behalf of Defendant   InVNT, LLC jtcain@mintz.com,    kcraun@mintz.com
              Jonathan W. Young    on behalf of Creditor   ACCO Brands Corporation young@wildman.com
              Joseph M. DuRant    on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
              Joseph T. Moldovan    on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
               Cross Blue Shield bankruptcy@morrisoncohen.com
              Joshua D. McKarcher    on behalf of Defendant   Broadridge Financial Solutions, Inc., aka
               Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
               Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
              Judy Bamberger Calton    on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
              Julie Ann Quagliano    on behalf of Creditor   AT&T quagliano@sfmlawfirm.com,
               harvell@sfmlawfirm.com
              Justin D. Leonard    on behalf of Creditor   Andrews Electronics jleonard@balljanik.com
              Justin F. Paget    on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com
              Kalina Boyanova Miller    on behalf of Creditor   First Industrial Realty Trust, Inc.
               kmiller@wileyrein.com,    rours@wileyrein.com
              Karen L. Gilman    on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
              Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
               jbrockett@clrbfirm.com;tturner@clrbfirm.com
              Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com,
               beth@pf-law.com;Abbie@pf-law.com;dweekley@pf-law.com
              Ken Coleman    on behalf of Interested Party   Alvarez & Marsal Canada, ULC
               Ken.Coleman@allenovery.com
              Kenneth R. Rhoad    on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
              Kevin A. Lake    on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
              Kevin L. Sink    on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
              Kevin M. Newman    on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
              Khang V. Tran    on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
              Kimbell D. Gourley    on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
               sprescott@idalaw.com
              Kimberly A. Pierro    on behalf of Creditor   CBL & Associates Management, Inc.
               kimberly.pierro@kutakrock.com,
               sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
               @kutakrock.com
              Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association as Trustee
               for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
               kimsullywalker@aol.com
              Kristen E. Burgers    on behalf of Creditor   CWCapital Asset Management LLC keburgers@venable.com
              Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              Kurt M. Kobiljak    on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
              Laura Otenti    on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
              Lawrence Allen Katz    on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
               ndysart@ltblaw.com
              Lawrence H. Glanzer    on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com,
               stephanie@rlglegal.com
```

```
District/off: 0422-7          User: frenchs            Page 7 of 10          Date Rcvd: Nov 29, 2011
                              Form ID: defntc          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Leonard E. Starr   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
    Leonidas Koutsouftikis    on behalf of Creditor   Washington Real Estate Investment Trust lkouts@magruderpc.com, mcook@magruderpc.com
    Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
    Linda Dianne Regenhardt   on behalf of Creditor   D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;mkoeniger@garylaw.us
    Linda Sharon Broyhill   on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
    Lisa P. Sumner   on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com, cjeckel@poyners.com
    Lisa Taylor Hudson   on behalf of Creditor   A.D.D. Holdings, L.P. lhudson@sandsanderson.com
    Loc Pfeiffer   on behalf of Creditor   Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
    Louis E. Dolan    on behalf of Creditor   California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
    Lucy L. Thomson    lthomson2@csc.com
    Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
    Lyndel A. Mason   on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
    Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
    Madeleine C. Wanlsee   on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com, rstein@gustlaw.com
    Malcolm M. Mitchell   on behalf of Creditor   AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Marc A. Busman   on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
    Mark B. Conlan   on behalf of Creditor   Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
    Mark D. Sherrill   on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
    Mark D. Taylor   on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
    Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
    Mark J. Friedman   on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
    Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation mark@taxva.com, amanda@taxva.com
    Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
    Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
    Martha E. Romero   on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
    Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc martin.brown@lawokc.com
    Martin J.A. Yeager   on behalf of Creditor Loren Stocker myeager@landclark.com
    Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com, akauba@mhalaw.com
    Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
    Matthew Righetti   on behalf of Creditor Jack Hernandez matt@righettilaw.com
    Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
    Matthew D. Foster   on behalf of Defendant   SVG Distribution Fosterm@pepperlaw.com
    Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
    Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
    Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
    Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
    Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com
    Michael Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
    Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com
    Michael Callahan Crowley   on behalf of Creditor   White-Spunner Construction, Inc. mcrowley@asm-law.com
    Michael D. Mueller   on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com
    Michael E. Hastings   on behalf of Creditor   Eastern Security Corp. michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
    Michael F. Ruggio   on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
    Michael J. Sage   on behalf of Creditor   Pan Am Equities msage@omm.com, kzeldman@omm.com
    Michael John O'Grady   on behalf of Creditor   Convergys Customer Management Group Inc. mjogrady@fbtlaw.com, lbaker@fbtlaw.com;jbwells@fbtlaw.com
    Michael Keith McCrory   on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com

```
District/off: 0422-7           User: frenchs              Page 8 of 10              Date Rcvd: Nov 29, 2011
                               Form ID: defntc            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Michael L. Wilhelm   on behalf of Creditor Harry Hallaian ECF@w2lg.com
    Michael P. Falzone   on behalf of Creditor 502-12 86th Street LLC mfalzone@hf-law.com,
     jbsmith@hf-law.com
    Michael S. Kogan   on behalf of Creditor Ditan Distribution LLC mkogan@ecjlaw.com,
     rfraire@ecjlaw.com
    Min Park   on behalf of Creditor Inland Southwest Management LLC, Inland American Retail
     Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
     Continental Property Management Corp., and Inland Commerc mpark@cblh.com
    Mindy A. Mora   on behalf of Creditor Wells Fargo Bank, N.A. mmora@bilzin.com,
     eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
    Mindy D. Cohn   on behalf of Creditor Visiontek Products, LLC mcohn@winston.com
    Mitchell B. Weitzman   on behalf of Creditor Madison Waldorf, LLC mweitzman@jackscamp.com,
     swatson@jackscamp.com;iluaces@jackscamp.com
    Mona M. Murphy   on behalf of Creditor Bush Industries, Inc. mona.murphy@akerman.com,
     crystal.gaymon@akerman.com
    Nancy F. Loftus   on behalf of Creditor Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
    Nancy R. Schlichting   on behalf of Creditor Antor Media Corporation nrs@lolawfirm.com,
     lginsberg@lolawfirm.com
    Nathan Jones   on behalf of Creditor US Debt Recovery III, LP heather@usdrllc.com
    Neil E. McCullagh   on behalf of Creditor Casio, Inc. nmccullagh@spottsfain.com,
     jstern@spottsfain.com;eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekes
     sel@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@sp
     ottsfain.com
    Nicholas B Malito   on behalf of Creditor Dollar Tree Stores, Inc. nmalito@hgg.com
    Nicholas W. Whittenburg   on behalf of Creditor Cleveland Towne Center, LLC
     nwhittenburg@millermartin.com, mcsmith@millermartin.com
    Oscar Baldwin Fears   on behalf of Creditor Georgia Department of Revenue bfears@law.ga.gov,
     jjacobs@law.ga.gov
    P. Matthew Roberts   on behalf of Creditor CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
    Patrick M. Birney   on behalf of Creditor Schimenti Construction Company LLC pbirney@rc.com,
     jcarrion@rc.com
    Paul J. Pascuzzi   on behalf of Creditor Belleville News-Democrat ppascuzzi@ffwplaw.com
    Paul K. Campsen   on behalf of Creditor CC Grand Junction Investors 1998, LLC
     pkcampsen@kaufcan.com
    Paul M. Black   on behalf of Creditor Sony Pictures Home Entertainment Inc.
     pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
    Paul McCourt Curley   on behalf of Creditor Carrollton Arms, LLC pcurley@canfieldbaer.com,
     tchilders@canfieldbaer.com
    Paul Michael Schrader   on behalf of Creditor ANG Newspapers pschrader@fullertonlaw.com
    Paul S. Bliley   on behalf of Creditor 1890 Ranch, Ltd. pbliley@williamsmullen.com,
     rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paula A. Hall   on behalf of Defendant Stanecki Inc. d/b/a Don Lors Electronics
     hall@bwst-law.com, marbury@bwst-law.com
    Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
     dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
     om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
    Peter Barrett   on behalf of Creditor Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
     lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
    Peter A. Greenburg   on behalf of Creditor Premier Resources, LLC pgreenburg@aol.com
    Peter E. Strniste   on behalf of Creditor Schimenti Construction Company LLC pstrniste@rc.com,
     kcooper@rc.com
    Peter G. Zemanian   on behalf of Creditor Disney Interactive Distribution, et al.
     pete@zemanianlaw.com
    Peter J. Carney   on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
     jlerner@whitecase.com,jrubalcava@whitecase.com
    Peter M. Pearl   on behalf of Creditor PrattCenter, LLC ppearl@sandsanderson.com
    Philip C. Baxa   on behalf of Counter-Claimant Mitsubishi Electronics America, Inc.
     pbaxa@sandsanderson.com, rarrington@sandsanderson.com
    Philip James Meitl   on behalf of Creditor Berkadia Commercial Mortgage LLC
     pj.meitl@bryancave.com, john.leininger@bryancave.com
    R. Chase Palmer   on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
    Rand L. Gelber   on behalf of Creditor Maricopa County Treasurer RGelberMD@aol.com
    Raymond Pring   on behalf of Creditor Laura Scannell rpring@grosspringlaw.com,
     rahurley@grosspringlaw.com;hsessler@grosspringlaw.com
    Raymond William Battaglia   on behalf of Creditor Miner Corporation rbattaglia@obht.com
    Rebecca L. Saitta   on behalf of Creditor Bond C.C. I Delaware Business Trust
     rsaitta@wileyrein.com, rours@wileyrein.com
    Reid Steven Whitten   on behalf of Creditor LaSalle Bank National Association, as trustee for C1
     Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
    Rhett E. Petcher   on behalf of Creditor Engineered Structures, Inc. rpetcher@seyfarth.com
    Rhysa Griffith South   on behalf of Creditor Henrico County, Virginia sou06@co.henrico.va.us
    Richard C. Maxwell   on behalf of Interested Party Park National Bank rmaxwell@woodsrogers.com
    Richard D. Scott   on behalf of Defendant Contrarian Funds, LLC richard@rscottlawoffice.com
    Richard E. Hagerty   on behalf of Attorney Troutman Sanders LLP
     richard.hagerty@troutmansanders.com,
     sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.webne@troutmansanders.com
    Richard E. Lear   on behalf of Creditor CapTech Ventures, Inc. richard.lear@hklaw.com,
     kimi.odonnell@hklaw.com

```
District/off: 0422-7          User: frenchs              Page 9 of 10              Date Rcvd: Nov 29, 2011
                              Form ID: defntc            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Richard F. Stein    on behalf of Creditor   Internal Revenue Service
         richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
        Richard Iain Hutson    on behalf of Creditor   Caribbean Display & Construction, Inc.
         rhutson@weinstocklegal.com
        Richard M. Maseles    on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
        Richard S. Yarow    on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
        Robert A. Canfield    on behalf of Creditor  Cornella Beverly bcanfield@canfieldbaer.com,
         jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
        Robert B. Hill    on behalf of Creditor   Columbia Plaza Joint Venture kcummins@hillrainey.com
        Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
        Robert C. Edmundson    on behalf of Creditor   Office of Attorney General, Pennsylvania Department
         of Revenue redmundson@attorneygeneral.gov
        Robert D. Albergotti    on behalf of Creditor   Universal Display and Fixtures Company
         robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
        Robert D. Clark    on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
        Robert D. Tepper    on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
         L.L.C. rtepper@sabt.com, pcoover@sabt.com
        Robert Field Moorman    on behalf of Defendant   Forsythe Solutions Group, Inc.
         rmoorman@moormanlaw.com, robmoorman@comcast.net
        Robert J. Brown    on behalf of Creditor   CB Richard Ellis / Louisville, LLC
         Lexbankruptcy@wyattfirm.com
        Robert J. Feinstein    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
         rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
        Robert K. Coulter    on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
         USAVAE.ALX.ECF.BANK@usdoj.gov
        Robert Kenneth Minkoff    on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
         rminkoff@jefferies.com, mrichards@jefferies.com
        Robert L. Lehane    on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
         KDWBankruptcyDepartment@KelleyDrye.com
        Robert M. Marino    on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
         rmmarino@rpb-law.com, rmmarino1@aol.com
        Robert P. McIntosh    on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
         DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
        Robert Ryland Musick    on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com,
         clobou@t-mlaw.com
        Robert S. Westermann    on behalf of Counter-Claimant   Eastman Kodak Company rwestermann@hf-law.com
        Robin S. Abramowitz    on behalf of Creditor   Bond Circuit VIII Delaware Business Trust
         abramowitz@larypc.com
        Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc.
         rbingham@stites.com, dclayton@stites.com
        Ronald Allen Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com, rpage@rpagelaw.com
        Ronald G. Dunn    on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
        Ronald M. Tucker    on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
         cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,antimm@simon.com
        Roy M. Terry    on behalf of Creditor   Hewlett Packard Company rterry@durrettecrump.com,
         sryan@durrettecrump.com;dbbankruptcy@gmail.com
        Russell R. Johnson    on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
        Ryan C. Day    on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
         sarah.kelly@leclairryan.com
        S. Sadiq Gill    on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
         Company sgill@vanblk.com
        Sara B. Eagle    on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
         efile@pbgc.gov
        Sara L. Chenetz    on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
        Sarah Beckett Boehm    on behalf of Debtor   Abbott Advertising Agency, Inc.
         sboehm@mcguirewoods.com, kcain@mcguirewoods.com;lneilson@mcguirewoods.com
        Satchidananda Mims    smims21@hotmail.com
        Scott D. Fink    on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
        Seth A. Drucker    on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
        Sheila G. de la Cruz    on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
         jbsmith@hf-law.com
        Sheila L. Shadmand    on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
        Stanley M. Salus    on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
         stan.salus@akerman.com,
         crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
        Stephan William Milo    on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
         hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
        Stephanie N. Gilbert    on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com
        Stephen A. Metz    on behalf of Creditor   Saul Holdings Limited Partnership
         smetz@shulmanrogers.com, nanderson@shulmanrogers.com
        Stephen E. Leach    on behalf of Creditor   Children's Discovery Centers of America, Inc.
         sleach@ltblaw.com,
         ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;
         bblosser@ltblaw.com
        Stephen G. Murphy    on behalf of Creditor   Massachusetts Department of Revenue
         Murphys@dor.state.ma.us
        Stephen K. Lehnardt    on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com

```
District/off: 0422-7          User: frenchs               Page 10 of 10                  Date Rcvd: Nov 29, 2011
                              Form ID: defntc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Steven H. Greenfeld    on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com,
               cbglawbethesda@gmail.com
              Steven H. Newman    on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
              Steven L. Brown    on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
              Tara B. Annweiler    on behalf of Creditor   American National Insurance Company
               tannweiler@greerherz.com
              Tara L. Elgie    on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
              Terri A. Roberts    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson    on behalf of Defendant   Mitsubishi Electronics America, Inc.
               thadwilson@kslaw.com, pwhite@kslaw.com
              Thomas David Rethage    on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
               tmurphy@dclawfirm.com,
               rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King    on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
               dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh    on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
              Thomas John McKee    on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
              Thomas Neal Jamerson    on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
               tomjam2003@yahoo.com
              Thomas Ryan Lynch    on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
              Thomas W. Repczynski    on behalf of Creditor   Graphic Communications, Inc.
               trepczynski@offitkurman.com, cdixon@offitkurman.com
              Tiffany Strelow Cobb    on behalf of Creditor   AOL LLC tscobb@vorys.com, bjtobin@vorys.com
              Timothy Francis Brown    on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com,
               giaimo.christopher@arentfox.com
              Tracey Michelle Ohm    on behalf of Creditor   Waste Management, Inc. tohm@stinson.com,
               tmackey@stinson.com
              Travis A. Knobbe    on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com,
               trjohnson@spilmanlaw.com
              Travis Aaron Sabalewski    on behalf of Creditor   IKON Office Solutions, Inc.
               tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy Savenko    on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
               situated tsavenko@kaplanfrank.com, nferenbach@kaplanfrank.com
              Troy N. Nichols    on behalf of Defendant   Modern Marketing Concepts, Inc.
               lexbankruptcy@wyattfirm.com
              Valerie P. Morrison    on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
               rours@wileyrein.com
              Victoria A. Reardon    on behalf of Creditor   State of Michigan, Department of Treasury
               reardonv@michigan.gov, jacksonst@michigan.gov
              Victoria D. Garry    on behalf of Creditor   Ohio Bureau of Workers' Compensation
               victoria.garry@ohioattorneygeneral.gov
              Vivienne Rakowsky    on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
               dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
              W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
              Walter Laurence Williams    on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
              Wanda Borges    on behalf of Creditor   Sharp Electronics Corporation borgeslawfirm@aol.com
              Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake
               wroenker@cityofchesapeake.net
              William Heuer    on behalf of Transferee   Korea Export Insurance Corporation
               wheuer@duanemorris.com
              William A. Broscious    on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
              William A. Burnett    on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
              William A. Gray    on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Wood    on behalf of Creditor   Panattoni Development Company, Inc. as Agent for Charles
               L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
               chris.tillmanns@bgllp.com
              William B. Cave    on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
              William C. Crenshaw    on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com
              William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
              William Daniel Prince    on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com
              William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
              William H. Casterline    on behalf of Creditor   ACCO Brands Corporation wcasterlinejr@bklawva.com,
               jroot@bklawva.com;;mhowes@bklawva.com;;tmartin@bklawva.com;
              William H. Schwarzschild    on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
              Wm. Joseph A. Charboneau    on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
               aford@mglspc.com
              Zachary Mosner    on behalf of Creditor   Washington State Taxing Agencies BCUMosner@atg.wa.gov
                                                                                                 TOTAL: 410
```