UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | |
| | ) | No. 08-35653-KRH |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |

ORDER GRANTING ADMISSION PRO HAC VICE OF
LEWIS W. SIEGEL

Upon the Motion for Admission to Practice Pro Hac Vice on Behalf of Lewis W. Siegel (the "Motion"), which seeks entry of an order pursuant to Local Rule 2090-1(E)(2) permitting Lewis W. Siegel ("Mr. Siegel"), of the New York bar, to appear and practice *pro hac vice* on behalf of B. R. Fries & Associates, LLC, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Mr. Siegel is hereby admitted to practice before this Court *pro hac vice* in the above-captioned jointly administered chapter 11 cases and in all associated adversary proceedings in accordance with Local Rule 2090-1(E)(2).

Dated: Nov 28 2011

/s/ Kevin R Huennekens
_____
Judge, U.S. Bankruptcy Court

Entered on Docket: Nov 29 2011

I ASK FOR THIS:

 /s/ Daniel M. Press

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Movant/Local Counsel for
B. R. Fries & Associates, LLC

Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Movant/Local Counsel for
B. R. Fries & Associates, LLC

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

      /s/Daniel M. Press
      Daniel M. Press

Copies to:

Daniel M. Press, Esq. (by CM/ECF)

Lewis W. Siegel, Esq.
355 Lexington Avenue – Suite 1400
New York, NY 10017

```
                          United States Bankruptcy Court
                            Eastern District of Virginia
In re:                                                             Case No. 08-35653-KRH
Circuit City Stores, Inc.                                          Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0422-7          User: frenchs              Page 1 of 10         Date Rcvd: Nov 29, 2011
                              Form ID: pdforder          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2011.
           +Lewis W. Siegel,    355 Lexington Ave.,    Suite 1400,    New York, NY 10017-6603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2011**          **Signature:**    _Joseph Speetjens_

```
District/off: 0422-7          User: frenchs              Page 2 of 10              Date Rcvd: Nov 29, 2011
                              Form ID: pdforder          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2011 at the address(es) listed below:
              Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@freebornpeters.com
              Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
              Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
               akeith@honigman.com, tsable@honigman.com
              Alan Michael Noskow    on behalf of Creditor   CC Plaza Joint Venture, LLP anoskow@pattonboggs.com
              Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
              Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
              Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
               ajackins@seyfarth.com
              Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
               dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
              Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
              Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
               amy.williams@klgates.com, hailey.andresen@klgates.com
              Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
               davison.andrea@arentfox.com,
               lane.katie@arentfox.com;dowd.mary@arentfox.com;rothleder.jeffrey@arentfox.com;toof.jackson@arentf
               ox.com
              Andrew  Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
              Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
              Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
              Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
              Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
               rhicks@shutts-law.com
              Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
              Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
              Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
               anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
               raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
              Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
              Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
              Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
               murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
              Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
               Management Services, LLC abraucher@mcmillanmetro.com
              Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
               drichards@vanblk.com;pfaggert@vanblk.com
              Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
               annemarie.mcgavin@bipc.com
              Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
               Companies, Ltd. acichello@kb-law.com
              Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
              Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
              Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
               ecffilings@hangley.com
              Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
               lthompson@cblaw.com
              Belkys  Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
               Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Benjamin C. Ackerly    on behalf of Creditor   COMSYS Information Technology Services, Inc. and
               COMSYS Services, LLC backerly@hunton.com, cloving@hunton.com
              Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
              Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
              Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               bgodshall@pszjlaw.com
              Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
               benglander@wtplaw.com, wbatres@wtplaw.com
              Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
              Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
               lsansbury@mrrlaw.net
              Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
               carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;dustin.branch@kattenlaw.com;adelle.shafer@
               kattenlaw.com;donna.carolo@kattenlaw.com
              Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
              Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
               bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
              Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
              Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
              Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
              Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
              Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
               Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
              Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership
               clynch@goulstonstorrs.com
```

```
District/off: 0422-7          User: frenchs              Page 3 of 10              Date Rcvd: Nov 29, 2011
                              Form ID: pdforder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christine McAteer Ford    on behalf of Creditor   Ada Alicea, on behalf of herself and all others
           similarly situated cford@mdpcelaw.com
          Christopher A. Jones    on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
           rredfield@wtplaw.com
          Christopher Julian Hoctor    on behalf of Defendant   Moran Brown PC choctor@gregkaplaw.com,
           nferenbach@gregkaplaw.com
          Christopher L. Perkins    on behalf of Attorney   LeClair Ryan, A Professional Corporation
           christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher M. Alston    on behalf of Creditor   507 Northgate LLC alstc@foster.com,
           ristj@foster.com
          Christopher M. Desiderio    on behalf of Creditor   Greystone Data Systems, Inc.
           cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor   International Business Machines Corporation
           cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com
          City of Newport News, Virginia    jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor   Centro Properties Group
           cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor   Paramount Home Entertainment
           cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
          Craig Benson Young    on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership
           craig.young@kutakrock.com,
           lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
          Craig M. Palik    on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@yahoo.com,
           cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman
           @mhlawyers.com
          Curtis Gilbert Manchester    on behalf of Defendant   Energizer Battery, Inc.
           cmanchester@reedsmith.com,
           shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          D. Marc Sarata    on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
           ndysart@ltblaw.com;sleach@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;b
           blosser@ltblaw.com
          Daniel D. Prichard    on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
           individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com,
           kcornnell@dowlohnes.com
          Daniel F. Blanks    on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
          Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com,   pressdm@gmail.com
          Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
           dsbushnaq@venable.com
          Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark    on behalf of Creditor   Waste Management, Inc. dclark@stinson.com,
           cscott@stinson.com
          Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
          David McCall    on behalf of Creditor   City of Garland Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David A. Greer    on behalf of Creditor   Century plaza development corporation
           dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
          David B. Wheeler    on behalf of Creditor   South Carolina Electric & Gas Company and Public
           Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper    on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
           scilino@chlhf.com
          David Emmett Hawkins    on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
          David H. Cox    on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
           phaynes@jackscamp.com
          David H. Dickieson    on behalf of Defendant   New Age Electronics, Inc., also known as New Age,
           Inc. ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
          David J. Ervin    on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro    on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com,
           rmcburney@hf-law.com
          David M. Poitras    on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
          David R. McFarlin    on behalf of Creditor   Alexander H Bobinski, as Trustee under Trust No. 1001
           dmcfarlin@whmh.com,  psmith@whmh.com
          David R. Ruby    on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
           bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com,
           bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David V. Cooke    on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman    on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti    on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com,
           kjerald@vanblk.com;drichards@vanblk.com
          Dawn C. Stewart    on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Dena Sloan Kessler    on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services
           denise.mondell@ct.gov
          Dennis T. Lewandowski    on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
           America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com

```
District/off: 0422-7           User: frenchs              Page 4 of 10              Date Rcvd: Nov 29, 2011
                               Form ID: pdforder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Denyse Sabagh   on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
    Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District caaustin@comcast.net
    Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
    Dominic L. Chiariello    on behalf of Creditor Donovan Dunwell dc@chiariello.com
    Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects dludman@brownconnery.com
    Douglas Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
    Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center dkappler@rdwlawcorp.com
    Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com
    Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
    Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com, rours@wileyrein.com
    Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com, mayle@hooverslovacek.com
    Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com, wenditaylor@toase.com;lmares@toase.com;kkalos@toase.com
    Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@durrettecrump.com, sryan@durrettecrump.com;dbbankruptcy@gmail.com
    Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
    Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited echarley@hansonbridgett.com
    Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
    Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
    Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
    Erica S. Zaron    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
    Erick Frank Seamster    on behalf of Creditor   Unical Enterprises, Inc eseamster@wallacepledger.com
    Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
    Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jstern@spottsfain.com
    Eugene Chang    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
    F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
    Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
    Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP fpepler@peplermastromonaco.com
    Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
    Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
    Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue rudzikf@dor.state.fl.us
    Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
    Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com
    Gary E. Mason    on behalf of Creditor Marlon Mondragon gmason@masonlawdc.com
    Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,   calendar@fbm.com
    Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
    Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
    German Yusufov    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
    Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc notices@becket-lee.com
    Gilbert D. Sigala    on behalf of Creditor John Batioff sigalaw1@aol.com
    Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors gbrown@pszjlaw.com
    Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property agbankcal@ag.tn.gov
    Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund gfornario@nixonpeabody.com,   khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
    Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com, christine@virginia-lawyers.net
    Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
    Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company ggrant@shulmanrogers.com,   lsmith@shulmanrogers.com;THsu@shulmanrogers.com
    H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
    Hale Yazicioglu    on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
    Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com,   jwest@kkgpc.com
    Heather Lynn Anderson    on behalf of Creditor   State of New Jersey, Division of Taxation Heather.Anderson@dol.lps.state.nj.us
    Henry Buswell Roberts    on behalf of Creditor   Suemar hbroberts@live.com,   droberts1949@live.com
    Henry P. Baer    on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com, csommer@fdh.com

```
District/off: 0422-7          User: frenchs              Page 5 of 10          Date Rcvd: Nov 29, 2011
                              Form ID: pdforder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Henry Pollard Long    on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com
        Ian S. Landsberg    on behalf of Creditor    Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
        J. Christian Word    on behalf of Liquidator    Gordon Brothers Retail Partners, LLC
        chefiling@lw.com;robert.klyman@lw.com
        J. David Folds    on behalf of Defendant    Fabrik, Inc. dfolds@mckennalong.com,
        sparson@mckennalong.com
        Jackson David Toof    on behalf of Creditor    Discovery Communications, Inc.
        toof.jackson@arentfox.com
        Jaime Sue Dibble    on behalf of Interested Party    Garmin International, Inc. jdibble@stinson.com,
        lbigus@stinson.com
        James D. Newbold    on behalf of Counter-Claimant    State of Illinois Department of Revenue,
        through Brian Hamer, its Director James.Newbold@illinois.gov
        James E. Clarke    on behalf of Interested Party    Bond-Circuit IX Delaware Business Trust
        vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
        James Edward Bowman    on behalf of Defendant    Elite Screens Inc. Jim@jebowman.com,
        bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
        James H. Rollins    on behalf of Creditor    Plaza Las Americas, Inc. jim.rollins@hklaw.com,
        avis.francis@hklaw.com
        James J. Briody    on behalf of Creditor    Johnson City Crossing, L.P. jim.briody@sablaw.com,
        kim.smith@sablaw.com
        James K. Donaldson    on behalf of Defendant    Solutions 2 Go, Inc. jdonaldson@cblaw.com
        James R. Schroll    on behalf of Defendant    CORMARK, Inc. jschroll@beankinney.com,
        ncoton@beankinney.com
        James V. Lombardi    on behalf of Creditor    AmREIT, a Texas real estate investment trust
        jvlombardi@rossbanks.com
        James W. Reynolds    on behalf of Defendant    Leggett & Platt, Inc., dba Beeline Group, a division
        of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
        James Winston Burke    on behalf of Attorney    Mio Technology USA Ltd. also known as MiTAC USA Inc.
        jburke@orrick.com
        Jamie M. Konn    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
        jamie.konn@dlapiper.com,  kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
        Janet M. Meiburger, Esq.    on behalf of Creditor    Ricmac Equities Corporation
        admin@meiburgerlaw.com
        Jason B. Binford    on behalf of Creditor    BB Fonds International 1 USA, L.P. jbinford@krcl.com,
        ecf@krcl.com
        Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
        a30156@yahoo.com;tcarper@krumbeinlaw.com;KCLS-ECF@krumbeinlaw.com
        Jason William Harbour    on behalf of Creditor    Public Company Accounting Oversight Board
        jharbour@hunton.com
        Jeffrey Chang    on behalf of Creditor    ACCO Brands Corporation jchang@changlawpllc.com
        Jeffrey Scharf    on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com,
        tacspc@gmail.com;amanda@taxva.com
        Jeffrey E. Klusmeier    on behalf of Creditor    Missouri Attorney General's Office
        Jeff.Klusmeier@ago.mo.gov
        Jeffrey J. Graham    on behalf of Creditor    Greenwood Point, LP jgraham@taftlaw.com,
        krussell@taftlaw.com;ecfclerk@taftlaw.com
        Jeffrey L. Tarkenton    on behalf of Creditor    Acer American Holdings Corp. jtarkenton@wcsr.com,
        toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
        Jeffrey M. Sherman    on behalf of Creditor    Central Investments, LLC jmsherman@lerchearly.com,
        elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com
        Jeffrey N. Pomerantz    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
        jpomerantz@pszjlaw.com
        Jenelle Marie Dennis    on behalf of Creditor    Bear Valley Road Partners LLC
        dennisj@ballardspahr.com,  pollack@ballardspahr.com
        Jennifer Langan    on behalf of Creditor    Pennsylvania State Treasurer jlangan@patreasury.org
        Jennifer Ellis Lattimore    on behalf of Creditor    Vizio, Inc. jlattimore@eckertseamans.com
        Jennifer J. West    on behalf of Creditor    Coca-Cola Bottling Company Consolidated
        jwest@spottsfain.com,
        rchappell@spottsfain.com;kligon@spottsfain.com;jstern@spottsfain.com;tmoore@spottsfain.com;eander
        son@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com
        Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@linowes-law.com,
        klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
        Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com,
        avaughn@cblaw.com
        Jennifer V. Doran    on behalf of Creditor    DeMatteo Management, Inc. jdoran@haslaw.com,
        calirm@haslaw.com
        Jeremy Brian Root    on behalf of Creditor    ACCO Brands Corporation jroot@bklawva.com,
        tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
        Jeremy C. Kleinman    on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com
        Jeremy L. Pryor    on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
        Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Consumer Products, L.L.C.
        jsf@llff.com,  ecf@llff.com;gordon.young@llff.com
        Jeremy S. Williams    on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com
        Jeremy W. Martin    on behalf of Creditor    Escambia County Tax Collector
        jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
        Jeremy W. Ryan    on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com
        Jerry Lane Hall    on behalf of Defendant    NAMCO BANDAI Games America Inc.
        jerry.hall@pillsburylaw.com,  patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com

```
District/off: 0422-7           User: frenchs              Page 6 of 10               Date Rcvd: Nov 29, 2011
                               Form ID: pdforder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Jess R. Bressi    on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
              Jessica Regan Hughes    on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
               swells@seyfarth.com;wdcdocketing@seyfarth.com
              Joel S. Aronson    on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
               jsaronson@ridberglaw.com
              Joel T. Marker    on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
              John B. Raftery    on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
               jraftery@offitkurman.com
              John C. Smith    on behalf of Creditor   Dartmouth Marketplace Associates jsmith@durrettecrump.com,
               sryan@durrettecrump.com;dbbankruptcy@gmail.com
              John D. Fiero    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               jfiero@pszjlaw.com
              John D. McIntyre    on behalf of Creditor   Carnegie Management and Development Corporation
               jmcintyre@wmlawgroup.com,    wedwards@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
              John E. Hilton    on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
               pjf@carmodymacdonald.com
              John E. Lucian    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
               lucian@blankrome.com
              John G. McJunkin    on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
               sparson@mckennalong.com
              John J. Lamoureux    on behalf of Creditor   Amore Construction Company
               jlamoureux@carltonfields.com,    lmccullough@carltonfields.com;tpaecf@cfdom.net
              John M. Craig    on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
               russj4478@aol.com
              John P. Van Beek    on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
               awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
              John T. Donelan    on behalf of Defendant   Best Vendors Management Co. Inc. jtdlaw@verizon.net
              John T. Farnum    on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com
              John T. Husk    on behalf of Defendant   Casco Corporation johnhusk@aol.com,    nre98@aol.com
              Jonathan L. Hauser    on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
              Jonathan S. Storper    on behalf of Creditor   IGate Global Solutions, Limited
               jstorper@hansonbridgett.com
              Jonathan T. Cain    on behalf of Defendant   InVNT, LLC jtcain@mintz.com,    kcraun@mintz.com
              Jonathan W. Young    on behalf of Creditor   ACCO Brands Corporation young@wildman.com
              Joseph M. DuRant    on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
              Joseph T. Moldovan    on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
               Cross Blue Shield bankruptcy@morrisoncohen.com
              Joshua D. McKarcher    on behalf of Defendant   Broadridge Financial Solutions, Inc., aka
               Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
               Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
              Judy Bamberger Calton    on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
              Julie Ann Quagliano    on behalf of Creditor   AT&T quagliano@sfmlawfirm.com,
               harvell@sfmlawfirm.com
              Justin D. Leonard    on behalf of Creditor   Andrews Electronics jleonard@balljanik.com
              Justin F. Paget    on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com
              Kalina Boyanova Miller    on behalf of Creditor   First Industrial Realty Trust, Inc.
               kmiller@wileyrein.com,    rours@wileyrein.com
              Karen L. Gilman    on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
              Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
               jbrockett@clrbfirm.com;tturner@clrbfirm.com
              Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com,
               beth@pf-law.com;Abbie@pf-law.com;dweekley@pf-law.com
              Ken Coleman    on behalf of Interested Party   Alvarez & Marsal Canada, ULC
               Ken.Coleman@allenovery.com
              Kenneth R. Rhoad    on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
              Kevin A. Lake    on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
              Kevin L. Sink    on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
              Kevin M. Newman    on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
              Khang V. Tran    on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
              Kimbell D. Gourley    on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
               sprescott@idalaw.com
              Kimberly A. Pierro    on behalf of Creditor   CBL & Associates Management, Inc.
               kimberly.pierro@kutakrock.com,
               sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
               @kutakrock.com
              Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association as Trustee
               for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
               kimsullywalker@aol.com
              Kristen E. Burgers    on behalf of Creditor   CWCapital Asset Management LLC keburgers@venable.com
              Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              Kurt M. Kobiljak    on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
              Laura Otenti    on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
              Lawrence Allen Katz    on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
               ndysart@ltblaw.com
              Lawrence H. Glanzer    on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com,
               stephanie@rlglegal.com

```
District/off: 0422-7          User: frenchs              Page 7 of 10           Date Rcvd: Nov 29, 2011
                              Form ID: pdforder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Leonard E. Starr    on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
          Leonidas Koutsouftikis    on behalf of Creditor   Washington Real Estate Investment Trust lkouts@magruderpc.com, mcook@magruderpc.com
          Leslie A. Skiba    on behalf of Defendant   Network Engineering Technologies, Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt    on behalf of Creditor   D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;mkoeniger@garylaw.us
          Linda Sharon Broyhill    on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
          Lisa P. Sumner    on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com, cjeckel@poyners.com
          Lisa Taylor Hudson    on behalf of Creditor   A.D.D. Holdings, L.P. lhudson@sandsanderson.com
          Loc Pfeiffer    on behalf of Creditor   Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
          Louis E. Dolan    on behalf of Creditor   California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton    on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason    on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
          Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Madeleine C. Wanlsee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com, rstein@gustlaw.com
          Malcolm M. Mitchell    on behalf of Creditor   AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman    on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
          Mark B. Conlan    on behalf of Creditor   Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
          Mark D. Sherrill    on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Taylor    on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning    on behalf of Creditor   Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
          Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
          Mark K. Ames    on behalf of Creditor   Commonwealth of Virginia, Department of Taxation mark@taxva.com, amanda@taxva.com
          Mark X. Mullin    on behalf of Creditor   BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
          Martha E. Hulley    on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero    on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
          Martin A. Brown    on behalf of Creditor   Creditor Express Personnel Services, Inc martin.brown@lawokc.com
          Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landclark.com
          Mary E. Olden    on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com, akauba@mhalaw.com
          Mary Louise Fullington    on behalf of Creditor   Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
          Matthew Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
          Matthew A. Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew D. Foster    on behalf of Defendant   SVG Distribution Fosterm@pepperlaw.com
          Matthew E. Hoffman    on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis    on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero    on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward    on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder    on behalf of Creditor   Edwin Watts Golf Shops, LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com
          Michael Reed    on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
          Michael A. Condyles    on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley    on behalf of Creditor   White-Spunner Construction, Inc. mcrowley@asm-law.com
          Michael D. Mueller    on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com
          Michael E. Hastings    on behalf of Creditor   Eastern Security Corp. michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
          Michael F. Ruggio    on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage    on behalf of Creditor   Pan Am Equities msage@omm.com, kzeldman@omm.com
          Michael John O'Grady    on behalf of Creditor   Convergys Customer Management Group Inc. mjogrady@fbtlaw.com, lbaker@fbtlaw.com;jbwells@fbtlaw.com
          Michael Keith McCrory    on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com

```
District/off: 0422-7           User: frenchs               Page 8 of 10                Date Rcvd: Nov 29, 2011
                               Form ID: pdforder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Michael L. Wilhelm   on behalf of Creditor Harry Hallaian ECF@w2lg.com
      Michael P. Falzone   on behalf of Creditor  502-12 86th Street LLC mfalzone@hf-law.com,
      jbsmith@hf-law.com
      Michael S. Kogan   on behalf of Creditor  Ditan Distribution LLC mkogan@ecjlaw.com,
      rfraire@ecjlaw.com
      Min Park   on behalf of Creditor  Inland Southwest Management LLC, Inland American Retail
      Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
      Continental Property Management Corp., and Inland Commerc mpark@cblh.com
      Mindy A. Mora   on behalf of Creditor  Wells Fargo Bank, N.A. mmora@bilzin.com,
      eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
      Mindy D. Cohn   on behalf of Creditor  Visiontek Products, LLC mcohn@winston.com
      Mitchell B. Weitzman   on behalf of Creditor  Madison Waldorf, LLC mweitzman@jackscamp.com,
      swatson@jackscamp.com;iluaces@jackscamp.com
      Mona M. Murphy   on behalf of Creditor  Bush Industries, Inc. mona.murphy@akerman.com,
      crystal.gaymon@akerman.com
      Nancy F. Loftus   on behalf of Creditor  Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
      Nancy R. Schlichting   on behalf of Creditor  Antor Media Corporation nrs@lolawfirm.com,
      lginsberg@lolawfirm.com
      Nathan Jones   on behalf of Creditor  US Debt Recovery III, LP heather@usdrllc.com
      Neil E. McCullagh   on behalf of Creditor  Casio, Inc. nmccullagh@spottsfain.com,
      jstern@spottsfain.com;eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekes
      sel@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@sp
      ottsfain.com
      Nicholas B Malito   on behalf of Creditor  Dollar Tree Stores, Inc. nmalito@hgg.com
      Nicholas W. Whittenburg   on behalf of Creditor  Cleveland Towne Center, LLC
      nwhittenburg@millermartin.com, mcsmith@millermartin.com
      Oscar Baldwin Fears   on behalf of Creditor  Georgia Department of Revenue bfears@law.ga.gov,
      jjacobs@law.ga.gov
      P. Matthew Roberts   on behalf of Creditor  CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
      Patrick M. Birney   on behalf of Creditor  Schimenti Construction Company LLC pbirney@rc.com,
      jcarrion@rc.com
      Paul J. Pascuzzi   on behalf of Creditor  Belleville News-Democrat ppascuzzi@ffwplaw.com
      Paul K. Campsen   on behalf of Creditor  CC Grand Junction Investors 1998, LLC
      pkcampsen@kaufcan.com
      Paul M. Black   on behalf of Creditor  Sony Pictures Home Entertainment Inc.
      pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
      Paul McCourt Curley   on behalf of Creditor  Carrollton Arms, LLC pcurley@canfieldbaer.com,
      tchilders@canfieldbaer.com
      Paul Michael Schrader   on behalf of Creditor  ANG Newspapers pschrader@fullertonlaw.com
      Paul S. Bliley   on behalf of Creditor  1890 Ranch, Ltd. pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
      Paula A. Hall   on behalf of Defendant  Stanecki Inc. d/b/a Don Lors Electronics
      hall@bwst-law.com, marbury@bwst-law.com
      Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
      dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
      om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
      Peter Barrett   on behalf of Creditor  Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
      lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
      Peter A. Greenburg   on behalf of Creditor  Premier Resources, LLC pgreenburg@aol.com
      Peter E. Strniste   on behalf of Creditor  Schimenti Construction Company LLC pstrniste@rc.com,
      kcooper@rc.com
      Peter G. Zemanian   on behalf of Creditor  Disney Interactive Distribution, et al.
      pete@zemanianlaw.com
      Peter J. Carney   on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
      jlerner@whitecase.com,jrubalcava@whitecase.com
      Peter M. Pearl   on behalf of Creditor  PrattCenter, LLC ppearl@sandsanderson.com
      Philip C. Baxa   on behalf of Counter-Claimant  Mitsubishi Electronics America, Inc.
      pbaxa@sandsanderson.com, rarrington@sandsanderson.com
      Philip James Meitl   on behalf of Creditor  Berkadia Commercial Mortgage LLC
      pj.meitl@bryancave.com, john.leininger@bryancave.com
      R. Chase Palmer   on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
      Rand L. Gelber   on behalf of Creditor  Maricopa County Treasurer RGelberMD@aol.com
      Raymond Pring   on behalf of Creditor Laura Scannell rpring@grosspringlaw.com,
      rahurley@grosspringlaw.com;hsessler@grosspringlaw.com
      Raymond William Battaglia   on behalf of Creditor  Miner Corporation rbattaglia@obht.com
      Rebecca L. Saitta   on behalf of Creditor  Bond C.C. I Delaware Business Trust
      rsaitta@wileyrein.com, rours@wileyrein.com
      Reid Steven Whitten   on behalf of Creditor  LaSalle Bank National Association, as trustee for C1
      Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
      Rhett E. Petcher   on behalf of Creditor  Engineered Structures, Inc. rpetcher@seyfarth.com
      Rhysa Griffith South   on behalf of Creditor  Henrico County, Virginia sou06@co.henrico.va.us
      Richard C. Maxwell   on behalf of Interested Party  Park National Bank rmaxwell@woodsrogers.com
      Richard D. Scott   on behalf of Defendant  Contrarian Funds, LLC richard@rscottlawoffice.com
      Richard E. Hagerty   on behalf of Attorney  Troutman Sanders LLP
      richard.hagerty@troutmansanders.com,
      sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;barbara.webne@troutmansanders.com
      Richard E. Lear   on behalf of Creditor  CapTech Ventures, Inc. richard.lear@hklaw.com,
      kimi.odonnell@hklaw.com

```
District/off: 0422-7           User: frenchs               Page 9 of 10                  Date Rcvd: Nov 29, 2011
                               Form ID: pdforder           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Richard F. Stein    on behalf of Creditor    Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson    on behalf of Creditor    Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
          Richard M. Maseles    on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow    on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield    on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert B. Hill    on behalf of Creditor    Columbia Plaza Joint Venture kcummins@hillrainey.com
          Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson    on behalf of Creditor    Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti    on behalf of Creditor    Universal Display and Fixtures Company robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark    on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
          Robert D. Tepper    on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com, pcoover@sabt.com
          Robert Field Moorman    on behalf of Defendant    Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com, robmoorman@comcast.net
          Robert J. Brown    on behalf of Creditor    CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein    on behalf of Creditor Committee    Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter    on behalf of Creditor    United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
          Robert L. Lehane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarino1@aol.com
          Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
          Robert Ryland Musick    on behalf of Creditor    IGate Global Solutions, Limited bmusick@t-mlaw.com, clobou@t-mlaw.com
          Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company rwestermann@hf-law.com
          Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust abramowitz@larypc.com
          Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
          Ronald Allen Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com, rpage@rpagelaw.com
          Ronald G. Dunn    on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
          Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,antimm@simon.com
          Roy M. Terry    on behalf of Creditor    Hewlett Packard Company rterry@durrettecrump.com, sryan@durrettecrump.com;dbbankruptcy@gmail.com
          Russell R. Johnson    on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day    on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com
          S. Sadiq Gill    on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
          Sara B. Eagle    on behalf of Creditor    Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
          Sara L. Chenetz    on behalf of Creditor    Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm    on behalf of Debtor    Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com;lneilson@mcguirewoods.com
          Satchidananda Mims    smims21@hotmail.com
          Scott D. Fink    on behalf of Creditor    The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker    on behalf of Creditor    McKinley, Inc. sdrucker@honigman.com
          Sheila G. de la Cruz    on behalf of Creditor    502-12 86th Street LLC sdelacruz@hf-law.com, jbsmith@hf-law.com
          Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
          Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company stan.salus@akerman.com, crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com, hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
          Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com
          Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership smetz@shulmanrogers.com, nanderson@shulmanrogers.com
          Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc. sleach@ltblaw.com, ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;bblosser@ltblaw.com
          Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue Murphys@dor.state.ma.us
          Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com

```
District/off: 0422-7          User: frenchs               Page 10 of 10               Date Rcvd: Nov 29, 2011
                              Form ID: pdforder           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Steven H. Greenfeld    on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com,
               cbglawbethesda@gmail.com
              Steven H. Newman    on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
              Steven L. Brown    on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
              Tara B. Annweiler    on behalf of Creditor   American National Insurance Company
               tannweiler@greerherz.com
              Tara L. Elgie    on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
              Terri A. Roberts    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson    on behalf of Defendant   Mitsubishi Electronics America, Inc.
               thadwilson@kslaw.com, pwhite@kslaw.com
              Thomas David Rethage    on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
               tmurphy@dclawfirm.com,
               rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King    on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
               dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh    on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
              Thomas John McKee    on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
              Thomas Neal Jamerson    on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
               tomjam2003@yahoo.com
              Thomas Ryan Lynch    on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
              Thomas W. Repczynski    on behalf of Creditor   Graphic Communications, Inc.
               trepczynski@offitkurman.com, cdixon@offitkurman.com
              Tiffany Strelow Cobb    on behalf of Creditor   AOL LLC tscobb@vorys.com, bjtobin@vorys.com
              Timothy Francis Brown    on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com,
               giaimo.christopher@arentfox.com
              Tracey Michelle Ohm    on behalf of Creditor   Waste Management, Inc. tohm@stinson.com,
               tmackey@stinson.com
              Travis A. Knobbe    on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com,
               trjohnson@spilmanlaw.com
              Travis Aaron Sabalewski    on behalf of Creditor   IKON Office Solutions, Inc.
               tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy Savenko    on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
               situated tsavenko@kaplanfrank.com, nferenbach@kaplanfrank.com
              Troy N. Nichols    on behalf of Defendant   Modern Marketing Concepts, Inc.
               lexbankruptcy@wyattfirm.com
              Valerie P. Morrison    on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
               rours@wileyrein.com
              Victoria A. Reardon    on behalf of Creditor   State of Michigan, Department of Treasury
               reardonv@michigan.gov, jacksonst@michigan.gov
              Victoria D. Garry    on behalf of Creditor   Ohio Bureau of Workers' Compensation
               victoria.garry@ohioattorneygeneral.gov
              Vivienne Rakowsky    on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
               dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
              W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
              Walter Laurence Williams    on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
              Wanda Borges    on behalf of Creditor   Sharp Electronics Corporation borgeslawfirm@aol.com
              Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake
               wroenker@cityofchesapeake.net
              William Heuer    on behalf of Transferee   Korea Export Insurance Corporation
               wheuer@duanemorris.com
              William A. Broscious    on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
              William A. Burnett    on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
              William A. Gray    on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Wood    on behalf of Creditor   Panattoni Development Company, Inc. as Agent for Charles
               L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
               chris.tillmanns@bgllp.com
              William B. Cave    on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
              William C. Crenshaw    on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com
              William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
              William Daniel Prince    on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com
              William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
              William H. Casterline    on behalf of Creditor   ACCO Brands Corporation wcasterlinejr@bklawva.com,
               jroot@bklawva.com;;mhowes@bklawva.com;;tmartin@bklawva.com;
              William H. Schwarzschild    on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
              Wm. Joseph A. Charboneau    on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
               aford@mglspc.com
              Zachary Mosner    on behalf of Creditor   Washington State Taxing Agencies BCUMosner@atg.wa.gov
                                                                                                 TOTAL: 410
```