UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re: : 
: Chapter 11
Circuit City Stores, Inc., et al. :
: Case No. 08-35653
:
Debtors. : (Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Rossmoor Shops, LLC a creditor in the bankruptcy cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its general unsecured claim, including claim number 12339 (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address

Rossmoor Shops, LLC
co Niclas A Ferland Esq
LeClair Ryan A Professional Corporation
545 Long Wharf Dr 9th Fl
New Haven, CT 06511

New Address

Rossmoor Shops, LLC
c/o Capital Sources, LLC
One University Plaza, Ste 312
Hackensack, NJ 07601

I declare under penalty of perjury that the foregoing is true and correct.

Rossmoor Shops, LLC
a California limited liability company

By: Century National Properties, Inc.
a California corporation, Its Manager

By: _____
Name: Madelyn Jackrel
Title: Co-President

By: _____
Name: Lauren Dudley
Title: Co-President