# UNITED STATES BANKRUPTCY COURT
# FOR EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

|  |  |
|---|---|
| In re: | ) Case No.: 08-35653 (KRH) |
|  | ) Jointly Administered |
| **CIRCUIT CITY STORES, INC. et al.** | ) Chapter 11 |
| Debtors. | ) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Sir Barton Place LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery, X L.P. and in connection with such transfer, herby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim # 11894, filed 3/17/09), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

FORMER ADDRESS
Sir Barton Place LLC
250 W Main St Ste 1600
Lexington, KY 40507-1746
or P.O. Box 12128
Lex. Ky. 40586

NEW ADDRESS
Sir Barton Place LLC
c/o United States Debt Recovery, X, L.P.
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

I declare under penalty of perjury that the foregoing is true and correct.

Sir Barton Place LLC

Print Name: Patrick W. Madden    Title: Member / Atty.

Signature: _Patrick W. Madden_    Date: 12-02-11