UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC.,

Debtors.

) Chapter 11
)
) Case No.: 08-35653
)
) Judge Kevin R. Huennekens
)
) Jointly Administered
)
) TRANSFER OF CLAIM
) BANKRUPTCY RULE 3001(E)(2)

PLEASE TAKE NOTICE that the claim(s) of Sir Barton Place LLC (underlying creditor or "Transferor"), against the above captioned Debtor as set forth in proof of claim Number 11894 filed 3/17/2009 for $900,855.70 as unsecured and allowed under Settlement Agreement and Stipulation By and Among the Debtors and Sir Barton Place LLC entered into between Sir Barton Place LLC and the Circuit City Stores Liquidating Trust on or about April 20, 2011 and docketed in the Bankruptcy Case on May 18, 2011, ("Claim") has been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery X LP, ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the Claim and all rights associated with the Claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described Claim, hereby assign and transfer the Claim and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, USDR below.

TRANSFEROR: Sir Barton Place LLC

Print Name: Patrick W. Madden    Title: Member/Atty.
Signature: Patrick W. Madden    Date: 12-02-11
Corrected Address (if req.) P.O. Box 12128 Lex, Ky. 40540
Phone: 859-299-7024    E-Mail: PatMadden@HamburgPlace.com

TRANSFEREE:
United States Debt Recovery X LP
940 Southwood Blvd., Suite 101,
Incline Village NV 89451

Signature: _____
Nathan E. Jones, Managing Director

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

In re: ) Chapter 11
)
) Case No.: 08-35653
CIRCUIT CITY STORES, INC., )
) Judge Kevin R. Hennekens
Debtor. )
)
)
)

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(e)(2)**

**Name of Proposed Transferor:**
Sir Barton Place LLC
250 W Main St Ste 1600
Lexington, KY 40507-1746

**Name of Transferee:**
United States Debt Recovery X, LP
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF

YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex
1100 East Main St.
Richmond, VA 23219-3538

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO._____
Copy (check)    Claims Agent_____    Transferee_____    Debtor's Attorney_____

_____
Deputy Clerk