**210B (12/09)**

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 11/30/2011 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. : Houston Community Newspapers, c/o Debt Acquisition Company of America, 1565 Hotel Circle South Suite 310, San Diego, CA 92108 | Debt Acquisition Company of America V, LLC
1565 Hotel Circle S #310
San Diego CA 92108 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/03/11

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Circuit City Stores, Inc.  
     Debtor

Case No. 08-35653-KRH  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: frenchs     Page 1 of 10     Date Rcvd: Dec 01, 2011  
                      Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2011.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
10837242     +E-mail/Text: HJustus@daca4.com Dec 02 2011 09:08:31      Houston Community Newspapers,  
      c/o Debt Acquisition Company of America,   1565 Hotel Circle South Suite 310,  
      San Diego, CA 92108-3419  
                                                                                                                                        TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 03, 2011**                                 **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0422-7          User: frenchs             Page 2 of 10              Date Rcvd: Dec 01, 2011
                              Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2011 at the address(es) listed below:

```
              Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@freebornpeters.com
              Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
              Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
               akeith@honigman.com, tsable@honigman.com
              Alan Michael Noskow    on behalf of Creditor   CC Plaza Joint Venture, LLP anoskow@pattonboggs.com
              Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
              Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
              Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
               ajackins@seyfarth.com
              Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
               dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
              Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
              Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
               amy.williams@klgates.com, hailey.andresen@klgates.com
              Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
               davison.andrea@arentfox.com,
               lane.katie@arentfox.com;dowd.mary@arentfox.com;rothleder.jeffrey@arentfox.com;toof.jackson@arentf
               ox.com
              Andrew  Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
              Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
              Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
              Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
              Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
               rhicks@shutts-law.com
              Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
              Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
              Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
               anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
               raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
              Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
              Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
              Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
               murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
              Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
               Management Services, LLC abraucher@mcmillanmetro.com
              Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
               drichards@vanblk.com;pfaggert@vanblk.com
              Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
               annemarie.mcgavin@bipc.com
              Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
               Companies, Ltd. acichello@kb-law.com
              Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
              Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
              Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
               ecffilings@hangley.com
              Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
               lthompson@cblaw.com
              Belkys  Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
               Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Benjamin C. Ackerly    on behalf of Creditor   COMSYS Information Technology Services, Inc. and
               COMSYS Services, LLC backerly@hunton.com, cloving@hunton.com
              Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
              Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
              Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               bgodshall@pszjlaw.com
              Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
               benglander@wtplaw.com, wbatres@wtplaw.com
              Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
              Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
               lsansbury@mrrlaw.net
              Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
               carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;dustin.branch@kattenlaw.com;adelle.shafer@
               kattenlaw.com;donna.carolo@kattenlaw.com
              Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
              Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
               bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
              Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
              Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
              Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
              Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
              Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
               Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
              Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership
               clynch@goulstonstorrs.com
```

```
District/off: 0422-7           User: frenchs              Page 3 of 10              Date Rcvd: Dec 01, 2011
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christine McAteer Ford    on behalf of Creditor   Ada Alicea, on behalf of herself and all others
           similarly situated cford@mdpcelaw.com
          Christopher A. Jones    on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
           rredfield@wtplaw.com
          Christopher Julian Hoctor    on behalf of Defendant   Moran Brown PC choctor@gregkaplaw.com,
           nferenbach@gregkaplaw.com
          Christopher L. Perkins    on behalf of Attorney   LeClair Ryan, A Professional Corporation
           christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
          Christopher M. Alston    on behalf of Creditor   507 Northgate LLC alstc@foster.com,
           ristj@foster.com
          Christopher M. Desiderio    on behalf of Creditor   Greystone Data Systems, Inc.
           cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor   International Business Machines Corporation
           cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com
          City of Newport News, Virginia     jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor   Centro Properties Group
           cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor   Paramount Home Entertainment
           cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
          Craig Benson Young    on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership
           craig.young@kutakrock.com,
           lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
          Craig M. Palik    on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@yahoo.com,
           cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
          Curtis Gilbert Manchester    on behalf of Defendant   Energizer Battery, Inc.
           cmanchester@reedsmith.com,
           shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          D. Marc Sarata    on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
           ndysart@ltblaw.com;sleach@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;bblosser@ltblaw.com
          Daniel D. Prichard    on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
           individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com,
           kcornnell@dowlohnes.com
          Daniel F. Blanks    on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
          Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com,  pressdm@gmail.com
          Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
           dsbushnaq@venable.com
          Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark    on behalf of Creditor   Waste Management, Inc. dclark@stinson.com,
           cscott@stinson.com
          Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
          David McCall    on behalf of Creditor   City of Garland Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David A. Greer    on behalf of Creditor   Century plaza development corporation
           dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
          David B. Wheeler    on behalf of Creditor   South Carolina Electric & Gas Company and Public
           Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper    on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
           scilino@chlhf.com
          David Emmett Hawkins    on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
          David H. Cox    on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
           phaynes@jackscamp.com
          David H. Dickieson    on behalf of Defendant   New Age Electronics, Inc., also known as New Age,
           Inc. ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
          David J. Ervin    on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro    on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com,
           rmcburney@hf-law.com
          David M. Poitras    on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
          David R. McFarlin    on behalf of Creditor   Alexander H Bobinski, as Trustee under Trust No. 1001
           dmcfarlin@whmh.com,  psmith@whmh.com
          David R. Ruby    on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
           bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com,
           bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David V. Cooke    on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman    on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti    on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com,
           kjerald@vanblk.com;drichards@vanblk.com
          Dawn C. Stewart    on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Dena Sloan Kessler    on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services
           denise.mondell@ct.gov
          Dennis T. Lewandowski    on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
           America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com

```
District/off: 0422-7          User: frenchs              Page 4 of 10            Date Rcvd: Dec 01, 2011
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Denyse Sabagh   on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
      Dexter D. Joyner   on behalf of Creditor   Pasadena Independent School District caaustin@comcast.net
      Dion W. Hayes   on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
      Dominic L. Chiariello   on behalf of Creditor Donovan Dunwell dc@chiariello.com
      Donald K. Ludman   on behalf of Creditor   SAP Retail Inc. and Business Objects dludman@brownconnery.com
      Douglas Scott   on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
      Douglas D. Kappler   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center dkappler@rdwlawcorp.com
      Douglas M. Foley   on behalf of Counter-Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com
      Douglas R. Gonzales   on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
      Dylan G. Trache   on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com, rours@wileyrein.com
      Edward L. Rothberg   on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com, mayle@hooverslovacek.com
      Elizabeth A. Elam   on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com, wenditaylor@toase.com;lmares@toase.com;kkalos@toase.com
      Elizabeth L. Gunn   on behalf of Creditor   CC-Investors Trust 1995-1 egunn@durrettecrump.com, sryan@durrettecrump.com;dbbankruptcy@gmail.com
      Ellen A. Friedman   on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
      Emily M. Charley   on behalf of Creditor   IGate Global Solutions, Limited echarley@hansonbridgett.com
      Eric C. Cotton   on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
      Eric Christopher Rusnak   on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
      Eric J. Snyder   on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
      Erica S. Zaron   on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
      Erick Frank Seamster   on behalf of Creditor   Unical Enterprises, Inc eseamster@wallacepledger.com
      Erika L. Morabito   on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
      Erin Elizabeth Kessel   on behalf of Creditor   Cleveland Construction, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jstern@spottsfain.com
      Eugene Chang   on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
      F. Marion Hughes   on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
      Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
      Frank T. Pepler   on behalf of Creditor   Morgan Hill Retail Venture, LP fpepler@peplermastromonaco.com
      Franklin R. Cragle   on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
      Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
      Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue rudzikf@dor.state.fl.us
      Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
      Garren Robert Laymon   on behalf of Creditor   Arlington ISD glaymon@mglspc.com
      Gary E. Mason   on behalf of Creditor Marlon Mondragon gmason@masonlawdc.com
      Gary M. Kaplan   on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
      Gary V. Fulghum   on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
      Gerald P. Kennedy   on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
      German Yusufov   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
      Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc notices@becket-lee.com
      Gilbert D. Sigala   on behalf of Creditor John Batioff sigalaw1@aol.com
      Gillian N. Brown   on behalf of Creditor Committee   Official Committee of Unsecured Creditors gbrown@pszjlaw.com
      Gina Baker Hantel   on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property agbankcal@ag.tn.gov
      Gina M Fornario   on behalf of Creditor   California Self-Insurers' Security Fund gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
      Glenn H. Silver   on behalf of Creditor   CC Joilet Trust ctbghs@aol.com, christine@virginia-lawyers.net
      Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
      Gregory D. Grant   on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company ggrant@shulmanrogers.com, lsmith@shulmanrogers.com;THsu@shulmanrogers.com
      H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
      Hale Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
      Heather D. Brown   on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com
      Heather Lynn Anderson   on behalf of Creditor   State of New Jersey, Division of Taxation Heather.Anderson@dol.lps.state.nj.us
      Henry Buswell Roberts   on behalf of Creditor   Suemar hbroberts@live.com, droberts1949@live.com
      Henry P. Baer   on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com, csommer@fdh.com

```
District/off: 0422-7          User: frenchs              Page 5 of 10          Date Rcvd: Dec 01, 2011
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Henry Pollard Long    on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
        Ian S. Landsberg    on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
        J. Christian Word    on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
        chefiling@lw.com;robert.klyman@lw.com
        J. David Folds    on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com,
        sparson@mckennalong.com
        Jackson David Toof    on behalf of Creditor   Discovery Communications, Inc.
        toof.jackson@arentfox.com
        Jaime Sue Dibble    on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
        lbigus@stinson.com
        James D. Newbold    on behalf of Counter-Claimant   State of Illinois Department of Revenue,
        through Brian Hamer, its Director James.Newbold@illinois.gov
        James E. Clarke    on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
        vaecf@atlanticlawgrp.com,   rbailey@atlanticlawgrp.com
        James Edward Bowman    on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
        bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
        James H. Rollins    on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
        avis.francis@hklaw.com
        James J. Briody    on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
        kim.smith@sablaw.com
        James K. Donaldson    on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
        avaughn@cblaw.com
        James R. Schroll    on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
        ncoton@beankinney.com
        James V. Lombardi    on behalf of Creditor   AmREIT, a Texas real estate investment trust
        jvlombardi@rossbanks.com
        James W. Reynolds    on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
        of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
        James Winston Burke    on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc.
        jburke@orrick.com
        Jamie M. Konn    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
        jamie.konn@dlapiper.com,   kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
        Janet M. Meiburger, Esq.    on behalf of Creditor   Ricmac Equities Corporation
        admin@meiburgerlaw.com
        Jason B. Binford    on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
        ecf@krcl.com
        Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
        a30156@yahoo.com;tcarper@krumbeinlaw.com;KCLS-ECF@krumbeinlaw.com
        Jason William Harbour    on behalf of Creditor   Public Company Accounting Oversight Board
        jharbour@hunton.com
        Jeffrey Chang    on behalf of Creditor   ACCO Brands Corporation jchang@changlawpllc.com
        Jeffrey Scharf    on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
        tacspc@gmail.com;amanda@taxva.com
        Jeffrey E. Klusmeier    on behalf of Creditor   Missouri Attorney General's Office
        Jeff.Klusmeier@ago.mo.gov
        Jeffrey J. Graham    on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
        krussell@taftlaw.com;ecfclerk@taftlaw.com
        Jeffrey L. Tarkenton    on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
        toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
        Jeffrey M. Sherman    on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com,
        elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com
        Jeffrey N. Pomerantz    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
        jpomerantz@pszjlaw.com
        Jenelle Marie Dennis    on behalf of Creditor   Bear Valley Road Partners LLC
        dennisj@ballardspahr.com,   pollack@ballardspahr.com
        Jennifer Langan    on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
        Jennifer Ellis Lattimore    on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
        Jennifer J. West    on behalf of Creditor   Coca-Cola Bottling Company Consolidated
        jwest@spottsfain.com,
        rchappell@spottsfain.com;kligon@spottsfain.com;jstern@spottsfain.com;tmoore@spottsfain.com;eander
        son@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com
        Jennifer Larkin Kneeland    on behalf of Defendant   AMC jkneeland@linowes-law.com,
        klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
        Jennifer McLain McLemore    on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
        avaughn@cblaw.com
        Jennifer V. Doran    on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
        calirm@haslaw.com
        Jeremy Brian Root    on behalf of Creditor   ACCO Brands Corporation jroot@bklawva.com,
        tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
        Jeremy C. Kleinman    on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
        Jeremy L. Pryor    on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
        Jeremy S. Friedberg    on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
        jsf@llff.com,   ecf@llff.com;gordon.young@llff.com
        Jeremy S. Williams    on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com
        Jeremy W. Martin    on behalf of Creditor   Escambia County Tax Collector
        jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
        Jeremy W. Ryan    on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com

```
District/off: 0422-7           User: frenchs              Page 6 of 10              Date Rcvd: Dec 01, 2011
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Jerry Lane Hall    on behalf of Defendant    NAMCO BANDAI Games America Inc.
      jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
      Jess R. Bressi    on behalf of Creditor    Engineered Structures, Inc. jbressi@luce.com
      Jessica Regan Hughes    on behalf of Interested Party    AmCap Arborland LLC jhughes@seyfarth.com,
      swells@seyfarth.com;wdcdocketing@seyfarth.com
      Joel S. Aronson    on behalf of Defendant    Capital City Press, LLC d/b/a The Advocate
      jsaronson@ridberglaw.com
      Joel T. Marker    on behalf of Creditor    Ammon Properties, LC joel@mbt-law.com
      John B. Raftery    on behalf of Defendant    Utopian Software Concepts, Inc., dba Alterthought
      jraftery@offitkurman.com
      John C. Smith    on behalf of Creditor    Dartmouth Marketplace Associates jsmith@durrettecrump.com,
      sryan@durrettecrump.com;dbbankruptcy@gmail.com
      John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
      jfiero@pszjlaw.com
      John D. McIntyre    on behalf of Creditor    Carnegie Management and Development Corporation
      jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
      John E. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com,
      pjf@carmodymacdonald.com
      John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
      lucian@blankrome.com
      John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@mckennalong.com,
      sparson@mckennalong.com
      John J. Lamoureux    on behalf of Creditor    Amore Construction Company
      jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
      John M. Craig    on behalf of Counter-Claimant    Sun Builders Co. johncraigg@aol.com,
      russj4478@aol.com
      John P. Van Beek    on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
      awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
      John T. Donelan    on behalf of Defendant    Best Vendors Management Co. Inc. jtdlaw@verizon.net
      John T. Farnum    on behalf of Creditor    Bell Microproducts, Inc. jfarnum@wileyrein.com
      John T. Husk    on behalf of Defendant    Casco Corporation johnhusk@aol.com, nre98@aol.com
      Jonathan L. Hauser    on behalf of Creditor    ThomsonWest jonathan.hauser@troutmansanders.com
      Jonathan S. Storper    on behalf of Creditor    IGate Global Solutions, Limited
      jstorper@hansonbridgett.com
      Jonathan T. Cain    on behalf of Defendant    InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
      Jonathan W. Young    on behalf of Creditor    ACCO Brands Corporation young@wildman.com
      Joseph M. DuRant    on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
      Joseph T. Moldovan    on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
      Cross Blue Shield bankruptcy@morrisoncohen.com
      Joshua D. McKarcher    on behalf of Defendant    Broadridge Financial Solutions, Inc., aka
      Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
      Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
      Judy Bamberger Calton    on behalf of Defendant    DIRECTV, Inc. jcalton@honigman.com
      Julie Ann Quagliano    on behalf of Creditor    AT&T quagliano@sfmlawfirm.com,
      harvell@sfmlawfirm.com
      Justin D. Leonard    on behalf of Creditor    Andrews Electronics jleonard@balljanik.com
      Justin F. Paget    on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@hunton.com
      Kalina Boyanova Miller    on behalf of Creditor    First Industrial Realty Trust, Inc.
      kmiller@wileyrein.com, rours@wileyrein.com
      Karen L. Gilman    on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
      Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
      jbrockett@clrbfirm.com;tturner@clrbfirm.com
      Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com,
      beth@pf-law.com;Abbie@pf-law.com;dweekley@pf-law.com
      Ken Coleman    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
      Ken.Coleman@allenovery.com
      Kenneth R. Rhoad    on behalf of Creditor    ActionLink, LLC krhoa@gebsmith.com
      Kevin A. Lake    on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
      Kevin L. Sink    on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
      Kevin M. Newman    on behalf of Creditor    Cameron Bayonne, LLC knewman@menterlaw.com
      Khang V. Tran    on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com
      Kimbell D. Gourley    on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com,
      sprescott@idalaw.com
      Kimberly A. Pierro    on behalf of Creditor    CBL & Associates Management, Inc.
      kimberly.pierro@kutakrock.com,
      sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
      @kutakrock.com
      Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association as Trustee
      for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
      kimsullywalker@aol.com
      Kristen E. Burgers    on behalf of Creditor    CWCapital Asset Management LLC keburgers@venable.com
      Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
      KDWBankruptcyDepartment@kelleydrye.com
      Kurt M. Kobiljak    on behalf of Creditor    City of Taylor Michigan kkobi@aol.com
      Laura Otenti    on behalf of Interested Party    Salem Rockingham LLC lotenti@pbl.com
      Lawrence Allen Katz    on behalf of Creditor    Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
      ndysart@ltblaw.com

```
District/off: 0422-7           User: frenchs              Page 7 of 10              Date Rcvd: Dec 01, 2011
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Lawrence H. Glanzer   on behalf of Creditor  Citrus Park CC, LLC glanzer@rlglegal.com, stephanie@rlglegal.com
      Leonard E. Starr   on behalf of Creditor  Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
      Leonidas Koutsouftikis   on behalf of Creditor  Washington Real Estate Investment Trust lkouts@magruderpc.com, mcook@magruderpc.com
      Leslie A. Skiba   on behalf of Defendant  Network Engineering Technologies, Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
      Linda Dianne Regenhardt   on behalf of Creditor  D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;mkoeniger@garylaw.us
      Linda Sharon Broyhill   on behalf of Creditor  Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
      Lisa P. Sumner   on behalf of Creditor  Compass Group U.S.A. Inc. lsumner@poyners.com, cjeckel@poyners.com
      Lisa Taylor Hudson   on behalf of Creditor  A.D.D. Holdings, L.P. lhudson@sandsanderson.com
      Loc Pfeiffer   on behalf of Creditor  Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
      Louis E. Dolan   on behalf of Creditor  California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
      Lucy L. Thomson   lthomson2@csc.com
      Luder F. Milton   on behalf of Defendant  Plasti-Cart, Inc. lmilton@eckertseamans.com
      Lyndel A. Mason   on behalf of Defendant  Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
      Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
      Madeleine C. Wanlsee   on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com, rstein@gustlaw.com
      Malcolm M. Mitchell   on behalf of Creditor  AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Marc A. Busman   on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
      Mark B. Conlan   on behalf of Creditor  Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
      Mark D. Sherrill   on behalf of Creditor  LNR Partners, Inc. mark.sherrill@sutherland.com
      Mark D. Taylor   on behalf of Creditor  Lenovo USA mdtaylor@kilpatricktownsend.com
      Mark E. Browning   on behalf of Creditor  Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
      Mark J. Friedman   on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
      Mark K. Ames   on behalf of Creditor  Commonwealth of Virginia, Department of Taxation mark@taxva.com,  amanda@taxva.com
      Mark X. Mullin   on behalf of Creditor  BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
      Martha E. Hulley   on behalf of Creditor  Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
      Martha E. Romero   on behalf of Creditor  California Taxing Authorities romero@mromerolawfirm.com
      Martin A. Brown   on behalf of Creditor  Creditor Express Personnel Services, Inc martin.brown@lawokc.com
      Martin J.A. Yeager   on behalf of Creditor Loren Stocker myeager@landclark.com
      Mary E. Olden   on behalf of Creditor  Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com,  akauba@mhalaw.com
      Mary Louise Fullington   on behalf of Creditor  Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
      Matthew Righetti   on behalf of Creditor Jack Hernandez matt@righettilaw.com
      Matthew A. Gold   on behalf of Creditor  Argo Partners courts@argopartners.net
      Matthew D. Foster   on behalf of Defendant  SVG Distribution Fosterm@pepperlaw.com
      Matthew E. Hoffman   on behalf of Creditor  Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
      Matthew J. Ellis   on behalf of Creditor  Montgomery County Trustee mellis@batsonnolan.com
      Matthew V. Spero   on behalf of Creditor  CC-Investors 1995-6 matthew.spero@rivkin.com
      Melissa S. Hayward   on behalf of Creditor  Home Depot USA, Inc. mhayward@lockelord.com
      Meredith Linn Yoder   on behalf of Creditor  Edwin Watts Golf Shops, LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com
      Michael Reed   on behalf of Creditor  City of Midland et al othercourts@mvbalaw.com
      Michael A. Condyles   on behalf of Creditor  Bank One Delaware, National Association n/k/a Chase Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com
      Michael Callahan Crowley   on behalf of Creditor  White-Spunner Construction, Inc. mcrowley@asm-law.com
      Michael D. Mueller   on behalf of Creditor  Acadia Realty Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com
      Michael E. Hastings   on behalf of Creditor  Eastern Security Corp. michael.hastings@leclairryan.com,  tonya.whitt@leclairryan.com
      Michael F. Ruggio   on behalf of Creditor  MD-GSI Associates mruggio@ralaw.com
      Michael J. Sage   on behalf of Creditor  Pan Am Equities msage@omm.com,  kzeldman@omm.com

```
District/off: 0422-7           User: frenchs              Page 8 of 10                  Date Rcvd: Dec 01, 2011
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Michael John O'Grady     on behalf of Creditor   Convergys Customer Management Group Inc. mjogrady@fbtlaw.com, lbaker@fbtlaw.com;jbwells@fbtlaw.com
        Michael Keith McCrory     on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
        Michael L. Wilhelm     on behalf of Creditor   Harry Hallaian ECF@w2lg.com
        Michael P. Falzone     on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com, jbsmith@hf-law.com
        Michael S. Kogan     on behalf of Creditor   Ditan Distribution LLC mkogan@ecjlaw.com, rfraire@ecjlaw.com
        Min Park     on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc mpark@cblh.com
        Mindy A. Mora     on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
        Mindy D. Cohn     on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
        Mitchell B. Weitzman     on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com, swatson@jackscamp.com;iluaces@jackscamp.com
        Mona M. Murphy     on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com, crystal.gaymon@akerman.com
        Nancy F. Loftus     on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
        Nancy R. Schlichting     on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com, lginsberg@lolawfirm.com
        Nathan Jones     on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
        Neil E. McCullagh     on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com, jstern@spottsfain.com;eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com
        Nicholas B Malito     on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
        Nicholas W. Whittenburg     on behalf of Creditor   Cleveland Towne Center, LLC nwhittenburg@millermartin.com, mcsmith@millermartin.com
        Oscar Baldwin Fears     on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov, jjacobs@law.ga.gov
        P. Matthew Roberts     on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
        Patrick M. Birney     on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com, jcarrion@rc.com
        Paul J. Pascuzzi     on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
        Paul K. Campsen     on behalf of Creditor   CC Grand Junction Investors 1998, LLC pkcampsen@kaufcan.com
        Paul M. Black     on behalf of Creditor   Sony Pictures Home Entertainment Inc. pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
        Paul McCourt Curley     on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
        Paul Michael Schrader     on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
        Paul S. Bliley     on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paula A. Hall     on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics hall@bwst-law.com, marbury@bwst-law.com
        Paula S. Beran (CC-A)     on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
        Peter Barrett     on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter A. Greenburg     on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
        Peter E. Strniste     on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com, kcooper@rc.com
        Peter G. Zemanian     on behalf of Creditor   Disney Interactive Distribution, et al. pete@zemanianlaw.com
        Peter J. Carney     on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc. jlerner@whitecase.com, jrubalcava@whitecase.com
        Peter M. Pearl     on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
        Philip C. Baxa     on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc. pbaxa@sandsanderson.com, rarrington@sandsanderson.com
        Philip James Meitl     on behalf of Creditor   Berkadia Commercial Mortgage LLC pj.meitl@bryancave.com, john.leininger@bryancave.com
        R. Chase Palmer     on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
        Rand L. Gelber     on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
        Raymond Pring     on behalf of Creditor Laura Scannell rpring@grosspringlaw.com, rahurley@grosspringlaw.com;hsessler@grosspringlaw.com
        Raymond William Battaglia     on behalf of Creditor   Miner Corporation rbattaglia@obht.com
        Rebecca L. Saitta     on behalf of Creditor   Bond C.C. I Delaware Business Trust rsaitta@wileyrein.com, rours@wileyrein.com
        Reid Steven Whitten     on behalf of Creditor   LaSalle Bank National Association, as trustee for C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
        Rhett E. Petcher     on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
        Rhysa Griffith South     on behalf of Creditor   Henrico County, Virginia sou06@co.henrico.va.us
        Richard C. Maxwell     on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com
        Richard D. Scott     on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com

```
District/off: 0422-7           User: frenchs              Page 9 of 10              Date Rcvd: Dec 01, 2011
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Richard E. Hagerty    on behalf of Attorney    Troutman Sanders LLP richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.webne@troutmansanders.com
    Richard E. Lear    on behalf of Creditor    CapTech Ventures, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com
    Richard F. Stein    on behalf of Creditor    Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
    Richard Iain Hutson    on behalf of Creditor    Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
    Richard M. Maseles    on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
    Richard S. Yarow    on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
    Robert A. Canfield    on behalf of Creditor    Cornella Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
    Robert B. Hill    on behalf of Creditor    Columbia Plaza Joint Venture kcummins@hillrainey.com
    Robert B. Van Arsdale    on behalf of U.S. Trustee    W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
    Robert C. Edmundson    on behalf of Creditor    Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
    Robert D. Albergotti    on behalf of Creditor    Universal Display and Fixtures Company robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
    Robert D. Clark    on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
    Robert D. Tepper    on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com, pcoover@sabt.com
    Robert Field Moorman    on behalf of Defendant    Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com, robmoorman@comcast.net
    Robert J. Brown    on behalf of Creditor    CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
    Robert J. Feinstein    on behalf of Creditor Committee    Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
    Robert K. Coulter    on behalf of Creditor    United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
    Robert Kenneth Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
    Robert L. Lehane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
    Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarino1@aol.com
    Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
    Robert Ryland Musick    on behalf of Creditor    IGate Global Solutions, Limited bmusick@t-mlaw.com, clobou@t-mlaw.com
    Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company rwestermann@hf-law.com
    Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust abramowitz@larypc.com
    Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham    T.D. Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
    Ronald Allen Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com, rpage@rpagelaw.com
    Ronald G. Dunn    on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
    Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,antimm@simon.com
    Roy M. Terry    on behalf of Creditor    Hewlett Packard Company rterry@durrettecrump.com, sryan@durrettecrump.com;dbbankruptcy@gmail.com
    Russell R. Johnson    on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
    Ryan C. Day    on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com
    S. Sadiq Gill    on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
    Sara B. Eagle    on behalf of Creditor    Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
    Sara L. Chenetz    on behalf of Creditor    Sony Pictures Entertainment Inc. chenetz@blankrome.com
    Sarah Beckett Boehm    on behalf of Debtor    Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com;lneilson@mcguirewoods.com
    Satchidananda Mims    smims21@hotmail.com
    Scott D. Fink    on behalf of Creditor    The Plain Dealer Bronationalecf@weltman.com
    Seth A. Drucker    on behalf of Creditor    McKinley, Inc. sdrucker@honigman.com
    Sheila G. de la Cruz    on behalf of Creditor    502-12 86th Street LLC sdelacruz@hf-law.com, jbsmith@hf-law.com
    Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
    Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company stan.salus@akerman.com, crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
    Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com, hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
    Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com
    Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership smetz@shulmanrogers.com, nanderson@shulmanrogers.com

```
District/off: 0422-7           User: frenchs              Page 10 of 10              Date Rcvd: Dec 01, 2011
                               Form ID: trc               Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Stephen E. Leach     on behalf of Creditor   Children's Discovery Centers of America, Inc.
               sleach@ltblaw.com,
               ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;
               bblosser@ltblaw.com
              Stephen G. Murphy    on behalf of Creditor   Massachusetts Department of Revenue
               Murphys@dor.state.ma.us
              Stephen K. Lehnardt     on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
              Steven H. Greenfeld     on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com,
               cbglawbethesda@gmail.com
              Steven H. Newman     on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
              Steven L. Brown     on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
              Tara B. Annweiler     on behalf of Creditor   American National Insurance Company
               tannweiler@greerherz.com
              Tara L. Elgie    on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
              Terri A. Roberts     on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson     on behalf of Defendant   Mitsubishi Electronics America, Inc.
               thadwilson@kslaw.com,   pwhite@kslaw.com
              Thomas David Rethage     on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy     on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
               tmurphy@dclawfirm.com,
               rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King     on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
               dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh     on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
              Thomas John McKee     on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,   hallc@gtlaw.com
              Thomas Neal Jamerson     on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
               tomjam2003@yahoo.com
              Thomas Ryan Lynch     on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
              Thomas W. Repczynski     on behalf of Creditor   Graphic Communications, Inc.
               trepczynski@offitkurman.com,   cdixon@offitkurman.com
              Tiffany Strelow Cobb     on behalf of Creditor   AOL LLC tscobb@vorys.com,   bjtobin@vorys.com
              Timothy Francis Brown     on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com,
               giaimo.christopher@arentfox.com
              Tracey Michelle Ohm     on behalf of Creditor   Waste Management, Inc. tohm@stinson.com,
               tmackey@stinson.com
              Travis A. Knobbe     on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com,
               trjohnson@spilmanlaw.com
              Travis Aaron Sabalewski     on behalf of Creditor   IKON Office Solutions, Inc.
               tsabalewski@reedsmith.com,   shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy Savenko     on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
               situated tsavenko@kaplanfrank.com,   nferenbach@kaplanfrank.com
              Troy N. Nichols     on behalf of Defendant   Modern Marketing Concepts, Inc.
               lexbankruptcy@wyattfirm.com
              Valerie P. Morrison     on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
               rours@wileyrein.com
              Victoria A. Reardon     on behalf of Creditor   State of Michigan, Department of Treasury
               reardonv@michigan.gov,   jacksonst@michigan.gov
              Victoria D. Garry     on behalf of Creditor   Ohio Bureau of Workers' Compensation
               victoria.garry@ohioattorneygeneral.gov
              Vivienne Rakowsky     on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
               dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
              W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
              Walter Laurence Williams     on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
              Wanda Borges     on behalf of Creditor   Sharp Electronics Corporation borgeslawfirm@aol.com
              Wendy Michele Roenker     on behalf of Creditor Treasurer City of Chesapeake
               wroenker@cityofchesapeake.net
              William Heuer     on behalf of Transferee   Korea Export Insurance Corporation
               wheuer@duanemorris.com
              William A. Broscious     on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
              William A. Burnett     on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
              William A. Gray     on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Wood     on behalf of Creditor   Panattoni Development Company, Inc. as Agent for Charles
               L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
               chris.tillmanns@bgllp.com
              William B. Cave     on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
              William C. Crenshaw     on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com
              William D. Bayliss     on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
              William Daniel Prince     on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com
              William Daniel Sullivan     on behalf of Attorney William Sullivan dsullivan@butzeltp.com
              William H. Casterline     on behalf of Creditor   ACCO Brands Corporation wcasterlinejr@bklawva.com,
               jroot@bklawva.com;;mhowes@bklawva.com;;tmartin@bklawva.com;
              William H. Schwarzschild     on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
              Wm. Joseph A. Charboneau     on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
               aford@mglspc.com
              Zachary Mosner     on behalf of Creditor   Washington State Taxing Agencies BCUMosner@atg.wa.gov
                                                                                             TOTAL: 410
```