S & S INDUSTRIAL MAITENANCE SUPPLY INC.
PO BOX 69 MAIN ST
MARLTON NJ 08053
800 525 4448

11/30/11



CASE 08-35653-KRH

c/a m# 114

SIRS TO RESOLVE THE QUESTION THE EXPENSE OF FRIEGHT WE WILL BE WILLING TO TO TAKE THE FRIEGHT OFF THE INVOICES THAT WE FEEL IS JUST TO BEGIN WITH . SO TAKE FREIGHT OFF THE BILLS PAY US FOR GOODS AND INTEREST. TO RESOLVE THE MATTER. WE ARE A SMALL FAMILY BUSINESS NOT LIKE YOU .

MY NAME IS STEPHEN SANDROW CFO FOR S & S INDUSTRIAL MAITENANCE SUPPLY,INC.
FAX #    856-768-8979
PHONE    856-768-6300


PLEASE TAKE THE FOLLING AMOUNT FROM THE BALANCE    FOR ALL THE INVOICES.

FOUR HUNDRED AND THIRTY FOUR. FOURTY TWO CENTS.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Disallowed Books and Records

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1/6/2009 | 2895 2000289502 | HOLYOKE GAS & ELECTRI 99 SUFFOLK ST HOLYOKE, MA 01040 | HOLYOKE GAS & ELECTRIC DEPARTMENT | $10,332.12 | U | CIRCUIT CITY STORES, INC. | Duplicate of Class on Prior Claim Note: Invoices reconciled on claim 817. Special Note: this objection relates only to the unsecured portion of the claim. |
| 1/8/2009 | 2998 2000299801 | STR SOFTWARE COMPAN 11505 ALLECINGIE PARKWA RICHMOND, VA 23235-4301 | STR SOFTWARE COMPANY | $4,521.95 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Contract renewel premium for 3/1/09-2/28/10 |
| 1/12/2009 | 3186 2000318601 | Liquidity Solutions Inc One University Plz Ste 312 Hackensack, NJ 07601 | Liquidity Solutions Inc | $14,739.00 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Sub-contractor to Sun Belt General Contractors |
| 1/9/2009 | 3216 2000321601 | Architectural Cast Stone Inc 2775 Norton Creek Dr West Chicago, IL 60185-6411 | Architectural Cast Stone Incorporated | $11,143.79 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Claimant was sub-subcontractor to International Contractors |
| 1/12/2009 | 3253 2000325301 | S&S INDUSTRIAL MAINTE PO BOX 69 MARLTON, NJ 08053 | S&S INDUSTRIAL MAINTENANCE | $12,154.37 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Invoices from 1996/97, vendor told by Legal to stop contacting stores |
| 1/12/2009 | 3307 2000330701 | D&W MASONRY INC PO BOX 1177 POWELL, OH 43065 | D&W MASONRY INC | $74,120.49 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: subcontractor claim; debtor has no direct relationship with claimant. |

*Handwritten annotation across the Debtor column: "you called us not we call you"*

Exhibit C: Disallowed Books and Records

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Disallowed Books and Records

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 1/12/2009 | 3333 2000333301 | TRANE PR INC PO BOX 9000 SANTURCE, PR 00908-9000 | TRANE PR INC | $1,203.75 | U | CIRCUIT CITY PURCHASING COMPANY, LLC | Books & Records- No Liability Note: no liability 2007 invoice |
| 1/13/2009 | 3675 2000367501 | CESSNA AIRCRAFT COMP 5800 E PAWNEE WICHITA, KS 67218-5590 | CESSNA AIRCRAFT COMPANY | $3,904.97 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: no liability for these 2002-2006 invoices |
| 1/15/2009 | 3851 2000385101 | Riverside Claims LLC as As Riverside Claims LLC PO Box 626 Planetarium Station New York, NY 10023 | Riverside Claims LLC as Assignee for Impressions Marketing Group | $53,694.20 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Duplicate invoices filed on claim #860 for correct docketed amt |
| 1/13/2009 | 3903 2000390301 | PHILIPS & LITE ON DIGITA ATTN ARMANDO ABELLA 42000 CHRISTY STREET FREMONT, CA 94538-3182 | PHILIPS & LITE ON DIGITAL SOLUTIONS USA | $897.50 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Difference between RTV deducted & Credit from Vendor |
| 1/21/2009 | 3957 2000395701 | Yellow Transportation c o RMS Bankruptcy Recovery PO Box 5126 Timonium, MD 21094-5126 | Yellow Transportation | $12,297.46 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Invoices were processed by CTSI through logistics |
| 1/19/2009 | 4038 2000403801 | KNIGHT TRANSPORTATIO KNIGHT TRANSPORTATION ATTN SALES MANAGER 5601 W BUCKEYE ROAD PHOENIX, AZ 85043 | KNIGHT TRANSPORTATION SERVICES INC | $9,425.65 | U | CIRCUIT CITY STORES, INC. | Invalid - No Contractual Relationship Note: Freight subcontractor of CH Robinson |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Disallowed Books and Records

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 12/2/2008 | 114 2000011402 | S&S INDUSTRIAL MAINTE SUPPLY INC PO BOX 69 MARLTON, NJ 08053 | S&S INDUSTRIAL MAINTENANCE | $12,154.37 | B | CIRCUIT CITY STORES, INC. | 503b9 Modified Unsecured duplicate Note: Claim 3253 is the duplicate claim |
| 11/21/2008 | 141 2000014101 | Virginia Crossings Operator Mr. Paul Jensen c o Wyndham Virginia Crossing 1000 Virginia Ctr Pkwy Glen Allen, VA 23059 | Virginia Crossings Operator LLC dba Wyndham Virginia Crossings Hotel & Conference Center | $48,230.24 | U | CIRCUIT CITY STORES, INC. | Paid in Full - No Liability (pre petition) Note: Invoice paid on check 4580132 |
| 11/28/2008 | 229 2000022901 | Ebates Shopping Com Inc 333 Bryant St Ste 250 San Francisco, CA 94107 | Ebates Shopping Com Inc | $67,459.54 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Ebates affiliate commissions paid through Google per Debtor's records. |
| 11/24/2008 | 374 2000037402 | Sanwen HK International Co Rm 1705 7 Hon Kwok Tst Cent 5 9 Observatory Ct TST Kowloon, | Sanwen HK International Co Ltd | $27,190.00 | U | CIRCUIT CITY STORES, INC. | 503b9 Modified Unsecured duplicate Note: Reconciled on claim 352 |
| 12/3/2008 | 480 2000048001 | AQUAPERFECT INC 2061 N MORLEY MOBERLY, MO 65270 | AQUAPERFECT INC | $569.70 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: no attached invoices. |
| 12/4/2008 | 595 2000059502 | SHIPPING UTILITIES INC PO BOX 790051 ST LOUIS, MO 63179 | SHIPPING UTILITIES INC | $884.17 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Credit on the unpaid of 2000, do not pay claim |

*[handwritten annotation: "you called us for service"]*

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

Exhibit C: Disallowed Books and Records

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|
| 12/4/2008 | 596 2000059601 | EL MENSAJERO NEWSPA 333 VALENCIA ST STE 410 SAN FRANCISCO, CA 94103 | EL MENSAJERO NEWSPAPERS LLC | $5,877.84 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: paid on check 4242154 8/14/06 |
| 12/12/2008 | 765 2000076502 | SEALED AIR CORPORATI 5687 COLLECTIONS CENTER CHICAGO, IL 60693-5687 | SEALED AIR CORPORATION | $15,417.81 | U | CIRCUIT CITY STORES, INC. | 50369 Modified Unsecured duplicate Note: Invoice was included in subsequent unsecured claim no. 5527 with other invocies. |
| 12/8/2008 | 868 2000086601 | CROMER EQUIPMENT CO PO BOX 14338 OAKLAND, CA 94614-2388 | CROMER EQUIPMENT CO | $9,626.63 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Invs on claim were already paid in Dec '08. |
| 12/18/2008 | 1302 2000130202 | PARTIES PLUS PO BOX 773 HUNTINGTON BEACH, CA 926 | PARTIES PLUS | $446.24 | U | CIRCUIT CITY STORES WEST COAST, INC. | Books & Records- No Liability |
| 12/30/2008 | 2084 2000208401 | SCOTT'S LANDSCAPING I 322 KENT RD NEW MILFORD, CT 06776-552 | SCOTT'S LANDSCAPING INC | $11,781.55 | U | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Sub-contractor to Daystar; 2005/2006 invoices Paid in Full - No Liability (pre petition) |
| 12/31/2008 | 2270 2000227001 | EL MENSAJERO NEWSPA 7000 S FLOWER ST LOS ANGELES, CA 90017 | EL MENSAJERO NEWSPAPERS LLC | $5,877.84 | U | CIRCUIT CITY STORES, INC. | Note: Paid on check 4242154, $5,877.84 on 8/14/06 |