Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | **:** | Chapter 11 |
|  | **:** |  |
| CIRCUIT CITY STORES, INC., <u>et al.</u>,[1] | **:** | Case No. 08-35653-KRH |
|  | **:** |  |
| Debtors. | **:** | (Jointly Administered) |
|  | **:** |  |
|  | **:** |  |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON DECEMBER 8, 2011 AT 2:00 P.M. (EASTERN)

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

1 The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on December 8, 2011 beginning at 2:00 p.m. Eastern.

## I.    MOTIONS IN ADVERSARY PROCEEDINGS

1.    *Siegel v. DIRECTV, Inc.;* Case No. 10-03592; Motion to Authorize *Schedule Mediation and to Conduct Mediation in California* filed by William H. Schwarzschild III of Williams Mullen on behalf of DIRECTV, Inc.. (Attachments: # (1) Proposed Order) (Docket No. 9)

Related
Documents:

a.    Notice of Hearing (Re: related document(s)[9] Motion to Authorize filed by DIRECTV, Inc.) filed by William H. Schwarzschild III of Williams Mullen on behalf of DIRECTV, Inc.. Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 10)

b.    Hearing Continued: (Re: related document(s)[9] Motion to Authorize filed by DIRECTV, Inc.) Hearing scheduled 11/21/11. (Docket No. 12).

c.    Hearing continued; (Re: related document(s)[9] Motion to Authorize filed by DIRECTV, Inc.) Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Trustee. (Docket No. 13)

Objection
Deadline:        December 1, 2011

Objections/
Responses
Filed:

Status:        The underlying adversary proceeding has been resolved, mooting this matter.

2.    *Siegel v. B.R. Fries & Associates, LLC;* Case No. 10-03382; Hearing continued (Re: related document(s)[5] Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 11)

Status:        The underlying matter has not yet been mediated.   Accordingly, the Trust suggests that this matter be continued.

## II.    PRETRIAL HEARINGS

3.      *Siegel v. SYNNEX Corporation, a/k/a New Age Electronics*; Case No 10-03657; Pre-Trial
Conference Continued (Re: related document(s) 1 Complaint filed by Alfred H. Siegel)
Pre-Trial Conference set for 12/08/2011 at 02:00 PM at Judge Huennekens' Courtroom
(Docket No. 15)

## III.    DEFAULT JUDGMENTS

4.      *Siegel v First International Computer of America, Inc.; First International Computer,
Inc.*; Case No. 10-03480; Motion for Default Judgment and Notice of Hearing (Re:
related document(s)[6] Motion for Entry of Default filed by Alfred H. Siegel) filed by
Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing
scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 7)

Related
Documents:
a.      Motion for Entry of Default - *Request for Entry of Default and for Default
Judgment by Clerk Pursuant to Federal Rule of Bankruptcy Procedure 7055 and
Federal Rule of Civil Procedure 55* filed by Paula S. Beran of Tavenner & Beran,
PLC on behalf of Alfred H. Siegel (Docket No. 6)

b.      Entry of Default against First International Computer of America, Inc (Re: related
document(s)[6] Motion for Entry of Default filed by Alfred H. Siegel) (Docket
No. 8)

Objection
Deadline:              December 5, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 None

Status:                The Trust will request that the Court grant judgment by default.

## IV.    CLAIMS OBJECTIONS

5.      Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain
Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

Related
Documents:

a.      Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of
Certain Misclassified Claims to General Unsecured, Non-Priority Claims)
(Docket No. 4449)

b.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
        (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
        Priority Claims) (Docket No. 4736)

c.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
        (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
        Priority Claims) (Docket No. 4758)

d.      Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
        (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
        Priority Claims) (Docket No. 6299)

e.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
        (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
        Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No.
        6642)

f.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
        (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
        Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No.
        6661)

g.      Memorandum Opinion (Docket No. 6693)

h.      Order Granting Motion for Summary Judgment (Docket No. 6694)

i.      Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
        (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
        Priority Claims) (Docket No. 6868)

j.      Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
        (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
        Priority Claims) (Docket No. 7114)

k.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home &
        Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

l.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Arboretum of South Barrington Resolving a Certain Claim (Docket
        No. 8361)

m.      Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores,
        Inc. and Between Imation Enterprises Corp.  (Docket No. 8861)

n.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO ONE
        REMAINING UNRESOLVED CLAIM (Re: related document(s)[3703]

Objection to Claim filed by   Circuit City Stores, Inc.) Hearing scheduled 8/22/2011 at  02:00 PM at Judge Huennekens' Courtroom (Document No. 10973)

o.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO ONE REMAINING UNRESOLVED CLAIM (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 9/7/2011 at 02:00 PM at Judge Huennekens' Courtroom (Document No. 11142)

p.      Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

q.      Docket Entry - CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11375)

Objection
Deadline:               July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached Exhibit A.

Status:                 For the one claim for which the objection is still pending, this matter is adjourned to January 5, 2012 at 2:00 p.m.  See attached Exhibit A.

6.      Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 4585)

Related
Documents:

a.      Order on Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 5294)

b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors'

Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth Omnibus Objection to Claim No. 5708 (Docket No. 8358)

c.  Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Ada Alicea Resolving the Debtors' Thirty-First Omnibus Objection to Claim No. 6283 (Docket No. 8839)

d.  Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF PNY TECHNOLOGIES, INC. [CLAIM NO. 1723]* (Docket No. 9910)

e.  Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claim) Solely with Respect to the Claim of Leon Hurney [Claim No. 10047] (Docket No. 9868)

f.  Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LEGAL CLAIM) SOLELY WITH RESPECT TO THE CLAIM OF TANDEN KIBBY (CLAIM NO. 6894)* (Docket No. 10084)

g.  Continued for substantive hearing as to claim by Richard and Deborah Jaynes; continued for status hearing as to remaining unresolved objections (Re: related document(s)[4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 8/22/2011 at  02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.   L. Tavenner for Liquidating Trust (Docket No. 10978)

h.  Amended Notice of Hearing - *Substantive (Thirty-First Omnibus Objection - Claim No. 3427) ( Claimant(s) - Richard and Deborah Jaynes)* (Re: related document(s) 10901 Notice of Hearing filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 10988)

i.  Docket Entry – SETTLED as to Richard and Deborah Jaynes; continued for status hearing as to remaining unresolved objections (Re: related document(s) [4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 9/7/2011 at 2:00 p.m. Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Va.  P. Beran for Liquidating Trust. (Docket No. 11143)

j.  Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled

10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

k.      Docket Entry - CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11375)

Objection
Deadline:           September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:              See attached Exhibit A.

Status:             For those claims for which the objection is still pending, this matter is adjourned to January 5, 2012 at 2:00 p.m.  See attached Exhibit A.

7.      Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims)) (Docket No. 5879)

Related
Documents:

a.      Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6368)

b.      Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6585)

c.      Notice of Hearing on the Merits on Debtors' Sixtieth Omnibus Objection to Claim No. 14123 Filed by Phillip Lee Steele and Response Thereto (Docket No. 8205)

d.      Second Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket No. 8285)

e.      Third Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims
(Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability
(Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket
No. 8421)

f.      Notice of Hearing (Re: related document(s) 5879 Objection to Claim filed by
Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on
behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9819)

b.      Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL
REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703]
Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim
filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled
10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

c.      Docket Entry - CONTINUED FOR STATUS CONFERENCE AS TO ALL
REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703]
Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim
filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled
12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11375)

| | |
|---|---|
| Objection Deadline: | December 14, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit A. |
| Status: | The status hearing for the objection as it relates to the one remaining claim has been adjourned to January 5, 2012 at 2:00 p.m. |

8.      Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain
Misclassified Administrative Claims) (Docket No. 7460)

Related
Documents:

a.      Order on Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of
Certain Misclassified Administrative Claims) (Docket No. 7858)

      b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, the Equal Employment Opportunity Commission, Jamal Booker and Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230 and 4238 (Docket No. 8138)

      c.      Docket Entry - CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

      d.      Docket Entry - CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11375)

Objection
Deadline:      June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:      See attached Exhibit A

Status:      For the one claim for which the objection is still pending, this matter is adjourned to January 5, 2012 at 2:00 p.m.  See attached Exhibit A.

9.      Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 7874)

Related
Documents:

      a.      Order on Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 8199)

      b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and James Fouskey Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 4017 (Docket No. 8733)

c.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
       Debtors and Richard Grande Resolving the Debtors' Seventy-Ninth Omnibus
       Objection to Claim No. 6242 (Docket No. 8739)

d.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
       Debtors and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus
       Objection to Claim No. 6008 (Docket No. 8740)

e.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
       Debtors and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus
       Objection to Claim No. 4767 (Docket No. 8744)

f.     Notice of Proposed Settlement Agreement and Stipulation by and among the
       Debtors and Anna Thomas Resolving the Debtors' Seventy-Ninth Omnibus
       Objection to Claim No. 3145 (Docket No. 8777)

g.     Notice of Proposed Settlement Agreement and Stipulation by and among the
       Debtors and Leedell Murphy Resolving the Debtors' Seventy-Ninth Omnibus
       Objection to Claim No. 5832 (Docket No. 8841).

h.     Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-
       NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
       CLAIM OF DENISE K. FISHER [CLAIM NO. 3544]* (Docket No. 9903)

i.     Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-
       NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
       CLAIM OF MARY LOPRESTI [CLAIM NO. 5401]* (Docket No. 9904)

j.     Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL
       REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703]
       Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim
       filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
       Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
       Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled
       10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
       5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

k.     Docket Entry - CONTINUED FOR STATUS CONFERENCE AS TO ALL
       REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703]
       Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim
       filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
       Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
       Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled
       12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
       5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11375)

Objection
Deadline:              July 15, 2010 at 4:00 p.m.

<table>
<tr><td>Objections/<br>Responses<br>Filed:</td><td>See attached Exhibit A.</td></tr>
<tr><td>Status:</td><td>For those claims for which the objection is still pending, this matter is adjourned to January 5, 2012 at 2:00 p.m.  See attached Exhibit A.</td></tr>
</table>

10.   Notice and Objection to Claim - *Liquidating Trust's Thirteenth Omnibus Objection to Certain Priority Claims: Allow Up to the Statutory Cap, Reclassify, Disallow as Applicable (Employment Contract Severance Claims)* (Docket No. 10051)

Related
Documents:

a.   Order Sustaining Liquidating Trust's Thirteenth Omnibus Objection To Certain Priority Claims: allow up to the statutory cap, reclassify, disallow as applicable (employment contract severance claims) (Re: related document(s)[10051] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10781)

b.   Objections Resolved as to claims of Antone Botelho and Patrick Longood; Continued for Status Hearing as to claim of Bruce Besanko; to be noticed for substantive hearing as to claim of Andrew Grosse (Re: related document(s) [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Substantive Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11151)

c.   Notice of Hearing *(Notice of Substantive Hearing) (Thirteenth Omnibus Objection - Claim Number 369) (Claimant - Andrew Grosse)* (Re: related document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11265)

<table>
<tr><td>Objection<br>Deadline:</td><td>April 7, 2011 at 4:00 p.m.</td></tr>
<tr><td>Objections/<br>Responses<br>Filed:</td><td>See attached Exhibit B</td></tr>
<tr><td>Status:</td><td>A status hearing is going forward as to the claims of Bruce Besanko, who does not need to appear at the hearing.  His rights</td></tr>
</table>

will not be affected at this hearing.  The status hearing for Bruce Besanko will be continued until January 5, 2012 at 2:00 p.m.

11.     Notice and Objection to Claim - *Liquidating Trusts Twenty-Third Omnibus Objection To Claims (Disallowance Of Certain Invalid Unliquidated Claims And Fixing Of Certain Unliquidated Claims)* Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11388)

|  |  |
|---|---|
| Related Documents: | |
| Objection Deadline: | December 1, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.   **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to January 5, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  For all other claims, the Trust will request that the Court sustain the Objection. |

12.     Omnibus Objection to Claim - *Twenty-Fourth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims)* Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11402)

|  |  |
|---|---|
| Related Documents: | |
| Objection | |

Deadline:                   December 1, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                      See attached Exhibit B

Status:                     A status hearing is going forward with respect to those claims for
                            which a response was filed as identified on <u>Exhibit B</u>.   **Those
                            parties who filed a response do not need to appear at the
                            hearing. Such parties' rights will not be affected at this
                            hearing.** During the hearing the Liquidating Trust will advise the
                            Court that the status hearing will be adjourned to January 5, 2012
                            at 2:00 p.m. with respect to those claims for which a response was
                            filed.  With respect to those claims to which a response was not
                            filed but to which the Liquidating Trust agreed to continue the
                            hearing and requisite response deadline, as identified on <u>Exhibit B</u>,
                            the Liquidating Trust will advise the Court that the status hearing
                            will be adjourned to January 5, 2012 at 2:00 p.m. with respect to
                            those claims.  **Those parties do not need to appear at the
                            hearing.  Such parties' rights will not be affected at this
                            hearing.** For all other claims, the Trust will request that the Court
                            sustain the Objection.

13.     Objection to Claim - *Liquidating Trustee's Twenty-Fifth Omnibus Objection to Claims
        (Reduction of Certain Partially Invalid Claims)* Hearing scheduled 12/8/2011 at 02:00
        PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
        filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores,
        Inc. Liquidating Trust. (Docket No. 11403)

        Related
        Documents:

        Objection
        Deadline:                   December 1, 2011 at 4:00 p.m.

        Objections/
        Responses
        Filed:                      See attached <u>Exhibit B</u>

        Status:                     The Trust has resolved the Objection as it relates to certain claims
                                    as more particularly described on <u>Exhibit B</u>.  A status hearing is
                                    going forward with respect to those claims for which a response
                                    was filed as identified on <u>Exhibit B</u>.   **Those parties who filed a
                                    response do not need to appear at the hearing. Such parties'
                                    rights will not be affected at this hearing.** During the hearing
                                    the Liquidating Trust will advise the Court that the status hearing
                                    will be adjourned to January 5, 2012 at 2:00 p.m. with respect to
                                    those claims for which a response was filed.  With respect to those

claims to which a response was not filed but to which the
Liquidating Trust agreed to continue the hearing and requisite
response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust
will advise the Court that the status hearing will be adjourned to
January 5, 2012 at 2:00 p.m. with respect to those claims.  **Those
parties do not need to appear at the hearing.  Such parties'
rights will not be affected at this hearing.**  For all other claims,
the Trust will request that the Court sustain the Objection.

14.     Omnibus Objection to Claim - *Liquidating Trust's Twenty-Sixth Omnibus Objection to
        Claims (Disallowance of Certain Late and/or Otherwise Invalid Claims)* Hearing
        scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
        Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on
        behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11404)

        Related
        Documents:

        Objection
        Deadline:                    December 1, 2011 at 4:00 p.m.

        Objections/
        Responses
        Filed:                       See attached <u>Exhibit B</u>

        Status:                      A status hearing is going forward with respect to those claims for
                                     which a response was filed as identified on <u>Exhibit B</u>.   **Those
                                     parties who filed a response do not need to appear at the
                                     hearing. Such parties' rights will not be affected at this
                                     hearing.**  During the hearing the Liquidating Trust will advise the
                                     Court that the status hearing will be adjourned to January 5, 2012
                                     at 2:00 p.m. with respect to those claims for which a response was
                                     filed.  With respect to those claims to which a response was not
                                     filed but to which the Liquidating Trust agreed to continue the
                                     hearing and requisite response deadline, as identified on <u>Exhibit B</u>,
                                     the Liquidating Trust will advise the Court that the status hearing
                                     will be adjourned to January 5, 2012 at 2:00 p.m. with respect to
                                     those claims.  **Those parties do not need to appear at the
                                     hearing.  Such parties' rights will not be affected at this
                                     hearing.**  For all other claims, the Trust will request that the Court
                                     sustain the Objection.

Dated: Richmond, Virginia               TAVENNER & BERAN, PLC
          December 7, 2011


                                        _____/s/ Paula S. Beran_____
                                        Lynn L. Tavenner (VA Bar No. 30083)
                                        Paula S. Beran (VA Bar No. 34679)
                                        20 North Eighth Street, 2nd Floor
                                        Richmond, Virginia 23219
                                        (804) 783-8300

                                                     - and -

                                        PACHULSKI STANG ZIEHL & JONES LLP
                                        Jeffrey N. Pomerantz, Esq.
                                        Andrew W. Caine, Esq.
                                        10100 Santa Monica Boulevard
                                        Los Angeles, California 90067-4100
                                        (310) 277-6910

                                                     - and –

                                        Robert J. Feinstein, Esq.
                                        John A. Morris, Esq.
                                        PACHULSKI STANG ZIEHL & JONES LLP
                                        780 Third Avenue, 36th Floor
                                        New York, New York 10017
                                        (212) 561-7700

                                        *Co-Counsel for the Circuit City Stores, Inc.*
                                        *Liquidating Trust*

**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 10024 9722 10020 | 4106 | The status hearing on this response is adjourned to January 5, 2012 at 2:00 p.m. |
| 31 | Glenn Cordell Duncan | 2722 2725 | 4755 | The status hearing on this response is adjourned to January 5, 2012 at 2:00 p.m. |
| 31 | Gary R. Lowe | 5144 | 4810 | The status hearing on this response is adjourned to January 5, 2012 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 3548 | 4811 | The status hearing on this response is adjourned to January 5, 2012 at 2:00 p.m. |
| 31 | Eisner, Roy | 3025 | 4821 | The status hearing on this response is adjourned to January 5, 2012 at 2:00 p.m. |
| 31 | Jonathan Card | 6040 | 4823 4943 | The status hearing on this response is adjourned to January 5, 2012 at 2:00 p.m. |
| 31 | Brad C. King | 3634 | 4842 | The status hearing on this response is adjourned to January 5, 2012 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 7065 | 4899 | The status hearing on this response is adjourned to January 5, 2012 at 2:00 p.m. |
| 31 | Antor Media Corporation | 6347 | 4926 | The status hearing on this response is adjourned to January 5, 2012 at 2:00 p.m. |
| 31 | Joseph Skaf | 8717 | 4946 | The status hearing on this response is adjourned to January 5, 2012 at 2:00 p.m. |

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the December 8, 2011 hearing.

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 31 | Unical Enterprises, Inc. | 6555 | 4975 | The status hearing on this response is adjourned to January 5, 2012 at 2:00 p.m. |
| | | | | |
| 60 | Mark Stewart | 9295 | 6082 | The status hearing on this response is adjourned to January 5, 2012 at 2:00 p.m. |
| | | | | |
| 76 | Lei, Yu-Liang | 13307 | 7584 | Before the Plan's Effective Date, this matter was resolved in principle, subject to completion of settlement documentation.  No such documentation was received before the Effective Date.  The claimant is now deceased.  The estate must be probated prior to anyone having authority to sign the settlement agreement.  Accordingly, the status hearing on this response is adjourned to January 5, 2012 at 2:00 p.m. |
| | | | | |
| 79 | Foster, William | 2922 3001 | 7999 | The matter has settled pursuant to procedures previously approved by this Court and the matter may be removed from the Court's docket. |
| 79 | Eisner, Joanne | 3852 | 8003 | The status hearing on this response is adjourned to January 5, 2012 at 2:00 p.m. |
| 79 | Coleman, Dorothy | 2733 | 8016 | The matter has settled pursuant to procedures previously approved by this Court and the matter may be removed from the Court's docket. |

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 79 | Evans, Joe | 3600 | 8030 | The status hearing on this response is adjourned to January 5, 2012 at 2:00 p.m. |
| 79 | Gibson, Thomas H. | 3995 | 8034 | The status hearing on this response is adjourned to January 5, 2012 at 2:00 p.m. |
| 79 | Tully, M.D., Vincent | 1134 | 8041 | The status hearing on this response is adjourned to January 5, 2012 at 2:00 p.m. |
| 79 | Rollins, James | 14825 | 8054 | The status hearing on this response is adjourned to January 5, 2012 at 2:00 p.m. |
| 79 | Tinsley, Clementine | 4272 | 8055 | The status hearing on this response is adjourned to January 5, 2012 at 2:00 p.m. |
|  |  |  |  |  |

**EXHIBIT B**[1]

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 13 | BESANKO, Bruce H. | 14990 | 10398 | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| 13 | BESANKO, Bruce H. | 14990 | 10415 | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| | | | | |
| | | | | |
| 23 | Home Assurance Company Canada, et al. | 10202 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 23 | Home Assurance Company Canada, et al. | 10203 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 23 | Home Assurance Company Canada, et al. | 10204 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 23 | Home Assurance Company Canada, et al. | 10205 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 23 | Home Assurance Company Canada, et al. | 10206 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 23 | Home Assurance Company Canada, et al. | 10207 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |

---

[1] For all matters noted herein that are being adjourned or have been resolved, the respondent does not need to appear at the December 8, 2011 hearing.

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **23** | LAWSON, Alfred M. | 625 | 11433 | Settled pursuant to procedures previously approved by this Court. Accordingly, the matter may be removed from the Court's docket. |
| **23** | Old Republic Insurance Company | 7368 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| **23** | Old Republic Insurance Company | 7369 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| **23** | Old Republic Insurance Company | 7370 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| **23** | Old Republic Insurance Company | 7372 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| **23** | Old Republic Insurance Company | 7373 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| **23** | Old Republic Insurance Company | 7374 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| **23** | Old Republic Insurance Company | 7375 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| **23** | Old Republic Insurance Company | 7377 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| **23** | Old Republic Insurance Company | 7378 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| **23** | Old Republic Insurance Company | 7379 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 23 | Old Republic Insurance Company | 7380 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 23 | Old Republic Insurance Company | 7381 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 23 | Old Republic Insurance Company | 7382 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 23 | Old Republic Insurance Company | 7383 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 23 | Old Republic Insurance Company | 7384 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 23 | Old Republic Insurance Company | 7385 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 23 | Old Republic Insurance Company | 7386 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 23 | PNY Technologies, Inc. | 1723 | 11473 | The Trust has withdrawn without prejudice its objection to this claim. |
| 23 | Verizon Communications Inc. Subsidiaries | 9249 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| | | | | |
| 24 | Antonio Precise Products Manufactory Limited | 1471 | 11490 | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| 24 | Market Force Information Inc. | 5098 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 24 | Philadelphia Newspapers | 1544 | | Letter Response received November 7, 2011, indicating no objection to the relief sought. |
| 24 | State Journal Register, The | 2816 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 24 | Swire Coca Cola, USA | 624 | 11448 | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011, in order that the record with respect to the Trust's withdrawal of such objection can be established before responses are due. |
| 24 | Verizon | 5991 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 24 | WATL TV | 768 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due January 13, 2012 by agreement of the parties. |
| 24 | Williams Mullen Clark & Dobbins | 6757 | 11427 | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| 24 | WNCN TV | 530 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due January 13, 2012 by agreement of the parties. |
| | | | | |
| 25 | Fire Materials Groups LLC | 8290 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 25 | Kronos Incorporated | 14455 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 25 | KTVI TV | 7300 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m.  The response deadline is January 13, 2012 by agreement of the parties. |
| 25 | LeClair Ryan, a Virginia Professional Company | 9213 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 25 | Oracle America Inc., successor in interest to Oracle USA Inc, BEA Systems and Peoplesoft Inc. | 15012 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 25 | Polaroid Consumer Electronics LLC | 15122 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| 25 | Premier Retail Networks Inc. PRN | 8483 | | Settled pursuant to procedures previously approved by this Court.  Accordingly, the matter may be removed from the Court's docket. |
| 25 | Toshiba America Consumer Products, L.L.C. | 1331 | 11507 | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| 25 | Toshiba America Information Systems, Inc. | 1319 | 11507 | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| 25 | Velodyne Acoustics Inc. | 9154 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011 |
| | | | | |
| 26 | Ikon Financial Services | 13414 | | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| **26** | Sensormatic | 6317 | | This matter will be consolidated with other related objections.  The response deadline has been extended by agreement of the parties.  Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. with opposition due December 29, 2011. |
| **26** | S&S Industrial Maintenance | 114 | 11540 | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| **26** | S&S Industrial Maintenance | 3253 | 11540 | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| **26** | Scripps Networks Interactive, Inc., dba Home & Garden Television | 8029 | 11509 | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |
| **26** | Thornton & Associates, PLC | 22 | 11497 | Status hearing on objection adjourned to January 5, 2012 at 2:00 p.m. |