VIRGINIA
IN THE UNITED BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA


VS.

In re: Circuit City Stores Inc et al

CASE NO: 0835653


## AFFIDAVIT OF SERVICE

I, the undersigned, do hereby state that I am a person eighteen years or older and not a party otherwise interested in the subject matter of the controversy.

Said service to, Colonial Heights Holding LLC, Corporation Service Co, was effected for Neil McCullagh at 1111 E Main St 16th Fl Richmond, VA 23219 on _12/1/2011_    _13:05_____ AM / PM with a copy of the:

[X]  SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE: for a court return date of 12/15/2011 5:00:00 PM in the following manner:

[X]  Personal Service    x ___Dustin Kline_____
[ ]  Substitute Service    x _____

Being unable to make personal service, a copy was delivered in the following manner:
[ ]  Delivered to a family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport.

Name: _____ Age: _____ Relation: _____
[ ]  Posted on front door or such other door as appears to be the main entrance to usual place of abode.
[ ]  Served on Secretary of the Commonwealth    x _____
[ ]  Pursuant to 5 U.S.C. & 5520a, served by certified or registered mail, return receipt requested.
[ ]  Not Found
[ ]  No Service

( ) Copy mailed to judgment debtor after serving the garnishee
On date of service unless a different date of mailing is known
_____

**Robert A. Williams III**
Process Server- Print & Sign
804-855-7351
M.T.G. Process Servers LLC
P.O. Box 11585
Richmond, VA 23230

Comments:
_____
_____
_____

Commonwealth of Virginia
County of Henrico
    Subscribed and Sworn/Affirmed before me this _2_ day of _____, 2011

**CERTIFICATE**

**OF**

**CORPORATION SERVICE COMPANY**

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1.    It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2.    (a)    It maintains a business office in the Commonwealth of Virginia at Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219

(b)    Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

(c)    The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

| | | |
|---|---|---|
| Beverley L. Crump | Rene Nordquist | Meda Sterrett |
| Nicole T. McCallum | Pamela Frazier | Linda B. Liles |
| Amy Tarker | Kari Childress | John Isom |
| Dustin Kline | | |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 29 day of April 2011.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 29th day of April 2011, by George A. Massih III.

_____
Notary Public

My Commission Expires: 1-31-13