210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 12/05/2011 (date).

Name and Address of Alleged Transferor:

Claim No. : Holiday Inn, c/o Debt Acquisition Company of America,
1565 Hotel Circle South Suite 310, San Diego, CA 92108

Name and Address of Transferee:

Debt Acquisition Company of America V, LLC
1565 Hotel Circle S #310
San Diego CA 92108

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  12/08/11

William C. Redden
**CLERK OF THE COURT**

```
                            United States Bankruptcy Court
                              Eastern District of Virginia
```

In re:                                                              Case No. 08-35653-KRH
Circuit City Stores, Inc.                                           Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs              Page 1 of 10          Date Rcvd: Dec 06, 2011
                              Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2011.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 10848120       +E-mail/Text: HJustus@daca4.com Dec 07 2011 05:09:34     Holiday Inn,
                 c/o Debt Acquisition Company of America,   1565 Hotel Circle South Suite 310,
                 San Diego, CA 92108-3419
                                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2011**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0422-7          User: frenchs              Page 2 of 10              Date Rcvd: Dec 06, 2011
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2011 at the address(es) listed below:

      Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@freebornpeters.com
      Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
      Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
      akeith@honigman.com,   tsable@honigman.com
      Alan Michael Noskow    on behalf of Creditor   CC Plaza Joint Venture, LLP anoskow@pattonboggs.com
      Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
      Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
      Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
      ajackins@seyfarth.com
      Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
      dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
      Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
      Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
      amy.williams@klgates.com,   hailey.andresen@klgates.com
      Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
      davison.andrea@arentfox.com,
      lane.katie@arentfox.com;dowd.mary@arentfox.com;rothleder.jeffrey@arentfox.com;toof.jackson@arentf
      ox.com
      Andrew  Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
      Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
      Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
      Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
      Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
      rhicks@shutts-law.com
      Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
      Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
      Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
      anitra.royster@nelsonmullins.com,   betsy.burn@nelsonmullins.com,
      raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
      Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
      Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
      Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
      murphyac@doj.state.wi.us,   gurholtks@doj.state.wi.us
      Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
      Management Services, LLC abraucher@mcmillanmetro.com
      Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
      drichards@vanblk.com;pfaggert@vanblk.com
      Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
      annemarie.mcgavin@bipc.com
      Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
      Companies, Ltd. acichello@kb-law.com
      Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
      Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
      Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
      ecffilings@hangley.com
      Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
      lthompson@cblaw.com
      Belkys  Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
      Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
      Benjamin C. Ackerly    on behalf of Creditor   COMSYS Information Technology Services, Inc. and
      COMSYS Services, LLC backerly@hunton.com,   cloving@hunton.com
      Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
      Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
      Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
      bgodshall@pszjlaw.com
      Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
      benglander@wtplaw.com,   wbatres@wtplaw.com
      Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
      Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
      lsansbury@mrrlaw.net
      Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;dustin.branch@kattenlaw.com;adelle.shafer@
      kattenlaw.com;donna.carolo@kattenlaw.com
      Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
      Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
      bruce.matson@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
      Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
      tmelendez@ecjlaw.com
      C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
      Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
      Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
      Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
      Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
      Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
      Christian.Vogel@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
      Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership
      clynch@goulstonstorrs.com

```
District/off: 0422-7           User: frenchs              Page 3 of 10              Date Rcvd: Dec 06, 2011
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Christine McAteer Ford   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly situated cford@mdpcelaw.com
      Christopher A. Jones   on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com, rredfield@wtplaw.com
      Christopher Julian Hoctor   on behalf of Defendant   Moran Brown PC choctor@gregkaplaw.com, nferenbach@gregkaplaw.com
      Christopher L. Perkins   on behalf of Attorney   LeClair Ryan, A Professional Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
      Christopher M. Alston   on behalf of Creditor   507 Northgate LLC alstc@foster.com, ristj@foster.com
      Christopher M. Desiderio   on behalf of Creditor   Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com
      Christopher R. Belmonte   on behalf of Creditor   International Business Machines Corporation cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
      City of Newport News, Virginia     jdurant@nngov.com
      Constantinos G. Panagopoulos   on behalf of Creditor   Centro Properties Group cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
      Courtney E. Pozmantier   on behalf of Creditor   Paramount Home Entertainment cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
      Craig Benson Young   on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
      Craig M. Palik   on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@yahoo.com, cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
      Curtis Gilbert Manchester   on behalf of Defendant   Energizer Battery, Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
      D. Marc Sarata   on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com, ndysart@ltblaw.com;sleach@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;bblosser@ltblaw.com
      Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com, kcornnell@dowlohnes.com
      Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
      Daniel M. Press   on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com
      Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc. dsbushnaq@venable.com
      Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
      Darrell William Clark   on behalf of Creditor   Waste Management, Inc. dclark@stinson.com, cscott@stinson.com
      Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
      David McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
      David A. Greer   on behalf of Creditor   Century plaza development corporation dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
      David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com
      David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com, scilino@chlhf.com
      David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
      David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com, phaynes@jackscamp.com
      David H. Dickieson   on behalf of Defendant   New Age Electronics, Inc., also known as New Age, Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
      David J. Ervin   on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
      David K. Spiro   on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com, rmcburney@hf-law.com
      David M. Poitras   on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
      David R. McFarlin   on behalf of Creditor   Alexander H Bobinski, as Trustee under Trust No. 1001 dmcfarlin@whmh.com, psmith@whmh.com
      David R. Ruby   on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David R. Ruby   on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David V. Cooke   on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
      David W. Earman   on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
      David Wayne Lannetti   on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com, kjerald@vanblk.com;drichards@vanblk.com
      Dawn C. Stewart   on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
      Dena Sloan Kessler   on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
      Denise S. Mondell   on behalf of Creditor   State of Connecticut Department of Revenue Services denise.mondell@ct.gov
      Dennis T. Lewandowski   on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com

```
District/off: 0422-7          User: frenchs              Page 4 of 10              Date Rcvd: Dec 06, 2011
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Denyse Sabagh   on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
        Dexter D. Joyner   on behalf of Creditor   Pasadena Independent School District caaustin@comcast.net
        Dion W. Hayes   on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
        Dominic L. Chiariello   on behalf of Creditor Donovan Dunwell dc@chiariello.com
        Donald K. Ludman   on behalf of Creditor   SAP Retail Inc. and Business Objects dludman@brownconnery.com
        Douglas Scott   on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
        Douglas D. Kappler   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center dkappler@rdwlawcorp.com
        Douglas M. Foley   on behalf of Counter-Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com
        Douglas R. Gonzales   on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
        Dylan G. Trache   on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com, rours@wileyrein.com
        Edward L. Rothberg   on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com, mayle@hooverslovacek.com
        Elizabeth A. Elam   on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com, wenditaylor@toase.com;lmares@toase.com;kkalos@toase.com
        Elizabeth L. Gunn   on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
        Ellen A. Friedman   on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
        Emily M. Charley   on behalf of Creditor   IGate Global Solutions, Limited echarley@hansonbridgett.com
        Eric C. Cotton   on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
        Eric Christopher Rusnak   on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
        Eric J. Snyder   on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
        Erica S. Zaron   on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
        Erick Frank Seamster   on behalf of Creditor   Unical Enterprises, Inc eseamster@wallacepledger.com
        Erika L. Morabito   on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
        Erin Elizabeth Kessel   on behalf of Creditor   Cleveland Construction, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jstern@spottsfain.com
        Eugene Chang   on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
        F. Marion Hughes   on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
        Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
        Frank T. Pepler   on behalf of Creditor   Morgan Hill Retail Venture, LP fpepler@peplermastromonaco.com
        Franklin R. Cragle   on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
        Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
        Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue rudzikf@dor.state.fl.us
        Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
        Garren Robert Laymon   on behalf of Creditor   Arlington ISD glaymon@mglspc.com
        Gary E. Mason   on behalf of Creditor Marlon Mondragon gmason@masonlawdc.com
        Gary M. Kaplan   on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
        Gary V. Fulghum   on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
        Gerald P. Kennedy   on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
        German Yusufov   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
        Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc notices@becket-lee.com
        Gilbert D. Sigala   on behalf of Creditor John Batioff sigalaw1@aol.com
        Gillian N. Brown   on behalf of Creditor Committee   Official Committee of Unsecured Creditors gbrown@pszjlaw.com
        Gina Baker Hantel   on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property agbankcal@ag.tn.gov
        Gina M Fornario   on behalf of Creditor   California Self-Insurers' Security Fund gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
        Glenn H. Silver   on behalf of Creditor   CC Joilet Trust ctbghs@aol.com, christine@virginia-lawyers.net
        Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
        Gregory D. Grant   on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company ggrant@shulmanrogers.com, lsmith@shulmanrogers.com;THsu@shulmanrogers.com
        H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
        Hale Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
        Heather D. Brown   on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com
        Heather Lynn Anderson   on behalf of Creditor   State of New Jersey, Division of Taxation Heather.Anderson@dol.lps.state.nj.us
        Henry Buswell Roberts   on behalf of Creditor   Suemar hbroberts@live.com, droberts1949@live.com
        Henry P. Baer   on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com, csommer@fdh.com

```
District/off: 0422-7           User: frenchs              Page 5 of 10              Date Rcvd: Dec 06, 2011
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Henry Pollard Long    on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com
         Ian S. Landsberg    on behalf of Creditor    Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
         J. Christian Word    on behalf of Liquidator    Gordon Brothers Retail Partners, LLC chefiling@lw.com;robert.klyman@lw.com
         J. David Folds    on behalf of Defendant    Fabrik, Inc. dfolds@mckennalong.com, sparson@mckennalong.com
         Jackson David Toof    on behalf of Creditor    Discovery Communications, Inc. toof.jackson@arentfox.com
         Jaime Sue Dibble    on behalf of Interested Party    Garmin International, Inc. jdibble@stinson.com, lbigus@stinson.com
         James D. Newbold    on behalf of Counter-Claimant    State of Illinois Department of Revenue, through Brian Hamer, its Director James.Newbold@illinois.gov
         James E. Clarke    on behalf of Interested Party    Bond-Circuit IX Delaware Business Trust vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
         James Edward Bowman    on behalf of Defendant    Elite Screens Inc. Jim@jebowman.com, bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
         James H. Rollins    on behalf of Creditor    Plaza Las Americas, Inc. jim.rollins@hklaw.com, avis.francis@hklaw.com
         James J. Briody    on behalf of Creditor    Johnson City Crossing, L.P. jim.briody@sablaw.com, kim.smith@sablaw.com
         James K. Donaldson    on behalf of Defendant    Solutions 2 Go, Inc. jdonaldson@cblaw.com, avaughn@cblaw.com
         James R. Schroll    on behalf of Defendant    CORMARK, Inc. jschroll@beankinney.com, ncoton@beankinney.com
         James V. Lombardi    on behalf of Creditor    AmREIT, a Texas real estate investment trust jvlombardi@rossbanks.com
         James W. Reynolds    on behalf of Defendant    Leggett & Platt, Inc., dba Beeline Group, a division of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
         James Winston Burke    on behalf of Attorney    Mio Technology USA Ltd. also known as MiTAC USA Inc. jburke@orrick.com
         Jamie M. Konn    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc. jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
         Janet M. Meiburger, Esq.    on behalf of Creditor    Ricmac Equities Corporation admin@meiburgerlaw.com
         Jason B. Binford    on behalf of Creditor    BB Fonds International 1 USA, L.P. jbinford@krcl.com, ecf@krcl.com
         Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com;KCLS-ECF@krumbeinlaw.com
         Jason William Harbour    on behalf of Creditor    Public Company Accounting Oversight Board jharbour@hunton.com
         Jeffrey Chang    on behalf of Creditor    ACCO Brands Corporation jchang@changlawpllc.com
         Jeffrey Scharf    on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com
         Jeffrey E. Klusmeier    on behalf of Creditor    Missouri Attorney General's Office Jeff.Klusmeier@ago.mo.gov
         Jeffrey J. Graham    on behalf of Creditor    Greenwood Point, LP jgraham@taftlaw.com, krussell@taftlaw.com;ecfclerk@taftlaw.com
         Jeffrey L. Tarkenton    on behalf of Creditor    Acer American Holdings Corp. jtarkenton@wcsr.com, toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
         Jeffrey M. Sherman    on behalf of Creditor    Central Investments, LLC jmsherman@lerchearly.com, elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com
         Jeffrey N. Pomerantz    on behalf of Creditor Committee    Official Committee of Unsecured Creditors jpomerantz@pszjlaw.com
         Jenelle Marie Dennis    on behalf of Creditor    Bear Valley Road Partners LLC dennisj@ballardspahr.com, pollack@ballardspahr.com
         Jennifer Langan    on behalf of Creditor    Pennsylvania State Treasurer jlangan@patreasury.org
         Jennifer Ellis Lattimore    on behalf of Creditor    Vizio, Inc. jlattimore@eckertseamans.com
         Jennifer J. West    on behalf of Creditor    Coca-Cola Bottling Company Consolidated jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;jstern@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com
         Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@linowes-law.com, klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
         Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com, avaughn@cblaw.com
         Jennifer V. Doran    on behalf of Creditor    DeMatteo Management, Inc. jdoran@haslaw.com, calirm@haslaw.com
         Jeremy Brian Root    on behalf of Creditor    ACCO Brands Corporation jroot@bklawva.com, tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
         Jeremy C. Kleinman    on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com
         Jeremy L. Pryor    on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
         Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Consumer Products, L.L.C. jsf@llff.com, ecf@llff.com;gordon.young@llff.com
         Jeremy S. Williams    on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com
         Jeremy W. Martin    on behalf of Creditor    Escambia County Tax Collector jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
         Jeremy W. Ryan    on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com

```
District/off: 0422-7           User: frenchs              Page 6 of 10              Date Rcvd: Dec 06, 2011
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jerry Lane Hall    on behalf of Defendant    NAMCO BANDAI Games America Inc.
         jerry.hall@pillsburylaw.com,    patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
        Jess R. Bressi    on behalf of Creditor    Engineered Structures, Inc. jbressi@luce.com
        Jessica Regan Hughes    on behalf of Interested Party    AmCap Arborland LLC jhughes@seyfarth.com,
         swells@seyfarth.com;wdcdocketing@seyfarth.com
        Joel S. Aronson    on behalf of Defendant    Capital City Press, LLC d/b/a The Advocate
         jsaronson@ridberglaw.com
        Joel T. Marker    on behalf of Creditor    Ammon Properties, LC joel@mbt-law.com
        John B. Raftery    on behalf of Defendant    Utopian Software Concepts, Inc., dba Alterthought
         jraftery@offitkurman.com
        John C. Smith    on behalf of Creditor    Sennco Solutions, Inc. jsmith@sandsanderson.com,
         sryan@sandsanderson.com;dbbankruptcy@gmail.com
        John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
         jfiero@pszjlaw.com
        John D. McIntyre    on behalf of Creditor    Carnegie Management and Development Corporation
         jmcintyre@wmlawgroup.com,    wedwards@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
        John E. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com,
         pjf@carmodymacdonald.com
        John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
         lucian@blankrome.com
        John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@mckennalong.com,
         sparson@mckennalong.com
        John J. Lamoureux    on behalf of Creditor    Amore Construction Company
         jlamoureux@carltonfields.com,    lmccullough@carltonfields.com;tpaecf@cfdom.net
        John M. Craig    on behalf of Counter-Claimant    Sun Builders Co. johncraigg@aol.com,
         russj4478@aol.com
        John P. Van Beek    on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
         awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
        John T. Donelan    on behalf of Defendant    Best Vendors Management Co. Inc. jtdlaw@verizon.net
        John T. Farnum    on behalf of Creditor    Bell Microproducts, Inc. jfarnum@wileyrein.com,
         rours@wileyrein.com
        John T. Husk    on behalf of Defendant    Casco Corporation johnhusk@aol.com,    nre98@aol.com
        Jonathan L. Hauser    on behalf of Creditor    ThomsonWest jonathan.hauser@troutmansanders.com
        Jonathan S. Storper    on behalf of Creditor    IGate Global Solutions, Limited
         jstorper@hansonbridgett.com
        Jonathan T. Cain    on behalf of Defendant    InVNT, LLC jtcain@mintz.com,    kcraun@mintz.com
        Jonathan W. Young    on behalf of Creditor    ACCO Brands Corporation young@wildman.com
        Joseph M. DuRant    on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
        Joseph T. Moldovan    on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
         Cross Blue Shield bankruptcy@morrisoncohen.com
        Joshua D. McKarcher    on behalf of Defendant    Broadridge Financial Solutions, Inc., aka
         Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
         Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
        Judy Bamberger Calton    on behalf of Defendant    DIRECTV, Inc. jcalton@honigman.com
        Julie Ann Quagliano    on behalf of Creditor    AT&T quagliano@sfmlawfirm.com,
         harvell@sfmlawfirm.com
        Justin D. Leonard    on behalf of Creditor    Andrews Electronics jleonard@balljanik.com
        Justin F. Paget    on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@hunton.com
        Kalina Boyanova Miller    on behalf of Creditor    First Industrial Realty Trust, Inc.
         kmiller@wileyrein.com,    rours@wileyrein.com
        Karen L. Gilman    on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
        Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
         jbrockett@clrbfirm.com;tturner@clrbfirm.com
        Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com,
         beth@pf-law.com;Abbie@pf-law.com;dweekley@pf-law.com
        Ken Coleman    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
         Ken.Coleman@allenovery.com
        Kenneth R. Rhoad    on behalf of Creditor    ActionLink, LLC krhoa@gebsmith.com
        Kevin A. Lake    on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
        Kevin L. Sink    on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
        Kevin M. Newman    on behalf of Creditor    Cameron Bayonne, LLC knewman@menterlaw.com
        Khang V. Tran    on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com
        Kimbell D. Gourley    on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com,
         sprescott@idalaw.com
        Kimberly A. Pierro    on behalf of Creditor    CBL & Associates Management, Inc.
         kimberly.pierro@kutakrock.com,
         sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
         @kutakrock.com
        Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association as Trustee
         for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
         kimsullywalker@aol.com
        Kristen E. Burgers    on behalf of Creditor    CWCapital Asset Management LLC keburgers@venable.com
        Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
         KDWBankruptcyDepartment@kelleydrye.com
        Kurt M. Kobiljak    on behalf of Creditor    City of Taylor Michigan kkobi@aol.com
        Laura Otenti    on behalf of Interested Party    Salem Rockingham LLC lotenti@pbl.com
        Lawrence Allen Katz    on behalf of Creditor    Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
         ndysart@ltblaw.com

```
District/off: 0422-7           User: frenchs              Page 7 of 10              Date Rcvd: Dec 06, 2011
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Lawrence H. Glanzer    on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com, stephanie@rlglegal.com
      Leonard E. Starr    on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
      Leonidas Koutsouftikis    on behalf of Creditor   Washington Real Estate Investment Trust lkouts@magruderpc.com, mcook@magruderpc.com
      Leslie A. Skiba    on behalf of Defendant   Network Engineering Technologies, Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
      Linda Dianne Regenhardt    on behalf of Creditor   D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;mkoeniger@garylaw.us
      Linda Sharon Broyhill    on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
      Lisa P. Sumner    on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com, cjeckel@poyners.com
      Lisa Taylor Hudson    on behalf of Creditor   A.D.D. Holdings, L.P. lhudson@sandsanderson.com
      Loc Pfeiffer    on behalf of Creditor   Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
      Louis E. Dolan    on behalf of Creditor   California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
      Lucy L. Thomson    lthomson2@csc.com
      Luder F. Milton    on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
      Lyndel A. Mason    on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
      Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
      Madeleine C. Wanlsee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com, rstein@gustlaw.com
      Malcolm M. Mitchell    on behalf of Creditor   AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Marc A. Busman    on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
      Mark B. Conlan    on behalf of Creditor   Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
      Mark D. Sherrill    on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
      Mark D. Taylor    on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
      Mark E. Browning    on behalf of Creditor   Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us,   sherri.simpson@oag.state.tx.us
      Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
      Mark K. Ames    on behalf of Creditor   Commonwealth of Virginia, Department of Taxation mark@taxva.com,   amanda@taxva.com
      Mark X. Mullin    on behalf of Creditor   BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com,   dian.gwinnup@haynesboone.com
      Martha E. Hulley    on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
      Martha E. Romero    on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
      Martin A. Brown    on behalf of Creditor   Creditor Express Personnel Services, Inc martin.brown@lawokc.com
      Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landclark.com
      Mary E. Olden    on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com,   akauba@mhalaw.com
      Mary Louise Fullington    on behalf of Creditor   Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
      Matthew Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
      Matthew A. Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
      Matthew E. Hoffman    on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
      Matthew J. Ellis    on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
      Matthew V. Spero    on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
      Melissa S. Hayward    on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
      Meredith Linn Yoder    on behalf of Creditor   Edwin Watts Golf Shops, LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com
      Michael Reed    on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
      Michael A. Condyles    on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com
      Michael Callahan Crowley    on behalf of Creditor   White-Spunner Construction, Inc. mcrowley@asm-law.com
      Michael D. Mueller    on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com
      Michael E. Hastings    on behalf of Creditor   Eastern Security Corp. michael.hastings@leclairryan.com,   tonya.whitt@leclairryan.com
      Michael F. Ruggio    on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
      Michael J. Sage    on behalf of Creditor   Pan Am Equities msage@omm.com,   kzeldman@omm.com
      Michael John O'Grady    on behalf of Creditor   Convergys Customer Management Group Inc. mjogrady@fbtlaw.com,   lbaker@fbtlaw.com;jbwells@fbtlaw.com

# Case 08-35653-KRH    Doc 11553    Filed 12/08/11    Entered 12/09/11 00:55:54    Desc
# Imaged Certificate of Notice    Page 9 of 11

```
District/off: 0422-7                User: frenchs               Page 8 of 10                Date Rcvd: Dec 06, 2011
                                    Form ID: trc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Michael Keith McCrory    on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
              Michael L. Wilhelm    on behalf of Creditor Harry Hallaian ECF@w2lg.com
              Michael P. Falzone    on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com,
               jbsmith@hf-law.com
              Michael S. Kogan    on behalf of Creditor   Ditan Distribution LLC mkogan@ecjlaw.com,
               rfraire@ecjlaw.com
              Min  Park    on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
               Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
               Continental Property Management Corp., and Inland Commerc mpark@cblh.com
              Mindy A. Mora    on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
              Mindy D. Cohn    on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
              Mitchell B. Weitzman    on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com
              Mona M. Murphy    on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com,
               crystal.gaymon@akerman.com
              Nancy F. Loftus    on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
              Nancy R. Schlichting    on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
               lginsberg@lolawfirm.com
              Nathan  Jones    on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
              Neil E. McCullagh    on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
               jstern@spottsfain.com;eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekes
               sel@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@sp
               ottsfain.com
              Nicholas B Malito    on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
              Nicholas W. Whittenburg    on behalf of Creditor   Cleveland Towne Center, LLC
               nwhittenburg@millermartin.com,    mcsmith@millermartin.com
              Oscar Baldwin Fears    on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov,
               jjacobs@law.ga.gov
              P. Matthew Roberts    on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
              Patrick M. Birney    on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
               jcarrion@rc.com
              Paul J. Pascuzzi    on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
              Paul K. Campsen    on behalf of Creditor   CC Grand Junction Investors 1998, LLC
               pkcampsen@kaufcan.com
              Paul M. Black    on behalf of Creditor   Sony Pictures Home Entertainment Inc.
               pblack@spilmanlaw.com,    vskevington@spilmanlaw.com;scormany@spilmanlaw.com
              Paul McCourt Curley    on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
               tchilders@canfieldbaer.com
              Paul Michael Schrader    on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
              Paul S. Bliley    on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paula A. Hall    on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
               hall@bwst-law.com,    marbury@bwst-law.com
              Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Peter  Barrett    on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter A. Greenburg    on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
              Peter E. Strniste    on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com,
               kcooper@rc.com
              Peter G. Zemanian    on behalf of Creditor   Disney Interactive Distribution, et al.
               pete@zemanianlaw.com
              Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
               jlerner@whitecase.com,jrubalcava@whitecase.com
              Peter M. Pearl    on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
              Philip C. Baxa    on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
               pbaxa@sandsanderson.com,    rarrington@sandsanderson.com
              Philip James Meitl    on behalf of Creditor   Berkadia Commercial Mortgage LLC
               pj.meitl@bryancave.com,    john.leininger@bryancave.com
              R. Chase Palmer    on behalf of Creditor   Dennis Morgan cpalmerplf@gmail.com
              Rand L. Gelber    on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
              Raymond  Pring    on behalf of Creditor Laura Scannell rpring@grossspringlaw.com,
               rahurley@grossspringlaw.com;hsessler@grossspringlaw.com
              Raymond William Battaglia    on behalf of Creditor   Miner Corporation rbattaglia@obht.com
              Rebecca L. Saitta    on behalf of Creditor   Bond C.C. I Delaware Business Trust
               rsaitta@wileyrein.com,    rours@wileyrein.com
              Reid Steven Whitten    on behalf of Creditor   LaSalle Bank National Association, as trustee for C1
               Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
              Rhett E. Petcher    on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
              Rhysa Griffith South    on behalf of Creditor   Henrico County, Virginia sou06@co.henrico.va.us
              Richard C. Maxwell    on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com
              Richard D. Scott    on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
              Richard E. Hagerty    on behalf of Attorney   Troutman Sanders LLP
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.webne@troutmansanders.com

```
District/off: 0422-7           User: frenchs              Page 9 of 10              Date Rcvd: Dec 06, 2011
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Richard E. Lear    on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com
          Richard F. Stein    on behalf of Creditor   Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson    on behalf of Creditor   Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
          Richard M. Maseles    on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow    on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield    on behalf of Creditor   Cornella Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert B. Hill    on behalf of Creditor   Columbia Plaza Joint Venture kcummins@hillrainey.com
          Robert B. Van Arsdale    on behalf of U.S. Trustee   W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson    on behalf of Creditor   Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti    on behalf of Creditor   Universal Display and Fixtures Company robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark    on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
          Robert D. Tepper    on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com, pcoover@sabt.com
          Robert Field Moorman    on behalf of Defendant   Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com, robmoorman@comcast.net
          Robert J. Brown    on behalf of Creditor   CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein    on behalf of Creditor Committee   Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter    on behalf of Creditor   United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff    on behalf of Creditor   Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
          Robert L. Lehane    on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino    on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarino1@aol.com
          Robert P. McIntosh    on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
          Robert Ryland Musick    on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com, clobou@t-mlaw.com
          Robert S. Westermann    on behalf of Counter-Claimant   Eastman Kodak Company rwestermann@hf-law.com
          Robin S. Abramowitz    on behalf of Creditor   Bond Circuit VIII Delaware Business Trust abramowitz@larypc.com
          Ron C. Bingham    on behalf of Creditor   c/o Ron C. Bingham T.D. Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
          Ronald Allen Page    on behalf of Attorney   Ronald Page rpage@rpagelaw.com, rpage@rpagelaw.com
          Ronald G. Dunn    on behalf of Creditor   Savitri Cohen bstasiak@gdwo.net
          Ronald M. Tucker    on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,antimm@simon.com
          Roy M. Terry    on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Russell R. Johnson    on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day    on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com
          S. Sadiq Gill    on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
          Sara B. Eagle    on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
          Sara L. Chenetz    on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm    on behalf of Debtor   Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com;lneilson@mcguirewoods.com
          Satchidananda Mims    smims21@hotmail.com
          Scott D. Fink    on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker    on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
          Sheila G. de la Cruz    on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com, jbsmith@hf-law.com
          Sheila L. Shadmand    on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
          Stanley M. Salus    on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company stan.salus@akerman.com, crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo    on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com, hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
          Stephanie N. Gilbert    on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com
          Stephen A. Metz    on behalf of Creditor   Saul Holdings Limited Partnership smetz@shulmanrogers.com, nanderson@shulmanrogers.com
          Stephen E. Leach    on behalf of Creditor   Children's Discovery Centers of America, Inc. sleach@ltblaw.com, ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;bblosser@ltblaw.com
          Stephen G. Murphy    on behalf of Creditor   Massachusetts Department of Revenue Murphys@dor.state.ma.us

```
District/off: 0422-7          User: frenchs             Page 10 of 10              Date Rcvd: Dec 06, 2011
                              Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
      Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
      Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
      Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
      Tara B. Annweiler    on behalf of Creditor    American National Insurance Company tannweiler@greerherz.com
      Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
      Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
      Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc. thadwilson@kslaw.com, pwhite@kslaw.com
      Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
      Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc. tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
      Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com, dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
      Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com
      Thomas John McKee    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
      Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com, tomjam2003@yahoo.com
      Thomas Ryan Lynch    on behalf of Creditor    Mibarev Development I, LLC tlynch@babc.com
      Thomas W. Repczynski    on behalf of Creditor    Graphic Communications, Inc. trepczynski@offitkurman.com, cdixon@offitkurman.com
      Tiffany Strelow Cobb    on behalf of Creditor    AOL LLC tscobb@vorys.com, bjtobin@vorys.com
      Timothy Francis Brown    on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com, giaimo.christopher@arentfox.com
      Tracey Michelle Ohm    on behalf of Creditor    Waste Management, Inc. tohm@stinson.com, tmackey@stinson.com
      Travis A. Knobbe    on behalf of Defendant    Bulldog Rack Company tknobbe@spilmanlaw.com, trjohnson@spilmanlaw.com
      Travis Aaron Sabalewski    on behalf of Creditor    IKON Office Solutions, Inc. tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
      Troy Savenko    on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly situated tsavenko@kaplanfrank.com, nferenbach@kaplanfrank.com
      Troy N. Nichols    on behalf of Defendant    Modern Marketing Concepts, Inc. lexbankruptcy@wyattfirm.com
      Valerie P. Morrison    on behalf of Creditor    Daly City Partners I, L.P vmorrison@wileyrein.com, rours@wileyrein.com
      Victoria A. Reardon    on behalf of Creditor    State of Michigan, Department of Treasury reardonv@michigan.gov, jacksonst@michigan.gov
      Victoria D. Garry    on behalf of Creditor    Ohio Bureau of Workers' Compensation victoria.garry@ohioattorneygeneral.gov
      Vivienne Rakowsky    on behalf of Creditor    Nevada Department of Taxation vrakowsky@ag.nv.gov, dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
      W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
      Walter Laurence Williams    on behalf of Creditor    Wayne VF LLC walter.williams@wilsonelser.com
      Wanda Borges    on behalf of Creditor    Sharp Electronics Corporation borgeslawfirm@aol.com
      Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake wroenker@cityofchesapeake.net
      William Heuer    on behalf of Transferee    Korea Export Insurance Corporation wheuer@duanemorris.com
      William A. Broscious    on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
      William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com
      William A. Gray    on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com, rarrington@sandsanderson.com
      William A. Wood    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com, chris.tillmanns@bgllp.com
      William B. Cave    on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
      William C. Crenshaw    on behalf of Creditor    Gould Livermore LLC bill.crenshaw@bryancave.com
      William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
      William Daniel Prince    on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com
      William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
      William H. Casterline    on behalf of Creditor    ACCO Brands Corporation wcasterlinejr@bklawva.com, jroot@bklawva.com;;mhowes@bklawva.com;;tmartin@bklawva.com;
      William H. Schwarzschild    on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
      Wm. Joseph A. Charboneau    on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
      Zachary Mosner    on behalf of Creditor    Washington State Taxing Agencies BCUMosner@atg.wa.gov

      TOTAL: 409