IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

_____
                                            )
IN RE:                                      )
                                            )
CIRCUIT CITY STORES, INC., *et al.*,        )    Chapter 11
                                            )    Case No. 08-35653-KRH
            Debtors.                        )    Jointly Administered
_____)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that **Kevin J. Funk** and **DurretteCrump PLC** hereby enter their appearance pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rule 9010(b) on behalf of **Dartmouth Marketplace Associates**, party in interest herein, and request under Bankruptcy Rules 2002, 3017(a) and 9007, and §§101(1), 342 and 1109(b) of the Bankruptcy Code, *inter alia*, that all notices given or required or permitted to be given to any person in this case and all papers served or required or permitted to be served by any person in this case be given to and served upon the undersigned; and that under Rule 2002(g) the following be added to the Court's master mailing list:

> **Dartmouth Marketplace Associates**
> **c/o Kevin J. Funk**
> **DurretteCrump PLC**
> **1111 East Main Street, 16th Floor**
> **Richmond, Virginia  23219**
> **kfunk@durrettecrump.com**

                                    DARTMOUTH MARKETPLACE ASSOCIATES

                                         /s/ Kevin J. Funk
                                    By_____
                                       Counsel

Kevin J. Funk (VSB No. 65465)
DurretteCrump PLC
1111 East Main Street, 16th Floor
Richmond, Virginia  23219
Telephone:  804-775-6900
Facsimile:  804-775-6911
Email:  kfunk@durrettecrump.com
    Counsel to Dartmouth Marketplace Associates

## **CERTIFICATE**

I hereby certify that a true copy of the foregoing Notice of Appearance has been furnished, using the ECF system, to all registered users of the CM/ECF system who have filed notices of appearances in this matter.

/s/ Kevin J. Funk

_____