**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., <u>et al.</u> | ) | Case No. 08-35653-KRH |
| | ) | Chapter 11 |
| Debtor. | ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF
<u>APPEARANCE AS COUNSEL FOR ACCO BRANDS CORPORATION</u>**

PLEASE TAKE NOTICE that William H. Casterline, Jr. and Jeremy B. Root, both of the law firm of Blankingship & Keith, Virginia counsel; and Jonathan W. Young, Scott A. Semenek, and Jeffrey Chang, all of the law firm of Wildman, Harrold, Allen & Dixon, LLP, Illinois counsel, hereby withdraw their appearances on behalf of the party in interest, ACCO Brands Corporation, in the above-styled jointly-administered bankruptcy matter.

Dated: December 12, 2011           Respectfully submitted,

                                   Blankingship & Keith, P.C.
                                   Wildman, Harrold, Allen & Dixon, LLP and

                                   By Counsel

                                   */s/ William H. Casterline, Jr.*
                                   William H. Casterline, Jr. #16277
                                   Jeremy B. Root, # 65885
                                   Blankingship & Keith, P.C.
                                   4020 University Drive, Suite 300
                                   Fairfax, Virginia  22030
                                   703-691-1235

_____
William H. Casterline, Jr., VSB #16277
Jeremy B. Root, VSB #65885
Blankingship & Keith, PC
4020 University Drive, Suite 300
Fairfax, Virginia 22030
(703) 691-1235

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2011, I will cause a copy of the foregoing to be served by electronic means to the persons required to be served pursuant to the *Order Establishing Certain Notice, Case Management and Administrative Procedures* in this case.

    */s/ William H. Casterline, Jr.*
    William H. Casterline, Jr.