IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

--------------------------------------------------------- x
                                                          :
In re:                                                    :  Chapter 11
                                                          :
                                                          :  Case No. 08-35653
Circuit City Stores, Inc.,                                :
                                                          :
                                                          :  Jointly Administered
            Debtors.                                      :
                                                          :
--------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Clarissa Cu being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before December 8, 2011, I caused copies of the
- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket Nos. 11538 and 11542]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: December 8, 2011

_____
Clarissa Cu

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this December 8, 2011, by Clarissa Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Name | Address 1 | City | State | Zip | Docket Number | Party Description |
|---|---|---|---|---|---|---|
| Debt Acquisition Company of America V, LLC | 1565 Hotel Circle South, Suite 310 | San Diego | CA | 92108 | 11542 | Transferee |
| Holiday Inn | 205 Remington Blvd. | Bolingbrook | IL | 60440 | 11542 | Transferor |
| Sir Barton Place LLC | 250 W Main St Ste 1600 | Lexington | KY | 40507-1746 | 11538 | Transferor |
| United States Debt Recovery X, LP | 940 Southwood Bl, Suite 101 | Incline Village | NV | 89451 | 11538 | Transferee |

In re: Circuit City Stores, Inc. et al.
USBC Case No. 08-35653 (KRH)

Page 1 of 1

12/8/2011