PAULA T. DOW
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey 08625
Attorney for State of New Jersey, Division of Taxation

By:  Heather Lynn Anderson
     Deputy Attorney General
     (609) 984-8150

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., ) | Case No. 08-35653 (KRH) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

MOTION FOR ADMISSION PRO HAC VICE
OF HEATHER LYNN ANDERSON

The undersigned hereby moves this Court for entry of an Order permitting Heather Lynn Anderson, Deputy Attorney General, to appear *pro hac vice* before this Court on behalf of the State of New Jersey, Division of Taxation and Division of Unclaimed Property, creditors in the above captioned matter, pursuant to Local Bankruptcy Rule 2090-1(E)(3).  In support thereof, Movant certifies as follows:

    1.  Heather Lynn Anderson is a non-resident of the Eastern District of Virginia, is a member in good standing of the bar of the States of New Jersey and Pennsylvania, and is admitted to practice before the District Court of New Jersey.

2. There have never been any disciplinary proceedings brought against Heather Lynn Anderson and there are no disciplinary proceedings currently pending before her.

3. Movant requests that this Court admit Heather Lynn Anderson to practice before this Court for the purpose of appearing as counsel for the State of New Jersey in the above captioned matter.

4. A copy of this Motion has been served upon counsel for the Trustee of the Circuit City Stores Liquidating Trust, and the Office of the United States Trustee for the Eastern District of Virginia.

5. Pursuant to Local Bankruptcy Rule 9013-1(G) and because there are no novel issues of law presented in this Motion, Movant requests waiver of the requirement that all motions be accompanied by written memoranda of law.

6. Pursuant to Local Bankruptcy Rule 9013-1(L) and because this Motion does not present contested issues, Movant requests that the Court rule upon the Motion without an oral hearing.

7. Heather Lynn Anderson has completed a written application, which is incorporated by reference herein, and is attached as an exhibit to this Motion pursuant to Local Rule 2090-1(E)(3).

8. A proposed Order granting Heather Lynn Anderson's Motion for Admission Pro Hac Vice is attached.

WHEREFORE, MOVANT respectfully requests that this Court enter an Order substantially in the form annexed hereto permitting

Heather Lynn Anderson to appear and be heard *pro hac vice* in as counsel to the State of New Jersey in the above captioned matter, and grant such other relief as necessary and appropriate.

                PAULA T. DOW
                ATTORNEY GENERAL OF NEW JERSEY


            By:   /s/ Heather Lynn Anderson
                  Heather Lynn Anderson (HLA 3316)
                  Deputy Attorney General

Dated: