# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653 (KRH)    ,* Case Name Circuit City Stores, Inc., et al.

### PERSONAL STATEMENT

FULL NAME (no initials, please) Heather Lynn Anderson
Bar Identification Number 01596-2003    State New Jersey
Firm Name Office of the New Jersey Attorney General
Firm Phone # 609-984-8150    Direct Dial # 609-984-8150    FAX # 609-984-2523
E-Mail Address heather.anderson@dol.lps.state.nj.us
Office Mailing Address 25 Market Street, P.O. Box 106, Trenton, NJ 08625
Name(s) of federal court(s) in which I have been admitted District Court of New Jersey

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____    _____
(Signature)    (Date)

_____
(Typed or Printed Name)

_____

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Court Use Only:

The motion for admission is GRANTED _____ *or* DENIED _____

_____    _____
(Judge's Signature)    (Date)

Ver. 11/05/09 [effective 12/01/09]