PAULA T. DOW
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey 08625
Attorney for State of New Jersey, Division of Taxation

By:  Heather Lynn Anderson
     Deputy Attorney General
     (609) 984-8150


                    UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA


| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

                      CERTIFICATION OF SERVICE

    Heather Lynn Anderson hereby certifies and says:

    1.  I am employed as a Deputy Attorney General with the
        Department of Law and Public Safety, Division of Law.

    2.  I hereby certify that on ??????, 2011, a Motion to Appear
        Pro Hac Vice was filed electronically and if the
        following are not registered participants for electronic
        notice, I caused a true copy of this Objection to be
        served via overnight mail:

        Lynn L. Tavenner, Esq.
        Paula S. Beran, Esq.
        Tavenner & Beran, PLC
        20 North Eighth Street, 2nd Floor
        Richmond, VA 23219
        *Counsel for the Trustee of the Circuit City Liquidating Trust*

        Jeffrey N. Pomerantz, Esq.
        Andrew W. Caine, Esq.
        Pachulski Stang Ziehl & Jones, LLP
        10100 Santa Monica Boulevard
        Los Angeles, CA 90067-4100

*Counsel for the Trustee of the Circuit City Liquidating Trust*

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024
*Counsel for the Official Committee of Secured Creditors*

Robert Van Arsdale, Esq.
701 E. Broad Street, Suite 4304
Richmond, VA 23219
*Office of the U.S. Trustee*

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                PAULA T. DOW
                                ATTORNEY GENERAL OF NEW JERSEY

                        By:   /s/ Heather Lynn Anderson
                                Heather Lynn Anderson (HLA 3316)
                                Deputy Attorney General

Dated: