PAULA T. DOW
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey 08625
Attorney for State of New Jersey, Division of Taxation

By:  Heather Lynn Anderson
     Deputy Attorney General
     (609) 984-8150


              UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA


| | |
|---|---|
| In re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC., | ) |
| | ) |
| Debtors. | ) |
| | ) |

Chapter 11

Case No. 08-35653 (KRH)

(Jointly Administered)

              ORDER GRANTING ADMISSION PRO HAC VICE
                   OF HEATHER LYNN ANDERSON

     Upon consideration of the Motion for Admission *Pro Hac Vice* of
Heather Lynn Anderson, and it appearing that the Motion having been
served upon counsel for Circuit City Stores, Inc., et al., counsel
for the Official Committee of Unsecured Creditors, counsel for the
Trustee of the Circuit City Stores Liquidating Trust, and the
Office of the United States Trustee for the Eastern District of
Virginia, and after due deliberation and sufficient cause appearing
therefore, it is hereby,

     ORDERED, that pursuant to the requirements of Local Bankruptcy
Rule 2090-1(E)(3), Heather Lynn Anderson, Office of the New Jersey
Attorney General, 25 Market Street, P.O. Box 106, Trenton, New

Jersey, 08625, Phone: 609-984-8150, Fax: 609-984-2523, E-Mail:

heather.anderson@dol.lps.state.nj.us be and is hereby permitted to

appear and be heard *pro hac vice* as counsel to the State of New

Jersey, Division of Taxation and Division of Unclaimed Property,

creditors in the above captioned matter.


ENTER:_____

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE