# State of New Jersey

| | | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX 106<br>TRENTON, NJ 08625-0106 | PAULA T. DOW<br>*Attorney General* |
| KIM GUADAGNO<br>*Lt. Governor* | | ROBERT M. HANNA<br>*Director* |

October 28, 2011

Honorable Kevin R. Huennekens, U.S.B.J.
U.S. Bankruptcy Court
701 East Broad Street
Suite 4000
Richmond, VA 23219

      Re:  Circuit City Stores, Inc.
           Case No. 08-35653

Dear Judge Huennekens:

      Please be advised that the State of New Jersey, Department of the Treasury, Division of Unclaimed Property ("N.J. Division"), hereby object to the debtors' Eighteenth Omnibus Objection to Claims, seeking to disallow Claim No. 12896.

      On or about April 29, 2009, the N.J. Division filed a proof of claim in the amount of $334,282.21. Based upon information and belief, debtors utilized a third party corporation, Young America Corporation, to handle and administer various rebate claims of customers on behalf of the debtors. As a result of the audit of Young America Corporation, it was discovered that debtors were in possession of approximately $334,282.21 in unclaimed funds that must be turned over to the state pursuant to New Jersey law.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 984-8150 • FAX: (609) 984-2523
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

October 28, 2011
Page 2

<u>N.J.S.A.</u> 46:30B-1 <u>et</u> <u>seq.</u>

Consequently, the N.J. Division requests this court to deny debtors motion, and allow the N.J. Division's claim in full.

Sincerely yours,

PAULA T. DOW
ATTORNEY GENERAL OF NEW JERSEY


By: /s/ Heather Lynn Anderson
    Heather Lynn Anderson
    Deputy Attorney General