IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Panattoni Construction, Inc., creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

Old Address

Panattoni Construction, Inc.
34 TESLA SUITE 100
IRVINE, CA 92618

Notice Party(ies)
Panattoni Construction, Inc.
8775 FOLSOM BLVD
STE 100
SACRAMENTO, CA 95826

New Address [Creditor]
Panattoni Construction, Inc.
HSBC Bank USA NA
VonWin
Dept CH 1635 4
Palatine, IL 60055-6354

New Address [Notice Party(ies)]
Panattoni Construction, Inc.
HSBC Bank USA NA
VonWin
Dept CH 1635 4
Palatine, IL 60055-6354

Dated: _December 5, 2011_

Respectfully submitted,

By: _Panattoni Construction, Inc._
Signature: _[signature]_
Print Name: _Evan Hamilton_
Title: _VP/Secretary_

Decemeber 5, 2011

The Liquidating Trust/The Liquidating Trustee
of Circuit City Stores, Inc.
c/o Crowe Horwath, LLC
Attn: Mr. Alfred Siegel, CPA, CFF
15233 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-2250

Re:   Change of Address Notification

Dear Sir:

Please be advised that Panattoni Construction Inc., a creditor in the Circuit City Stores, Inc., *et al.* bankruptcy proceedings, has changed its address and requests that services of any pleadings, distributions, notices or correspondence related to this matter be sent to the new address noted below, effective immediately:

| Old Address: | New Address: |
|---|---|
| Panattoni Construction, Inc.<br>34 TESLA SUITE 100<br>IRVINE, CA 92618 | Panattoni Construction, Inc.<br>HSBC BANK USA NA<br>VonWin<br>Dept CH 16354<br>Palatine, IL 60055-6354 |

By: *Panattoni Construction, Inc.*
Name: _____
Title: *VP/Secretary*

cc:   Pachulski, Stang, Ziehl & Jones, LLP & Kurtzman Carson Consultants, LLC