# Farrell Fritz, P.C.

1320 RXR Plaza
Uniondale, New York 11556-1320
Telephone 516.227.0700
Fax 516.227.0777
www.farrellfritz.com

DEC 13 2011

**Ted A. Berkowitz**
Partner

Direct Dial 516.227.0647
Direct Fax 516.336.2211
tberkowitz@farrellfritz.com

Our File No.

December 8, 2011

Clerk of Court
United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street, Suite 4000
Richmond, VA 23219

Re:  Case Name: **Circuit City Stores, Inc.**
     **Case Number: 08-35653-KRH**

Dear Madam or Sir:

Our firm is no longer involved in the above-referenced action. We respectfully request to be removed from the electronic case distribution list in this matter.

If you have any questions or concerns, please feel free to contact me at your earliest convenience.

Sincerely,

*/s/ Ted A. Berkowitz*

Ted A. Berkowitz

TAB:ml

*[handwritten: P C Richard & Son, Inc.]*

Interwoven\2118033.1

Bridgehampton    •    Hauppauge    •    New York