Sheila deLa Cruz (VSB No. 65395)  
Hirschler Fleischer, P.C.  
The Edgeworth Building  
2100 East Cary Street  
Post Office Box 500  
Richmond, Virginia 23218-0500  
Telephone:     804.771.9500  
Facsimile:      804.644.0957  
E-mail: sdelacruz@hf-law.com  

*Co-Counsel for TFL Enterprises, LLC*

Nathan F. Coco (IL Bar No. 6236870)  
George M. Houhanisin (IL Bar No. 06303552)  
McDermott Will & Emery LLP  
227 West Monroe Street, Suite 4400  
Chicago, Illinois 60606-5096  
Telephone:     312.372.2000  
Facsimile:      312.984.7700  
E-mail: ncoco@mwe.com  

*Co-Counsel for TFL Enterprises, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 08-35653 (KRH)<br>(Jointly Administered) |

### NOTICE OF AFFIDAVIT IN SUPPORT OF TFL ENTERPRISES, LLC'S ADMINISTRATIVE CLAIM REQUEST AND RESPONSE TO THE LIQUIDATING TRUST'S REPLY BRIEF REGARDING OBJECTION TO ADMINISTRATIVE CLAIM

**PLEASE TAKE NOTICE** that on December 16, 2011, TFL Enterprises, LLC ("TFL"), by counsel, filed the Affidavit of Rick Parker with the Court.

**PLEASE TAKE FURTHER NOTICE** that annexed hereto as **Exhibit A** is the Affidavit of Rick Parker.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512) (collectively referred to herein as the "*Debtor*").

Dated: December 16, 2011        TFL ENTERPRISES LLC

By: /s/ Sheila deLa Cruz
            Counsel

Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
Email: sdelacruz@hf-law.com

and

Nathan F. Coco (IL Bar No. 6236870)
George M. Houhanisin (IL Bar No. 06303552)
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606-5096
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: ncoco@mwe.com

*Counsel for TFL Enterprises LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2011, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the CM/ECF system who have filed notices of appearance in this matter. I further certify that the foregoing Response was served via electronic mail, first class mail, and/or overnight mail on the parties listed below:

| Tavenner & Beran, PLC<br>Attn: Lynn L. Tavenner, Esq.<br>Paula S. Beran, Esq.<br>20 North Eighth St., 2nd Floor<br>Richmond, VA 23219<br>ltavenner@tb-lawfirm.com<br>pberan@tb-lawfirm.com<br><br>*Counsel for the Liquidating Trust* | Pachulski Stang Ziehl & Jones LLP<br>Attn: Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>10100 Santa Monica Boulevard<br>Los Angeles, CA 90067-4100<br>jpomerantz@pszjlaw.com<br>acaine@pszjlaw.com<br>jhunter@pszjlaw.com<br><br>*Counsel for the Liquidating Trust* |
|---|---|

                                                    /s/ Sheila deLa Cruz
                                                               Counsel