IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., | ) | Jointly Administered |
| et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

# NOTICE OF WITHDRAWAL OF CLAIM

**PLEASE TAKE NOTICE** that Wells Fargo Bank, N.A., as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through Certificates, Series 2006-C4 ("Claimant"), by and through undersigned counsel, hereby withdraws Claim No. 8898, filed on or about January 30, 2009.

Dated:  December 19, 2011
Washington, DC

**SUTHERLAND ASBILL & BRENNAN LLP**

By:   /s/ Mark Sherrill
Mark D. Sherrill
VSB No. 44543
1275 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 383-0100
Fax:  (202) 637-3593

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Jeffrey I. Snyder (admitted pro hac vice)
1450 Brickell Avenue, 23rd Floor
Miami, Florida  33131
Tel:  (305) 374-7580
Fax:  (305) 374-7593

Counsel for Claimant

MIAMI 2847347.1 7249631413