**S STEIN & CO**
FURNITURE FOR BUSINESS



December 12, 2011

United States Bankruptcy Ct.
Richmond Division
701 E Broad St.
Richmond VA 23219

To whom it may concern:    RE: 08-35653-KRH

This letter is to request a change of address on my account.

Please change to new address: 1334 N. Kostner St., Chicago, Illinois 60651.

If you require additional information, you may reach me at 312-649-7125. Or, you can email me at Lloyd@ssteincompany.com.

Thanks for your assistance.

Sincerely,

Lloyd Stein

LS/lm
Enc.

1030 West North Avenue ■ Chicago, Illinois 60622 ■ T 312.649.7100 ■ F 312.649.0007 ■ www.ssteincompany.com