# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **In re: Circuit City Stores, Inc.,** *et al.*  **Inc.,** | ) Case No. 08-35653-KRH  ) Chapter 11 |
| | ) |
| **Debtor** | ) |
| _____ | ) **Jointly Administered** |

### ORDER APPROVING *PRO HAC VICE* APPLICATION

Pursuant to Local Rule 2009-1(E)(2), and having examined the Applications for Admission *Pro Hac Vice* of Clifford Altfeld and Maya Y. Kashak [Docket No. 11367], the Court finds that due and proper notice of the Applications was given and that there is good cause to allow the Applications;

**IT IS THEREFORE ORDERED** that Clifford Altfeld and Maya Y. Kashak are authorized to appear in this case *pro hac vice*, subject to the requirements of LR 2009-1(E)(2).

Dated: _____    _____
          Kevin R. Huennekens
                                                    United States Bankruptcy Judge

                                                    Entered on Docket: _____

We ask for this:

/s/ Douglas Scott
Douglas Scott, VSB No. 28211
DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23230
☎ 804.353.0287
BankruptcyCounsel@gmail.com

-and-

Clifford Altfeld
✉ cbaltfeld@abazlaw.com
Maya Kashak
✉ mykashak@abazlaw.com
Altfeld & Battaile, P.C.
250 North Meyer
Tucson, Arizona 85701
☏ 520.622.7733

Counsel for WCC Properties, LLC

## **LOCAL RULE 9022-1(C)(1) CERTIFICATION**

I, the undersigned, hereby certify that all necessary parties have endorsed the foregoing Order.

/s/ Douglas Scott

**COPIES:**

DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23230

Clifford Altfeld
Maya Kashak
Altfeld & Battaile, P.C.
250 North Meyer
Tucson, Arizona 85701

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
TAVENNER & BERAN, PLC
20 N. Eighth St., 2nd Floor
Richmond, VA 23219

Richard M. Pachulski, Esquire

Jeffrey N. Pomerantz, Esquire
Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

Robert J. Feinstein, Esquire
John Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, NY 10017

//mnt/orders/Attachments/doctopdf/alldocs/08-35653~20111215103613274.doc

**3**