THU-44107 0422-7 redacttr 08-35653
U.S. Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219

029941 29941 1 AB 0.365 34293 0 5 6898-1-30245

Donald L. Emerick, Sr.
555 Park Estates Sq.
Venice, FL 34293-4185

RICHMOND DIVISION
FILED
DEC 21 2011
CLERK
US BANKRUPTCY COURT

New

Donald L. Emerick Sr
737 Roma Rd
Venice FL 34285

*[signature]*

## ATTENTION: ADDRESS CORRECTION REQUESTED

The United States Postal Service (USPS) National Change of Address database indicates that the address listed above is subject to a forwarding order to a new address. The USPS only provides forwarding service for a limited period of time. **We request that you update your address immediately with the bankruptcy court(s) listed on the notice, pursuant to each court's local procedure, to reflect any change.**

029941      44107029970025