IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | § | |
| | § | Case No 08-35653 (KRH) |
| Debtors. | § | |
| | § | Jointly Administered |

**CAPMARK FINANCE, INC.'S REQUEST FOR HEARING**

Capmark Finance, Inc. ("Capmark") on behalf of Wells Fargo, N.A Successor by Merger to Wells Fargo Bank Minnesota, N.A. (f/k/a Norwet Bank Minnesota, N.A) as Trustee fot the Registered Hlders of Merrill Lynch Mortgage Investors, Inc. Mortgage Pass-Through Certificates Series 1998-C1-CTL (the "Trustee"), by and through its counsel Bryan Cave LLP, hereby files its Request for Hearing on its Response to Liquidating Trust's Twenty-Eighth Omnibus Objection To Landlord Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Response").

Capmark filed its objection on December 22, 2011. As set forth in the Response, the objection to proof of claim 9438 should be denied and the claim should be allowed in its entirety.

WHEREFORE, Capmark Finance, Inc. respectfully requests the Court schedule a hearing on its Response and grant such other and further relief as the Court deems just and proper.

---

Philip J. Meitl (VA Bar No. 73215)

Dated this 22nd day of December, 2011.

          Respectfully submitted,

          **BRYAN CAVE LLP**

          By:  P.J. Meitl (VA Bar No. 73215)
          1155 F Street, NW, Suite 700
          Washington, DC 20004
          (202) 508-6043 (phone)
          (202) 220-7343 (facsimile)
          pj.meitl@bryancave.com

          Attorney for Capmark, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2011, a true and correct copy of the foregoing was served through the Court's ECF system to all parties consenting to service through same, and on all parties listed on the attached service list by overnight mail.

          */s/Philip J. Meitl*
          Philip J. Meitl

Bryan Cave LLP
1155 F Street NW, Suite 700, Washington DC 20004
(202) 508-6000 (phone)
*Attorney for Capmark Finance Inc.*