# EXHIBIT A

EXHIBIT A



Claim # 12622

# COPY

B 10 (Official Form 10) (10/05)

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT  EASTERN  DISTRICT OF  VIRGINIA | PROOF OF CLAIM |

| Name of Debtor: Circuit City Stores, Inc. | Case Number: 08-35653-KRH |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property)
**Greece Ridge, LLC**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

Name and address where notices should be sent:
Thomas W. Daniels, Esq.
1265 Scottsville Road
Rochester, New York 14624
Telephone number (585) 464-9400

☐ Check box if you have never received any notices from the bankruptcy court in this case
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here if this claim  ☒ replaces   ☐ amends   a previously filed claim, dated 01/20/2009

1. Basis for Claim
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Retiree benefits as defined in 11 U S C § 1114(a)
   ☒ Other  **Lease Dated 3/31/95**
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS # ____
   Unpaid compensation for services performed
   From _____ to _____
   (date)         (date)

2. Date debt was incurred: **03/31/1995**

3. If court judgment, date obtained:

4. Classification of Claim. Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed
   See reverse side for important explanations

   Unsecured Nonpriority Claim  $ **476,551.00**
   ☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority

   Secured Claim
   ☐ Check this box if your claim is secured by collateral (including a right of setoff)
   Brief Description of Collateral
   ☐ Real Estate    ☐ Other _____
   ☐ Motor Vehicle
   Value of Collateral  $ _____

   Unsecured Priority Claim
   Check this box if you have an unsecured claim, all or part of which is entitled to priority
   Amount entitled to priority $ _____
   Specify the priority of the claim
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

   Amount of arrearage and other charges at time case filed included in secured claim, if any.  $ _____

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(7)
   ☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
   ☐ Other – Specify applicable paragraph of 11 U S C § 507(a)___).

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. Total Amount of Claim at Time Case Filed: $ **476,551.00** _____ _____ **476,551.00**
                                                (unsecured)  (secured)  (priority)   (total)
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

7. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT
**RECEIVED**
**APR 30 2009**
KURTZMANCARSONCONSULTANTS

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 04/30/2009 | Thomas W. Daniels, Attorney for Creditor  *Thomas W. Daniels* |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571