# EXHIBIT B

**EXHIBIT B**

Search Results for Circuit City Stores, Inc.                                    Page 1 of 1



**Circuit City Stores, Inc. Search Results**
Debtor(s): All Debtors
Creditor Name: Begins With "Greece Ridge"
Claim Amount Type: Filed Claim Amount

| Date Claim Filed | Claim No. | Name | Filed Claim Amount | Filed Claim Nature | Debtor |
|---|---|---|---|---|---|
| 1/20/2009 | 4661 | GREECE RIDGE LLC | $32,083.23 | General Unsecured | Circuit City Stores, Inc. |
| 4/30/2009 | 12806 | GREECE RIDGE LLC | $82,134.22 | Admin Priority | Circuit City Stores, Inc. |
| 4/30/2009 | 12813 | GREECE RIDGE LLC | $476,551.00 | General Unsecured | Circuit City Stores, Inc. |
| 5/1/2009 | 12622 | GREECE RIDGE LLC | $476,551.00 | General Unsecured | Circuit City Stores, Inc. |
| 5/1/2009 | 12764 | GREECE RIDGE LLC | $82,134.22 | Admin Priority | Circuit City Stores, Inc. |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".

Navigation links: Adversary Proceedings; Case Management Order; District Court Proceedings; Claims Register; Court Documents; Equity and Claim Trading Information; Financial Statements and Notes; First Day Motions; First Day Orders; Notice Lists; Opinions; Plan and Disclosure Statement; Schedules and Statements; Help

Terms of Use   Privacy Statement   KCC, A Computershare Company