# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## CHANGE OF ADDRESS

Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.

For:
- ☐ Debtor
- ☐ Attorney [If Applicable:] Name: Heritage Plaza, LLC
- ☒ Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:
- ☐ Husband and Wife
- ☐ Husband Only
- ☐ Wife Only

*[If applicable]* Case Name: 08-35653-KRH
*[If applicable]* Case No./Adversary Proceeding No.: _____
*[If applicable]* Creditor Name: Heritage Plaza, LLC

☒ Street Address   ☒ Mailing Address
New Address: 9986 Manchester Rd.
No. and Street, Apt., P. O. Box or R. D. No.

City: St. Louis   State: MO   Zip: 63122

☒ Street Address   ☒ Mailing Address
Old Address: 1830 Craig Park Ct. Suite 101
No. and Street, Apt., P. O. Box or R. D. No.

City: St. Louis   State: MO   Zip: 63146
Telephone Number: (314) 878-5545
Please include area code

Signature of Filer [*check filer type below*]:
- ☐ Attorney for Debtor
- ☐ Debtor *[If joint case and address is for __husband and wife__, both debtors must sign.]*
- ☒ Creditor
- ☐ Attorney

Date: 12-19-2011

pc:  Trustee
     United States Trustee
     Creditor (for creditor's change of address)

[changead ver. 02/08]