Anne G. Bibeau, VSB #41477
David W. Lannetti, VSB #44273
**VANDEVENTER BLACK LLP**
101 W. Main Street, Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670
dlannetti@vanblk.com
abibeau@vanblk.com

Jerrell E. Williams (VSB #75570)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA  23218
Tel. 804-237-8800
Fax 804-237-8801
jwilliams@vanblk.com

*Local Counsel for County of Sonoma Tax Collector*

Barry S. Glaser, State Bar No. 116262
James Michael Gilbert, State Bar No. 150406
**STECKBAUER WEINHART JAFFE, LLP**
333 S. Hope Street, 36th Floor
Los Angeles, California  90071
(213) 229-2868 - Telephone
(213) 229-2870 – Facsimile
bglaser@swjlaw.com - Email
jgilbert@swjlaw.com - Email

*Counsel for County of Sonoma Tax Collector*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC. | ) Case No. 08-35653 (KRH) |
| | ) |
| et al.,Debtors. | ) (Jointly Administered) |
| | ) |

**MOTION FOR ADMISSION
PRO HAC VICE OF JAMES MICHAEL GILBERT**

Anne G. Bibeau ("Movant"), hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E), to enter an order authorizing James Michael Gilbert (the "Applicant") of the firm of Steckbauer Weinhart Jaffe LLP, in Los Angeles, California, to appear *pro hac vice* in the above-referenced bankruptcy cases before the United States Bankruptcy Court for the Eastern District of Virginia (collectively, the "Bankruptcy Case") to represent County of Sonoma Tax Collector.  In support of this Motion, Movant states as follows:

1. Movant is a member in good standing of the Bar of the Supreme Court of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2. The Applicant is a member in good standing of the bar of the State of California, and is admitted to practice before all California federal courts. There are no disciplinary proceedings pending against the Applicant in any jurisdiction in which he is admitted to practice. *See* Exhibit A attached hereto.

3. Movant requests that this Court authorize the Applicant to file pleadings in, to appear and be heard at hearings concerning, and to participate otherwise in the Bankruptcy Case and related proceedings on behalf of County of Sonoma Tax Collector.

4. Movant and this firm will serve as co-counsel with the Applicant in the Bankruptcy Case and related proceedings.

5. The Applicant's Application is appended to this Motion as Exhibit A and incorporated by reference herein.

6. Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) counsel for the Debtors, and (c) all persons receiving electronic notices in the Bankruptcy Case.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order authorizing James Michael Gilbert to appear *pro hac vice* in the Bankruptcy Case and related proceedings and grant Movant such other and further relief as is just.

Dated: December 29, 2011

Respectfully submitted,

/s/ Anne G. Bibeau, Esq.
Anne G. Bibeau, Esq. (VSB 41488)
David W. Lannetti, Esq. (VSB 44273)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Suite 500
Norfolk, Virginia 23510
Telephone:  757.446.8517
Facsimile:  757.446.8670
abibeau@vanblk.com
dlannetti@vanblk.com

Jerrell E. Williams (VSB #75570)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA  23218
Tel. 804-237-8800
Fax 804-237-8801
jwilliams@vanblk.com

*Local Counsel for Sonoma County Tax Collector*

## CERTIFICATE OF SERVICE

I certify that on December 29, 2011, I will file the preceding with the Court's CM/ECF system which will cause a copy of it to be electronically served on all users registered to receive electronic notice in this case.

/s/ Anne G. Bibeau, Esq.
Anne G. Bibeau, Esq. (VSB 41488)
David W. Lannetti, Esq. (VSB 44273)
VANDEVENTER BLACK LLP
101 W. Main Street, Suite 500
Norfolk, Virginia 23510
Telephone:  757.446.8517
Facsimile:  757.446.8670
abibeau@vanblk.com
dlannetti@vanblk.com
*Local Counsel for County of Sonoma Tax Collector*

*4815-4801-0766, v.  1*