# Exhibit  2

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-35653 |
| | ) | Jointly Administered |
| Circuit City Stores Inc., et al., | ) | Chapter 11 |
| | ) | Hon. Kevin R. Huennekens |
| Debtors. | ) | |
| | ) | |

## DECLARATION OF LIBEAU J. BERTHELOT. III

I, Libeau J. Berthelot, III, do hereby declare under penalty of perjury that the following statements are true to the best of my knowledge information and belief.

1.     I am a member of the Virginia State Bar, and a member of the bar of this Court. On July 15, 2011, I changed my status with the Virginia State Bar from being an "Active Member" to being an "Associate Member." In 2009, I was employed as an associate in the firm of Young, Goldman & Van Beek, P.C., now known as Goldman & Van Beek, P.C. Our firm was engaged to serve as counsel to Sacco of Maine, LLC ("Sacco"), TSA Stores, Inc. ("TSA") and WEC 96D Niles Investment Trust ("Niles") in connection with the voluntary petition for relief under Chapter 11 of the Bankruptcy Code in this Court filed on November 10, 2008 by Debtor Circuit City Stores Inc. and its affiliated entities (collectively, the "Debtor").

2.     The Proof of Claim for lease rejection damages pertaining to the property subject to the commercial lease between Debtor and Sacco for Location #3740 in Bangor, Maine (the "Sacco Lease") was filed by Sacco on April 21, 2009 (Claim Number 12315, the "Sacco Claim").

3.     Prior to the filing of the Sacco Claim, I had communicated regularly with counsel for the Debtor, Folarin Dosunmu, about matters relating to the Sacco Lease.

4.     On February 13, 2009, on behalf of TSA and Sacco, I attended the hearing (the "Hearing") on "Debtors' Motion for Orders under Bankruptcy Code Sections 105, 363, and 365 (i) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases, (ii) Setting Sale Hearing Dates and (iii) Authorizing and Approving (A) Sale of Certain Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection Procedures" (Docket Number 1946).  This Hearing was listed in the "Amended Notice of Agenda of Matters Scheduled for Hearing on February 13, 2009 at 10:00 A.M. (Eastern)" as Item 30.  A copy of this Agenda (Docket Number 2139) is attached as Exhibit B-1 to this Declaration.  Paragraph 6 of the Motion provided in pertinent part:

> 6.     By this Motion, the Debtors seek approval for the sale (the "Sale") of unexpired leases of non-residential real property **for all of the Debtors' remaining retail store and distribution center, and other non-corporate locations**, as identified on Exhibit 2 and Exhibit 3 attached to the Bidding and Rejection Procedures Order (the "Leases)."

6.     The Sacco Lease was subject to this Motion, as it was among the "unexpired leases of non-residential real property for all of the Debtors' remaining retail store and distribution center, and other non-corporate office locations…" as of the date of the filing of the Motion, and was identified in Exhibit 2 to the Bidding and Rejection Procedures Order as a "February Lease" submitted as part of Docket Number 1989, attached as Exhibit B-2 to this Declaration.

7.     Prior to the Hearing, counsel for the Debtor, Gregg M. Galardi, Esq. and his associates from Skadden, Arps, Slate, Meagher & Flom LLP, including Ian Fredericks, Esq., (collectively "Mr. Galardi" or "Debtor's Counsel"), met with counsel for the landlords subject to the Motion.  At that meeting, I informed Debtor's Counsel that I was appearing for the landlords

with respect to both the TSA and the Sacco Leases.  To resolve matters raised by the Motion, Debtor's Counsel and counsel for the landlords reached an agreement. The meeting concluded with all parties agreeing to establish what was referred to at the meeting as a "simplified" bar date of April 30, 2009 for rejection damages as to all of the leases subject to the Motion.  The "simplified" designation of the bar date arose from the parties' desire to have a singular bar date upon which to file a claim for all unexpired leases of non-residential real property yet to be rejected, as it was contemplated that there would be multiple rejection dates for the leases, but all were contemplated to be assumed or rejected prior to March 31, 2009.  After limited discussion, April 30, 2009, was collectively agreed to as the date going forward upon which a proof of claim must be filed; i.e. the "simplified" bar date would apply to all landlords subject to the Motion regardless of the date on which a lease was later rejected.

8.    During the Hearing, Mr. Galardi represented to the Court that he had reached an agreement with counsel for the landlords that a bar date of April 30, 2009, would apply to the filing of claims for rejection damages "for landlords subject to this Motion."  Attached as Exhibit B-3 is a transcript of the proceedings on February 13, 2009 pertaining to the Motion.  This agreement appears on page 10, line 20, through page 11, line 8.

9.    Attached as Exhibit B-4 is a copy of my notes taken during the Hearing that reflect the discussion with Debtor's Counsel prior to the Hearing that the bar date of April 30, 2009 had been agreed upon by the parties for the proofs of claim for rejection damages as to all unexpired leases of non-residential real property subject to the Motion.  Based on: (i) the fact that the Sacco Lease was subject to the Motion and identified in Exhibit 2 to the Bidding And Rejection Procedures order, and (ii) the agreement as reflected in my notes, and as read into the record by Mr. Galardi, that the bar date for filing claims for rejection damages for landlords

3

subject to the Motion was established as April 30, 2009, I left the hearing on February 13, 2009 comfortable with the knowledge that April 30, 2009 was established as the applicable bar date for filing a claim for rejection damages as to the Sacco Lease.

10.     As of the time of the hearing at which the simplified bar date was established and agreed to by the parties, Debtor's Counsel had not communicated to me or filed papers indentifying the Sacco Lease as one that was to be rejected.

11.     Attached as Exhibit B-5 is a copy of my project status report dated March 11, 2009, reflecting that the proof of claim for rejection damages for Niles had already been filed, and that the proofs of claim for rejection damages for the Sacco Lease and the TSA leases were due April 30, 2009. Information in my project status report pertaining to matters other than the Circuit City Bankruptcy has been redacted.

12.     On April 21, 2009, our firm filed the Sacco Claim, knowing that such claim was being timely filed before the applicable bar date of April 30, 2009 pursuant to the agreement read into the record on February 13, 2009.

13.     From the time of the filing of the Sacco Claim until I left my employment with Young, Goldman & Van Beek, P.C. in June of 2009, the Debtor never informed me of any objection to the Sacco Claim on any basis, nor suggested to me that there was any basis for an objection. This is true despite the fact that I had been in communication about the Sacco Lease with counsel for Debtor. I first became aware that an issue had arisen about the timeliness of the Sacco Claim following the filing of the Twenty-Eighth Omnibus Objection to Landlord Claims ("Twenty-Eighth Objection") (Docket No. 11445) in November, 2011.

December 26, 2011

                                        _____
                                        Libeau J. Berthelot, III

4

# Exhibit  B-1

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219ggh
(804) 775-1000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                         : Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     : Case No. 08-35653
et al.,                        :
                               :
            Debtors.           :
                               : Jointly Administered
- - - - - - - - - - - - - - - x

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
FEBRUARY 13, 2009 AT 10:00 A.M. (EASTERN)**

Set forth below are the matters previously scheduled to
be heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on February
13, 2009 beginning at 10:00 a.m. Eastern.

I.   **RESOLVED MATTERS**

1.   Application of Official Committee of Unsecured Creditors
     of Circuit City Stores, Inc. for Order Under 11 U.S.C.
     Sections 1103 and 327 and Fed. R. Bankr. P. 2014 and
     5002, Authorizing and Approving Retention and
     Employment, Nunc Pro Tunc, of Protiviti, Inc. as
     Financial Advisor (Docket No. 1194)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1196)

     b.   Order Authorizing and Approving the Employment of
          Protiviti, Inc. as Financial Advisor to the
          Official Committee of Unsecured Creditors
          Retroactive to November 18, 2008 (Docket No. 1668)

     c.   Supplemental Verified Statement of Guy A. Davis
          (Docket No. 1812)

     d    Corrected Order Authorizing the Employment of
          Protiviti, Inc. as Financial Advisor to the
          Official Committee of Unsecured Creditors
          Retroactive to November 18, 2008 (Docket No. 1907)

     Objection
     Deadline:        January 9, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           Informal Response of the Debtors

     Status:          This matter has been resolved.

2.   Application of Official Committee of Unsecured Creditors
     of Circuit City Stores, Inc. for an Order Pursuant to
     Sections 328 and 1103 of the Bankruptcy Code and
     Bankruptcy Rule 2014 Authorizing the Retention and
     Employment of Jefferies & Company, Inc. as Financial
     Advisors to the Official Committee of Unsecured
     Creditors Nunc Pro Tunc to November 18, 2008 (Docket No.
     1195)

     Related
     Documents:

a.    Notice of Motion and Hearing (Docket No. 1196)

b.    Agreed Order Pursuant to Sections 328 and 1103 of
the Bankruptcy Code and Bankruptcy Rule 2014
Authorizing the Retention and Employment of
Jefferies & Company, Inc. as Financial Advisors to
the Official Committee of Unsecured Creditors Nunc
Pro Tunc to November 18, 2008 (Docket No. 1682)

Objection
Deadline:          January 9, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Informal Response of the Debtors

Status:            The Committee will submit a second order.
                   This matter has been resolved.

3.    Hagan Properties, Inc.'s Motion to Compel Debtor to
Immediately Pay Administrative Rent Pursuant to 11
U.S.C. Section 365(d)(3) and 503(b) and for Related
Relief; and Memorandum in Support (Docket No. 1602)

Objection
Deadline:          February 6, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Informal Response of the Debtors

Status:            No hearing is necessary.  The parties
                   have resolved this matter.

4.    Motion of Ricmac Equities Corporation to Compel Payment
of Postpetition Real Estate Taxes and Memorandum of Law
in Support Thereof (Docket No. 1913)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 1914)
Objection
Deadline:          February 11, 2009 at 4:00 p.m.

Objections/
Responses

3

Filed:          Informal Response of the Debtors

Status:         No hearing is necessary.  The parties
                have resolved this matter.

## II.   CONTINUED/ADJOURNED MATTERS

5.  Circuit City Stores, Inc.'s Motion to Dismiss Complaint
    (Docket No. 7) (In re Greystone Data Systems, Inc. v.
    Circuit City Stores, Inc., Adversary No. 08-3150 (KRH))

    Related
    Documents:

    a.   Complaint for Declaratory Judgment, Imposition of
         Constructive Trust, and Turnover of Funds Held in
         Trust (Docket No. 1)

    Objection
    Deadline:       February 23, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:          None at the time of filing this agenda.

    Status:         This matter has been adjourned until
                    March 3, 2009 at 10:00 a.m.

6.  Motion for Order Under 11 U.S.C. Sections 105, 362 and
    541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
    Notice, Hearing, and Sell-Down Procedures for Trading in
    Equity Securities and Claims Against the Debtors'
    Estates (Docket No. 20)

    Related
    Documents:

    a.   Interim Order Under 11 U.S.C. 105, 362 And 541 And
         Fed. R. Bankr. P. 3001 And 3002 Establishing
         Notice, Hearing, And Sell-Down Procedures For
         Trading In Equity Securities And Claims Against The
         Debtors Estates And Setting Hearing (Docket No.
         135)

    Objection
    Deadline:       November 22, 2008 at 4:00 p.m.

    Objections/

4

Responses
Filed:

a.   Informal Response of the Securities Exchange
     Commission

b.   Informal Response of the Official Committee of
     Unsecured Creditors

Status:          This matter has been adjourned until
                 March 3, 2009 at 10:00 a.m.

7.   Navarre Distribution Services, Inc.'s Motion for an
     Order Granting Adequate Protection Pursuant to 11 U.S.C.
     §§ 361 and 363 (Docket No. 958)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 959)

     Objection
     Deadline:        December 18, 2008 at 4:00 p.m., extended
                      for the Debtors until December 19, 2008
                      at 1:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Objection To Navarre Distribution
          Services, Inc.'s Motion For Adequate Protection And
          Response To Limited Objection Of Navarre To
          Debtors' DIP Motion (Docket No. 1126)

     Status:          This matter has been adjourned until
                      March 30, 2009 at 10:00 a.m.

8.   Motion of TomTom, Inc. for an Order Under Sections 105,
     362, and 363 Modifying the Automatic Stay to Permit the
     Exercise of Setoff and/or Recoupment Rights Against the
     Debtors, and Notice of Motion (Docket No. 1052)

     Related
     Documents:

     a.   Amended Notice of Motion and Hearing (Docket No.
          1244)

b. Reply to the Debtor's Objection to the Motion for
an Order Under Sections 105, 362, and 363 Modifying
the Automatic Stay to Permit the Exercise of Setoff
and/or Recoupment Rights Against the Debtors
(Docket No. 1529)

Objection
Deadline:          January 12, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a. Debtors' Objection To Tomtom, Inc.'s Motion For An
Order Under Sections 105, 362 And 363 Modifying The
Automatic Stay To Permit The Exercise Of Setoff
And/Or Recoupment Rights Against The Debtors
(Docket No. 1475)

Status:            This matter has been adjourned until
March 3, 2009 at 10:00 a.m.

9.   Motion by Engineered Structures, Inc. to Terminate
Automatic Stay and Rule 4001(a)-1 Notice (Docket No.
1070)

Related
Documents:

a. Corrected Order (Docket No. 1877)

b. Order (Docket No. 1895)

Objection
Deadline:          January 9, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a. Debtors' Objection to Engineered Structures, Inc.
Motion to Terminate Automatic Stay (Docket No.
1448)

b. Reply Brief by Engineered Structures, Inc. in
Support of Motion to Terminate Automatic Stay and
Rule 4001.2 Notice (Docket No. 1536)

Status:                This matter has been adjourned until
                       March 20, 2009 at 10:00 a.m.

10.  Motion of Motorola Inc. for Allowance and Payment of
     Administrative Expense Claim Pursuant to 11 U.S.C.
     Section 503(b)(9) (Docket No. 1128)

     Related
     Documents:

     a.  Notice of Motion and Hearing (Docket No. 1135)

     b.  Amended Notice of Motion and Hearing (Docket No.
         1242)

     c.  Exhibits to Motion of Motorola Inc. for Allowance
         and Payment of Administrative Expense Claim
         Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
         Nos. 1288, 1289, 1290, 1291, 1292, 1293)

     Objection
     Deadline:             February 6, 2009 at 4:00 p.m., extended
                           for the Debtors until February 24, 2009
                           at 4:00 p.m.

     Objections/
     Responses
     Filed:                None at the time of filing this agenda.

     Status:               This matter has been adjourned until
                           March 3, 2009 at 10:00 a.m.

11.  Motion of General Instrument Corporation Doing Business
     as the Home & Networks Mobility Business of Motorola
     Inc. for Allowance and Payment of Administrative Expense
     Claim Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
     No. 1134)

     Related
     Documents:
     a.  Notice of Motion and Hearing (Docket No. 1136)

     b.  Amended Notice of Motion and Hearing (Docket No.
         1243)

     c.  Notice of Filing Exhibit to Motion (Docket Nos.
         1281, 1282, 1283, 1284, 1285, 1286, 1287)

<table>
<tbody>
<tr><td>Objection<br>Deadline:</td><td>February 6, 2009 at 4:00 p.m., extended for the Debtors until February 24, 2009 at 4:00 p.m.</td></tr>
<tr><td>Objections/<br>Responses<br>Filed:</td><td>None at the time of filing this agenda.</td></tr>
<tr><td>Status:</td><td>This matter has been adjourned until March 3, 2009 at 10:00 a.m.</td></tr>
</tbody>
</table>

12. Debtors' Motion for Order Approving Stipulation by and among the Debtors and International Business Machines Corporation Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019 (Docket No. 1419)

Related Documents:

a. Notice of Motion and Hearing (Docket No. 1420)

b. Motion for an Order Setting an Expedited Hearing (Docket No. 1421)

c. Order Setting an Expedited Hearing (Docket No. 1709)

<table>
<tbody>
<tr><td>Objection<br>Deadline:</td><td>January 16, 2009 at 10:00 a.m.</td></tr>
<tr><td>Objections/<br>Responses<br>Filed:</td><td>Informal Response of the Official Committee of Unsecured Creditors</td></tr>
<tr><td>Status:</td><td>This matter has been adjourned until March 3, 2009 at 10:00 a.m.</td></tr>
</tbody>
</table>

13. Motion of Plumchoice, Inc. for Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) to Permit Termination of Dispatch Agreement and Request for Related Relief Including Approval of Shortened Notice Period (Docket No. 1498)

Objection

8

Deadline:          January 27, 2009 at 4:00 p.m., extended
                   for the Debtors until February 11, 2009
                   at 7:00 p.m.

Objections/
Responses
Filed:

a.  Debtors' Objection to Motion of Plumchoice, Inc.
    for Relief from the Automatic Stay Pursuant to 11
    U.S.C. 362(d)(1) to Permit Termination of Dispatch
    Agreement and Request for Related Relief Including
    Approval of Shortened Notice Period (Docket No.
    2069)

Status:            This matter has been adjourned until
                   February 25, 2009 at 2:00 p.m.

14. Motion by Chase Bank USA, National Association to Compel
    Rejection of Consumer Credit Card Program Agreement
    Pursuant to 11 U.S.C. § 365(d)(2) and to Obtain Limited
    Relief from the Automatic Stay Pursuant to 11 U.S.C. §
    362(d) (Docket No. 1687)

    Related
    Documents:

    a.  Motion for Expedited Hearing (Docket No. 1688)

    b.  Order Granting Expedited Hearing and Shortened
        Notice Period (Docket No. 1742)

    Objection
    Deadline:          January 27, 2009 at 5:00 p.m.

    Objections/
    Responses
    Filed:

    a.  Debtors' Preliminary Objection to Chase Bank USA,
        National Association's Motion to Compel Rejection
        of Consumer Credit Card Program Agreement Pursuant
        to 11 U.S.C. § 365(d)(2) and to Obtain Relief from
        the Automatic Stay Pursuant to 11 U.S.C. § 362(d)
        (Docket No. 1818)

Case 08-35653-KRH Doc 2130-2 Filed 02/13/09 Entered 02/13/09 20:14:13 Desc Main
Case 08-35653-KRH Doc 2116-2 Filed 02/13/09 Entered 02/13/09 07:46:36:50 Desc Main
Document(s)    Page 16 of 32
Exhibit(s)    Page 10 of 22

Status:              This matter has been adjourned to a date
                     and time to be agreed upon by the parties
                     and the Court.

15.  Motion of AOL LLC for Payment of Administrative Expense
     Claim (Docket No. 1760)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1761)

     b.   Corrected Notice of Motion and Hearing (Docket No.
          1776)

     Objection
     Deadline:        February 6, 2009 at 4:00 p.m., extend for
                      the Debtors until February 23, 2009 at
                      4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda.

     Status:          This matter has been adjourned until
                      February 25, 2009 at 2:00 p.m.

16.  Corrected Motion of Platform-A for Payment of
     Administrative Expense Claim (Docket No. 1763)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1757)
     b.   Corrected Notice of Motion and Hearing (Docket No.
          1777)

     Objection
     Deadline:        February 6, 2009 at 4:00 p.m., extend for
                      the Debtors until February 23, 2009 at
                      4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda.

     Status:          This matter has been adjourned until
                      February 25, 2009 at 2:00 p.m.

17.   Motion of Federal Warranty Services Corporation,
      Sureway, Inc., American Bankers Insurance Company of
      Florida, and United Service Protection, Inc. To Compel
      Assumption Or Rejection Of Agreements Between The
      Assurant Companies And Circuit City Stores, Inc., Or In
      The Alternative Motion For Relief From Stay To Terminate
      Agreements, And Memorandum In Support (Docket Nos. 1794
      and 1813)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket Nos. 1796 and
           1816)

      Objection
      Deadline:          February 11, 2009 at 4:00 p.m. extended
                         for the Debtors until February 20, 2009
                         at 4:00 p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda.

      Status:            This matter has been adjourned until
                         March 3, 2009 at 10:00 a.m.

18.   Motion of Plumchoice, Inc. for Order Directing Debtors
      to Pay Administrative Expenses Pursuant to 11 U.S.C.
      Sections 503(b) and 507(a) and Request for Related
      Relief (Docket No. 1832)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1833)

      b.   Affidavit of Daniel Baker in Support of Motion of
           Plumchoice, Inc. for Order Directing Debtors to Pay
           Administrative Expenses Pursuant to 11 U.S.C.
           Sections 503(b) and 507(a) and Request for Related
           Relief (Docket No. 1942)

      Objection
      Deadline:          February 11, 2009 at 7:00 p.m.

      Objections/

Responses
Filed:

a.   Debtors' Preliminary Objection to Motion of
     Plumchoice, Inc. for Order Directing Debtors to Pay
     Administrative Expenses Pursuant to 11 U.S.C.
     Sections 503(b) and 507(a) and Request for Related
     Relief (Docket No. 2068)

Status:          This matter has been adjourned until
                 February 25, 2009 at 2:00 p.m.

19.  Motion of D.L. Peterson Trust as Assignee of PHH Vehicle
     Management Services, LLC to Compel Rejection of Lease
     Agreements and for Relief from the Automatic Stay
     (Docket Nos. 1956 and 1969)

     Related
     Documents:

a.   Motion for Expedited Hearing and to Shorten
     Objection Deadline (Docket No. 1957)

b.   Order Granting Motion to Expedite (Docket No. 2024)

     Objection
     Deadline:        February 11, 2009 at 5:00 p.m., extended
                      for the Debtors until February 16, 2009
                      at 4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda.

     Status:          This matter has been adjourned until
                      February 17, 2009 at 10:00 a.m.

## III.   UNCONTESTED MATTERS GOING FORWARD

20.  Debtors' Motion for Orders Pursuant to Bankruptcy Code
     Sections 105, 363 and 364 (I)(A) Approving Procedures in
     Connection with Sale of All or Substantially All of the
     Business or Additional Post-petition Financing for the
     Business, (B) Authorizing Debtors to Enter into Stalking
     Horse or Financing Agreements in Connection with Going
     Concern Transactions or Stalking Horse Agreements in
     Connection with Store Closing and Miscellaneous Asset
     Sales, (C) Approving the Payment of Termination Fees in

Connection Therewith, and (D) Setting Auction and
Hearing Dates, (II) Approving Sale of Debtors' Assets
Free and Clear of All Interests, and (III) Granting
Related Relief (Docket No. 1423)

Related
Documents:

a.   Amended Order (1) Approving Sale Of Aircraft Free
     And Clear Of All Liens, Claims, Interests And
     Encumbrances; And (2) Granting Related Relief
     (Docket No. 1740)

Objection
Deadline:          January 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Limited Objection of Henrico County, Virginia to
     Debtors' Motion for Orders Approving Sale of
     Debtors' Assets Free and Clear of All Interests and
     Related Relief (Docket No. 1572)

Status:            The limited objection has been resolved
                   by separate stipulation.  The Debtors
                   will be presenting a further amended
                   order to approve an amendment to the
                   underlying aircraft purchase agreement.

21.   Debtors' Motion for Order Pursuant to Bankruptcy Code
      Section 105 and Bankruptcy Rule 9019 Approving Agreement
      between Debtors and Verizon Corporate Services Group,
      Inc. (Docket No. 1452)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 1453)

Objection
Deadline:          January 22, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda.

Status:          This matter is going forward.

22.   Debtors' Motion for an Order Under 11 U.S.C. Section
      105(a) and Fed. R. Bankr. P. 9006(b) Extending the Time
      Period Within Which the Debtors May Remove Actions
      Pursuant to 11 U.S.C. Section 1452 and Fed. R. Bankr. P.
      9027 (Docket No. 1926)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1927)

      b.    Bridge Order Granting Debtors' Motion (Docket No.
            2022)
      Objection
      Deadline:        February 11, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Objection by Phillip S. Allen to Debtors' Motion
            (Docket No. 2113)

      Status:          This matter is going forward.

23.   Debtors' Motion for Orders Pursuant to Bankruptcy Code
      Sections 105 and 363 and Bankruptcy Rule 6004(I)
      Approving Procedures in Connection with Sale of Excluded
      Defective Inventory, (II) Approving Sale of Such
      Inventory Free and Clear of all Interests and (III)
      Granting Related Relief (Docket No. 1944)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1945)
      Objection
      Deadline:        February 11, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda.

      Status:          This matter is going forward.

24.   Debtors' Motion for Order Shortening Notice Period and

Limiting Notice of Debtors' Motion for Order Pursuant to
Bankruptcy Code Sections 105 and 363 (A) Authorizing
Debtors to Enter into Agreement in Connection with Sale
of Aircraft, Subject to Higher or Otherwise Better Bids,
(B) Approving Sale of Aircraft Free and Clear of all
Interests, and (C) Granting Related Relief (Docket No.
1950)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 1951)

Objection
Deadline:          February 11, 2009 at 4:00 p.m.
Objections/
Responses
Filed:             None at the time of filing this agenda.

Status:            This matter is going forward.

25.   Debtors' Motion for Order Pursuant to Bankruptcy Code
      Sections 105 and 363 (A) Authorizing Debtors to Enter
      into Agreement in Connection with Sale of Aircraft,
      Subject to Higher or Otherwise Better Bids, (B)
      Approving Sale of Aircraft Free and Clear of all
      Interests, and (C) Granting Related Relief (Docket No.
      1948)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1949)

      b.    Debtors' Motion for Order Shortening Notice Period
            and Limiting Notice (Docket No. 1950)

      Objection
      Deadline:          February 11, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda.

      Status:            The Debtors have received competing bids
                         and held an auction on February 12, 2009.
                         This matter is going forward.

IV.   **CONTESTED MATTERS**

26.   Notice of Wayne VF, LLC and Vornado Realty Trust of
      Hearing and Motion for Relief from Automatic Stay,
      (Docket No. 1710)

      Related
      Documents:

      a.    Amended Notice of Hearing (Docket No. 1747)

      Objection
      Deadline:       February 11, 2009 at 4:00 p.m.
      Objections/
      Responses
      Filed:

      a.    Debtors' Response and Objection to Wayne VF, LLC
            and Vornado Realty Trust's Motion for Relief from
            Automatic Stay with Supporting Memorandum of Law,
            (Docket No. 2070)

      Status:         This matter is going forward as a
                      preliminary hearing.

27.   Creditor Satchidananda Mim's Motion for Relief from the
      Automatic Stay and Notice of Hearing (Docket No. 1822)

      Related
      Documents:

      a.    Amended Notice of Motion and Hearing (Docket No.
            1867)

      Objection
      Deadline:       February 11, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Response And Objection To Satchidananda
            Mim's Motion For Relief From Automatic Stay To
            Complete Pending California State Litigation
            (Docket No. 1986)

      b.     Creditor Satchidananda Mim's Reply Memorandum of
             Points and Authorities in Further Support of Motion
             for Relief From Stay (Docket No. 2043)

   Status:        This matter is going forward as a
                 preliminary hearing.

28.  Amended Motion of Lexar Media, Inc. for Relief from the
     Automatic Stay to Permit Termination of Consignment
     Agreement and for Entry of an Order Directing Debtors to
     Reject Consignment Agreement (Docket No. 1874)

   Related
   Documents:

      a.     Emergency Motion of Lexar Media, Inc. for Relief
             from the Automatic Stay to Permit Termination of
             Consignment Agreement and for Entry of an Order
             Directing Debtors to Reject Consignment Agreement,
             (Docket No. 1788)

      b.     Motion for Expedited Hearing on Emergency Motion
             (Docket No. 1790)

      c.     Notice of Amended Motion and Hearing (Docket No.
             1875)

   Objection
   Deadline:      February 11, 2009 at 4:00 p.m.

   Objections/
   Responses
   Filed:

      a.     Debtors' Objection to Amended Motion of Lexar
             Media, Inc. for Relief from the Automatic Stay to
             Permit Termination of Consignment Agreement and for
             Entry of an Order Directing Debtors to Reject
             Consignment Agreement (Docket No. 2066)

   Status:      This matter is going forward.

29.  Debtors' Motion for Order Under 11 U.S.C. Sections 105
     and 363 Approving Procedures to Sell Certain
     Miscellaneous Assets Free and Clear of All Interests
     without Further Order of Court (Docket No. 1922)

   Related

Documents:

a.    Notice of Motion and Hearing (Docket No. 1924)

Objection
Deadline:        February 11, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Limited Objection Of Plumchoice, Inc. To Debtors'
      Motion For Order Under 11 U.S.C. §§ 105 And 363
      Approving Procedures To Sell Certain Miscellaneous
      Assets Free And Clear Of All Interests Without
      Further Order Of Court (Docket No. 2050)

b.    Objection of Citrus Park CC, LLC, to Debtors'
      Motion for Order Under 11 U.S.C. Sections 105 and
      363 Approving Procedures to Sell Certain
      Miscellaneous Assets Free and Clear of All
      Interests without Further Order of Court (Docket
      No. 2056)

Status:        This matter is going forward.

30.  Debtors' Motion for Orders Under Bankruptcy Code
     Sections 105, 363, and 365 (I) Approving Bidding and
     Auction Procedures for Sale of Unexpired Nonresidential
     Real Property Leases, (II) Setting Sale Hearing Dates
     and (III) Authorizing and Approving (A) Sale of Certain
     Unexpired Nonresidential Real Property Leases Free and
     Clear of All Interests, (B) Assumption and Assignment of
     Certain Unexpired Nonresidential Real Property Leases
     and (C) Lease Rejection Procedures (Docket No. 1946)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 1947)
b.    Notice of Filing of Exhibits 2 and 3 to Proposed
      Form of Order (Docket No. 1989)

c.    Revised Exhibit 3 to Proposed Form of Order (Docket
      No. 2003)

Objection

Deadline:           February 11, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Limited Objection of Carousel Center Company, L.P.,
     Sangertown Square, L.L.C., Crossgates Commons
     NewCo, LLC and Fingerlakes Crossing, LLC to
     Debtors' Motion (Docket No. 2038)

Status:             This objection is going forward.

b.   Limited Objection Of Ronus Meyerland Plaza, L.P.
     And Johnson City Crossing, L.P. To Debtors' Motion
     (Docket No. 2044)

Status:             This objection is going forward.

c.   Objection of Inland Southwest Management LLC,
     Inland American Retail Management LLC, Inland US
     Management LLC, Inland Pacific Property Services
     LLC, Inland Commercial Property Management, Inc.,
     And Inland Continental Property Management Corp. To
     Debtors' Motion (Docket No. 2048)

Status:             This objection is going forward.

d.   Joint Objection by Certain Landlords to Debtors'
     Motion Docket No. (Docket No. 2049)

Status:             This objection is going forward.

e.   Joinder of Congressional North Associates Limited
     Partnership to Limited Objection to Debtors' Motion
     Docket No. (Docket No. 2051)

Status:             This objection is going forward.

f.   Limited Objection of Cardinal Court, LLC, Colonial
     Heights Holdings, LLC, and DEV Limited Partnership
     (the "Objecting Landlords")   to Debtors' Motion
     (Docket No. 2052)

Status:             This objection is going forward.

g.   502-12 86th Street, LLC, Cottonwood Corners - Phase
     V, LLC and Woodlawn Trustees, Incorporated's

Joinder to Limited Objection to the Debtors' Motion
(Docket No. 2053)

Status:          This objection is going forward.

h.    Limited Objection of Ray Mucci's Inc., Route 146
      Millbury, LLC, Interstate Augusta Properties, LLC,
      E & A Northeast Limited Partnership, and NPP
      Development to Debtors' Motion (Docket No. 2054)

Status:          This objection is going forward.

i.    TSA Stores, Inc.'s Objection to Debtors' Motion
      (Docket No. 2055)

Status:          This objection is going forward.

j.    Limited Objection of T.J. Maxx of CA, LLC to
      Debtors' Motion (Docket No. 2058)

Status:          This objection is going forward.

k.    Joinder of Annapolis Plaza LLC to Limited Objection
      to Debtors' Motion (Docket No. 2061)

Status:          This objection is going forward.

l.    Limited Objection of Schottenstein Property Group,
      Inc. to Debtors' Motion (Docket No. 2062)

Status:          This objection is going forward.

m.    Objection of Ricmac Equities Corporation to Motion
      of Debtors for Orders Approving Bidding and Auction
      Procedures, Setting Sale Hearing Dates, and
      Approving Sale of Certain Leases, Assumption and
      Assignment of Certain Leases, and Lease Rejection
      Procedures (Docket No. 2065)

Status:          This objection is going forward.

n.    Objection of CC-Investors 1995-6 et al to Debtors'
      Motion (Docket No. 2073)

Status:          This objection is going forward.

o.    Limited Objection of Archon Group, L. P. to
      Debtors' Motion (Docket No. 2078)

Status:          This objection is going forward.

p.    Objection of Bear Valley Road Partners, LLC, Laguna
      Gateway Phase 2, LP< Manteca Stadium Park, L.O.,
      OTR-Clairemont Square and Sweetwater Associates, L.
      P. to Debtors' Motion(Docket No. 2080)

Status:          This objection is going forward.

q.    Objection of Developers Diversified Realty
      Corporation, General Growth Properties, Inc.,
      Weingarten Realty Investors, Basser-Kaufman, Inc.,
      Philips International Holding Corp., Jones Lang
      LaSalle Americas, Inc., Continental Properties
      Company, Inc., and Benderson Development Company,
      LLC to Debtors' Motion (Docket No. 2084)

Status:          This objection is going forward.

General Status:          This matter is going forward.

Dated: February 13, 2009       SKADDEN, ARPS, SLATE, MEAGHER &
     Richmond, Virginia  FLOM, LLP
                         Gregg M. Galardi, Esq.
                         Ian S. Fredericks, Esq.
                         P.O. Box 636
                         Wilmington, Delaware 19899-0636
                         (302) 651-3000

                              - and -

                         SKADDEN, ARPS, SLATE, MEAGHER &
                         FLOM, LLP
                         Chris L. Dickerson, Esq.
                         333 West Wacker Drive
                         Chicago, Illinois 60606
                         (312) 407-0700

                              - and -

                         MCGUIREWOODS LLP

                         __/s/ Douglas M. Foley_____.
                         Dion W. Hayes (VSB No. 34304)
                         Douglas M. Foley (VSB No. 34364)
                         One James Center
                         901 E. Cary Street
                         Richmond, Virginia 23219
                         (804) 775-1000

                         Counsel for Debtors and Debtors
                         in Possession

\7600516.2

# Exhibit B-2

Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,  MCGUIREWOODS LLP
LLP                                    One James Center
One Rodney Square                      901 E. Cary Street
PO Box 636                             Richmond, Virginia 23219
Wilmington, Delaware 19899-0636        (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### NOTICE OF FILING OF EXHIBITS 2 AND 3 TO THE
### ORDER UNDER BANKRUPTCY CODE SECTIONS 105, 363, AND 365 (I)
### APPROVING BIDDING AND AUCTION PROCEDURES FOR SALE OF UNEXPIRED
### NONRESIDENTIAL REAL PROPERTY LEASES,
### (II) SETTING SALE HEARING DATES AND (III) AUTHORIZING AND
### APPROVING (A) SALE OF CERTAIN UNEXPIRED NONRESIDENTIAL REAL
### PROPERTY LEASES FREE AND CLEAR OF ALL INTERESTS, (B)
### ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED NONRESIDENTIAL
### REAL PROPERTY LEASES AND (C) LEASE REJECTION PROCEDURES

**PLEASE TAKE NOTICE** that on February 6, 2009, the above-
captioned debtors and debtors-in-possession (the "Debtors")
filed Exhibits 2 and 3, attached hereto, to the Order Under
Bankruptcy Code Sections 105, 363 and 365 (I) Approving
Bidding and Auction Procedures for Sale of Unexpired

Nonresidential Real Property Leases, (II) Setting Sale Hearing
Dates and (III) Authorizing and Approving (A) Sale of Certain
Unexpired Nonresidential Real Property Leases Free and Clear
of All Interests, (B) Assumption and Assignment of Certain
Unexpired Nonresidential Real Property Leases and (C) Lease
Rejection Procedures.

Dated: February 6, 2009     SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia    FLOM, LLP
                          Gregg M. Galardi, Esq.
                          Ian S. Fredericks, Esq.
                          P.O. Box 636
                          Wilmington, Delaware 19899-0636
                          (302) 651-3000

                              - and -

                          SKADDEN, ARPS, SLATE, MEAGHER &
                          FLOM, LLP
                          Chris L. Dickerson, Esq.
                          333 West Wacker Drive
                          Chicago, Illinois 60606
                          (312) 407-0700

                              - and -

                          MCGUIREWOODS LLP


                          /s/ Douglas M. Foley     .
                          Dion W. Hayes (VSB No. 34304)
                          Douglas M. Foley (VSB No. 34364)
                          One James Center
                          901 E. Cary Street
                          Richmond, Virginia 23219
                          (804) 775-1000

                          Counsel for Debtors and Debtors
                          in Possession

## Exhibit 2: February Leases

| Store # | Location Name | Landlord Name |
|---|---|---|
| 34 | Dallas Service | Dematteo Management Inc. |
| 45 | Philadelphia Service & Home Delivery | Little Britain Holding, Llc |
| 325 | Boston Home Delivery | Gre Grove Street One, Llc |
| 335 | Mid-Atlantic Distribution, Landover Home Delivery | Cc Brandywine Investors 1998, Llc |
| 353 | Industry Distribution | 680 S. Lemon Avenue Company Llc |
| 379 | Walnut Distribution, Service & Home Delivery | Catellus Development Corporation |
| 754 | Kearny Home Delivery | Amb Property, L.P. |
| 755 | Marion Distribution, Ecommerce | Ccdc Marion Portfolio, L.P. |
| 775 | Orlando Distribution, Tampa Home Delivery | Cole Cc Groveland Fl, Llc |
| 843 | Rivergate Superstore | The Village At Rivergate Lp |
| 1603 | Longview Micro-Superstore | Campbell Properties L.P. |
| 1610 | Waco Mini-Superstore | Cc Investors 1995-2 |
| 1624 | College Station Superstore | Inland Western College Station Gateway Ii, Lp |
| 1627 | Florence Mini-Superstore | Bpp-Sc Llc |
| 1638 | Cheyenne Micro-Superstore | Millman 2000 Charitable Trust |
| 3189 | Dayton 2 Superstore | Macy'S Central |
| 3196 | Dayton 3 Superstore | Shoppes Of Beavercreek, Llc |
| 3202 | Gainesville Mini-Superstore | Circuit Investors #2 Ltd. |
| 3226 | Cool Springs Superstore | Thoroughbred Village Gp |
| 3229 | Midland Mini-Superstore | Cc Investors 1995-5 |
| 3230 | High Point Superstore | Cc - Investors 1996-12 |
| 3244 | Rocky Mount Micro-Superstore | Cobb Corners Ii, L. P. |
| 3252 | Kingsport Micro-Superstore | Cc Kingsport 98, Llc |
| 3260 | Tulsa North Micro-Superstore | Southroads, Llc |
| 3276 | Clarksville Micro-Superstore | Craig-Clarksville Tennessee, Llc |
| 3428 | San Luis Obispo Superstore | Irish Hills Plaza West Ii Llc |
| 3508 | CroSuperstoreroads Superstore | Inland American Oklahoma City Penn, Llc |
| 3510 | Tulsa South Superstore | Trc Associates, Llc |
| 3515 | Bellevue Superstore | Cci Trust 1994-I; Lloyd Draper - Trustee |
| 3521 | Jackson Superstore | Cc Ridgeland 98 L.L.C. |
| 3564 | Quail Springs Superstore | Memorial Square 1031, Llc |
| 3606 | Lakeside Superstore | Bond-Circuit X Delaware Business Trust |
| 3607 | Roseville Superstore | Cc Roseville, Llc |
| 3608 | Novi Superstore | Ramco West Oaks I Llc |
| 3611 | Taylor Superstore | Cc Investors 1996-14 |
| 3613 | Westland Superstore | Wmi/Mpi Business Trust |
| 3621 | Evansville Superstore | Evansville Developers Llc, G.B. |
| 3630 | Saginaw Superstore | Somerville Saginaw Limited Partnership |
| 3631 | Flint Superstore | Daniel G. Kamin Flint, Llc |
| 3635 | Lansing West Superstore | Covington Lansing Acquisition Llc |
| 3705 | Spring Meadows Mini-Superstore | Suemar Realty, Inc |
| 3733 | Steubenville Micro-Superstore | Landman, Deborah, Eli Landman, Zoltan Schwartz & Anna Schwar |
| 3734 | Franklin Park Superstore | Suemar Realty, Inc. |
| 3740 | Bangor Mini-Superstore | Sacco Of Maine, Llc |
| 3748 | Yuma Las Palimillas Superstore | Wcc Properties Llc |
| 3750 | St. Clairsville Micro-Superstore | Thf St. Clairsville Parcel C.C. Development, L.L.C. |
| 3774 | Decatur Mini-Superstore | Decatur Plaza I, Llc |
| 3776 | Brighton Superstore | Brighton Commercial, Llc |
| 3830 | Glynn Isles Superstore | Cap Brunswick, Llc |
| 3851 | Madison Heights Superstore | Mds Realty Ii, Llc |
| 3863 | Troy Hills Shopping Center | Federal Realty Investment Trust |
| 3865 | Fingerlakes Crossing "The City" Superstore | Fingerlakes Crossing, Llc |
| 4246 | Baton Rouge Superstore | Ggp Mall Of Louisiana, Lp |
| 4309 | Alexandria Mall Superstore | Alexandria Main Mall Llc |
| 9039 | Ccs Office (Westmoreland Telecenter) | Brandywine Grande C, Lp |
| 9101 | Circuit City Corporate Headquarters (Dr1) | Lexington Corporate Properties, Inc. |

## Exhibit 3: March Leases

| Store # | Location Name | Landlord Name |
|---|---|---|
| 230 | Almaden Plaza Superstore | Almaden Plaza Shopping Center, Inc. |
| 232 | San Mateo Superstore | Concar Enterprises, Inc. |
| 233 | Sunnyvale Superstore | Eel Mckee Llc |
| 234 | Hayward Superstore | Hayward 880, Llc |
| 237 | Santa Rosa Superstore | Santa Rosa Town Center Llc |
| 239 | Modesto Superstore | Macerich Vintage Faire, L.P. |
| 240 | Emeryville Superstore | Regency Centers, L.P. |
| 241 | Stockton Superstore | Weberstown Mall Llc |
| 242 | Van Ness Superstore | Van Ness Post Center Llc |
| 247 | Covington Distribution Center | Fr/Cal Gouldsboro Property Holding L.P. |
| 250 | Elk Grove Superstore | Pappas Gateway Lp |
| 251 | Citrus Heights Superstore | Greenback Associates |
| 252 | Arden Way Superstore | Arho Limited Partnership |
| 253 | Daly City Superstore | Daly City Partners I Lp |
| 255 | Bethlehem Distribution | Cc - Investors 1995-6 |
| 270 | Las Vegas Superstore | Boulevard Associates |
| 271 | Firecreek Crossing Superstore | Firecreek Crossing Of Reno Llc |
| 272 | Las Vegas Ii Superstore | Becker Trust, Llc |
| 401 | Hollywood Superstore | Cim/Birch St., Inc. |
| 403 | Santa Monica Superstore | 1251 Fourth Street Investors, Llc |
| 404 | Torrance Superstore | Crown Cc 1, Llc |
| 405 | Buena Park Superstore | Coventry Ii Ddr Buena Park Place Lp |
| 406 | Pasadena Superstore | Knp Investments |
| 407 | Orange Superstore | Schiffman, Todd I. |
| 408 | Lakewood Superstore | Macerich Lakewood, Llc |
| 409 | San Bernardino Superstore | Rancon Realty Fund Iv Subsidiary Llc |
| 410 | Northridge Superstore | U.K. - American Properties, Inc. |
| 411 | Palmdale Superstore | Amargosa Palmdale Investments, Llc |
| 414 | Laguna Hills Superstore | Krupp Equity Limited Partnership |
| 416 | Huntington Beach Superstore | Bella Terra Associates Llc |
| 417 | Montclair Superstore | Montclair Plaza Llc |
| 419 | Woodland Hills Superstore | Pacific/Youngman-Woodland Hills |
| 420 | West Covina Superstore | Eastland Shopping Center, Llc |
| 421 | Van Nuys Superstore | 13630 Victory Boulevard Llc |
| 423 | Fresno Superstore | Hallaian Brothers |
| 424 | Bakersfield Superstore | Excel Realty Partners, L.P. |
| 425 | Montebello Plaza Superstore | Excel Realty Partners, L.P. |
| 427 | Norwalk Superstore | W&D - Imperial No. 1/Norwalk |
| 428 | La Cienega Superstore | La Cienega-Sawyer, Ltd. |
| 429 | Ventura Superstore | Centro Watt Property Owner I, Llc |
| 432 | National City Superstore | Sweetwater Associates Limited Partnership |
| 433 | La Mesa Superstore | Nevada Investment Holdings, Inc. |
| 434 | Point Loma Superstore | Ct Retail Properties Finance V Llc |
| 443 | Clairemont Superstore | Clairemont Square |
| 446 | Palos Verdes Superstore | Torrance Towne Center Associates, Llc |
| 450 | Victorville Superstore | Bear Valley Road Partners Llc & Mlantz Llc |
| 506 | St. Peters Superstore | National Retail Properties, Lp |
| 508 | Irving Superstore | Simon Property Group (Texas), L.P. |
| 509 | Valley View Superstore | Wxiii/Pwm Real Estate Limited Partnership |
| 516 | Highland Superstore | Kb Columbus I-Cc |
| 518 | Pembroke Pines Superstore | Prudential Insurance Company Of America, The |
| 519 | Atlantic City Superstore | Bfw/Pike Associates, Llc |
| 522 | Two Notch Superstore | Gri-Eqy (Sparkleberry Square) Llc |
| 532 | Chesterfield Commons Superstore | Thf Chesterfield Two Development, Llc |
| 533 | St. Louis Mills Mall Superstore | St Louis Mills, Lp |
| 535 | Gravois Bluff Superstore | Gravois Bluffs Iii, Llc |
| 538 | Almeda Superstore | Almeda-Rowlett Retail Lp |
| 541 | West Oaks Superstore | Dev Limited Partnership |
| 542 | Willowbrook Superstore | Abrams Willowbrook Three Lp |
| 543 | Plano Superstore | Parker Central Plaza, Ltd. |
| 544 | South Arlington Superstore | Parks At Arlington Lp |
| 545 | Hulen Superstore | Wri  Overton Plaza, Lp |
| 546 | Mesquite Superstore | Cole Cc Mesquite Tx, Llc |
| 567 | Ardmore Distribution, Ecommerce (706) | Ardmore Development Authority |
| 569 | Cedar Hill Superstore | Inland Western Cedar Hill Pleasant Run Lp |
| 570 | Savannah Superstore | Abercorn Common, Lllp |

## Exhibit 3: March Leases

| Store # | Location Name | Landlord Name |
|---|---|---|
| 571 | Brandon Superstore | Bard, Ervin & Suzanne Bard |
| 576 | Reading Superstore | Berkshire West |
| 589 | Hickory Superstore | Valley Corners Shopping Center Llc |
| 593 | Chesapeake Superstore | Inland American Chesapeake Crossroads Llc |
| 597 | Great Hills Superstore | Spg Arbor Walk, L.P. |
| 598 | Sunset Valley Superstore | Ritz Motel Company |
| 700 | Cottman Superstore | Cc Philadelphia 98, L.L.C. |
| 704 | Waldorf Superstore | Madison Waldorf Llc |
| 711 | King Of Prussia Superstore | Swedesford Shopping Center Acquisition, Llc |
| 725 | State Road Superstore | Blank Aschkenasy Properties, Llc |
| 734 | Cherry Hill Superstore | East Gate Center V, Tenants In Common |
| 743 | Willow Grove Mini-Superstore | Parkside Realty Associates, L.P. |
| 759 | Barboursville Mini-Superstore | Huntington Mall Company |
| 762 | Charleston Mini-Superstore | Thf Onc Development L.L.C. |
| 766 | Daytona Superstore | International Speedway Square, Ltd |
| 784 | Wheaton Superstore | Wheaton Plaza Regional Shopping Center |
| 785 | Annapolis Superstore | William P. Beatson, Jr. And Jerome B. Trout, Jr. |
| 800 | Augusta Superstore | Kir Augusta I 044, Llc |
| 802 | Springfield Superstore | Ddr  Southeast Loisdale, Llc |
| 805 | Chesterfield Superstore | Sea Properties I, L.L.C. |
| 814 | Potomac Mills Superstore | Potomac Festival Ii |
| 815 | Knoxville Superstore | Ddrtc T&C L.L.C. |
| 820 | Greensboro Superstore | Ddr-Sau Wendover Phase Ii, Llc |
| 823 | Spartanburg Superstore | Westgate Village, Llc |
| 824 | Largo Superstore | Capital Centre, Llc |
| 827 | Hoover Superstore | Aig Baker Hoover, L.L.C. |
| 828 | Tampa Superstore | Ddrtc Walks At Highwood Preserve I Llc |
| 830 | Winston-Salem Superstore | Drexel Delaware Trust |
| 831 | Gastonia Superstore | National Retail Properties, Inc. |
| 832 | Pensacola Superstore | Hk New Plan Epr Property Holdings Llc. |
| 835 | Roanoke Superstore | Valley View S.C., Llc |
| 836 | Glen Burnie Superstore | Saul Holdings, L.P. |
| 837 | Orlando South Superstore | Ddrm Skyview Plaza Llc |
| 838 | Orlando Central Superstore | Weingarten Nostat, Inc. |
| 839 | Orlando North Superstore | Altamonte Springs Real Estate Associates, Llc |
| 840 | Raleigh Superstore | Glenmoor Limited Partnership |
| 845 | Independence Superstore | Ddrtc Sycamore Commons Llc |
| 846 | Gaithersburg Superstore | Federal Realty Investment Trust |
| 848 | North Ft. Lauderdale Superstore | 19Th Street Investors, Inc. |
| 849 | Dadeland Superstore | Kendall-77, Ltd. |
| 850 | Durham Superstore | Durham Westgate Plaza Investors, Llc. |
| 851 | Chattanooga Superstore | Bond-Circuit Viii Delaware Business Trust |
| 852 | Fayetteville Superstore | Fayetteville Developers Llc |
| 854 | Baltimore 40 West Superstore | Estate Of Joseph Y. Einbinder |
| 855 | Huntsville Superstore | Np Huntsville Limited Liab Co |
| 856 | Mobile Superstore | 3725 Airport Boulevard, Lp |
| 857 | Dale Mabry Superstore | Vno Tru Dale Mabry, Llc |
| 859 | Aventura Superstore | Promventure L.P. |
| 861 | Hialeah Superstore | Palm Springs Mile Associates, Ltd. |
| 862 | West Palm Beach Super Superstore | Bond-Circuit Iv Delaware Business Trust |
| 863 | Coral Springs Superstore | Kite Coral Springs, Llc |
| 865 | Greenville Superstore | Crosspointe 08 A Llc |
| 866 | Rockville Superstore | Congressional North Associates Limited Partnership |
| 867 | Lakeland Superstore | Rlv Village Plaza Lp |
| 868 | Charleston Superstore | Kimco Realty Corporation |
| 871 | The Commons Superstore | New Plan Of Memphis Commons, Llc |
| 876 | St. Petersburg Superstore | Northwoods L.P. |
| 877 | St. Matthews Superstore | Shelbyville Road Plaza Llc |
| 888 | South Boulevard Superstore | Dim Vastgoed, N.V. |
| 890 | Baileys Crossroads Superstore | Rreef America Reit Ii Corp. Mm |
| 891 | Clearwater Superstore | Chk, Llc |
| 892 | Jacksonville Superstore | Mibarev Development I Llc |
| 896 | Columbia Mini-Superstore | Ddrtc Columbiana Station I Llc |
| 897 | Bradenton Superstore | Ddr Southeast Cortez, L.L.C. |
| 910 | Tri-County Superstore | Jubilee-Springdale, Llc |
| 913 | Port Richey Superstore | Kir Piers 716 Llc |

## Exhibit 3: March Leases

| Store # | Location Name | Landlord Name |
|---|---|---|
| 921 | Asheville Superstore | Ddr Mdt Asheville River Hills |
| 922 | Ft. Myers Superstore | Jaffe Of Weston Ii Inc. |
| 949 | Allentown Superstore | Dowel-Allentown, Llc |
| 1600 | Harrisonburg Superstore | Thf Harrisonburg Crossings, Llc |
| 1601 | Fredericksburg Superstore | Central Park 1226, Llc |
| 1602 | Tyler Micro-Superstore | M & M Berman Enterprises |
| 1607 | Jacksonville Mini-Superstore | Cc Investors 1995-1 |
| 1608 | Wilmington Mini-Superstore | Cc - Investors 1996-3 |
| 1609 | Winchester Superstore | Trout, Segall, Doyle Winchester Properties, Llc |
| 1614 | Redding Mini-Superstore | Bpp-Redding Llc |
| 1616 | Anderson Mini-Superstore | Bond-Circuit Ii Delaware Business Trust |
| 1618 | Monterey Mini-Superstore | Bond-Circuit Xi Delaware Business Trust |
| 1645 | Salisbury Micro-Superstore | Centro Heritage Innes Street Llc |
| 1681 | Albany Mini-Superstore | Sherwood Properties, Llc |
| 1683 | Altoona Micro-Superstore | Sierra North Associates Limited Partnership |
| 1687 | Houma Superstore | Inland Western Houma Magnolia, Llc |
| 1693 | State College Superstore | Colonnade, Llc |
| 1695 | Victor Mini-Superstore | Msf Eastgate-I, Llc |
| 3100 | West Broad "The City" Superstore | Circuit Investors #3, L.P. |
| 3103 | Oxford Valley Superstore | Lincoln Plaza Associates, L.P. |
| 3104 | Lawrenceville Superstore | Farmingdale-Grocery, Llc |
| 3106 | Southpark Superstore | Colonial Heights Holding, Llc |
| 3108 | Portland Mini-Superstore | Basile Limited Liability Company |
| 3111 | Schaumburg Superstore | Developers Diversified Realty Corp. |
| 3112 | Yorktown Superstore | Circuit Investors - Yorktown, L.P. |
| 3113 | Ford City Superstore | Bedford Park Properties, L.L.C. |
| 3120 | North Riverside Superstore | Cermak Plaza Associates, Llc |
| 3121 | Naperville Superstore | Centro Watt |
| 3125 | Bloomingdale Superstore | Simon Prop. Grp (Ii) Lp |
| 3126 | Orland Hills Superstore | Orland Town Center Shopping Center |
| 3127 | Gurnee Mills Superstore | Mall At Gurnee Mills, Llc |
| 3128 | Merrillville Superstore | Cc Merrillville Trust |
| 3129 | Algonquin Superstore | Inland Commercial Property Management, Inc. |
| 3131 | Lincoln Park Superstore | American National Bank & Trust Company Of Chicago |
| 3133 | Burnsville Superstore | Tanurb Burnsville, Lp |
| 3134 | Rosedale Superstore | Tsa Stores, Inc. |
| 3135 | Woodbury Mini-Superstore | Tamarack Village Shopping Center, L.P. |
| 3136 | Southdale Superstore | Djd Partners Ii |
| 3137 | Maplewood Superstore | Cci Trust 1994-I; Lloyd Draper - Trustee |
| 3139 | Ridgedale Superstore | Priscilla J. Rietz, L.L.C. |
| 3140 | St. Cloud Superstore | St. Cloud Associates |
| 3141 | Newington Superstore | Daniel G. Kamin, An Individual And Howard Kadish, Llc |
| 3142 | Buckland Hills Superstore | Bpp-Conn Llc |
| 3143 | Milford/Orange Superstore | Milford Crossing Investors Llc |
| 3144 | North Haven Superstore | Iannucci Development Corporation |
| 3146 | East Springfield Superstore | Basser - Kaufman 222, Llc |
| 3147 | Binghamton Superstore | Parkway Plaza Llc |
| 3149 | Utica Micro-Superstore | Sangertown Square L.L.C. |
| 3150 | Carousel Center Superstore | Carousel Center Company, L.P. |
| 3151 | Cheektowaga Superstore | Ddr Mdt Union Consumer Square, Llc |
| 3152 | Amherst Superstore | Amherst Industries, Inc. |
| 3153 | Hamburg Micro-Superstore | C.C. Hamburg Ny Partners, Llc |
| 3154 | Greece Superstore | Greece Ridge, Llc |
| 3157 | Christiana Superstore | Preit Services, Llc |
| 3158 | Wilmington/Concord Superstore | Woodland Trustees, Inc. |
| 3159 | Holyoke Superstore | Holyoke Crossing Limited Partnership Ii |
| 3160 | Albany Superstore | Necrossgates Commons Newco, Llc |
| 3164 | Salisbury Mini-Superstore | Mayfair - Mdcc Business Trust |
| 3166 | Bel Air Superstore | Bel Air Square Llc |
| 3167 | Peoria/Westlake Superstore | Westlake Limited Partnership |
| 3168 | Bloomington Mini-Superstore | Bond C. C. V Delaware Business Trust |
| 3169 | Springfield II Superstore | Magna Trust Company, Trustee |
| 3170 | Champaign Superstore | Bond C.C. Iii Delaware Business Trust |
| 3175 | Brookfield Superstore | Continental 64 Fund Llc |
| 3176 | Southridge Superstore | Dentici Family Limited Partnership |
| 3177 | Racine Superstore | Southland Center Investors, Llc |

## Exhibit 3: March Leases

| Store # | Location Name | Landlord Name |
|---|---|---|
| 3184 | Madison West Superstore | Cc Madison, Llc |
| 3185 | Madison East Superstore | Cardinal Court, Llc |
| 3186 | South Bend Superstore | St Indian Ridge Llc |
| 3187 | Canton Superstore | Hk New Plan Exchange Property Owner Ii, Lp |
| 3192 | Greenwood Mini-Superstore | Greenwood Point Lp |
| 3193 | Castleton Superstore | American National Insurance Company |
| 3194 | Columbus In Superstore | Inland Western Columbus Clifty, Llc |
| 3197 | Poughkeepsie Superstore | Bpp-Ny L.L.C. |
| 3198 | Rockford Superstore | Bond C.C. Ii Delaware Business Trust |
| 3200 | Columbus Superstore | Avr Cpc Associates, Llc |
| 3203 | Sarasota Superstore | Circuit Investors #2 Ltd. |
| 3204 | Ft. Walton Mini-Superstore | Hk New Plan Covered Sun, Llc |
| 3205 | Naples Superstore | Community Centers One Llc |
| 3206 | Lafayette Superstore | Cc Lafayette, Llc |
| 3207 | West Dade Superstore | Wal-Mart Stores East, L.P. |
| 3212 | Abilene Mini-Superstore | Novogroder/Abilene, Llc |
| 3215 | Wichita West Superstore | Bldg Retail 2007 Llc & Netarc Llc |
| 3217 | Springfield Mo Superstore | Wec 96D Springfield-1 Investment Trust |
| 3218 | Gateway Mall Superstore | Wea Gateway Llc |
| 3219 | Columbia Superstore | Columbia Plaza Shopping Center Venture |
| 3227 | Cary Mini-Superstore | Ddr Southeast Cary L.L.C. |
| 3233 | San Felipe Superstore (Galleria) | 610 & San Felipe, Inc. |
| 3234 | Ocala Mini-Superstore | Awe-Ocala, Ltd. |
| 3237 | Boynton Beach Superstore | Agree Limited Partnership |
| 3238 | Shreveport Superstore | Hart Kings Crossing, Llc |
| 3241 | Jensen Beach Mini-Superstore | Riv Vista Plaza Lp |
| 3242 | Greenville Mini-Superstore | Centro Heritage Uc Greenville Llc |
| 3246 | Myrtle Beach Superstore | Myrtle Beach Farms Company, Inc. |
| 3247 | Johnson City Crossing Mini-Superstore | Johnson City Crossing (Delaware)Llc |
| 3249 | Sawgrass Super Superstore | Sunrise Plantation Properties Llc |
| 3253 | Woodlands Superstore | Amreit, Texas Real Estate Investment Trust |
| 3254 | Sugar Land Superstore | Inland Western Sugar Land Colony Lp |
| 3255 | Slidell Micro-Superstore | Hv Covington, Llc |
| 3262 | Wichita Falls Micro-Superstore | Cc Wichita Falls 98 Trust |
| 3263 | Round Rock Superstore | La Frontera Village, L.P. |
| 3264 | Frisco Superstore | Teachers Insurance & Annuity Assoc.Of Amer. |
| 3269 | Citrus Park Superstore | Citrus Park Cc Llc |
| 3270 | Gulfport Micro-Superstore | Ddr Crossroads Center Llc |
| 3274 | Lake Charles Micro-Superstore | Wec 99-3 Llc |
| 3281 | Rome Superstore | Ddr Southeast Rome Llc |
| 3283 | Dothan Superstore | Ddr Southeast Dothan Outparcel, Llc |
| 3284 | Hattiesburg Superstore | Sm Newco Hattiesburg, Llc |
| 3285 | Mall At Turtle Creek Superstore | Turtle Creek Partners Llc |
| 3289 | Merritt Island Mini-Superstore | Galleria Partnership |
| 3302 | Palm Desert Superstore | Pru Desert Crossing V, Llc |
| 3304 | Tucson Oracle Superstore | Weingarten Realty Investors |
| 3305 | Tucson Superstore | K-Gam Broadway Craycroft Llc |
| 3306 | Visalia Mini-Superstore | Save Mart Supermarkets |
| 3307 | Albuquerque Superstore | Southwestern Albuquerque, L.P. |
| 3309 | Newport Beach Superstore | The Irvine Company Llc |
| 3310 | Valencia Superstore | Valencia Marketplace I, Llc |
| 3311 | Rancho Cucamonga Superstore | Diamond Square Llc |
| 3313 | Irvine Superstore | Irvine Company Llc, The |
| 3315 | Gateway Superstore | Mayfair - Mdcc Business Trust |
| 3316 | Jantzen Beach Superstore | Jantzen Dynamic Corporation |
| 3317 | Everett Mini-Superstore | Orion Alliance Group, Llc |
| 3318 | Lynwood Superstore | Fglp Company |
| 3319 | Bellevue Superstore | Terranomics Crossroads Associates |
| 3321 | Tacoma Mall Mini-Superstore | Intergrated Real Estate Services Llc |
| 3322 | Chico Mini-Superstore | Chico Crossroads Lp |
| 3323 | Washington Green Superstore | Washington Green Tic |
| 3324 | Clackamas Superstore | Marco Portland General Partnership |
| 3326 | Bellingham Superstore | Meridian Village, Llc |
| 3327 | Carmel Mountain Superstore | Pacific Carmel Mountain Holdings Lp |
| 3329 | Encinitas Superstore | Encinitas Pfa, Llc |
| 3331 | Northside Mini-Superstore | Larry J. Rietz, Mp, Llc |

## Exhibit 3: March Leases

| Store # | Location Name | Landlord Name |
|---|---|---|
| 3332 | Eugene Superstore | Garden City Center |
| 3333 | Medford Micro-Superstore | Kimco Pk Llc |
| 3334 | Boise Towne Plaza Superstore | Boise Towne Plaza Llc |
| 3336 | South Center Superstore | Gladwyne Investors, L.P. |
| 3338 | Olympia Superstore | Ddr Southeast Olympia Dst |
| 3339 | Westminster Superstore | Excel Westminster Marketplace, Inc. |
| 3340 | Colorado Springs Superstore | Cc Springs, Llc |
| 3342 | Silverdale Mini-Superstore | Silverdale K-Four |
| 3343 | Denver Superstore | Cc-Investors 1997-4 |
| 3344 | Aurora Superstore | Cole Cc Aurora Co, Llc |
| 3345 | Highlands Ranch Superstore | Ddr Southeast Highlands Ranch, Llc |
| 3346 | Southwest Plaza Superstore | Ccc Realty, Llc |
| 3347 | Lakewood/Homestead Superstore | Ten Pryor Street Building, Ltd. |
| 3348 | Boulder Mini-Superstore | Jwc/Loftus Llc |
| 3349 | Ogden Superstore | Ddr Family Centers Lp |
| 3350 | Sugarhouse Superstore | Cc Investors 1996-10 |
| 3351 | Fort Union Superstore | Fourels Investment Company, The |
| 3352 | Orem Superstore | Boyer Lake Pointe, Lc |
| 3353 | Jordan Landing Superstore | Plaza At Jordan Landing Llc |
| 3354 | Pearl Ridge Mega-Superstore | Watercress Associates, Lp, Lllp |
| 3360 | Culver City Superstore | Ddr Southeast Culver City Dst |
| 3361 | Glendale Superstore | Alameda Associates |
| 3364 | Fullerton Superstore | Orangefair Marketplace, Llc |
| 3365 | Henderson Superstore | Hip Stephanie, Llc |
| 3366 | Ponce Mall "The City" Superstore | Plaza Las Americas, Inc |
| 3369 | San Patricio "The City" Superstore | Caparra Center Associates, S.E. |
| 3372 | Aercibo Superstore | Ddr Norte Llc, S.E. |
| 3373 | Long Beach Superstore | Cp Venture Two Llc |
| 3375 | Roseville Superstore | Kobra Properties |
| 3376 | Ft. Collins Mini-Superstore | Generation H One And Two Limited Partnership |
| 3377 | Idaho Falls Micro-Superstore | Ammon Properties Lc |
| 3378 | Cottonwood Superstore | Cottonwood Phase V Llc |
| 3379 | Grand Junction Micro-Superstore | Cc Grand Junction Investors 1998, Llc |
| 3381 | Pueblo Micro-Superstore | Eagleridge Associates (Pueblo) Llc |
| 3382 | Valley Mall Mini-Superstore | Hanson Industries, Inc. |
| 3390 | Thornton Superstore | Site A Llc |
| 3401 | Temecula Mini-Superstore | Inland Western Temecula Commons Llc |
| 3403 | Port Charlotte Mini-Superstore | Hudson Realty Trust, Hersom Realty Trust Lorimar Realty Trus |
| 3405 | Boca Raton Superstore | Uncommon Ltd. |
| 3409 | Avenues Superstore | Property Management Support Inc |
| 3418 | Sanford Superstore | Wri Seminole Marketplace, Llc |
| 3425 | Nw Las Vegas Superstore | Centennial Holdings Llc |
| 3502 | Exchange Plaza Superstore | Inland Western San Antonio Hq Ltd Parnership |
| 3504 | Corpus Christi Superstore | South Padre Drive L.P. |
| 3505 | North Richland Superstore | Krg Market Street Village Lp |
| 3512 | Mcallen Superstore | Daniel G. Kamin Mcallen Llc |
| 3513 | Brownsville Superstore | Pacific Harbor Equities  Ltd Liability Co |
| 3514 | Amarillo Superstore | Kir Amarillo L.P. |
| 3516 | Southlake Superstore | Inland Western Southlake Corners, Lp |
| 3518 | Raleigh Superstore | Plantation Point Development, Llc |
| 3520 | Northshore Superstore | Circuit Sports, L.P. |
| 3522 | Garland Superstore | Simon Property Group Texas Lp |
| 3525 | Wellington Superstore | Cedar Development, Ltd |
| 3527 | Silverlake Superstore | Principal Real Estate Holding Co., Llc |
| 3529 | Exton Superstore | Main Street At Exton, L.P. |
| 3549 | Short Pump Superstore | Short Pump Town Center Llc |
| 3550 | Greenville Point Superstore | Ddr-Sau Greenville Point, Llc |
| 3554 | Bainbridge Superstore | Bainbridge Shopping Center Ii Llc |
| 3556 | Whitman Square Superstore | Boulevard North Associates, L.P. |
| 3560 | Spring Hill Superstore | Coastal Way, Llc |
| 3561 | Millenia Mall Superstore | Cameron Group Associates, Llp |
| 3562 | Concord Mills Superstore | Concord Mills Limited Partnership |
| 3569 | Midtown Miami Superstore | Ddr Miami Ave Llc |
| 3570 | Hyattsville Superstore | Prince George'S Station Retail, Llc |
| 3572 | Polaris Superstore | Polaris Circuit City Llc |
| 3576 | Lake Worth Superstore | Inland Western Lake Worth Towne Crossing |

## Exhibit 3: March Leases

| Store # | Location Name | Landlord Name |
|---|---|---|
| 3577 | Rockwall Superstore | Rockwall Crossing, Ltd |
| 3579 | Meyerland Superstore | Meyerland Plaza (De) Llc |
| 3581 | Stapleton Superstore | Stapleton North Town, Llc |
| 3582 | La Quinta Superstore | Cc La Quinta Llc |
| 3584 | New Braunfels Superstore | Sinay Family Llc And Trust |
| 3586 | Santa Margarita Superstore | Tis Equities Ix Llc |
| 3587 | Bethlehem Superstore | Morris Bethlehem Associates, L.P. |
| 3588 | Southpark Meadows Superstore | Inland Western Austin Southpark Meadows Ii Ltd Partnership |
| 3589 | Southaven Superstore | Southhaven Center Ii, Llc |
| 3590 | Meriden Superstore | Galileo Northeast, Llc |
| 3591 | Warrington Superstore | Village Square I, L.P. |
| 3592 | Colony Place Superstore | Colony Place Plaza, Llc |
| 3595 | Waterford Lakes Superstore | Deno P Dikeou |
| 3597 | Apex Superstore | Ddr/1St Carolina Crossings South, Llc |
| 3599 | South Bay Superstore | E&A Northeast Limited Partnership |
| 3601 | North Attleboro Superstore | North Attleboro Marketplace Ii, L.L.C. |
| 3602 | Millbury Superstore | Route 146 Millbury Llc |
| 3603 | Ann Arbor Mini-Superstore | Amcap Arborland Llc |
| 3614 | Sawmill Mini-Superstore | Plazamill Limited Partnershp |
| 3615 | Easton Superstore | Cc-Investors 1997-12 |
| 3616 | Brice Superstore | Benenson Columbus - Oh Trust |
| 3617 | West Mifflin (Century) Superstore | Inland Western West Mifflin Century Iii Dst |
| 3618 | Monroeville Superstore | Wmi/Mpi Business Trust |
| 3619 | Ross Park Superstore | Cofal Partners, L.P. |
| 3622 | Fields-Ertel Road Superstore | Hartman 1995 Ohio Property Trust |
| 3624 | Northtown Superstore | Bl-Ntv I, Llc |
| 3625 | Schererville Superstore | The Shoppes At Schererville, Llc |
| 3626 | Niles Superstore | Howland Commons Partnership |
| 3627 | Arundel Mills Superstore | Arundel Mills Marketplace Limited Partnership |
| 3628 | Frederick Superstore | Cc Frederick 98, L.L.C. |
| 3629 | Boardman Superstore | Bond-Circuit V Delaware Business Trust |
| 3632 | Grand Rapids Superstore | Bg Walker, Llc |
| 3633 | 28Th Street Superstore | Wilmington Trust Company |
| 3634 | Kalamazoo Superstore | Southland Acquisitions, Llc |
| 3638 | Hagerstown Superstore | Washington Re Investment Trust |
| 3639 | Oyster Point Superstore | Lea Company |
| 3640 | Greenbrier Superstore | Crossways Financial Associates, Llc |
| 3641 | Keene Superstore | Mb Keene Monadnock, L.L.C. |
| 3645 | Laredo Superstore | Laredo/Mdn Ii Limited Partnership |
| 3648 | Augusta Marketplace Mini-Superstore | Interstate Augusta Properties, Llc |
| 3654 | Appleton Superstore | Wec 96D Appleton-1 Investment Trust |
| 3659 | Leesburg Superstore | Battlefield Fe Limited Partnership |
| 3662 | Trumbull Superstore | Trumbull Shopping Center #2 Llc |
| 3663 | Gateway Mini-Superstore | Gateway Center Properties Iii, Llc |
| 3664 | Atlantic Center Mini-Superstore | Atlantic Center Fort Greene Associates, L.P. |
| 3666 | Parkersburg Mini-Superstore | 601 Plaza, L.L.C. |
| 3668 | Danbury Mini-Superstore | Forecast Danbury Limited Partnership |
| 3669 | East Brunswick Superstore | Vornado Finance, L.L.C. |
| 3670 | Eatontown Superstore | 36 Monmouth Plaza Llc |
| 3672 | Westbury Super Superstore | W&S Associates, L.P. |
| 3674 | Hicksville Superstore | Ricmac Equities Corp |
| 3675 | Greeley Superstore | Greeley Shopping Center, Llc |
| 3677 | Lady Lake Superstore | Tmw Weltfonds Rolling Acres Plaza |
| 3679 | Union Square Superstore | Otr |
| 3680 | 80Th & Broadway Mini-Superstore | Friedland, Lawrence And Melvin |
| 3682 | Middletown Mini-Superstore | Cc-Investors 1997-10 |
| 3684 | Paramus Superstore | Faber Bros., Inc |
| 3686 | Rego Park/Queens Superstore | Alexander'S Of Rego Park Center, Inc. |
| 3687 | Ledgewood Mini-Superstore | Acadia Realty Limited Partnership |
| 3688 | Bergen Superstore | Fc Treeco Columbia Park, Llc |
| 3689 | Somerville Superstore | Enid Two, L.L.C. |
| 3690 | Norwalk Superstore | 444 Connecticut Avenue Llc |
| 3691 | Staten Island Superstore | Fc Richmond Associates, L.P. |
| 3692 | Bricktown Mini-Superstore | Brick 70, Llc |
| 3693 | Union Superstore | Ddr Southeast Union, L.L.C. |
| 3694 | Valley Stream Mini-Superstore | Green Acres Mall, Llc |

### Exhibit 3: March Leases

| Store # | Location Name | Landlord Name |
|---|---|---|
| 3695 | Wayne Superstore | Star Universal, L.L.C. |
| 3696 | White Plains Superstore | Lc White Plains Retail, L.L.C. |
| 3697 | Whitestone Superstore | Whitestone Development Partners A, Lp |
| 3698 | Woodbridge Superstore | Fc Woodbridge Crossing, Llc |
| 3699 | Yonkers Superstore | Aac Cross County Leasehold Owner, Llc |
| 3700 | Cortlandt Mini-Superstore | Cortlandt B., L.L.C. |
| 3701 | Ft. Wayne Mini-Superstore | Coldwater Development, L.L.C |
| 3702 | Terre Haute Micro-Superstore | Northern Trust Bank Of California N.A. |
| 3706 | Harrisburg East Superstore | Prgl Paxton, L.P. |
| 3707 | Lancaster Superstore | Red Rose Commons Condominium Association |
| 3708 | York Superstore | Meadowbrook Village Limited Partnership |
| 3710 | Robinson Mini-Superstore | Stor-All New Orleans, L.L.C |
| 3711 | Muskegon Superstore | Heritage-Lakes Crossing, Llc |
| 3713 | Holland Micro-Superstore | Geenen Dekock Properties, L.L.C. |
| 3720 | Harrisburg West Superstore | Bond-Circuit Ix Delaware Business Trust |
| 3721 | Sterling Superstore | Potomac Run, Llc |
| 3724 | Saugus Superstore | Saugus Plaza Associates |
| 3725 | Dover "The City" Superstore | Cohab Realty Llc |
| 3731 | Bay Ridge Superstore | 502-12 86Th Street, Llc |
| 3732 | Williston Mini-Superstore | Taft Corners Associates, Inc. |
| 3736 | Puyallup Superstore | The Cafaro Northwest Partnership |
| 3738 | Vineland Superstore | Goodmill, Llc |
| 3742 | Clarksburg Micro-Superstore | Thf Clarksburg Development One |
| 3743 | Maple Grove Superstore | Kimco Arbor Lakes S.C., Llc |
| 3744 | Erie Mini-Superstore | Gs Erie Llc |
| 3746 | Johnstown Superstore | Richland Town Centre, Llc |
| 3752 | Va Center Commons Superstore | Ddrtc Creeks At Virginia Center Llc |
| 3754 | Kennewick Superstore | Kams Real Estate Holdings Ii, Llc |
| 3764 | Phillipsburg Superstore | Inland Us Management, Llc |
| 3767 | Brentwood Superstore | Pace-Brentwood Partners, L.L.C |
| 3768 | Leominster Superstore | Walton Whitney Investors V, L.L.C. |
| 3769 | Concord Superstore | Ggp-Steeplegate, Inc. |
| 3770 | Taunton Superstore | Cole Cc Taunton Ma, Llc |
| 3771 | Folsom | Broadstone Crossing Llc |
| 3779 | Enfield Superstore | Galileo Freshwater/Stateline, Llc |
| 3780 | Hamburg Superstore | Sir Barton Place, Llc |
| 3783 | Plymouth Meeting Superstore | Dowel Conshohocken Llc |
| 3792 | Mchenry Superstore | Advance Real Estate Management, Llc |
| 3797 | Grandville Marketplace Superstore | Ddr Mdt Grandville Marketplace Llc |
| 3810 | Harlingen Tx Superstore | Mall At Valle Vista, Llc |
| 3815 | Katy Mills "The City" Superstore | Katy Mills Mall Limited Partnership |
| 3831 | Market Square Shopping Center (Former St. 03155) | 700 Jefferson Road Ii, Llc |
| 3832 | Township Marketplace Superstore | Ddr Mdt Monaca Township Marketplace Llc |
| 3844 | Fairfax "The City" | Ddr Mdt Fairfax Towne Center Llc |
| 3845 | Deptford Landing Superstore | Aig Baker Deptford, L.L.C. |
| 3846 | East Chase Superstore | Eastchase Market Center, Llc |
| 3847 | Midtown Village Superstore | Carlyle-Cypress Tuscaloosa I, Llc |
| 3848 | Boranda Superstore | T And T Enterprises Lp |
| 3849 | Norridge Commons Superstore | Irving Harlem Venture, Limited Partnership |
| 3850 | Promenade "The City" Superstore | Fc Janes Park, Llc |
| 3852 | Keizer Station "The City" Superstore | Donahue Schriber Realty Group, L.P |
| 3853 | Target Center Superstore | Knoxville Levcal Llc |
| 3854 | Parkdale Superstore | Parkdale Mall Associates Lp |
| 3855 | Sun Land Superstore | Cdb Falcon Sunland Plaza Lp |
| 3856 | Baybrook Superstore | Np/Ssp Baybrook, L.L.C. |
| 3857 | Deerbrook "The City" Superstore | Deerbrook Anchor Acquisition Llc |
| 3858 | San Antonio " The City" | Swq 35/Forum, Ltd |
| 3859 | Ashwaubenon Superstore | Palmetto Investors, Llc |
| 3862 | Brockton Superstore | Ray Mucci'S, Inc. |
| 3878 | Brea "The City" | Fw Ca Brea Marketplace Llc |
| 3882 | Kileen Tx -Superstore | Market Heights, Ltd |
| 3883 | Lycoming Crossing (Former Store 1630) | Viwy, L.P. |
| 4101 | Montgomeryville Superstore | Circuit Pa Corporation |
| 4105 | Dickson City Mini-Superstore | Centro Properties Group |
| 4106 | Wilkes-Barre Superstore | Vno Mundy Street Llc |
| 4110 | Danvers Superstore | 4 Newbury Danvers Llc |

### Exhibit 3: March Leases

| Store # | Location Name | Landlord Name |
|---|---|---|
| 4111 | Somerville Superstore | I-93 Somerville Llc |
| 4112 | Burlington Superstore | Daniel G. Kamin Burlington Llc |
| 4113 | Seekonk Superstore | Seekonk Equities Inc |
| 4114 | Cranston Superstore | Gateway Woodside, Inc. |
| 4115 | Nashua Superstore | Dicker/Warmington Properties |
| 4116 | Portsmouth Superstore | Dicker/Warmington Properties |
| 4119 | Braintree Superstore | Briantree Property Assoc Limited Partnership |
| 4120 | Salem Superstore | Trustees Of Salem Rockingham, Llc |
| 4121 | Natick Superstore | Baker Natick Promenade Llc |
| 4122 | Hanover Mini-Superstore | Walton Hanover Investors V, Llc |
| 4123 | Dartmouth Mini-Superstore | Dartmouth Marketplace Associates |
| 4124 | Manchester Superstore | Dicker/Warmington Properties |
| 4130 | Kissimmee Superstore | Loop West, Llc |
| 4131 | Manteca Superstore | Manteca Stadium Park Lp |
| 4132 | Turlock Superstore | Monte Vista Crossings, Llc |
| 4134 | Towson "The City" Superstore | Towson Vf Llc |
| 4136 | Pine Island Superstore | Nap Northpoint Llc |
| 4139 | Signal Hill Superstore | Signal Hill Gateway Llc |
| 4143 | Gloucester Superstore | Town Square Plaza |
| 4144 | Chambersburg Superstore | Chambersburg Crossing, Lp |
| 4147 | Knoxville  Tn - Micro | Hamilton Crossing I L.L.C. |
| 4150 | Pasadena Superstore | Fairway Centre Associates, L.P. |
| 4176 | Monrovia Superstore "The City" | Monrovia Marketplace Llc |
| 4179 | Vacaville | Tkg Coffee Tree Lp |
| 4201 | Melbourne Superstore | Melbourne-Jcp Associates, Ltd |
| 4202 | Norfolk "The City" Superstore | Janaf Crossings, Llc |
| 4212 | 5th Avenue "The City" Superstore | Green 521 5Th Avenue, Llc |
| 4232 | Fort Myers Cypress Lakes "The City" | Colonial Square Associates, Llc |
| 4233 | Sebring Superstore | Sebring Retail Associates, L.L.C. |
| 4242 | Rossmoor Center Superstore | Rossmoor Shops Llc |
| 4247 | Denton Superstore | Panattoni Development Co., Llc |
| 4249 | Port Arthur Superstore | Port Arthur Holdings Iii, Llc |
| 4256 | Mt. Pleasant Superstore | Developers Diversified Realty Corporation |
| 4261 | Southern Tier Crossings Superstore | Ddr Horseheads Llc |
| 4271 | Foxboro Superstore | Npp Development, Llc |
| 4272 | Amherst Superstore | Berkshire-Amherst, Llc |
| 4275 | Sarasota  Fl "The City" | Rb-3 Associates |
| 4276 | Port St Lucie "The City" | Benderson Properties & Donald Robinson |
| 4302 | Eastridge Superstore | Eastridge Shopping Center L.L.C. |
| 4305 | Burbank Superstore | Burbank Mall Associates, Llc |
| 4307 | Prattville Superstore | Prattcenter, Llc |
| 4308 | Westbank Superstore | Team Retail Westbank, Ltd |
| 4313 | La Habra | La Habra Imperial Llc |
| 4317 | Power And Barnes Superstore | Barnes And Powers North Llc |
| 4320 | Cleveland "The City" Superstore | Cleveland Towne Center Llc |
| 4321 | Richmond White Oak Superstore | Forest City Commercial Group, Llc |
| 4336 | Torrington "The City" Superstore | Torrington Triplets Llc |
| 4502 | Lewisville Superstore | Inland Western Lewisville Lakepointe Ltd Ptrsp |
| 4503 | Loop 410 Superstore | Bb-Lincoln-Us-Properties, L.P. |
| 4505 | Little Rock 2 West Superstore | Cci Trust 1994-I; Lloyd Draper - Trustee |
| 4506 | North Little Rock Superstore | Cci Trust 1994-I; Lloyd Draper - Trustee |
| 4507 | Santa Cruz Mini-Superstore | Redtree Properties, L.P. |
| 4508 | El Paso East Superstore | A.D.D. Holdings, L.P. |
| 4510 | Lubbock Superstore | M & M Berman Enterprises |
| 9103 | Circuit City Corporate Headquarters (Dr3) | Inland Western Richmond Mayland, Llc |
| 9180 | Chicago Division Office (#0051) | Meacham Business Center, L.L.C. |
| 00335B | Brandywine Parking Lot Lease | Accent Homes, Inc |
| 00406A | Pasadena Roadshop/Parking Lot | Rossiter, Ronald D. & Barbara M. |
| 00830A | Winston-Salem (Add'L Land) | W/S Stratford, Llc |
| 03202A | Gainesville Sign | Gainesville Outdoor Advertising, Inc. |
| 03682A | Middletown Sign Lease | Barberio, Janet |
| 03754A | Kennewick Sign | Signco Inc. |

# Exhibit B-3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

IN RE:                        .    Case No. 08-35653(KRH)
                              .
                              .
CIRCUIT CITY STORES,          .    701 East Broad Street
INC.,                         .    Richmond, VA 23219
                              .
        Debtor.               .
                              .    February 13, 2009
. . . . . . . . . . . ..            11:57 a.m.


TRANSCRIPT OF EXCERPTED PORTION OF MOTION HEARING
AGENDA ITEM 30 ONLY
BEFORE HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:               Skadden, Arps, Slate, Meagher
                                & Flom, LLP
                              By:  GREGG M. GALARDI, ESQ.
                              One Rodney Square
                              P.O. Box 636
                              Wilmington, DE 19899-0636

For the Creditors:            Kelley, Drye & Warren, LLP
                              By:  Robert L. LeHane, ESQ.
                              101 Park Avenue
                              New York, NY 10178



Audio Operator:               Gail Fathergill


Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail: jjcourt@jjcourt.com

(609)586-2311        Fax No. (609)587-3599

**APPEARANCES (Cont'd):**

| | |
|---|---|
| For the Creditors: | Allen, Matkins, Leck, Gamble, Mallory & Natsis, LLP<br>By:  IVAN M. GOLD, ESQ.<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111-4074 |
| For T.J. Maxx: | Sands Anderson<br>By:  WILLIAM GRAY, ESQ.<br>P.O. Box 1998<br>Richmond, VA 23218-1998 |
| For 13630 Victory Boulevard, LLC: | Arent Fox<br>By:  CAROLINE T. ENGLISH, ESQ.<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036-5339 |
| For TSA Stores: | Goldman & Van Beek, P.C.<br>By:  BEAU BERTHELOT, ESQ.<br>510 King Street, Suite 416<br>Alexandria, VA 22314 |
| For AmREIT: | Kaplan & Frank, PLC<br>By:  TROY SAVENKO, ESQ.<br>7 East 2nd Street<br>Richmond, VA 23224 |
| For the Creditors: | Dilworth Paxson<br>By:   JESSE N. SILVERMAN, ESQ.<br>1500 Market Street, 3500E<br>Philadelphia, PA 19102 |

---

1      (The following is the requested excerpted portion of the

2                              proceedings)

3           MR. GALARDI:  Good afternoon, Your Honor.

4           THE COURT:  Good afternoon.

5           MR. GALARDI:  For the record, Gregg Galardi on behalf

6   of the debtors.  Your Honor, we had -- while Your Honor was

7   conducting the hearing, and I know we were a little too noisy,

8   so I apologize for that -- we met with the landlords, and I

9   believe we have resolved all of the issues with respect to the

10  lease procedures.  I will read in the modifications that we

11  will then embody in an order and submit to Your Honor.

12          Your Honor, we had asked for a number of dates when

13  we filed this motion.  I guess the good news to report to Your

14  Honor is the going-out-of-business sales are going much faster

15  and better than we had originally thought would happen with

16  this motion, so the bad news is that we may be out of leases

17  sooner and need auction procedures on a much more expedited

18  basis.  We expressed those concerns and the landlords have --

19  who are here today, worked with us on a particular schedule

20  given what Your Honor has offered us as court dates.

21          So, I'll start with what our general procedure would

22  be, and we've advised DJM who is our lease auctioner of this --

23  these procedures, which I think satisfies the landlords,

24  although it's never particularly endorsed they will live with

25  the following.

4

1    Your Honor, we start backwards.  Your Honor has a

2  March 13th date available for us.  I think we have asked for

3  that.  If we could have a sale hearing with respect to leases

4  that we do, in fact, get bids on for the March 13th, we would

5  start with that date as the general procedure.  Right now, Your

6  Honor, we have 45 leases that we have advised parties that

7  might be subject to procedures.  Today we are going to file a

8  motion rejecting 42 of those, so there's really only three that

9  we know today may have bids.  We'll talk about that, but that

10  leaves roughly 540 properties.

11    So, our idea is to file a motion -- to file under

12  these procedures, to set a sale hearing for any of those

13  leases, the 540 that we do get bids on for the 13th of March.

14  What we did then was back, back from that date to a suggested

15  auction date of March 10th with respect to any properties that

16  we get bids on, and we are asking that all bids for all of

17  those properties -- and again, I'm referring to the 540 that

18  have not yet been noticed out -- all bids for those properties

19  to be received by 4 p.m. on March 5th, which is a Thursday.

20    What we then agreed with the landlords to do is that

21  upon receipt of those bids which require the production by the

22  bidder of adequate protection -- adequate assurance

23  information, we would then turn over with respect to the

24  landlords on those properties after that 4 p.m. deadline so

25  they could get it on the 6th, which is a Friday, a business

1  day, the adequate assurance information that we have, in fact,

2  received from the bidders.  The idea then being is by the 6th

3  they would have it, at the very latest, to review with their

4  clients, which gives them the full week, seven days, to

5  determine whether or not they want to object to adequate

6  assurance on the hearing on the 13th.

7          That'll be our standard for every one of the leases.

8  We also agreed that once we get a bid on the property on the

9  5th, that by noon on the following day, which is the 6th, we

10 would then post on a website the cure amount that we would

11 associate with those leases that we believe are being bid upon

12 so that way we don't have to put out 500 cure amounts only to

13 have landlords object to that.  We would prefer to just wait

14 'til we get the bids and then, they would have the right to

15 object to the curers, the adequate assurance or any other

16 matters that they see fit.

17         Your Honor, again, this goes to Your Honor's

18 schedule.  The debtors have no objection for them to raise

19 objections up to the commencement of the hearing.  We're not

20 concerned about that.  But, we strongly would advise that they

21 do so in writing if they wanted to put something in front of

22 Your Honor.  I don't know if that's acceptable to Your Honor.

23 But, given this time frame, we were comfortable that if we're

24 going to have a contested sale hearing on the 13th that we saw

25 it as not inappropriate for us to say, bring your objections

1  in, we'll deal with them as we've done in this court before.

2  Again, it's really if Your Honor wants a writing, it would be

3  up to Your Honor, and we've suggested that any landlord put a

4  writing.

5        We would think that at the conclusion of the auction

6  on the 10th, they may be very able to write an objection on the

7  11th, or a preliminary objection or whatever they see fit.

8  But, we have no objection to letting them file or come in and

9  object on the 13th, but we defer to Your Honor on whether

10  you're prepared to do that.

11        THE COURT:  That would be acceptable to the Court.  I

12  prefer to have things in writing.  I do read or try to read

13  everything that -- on these hearings and that helped to be

14  prepared.  So, it would be beneficial if they get it in, but

15  not required.

16        MR. GALARDI:  Right.  And, Your Honor, if this was a

17  different environment with the 540, we would have said we might

18  have had five hundred and forty.  It think the estimate is

19  probably 50 of those will be sold.  So, I think we were just

20  balancing the realty of the circumstance, obviously.  With

21  that, would be our standard procedure, Your Honor, as you may

22  also recall.

23        So, then we had the concern of, we are in the month

24  of February, and as I mentioned the store-closing sales are

25  going quicker than, perhaps, originally anticipated.  Under the

1 agency agreement, landlords can give us up to ten-days notice

2 of an intent to terminate from a lease.  They also have a

3 requirement that if they're in for a day and a month, they're

4 in for seven.  With that sort of knowledge, what we suggested

5 to the landlords is, by our calculation, we could get a notice

6 as late as February 18th of additional properties to the 45

7 already out there, that the agency agreement may allow to be

8 put back to us by the end of February.

9          To give you an idea of the scope of the daily rent,

10 our rough calculation is, it's roughly $850,000 a day for rent.

11 So, we had an urgency to be able to vacate the premises within

12 that ten-day period.  So, what we agreed with the landlords is

13 that although the standard date for bids will be that March 5th

14 date, when we receive a notice from the agent, if we do receive

15 a notice, that they're going to be out by the end of February.

16          We would then -- and that really goes to between now

17 and February 18th -- those properties we would notify the

18 landlords and we would notify bidders, which we've already --

19 DJM has already done to the extent they've been talking to the

20 bidders, of a bid deadline of February 24th, an auction of

21 February 26th, those dates strategically taken so that if we

22 didn't have any bids, we could vacate the premises by the end

23 of February and not pay March rent, and come back and use Your

24 Honor's March 3rd date for a sale hearing.

25          And the landlords agreed to that.  Again, that's a

1   little bit even shorter on adequate assurance.  Given the

2   shortness of time of the adequate assurance fights that we

3   could have, then we agreed that all parties' rights, the

4   landlords' rights to raise that the notice is just too short at

5   the sale hearing and that they need more time is preserved, and

6   my right to try to go forward is preserved, but hopefully,

7   we'll consensually resolve that.  And that would apply both at

8   the March 13th date, as well as the March 3rd date, but so far

9   we've been able to resolve most issues with the landlords.  So,

10  we feel comfortable with that schedule.

11          Your Honor, as I mentioned already, both with respect

12  to the bid date of March 5th and the bid date of February 24th,

13  the obligation will be the same to distribute whatever adequate

14  assurance information we receive with the bid to the landlords

15  on that evening.  Both bid deadlines will be 4 p.m., so we

16  still have an hour of the business date, plus a little time,

17  and both of those fall on the next day, would be a business

18  day, so we think we can get the landlords the information, so

19  they can discuss it with their client on a business day.

20          Additionally, both with respect to both bid

21  deadlines, we would have a noon deadline the following day so

22  either March 6th or February 25th to post cures with respect to

23  any bids that we do receive so that landlords and other parties

24  can decide what the cure amounts and whether to object to those

25  grounds -- on those grounds.

1          Your Honor, we've also agreed there's been something

2    in the papers, and we've agreed that the minimum bid for any

3    property, whether it be by a landlord or it be by a third party

4    will be the cure amount of a lease, as determined by the Court,

5    not necessarily what's in our piece of paper, because there may

6    be additional causes -- claims that the landlords may have for

7    cure, but a minimum bid for both landlords wanting to bid by

8    the bid deadline and third parties will be the cure amount as

9    ultimately determined by the Court.  And we would think that we

10   should receive bids in excess of that, but that was a landlord

11   issue.

12          Your Honor, we are not going to put into the bid

13   procedures that landlords could show up at the auction and make

14   defensive bids, but we understand our fiduciary obligation that

15   if they do and they put more money than a minimum cure bid, we

16   will, obviously, consider it at the auction.  But, we're not

17   going to insist that they can absolutely have a defensive bid.

18   Landlords will be entitled to appear at the auction on the

19   dates with respect to their properties.  And they can decide

20   whether they'd want to bid at that point, and we will, in the

21   fiduciary obligation and consultation with the committee,

22   determine whether we would want to accept a bid at that point.

23   But, if we're talking cash, cash is usually a good reason to

24   exercise your fiduciary out.

25          Your Honor, with respect to the cure amounts, what

1 we've also agreed is if we get to that sale hearing, that the

2 first sale hearing will be a scheduling conference with respect

3 to disputed cure amounts.  If we say it's X, and they say it's

4 X plus ten, we'll set that for hearing on the disputed amount,

5 but the idea would be that upon assumption and assignment,

6 undisputed cure amounts would be paid over to the landlords.

7        Your Honor, although we've asked sort of a -- we may

8 have asked in our motion, or did ask in our motion, for a

9 determination now that the ten-day stay period be waived, we

10 would -- we're not asking for that now, we would take that

11 issue up when we have a sale hearing.

12        Your Honor, I will quote what I was asked to say.  I

13 am not asking to proceed with backup bidders at this time, so

14 we'll deal with that at a sale hearing, should we do it after

15 consultation, so the order that we will put in doesn't say that

16 we can hold a second bidder out there.  Landlords were

17 concerned about showing up adequate assurance on two bidders

18 and how we do that.  In this instance, we will for now, just

19 take that out, we're not seeking to do that.

20        Your Honor, to facilitate, our bar date notice went

21 out without the landlords having to file rejection damage

22 claims, or they had to file a 30 -- we've talked about whether

23 it's 30 days after the effective date of rejection or some

24 other time.  What we've agreed to is that the bar date for

25 landlords subject to this motion, which is essentially that 576

1  properties will be one single bar date of April 30th, 2009 to

2  file proofs of claim for rejection damages.  We think this

3  whole process will be done by March 31st, which is the sale

4  closing date on the agency agreement.  We're running the

5  auctions, so all of the lease determinations, assumptions and

6  rejections should be done at least 30 days prior to that period

7  of time.  The landlords agreed that that would be an acceptable

8  date.

9          Your Honor, with respect to the rejection, we've also

10 agreed to use commercially reasonable efforts to give them a

11 data that oftentimes they need or wish to have as soon as the

12 lease is rejected.  Again, we are not saying that this is a

13 condition for us to come in and say that the property has been

14 surrendered, but that we would try to cooperate.

15         For example, the utility account numbers, the

16 security account, you know, the locksmith, the lock numbers.

17 To give a sheet of paper, I guess, it's a data sheet or a

18 spreadsheet of that kind of information to the extent we can

19 assemble it and give it at the time of rejection -- and

20 obviously, the further our rejection is, the better we'll be at

21 this -- but, to the extent we can get that, we intend to

22 include it in that notice of rejection that we have as a

23 five-day notice.

24         But, again, that cannot be used against us to say we

25 didn't surrender for failure to give all that information.  We

1   can have those disputes.  I'm not trying to prejudice their

2   case.  But, we did agree that we would try to cooperate and

3   provide them with that information.  If I think I have -- that

4   resolves all of the objections.  My understanding is to the

5   lease sale and rejection procedures, Your Honor, we would

6   modify the order, and I don't know if there's a landlord

7   counsel that needed a further clarification, but I thought --

8           THE COURT:  All right.  Any party wish to be heard?

9           MR. LeHANE:  Good afternoon, Your Honor, Robert

10  LeHane, Kelley, Drye and Warren, counsel for approximately 80

11  locations, developers, (indiscernible) and several other

12  landlords.  As you can tell from Mr. Galardi's list, we

13  accomplished a great deal, and we really are grateful for the

14  Court's time, grateful for Mr. Galardi's cooperation and the

15  debtor in working through a variety of these issues that were

16  all addressed in the various landlord objections that were

17  filed.

18          I also apologize if any of the noise from our

19  discussions bled out into the courtroom, but it was very

20  productive time, well spent.

21          A few very minor points that are on the rejection

22  notice that we discussed, the rejection notice that was

23  attached to the order included some language to the effect that

24  landlords would not be entitled to claims under 503(b) with

25  respect to abandoned property.  We're not asserting that they

are or are not, but the debtor has agreed to strike that

language from the rejection notice.

There was also some language with respect to the

extent to which property is abandoned and the landlords may

dispose of that limiting the right to do so with respect to

only parties that had received notices.  We were going to

clarify that to, if there's property in the premises, it's

abandoned, landlords can disclose of it free and clear of

liability to any third parties, whatsoever.  And those were the

very slight modifications to the rejection notices that I

believe were not put on the record.

Again, thank you to the Court for -- and to

Mr. Galardi for his efforts working these out.  We understand

that there is a great deal at stake in minimizing the expenses

to the estate, and that the timing with respect to when these

properties would be coming back from the liquidators has moved

around, and we believe this is probably the best possible

schedule for all parties.  Thank you.

THE COURT:  Thank you.

MR. GALARDI:  And Mr. LeHane's comments on the

notice, we did agree to that, for the record, Your Honor.

THE COURT:  All right.  Thank you, Mr. Galardi.

MR. GOLD:  Your Honor, Ivan Gold for a number of

landlords.  Mine are all located in California.  I'd just like

to join in Mr. LeHane's comments, but in particularly, the only

1  reason I rise is to thank Mr. Galardi for his flexibility this

2  morning.  We have a lot of issues to work out, bit of a moving

3  target caused by the liquidators' acceleration of the schedule,

4  and again, while this schedule's not perfect, I think, for any

5  party, and we will have to stay flexible and continue to engage

6  each other, it does represent, you know, our best efforts to be

7  able to put something together.  And I thank the Court for the

8  time and the brief, perhaps the noisy imposition, but we did

9  get a lot done and covered a lot of mileage this morning.

10  Thank you.

11        THE COURT:  Thank you, Mr. Gold.

12        MR. GRAY:  Good afternoon, Your Honor, William Gray

13  for a number of landlord clients.  I speak here, now, for T.J.

14  Maxx, which is a subtenant, and I think one issue that

15  Mr. Galardi forgot is that the motion seeks to a sale free and

16  clear of all liens or interests.  He's agreed that any

17  subtenant interest would be reserved for the final hearing.

18  Any interest on the ability to sale free and clear of that

19  interest or we believe adequate protection of that interest.

20        THE COURT:  All right.

21        MR. GALARDI:  And that's correct, Your Honor.  Our

22  simple idea is either that sublease will be rejected on the

23  date of the assignment or they'll be able to assert some sort

24  of interest and property, and we'll deal with that at the sale

25  hearing.

1        THE COURT:  Very good.  Thank you, Mr. Gray.

2        MS. ENGLISH:  Hello, Your Honor, my name is Caroline

3   English.  I'm with Arent Fox, and we represent 13630 Victory

4   Boulevard, LLC.  I have nothing substantive.  I just wanted to

5   note my appearance.  We filed our objection late yesterday and

6   didn't get on the agenda.

7        THE COURT:  All right.  Thank you.

8        MS. ENGLISH:  Thank you.

9        MR. BERTHELOT:  Good afternoon, Your Honor, Beau

10  Berthelot on behalf of TSA Stores.  I have nothing substantive,

11  just to note my appearance for the record and that we reserve

12  the rights as stated by Mr. Gray.

13       THE COURT:  All right.  Thank you.

14       MR. BERTHELOT:  Thank you, Your Honor.

15       MR. SAVENKO:  Good afternoon, Your Honor, Troy

16  Savenko on behalf of AmREIT, a Texas real estate investment

17  trust.  Same thing.  Just wanted to note my appearance for the

18  record, as my client came in late last night, and we just filed

19  a joinder to the objections, but the resolutions are

20  acceptable.  Thank you.

21       THE COURT:  Okay, very good.  Thank you.

22       MR. SILVERMAN:  Your Honor, Jesse Silverman for the

23  Mesurage (phonetic) Company and other landlords.  We filed an

24  objection, and I just wanted to note my appearance for the

25  record, and also to preserve our objections raised as to

1  adequate assurance and some other issues that will come up in

2  the context of an actual sale of any of these leases.

3          THE COURT:  All right.  Thank you.  Mr. Galardi, you

4  obviously did a very good job of reciting everything that you

5  all had agreed to, and I applaud your good work in getting all

6  of these issues resolved.

7          MR. GALARDI:  Thank you, Your Honor.  What we would

8  intend to do is modify the notice, let Mr. LeHane say that,

9  modify the order, circulate it -- again, two members of the

10  cabal are here -- to the parties and submit the order as soon

11  as possible to proceed on that schedule.

12          THE COURT:  All right.  Very good.  How quickly do

13  you need -- do you need that order in today?

14          MR. GALARDI:  I think the dates are already fixed in

15  the process for DJM, and so I think we're okay if it gets --

16  Monday, I guess, is a holiday, so Tuesday if we can get it to

17  Your Honor before then, that's fine, I think I'm back here

18  Tuesday anyway on a DIP motion, so we'll have it to you by

19  Tuesday.  If I can do it by the end of this afternoon, that's

20  fine, but I think people are trying to catch flights again.

21          THE COURT:  All right.  Very good.  Is there any

22  other business we need to take up today?

23          UNIDENTIFIED ATTORNEY:  Not that I know.

24          THE COURT:  Thank you.

25          ATTORNEYS:  Thank you.

1              COURTROOM DEPUTY:  All rise.  The court is now

2    adjourned.

3                              * * * * *

4                    **C E R T I F I C A T I O N**

5              I, FELICIA HUTH, court approved transcriber,

6    certify that the foregoing is a correct transcript from

7    the official electronic sound recording of the proceedings

8    in the above-entitled matter, and to the best of my

9    ability.

10

11   <u>/s/ Felicia Huth</u>

12   FELICIA HUTH

13   J&J COURT TRANSCRIBERS, INC.    DATE:  December 1, 2011

14

15

16

17

18

19

20

21

22

23

24

25

# Exhibit B-4

(Notes from Feb 13 Hearing)

March leases?                    due process not for sale

March bids          Auction          Sale Hearing
     25th           10th             13th
     ad Inf

bidders              reserve rights         will work out
want Debtors    5½     to continue         "high class
known           deadline 4pm              2 bidder problem"
w/out asking
ad info w/in 12hrs to cure
                    info
                    posted
                    noon
                    next morning

Feb leases

If notice    bids   25th     auction          recalculate
Feb 18th          ad       26th          Sale Hearing
first            ad info                March 3rd
March
leases
auction
w/out
asking

Debtor                                objection deadline
can take                              up to hearing
all bids                              March 3rd date
after 25th
if 1st greater
of 1½ of FMV
    24th              26th
cash

                    undisputed
Everyone has to bid cure amounts m/b
                    or as determined by court
Post cure amounts schedule on website
for bidded property

Subtenants takes subject to      probable rejection

    to cleared request
    of adequate protection
    requested at
    vanity                ②

                         put sues
                         to sale hearing

Backup Bidder issues
     ↳ not ask authorization
       as to how to proceed w/ backup
       bidders  LL reserve's
            Objection to the procedures

let disputed amounts   Sde Hearings with opid
as at scheduling conference

Simplify Rev Dates
    May April 30 done

Rejection Notice language
about abandoned property not
admin claim is out
'Notice...

———  System Information Package
Surrender property information
(commercially reasonable efforts
"No" Broomclean in order
     ↳ comein complaint an
     case by case basis

7637  possible
3226  bid Rg Feburary group / fee
3530  of theirs

not
a single revise
10 no's etc

- all
- ashley
- scd Steve
Karl #3

☐ preservation
of rights to object/oppose
Sale of leases free & clear

Exhibit Lease Procedures Motion
On record
Dates

46 Feb leases

410 Obj Policy
↳ March    march   5th      6th        10th        13th
    Lease 3          bids     (last       auction    Sale
                     due     lease                   Hearing   - raise
                     4pm                                        objections
    ad oss infective                                           as to t server
    12pm on the                                                hearing
    6th of
    post cure                                                  - written
    amount                                                      objections
                                                                due not
Aprl 10 Lightline                                               required
Feb 18th   24th    25th                                         b close
notice            bids due  post  26th                          13th
-to               4pm       cure  auction
accelerated       ad oss by                   March
bid process       12pa 25th d                  3rd
                                               Sale
                                               Hearing

min bid is the cure amount as
determined by court.

~~will~~
cure amounts   1st sale hearing 13
conference

10 of
waiver/stay to take ~~will be take~~ up at
Sale hearing

Bar Date 30, 2009
April

— commerically reasonable efforts to
provide "detail" before lease 03 ~~Signature~~
rejection

Exhibit B-5

**Current Projects and Their Status**

As of March 11, 2009

Client

Matter





Sacco of Maine, LLC

Circuit City Bankr.

**Lease Rejection Date - February 23, 2009**
Submit unsecured claim for the 1st 10 days of November, 08 and any other outstanding taxes and
charges owed by Circuit City by the end of January
Email Folarin about payment of administrative expenses for real estate taxes
Draft proof of claim
**Proof of Claim due on April 30th**

Niles

Circuit City Bankr.

Confirmation of receipt of claim on Jan. 30th before 5pm west coast time

TSA Stores

Circuit City Bankr.

**Proof of Claim due on April 30th.**