UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653 |
| ) | Jointly Administered |
| Circuit City Stores Inc., et al., ) | Chapter 11 |
| ) | Hon. Kevin R. Huennekens |
| Debtors. ) | |
| _____ ) | |

## ORDER DEEMING THE PROOF OF CLAIM FILED BY SACCO OF MAINE, LLC TIMELY FILED

Upon consideration of the Response of Sacco of Maine, LLC in Opposition to the Twenty-Eighth Omnibus Objection to Landlord Claims, Or, Alternatively, Motion of Sacco of Maine, LLC for Leave to File a Late Proof of Claim, Nunc Pro Tunc to April 2, 2009, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Debtor's Twenty-Eighth Omnibus Objection to Landlord Claims as to the proof of claim (Claim Number 12315) filed by Sacco of Maine, LLC is overruled and the claim is deemed timely filed.

DONE at Richmond, Virginia, this ___ day of _____, 20____.

_____
Kevin R. Huennekens
United States Bankruptcy Judge

WE ASK FOR THIS:

GOLDMAN & VAN BEEK, P.C.

By:   /s/ John P. Van Beek
     John P. Van Beek, Esq. (VA Bar #30897)
     Neil D. Goldman. (VA Bar #18352)
     510 King Street, Suite 416
     Alexandria, VA 22314
     (703) 684-3260
     (703) 548-4742 (facsimile)
     jvanbeek@goldmanvanbeek.com
     ngoldman@goldmanvanbeek.com

Attorneys for the Movant,
Sacco of Maine, LLC

## CERTIFICATION

    The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                      /s/ John P. Van Beek
                      John P. Van Beek
                      Attorney for Movant

**Copies To:**

John P. Van Beek, Esq. (VA Bar #30897)
Neil D. Goldman. (VA Bar #18352)
510 King Street, Suite 416
Alexandria, VA 22314
(703) 684-3260
(703) 548-4742 (facsimile)
jvanbeek@goldmanvanbeek.com
ngoldman@goldmanvanbeek.com


Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHUULSKI STANG ZIEHL & JONES, LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
jpomerantz@pszjlaw.com
acaine@pszjlaw.com


Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com


**END OF ORDER**

3