David W. Lannetti (VSB #44273)
Anne G. Bibeau (VSB #41477)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670
dlannetti@vanblk.com
abibeau@vanblk.com

Jerrell E. Williams (VSB #75570)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA  23218
Tel. 804-237-8800
Fax 804-237-8801
jwillilams@vanblk.com

*Local Counsel for County of Sonoma Tax Collector*

Barry S. Glaser, State Bar No. 116262
James M. Gilbert, State Bar No. 150406
**STECKBAUER WEINHART JAFFE, LLP**
333 S. Hope Street, 36th Floor
Los Angeles, California  90071
(213) 229-2868 - Telephone
(213) 229-2870 – Facsimile
bglaser@swjlaw.com - Email
jgilbert@swjlaw.com - Email

*Counsel for County of Sonoma Tax Collector*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., | ) Case No. 08-35653 (KRH) |
| | ) |
| et al.,  Debtors. | ) (Jointly Administered) |
| | |
| Debtors. | |

**MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**

James M. Gilbert ("Movant") of the law firm of Steckbauer Weinhart Jaffe, LLP ("Steckbauer"), counsel for County of Sonoma Tax Collector (the "County"), a creditor and party in interest in these jointly administered chapter 11 cases, respectfully requests that James M. Gilbert be permitted to appear telephonically for the hearing set for January 5, 2012 at 2:00 p.m. regarding the County of Sonoma Tax Collector's Response (Dkt. No. 10260) to the Liquidating Trust's Eighteenth Omnibus Objection (Dkt. No. 10062).

1.      On December 29, 2011, the undersigned counsel filed a Motion to Admit James

M. Gilbert *pro hac vice* in the above-captioned case which is still pending (Dkt. No. 11615).

     2.    Movant is resident in Steckbauer's Los Angeles, California office and seeks to minimize the cost associated with appearing for the January 5, 2012 hearing.

     3.    Movant will be responsible for making arrangements with the Courtroom Deputy to dial into the Court from a single landline phone.

     4.    Notice of this Motion will be given to (a) the Office of the United States Trustee, (b) counsel for the Liquidating Trust, (c) all persons receiving electronic notice via ECF in the above-captioned bankruptcy proceeding.

WHEREFORE, Movant respectfully requests that the Court enter an Order, substantially in the form annexed hereto, permitting Mr. Gilbert to appear telephonically for the hearing set for January 5, 2012 at 2:00 p.m..

Dated:  December 29, 2011

          Respectfully submitted,

          */s/ Anne G. Bibeau, Esq.*
          David W. Lannetti, Esq. (VSB 44273)
          Anne G. Bibeau, Esq. (VSB 41488)
          **VANDEVENTER BLACK LLP**
          101 W. Main Street, Suite 500
          Norfolk, Virginia 23510
          Telephone:  757.446.8600
          Facsimile:  757.446.8670
          abibeau@vanblk.com
          dlannetti@vanblk.com

          Jerrell E. Williams (VSB #75570)

        **VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA 23218
Tel. 804-237-8800
Fax 804-237-8801
jwilllilams@vanblk.com
*Local Counsel for County of Sonoma Tax Collector*


Barry S. Glaser, Ca. State Bar No. 116262
James M. Gilbert, State Bar No. 150406
**STECKBAUER WEINHART JAFFE, LLP**
333 S. Hope Street, 36th Floor
Los Angeles, California 90071
(213) 229-2868 - Telephone
(213) 229-2870 - Facsimile
bglaser@swjlaw.com – Email
jgilbert@swjlaw.com - Email

*Counsel for County of Sonoma Tax Collector*


## CERTIFICATE OF SERVICE

    I certify that on December 29, 2011, I will file the preceding with the Court's CM/ECF system which will cause a copy of it to be electronically served on all users registered to receive electronic notice in this case.


        */s/Anne G. Bibeau, Esq.*
Anne G. Bibeau, Esq. (VSB 41488)
David W. Lannetti, Esq. (VSB 44273)
VANDEVENTER BLACK LLP
101 W. Main Street, Suite 500
Norfolk, Virginia 23510
Telephone: 757.446.8517
Facsimile: 757.446.8670
abibeau@vanblk.com
dlannetti@vanblk.com
*Local Counsel for County of Sonoma Tax Collector*

3

4849-0365-0574, v. 1

4