William H. Schwarzschild, III, Esq. - VSB No. 15274
W. Alexander Burnett, Esq. – VSB No. 68000
Williams Mullen
Williams Mullen Center
200 South 10th St., Suite 1600
Richmond, VA 23219
Telephone: (804) 420-6489
Facsimile: (804) 420-6507
Email: tschwarz@williamsmullen.com

*Counsel for National Western Life Insurance Company*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-35653 (KRH) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

### NATIONAL WESTERN LIFE INSURANCE COMPANY'S RESPONSE TO LIQUIDATING TRUST'S TWENTY-EIGHTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)

National Western Life Insurance Company ("National Western Life"), in response to the

Liquidating Trust's Twenty-Eighth Omnibus Objection to Landlord Claims (Reduction of

Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, Disallowance of

Certain Late Filed Claims), makes the following response:

1.      Circuit City entered into a lease agreement with Anna Schwartz, Soltan Schwartz, Deborah Landman and Eli Landman ("Landman Schwartz"), regarding its facility in Steubenville, Ohio.   A copy of that Lease Agreement ("Lease Agreement") is attached to and incorporated by reference in Proof of Claim # 11,937 filed by Landman Schwartz (a copy of which is attached to this Response as Exhibit #1)

2.      Landman Schwartz executed a Collateral Assignment of Rents, Income and Profits to National Western Life in which it assigned to National Western Life the rents to which it was entitled pursuant to the Lease Agreement ("Assignment of Rents").  The Assignment of Rents is attached to and incorporated by reference in the Proof of Clam #8136 filed by National Western Life (a copy of which is attached this response as Exhibit #2).

3.      Circuit City was given notice of the Assignment of Rents (Exhibit #3) by letter dated March 28, 2000.

4.      As described by the Liquidating Trusts Twenty Eighth Omnibus Objection To Landlord Claims, the National Western Life and Landman Schwartz claims, while varying in items of damage being claimed, are largely duplicative and only one of such claims are properly payable by the Bankruptcy Estate.

5.      After the Proofs of Claims of Landman Schwartz and National Western Life were filed, Landman Schwartz and National Western Life entered into a Deed in Lieu of Foreclosure (Exhibit #4) ("Deed in Lieu").

6.      Under the terms of the Assignment of Rents and under the Deed in Lieu, National Western Life is entitled to the proceeds of any payments to which Landman Schwartz would be entitled to relating to its Proof of Claim #11,937 (See paragraph 8 of the Deed in Lieu).

WHEREFORE, National Western Life Insurance Company respectfully requests that the

Court enter an Order directing that (i) the Proof of Claim filed by Anna Schwartz, Zoltan

Schwartz, Deborah Landman, and Eli Landman be reduced by the amounts stated in the Notice

of Liquidating Trust's Twenty-Eighth Omnibus Objection to Landlord Claims (Reduction of

Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, Disallowance of

Certain Late Filed Claims, and Disallowance of Certain Amended Claims), (ii) that any

payments from the estate of the allowed claim #11,937 be paid to National Western Life

Insurance Company, and that any payment made based on claim #11,937 shall be considered to

be a payment of claim #8136 filed by National Western Life Insurance Company and (iii)

granting such other and further relief as the Court deems appropriate.

Dated: Richmond, Virginia
December 29, 2011

                         NATIONAL WESTERN LIFE INSURANCE
                         COMPANY


                         By /William H. Schwarzschild, III
                                      Counsel

William H. Schwarzschild, III, Esq. - VSB No. 15274
W. Alexander Burnett, Esq. – VSB No. 68000
Williams Mullen
Williams Mullen Center
200 South 10th St., Suite 1600
Richmond, VA 23219
Telephone:  (804) 420-6489
Facsimile:  (804) 420-6507
Email:  tschwarz@williamsmullen.com

*Counsel for National Western Life Insurance Company*

STATE OF TEXAS

COUNTY OF GALVESTON

BEFORE ME, the undersigned Notary Public, on this day personally appeared Tara B. Annweiler, known to me to be the person whose name is subscribed herein, and who, being by me duly sworn on oath deposed and said that she has read the above and foregoing document and that the facts stated therein are within her personal knowledge and are true and correct.



Tara B. Annweiler

SUBSCRIBED AND SWORN TO BEFORE ME on this 29th day of December , 2011, to certify which witness my hand and official seal.

WENDY A. BARRON
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
AUG. 29, 2014

Notary Public in and for the State of Texas

16647130_1.DOC

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed and served

this 29th day of December, 2011, electronically using the Court's ECF System, and was sent by

first class mail, postage prepaid, to the entities at the address indicated below:

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA  23219

Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, Virginia  23219

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

Andrew W. Caine
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

By:   */s/ William H. Schwarzschild*

16647130_1.DOC