NOTIFICATION OF COLLATERAL ASSIGNMENT OF RENTS
AND INSTRUCTIONS AS TO PAYMENT

March 28, 2000

Circuit City Stores, Inc.  **CERTIFIED MAIL RETURN**
9950 Mayland Drive  **RECEIPT REQUESTED**
Richmond, VA 23233

Re:  Lease (the "Lease") dated June 8, 1999 between CC Investors #17, L.P., as Landlord, and Circuit City Stores, Inc., as Tenant; relating to the land and improvements situated in 4130 Mall Drive, Steubenville, Ohio 43952 (the "Premises").

Dear Sir:

This is to notify you that under the provisions of a Collateral Assignment of Rents, Incomes and Profits, a copy of which is attached hereto, Deborah Landman, Eli Landman, Anna Schwartz and Zoltan Schwartz ("Landlord") have assigned their entire right, title and interest in and to the rents, income, profits and other revenues under the Lease to National Western Life Insurance Company (" National Western").

In accordance therewith, you are hereby authorized and directed to make all rental and all other payments due under the Lease, commencing May 1, 2000, to National Western for the benefit of Landlord at the following address or to such other address as National Western may designate in writing from time to time:

> National Western Life Insurance Company
> 850 East Anderson Lane
> Austin, Texas 78752-1602
> Attention: Mortgage Loan Department

Your particular attention is called to the fact that under the terms of the Collateral Assignment of Rents, Incomes, and Profits, National Western assumes no responsibility for the control, care, management or repair of the Premises, nor is National Western liable for the performance of any of the terms and conditions of the Lease, such being the continued responsibility of Landlord. In addition, Landlord has no right to alter, modify, amend, terminate, or renew (except as provided in the Lease) the Lease or to waive performance or observance by the tenant under the Lease of any condition or covenant of the Lease, without the prior written consent of Lender (except only for those modifications made in the ordinary course of Landlord's business which are not material or adverse to Lender, in which event only Lender's consent shall not be required.

46541.2

This Notification of Collateral Assignment of Rents and Instructions as to Payment may not be altered, modified, amended or terminated unless the same shall be in writing and executed by National Western.

_____
DEBORAH LANDMAN
Social Security No. 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

_____
ELI LANDMAN
Social Security No. 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

_____
ANNA SCHWARTZ
Social Security No. 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

_____
ZOLTAN SCHWARTZ
Social Security No. 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

46541.2                                    2