William H. Schwarzschild, III, Esq. - VSB No. 15274
W. Alexander Burnett, Esq. – VSB No. 68000
Williams Mullen
Williams Mullen Center
200 South 10th St., Suite 1600
Richmond, VA 23219
Telephone:  (804) 420-6489
Facsimile:  (804) 420-6507
Email:  tschwarz@williamsmullen.com

*Counsel for National Western Life Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | )    Chapter 11 |
| | ) |
| | )    Case No. 08-35653 (KRH) |
| Debtors. | ) |
| | )    (Jointly Administered) |

**ORDER REGARDING NATIONAL WESTERN LIFE INSURANCE COMPANY'S RESPONSE TO LIQUIDATING TRUST'S TWENTY-EIGHTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, AND DISALLOWANCE OF <u>CERTAIN AMENDED CLAIMS</u>)**

THIS MATTER having come before the Court on National Western Life Insurance Company's Response to the Liquidating Trust's Twenty-Eighth Obmnibus Objection to Landlord Claims (reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims) (the "Objection").  The objection requested, among other things, that the claims specifically identified on Exhibit C through Exhibit F attached to the Objection be reduced or

disallowed for those reasons set forth in the Objection. National Western Life Insurance Company has filed its Response to Liquidating Trust's Twenty-Eighth Obmnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, and Disallowance of Certain Amended Claims). It appears that the relief requested by National Western Life Insurance Company is well taken and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

    1.    The Objection to the Proof of Claim #8136 filed by National Western Life Insurance Company is SUSTAINED.

    2.    The Claims identified as Claim #11,937 filed by Landman Schwartz is reduced by the following amounts: $51,099.69 for rejection damages, $3,429.43 for attorney fees and $80,950.00 for miscellaneous damages not reflected on debtor's books and records.

    3.    The balance of the allowed claim #11,937 shall be paid to National Western Life Insurance Company.

Dated: Richmond, Virginia
December 29, 2011

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

---

William H. Schwarzschild, III, Esq. - VSB No. 15274
W. Alexander Burnett, Esq. – VSB No. 68000
Williams Mullen
Williams Mullen Center
200 South 10th St., Suite 1600
Richmond, VA 23219
Telephone: (804) 420-6489
Facsimile: (804) 420-6507
Email: tschwarz@williamsmullen.com

*Counsel for National Western Life Insurance Company*

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

---

William H. Schwarzschild, III

16648015_1.DOC