| | |
|---|---|
| Anne G. Bibeau, VSB #41477<br>David W. Lannetti, VSB #44273<br>**VANDEVENTER BLACK LLP**<br>101 W. Main Street, Ste. 500<br>Norfolk, VA 23510<br>Tel. 757-446-8600<br>Fax 757-446-8670<br>dlannetti@vanblk.com<br>abibeau@vanblk.com | Barry S. Glaser, State Bar No. 116262<br>James M. Gilbert, State Bar No. 150406<br>**STECKBAUER WEINHART JAFFE, LLP**<br>333 S. Hope Street, 36th Floor<br>Los Angeles, California 90071<br>(213) 229-2868 - Telephone<br>(213) 229-2870 - Facsimile<br>bglaser@swjlaw.com – Email<br>jgilbert@swjlaw.com - Email |
| Jerrell E. Williams (VSB #75570)<br>**VANDEVENTER BLACK LLP**<br>707 East Main Street, Suite 1700<br>P. O. Box 1558<br>Richmond, VA 23218<br>Tel. 804-237-8800<br>Fax 804-237-8801<br>jwilliams@vanblk.com | *Counsel for County of Sonoma Tax Collector* |

*Local Counsel for County of Sonoma Tax Collector*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC. : | ) | Case No. 08-35653 (KRH) |
| | ) | |
| et al., Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER APPROVING ADMISSION
PRO HAC VICE OF JAMES MICHAEL GILBERT**

This matter comes before the Court upon the Motion of Anne G. Bibeau, requesting entry of an order authorizing James Michael Gilbert of the firm of Steckbauer Weinhart Jaffe LLP, in Los Angeles, California, to appear *pro hac vice* in the above-captioned bankruptcy case to represent the County of Sonoma Tax Collector. Based upon the representations set forth in the Motion, and finding it otherwise proper to do so, the Court

ORDERS that James Michael Gilbert be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in the above-captioned bankruptcy case and all related adversary proceedings.

ENTERED ON:

_____
United States Bankruptcy Judge

I ask for this:

*/s/ Anne G. Bibeau, Esq.*_____
David W. Lannetti, Esq. (VSB 44273)
Anne G. Bibeau, Esq. (VSB 41488)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Suite 500
Norfolk, Virginia 23510
Telephone:  757.446.8600
Facsimile:  757.446.8670
abibeau@vanblk.com
dlannetti@vanblk.com

Jerrell E. Williams (VSB #75570)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA  23218
Tel. 804-237-8800
Fax 804-237-8801
jwilliams@vanblk.com
*Local Counsel for County of Sonoma Tax Collector*

## CERTIFICATE OF SERVICE

I certify that the foregoing Order has been endorsed by all appropriate counsel in accordance with Rule 9022-1(C) of the Bankruptcy Rules.

*/s/ Anne G. Bibeau, Esq.*_____
Anne G. Bibeau, Esq. (VSB 41488)

4816-9907-1246, v.  1

2