# Exhibit A

Case 08-35653-KRH    Doc 11628-1    Filed 01/03/12    Entered 01/03/12 10:21:58    Desc
Exhibit(s)  A - Application to Qualify as a Foreign Attorney    Page 1 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653          ,* Case Name Circuit City Stores, Inc.

PERSONAL STATEMENT

FULL NAME (no initials, please) Mary Louise Fullington
Bar Identification Number 85335         State Kentucky
Firm Name Wyatt, Tarrant & Combs, LLP
Firm Phone # (859) 233-2012         Direct Dial # (859) 233-7424         FAX # (859) 259-0649
E-Mail Address lexbankruptcy@wyattfirm.com
Office Mailing Address 250 West Main Street, Suite 1600, Lexington, Kentucky 40507-1746
Name(s) of federal court(s) in which I have been admitted Please see attached

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

Mary L. Fullington
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____          1/3/12
(Signature)                                                    (Date)

Neil E. McCullagh
(Typed or Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Court Use Only:

The motion for admission is GRANTED _____ or DENIED _____

_____          _____
(Judge's Signature)                                        (Date)

Ver. 11/05/09 [effective 12/01/09]

## MARY L. FULLINGTON (KY 85335) (LA 16924)
## DATES OF ADMISSION

Chronological Order

| COURT | DATE |
|---|---|
| Louisiana Bar | 10/11/85 |
| United States District Court, Middle District of Louisiana | 10/27/86 |
| United States District Court, Western District of Louisiana | 12/16/86 |
| United States Court of Appeals, Fifth Circuit | 01/25/88 |
| Kentucky Bar | 10/21/94 |
| United States District Court, Eastern District of Kentucky | 12/13/94 |
| United States District Court, Western District of Kentucky | 12/09/99 |
| United States District Court, Northern District of Illinois | 03/11/03 |
| United States District Court, Southern District of Indiana | 04/27/10 |

30537531.1