Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al.,[1] | **:** Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:** (Jointly Administered) |
| | **:** |
| | **:** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JANUARY 5, 2012 AT 2:00 P.M. (EASTERN)**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on January 5, 2012 beginning at 2:00 p.m. Eastern.

## I.      MOTIONS (RESOLVED AND/OR CONTINUED)

1.      *Siegel v. SYNNEX Corporation, a/k/a New Age Electronics*, Case No. 10-03657; Motion to Compel *(Motion for Order Pursuant to Rule 7037 Against Synnex Corporation, a/k/a New Age Electronics, a Division of Synnex Corporation and New Age Electronics, Inc. for Failure to Respond to Discovery and for Sanctions)* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 8)

> Related
> Documents:

> a.      Notice of Hearing (Re: related document(s)[18] Motion to Compel filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 9)

> Objection
> Deadline:            February 14, 2012

> Objections/
> Responses
> Filed:

> Status:              The parties request that the matter be continued until February 21, 2012.

## II.     CLAIMS OBJECTIONS

2.      Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

> Related
> Documents:

> a.      Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4449)

b.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
(Reclassification of Certain Misclassified Claims to General Unsecured, Non-
Priority Claims) (Docket No. 4736)

c.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
(Reclassification of Certain Misclassified Claims to General Unsecured, Non-
Priority Claims) (Docket No. 4758)

d.      Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
(Reclassification of Certain Misclassified Claims to General Unsecured, Non-
Priority Claims) (Docket No. 6299)

e.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
(Reclassification of Certain Misclassified Claims to General Unsecured, Non-
Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No.
6642)

f.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
(Reclassification of Certain Misclassified Claims to General Unsecured, Non-
Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No.
6661)

g.      Memorandum Opinion (Docket No. 6693)

h.      Order Granting Motion for Summary Judgment (Docket No. 6694)

i.      Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
(Reclassification of Certain Misclassified Claims to General Unsecured, Non-
Priority Claims) (Docket No. 6868)

j.      Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
(Reclassification of Certain Misclassified Claims to General Unsecured, Non-
Priority Claims) (Docket No. 7114)

k.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home &
Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

l.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Arboretum of South Barrington Resolving a Certain Claim (Docket
No. 8361)

m.      Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores,
Inc. and Between Imation Enterprises Corp.  (Docket No. 8861)

n.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO ONE
        REMAINING UNRESOLVED CLAIM (Re: related document(s)[3703]
        Objection to Claim filed by   Circuit City Stores, Inc.) Hearing scheduled
        8/22/2011 at  02:00 PM at Judge Huennekens' Courtroom (Document No. 10973)

o.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO ONE
        REMAINING UNRESOLVED CLAIM (Re: related document(s)[3703]
        Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 9/7/2011
        at 02:00 PM at Judge Huennekens' Courtroom (Document No. 11142)

p.      Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL
        REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703]
        Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim
        filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
        Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
        Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled
        10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

q.      Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ONE
        REMAINING UNRESOLVED OBJECTION; Appearance(s): Paula Beran (Re:
        related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc.)
        Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
        E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11556)

Objection
Deadline:              July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit A.

Status:                For the one claim for which the objection is still pending, this
                       matter is adjourned to March 8, 2012 at 2:00 p.m.  See attached
                       Exhibit A.

3.      Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal
        Claims) (Docket No. 4585)

        Related
        Documents:

        a.      Order on Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of
                Certain Legal Claims) (Docket No. 5294)

        b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
                Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors'

4

Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth Omnibus Objection to Claim No. 5708 (Docket No. 8358)

c.   Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Ada Alicea Resolving the Debtors' Thirty-First Omnibus Objection to Claim No. 6283 (Docket No. 8839)

d.   Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF PNY TECHNOLOGIES, INC. [CLAIM NO. 1723]* (Docket No. 9910)

e.   Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claim) Solely with Respect to the Claim of Leon Hurney [Claim No. 10047] (Docket No. 9868)

f.   Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LEGAL CLAIM) SOLELY WITH RESPECT TO THE CLAIM OF TANDEN KIBBY (CLAIM NO. 6894)* (Docket No. 10084)

g.   Continued for substantive hearing as to claim by Richard and Deborah Jaynes; continued for status hearing as to remaining unresolved objections (Re: related document(s)[4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 8/22/2011 at  02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.   L. Tavenner for Liquidating Trust (Docket No. 10978)

h.   Amended Notice of Hearing - *Substantive (Thirty-First Omnibus Objection - Claim No. 3427) ( Claimant(s) - Richard and Deborah Jaynes)* (Re: related document(s) 10901 Notice of Hearing filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 10988)

i.   Docket Entry – SETTLED as to Richard and Deborah Jaynes; continued for status hearing as to remaining unresolved objections (Re: related document(s) [4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 9/7/2011 at 2:00 p.m. Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Va.  P. Beran for Liquidating Trust. (Docket No. 11143)

j.   Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]

5

Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

k.  Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS; Appearance(s): Paula Beran (Re: related document(s)[4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11556)

Objection
Deadline:              September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit A.

Status:                For those claims for which the objection is still pending, this matter is adjourned to March 8, 2012 at 2:00 p.m.  See attached Exhibit A.

4.  Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 4613)

Related
Documents:

a.  Order on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 5397)

b.  Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 7343)

c.  Memorandum of Law In Support of Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 7344)

d.  Notice of Motion and Hearing (Docket No. 7345)

e.  Notice of Rescheduled Hearing On Debtors' Motion For And Memorandum Of Law In Support Of The Debtors' Motion For Partial Summary Judgment On The Thirty-Seventh Omnibus Objection To Claims (Reduction Of Certain Personal Property Tax Claims) (Docket No. 7550)

f.      Notice of Presentment of Agreed Order By And Among The Debtors And Certain Taxing Authorities With Respect To The Thirty-Seventh Omnibus Objection (Docket No. 7695)

g.      Agreed Order by and Among the Debtors and Certain Taxing Authorities with Respect to the Thirty-Seventh Omnibus Objection and Related Pleadings (Docket No. 7800)

h.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Kitsap County Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13337 (Docket No. 7983)

i.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and City of Chesapeake Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 11842 (Docket No. 8015)

j.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and the Escambia County Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 1624, 13792, and 14789 (Docket No. 8067)

k.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Gaston County, North Carolina Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 1836 and 13350 (Docket No. 8167)

l.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Allen County, Indiana Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13395 (Docket No. 8174)

m.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Harris County, Texas Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 14429 (Docket No. 8181)

n.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Travis County, Texas Regarding Claim Nos. 10531 and 14423 (Docket No. 8184)

o.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Loudon County Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13686 (Docket No. 8187)

p.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Lewisville Independent School District Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13579 and Resolving Claim No. 1840 (Docket No. 8204)

q.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Boulder County, Colorado Treasurer Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 10419 (Docket No. 8359)

r.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Ada County, Idaho Resolving the Debtors' Thirty-Seventh Omnibus
        Objection to Claim No. 14430 (Docket No. 8407)

s.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Arlington Independent School District, Texas Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 6535 and Resolving Claim No.
        124 (Docket No. 8413)

t.      Certificate of No Objection with Respect to the Settlement Agreement and
        Stipulation by and Among the Debtors and Desoto County, Mississippi Resolving
        the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13944 and Related
        Matters (Docket No. 8417)

u.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Brevard County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13320 (Docket No. 8438)

v.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Hernando County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 13385 (Docket No. 8439)

w.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Palm Beach County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim No. 3882 and Relating to Claim No.
        14744 (Docket No. 8440)

x.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Osceola County, Florida Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim Nos. 13064 and 13162 (Docket No.
        8441)

y.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Prince George's County, Maryland Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 13465 and Resolving Claim Nos.
        12431 and 13466 (Docket No. 8445)

z.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Charles County, Maryland Resolving the Debtors' Thirty-Seventh
        Omnibus Objection to Claim No. 13576 and Resolving Claim No. 1835 (Docket
        No. 8446)

aa.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Wake County, North Carolina Revenue Department Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13627 and Resolving
Claim No. 1795 (Docket No. 8447)

bb.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Manatee County, Florida Tax Collector Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim No. 13325 (Docket No. 8454)

cc.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Okaloosa County, Florida Tax Collector Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim No. 13315 (Docket No. 8455)

dd.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Pinellas County, Florida Tax Collector Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim No. 13309 (Docket No. 8456)

ee.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Orange County, Florida Tax Collector Resolving the Debtors' Thirty-
Seventh Omnibus Objection to Claim No. 13316 (Docket No. 8457)

ff.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Snohomish County Treasurer Resolving the Debtors' Thirty-Seventh
Omnibus Objection to Claim No. 11646 and Resolving Claim No. 1547 (Docket
No. 8487)

gg.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Marion County, Florida Tax Collector Resolving the Debtors' Thirty-
Seventh Omnibus Objection to Claim No. 13318 and Relating to Claim No.
213 (Docket No. 8735)

hh.     Stipulation - *Withdrawal of Claim(s) by Polk County Tax Collector* By Circuit
City Stores, Inc. Liquidating Trust and Between Polk County Tax Collector filed
by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores,
Inc. Liquidating Trust. (Docket No. 9905)

ii.     Notice of Hearing *on Debtors' Motion for and Memorandum of Law in Support of
the Debtors' Motion for Partial Summary Judgment on the Thirty-Seventh
Omnibus Objection to Claims (Reduction of Certain Personal Property Tax
Claims) and Substantive Hearing on Claim Objections (Thirty-Seventh Omnibus
Objection Claimant City of Brighton, Claim Numbers 11213 & 13834; Claimant
Alameda County Treasurer-Tax Collector, Claim Numbers 13294; Claimant Los
Angeles County, California Taxing Authority, Claim Number 13628; Claimant
Monterey County, California Taxing Authority, Claim Number 14131; Claimant -
Placer County, California, Claim Number 13291)* (Re: related document(s)[4613]

9

Objection to Claim filed by Circuit City Stores, Inc., [4788] Objection filed by Placer California, [4932] Response filed by Placer California, [5065] Response filed by City of Brighton, [5098] Response filed by Alameda County Treasurer, [5113] Response filed by Los Angeles et al., [7343] Motion for Summary Judgment filed by Circuit City Stores, Inc., [7344] Memorandum filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 10989)

jj.      Supplemental Notice of Hearing (Re: related document(s) 4613 Objection to Claim filed by Circuit City Stores, Inc., 7343 Motion for Summary Judgment filed by Circuit City Stores, Inc., 7344 Memorandum filed by Circuit City Stores, Inc., 10989 Notice of Hearing filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 10990)

kk.      Docket Entry - Continued for hearing on Motion for Partial Summary Judgment as to remaining unresolved claims; if granted, substantive hearing to follow (Re: related document(s) [4613] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 9/21/2011 at 2:00 p.m. at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Va. P. Beran for Liquidating Trust (Docket No. 11144)

ll.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OBJECTIONS TO WHICH RESPONSES WERE FILED (Re: related document(s)[4613] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 11/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Liquidating Trust. (Docket No. 11269)

mm.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OBJECTIONS TO WHICH RESPONSES WERE FILED (Re: related document(s)[4613] Thirty-Seventh Omnibus Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Trustee. (Docket No. 11428)

Objection
Deadline:                     May 13, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                        Various as previously articulated including those on <u>Exhibit A</u>.

Status:                For those claims for which the objection is still pending, see
                       attached Exhibit A, the Trust will conduct a status hearing.
                       **Those parties do not need to appear at the hearing. Such
                       parties' rights will not be affected at this hearing.** The Trust
                       will also request that the status hearing be continued until March 8,
                       2012 at 2:00 p.m.

5.    Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability
      (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability
      (Subcontractor Claims)) (Docket No. 5879)

      Related
      Documents:

      a.     Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of
             Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims);
             and (iii) No Liability (Subcontractor Claims) (Docket No. 6368)

      b.     Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims
             (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability
             (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket
             No. 6585)

      c.     Notice of Hearing on the Merits on Debtors' Sixtieth Omnibus Objection to Claim
             No. 14123 Filed by Phillip Lee Steele and Response Thereto (Docket No. 8205)

      d.     Second Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims
             (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability
             (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket
             No. 8285)

      e.     Third Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims
             (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability
             (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket
             No. 8421)

      f.     Notice of Hearing (Re: related document(s) 5879 Objection to Claim filed by
             Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on
             behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9819)

      g.     Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL
             REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703]
             Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim
             filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
             Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
             Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled

10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

h.    Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS; Appearance(s): Paula Beran. (Re: related document(s)[5879] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11558)

Objection
Deadline:            December 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit A.

Status:              The status hearing for the objection as it relates to the one remaining claim has been adjourned to March 8, 2012 at 2:00 p.m.

6.    Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (Docket No. 7460)

Related
Documents:

a.    Order on Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (Docket No. 7858)

b.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, the Equal Employment Opportunity Commission, Jamal Booker and Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230 and 4238 (Docket No. 8138)

c.    CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

r.    Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS; Appearance(s): Paula Beran. (Re: related document(s)[7460] Objection to Claim filed by Circuit City Stores, Inc.)

Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11559)

Objection
Deadline:            June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:               See attached <u>Exhibit A.</u>

Status:              For the one claim for which the objection is still pending, this matter is adjourned to March 8, 2012 at 2:00 p.m.  See attached <u>Exhibit A</u>.

7.    Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 7874)

      Related
      Documents:

      a.    Order on Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 8199)

      b.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and James Fouskey Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 4017 (Docket No. 8733)

      c.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Richard Grande Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 6242 (Docket No. 8739)

      d.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 6008 (Docket No. 8740)

      e.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 4767 (Docket No. 8744)

      f.    Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Anna Thomas Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 3145 (Docket No. 8777)

      g.    Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Leedell Murphy Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 5832 (Docket No. 8841).

      h.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF DENISE K. FISHER [CLAIM NO. 3544]* (Docket No. 9903)

      i.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF MARY LOPRESTI [CLAIM NO. 5401]* (Docket No. 9904)

      j.      Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

      k.      Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS; Appearance(s): Paula Beran. (Re: related document(s)[7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11560)

Objection
Deadline:          July 15, 2010 at 4:00 p.m.

Objections/
Responses
Filed:          See attached Exhibit A.

Status:          For those claims for which the objection is still pending, this matter is adjourned to March 8, 2012 at 2:00 p.m.  See attached Exhibit A.

8.      Notice and Objection to Claim of California Board Of Equalization - *Liquidating Trust's Objection to Claim Nos. 12002, 13186 and 13187 Filed By The California Board Of Equalization* (Docket No. 10069)

Related
Documents:

      a.      Hearing continued (Re: related document(s)[10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/27/2011 at  02:00 PM at Judge Huennekens' Courtroom (Docket No. 10971)

b.      Evidentiary Hearing continued (Re: related document(s)[10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 9/21/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 11074)

c.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust.  (Docket No. 11376)

Objection
Deadline:               April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                  Opposition of the State of California, State Board of Equalization to Liquidating Trust's Objection to Claim Nos. 12002, 13186, and 13187 filed by the California Board of Equalization (Docket No. 10220)

Status:                 The Trust will request that the Court continue the matter for status hearing on March 8, 2012 at 2:00 p.m.

9.      Notice and Objection to Claim of The Arizona Department Of Revenue - *Liquidating Trust's Objection to Claim No. 14695 Filed By The Arizona Department Of Revenue* (Docket No. 10055)

Related
Documents:

a.      Docket Entry – Continued for Status Hearing (Re: related document(s) 10055 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing

scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11146)

b.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust.  (Docket No. 11376)

Objection
Deadline:           Extended to May 9, 2011 at 4:00 p.m.

Objections/
Responses
Filed:              Response to (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Denise Ann Faulk on behalf of Arizona Department of Revenue.

Status:             The status hearing will be adjourned to March 8, 2012 at 2:00 p.m. Claimant does not need to appear at this hearing.

10.   Notice and Objection to Claim of The City Of New York Department Of Finance - *Liquidating Trust's Objection to Claim No. 2297 Filed By The City Of New York Department Of Finance*  (Docket No. 10056)

Related
Documents:

a.      Order Addressing Aspects of Liquidating Trust's Objection To Claim No 2297 Filed By The New York City Department of Finance (Re: related document(s) 10056 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10581 Hearing continued) (Docket No. 10647)

b.      Docket Entry – Continued for Status Hearing (Re: related document(s) 10055 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064

16

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.
(Docket No. 11146)

    c.    Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trust.  (Docket No. 11376)

Objection
Deadline:             April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:

    a.    Response Of The New York Department of Finance ("DOF") To The Liquidating
Trust's Objection to DOF Claim No. 2297 For Pre-Petition Excise Taxes (Docket
No. 10056)

    b.    Motion to Approve *NOTICE AND CROSS-MOTION OF THE NEW YORK CITY
DEPARTMENT OF FINANCE FOR LEAVE TO AMEND AND INCREASE TAX
PRIORITY CLAIM NO. 2297, BASED ON THE RECORDS PRODUCED BY THE
DEBTORS AFTER THE BAR DATE* filed by The New York City Dept. of
Finance (Docket No. 10471)

Status:           This matter has been settled pursuant to procedures previously
approved by this Court.  Accordingly, the matters may be removed
from the Court docket.

11.    Notice and Objection to Claim of The Tennessee Department of Revenue - *Liquidating
Trust's Objection to Claim Nos. 12970 and 14308 Filed By The Tennessee Department of
Revenue* (Docket No. 10057)

Related
Documents:

a.  Docket Entry – Continued for Status Hearing (Re: related document(s) 10055
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
    scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
    Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.
    (Docket No. 11146)

b.  Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
    Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at
    Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
    P. Beran for Trust.  (Docket No. 11376)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 Response to Liquidating Trust's Objection to Claim Nos. 12970
                       and 14308 of the Tennessee Department of Revenue

Status:                A status conference will go forward with respect to this Objection.
                       Claimant does not need to appear at this hearing.  During the status
                       hearing the Trust will advise the Court that the status hearing will
                       be adjourned to March 8, 2012 at 2:00 p.m.

12.  Notice and Objection to Claim of The Wisconsin Department of Revenue - *Liquidating
     Trust's Objection to Claim No. 12598 Filed By The Wisconsin Department of Revenue*
     (Docket No. 10058)

Related
Documents:

a.      Docket Entry – Continued for Status Hearing (Re: related document(s) 10055
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
        scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
        Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.
        (Docket No. 11146)

b.      Docket Entry – Continued for Status Hearing (Liquidating Trust Tax Claim
        Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at
        Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
        P. Beran for Trust.  (Docket No. 11376)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objection/
Responses:
Filed:                 Letter Response to the Liquidating Trustee's Claim No. 12958
                       filed by Wisconsin Department of Revenue (Docket 10169)

                       Letter (March 8, 2011) Response to Liquidating Trustee's
                       Objection to Claim No. 12958 filed by Wisconsin Dept. of
                       Revenue (Docket 10224)

Status:                A status conference will go forward with respect to this Objection.
                       Claimant does not need to appear at this hearing.  During the status
                       hearing the Trust will advise the Court that the status hearing will
                       be adjourned to March 8, 2012 at 2:00 p.m.

13.     Notice and Objection to Claim of Louisiana Department Of Revenue - *Objection to
        Claim Nos. 514, 13514 and 15207 Filed By The Louisiana Department Of Revenue*
        (Docket No. 10064)

        Related
        Documents:

        a.      Docket Entry – Continued for Status Hearing (Re: related document(s) 10055
                Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056
                Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057
                Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058
                Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064
                Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
                Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068
                Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070
                Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
                scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
                Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.
                (Docket No. 11146)

        b.      Docket Entry – Continued for Status Hearing (Liquidating Trust Tax Claim
                Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at
                Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
                P. Beran for Trust.  (Docket No. 11376)

        Objection
        Deadline:              April 7, 2011 at 4:00 p.m.

        Objections/
        Responses
        Filed:                 None

        Status:                The status hearing is adjourned to March 8, 2012 at 2:00 p.m.
                               Claimant does not need to appear at this hearing.

14.     Notice and Objection to Claim of Commonwealth of Massachusetts *Liquidating Trust's Objection to Claim No.14832 Filed By The Commonwealth of Massachusetts* (Docket No. 10066)

Related
Documents:

a.      Docket Entry – Continued for Status Hearing (Re: related document(s) 10055 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11146)

b.      Docket Entry – Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust.  (Docket No. 11376)

Objection
Deadline:              Extended to May 9, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 Response by Commissioner of Massachusetts Department of Revenue to Liquidating Trust's Objection to Claim No. 14832 Filed by the commonwealth of Massachusetts *with certificate of service* (Re: related document(s)[10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Stephen G. Murphy of Massachusetts Department of Revenue on behalf of Massachusetts Department of Revenue. (Attachments: # (1) Exhibit(s) 1 thru 3# (2) Exhibit(s) 4 thru 6# (3) Exhibit(s) 7 thru 9#

21

(4) Exhibit(s) 10 thru 12# (5) Exhibit(s) 13 thru 15) (Docket No. 10694)

Status:               The status hearing will be adjourned to March 8, 2012 at 2:00 p.m. Claimant does not need to appear at this hearing.

15.   Notice and Objection to Claim of State of New Jersey - *Liquidating Trust's Objection to Claim Nos. 2300 and 11861 Filed by the State of New Jersey* (Docket No. 10068)

Related
Documents:

a.   Docket Entry – Continued for Status Hearing (Re: related document(s) 10055 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11146)

b.   Docket Entry – Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust.  (Docket No. 11376)

Objection
Deadline:             Extended to May 9, 2011 at 4:00 p.m.

Objections/
Responses
Filed:

Status:              The status hearing will be adjourned to March 8, 2012 at 2:00 p.m.
                     Claimant does not need to appear at this hearing.

16.    Notice and Objection to Claim of Commonwealth of Virginia Department of Taxation -
       *Liquidating Trust's Objection to Claim Nos. 12898 And 14636 Filed By The
       Commonwealth Of Virginia Department Of Taxation* (Docket No. 10070)

       Related
       Documents:

       a.     Docket Entry – Continued for Status Hearing (Re: related document(s) 10055
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
              scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
              Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.
              (Docket No. 11146)

       b.     Docket Entry – Continued for Status Hearing (Liquidating Trust Tax Claim
              Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at
              Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
              P. Beran for Trust.  (Docket No. 11376)

       Objection
       Deadline:            April 7, 2011 at 4:00 p.m.

       Objections/
       Responses
        Filed:              Reply, Response to, Objection (Re: related document(s)[10070]
                            Objection to Claim filed by Circuit City Stores, Inc. Liquidating
                            Trust) filed by Mark K. Ames of Taxing Authority Consulting
                            Services PC on behalf of Commonwealth of Virginia, Department
                            of Taxation

Status:              A status conference will go forward with respect to this Objection.
                     Claimant does not need to appear at this hearing.  During the status
                     hearing the Trust will advise the Court that the status hearing will
                     be adjourned to March 8, 2012 at 2:00 p.m.

17.    Notice and Objection to Claim *Liquidating Trust's First Omnibus Objection to Landlord
       Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
       Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain
       of Late Filed Claims, Disallowance of Certain Amended Claims and Disallowance of
       Certain Invalid Claims)* (Docket No. 10024)

       Related
       Documents:

       a.    Notice of Withdrawal of Reference *Notice of Withdrawal of Docket No. 1138 and
             Claim No. 13098* (Re: related document(s) 1138 Motion to Compel filed by
             Watercress Associates, LP, LLP dba Pearlridge Center, Starpoint Property
             Management, LLC, RD Bloomfield Associates Limited Partnership, Acadia
             Realty Limited Partnership, Tourboullin Co., Brighton Commercial, L.L.C.,
             Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida
             Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial,
             LLC, New River Properties, LLC, Rancon Realty Fund IV, UnCommon, Ltd., a
             Florida Limited Partnership, Sparkleberry Two Notch, LLC) filed by Jennifer
             McLain McLemore of Christian & Barton, LLP on behalf of Acadia Realty
             Limited Partnership, Brighton Commercial, L.L.C., Catellus Operating Limited
             Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia
             Equities Limited Partnership, La Habra Imperial, LLC, New River Properties,
             LLC, RD Bloomfield Associates Limited Partnership, Rancon Realty Fund IV,
             Sparkleberry Two Notch, LLC, Starpoint Property Management, LLC,
             Tourboullin Co., UnCommon, Ltd., a Florida Limited Partnership, Watercress
             Associates, LP, LLP dba Pearlridge Center. (McLemore, Jennifer) (Docket No.
             10162)

       b.    Amended Notice of Withdrawal of Docket No. 1138 and Claim No. 13098
             (Docket No. 10164)

       c.    Order Sustaining Liquidating Trust's First Omnibus Objection To Landlord
             Claims (reduction of certain partially invalid claims, reclassification of certain
             misclassified claims, disallowance of certain invalid claims, disallowance of
             certain late-filed claims and disallowance of certain amended claims) (Re: related
             document(s)[10024] Sustaining Objection to Claim filed by Circuit City Stores,
             Inc. Liquidating Trust) (Docket No. 10770)

       d.    Second Order Regarding Liquidating Trust's First Omnibus Objection To
             Landlord Claims (reduction of certain partially invalid claims, reclassification of
             certain misclassified claims, disallowance of certain invalid claims, disallowance

of certain late-filed claims, & disallowance of certain amended claims) (Re:
related document(s)[10770] No action taken on Order Re: Objection) (Docket No.
10958)

e.   Amended Order (To Reflect Appropriate Exhibits) Second Order Regarding
Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of
certain partially invalid claims, reclassification of certain misclassified claims,
disallowance of certain invalid claims, disallowance of certain late-filed claims, &
disallowance of certain amended claims (Re: related document(s) 10958
Supplemental Order)(Docket No. 10980)

f.   Second Order Regarding Liquidating Trust's Firts Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims and disallowance of certain amended claims) (Re:
related document(s) 10771 No action taken on Order Re: Objection) (Docket No.
10981)

g.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

h.   Third Order Regarding Liquidating Trust's First Omnibus Objection To Landlord
Claims (reduction of certain partially invalid claims, reclassification of certain
misclassified claims, disallowance of certain invalid claims, disallowance of
certain late-filed claims, and disallowance of certain amended claims) (Re: related
document(s) 10958 Supplemental Order, 10980 Amended Order) (Docket No.
11288)

i.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS

SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

j.      Fourth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s)[11288] Amended Order) (Docket No. 11483)

Objection
Deadline:                   April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                      See attached Exhibit B.

Status:                     A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the**

**hearing.  Such parties' rights will not be affected at this
hearing.**

18.    Notice and Objection to Claim - *Liquidating Trust's Second Omnibus Objection to
Landlord Claims (Reduction of Certain Partially Invalid Claims, Claims, Disallowance
of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and
Disallowance of Certain Amended Claims)*  (Docket No. 10039)

Related
Documents:

a.    Order Sustaining Liquidating Trust's Second Omnibus Objection To Landlord
Claims (reduction of certain partially invalid claims, disallowance of certain
invalid claims, disallowance of certain late-filed claims, and disallowance of
certain amended claims) (Re: related document(s)[10039] Sustaining Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10771)

b.    CORRECTED(added correct attachment) Second Order Regarding Liquidating
Trust's Second Omnibus Objection To Landlord Claims (reduction of certain
partially invalid claims, disallowance of certain invalid claims, disallowance of
certain late-filed claims, and disallowance of certain amended claims) (Re: related
document(s) 10981 Supplemental Order) (Docket 11035)

c.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.    Third Order Regarding Liquidating Trust's Second Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, disallowance of
certain invalid claims, disallowance of certain late-filed claims, and disallowance
of certain amended claims) (Re: related document(s) 10771 No action taken on
Order Re: Objection, 10981 Supplemental Order, 11035 Amended Order)
(Docket No. 11289)

e.     Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.     Fourth Order Regarding Liquidating Trust's Second Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, disallowance of
certain invalid claims, disallowance of certain late-filed claims and disallowance
of certain amended claims)(Re: related document(s)[11289] Amended Order)
(Docket No. 11475)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the |

28

Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

19.    Notice and Objection to Claim - *Liquidating Trust's Third Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10040)

Related
Documents:

a.    Order Sustaining Liquidating Trust's Third Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s)[10040] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10776)

b.    Second Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s)[10776] No action taken on Order Re: Objection) (Docket No. 10965)

c.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.      Amended Order Sustaining Liquidating Trust's Third Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain duplicate claims and disallowance of certain amended claims) (Re:
        related document(s) 10776 No action taken on Order Re: Objection) (Docket No.
        11251)

e.      Third Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord
        Claims (reduction of certain partially invalid claims, reclassification of certain
        misclassified claims, disallowance of certain invalid claims, disallowance of
        certain duplicate claims, and disallowance of certain amended claims) (Re: related
        document(s) 10965 Supplemental Order) (Docket No. 11290)

f.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
        ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

g.      Fourth Order Regarding Liquidating Trust's Third Omnibus Objection To
        Landlord claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain duplicate claims and disallowance of certain amended claims) (Re:
        related document(s)[11290] Amended Order) (Docket No. 11476)

Objection
Deadline:               April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached Exhibit B.

Status:                 A status hearing is going forward with respect to those claims for
                        which a response was filed as identified on Exhibit B.  **Those
                        parties who filed a response do not need to appear at the
                        hearing. Such parties' rights will not be affected at this
                        hearing.**  During the hearing the Liquidating Trust will advise the
                        Court that the status hearing will be adjourned to March 8, 2012 at
                        2:00 p.m. with respect to those claims for which a response was
                        filed.  With respect to those claims to which a response was not
                        filed but to which the Liquidating Trust agreed to continue the
                        hearing and requisite response deadline, as identified on Exhibit B,
                        the Liquidating Trust will advise the Court that the status hearing
                        will be adjourned to March 8, 2012 at 2:00 p.m. with respect to
                        those claims.  **Those parties do not need to appear at the
                        hearing.  Such parties' rights will not be affected at this
                        hearing.**

20.     Notice and Objection to Claim - *Liquidating Trust's Fourth Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims and Disallowance of
        Certain Invalid Claims)* (Docket No. 10041)

        Related
        Documents:

        a.      Order Sustaining Liquidating Trust's Fourth Omnibus Objection To Landlord
                Claims (reduction of certain partially invalid claims and disallowance of certain
                invalid claims) (Re: related document(s)[10041] Sustaining Objection to Claim
                filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10774)

        b.      Second Order Regarding Liquidating Trust's Fourth Omnibus Objection To
                Landlord Claims (reduction of certain partially invalid claims & disallowance of
                certain invalid claims) (Re: related document(s)[10774] No action taken on Order
                Re: Objection) (Docket No. 10956)

        c.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
                ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
                WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
                DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
                SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
                filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
                filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
                filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
                filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
                filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.    Third Order Regarding Liquidating Trust's Fourth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims and disallowance of
certain invalid claims)(Re: related document(s) 10956 Supplemental Order)
(Docket No. 11298)

e.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.    Fourth Order Regarding Liquidating Trust's Fourth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims and disallowance of
certain invalid claims)(Re: related document(s)[11298] Supplemental Order)
(Docket No. 11477)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit B.

Status:              The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.   **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

21.    Notice and Objection to Claim - *Liquidating Trust's Fifth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims and Disallowance of Certain Invalid Claims)* (Docket No. 10042)

Related
Documents:

a.    Order Sustaining Liquidating Trust's Fifth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late-Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims) (Re: related document(s)[10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10791)

b.    Second Order Sustaining Liquidating Trust's Fifth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late-Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims)(Re: related document(s)[10791] Order Directing) (Docket No. 10957)

c.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS

33

SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.      Third Order Regarding Liquidating Trust's Fifth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) 10957 Supplemental Order) (Docket No. 11291)

e.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11377)

f.      Fourth Order Regarding Liquidating Trust's Fifth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance

of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s)[11291] Amended Order) (Docket No. 11478)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |

| | |
|---|---|
| Objections/ Responses Filed: | See attached Exhibit B. |

| | |
|---|---|
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.** |

22.     Notice and Objection to Claim - *Sixth Omnibus Objection to Claims (Disallowance of Certain Invalid Unliquidated Claims and Fixing of Certain Unliquidated Claims)* (Docket No. 10043)

Related Documents:

a.      Notice and Objection to Claim - *Liquidating Trusts Sixth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified Claims)* Hearing scheduled 4/14/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.(Beran, Paula) **Modified** on 2/28/2011 to correct docket text (Docket No. 10044)

b.      Order Sustaining Liquidating Trust's Sixth Omnibus Objection To Claims (disallowance of certain invalid unliquidated claims and fixing of certain unliquidated claims) (Re: related document(s) 10043 & 10044 filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10862)

c.      Second Order Regarding Liquidating Trust's Sixth Omnibus Objection To Claims (disallowance of certain invalid unliquidated claims and fixing of certain unliquidated claims) (Re: related document(s) 10862 No action taken on Order Re: Objection) (Docket No. 10982)

d.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

e.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

36

Objection
Deadline:                 April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                    See attached <u>Exhibit B</u>.

Status:                   A status hearing is going forward with respect to those claims for
                          which a response was filed as identified on <u>Exhibit B</u>.  **Those
                          parties who filed a response do not need to appear at the
                          hearing. Such parties' rights will not be affected at this
                          hearing.**  During the hearing the Liquidating Trust will advise the
                          Court that the status hearing will be adjourned to March 8, 2012 at
                          2:00 p.m. with respect to those claims for which a response was
                          filed.  With respect to those claims to which a response was not
                          filed but to which the Liquidating Trust agreed to continue the
                          hearing and requisite response deadline, as identified on <u>Exhibit B</u>,
                          the Liquidating Trust will advise the Court that the status hearing
                          will be adjourned to March 8, 2012 at 2:00 p.m. with respect to
                          those claims.  **Those parties do not need to appear at the
                          hearing.  Such parties' rights will not be affected at this
                          hearing.**

23.     Notice and Objection to Claim - *Liquidating Trust's Seventh Omnibus Objection to
        Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid
        Claims and Reclassification of Certain Incorrectly Classified Claims)(To Correct
        Substantive Pleading --Replaces Docket Number 10044)* (Re: related document(s) 10044
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)  (Docket No.
        10045)

        Related
        Documents:

        a.      Order Sustaining Liquidating Trust's Seventh Omnibus Objection To Claims
                (reduction of certain partially invalid claims, disallowance of certain invalid
                claims and reclassification of certain incorrectly classified claims) (Re: related
                document(s) 10045 Sustaining Objection to Claim filed by Circuit City Stores,
                Inc. Liquidating Trust) (Docket No. 10863)

        b.      Second Order Sustaining Liquidating Trust's Seventh Omnibus Objection To
                Claims (reduction of certain partially invalid claims, disallowance of certain
                invalid claims and reclassification of certain incorrectly classified claims) (Re:
                related document(s) 10863 No action taken on Order Re: Objection) (Docket No.
                10983)

        c.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
                ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS

WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.    Amended Second Order Sustaining Liquidating Trust's Seventh Omnibus
Objection To Claims (reduction of certain partially invalid claims, disallowance
of certain invalid claims and reclassification of certain incorrectly classified
claims) (Re: related document(s) 10983 Supplemental Order) (Docket No. 11252)

e.    Response of TFL Enterprises LLC to the Liquidating Trust's Seventh Omnibus
Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance
of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified
Claims) (Docket No. 10233)

f.    *Claimant(s) - TFL Enterprises LLC (Tech For Less -* Notice of Hearing *(Notice of
Substantive Hearing (Seventh Omnibus Objection - Claim Number 13947))* (Re:
related document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf
of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 11/21/2011 at
02:00 PM at Judge Huennekens' Courtroom (Docket No. 11373)

g.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to

38

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

h.   Docket Entry - Continued for Status Hearing on 1/5/12 at 2:00 PM as to remaining unresolved claims; Continued for Substantive Hearing as to TFL Enterprises LLC on 12/20/11 at 2:00 pm (Re: related document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 11468)

i.   Reply - *LIQUIDATING TRUSTS REPLY BRIEF REGARDING OBJECTION TO ADMINISTRATIVE CLAIM FILED BY TECH FOR LESS LLC* (Re: related document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11566)

Objection
Deadline:        April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit B.

Status:          A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.   **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

24.    Notice and Objection to Claim - *Liquidating Trust's Eighth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Amended Claims, and Disallowance of Certain Invalid Claims)* (Docket No. 10046)

Related
Documents:

a.    Order Sustaining Liquidating Trust's Eighth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims and disallowance of certain amended claims) (Re: related document(s)[10046] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10778)

b.    Second Order Regarding Liquidating Trust's Eighth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims & disallowance of certain amended claims) (Re: related document(s)[10243] No action taken on Order Re: Objection) (Docket No. 10964)

c.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to

40

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

e.      Fourth Order Regarding Liquidating Trust's Eighth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims and disallowance of certain amended claims) (Re:
        related document(s)[11292] Amended Order) (Docket No. 11479)

Objection
Deadline:           April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:              See attached Exhibit B.

Status:             The Trust has resolved the Objection as it relates to certain claims
                    as more particularly described on Exhibit B.  A status hearing is
                    going forward with respect to those claims for which a response
                    was filed as identified on Exhibit B.   **Those parties who filed a
                    response do not need to appear at the hearing. Such parties'
                    rights will not be affected at this hearing.**  During the hearing
                    the Liquidating Trust will advise the Court that the status hearing
                    will be adjourned to March 8, 2012 at 2:00 p.m. with respect to
                    those claims for which a response was filed.  With respect to those
                    claims to which a response was not filed but to which the
                    Liquidating Trust agreed to continue the hearing and requisite
                    response deadline, as identified on Exhibit B, the Liquidating Trust
                    will advise the Court that the status hearing will be adjourned to
                    March 8, 2012 at 2:00 p.m. with respect to those claims.  **Those
                    parties do not need to appear at the hearing.  Such parties'
                    rights will not be affected at this hearing.**

41

25.     Notice and Objection to Claim - *Liquidating Trust's Ninth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10047)

Related
Documents:

a.      Order Sustaining Liquidating Trust's Ninth Omnibus Objection To Landlord Claims( reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[10047] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10777)

b.      Second Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) 10241 No action taken on Order Re: Objection) (Docket No. 11121)

c.      Third Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) 11121 Amended Order) (Docket No. 11293)

d.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

e.    Amended Third Order Regarding Liquidating Trust's Ninth Omnibus Objection
To Landlord claims (reduction of certain partially invalid claims, reclassification
of certain misclassified claims, disallowance of certain invalid claims,
disallowance of certain late filed claims and disallowance of certain amended
claims) (Re: related document(s) 10777 No action taken on Order Re: Objection,
11293 Amended Order) (Docket No. 11340)

f.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

g.    Fourth Order Regarding Liquidating Trust's Ninth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims and disallowance of certain amended claims) (Re:
related document(s)[11293] Amended Order) (Docket No. 11480)

h.    Amended Fourth Order Regarding Liquidating Trust's Ninth Omnibus Objection
To Landlord Claims (reduction of certain partially invalid claims, reclassification
of certain misclassified claims, disallowance of certain invalid claims,
disallowance of certain late-filed claims, and disallowance of certain amended
claims)(Re: related document(s)[11480] Amended Order) (Docket No. 11586)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

|                          |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   |
| ------------------------ | ------ |
| Objections/<br>Responses<br>Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.** |

26.    Notice and Objection to Claim - *Liquidating Trust's Thirteenth Omnibus Objection to Certain Priority Claims: Allow Up to the Statutory Cap, Reclassify, Disallow as Applicable (Employment Contract Severance Claims)* (Docket No. 10051)

Related
Documents:

a.    Order Sustaining Liquidating Trust's Thirteenth Omnibus Objection To Certain Priority Claims: allow up to the statutory cap, reclassify, disallow as applicable (employment contract severance claims) (Re: related document(s)[10051] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10781)

b.    Objections Resolved as to claims of Antone Botelho and Patrick Longood; Continued for Status Hearing as to claim of Bruce Besanko; to be noticed for substantive hearing as to claim of Andrew Grosse (Re: related document(s) [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Substantive Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11151)

c.    Notice of Hearing *(Notice of Substantive Hearing) (Thirteenth Omnibus Objection - Claim Number 369) (Claimant - Andrew Grosse)* (Re: related document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 10/19/2011 at

02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11265)

d.     Docket Entry - Hearing continued for Status Hearing as to Claim of Bruce Besanko; Appearance(s): Paula Beran. (Re: related document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11561)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to the claims of Bruce Besanko, who **does not need to appear at the hearing. His rights will not be affected at this hearing.** The status hearing for Bruce Besanko will be continued until March 8, 2012 at 2:00 p.m. |

27.    Notice and Objection to Claim - *Liquidating Trust's Fourteenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10052)

Related Documents:

a.     Order Sustaining Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims(Re: related document(s)[10052] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10780 )

b.     Second Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s)[10780] No action taken on Order Re: Objection) (Docket No. 10963)

c.     Docket Entry - CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS

WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Liquidating Trust (Docket No. 11152)

d.    Third Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-field claims, disallowance of certain duplicate claims and
disallowance of certain amended claims)(Re: related document(s) 10963
Supplemental Order) (Docket No. 11294)

e.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.    Fourth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims) (Re: related document(s)[11294]
Amended Order) (Docket No. 11481)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit B.

Status:                  The Trust has resolved the Objection as it relates to certain claims
                         as more particularly described on Exhibit B.  A status hearing is
                         going forward with respect to those claims for which a response
                         was filed as identified on Exhibit B.  **Those parties who filed a
                         response do not need to appear at the hearing. Such parties'
                         rights will not be affected at this hearing.**  During the hearing
                         the Liquidating Trust will advise the Court that the status hearing
                         will be adjourned to March 8, 2012 at 2:00 p.m. with respect to
                         those claims for which a response was filed.  With respect to those
                         claims to which a response was not filed but to which the
                         Liquidating Trust agreed to continue the hearing and requisite
                         response deadline, as identified on Exhibit B, the Liquidating Trust
                         will advise the Court that the status hearing will be adjourned to
                         March 8, 2012 at 2:00 p.m. with respect to those claims.  **Those
                         parties do not need to appear at the hearing.  Such parties'
                         rights will not be affected at this hearing.**

28.   Notice and Objection to Claim - *Liquidating Trust's Fifteenth Omnibus Objection to
      Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
      Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
      Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and
      Disallowance of Certain Amended Claims)*   (Docket No. 10053)

      Related
      Documents:

      a.     Order Sustaining Liquidating Trust's Fifteenth Omnibus Objection To Landlord
             Claims(reduction of certain partially invalid claims, reclassification of certain
             misclassified claims, disallowance of certain invalid claims, disallowance of
             certain late filed claims, disallowance of certain duplicate claims and
             disallowance of certain amended claims (Re: related document(s)[10053]
             Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating
             Trust)(Docket No. 10779)

      b.     Second Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
             Landlord Claims (reduction of certain partially invalid claims, reclassification of
             certain misclassified claims, disallowance of certain invalid claims, disallowance
             of certain late-filed claims, disallowance of certain duplicate claims &

disallowance of certain amended claims) (Re: related document(s)[10779] No action taken on Order Re: Objection) (Docket No. 10962)

c.  Third Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) 10962 Supplemental Order) (Docket No. 11295)

d.  Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

e.  Fourth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11295] Supplemental Order) (Docket No. 11482)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit B.

Status:        The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

29.   Notice and Objection to Claim - *Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)*   (Docket No. 10061)

Related
Documents:

a.   Amended Exhibit *C to Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims) [Service Copy of Said Objection (Docket No. 10061) Contained Exhibit C and Amended Exhibit C]* (Re: related document(s) 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)  (Docket No. 10074)

b.   Order Sustaining Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[10061] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10785)

c.   Second Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance

of certain late-filed claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s)[10785] No action taken on Order Re: Objection) (Docket No. 10966)

d.  Third Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s) 10966 Supplemental Order) (Docket No.  11296)

e.  Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.  Fourth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11296] Supplemental Order)(Docket No. 11484)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |

Status:            The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

30.    Notice and Objection to Claim - *Liquidating Trust's Eighteenth Omnibus Objection to Claims Filed by Taxing Authorities (Reduction of Certain Partially Invalid Claims; Disallowance of Certain Invalid Claims; Disallowance of Certain Duplicate Claims; Reclassification of Certain Claims; Disallowance of Certain Amended or Superseded Claims; Disallowance or Reduction of Certain Late Filed Claims; Disallowance of Certain Invalid Claims; and Fixing the Amount of Certain Claims)* (Docket No. 10062)

Related
Documents:

a.    Withdrawal of Pasadena Independent School District's Response to Eighteenth Omnibus Objection of Claims (Docket No. 10062) - (Docket No. 10516)

b.    Order Sustaining Liquidating Trust's Eighteenth Omnibus Objection To Claims Filed By Taxing Authorities (reduction of certain partially invalid claims, disallowance of certain invalid claims; reclassification of certain claims; disallowance of certain amended or superseded claims; disallowance of certain late filed claims; disallowance or reduction of certain invalid claims; & fixing the amount of certain claims) filed by taxing authorities) (Re: related document(s)[10062] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10961)

c.    Motion to Reconsider *Motion for Relief from Order and Memorandum in Support Thereof* (Related Document(s)[10961] No action taken on Order Re: Objection) filed by Anne G. Bibeau of Vandeventer Black LLP on behalf of Sonoma County Tax Collector (Docket 11333)

d.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS

WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to this Objection. **Parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. |

31.   Notice and Objection to Claim - *Liquidating Trust's Twentieth Omnibus Objection to
Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and
Disallowance of Certain Amended Claims)* (Docket No. 10072)

Related
Documents:

a.   Order Sustaining Liquidating Trust's Twentieth Omnibus Objection to Landlord
Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
Certain Late-Filed Claims, Disallowance of Certain Duplicate Claims and

Disallowance of Certain Amended Claims) (Re: related document(s)[10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket
No. 10786)

b.      Second Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims &
disallowance of certain amended claims) (Re: related document(s)[10788] Order
Directing) (Docket No. 10960)

c.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE(Re: related document(s)[10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Liquidating Trust. (Docket No. 11154)

d.      Third Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims) (Re: related document(s) 10960
Supplemental Order) (Docket No. 11297)

e.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled

1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.      Fourth Order Regarding Liquidating Trust's Twentieth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11297] Supplemental Order) (Docket No. 11485)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.** |

32.    Notice and Objection to Claim - *Liquidating Trust's Twenty-First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10073)

Related Documents:

a.      Order Sustaining Liquidating Trust's Twenty-First Omnibus Objection to Landlord Claims (reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late-Filed Claims, and Disallowance of Certain

Amended Claims) (Re: related document(s)[10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10789)

b.      Second Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims & disallowance of certain amended claims)(Re: related document(s)[10789] Order Directing) (Docket No. 10959)

c.      Third Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) 10959 Supplemental Order) (Docket No. 11299)

d.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

e.      Fourth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11299] Supplemental Order) (Docket No. 11486)

Objection
Deadline:               April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:              See attached <u>Exhibit B</u>.

Status:             The Trust has resolved the Objection as it relates to certain claims
                    as more particularly described on <u>Exhibit B</u>.  A status hearing is
                    going forward with respect to those claims for which a response
                    was filed as identified on <u>Exhibit B</u>.   **Those parties who filed a
                    response do not need to appear at the hearing. Such parties'
                    rights will not be affected at this hearing.**  During the hearing
                    the Liquidating Trust will advise the Court that the status hearing
                    will be adjourned to March 8, 2012 at 2:00 p.m. with respect to
                    those claims for which a response was filed.  With respect to those
                    claims to which a response was not filed but to which the
                    Liquidating Trust agreed to continue the hearing and requisite
                    response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust
                    will advise the Court that the status hearing will be adjourned to
                    March 8, 2012 at 2:00 **p.m. with respect to those claims.  Those
                    parties do not need to appear at the hearing.  Such parties'
                    rights will not be affected at this hearing.**

33.   Notice and Objection to Claim - *Liquidating Trusts Twenty-Third Omnibus Objection To
      Claims (Disallowance Of Certain Invalid Unliquidated Claims And Fixing Of Certain
      Unliquidated Claims* Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens'
      Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner
      of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.
      (Docket No. 11388)

      Related
      Documents:

      a.      Docket Entry - Hearing CONTINUED FOR STATUS HEARING AS TO
              CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE
              CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND
              THE RESPONSE DEADLINE; SUSTAINED AS TO CERTAIN OTHERS AS
              SET OUT IN OPEN COURT; Appearance(s): Paula Beran. (Re: related
              document(s)[11388] Objection to Claim filed by Circuit City Stores, Inc.
              Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge
              Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia
              (Docket No. 11562)

      Objection
      Deadline:       November 23, 2011 at 4:00 p.m.

|  |  |
|---|---|
| Objections/<br>Responses<br>Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.** |

34.   Omnibus Objection to Claim - *Twenty-Fourth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims)* Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11402)

|  |  |
|---|---|
| Related<br>Documents: | |
| a. | Docket Entry - Hearing CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT; Appearance(s): Paula Beran. (Re: related document(s)[11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11563) |
| Objection<br>Deadline: | December 1, 2011 at 4:00 p.m. |
| Objections/<br>Responses<br>Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is |

going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

35.  Objection to Claim - *Liquidating Trustee's Twenty-Fifth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims)* Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11403)

Related
Documents:

a.   Docket Entry – Hearing CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR RESOLVED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT; Appearance(s): Paula Beran. (Re: related document(s)[11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11564)

Objection
Deadline:              December 1, 2011 at 4:00 p.m.


Objections/
Responses
Filed:                 See attached Exhibit B.

Status:                The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B. A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a**

**response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

36.   Omnibus Objection to Claim - *Liquidating Trust's Twenty-Sixth Omnibus Objection to Claims (Disallowance of Certain Late and/or Otherwise Invalid Claims)* Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11404)

Related
Documents:

a.   Docket Entry - Hearing CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT; AMENDED ORDER to be submitted. Appearance(s): Paula Beran. (Re: related document(s)[11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11565)

Objection
Deadline:          December 1, 2011 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit B.

Status:            A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims for which a response was

filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

37.     Omnibus Objection to Claim - *Liquidating Trust's Twenty-Seventh Omnibus Objection to Claims Filed by Taxing Authorities (Reduction of Partially Invalid Claim; Disallowance of No Liability, and Late-Filed Claims)* Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11444)

|  |  |
|---|---|
| Related Documents: | |
| Objection Deadline: | December 29, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached <u>Exhibit B</u>. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to March 8, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.** |

38.     Omnibus Objection to Claim - *Liquidating Trust's Twenty-Eighth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, and Disallowance of Certain Amended Claims)* Hearing scheduled 1/5/2012 at 02:00 PM at Judge

60

Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11445)

Related
Documents:

Objection
Deadline:                December 29, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit B.

Status:                  The Trust has resolved the Objection as it relates to certain claims
                         as more particularly described on Exhibit B.  A status hearing is
                         going forward with respect to those claims for which a response
                         was filed as identified on Exhibit B.   **Those parties who filed a
                         response do not need to appear at the hearing. Such parties'
                         rights will not be affected at this hearing.**  During the hearing
                         the Liquidating Trust will advise the Court that the status hearing
                         will be adjourned to March 8, 2012 at 2:00 p.m. with respect to
                         those claims for which a response was filed.  With respect to those
                         claims to which a response was not filed but to which the
                         Liquidating Trust agreed to continue the hearing and requisite
                         response deadline, as identified on Exhibit B, the Liquidating Trust
                         will advise the Court that the status hearing will be adjourned to
                         March 8, 2012 at 2:00 p.m. with respect to those claims.  **Those
                         parties do not need to appear at the hearing.  Such parties'
                         rights will not be affected at this hearing.**

Dated: Richmond, Virginia
   January 3, 2011

TAVENNER & BERAN, PLC

_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

Co-Counsel for the Circuit City Stores, Inc.
Liquidating Trust