IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>.,. | : | Case No: 08-35653-KRH |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |

# ORDER

In consideration of the Motion of Neil E. McCullagh, Esquire to allow Mary L. Fullington, Esquire to appear and practice before this Court *pro hac vice* in the above-styled case and the Court having determined that the representations contained in such Motion are true, and Neil E. McCullagh, Esquire having entered his appearance as counsel in this case and this application being authorized by the Rules of this Court;

IT IS ORDERED that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that Mary L. Fullington, Esquire be admitted to appear and practice before this Court *pro hac vice* only in the captioned bankruptcy cases and any related adversary litigation on behalf of Scripps Networks Interactive, Inc., dba Home & Garden Television or HGTV.

IT IS FURTHER ORDERED that in conjunction with such admission *pro hac vice*, and as to matters arising during or pertaining to the above-styled case, Mary L. Fullington, Esquire, will

Mary L. Fullington, Esquire (Bar #85335)
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
Phone: (859) 233-2012
Facsimile: (859) 259-0649

Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Facsimile: (804) 697-2100

*Co-Counsel for Scripps Networks Interactive, Inc.,
dba Home & Garden Television or HGTV*

be subject to and submit herself to the full disciplinary powers of this Court to the same extent as if she were fully admitted to practice in this Court and the Bar of Virginia.

ENTER:

_____
United States Bankruptcy Judge

I ASK FOR THIS:

/s/ Neil E. McCullagh_____
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Facsimile: (804) 697-2100
*Co-Counsel for Scripps Networks Interactive, Inc.,
dba Home & Garden Television or HGTV*

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 3rd day of January, 2012, a copy of the foregoing Order was served by U.S. Mail, First Class, postage prepaid and/or electronic means through the Court's ECF system on the following, constituting all necessary parties:

Andrew W. Caine, Esquire
Jeffrey Nolan, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Office of the U.S. Trustee
Attn: Robert Van Arsdale, Esquire
701 East Broad Street
Suite 4304
Richmond, VA 23219

                /s/ Neil E. McCullagh

**PARTIES TO RECEIVE COPIES**

Neil E. McCullagh, Esquire
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219

Andrew W. Caine, Esquire
Jeffrey Nolan, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Office of the U.S. Trustee
Attn: Robert Van Arsdale, Esquire
701 East Broad Street
Suite 4304
Richmond, VA 23219