## EVIDENCE OF TRANSFER OF CLAIM

VIZIO, Inc., a California corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated December 30, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to J.P. Morgan Chase Bank, N.A., having offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara its successors and assigns (collectively, "Assignee") the general unsecured claim no. 2903 (the "Claim"), in the principal amount of $$8,183,114.37, against Circuit City Stores, Inc. (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Virginia Richmond Division, case no. 08-35653 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 30th day of December 2011.

(Assignor)  
VIZIO, Inc.

By: _____  
Name: Kyle Burley Wescoat  
Title: VP & CFO

(Assignee)  
J.P. Morgan Chase Bank, N.A.

By: _____  
Name: Peter Schoepe  
       Authorized Signatory  
Title: _____

(Assignor)  
WITNESS:

By: _____  
Name: Robert J. Ranucci  
Title: Legal Counsel

5

Circuit City - Vizio to JPM.TOC.v2.docx