## EVIDENCE OF TRANSFER OF CLAIM

**JPMorgan Chase Bank, N.A.**, a national banking association, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated December 30, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Midtown Acquisitions L.P., its successors and assigns (collectively, "Assignee") the general unsecured claim no. 2903 (the "Claim"), in the principal amount of $$8,183,114.37, against Circuit City Stores, Inc. (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Virginia Richmond Division, case no. 08-35653 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 30 day of December 2011.

(Assignor)
JPMorgan Chase Bank, N.A.

By: _____
Name: Peter Schoepe
Title: Authorized Signatory

(Assignee)
Midtown Acquisitions L.P.
By: Midtown Acquisitions GP LLC

By: _____
Name: Anthony Yoseloff
Title: Manager

(Assignor)
WITNESS:

By: _____
Name: Amita Bhandari
Title: Authorized Signatory

5

Circuit City - Vizio - JPM to MHD flip (12-23-11) TOC.docx