IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

_____
In re:                                             :    Chapter 11
                                                   :
CIRCUIT CITY STORES, INC., et al.,.                :    Case No: 08-35653-KRH
                                                   :
                Debtors                            :    (Jointly Administered)
                                                   :
_____:

## ORDER

In consideration of the Motion of Neil E. McCullagh, Esquire to allow Mary L. Fullington, Esquire to appear and practice before this Court *pro hac vice* in the above-styled case and the Court having determined that the representations contained in such Motion are true, and Neil E. McCullagh, Esquire having entered his appearance as counsel in this case and this application being authorized by the Rules of this Court;

IT IS ORDERED that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that Mary L. Fullington, Esquire be admitted to appear and practice before this Court *pro hac vice* only in the captioned bankruptcy cases and any related adversary litigation on behalf of Scripps Networks Interactive, Inc., dba Home & Garden Television or HGTV.

IT IS FURTHER ORDERED that in conjunction with such admission *pro hac vice*, and as to matters arising during or pertaining to the above-styled case, Mary L. Fullington, Esquire, will

Mary L. Fullington, Esquire (Bar #85335)          Neil E. McCullagh, Esquire (VSB #39027)
Wyatt, Tarrant & Combs, LLP                       Jennifer J. West, Esquire (VSB #47522)
250 West Main Street, Suite 1600                  Spotts Fain PC
Lexington, Kentucky 40507-1746                    411 E. Franklin Street, Suite 600
Phone: (859) 233-2012                             Richmond, Virginia 23219
Facsimile: (859) 259-0649                         Phone: (804) 697-2000
                                                  Facsimile: (804) 697-2100

*Co-Counsel for Scripps Networks Interactive, Inc.,
dba Home & Garden Television or HGTV*

be subject to and submit herself to the full disciplinary powers of this Court to the same extent as if she were fully admitted to practice in this Court and the Bar of Virginia.

ENTER: Jan 6 2012

/s/ Kevin R Huennekens
_____
United States Bankruptcy Judge

Entered on docket: Jan 6 2012

I ASK FOR THIS:

/s/ Neil E. McCullagh_____
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Facsimile: (804) 697-2100
*Co-Counsel for Scripps Networks Interactive, Inc., dba Home & Garden Television or HGTV*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of January, 2012, a copy of the foregoing Order was served by U.S. Mail, First Class, postage prepaid and/or electronic means through the Court's ECF system on the following, constituting all necessary parties:

Andrew W. Caine, Esquire
Jeffrey Nolan, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Office of the U.S. Trustee
Attn: Robert Van Arsdale, Esquire
701 East Broad Street
Suite 4304
Richmond, VA 23219

                                                        /s/ Neil E. McCullagh

**PARTIES TO RECEIVE COPIES**

Neil E. McCullagh, Esquire
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219

Andrew W. Caine, Esquire
Jeffrey Nolan, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Office of the U.S. Trustee
Attn: Robert Van Arsdale, Esquire
701 East Broad Street
Suite 4304
Richmond, VA 23219

```
                          United States Bankruptcy Court
                           Eastern District of Virginia
In re:                                                              Case No. 08-35653-KRH
Circuit City Stores, Inc.                                           Chapter 11
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0422-7          User: frenchs              Page 1 of 10                  Date Rcvd: Jan 06, 2012
                              Form ID: pdforder          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2012.
          Mary L. Fullington,   250 West Main Street,   Suite 1600,   Lexington, KY  40507-1746

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2012**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0422-7           User: frenchs              Page 2 of 10           Date Rcvd: Jan 06, 2012
                               Form ID: pdforder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2012 at the address(es) listed below:

        Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@freebornpeters.com
        Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
        Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
         akeith@honigman.com,   tsable@honigman.com
        Alan Michael Noskow    on behalf of Creditor   CC Plaza Joint Venture, LLP anoskow@pattonboggs.com
        Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
        Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
        Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
         ajackins@seyfarth.com
        Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
         dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
        Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
        Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
         amy.williams@klgates.com,   hailey.andresen@klgates.com
        Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
         davison.andrea@arentfox.com,
         lane.katie@arentfox.com;dowd.mary@arentfox.com;rothleder.jeffrey@arentfox.com;toof.jackson@arentfox.com
        Andrew Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
        Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
        Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
        Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
        Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
         rhicks@shutts-law.com
        Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
        Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
        Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
         anitra.royster@nelsonmullins.com,   betsy.burn@nelsonmullins.com,
         raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
        Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
        Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
        Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
         murphyac@doj.state.wi.us,   gurholtks@doj.state.wi.us
        Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
         Management Services, LLC abraucher@mcmillanmetro.com
        Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
         drichards@vanblk.com;pfaggert@vanblk.com
        Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
         annemarie.mcgavin@bipc.com
        Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
         Companies, Ltd. acichello@kb-law.com
        Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
        Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
        Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
         ecffilings@hangley.com
        Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
         lthompson@cblaw.com
        Belkys  Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
         Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
        Benjamin C. Ackerly    on behalf of Creditor   COMSYS Information Technology Services, Inc. and
         COMSYS Services, LLC backerly@hunton.com,   cloving@hunton.com
        Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
        Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
        Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
         bgodshall@pszjlaw.com
        Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
         benglander@wtplaw.com,   wbatres@wtplaw.com
        Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
        Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
         lsansbury@mrrlaw.net
        Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
         carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;dustin.branch@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.carolo@kattenlaw.com
        Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
        Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
         bruce.matson@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
         tmelendez@ecjlaw.com
        C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
        Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
        Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
        Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
        Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
         aconway@taubman.com;Pollack@ballardspahr.com
        Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
         Christian.Vogel@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership
         clynch@goulstonstorrs.com

```
District/off: 0422-7          User: frenchs              Page 3 of 10               Date Rcvd: Jan 06, 2012
                              Form ID: pdforder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Christine McAteer Ford   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly situated cford@mdpcelaw.com
      Christopher A. Jones   on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com, rredfield@wtplaw.com
      Christopher Julian Hoctor   on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com, nferenbach@kaplanfrank.com
      Christopher L. Perkins   on behalf of Attorney   LeClair Ryan, A Professional Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
      Christopher M. Alston   on behalf of Creditor   507 Northgate LLC alstc@foster.com, ristj@foster.com
      Christopher M. Desiderio   on behalf of Creditor   Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com
      Christopher R. Belmonte   on behalf of Creditor   International Business Machines Corporation cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
      City of Newport News, Virginia   jdurant@nngov.com
      Constantinos G. Panagopoulos   on behalf of Creditor   Battlefield FE Limited Partners cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
      Courtney E. Pozmantier   on behalf of Creditor   Paramount Home Entertainment cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
      Craig Benson Young   on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
      Craig M. Palik   on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@yahoo.com, cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
      Curtis Gilbert Manchester   on behalf of Defendant   Energizer Battery, Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
      D. Marc Sarata   on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com, ndysart@ltblaw.com;sleach@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;bblosser@ltblaw.com
      Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com, kcornnell@dowlohnes.com
      Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
      Daniel M. Press   on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com
      Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc. dsbushnaq@venable.com
      Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
      Darrell William Clark   on behalf of Creditor   Waste Management, Inc. dclark@stinson.com, cscott@stinson.com
      Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
      David McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
      David A. Greer   on behalf of Creditor   Century plaza development corporation dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
      David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com
      David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com, scilino@chlhf.com
      David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
      David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com, phaynes@jackscamp.com
      David H. Dickieson   on behalf of Defendant   New Age Electronics, Inc., also known as New Age, Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
      David J. Ervin   on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
      David K. Spiro   on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com, rmcburney@hf-law.com
      David M. Poitras   on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
      David R. McFarlin   on behalf of Creditor   Alexander H Bobinski, as Trustee under Trust No. 1001 dmcfarlin@whmh.com, psmith@whmh.com
      David R. Ruby   on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David R. Ruby   on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David V. Cooke   on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
      David W. Earman   on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
      David Wayne Lannetti   on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com, kjerald@vanblk.com;drichards@vanblk.com
      Dawn C. Stewart   on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
      Dena Sloan Kessler   on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
      Denise S. Mondell   on behalf of Creditor   State of Connecticut Department of Revenue Services denise.mondell@ct.gov
      Dennis T. Lewandowski   on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com

```
District/off: 0422-7          User: frenchs              Page 4 of 10              Date Rcvd: Jan 06, 2012
                              Form ID: pdforder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

       Denyse  Sabagh    on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
       Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District caaustin@comcast.net
       Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
       Dominic L. Chiariello    on behalf of Creditor Donovan Dunwell dc@chiariello.com
       Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects dludman@brownconnery.com
       Douglas  Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
       Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center dkappler@rdwlawcorp.com
       Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com
       Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
       Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com, rours@wileyrein.com
       Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com, mayle@hooverslovacek.com
       Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com, wenditaylor@toase.com;lmares@toase.com;kkalos@toase.com
       Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
       Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
       Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited echarley@hansonbridgett.com
       Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
       Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
       Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
       Erica S. Zaron    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
       Erick Frank Seamster    on behalf of Creditor   Unical Enterprises, Inc eseamster@wallacepledger.com
       Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
       Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jstern@spottsfain.com
       Eugene  Chang    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
       F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
       Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
       Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP fpepler@peplermastromonaco.com
       Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
       Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
       Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue rudzikf@dor.state.fl.us
       Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
       Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com
       Gary E. Mason    on behalf of Creditor Marlon Mondragon gmason@masonlawdc.com
       Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
       Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
       Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
       German  Yusufov    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
       Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc notices@becket-lee.com
       Gilbert D. Sigala    on behalf of Creditor John Batioff sigalaw1@aol.com
       Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors gbrown@pszjlaw.com
       Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property agbankcal@ag.tn.gov
       Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
       Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com, christine@virginia-lawyers.net
       Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
       Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company ggrant@shulmanrogers.com, lsmith@shulmanrogers.com;THsu@shulmanrogers.com
       H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
       Hale  Yazicioglu    on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
       Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com
       Heather Lynn Anderson    on behalf of Creditor   State of New Jersey - Dept. of Treasury Heather.Anderson@dol.lps.state.nj.us
       Henry Buswell Roberts    on behalf of Creditor   Suemar hbroberts@live.com, droberts1949@live.com
       Henry P. Baer    on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com, csommer@fdh.com

```
District/off: 0422-7           User: frenchs              Page 5 of 10             Date Rcvd: Jan 06, 2012
                               Form ID: pdforder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Henry Pollard Long    on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
      Ian S. Landsberg    on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
      J. Christian Word    on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
       chefiling@lw.com;robert.klyman@lw.com
      J. David Folds    on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com,
       sparson@mckennalong.com
      Jackson David Toof    on behalf of Creditor   Discovery Communications, Inc.
       toof.jackson@arentfox.com
      Jaime Sue Dibble    on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
       lbigus@stinson.com
      James D. Newbold    on behalf of Counter-Claimant   State of Illinois Department of Revenue,
       through Brian Hamer, its Director James.Newbold@illinois.gov
      James E. Clarke    on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
       vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
      James Edward Bowman    on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
       bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
      James H. Rollins    on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
       avis.francis@hklaw.com
      James J. Briody    on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
       kim.smith@sablaw.com
      James K. Donaldson    on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
       avaughn@cblaw.com
      James R. Schroll    on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
       ncoton@beankinney.com
      James V. Lombardi    on behalf of Creditor   AmREIT, a Texas real estate investment trust
       jvlombardi@rossbanks.com
      James W. Reynolds    on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
       of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
      James Winston Burke    on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc.
       jburke@orrick.com
      Jamie M. Konn    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
       jamie.konn@dlapiper.com,  kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
      Janet M. Meiburger, Esq.    on behalf of Creditor   Ricmac Equities Corporation
       admin@meiburgerlaw.com
      Jason B. Binford    on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
       ecf@krcl.com
      Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
       a30156@yahoo.com;tcarper@krumbeinlaw.com;dtabakin@krumbeinlaw.com
      Jason William Harbour    on behalf of Creditor   Public Company Accounting Oversight Board
       jharbour@hunton.com
      Jeffrey  Scharf    on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
       tacspc@gmail.com;amanda@taxva.com
      Jeffrey E. Klusmeier    on behalf of Creditor   Missouri Attorney General's Office
       Jeff.Klusmeier@ago.mo.gov
      Jeffrey J. Graham    on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
       krussell@taftlaw.com;ecfclerk@taftlaw.com
      Jeffrey L. Tarkenton    on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
       tooross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
      Jeffrey M. Sherman    on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com,
       elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com
      Jeffrey N. Pomerantz    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
       jpomerantz@pszjlaw.com
      Jenelle Marie Dennis    on behalf of Creditor   Bear Valley Road Partners LLC
       dennisj@ballardspahr.com,  pollack@ballardspahr.com
      Jennifer  Langan    on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
      Jennifer Ellis Lattimore    on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
      Jennifer J. West    on behalf of Creditor   Coca-Cola Bottling Company Consolidated
       jwest@spottsfain.com,
       rchappell@spottsfain.com;kligon@spottsfain.com;jstern@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com
      Jennifer Larkin Kneeland    on behalf of Defendant   AMC jkneeland@linowes-law.com,
       klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
      Jennifer McLain McLemore    on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
       avaughn@cblaw.com
      Jennifer V. Doran    on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
       calirm@haslaw.com
      Jeremy Brian Root    on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
       tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
      Jeremy C. Kleinman    on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
      Jeremy L. Pryor    on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
      Jeremy S. Friedberg    on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
       jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@llff.com
      Jeremy S. Williams    on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com
      Jeremy W. Martin    on behalf of Creditor   Escambia County Tax Collector
       jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
      Jeremy W. Ryan    on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
      Jerry Lane Hall    on behalf of Defendant   NAMCO BANDAI Games America Inc.
       jerry.hall@pillsburylaw.com,  patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com

```
District/off: 0422-7           User: frenchs               Page 6 of 10              Date Rcvd: Jan 06, 2012
                               Form ID: pdforder           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
              Jess R. Bressi    on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
              Jessica Regan Hughes     on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
               swells@seyfarth.com;wdcdocketing@seyfarth.com
              Joel S. Aronson    on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
               jsaronson@ridberglaw.com
              Joel T. Marker    on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
              John B. Raftery    on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
               jraftery@offitkurman.com
              John C. Smith    on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              John D. Fiero    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               jfiero@pszjlaw.com
              John D. McIntyre    on behalf of Creditor   Carnegie Management and Development Corporation
               jmcintyre@wmlawgroup.com,    wedwards@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
              John E. Hilton    on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
               pjf@carmodymacdonald.com
              John E. Lucian    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
               lucian@blankrome.com
              John G. McJunkin    on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
               sparson@mckennalong.com
              John J. Lamoureux    on behalf of Creditor   Amore Construction Company
               jlamoureux@carltonfields.com,    lmccullough@carltonfields.com;tpaecf@cfdom.net
              John M. Craig    on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
               russj4478@aol.com
              John P. Van Beek    on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
               awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
              John T. Donelan    on behalf of Defendant   Best Vendors Management Co. Inc. jtdlaw@verizon.net
              John T. Farnum    on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
               rours@wileyrein.com
              John T. Husk    on behalf of Defendant   Casco Corporation johnhusk@aol.com,    nre98@aol.com
              Jonathan L. Hauser    on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
              Jonathan S. Storper    on behalf of Creditor   IGate Global Solutions, Limited
               jstorper@hansonbridgett.com
              Jonathan T. Cain    on behalf of Defendant   InVNT, LLC jtcain@mintz.com,    kcraun@mintz.com
              Joseph M. DuRant    on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
              Joseph T. Moldovan    on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
               Cross Blue Shield bankruptcy@morrisoncohen.com
              Joshua D. McKarcher    on behalf of Defendant   Broadridge Financial Solutions, Inc., aka
               Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
               Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
              Judy Bamberger Calton     on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
              Julie Ann Quagliano    on behalf of Creditor   AT&T quagliano@sfmlawfirm.com,
               harvell@sfmlawfirm.com
              Justin D. Leonard    on behalf of Creditor   Andrews Electronics jleonard@balljanik.com
              Justin F. Paget    on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
               cloving@hunton.com
              Kalina Boyanova Miller     on behalf of Creditor   First Industrial Realty Trust, Inc.
               kmiller@wileyrein.com,    rours@wileyrein.com
              Karen L. Gilman    on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
              Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
               jbrockett@clrbfirm.com;tturner@clrbfirm.com
              Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com,
               beth@pf-law.com;Abbie@pf-law.com;dweekley@pf-law.com
              Ken Coleman    on behalf of Interested Party   Alvarez & Marsal Canada, ULC
               Ken.Coleman@allenovery.com
              Kenneth R. Rhoad    on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
              Kevin A. Lake    on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
              Kevin J. Funk    on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
               bmcmillen@durrettecrump.com
              Kevin L. Sink    on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
              Kevin M. Newman    on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
              Khang V. Tran    on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
              Kimbell D. Gourley    on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
               sprescott@idalaw.com
              Kimberly A. Pierro    on behalf of Creditor   CBL & Associates Management, Inc.
               kimberly.pierro@kutakrock.com,
               sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
               @kutakrock.com
              Kimberly Sullivan Walker     on behalf of Creditor   LaSalle Bank National Association as Trustee
               for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
               kimsullywalker@aol.com
              Kirk David Berkhimer    on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com,
               Carla@KDBLawFirm.com
              Kristen E. Burgers    on behalf of Creditor   CWCapital Asset Management LLC keburgers@venable.com
              Kristin  Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              Kurt M. Kobiljak    on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
              Laura  Otenti    on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com

```
District/off: 0422-7           User: frenchs               Page 7 of 10                  Date Rcvd: Jan 06, 2012
                               Form ID: pdforder           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com, ndysart@ltblaw.com
          Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com, stephanie@rlglegal.com
          Leonard E. Starr   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
          Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust lkouts@magruderpc.com, mcook@magruderpc.com
          Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt   on behalf of Creditor   D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;mkoeniger@garylaw.us
          Linda Sharon Broyhill   on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
          Lisa P. Sumner   on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com, cjeckel@poyners.com
          Lisa Taylor Hudson   on behalf of Creditor   A.D.D. Holdings, L.P. lhudson@sandsanderson.com
          Loc Pfeiffer   on behalf of Creditor   Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
          Louis E. Dolan   on behalf of Creditor   California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason   on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
          Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Madeleine C. Wanlsee   on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com, rstein@gustlaw.com
          Malcolm M. Mitchell   on behalf of Creditor   AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman   on behalf of Creditor   Marlon Mondragon mbusman@busmanandbusman.com
          Mark B. Conlan   on behalf of Creditor   Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
          Mark D. Sherrill   on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Taylor   on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
          Mark J. Friedman   on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
          Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation mark@taxva.com, amanda@taxva.com
          Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
          Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero   on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
          Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc martin.brown@lawokc.com
          Martin J.A. Yeager   on behalf of Creditor Loren Stocker myeager@landclark.com
          Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com, akauba@mhalaw.com
          Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
          Matthew Righetti   on behalf of Creditor Jack Hernandez matt@righettilaw.com
          Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com
          Michael Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
          Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley   on behalf of Creditor   White-Spunner Construction, Inc. mcrowley@asm-law.com
          Michael D. Mueller   on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com
          Michael E. Hastings   on behalf of Creditor   Eastern Security Corp. michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
          Michael F. Ruggio   on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage   on behalf of Creditor   Pan Am Equities msage@omm.com, kzeldman@omm.com

```
District/off: 0422-7           User: frenchs               Page 8 of 10                  Date Rcvd: Jan 06, 2012
                               Form ID: pdforder           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Michael John O'Grady    on behalf of Creditor   Convergys Customer Management Group Inc.
               mjogrady@fbtlaw.com,   lbaker@fbtlaw.com;jbwells@fbtlaw.com
              Michael Keith McCrory    on behalf of Creditor  Klipsch, LLC mmcrory@btlaw.com
              Michael L. Wilhelm    on behalf of Creditor Harry Hallaian ECF@w2lg.com
              Michael P. Falzone    on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com,
               jbsmith@hf-law.com
              Michael S. Kogan    on behalf of Creditor   Ditan Distribution LLC mkogan@ecjlaw.com,
               rfraire@ecjlaw.com
              Min Park    on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
               Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
               Continental Property Management Corp., and Inland Commerc mpark@cblh.com
              Mindy A. Mora    on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
              Mindy D. Cohn    on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
              Mitchell B. Weitzman    on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com
              Mona M. Murphy    on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com,
               crystal.gaymon@akerman.com
              Nancy F. Loftus    on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
              Nancy R. Schlichting    on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
               lginsberg@lolawfirm.com
              Nathan Jones    on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
              Neil E. McCullagh    on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
               jstern@spottsfain.com;eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekes
               sel@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@sp
               ottsfain.com
              Nicholas B Malito    on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
              Nicholas W. Whittenburg    on behalf of Creditor   Cleveland Towne Center, LLC
               nwhittenburg@millermartin.com,   mcsmith@millermartin.com
              Oscar Baldwin Fears    on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov,
               jjacobs@law.ga.gov
              P. Matthew Roberts    on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
              Patrick M. Birney    on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
               jcarrion@rc.com
              Paul J. Pascuzzi    on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
              Paul K. Campsen    on behalf of Creditor   CC Grand Junction Investors 1998, LLC
               pkcampsen@kaufcan.com
              Paul M. Black    on behalf of Creditor   Sony Pictures Home Entertainment Inc.
               pblack@spilmanlaw.com,   vskevington@spilmanlaw.com;scormany@spilmanlaw.com
              Paul McCourt Curley    on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
               tchilders@canfieldbaer.com
              Paul Michael Schrader    on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
              Paul S. Bliley    on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paula A. Hall    on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
               hall@bwst-law.com,   marbury@bwst-law.com
              Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Peter Barrett    on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter A. Greenburg    on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
              Peter C.L. Roth    on behalf of Creditor   State of New Hampshire Department of Revenue
               Administration peter.roth@doj.nh.gov
              Peter E. Strniste    on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com,
               kcooper@rc.com
              Peter G. Zemanian    on behalf of Creditor   Disney Interactive Distribution, et al.
               pete@zemanianlaw.com
              Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
               jlerner@whitecase.com,jrubalcava@whitecase.com
              Peter M. Pearl    on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
              Philip C. Baxa    on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
               pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
              Philip James Meitl    on behalf of Creditor   Berkadia Commercial Mortgage LLC
               pj.meitl@bryancave.com,   john.leininger@bryancave.com
              R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
              Rand L. Gelber    on behalf of Creditor Maricopa County Treasurer RGelberMD@aol.com
              Raymond Pring    on behalf of Creditor Laura Scannell rpring@grossspringlaw.com,
               rahurley@grossspringlaw.com;hsessler@grossspringlaw.com
              Raymond William Battaglia    on behalf of Creditor   Miner Corporation rbattaglia@obht.com
              Rebecca L. Saitta    on behalf of Creditor   Bond C.C. I Delaware Business Trust
               rsaitta@wileyrein.com,   rours@wileyrein.com
              Reid Steven Whitten    on behalf of Creditor   LaSalle Bank National Association, as trustee for C1
               Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
              Rhett E. Petcher    on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
              Rhysa Griffith South    on behalf of Creditor   Henrico County, Virginia sou06@co.henrico.va.us
              Richard C. Maxwell    on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com
              Richard D. Scott    on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com

```
District/off: 0422-7           User: frenchs                Page 9 of 10              Date Rcvd: Jan 06, 2012
                               Form ID: pdforder            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Richard E. Hagerty    on behalf of Attorney   Troutman Sanders LLP
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.webne@troutmansanders.com
          Richard E. Lear    on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
           kimi.odonnell@hklaw.com
          Richard F. Stein    on behalf of Creditor   Internal Revenue Service
           richard.f.stein@irscounsel.treas.gov,    USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson    on behalf of Creditor   Caribbean Display & Construction, Inc.
           rhutson@weinstocklegal.com
          Richard M. Maseles    on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow    on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield    on behalf of Creditor   Cornella Beverly bcanfield@canfieldbaer.com,
           jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert B. Hill    on behalf of Creditor   Columbia Plaza Joint Venture kcummins@hillrainey.com
          Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson    on behalf of Creditor   Office of Attorney General, Pennsylvania Department
           of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti    on behalf of Creditor   Universal Display and Fixtures Company
           robert.albergotti@haynesboone.com,   kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark    on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
          Robert D. Tepper    on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
           L.L.C. rtepper@sabt.com,    pcoover@sabt.com
          Robert Field Moorman    on behalf of Defendant   Forsythe Solutions Group, Inc.
           rmoorman@moormanlaw.com,    robmoorman@comcast.net
          Robert J. Brown    on behalf of Creditor   CB Richard Ellis / Louisville, LLC
           Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           rfeinstein@pszjlaw.com,   rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter    on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
           USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff    on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
           rminkoff@jefferies.com,   mrichards@jefferies.com
          Robert L. Lehane    on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino    on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
           rmmarino@rpb-law.com,    rmmarino1@aol.com
          Robert P. McIntosh    on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
           DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
          Robert R. Vieth    on behalf of Defendant   D&H Distributing Co. rvieth@cooley.com
          Robert Ryland Musick    on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com,
           clobou@t-mlaw.com
          Robert S. Westermann    on behalf of Counter-Claimant   Eastman Kodak Company rwestermann@hf-law.com
          Robin S. Abramowitz    on behalf of Creditor   Bond Circuit VIII Delaware Business Trust
           abramowitz@larypc.com
          Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc.
           rbingham@stites.com,   dclayton@stites.com
          Ronald Allen Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com,    rpage@rpagelaw.com
          Ronald G. Dunn    on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
          Ronald M. Tucker    on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
           cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,antimm@simon.com
          Roy M. Terry    on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Russell R. Johnson    on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day    on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
           sarah.kelly@leclairryan.com
          S. Sadiq Gill    on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
           Company sgill@vanblk.com
          Sara B. Eagle    on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
           efile@pbgc.gov
          Sara L. Chenetz    on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm    on behalf of Debtor   Abbott Advertising Agency, Inc.
           sboehm@mcguirewoods.com,   kcain@mcguirewoods.com;lneilson@mcguirewoods.com
          Satchidananda Mims    smims21@hotmail.com
          Scott D. Fink    on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker    on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
          Sheila G. de la Cruz    on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
           jbsmith@hf-law.com
          Sheila L. Shadmand    on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
          Stanley M. Salus    on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
           stan.salus@akerman.com,
           crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo    on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
           hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
          Stephanie N. Gilbert    on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com
          Stephen A. Metz    on behalf of Creditor   Saul Holdings Limited Partnership
           smetz@shulmanrogers.com,   nanderson@shulmanrogers.com

```
District/off: 0422-7           User: frenchs              Page 10 of 10              Date Rcvd: Jan 06, 2012
                               Form ID: pdforder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Stephen E. Leach    on behalf of Creditor   Children's Discovery Centers of America, Inc.
           sleach@ltblaw.com,
           ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;
           bblosser@ltblaw.com
          Stephen G. Murphy    on behalf of Creditor   Massachusetts Department of Revenue
           Murphys@dor.state.ma.us
          Stephen K. Lehnardt    on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
          Steven H. Greenfeld    on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com,
           cbglawbethesda@gmail.com
          Steven H. Newman    on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
          Steven L. Brown    on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
          Tara B. Annweiler     on behalf of Creditor   American National Insurance Company
           tannweiler@greerherz.com
          Tara L. Elgie    on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
          Terri A. Roberts     on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
          Thaddeus D. Wilson     on behalf of Defendant   Mitsubishi Electronics America, Inc.
           thadwilson@kslaw.com,    pwhite@kslaw.com
          Thomas David Rethage    on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
          Thomas Francis Murphy     on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
           tmurphy@dclawfirm.com,
           rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
          Thomas G. King     on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
           dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
          Thomas John McIntosh     on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
          Thomas John McKee     on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,    hallc@gtlaw.com
          Thomas Neal Jamerson     on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
           tomjam2003@yahoo.com
          Thomas Ryan Lynch    on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
          Thomas W. Repczynski     on behalf of Creditor   Graphic Communications, Inc.
           trepczynski@offitkurman.com,    cdixon@offitkurman.com
          Tiffany Strelow Cobb    on behalf of Creditor   AOL LLC tscobb@vorys.com,    bjtobin@vorys.com
          Timothy Francis Brown     on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com,
           giaimo.christopher@arentfox.com
          Tracey Michelle Ohm     on behalf of Creditor   Waste Management, Inc. tohm@stinson.com,
           tmackey@stinson.com
          Travis A. Knobbe    on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com,
           trjohnson@spilmanlaw.com
          Travis Aaron Sabalewski     on behalf of Creditor   IKON Office Solutions, Inc.
           tsabalewski@reedsmith.com,    shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
          Troy Savenko     on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
           situated tsavenko@kv-legal.com,    nferenbach@kv-legal.com
          Valerie P. Morrison    on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
           rours@wileyrein.com
          Victoria A. Reardon     on behalf of Creditor   State of Michigan, Department of Treasury
           reardonv@michigan.gov,    jacksonst@michigan.gov
          Victoria D. Garry     on behalf of Creditor   Ohio Bureau of Workers' Compensation
           victoria.garry@ohioattorneygeneral.gov
          Vivienne Rakowsky     on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
           dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
          W. Clarkson McDow, Jr.     USTPRegion04.RH.ECF@usdoj.gov
          Walter Laurence Williams     on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
          Wanda   Borges    on behalf of Creditor   Sharp Electronics Corporation borgeslawfirm@aol.com
          Wendy Michele Roenker     on behalf of Creditor Treasurer City of Chesapeake
           wroenker@cityofchesapeake.net
          William   Heuer    on behalf of Transferee   Korea Export Insurance Corporation
           wheuer@duanemorris.com
          William A. Broscious     on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
          William A. Burnett     on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
          William A. Gray    on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Wood     on behalf of Creditor   Panattoni Development Company, Inc. as Agent for Charles
           L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
           chris.tillmanns@bgllp.com
          William B. Cave    on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw    on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com
          William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
          William Daniel Prince    on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com
          William Daniel Sullivan     on behalf of Attorney William Sullivan dsullivan@butzeltp.com
          William H. Schwarzschild     on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau     on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
           aford@mglspc.com
          Zachary   Mosner    on behalf of Creditor   Washington State Taxing Agencies BCUMosner@atg.wa.gov
                                                                                               TOTAL: 409
```