IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

**Notice of Creditor's Change of Address**

**PLEASE TAKE NOTICE that Vizio, Inc., creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.**

| Old Address | New Address [Creditor] |
|---|---|
| Vizio<br>Robert Ranucci General Counsel<br>39 Tesla<br>Irvine, CA 92618 | JPMorgan Chase Bank, N.A.<br>Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005,<br>ATTN: Susan McNamara |
| Notice Party(ies) | New Address [Notice Party(ies)] |
| Robert Klyman Esq<br>Latham & Watkins LLP<br>355 S Grand Ave<br>Los Angeles, CA 90071 | JPMorgan Chase Bank, N.A.<br>Mail Code: NY1-M138<br>383 Madison Avenue, 37th Floor<br>New York, NY 10179<br>ATTN: Jeff Panzo |

Dated: December 30th, 2011

Respectfully submitted,

VIZIO, INC.

By: _____
Name: _____
Title: _____

Circuit City - Vizio to JPM.TOC.v2.docx