IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
|  | Jointly Administered |
| ("the Debtors") |  |

**Notice of Creditor's Change of Address**

**PLEASE TAKE NOTICE** that JPMorgan Chase Bank, N.A., creditor in the above-referenced
bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings,
distributions, notices or correspondence in this matter should be sent to the new address noted
below, effective immediately.

| Old Address | New Address |
|---|---|
| JPMorgan Chase Bank, N.A.<br>Mail Code: NY1-A436, One Chase Manhattan<br>Plaza, Floor 26, New York, New York 10005,<br>ATTN: Susan McNamara | Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |
| Notice Party(ies) | New Address |
| JPMorgan Chase Bank, N.A.<br>Mail Code: NY1-M138<br>383 Madison Avenue, 37th Floor<br>New York, NY 10179<br>ATTN: Jeff Panzo | Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |

**Dated: December 30, 2011**

Respectfully submitted,

JPMORGAN CHASE BANK, N.A.

By: _____
Name: ~~Peter Schoepe~~
Title: ~~Authorized Signatory~~

9