IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Circuit City Stores, Inc.,** *et al.***,** | : | **Case No. 08-35653 (KRH)** |
| | : | |
| **Debtors.** | : | **Jointly Administered** |

### NOTICE OF ENTRY OF APPEARANCE OF COUNSEL
### AND REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND ORDERS

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears for Audrey Soltis ("Ms. Soltis"), and pursuant to Rule 9010 of the *Federal Rules of Bankruptcy Procedure* (the "Rules"), and Section 1109(b) of the *United States Bankruptcy Code*, requests that all notices given or required to be given in this case and all documents served or required to be served, including, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral, and in whatever manner transmitted or conveyed, in this case be given and served upon:

> William A. Gray, Esquire
> Sands Anderson PC
> 1111 East Main Street, Suite 2400 (23219)
> P.O. Box 1998
> Richmond, Virginia 23218-1998
> Telephone:  (804) 783-7248
> Facsimile:  (804) 783-7291
> bgray@sandsanderson.com

Pursuant to Fed. R. Bankr. Proc. 2002 and 9007, counsel respectfully requests that copies of all documents affecting the Debtors, property of the Debtors or property of the estate, including, but not limited to, notices, pleadings, proposed orders and orders which are filed with

---

William A. Gray, Esquire (VSB No. 46911)
Sands Anderson PC
1111 East Main Street, Suite 2400 (23219)
Post Office Box 1998
Richmond, Virginia 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
bgray@sandsanderson.com
jgeiger@sandsanderson.com
*Counsel for Audrey Soltis*

the court, or mailed, electronically filed, telecopied or otherwise transmitted or delivered to creditors, parties in interest, committees of creditors, equity security holders, or to the Debtors, be served on counsel in accordance with the contact information listed above.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleading, claims or suit shall waive Ms. Soltis' rights to trial by jury of any claim controversy or proceeding related to these cases; nor shall it waive any other right, claim, defense, setoff, or recoupment to which they are or may be entitled in law or equity, under any agreement, or otherwise, all of which rights, claims, defenses, setoffs, and recoupments are expressly reserved.

Dated:   January 10, 2012               **Respectfully Submitted,**

                                        **AUDREY SOLTIS**

                                         /s/ *William A. Gray*
                                        William A. Gray, Esquire (VSB No. 46911)
                                        Sands Anderson PC
                                        1111 East Main Street, Suite 2400 (23219)
                                        Post Office Box 1998
                                        Richmond, Virginia 23218-1998
                                        Telephone: (804) 648-1636
                                        Facsimile: (804) 783-7291
                                        bgray@sandsanderson.com
                                        *Counsel for Audrey Soltis*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2012, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court for the Eastern District of Virginia, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and served by first class, postage paid mail on the below:

> Lynn L. Tavenner
> Paula S. Beran
> TAVENNER & BERAN, PLC
> 20 North Eighth Street, 2nd Floor
> Richmond, Virginia 23219
> *Counsel for Liquidating Trustee*
>
> Jeffrey N. Pomerantz, Esquire
> Andrew W. Caine, Esquire
> Cia H. Mackle, Esquire
> PACHULSKI STANG ZIEHL & JONES LLP
> 10100 Santa Monica Boulevard
> Los Angeles CA 90067-4100
> *Counsel for Liquidating Trustee*

                                                 /s/ William A. Gray