**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

866 831 0232 tel
302 655 2480 fax
www.ctlegalsolutions.com



December 22, 2011



BAE Systems
Bankruptcy Noticing Center
2525 Network Place,
3rd Floor,
Herndon, VA 20171-3514

Re: Circuit City Stores, Inc., Debtor // To: Unknown Entity

Case No. 0835653KRH

Dear Sir/Madam:

The Corporation Trust Company received the enclosed Notice.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Scott LaScala
Section Head Process

Log# 519762076

FedEx Tracking# 793092531364

cc: Eastern District of Virginia - U.S. Bankruptcy Court - Richmond Division
   701 East Broad Street,
   Richmond, VA 23219