Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

      - and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER SUSTAINING LIQUIDATING TRUST'S TWENTY-FOURTH OMNIBUS
OBJECTION TO CLAIMS (REDUCTION OF CERTAIN
<u>PARTIALLY INVALID CLAIMS)</u>**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Twenty-Fourth Omnibus Objection to Claims Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C attached to the Objection be reduced for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED.

2. The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3. The Court will conduct a status conference on January 5, 2012 at 2:00 p.m. for all Claims identified on Exhibit B attached hereto.

4. The Liquidating Trust hereby withdraws, without prejudice, the Objection solely with respect to the Claim identified on Exhibit C.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

5. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

6. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

_/s/ Lynn L. Tavenner_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner

4

Exhibit A

| Claim | Claimant Name (Master Level) | Date Filed | ReconAmt | Estimated Class | Estimated Amount | Notice Name | Addr1 | Addr2 | Addr3 | Addr4 | CityStateZip | Country | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | NORTHWEST DIGITAL MEDIA | 12-Nov-08 | $9,515.00 | U | $9,900.00 | NORTHWEST DIGITAL MEDIA | 20902 67TH AVE NE STE 390 | | | | ARLINGTON, WA 98223 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Pricing discrepancy & one paid invoice |
| 10 | JQGE HK CO LIMITED | 12-Nov-08 | $25,143.00 | U | $28,115.00 | JQGE HK Co Limited | Attn Mr Leung Alex Kim Lung | Rm 2305 6 | 23 F Olympia Plz | 255 Kings Rd | North Point, | Hong Kong | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: pricing discrepancy and disputed chargeback |
| 12 | IMPACT INSTALLATIONS INC | 13-Nov-08 | $300,438.74 | U | $300,827.71 | IMPACT INSTALLATIONS INC | 10091 STREETER RD STE 2 | | | | AUBURN, CA 95602 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Invoice discrepancies |
| 21 | AUDIO VIDEO ETC | 17-Nov-08 | $420.00 | U | $6,800.00 | AUDIO VIDEO ETC | 1606 CIMARRON TRL | | | | WICHITA FALLS, TX 76306 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Paid invoices and pricing |
| 33 | HD CONNECT | 28-Nov-08 | $4,175.00 | U | $4,430.00 | HD CONNECT | 220 N WADE AVENUE | | | | WASHINGTON, PA 15301-3563 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Paid invoice. Vendor claims more than payment. |
| 34 | RPM TECHNOLOGIES & SATELLITE LP | 28-Nov-08 | $14,315.00 | U | $14,425.00 | RPM TECHNOLOGIES & SATELLITE LP | 3610 SHIRE BLVD 106 | | | | RICHARDSON, TX 75082 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Invoicing variance |
| 118 | JOHNSON SAFETY INC | 02-Dec-08 | $5,916.86 | U | $53,388.59 | JOHNSON SAFETY INC | 1425 COOLEY CT | | | | SAN BERNARDINO, CA 92408 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Variance is due to return disputes, missing invoices, and pricing discrepancies. |
| 139 | JOINSOON ELECTRONICS MFG CO LTD | 21-Nov-08 | $28,728.00 | U | $120,074.60 | Joinsoon Electronics MFG Co Ltd | Attn Joyce Hsieh | 19F No 79 Sec 1 Sintai 5th Rd | Sijhih City | | Taipei, Taiwan 221 | China | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Disputed amount was paid on Wire #1443 on 11/26/08 |
| 158 | ELECTRONIC PARTS UNLIMITED INC | 01-Dec-08 | $3,156.00 | U | $4,001.80 | ELECTRONIC PARTS UNLIMITED INC | DBA ELECTRONIC SERVICE SPECIALISTS | 2629 US HWY 19 | | | HOLIDAY, FL 34691 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability |
| 185 | JEC HOME INTERIORS | 05-Dec-08 | $3,520.00 | U | $4,220.00 | JEC HOME INTERIORS | 13 WILSHIRE LN | | | | PELHAM, NH 03076 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Paid invoices, invoicing variance, bounced check fee |
| 281 | EBC MARKETING INC | 17-Nov-08 | $306,454.35 | U | $306,580.35 | EBC Marketing Inc | 45 Sterling St | | | | West Boylston, MA 01583-1200 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Duplicate 503b9 of claim #452 |
| 283 | KYOZOU INC | 17-Nov-08 | $21,771.07 | U | $22,611.07 | Kyozou Inc | c o Kyozou Inc | Larry Velman | 510 4580 Dufferin St | | Toronto, ON M3H5Y2 | Canada | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability |
| 291 | MASTERBUILT MFG INC | 18-Nov-08 | $8,474.17 | U | $8,935.62 | Masterbuilt MFG Inc | Nathan McGaan | 1 Masterbuilt Ct | | | Columbus, GA 31907 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Paid invoices and missing PO's |
| 304 | TECH CONNECTORS LLC | 20-Nov-08 | $18,515.00 | U | $20,070.00 | Tech Connectors LLC | Attn Sean Storin | 470 Mission St Ste 2 | | | Carol Stream, IL 60188 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: $60 vendor balance error, paid items, invoicing variance |
| 335 | DYNAMIC CONTROL OF NORTH AMERICA INC | 21-Nov-08 | $28,341.39 | U | $32,234.66 | Dynamic Control of North America Inc | Dynamic Control | Attn Beth Maranda | 3042 Symmes Rd | | Hamilton, OH 45015 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Paid invoice (3,840.97) and damaged product discrepancy (52.30) |
| 339 | CAROLINA CUSTOM SOUND LLC | 24-Nov-08 | $4,960.00 | U | $5,530.00 | Carolina Custom Sound LLC | 285 Bridle Ln | | | | Advance, NC 27006 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Paid invoices, vendor claims to higher amts than records |
| 373 | TECH DEPOT | 24-Nov-08 | $6,951.88 | U | $10,533.26 | Tech Depot | Office Depot | 6600 N MILITARY TRL | | | BOCA RATON, FL 33496 | | CIRCUIT CITY PURCHASING COMPANY, LLC | Books & Records- Reduced Liability Note: $1084.66 prev pd, $2496.72 several attempts to req support |
| 437 | FASTDISH INC | 01-Dec-08 | $23,505.00 | U | $23,640.00 | Fastdish Inc | 4900 NW 15th St No 4405 | | | | Margate, FL 33063 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: 2 items prev paid |
| 481 | REGISTER PAJARONIAN | 03-Dec-08 | $1,109.82 | U | $1,294.79 | REGISTER PAJARONIAN | 100 WESTRIDGE DR | | | | WATSONVILLE, CA 95076 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: paid on check 4586126 |
| 491 | WIRELESS SOLUTIONS LLC | 24-Nov-08 | $54,903.23 | U | $55,122.95 | Wireless Solutions LLC | 2720 E Phillips Rd | | | | Greer, SC 29650 | | CIRCUIT CITY PURCHASING COMPANY, LLC | Books & Records- Reduced Liability Note: pricing differences |
| 533 | MY1STOP COM | 25-Nov-08 | $6,035.85 | U | $6,495.13 | My1Stop com | 3200 Liberty Bell Rd | | | | Fort Scott, KS 66701 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: difference due to sales tax |
| 536 | AAMP OF AMERICA | 25-Nov-08 | $256,553.00 | U | $259,893.20 | AAMP of America | 13160 56th Ct | | | | Clearwater, FL 33760 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: 503B9 portion duplicate of claim # 49 |
| 568 | US DISTRIBUTING | 04-Dec-08 | $3,535.00 | U | $3,844.31 | US DISTRIBUTING | 10645 N TATUM BLVD STE 200 443 | | | | PHOENIX, AZ 85028-3053 | | CIRCUIT CITY PURCHASING COMPANY, LLC | Books & Records- Reduced Liability Note: State tax charged by vendor but debtor's records do not reflect a liability. Special Note: this objection relates only to the unsecured portion of the claim. |
| 582 | AFFORDABLE HOME TECHNOLOGIES | 04-Dec-08 | $1,155.00 | U | $1,580.00 | Affordable Home Technologies | 304 N Brown Rd | | | | Columbia, SC 29229 | | ORBYX ELECTRONICS, LLC | Books & Records- Reduced Liability Note: Paid invoices. $40 difference on one paid invoice. |
| 634 | CRAWFORD COMMUNICATIONS INC | 08-Dec-08 | $5,225.00 | U | $5,810.00 | CRAWFORD COMMUNICATIONS INC | 925 WOODSIDE DR | | | | DELAND, FL 32720 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Paid items, inv variance, 1 inv that vendor cannot support |
| 638 | TEMPLE DAILY TELEGRAM | 08-Dec-08 | $5,853.13 | U | $8,576.93 | TEMPLE DAILY TELEGRAM | PO BOX 6114 | | | | TEMPLE, TX 76503-6114 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: obj per ad max expired contract |
| 688 | TIMES LEADER, THE | 09-Dec-08 | $2,989.02 | U | $3,487.19 | TIMES LEADER, THE | 200 S 4TH ST | | | | MARTINS FERRY, OH 43935 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: paid on check 4586292 |

Exhibit A

| Claim | Claimant Name (Master Level) | Date Filed | ReconAmt | Estimated Class | Estimated Amount | Notice Name | Addr1 | Addr2 | Addr3 | Addr4 | CityStateZip | Country | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 718 | DENNCO, INC | 12-Dec-08 | $3,521.50 | U | $3,978.50 | DENNCO, INC | MARY DENNESEN | 21 NORTHWESTERN DRIVE | | | SALEM, NH 03079-4809 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: These invoices have already been paid. |
| 739 | COCA COLA BOTTLING CO UNITED INC | 26-Nov-08 | $6,284.10 | U | $7,608.02 | Coca Cola Bottling Co United Inc | Attn Barbara Owens | 600 Beacon Pkway W Ste 601 | | | Birmingham, AL 35209 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability |
| 753 | NEXICORE SERVICES | 12-Dec-08 | $76,296.00 | U | $79,100.00 | NEXICORE SERVICES | HARTFORD COMPUTER GROUP | DEPT 9775 | | | LOS ANGELES, CA 90084-9775 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: $120.00 variance, $2,564.00 paid, $63,501.90 credits |
| 755 | WLYH TV | 03-Dec-08 | $2,550.00 | U | $3,000.00 | WLYH TV | C O SZABO ASSOCIATES INC | 3355 LENOX RD NE 9TH FL | | | ATLANTA, GA 30326 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: no support |
| 756 | WHP TV | 03-Dec-08 | $3,825.00 | U | $4,500.00 | WHP TV | C O SZABO ASSOCIATES INC | 3355 LENOX RD NE 9TH FL | | | ATLANTA, GA 30326 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: no copy of invoice |
| 774 | TRIBUNE COMPANY DBA BALTIMORE SUN | 10-Dec-08 | $87,594.42 | U | $124,115.94 | Tribune Company dba Baltimore Sun | Attn Carol Liotta | 435 N Michigan Ave 3rd Fl | | | Chicago, IL 60611 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: discrepancy b/t inv and media buys, do not pay |
| 806 | THEATER XTREME OF SPRINGFIELD | 11-Dec-08 | $16,010.00 | U | $16,530.00 | THEATER XTREME OF SPRINGFIELD | 592 B CENTER ST | | | | LUDLOW, MA 01056 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Invoicing variance and paid items. |
| 818 | ULINE INC | 12-Dec-08 | $2,833.92 | U | $3,768.52 | ULINE INC | 2200 S LAKESIDE DR | | | | WAUKEGAN, IL 60085 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Vendor cannot provide proof of delivery, debtor disputes sales tax: Special Note: this objection relates only to the unsecured portion of the claim. |
| 853 | ENTERPRISE RECORD | 08-Dec-08 | $6,430.56 | U | $8,574.08 | ENTERPRISE RECORD | PO BOX 9 | | | | CHICO, CA 95927-0009 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: no copy of invoice supplied |
| 860 | IMPRESSIONS MARKETING GROUP | 08-Dec-08 | $58,519.83 | U | $61,457.02 | Riverside Claims LLC as Assignee for Impressions Marketing Group | Riverside Claims LLC | PO Box 626 | Planetarium Station | | New York, NY 10024 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Sales tax ($336.47) and missing invoice ($2,600.72); no POD available |
| 876 | N GENIUS SOLUTIONS INC | 08-Dec-08 | $8,575.00 | U | $8,885.00 | N GENIUS SOLUTIONS INC | 88 W SCHILER 1809 | | | | CHICAGO, IL 60610 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: 1 paid invoice |
| 959 | GIBSON GUITAR CORP | 19-Dec-08 | $5,056.55 | U | $7,020.05 | GIBSON GUITAR CORP | 5237 PAYSPHERE CIR | | | | CHICAGO, IL 60674 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Variance is due to quantity and pricing discrepancies. |
| 973 | BETATRONICS INC | 19-Dec-08 | $4,078.00 | U | $4,280.67 | Betatronics Inc | 2518 Manakin Rd | | | | Manakin Sabot, VA 23103 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Variance due to denied late fee, returned check fee. |
| 981 | QUALXSERV LLC | 16-Dec-08 | $21,715.00 | U | $28,965.00 | QUALXSERV LLC | 836 NORTH ST | | | | TEWKSBURY, MA 01876 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: $5,675.00 paid. $1,575.00 missing, vendor can't support. |
| 990 | HOME VIDEO SATELLITE | 16-Dec-08 | $2,655.00 | U | $3,600.00 | HOME VIDEO SATELLITE | 2776 C S CAMPBELL | | | | SPRINGFIELD, MO 65807-3506 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Duplicate invoices, invoicing variance |
| 1043 | FOXS CLEANERS | 09-Dec-08 | $834.72 | U | $2,800.00 | FOXS CLEANERS | 1102 W MAIN ST | | | | MARION, IL 62959 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability |
| 1085 | FORT MYERS, CITY OF | 19-Dec-08 | $555.85 | U | $1,896.16 | FORT MYERS, CITY OF | CITY ATTORNEYS OFFICE | 2200 2ND ST | | | FORT MYERS, FL 33901 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability & Adv IQ: Reduce & Modify Books/Records Note: Waste removal billed thru/paid to Computerized Waste Systems |
| 1091 | WPIX TV | 19-Dec-08 | $29,410.00 | U | $62,092.50 | WPIX TV | PO BOX 13831 | | | | NEWARK, NJ 071880831 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Invoices paid on 12/30/08, check 4589696 |
| 1121 | HS SERVICES | 15-Dec-08 | $2,945.00 | U | $3,095.00 | HS SERVICES | 4505 SEMINOLE RD | | | | RICHLAND, GA 31825 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Invoice variance |
| 1135 | MEDIA GENERAL INC | 15-Dec-08 | $7,771.46 | U | $8,915.91 | MEDIA GENERAL INC | PO BOX 188 | NC COMMUNITY NEWSPAPERS | | | HICKORY, NC 28603 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: discrepancy report |
| 1154 | DILWORTH, HARRY | 08-Dec-08 | $420.00 | U | $735.00 | DILWORTH, HARRY | 1746 WOODSTREAM | | | | ST LOUIS, MO 63138 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: paid on check 4589899 sub same invoice twice |
| 1156 | SENTINEL | 08-Dec-08 | $6,125.82 | U | $7,179.02 | SENTINEL | DEPT 8217 | | | | LOS ANGELES, CA 90084-8217 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: past due amount. |
| 1178 | SUN, THE | 15-Dec-08 | $6,238.66 | U | $8,880.64 | SUN, THE | PO BOX 271 | | | | YUMA, AZ 85366-0271 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: pricing |
| 1184 | AUGUSTA CHRONICLE, THE | 15-Dec-08 | $7,322.62 | U | $9,694.24 | AUGUSTA CHRONICLE, THE | PO BOX 1928 | | | | AUGUSTA, GA 30903-1928 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Billing is for Savannah Morn News |
| 1260 | ALL ABOUT WIRING | 18-Dec-08 | $12,670.00 | U | $14,865.00 | ALL ABOUT WIRING LLC | 829 CAMMIE JORDAN LN | | | | ROCK HILL, SC 29730 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Paid items, inv variance, residual balance on paid items |
| 1322 | EAST COAST AUDIO VIDEO PROS | 19-Dec-08 | $13,195.00 | U | $13,730.00 | EAST COAST AUDIO VIDEO PROS | 1817 E MAIN ST | | | | MILLVILLE, NJ 08332-3513 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: $580 paid, less $45 from claim error variance |
| 1335 | BONNEY, STEPHANIE | 19-Dec-08 | $2,250.00 | U | $2,370.00 | Bonney, Stephanie | 251 Redmond | | | | Ferguson, MO 63135 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability |

Exhibit A

| Claim | Claimant Name (Master Level) | Date Filed | ReconAmt | Estimated Class | Estimated Amount | Notice Name | Addr1 | Addr2 | Addr3 | Addr4 | CityStateZip | Country | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1350 | WORKING MACHINES CORPORATION | 19-Dec-08 | $107,509.35 | U | $131,280.08 | WORKING MACHINES CORPORATION | 2170 DWIGHT WAY | | | | BERKELEY, CA 94704 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Denied interest fees, net of adj for balance error |
| 1379 | PRESS PLAY HOME ENTERTAINMENT LLC | 19-Dec-08 | $5,070.00 | U | $7,265.00 | Press Play Home Entertainment LLC | PO Box 605 | | | | Duanesburg, NY 12056 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Paid |
| 1389 | TKC TECHNOLOGY SOLUTIONS LLC | 17-Dec-08 | $7,970.00 | U | $8,435.00 | TKC TECHNOLOGY SOLUTIONS LLC | 13873 PARK CTR RD STE 300N | | | | HERNDON, VA 20171 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Paid items |
| 1393 | PENTAX CORPORATION | 17-Dec-08 | $4,488.45 | U | $6,334.37 | PENTAX CORPORATION | DEPT CH 10233 | | | | PALATINE, IL 60055-0233 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: invoices moved to unsecure non-priority |
| 1415 | US ROBOTICS INC | 18-Dec-08 | $10,526.49 | U | $16,953.03 | US ROBOTICS INC | KIMBERLY MASON | 1300 E WOODFIELD RD STE 506 | | | SCHAUMBURG, IL 60173 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Credits, denied vendor billbacks |
| 1423 | MCELROY INSTALLATIONS | 18-Dec-08 | $15,297.00 | U | $16,477.00 | MCELROY INSTALLATIONS | 2600 E SOUTHLAKE | STE 120 PMB 101 | | | SOUTHLAKE, TX 76092 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Invoicing variance, paid items, dupe invoice |
| 1429 | DIGITAL MEDIA SOLUTIONS INC | 19-Dec-08 | $3,270.00 | U | $3,770.70 | DIGITAL MEDIA SOLUTIONS INC | 707 E WELLESLY AVE | | | | SPOKANE, WA 99207 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability |
| 1434 | SBC GLOBAL SERVICES INC | 09-Dec-08 | $7,895.78 | U | $84,030.22 | SBC Global Services Inc | James Grudus Esq | AT&T Inc | One AT&T Way Rm 3A218 | | Bedminster, NJ 07921 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: paid invoices;books and records no liability |
| 1521 | MORNING CALL | 08-Dec-08 | $45,356.22 | U | $46,828.43 | Morning Call | PO Box 1108 | | | | Allentown, PA 18105-1108 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Denied payment and paid invoice |
| 1550 | AUSTIN POLICE DEPARTMENT ALARM UNIT | 08-Dec-08 | $500.00 | U | $16,970.00 | Austin Police Department Alarm Unit | PO Box 684279 | | | | Austin, TX 78768-4279 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: late fees, items prev paid/settled |
| 1586 | KSWB TV | 15-Dec-08 | $7,416.25 | U | $10,646.25 | KSWB TV | 7191 Engineer Rd | | | | San Diego, CA 92111 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability & Paid in Full - No Liability (pre petition) Note: Per discrepancy report, spots ran out of time period |
| 1595 | SPRINT NEXTEL | 15-Dec-08 | $2,147.80 | U | $58,685.66 | Sprint Nextel | Attn Bankruptcy Dept | Sprint Nextel Correspondence | PO Box 7949 | | Overland Park, KS 66207-0949 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: paid on batches 122 and 135 |
| 1611 | ENGINEERED STRUCTURES INC | 12-Dec-08 | $247,488.98 | U | $248,709.47 | ENGINEERED STRUCTURES INC | ROB SHOCKLEY | 12400 W OVERLAND RD | | | BOISE, ID 83709 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability |
| 1632 | STRUCTURED WIRING SOLUTIONS INC | 28-Nov-08 | $10,375.00 | U | $11,614.50 | Structured Wiring Solutions Inc | c o Peter Ashley | 2003 SHIRLEY RD | | | Wilmington, NC 28405 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: vendor adding error & pricing |
| 1642 | AEROTEK INC | 11-Dec-08 | $5,458.25 | U | $5,974.15 | Aerotek Inc | LaKenya Thomas | 7301 Pkwy Dr | | | Hanover, MD 21076-1159 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Item was pd 12/30/08, Ch#4589739 |
| 1676 | SATELLITE DEALER SUPPLY INC | 17-Dec-08 | $5,190.00 | U | $5,521.00 | Satellite Dealer Supply Inc | 11475 Hwy 90 | | | | Beaumont, TX 77713 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Two paid items and invoicing variance. |
| 1682 | INTERCALL | 17-Dec-08 | $9,445.90 | U | $9,678.33 | InterCall | Attn Melody Lohr | 11808 Miracle Hills Dr | | | Omaha, NE 68154 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: amount paid on tangoe batch 119 |
| 1704 | DYNOMITE GRAPHIX | 19-Dec-08 | $1,045.14 | U | $1,370.00 | Dynomite Graphix | c o Todd M Fuerst | 4510 Paine Dr | | | Midland, MI 48642 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: difference due to duplicate invoice |
| 1707 | SMARTPARTS INC | 16-Dec-08 | $280,378.19 | U | $315,758.89 | RBS Business Capital a Division of RBS Asset Finance Inc | Matthew M Hughey | Gleason & Associates PC | One Gateway Ctr Ste 525 | 420 Fort Duquesne Blvd | Pittsburgh, PA 15222-1402 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: RTV & AVO disputes |
| 1715 | OTIS ELEVATOR COMPANY | 18-Dec-08 | $2,770.15 | U | $8,809.18 | Otis Elevator Company | Attn Treasury Services J Parent | Otis Elevator Company et al | 1 Farm Springs 3rd Fl | | Farmington, CT 06032 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: $2467.63 credits netted with inv, $3571.40 no support provided after requests |
| 1750 | AVID HOME INSTALLS LLC | 17-Dec-08 | $6,059.00 | U | $6,254.00 | Avid Home Installs LLC | PO Box 633 | | | | Hinesville, GA 31310 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: pd on ck#428247 |
| 1783 | EASYLINK SERVICES | 19-Dec-08 | $2,037.02 | U | $3,170.53 | EasyLink Services | 33 Knightsbridge Rd | | | | Piscataway, NJ 08854 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Paid |
| 1786 | ENCORE REPAIR SERVICE | 19-Dec-08 | $43,720.00 | U | $44,210.00 | Encore Repair Service | Elizabeth Spuck Tina J Andrews | 105 Prairie Lake Rd Ste D | | | East Dundee, IL 60118-9133 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Missing invoice, no support, no receivings. |
| 1802 | XEROX CORP | 18-Dec-08 | $25,239.70 | U | $28,830.20 | Xerox Corp | Attn Vanessa Adams | Xerox Capital Services LLC | PO Box 660506 | | Dallas, TX 75266-9937 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Inv paid on 11/4/08 Ch#28556 and 12/30/08 Ch#4589729 |
| 1806 | MODIS | 24-Dec-08 | $153,750.81 | U | $159,126.66 | Modis | Joanna Kraft | 1 Independent Dr Ste 800 | | | Jacksonville, FL 32202 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Fees due to Comsys |
| 1931 | J DOVE & ASSOCIATES LLC | 23-Dec-08 | $5,677.53 | U | $6,733.68 | J Dove & Associates LLC | c o Stephen R Robinson Esq | 309 W Pennsylvania Ave | | | Towson, MD 21204 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: $355.57 duplicated within claim, $700.58 no Service Order provided |
| 1959 | CMC MAGNETICS CORP | 26-Dec-08 | $67,055.00 | U | $75,793.80 | CMC MAGNETICS CORP | 15TH FL MING CHUAN W RD | | | | TAIPEI, | TWN ROC | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Paid invoices, VP deductions, Model Mix |
| 1961 | DAILY REPUBLIC, THE | 26-Dec-08 | $4,882.44 | U | $5,051.37 | DAILY REPUBLIC, THE | 1250 TEXAS STREET | PO BOX 47 | | | FAIRFIELD, CA 94533 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: claim amount added incorrectly |
| 2025 | BANGOR DAILY NEWS | 30-Dec-08 | $10,194.00 | U | $11,467.41 | BANGOR DAILY NEWS | PO BOX 1329 | | | | BANGOR, ME 04402-1329 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: No description of charges unable to substantiate |
| 2111 | ADVANTAGE IQ INC | 02-Jan-09 | $16,302.75 | U | $57,828.50 | ADVANTAGE IQ INC | 1313 N ATLANTIC ST STE 5000 | | | | SPOKANE, WA 99201 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability |

Exhibit A

| Claim | Claimant Name (Master Level) | Date Filed | ReconAmt | Estimated Class | Estimated Amount | Notice Name | Addr1 | Addr2 | Addr3 | Addr4 | CityStateZip | Country | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2159 | COMMERCIAL CONSTRUCTION & RENOVATIONS | 02-Jan-09 | $64,234.91 | U | $24,524.91 | COMMERCIAL CONSTRUCTION & RENOVATIONS | PO BOX 289 | | | | BYESVILLE, OH 43723 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability |
| 2186 | SEQUIN GAZETTE ENTERPRISE | 05-Jan-09 | $1,740.00 | U | $2,706.44 | SEQUIN GAZETTE ENTERPRISE | PO BOX 1200 | | | | SEQUIN, TX 78155 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: pd on check 4606765 and chk 4592977 |
| 2211 | JNWK | 31-Dec-08 | $10,000.00 | U | $20,000.00 | JNWK | 1329 W FM 917 | | | | JOSHUA, TX 76058 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Invoice was orig billed and paid for $5,000 |
| 2306 | COMED | 22-Dec-08 | $11,516.26 | U | $38,639.35 | ComEd | Attn Bankruptcy Section Revenue Management | 2100 Swift Dr | | | Oakbrook, IL 60523 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Items paid and billed to MidAmerican Energy Co |
| 2307 | PPL ELECTRIC UTILITIES | 19-Dec-08 | $66,614.26 | U | $72,249.07 | PPL Electric Utilities | 827 Hausman Rd | | | | Allentown, PA 18104 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: $970.28 paid 12/4/08, Ch#5037121, $4664.53 paid 11/4/08, Ch#4906771 |
| 2358 | PRICEGRABBER COM INC | 05-Jan-09 | $976,214.49 | U | $982,499.95 | PRICEGRABBER COM INC | ATTN BRIDGET GREIBER | C O US BANK CORPORATE TRUST SERVICES | 60 LIVINGSTON AVE | EP MN WS3T | ST PAUL, MN 55107-2292 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Invoice is not in Unpaid Liability/invoice differences |
| 2484 | COLORADO BROADBAND & COMM | 05-Jan-09 | $3,371.00 | U | $3,671.00 | COLORADO BROADBAND & COMM | 1203 WHITE AVE | | | | GRAND JUNCTION, CO 81501 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Paid invoice |
| 2541 | TYLER MORNING TELEGRAPH | 05-Jan-09 | $6,471.42 | U | $7,173.74 | TYLER MORNING TELEGRAPH | 410 W ERWIN | | | | TYLER, TX 75702 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Pricing difference due to expired contract |
| 2760 | THE ALBANY HERALD | 06-Jan-09 | $6,321.04 | U | $8,499.48 | THE ALBANY HERALD | N WASHINGTON ST | PO BOX 48 | | | ALBANY, GA 31702-0048 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: paper billed at wrong rate |
| 2767 | BOOKS A MILLION | 05-Jan-09 | $4,230.47 | U | $7,315.15 | BOOKS A MILLION | PO BOX 19728 | | | | BIRMINGHAM, AL 35219 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: invoices were paid or no POD |
| 2896 | FURNITURE VALUES INTERNATIONAL C O FMCA | 23-Dec-08 | $240,205.68 | U | $243,703.46 | Furniture Values International c o FMCA | FMCA | PO Box 5929 | | | High Point, NC 27262 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Variance is due to quantity discrepancy and unknown disputes. * |
| 2938 | CUSTOM MEDIA DESIGNS | 06-Jan-09 | $4,655.00 | U | $4,765.00 | CUSTOM MEDIA DESIGNS | 15 HOUSTON AVE | | | | MIDDLETOWN, NY 10940 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Invoicing variance |
| 2949 | HOUSTON COMMUNITY NEWSPAPERS | 06-Jan-09 | $2,420.25 | U | $3,457.50 | HOUSTON COMMUNITY NEWSPAPERS | 523 N SAM HOUSTON PKY E | STE 600 | | | HOUSTON, TX 77060-4011 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: paid on check 4569317 |
| 3019 | ADVENTURE SATELLITE TV | 08-Jan-09 | $9,755.00 | U | $9,860.00 | ADVENTURE SATELLITE TV | 2529 ROYAL POINTE DR | | | | GREEN COVE SPRINGS, FL 32043 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability |
| 3178 | SP RICHARDS COMPANY | 12-Jan-09 | $2,233.71 | U | $5,209.15 | SP RICHARDS COMPANY | 5400 HIGHLANDS PKY | | | | SMYRNA, GA 30082-5167 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: difference due to invoice shortages and pricing discrepancies |
| 3211 | FAST DISH INC | 12-Jan-09 | $495.00 | U | $23,947.00 | FAST DISH INC | 4900 NW 15TH ST NO 4405 | | | | MARGATE, FL 33066 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: $23265 of items duplicates #437, $187 claim and backup diff |
| 3282 | NEVAEH ELECTRONICS | 09-Jan-09 | $2,860.00 | U | $3,245.00 | NEVAEH ELECTRONICS | 1182 OLD BOONES CRK RD | | | | JONESBOROUGH, TN 37659 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Invoicing variance |
| 3312 | COX OHIO PUBLISHING | 12-Jan-09 | $6,479.20 | U | $6,935.90 | Dayton Newspapers Inc | dba Cox Ohio Publishing | 1611 S Main St | | | Dayton, OH 45409 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Paper billed incorrectly |
| 3330 | PASSPORT UNLIMITED | 12-Jan-09 | $9,931.12 | U | $18,502.12 | PASSPORT UNLIMITED | BRIAN BELL | 801 KIRKLAND AVE STE 200 | | | KIRKLAND, WA 98033 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Vendor did not respond to requests for support |
| 3332 | DSI DISTRIBUTING INC | 12-Jan-09 | $4,115.65 | U | $4,396.61 | DSI DISTRIBUTING INC | ATTN LONNIE NEUBAUER | 11338 AURORA AVE | | | DES MOINES, IA 50322 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: duplicate of 503b9 claim 719 |
| 3410 | AUBURN CITIZEN | 09-Jan-09 | $5,554.81 | U | $11,184.70 | AUBURN CITIZEN | KEVIN JESSIE | 25 DILL ST | | | AUBURN, NY 13021 | | CIRCUIT CITY STORES, INC. | Paid in Full - Reduced Liability (pre petition) & Books & Records- No Liability Note: Paid on check 4568182, 10/13/08, $3,683.68 |
| 3446 | RUSIN MACIOROWSKI & FRIEDMAN | 13-Jan-09 | $40,479.05 | U | $42,898.57 | RUSIN MACIOROWSKI & FRIEDMAN | 10 S  RIVERSIDE PLAZA | SUITE 1530 | | | CHICAGO, IL 60606 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Reconciled on claim 13762 |
| 3494 | ORBIS CORPORATION | 13-Jan-09 | $234,790.83 | U | $236,424.63 | Southpaw Koufax LLC | Attn Jeff Cohen & Bob Thompson | 2 W Greenwich Office Park | 1st Fl | | Greenwich, CT 06831 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: scheduled amount is less than invoiced amt |
| 3497 | AUTORIDAD DE ENERGIA ELECTRICA PUERTO RICO ELECTRIC POWER AUTHORITY | 13-Jan-09 | $38,962.17 | U | $45,864.01 | Maria T Gorbea | Bankruptcy Claims Office | PO Box 364267 | | | San Juan, PR 00936 | | CIRCUIT CITY STORES PR, LLC | Books & Records- Reduced Liability Note: Pd 12/26/08, Ch# 5130129 |
| 3594 | KORN FERRY INTERNATIONAL | 14-Jan-09 | $5,959.00 | U | $6,459.00 | KORN FERRY INTERNATIONAL | PO BOX 1450 | | | | MINNEAPOLIS, MN 55485-1450 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability |
| 3670 | KDMX FM | 13-Jan-09 | $19,381.70 | U | $20,741.70 | KDMX | 14001 N Dallas Pkwy No 300 | | | | Dallas, TX 75240 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Spots not ordered |
| 3671 | KDMX | 13-Jan-09 | $13,027.75 | U | $14,642.50 | KEGL | 14001 N Dallas Pkwy No 300 | | | | Dallas, TX 75240 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Billing errors per notes in OnBase |

Exhibit A

| Claim | Claimant Name (Master Level) | Date Filed | ReconAmt | Estimated Class | Estimated Amount | Notice Name | Addr1 | Addr2 | Addr3 | Addr4 | CityStateZip | Country | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3759 | IDEAL TECHNOLOGY INC | 15-Jan-09 | $73,213.00 | U | $75,509.00 | IDEAL TECHNOLOGY INC | C O CORRE OPPORTUNITIES FUND LP | 1370 AVENUE OF THE AMERICAS 29TH FL | | | NEW YORK, NY 10019 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: $2200.00 Pymt issued ck#428075 10/28/08, ven issued credit $96, also on unpaid |
| 3768 | OGDEN NEWSPAPERS INC | 15-Jan-09 | $5,345.04 | U | $6,697.27 | OGDEN NEWSPAPERS INC | 1500 MAIN ST | INTELLIGENCER NEWS REGIST | | | WHEELING, WV 26003-2826 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Paper billed incorrectly due to an expired contract |
| 3805 | SPECTRUM PLASITCS INC | 15-Jan-09 | $168,927.34 | U | $209,202.30 | SPECTRUM PLASITCS INC | 2101 66TH ST | 12850 MIDWAY PL | | | CERRITOS, CA 90703 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: No Liability per Debtor's books and records. |
| 3832 | ACXIOM CORPORATION | 15-Jan-09 | $179,962.12 | U | $182,517.04 | Acxiom Corporation | CB Blackard | Corporate Counsel | PO Box 2000 | | Conway, AR 72033-2000 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: dif between claim total and invoice total, claimant acknowledges difference |
| 3960 | ABILENE REPORTER NEWS | 15-Jan-09 | $3,709.95 | U | $3,980.15 | ABILENE REPORTER NEWS | DEBBIE KISER | P O BOX 30 | | | ABILENE, TX 79604 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: objection past due amount per discrepancy reports |
| 3989 | ALLSOP INC | 19-Jan-09 | $49,244.82 | U | $52,118.04 | VonWin Capital Management, LP | Attn Roger Von Spiegel Managing Director | 261 Fifth Ave 22nd Fl | | | New York, NY 10016-7701 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: reconciled on 503b9 claim 234 |
| 3999 | ATOMIC ENTERPRISES INC | 19-Jan-09 | $15,797.50 | U | $15,967.50 | ATOMIC ENTERPRISES INC | 8745 REMMET AVE | | | | CANOGA PARK, CA 91304 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: one inv paid ck 428235, no liability for other |
| 4069 | UNION LEADER CORP | 21-Jan-09 | $4,563.60 | U | $4,969.26 | UNION LEADER CORP | PO BOX 9513 | | | | MANCHESTER, NH 03108-9555 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: 10% early payment discount |
| 4138 | CONSOLIDATED COMMUNICATIONS | 20-Jan-09 | $370.35 | U | $752.44 | CONSOLIDATED COMMUNICATIONS | 121 S 17TH ST | | | | MATTOON, IL 61938 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: paid |
| 4156 | ASPEN ELECTRONICS LLC | 20-Jan-09 | $4,080.00 | U | $4,755.00 | ASPEN ELECTRONICS LLC | 4126 STAMPER WY | | | | HOWELL, MI 48855 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Vendor balance error $60, paid $275, variance $340 |
| 4166 | BRADENTON HERALD, THE | 20-Jan-09 | $18,665.02 | U | $18,911.23 | BRADENTON HERALD, THE | PO BOX 921 | | | | BRADENTON, FL 34206 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Paper billed at Year 2 rates instead of Year 1 rates per buyer notes. |
| 4191 | KEF AMERICA INC | 20-Jan-09 | $37,166.40 | U | $69,415.66 | Hain Capital Holdings LTD | Attn Ganna Liberchuk | 301 Route 17 7th Fl | | | Rutherford, NJ 07070 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Audit, VP, terms discount, shortage and RTV discrepancies. |
| 4442 | FIRST ACT INC | 23-Jan-09 | $29,847.04 | U | $30,046.62 | FIRST ACT INC | 745 BOYLSTON STREET | | | | BOSTON, MA 02116 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Shortage chargeback. |
| 4564 | VIRGINIA TOOL & EQUIPMENT CO | 20-Jan-09 | $51,799.12 | U | $59,028.98 | LA Benson Co Inc | PO Box 2137 | | | | Baltimore, MD 21203 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Vendor is unable to provide invoices due to they have charged off. |
| 4595 | CHATTANOOGA FREE PRESS | 16-Jan-09 | $16,159.44 | U | $31,328.40 | Longacre Opportunity Offshore Fund Ltd | Attn Vladimir Jelisavcic | 810 7th Ave 33rd fl | | | New York, NY 10019 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: reconciled under #757U that was filed for 503b9 period. |
| 4721 | ALABAMA POWER COMPANY | 15-Jan-09 | $30,950.17 | U | $38,411.90 | Alabama Power Company | Eric T Ray | Balch & Bingham LLP | PO Box 306 | | Birmingham, AL 35201 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: 2 bills partially paid by Advantage IQ |
| 4788 | LANSING STATE JOURNAL | 21-Jan-09 | $14,566.58 | U | $16,563.32 | LANSING STATE JOURNAL | 120 E LENAWEE ST | | | | LANSING, MI 48919 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Paper billed incorrectly, expired contract |
| 4846 | SINGING MACHINE CO, THE | 26-Jan-09 | $144,973.29 | U | $149,457.00 | SINGING MACHINE CO, THE | 6601 LYONS RD BLDG A7 | | | | COCONUT CREEK, FL 33073 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: These invoices have already been paid. |
| 4874 | GRANTS PASS DAILY COURIER | 21-Jan-09 | $3,297.32 | U | $10,179.67 | GRANTS PASS DAILY COURIER | PO BOX 1468 | | | | GRANTS PASS, OR 97528-0330 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: discrepancy report also pd on check 4606603 |
| 5034 | HERALD, THE | 20-Jan-09 | $12,268.56 | U | $17,546.26 | HERALD, THE | ATTN CREDIT MANAGER | PO BOX 930 | | | EVERETT, WA 98206-0930 | | CIRCUIT CITY STORES WEST COAST, INC. | Books & Records- Reduced Liability Note: Prev billed & paid; late fee |
| 5061 | JACKSON KELLY PLLC | 21-Jan-09 | $6,170.79 | U | $6,347.12 | JACKSON KELLY PLLC | PO BOX 11276 | | | | CHARLESTON, WV 25339 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: dif due to denial of invoice charges |
| 5065 | VISALIA TIMES DELTA | 21-Jan-09 | $5,517.60 | U | $7,068.61 | VISALIA TIMES DELTA | PO BOX 31 | | | | VISALIA, CA 93279-0031 | | CIRCUIT CITY STORES WEST COAST, INC. | Books & Records- Reduced Liability Note: Pricing difference due to paper billed incorrectly |
| 5081 | PUBLIC SERVICE COMPANY OF COLORADO | 21-Jan-09 | $40,832.49 | U | $65,832.49 | Public Service Company of Colorado | 550 15th St | | | | Denver, CO 80202 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Vendor has taken a blocked reserve payment |
| 5084 | LAFAYETTE DAILY ADVERTISER | 21-Jan-09 | $832.26 | U | $7,236.84 | LAFAYETTE DAILY ADVERTISER | JANE KILLEN | 1100 BERTRAND DR | | | LAFAYETTE, LA 70506 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Claimed amount differs from the invoices previously received |
| 5095 | ABSOLUTE COMPUTER SOLUTIONS | 22-Jan-09 | $22,633.00 | U | $23,520.00 | Absolute Computer Solutions | 8939 NW 23rd St | | | | Miami, FL 33172 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: pricing and 503b9 duplicate |
| 5220 | COLUMBIA DAILY TRIBUNE | 26-Jan-09 | $3,350.32 | U | $3,475.29 | COLUMBIA DAILY TRIBUNE | PO Box 798 | 101 N 4th St | | | Columbia, MO 65205 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: past due amount. Discrepancy report |
| 5314 | THE REPUBLICAN | 26-Jan-09 | $34,051.92 | U | $44,805.85 | The Republican | PO Box 3003 | | | | Springfield, MA 01101-3003 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Amounts differ. Seems to be a true-up. |
| 5355 | LEHIGH VALLEY COCA COLA | 26-Jan-09 | $1,621.44 | U | $1,826.88 | Lehigh Valley Coca Cola | PO Box 71330 | | | | Cleveland, OH 44191 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: POD could not be verified |

Exhibit A

| Claim | Claimant Name (Master Level) | Date Filed | ReconAmt | Estimated Class | Estimated Amount | Notice Name | Addr1 | Addr2 | Addr3 | Addr4 | CityStateZip | Country | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5362 | ST CLOUD TIMES | 26-Jan-09 | $8,693.10 | U | $24,143.35 | ST CLOUD TIMES | 3000 N SEVENTH ST | | | | ST CLOUD, MN 56302 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Paid invoices, vendor credit, denied residual balance |
| 5390 | US PEST CONTROL | 26-Jan-09 | $3,060.00 | U | $3,588.00 | US PEST CONTROL | PO BOX 350 | | | | HIGHLAND SPRINGS, VA 23075 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: claim is for service invoices that are dated pre-petition |
| 5598 | POTOMAC ELECTRIC POWER COMPANY | 07-Jan-09 | $8,112.27 | U | $10,649.50 | Potomac Electric Power Company | Pepco | PO Box 97274 | | | Washington, DC 20090-7274 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Reduced by paid item and pre-petition deposit |
| 5649 | ALORICA INC | 16-Jan-09 | $5,786.81 | U | $6,864.00 | ALORICA INC | 14726 RAMONA AVE 3RD FL | | | | CHINO, CA 91710 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: credits given by vendor & credits on the unpaid |
| 5663 | ELECTRONIC CONCEPTS INC | 27-Jan-09 | $39,882.50 | U | $65,811.17 | ELECTRONIC CONCEPTS INC | 614 BENTLEY PL | | | | FORT COLLINS, CO 80526 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Unable to obtain missing invoices from vendor. |
| 5692 | SIMA PRODUCTS CORPORATION | 16-Jan-09 | $74,619.32 | U | $74,900.36 | SIMA PRODUCTS CORPORATION | ROB FEENEY | 120 PENNSYLVANIA AVE | | | OAKMONT, PA 15139-1923 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability |
| 5733 | TULSA WORLD | 26-Jan-09 | $22,268.03 | U | $62,348.55 | Argo Partners | 12 W 37th St 9th Fl | | | | New York, NY 10018 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Short pays on invoices per Admax system |
| 5847 | NEW BOSTON SELECT STAFFING SAPPHIRE TECHNOLOGIES LP | 16-Jan-09 | $61,912.74 | U | $62,930.07 | NEW BOSTON SELECT STAFFING SAPPHIRE TECHNOLOGIES LP | SAPPHIRE TECHNOLOGIES LP | 60 HARVARD MILL SQ | | | WAKEFIELD, MA 01880 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: discrepancies with hours and fee charges |
| 1544 | PHILADELPHIA NEWSPAPERS LLC | 05-Dec-08 | $175,688.28 | U | $181,432.80 | Philadelphia Newspapers LLC | Morris & Adelman PC | PO Box 30477 | | | Philadelphia, PA 19103 | | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Variance due to contract rates. |

Exhibit B: Claims with Modified Claim Amounts

| Claim | Claimant Name (Master Level) | Date Filed | ReconAmt | Estimated Class | Estimated Amount | Notice Name | Addr1 | Addr2 | Addr3 | Addr4 | CityStateZip | Country | Name | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | ANTONIO PRECISE PRODUCTS MANUFACTORY LTD | 17-Nov-08 | $10,290.87 | U | $51,454.34 | ANTONIO PRECISE PRODUCTS MANUFACTORY LTD | DICK TAM | 307 313 PHOTONICS CTR | 2 SCIENCE PARK E AVE | HONG KONG SCIENCE PARK | SHATIN, | HONG KONG | ANTONIO PRECISE PRODUCTS MANUFACTORY LTD | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Liabilities also claimed on claim no. 1471 |
| 5098 | MARKET FORCE INFORMATION INC | 22-Jan-09 | $272,448.25 | U | $306,102.00 | United States Debt Recovery LLC | 940 Southwood Bl Ste 101 | | | | Incline Village, NV 89451-7401 | | United States Debt Recovery LLC | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability |
| 2816 | STATE JOURNAL REGISTER, THE | 06-Jan-09 | $17,183.67 | U | $30,228.91 | Liquidity Solutions Inc | One University Plz Ste 312 | | | | Hackensack, NJ 07601 | | Liquidity Solutions Inc | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Amounts differ & past due balance due to incorrect billing |
| 5991 | VERIZON | 07-Jan-09 | $794.79 | U | $5,353.19 | Verizon | Attn Sreylak Bin Hemingway | 6415 Business Center Dr | | | Highlands Ranch, CO 80126 | | Verizon | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: paid on batches 122 and 138 |
| 768 | WATL TV | 03-Dec-08 | $3,944.00 | U | $9,299.00 | WATL TV | C O SZABO ASSOCIATES INC | 3355 LENOX RD NE 9TH FL | | | ATLANTA, GA 30326 | | WATL TV | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: outside of ad time |
| 530 | WNCN TV | 25-Nov-08 | $552.50 | U | $2,550.00 | WNCN TV | c o Szabo Associates Inc | 3355 Lenox Rd NE 9th Fl | | | Atlanta, GA 30326 | | WNCN TV | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: spots ran on date not ordered. |
| 1768 | NOVAR CONTROLS CORPORATION | 18-Dec-08 | $93,757.20 | U | $121,050.29 | Novar Controls Corporation | Anne Fischer | 1140 W Warner Rd MS 1233 M | | | Tempe, AZ 85284 | | Novar Controls Corporation | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability |
| 557 | MAXWISE PRODUCTION ENTERPRISE LTD | 28-Nov-08 | $148,735.54 | U | $589,066.92 | Hong Kong Export Credit Insurance Corporation | Ada So | 2/F Tower 1 | South Seas Centre | 75 Mody Rd | Tsimshatsui East, Hong Kong | | Maxwise Production Enterprise Ltd | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: invoices already paid (381,854.78) and invoice inc in 503b9 recon amt (58476.60) |

Exhibit C

| Claim | Claimant Name (Master Level) | Date Filed | ReconAmt | Estimated Class | Estimated Amount | Notice Name | Addr1 | CityStateZip | Name | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 624 | SLVIRE COCA COLA USA | 08-Dec-08 | $935.29 | U | $1,069.73 | Swiire Coca Cola USA | 12634 S 265 W | Draper, UT 84020 | Swiire Coca Cola USA | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Delivery tickets did not have signatures. |