Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                  :    Chapter 11
                                        :
CIRCUIT CITY STORES, INC., et al.,      :    Case No. 08-35653 (KRH)
                                        :
             Debtors.                   :
                                        :    Jointly Administered
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER SUSTAINING LIQUIDATING TRUST'S TWENTY-FIFTH OMNIBUS
OBJECTION TO CLAIMS (REDUCTION OF CERTAIN
<u>PARTIALLY INVALID CLAIMS)</u>**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Twenty-Fifth Omnibus Objection to Claims Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C attached to the Objection be reduced for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED.

2. The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3. The Court will conduct a status conference on January 5, 2012 at 2:00 p.m. for all Claims identified on Exhibit B attached hereto.

4. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

law permits, are not waived and are expressly reserved.

       5.      The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

       6.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
       _____, 2012

       _____
       HONORABLE KEVIN R. HUENNEKENS
       UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                    */s/ Lynn L. Tavenner*
                    Lynn L. Tavenner

| Claim | Claimant Name (Master Level) | Date Filed | ReconAmt | Estimated Class | Estimated Amount | Notice Name | Addr1 | Addr2 | Addr3 | CityStateZip | Name | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6060 | BAKER & MCKENZIE | 27-Jan-09 | $7,296.00 | U | $7,533.00 | BAKER & MCKENZIE | ATTN COLE FERGUSON | 815 CONNECTICUT AVE NW | | WASHINGTON, DC 20006-4078 | BAKER & MCKENZIE | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Post-petition activity on inv; split and paid already |
| 6229 | RTS MARKETING INC | 26-Jan-09 | $14,710.61 | U | $198,884.17 | RTS Marketing Inc | Attn Sheila deLa Cruz Esq | c o Hirschler Fleischer PC | PO Box 500 | Richmond , VA 23218-0500 | RTS Marketing Inc | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Duplicated admin invoices on claim 13774 |
| 6305 | CARTERSVILLE NEWSPAPERS | 27-Jan-09 | $1,178.60 | U | $1,513.29 | CARTERSVILLE NEWSPAPERS | PO BOX 70 | | | CARTERSVILLE, GA 30120-0070 | CARTERSVILLE NEWSPAPERS | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability |
| 6310 | OLYMPIAN | 27-Jan-09 | $11,439.50 | U | $15,804.74 | Olympian | Attn Stephen Burns | c o The McClatchy Co | 2100 Q St | Sacramento, CA 95816 | Olympian | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Past due balance carried from Feb 2005 due to a pending re-rate. |
| 6318 | BELLINGHAM HERALD | 27-Jan-09 | $7,477.31 | U | $8,672.03 | Bellingham Herald | Attn Stephen Burns | c o The McClatchy Co | 2100 Q St | Sacramento, CA 95816 | Bellingham Herald | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: billed wrong rate |
| 6353 | COLUMBUS LEDGER ENQUIRER | 27-Jan-09 | $8,946.03 | U | $9,151.03 | Columbus Ledger Enquirer | Attn Stephen Burns | c o The McClatchy Co | 2100 Q St | Sacramento, CA 95816 | Columbus Ledger Enquirer | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: paper billed at wrong rate |
| 6441 | COSMI CORPORATION | 26-Jan-09 | $6,740.60 | U | $7,200.98 | COSMI CORPORATION | 18600 CRENSHAW BLVD | | | TORRANCE, CA 90504 | COSMI CORPORATION | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Disputed Vendor Preformance and bank fees |
| 6692 | ADD ON COMPUTER | 28-Jan-09 | $31,486.50 | U | $37,149.50 | ADD ON COMPUTER | PERIPHERALS LLC | 34 MAUCHLY STE A | | IRVINE, CA 92618 | ADD ON COMPUTER | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Vendor included 503b9 invoices again on POC |
| 6706 | CBS RADIO EAST INC | 28-Jan-09 | $7,725.08 | U | $8,313.33 | CBS Radio East Inc | Attn Helen D Antona | CBS Law Department | 51 W 52nd St | New York, NY 10019 | CBS Radio East Inc | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: invoice notes says not to pay |
| 6740 | PTS ELECTRONICS CORP | 28-Jan-09 | $3,432.91 | U | $4,319.87 | PTS ELECTRONICS CORP | PO BOX 272 | | | BLOOMINGTON, IN 47401-0272 | PTS ELECTRONICS CORP | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Satisfied on check #0000430077 |
| 6819 | ON CORP USA INC AND ON CORP | 28-Jan-09 | $1,698,552.00 | U | $1,708,920.00 | ON Corp USA Inc and ON Corp | Attn Fredrick Levy Esq and or Michael S Fox Esq | c o Olshan Grundman Frome Rosenzweig & Wolosky LLP | 65 E 55th St | New York, NY 10022 | ON Corp USA Inc and ON Corp | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: pricing discrepancies |
| 6866 | JOB CONNECTION SERVICES INC | 28-Jan-09 | $11,904.45 | U | $13,695.91 | Job Connection Services Inc | 179 Delaware Ave | | | Palmerton, PA 18071 | Job Connection Services Inc | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: paid on 5/17/07, ch#4368492 |
| 6945 | CENTRAL TELEPHONE COMPANY OF TEXAS | 25-Jan-09 | $747.41 | U | $1,728.53 | Central Telephone Company of Texas | PO Box 7971 | | | Shawnee Mission, KS 66207-0971 | Central Telephone Company of Texas | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: paid on tangoe batch 138 |
| 6988 | ARISE VIRTUAL SOLUTIONS INC | 28-Jan-09 | $407,309.66 | U | $445,593.03 | Arise Virtual Solutions Inc | c o Jared Fletcher | 3450 Lakeside Dr Ste 620 | | Miramar, FL 33027 | Arise Virtual Solutions Inc | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Vendor did not provide support for all items, broke contact |
| 7216 | PTS ELECTRONICS CORP | 28-Jan-09 | $2,187.35 | U | $4,801.31 | PTS ELECTRONICS CORP | PO BOX 272 | | | BLOOMINGTON, IN 47401-0272 | PTS ELECTRONICS CORP | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Satisfied invoices and credits due to CCS |
| 7218 | PHILIPS LIGHTING COMPANY | 28-Jan-09 | $11,439.39 | U | $12,073.59 | PHILIPS LIGHTING COMPANY | ATTN CORP CREDIT | 200 FRANKLIN SQUARE DR | | SOMERSET, NJ 08875 | PHILIPS LIGHTING COMPANY | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: quantity discrepancy and an invoice reconciled on 503b9. |
| 7747 | GUARDSMARK | 29-Jan-09 | $40,987.90 | U | $42,311.76 | GUARDSMARK | 22 S SECOND ST | | | MEMPHIS, TN 38103 | GUARDSMARK | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Claim reduced by one paid invoice. |
| 7995 | DOREL JUVENILE GROUP INC | 29-Jan-09 | $12,855.52 | U | $13,037.01 | Liquidity Solutions Inc | One University Plz Ste 312 | | | Hackensack, NJ 07601 | Liquidity Solutions Inc | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Not found on records |
| 8243 | TAPP IVAN J | 29-Jan-09 | $165.10 | U | $1,933.05 | Tapp, Ivan J | 3712 Snow Goose St | | | Plumas Lake, CA 95961-8729 | Tapp, Ivan J | CIRCUIT CITY STORES WEST COAST, INC. | Books & Records- Reduced Liability Note: most invs pd on cks 4564526 & 4546739. claimant disputing inv differences |
| 8253 | MCCRACKEN WALKER & RHOADS LLP | 29-Jan-09 | $75,070.04 | U | $81,329.88 | McCracken Walker & Rhoads LLP | Attn Simon E Fraser Esq | Montgomery McCracken Walker & Rhoads LLP | 123 S Broad St | Philadelphia, PA 19109 | McCracken Walker & Rhoads LLP | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Cost differences & paid invoices |
| 8292 | AMARILLO GLOBE NEWS | 20-Jan-09 | $19,666.00 | U | $27,188.00 | AMARILLO GLOBE NEWS | STEVE DUNAVIN | 900 S HARRISON | | AMARILLO, TX 79101 | AMARILLO GLOBE NEWS | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Amounts differ due to an expired contract. Billed incorrectly. |
| 8321 | T MOBILE USA INC | 21-Jan-09 | $3,303.29 | U | $12,039.92 | T Mobile USA Inc | PO Box 53410 | | | Bellevue, WA 98015 | T Mobile USA Inc | CIRCUIT CITY STORES WEST COAST, INC. | Books & Records- Reduced Liability Note: paid on batch 123 and 138 |
| 8370 | T MOBILE USA INC | 21-Jan-09 | $1,425.17 | U | $4,445.37 | T Mobile USA Inc | PO Box 53410 | | | Bellevue, WA 98015 | T Mobile USA Inc | CIRCUIT CITY STORES WEST COAST, INC. | Books & Records- Reduced Liability Note: amount paid on batch 128 |
| 8432 | MITRATECH HOLDINGS INC | 29-Jan-09 | $10,365.00 | U | $20,730.00 | MITRATECH HOLDINGS INC | 5900 WILSHIRE BLVD STE 1500 | | | LOS ANGELES, CA 90036 | MITRATECH HOLDINGS INC | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: one inv pd ck# 4606862 dated 3/19/09 |
| 8877 | GREYSTONE DATA SYSTEMS INC | 30-Jan-09 | $228,985.05 | U | $569,614.68 | GREYSTONE DATA SYSTEMS INC | 40800 ENCYCLOPEDIA DR | | | FREMONT, CA 94538 | Greystone Data Systems Inc | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: No liability |
| 9020 | COX COMMUNICATIONS INC | 30-Jan-09 | $821.51 | U | $5,536.62 | Cox Communications Inc | Wendy A Hillman | Wargo & French LLP | 1170 Peachtree St NE Ste 2020 | Atlanta, GA 30309 | Cox Communications Inc | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: claim is for gift cards to be cancelled and already paid invoices |

| Claim | Claimant Name (Master Level) | Date Filed | ReconAmt | Estimated Class | Estimated Amount | Notice Name | Addr1 | Addr2 | Addr3 | CityStateZip | Name | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9317 | GEORGIA POWER COMPANY | 30-Jan-09 | $91,057.90 | U | $112,733.55 | Georgia Power Company | Garrett A Nail Esq | c o Troutman Sanders LLP | 600 Peachtree St NE | Atlanta, GA 30308 | Georgia Power Company | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: ADV IQ no liability; Carmax location |
| 9345 | PHH VEHICLE MANAGEMENT SERVICES LLC F K A PHH VEHICLE MANAGEMENT SERVICES CORPORATION | 30-Jan-09 | $124,174.67 | U | $126,486.26 | PHH Vehicle Management Services LLC f k a PHH Vehicle Management Services Corporation | Attn Paul V Danielson | 940 Ridgebrook Rd | | Sparks, MD 21152 | PHH Vehicle Management Services LLC f k a PHH Vehicle Management Services Corporation | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: diff between claim amt and support provided |
| 9375 | FUNAI SERVICE CORPORATION | 30-Jan-09 | $5,094.68 | U | $5,393.72 | FUNAI SERVICE CORPORATION | 2200 SPIEGEL DR | | | GROVEPORT, OH 43125 | FUNAI SERVICE CORPORATION | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: 1 invoice pd ck# 4211576 6/19/08, other no liability |
| 9465 | DITAN DISTRIBUTION LLC | 30-Jan-09 | $93,204.32 | U | $129,545.11 | Ditan Distribution LLC | Michael S Kogan | Ervin Cohen & Jessup LLP | 9401 Wilshire Blvd 9th Fl | Beverly Hills, CA 90212 | Ditan Distribution LLC | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Vendor contact agrees 1 invoice is invalid, rec item to $0 |
| 9523 | OCALA STAR BANNER | 30-Jan-09 | $13,570.12 | U | $15,888.89 | Ocala Star Banner | Law Office of William J McDermott LLP | 499 Jericho Tpk Ste 100 | | Mineola, NY 11501 | Ocala Star Banner | CIRCUIT CITY STORES, INC. | Satisfied (post petition only) Note: Post petition portion of invoice paid on check 4586038 |
| 9526 | SPARTANBURG HERALD JOURNAL | 30-Jan-09 | $9,154.16 | U | $19,463.50 | Spartanburg Herald Journal | Law Office of William J McDermott LLP | 499 Jericho Tpk Ste 100 | | Mineola, NY 11501 | Spartanburg Herald Journal | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Paid on check 4570606 10/28/08 |
| 9529 | HOUMA COURIER & DAILY COMET | 30-Jan-09 | $3,965.38 | U | $4,340.71 | Houma Courier & Daily Comet | Law Office of William J McDermott LLP | 499 Jericho Tpk Ste 100 | | Mineola, NY 11501 | Houma Courier & Daily Comet | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: past due amount from ad adj per contract |
| 9531 | THE TUSCALOOSA NEWS | 30-Jan-09 | $10,653.48 | U | $12,582.10 | The Tuscaloosa News | Law Office of William J McDermott LLP | 499 Jericho Tpk Ste 100 | | Mineola, NY 11501 | The Tuscaloosa News | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Invoiced for finance charge. Invoice 1108 paid on check 4586103. |
| 9535 | UDIG TECHNOLOGIES LLC | 30-Jan-09 | $41,150.60 | U | $41,711.80 | UDIG TECHNOLOGIES LLC | 6641 BROAD ST STE G105 | | | RICHMOND, VA 23230 | UDIG TECHNOLOGIES LLC | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: vendor claimed gross on invoice not net of fees |
| 9663 | COMPUTERIZED WASTE SYSTEMS | 30-Jan-09 | $251,286.72 | U | $252,047.92 | COMPUTERIZED WASTE SYSTEMS | PO BOX 32428 | | | LOUISVILLE, KY 40232 | COMPUTERIZED WASTE SYSTEMS | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: No liability |
| 9684 | CAROLINA POWER & LIGHT DBA PROGRESS ENERGY CAROLINAS | 30-Jan-09 | $16,525.62 | U | $17,902.85 | Carolina Power & Light dba Progress Energy Carolinas | 160 Rush St | | | Raleigh, NC 27603 | Carolina Power & Light dba Progress Energy Carolinas | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Inv variance. 2 bills on AIQ & claim with diff billed totals. |
| 10561 | PARKERSBURG NEWS SENTINEL | 03-Feb-09 | $9,504.80 | U | $10,717.50 | PARKERSBURG NEWS SENTINEL | PO BOX 1787 | | | PARKERSBURG, WV 26102 | PARKERSBURG NEWS SENTINEL | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Balance from 02/06 expired contract. Paper billed incorrectly. |
| 11683 | CORPORATE GRAPHICS INTERNATIONAL | 05-Mar-09 | $9,107.30 | U | $15,612.70 | CORPORATE GRAPHICS INTERNATIONAL | PO BOX 8464 | | | NORTH MANKATO, MN 56002-8464 | CORPORATE GRAPHICS INTERNATIONAL | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: no liability vendor not sending invoices and pods |
| 11718 | KRCW TV | 13-Mar-09 | $1,955.00 | U | $7,152.75 | KRCW TV | ATTN VICKI MORIN | 1813 WESTLAKE AVE N | | SEATTLE, WA 98109 | KRCW TV | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: paid on checks 4606802 and 4584051 |
| 12176 | LAS VEGAS REVIEW JOURNAL | 01-Apr-09 | $52,273.96 | U | $124,898.25 | Las Vegas Review Journal | Credit Office | PO Box 70 | | Las Vegas, NV 89125-0070 | Las Vegas Review Journal | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: $71980.33 paid 3/25/09, Ch#4606960, in addition, there is a  $643.96 pricing discrepancy. |
| 12877 | COMPASS GROUP USA INC | 05-May-09 | $116,062.36 | U | $120,000.71 | Compass Group USA Inc | Attn Lynne Foresman | 2400 Yorkmount Rd | | Charlotte, NC 28217 | Compass Group USA Inc | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Balance error and support variance |
| 13209 | PACIFIC GAS AND ELECTRIC COMPANY | 01-Jun-09 | $80,985.53 | U | $104,444.78 | Pacific Gas and Electric Company | c o Patrick Hazen Bankruptcy Unit | PO Box 8329 | | Stockton, CA 95208 | Pacific Gas and Electric Company | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Items previously paid |
| 14285 | APPLIED PREDICTIVE TECHNOLOGIES INC | 30-Jun-09 | $28,750.23 | U | $53,749.83 | Applied Predictive Technologies Inc | Attn General Counsel | 901 N Stuart St Ste 1100 | | Arlington, VA 22203-4141 | Applied Predictive Technologies Inc | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Denied contract fees on unused services; Special Note: this objection relates only to the unsecured portion of the claim. |
| 14498 | KOSTAS & BIRNE LLP | 17-Jul-09 | $13,492.71 | U | $30,976.71 | Kostas & Birne LLP | 3625 Hall St Ste 610 | | | Dallas, TX 75219 | Kostas & Birne LLP | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: We show that invs were paid. |
| 14714 | GOOGLE INC | 05-Nov-09 | $2,054,410.61 | U | $2,101,862.55 | Google Inc | M Trinh Legal Department | 1600 Amphitheatre Pkwy | | Mountain View, CA 94040 | Google Inc | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Amt differs on invoice / Paid on check 4607337 4/9/09 |
| 14755 | CENTRAL TELEPHONE COMPANY NORTH CAROLINA | 07-Dec-09 | $121.77 | U | $889.82 | Central Telephone Company North Carolina | PO Box 7971 | | | Shawnee Mission, KS 66207-0971 | Central Telephone Company North Carolina | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: paid by Tangoe |

Exhibit A

| Claim | Claimant Name (Master Level) | Date Filed | ReconAmt | Estimated Class | Estimated Amount | Notice Name | Addr1 | Addr2 | Addr3 | CityStateZip | Name | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14900 | IDEAL TECHNOLOGY INC | 31-Mar-10 | $64,544.00 | U | $137,757.00 | IDEAL TECHNOLOGY INC | C O CORRE OPPORTUNITIES FUND LP | 1370 AVE OF THE AMERICAS 29TH FL | | NEW YORK, NY 10019 | IDEAL TECHNOLOGY INC | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: $73,213.00 duplication of invoice/liabilities on claim no. 3759 |

| Claim | Claimant Name (Master Level) | Date Filed | ReconAmt | Estimated Class | Estimated Amount | Notice Name | Addr1 | Addr2 | Addr3 | Addr4 | CityStateZip | Name | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8290 | FIRE MATERIALS GROUP LLC | 29-Jan-09 | $1,549,065.23 | U | $1,624,315.88 | United States Debt Recovery V LP | 940 Southwood Bl Ste 101 | | | | Incline Village, NV 89451 | United States Debt Recovery V LP | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability recorded on the debtor's books and records. |
| 14455 | KRONOS INCORPORATED | 03-Jul-09 | $517,621.49 | U | $1,724,122.24 | Kronos Incorporated | David Cunningham VP &Corp Counsel | 9525 SW Gemini Dr | | | Beaverton, OR 97008 | Kronos Incorporated | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability recorded on the debtor's books and records. |
| 7300 | KTVI TELEVISION NO 372 | 20-Jan-09 | $5,423.00 | U | $6,358.00 | KTVI Television No 372 | c o Szabo Associates Inc | 3355 Lenox Rd NE 9th Fl | | | Atlanta , GA 30326 | KTVI Television No 372 | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: One invoice already paid on Ck 4607273 on 04/07/09 |
| 9213 | LECLAIRRYAN A VIRGINIA PROFESSIONAL COMPANY | 30-Jan-09 | $62,605.99 | U | $66,963.68 | LeClairRyan a Virginia Professional Corporation | Susan North Esq | Contrarian Capital Management LLC | 411 W Putnam Ave Ste 425 | | Greenwich, CT 06830 | LeClairRyan a Virginia Professional Corporation | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: pricing differences |
| 15012 | ORACLE AMERICA INC SUCCESSOR IN INTEREST TO ORACLE USA INC BEA SYSTEMS AND PEOPLESOFT INC | 16-Apr-10 | $59,734.53 | U | $132,273.80 | Oracle America Inc Successor in Interest to Oracle USA Inc BEA Systems and PeopleSoft Inc | Craig C Chiang Esq | Buchalter Nemer PC | 333 Market St 25th Fl | | San Francisco, CA 94105 | Oracle America Inc Successor in Interest to Oracle USA Inc BEA Systems and PeopleSoft Inc | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability & Books & Records- No Liability for disputed portion. |
| 15122 | POLAROID CONSUMER ELECTRONICS LLC | 05-Nov-10 | $1,186,760.46 | U | $1,414,360.41 | Polaroid Consumer Electronics LLC | John R Stoebner Trustee | 120 S Sixth St Ste 2500 | | | Minneapolis, MN 55402 | Polaroid Consumer Electronics LLC | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Price and quantity differences on invoices and returns |
| 8483 | PREMIER RETAIL NETWORKS INC PRN | 29-Jan-09 | $1,115,899.38 | U | $1,964,247.98 | Premier Retail Networks Inc PRN | Craig C Chiang Esq | Buchalter Nemer PC | 333 Market St 25th Fl | | San Francisco, CA 94105 | Premier Retail Networks Inc PRN | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability recorded on the debtor's books and records for disputed portion of the claim. |
| 9391 | TOSHIBA AMERICA INFORMATION SYSTEMS INC | 30-Jan-09 | $8,517,929.12 | U | $9,357,099.05 | Toshiba America Information Systems Inc | Attn Steven N Leitess | c o Leitess Leitess Friedberg & Fedder PC | 1 Corporate Ctr | 10451 Mill Run Cir Ste 1000 | Owings Mills, MD 21117 | Toshiba America Information Systems Inc | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability |
| 9648 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC | 30-Jan-09 | $1,090,810.10 | U | $1,100,432.50 | Toshiba America Consumer Products LLC | c o Leitess Leitess Friedberg & Fedder PC | 1 Corporate Ctr | 10451 Mill Run Cir Ste 1000 | | Owings Mills, MD 21117 | Toshiba America Consumer Products LLC | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Pricing variances |
| 9154 | VELODYNE ACOUSTICS INC | 30-Jan-09 | $234.02 | U | $651.54 | VELODYNE ACOUSTICS INC | 345 DIGITAL DR | | | | MORGANHILL, CA 95037 | VELODYNE ACOUSTICS INC | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: paid ck 429800 ck date 12-18-08 |
| 6757 | WILLIAMS MULLEN CLARK & DOBBINS | 28-Jan-09 | $32,671.00 | U | $82,789.25 | WILLIAMS MULLEN CLARK & DOBBINS | PO BOX 91719 | | | | RICHMOND, VA 23291-1719 | WILLIAMS MULLEN CLARK & DOBBINS | CIRCUIT CITY STORES, INC. | Books & Records- Reduced Liability Note: Vendor claiming discounts and payment adjs dating back to 2000 |