Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

  - and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| - - - - - - - - - - - - - - - x | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CIRCUIT CITY STORES, INC., <u>et</u> <u>al</u>., | : Case No. 08-35653 (KRH) |
| | : |
| Debtors. | : |
| - - - - - - - - - - - - - - - | : Jointly Administered |
| | x |

**ORDER SUSTAINING LIQUIDATING TRUST'S TWENTY-THIRD OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID
UNLIQUIDATED CLAIMS AND FIXING OF
<u>CERTAIN UNLIQUIDATED CLAIMS)</u>**

THIS MATTER having come before the Court[1] on the Liquidating Trust's

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

12304-001\DOCS_NY:22772.1

Twenty-Third Omnibus Objection to Claims Omnibus Objection to Claims (Disallowance of Certain Invalid Unliquidated Claims and Fixing of Certain Unliquidated Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on <u>Exhibits C and D</u> attached to the Objection be disallowed or fixed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED.

    2.    The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

    3.    The Claims identified on <u>Exhibit B</u> as attached hereto and incorporated herein are forever fixed for all purposes in these bankruptcy cases in the manner stated in <u>Exhibit B</u>.

    4.    The Court will conduct a status conference on January 5, 2012 at 2:00 p.m. for all Claims identified on <u>Exhibit C</u> attached hereto.

        5.        The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

        6.        The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

        7.        This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
           _____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
      - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
      - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

  Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

            /s/ Lynn L. Tavenner
            Lynn L. Tavenner

Exhibit A

| Claim | Name | Date Filed | Proposed Amount | Docketed class | Notice Name | Addr1 | Addr2 | Addr4 | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|
| 142 | SARETSKY HART MICHAELS & GOULD | 28-Nov-08 | $0.00 | U | | 995 S ETON | | BIRMINGHAM, MI 48009 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 233 | COMPUTER RESOURCES & TRAINING | 28-Nov-08 | $0.00 | U | | 225 TRIPLE CREEK DR | | CLYDE, NC 28721 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 256 | HARRYS CREATIVE CONCRETE COAT | 28-Nov-08 | $0.00 | U | | 517 ENDERBY RD | | CHULUOTA, FL 32766-9097 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 337 | COMPACT POWER SYSTEMS | 21-Nov-08 | $0.00 | U | JOSE CHAVEZ | 7801 HAYVENHURST | | VAN NUYS, CA 91406 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 367 | ZEE MEDICAL | 24-Nov-08 | $0.00 | U | | PO BOX 610878 | | SAN JOSE, CA 95161-0878 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 382 | WATKINS FLOWERS OF DISTINCTION | 01-Dec-08 | $0.00 | U | | 2731 CAPITAL BLVD | | RALEIGH, NC 27604 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 391 | SIGNCO INC | 02-Dec-08 | $0.00 | U | JERRY WOLF | 16901 GRAND VIEW LANE | | KENNEWICK, WA 99338 | CIRCUIT CITY STORES WEST COAST, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 395 | RIVERSIDE PUBLIC UTILITIES, CA | 02-Dec-08 | $0.00 | U | | 3900 MAIN STREET | | RIVERSIDE, CA 92522-0144 | CIRCUIT CITY STORES WEST COAST, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 459 | FIRE & SECURITY SYSTEMS INC | 01-Dec-08 | $0.00 | U | | 516 W CAMPUS DR | | ARLINGTON HTS, IL 60004-1408 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 604 | A TO Z COMMERCIAL KITCHEN SVCS | 04-Dec-08 | $0.00 | U | | 1630 S ELOY RD | | GOLDEN VALLEY, AZ 86413 | CIRCUIT CITY STORES WEST COAST, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 617 | OVERHEAD DOOR PORTLAND | 08-Dec-08 | $0.00 | U | | 10 LIBERTY DR | | LONDONDERRY, NH 03053 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 725 | PADDOCK PUBLICATIONS INC | 09-Dec-08 | $0.00 | U | | PADDOCK PUBLICATIONS | | ARLINGTON HTS, IL 60006 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 815 | WKYC TV | 12-Dec-08 | $0.00 | U | | 1333 LAKESIDE AVE E | | CLEVELAND, OH 44114 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 845 | WKGR FM | 15-Dec-08 | $0.00 | U | | 3071 CONTINENTAL DR | | W PALM BEACH, FL 33407 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 945 | ECONOMIC RESEARCH SERVICES INC | 19-Dec-08 | $0.00 | U | | 4901 TOWER CT | | TALLASSEE, FL 32303 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 949 | HAMPTON INN | 19-Dec-08 | $0.00 | U | | 12909 NORTHWEST FWY | | HOUSTON, TX 77040 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1134 | TULLY MD, VINCENT | 15-Dec-08 | $0.00 | U | | 180 Kellows Rd | | Honesdale, PA 18431 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1273 | ECONOMIC RESEARCH SERVICES INC | 18-Dec-08 | $0.00 | U | | 4901 TOWER CT | | TALLAHASSEE, FL 32303 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1444 | WAAY | 01-Dec-08 | $0.00 | U | | 1000 MONTE SANO BLVD | | HUNTSVILLE, AL 35801 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1445 | COPIAH COUNTY CIRCUIT COURT | 28-Nov-08 | $0.00 | U | CIRCUIT CLERK | PO BOX 467 | | HAZLEHURST, MS 39083 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 1447 | ADTECH SOLUTIONS LLC | 01-Dec-08 | $0.00 | U | | 1880 MCFARLAND RD STE 100 | | ALPHARETTA, GA 30005 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 2277 | HOOK, MATTHEW DAVID | 30-Dec-08 | $0.00 | U | | 44 OLD BARRINGTON RD | | BARRINGTON, IL 60010 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 2730 | COTE, JASON | 31-Dec-08 | $0.00 | U | | 17 CAMELOT COURT | | NOTTINGHAM, NH 03290-0000 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |

| Claim | Name | Date Filed | Proposed Amount | Docketed class | Notice Name | Addr1 | Addr2 | Addr4 | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|
| 2739 | SOUTHERN CONNECTICUT GAS COMPANY | 31-Dec-08 | $0.00 | U | Marcia Fantano | 855 Main St | | Bridgeport, CT 06606 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 3003 | ABRAMS FARRELL WAGNER & ASSOC INC | 08-Jan-09 | $0.00 | U | | PO Box 2193 | | Daytona Beach, FL 32115 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 3047 | COZYLAKE SATELLITE | 08-Jan-09 | $0.00 | U | | RR1 BOX 1619 | | HOPBOTTOM, PA 18824 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 3061 | City of Newport News Virginia | 09-Jan-09 | $0.00 | U | City Attorneys Office | 2400 Washington Ave | | Newport News, VA 23607-4300 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 3188 | FAYETTEVILLE, CITY OF | 12-Jan-09 | $0.00 | P | Fayetteville City of | City Attorneys Office | PO Box 1513 | Fayetteville, NC 28302 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 3276 | HOLLAND MEDI CENTER | 09-Jan-09 | $0.00 | U | | 355 N 120th Ave | | Holland, MI 49424 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 3454 | WAAY | 13-Jan-09 | $0.00 | U | | 1000 MONTE SANO BLVD | | HUNTSVILLE, AL 35801 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 3559 | FREDDIE, WILSON | 13-Jan-09 | $0.00 | U | EDWYNA JEAN PIERRE | 2601 NW 56TH AVE | | LAUDERHILL, FL 33313-2486 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 3661 | BAR B Q EXPRESS | 13-Jan-09 | $0.00 | U | | NO 55 TIFFANY PLAZA | | ARDMORE, OK 73401-2534 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 3809 | PREFERRED INSULATION CONTRACTORS INC | 15-Jan-09 | $0.00 | U | | 1678 S LEWIS ST | | ANAHEIM, CA 92805 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 3909 | THE HOME INSURANCE COMPANY IN LIQUIDATION | 13-Jan-09 | $0.00 | U | Karen Tisdell | 55 S Commercial St | | Manchester, NH 03101-2606 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 4477 | CUMMINGS REAL ESTATE ADVISORY | 21-Jan-09 | $0.00 | U | | 11117 BOTHWELL ST | | RICHMOND, VA 23233 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 4645 | CIT Communications Finance Corporation dba Avaya Financial Services fka AT&T Credit Corporation fka Newcourt Communications F | 16-Jan-09 | $0.00 | U | Attn Bankruptcy Department | CIT Communications Finance Corporation | 1 CIT Dr Ste 4204 | Livingston, NJ 07039 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 4939 | PENGELLY, JAKE C | 21-Jan-09 | $0.00 | U | | 2919 CANDELARIA DR | | HENDERSON, NV 89074 | CIRCUIT CITY STORES WEST COAST, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 4958 | VORTEX | 21-Jan-09 | $0.00 | U | | 7006 S ALTON WAY B | VORTEX COLORADO INC | CENTENNIAL, CO 80112 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 5330 | CAREY OAKLEY & CO INC | 26-Jan-09 | $0.00 | U | | 5039 HUROP RD | | SANDSTON, VA 23150 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 5359 | PERRYMAN, TY SHAWNEE | 26-Jan-09 | $0.00 | U | Perryman Ty Shawnee | 3596 Georgetown Cir | | Louisville, KY 40215 | CIRCUIT CITY STORES PR, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 5550 | CAROLYN E SARVER | 26-Jan-09 | $0.00 | U | SARVER CAROLYN E | 7446 BURNETT FIELD DR | | MECHANICSVILLE, VA 23111-4928 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 5766 | CWAC CUSTOM WOODWORKING AND CABINETRY LLC | 26-Jan-09 | $0.00 | U | | 2420 SMITH ST UNITE 1 | | KISSIMMEE, FL 34744 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 6222 | HUNTER, BRAVELL | 27-Jan-09 | $0.00 | U | | PO BOX 8632 | | REDLANDS, CA 92375-1832 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 7448 | MOHAMMED KINAAN | 28-Jan-09 | $0.00 | U | | 6909 Granada Dr | | Redding, CA 96002-9784 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 8315 | ALLIANCE ENTERTAINMENT LLC | 30-Jan-09 | $0.00 | U | | 27500 Riverview Center Blvd Ste 400 | | Bonita Springs, FL 34134 | CIRCUIT CITY STORES WEST COAST, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |

Exhibit A

| Claim | Name | Date Filed | Proposed Amount | Docketed class | Notice Name | Addr1 | Addr2 | Addr4 | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|
| 8589 | Nina Winston Administrator of the Estate of David Winston Deceased | 30-Jan-09 | $0.00 | U | c o Michael K Demetrio | Corboy & Demetrio | 33 N Dearborn 21st Fl | Chicago, IL 60602 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 9852 | PETES TOWING SERVICE | 29-Jan-09 | $0.00 | U | Jerry Voss | 17706 16th St KPN | | Lakebay, WA 98349-9728 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 10508 | CHRISTOPHER, TAMARA | 02-Feb-09 | $0.00 | U | | 22 FAIRVIEW TER | | ANNISTON, AL 36207 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 11624 | TEXAS STORAGE SYSTEMS | 17-Feb-09 | $0.00 | U | | 9501 MONROE RD | | HOUSTON, TX 77075-2551 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 11631 | DEANNA L HECKMAN & | 27-Feb-09 | $0.00 | U | ATTN DEANNA HARDING | | 7201 HUGHES RD | SANDSTON, VA 23150 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 13609 | JOHN J WOODWARD | 01-Jun-09 | $0.00 | U | Schenectady County Clerk | 620 State St | | Schenectady, NY 12305-2114 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 13881 | RICKY VALDES | 29-Jun-09 | $0.00 | U | | 32243 Yosemite St | | Winchester, CA 92596-8780 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 14839 | SCHENECTADY COUNTY | 08-Mar-10 | $0.00 | U | | 612 STATE STREET | CHIEF CLERK SUPREME AND COUNTY | SCHENECTADY, NY 12305 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 15027 | HENRY L COOK JR | 23-Apr-10 | $0.00 | U | | PO Box 3583 | | Columbus, GA 31903 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 15051 | RYAN INC | 10-Jun-10 | $0.00 | U | Bruce W Akerly | Cantey Hanger LLP | 1999 Bryan St Ste 3330 | Dallas, TX 75201 | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 15137 | Magic Services Inc | 22-Nov-10 | $0.00 | U | Magic Linen & Scott Cleaners | PO Box 95126 | | Oklahoma City, OK 73143 | Circuit City Stores, Inc. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 15149 | GROVELAND, CITY OF | 26-Nov-10 | $0.00 | U | Law Office of Anita Geraci Carver PA | 1560 Bloxam Ave | | Clermont, FL 34711 | Circuit City Stores, Inc. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 15163 | Clementene Bates | 06-Dec-10 | $0.00 | U | Bank of America | 210 Town Park Dr | | Kennesaw, GA 30144 | Circuit City Stores, Inc. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 15201 | ATSWA | 10-Jan-11 | $0.00 | A | | 3131 Colonial Dr | | Duncansville, PA 16635 | Circuit City Stores, Inc. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. In addition, this claim was filed late and should be expunged. |

| Claim | Name | Date Filed | Proposed Amount | Docketed Class | Notice Name | Addr1 | CityStateZip | Country | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|
| 767 | SMART & BIGGAR | 10-Dec-08 | $3,075.24 | U | | 55 METCALFE ST STE 900 | OTTAWA, K1P 56 | CANADA | CIRCUIT CITY STORES WEST COAST, INC. | Based on the debtor's books and records, the claim amount should be docketed at $3,075.24 as a general unsecured claim. |
| 1959 | CMC MAGNETICS CORP | 26-Dec-08 | $67,055.00 | U | | 15TH FL MING CHUAN W RD | TAIPEI, TAIWAN | ROC | CIRCUIT CITY STORES, INC. | Based on the debtor's books and records, the claim amount should be docketed at 67,055.00 as a general unsecured claim. |
| 3113 | PROTECH INSTALLATION SERVICE | 09-Jan-09 | $11,645.00 | U | | 1241 MIDWAY RD | WILLIAMSON, GA 30292-3439 | | CIRCUIT CITY STORES, INC. | Based on the debtor's books and records, the claim amount should be docketed at 11,645.00 as a general unsecured claim. |
| 3285 | ALBERTRSON, KATHLEEN | 12-Jan-09 | $225.73 | U | | 3848 W 137TH ST | CLEVELAND, OH 44111-4443 | | CIRCUIT CITY STORES WEST COAST, INC. | Based on the debtor's books and records, the claim amount should be docketed at $225.73 as a general unsecured claim and is therefore a de minimis claim in accordance with the confirmed plan. |
| 3572 | VALDES, RICKY ANDRES | 13-Jan-09 | $573.76 | U | | 32243 YOSEMITE ST | WINCHESTER, CA 92596-8780 | | CIRCUIT CITY STORES WEST COAST, INC. | Based on the debtor's books and records, the claim amount should be docketed at $573.76 as a general unsecured claim. |
| 3712 | JORGE P SALA LAW OFFICES | 13-Jan-09 | $3,229.50 | U | COND SAN VICENTE | 8169 CALLE CONCORDIA STE 102 | PONCE, PR 00717-1556 | | CIRCUIT CITY STORES PR, LLC | Based on the debtor's books and records, the claim amount should be docketed at 3,229.50 as a general unsecured claim. |
| 6795 | BROKEMOND, MARY | 28-Jan-09 | $162.54 | U | | 4310 STEWART CT | EAST CHICAGO, IN 46312-3147 | | CIRCUIT CITY STORES, INC. | Based on the debtor's books and records, the claim amount should be docketed at $162.54 as a general unsecured claim and is therefore a de minimis claim in accordance with the confirmed plan. |
| 6911 | PlumChoice Inc | 28-Jan-09 | $1,893,592.25 | U | | 5 FEDERAL ST STE 0003 | BILLERICA, MA 01821 | | CIRCUIT CITY STORES, INC. | Based on the debtor's books and records, the claim amount should be docketed at 1,893,592.25 as a general unsecured claim. |
| 7131 | ACTIONLINK LLC | 28-Jan-09 | $328,766.98 | U | | 4100 EMBASSY PKWY | AKRON, OH 44333 | | CIRCUIT CITY STORES, INC. | Based on the debtor's books and records, the claim amount should be docketed at 328,766.98 as a general unsecured claim. |
| 9783 | Pulse Interactive LLC | 30-Jan-09 | $18,000.00 | U | Attn Karl Shaw | 150 Sprinside Dr Ste C350 | Akron, OH 44333 | | CIRCUIT CITY STORES, INC. | Based on the debtor's books and records, the claim amount should be docketed at 18,000.00 as a general unsecured claim. |
| 11633 | Borger, Sheryl A | 27-Feb-09 | $1,019.96 | U | | 31654 Lynne Dr | Rockwood, MI 48173 | | CIRCUIT CITY STORES, INC. | Based on the debtor's books and records, the claim amount should be docketed at $1,019.96 as a general unsecured claim. |

| Claim | Name | Date Filed | Proposed Amount | Docketed Class | Notice Name | Addr1 | Addr2 | Addr4 | Country | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7368 | OLD REPUBLIC INSURANCE COMPANY | 28-Jan-09 | $0.00 | U | Old Republic Risk Management Inc | Lawrence J Francione | 445 S Moorland Rd Ste 300 | Brookfield, WI 53005 | | PRAHS, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 7369 | OLD REPUBLIC INSURANCE COMPANY | 28-Jan-09 | $0.00 | U | Old Republic Risk Management Inc | Lawrence J Francione | 445 S Moorland Rd Ste 300 | Brookfield, WI 53005 | | PATAPSCO DESIGNS, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 7370 | OLD REPUBLIC INSURANCE COMPANY | 28-Jan-09 | $0.00 | U | Old Republic Risk Management Inc | Lawrence J Francione | 445 S Moorland Rd Ste 300 | Brookfield, WI 53005 | | SKY VENTURE CORP. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 7372 | OLD REPUBLIC INSURANCE COMPANY | 28-Jan-09 | $0.00 | U | Old Republic Risk Management Inc | Lawrence J Francione | 445 S Moorland Rd Ste 300 | Brookfield, WI 53005 | | CIRCUIT CITY PROPERTIES, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 7373 | OLD REPUBLIC INSURANCE COMPANY | 28-Jan-09 | $0.00 | U | Old Republic Risk Management Inc | Lawrence J Francione | 445 S Moorland Rd Ste 300 | Brookfield, WI 53005 | | CIRCUIT CITY STORES PR, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 7374 | OLD REPUBLIC INSURANCE COMPANY | 28-Jan-09 | $0.00 | U | Old Republic Risk Management Inc | Lawrence J Francione | 445 S Moorland Rd Ste 300 | Brookfield, WI 53005 | | COURCHEVEL, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 7375 | OLD REPUBLIC INSURANCE COMPANY | 28-Jan-09 | $0.00 | U | Old Republic Risk Management Inc | Lawrence J Francione | 445 S Moorland Rd Ste 300 | Brookfield, WI 53005 | | CC AVIATION, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 7377 | OLD REPUBLIC INSURANCE COMPANY | 28-Jan-09 | $0.00 | U | Old Republic Risk Management Inc | Lawrence J Francione | 445 S Moorland Rd Ste 300 | Brookfield, WI 53005 | | ORBYX ELECTRONICS, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 7378 | OLD REPUBLIC INSURANCE COMPANY | 28-Jan-09 | $0.00 | U | Old Republic Risk Management Inc | Lawrence J Francione | 445 S Moorland Rd Ste 300 | Brookfield, WI 53005 | | CIRCUIT CITY PURCHASING COMPANY, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 7379 | OLD REPUBLIC INSURANCE COMPANY | 28-Jan-09 | $0.00 | U | Old Republic Risk Management Inc | Lawrence J Francione | 445 S Moorland Rd Ste 300 | Brookfield, WI 53005 | | MAYLAND MN, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 7380 | OLD REPUBLIC INSURANCE COMPANY | 28-Jan-09 | $0.00 | U | Old Republic Risk Management Inc | Lawrence J Francione | 445 S Moorland Rd Ste 300 | Brookfield, WI 53005 | | XSSTUFF, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 7381 | OLD REPUBLIC INSURANCE COMPANY | 28-Jan-09 | $0.00 | U | Old Republic Risk Management Inc | Lawrence J Francione | 445 S Moorland Rd Ste 300 | Brookfield, WI 53005 | | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 7382 | OLD REPUBLIC INSURANCE COMPANY | 28-Jan-09 | $0.00 | U | Old Republic Risk Management Inc | Lawrence J Francione | 445 S Moorland Rd Ste 300 | Brookfield, WI 53005 | | CIRCUIT CITY STORES WEST COAST, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 7383 | OLD REPUBLIC INSURANCE COMPANY | 28-Jan-09 | $0.00 | U | Old Republic Risk Management Inc | Lawrence J Francione | 445 S Moorland Rd Ste 300 | Brookfield, WI 53005 | | KINZER TECHNOLOGY, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |

Exhibit C

| Claim | Name | Date Filed | Proposed Amount | Docketed Class | Notice Name | Addr1 | Addr2 | Addr4 | Country | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7384 | OLD REPUBLIC INSURANCE COMPANY | 28-Jan-09 | $0.00 | U | Old Republic Risk Management Inc | Lawrence J Francione | 445 S Moorland Rd Ste 300 | Brookfield, WI  53005 | | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 7385 | OLD REPUBLIC INSURANCE COMPANY | 28-Jan-09 | $0.00 | U | Old Republic Risk Management Inc | Lawrence J Francione | 445 S Moorland Rd Ste 300 | Brookfield, WI  53005 | | ABBOTT ADVERTISING AGENCY, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 7386 | OLD REPUBLIC INSURANCE COMPANY OF CANADA | 28-Jan-09 | $0.00 | U | Paul M Field | Old Republic Insurance Company of Canada | 100 King St West, Box 557 | Hamilton, ON  L8N 3K9 | Canada | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 10202 | AMERICAN HOME ASSURANCE COMPANY AMERICAN HOME ASSURANCE COMPANY CANADA ET AL | 30-Jan-09 | $0.00 | U | David A Levin Authorized Representative | AIG Bankruptcy Collections | 70 Pine St 28th Fl | New York, NY  10270 | | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 10203 | AMERICAN HOME ASSURANCE COMPANY AMERICAN HOME ASSURANCE COMPANY CANADA ET AL | 30-Jan-09 | $0.00 | U | David A Levin Authorized Representative | AIG Bankruptcy Collections | 70 Pine St 28th Fl | New York, NY  10270 | | INTERTAN, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 10204 | AMERICAN HOME ASSURANCE COMPANY AMERICAN HOME ASSURANCE COMPANY CANADA ET AL | 30-Jan-09 | $0.00 | U | David A Levin Authorized Representative | AIG Bankruptcy Collections | 70 Pine St 28th Fl | New York, NY  10270 | | CIRCUIT CITY STORES WEST COAST, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 10205 | AMERICAN HOME ASSURANCE COMPANY AMERICAN HOME ASSURANCE COMPANY CANADA ET AL | 30-Jan-09 | $0.00 | U | David A Levin Authorized Representative | AIG Bankruptcy Collections | 70 Pine St 28th Fl | New York, NY  10270 | | CIRCUIT CITY PROPERTIES, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 10206 | AMERICAN HOME ASSURANCE COMPANY AMERICAN HOME ASSURANCE COMPANY CANADA ET AL | 30-Jan-09 | $0.00 | U | David A Levin Authorized Representative | AIG Bankruptcy Collections | 70 Pine St 28th Fl | New York, NY  10270 | | CIRCUIT CITY PURCHASING COMPANY, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 10207 | AMERICAN HOME ASSURANCE COMPANY AMERICAN HOME ASSURANCE COMPANY CANADA ET AL | 30-Jan-09 | $0.00 | U | David A Levin Authorized Representative | AIG Bankruptcy Collections | 70 Pine St 28th Fl | New York, NY  10270 | | CIRCUIT CITY STORES PR, LLC | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |
| 9249 | VERIZON COMMUNICATIONS INC SUBSIDIARIES | 30-Jan-09 | $0.00 | U | Darrl S Laddin Esq | Arnall Golden Gregory LLP | 171 17th St NW Ste 2100 | Atlanta, GA  30363-1031 | | CIRCUIT CITY STORES, INC. | According to the debtor's books and records, there is no related liability to the unliquidated claim as filed. |