Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                          :    Chapter 11
                                                :
CIRCUIT CITY STORES, INC., et al.,              :    Case No. 08-35653 (KRH)
                                                :
            Debtors.                            :
                                                :    Jointly Administered
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER SUSTAINING LIQUIDATING TRUST'S TWENTY-SIXTH OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's

Twenty-Sixth Omnibus Objection to Claims Omnibus Objection to Claims (Disallowance

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

of Certain Invalid Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibits C through E attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED.

    2.    The Claims identified on Exhibit A as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

    3.    The Court will conduct a status conference on January 5, 2012 at 2:00 p.m. for all Claims identified in the Response/Action column as "Received-Continued" on Exhibit B attached hereto.

    4.    The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

       5.       The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

       6.       This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
      _____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

                 - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

                 - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

       Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                     */s/ Lynn L. Tavenner*
                                       Lynn L. Tavenner

Exhibit A

| Claim | Claimant Name (Master Level) | Date Filed | Estimated Class | Estimated Amount | Notice Name | Addr1 | Addr2 | Addr3 | Addr4 | CityStateZip | Country | Name | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 141 | VIRGINIA CROSSINGS OPERATOR LLC DBA WYNDHAM VIRGINIA CROSSINGS HOTEL & CONFERENCE CENTER | 21-Nov-08 | U | $48,230.24 | Virginia Crossings Operator LLC dba Wyndham Virginia Crossings Hotel & Conference Center | Mr Paul Jensen | c o Wyndham Virginia Crossings Hotel & Conference Center | 1000 Virginia Ctr Pkwy | | Glen Allen, VA 23059 | | Virginia Crossings Operator LLC dba Wyndham Virginia Crossings Hotel & Conference Center | CIRCUIT CITY STORES, INC. | Paid in Full - No Liability (pre petition) Note: Invoice paid on check 4580132 |
| 229 | EBATES SHOPPING COM INC | 28-Nov-08 | U | $67,459.54 | Ebates Shopping Com Inc | 333 Bryant St Ste 250 | | | | San Francisco, CA 94107 | | Ebates Shopping Com Inc | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Ebates affiliate commissions paid through Google per Debtor's records. |
| 374 | SANWEN HK INTERNATIONAL CO LTD | 24-Nov-08 | U | $27,190.00 | Sanwen HK International Co Ltd | Rm 1705 7 Hon Kwok Tst Centre | 5 9 Observatory Ct | TST | | Kowloon, | Hong Kong | Sanwen HK International Co Ltd | CIRCUIT CITY STORES, INC. | 503b9 Modified Unsecured duplicate Note: Reconciled on claim 352 |
| 480 | AQUAPERFECT INC | 03-Dec-08 | U | $569.70 | AQUAPERFECT INC | 2061 N MORLEY | | | | MOBERLY, MO 65270 | | AQUAPERFECT INC | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: no attached invoices. |
| 595 | SHIPPING UTILITIES INC | 04-Dec-08 | U | $884.17 | SHIPPING UTILITIES INC | PO BOX 790051 | | | | ST LOUIS, MO 63179 | | SHIPPING UTILITIES INC | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Credit on the unpaid of 2000, do not pay claim |
| 596 | EL MENSAJERO NEWSPAPERS LLC | 04-Dec-08 | U | $5,877.84 | EL MENSAJERO NEWSPAPERS LLC | 333 VALENCIA ST STE 410 | | | | SAN FRANCISCO, CA 94103 | | EL MENSAJERO NEWSPAPERS LLC | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: paid on check 4242154 8/14/06 |
| 765 | SEALED AIR CORPORATION | 12-Dec-08 | U | $15,417.81 | SEALED AIR CORPORATION | 5687 COLLECTIONS CENTER DR | | | | CHICAGO, IL 60693-5687 | | SEALED AIR CORPORATION | CIRCUIT CITY STORES, INC. | 503b9 Modified Unsecured duplicate Note: Invoice was included in subsequent unsecured claim no. 5527 with other invoices. |
| 868 | CROMER EQUIPMENT CO | 08-Dec-08 | U | $9,626.63 | CROMER EQUIPMENT CO | PO BOX 14338 | | | | OAKLAND, CA 94614-2388 | | CROMER EQUIPMENT CO | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Invs on claim were already paid in Dec '08. |
| 1302 | PARTIES PLUS | 18-Dec-08 | U | $446.24 | PARTIES PLUS | PO BOX 773 | | | | HUNTINGTON BEACH, CA 92648 | | PARTIES PLUS | CIRCUIT CITY STORES WEST COAST, INC. | Books & Records- No Liability |
| 2084 | SCOTTS LANDSCAPING INC | 30-Dec-08 | U | $11,781.55 | SCOTTS LANDSCAPING INC | 322 KENT RD | | | | NEW MILFORD, CT 06776-5523 | | SCOTTS LANDSCAPING INC | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Sub-contractor to Daystar; 2005/2006 invoices |
| 2270 | EL MENSAJERO NEWSPAPERS LLC | 31-Dec-08 | U | $5,877.84 | EL MENSAJERO NEWSPAPERS LLC | 7000 S FLOWER ST | | | | LOS ANGELES, CA 90017 | | EL MENSAJERO NEWSPAPERS LLC | CIRCUIT CITY STORES, INC. | Paid in Full - No Liability (pre petition) Note: Paid on check 4242154, $5,877.84 on 8/14/06 |
| 2895 | HOLYOKE GAS & ELECTRIC DEPARTMENT | 06-Jan-09 | U | $10,332.12 | HOLYOKE GAS & ELECTRIC DEPARTMENT | 99 SUFFOLK ST | | | | HOLYOKE, MA 01040 | | HOLYOKE GAS & ELECTRIC DEPARTMENT | CIRCUIT CITY STORES, INC. | Duplicate of Class on Prior Claim Note: Invoices reconciled on claim 817; Special Note: this objection relates only to the unsecured portion of the claim. |
| 2998 | STR SOFTWARE COMPANY | 08-Jan-09 | U | $4,521.95 | STR SOFTWARE COMPANY | 11505 ALLECINGIE PARKWAY | | | | RICHMOND, VA 23235-4301 | | STR SOFTWARE COMPANY | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Contract renewel premium for 3/1/09-2/28/10 |
| 3186 | HOWELLS HEATING & AC | 12-Jan-09 | U | $14,739.00 | Liquidity Solutions Inc | One University Plz Ste 312 | | | | Hackensack, NJ 07601 | | Liquidity Solutions Inc | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Sub-contractor to Sun Belt General Contractors |
| 3216 | ARCHITECTURAL CAST STONE INCORPORATED | 09-Jan-09 | U | $11,143.79 | Architectural Cast Stone Incorporated | Architectural Cast Stone Inc | 2775 Norton Creek Dr | | | West Chicago, IL 60185-6411 | | Architectural Cast Stone Incorporated | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Claimant was sub-subcontractor to International Contractors |
| 3307 | D&W MASONRY INC | 12-Jan-09 | U | $74,120.49 | D&W MASONRY INC | PO BOX 1177 | | | | POWELL, OH 43065 | | D&W MASONRY INC | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: subcontractor claim; debtor has no direct relationship with claimant. |
| 3333 | TRANE PR INC | 12-Jan-09 | U | $1,203.75 | TRANE PR INC | PO BOX 9000 | | | | SANTURCE, PR 00908-9000 | | TRANE PR INC | CIRCUIT CITY PURCHASING COMPANY, LLC | Books & Records- No Liability Note: no liability 2007 invoice |
| 3675 | CESSNA AIRCRAFT COMPANY | 13-Jan-09 | U | $3,904.97 | CESSNA AIRCRAFT COMPANY | 5800 E  PAWNEE | | | | WICHITA, KS 67218-5590 | | CESSNA AIRCRAFT COMPANY | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: no liability for these 2002-2006 invoices |
| 3851 | RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR IMPRESSIONS MARKETING GROUP | 15-Jan-09 | U | $53,694.20 | Riverside Claims LLC as Assignee for Impressions Marketing Group | Riverside Claims LLC | PO Box 626 | Planetarium Station | | New York, NY 10023 | | Riverside Claims LLC as Assignee for Impressions Marketing Group | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Duplicate invoices filed on claim #860 for correct docketed amt |
| 3903 | PHILIPS & LITE ON DIGITAL SOLUTIONS USA | 13-Jan-09 | U | $897.50 | PHILIPS & LITE ON DIGITAL SOLUTIONS USA | ATTN ARMANDO ABELLA | 42000 CHRISTY STREET | | | FREMONT, CA 94538-3182 | | PHILIPS & LITE ON DIGITAL SOLUTIONS USA | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Difference between RTV deducted & Credit from Vendor |
| 3957 | YELLOW TRANSPORTATION | 21-Jan-09 | U | $12,297.46 | Yellow Transportation | c o RMS Bankruptcy Recovery Services | PO Box 5126 | | | Timonium, MD 21094-5126 | | Yellow Transportation | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Invoices were processed by CTSI through logistics |
| 4038 | KNIGHT TRANSPORTATION SERVICES INC | 19-Jan-09 | U | $9,425.65 | KNIGHT TRANSPORTATION SERVICES INC | KNIGHT TRANSPORTATION | ATTN SALES MANAGER | 5601 W BUCKEYE ROAD | | PHOENIX, AZ 85043 | | KNIGHT TRANSPORTATION SERVICES INC | CIRCUIT CITY STORES, INC. | Invalid - No Contractual Relationship Note: Freight subcontractor of CH Robinson |
| 4565 | HILL FARRER & BURRILL LLP | 20-Jan-09 | U | $61,445.40 | HILL FARRER & BURRILL LLP | 300 S GRAND AVE 37TH FL | | | | LOS ANGELES, CA 900714840 | | HILL FARRER & BURRILL LLP | CIRCUIT CITY STORES, INC. | Books & Records- No Liability per Debtor's books and records. |
| 4813 | SUMTER ELECTRIC COOPERATIVE, INC ,FL | 21-Jan-09 | U | $12,968.29 | SUMTER ELECTRIC COOPERATIVE, INC ,FL | P O BOX 301 | | | | SUMTERVILLE, FL 33585-0301 | | SUMTER ELECTRIC COOPERATIVE, INC ,FL | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Duplicate line item on claim # 2338 |
| 6452 | ABC FAMILY | 14-Jan-09 | U | $51,940.10 | ABC Family | Attn Adrian Tustin | 500 S Buena Vista St | | | Burbank, CA 91521-9750 | | ABC Family | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Debtor procurred these services through Active Media Services. |
| 7093 | LEXAR MEDIA INC | 28-Jan-09 | U | $18,331.92 | Micron Technology Inc | Attn Lisa Johnson | 8000 S Federal Way MSI 507 | | | Boise, ID 83716 | | LEXAR MEDIA INC | CIRCUIT CITY STORES, INC. | Books & Records- No Liability |
| 7581 | GEORGE, PHILIP | 29-Jan-09 | U | $2,042.90 | GEORGE, PHILIP | 25 MCWILLIAMS PL UNIT 402 | | | | JERSEY CITY, NJ 07302 | | GEORGE, PHILIP | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: claimant received cash advance for these expenses |
| 7872 | DILIGENT BOARD MEMBER SERVICES INC | 29-Jan-09 | U | $17,100.00 | Diligent Board Member Services Inc | 39 W 37th St 8th Fl | | | | New York, NY 10018 | | Diligent Board Member Services Inc | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: No support; no invoices on unpaid |

Exhibit A

| Claim | Claimant Name (Master Level) | Date Filed | Estimated Class | Estimated Amount | Notice Name | Addr1 | Addr2 | Addr3 | Addr4 | CityStateZip | Country | Name | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7895 | COLE, JOHN MATTHEW | 29-Jan-09 | U | $733.32 | COLE, JOHN MATTHEW | 120 GOUDY DR | | | | RIPLEY, MS 38663 | | COLE, JOHN MATTHEW | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: claim is for early 2008 T&E reports that have no approval. |
| 7986 | RICE, DARRYL DBA SPEC TECH | 29-Jan-09 | U | $8,145.00 | SpecTech | 2125 N NAVAJO PL | | | | CHINO VALLEY, AZ 86323-4638 | | RICE, DARRYL DBA SPEC TECH | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Several attempts to reach claimant for work order with no succes |
| 8110 | GEISENDORFF, FREDERIC | 29-Jan-09 | U | $10,000.00 | Geisendorff, Frederic | 220 Mill Ct | | | | Covington, LA 70435 | | Geisendorff, Frederic | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: T&E expense |
| 8805 | RELIABLE PAVING INC | 30-Jan-09 | U | $26,341.95 | Reliable Paving Inc | John Y Bonds III | Shannon Gracey Ratliff & Miller LLP | 777 Main St Ste 3800 | | Fort Worth, TX 76102 | | Reliable Paving Inc | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Invs billed to SM Wilson & Co; sub-contractor |
| 10099 | PRAXAIR DISTRIBUTION INC | 29-Jan-09 | U | $5,536.02 | Praxair Distribution Inc | c o RMS Bankruptcy Recovery Services | PO Box 5126 | | | Timonium, MD 21094-5126 | | Praxair Distribution Inc | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: No liability for this vendor-also this is a lease for cylinders |
| 10117 | TERMINIX INTERNATIONAL | 30-Jan-09 | U | $10,218.39 | TERMINIX INTERNATIONAL | PO BOX 17167 | | | | MEMPHIS, TN 38187 | | TERMINIX INTERNATIONAL | CIRCUIT CITY STORES, INC. | Invalid - No Contractual Relationship Note: Subcontractor to Industriaplex & FM Maintenance |
| 10119 | TERMINIX INTERNATIONAL | 30-Jan-09 | U | $9,315.76 | TERMINIX INTERNATIONAL | PO BOX 17167 | | | | MEMPHIS, TN 38187 | | TERMINIX INTERNATIONAL | CIRCUIT CITY STORES, INC. | Invalid - No Contractual Relationship Note: Subcontractor to Industriaplex & FM Maintenance |
| 10120 | TERMINIX INTERNATIONAL | 30-Jan-09 | U | $11,251.13 | TERMINIX INTERNATIONAL | PO BOX 17167 | | | | MEMPHIS, TN 38187 | | TERMINIX INTERNATIONAL | CIRCUIT CITY STORES, INC. | Invalid - No Contractual Relationship Note: Subcontractor to Industriaplex & FM Maintenance |
| 10121 | TERMINIX INTERNATIONAL | 30-Jan-09 | U | $14,900.01 | TERMINIX INTERNATIONAL | PO BOX 17167 | | | | MEMPHIS, TN 38187 | | TERMINIX INTERNATIONAL | CIRCUIT CITY STORES, INC. | Invalid - No Contractual Relationship Note: Subcontractor to Industriaplex & FM Maintenance |
| 10122 | TERMINIX INTERNATIONAL | 30-Jan-09 | U | $2,781.14 | TERMINIX INTERNATIONAL | PO BOX 17167 | | | | MEMPHIS, TN 38187 | | TERMINIX INTERNATIONAL | CIRCUIT CITY STORES, INC. | Invalid - No Contractual Relationship Note: Subcontractor to Industriaplex & FM Maintenance |
| 10123 | TERMINIX INTERNATIONAL | 30-Jan-09 | U | $7,345.13 | TERMINIX INTERNATIONAL | PO BOX 17167 | | | | MEMPHIS, TN 38187 | | TERMINIX INTERNATIONAL | CIRCUIT CITY STORES, INC. | Invalid - No Contractual Relationship Note: Subcontractor to Industriaplex & FM Maintenance |
| 10193 | STANFORD, DEAN RUPERT | 30-Jan-09 | U | $733.32 | STANFORD, DEAN RUPERT | 918 MORRIS AVE 4J | | | | BRONX, NY 10451 | | STANFORD, DEAN RUPERT | CIRCUIT CITY STORES, INC. | No Support Note: individual, no support |
| 11720 | WPIX TV | 09-Mar-09 | U | $61,626.00 | WPIX TV | 220 E 42nd St | | | | New York, NY 10017 | | WPIX TV | CIRCUIT CITY STORES, INC. | Satisfied Note: Paid 1/27/09, check 4607136 |
| 13387 | ETECH SERVICES AND REPAIR INC | 15-Jun-09 | U | $3,481.66 | Etech Services and Repair Inc dba Janice Howell | Janice Howell | 3056 Hwy 55 E | | | Kinston, NC 28501-9068 | | Etech Services and Repair Inc dba Janice Howell | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: claim filed late- warranty vendor for service contract |
| 14602 | SAFETY AND SECURITY SERVICES INC | 21-Aug-09 | U | $47,038.06 | Safety and Security Services Inc | 416 NW 8th St | | | | Oklahoma City, OK 73102 | | Safety and Security Services Inc | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: liability is claimed on claim no. 11532 |
| 1082 | DAILY CAMERA | 19-Dec-08 | U | $3,816.66 | DAILY CAMERA | PO BOX 591 | | | | BOULDER, CO 80306-0591 | | DAILY CAMERA | CIRCUIT CITY STORES, INC. | Duplicate Note: other claim 3694 |
| 1124 | PG&E | 15-Dec-08 | U | $92,313.03 | PG&E | 77 BEALE ST | | | | SAN FRANCISCO, CA 94105 | | PG&E | CIRCUIT CITY STORES, INC. | Duplicate Note: duplicate of #13209 that states amends 12/30/08 claim #2122 |
| 1612 | ENGINEERED STRUCTURES INC | 12-Dec-08 | U | $120,172.26 | ENGINEERED STRUCTURES INC | ROB SHOCKLEY | 12400 W OVERLAND RD | | | BOISE, ID 83709 | | Engineered Structures Inc | CIRCUIT CITY STORES, INC. | Amended by Another Claim Note: Amended by claim #15050 |
| 3794 | WISCONSIN ELECTRIC POWER COMPANY | 15-Jan-09 | U | $33,296.52 | Wisconsin Electric Power Company | Attn Bankruptcy Dept | WE Energies | 333 W Everett St Rm A130 | | Milwaukee, MI 53203 | | Wisconsin Electric Power Company | CIRCUIT CITY STORES, INC. | Amended by Another Claim Note: Related claim: 14747 |
| 6379 | POLAROID CORPORATION | 27-Jan-09 | U | $1,414,360.61 | Polaroid Corporation | George H Singer | Lindquist & Vennum PLLP | 4200 IOS Ctr | 80 S 8th St | Minneapolis, MN 55402 | | Polaroid Corporation | CIRCUIT CITY STORES, INC. | Amended by Another Claim Note: Related claim: 15122 |
| 7275 | TXU ENERGY RETAIL COMPANY LLC | 28-Jan-09 | U | $45,488.08 | TXU Energy Retail Company LLC | CO Bankruptcy Department | PO Box 650393 | | | Dallas, TX 75265-0393 | | TXU Energy Retail Company LLC | CIRCUIT CITY STORES, INC. | Duplicate Note: Related claim: 4518 |
| 8363 | ORACLE USA INC SUCCESSOR IN INTEREST TO BEA SYSTEMS AND PEOPLESOFT INC ORACLE | 29-Jan-09 | U | $134,673.80 | Oracle USA Inc successor in interest to BEA Systems and PeopleSoft Inc Oracle | Craig C Chiang Esq | Buchalter Nemer PC | 333 Market St 25th Fl | | San Francisco, CA 94105 | | Oracle USA Inc successor in interest to BEA Systems and PeopleSoft Inc Oracle | CIRCUIT CITY STORES, INC. | Amended by Another Claim Note: Related claim: 15012 |
| 14540 | CITY OF HAYWARD | 06-Aug-09 | P | $1,645.78 | City of Hayward | Revenue Division | 777 B St | | | Hayward , CA 94541 | | City of Hayward | CIRCUIT CITY STORES, INC. | Late Note: filed 8-6-09 |
| 14673 | CITY OF PHILADELPHIA WATER REVENUE BUREAU | 07-Oct-09 | P | $850.19 | City of Philadelphia Water Revenue Bureau | c o Ashely M Chan Esq | Hangley Aronchick Segal & Pudlin | One Logan Sq 27th Fl | | Philadelphia, PA 19103 | | City of Philadelphia Water Revenue Bureau | CIRCUIT CITY STORES, INC. | Late Note: filed on 10-7-09 and does not amend |
| 14678 | VILLAGE OF DOWNERS GROVE, IL | 24-Sep-09 | P | $1,800.00 | VILLAGE OF DOWNERS GROVE, IL | 801 BURLINGTON AVE | | | | DOWNERS GROVE, IL 60515 | | VILLAGE OF DOWNERS GROVE, IL | CIRCUIT CITY STORES, INC. | Late Note: Gov't bar date 5/11/09, first filing 10/12/09. Late, invalid. |
| 14718 | CITY OF CINCINNATI | 04-Nov-09 | U | $818.45 | City of Cincinnati | 801 Plum St Rm 202 | | | | Cincinnati, OH 45202 | | City of Cincinnati | CIRCUIT CITY STORES, INC. | Late Note: Gov't bar date 5/11/09, first filing 11/6/09 |
| 14737 | CITY OF PHILADELPHIA WATER REVENUE BUREAU | 09-Nov-09 | S | $850.19 | City of Philadelphia Water Revenue Bureau | c o Ashely M Chan Esq | Hangley Aronchick Segal & Pudlin | One Logan Sq 27th Fl | | Philadelphia, PA 19103 | | City of Philadelphia Water Revenue Bureau | CIRCUIT CITY STORES, INC. | Late Note: claim filed late -11/09/09 |

Exhibit B

| Claim | Claimant Name (Master Level) | Date Filed | Estimated Class | Estimated Amount | Notice Name | Addr1 | Addr2 | Addr3 | CityStateZip | Name | Debtor(s) | comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13414 | IKON FINANCIAL SERVICES | 27-May-09 | U | $667,822.20 | IKON Financial Services | Bankruptcy Administration | PO Box 13708 | | Macon, GA 31208-3708 | IKON Financial Services | CIRCUIT CITY STORES, INC. | Books & Records- No Liability recorded on the debtor's books and records. |
| 6317 | SENSORMATIC ELECTRONICS CORPORATION | 27-Jan-09 | U | $0.00 | Sensormatic Electronics Corporation | c o Alvin S Goldstein Esq | Furr & Cohen PA | 2255 Glades Rd Ste 337W | Boca Raton, FL 33431 | Sensormatic Electronics Corporation | CIRCUIT CITY STORES, INC. | Books & Records- No Liability recorded on the debtor's books and records. |
| 114 | S&S INDUSTRIAL MAINTENANCE | 02-Dec-08 | B | $12,154.37 | S&S INDUSTRIAL MAINTENANCE | SUPPLY INC | PO BOX 69 | | MARLTON, NJ 08053 | S&S INDUSTRIAL MAINTENANCE | CIRCUIT CITY STORES, INC. | 503b9 Modified Unsecured duplicate Note: Claim 3253 is the duplicate claim |
| 3253 | S&S INDUSTRIAL MAINTENANCE | 12-Jan-09 | U | $12,154.37 | S&S INDUSTRIAL MAINTENANCE | PO BOX 69 | | | MARLTON, NJ 08053 | S&S INDUSTRIAL MAINTENANCE | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: invoices from 1996/97, vendor told by Legal to stop contacting stores |
| 8029 | SCRIPPS NETWORKS LLC DBA HOME & GARDEN TELEVISION | 29-Jan-09 | U | $147,019.40 | Scripps Networks LLC dba Home & Garden Television | PO Box 602028 | | | Charlotte, NC 28260-2028 | Scripps Networks LLC dba Home & Garden Television | CIRCUIT CITY STORES, INC. | Books & Records- No Liability Note: Debtor procured services through Active Media Services, not claimant (HGTV). |
| 22 | THORTON & ASSOCIATES PLC | 17-Nov-08 | U | $14,559.49 | Thornton & Associates PLC | 4701 Cox Rd Ste 207 | | | Glen Allen, VA 23060-6802 | Thornton & Associates PLC | CIRCUIT CITY STORES, INC. | Amended by Another Claim Note: Amended by claim #15093 |