UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| In re: | Case No.: 08-35653 (KRH) |
|  | Jointly Administered |
| CIRCUIT CITY STORES, INC. et al. | Chapter 11 |
| Debtors. |  |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that SANTA ROSA TOWN CENTER LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery, X L.P. and in connection with such transfer, herby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim # 12189, filed 4/14/2009), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

| FORMER ADDRESS | NEW ADDRESS |
|---|---|
| SANTA ROSA TOWN CENTER LLC | SANTA ROSA TOWN CENTER LLC |
| PO BOX 708 | c/o United States Debt Recovery, X, L.P. |
| C/O SHELTER BAY | 940 Southwood Blvd |
| NOVATO, CA 94948 | Suite 101 |
|  | Incline Village, NV 89451 |

I declare under penalty of perjury that the foregoing is true and correct.

SANTA ROSA TOWN CENTER LLC

Print Name: SAMIH M. ARIFAT    Title: Managing Partner

Signature: [signature]    Date: 1/11/12

DOCS-#3612209-v2