# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CIRCUIT CITY STORES, INC., | ) Case No.: 08-35653 |
|  | ) |
| Debtors. | ) Judge Kevin R. Huennekens |
|  | ) |
|  | ) Jointly Administered |
|  | ) |
|  | ) TRANSFER OF CLAIM / BILL OF SALE |
|  | ) BANKRUPTCY RULE 3001(E)(2) |

PLEASE TAKE NOTICE that the claim(s) of SANTA ROSA TOWN CENTER LLC (underlying creditor or "Transferor"), against the above captioned Debtor in the filed amount of $ 816,753.48, as set forth in proof of claim number 12189 filed 4/14/2009 and subsequently reduced to 777,827.35 by settlement and all claims of Transferor associated with such claim have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery X LP, ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:** SANTA ROSA TOWN CENTER LLC

Print Name: SAMIH M. ARIKAT   Title: Managing Partner
Signature: [signed]   Date: 1/11/12
Corrected Address (if req.): _____
Phone: (415) 566-1094   E-Mail: samarikat@sbcglobal.net

**TRANSFEREE:**
United States Debt Recovery X LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: [signed]
Nathan E. Jones, Managing Director

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CIRCUIT CITY STORES, INC., | ) Case No.: 08-35653 |
|  | ) |
| Debtor. | ) Judge Kevin R. Hennekens |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(e)(2)**

**Name of Proposed Transferor:**
SANTA ROSA TOWN CENTER LLC
PO BOX 708
C/O SHELTER BAY
NOVATO, CA 94948

**Name of Transferee:**
United States Debt Recovery X, LP
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex
1100 East Main St.
Richmond, VA 23219-3538

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO._____
Copy (check)    Claims Agent_____    Transferee_____    Debtor's Attorney_____

_____
Deputy Clerk