| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 18, 2012 AT 2:00 P.M. (EASTERN)**

---

1 The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on January 18, 2012 beginning at 2:00 p.m. Eastern.

**I.    MOTION TO COMPEL**

1.   Motion to Determine *(SCHEDULE MEDIATION IN NEW YORK)* filed by Daniel M. Press of Chung & Press, P.C. on behalf of B.R. Fries & Associates, LLC. (Docket No. 13)

   Related Documents:

   a.   Notice of Hearing (Re: related document(s)[13] Motion to Determine filed by B.R. Fries & Associates, LLC) filed by Daniel M. Press of Chung & Press, P.C. on behalf of B.R. Fries & Associates, LLC. Hearing scheduled 1/18/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 14)

   b.   Order Approving Motion For Mr. Siegel To Appear Telephonically At The Hearing Set For January 18, 2012 (Related Doc # [15]) (Docket No. 16)

   c.   Reply to *Trustee's Opposition to Motion to Schedule Mediation in New York* (Re: related document(s)[13] Motion to Determine filed by B.R. Fries & Associates, LLC) filed by Daniel M. Press of Chung & Press, P.C. on behalf of B.R. Fries & Associates, LLC. (Docket No. 19)

   Objection Deadline:        January 11, 2012

   Objections/ Responses Filed:       Objection to *(Liquidating Trustee's Omnibus Opposition to Defendant's Motion to Schedule and to Conduct Mediation in New York City and Motion to Appear Telephonically)* (Re: related document(s)[13] Motion to Determine filed by B.R. Fries & Associates, LLC) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 18)

    Status:    The Trust understands that the movant will pursue the requested relief.  The Trust will oppose the requested relief.

## II. PRETRIAL HEARING

2. *Siegel v. Miner Fleet Management Group, LLC, fka Miner Fleet* (Case No. 10-3326) Notice of Rescheduled Pre-Trial Conference filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 1/18/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 7)

Dated: Richmond, Virginia  
January 17, 2012

TAVENNER & BERAN, PLC

    */s/ Paula S. Beran*  
Lynn L. Tavenner (VA Bar No. 30083)  
Paula S. Beran (VA Bar No. 34679)  
20 North Eighth Street, 2nd Floor  
Richmond, Virginia 23219  
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP  
Jeffrey N. Pomerantz, Esq.  
Andrew W. Caine, Esq.  
10100 Santa Monica Boulevard  
Los Angeles, California 90067-4100  
(310) 277-6910

- and –

Robert J. Feinstein, Esq.  
John A. Morris, Esq.  
PACHULSKI STANG ZIEHL & JONES LLP  
780 Third Avenue, 36th Floor  
New York, New York 10017  
(212) 561-7700

Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust