UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

IN RE:                     .    Case No. 08-35653 (KRH)
                           .
                           .    Chapter 11
                           .    Jointly Administered
CIRCUIT CITY STORES,       .
INC., et al.,              .    701 East Broad Street
                           .    Richmond, VA 23219
                           .
         Debtors.          .
                           .    January 5, 2012
. . . . . . . . . . . . ..      2:09 p.m.


TRANSCRIPT OF OMNIBUS HEARING
BEFORE HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Debtor:            Tavenner and Beran, PLC
                           By:  PAULA BERAN, ESQ.
                           20 North Eighth Street, 2nd Floor
                           Richmond, VA 23219

TELEPHONIC APPEARANCES:

For the Debtor:            Pachulski Stang Ziehl & Jones LLP
                           By:  ANDREW W. CAINE, ESQ.
                           780 Third Avenue, 36th Floor
                           New York, NY 10017




Proceedings recorded by electronic sound recording, transcript
produced by transcription service

_____

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@jjcourt.com**

**(609) 586-2311   Fax No. (609) 587-3599**

1        COURTROOM DEPUTY:  All rise.  Court is now in

2   session.  Please be seated and come to order.

3        COURT CLERK:  In the matter of Circuit City Stores,

4   Incorporated, hearing on Items 1 through 38 as set out on

5   proposed agenda.

6        MS. BERAN:  Good afternoon, Your Honor.

7        THE COURT:  Good afternoon, Ms. Beran.

8        MS. BERAN:  For the record, Paula Beran on behalf of

9   the Circuit City Stores, Inc. liquidating trust.  With me this

10  afternoon at counsel's table, Ms. Katie Bradshaw has returned

11  back and is accompanying me this morning.  And I believe on the

12  phone also this afternoon is Mr. Andrew Caine.

13       THE COURT:  All right.  Thank you.

14       MS. BERAN:  Your Honor, the agenda is a rather

15  lengthy document.  However, I don't believe it should take that

16  long in that most of the matters are being continued until the

17  March omnibus date.  This -- a couple hours ago, Your Honor, I

18  did file an amended Exhibit B, in essence.  And when I filed

19  it, I black lined it.  I also have copies for Your Honor.

20       THE COURT:  That would be wonderful.

21       MS. BERAN;  It just adds a couple of matters that

22  have been resolved since we filed it on Tuesday, as well as

23  there were a couple instances where people said, oh, I thought

24  I was one of the parties that was getting an extension and we

25  agreed to go ahead and give them the extension.  So, we've

1   added several items.  But --

2           THE COURT:  Actually, my law clerk has beat you to

3   the punch.  He's already got it loaded on the screen up here.

4           MS. BERAN:  Okay, Your Honor.  And that --

5           THE COURT:  So, I've got the amended --

6           MS. BERAN:  And the document that was filed was black

7   lined so you will see the differences from a black line

8   perspective.

9           THE COURT:  All right.  Thank you.

10          MS. BERAN:  You're welcome, Your Honor.  Your Honor,

11  in addition, I apologize, as it relates to the agenda and I

12  think in most places as well as on that -- the status chart

13  indicates the next omnibus hearing or the omnibus hearing from

14  which we're continuing this to is a March 8th omnibus date.

15  And that date has since been changed or has been changed to

16  March 6th.  And I apologize, I used the old date.  Your Honor

17  does not have hearings on the 8th so it was changed to March

18  6th.  And so, everywhere on the agenda that it says March 8th

19  should be March 6th, Your Honor.

20          THE COURT:  And I think that that change was made to

21  accommodate the Court and that's certainly fine.

22          MS. BERAN:  Thank you, Your Honor.  Your Honor, then,

23  turning to the agenda items.  The first matter on today's

24  docket was a matter that was filed in one of the adversary

25  proceedings in connection with a motion to compel discovery.  I

1   am happy to report, Your Honor, that in connection with the

2   filing of that motion, it did get one of the desired results

3   and that was a response and attention to some details that had

4   been, from our perspective, overlooked.  The parties are now

5   speaking again and they're attempting to work out the discovery

6   issues, as well as some other issues.  And so, we'd

7   respectfully request that this matter be continued until

8   February 21.

9           THE COURT:  All right.  It'll be continued to

10  February 21.

11          MS. BERAN:  Thank you, Your Honor.  Your Honor, that

12  then brings us to the next category of items on the agenda and

13  those are all related to claims objection.

14          Item Number 2 is the debtors' nineteenth omnibus

15  objection.  As it relates to the one remaining claim on that

16  item, Your Honor, we'd respectfully request that the status

17  hearing be continued until the March 6th omnibus hearing date.

18          THE COURT:  That'll be continued to the March 6th

19  date.

20          MS. BERAN:  Thank you, Your Honor.  Item Number 3,

21  Your Honor, is the debtors' thirty-first omnibus objection.

22  There still are several items that remain subject to that

23  objection and we'd respectfully request that they be continued

24  until March 6th omnibus date.

25          THE COURT:  They'll be continued to the same March

1  6th date.

2        MS. BERAN:  Thank you, Your Honor.  Similarly, Item

3  Number 4 is the debtors' thirty-seventh.  There are several

4  that remain outstanding on that and we'd respectfully request

5  that they be continued for status to the March 6th date.

6        THE COURT:  And that'll be continued to March 6.

7        MS. BERAN:  Thank you, Your Honor.  That then brings

8  us to Item Number 5 on Page 11, the debtors' sixtieth omnibus

9  objection.  There is still one claim that remains outstanding

10  subject to that objection and we'd respectfully request the

11  status be continued to March 6th for that one.

12        THE COURT:  It'll be continued to March 6.

13        MS. BERAN:  Similarly, Your Honor, Item Number 6,

14  there is one remaining claim subject to that objection and we'd

15  respectfully request that it be continued until the March 6th

16  omnibus hearing date.

17        THE COURT:  And it'll be continued to March 6.

18        MS. BERAN:  Thank you, Your Honor.  Item Number 7,

19  Your Honor, is debtors' seventy-ninth omnibus objection.  There

20  are still a couple of items that remain subject to that omnibus

21  objection.  We'd respectfully request that they be continued

22  until the March 6th omnibus hearing date.

23        THE COURT:  They'll be continued to March 6.

24        MS. BERAN:  Thank you, Your Honor.  Your Honor, that

25  now brings us to the -- what the trust has commonly referred

1  to, Your Honor, and refers elsewhere, as the stand-alone

2  objections.  In connection with this, Item Number 8 is the

3  objection to the claim of the California Board of Equalization.

4  We'd respectfully request that the status matter on that be

5  continued till March 6th.

6           THE COURT:  That'll be continued to March 6.

7           MS. BERAN:  Thank you.  Similarly, Your Honor, Number

8  9 is the objection to the claim of the Arizona Department of

9  Revenue.  And we'd respectfully request that it be continued

10 for status purposes till March 6th.

11          THE COURT:  That'll be continued to March 6.

12          MS. BERAN:  Thank you, Your Honor.  Your Honor, Item

13 Number 10 was the motion and the objection to the claim of the

14 New York Department of Finance.  In addition, Your Honor, there

15 was a notice and cross-motion of the New York City Department

16 of Finance for leave to amend and increase tax priority Claim

17 Number 2297.  I am happy to report, Your Honor, that those

18 matters have been resolved pursuant to procedures previously

19 approved by this Court.  And the matters may be removed from

20 the Court's docket.

21          THE COURT:  Okay.  That's excellent.

22          MS. BERAN:  Your Honor, Item Number 11 is the

23 objection to the claim of the Tennessee Department of Revenue.

24 We'd respectfully request that that be continued till the March

25 6th omni for status purposes.

1           THE COURT:  It'll be continued.

2           MS. BERAN:  Thank you, Your Honor.  Your Honor, as it

3   relates to Item Number 12, that's the objection to the claim of

4   the Wisconsin Department of Revenue.  We'd respectfully request

5   that be continued until March 6th for status purposes.

6           THE COURT:  It'll be continued to March 6.

7           MS. BERAN:  Thank you, Your Honor.  Your Honor, on --

8   the thirteenth item is the claim objection to the Louisiana

9   Department of Revenue's claim.  We'd respectfully request that

10  that be continued to March 6th, as well, for status purposes.

11          THE COURT:  It'll be continued to March 6.

12          MS. BERAN:  Thank you, Your Honor.  Item Number 14th

13  is the claim objection to the Commonwealth of Massachusetts

14  claim.  Similarly, we'd respectfully request that that be

15  continued for status purposes to March 6th.

16          THE COURT:  Be continued to March 6.

17          MS. BERAN:  Your Honor, Item Number 15 is the

18  objection to the claim of the State of New Jersey.  We'd

19  respectfully request that that matter be continued until the

20  March 6th omnibus date.

21          THE COURT:  It'll be continued to March 6.

22          MS. BERAN:  Your Honor, Item Number 16 is the

23  objection to the claim of the Commonwealth of Virginia

24  Department of Taxation.  We'd respectfully request that that be

25  continued until March 6th for status purposes.

8

1          THE COURT:  It'll be continued to March 6.

2          MS. BERAN:  Thank you, Your Honor.  Your Honor, that

3  then brings us to the liquidating trust's omnibus objections.

4  Item Number 17 is the liquidating trust's first omnibus

5  objection.  In connection with that matter, Your Honor, there

6  are still those items upon which a response was filed and which

7  the trust continues to try and reconcile with the claimant

8  and/or those instances where the trust has been contacted.

9          The trust has agreed that no response needed to be

10  filed and has agreed to continue status hearings.  And before,

11  I had previously referred to that as -- are Categories A and B.

12  In connection with that, Your Honor, as identified on Exhibit

13  B, we'd respectfully request that those matters be continued

14  until the March 6th, for status purposes.

15          THE COURT:  All right.  Those matters will be

16  continued to March 6.

17          MS. BERAN:  Thank you, Your Honor.  That then takes

18  us to Page 27 on the agenda.  I'm happy to report that a couple

19  items on the liquidating trust's second omnibus objection have

20  been resolved pursuant to procedures approved by this Court, as

21  identified on Exhibit B, and those may be removed from the

22  Court's docket.  There are also the Category A and B claimants

23  and we'd respectfully request that those be continued until the

24  March 6th omnibus hearing.

25          THE COURT:  They'll be continued to March 6.

1          MS. BERAN:  Thank you, Your Honor.  Item Number 19 is

2   the liquidating trust's third omnibus objection.  Those -- that

3   objection still has the Category A and B type

4   response/claimants and we'd respectfully request that they be

5   continued until the March 6th hearing for status purposes.

6          THE COURT:  They'll be continued to March 6.

7          MS. BERAN:  Thank you, Your Honor.  Item Number 20,

8   the liquidating trust's fourth omnibus objection, as identified

9   on Exhibit B, Your Honor, couple of those have been settled

10  pursuant to procedures previously approved by Your Honor and

11  therefore they may be removed from the Court's docket.  In

12  connection with the Category A/B claims or responses, we'd

13  respectfully request, as identified on Exhibit B, that those be

14  continued until March 6th.

15         THE COURT:  They'll be continued to March 6.

16         MS. BERAN:  Thank you, Your Honor.  On Page 33 of the

17  agenda, Your Honor, Item Number 21, the liquidating trust's

18  fifth omnibus objection, as Your Honor will see on Exhibit B,

19  there have been numerous settlements in -- related to that

20  omnibus objection, I'm happy to report.  And those may be

21  removed from the Court's docket pursuant to procedures

22  previously approved by Your Honor.

23         There still remain the A/B type claimants/responses

24  and we'd respectfully request that they be continued until

25  March 6th omnibus hearing date for status purposes.

1          THE COURT:  They'll be continued to March 6.

2          MS. BERAN:  Thank you, Your Honor.  Item Number 22 is

3   the liquidating trust's sixth omnibus objection to claims.

4   That objection does still have the A/B type

5   claimants/respondents subject to it and we'd respectfully

6   request, as identified on Exhibit B, that they be continued

7   until the March 6th omni.

8          THE COURT:  They'll be continued.

9          MS. BERAN:  For status purposes.

10         THE COURT:  For status.

11         MS. BERAN:  Thank you, Your Honor.  Item Number 23,

12  Your Honor, is the liquidating trust's seventh omnibus

13  objection.  That does still have certain claimants, as

14  previously referred to as the A/B, claimants as identified on

15  Exhibit B.  We'd respectfully request that that be -- all of

16  those be continued for status hearing to the March 6th omnibus

17  date.

18         THE COURT:  They'll be continued to March 6.

19         MS. BERAN:  Your Honor, that brings us to Page 40 on

20  agenda, Item Number 24, the liquidating trust's eighth omnibus

21  objection.  As it relates to claims subject to that omnibus

22  objection, as identified on Exhibit B, there have been numerous

23  settlements of claims in that omnibus objection pursuant to

24  procedures previously approved by Your Honor.  That -- those

25  items may be removed from the Court's docket.

1          And then, there still remains the A/B type

2   claimants/respondents, and we'd respectfully request that they

3   be continued for status purposes until the March 6th hearing

4   date.

5          THE COURT:  Be continued to March 6.

6          MS. BERAN:  Thank you, Your Honor.  Item Number 25 is

7   the liquidating trust's ninth omnibus objection.  Certain of

8   those matters have been settled pursuant to procedures approved

9   by Your Honor and therefore they may be removed from the

10  Court's docket.

11         In addition, as identified on Exhibit B, there are

12  additional responses/claimants in the A/B category and we'd

13  respectfully request that they be continued for status purposes

14  till the March 6th hearing.

15         THE COURT:  They'll be continued to March 6.

16         MS. BERAN:  Your Honor, that then I think brings us

17  -- as several of the liquidating trust's omnibus objections

18  have been completely resolved, that brings us to Item Number 26

19  which is the liquidating trust's thirteenth omnibus objection.

20  As it relates to that, Your Honor, I apologize.  On Exhibit B,

21  it still refers to a status hearing on December 8th, 2011, as

22  opposed to -- it should have been revised to indicate the March

23  hearing date.  And that's for the remaining claims of Mr. Bruce

24  Besanko.  The agenda does have a March date.  But, we'd

25  respectfully request that the omnibus objection as it relates

1  to Mr. Besanko's claims be continued for status purposes to the

2  March 6th omnibus hearing date.

3          THE COURT:  It'll be continued.

4          MS. BERAN:  Thank you, Your Honor.  Item Number 27,

5  Your Honor, is the liquidating trust's fourteenth omnibus

6  objection.  In connection with that, Your Honor, as you will

7  see on Exhibit B, there are certain of those claims that have

8  been resolved pursuant to procedures previously approved by

9  Your Honor.  For the remaining ones identified on Exhibit B for

10 the A/B type category of claimants/respondents, we'd

11 respectfully request that they be continued for status purposes

12 until the March 6th omnibus hearing date.

13         THE COURT:  All right.  And this is where we've got

14 some amendments in your amended B, Schedule B.  Looks like

15 you've settled a couple here.

16         MS. BERAN:  Yes, Your Honor.  I believe that that's

17 correct.

18         THE COURT:  All right.

19         MS. BERAN:  We did settle some since Tuesday and so

20 noted.

21         THE COURT:  All right.  So, if they're struck

22 through, then that means that they're -- they've been resolved.

23         MS. BERAN:  Oh, I apologize Your Honor, no.

24 Actually, if they have been struck through, it appears that

25 they were previously on a -- on last month's -- last time's

1  status hearing and they should not have even been on this one.

2         THE COURT:  Oh, okay.  So, I was over exuberant in my

3  thoughts that perhaps we were making more progress.  All right.

4         MS. BERAN:  Well, actually, Your Honor, we have made

5  some progress because the last time what it was is, we agreed

6  to continue the status so that when the order was submitted, it

7  was withdrawing certain of what the trust was seeking.  And so,

8  in order for the record to be clear, it was continued and then

9  with respect to the trust's withdrawal of such objection can

10 be established before responses were due.

11        THE COURT:  Got it.  All right.  Thank you.

12        MS. BERAN:  I thought, though, Your Honor, there were

13 some additional ones settled on the 14th but it doesn't -- I

14 mean, there were but not between Tuesday and now.  I guess it's

15 an omni coming up.

16        Your Honor, on Item Number 28, the liquidating

17 trust's fifteenth omnibus objection, there have been certain of

18 those claims that have been resolved pursuant to procedures

19 approved by Your Honor.  In addition, there's still the

20 category of A/B claimant/responses outstanding, as identified

21 on Exhibit B.  And we'd respectfully request that that be

22 continued for status purposes until the March 6th date.

23        THE COURT:  Now, here we do have some that have been

24 resolved.  For instance, Liquidity Solutions, you note that

25 that's been resolved and can be removed.  And there's another

1  one that you indicate, Marketplace of Rochester Hills --

2          MS. BERAN:  Correct, Your Honor.

3          THE COURT:  -- Parcel B.

4          MS. BERAN:  Correct, Your Honor.  And those would be

5  the additions from the original Exhibit B that was filed on

6  Tuesday.  Those have been addressed since then.

7          THE COURT:  Okay, good.  All right.

8          MS. BERAN:  That brings us to, then, to Page 51 on

9  the agenda, Your Honor, and that is the liquidating trust's

10  seventeenth omnibus objection.  And as Your Honor will see, as

11  identified on Exhibit B, there are certain claims that have

12  been settled pursuant to procedures approved by Your Honor.

13  Therefore, those items may be removed from the Court's docket.

14          In addition, there are the A/B claimants outstanding

15  and we'd respectfully request that they be continued until the

16  March 6th omnibus hearing date.

17          THE COURT:  They'll be continued.

18          MS. BERAN:  Thank you, Your Honor.  Your Honor, on

19  the liquidating trust's eighteenth omnibus objection, there are

20  still the A/B claimants outstanding as identified in Exhibit B.

21  And we'd respectfully request that they be continued for status

22  purposes until the March 6th omnibus.

23          THE COURT:  They'll be continued.

24          MS. BERAN:  Thank you, Your Honor.  Your Honor, I

25  believe then nineteen has been closed out.  That brings us to

1  the liquidating trust's twentieth omnibus objection.  As

2  identified on Exhibit B, there are certain of those claims that

3  have been settled pursuant to procedures previously approved by

4  this Court and therefore the -- those items may be removed from

5  the Court's docket.

6         As to the remaining items identified on A/B, they are

7  subject to the two categories of respondents/claimants

8  previously described and we'd respectfully request that they be

9  continued for status hearing to the March 6th date.

10        THE COURT:  All right.  They'll be continued.  Now,

11 here again, you've got Port Arthur Holdings.  It looks like it

12 just recently settled because that's one of your black line

13 items.

14                          (Pause)

15        THE COURT:  On Page 102 of your amended --

16        MS. BERAN:  I apologize, Your Honor.  I'm just trying

17 to -- yes, Your Honor.

18        THE COURT:  All right.

19        MS. BERAN:  That then brings us to Item Number 32 on

20 Page 54 which is the liquidating trust's twenty-first omnibus

21 objection.  In addition, Your Honor, certain of those items

22 have settled pursuant to procedures approved by Your Honor.

23 Therefore, they may be withdrawn from the Court's docket or

24 removed from the Court's docket.

25        In addition, there are still the A/B

1  respondents/claimants, and we'd respectfully request that they

2  be continued for status purposes until the March 6th omnibus

3  hearing date.

4         THE COURT:  They'll be continued to the March 6th

5  date.

6         MS. BERAN:  Thank you, Your Honor.  Your Honor, that

7  brings us to Item Number 33 which is the liquidating trust's

8  twenty-third omnibus objection.  As identified on Exhibit B,

9  there are certain items on there that have settled pursuant to

10 procedures previously approved by Your Honor.  Therefore, those

11 items may be removed from the Court's docket.

12        There are also the category of A/B

13 claimants/respondents that are still subject to that objection

14 and we'd respectfully request that they be continued until the

15 March 6th omnibus date.

16        THE COURT:  That'll be continued.

17        MS. BERAN:  Thank you, Your Honor.  Your Honor, in

18 connection with the twenty-fourth omnibus objection, as

19 identified on Exhibit B, I believe there is at least one

20 claimant after further exchange of information who has

21 indicated that there is no objection to the relief requested in

22 the motion and, therefore, that status column has been changed

23 to reflect the same.

24        Then there are remaining the A/B category of

25 claimants/respondents and we'd respectfully request that the

1  matter be continued for status purposes to the March 6th

2  omnibus hearing date.

3          THE COURT:  It'll be continued.

4          MS. BERAN:  Thank you, Your Honor.  Your Honor, Item

5  Number 35 is the liquidating trust's twenty-fifth omnibus

6  objection.  As identified on Exhibit B, there are similarly two

7  claimants after exchange of information who have indicated that

8  there's no objection to the relief sought in the objection and,

9  therefore, that will be addressed in the order, as your -- that

10 will be tendered to Your Honor.

11         As Your Honor will see on Exhibit B, then, there are

12 the remaining A/B type claimants/respondents and we'd

13 respectfully request that they be continued for status purposes

14 until the March 6th omnibus date.

15         THE COURT:  They'll be continued.

16         MS. BERAN:  Thank you, Your Honor.  Your Honor, that

17 brings us to Item Number 36 which is the liquidating trust's

18 twenty-sixth omnibus objection.  As identified on Exhibit B,

19 there are the claimants in the A/B category of

20 claimants/respondents.  We'd respectfully request, as

21 identified on Exhibit B, that those items be continued until

22 the March 6th omnibus date.

23         THE COURT:  They'll be continued.

24         MS. BERAN:  Thank you, Your Honor.  Your Honor, that

25 brings us to Item Number 37, with respect to the liquidating

1  trust's twenty-seventh omnibus objection.  The -- as identified

2  on amended Exhibit B, one additional one has settled.  There

3  was one other one where there was no objection after an

4  exchange of information.  When I say no --

5        THE COURT:  That's the Kansas Department of Revenue?

6        MS. BERAN:  Yes, Your Honor.  There was -- been

7  exchange of information as it relates to the Kansas Department

8  of Revenue and Kansas has since informed us that they do not

9  object to the relief sought.  And so, that objection may be

10 sustained.

11       THE COURT:  Okay.

12       MS. BERAN:  And then, there is the additional one

13 that settled with the Laredo Community College.

14       THE COURT:  All right.

15       MS. BERAN:  Your Honor, as it relates to -- there is,

16 in essence, I think only one in which we're in discussions in

17 connection with the twenty-seventh omnibus objection and we've

18 agreed to continue.  And I've actually filed a response.  As it

19 relates to all the other ones, your Honor, we'd respectfully

20 request that the objection be sustained and we'll be tendering

21 an order accordingly.

22       THE COURT:  The objection will be sustained as to the

23 others.

24       MS. BERAN:  Thank you, Your Honor.  Your Honor, as it

25 relates to the liquidating trust's twenty-eighth omnibus

1  objection --

2         THE COURT:  Just so I'm clear, the only one, then, in

3  omnibus twenty-seven that is being continued to the March 6th

4  status conference is the Ohio Department of Taxation.  And

5  then, you've settled the one claim of Laredo.  No -- and then,

6  we're sustaining the objections with regard to everybody else.

7         MS. BERAN:  Correct, Your Honor.

8         THE COURT:  Got it, all right.

9         MS. BERAN:  Thank you, Your Honor.  Your Honor, then,

10  as it relates to the twenty-eighth omnibus objection, in

11  connection with that, as Your Honor will see on Exhibit -- the

12  amended Exhibit B, that there was no objection -- after an

13  exchange of information, there was no objection to the relief

14  sought in the objection.  As well, then, there have been I

15  believe one or two that have been settled.

16         In addition, Your Honor will see that we've added on,

17  I think it was one whereby we agreed to continue it, even

18  though a response hadn't been -- because we were in discussions

19  with that particular attorney on some other claims and just --

20  it was assumed and now it's clarified.  And so, we're

21  continuing that one, as well.

22         The others, as identified on Exhibit B, in the A/B

23  category, we'd respectfully request they be continued for

24  status purposes until the March 6th omnibus date.  But then,

25  we'd respectfully request that, as it relates to all other

1   claims subject to that objection, that the objection be

2   sustained.

3          THE COURT:  All right.  The others will be sustained,

4   except for those listed on Exhibit B that are being continued

5   to March 6 for status.

6          MS. BERAN:  Thank you, Your Honor.  Your Honor, I

7   believe that brings us to the end of the items that are on the

8   Court's docket today.  To the extent Your Honor has any

9   questions and/or concerns, we're happy to entertain those.  As

10  I indicated, I do believe Mr. Caine's on the line, I'm here,

11  and Ms. Bradshaw is available.

12         THE COURT:  The Court doesn't have any specific

13  questions of counsel for today.

14         MS. BERAN:  Thank you, Your Honor.  I did alert Your

15  Honor's scheduling clerk that the other trial that was

16  scheduled for later this month has been resolved.  And,

17  therefore, both trials that were scheduled for later this month

18  have been resolved and have been removed from Your Honor's

19  calendar.

20         THE COURT:  I was made aware of that yesterday.  And,

21  again, that indicates that we're making good progress as far as

22  those claims are concerned.  And I'm pleased to see that

23  they're settling.  We should have set them all in January.

24                         (Laughter)

25         MS. BERAN:  Yes, Your Honor.

21

1          THE COURT:  Anything further, Ms. Beran?

2          MS. BERAN:  No, Your Honor.

3          THE COURT:  All right.  Thank you.  Continue your

4  good work.

5          MS. BERAN:  Thank you, Your Honor.

6          COURTROOM DEPUTY:  All rise.  Court is now adjourned.

7                      * * * * *

8                **C E R T I F I C A T I O N**

9          I, STEPHANIE SCHMITTER, court approved transcriber,

10  certify that the foregoing is a correct transcript from the

11  official electronic sound recording of the proceedings in the

12  above-entitled matter, and to the best of my ability.

13

14

15  /s/ Stephanie Schmitter

16  STEPHANIE SCHMITTER

17  J&J COURT TRANSCRIBERS, INC.   DATE:  January 17, 2012

18

19

20

21

22

23

24

25