David W. Lannetti (VSB #44273)
Anne G. Bibeau (VSB #41477)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670
dlannetti@vanblk.com
abibeau@vanblk.com

Jerrell E. Williams (VSB #75570)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA  23218
Tel. 804-237-8800
Fax 804-237-8801
jwilliams@vanblk.com

*Local Counsel for County of Sonoma Tax Collector*

Barry S. Glaser, State Bar No. 116262
James Michael Gilbert, State Bar No. 150406
**STECKBAUER WEINHART JAFFE, LLP**
333 S. Hope Street, 36th Floor
Los Angeles, California  90071
(213) 229-2868 - Telephone
(213) 229-2870 – Facsimile
bglaser@swjlaw.com - Email
jgilbert@swjlaw.com - Email

*Counsel for County of Sonoma Tax Collector*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC.    : | ) | Case No. 08-35653 (KRH) |
| | ) | |
| et al.,  Debtors. | ) | (Jointly Administered) |
| Debtors. | | |

### ORDER GRANTING MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

THIS MATTER came before the Court upon the Motion for Leave to Appear Telephonically (the "Motion") seeking permission for Barry S. Glaser, Esq. to appear telephonically at the hearing set for March 8, 2012 at 2:00 p.m. regarding the County of Sonoma Tax Collector's Response (Dkt. No. 10260) to the Liquidating Trust's Eighteenth Omnibus Objection (Dkt. No. 10062).   After review of the Motion, the Court finds that adequate notice of the Motion has been provided, no other further notice is necessary or required, and it is appropriate that the Motion be granted.

THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Motion is granted.

2. Barry S. Glaser may appear telephonically at the hearing scheduled for March 8, 2012 at 2:00 p.m.  Mr. Glaser shall make appropriate arrangements with the Courtroom Deputy for such appearance.


ENTERED:


_____                                                                                       _____

United States Bankruptcy Judge


I ask for this:

*/s/ Anne G. Bibeau, Esq.*_____
David W. Lannetti, Esq. (VSB 44273)
Anne G. Bibeau, Esq. (VSB 41488)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Suite 500
Norfolk, Virginia 23510
Telephone:  757.446.8600
Facsimile:  757.446.8670
abibeau@vanblk.com
dlannetti@vanblk.com

Jerrell E. Williams (VSB #75570)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA  23218
Tel. 804-237-8800
Fax 804-237-8801
jwilliams@vanblk.com
*Local Counsel for County of Sonoma Tax Collector*


**CERTIFICATE OF SERVICE**

I certify that the foregoing Order has been endorsed by all appropriate counsel in accordance with Rule 9022-1(C) of the Bankruptcy Rules.

2

/s/ Anne G. Bibeau, Esq.
Anne G. Bibeau, Esq. (VSB 41488)
David W. Lannetti, Esq. (VSB 44273)
VANDEVENTER BLACK LLP
101 W. Main Street, Suite 500
Norfolk, Virginia 23510
Telephone:  757.446.8517
Facsimile:  757.446.8670
abibeau@vanblk.com
dlannetti@vanblk.com
*Local Counsel for County of Sonoma Tax Collector*

4834-1827-9182, v.  1

3