Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Case No. 08-35653-KRH |
| | ) |
| CIRCUIT CITY STORES, INC.[1], et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**ORDER ADDRESSING LIQUIDATING TRUST'S THIRTEENTH OMNIBUS OBJECTION TO PRIORITY CLAIM NUMBER 369 OF ANDREW GROSSE**

THIS MATTER having come before the Court on the *Liquidating Trust's Thirteenth Omnibus Objection To Certain Priority Claims: Allow Up To The Statutory Cap, Reclassify, Disallow As Applicable (Employment Contract Severance Claims)* (the "Objection"),[2] which requested, among other things, that Claim Number 369 of Andrew Grosse be reclassified for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein and the hearing thereon (the "Hearing") was good and sufficient and that no other further notice or service of the Objection or Hearing need be given; and it further appearing that based upon the evidence presented at the Hearing, the relief provided herein is

---

[1] The Debtors in these cases include: Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Properties, LLC, Kinzer Technology, LLC, Abbott Advertising Agency, Inc., Patapsco Designs, Inc., Sky Venture Corp, Prahs, Inc., XSStuff, LLC, Mayland MN, LLC, Courchevel, LLC, Orbyx Electronics, LLC, and Circuit City Stores PR, LLC.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

appropriate; and it appearing that the relief requested on the Objection is in the best interest of the

Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due

deliberation thereon good and sufficient cause exists for the granting of the relief as set forth

herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED as set forth in this Order.

2.      Claim No. 369 shall be entitled to priority status in the amount of $1,186.23

and the remaining amount of $110,352.23 of Claim No. 369 is hereby reclassified as a general

unsecured claim.

3.      The Liquidating Trust's rights to object, on any grounds that applicable law

permits, to the Claim No. 369 are not waived and are expressly reserved.

4.      The Liquidating Trust shall serve a copy of this Order on Andrew Grosse on

or before five (5) business days from the entry of this Order.

5.      This Court shall retain jurisdiction to hear and determine all matters arising

from or relating to this Order.


Dated: Richmond, Virginia
        January ___, 2012

        Jan 19 2012

                                            /s/ Kevin R. Huennekens
                                        _____
                                        HONORABLE KEVIN R. HUENNEKENS
                                        UNITED STATES BANKRUPTCY JUDGE

                                        Entered on docket: Jan 20 2012

2

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                         - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                         - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc. Liquidating
Trust*


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                         */s/ Paula S. Beran_____*
                         Paula S. Beran

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 08-35653-KRH
Circuit City Stores, Inc.                                       Chapter 11
        Debtor

### CERTIFICATE OF NOTICE

District/off: 0422-7        User: frenchs        Page 1 of 10        Date Rcvd: Jan 20, 2012
                            Form ID: pdforder    Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2012.
cr          +Andrew Grosse,  1884 Red Oak Lane,   Spring Grove, IL 60081-7916

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**


**Date: Jan 22, 2012**              **Signature:**    _Joseph Speetjens_

District/off: 0422-7          User: frenchs          Page 2 of 10          Date Rcvd: Jan 20, 2012
                             Form ID: pdforder        Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2012 at the address(es) listed below:

          Aaron L. Hammer    on behalf of Creditor  National Product Care Company ahammer@freebornpeters.com
          Aaron R. Cahn    on behalf of Unknown  Reliance Figueroa Associates, L.P. cahn@clm.com
          Adam K. Keith    on behalf of Creditor  The Marketplace of Rochester Hills Parcel B, LLC
           akeith@honigman.com,  tsable@honigman.com
          Alan Michael Noskow    on behalf of Creditor  CC Plaza Joint Venture, LLP anoskow@pattonboggs.com
          Albert F. Quintrall    on behalf of Creditor  Wayne-Dalton Corp. a.quintrall@quintrall.com
          Alexander W. Stiles    on behalf of Creditor  City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins    on behalf of Creditor  Engineered Structures, Inc.
           ajackins@seyfarth.com
          Alison Ross Wickizer Toepp    on behalf of Creditor  GRE Grove Street One LLC atoepp@reedsmith.com,
           dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
          Ambika Joline Biggs    on behalf of Creditor  Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Amy Pritchard Williams    on behalf of Creditor  Cobb Corners II, Limited Partnership
           amy.williams@klgates.com,  hailey.andresen@klgates.com
          Andrea Campbell Davison    on behalf of Creditor  Discovery Communications, Inc.
           davison.andrea@arentfox.com,
           lane.katie@arentfox.com;dowd.mary@arentfox.com;rothleder.jeffrey@arentfox.com;toof.jackson@arentf
           ox.com
          Andrew  Rapp    on behalf of Creditor  Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew Edward Macfarlane    on behalf of Creditor  Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick    on behalf of Creditor  County of Albemarle aherrick@albemarle.org
          Andrew Lynch Cole    on behalf of Interested Party  Faber Bros., Inc. acole@fandpnet.com
          Andrew M. Brumby    on behalf of Creditor  Cameron Group Associates LLP abrumby@shutts-law.com,
           rhicks@shutts-law.com
          Andrew S. Conway    on behalf of Creditor  Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu    on behalf of Creditor  PNY Technologies, Inc. aabreu@formanlaw.com
          Anitra D. Goodman Royster    on behalf of Creditor  Connexion Technologies
           anitra.royster@nelsonmullins.com,  betsy.burn@nelsonmullins.com,
           raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
          Anne C. Lahren    on behalf of Defendant  KLAS, LLC alahren@pendercoward.com
          Anne C. Murphy    on behalf of Creditor  State of Wisconsin - Office of the State Treasurer
           murphyac@doj.state.wi.us,  gurholtks@doj.state.wi.us
          Anne Elizabeth Braucher    on behalf of Creditor  DL Peterson Trust, as Assignee of PHH Vehicle
           Management Services, LLC abraucher@mcmillanmetro.com
          Anne G. Bibeau    on behalf of Creditor  Alameda County Treasurer ABibeau@vanblk.com,
           drichards@vanblk.com;pfaggert@vanblk.com
          Annemarie G. McGavin    on behalf of Creditor  Dick's Sporting Goods, Inc.
           annemarie.mcgavin@bipc.com,  joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello    on behalf of Creditor  Loop West, LLC, by its Managing Agent The Wilder
           Companies, Ltd. acichello@kb-law.com
          Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
          Aryeh E. Stein    on behalf of Creditor  Annapolis Plaza LLC astein@wtplaw.com
          Ashley M. Chan    on behalf of Creditor  City of Philadelphia achan@hangley.com,
           ecffilings@hangley.com
          Augustus C. Epps    on behalf of Attorney  Christian & Barton, L.L.P. aepps@cblaw.com,
           lthompson@cblaw.com
          Belkys  Escobar    on behalf of Creditor  County of Loudoun, VA Belkys.Escobar@loudoun.gov,
           Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Benjamin C. Ackerly    on behalf of Creditor  COMSYS Information Technology Services, Inc. and
           COMSYS Services, LLC backerly@hunton.com,  cloving@hunton.com
          Benjamin Joseph Lambiotte    on behalf of Defendant  InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel    on behalf of Defendant  MCM Electronics, Inc. bdp@macdowelllaw.com
          Brad R. Godshall    on behalf of Creditor Committee  Official Committee of Unsecured Creditors
           bgodshall@pszjlaw.com
          Bradford F. Englander    on behalf of Creditor  Alliance Entertainment Corporation
           benglander@wtplaw.com,  wbatres@wtplaw.com
          Brenda M. Whinery    on behalf of Creditor  Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler    on behalf of Creditor  Charles County, Maryland bbeehler@mrrlaw.net,
           lsansbury@mrrlaw.net
          Brian D. Huben    on behalf of Creditor  Cousins Properties Incorporated brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;dustin.branch@kattenlaw.com;adelle.shafer@
           kattenlaw.com;donna.carolo@kattenlaw.com
          Brian F. Kenney    on behalf of Creditor  44 North Properties, LLC bkenney@milesstockbridge.com
          Bruce H. Matson    on behalf of Creditor  Bank of America, N.A., as Agent
           bruce.matson@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
          Byron Z. Moldo    on behalf of Creditor  Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          C. Christopher Meyer    on behalf of Creditor  Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason    on behalf of Creditor  The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely    on behalf of Creditor  CIM/Birch St., Inc. ccreely@akingump.com
          Charles Gideon Korrell    on behalf of Creditor  Hoprock Limonite, LLC gkorrell@dl.com
          Charles W. Chotvacs    on behalf of Creditor  Bear Valley Road Partners LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel    on behalf of Creditor  Schimenti Construction Company LLC
           Christian.Vogel@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
          Christine D. Lynch    on behalf of Creditor  E&A Northeast Limited Partnership
           clynch@goulstonstorrs.com

District/off: 0422-7          User: frenchs          Page 3 of 10          Date Rcvd: Jan 20, 2012
                             Form ID: pdforder        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christine McAteer Ford    on behalf of Creditor  Ada Alicea, on behalf of herself and all others
           similarly situated cford@mdpcelaw.com
          Christopher A. Jones    on behalf of Creditor  Annapolis Plaza LLC cajones@wtplaw.com,
           rredfield@wtplaw.com
          Christopher Julian Hoctor    on behalf of Defendant  Moran Brown PC choctor@kaplanfrank.com,
           nferenbach@kaplanfrank.com
          Christopher L. Perkins    on behalf of Attorney  LeClair Ryan, A Professional Corporation
           christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher M. Alston    on behalf of Creditor  507 Northgate LLC alstc@foster.com,
           ristj@foster.com
          Christopher M. Desiderio    on behalf of Creditor  Greystone Data Systems, Inc.
           cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor  International Business Machines Corporation
           cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com
          City of Newport News, Virginia    jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor  Battlefield FE Limited Partners
           cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor  Paramount Home Entertainment
           cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
          Craig Benson Young    on behalf of Creditor  Cedar Development Ltd., a Florida Limited Partnership
           craig.young@kutakrock.com,
           lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
          Craig M. Palik    on behalf of Creditor  Bond Circuit IV Delaware Business Trust cpalik@yahoo.com,
           cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman
           @mhlawyers.com
          Curtis Gilbert Manchester    on behalf of Defendant  Energizer Battery, Inc.
           cmanchester@reedsmith.com,
           shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          D. Marc Sarata    on behalf of Defendant  Bush Industries Inc. msarata@ltblaw.com,
           ndysart@ltblaw.com;sleach@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;b
           blosser@ltblaw.com
          Daniel D. Prichard    on behalf of Defendant  Cox Enterprises, Inc. and Cox Media Group, Inc.
           individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com,
           kcornnell@dowlohnes.com
          Daniel F. Blanks    on behalf of Debtor  Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
          Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com,  pressdm@gmail.com
          Darek S. Bushnaq    on behalf of Defendant  ServicePower, Inc., aka ServicePower Inc.
           dsbushnaq@venable.com
          Darlene M. Nowak    on behalf of Creditor  Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark    on behalf of Creditor  Waste Management, Inc. dclark@stinson.com,
           cscott@stinson.com
          Darryl S. Laddin    on behalf of Creditor  Verizon Communications Inc. bkrfilings@agg.com
          David  McCall    on behalf of Creditor  City of Garland Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David A. Greer    on behalf of Creditor  Century plaza development corporation
           dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
          David B. Wheeler    on behalf of Creditor  South Carolina Electric & Gas Company and Public
           Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper    on behalf of Creditor  Rio Associates Limited Partnership ddhopper@chlhf.com,
           scilino@chlhf.com
          David Emmett Hawkins    on behalf of Creditor  Archon Group, L.P. dhawkins@velaw.com
          David H. Cox    on behalf of Creditor  610 & San Felipe, Inc. dcox@jackscamp.com,
           phaynes@jackscamp.com
          David H. Dickieson    on behalf of Defendant  New Age Electronics, Inc., also known as New Age,
           Inc. ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
          David J. Ervin    on behalf of Creditor  Ashkenazy Management Corp. dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro    on behalf of Creditor  US Debt Recovery III, LP dspiro@hf-law.com,
           rmcburney@hf-law.com
          David M. Poitras    on behalf of Interested Party  THQ, Inc. dmp@jmbm.com
          David R. McFarlin    on behalf of Creditor  Alexander H Bobinski, as Trustee under Trust No. 1001
           dmcfarlin@whmh.com,  psmith@whmh.com
          David R. Ruby    on behalf of Creditor  Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
           bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor  SanDisk Corporation druby@mcsweeneycrump.com,
           bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David V. Cooke    on behalf of Creditor  City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman    on behalf of Defendant  Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti    on behalf of Defendant  Belkin International Inc. dlannetti@vanblk.com,
           kjerald@vanblk.com;drichards@vanblk.com
          Dawn C. Stewart    on behalf of Creditor  Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Dena Sloan Kessler    on behalf of Creditor  Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Denise S. Mondell    on behalf of Creditor  State of Connecticut Department of Revenue Services
           denise.mondell@ct.gov
          Dennis T. Lewandowski    on behalf of Counter-Claimant  JVC Americas Corp. a/k/a JVC Company of
           America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com

District/off: 0422-7          User: frenchs          Page 4 of 10          Date Rcvd: Jan 20, 2012
                             Form ID: pdforder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Denyse  Sabagh   on behalf of Creditor  Audiovox Corporation dsabagh@duanemorris.com
          Dexter D. Joyner   on behalf of Creditor  Pasadena Independent School District
           caaustin@comcast.net
          Dion W. Hayes   on behalf of Debtor  Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
          Dominic L. Chiariello   on behalf of Creditor Donovan Dunwell dc@chiariello.com
          Donald K. Ludman   on behalf of Creditor  SAP Retail Inc. and Business Objects
           dludman@brownconnery.com
          Douglas  Scott   on behalf of Creditor  Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas D. Kappler   on behalf of Creditor  Watercress Associates, LP, LLP dba Pearlridge Center
           dkappler@rdwlawcorp.com
          Douglas M. Foley   on behalf of Counter-Defendant  Circuit City Stores, Inc.
           dfoley@mcguirewoods.com
          Douglas R. Gonzales   on behalf of Creditor  City of Homestead, Florida dgonzales@wsh-law.com
          Dylan G. Trache   on behalf of Counter-Claimant  Envision Peripherals, Inc. dtrache@wileyrein.com,
           rours@wileyrein.com
          Edward L. Rothberg   on behalf of Creditor  Circuit Sports, L.P. rothberg@hooverslovacek.com,
           mayle@hooverslovacek.com
          Elizabeth A. Elam   on behalf of Creditor  City of Southlake, Texas betsyelam@toase.com,
           wenditaylor@toase.com;lmares@toase.com;kkalos@toase.com
          Elizabeth L. Gunn   on behalf of Creditor  CC-Investors Trust 1995-1 egunn@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Ellen A. Friedman   on behalf of Creditor  Hewlett Packard Company efriedman@friedumspring.com,
           ramona.neal@hp.com;ken.higman@hp.com
          Emily M. Charley   on behalf of Creditor  IGate Global Solutions, Limited
           echarley@hansonbridgett.com
          Eric C. Cotton   on behalf of Creditor  Developers Diversified Realty Corporation hsmith@ddr.com
          Eric Christopher Rusnak   on behalf of Creditor  Microsoft Corporation eric.rusnak@klgates.com,
           klgatesbankruptcy@klgates.com
          Eric J. Snyder   on behalf of Creditor  Condan Enterprises LLC esnyder@sillerwilk.com
          Erica S. Zaron   on behalf of Creditor  Miami-Dade County Tax Collector cao.bkc@miamidade.gov
          Erick Frank Seamster   on behalf of Creditor  Unical Enterprises, Inc eseamster@wallacepledger.com
          Erika L. Morabito   on behalf of Defendant  COKeM International Ltd. emorabito@pattonboggs.com
          Erin Elizabeth Kessel   on behalf of Creditor  Cleveland Construction, Inc.
           ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jstern@spottsfain.com
          Eugene  Chang   on behalf of Creditor  TKG Coffee Tree, L.P. echang@steinlubin.com
          F. Marion Hughes   on behalf of Creditor  CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
          Frank F. McGinn   on behalf of Creditor  Iron Mountain Information Management, Inc.
           ffm@bostonbusinesslaw.com
          Frank T. Pepler   on behalf of Creditor  Morgan Hill Retail Venture, LP
           fpepler@peplermastromonaco.com
          Franklin R. Cragle   on behalf of Creditor  Ubisoft, Inc. fcragle@hf-law.com
          Fred B. Ringel   on behalf of Creditor  F&M Properties, Inc. fbr@robinsonbrog.com
          Frederick Francis Rudzik   on behalf of Defendant  State of Florida, Department of Revenue
           rudzikf@dor.state.fl.us
          Fredrick J. Levy   on behalf of Creditor  Bush Industries, Inc. fjlevy@olshanlaw.com,
           mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Garren Robert Laymon   on behalf of Creditor  Arlington ISD glaymon@mglspc.com
          Gary E. Mason   on behalf of Creditor Marlon Mondragon gmason@masonlawdc.com
          Gary M. Kaplan   on behalf of Creditor  ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
          Gary V. Fulghum   on behalf of Creditor  Hillson Electric Incorporated gfulghum@sblsg.com,
           jschmeltz@sblsg.com;jrapp@sblsg.com
          Gerald P. Kennedy   on behalf of Attorney  Plaza Las Palmas, LLC gerald.kennedy@procopio.com
          German  Yusufov   on behalf of Creditor  Pima County pcaocvbk@pcao.pima.gov,
           alison.moreno@pcao.pima.gov
          Gilbert Barnett Weisman   on behalf of Creditor  American Express Travel Related Services Co Inc
           notices@becket-lee.com
          Gilbert D. Sigala   on behalf of Creditor John Batioff sigalaw1@aol.com
          Gillian N. Brown   on behalf of Creditor Committee  Official Committee of Unsecured Creditors
           gbrown@pszjlaw.com
          Gina Baker Hantel   on behalf of Creditor  Tennessee Department of Treasury-Unclaimed Property
           agbankcal@ag.tn.gov
          Gina M Fornario   on behalf of Creditor  California Self-Insurers' Security Fund
           gfornario@nixonpeabody.com,  khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
          Glenn H. Silver   on behalf of Creditor  CC Joilet Trust ctbghs@aol.com,
           christine@virginia-lawyers.net
          Gordon S. Woodward   on behalf of Creditor  Commerce Technologies, Inc. gwoodward@schnader.com
          Gregory D. Grant   on behalf of Defendant  S.M. Wilson & Co., a/k/a S.M. Wilson & Company
           ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com;THsu@shulmanrogers.com
          H. Elizabeth Weller   on behalf of Creditor  Longview ISD Dallas.Bankruptcy@publicans.com
          Hale  Yazicioglu   on behalf of Creditor  AVR CPC Associates, LLC hyazicioglu@jshllp.com
          Heather D. Brown   on behalf of Creditor  Westgate Village, LP hbrown@kkgpc.com,  jwest@kkgpc.com
          Heather Lynn Anderson   on behalf of Creditor  State of New Jersey - Dept. of Treasury
           Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts   on behalf of Creditor  Suemar hbroberts@live.com,  droberts1949@live.com
          Henry P. Baer   on behalf of Creditor  Bell'O International Corp. CSommer@fdh.com,
           csommer@fdh.com

District/off: 0422-7              User: frenchs              Page 5 of 10              Date Rcvd: Jan 20, 2012
                                 Form ID: pdforder          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Henry Pollard Long    on behalf of Creditor  Cypress/CC Marion I, L.P. hlong@hunton.com
          Howard J. Grossman    on behalf of Creditor  J.P. Morgan Chase Bank, N.A.
           howard.j.grossman@chase.com
          Ian S. Landsberg   on behalf of Creditor  Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
          J. Christian Word    on behalf of Liquidator  Gordon Brothers Retail Partners, LLC
           chefiling@lw.com;robert.klyman@lw.com
          J. David Folds    on behalf of Defendant  Fabrik, Inc. dfolds@mckennalong.com,
           sparson@mckennalong.com
          Jackson David Toof    on behalf of Creditor  Discovery Communications, Inc.
           toof.jackson@arentfox.com
          Jaime Sue Dibble    on behalf of Interested Party  Garmin International, Inc. jdibble@stinson.com,
           lbigus@stinson.com
          James D. Newbold    on behalf of Counter-Claimant  State of Illinois Department of Revenue,
           through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke    on behalf of Interested Party  Bond-Circuit IX Delaware Business Trust
           vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
          James Edward Bowman   on behalf of Defendant  Elite Screens Inc. Jim@jebowman.com,
           bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
          James H. Rollins    on behalf of Creditor  Plaza Las Americas, Inc. jim.rollins@hklaw.com,
           avis.francis@hklaw.com
          James J. Briody    on behalf of Creditor  Johnson City Crossing, L.P. jim.briody@sablaw.com,
           kim.smith@sablaw.com
          James K. Donaldson    on behalf of Defendant  Solutions 2 Go, Inc. jdonaldson@cblaw.com,
           avaughn@cblaw.com
          James R. Schroll    on behalf of Defendant  CORMARK, Inc. jschroll@beankinney.com,
           ncoton@beankinney.com
          James V. Lombardi    on behalf of Creditor  AmREIT, a Texas real estate investment trust
           jvlombardi@rossbanks.com
          James W. Reynolds    on behalf of Defendant  Leggett & Platt, Inc., dba Beeline Group, a division
           of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke    on behalf of Attorney  Mio Technology USA Ltd. also known as MiTAC USA Inc.
           jburke@orrick.com
          Jamie M. Konn    on behalf of Defendant  DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
           jamie.konn@dlapiper.com,  kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Janet M. Meiburger, Esq.    on behalf of Creditor  Ricmac Equities Corporation
           admin@meiburgerlaw.com
          Jason B. Binford    on behalf of Creditor  BB Fonds International 1 USA, L.P. jbinford@krcl.com,
           ecf@krcl.com
          Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com;dtabakin@krumbeinlaw.com
          Jason William Harbour    on behalf of Creditor  Public Company Accounting Oversight Board
           jharbour@hunton.com
          Jeffrey  Scharf    on behalf of Creditor  City of Fredericksburg, VA jeff@taxva.com,
           tacspc@gmail.com;amanda@taxva.com
          Jeffrey E. Klusmeier    on behalf of Creditor  Missouri Attorney General's Office
           Jeff.Klusmeier@ago.mo.gov
          Jeffrey J. Graham    on behalf of Creditor  Greenwood Point, LP jgraham@taftlaw.com,
           krussell@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton   on behalf of Creditor  Acer American Holdings Corp. jtarkenton@wcsr.com,
           toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey M. Sherman    on behalf of Creditor  Central Investments, LLC jmsherman@lerchearly.com,
           elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com
          Jeffrey N. Pomerantz   on behalf of Creditor Committee  Official Committee of Unsecured Creditors
           jpomerantz@pszjlaw.com
          Jenelle Marie Dennis    on behalf of Creditor  Bear Valley Road Partners LLC
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jennifer  Langan    on behalf of Creditor  Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore    on behalf of Creditor  Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West    on behalf of Creditor  Coca-Cola Bottling Company Consolidated
           jwest@spottsfain.com,
           rchappell@spottsfain.com;kligon@spottsfain.com;jstern@spottsfain.com;tmoore@spottsfain.com;eander
           son@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com
          Jennifer Larkin Kneeland    on behalf of Defendant  AMC jkneeland@linowes-law.com,
           klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer McLain McLemore    on behalf of Attorney  Hodgson Russ LLP jmclemore@cblaw.com,
           avaughn@cblaw.com
          Jennifer V. Doran    on behalf of Creditor  DeMatteo Management, Inc. jdoran@haslaw.com,
           calirm@haslaw.com
          Jeremy Brian Root    on behalf of Defendant  Credit Suisse Loan Funding, LLC jroot@bklawva.com,
           tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
          Jeremy C. Kleinman    on behalf of Creditor  PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor    on behalf of Defendant  Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg    on behalf of Creditor  Toshiba America Consumer Products, L.L.C.
           jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@llff.com
          Jeremy S. Williams    on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com
          Jeremy W. Martin   on behalf of Creditor  Escambia County Tax Collector
           jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Ryan    on behalf of Creditor  FR E2 Property Holding, L.P. jryan@saul.com

District/off: 0422-7          User: frenchs          Page 6 of 10          Date Rcvd: Jan 20, 2012
                             Form ID: pdforder        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jerry Lane Hall    on behalf of Defendant  NAMCO BANDAI Games America Inc.
           jerry.hall@pillsburylaw.com,  patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
          Jess R. Bressi   on behalf of Creditor  Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes   on behalf of Interested Party  AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson    on behalf of Defendant  Capital City Press, LLC d/b/a The Advocate
           jsaronson@ridberglaw.com
          Joel T. Marker   on behalf of Creditor  Ammon Properties, LC joel@mbt-law.com
          John B. Raftery   on behalf of Defendant  Utopian Software Concepts, Inc., dba Alterthought
           jraftery@offitkurman.com
          John C. Smith    on behalf of Creditor  Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John D. Fiero   on behalf of Creditor Committee  Official Committee of Unsecured Creditors
           jfiero@pszjlaw.com
          John D. McIntyre    on behalf of Creditor  Carnegie Management and Development Corporation
           jmcintyre@wmlawgroup.com,  wedwards@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
          John E. Hilton    on behalf of Creditor  Thirty & 141, L.P. jeh@carmodymacdonald.com,
           pjf@carmodymacdonald.com
          John E. Lucian    on behalf of Creditor  Cellco Partnership d/b/a Verizon Wireless
           lucian@blankrome.com
          John G. McJunkin    on behalf of Creditor  120 Orchard LLC jmcjunkin@mckennalong.com,
           sparson@mckennalong.com
          John J. Lamoureux    on behalf of Creditor  Amore Construction Company
           jlamoureux@carltonfields.com,  lmccullough@carltonfields.com;tpaecf@cfdom.net
          John M. Craig   on behalf of Counter-Claimant  Sun Builders Co. johncraigg@aol.com,
           russj4478@aol.com
          John P. Van Beek   on behalf of Creditor  Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
           awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
          John T. Donelan    on behalf of Defendant  Best Vendors Management Co. Inc. jtdlaw@verizon.net
          John T. Farnum   on behalf of Creditor  Bell Microproducts, Inc. jfarnum@wileyrein.com,
           rours@wileyrein.com
          John T. Husk   on behalf of Defendant  Casco Corporation johnhusk@aol.com,  nre98@aol.com
          Jonathan L. Hauser   on behalf of Creditor  ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan S. Storper   on behalf of Creditor  IGate Global Solutions, Limited
           jstorper@hansonbridgett.com
          Jonathan T. Cain   on behalf of Defendant  InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
          Joseph M. DuRant   on behalf of Creditor  City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan    on behalf of Creditor  Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
           Cross Blue Shield bankruptcy@morrisoncohen.com
          Joshua D. McKarcher    on behalf of Defendant  Broadridge Financial Solutions, Inc., aka
           Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
           Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
          Judy Bamberger Calton    on behalf of Defendant  DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano   on behalf of Creditor  AT&T quagliano@sfmlawfirm.com,
           harvell@sfmlawfirm.com
          Justin D. Leonard   on behalf of Creditor  Andrews Electronics jleonard@balljanik.com
          Justin F. Paget   on behalf of Defendant  Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
           cloving@hunton.com
          Kalina Boyanova Miller    on behalf of Creditor  First Industrial Realty Trust, Inc.
           kmiller@wileyrein.com,  rours@wileyrein.com
          Karen L. Gilman    on behalf of Creditor  Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com,
           beth@pf-law.com;Abbie@pf-law.com;dweekley@pf-law.com
          Ken Coleman    on behalf of Interested Party  Alvarez & Marsal Canada, ULC
           Ken.Coleman@allenovery.com
          Kenneth R. Rhoad    on behalf of Creditor  ActionLink, LLC krhoa@gebsmith.com
          Kevin A. Lake   on behalf of Creditor  Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin J. Funk   on behalf of Creditor  Dartmouth Marketplace Associates kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin L. Sink   on behalf of Creditor  Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman   on behalf of Creditor  Cameron Bayonne, LLC knewman@menterlaw.com
          Khang V. Tran   on behalf of Creditor  Fox Broadcasting Company khang.tran@hoganlovells.com
          Kimbell D. Gourley    on behalf of Creditor  Engineered Structures, Inc. kgourley@idalaw.com,
           sprescott@idalaw.com
          Kimberly A. Pierro    on behalf of Creditor  CBL & Associates Management, Inc.
           kimberly.pierro@kutakrock.com,
           sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
           @kutakrock.com
          Kimberly Sullivan Walker    on behalf of Creditor  LaSalle Bank National Association as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
           kimsullywalker@aol.com
          Kirk David Berkhimer    on behalf of Defendant  A&L Products Limited Kirk@kdblawfirm.com,
           Carla@KDBLawFirm.com
          Kristen E. Burgers   on behalf of Creditor  CWCapital Asset Management LLC keburgers@venable.com
          Kristin Elliott   on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com

District/off: 0422-7          User: frenchs          Page 7 of 10          Date Rcvd: Jan 20, 2012
                             Form ID: pdforder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kurt M. Kobiljak    on behalf of Creditor  City of Taylor Michigan kkobi@aol.com
          Laura  Otenti    on behalf of Interested Party  Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz    on behalf of Creditor  Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
           ndysart@ltblaw.com
          Lawrence H. Glanzer    on behalf of Creditor  Citrus Park CC, LLC glanzer@rlglegal.com,
           stephanie@rlglegal.com
          Leonard E. Starr    on behalf of Creditor  Namsung America, Inc. lstarr@Starr-Law.com,
           gadams@Starr-Law.com
          Leonidas  Koutsouftikis    on behalf of Creditor  Washington Real Estate Investment Trust
           lkouts@magruderpc.com,   mcook@magruderpc.com
          Leslie A. Skiba    on behalf of Defendant  Network Engineering Technologies, Inc.
           lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt    on behalf of Creditor  D-Link Systems, Inc. lregenhardt@garylaw.us,
           cmarchant@garylaw.us;mkoeniger@garylaw.us
          Linda Sharon Broyhill    on behalf of Creditor  Heritage Plaza, LLC lbroyhill@reedsmith.com,
           nkatzen@reedsmith.com
          Lisa P. Sumner    on behalf of Creditor  Compass Group U.S.A. Inc. lsumner@poyners.com,
           cjeckel@poyners.com
          Lisa Taylor Hudson    on behalf of Creditor  A.D.D. Holdings, L.P. lhudson@sandsanderson.com
          Loc  Pfeiffer    on behalf of Creditor  Schottenstein Property Group, Inc.
           loc.pfeiffer@kutakrock.com,
           lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
          Louis E. Dolan    on behalf of Creditor  California Self-Insurers' Security Fund
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@n
           ixonpeabody.com;DPrivott@nixonpeabody.com
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton    on behalf of Defendant  Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason    on behalf of Defendant  Cypress/Spanish Fort I LP LMason@chfirm.com,
           chps.ecfnotices@gmail.com
          Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Madeleine C. Wanlsee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com,
           rstein@gustlaw.com
          Malcolm M. Mitchell    on behalf of Creditor  AOL LLC mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman    on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
          Mark B. Conlan    on behalf of Creditor  Bond Circuit IV Delaware Business Trust
           mconlan@gibbonslaw.com
          Mark D. Sherrill    on behalf of Creditor  LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Taylor    on behalf of Creditor  Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning    on behalf of Creditor  Texas Comptroller of Public Accounts
           bk-mbrowning@oag.state.tx.us,   sherri.simpson@oag.state.tx.us
          Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
          Mark K. Ames    on behalf of Creditor  Commonwealth of Virginia, Department of Taxation
           mark@taxva.com,   amanda@taxva.com
          Mark X. Mullin    on behalf of Creditor  BB Fonds International 1 USA, L.P.
           mark.mullin@haynesboone.com,   dian.gwinnup@haynesboone.com
          Martha E. Hulley    on behalf of Creditor  Benenson Capital Company martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero    on behalf of Creditor  California Taxing Authorities romero@mromerolawfirm.com
          Martin A. Brown    on behalf of Creditor  Creditor Express Personnel Services, Inc
           martin.brown@lawokc.com
          Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landclark.com
          Mary E. Olden    on behalf of Creditor  Colorado Structures, Inc. dba CSI Construction Co.
           molden@mhalaw.com,   akauba@mhalaw.com
          Mary Louise Fullington    on behalf of Creditor  Scripps Networks Interactive, Inc.
           lexbankruptcy@wyattfirm.com
          Matthew  Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
          Matthew A. Gold    on behalf of Creditor  Argo Partners courts@argopartners.net
          Matthew E. Hoffman    on behalf of Creditor  Audiovox Corporation mehoffman@duanemorris.com,
           lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis    on behalf of Creditor  Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero    on behalf of Creditor  CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward    on behalf of Creditor  Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder    on behalf of Creditor  Edwin Watts Golf Shops, LLC myoder@parkerpollard.com,
           sscarce@parkerpollard.com;treid@parkerpollard.com
          Michael  Reed    on behalf of Creditor  City of Midland et al othercourts@mvbalaw.com
          Michael A. Condyles    on behalf of Creditor  Bank One Delaware, National Association n/k/a Chase
           Bank, USA michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley    on behalf of Creditor  White-Spunner Construction, Inc.
           mcrowley@asm-law.com
          Michael D. Mueller    on behalf of Creditor  Acadia Realty Limited Partnership mmueller@cblaw.com,
           avaughn@cblaw.com
          Michael E. Hastings    on behalf of Creditor  Eastern Security Corp.
           michael.hastings@leclairryan.com,   tonya.whitt@leclairryan.com

District/off: 0422-7          User: frenchs          Page 8 of 10          Date Rcvd: Jan 20, 2012
                             Form ID: pdforder         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael F. Ruggio    on behalf of Creditor  MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage    on behalf of Creditor  Pan Am Equities msage@omm.com,  kzeldman@omm.com
          Michael John O'Grady    on behalf of Creditor  Convergys Customer Management Group Inc.
           mjogrady@fbtlaw.com,  lbaker@fbtlaw.com;jbwells@fbtlaw.com
          Michael Keith McCrory    on behalf of Creditor  Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm    on behalf of Creditor Harry Hallaian ECF@w2lg.com
          Michael P. Falzone    on behalf of Creditor  502-12 86th Street LLC mfalzone@hf-law.com,
           jbsmith@hf-law.com
          Michael S. Kogan    on behalf of Creditor  Ditan Distribution LLC mkogan@ecjlaw.com,
           rfraire@ecjlaw.com
          Min Park    on behalf of Creditor  Inland Southwest Management LLC, Inland American Retail
           Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
           Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora    on behalf of Creditor  Wells Fargo Bank, N.A. mmora@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn    on behalf of Creditor  Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman    on behalf of Creditor  Madison Waldorf, LLC mweitzman@jackscamp.com,
           swatson@jackscamp.com;iluaces@jackscamp.com
          Mona M. Murphy    on behalf of Creditor  Bush Industries, Inc. mona.murphy@akerman.com,
           crystal.gaymon@akerman.com
          Nancy F. Loftus    on behalf of Creditor  Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting    on behalf of Creditor  Antor Media Corporation nrs@lolawfirm.com,
           lginsberg@lolawfirm.com
          Nathan Jones    on behalf of Creditor  US Debt Recovery III, LP heather@usdrllc.com
          Neil E. McCullagh    on behalf of Creditor  Casio, Inc. nmccullagh@spottsfain.com,
           jstern@spottsfain.com;eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekes
           sel@spottsfain.com;acrouch@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@sp
           ottsfain.com
          Nicholas B Malito    on behalf of Creditor  Dollar Tree Stores, Inc. nmalito@hgg.com
          Nicholas W. Whittenburg    on behalf of Creditor  Cleveland Towne Center, LLC
           nwhittenburg@millermartin.com,  mcsmith@millermartin.com
          Oscar Baldwin Fears    on behalf of Creditor  Georgia Department of Revenue bfears@law.ga.gov,
           jjacobs@law.ga.gov
          P. Matthew Roberts    on behalf of Creditor  CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
          Patrick M. Birney    on behalf of Creditor  Schimenti Construction Company LLC pbirney@rc.com,
           jcarrion@rc.com
          Paul J. Pascuzzi    on behalf of Creditor  Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul K. Campsen    on behalf of Creditor  CC Grand Junction Investors 1998, LLC
           pkcampsen@kaufcan.com
          Paul M. Black    on behalf of Creditor  Sony Pictures Home Entertainment Inc.
           pblack@spilmanlaw.com,  vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley    on behalf of Creditor  Carrollton Arms, LLC pcurley@canfieldbaer.com,
           tchilders@canfieldbaer.com
          Paul Michael Schrader    on behalf of Creditor  ANG Newspapers pschrader@fullertonlaw.com
          Paul S. Bliley    on behalf of Creditor  1890 Ranch, Ltd. pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall    on behalf of Defendant  Stanecki Inc. d/b/a Don Lors Electronics
           hall@bwst-law.com,  marbury@bwst-law.com
          Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Peter Barrett    on behalf of Creditor  Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg    on behalf of Creditor  Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth    on behalf of Creditor  State of New Hampshire Department of Revenue
           Administration peter.roth@doj.nh.gov
          Peter E. Strniste    on behalf of Creditor  Schimenti Construction Company LLC pstrniste@rc.com,
           kcooper@rc.com
          Peter G. Zemanian    on behalf of Creditor  Disney Interactive Distribution, et al.
           pete@zemanianlaw.com
          Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
           jlerner@whitecase.com,jrubalcava@whitecase.com
          Peter M. Pearl    on behalf of Creditor  PrattCenter, LLC ppearl@sandsanderson.com
          Philip C. Baxa    on behalf of Counter-Claimant  Mitsubishi Electronics America, Inc.
           pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip James Meitl    on behalf of Creditor  Berkadia Commercial Mortgage LLC
           pj.meitl@bryancave.com,  john.leininger@bryancave.com
          R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
          Rand L. Gelber    on behalf of Creditor  Maricopa County Treasurer RGelberMD@aol.com
          Raymond Pring    on behalf of Creditor Laura Scannell rpring@grosspringlaw.com,
           rahurley@grosspringlaw.com;hsessler@grosspringlaw.com
          Raymond William Battaglia    on behalf of Creditor  Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta    on behalf of Creditor  Bond C.C. I Delaware Business Trust
           rsaitta@wileyrein.com,  rours@wileyrein.com
          Reid Steven Whitten    on behalf of Creditor  LaSalle Bank National Association, as trustee for C1
           Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
          Rhett E. Petcher    on behalf of Creditor  Engineered Structures, Inc. rpetcher@seyfarth.com
          Rhysa Griffith South    on behalf of Creditor  Henrico County, Virginia sou06@co.henrico.va.us

District/off: 0422-7          User: frenchs          Page 9 of 10          Date Rcvd: Jan 20, 2012
                              Form ID: pdforder        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Richard C. Maxwell    on behalf of Interested Party  Park National Bank rmaxwell@woodsrogers.com
          Richard D. Scott    on behalf of Defendant  Contrarian Funds, LLC richard@rscottlawoffice.com
          Richard E. Hagerty    on behalf of Attorney  Troutman Sanders LLP
           richard.hagerty@troutmansanders.com
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.webne@troutmansanders.com
          Richard E. Lear    on behalf of Creditor  CapTech Ventures, Inc. richard.lear@hklaw.com,
           kimi.odonnell@hklaw.com
          Richard F. Stein    on behalf of Creditor  Internal Revenue Service
           richard.f.stein@irscounsel.treas.gov,  USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson    on behalf of Creditor  Caribbean Display & Construction, Inc.
           rhutson@weinstocklegal.com
          Richard M. Maseles    on behalf of Creditor  Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow    on behalf of Defendant  Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield    on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com,
           jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert B. Hill    on behalf of Creditor  Columbia Plaza Joint Venture kcummins@hillrainey.com
          Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson    on behalf of Creditor  Office of Attorney General, Pennsylvania Department
           of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti    on behalf of Creditor  Universal Display and Fixtures Company
           robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark    on behalf of Creditor  Douglas County, CO rclark@douglas.co.us
          Robert D. Tepper    on behalf of Creditor  CP Management Corp. as agent for Orland Towne Center,
           L.L.C. rtepper@sabt.com,  pcoover@sabt.com
          Robert Field Moorman    on behalf of Defendant  Forsythe Solutions Group, Inc.
           rmoorman@moormanlaw.com,  robmoorman@comcast.net
          Robert J. Brown    on behalf of Creditor  CB Richard Ellis / Louisville, LLC
           Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein    on behalf of Creditor Committee  Official Committee of Unsecured Creditors
           rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter    on behalf of Creditor  United States of America robert.coulter@usdoj.gov,
           USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff    on behalf of Creditor  Jefferies Leveraged Credit Products, LLC
           rminkoff@jefferies.com,  mrichards@jefferies.com
          Robert L. Lehane    on behalf of Creditor  AAC Management Corp. rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino    on behalf of Creditor  Ryan, Inc. f/k/a Ryan & Company, Inc.
           rmmarino@rpb-law.com,  rmmarino1@aol.com
          Robert P. McIntosh    on behalf of Creditor  United States of America Robert.McIntosh@usdoj.gov,
           DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
          Robert R. Vieth    on behalf of Defendant  D&H Distributing Co. rvieth@cooley.com
          Robert Ryland Musick    on behalf of Creditor  IGate Global Solutions, Limited bmusick@t-mlaw.com,
           clobou@t-mlaw.com
          Robert S. Westermann    on behalf of Counter-Claimant  Eastman Kodak Company rwestermann@hf-law.com
          Robin S. Abramowitz    on behalf of Creditor  Bond Circuit VIII Delaware Business Trust
           abramowitz@larypc.com
          Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc.
           rbingham@stites.com,  dclayton@stites.com
          Ronald Allen Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com,  rpage@rpagelaw.com
          Ronald G. Dunn    on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
          Ronald M. Tucker    on behalf of Creditor  Simon Property Group, Inc. rtucker@simon.com,
           cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,antimm@simon.com
          Roy M. Terry    on behalf of Creditor  Hewlett Packard Company rterry@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Russell R. Johnson    on behalf of Creditor  Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day    on behalf of Creditor  Schimenti Construction Company LLC ryan.day@leclairryan.com,
           sarah.kelly@leclairryan.com
          S. Sadiq Gill    on behalf of Defendant  Journal Publishing Company dba Albuquerque Publishing
           Company sgill@vanblk.com
          Sara B. Eagle    on behalf of Creditor  Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
           efile@pbgc.gov
          Sara L. Chenetz    on behalf of Creditor  Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm    on behalf of Debtor  Abbott Advertising Agency, Inc.
           sboehm@mcguirewoods.com,  kcain@mcguirewoods.com;lneilson@mcguirewoods.com
          Satchidananda Mims    smims21@hotmail.com
          Scott D. Fink    on behalf of Creditor  The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker    on behalf of Creditor  McKinley, Inc. sdrucker@honigman.com
          Sheila G. de la Cruz    on behalf of Creditor  502-12 86th Street LLC sdelacruz@hf-law.com,
           jbsmith@hf-law.com
          Sheila L. Shadmand    on behalf of Creditor  Aiptek, Inc. slshadmand@jonesday.com
          Stanley M. Salus    on behalf of Defendant  Imperial Sales Corp. d/b/a Imperial Sales Company
           stan.salus@akerman.com,
           crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo    on behalf of Creditor  BISSELL Homecare, Inc. smilo@wawlaw.com,
           hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
          Stephanie N. Gilbert    on behalf of Defendant  Eleets Logistics, Inc. sgilbert@wilsav.com
          Stephen A. Metz    on behalf of Creditor  Saul Holdings Limited Partnership
           smetz@shulmanrogers.com,  nanderson@shulmanrogers.com

District/off: 0422-7          User: frenchs          Page 10 of 10          Date Rcvd: Jan 20, 2012
                              Form ID: pdforder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
           sleach@ltblaw.com,
           ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;
           bblosser@ltblaw.com
          Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
           Murphys@dor.state.ma.us
          Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
          Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com,
           cbglawbethesda@gmail.com
          Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
          Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
          Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
           tannweiler@greerherz.com
          Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
          Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
          Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc.
           thadwilson@kslaw.com,   pwhite@kslaw.com
          Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
          Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
           tmurphy@dclawfirm.com,
           rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
          Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
           dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
          Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com
          Thomas John McKee    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com,   hallc@gtlaw.com
          Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
           tomjam2003@yahoo.com
          Thomas Ryan Lynch    on behalf of Creditor    Mibarev Development I, LLC tlynch@babc.com
          Thomas W. Repczynski    on behalf of Creditor    Graphic Communications, Inc.
           trepczynski@offitkurman.com,   cdixon@offitkurman.com
          Tiffany Strelow Cobb    on behalf of Creditor    AOL LLC tscobb@vorys.com,   bjtobin@vorys.com
          Timothy Francis Brown    on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com,
           giaimo.christopher@arentfox.com
          Tracey Michelle Ohm    on behalf of Creditor    Waste Management, Inc. tohm@stinson.com,
           tmackey@stinson.com
          Travis A. Knobbe    on behalf of Defendant    Bulldog Rack Company tknobbe@spilmanlaw.com,
           trjohnson@spilmanlaw.com
          Travis Aaron Sabalewski    on behalf of Creditor    IKON Office Solutions, Inc.
           tsabalewski@reedsmith.com,   shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
          Troy Savenko    on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly
           situated tsavenko@kv-legal.com,   nferenbach@kv-legal.com
          Valerie P. Morrison    on behalf of Creditor    Daly City Partners I, L.P vmorrison@wileyrein.com,
           rours@wileyrein.com
          Victoria A. Reardon    on behalf of Creditor    State of Michigan, Department of Treasury
           reardonv@michigan.gov,   jacksonst@michigan.gov
          Victoria D. Garry    on behalf of Creditor    Ohio Bureau of Workers' Compensation
           victoria.garry@ohioattorneygeneral.gov
          Vivienne Rakowsky    on behalf of Creditor    Nevada Department of Taxation vrakowsky@ag.nv.gov,
           dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
          W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
          Walter Laurence Williams    on behalf of Creditor    Wayne VF LLC walter.williams@wilsonelser.com
          Wanda Borges    on behalf of Defendant    Sharp Electronics Corporation ecfcases@borgeslawllc.com,
           clipan@borgeslawllc.com
          Wanda Borges    on behalf of Creditor    Sharp Electronics Corporation wborges@borgeslawllc.com,
           clipan@borgeslawllc.com
          Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake
           wroenker@cityofchesapeake.net
          William Heuer    on behalf of Transferee    Korea Export Insurance Corporation
           wheuer@duanemorris.com
          William A. Broscious    on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
          William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com
          William A. Gray    on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Wood    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for Charles
           L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
           chris.tillmanns@bgllp.com
          William B. Cave    on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw    on behalf of Creditor    Gould Livermore LLC bill.crenshaw@bryancave.com
          William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
          William Daniel Prince    on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com
          William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
          William H. Schwarzschild    on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com,
           aford@mglspc.com
          Zachary Mosner    on behalf of Creditor    Washington State Taxing Agencies BCUMosner@atg.wa.gov
                                                                                  TOTAL: 411