| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FIFTH ORDER REGARDING LIQUIDATING TRUST'S SEVENTEENTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS,
DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS
<u>AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)</u>**

DOCS_LA:249368.1 12304-003

THIS MATTER having come before the Court[1] on the Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on <u>Exhibit C</u> through <u>Exhibit H</u> attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Court will conduct a further status conference on March 6, 2012 at 2:00 p.m. for all Claims identified on <u>Exhibit A</u> attached hereto.

    2.    The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

      3.      The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

      4.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
       January _____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

__/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                           */s/ Paula S. Beran*
                                        Paula S. Beran

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT A**
**OBJECTIONS TO BE ADJOURNED TO MARCH 6, 2012**

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| 1003 College Station LLC<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 14515 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Acadia Realty Limited Partnership fka Mark Centers Limited Partnership<br>Attn Daniel J Ansell<br>Greenberg Traurig LLp<br>200 Park Ave<br>New York, NY 10166 | 12789 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| ALMADEN PLAZA SHOPPING CTR INC<br>5353 ALMADEN EXPY<br>49 ALMADEN PLAZA SHOPPING CTR<br>SAN JOSE, CA 95118 | 12122 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Bank of America National Association Successor by Merger to LaSalle Bank National Association<br>Attn Diane Schapiro<br>c o Berkadia Commercial Mortgage LLC<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 12663 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| BFLO Waterford Associates LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 9952 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| BFLO Waterford Associates LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 9952 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Bond Circuit I Delaware Business Trust<br>Attn James S Carr Esq<br>Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13440 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Bond Circuit IV Delaware Business Trust<br>Mark B Conlan Esq<br>Gibbons PC<br>One Gateway Ctr<br>Newark, NJ 07102-5310 | 12765 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Bond Circuit VI Delaware Business Trust<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13426 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Bond Circuit VI Delaware Business Trust<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13439 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| C1 West Mason Street LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 5060 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Cameron Bayonne LLC<br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece Esq<br>308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 | 5814 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| Catellus Operating Limited Partnership a<br>Delaware LP<br>Attn Edward J Tredinnick<br>Greene Radovsky Maloney Share & Hennigh LLP<br>Four Embarcadero Ctr 40th Fl<br>San Francisco, CA 94111 | 12328 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
| --- | --- | --- |
| Catellus Operating Limited Partnership a Delaware LP<br>Attn Edward J Tredinnick<br>Greene Radovsky Maloney Share & Hennigh LLP<br>Four Embarcadero Ctr 40th Fl<br>San Francisco, CA 94111 | 13708 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 14518 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 14521 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 14522 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 14574 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165 | 14577 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 13716 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 14270 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 14288 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 14290 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Ron F Petit VP<br>c o NYLIFE Real Estate Holdings LLC<br> General Partner<br>51 Madison Ave<br>New York, NY 10010 | 14053 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 12718 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 12721 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 12722 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 12725 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 14523 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC<br>General Partner<br>51 Madison Ave<br>New York, NY 10010 | 12722 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Brandywine Investors 1998 LLC<br>c/o Capital Development Company<br>711 Sleater Kinney Rd SE<br>Lacey, WA 98503 | 11591 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CC Investors 1997 11<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | 9955 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership<br>c o Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Alexrod LLP<br>200 S Biscyane Blvd Ste 2500<br>Miami, FL 33131 | 7165 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Cedar Development Ltd<br>7777 Glades Road, Suite 310<br>Boca Raton, FL 33434-6424 | 12787 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Cedar Development Ltd.<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 14811 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Centro Properties Group t a Parkway Plaza Vestal NY<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12584 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Centro Properties Group ta Freshwater Stateline Plaza Enfield CT<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12628 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Circsan Limited Partnership<br>c/o Kin Properties Inc<br>185 NW Spanish River Blvd Ste 100<br>Boca Raton FL 33431-4230 | 8070 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Circuit Investors No 4 Thousand Oaks Limited Partnership<br>c/o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 | 8163 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| CMAT 1999 C1 Grand River Avenue LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 5002 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Crown CCI LLC<br>Paul S Bliley Jr Esq<br>Williams Mullen<br>PO Box 1320<br>Richmond, VA 23218-1320 | 7631 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Crown CCI LLC<br>Paul S Bliley Jr Esq<br>Williams Mullen<br>PO Box 1320<br>Richmond, VA 23218-1320 | 13467 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| General Growth Management Inc<br>Julie Minnick Bowden<br>110 N Wacker Dr<br>Chicago , IL  60606 | 14439 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Greenback Associates<br>Attn Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 | 13378 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Greenback Associates<br>Attn Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 | 15007 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Inland Commercial Property Management Inc<br>Attn Karen C Bifferato & Kelly M Conlan<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg 1007 N Orange St<br>PO Box 2207<br>Wilmington, DE 19807 | 13968 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Inland Commercial Property Management Inc<br>Attn Karen C Bifferato & Kelly M Conlan<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg 1007 N Orange St<br>PO Box 2207<br>Wilmington, DE 19807 | 14929 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Inland Commercial Property Management Inc<br>c o Beth Brooks Esq<br>Inland Real Estate Corporation<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | 12827 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Inland Traverse City LLC<br>c o Beth Brooks Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | 9719 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| La Habra Imperial LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 12448 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

12304-003\DOCS_LA:236610v1

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| M & M Berman Enterprises<br>c o Michael P Falzone and Sheila deLa Cruz<br>The Edgeworth Building<br>2100 E Cary St<br>PO Box 500<br>Richmond, VA 23218-0500 | 14163 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| M & M Berman Enterprises<br>c o Sheila deLa Cruz & Michael P Falzone<br>Hirschler Fleischer PC<br>PO Box 500<br>Richmond, VA 23218-0500 | 5993 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| M&M Berman Enterprises<br>Hirschler Fleischer PC<br>The Edgeworth Bldg<br>2100 E Cary St<br>Richmond, VA 23233 | 15185 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| M&M Berman Enterprises<br>Wayne R Terry<br>Hemar Rousso & Heald LLP<br>15910 Ventura Blvd 12th Fl<br>Encino, CA 90210 | 5992 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Melville Realty Company Inc<br>Attn Edith K Altice Esq<br>Saul Ewing LLP<br>500 E Pratt St 8th Fl<br>Baltimore, MD 21202 | 7491 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| New River Properties LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 12418 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Park National Bank Successor Trustee<br>Richard C Maxwell<br>Woods Rogers PLC<br>PO Box 14125<br>Roanoke, VA 24038-4125 | 14078 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Redtree Properties LP<br>PO BOX 1041<br>Santa Cruz, CA 95061 | 9156 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Redtree Properties LP<br>PO BOX 1041<br>Santa Cruz, CA 95061 | 12404 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Schiffman Circuit Props<br>Matthew W Grimshaw<br>Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 | 3541 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Torrington Triplets LLC<br>Attn Gerald Morganstern<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave 9th Fl<br>New York, NY 10036-5115 | 7114 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| Torrington Triplets LLC<br>Attn Gerald Morganstern<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave 9th Fl<br>New York, NY 10036-5115 | 12808 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP, assignee of Hoprock Limonite LLC<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 10186 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 14361 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery IV LP<br> 940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 13731 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 8614 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12115 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12588 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12589 | EXHIBIT G<br>AMENDED CLAIMS TO BE<br>EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12735 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12819 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 13254 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 13731 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 14519 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Blvd, Suite 101<br> Incline Village, NV  89451 | 15110 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP<br> 940 Southwood Blvd, Suite 101<br>Incline Village, NV  89451 | 15112 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>Assignee of 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV  89451 | 15101 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of CC Properties LLC<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV  89451 | 15115 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of CC Properties LLC<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV  89451 | 15113 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of CC Properties LLC<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV  89451 | 15116 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| United States Debt Recovery V LP Assignee of CC Properties LLC<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV  89451 | 15117 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of Faber Brothers Inc<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV  89451 | 15108 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of Faber Brothers Inc<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV  89451 | 15109 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP Assignee of FRO LLC IX<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV  89451 | 15111 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP<br>Assignee of Rancon Realty Fund IV<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV  89451 | 15072 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP<br>assignee of  CC Properties LLC<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 14520 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>assignee of Johnstown Shopping Center LLC<br>940 Southwood Blvd, Suite 101<br> Incline Village, NV 89451 | 7550 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>assignee of Rancon Realty Fund IV<br>940 Southwood Blvd, Suite 101<br>Incline Village, NV 89451 | 12121 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| VORNADO GUN HILL ROAD LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br>PARAMUS, NJ 07652 | 8496 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| VORNADO GUN HILL ROAD LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br>PARAMUS, NJ 07652 | 13970 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Walton Whitney Investors V LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12481 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Walton Whitney Investors V LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13424 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Walton Whitney Investors V LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14415 | EXHIBIT F<br>LATE FILED CLAIMS TO BE<br>EXPUNGED |
| Walton Whitney Investors V LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14415 | EXHIBIT E<br>INVALID CLAIMS TO BE<br>EXPUNGED |
| William A Broscious Esq<br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA 15232 | 12096 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |
| Wilmington Trust Company<br>Wilmington Trust Company<br>Rodney Square North<br>J 100 North Market Street<br>Wilmington, DE 19890<br>Attn: David Vanaskey | 13171 | EXHIBIT C<br>REDUCTION OF CERTAIN<br>PARTIALLY INVALID CLAIMS |