Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                    :    Chapter 11
                                          :
CIRCUIT CITY STORES, INC., et al.,   :    Case No. 08-35653 (KRH)
                                          :
             Debtors.                :
                                          :    Jointly Administered
- - - - - - - - - - - - - - - - - - - - - - - - - - -x


**ORDER REGARDING LIQUIDATING TRUST'S TWENTY-EIGHTH OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS, AND
DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Twenty-Eighth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit F attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is sustained, in part, as set forth herein.

2.      The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3.      The Claims identified on Exhibit B through Exhibit D as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

4.      The Court will conduct a status conference on March 6, 2012 at 2:00

p.m. for all Claims identified on Exhibit E attached hereto.

5.      The Liquidating Trust's rights to object to any claim including

(without limitation) the Claims subject to the Objection, on any grounds that applicable

law permits, are not waived and are expressly reserved.

6.      The Liquidating Trust shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or before five (5) business days from

the entry of this Order.

7.      This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                          - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                          - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

_____/s/ Paula S. Beran_____
Paula S. Beran

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
EXHIBIT A

REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount | Debtor |
| 12/19/2008 | 1102 | 4 NEWBURY DANVERS LLC<br><br>THOMAS R WHITE<br>2185 WEST DRY CREEK ROAD<br><br>HEALDSBURG, CA 95448 | $70,039.99<br>General Unsecured | CIRCUIT CITY STORES, INC. | $44,633.33<br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/13/2009 | 3639 | AMB Property LP<br><br>Kevin Coleman<br>Schadder Harrison Segal & Lewis LLP One Montgomery St Ste 2200<br><br>San Francisco, CA 94104 | UNLIQUIDATED, but not less than<br>$18,562.00<br>General Unsecured | CIRCUIT CITY STORES, INC. | $18,562.00<br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 4/27/2009 | 12517 | BOYER LAKE POINTE LC<br><br>90 S 400 W STE 200<br>LAKE POINTE SHOPPING CENTER<br><br>SALT LAKE CITY, UT 84101 | $532,576.70<br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $516,472.70<br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. |
| 1/12/2009 | 3258 | Charlotte Arichdale UY LLC<br><br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC 308 Maltbie St Ste 200<br><br>Syracuse, NY 13204-1498 | UNLIQUIDATED, but not less than<br>$262,187.16<br>General Unsecured | CIRCUIT CITY STORES, INC. | $262,187.16<br>General Unsecured | CIRCUIT CITY STORES, INC. |

1

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | |
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount | Debtor |
|---|---|---|---|---|---|---|
| 1/12/2009 | 3261 | Charlotte Archdale UY LLC<br><br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece<br>PC 308 Maltbie St Ste 200<br><br>Syracuse, NY 13204-1498 | UNLIQUIDATED, but not less than<br>$6,554.68<br>General Unsecured | CIRCUIT CITY STORES, INC. | $6,554.68<br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 6/17/2009 | 13411 | Circuit Sports LP<br><br>Melissa A Haselden<br>Weycer Kaplan Pulaski & Zuber<br>PC 11 Greenway Plz Ste 1400<br><br>Houston, TX 77046 | $371,246.48<br>General Unsecured | CIRCUIT CITY STORES, INC. | $328,802.13<br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 4/29/2009 | 12417 | DMARC 2006 CD2 Poughkeepsie LLC<br><br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod<br>LLP 200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $1,206,585.08<br>General Unsecured | CIRCUIT CITY STORES, INC. | $1,173,702.79<br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/26/2009 | 5839 | Fingerlakes Crossing LLC<br><br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece<br>PC 308 Maltbie St Ste 200<br><br>Syracuse, NY 13204-1498 | UNLIQUIDATED, but not less than<br>$5,133.58<br>General Unsecured | CIRCUIT CITY STORES, INC. | $5,133.58<br>General Unsecured | CIRCUIT CITY STORES, INC. |

2

| Date Filed | Claim Number | Name Address | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | MODIFIED CLAIMS | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Claim Amount | Debtor | Modified Claim Amount | Debtor |
| 1/30/2009 | 9509 | Greater Orlando Aviation Authority<br><br>Attn Jacki Churchill CFO<br>Orlando International Airport<br>1 Airport Blvd<br><br>Orlando, FL 32827 | $217,251.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $183,479.65<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 6/29/2009 | 13907 | Hayden Meadows JV<br><br>c o Liquidity Solutions Inc<br>One University Plz Ste 312<br><br>Hackensack, NJ 07601 | $224,335.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $216,695.86<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. |
| 4/22/2009 | 12331 | KB Columbus I CC LLC<br><br>c o Kenneth Miller<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd 9th Fl<br><br>Beverly Hills, CA 90212 | UNLIQUIDATED, but not less than<br>$1,610,326.65<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $1,538,051.74<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 4/2/2009 | 12161 | KeyBank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer on behalf of Bank of America NA merger to LaSalle Bank NA as Trustee for<br>Gregory A Cross<br>Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 | $1,083,500.78<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $1,075,649.22<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |

3

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | |
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount | Debtor |
|---|---|---|---|---|---|---|
| 1/12/2009 | 3264 | Landover Landover Crossing LLC<br><br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece<br>PC 308 Maltbie St Ste 200<br><br>Syracuse, NY 13204-1498 | UNLIQUIDATED, but not less than<br>$11,290.28<br>General Unsecured | CIRCUIT CITY STORES, INC. | $11,290.28<br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/30/2009 | 8578 | LAS VEGAS LAND DEVELOPMENT CO<br><br>ATTN BRIDGET GREIBER<br>C O US BANK CORPORATE TRUST SE<br>60 LIVINGSTON AVE<br>EP MN W53T<br>ST PAUL, MN 55107-2292 | $307,088.47<br>General Unsecured | CIRCUIT CITY STORES, INC. | $42,498.43<br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/26/2009 | 5323 | Myrtle Beach Farms Company Inc<br><br>Betsy J Burn Esq<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main St 17th Fl<br>PO Box 11070<br>Columbia, SC 29211 | UNLIQUIDATED, but not less than<br>$43,720.30<br>General Unsecured | CIRCUIT CITY STORES, INC. | $43,720.30<br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 3/30/2009 | 11999 | NORTH ATTLEBORO MARKETPLACE II LLC<br><br>1414 ATWOOD AVE STE 260<br><br>JOHNSTON, RI 02919 | $930,566.14<br>General Unsecured | CIRCUIT CITY STORES, INC. | $911,799.17<br>General Unsecured | CIRCUIT CITY STORES, INC. |

4

| | | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | |
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount | Debtor |
|---|---|---|---|---|---|---|
| 1/30/2009 | 9516 | PROPERTY MANAGEMENT SUPPORT INC<br><br>PAUL THOMAS<br>1 SLEIMAN PKWY STE 240<br><br>JACKSONVILLE, FL 32216 | $116,602.16<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $58,243.23<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/26/2009 | 6081 | Ramco JW LLC<br><br>David M Blau Esq<br>Kupelian Ormond & Magy PC<br>25800 Northwestern Hwy Ste 950<br><br>Southfield, MI 48075 | $481,001.40<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $469,008.85<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 4/29/2009 | 12911 | WEC 96 D Appleton 2 Investment Trust<br><br>Attn Jason Blumberg<br>Esq Loeb & Loeb LLP<br>345 Park Ave<br><br>New York, NY 10154 | UNLIQUIDATED, but not less than<br>$842,991.27<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $842,991.27<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/30/2009 | 9412 | William E Butler as General Receiver<br><br>David E Eash Esq<br>221 N Wall No<br>500 | $475,255.72<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |

| | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | |
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount | Debtor |
|---|---|---|---|---|---|---|
| 1/29/2009 | 8367 | Windsail Properties LLC<br><br>Brenda Moody Whinery Esq<br>Mesch Clark & Rothschild<br>PC 259 N Meyer Ave<br><br>Tucson, AZ 85701 | UNLIQUIDATED, but not less than<br><br>$578,828.43<br>General Unsecured | CIRCUIT CITY STORES, INC. | $578,828.43<br>General Unsecured | CIRCUIT CITY STORES, INC. |

6

In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)
EXHIBIT B

INVALID CLAIMS TO BE EXPUNGED

## INVALID CLAIMS TO BE EXPUNGED

| Date Filed | Claim Number | Name Address | Claim Amount | Debtor |
|---|---|---|---|---|
| 1/22/2009 | 4894 | Annapolis Plaza LLC<br><br>c o Kevin G Hroblak Esq<br>Whiteford Taylor & Preston<br>LLP Seven Saint Paul St<br><br>Baltimore, MD 21202-1636 | $16,589.80<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/30/2009 | 8584 | Bank of America NA as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Trust BRICK 70 LLC<br>C O ARC PROPERTIES<br>1401 BROAD ST<br><br>CLIFTON, NJ 07013 | $0.00<br><br>UNL<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/30/2009 | 8933 | Bank of America NA as Trustee for the Registered Holders of LB UBS Commercial Mortgage Trust 2003 C1 HIP STEPHANIE LLC<br>C O US BANK<br>STEPHANIE ST POWER CTR<br>PO BOX 4500 UNIT 31<br>PORTLAND, OR 97208-4500 | $0.00<br><br>UNL<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 3/23/2009 | 12036 | Bank of America National Association as Successor by Merger to LaSalle Bank National Association<br>Joseph Orsatti<br>c o Capmark Finance<br>Inc 116 Welsh Rd<br><br>Horsham, PA 19044 | $0.00<br><br>UNL<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |

1

INVALID CLAIMS TO BE EXPUNGED

| Date Filed | Claim Number | Name Address | Claim Amount | Debtor |
|---|---|---|---|---|
| 1/30/2009 | 14733 | Bank of America National Association as Successor by Merger to LaSalle Bank National Association as Trustee for the c o Capmark Finance Inc Joseph Orsatti 116 Welsh Rd<br><br>Horsham, PA 19044 | $0.00<br>UNL<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/30/2009 | 8691 | Bond Circuit X DBT<br><br>Attn David Vanaskey Corporate Trust Admi c o Wilmington Trust Company 1100 N Market St<br><br>Wilmington, DE 19890 | $0.00<br>UNL<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/29/2009 | 8166 | Brick 70 LLC<br><br>Adam Hiller Draper & Goldberg PLLC 1500 N French St 2nd Fl<br><br>Wilmington, DE 19801 | $0.00<br>UNL<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 12/9/2008 | 722 | CAPARRA CENTER ASSOCIATES, S E<br><br>PO BOX 9506<br>ATTN HUMBERTO CHARNECO/ROBER<br><br>SAN JUAN, PR 00908-9506 | $33,036.37<br><br>General Unsecured | CIRCUIT CITY STORES, LLC |

2

INVALID CLAIMS TO BE EXPUNGED

| Date Filed | Claim Number | Name Address | Claim Amount | Debtor |
|---|---|---|---|---|
| 1/28/2009 | 6734 | CarMax Auto Super Stores Inc<br><br>Paul S Bliley Jr Esq<br>Williams Mullen PO<br>Box 1320<br><br>Richmond, VA 23218-1320 | $0.00<br>UNL<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/30/2009 | 9403 | CC Investors 1995 2 LP<br><br>Atn Eric J Rietz Esq<br>Vedder Price PC<br>222 N LaSalle St Ste 2600<br><br>Chicago, IL 60601 | $515,178.48<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/29/2009 | 7882 | CC INVESTORS 1997 12<br><br>ATTN DEVOE L MOORE<br>6800 MAHAN DR<br><br>TALLAHASSEE, FL 32308 | $1,077,087.59<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/28/2009 | 7441 | CC Investors 1997 4<br><br>Stephen B Sutton<br>Lathrop & Gage LLP<br>2345 Grand Blvd 22nd Fl<br><br>Kansas City, MO 64108 | $173,304.52<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |

3

## INVALID CLAIMS TO BE EXPUNGED

| Date Filed | Claim Number | Name Address | Claim Amount | Debtor |
|---|---|---|---|---|
| 4/29/2009 | 12409 | CC MERRILLVILLE TRUST<br><br>C O PARAGON AFFILIATES INC<br>ONE PARAGON DR STE 145<br><br>MONTVALE, NJ 7645 | $510,627.43<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 4/30/2009 | 12606 | CCC Land Realty LLC<br><br>Siller Wilk LLP<br>675 Third Ave 9th Fl<br><br>New York, NY 10017 | $1,021,742.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. |
| 1/8/2009 | 3015 | COHAB REALTY LLC<br><br>41 SCHERMERHORN ST<br><br>BROOKLYN, NY 11201 | $51,144.30<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/29/2009 | 8047 | ESTATE OF JOSEPH Y EINBINDER<br>AKA EINBINDER PROPERTIES LLC<br><br>C O JEFFREY NELSON<br>EINBINDER PROPERTIES LLC<br>1700 BROADWAY NO 506<br><br>SAN FRANCISCO, CA 94109 | $45,375.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |

4

## INVALID CLAIMS TO BE EXPUNGED

| Date Filed | Claim Number | Name Address | Claim Amount | Debtor |
|---|---|---|---|---|
| 1/27/2009 | 7660 | Food Lion LLC<br><br>Linda Lemmon Najjoum<br>Esq Hunton & Williams LLP<br>1751 Pinnacle Dr No 1700<br><br>McLean, VA 22102 | $188,680.56<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 2/2/2009 | 7661 | Food Lion LLC<br><br>Linda Lemmon Najjoum<br>Esq Hunton & Williams LLP<br>1751 Pinnacle Dr No 1700<br><br>McLean, VA 22102 | $0.00<br>UNL<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/29/2009 | 7915 | J R Furniture USA Inc a Washington Corporation<br><br>J R Furniture<br>13251 72 Ave<br><br>Surrey, BC V3W 2N5 | $469,934.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. |
| 4/30/2009 | 12758 | Jefferson Pilot Life Insurance Company<br><br>c o Mary Jo Potter<br>PO Box 21008<br><br>Greensboro, NC 27420 | $0.00<br>UNL<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |

5

## INVALID CLAIMS TO BE EXPUNGED

| Date Filed | Claim Number | Name Address | Claim Amount | Debtor |
|---|---|---|---|---|
| 3/5/2009 | 11751 | Park National Bank<br><br>Attn Richard C Maxwell c o Woods Rogers PLC 10 S Jefferson St Ste 1400 PO Box 14125 Roanoke, VA 24011 | $0.00<br>UNL<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/30/2009 | 8926 | Sea Properties 1 LLC<br><br>223 Riverview Dr<br><br>Danville, VA 24541 | $29,518.70<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/19/2010 | 14795 | US Bank National Association as Purchaser of Assets of Park National Bank<br><br>Attn Richard C Maxwell Esq c o Woods Rogers PLC 10 S Jefferson St Ste 1400 Roanoke, VA 24011 | $667,002.91<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/29/2009 | 8037 | Vestar Arizona XXXI LLC<br><br>c o William Novotny Mariscal Weeks McIntyre & Friedlander PA 2901 North Central Ave Ste 200<br><br>Phoenix, AZ 85012 | $1,259,758.41<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. |

6

## INVALID CLAIMS TO BE EXPUNGED

| Date Filed | Claim Number | Name Address | Claim Amount | Debtor |
|---|---|---|---|---|
| 1/30/2009 | 8299 | Wells Fargo Bank as Trustee for the Registered Holders of GE Commercial Mortgage Corporation Commercial<br>CENTENNIAL HOLDINGS LLC<br>C/O TERRITORY INC<br>5785 CENTENNIAL CENTER BOULEVAR<br>SUITE 230<br>LAS VEGAS, NV 89149 | $0.00<br>UNL<br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/30/2009 | 9737 | Wells Fargo Bank NA as successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as<br>Peyton Inge<br>c o Capmark Finance<br>Inc 700 N Pearl St Ste<br>2200 | $0.00<br>UNL<br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/30/2009 | 8898 | Wells Fargo Bank NA as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc Commercial<br>Congressional North Associates Limited<br>P c o Cohen Companies<br>2701 Tower Oaks Blvd Ste 200<br>Rockville, MD 20852 | $0.00<br>UNL<br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/30/2009 | 8512 | Wells Fargo Bank NA as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp<br>Orangefair Marketplace<br>LLC c o Summitt Team Inc<br>17165 Newhope St Ste H<br>Fountain Valley, CA 92708 | $0.00<br>UNL<br>General Unsecured | CIRCUIT CITY STORES, INC. |

7

## INVALID CLAIMS TO BE EXPUNGED

| Date Filed | Claim Number | Name Address | Claim Amount | Debtor |
|---|---|---|---|---|
| 1/30/2009 | 8579 | Wells Fargo Bank NA as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp<br>INLAND WESTERN COLUMBUS CLIFTY<br>2901 BUTTERFIELD RD<br><br>OAK BROOK, IL 60523 | $0.00<br>UNL<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/30/2009 | 8687 | Wilmington Trust Company<br>Attn David Vanaskey Corporate Capital<br>Ma 1100 N Market St<br><br>Wilmington, DE 19890 | $0.00<br>UNL<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |

8

In re Circuit City Stores, Inc, et
al. Case No. 08-35653 (KRH)
EXHIBIT C

LATE FILED CLAIMS TO BE EXPUNGED

LATE FILED CLAIMS

| Date Filed | Claim Number | Name Address | Claim Amount | Debtor |
|---|---|---|---|---|
| 2/2/2009 | 11327 | Central Florida Regional Workforce Development Inc dba Workforce Central Florida<br><br>c o Jon E Kane Esq<br>Mateer & Harbert<br>PA PO Box 2854<br><br>Orlando, FL 32802-2854 | $21,328.13<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 2/2/2009 | 7661 | Food Lion LLC<br><br>Linda Lemmon Najjoum<br>Esq Hunton & Williams LLP<br>1751 Pinnacle Dr No 1700<br><br>McLean, VA 22102 | $0.00<br>UNL<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/31/2009 | 10270 | Mayfair CACC Business Trust<br><br>Thomas J Kelly<br>Pedersen & Houpt PC<br>161 N Clark St Ste 3100<br><br>Chicago, IL 60601-3242 | $327,600.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 3/5/2009 | 11751 | Park National Bank<br><br>Attn Richard C Maxwell c o Woods Rogers PLC 10 S Jefferson St Ste 1400<br>PO Box 14125<br>Roanoke, VA 24011 | $0.00<br>UNL<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |

1

## LATE FILED CLAIMS

| | | | | CIRCUIT CITY STORES, INC. |
|---|---|---|---|---|
| 1/19/2010 | 14795 | US Bank National Association as Purchaser of Assets of Park National Bank<br><br>Attn Richard C Maxwell Esq<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br><br>Roanoke, VA 24011 | $667,002.91<br><br>General Unsecured | |

2

In re Circuit City Stores, Inc., et
al. Case No. 08-35653 (KRH)
EXHIBIT D

AMENDED CLAIMS TO BE EXPUNGED

| | | AMENDED CLAIMS TO BE EXPUNGED | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | | Surviving Claim Number | Surviving Claim Amount | Debtor |
| 12/17/2008 | 1501 | BROTHERS FIVE OF JACKSONVILLE<br><br>PO BOX 11407<br><br>BIRMINGHAM, AL 35246-5209 | $122,351.95<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | | 9516 | $116,602.16<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/27/2009 | 6644 | Route 553 Retail LLC<br><br>Peter C Hughes Esq<br>Dilworth Paxson LLC<br>1500 Market St 35th<br>Fl | $639,952.35<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | | 14873 | $639,952.35<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 4/30/2009 | 12814 | Westgate Village LLC<br><br>c o Heather D Dawson Esq<br>Kitchens Kelley Gaynes<br>PC 3495 Piedmont Rd NE<br>Bldg 11 Ste 900<br>Atlanta , GA 30305 | $349,475.37<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | | 15220 | $315,351.78<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 1/20/2009 | 4576 | Willowbrook Mall TX LLC<br><br>c o Stephen Warsh<br>General Growth Properties Inc<br>110 N Wacker Dr BSC 1 26<br><br>Chicago, IL 60606 | $0.00<br>UNL<br>General Unsecured | CIRCUIT CITY STORES, INC. | | 8570 | $1,145,014.05<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |

1

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT E**
**OBJECTIONS ADJOURNED TO MARCH 6, 2012**

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 4 NEWBURY DANVERS LLC<br>THOMAS R WHITE<br>2185 WEST DRY CREEK ROAD<br>HEALDSBURG, CA 95448 | 1102 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| 502 12 86th Street LLC<br>Attn Steve H Newman Esq<br>Katsky Korins LLP<br>605 3rd Ave 16th Fl<br>New York, NY 10158 | 12340 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Alexanders Rego Shopping Center Inc<br>Attn Mei Cheng<br>c o Vornado Realty Trust<br>210 Rte 4 E<br>Paramus, NJ 07652 | 12695 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Alliance Rocky Mount LLC a North Carolina Limited<br>Liability Company<br>Core Properties Inc<br>Attn James Donaldson<br>831 E Morehead St Ste 445<br>Charlotte, NC 28202 | 8621 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Anna Schwartz Zoltan Schwartz Deborah Landman<br>Eli Landman<br>Attn Mencahem O Zelmanovitz<br>Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178-0060 | 11937 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Bank of America National Association As Sucsessor<br>By Merger to LaSalle Bank National Association fka<br>LaSalle National Bank As<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 9051 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Bank of America National Association Successor By<br>Merger to LaSalle Bank National Association fka<br>LaSalle National Bank<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 9454 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Bel Air Square LLC<br>c o Bert Bittourna Esq Inland US Management LLC<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | 12713 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Berkshire Management Corp Agent for Berkshire<br>Hyannis LLC Premises Located at 624 640 Iyanough<br>Road Barnstable MA<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103-0000 | 10814 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Bond CC IV DBT<br>Attn David Vanaskey Corporate Trust Administration<br>c o Wilmington Trust Company<br>1100 N Market St<br>Wilmington, DE 19890 | 8710 | Exhibit D: Invalid Claims to be Expunged |
| Bond Circuit IV Delaware Trust<br>Mark B Conlan Esq<br>Gibbons PC<br>One Gateway Ctr<br>Newark, NJ 07102-5310 | 15019 | Exhibit D: Invalid Claims to be Expunged |
| CAPITAL CENTRE LLC<br>C O BERT BITTOURNA ESQ<br>INLAND REAL ESTATE GROUP<br>2901 BUTTERFIELD RD 3RD FL<br>OAK BROOK, IL 60523 | 12743 | Exhibit C: Reduction of Certain Partially Invalid Claims |

| | | |
|---|---|---|
| CC 223 Andover Park East Tukwila LLC<br>Attn David J LaSota<br>c o Chapman and Cutler LLP<br>111 W Monroe St<br>Chicago, IL 60603 | 12706 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| CCDC Marion Portfolio LP<br>Attn Michael S Held<br>Hunton & Williams LLP<br>1445 Ross Ave Ste 3700<br>Dallas, TX 75202-2755 | 12233 | Exhibit D: Invalid Claims to be Expunged |
| CENTENNIAL HOLDINGS LLC<br>5785 CENTENNIAL CENTER BLVD C/O<br>TERRITORY INC STE 230<br>LAS VEGAS, NV 89149 | 12362 | Exhibit D: Invalid Claims to be Expunged |
| Centro Properties Group ta Springbrook Plaza<br>Clanton OH<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12618 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Westminster City Center<br>Westminster CO<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12542 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Circuit Investors No 2 Ltd A Texas Partnership<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 | 8587 | Exhibit D: Invalid Claims to be Expunged |
| Circuit Investors No 2 Ltd A Texas Partnership<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 | 9036 | Exhibit D: Invalid Claims to be Expunged |
| Circuit Investors No 3 Ltd A Virginia Partnership<br>c o Nicolas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 | 12164 | Exhibit D: Invalid Claims to be Expunged |
| CLF Trust<br>Joshua Azinger<br>c o Midland Loan Services<br>10851 Mastin Ste 3000<br>Overland Park, KS 66210 | 15245 | Exhibit D: Invalid Claims to be Expunged |
| CLF Trust<br>Joshua Azinger<br>c o Midland Loan Services<br>10851 Mastin Ste 3000<br>Overland Park, KS 66210 | 15243 | Exhibit D: Invalid Claims to be Expunged |
| CTL Trust<br>Kristin Bonczyski<br>c o Midland Loan Services<br>10851 Mastin Ste 300<br>Overland Park, KS 66210 | 15244 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| CWCapital Asset Management LLC as Special Servicer for Bank of America N A<br>Demetrios Morakis Capmark Finance Inc<br>7501 Wisconsin Ave Ste 500W<br>Bethesda, MD 20814 | 12846 | Exhibit D: Invalid Claims to be Expunged |
| DECATUR PLAZA I LLC<br>C O LNR PARTNERS LLC<br>1601 WASHINGTON AVE STE 700<br>MIAMI BEACH, FL 33139 | 12777 | Exhibit D: Invalid Claims to be Expunged |
| DECATUR PLAZA I LLC<br>C O LNR PARTNERS LLC<br>1601 WASHINGTON AVE STE 700<br>MIAMI BEACH, FL 33139 | 12777 | Exhibit E: Late Filed Claims to be Expunged |
| East Gate Center V Tenants In Common<br>Jill J Higgins SPM<br>BPG Management Company LP<br>770 Township Line Rd Ste 150<br>Yardley, PA 19067 | 6370 | Exhibit D: Invalid Claims to be Expunged |
| Eastland Shopping Center LLC<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 | 12158 | Exhibit C: Reduction of Certain Partially Invalid Claims |

| | | |
|---|---|---|
| Generation H One and Two Limited Partnership<br>3509 S Mason St<br>Fort Collins, CO 80525-2685 | 12537 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| GREECE RIDGE LLC<br>c o THOMAS W DANIELS ESQ<br>WILMORITE MANAGEMENT GROUP LLC<br>1265 SCOTTSVILLE RD<br>ROCHESTER, NY 14624 | 12622 | Exhibit E: Late Filed Claims to be Expunged |
| GREEN ACRES MALL LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 ROUTE 4 E<br>PARAMUS, NJ 07652 | 12701 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| H & R REIT US Holdings Inc<br>c o Michael S Held<br>Hunton & Williams LLP<br>1445 Ross Ave Ste 3700<br>Dallas, TX 75202-2799 | 14233 | Exhibit D: Invalid Claims to be Expunged |
| H & R REIT US Holdings Inc<br>c o Michael S Held<br>Hunton & Williams LLP<br>1445 Ross Ave Ste 3700<br>Dallas, TX 75202-2799 | 14658 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| HERITAGE PLAZA<br>1830 CRAIG PARK CT STE 101<br>C/O NATIONAL REAL ESTATE MGMT<br>ST LOUIS, MO 63146 | 8058 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| HIP Stephanie LLC<br>Attn Legal Dept Diana Hodge<br>c o Harsch Investment Properties<br>1121 SW Salmon St 5th Fl<br>Portland, OR 97205 | 12366 | Exhibit D: Invalid Claims to be Expunged |
| HIP Stephanie LLC<br>Attn Legal Dept Diana Hodge<br>c o Harsch Investment Properties<br>1121 SW Salmon St 5th Fl<br>Portland, OR 97205 | 12363 | Exhibit D: Invalid Claims to be Expunged |
| Huntington Mall Company<br>c o Richard T Davis<br>2445 Belmont Ave<br>PO Box 2186<br>Youngstown, OH 44504-0186 | 12265 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Huntington Mall Company<br>c o Richard T Davis<br>2445 Belmont Ave<br>PO Box 2186<br>Youngstown, OH 44504-0186 | 9429 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Inland Western Columbia Clifty LLC<br>c o Bert Bittourna Esq<br>Inland US Management LLC<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | 12642 | Exhibit D: Invalid Claims to be Expunged |
| Inland Western Lewisville Lakepointe Limited Partnership<br>c o Bert Bittourna Esq<br>Inland Southwest Management LLC<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | 12645 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Inland Western Phillipsburg Greenwich LLC<br>c o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | 12742 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Inland Western Richmond Maryland LLC<br>c o Bert Bittourna Esq<br>The Inland Real Estate Group Inc<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | 13083 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Inland Western West Mifflin Century III LP<br>c o Bert Bittourna Esq<br>Inland US Management LLC Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | 12640 | Exhibit C: Reduction of Certain Partially Invalid Claims |

| | | |
|---|---|---|
| International Speedway Square<br>Attn Mark A Bogdanowicz<br>c o Ice Miller LLP<br>One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 | 12760 | Exhibit C: Reduction of Certain Partially<br>Invalid Claims |
| KIR Augusta I 044 LLC<br>Attn Neil E Herman<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 12099 | Exhibit C: Reduction of Certain Partially<br>Invalid Claims |
| KSK SCOTTSDALE MALL LP<br>ATTN LEGAL DEPT<br>1800 MOLER RD<br>COLUMBUS, OH 43207 | 9245 | Exhibit C: Reduction of Certain Partially<br>Invalid Claims |
| Landover Landover Crossing LLC<br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 | 14664 | Exhibit C: Reduction of Certain Partially<br>Invalid Claims |
| Landover Landover Crossing LLC<br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 | 3266 | Exhibit F: Amended Claims to be<br>Expunged |
| MB Fabyan Randall Plaza Batavia<br>c o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | 10023 | Exhibit C: Reduction of Certain Partially<br>Invalid Claims |
| Midland Loan Services Inc<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 12311 | Exhibit D: Invalid Claims to be<br>Expunged |
| National Western Life Insurance Company<br>Frederick Black & Tara B Annweller<br>One Moody Plz 18th Fl<br>Galveston, TX 77550 | 7951 | Exhibit C: Reduction of Certain Partially<br>Invalid Claims |
| National Western Life Insurance Company<br>Frederick Black & Tara B Annweller<br>One Moody Plz 18th Fl<br>Galveston, TX 77550 | 8136 | Exhibit D: Invalid Claims to be<br>Expunged |
| Orangefair Marketplace LLC A California Limited<br>Liability Company<br>Tanya Nielsen<br>Columbus Pacific Properties<br>429 Santa Monica Blvd Ste 600<br>Santa Monica, CA 90401 | 13085 | Exhibit D: Invalid Claims to be<br>Expunged |
| Palm Springs Mile Associates Ltd<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12667 | Exhibit C: Reduction of Certain Partially<br>Invalid Claims |
| Park Side Realty LP<br>c o Jeffrey Kurtzman Esq<br>Klehr Harrison Harvey Branzburg & Ellers LLC<br>260 S Broad St<br>Philadelphia, PA 19102 | 1862 | Exhibit D: Invalid Claims to be<br>Expunged |
| PL Mesa Pavilions LLC<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 9058 | Exhibit C: Reduction of Certain Partially<br>Invalid Claims |
| Plaza Las Americas Inc<br>Attn Richard E Lear<br>c o Holland & Knight LLP<br>2099 Pennsylvania Ave NW Ste 100<br>Washington, DC 20006-6801 | 12430 | Exhibit C: Reduction of Certain Partially<br>Invalid Claims |
| Plaza Las Americas Inc<br>Attn Richard E Lear<br>c o Holland & Knight LLP<br>2099 Pennsylvania Ave NW Ste 100<br>Washington, DC 20006 | 12428 | Exhibit D: Invalid Claims to be<br>Expunged |
| Potomac Run LLC<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11956 | Exhibit C: Reduction of Certain Partially<br>Invalid Claims |

| | | |
|---|---|---|
| Principal Life Insurance Company fka Principal Mutual Life Insurance Company<br>Dennis D Ballard Esq<br>Principal Life Insurance Company<br>801 Grand<br>Des Moines, IA 50392 | 12382 | Exhibit D: Invalid Claims to be Expunged |
| Rivergate Station Shopping Center LP<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 902 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| S W Albuquerque LP<br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plz Dr Ste 125<br>Houston, TX 77008 | 12739 | Exhibit D: Invalid Claims to be Expunged |
| Sacco of Maine LLC<br>c o Angelo Petraglia<br>158 11 Riverside Dr<br>Whitestone, NY 11357 | 12315 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Sacco of Maine LLC<br>c o Angelo Petraglia<br>158 11 Riverside Dr<br>Whitestone, NY 11357 | 12315 | Exhibit E: Late Filed Claims to be Expunged |
| Saugus Plaza Associates<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12510 | Exhibit F: Amended Claims to be Expunged |
| Saugus Plaza Associates<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14704 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| St Indian Ridge LLC<br>John C Allerding<br>Thompson Hine LLP<br>3900 Key Ctr<br>127 Public Sq<br>Cleveland, OH 44114 | 15216 | Exhibit D: Invalid Claims to be Expunged |
| SwanBlossom Investment Limited Partnership<br>c o Heather D Dawson<br>Kitchens Kelley Gaynes PC<br>Bldg 11 Ste 900<br>3495 Piedmont Rd NE<br>Atlanta, GA 30305 | 11755 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| THE CAFARO NORTHWEST PARTNERSHIP<br>2445 BELMONT AVE<br>PO BOX 2186<br>YOUNGSTOWN, OH 44504-0186 | 12263 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| THF ONC DEVELOPMENT LLC<br>2127 INNERBELT BUSINESS CTR STE 200<br>ST LOUIS, MO 63114 | 12454 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Thoroughbred Village<br>Austin L McMullen<br>Bradley Arant Boult Cummings LLP<br>1600 Division St Ste 700<br>Nashville, TN 37203 | 8953 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| United States Debt Recovery V LP Assignee of Johnstown Shopping Center LLC<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br>Incline Village, NV 89451 | 15099 | Exhibit D: Invalid Claims to be Expunged |
| Uniwest Management Services Inc Owner or Agent for Battlefield FE Limited Partners t a Fort Evans Plaza II Leesburg VA<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12992 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| VNO TRU DALE MABRY LLC<br>C/O VORNADO REALTY TRUST<br>210 ROUTE 4 EAST<br>PARAMUS, NJ 07652 | 12629 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| VonWin Capital Management LP<br>Attn Roger Von Spiegel<br>261 Fifth Ave 22nd Fl<br>New York, NY 10016-7701 | 14561 | Exhibit D: Invalid Claims to be Expunged |

| | | |
|---|---|---|
| Wayne VF LLC<br>Attn Mei Cheng<br>c o Vornado Realty Trust<br>210 Rte 4 E<br>Paramus, NJ 07652-0910 | 12703 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Weingarten Nostat Inc<br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plz Dr Ste 125<br>Houston, TX 77008 | 12635 | Exhibit D: Invalid Claims to be Expunged |
| Well Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA formerly known as Norwest Bank Minnesota NA<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 9452 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 9438 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Wells Fargo Bank NA Sucessor By Merger To Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA As Trustee For The Regi<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 10034 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 12009 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| WRI Lakeside Marketplace LLC<br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plaza Dr Ste 125<br>Houston, TX 77008 | 9372 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| WRI Pembroke Ltd<br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plz Dr Ste 125<br>Houston, TX 77008 | 12807 | Exhibit D: Invalid Claims to be Expunged |
| WRI Pembroke Ltd<br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plz Dr Ste 125<br>Houston, TX 77008 | 12807 | Exhibit E: Late Filed Claims to be Expunged |
| WRI Seminole Marketplace LLC<br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plz Dr Ste 125<br>Houston, TX 77008 | 12826 | Exhibit D: Invalid Claims to be Expunged |