Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FIFTH ORDER REGARDING LIQUIDATING TRUST'S FOURTEENTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS,
DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS
<u>AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS</u>)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Fourteenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on <u>Exhibit C</u> through <u>Exhibit H</u> attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Court will conduct a further status conference on March 6, 2012 at 2:00 p.m. for all Claims identified on <u>Exhibit A</u> attached hereto.

2. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

3. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
January __, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

 /s/ Paula S. Beran
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                                 */s/ Paula S. Beran*
                                                 Paula S. Beran

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT A**
**OBJECTIONS ADJOURNED TO MARCH 6, 2012**

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| 601 Plaza LLC<br>Suzanne Jett Trowbridge<br>Goodwin & Goodwin LLP<br>300 Summers St Ste 1500<br>Charleston, WV 25301-1630 | 13697 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| ACD2 Prudential Desert Crossing 204404 121<br>Attn Dustin P Branch, Esq.<br>Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 13980 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| ACD2<br>Thomas J Leanse Esq<br>Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 12702 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| AMMON PROPERTIES LC<br>2733 E. PARLEYS WAY 300<br>1410 CRCT.<br>SALT LAKE CITY, UT 84109-1662 | 13875 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Ammon Properties LC<br>Joel T. Marker<br>McKay Burton & Thurman<br>170 S. Main St., Ste. 800<br>Salt Lake City, UT 84101 | 13779 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Atlantic Center Fort Greene Associates LP<br>Attn Rachel M Harari Esq<br>Forest City Ratner Companies LLC<br>1 Metrotech Center N<br>Brooklyn, NY 11201 | 12801 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Bank of America Bank NA as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc Commercial Mortgage<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami FL 33131 | 9127 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Bank of America Bank NA, as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc Commercial Mortgage Pass Through Certificates Series 2007 C1, as Collateral Assignee of TRC Associates<br>Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 | 9127 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Bank of America National Association Successor by Merger to LaSalle National Bank a Nationally Chartered Bank as Trustee for<br>c o Capmark Finance Inc<br>Payton Inge<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 9916 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| BL NTV I LLC<br>R. John Clark, Esq.<br>Hancock & Estabrook LLP<br>1500 AXA Tower I<br>100 Madison St.<br>Syracuse, NY 13202 | 14024 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| BL NTV I, LLC<br>C/O BROOKLINE DEVELOPMENT COMPANY LLC<br>221 WALTON STREET, SUITE 100<br>ATTN: BETH ARNOLD<br>SYRACUSE, NY 13202 | 12612 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Breevast Reno Inc RREEF Firecreek 207459 68<br>Attn: Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 13989 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Breevast Reno Inc<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 13961 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Breevast Reno Inc<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 13961 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| CC Grand Junction Investors 1998 LLC, a Colorado Limited Liability Company<br>Debra Piazza<br>Montgomery Little Soran & Murray PC<br>5445 DTC Pkwy., Ste. 800<br>Greenwood Village, CO 80111 | 12334 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Centro Properties Group t/a Coastal Way, Brooksville FL<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12677 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Centro Properties Group t/a Coastal Way, Brooksville FL<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12630 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CMAT 1999 C2 Emporium Drive LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 4991 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Cottonwood Corners - Phase V, LLC<br>RSF Land & Cattle Company, LLC<br>10200 Corralles Road NW, Suite B-3<br>Alberquerque, NM 87114 | 12549 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| Cottonwood Corners - Phase V, LLC<br>RSF Land & Cattle Company, LLC<br>10200 Corralles Road NW, Suite B-3<br>Alberquerque, NM 87114 | 13100 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

12304-003\DOCS_LA:236654v1

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Cottonwood Corners - Phase V, LLC<br>RSF Land & Cattle Company, LLC<br>10200 Corrales Road NW, Suite B-3<br>Alberquerque, NM  87114 | 13892 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Cottonwood Corners - Phase V, LLC<br>RSF Land & Cattle Company, LLC<br>10200 Corrales Road NW, Suite B-3<br>Alberquerque, NM  87114 | 13893 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| Crossways Financial Associates LLC<br>Paul K Campsen Esq<br>Kaufman & Canoles<br>150 W Main St Ste 2100<br>Norfolk, VA 23510 | 7662 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Crossways Financial Associates LLC<br>Paul K Campsen Esq<br>Kaufman & Canoles<br>150 W Main St Ste 2100<br>Norfolk, VA 23510 | 11982 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Crossways Financial Associates LLC<br>Paul K Campsen Esq<br>Kaufman & Canoles<br>150 W Main St Ste 2100<br>Norfolk, VA 23510 | 12030 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Daniel G. Kamin Burlington LLC<br>Attn: Kelly Serenko, Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA 15232-0234 | 14576 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Daniel G. Kamin Burlington LLC<br>William A. Broscious, Esquire<br>Kepley Broscious & Biggs PLC<br>2211 Pump Rd.<br>Richmond, VA 23233 | 11766 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Dartmouth Marketplace Associates<br>Lawrence M. Gold<br>Carlton Fields PA<br>1201 W. Peachtree, Ste. 3000<br>Atlanta, GA 30309 | 12683 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Dartmouth Marketplace Associates<br>Lawrence M. Gold<br>Carlton Fields PA<br>1201 W. Peachtree, Ste. 3000<br>Atlanta, GA 30309 | 14868 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| DDR Miami Avenue LLC<br>Attn: James S. Carr, Esq. & Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 12838 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Eagleridge Associates<br>c/o Ian S. Landsberg<br>Landsberg Marguiles LLP<br>16030 Ventura Blvd., Ste. 470<br>Encino, CA 91436 | 12825 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| East Brunswick VF LLC<br>Attn Mei Cheng<br>c o Vornado Realty Trust<br>210 Route 4 E<br>Paramus, NJ 07652 | 9307 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Estate of Juda Nadler Regina Nadler Jacob Kasirer Rose Kasirer Michael Peters<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 12719 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Estate of Judith Nadler Regina Nadler Jacob Kasirer Rose Kasirer Michael Peters<br>Pasadena 340991 1<br>Attn: Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 14352 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| EVANSVILLE DEVELOPERS LLC, GB<br>600 E. 96TH ST., STE. 150<br>INDIANAPOLIS, IN 46240 | 8276 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Gateway Woodside, Inc.<br>Robert E. Greenberg, Esq.<br>Friedlander Misler PLLC<br>1101 17th St. NW, Ste. 700<br>Washington, DC 20036 | 6115 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| GB Evansville Developers LLC<br>Whitney L. Mosby, Esq.<br>Bingham McHale LLP<br>10 W. Market St., Ste. 2700<br>Indianapolis , IN 46204 | 12371 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| GB Evansville Developers LLC<br>Whitney L. Mosby, Esq.<br>Bingham McHale LLP<br>10 W. Market St., Ste. 2700<br>Indianapolis , IN 46204 | 14082 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| HOWLAND COMMONS PARTNERSHIP<br>2445 BELMONT AVE.<br>PO BOX 2186<br>YOUNGSTOWN, OH 44504-0186 | 9426 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| HOWLAND COMMONS PARTNERSHIP<br>2445 BELMONT AVE.<br>PO BOX 2186<br>YOUNGSTOWN, OH 44504-0186 | 12264 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| HOWLAND COMMONS PARTNERSHIP<br>HIRSCHLER FLEISCHER PC<br>MICHAEL P. FALZONE & SHEILA DELA CRUZ<br>2100 E. Cary St.<br>PO BOX 500<br>RICHMOND, VA 23218-0500 | 13181 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Inland Continental Property Management Corp<br>Karen C. Bifferato & Kelly M. Conlan<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg, 1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 14939 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Inland Continental Property Management Corp.<br>Karen C. Bifferato & Kelly M. Conlan<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg.<br>1007 N. Orange St., PO Box 2207<br>Wilmington, DE 19807 | 14081 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Inland Continential Property Management Corp.<br>c/o Bert Bittourna, Esq.<br>Inland Real Estate Group<br>2901 Butterfield Rd., 3rd Fl.<br>Oak Brook, IL 60523 | 12079 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Inland Pacific Property Services LLC<br>Attn: Karen C. Bifferato and Kelly M. Conlan<br>The Nemours Bldg.<br>1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 13734 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Inland Pacific Property Services LLC<br>Attn: Karen C. Bifferato and Kelly M. Conlan<br>The Nemours Bldg.<br>1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 14974 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Inland Western Temecula Commons LLC<br>c/o Bert Bittourna., Esq.<br>Inland Pacific Property Services LLC<br>Inland Real Estate Group<br>2901 Butterfield Rd., 3rd Fl.<br>Oak Brook , IL 60523-0000 | 12803 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Jaren Associates No 4 Macerich Scottsdale Store No 3341<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 13927 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Jaren Associates No 4 Macerich Scottsdale Store No 3341<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 13927 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Jaren Associates No 4 Scottsdale Macerich 203270 1466<br>Attn: Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 13992 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

12304-003\DOCS_LA:236654v1

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Jordan Landing LLC Foursquare 340784 1<br>Attn: Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90076 | 14110 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Kimco Arbor Lakes SC LLC<br>Attn: Neil E. Herman, Esq.<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178 | 11948 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| KRG Market Street Village LP<br>Attn Kenneth B Chigges<br>Ice Miller LLP<br>One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 | 14143 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| KRG Market Street Village LP<br>c o Ice Miller LLP<br>Attn Mark A Bogdanowicz<br>One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 | 12707 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Lakewood Mall Shopping Center Company Macerich 203270 1463<br>Attn Dustin P Branch, Esq.<br>Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 14309 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Lakewood Mall Shopping Center Company Macerich 203270 1463<br>Attn: Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 14913 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Lakewood Mall Shopping Center Company<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 13940 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Lakewood Mall Shopping Center Company<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 13940 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |

12304-003\DOCS_LA:236654v1

| Name & Address | Claim Number | Exhibit |
| --- | --- | --- |
| Macerich Store No 6286<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Pk E 26th Fl<br>Los Angeles, CA 90067 | 9517 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Macerich Vintage Faire Limited Partnership Macerich 203270 1467<br>Attn Dustin P Branch, Esq.<br>Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 14130 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Macerich Vintage Faire Limited Partnership Macerich 203270 1469<br>Attn: Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 14914 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Macerich Vintage Faire Limited Partnership<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 12693 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Macerich Vintage Faire<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 14102 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| MEMORIAL SQUARE 1031 LLC<br>C/O BERT BITTOURNA, ESQ.<br>INLAND REAL ESTATE GROUP<br>2901 BUTTERFIELD RD., 3RD FL.<br>OAK BROOK, IL 60523 | 10020 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| MK Kona Commons LLC<br>Theodore D.C. Young, Esq.<br>Cades Shutte LLP<br>1000 Bishop St., Ste. 1200<br>Honolulu, HI 96813 | 8041 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| MONTE VISTA CROSSINGS LLC<br>1855 OLYMPIC BLVD., SUITE 250<br>C/O HALL EQUITIES GROUP<br>ATTN: MARK D. HALL<br>WALNUT CREEK, CA 94596 | 4050 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Montevideo Investments LLC Macerich Store No 6286<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 | 13929 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Montevideo Investments LLC Village Square 1 Macerich 203270 1468<br>Attn Dustin P Branch<br>Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 | 13993 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Newport News Shopping Center LLC<br>Paul K Campsen Esq<br>Kaufman & Canoles<br>150 W Main St Ste 2100<br>Norfolk, VA 23510 | 7663 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Newport News Shopping Center LLC<br>Paul K Campsen Esq<br>Kaufman & Canoles<br>150 W Main St Ste 2100<br>Norfolk, VA 23510 | 12057 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| North Plainfield VF LLC<br>Vornado Realty Trust<br>PO Box 31594<br>Hartford, CT 06150-1594 | 13928 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Norwalk Plaza Partners<br>Attn:  Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 13979 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Norwalk Plaza Partners<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 12750 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Norwalk Plaza Partners<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 14105 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Park National Bank<br>50 N. 3rd St.<br>PO Box 3500<br>Newark, OH 43058-3500 | 12727 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Pembrooke Crossing LTD Prudential 204404 122<br>Attn: Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 13998 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Pembrooke Crossing LTD Prudential 204404 122<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 12704 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Plaza at Jordan Landing LLC Macerich Store No 3353<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 14103 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Plaza at Jordan Landing LLC Macerich Store No 3353<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 14103 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Portland Investment Company of America Sawmill Plaza 331678 15<br>Attn Dustin P Branch, Esq.<br>Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 13996 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Portland Investment Company of America Sawmill Plaza 331678 15<br>Attn: Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 14912 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| RJ Ventures LLC<br>Jess R. Bressi, Esq.<br>Luce Forward Hamilton & Scripps LLP<br>2050 Main St., Ste. 600<br>Irvine, CA 92614 | 11899 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Ronald D. Rossitter and Barbara M. Rossiter<br>Attn: Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 13323 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| RREEF America REIT II Corp Crossroads<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 14104 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| RREEF America REIT II Corp MM Crossroads 207459 67<br>Attn: Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 149104 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| RREEF America REIT II Corp MM Crossroads 207459 67<br>Attn Dustin P Branch, Esq.<br>Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 13997 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| RREEF America REIT II Corp MM Crossroads 207459 67<br>Attn: Dustin P. Branch, Esq.<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 14911 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Sawmill Plaza Place Associates<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosemann LLP<br>2029 Century Park E., 26th Floor<br>Los Angeles, CA 90067 | 12751 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Site A LLC, Successor in Interest to JP Thornton LLC<br>Kaufman & Canoles<br>Ann K. Crenshaw, Esq. & Paul K. Campsen, Esq.<br>2101 Parks Ave., Ste. 700<br>Virginia Beach, VA 23451 | 13163 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Site A LLC, Successor in Interest to JP Thornton LLC<br>Kaufman & Canoles<br>Ann K. Crenshaw, Esq. & Paul K. Campsen, Esq.<br>2101 Parks Ave., Ste. 700<br>Virginia Beach, VA 23451 | 14770 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| SOMERVILLE SAGINAW LIMITED PARTNERSHIP<br>C/O RD MANAGEMENT<br>810 SEVENTH AVENUE, 28TH FLOOR<br>NEW YORK, NY 10019 | 11776 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| The Marvin L Oates Trust<br>c o Trainor Fairbrook<br>Attn Nancy Hotchkiss<br>980 Fulton Ave<br>Sacramento, CA 95825 | 7024 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| TOWSON VF LLC<br>ATTN: MEI CHENG<br>C/O VORNADO REALTY TRUST<br>210 RTE 4 E<br>PARAMUS, NJ 07652 | 12699 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Towson VF LLC<br>Vornado Realty Trust<br>210 Rte 4 E<br>Paramus, NJ 07652 | 14169 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| UBS Realty Investors LLC, Agent for Happy Valley Town Center Phoenix AZ<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 8107 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 | 12136 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 | 12811 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Uniwest Management Services Inc Owner or Agent for Battlefield FE Limited Partner ta Fort Evans Plaza II Leesburg, VA<br>c o David L Polack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12548 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Walton Hanover Investors V LLC<br>Attn: Ed Callahan GM<br>c/o Jones Lang LaSalle<br>1775 Washington St.<br>Hanover, MA 02339 | 14401 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Walton Hanover Investors V LLC<br>Attn: James S. Carr, Esq.<br>Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 12665 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| WCC Properties LLC Las Palmillas<br>Attn George Codling<br>c o ADI Properties<br>1660 Union St 4th Fl<br>San Diego, CA 92101 | 13836 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| WCC Properties LLC Las Palmillas<br>Attn: George Codling<br>c/o ADI Properties<br>1660 Union St., 4th Fl.<br>San Diego, CA 92101 | 13836 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| WCC Properties LLC<br>ADI Properties<br>1660 Union St Ste 400<br>San Diego, CA 92101 | 13480 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| WCC Properties LLC<br>ADI Properties<br>San Diego, CA 92101 | 13480 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Weingarten Realty Investors<br>Attn Jenny J. Hyun<br>2600 Citadel Plz Dr Ste 125<br>Houston, TX 77008 | 12738 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Weingarten Realty Investors<br>Attn: James S. Carr and Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 13964 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Weingarten Realty Investors<br>Attn: Lisa L. Seabron<br>Legal Administrator<br>2600 Citadel Plz. Dr., Ste. 125<br>Houston, TX 77008 | 14443 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

12304-003\DOCS_LA:236654v1

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Weingarten Realty Investors<br>Legal Administrator<br>2600 Citadel Plz Dr Ste 125<br>Houston, TX 77008 | 14443 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |

12304-003\DOCS_LA:236654v1