

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## CHANGE OF ADDRESS

Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.

For:
- ☐ Debtor
- ☐ Attorney [If Applicable:] Name: _____
- ☑ Creditor — Slam Brands, Inc.

*If joint case, please check the appropriate box as set out below:*
New address is for:
- ☐ Husband and Wife
- ☐ Husband Only
- ☐ Wife Only

*[If applicable]* Case Name: _____
*[If applicable]* Case No./Adversary Proceeding No.: 08-35653-KRH
*[If applicable]* Creditor Name: Circuit City Stores, Inc.

☐ Street Address    ☑ Mailing Address
New Address: 19175 163rd CT NE
         No. and Street, Apt., P. O. Box or R. D. No.

City: Woodinville    State: WA    Zip: 98072

☐ Street Address    ☑ Mailing Address
Old Address: 2260 152nd Ave NE
         No. and Street, Apt., P. O. Box or R. D. No.

City: Redmond    State: WA    Zip: 98052

Telephone Number: ( 425 ) 591-9529
         **Please include area code**

Slam Brands, Inc.
Signature of Filer [check filer type below]:
- ☐ Attorney for Debtor
- ☐ Debtor *[If joint case and address is for **husband and wife**, both debtors must sign.]*
- ☑ Creditor
- ☐ Attorney

Date: 1/23/2012
pc:    Trustee
       United States Trustee
       Creditor (for creditor's change of address)

[changead ver. 02/08]