UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



In Re:  Circuit City Stores, Inc.,            BK NO.: 08-35653-KRH

Debtor.

## WITHDRAWAL OF PROOF OF CLAIM

This day comes Kenneth J. Barton, Jr., counsel for Fort Wayne Newspapers, Inc. in the above captioned case and withdraws its **PROOF OF CLAIM** No. 703 for the reason that said creditor's claim has been paid.

*/s/ Kenneth J. Barton, Jr.*
Kenneth J. Barton, Jr., VA State Bar #29873
Steptoe & Johnson PLLC
1250 Edwin Miller Boulevard, Suite 300
P.O. Box 2629
Martinsburg, WV 25402-2629
Kenneth.Barton@steptoe-johnson.com
(304) 263-6991
Attorney for Fort Wayne Newspapers, Inc.

5928598

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, 2012, I served the foregoing "Withdrawal of Proof of Claim" upon counsel of record by depositing true copies thereof in the United States mail, postage prepaid, in envelopes addressed as follows:

>Richard M. Pachulski, Esquire
>Robert J. Feinstein, Esquire
>Jeffrey N. Pomerantz, Esquire
>Andrew W. Caine, Esquire
>Pachulski Stang Ziehl & Jones LLP
>10100 Santa Monica Boulevard, 11th Floor
>Los Angeles, CA 90067-4100
>
>Lynn L. Tavenner, Esquire
>Paula S. Beran, Esquire
>Tavenner & Beran, PLC
>20 North Eighth Street, 2nd Floor
>Richmond, VA 23219
>
>Nicholas J. Panarella, Esquire
>Martin Krolewski, Esquire
>Seulgy Suh, Esquire
>101 Park Avenue
>New York, NY 10178
>
>Robert B. Van Arsdale, Esquire
>Assistant U.S. Trustee
>Office of the U.S. Trustee
>701 East Broad Street, Suite 4304
>Richmond, VA 23219

/s/ Kenneth Barton
Kenneth J. Barton, Jr., VA State Bar #29873
Steptoe & Johnson PLLC
1250 Edwin Miller Boulevard, Suite 300
P.O. Box 2629
Martinsburg, WV 25402-2629
Kenneth.Barton@steptoe-johnson.com
(304) 263-6991
Attorney for Fort Wayne Newspapers, Inc.

5928598



**STEPTOE &
JOHNSON** PLLC
ATTORNEYS AT LAW

Huntington Center, Suite 2200
41 South High Street
Columbus, OH 43215
(614) 221-5100    (614) 221-0952 Fax
www.steptoe-johnson.com

Writer's Contact Information
(304) 262-3530
kenneth.barton@steptoe-johnson.com

January 26, 2012

Clerk, Eastern District of Virginia
Richmond Division
U. S. Bankruptcy Court
701 East Broad Street
Richmond, VA 23219

        Re:    Circuit City Stores, Inc.
                BK No. 08-35653-KRH

Dear Clerk:

Enclosed please find the "Withdrawal of Proof of Claim" in the above-referenced matter, which I request you mark "filed" and place in the appropriate Court file.

Should you have any questions, please feel free to call. Thank you for your cooperation and assistance in this matter.

                        Very truly yours,

                        Kenneth J. Barton, Jr.

KJB/mbb
Enclosure

5931779

West Virginia • Ohio • Kentucky • Pennsylvania