RICHMOND DIVISION
FILED
JAN 3 0 2012
CLERK
US BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 08-35653-KRH |
| | ) | |
| Circuit City Stores, Inc. | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | NOTICE OF APPEARANCE |
| | ) | AND REQUEST FOR SERVICE |

**TO: CLERK OF COURT, DEBTOR'S COUNSEL, AND US TRUSTEE:**

Please take notice that the undersigned, an attorney in the law firm of Nelson Mullins Riley & Scarborough LLP, does hereby give notice of the appearance of this firm on behalf of **Myrtle Beach Farms Co., Inc.**, a creditor/landlord. This notice of appearance is being filed in accordance with Bankruptcy Rule 9010.

The Clerk of Court, and any other party that the Court may direct to send notices, is hereby requested that this law firm be shown on the master mailing matrix and any shortened matrix that may be in existence, or that may be created in the future.

The Debtor's counsel and the U.S. Trustee are hereby requested to serve upon the undersigned all pleadings, documents and papers to which **Myrtle Beach Farms Co., Inc.** may be a party in interest.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: _____
B. Keith Poston, Federal Bar No. 10599
E-Mail: keith.poston@nelsonmullins.com
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
(803) 799-2000

Attorneys for **Myrtle Beach Farms Co., Inc.**

Columbia, South Carolina
January 24, 2012

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 08-35653-KRH |
| | ) | |
| Circuit City Stores, Inc. | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned of the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for **Myrtle Beach Farms Co., Inc.** do hereby certify that I have served all counsel in this action with a copy of the pleading(s) hereinbelow specified by mailing a copy of the same by United States Mail, postage prepaid, to the following address(es):

Pleading:              NOTICE OF APPEARANCE
                       AND REQUEST FOR SERVICE

Counsel Served:        Daniel F. Blanks, Esquire
                       Douglas M. Foley, Esquire
                       McGuire Woods LLP
                       9000 World Trade Center
                       101 W. Main Street
                       Norfolk, VA  23510

                       Dion W. Hayes, Esquire
                       Joseph S. Sheerin, Esquire
                       Sarah Beckett Boehm, Esquire
                       McGuire Woods, LLP
                       One James Center
                       901 E. Cary St.
                       Richmond, VA  23219

                       Gregg M. Galardi, Esq.
                       Ian S. Fredericks, Esq.
                       Skadden, Arps, Slate, Meagher & Flom, LLP
                       One Rodney Square
                       PO Box 636
                       Wilmington, DE  19899-0636

2

Timothy G. Pohl, Esq.
Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2000
Chicago, IL 60606

Robert B. Van Arsdale, Esq.
Office of the US Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

_____
Patty Alexander, Admin. Assistant to
B. Keith Poston, Federal Bar No. 10599
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
(803) 799-2000

Columbia, South Carolina
January 24, 2012

# Nelson
# Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
1320 Main Street / 17th Floor / Columbia, SC  29201
Tel: 803.799.2000  Fax: 803.255.9038
www.nelsonmullins.com

B. Keith Poston
Tel: 803.255.9518
Fax: 803.255.9038
keith.poston@nelsonmullins.com

January 24, 2012

Clerk, US Bankruptcy Court
701 E. Broad Street
Suite 4000
Richmond, VA  23219-1888

RE:   Circuit City Stores, Inc.
      Bankruptcy Case No.:  08-35653-KRH
      Our File No.:  02086/01620

Dear Clerk:

Enclosed please find the original and two (2) copies of a Notice of Appearance and Request for Service along with our Certificate of Service in regards to the above-referenced matter. We would appreciate it if you would file the original document and return a clocked in copy to us in the enclosed envelope.

Please give us a call if you should have any questions.

Very truly yours,

B. Keith Poston

B. Keith Poston

BKP:paa
Enclosure