IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")          Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

Notice of Creditor's Change of Address

PLEASE TAKE NOTICE that Eastman Kodak Company, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

Old Address:

EASTMAN KODAK CO
c/o Jefferies Leveraged Credit Products LLC
One Station Place
Three North
Stamford, CT 06902

New Address:

EASTMAN KODAK CO
c/o Midtown Acquisitions L.P.
Attn: Jennifer Donovan

65 East 55th Street
New York, New York 10022


Dated: February __1__, 2012

Respectfully submitted,

Jefferies Leveraged Credit Products, LLC as attorney for
Eastman Kodak Company

By: _____
Name: _____Robert Minkoff_____
Title: _____Managing Dir._____

February 1, 2012

The Liquidating Trust/The Liquidating Trustee
of Circuit City Stores, Inc.
c/o Crowe Horwath, LLC
Attn: Mr. Alfred Siegel, CPA, CFF
15233 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-2250

    Re:    Change of Address Notification

Dear Sir:

Please be advised that Eastman Kodak Company, a creditor in the Circuit City Stores, Inc., et al. bankruptcy proceedings, has changed its address and requests that services of any pleadings, distributions, notices or correspondence related to this matter be sent to the new address noted below, effective immediately:

EASTMAN KODAK Co
c/o Midtown Acquisitions L.P.
Attn: Jennifer Donovan
65 East 55th Street
New York, New York 10022

Jefferies Leveraged Credit Products, LLC as attorney for
Eastman Kodak Company

By: _____
Name: Robert Minkoff
Title: Managing Dir.


cc:    Pachulski, Stang, Ziehl& Jones, LLP &Kurtzman Carson Consultants, LLC