| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | ) ) | Case No. 08-35653 (KRH) |
| Debtors. | ) ) ) | Jointly Administered |
| | ) | |

**ORDER SUSTAINING LIQUIDATING TRUST'S TWENTY-SEVENTH
OMNIBUS OBJECTION TO CLAIMS FILED BY TAXING AUTHORITIES
(REDUCTION OF CERTAIN PARTIALLY INVALID CLAIM;
DISALLOWANCE OF NO LIABILITY,
<u>RESOLVED, AND LATE-FILED CLAIMS)</u>**

THIS MATTER having come before the Court on the *Liquidating Trust's*

*Twenty-Seventh Omnibus Objection to Claims Omnibus Objection to Claims Filed by*

*Taxing Authorities (Reduction of Certain Partially Invalid Claim; Disallowance of No*

*Liability, Resolved, and Late-Filed Claims)* (the "Objection"),[1] which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit F attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested in the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED as provided herein.

    2.    The Reduced Claim identified on Exhibit A as attached hereto and incorporated herein is forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

    3.    The No Liability Claims identified on Exhibit A as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

    4.    The Resolved Claims identified on Exhibit A as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

5. The Late-Filed Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever disallowed for all purposes in these bankruptcy cases.

6. The Court will conduct a status conference on March 6, 2012 at 2:00 p.m. for Claim Number 523 filed by the Ohio Department of Taxation.

7. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

8. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
      January __, 2012

                                                                                        _____
                                        HONORABLE KEVIN R. HUENNEKENS
                                        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

        - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

        - and -

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                        */s/ Lynn L. Tavenner*
                                        Lynn L. Tavenner

4

**EXHIBIT A TO ORDER GRANTING
LIQUIDATING TRUST'S 27TH OMNIBUS OBJECTION**

| | CLAIM AS FILED | | | | CLAIM AS REQUESTED | | Objection |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Claim Amount (as filed) | Debtor | Proposed Modified Claim | Debtor | Exhibit |
| 4/4/2011 | 15223<br>2001522301 | Alameda County Tax Collector<br>1221 Oak St Rm 131<br>Oakland, CA 94612 | $ 1,221.05<br>(admin) | Circuit City Stores, Inc. | Expunge | Circuit City Stores, Inc. | Exhibit D -- No Liability<br>Exhibit F -- Late |
| 4/4/2011 | 15224<br>2001522401 | Alameda County Tax Collector<br>1221 Oak St Rm 131<br>Oakland, CA 94612 | $ 3,205.35<br>(secured) | Circuit City Stores, Inc. | Expunge | Circuit City Stores, Inc. | Exhibit D -- No Liability<br>Exhibit F -- Late |
| 1/10/2011 | 15203<br>2001520301 | City of Cincinnati<br>801 Plum St Rm 202<br>Cincinnati, OH 45202 | $ 2,766.12<br>(general unsecured) | Circuit City Stores, Inc. | 75.00 | Circuit City Stores, Inc. | Exhibit C -- Reduce to $75 on a general unsecured basis |
| 4/22/2010 | 15016<br>2001501601 | CITY OF MORENO VALLEY CITY ATTORNEY<br>PO Box 88005<br>Moreno Valley, CA 92552-0805 | $ 1,917.94<br>(general unsecured) | CIRCUIT CITY STORES WEST COAST, INC. | Expunge | CIRCUIT CITY STORES WEST COAST, INC. | Exhibit D -- No Liability |
| 3/7/2011 | 15218<br>2001521803 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | $    -<br>(priority) | Circuit City Stores, Inc. | Expunge | Circuit City Stores, Inc. | Exhibit D - No Liability |

**EXHIBIT B**

**EXHIBIT A TO ORDER GRANTING**
**LIQUIDATING TRUST'S 27TH OMNIBUS OBJECTION**

| | | CLAIM AS FILED | | | CLAIM AS REQUESTED | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Claim Amount (as filed) | Debtor | Proposed Modified Claim | Debtor | Exhibit |
| 3/7/2011 | 15218<br>2001521802 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | $ -<br>(general unsecured) | Circuit City Stores, Inc. | Expunge | Circuit City Stores, Inc. | Exhibit D -- No Liability |
| 3/7/2011 | 15218<br>2001521801 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | $ -<br>(secured) | Circuit City Stores, Inc. | Expunge | Circuit City Stores, Inc. | Exhibit D -- No Liability |
| 9/30/2011 | 15255<br>2001525502 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka, KS 66612-2005 | $ 23,724.80<br>(general unsecured) | Circuit City Stores, Inc. | Expunge | Circuit City Stores, Inc. | Exhibit E -- Resolved |
| 9/30/2011 | 15255<br>2001525501 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka, KS 66612-2005 | $163,240.59<br>(priority) | Circuit City Stores, Inc. | Expunge | Circuit City Stores, Inc. | Exhibit E -- Resolved |
| 3/14/2011 | 15221<br>2001522101 | Nevada Department of Taxation<br>Attn Bankruptcy Section<br>555 E Washington Ave No 1300<br>Las Vegas, NV 89101 | $ 5,719.00<br>(priority) | Circuit City Stores West Coast, Inc. | Expunge | Circuit City Stores West Coast, Inc. | Exhibit E -- Resolved |

**EXHIBIT B**

**EXHIBIT A TO ORDER GRANTING
LIQUIDATING TRUST'S 27TH OMNIBUS OBJECTION**

| | CLAIM AS FILED | | | | CLAIM AS REQUESTED | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Claimant Name and Address | Claim Amount (as filed) | Debtor | Proposed Modified Claim | Debtor | Exhibit |
| 9/8/2009 | 14645 2001464501 | OREGON DEPARTMENT OF REVENUE 955 Center St NE Revenue Building Salem, OR 97301-2555 | $ - (general unsecured) | CIRCUIT CITY STORES, INC. | Expunge | CIRCUIT CITY STORES, INC. | Exhibit D -- No Liability |
| 12/4/2008 | 193 2000019301 | SC DEPARTMENT OF REVENUE PO Box 12265 Columbia, SC 29211 | $119,620.51 (general unsecured) | CIRCUIT CITY STORES, INC. | Expunge | CIRCUIT CITY STORES, INC. | Exhibit D -- No Liability |