**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., et al.<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　**NOTICE IS HEREBY GIVEN** that **Buchalter Nemer**, A Professional Corporation (the "Firm") has moved to:

> **55 Second Street, 17th Floor**
> **San Francisco, California 94105-3493**

The Firm's phone and fax numbers, and its email addresses, remain unchanged.

　　　　　　　　　　　　　　　　　　　　BUCHALTER NEMER,
　　　　　　　　　　　　　　　　　　　　A Professional Corporation

Dated: February 2, 2012　　　　　　　　By:　/s/ Shawn M. Christianson
　　　　　　　　　　　　　　　　　　　　Shawn M. Christianson, Esq.
　　　　　　　　　　　　　　　　　　　　333 Market Street, 25th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94105-2126
　　　　　　　　　　　　　　　　　　　　Telephone:　(415) 227-0900
　　　　　　　　　　　　　　　　　　　　Facsimile:　 (415) 227-0770

　　　　　　　　　　　　　　　　　　　　Attorneys for Creditors, Oracle America,
　　　　　　　　　　　　　　　　　　　　Inc. and Oracle Credit Corporation