**PATTON BOGGS** LLP
ATTORNEYS AT LAW

8484 Westpark Drive
Suite 900
McLean, VA 22102-5117
703-744-8000

Facsimile 703-744-8001
www.pattonboggs.com



February 1, 2012

Alan M. Noskow
703-744-8102
anoskow@pattonboggs.com

**VIA FEDERAL EXPRESS**

U.S. Bankruptcy Court
Eastern District of Virginia
Attn: Clerk of Court – William Redden
701 East Broad Street, Suite 4000
Richmond, VA 23219-1888

Re:    ECF Notifications

Please <u>unsubscribe</u> my name *and* e-mail address from the ECF Notification List for the following cases (for which I am no longer involved):

<u>Richmond</u>
**Case Name:**    Circuit City Stores, Inc.
**Case Number:** 08-35653-KRH

**Case Name:**    Movie Gallery, Inc.
**Case Number:** 10-30696-DOT

My full contact information is:

Alan M. Noskow, Esq.
Patton Boggs LLP
8484 Westpark Dr. 9th Floor
McLean, VA 22102
(T) 703-744-8102
(F) 703-744-8001
anoskow@pattonboggs.com

Sincerely,

Alan M. Noskow