B 210A (Form 210A) (12/09)

RICHMOND DIVISION
FILED
FEB 10 2012
CLERK
US BANKRUPTCY COURT

# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia

In re Circuit City Stores, Inc., et al.          ,          Case No. 08-35653 (KRH)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Sam Yip | First International Computer of America |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Sam Yip, c/o James Bow, 220 Montgomery St., #343, San Francisco, CA 94104

Court Claim # (if known): 10410
Amount of Claim: $59,342.34
Date Claim Filed: 02/09/2009

Phone: 415-397-3022
Last Four Digits of Acct #: _____

Phone: none
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]           Date: 02/01/2011
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**JAMES BOW**
ATTORNEY AT LAW
THE MILLS BUILDING, SUITE 343
220 MONTGOMERY STREET
SAN FRANCISCO, CALIFORNIA 94104-3402

TELEPHONE (415) 397-3022
FAX (415) 989-0146

E-MAIL
*jamesbow94104@gmail.com*

February 6, 2012

U.S. Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219-1888

    Re:  <u>In re Circuit City Stores, Inc. et al., Case No. 08-35653 (KRH)</u>

Dear Sir/Madam:

    Enclosed please find an original and copy of a Transfer of Claim Other Than for Security. Please file the original in the above-referenced action, and return the copy endorsed filed-stamped in the enclosed SASE.  Thank you for your assistance.

Very truly yours,

*/s/ James Bow*
James Bow

JB:zr
Encl.