RICHMOND DIVISION
FILED
FEB 13 2012
CLERK
US BANKRUPTCY COURT
FILED

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

GREGORY LEE McCALL
    Claimant,                                           Chapter 11
    vs.                                                         Case No. 08-35653-KRH
CIRCUIT CITY STORES, INC. et al
    Debtors

    CLAIMANT, Gregory Lee McCall, pro se, hereby moves this Honorable Court to recind its order dismissing claimants claim against the debtors. In support of his request claimant states:

    1.) He is a federal prisoner who has been moved to a number of federal institutions during the filing of the debtors' Chapter 11 Bankruptcy and upon his learning of the action immediately filed a proof of claim.

    2.) He did not receive notice of the Kansas Civil action being dismissed.

    3.) He did not receive notice that the debtors filed for Chapter 11 protection except by way of the Kansas Court issuing a stay in its proceedings.

    4.) Claimant has moved the Johnson County, Kansas

District Court to place the action back on its docket.

5.) Claimant would be prejudiced by the acts of the debtor's employees' action of trespass and theft of his personal property not being heard on the merits.

6.) Debtors would not suffer prejudice if his action were allowed to continue.

Wherefore Claimant prays the Court will recind its order dismissing his action against the debtors as the interest of justice requires.

Executed: January 31, 2012

Respectfully Submitted
by Gregory Lee McCall
Gregory Lee McCall

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy was mailed first class postage February 1, 2012 to:

| | |
|---|---|
| Lynn L. Tavenner Esq | Andrew W. Caine Esq |
| Paula S. Beran Esq. | 10100 Santa Monica Blvd. 13Fl |
| 20 North 8th Street, 2nd Floor | Los Angeles, CA 90026 |
| Richmond, VA 23219 | Respectfully |
| | Gregory Lee McCall |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

GREGORY LEE McCALL
    Claimant,                                    Chapter 11
    vs.                                                   Case No. 08-35653-KRH
CIRCUIT CITY STORES, INC. et al
    Debtors

    CLAIMANT, Gregory Lee McCall, pro se, hereby moves this Honorable Court to recind its Order dismissing claimants claim against the debtors. In support of his request claimant states:

1.) He is a federal prisoner who has been moved to a number of federal institutions during the filing of the debtors' Chapter 11 Bankruptcy and upon his learning of the action immediately filed a proof of claim.

2.) He did not receive notice of the Kansas Civil action being dismissed.

3.) He did not receive notice that the debtors filed for Chapter 11 protection except by way of the Kansas Court issuing a stay in its proceedings.

4.) Claimant has moved the Johnson County, Kansas

District Court to place the action back on its docket.

5.) Claimant would be prejudiced by the acts of the debtor's employees' action of trespass and theft of his personal property not being heard on the merits.

6.) Debtors would not suffer prejudice if his action were allowed to continue.

Wherefore Claimant prays the Court will recind its order dismissing his action against the debtors as the interest of justice requires.

Executed: January 31, 2012

Respectfully Submitted

by _____
Gregory Lee McCall

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy was mailed first class postage February 1, 2012 to:

Lynn L. Tavenner Esq.  
Paula S. Beran Esq.  
20 North 8th street, 2nd Floor  
Richmond, VA 23219

Andrew W. Caine Esq.  
10100 Santa Monica Blvd. 13 Fl.  
Los Angeles, CA 90067

District Court to place the action back on its docket.

5.) Claimant would be prejudiced by the acts of the debtor's employees' action of trespass and theft of his personal property not being heard on the merits.

6.) Debtors would not suffer prejudice if his action were allowed to continue.

Wherefore Claimant prays the Court will recind its order dismissing his action against the debtors as the interest of justice requires.

Executed: January 31, 2012

Respectfully Submitted

by _____

Gregory Lee McCall

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy was mailed first class postage February 1, 2012 to:

| | |
|---|---|
| Lynn L. Tavenner Esq | Andrew W. Caine Esq |
| Paula S. Beran Esq. | 10100 Santa Monica Blvd. 13 Fl. |
| 20 North 8th Street, 2nd Floor | Los Angeles, CA 90026 |
| Richmond, VA 23219 | |

*IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION*

GREGORY LEE MCCALL
    Claimant,　　　　　　　　　　Chapter 11
    vs.　　　　　　　　　　　　　Case No. 08-35653-KRH
CIRCUIT CITY STORES, INC. et al
    Debtors

    CLAIMANT, Gregory Lee McCall, pro se, hereby moves this Honorable Court to recind its order dismissing claimants claim against the debtors. In support of his request claimant states:

1.) He is a federal prisoner who has been moved to a number of federal institutions during the filing of the debtors Chapter 11 Bankruptcy and upon his learning of the action immediately filed a proof of claim.

2.) He did not receive notice of the Kansas Civil action being dismissed.

3.) He did not receive notice that the debtors filed for Chapter 11 protection except by way of the Kansas Court issuing a stay in its proceedings.

4.) Claimant has moved the Johnson County, Kansas

District Court to place the action back on its docket.

5.) Claimant would be prejudiced by the acts of the debtor's employees' action of trespass and theft of his personal property not being heard on the merits.

6.) Debtors would not suffer prejudice if his action were allowed to continue.

Wherefore Claimant prays the Court will recind its order dismissing his action against the debtors as the interest of justice requires.

Executed: January 31, 2012

Respectfully Submitted

by _____

Gregory Lee McCall

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy was mailed first class postage February 1, 2012 to:

Lynn L. Tavenner Esq.                    Andrew W. Caine Esq.
Paula S. Beran Esq.                      10100 Santa Monica Blvd. 13 Fl.
20 North 8th Street, 2nd Floor           Los Angeles, CA 90067
Richmond, VA 23219

JOHNSON COUNTY DISTRICT COURT
CIVIL DIVISION, OLATHE KANSAS

GREGORY LEE MCCALL,
    Plaintiff
    vs.                         04-2244
CIRCUIT CITY STORES, INC.
    Defendant(s)

ADMINISTRATIVE JUDGE

Comes Now, Gregory Lee McCall, Plaintiff, pro se and hereby seeks to have his civil action against the defendant Circuit City Stores, Inc. etc. placed back on the civil docket. In support of his motion Plaintiff states:

1.) He never received notice of the dismissal.
2.) He was never given a reason for the Courts action.
3.) That the Bankruptcy proceedings have not been concluded in the U.S. Bankruptcy Court in Virginia.
4.) That he was not informed that the stay had been lifted upon his request to the Bankruptcy Court.
5) That Plaintiff would suffer severe prejudice if his action is dismissed without a determination on the merits

6.) That the defendants would not be prejudiced by the action being placed back on the docket.

7.) That the intrest of justice requires that the civil claims Plaintiff has against the defendants have its day in Court to be heard on the merits.

Wherefore Plaintiff prays the Court will grant his motion and request.

Respectfully Submitted

Executed: February 1, 2012    by: _____

Gregory L. McCall

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this request was mailed first class postage February 1, 2012 To:

Lynn L. Tavenner, Esq.           Andrew W. Caine, Esq.
Paula S. Beran, Esq.             Pachulski, Stang, Ziehl & Jones
Tavenner & Beran PLC             10100 Santa Monica Blvd., 13 Floor
20 North 8th St., 12th Floor     Los Angeles, California 90067
Richmond, Virginia 23219

by: _____

Gregory Lee McCall