# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.

Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**
Name of Transferee

Name and Address where notices to transferee
should be sent

**Contrarian Funds, LLC**
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attn: Alisa Mumola
Phone 203-862-8211

**Warner Home Video a Division of Warner
Bros Home Entertainment Inc.**
Name of Transferor

Name and Current Address of Transferor

**Warner Home Video a Division of Warner Bros
Home Entertainment Inc.**
Attn: Jon LR Dalberg
Andrews Kurth LLP
600 Travis St., Ste. 4200
Houston, TX 77002

**Warner Home Video**
Attn: Rohit Patel, VP Credit Customer Ops
4000 Warner Blvd
Bldg 160 – Room 10132
Burbank, CA 91522

**Claim No. 9428 in the allowed amount of $10,000,000.00**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ Alisa Mumola_____
　　　Transferee/Transferee's Agent

Date: _____February 16, 2012_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**WARNER HOME VIDEO A DIVISION OF WARNER BROS HOME ENTERTAINMENT INC.**, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February /5, 2012, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") all rights, title and interest in and to the general unsecured claim (the "Claim"), in the allowed amount of $10,000,000.00, assigned claim no. 9428, against Circuit City Stores, Inc., (the "Debtor") in the bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-35653 or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 5th day of February 2012.

**(Assignor)**
WARNER HOME VIDEO, A DIVISION OF
WARNER BROS HOME ENTERTAINMENT INC.

By: _James M. Sewert_

Name: _James Sewert_

Title: _EVP_

**(Assignor)**
**WITNESS:**

By: _____

Name: _WAYNE M. SMITH_

Title: _VICE PRESIDENT_
       _WARNER BROS. ENT. INC._

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____

Name: _MICHAEL J. RESTIFO_

Title: _CFO/MEMBER_