## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re<br>CIRCUIT CITY STORES, INC. et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653<br><br>(Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Warner Home Video a division of Warner Bros. Home Entertainment Inc. a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating solely to claim number 9428 be sent to the new address set forth below, effective as of the date hereof.

Former Address
Warner Home Video a division
Warner Bros Home Entertainment Inc.
c/o Andrews Kurth LLP
600 Travis Street, Suite 4200
Houston, TX 77002

New Address
Warner Home Video a division of
Warner Bros. Home Entertainment Inc.
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

Warner Home Video
4000 Warner Blvd.
Bldg 160 – Room 10132
Burbank, CA 91522

I declare under penalty of perjury that the foregoing is true and correct.

WARNER HOME VIDEO, A DIVISION OF
WARNER BROS HOME ENTERTAINMENT INC.

By: _____
Wayne M. Smith, Vice President
Warner Bros. Entertainment Inc.
Attorney for Warner Home Video
CA Bar #116247

Date: February 16, 2012