February 10, 2012

Clerk of Court
United States Bankruptcy Court
701 East Broad Street. Suite 4000
Richmond. Virginia 23219



**Administrative Claim Request**
Case No. 08-35653
Date of injury: January 31, 2009
Location: Circuit City
        10277 Adamo Drive
        Tampa, FL 33619

    On January 31, 2009 I was shopping at Circuit City with many other customers during their going-out-of-business sale. After they announced they were closed for the evening, remaining shoppers still in the store were asked to leave. While we were being rushed quickly out the doors, I fell over the track that held the lobby security gates in place. The tracks were not there when we had entered earlier and were put up too soon since customers were still inside the store. The tracks were about 4 inches in height and were located between the lobby doors and the exit doors. They should never have been put up until all the customers had safely existed the store.
    When I fell, I smashed my toes on my left foot and came down on my knees. I didn't realize what happened until I tried to drive off. Then I started to feel an intense, burning pain in my lower back so I returned to the store to fill out an accident report.
    I was concerned with my black and blue toes at first, but then my lower back and leg seemed to get more and more tender every day until I stopped walking altogether due to the severe pain. I spent over a month in bed and saw my primary care physician who prescribed multiple pain relievers. Eventually she ordered an MRI because my condition had not improved and I was sent to see an orthopedic surgeon. The MRI showed damage to my lower back and sciatica nerve with herniated discs and tears. Before this injury I never had any problems or pain in my lower back or legs in my entire life.
    Since then I have sought out medical treatments by chiropractic care, months of physical therapy and over two years of weekly acupuncture. I have continued using physical therapy exercises at home, a lumbar home trac device, and an electro-therapy unit. I even purchased a bicycle for concentrated physical therapy for my legs. Medical records and receipts for everything are available upon request.

Mary Restivo
1109 Bristolwood Street
Brandon, FL 33510
(813) 689-2938

February 10, 2012

Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, Virginia 23219

<u>Administrative Claim Request</u>
<u>Case No.</u> 08-35653
<u>Date of injury</u>: January 31, 2009
<u>Location</u>: Circuit City
        10277 Adamo Drive
        Tampa, FL 33619

    On January 31, 2009 I was shopping at Circuit City with many other customers during their going-out-of-business sale. After they announced they were closed for the evening, remaining shoppers still in the store were asked to leave. While we were being rushed quickly out the doors, I fell over the track that held the lobby security gates in place. The tracks were not there when we had entered earlier and were put up too soon since customers were still inside the store. The tracks were about 4 inches in height and were located between the lobby doors and the exit doors. They should never have been put up until all the customers had safely existed the store.
    When I fell, I smashed my toes on my left foot and came down on my knees. I didn't realize what happened until I tried to drive off. Then I started to feel an intense, burning pain in my lower back so I returned to the store to fill out an accident report.
    I was concerned with my black and blue toes at first, but then my lower back and leg seemed to get more and more tender every day until I stopped walking altogether due to the severe pain. I spent over a month in bed and saw my primary care physician who prescribed multiple pain relievers. Eventually she ordered an MRI because my condition had not improved and I was sent to see an orthopedic surgeon. The MRI showed damage to my lower back and sciatica nerve with herniated discs and tears. Before this injury I never had any problems or pain in my lower back or legs in my entire life.
    Since then I have sought out medical treatments by chiropractic care, months of physical therapy and over two years of weekly acupuncture. I have continued using physical therapy exercises at home, a lumbar home trac device, and an electro-therapy unit. I even purchased a bicycle for concentrated physical therapy for my legs. Medical records and receipts for everything are available upon request.

Mary Restivo
1109 Bristolwood Street
Brandon, FL 33510
(813) 689-2938