210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

### NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 02/16/2012 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. : Warner Home Video, Division of Warner Bros Home Entertainme, c/o Contrarian Capital Management, 411 West Putman Avenue, Suite 425, Greenwich, CT 06830 | Contrarian Funds, LLC
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/19/12

William C. Redden
**CLERK OF THE COURT**

```
                            United States Bankruptcy Court
                              Eastern District of Virginia
```

In re:                                                          Case No. 08-35653-KRH
Circuit City Stores, Inc.                                       Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs          Page 1 of 10          Date Rcvd: Feb 17, 2012
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2012.
10975916        Warner Home Video,    Division of Warner Bros Home Entertainme,
                 c/o Contrarian Capital Management,    411 West Putman Avenue, Suite 425,    Greenwich, CT 06830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0422-7          User: frenchs              Page 2 of 10              Date Rcvd: Feb 17, 2012
                              Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2012 at the address(es) listed below:
              Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@freebornpeters.com
              Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
              Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
               akeith@honigman.com, tsable@honigman.com
              Alan Michael Noskow    on behalf of Defendant   COKeM International Ltd. anoskow@pattonboggs.com
              Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
              Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
              Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
               ajackins@seyfarth.com
              Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
               dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
              Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
              Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
               amy.williams@klgates.com, hailey.andresen@klgates.com
              Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
               davison.andrea@arentfox.com,
               lane.katie@arentfox.com;dowd.mary@arentfox.com;rothleder.jeffrey@arentfox.com;toof.jackson@arentf
               ox.com
              Andrew  Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
              Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
              Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
              Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
              Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
               rhicks@shutts-law.com
              Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
              Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
              Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
               anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
               raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
              Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
              Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
              Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
               murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
              Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
               Management Services, LLC abraucher@mcmillanmetro.com
              Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
               drichards@vanblk.com;pfaggert@vanblk.com
              Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
               annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
              Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
               Companies, Ltd. acichello@kb-law.com
              Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
              Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
              Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
               ecffilings@hangley.com
              Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
               lthompson@cblaw.com
              Belkys  Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
               Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Benjamin C. Ackerly    on behalf of Creditor   COMSYS Information Technology Services, Inc. and
               COMSYS Services, LLC backerly@hunton.com, cloving@hunton.com
              Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
              Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
              Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               bgodshall@pszjlaw.com
              Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
               benglander@wtplaw.com, wbatres@wtplaw.com
              Brenda M. Winery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
              Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
               lsansbury@mrrlaw.net
              Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
               carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
               enlaw.com
              Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
              Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
               bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
              Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
              Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
              Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
              Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
              Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
               Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
              Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership
               clynch@goulstonstorrs.com
```

```
District/off: 0422-7           User: frenchs              Page 3 of 10                   Date Rcvd: Feb 17, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Christine McAteer Ford    on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly situated cford@mdpcelaw.com
      Christopher A. Jones    on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com, rredfield@wtplaw.com
      Christopher Julian Hoctor    on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com, nferenbach@kaplanfrank.com
      Christopher L. Perkins    on behalf of Attorney   LeClair Ryan, A Professional Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
      Christopher M. Alston    on behalf of Creditor   507 Northgate LLC alstc@foster.com, ristj@foster.com
      Christopher M. Desiderio    on behalf of Creditor   Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com
      Christopher R. Belmonte    on behalf of Creditor   International Business Machines Corporation cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
      City of Newport News, Virginia    jdurant@nngov.com
      Constantinos G. Panagopoulos    on behalf of Creditor   Battlefield FE Limited Partners cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
      Courtney E. Pozmantier    on behalf of Creditor   Paramount Home Entertainment cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
      Craig Benson Young    on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
      Craig M. Palik    on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@yahoo.com, cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
      Curtis Gilbert Manchester    on behalf of Defendant   Energizer Battery, Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
      D. Marc Sarata    on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com, ndysart@ltblaw.com;sleach@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;bblosser@ltblaw.com
      Daniel D. Prichard    on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com, kcornnell@dowlohnes.com
      Daniel F. Blanks    on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
      Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com
      Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc. dsbushnaq@venable.com
      Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
      Darrell William Clark    on behalf of Creditor   Waste Management, Inc. dclark@stinson.com, cscott@stinson.com
      Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
      David McCall    on behalf of Creditor   City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
      David A. Greer    on behalf of Creditor   Century plaza development corporation dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
      David B. Wheeler    on behalf of Creditor   South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com
      David D. Hopper    on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com, scilino@chlhf.com
      David Emmett Hawkins    on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
      David H. Cox    on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com, phaynes@jackscamp.com
      David H. Dickieson    on behalf of Defendant   New Age Electronics, Inc., also known as New Age, Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
      David J. Ervin    on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
      David K. Spiro    on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com, rmcburney@hf-law.com
      David M. Poitras    on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
      David R. McFarlin    on behalf of Creditor   Alexander H Bobinski, as Trustee under Trust No. 1001 dmcfarlin@whmh.com, psmith@whmh.com
      David R. Ruby    on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David R. Ruby    on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David V. Cooke    on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
      David W. Earman    on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
      David Wayne Lannetti    on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com, kjerald@vanblk.com;drichards@vanblk.com
      Dawn C. Stewart    on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
      Dena Sloan Kessler    on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
      Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services denise.mondell@ct.gov
      Dennis T. Lewandowski    on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com

```
District/off: 0422-7          User: frenchs              Page 4 of 10           Date Rcvd: Feb 17, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Denyse Sabagh   on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
              Dexter D. Joyner   on behalf of Creditor   Pasadena Independent School District
               caaustin@comcast.net
              Dion W. Hayes   on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
              Dominic L. Chiariello   on behalf of Creditor Donovan Dunwell dc@chiariello.com
              Donald K. Ludman   on behalf of Creditor   SAP Retail Inc. and Business Objects
               dludman@brownconnery.com
              Douglas Scott   on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
              Douglas D. Kappler   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
               dkappler@rdwlawcorp.com
              Douglas M. Foley   on behalf of Counter-Defendant   Circuit City Stores, Inc.
               dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com
              Douglas R. Gonzales   on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
              Dylan G. Trache   on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com,
               rours@wileyrein.com
              Edward L. Rothberg   on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
               mayle@hooverslovacek.com
              Elizabeth A. Elam   on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
               wenditaylor@toase.com;lmares@toase.com;scarper@toase.com
              Elizabeth L. Gunn   on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Ellen A. Friedman   on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com,
               ramona.neal@hp.com;ken.higman@hp.com
              Emily M. Charley   on behalf of Creditor   IGate Global Solutions, Limited
               echarley@hansonbridgett.com
              Eric C. Cotton   on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
              Eric Christopher Rusnak   on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
               klgatesbankruptcy@klgates.com
              Eric J. Snyder   on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
              Erica S. Zaron   on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
              Erick Frank Seamster   on behalf of Creditor   Unical Enterprises, Inc eseamster@wallacepledger.com
              Erika L. Morabito   on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
              Erin Elizabeth Kessel   on behalf of Creditor   Cleveland Construction, Inc.
               ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com
              Eugene Chang   on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
              F. Marion Hughes   on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
              Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc.
               ffm@bostonbusinesslaw.com
              Frank T. Pepler   on behalf of Creditor   Morgan Hill Retail Venture, LP
               fpepler@peplermastromonaco.com
              Franklin R. Cragle   on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
              Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
              Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue
               rudzikf@dor.state.fl.us
              Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
               mmarck@olshanlaw.com;ssallie@olshanlaw.com
              Garren Robert Laymon   on behalf of Creditor   Arlington ISD glaymon@mglspc.com
              Gary E. Mason   on behalf of Creditor Marlon Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
              Gary M. Kaplan   on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
              Gary V. Fulghum   on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
               jschmeltz@sblsg.com;jrapp@sblsg.com
              Gerald P. Kennedy   on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
              German Yusufov   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
               alison.moreno@pcao.pima.gov
              Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
               notices@becket-lee.com
              Gilbert D. Sigala   on behalf of Creditor John Batioff sigalaw1@aol.com
              Gillian N. Brown   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               gbrown@pszjlaw.com
              Gina Baker Hantel   on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
               agbankcal@ag.tn.gov
              Gina M Fornario   on behalf of Creditor   California Self-Insurers' Security Fund
               gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
              Glenn H. Silver   on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
               christine@virginia-lawyers.net
              Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
              Gregory D. Grant   on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
               ggrant@shulmanrogers.com, lsmith@shulmanrogers.com;THsu@shulmanrogers.com
              H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
              Hale Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
              Heather D. Brown   on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com
              Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury
               Heather.Anderson@dol.lps.state.nj.us
              Henry Buswell Roberts   on behalf of Creditor   Suemar hbroberts@live.com, droberts1949@live.com
              Henry P. Baer   on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
               csommer@fdh.com

```
District/off: 0422-7          User: frenchs              Page 5 of 10              Date Rcvd: Feb 17, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Henry Pollard Long  on behalf of Creditor  Cypress/CC Marion I, L.P. hlong@hunton.com
    Howard J. Grossman  on behalf of Creditor  J.P. Morgan Chase Bank, N.A.
     howard.j.grossman@chase.com
    Ian S. Landsberg  on behalf of Creditor  Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
    J. Christian Word  on behalf of Liquidator  Gordon Brothers Retail Partners, LLC
     chefiling@lw.com;robert.klyman@lw.com
    J. David Folds  on behalf of Defendant  Fabrik, Inc. dfolds@mckennalong.com,
     sparson@mckennalong.com
    Jackson David Toof  on behalf of Creditor  Discovery Communications, Inc.
     toof.jackson@arentfox.com
    Jaime Sue Dibble  on behalf of Interested Party  Garmin International, Inc. jdibble@stinson.com,
     lbigus@stinson.com
    James D. Newbold  on behalf of Counter-Claimant  State of Illinois Department of Revenue,
     through Brian Hamer, its Director James.Newbold@illinois.gov
    James E. Clarke  on behalf of Interested Party  Bond-Circuit IX Delaware Business Trust
     vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
    James Edward Bowman  on behalf of Defendant  Elite Screens Inc. Jim@jebowman.com,
     bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
    James H. Rollins  on behalf of Creditor  Plaza Las Americas, Inc. jim.rollins@hklaw.com,
     avis.francis@hklaw.com
    James J. Briody  on behalf of Creditor  Johnson City Crossing, L.P. jim.briody@sablaw.com,
     kim.smith@sablaw.com
    James K. Donaldson  on behalf of Defendant  Solutions 2 Go, Inc. jdonaldson@cblaw.com,
     avaughn@cblaw.com
    James R. Schroll  on behalf of Defendant  CORMARK, Inc. jschroll@beankinney.com,
     ncoton@beankinney.com
    James V. Lombardi  on behalf of Creditor  AmREIT, a Texas real estate investment trust
     jvlombardi@rossbanks.com
    James W. Reynolds  on behalf of Defendant  Leggett & Platt, Inc., dba Beeline Group, a division
     of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
    James Winston Burke  on behalf of Attorney  Mio Technology USA Ltd. also known as MiTAC USA Inc.
     jburke@orrick.com
    Jamie M. Konn  on behalf of Defendant  DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
     jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
    Janet M. Meiburger, Esq.  on behalf of Creditor  Ricmac Equities Corporation
     admin@meiburgerlaw.com
    Jason B. Binford  on behalf of Creditor  BB Fonds International 1 USA, L.P. jbinford@krcl.com,
     ecf@krcl.com
    Jason M. Krumbein  on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
     a30156@yahoo.com;tcarper@krumbeinlaw.com;dtabakin@krumbeinlaw.com
    Jason William Harbour  on behalf of Creditor  Public Company Accounting Oversight Board
     jharbour@hunton.com
    Jeffrey Scharf  on behalf of Creditor  City of Fredericksburg, VA jeff@taxva.com,
     tacspc@gmail.com;amanda@taxva.com
    Jeffrey E. Klusmeier  on behalf of Creditor  Missouri Attorney General's Office
     Jeff.Klusmeier@ago.mo.gov
    Jeffrey J. Graham  on behalf of Creditor  Greenwood Point, LP jgraham@taftlaw.com,
     krussell@taftlaw.com;ecfclerk@taftlaw.com
    Jeffrey L. Tarkenton  on behalf of Creditor  Acer American Holdings Corp. jtarkenton@wcsr.com,
     toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
    Jeffrey M. Sherman  on behalf of Creditor  Central Investments, LLC jmsherman@lerchearly.com,
     elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com
    Jeffrey N. Pomerantz  on behalf of Creditor Committee  Official Committee of Unsecured Creditors
     jpomerantz@pszjlaw.com
    Jenelle Marie Dennis  on behalf of Creditor  Bear Valley Road Partners LLC
     dennisj@ballardspahr.com, pollack@ballardspahr.com
    Jennifer Langan  on behalf of Creditor  Pennsylvania State Treasurer jlangan@patreasury.org
    Jennifer Ellis Lattimore  on behalf of Creditor  Vizio, Inc. jlattimore@eckertseamans.com
    Jennifer J. West  on behalf of Creditor  Coca-Cola Bottling Company Consolidated
     jwest@spottsfain.com,
     rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com
    Jennifer Larkin Kneeland  on behalf of Defendant  AMC jkneeland@linowes-law.com,
     klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
    Jennifer McLain McLemore  on behalf of Attorney  Hodgson Russ LLP jmclemore@cblaw.com,
     avaughn@cblaw.com
    Jennifer V. Doran  on behalf of Creditor  DeMatteo Management, Inc. jdoran@haslaw.com,
     calirm@haslaw.com
    Jeremy Brian Root  on behalf of Defendant  Credit Suisse Loan Funding, LLC jroot@bklawva.com,
     tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
    Jeremy C. Kleinman  on behalf of Creditor  PriceGrabber.com, Inc. jkleinman@fgllp.com
    Jeremy L. Pryor  on behalf of Defendant  Kelley Enterprises Inc. jeremypryor@carrellrice.com
    Jeremy S. Friedberg  on behalf of Creditor  Toshiba America Consumer Products, L.L.C.
     jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@llff.com
    Jeremy S. Williams  on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com
    Jeremy W. Martin  on behalf of Creditor  Escambia County Tax Collector
     jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
    Jeremy W. Ryan  on behalf of Creditor  FR E2 Property Holding, L.P. jryan@saul.com

```
District/off: 0422-7           User: frenchs              Page 6 of 10              Date Rcvd: Feb 17, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jerry Lane Hall    on behalf of Defendant  NAMCO BANDAI Games America Inc.
           jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
          Jess R. Bressi    on behalf of Creditor  Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes    on behalf of Interested Party  AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson    on behalf of Defendant  Capital City Press, LLC d/b/a The Advocate
           jsaronson@ridberglaw.com
          Joel T. Marker    on behalf of Creditor  Ammon Properties, LC joel@mbt-law.com
          John B. Raftery    on behalf of Defendant  Utopian Software Concepts, Inc., dba Alterthought
           jraftery@offitkurman.com
          John C. Smith    on behalf of Creditor  Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John D. Fiero    on behalf of Creditor Committee  Official Committee of Unsecured Creditors
           jfiero@pszjlaw.com
          John D. McIntyre    on behalf of Creditor  Carnegie Management and Development Corporation
           jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
          John E. Hilton    on behalf of Creditor  Thirty & 141, L.P. jeh@carmodymacdonald.com,
           pjf@carmodymacdonald.com
          John E. Lucian    on behalf of Creditor  Cellco Partnership d/b/a Verizon Wireless
           lucian@blankrome.com
          John G. McJunkin    on behalf of Creditor  120 Orchard LLC jmcjunkin@mckennalong.com,
           sparson@mckennalong.com
          John J. Lamoureux    on behalf of Creditor  Amore Construction Company
           jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
          John M. Craig    on behalf of Counter-Claimant  Sun Builders Co. johncraigg@aol.com,
           russj4478@aol.com
          John P. Van Beek    on behalf of Creditor  Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
           awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
          John T. Donelan    on behalf of Defendant  Best Vendors Management Co. Inc. donelanlaw@gmail.com
          John T. Farnum    on behalf of Creditor  Bell Microproducts, Inc. jfarnum@wileyrein.com,
           rours@wileyrein.com
          John T. Husk    on behalf of Defendant  Casco Corporation johnhusk@aol.com, nre98@aol.com
          Jonathan L. Hauser    on behalf of Creditor  ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan S. Storper    on behalf of Creditor  IGate Global Solutions, Limited
           jstorper@hansonbridgett.com
          Jonathan T. Cain    on behalf of Defendant  InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
          Joseph M. DuRant    on behalf of Creditor  City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan    on behalf of Creditor  Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
           Cross Blue Shield bankruptcy@morrisoncohen.com
          Joshua D. McKarcher    on behalf of Defendant  Broadridge Financial Solutions, Inc., aka
           Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
           Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
          Judy Bamberger Calton    on behalf of Defendant  DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano    on behalf of Creditor  AT&T quagliano@sfmlawfirm.com,
           harvell@sfmlawfirm.com
          Justin D. Leonard    on behalf of Creditor  Andrews Electronics jleonard@balljanik.com
          Justin F. Paget    on behalf of Defendant  Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
           cloving@hunton.com
          Kalina Boyanova Miller    on behalf of Creditor  First Industrial Realty Trust, Inc.
           kmiller@wileyrein.com, rours@wileyrein.com
          Karen L. Gilman    on behalf of Creditor  Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com,
           beth@pf-law.com;Abbie@pf-law.com;dweekley@pf-law.com
          Ken Coleman    on behalf of Interested Party  Alvarez & Marsal Canada, ULC
           Ken.Coleman@allenovery.com
          Kenneth R. Rhoad    on behalf of Creditor  ActionLink, LLC krhoa@gebsmith.com
          Kevin A. Lake    on behalf of Creditor  Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin J. Funk    on behalf of Creditor  Dartmouth Marketplace Associates kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin L. Sink    on behalf of Creditor  Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman    on behalf of Creditor  Cameron Bayonne, LLC knewman@menterlaw.com
          Khang V. Tran    on behalf of Creditor  Fox Broadcasting Company khang.tran@hoganlovells.com
          Kimbell D. Gourley    on behalf of Creditor  Engineered Structures, Inc. kgourley@idalaw.com,
           sprescott@idalaw.com
          Kimberly A. Pierro    on behalf of Creditor  CBL & Associates Management, Inc.
           kimberly.pierro@kutakrock.com,
           sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
           @kutakrock.com
          Kimberly Sullivan Walker    on behalf of Creditor  LaSalle Bank National Association as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
           kimsullywalker@aol.com
          Kirk David Berkhimer    on behalf of Defendant  A&L Products Limited Kirk@kdblawfirm.com,
           Carla@KDBLawFirm.com
          Kristen E. Burgers    on behalf of Creditor  CWCapital Asset Management LLC keburgers@venable.com
          Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com

```
District/off: 0422-7          User: frenchs               Page 7 of 10              Date Rcvd: Feb 17, 2012
                              Form ID: trc                Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kurt M. Kobiljak    on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
              Laura  Otenti    on behalf of Interested Party  Salem Rockingham LLC lotenti@pbl.com
              Lawrence Allen Katz    on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
               ndysart@ltblaw.com
              Lawrence H. Glanzer    on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com,
               stephanie@rlglegal.com
              Leonard E. Starr    on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
               gadams@Starr-Law.com
              Leonidas  Koutsouftikis    on behalf of Creditor   Washington Real Estate Investment Trust
               lkouts@magruderpc.com,    mcook@magruderpc.com
              Leslie A. Skiba    on behalf of Defendant   Network Engineering Technologies, Inc.
               lskiba@kaplanfrank.com,    nferenbach@kaplanfrank.com
              Linda Dianne Regenhardt    on behalf of Creditor   D-Link Systems, Inc. lregenhardt@garylaw.us,
               cmarchant@garylaw.us;mkoeniger@garylaw.us
              Linda Sharon Broyhill    on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
               nkatzen@reedsmith.com
              Lisa P. Sumner    on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com,
               cjeckel@poyners.com
              Lisa Taylor Hudson    on behalf of Creditor   A.D.D. Holdings, L.P. lhudson@sandsanderson.com
              Loc  Pfeiffer    on behalf of Creditor   Schottenstein Property Group, Inc.
               loc.pfeiffer@kutakrock.com,
               lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
              Louis E. Dolan    on behalf of Creditor   California Self-Insurers' Security Fund
               LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@n
               ixonpeabody.com;DPrivott@nixonpeabody.com
              Lucy L. Thomson    lthomson2@csc.com
              Luder F. Milton    on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
              Lyndel A. Mason    on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com,
               chps.ecfnotices@gmail.com
              Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
               com;vstreet@tb-lawfirm.com
              Madeleine C. Wanlsee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com,
               rstein@gustlaw.com
              Malcolm M. Mitchell    on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
               sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Marc A. Busman    on behalf of Creditor  Marlon Mondragon mbusman@busmanandbusman.com
              Mark B. Conlan    on behalf of Creditor   Bond Circuit IV Delaware Business Trust
               mconlan@gibbonslaw.com
              Mark D. Sherrill    on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
              Mark D. Taylor    on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
              Mark E. Browning    on behalf of Creditor   Texas Comptroller of Public Accounts
               bk-mbrowning@oag.state.tx.us,    sherri.simpson@oag.state.tx.us
              Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
              Mark K. Ames    on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
               mark@taxva.com,    amanda@taxva.com
              Mark X. Mullin    on behalf of Creditor   BB Fonds International 1 USA, L.P.
               mark.mullin@haynesboone.com,    dian.gwinnup@haynesboone.com
              Martha E. Hulley    on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Romero    on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
              Martin A. Brown    on behalf of Creditor   Creditor Express Personnel Services, Inc
               martin.brown@lawokc.com
              Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landclark.com
              Mary E. Olden    on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
               molden@mhalaw.com,    akauba@mhalaw.com
              Mary Louise Fullington    on behalf of Creditor   Scripps Networks Interactive, Inc.
               lexbankruptcy@wyattfirm.com
              Matthew  Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
              Matthew A. Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
              Matthew E. Hoffman    on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
               lltaylor@duanemorris.com;lstopol@levystopol.com
              Matthew J. Ellis    on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
              Matthew V. Spero    on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
              Melissa S. Hayward    on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
              Meredith Linn Yoder    on behalf of Creditor   Edwin Watts Golf Shops, LLC myoder@parkerpollard.com,
               sscarce@parkerpollard.com;treid@parkerpollard.com
              Michael  Reed    on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
              Michael A. Condyles    on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
               Bank, USA michael.condyles@kutakrock.com,
               lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com
              Michael Callahan Crowley    on behalf of Creditor   White-Spunner Construction, Inc.
               mcrowley@asm-law.com
              Michael D. Mueller    on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com,
               avaughn@cblaw.com
              Michael E. Hastings    on behalf of Creditor   Eastern Security Corp.
               michael.hastings@leclairryan.com,    tonya.whitt@leclairryan.com
```

```
District/off: 0422-7          User: frenchs              Page 8 of 10              Date Rcvd: Feb 17, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Michael F. Ruggio   on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage    on behalf of Creditor   Pan Am Equities msage@omm.com, kzeldman@omm.com
          Michael John O'Grady   on behalf of Creditor   Convergys Customer Management Group Inc. mjogrady@fbtlaw.com,   lbaker@fbtlaw.com;jbwells@fbtlaw.com
          Michael Keith McCrory    on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm    on behalf of Creditor   Harry Hallaian ECF@w2lg.com
          Michael P. Falzone    on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com, ebeaumont@hf-law.com
          Michael S. Kogan   on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com, mkogan@koganlawfirm.com
          Min Park   on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora    on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn    on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman    on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com, swatson@jackscamp.com;iluaces@jackscamp.com
          Mona M. Murphy    on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com, crystal.gaymon@akerman.com
          Nancy F. Loftus    on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting    on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com, lginsberg@lolawfirm.com
          Nathan Jones    on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
          Neil E. McCullagh    on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com
          Nicholas B Malito   on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
          Nicholas W. Whittenburg    on behalf of Creditor   Cleveland Towne Center, LLC nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Oscar Baldwin Fears    on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov, jjacobs@law.ga.gov
          P. Matthew Roberts    on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
          Patrick M. Birney    on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com, jcarrion@rc.com
          Paul J. Pascuzzi    on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul K. Campsen    on behalf of Creditor   CC Grand Junction Investors 1998, LLC pkcampsen@kaufcan.com
          Paul M. Black   on behalf of Creditor   Sony Pictures Home Entertainment Inc. pblack@spilmanlaw.com,   vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley    on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
          Paul Michael Schrader    on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
          Paul S. Bliley    on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall    on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics hall@bwst-law.com,   marbury@bwst-law.com
          Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Peter Barrett    on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg    on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth    on behalf of Creditor   State of New Hampshire Department of Revenue Administration peter.roth@doj.nh.gov
          Peter E. Strniste    on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com, kcooper@rc.com
          Peter G. Zemanian    on behalf of Creditor   Disney Interactive Distribution, et al. pete@zemanianlaw.com
          Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc. jlerner@whitecase.com,jrubalcava@whitecase.com
          Peter M. Pearl    on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
          Philip C. Baxa    on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc. pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
          Philip James Meitl    on behalf of Creditor   Berkadia Commercial Mortgage LLC pj.meitl@bryancave.com,   john.leininger@bryancave.com
          R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
          Rand L. Gelber    on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
          Raymond Pring    on behalf of Creditor Laura Scannell rpring@grossspringlaw.com, rahurley@grossspringlaw.com;cingle@grossspringlaw.com
          Raymond William Battaglia    on behalf of Creditor   Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta    on behalf of Creditor   Bond C.C. I Delaware Business Trust rsaitta@wileyrein.com,   rours@wileyrein.com
          Reid Steven Whitten    on behalf of Creditor   LaSalle Bank National Association, as trustee for C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
          Rhett E. Petcher    on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
          Rhysa Griffith South    on behalf of Creditor   Henrico County, Virginia sou06@co.henrico.va.us
          Richard C. Maxwell    on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com

```
District/off: 0422-7           User: frenchs              Page 9 of 10             Date Rcvd: Feb 17, 2012
                               Form ID: trc               Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Richard D. Scott    on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
              Richard E. Hagerty    on behalf of Attorney   Troutman Sanders LLP
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.webne@troutmansanders.com
              Richard E. Lear    on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
               kimi.odonnell@hklaw.com
              Richard F. Stein    on behalf of Creditor   Internal Revenue Service
               richard.f.stein@irscounsel.treas.gov,    USAVAE.RIC.ECF.BANK@usdoj.gov
              Richard Iain Hutson    on behalf of Creditor   Caribbean Display & Construction, Inc.
               rhutson@weinstocklegal.com
              Richard M. Maseles    on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
              Richard S. Yarow    on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
              Robert A. Canfield    on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com,
               jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
              Robert B. Hill    on behalf of Creditor   Columbia Plaza Joint Venture kcummins@hillrainey.com
              Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor   Office of Attorney General, Pennsylvania Department
               of Revenue redmundson@attorneygeneral.gov
              Robert D. Albergotti    on behalf of Creditor   Universal Display and Fixtures Company
               robert.albergotti@haynesboone.com,    kim.morzak@haynesboone.com;john.middleton@haynesboone.com
              Robert D. Clark    on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
              Robert D. Tepper    on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
               L.L.C. rtepper@sabt.com,    pcoover@sabt.com
              Robert Field Moorman    on behalf of Defendant   Forsythe Solutions Group, Inc.
               rmoorman@moormanlaw.com,    robmoorman@comcast.net
              Robert J. Brown    on behalf of Creditor   CB Richard Ellis / Louisville, LLC
               Lexbankruptcy@wyattfirm.com
              Robert J. Feinstein    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               rfeinstein@pszjlaw.com,    rorgel@pszjlaw.com;dharris@pszjlaw.com
              Robert K. Coulter    on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
               USAVAE.ALX.ECF.BANK@usdoj.gov
              Robert Kenneth Minkoff    on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
               rminkoff@jefferies.com,    mrichards@jefferies.com
              Robert L. Lehane    on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert M. Marino    on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
               rmmarino@rpb-law.com,    rmmarino1@aol.com
              Robert P. McIntosh    on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
               DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
              Robert R. Vieth    on behalf of Defendant   D&H Distributing Co. rvieth@cooley.com
              Robert Ryland Musick    on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com,
               clobou@t-mlaw.com
              Robert S. Westermann    on behalf of Counter-Claimant   Eastman Kodak Company rwestermann@hf-law.com
              Robin S. Abramowitz    on behalf of Creditor   Bond Circuit VIII Delaware Business Trust
               abramowitz@larypc.com
              Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc.
               rbingham@stites.com,    dclayton@stites.com
              Ronald Allen Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com,    rpage@rpagelaw.com
              Ronald G. Dunn    on behalf of Creditor   Savitri Cohen bstasiak@gdwo.net
              Ronald M. Tucker    on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
               cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,antimm@simon.com
              Roy M. Terry    on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Russell R. Johnson    on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
              Ryan C. Day    on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
               sarah.kelly@leclairryan.com
              S. Sadiq Gill    on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
               Company sgill@vanblk.com
              Sara B. Eagle    on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
               efile@pbgc.gov
              Sara L. Chenetz    on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm    on behalf of Debtor   Abbott Advertising Agency, Inc.
               sboehm@mcguirewoods.com,    kcain@mcguirewoods.com;lneilson@mcguirewoods.com
              Satchidananda  Mims    smims21@hotmail.com
              Scott D. Fink    on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker    on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
              Sheila G. de la Cruz    on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
               jbsmith@hf-law.com
              Sheila L. Shadmand    on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
              Stanley M. Salus    on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
               stan.salus@akerman.com,
               crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
              Stephan William Milo    on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
               hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
              Stephanie N. Gilbert    on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com
              Stephen A. Metz    on behalf of Creditor   Saul Holdings Limited Partnership
               smetz@shulmanrogers.com,    nanderson@shulmanrogers.com
```

```
District/off: 0422-7          User: frenchs               Page 10 of 10              Date Rcvd: Feb 17, 2012
                              Form ID: trc                Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Stephen E. Leach    on behalf of Creditor   Children's Discovery Centers of America, Inc.
               sleach@ltblaw.com,
               ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;
               bblosser@ltblaw.com
              Stephen G. Murphy    on behalf of Creditor   Massachusetts Department of Revenue
               Murphys@dor.state.ma.us
              Stephen K. Lehnardt    on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
              Steven H. Greenfeld    on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com,
               cbglawbethesda@gmail.com
              Steven H. Newman    on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
              Steven L. Brown    on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
              Tara B. Annweiler    on behalf of Creditor   American National Insurance Company
               tannweiler@greerherz.com
              Tara L. Elgie    on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
              Terri A. Roberts    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson    on behalf of Defendant   Mitsubishi Electronics America, Inc.
               thadwilson@kslaw.com,    pwhite@kslaw.com
              Thomas David Rethage    on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
               tmurphy@dclawfirm.com,
               rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King    on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
               dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh    on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
              Thomas John McKee    on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,    hallc@gtlaw.com
              Thomas Neal Jamerson    on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
               tomjam2003@yahoo.com
              Thomas Ryan Lynch    on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
              Thomas W. Repczynski    on behalf of Creditor   Graphic Communications, Inc.
               trepczynski@offitkurman.com,    cdixon@offitkurman.com;lschock@offitkurman.com
              Tiffany Strelow Cobb    on behalf of Creditor   AOL LLC tscobb@vorys.com,    bjtobin@vorys.com
              Timothy Francis Brown    on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com,
               giaimo.christopher@arentfox.com
              Tracey Michelle Ohm    on behalf of Creditor   Waste Management, Inc. tohm@stinson.com,
               tmackey@stinson.com
              Travis A. Knobbe    on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com,
               trjohnson@spilmanlaw.com
              Travis Aaron Sabalewski    on behalf of Creditor   IKON Office Solutions, Inc.
               tsabalewski@reedsmith.com,    shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy Savenko    on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
               situated tsavenko@kv-legal.com,    nferenbach@kv-legal.com
              Valerie P. Morrison    on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
               rours@wileyrein.com
              Victoria A. Reardon    on behalf of Creditor   State of Michigan, Department of Treasury
               reardonv@michigan.gov,    jacksonst@michigan.gov
              Victoria D. Garry    on behalf of Creditor   Ohio Bureau of Workers' Compensation
               victoria.garry@ohioattorneygeneral.gov
              Vivienne  Rakowsky    on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
               dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
              W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
              Walter Laurence Williams    on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
              Wanda  Borges    on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake
               wroenker@cityofchesapeake.net
              William  Heuer    on behalf of Transferee   Korea Export Insurance Corporation
               wheuer@duanemorris.com
              William A. Broscious    on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
              William A. Burnett    on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
              William A. Gray    on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Wood    on behalf of Creditor   Panattoni Development Company, Inc. as Agent for Charles
               L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
               chris.tillmanns@bgllp.com
              William B. Cave    on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
              William C. Crenshaw    on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com
              William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
              William Daniel Prince    on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com
              William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
              William H. Schwarzschild    on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
              Wm. Joseph A. Charboneau    on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
               aford@mglspc.com
              Zachary  Mosner    on behalf of Creditor   Washington State Taxing Agencies BCUMosner@atg.wa.gov
                                                                                              TOTAL: 410
```