| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>,[1] | : | Case No. 08-35653-KRH |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON FEBRUARY 21, 2012 AT 2:00 P.M. (EASTERN)

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on February 21, 2012 beginning at 2:00 p.m. Eastern.

**I.    MOTIONS TO DISMISS**

1.   *Siegel v. Michael E. Foss, et al.*; Case No. 10-03619; Motion to Dismiss Pleading Plaintiff Alfred H. Siegel's Amended Complaint (Related Document(s) 4 Amended Complaint filed by Alfred H. Siegel) filed by William A. Gray of Sands Anderson PC on behalf of Brian S. Bradley, Bruce H. Besanko, David L. Mathews, et al. (Docket No. 17)

   Related Documents:

   a.   Brief *in Support of Defendants' Motion to Dismiss the Trustee's First Amended Complaint* (Re: related document(s) 4 Amended Complaint filed by Alfred H. Siegel, 17 Motion to Dismiss Pleading filed by Michael E. Foss, George D. Clark, Jr., Philip J. Dunn, Philip J. Schoonover, et al. (Docket No. 18)

   b.   Exhibit *A to Defendants' Brief In Support of Their Motion to Dismiss the Trustee's First Amended Complaint* (Re: related document(s) 18 Brief filed by Steven P. Pappas, Michael E. Foss, George D. Clark, Jr., Philip J. Dunn, Philip J. Schoonover, et al. (Docket No. 19)

   c.   Exhibit *B to Defendants' Brief in Support of Their Motion to Dismiss the Trustee's First Amended Complaint* (Re: related document(s) 18 Brief filed by Steven P. Pappas, Michael E. Foss, George D. Clark, Jr., Philip J. Dunn, Philip J. Schoonover, et al. (Docket No. 20)

   d.   Notice of Hearing *and Notice of Motion* (Re: related document(s) 17 Motion to Dismiss Pleading filed by Michael E. Foss, George D. Clark, Jr., Philip J. Dunn, Philip J. Schoonover, et al. (Docket No. 21)

   e.   Stipulation *for Continuance of Hearing and Extension of Response Deadline to Defendants' Motion to Dismiss the Trustee's First Amended Complaint* By Bruce H. Besanko, Brian S. Bradley, Kelly E. Breitenbecher, et al. (Docket No. 22)

   f.   CONTINUED for status hearing with parties reserving rights, etc., as set out in stipulation being submitted by parties (Re: related document(s)[4] Amended Complaint filed by Alfred H. Siegel) Status Conference set for 9/21/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 23)

   g.   Order Continuing Hearing (Re: related document(s)[17] Motion to Dismiss Pleading filed by Michael E. Foss, George D. Clark, Philip J. Dunn, Philip J. Schoonover, Ronald G. Cuthbertson, Eric A. Jonas, Marc J. Sieger, Randall W. Wick, Reginald D. Hedgebeth, John J. Kelly, David L. Mathews, Irynne V. MacKay, Steven P. Pappas, Peter C. Weedfald, Marshall J. Whaling, Bruce H. Besanko, John T. Harlow, Jeffrey S. Stone, Brian S. Bradley, Kelly E.

        Breitenbecher, William E. McCorey) Hearing scheduled 9/21/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 25)

h.     Docket Entry - Motion to Dismiss continued for Status Hearing(Re: related document(s)[17] Motion to Dismiss Pleading filed by Michael E. Foss, George D. Clark, Philip J. Dunn, Philip J. Schoonover, Ronald G. Cuthbertson, Eric A. Jonas, Marc J. Sieger, Randall W. Wick, Reginald D. Hedgebeth, John J. Kelly, David L. Mathews, Irynne V. MacKay, Steven P. Pappas, Peter C. Weedfald, Marshall J. Whaling, Bruce H. Besanko, John T. Harlow, Jeffrey S. Stone, Brian S. Bradley, Kelly E. Breitenbecher, William E. McCorey) Hearing scheduled 12/20/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Pltf.; Wm. Gray for Deft. (Docket No. 27)

i.     Hearing continued; (Re: related document(s)[17] Motion to Dismiss Pleading filed by Michael E. Foss, George D. Clark, Philip J. Dunn, Philip J. Schoonover, Ronald G. Cuthbertson, Eric A. Jonas, Marc J. Sieger, Randall W. Wick, Reginald D. Hedgebeth, John J. Kelly, David L. Mathews, Irynne V. MacKay, Steven P. Pappas, Peter C. Weedfald, Marshall J. Whaling, Bruce H. Besanko, John T. Harlow, Jeffrey S. Stone, Brian S. Bradley, Kelly E. Breitenbecher, William E. McCorey) Hearing scheduled 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Pltf.; W. Gray for Defts. (Docket No. 28)

Objection
Deadline:     Continued generally by agreement

Objections/
Responses
Filed:

Status:     The parties are continuing settlement discussions in the underlying adversary proceeding. The parties, therefore, desire that a status hearing on this matter be conducted on March 21, 2012 at 2:00 p.m.

## II.   PRETRIAL HEARINGS

2.   *Siegel v. Disney Interactive Distribution, et al.;* Case No. 10-3235-KRH; Notice of Rescheduled Pre-Trial Conference *(Notice of Pretrial Scheduling Conference)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 11/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

Related
Documents:

    a.    Pre-Trial Conference Continued; (Re: related document(s)[1] Complaint filed by Alfred H. Siegel) Pre-Trial Conference set for 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Pltf. (Docket No. 14)

    b.    Order Continuing Pre-Trial Conference;. Pre-Trial Conference set for 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 15)

3.    *Siegel v. WLS Television, Inc.;* Case No. 10-3669-KRH; Notice of Rescheduled Pre-Trial Conference *(Notice of Pretrial Scheduling Conference)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 11/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

Related
Documents:

    a.    Docket Entry - Pre-Trial Conference Continued; (Re: related document(s)[1] Complaint filed by Alfred H. Siegel) Pre-Trial Conference set for 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia . L. Tavenner for Pltf. (Docket No. 14)

    b.    Order Continuing Pre-Trial Conference;. Pre-Trial Conference set for 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia, (Docket No. 15)

4.    *Siegel v. ESPN, Inc., dba ESPN2;* Case No. 10-3649; Notice of Rescheduled Pre-Trial Conference *(Notice of Pretrial Scheduling Conference)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 11/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

Related
Documents:

    a.    Docket Entry - Pre-Trial Conference Continued; (Re: related document(s)[1] Complaint filed by Alfred H. Siegel) Pre-Trial Conference set for 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Pltf. (Docket No. 13)

    b.    Order Continuing Pre-Trial Conference;. Pre-Trial Conference set for 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 14)

5.   *Siegel v. Buena Vista Home Entertainment, Inc.;* Case No. 10-3587-KRH; Notice of Rescheduled Pre-Trial Conference *(Notice of Pretrial Scheduling Conference)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 11/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

   Related Documents:

   a.   Docket Entry - Pre-Trial Conference Continued; (Re: related document(s)[1] Complaint filed by Alfred H. Siegel) Pre-Trial Conference set for 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Pltf. (Docket No. 14)

   b.   Order Continuing Pre-Trial Conference;. Pre-Trial Conference set for 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia, (Docket No. 15)

6.   *Siegel v. American Broadcasting Companies, Inc., dba WABC TV;* Case No. 10-3230-KRH; Notice of Rescheduled Pre-Trial Conference *(Notice of Pretrial Scheduling Conference)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 11/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

   Related Documents:

   a.   Docket Entry - Pre-Trial Conference Continued; (Re: related document(s)[1] Complaint filed by Alfred H. Siegel) Pre-Trial Conference set for 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Pltf. (Docket No. 14)

   b.   Order Continuing Pre-Trial Conference;. Pre-Trial Conference set for 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 15)

7.   *Siegel v. ABC Holding Company, Inc., dba KABC TV;* Case No. 10-3622-KRH; Notice of Rescheduled Pre-Trial Conference *(Notice of Pretrial Scheduling Conference)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 11/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

   Related Documents:

   a.   Docket Entry - Pre-Trial Conference Continued; (Re: related document(s)[1] Complaint filed by Alfred H. Siegel) Pre-Trial Conference set for 2/21/2012 at

02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Pltf. (Docket No. 17)

  b.  Order Continuing Pre-Trial Conference;. Pre-Trial Conference set for 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 18).

8. *Siegel v. KGO Television, Inc., aka KGO-TV, and ABC, Inc.;* Case No. 10-3729; Notice of Rescheduled Pre-Trial Conference *(Notice of Pretrial Scheduling Conference)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 11/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

   Related Documents:

   a.  Docket Entry - Pre-Trial Conference Continued; (Re: related document(s)[1] Complaint filed by Alfred H. Siegel) Pre-Trial Conference set for 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Pltf. (Docket No. 14)

   b.  Order Continuing Pre-Trial Conference;. Pre-Trial Conference set for 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia, (Docket No. 15)

9. *Siegel v. KTRK Television, Inc.;* Case No. 10-3504; Notice of Rescheduled Pre-Trial Conference *(Notice of Pretrial Scheduling Conference)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 11/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

   Related Documents:

   a.  Docket Entry - Pre-Trial Conference Continued; (Re: related document(s)[1] Complaint filed by Alfred H. Siegel) Pre-Trial Conference set for 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Pltf. (Docket No. 14)

   b.  Order Continuing Pre-Trial Conference;. Pre-Trial Conference set for 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia, (Docket No. 15)

10. *Siegel v. WPVI Television, LLC, et al.;* Case No. 10-3484-KRH; Notice of Rescheduled Pre-Trial Conference *(Notice of Pretrial Scheduling Conference)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 11/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

Related Documents:

a. Docket Entry - Pre-Trial Conference Continued; (Re: related document(s)[1] Complaint filed by Alfred H. Siegel) Pre-Trial Conference set for 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Pltf. (Docket No. 13)

b. Order Continuing Pre-Trial Conference;. Pre-Trial Conference set for 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 14)

### III. ADVERSARY PROCEEDING

11. *Siegel v. Russellville Steel Company, Inc.,* 10-03317-KRH

    Related Documents:

    a. Joint Stipulation - *STIPULATION OF UNDISPUTED FACTS FOR PURPOSES OF TRIAL BY COURT BASED SOLELY ON STIPULATED FACTS, TRIAL BRIEFS AND ORAL ARGUMENT* By Alfred H. Siegel and Between Defendant filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Attachments: # 1 Exhibit(s) 1 - 3)(Beran, Paula)

    b. Brief *(Plaintiff's Trial Brief)* (Re: related document(s)1 Complaint filed by Alfred H. Siegel, 9 Pre-Trial Order, 11 Stipulation filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Tavenner, Lynn)

    c. Memorandum filed by Douglas Scott of Douglas A. Scott, PLC on behalf of Russellville Steel Company, Inc.. (Attachments: # 1 Exhibits)(Scott, Douglas)

    d. Order Setting Oral Argument (Re: related document(s)9 Pre-Trial Order) Hearing scheduled 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

    e. Motion to Strike - *Plaintiff's Objection to, and Motion to Strike, Exhibit C to Trial Memorandum of Russellville Steel Company, Inc. for Violation of Stipulation of Undisputed Facts for Purposes of Trial (Etc.)* (Re: related document(s)[11] Stipulation filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Tavenner, Lynn)

| | |
|---|---|
| Dated: Richmond, Virginia<br>February 20, 2012 | TAVENNER & BERAN, PLC<br><br>_/s/ Paula S. Beran_____<br>Lynn L. Tavenner (VA Bar No. 30083)<br>Paula S. Beran (VA Bar No. 34679)<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>(804) 783-8300<br><br>- and -<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>(310) 277-6910<br><br>- and –<br><br>Robert J. Feinstein, Esq.<br>John A. Morris, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 36th Floor<br>New York, New York 10017<br>(212) 561-7700<br><br>Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust |