IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al., | ) | Case No. 08-35653 (KRH) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that, by this notice of appearance ("Notice of Appearance"), the firms listed below hereby appear in the above-captioned, jointly administered cases under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") as counsel for Old Republic Insurance Company ("Old Republic") pursuant to § 1109 of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure. Counsel hereby requests, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings, and other papers given or filed in these cases be served upon them at the following addresses:

> Robert S. Westermann, Esq.
> Sheila deLa Cruz, Esq.
> Hirschler Fleischer, P.C.
> P.O. Box 500
> Richmond, Virginia 23218-0500
> Telephone: (804) 771-9500
> Facsimile: (804) 644-0957
> E-mail: rwestermann@hf-law.com
>         sdelacruz@hf-law.com

| | |
|---|---|
| Robert S. Westermann (VSB No. 43294) | Margaret M. Anderson, Esq. |
| Sheila deLa Cruz (VSB No. 65395) | Fox, Hefter, Swibel, Levin & Carroll, LLP |
| Hirschler Fleischer, P.C. | 200 West Madison Street, Suite 3000 |
| Post Office Box 500 | Chicago, Illinois 60606 |
| Richmond, Virginia 23218-0500 | (312) 224-1224 |
| (804) 771-9500 | (312) 224-1201 (fax) |
| (804) 644-0957 (fax) | Counsel for Old Republic Insurance Company |
| Counsel for Old Republic Insurance Company | |

AND

Margaret M. Anderson, Esq.
Fox, Hefter, Swibel, Levin & Carroll, LLP
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 224-1224
Facsimile: (312) 224-1201
E-mail: panderson@fhslc.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, electronic or computer means, facsimile transmission, telegraph, telex, or otherwise that (1) affect any of the above-captioned debtors (the "Debtors"), any property of the Debtors, or any property in which the Debtors hold an interest; and/or (2) affect or seek to affect in any way any rights or interests of any party in interest in this proceeding.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Old Republic (i) to have final orders in noncore matters entered only after *de novo* review by a District Court, (ii) to trial by jury in any proceeding so triable in these cases, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which Old Republic is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 21, 2012

                          OLD REPUBLIC INSURANCE COMPANY

                          By:  /s/ Robert S. Westermann
                              Robert S. Westermann (VSB No. 43294)
                              Sheila deLa Cruz (VSB No. 65395)
                              Hirschler Fleischer, P.C.
                              P.O. Box 500
                              Richmond, Virginia 23218-0500
                              (804) 771-9500
                              (804) 644-0957 (fax)
                              E-mail: rwestermann@hf-law.com
                                       sdelacruz@hf-law.com

                          AND

                          Margaret M. Anderson, Esq.
                          Fox, Hefter, Swibel, Levin & Carroll, LLP
                          200 West Madison Street, Suite 3000
                          Chicago, Illinois 60606
                          (312) 224-1224
                          (312) 224-1201 (fax)
                          panderson@fhslc.com

                          *Counsel for Old Republic Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February 2012, a true and correct copy of the foregoing Notice of Appearance and Request for Service was filed and served electronically using the Court's ECF System which caused a copy to be e-mailed to all parties in interest registered to receive ECF notice in these cases.

/s/ Robert S. Westermann
Counsel