UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.* | ) | Case No.: 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |

NOTICE OF WITHDRAWAL OF APPEARANCE

To: The Clerk of Court and all entities comprising the Primary Service List.

   1.   The undersigned filed a request for notice or notice of appearance under Bankruptcy Rule 9010(b) on February 18, 2009.

   2.   You are hereby notified that such request for notice or notice of appearance is withdrawn.

Dated:    February 24, 2012          SEA Properties I, LLC

                                     By counsel


Counsel:

CLEMENT & WHEATLEY
549 Main Street
P.O. Box 8200
Danville, VA 24543-8200
TELEPHONE: (434)793-8200
FACSIMILE: (434)793-8436
bentleyd@clementwheatley.com

/s/ Darren W. Bentley
Darren W. Bentley (VSB# 48092)


CERTIFICATE OF SERVICE

   I hereby certify that on February 24, 2012, the foregoing was filed electronically with the U.S. Bankruptcy Court and was served by electronic mail pursuant to the Court's CM/ECF Noticing System on those entities comprising the Primary Service List in compliance with the Order establishing Notice, Case Management and Administrative Procedures.

                                       /s/ Darren W. Bentley
                                       Darren W. Bentley