| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Co-Counsel to Circuit City Stores, Inc.
    Liquidating Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

---------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC., <u>et al.</u>, :
: Jointly Administered
Debtors.[1] :
:
---------------------------------------------------------x

**<u>CERTIFICATE OF SERVICE</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identifications numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC  (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

I, Veronica M. Street, under penalty of perjury, state that I am employed by Tavenner & Beran, PLC, co-counsel for the Circuit City Stores, Inc. Liquidating Trust.

On January 20, 2012, copies of the following document were served via first class mail upon the parties set forth on the service lists attached hereto as **Exhibit A**.

1. **Order Addressing Liquidating Trust's Thirteenth Omnibus Objection to Prior Claim Number 369 of Andrew Grosse (Docket No. 11664)**

On January 20, 2012, copies of the following document were served via first class mail upon the parties set forth on the service lists attached hereto as **Exhibit B**.

1. **Order Sustaining Liquidating Trust's Twelfth Omnibus Objection to Disallow Claim Number 13339 of Kenneth Duda (Docket No. 11665)**

On January 20, 2012, copies of the following document were served via first class mail upon the parties set forth on the service lists attached hereto as **Exhibit C**.

1. **Order Addressing Liquidating Trust's Nineteenth Omnibus Objection to Certain Employee Priority Claims:  No Liability; Not Entitled to Priority; Allow up to the Statutory Cap, and Reclassify, as Applicable (Miscellaneous HR Priority Claims) (Docket No. 11666)**

On January 20, 2012, copies of the following document were served via first class mail upon the parties set forth on the service lists attached hereto as **Exhibit D**.

1. **Order Addressing Liquidating Trust's Twenty-Second Omnibus Objection to HR Priority Claim Number 14620 of Richard T. Millar, Jr. (Docket No. 11667)**

Dated:  February 24, 2012             ___/s/ Veronica M. Street_____
                                                                Name

Filed This 24th Day of February, 2012          BY:  TAVENNER & BERAN, PLC

          __/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

*Co-Counsel for Circuit City Stores, Inc.
Liquidating Trust*

## **EXHIBIT A**

Andrew Grosse
1884 Red Oak Ln.
Spring Grove, IL  60081


Andrew Grosse
351533 Indian Trail
Ingleside, IL  60041

## **EXHIBIT B**

Kenneth R. Duda
12713 Forest Mill Drive
Midlothian, VA  23112-7023

Kenneth R. Duda
747 Twin Leaf Drive
Collierville, TN  38017

## **EXHIBIT C**

Patricia C. Giordano
760 Durham Rd.
Pineville, PA  18946

Anne L. Thumann
7086 Lionshead Pkwy.
Littleton, CO  80124

# **EXHIBIT D**

Richard T. Miller, Jt.
2507 Sawtimber Trail
West Chester, PA  19380