Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Co-Counsel to Circuit City Stores, Inc.
   Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------x
            :  Chapter 11
In re:      :
            :  Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC., et al.,  :
            :  Jointly Administered
        Debtors.[1]  :
            :
------------------------------------------------------x

## CERTIFICATE OF SERVICE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identifications numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

I, Veronica M. Street, under penalty of perjury, state that I am employed by Tavenner & Beran, PLC, co-counsel for the Circuit City Stores, Inc. Liquidating Trust.

Pursuant to an Order Establishing Supplemental Bar Date for Filing Requests for Payment of Administrative Expenses for Specified Individuals and Related Relief (Docket No. 11714), entered on February 14, 2012, copies of the following documents were served on February 17, 2012, via first class mail upon the parties set forth on the service list attached hereto as Exhibit A.

1. **Personal Injury Claim Letters dated February 17, 2012. [See sample attached as Exhibit B.]**

Dated:   February 27, 2012           /s/ Veronica M. Street
                                      Name

Filed This 27th Day of February, 2012       BY: TAVENNER & BERAN, PLC

/s/ Paula S. Beran
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

*Co-Counsel for Circuit City Stores, Inc. Liquidating Trust*

## EXHIBIT A

W. J. Korecki
16733 Lakeview Avenue
Spring Lake, MI  49456

Karen Clinton
c/o Robert T. Lepore
Menefee & Lepore
42825 N. 10th Street West
Lancaster, CA  93534

Chris Michael
1421 Camelot Drive
Easton, PA  18045


Aron Fischer
35 Roosevelt Ave., 3
Spring Valley, NY  10977


Lenore Leary
1509 South Grant St.
San Mateo, CA  94404


Mary Restivo
1109 Bristol Wood Street
Brandon, FL  33510

Robert E. Marshall
77 Little Addition Road
Davisville, WV  26142


Carole Kaylor
2701 Fairway Dr.
Altoona, PA  16602



Aisha Maze
1473 9th Street
Oakland, CA  94607



Pam Ziegler
P.O. Box 580630
Elk Grove, CA  95758


John Russell
42435 Hollyhock Terrace
Ashburn, VA  20148



**PACHULSKI
STANG
ZIEHL
JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910

FACSIMILE: 310/201 0760


SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010


DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400


NEW YORK
788 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

<u>**EXHIBIT B**</u>

February 17, 2012

Re:   **In re Circuit City, Inc.**
      <u>**Case No. 08-35653**</u>

Dear _____:

   As you are probably aware, Circuit City, Inc. and various of its affiliated entities (collectively, the "Former Debtors") filed for protection under chapter 11 of the United States Bankruptcy Code on November 10, 2008, with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court"), administered under Case No. 08-35653. On September 14, 2010, the Bankruptcy Court entered its order confirming the *Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") and establishing the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"). The Plan became effective on November 1, 2010.

   The Liquidating Trust, pursuant to the Plan and the Confirmation Order, is duly authorized to investigate, prosecute, enforce, compromise, settle, adjust, collect or otherwise dispose of claims and causes of action on behalf of, or against, the Former Debtors. It has come to the attention of the Liquidating Trust that you have asserted a personal injury claim against one or more of the Former Debtors and that such alleged claim arose after the November 10, 2008 petition date. Further, the Liquidating Trust's research suggests that you did not receive the official Notice of the deadline for filing claims that arose after the petition date.

   This letter shall serve as notice that (1) you must file a claim with the Bankruptcy Court if you wish to pursue your claim against the Former Debtors, and (2) the deadline for filing your claim with the Bankruptcy Court is **<u>MARCH 30, 2012</u>**. If you choose to file a claim, you must do so in writing with with the Bankruptcy Court at:

PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

                        Clerk of Court
             United States Bankruptcy Court
        710 East Broad Street, Suite 4000
                Richmond, Virginia 23219

or electronically at www.vaeb.uscourts.gov.

     You must serve a copy of your request of your claim on counsel for the Liquidating Trust at the below address:

                Lynn L. Tavenner, Esq.
                Paula S. Beran, Esq.
            TAVENNER & BERAN, PLC
       20 North Eighth Street, 2nd Floor
               Richmond, Virginia 23219

                        and

                Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
     10100 Santa Monica Blvd., 13th Floor
       Los Angeles, California 900676-4100

     If you have any questions regarding the above, please contact Andrew Caine at 310.277.6910 or acaine@pszjlaw.com.

                     Very truly yours,


                     /s/ Andrew Caine



SEM:
Enclosure