Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York  10017
Telephone: 212-561-7700
Telecopy: 212-561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S TWENTY-FIFTH
OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS) SOLELY WITH RESPECT TO THE
<u>CLAIM OF VELODYNE ACOUSTICS INC.  (CLAIM NO. 9154)</u>**

On October 31, 2011, the Circuit City Stores, Inc. Liquidating Trust filed the *Liquidating Trust's Twenty-Fifth Omnibus Objection To Claims (Reduction of Certain Partially Invalid Claims)* ("<u>Twenty-Fifth Omnibus Objection</u>") [Docket No. 11403] in these cases.  The Twenty-Fifth Omnibus Objection contained an objection to Claim No. 9154 filed by Velodyne Acoustics, Inc.

The *Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") was confirmed on September 10, 2010 became effective on November 1, 2010.  Pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidating Trust assumed the right and responsibility of claims resolution in these cases.

The Liquidating Trust hereby withdraws the Twenty-Fifth Omnibus Objection solely with respect to Claim No. 9154 filed by Velodyne Acoustics, Inc.

TAVENNER & BERAN, P.L.C.

　　　*/s/Paula S. Beran*　　　　　　　
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Seventieth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
　　　　pberan@tb-lawfirm.com

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
　　　　jpomerantz@pszjlaw.com
　　　　acaine@pszjlaw.com

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*