Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York  10017
Telephone:  212-561-7700
Telecopy:  212-561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S SEVENTH OMNIBUS
OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID
CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS AND
RECLASSIFICATION OF CERTAIN INCORRECTLY CLASSIFIED
CLAIMS)  SOLELY WITH RESPECT TO THE CLAIM OF PPL
<u>ELECTRIC UTILITIES CORPORATION (CLAIM NO. 13266)</u>**

On February 25, 2011, the Circuit City Stores, Inc. Liquidating Trust filed the

*Liquidating Trust's Seventh Omnibus Objection To Claims (Reduction of Certain Partially*

*Invalid Claims, Disallowance of Certain Invalid Claims and Reclassification of Certain*

*Incorrectly Classified Claims)* ("<u>Seventh Omnibus Objection</u>") [Docket No. 10045] in these

cases.  The Seventh Omnibus Objection contained an objection to Claim No. 13266 filed by PPL

Electric Utilities Corporation.

The *Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") was confirmed on September 10, 2010 became effective on November 1, 2010. Pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidating Trust assumed the right and responsibility of claims resolution in these cases.

The Liquidating Trust hereby withdraws the Seventh Omnibus Objection solely with respect to Claim No. 13266 filed by PPL Electric Utilities Corporation.

          TAVENNER & BERAN, P.L.C.

             */s/Paula S. Beran*
          Lynn L. Tavenner (VA Bar No. 30083)
          Paula S. Beran (VA Bar No. 34679)
          20 North Seventieth Street, 2nd Floor
          Richmond, Virginia 23219
          Telephone: 804-783-8300
          Facsimile: 804-783-0178
          Email: ltavenner@tb-lawfirm.com
                 pberan@tb-lawfirm.com

          -and-

          Richard M. Pachulski (CA Bar No. 90073)
          Robert J. Feinstein (NY Bar No. RF-2836)
          Jeffrey N. Pomerantz (CA Bar No. 143717)
          Andrew W. Caine (CA Bar No. 110345)
          PACHULSKI STANG ZIEHL & JONES LLP
          10100 Santa Monica Blvd., 13th Floor
          Los Angeles, California 90067-4100
          Telephone: 310-277-6910
          Facsimile:  310-201-0760
          E-mail:rfeinstein@pszjlaw.com
                 jpomerantz@pszjlaw.com
                 acaine@pszjlaw.com

          *Counsel to the Circuit City Stores, Inc.*
           *Liquidating Trust*