Justin D. Leonard
jleonard@balljanik.com
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, OR  97204
Telephone:  (503) 228-2525
Facsimile:   (503) 295-1058

*Attorneys for Andrews Electronics, Inc.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtor. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST TO BE REMOVED FROM MATRIX AND ECF E-NOTICING**

PLEASE TAKE NOTICE that, in light of the global settlement between the Trustee and creditor Andrews Electronics, Inc., the law firm of Ball Janik LLP hereby withdraws its Notice of Appearance dated November 20, 2008 in the above-captioned case and further requests that it, counsel Justin D. Leonard, and all associated firm personnel be removed from the matrix and all further ECF e-noticing in this case.

Dated:    February 29, 2012

> BALL JANIK LLP
> *Attorneys for Andrews Electronics, Inc.*
>
> By:    /s/ Justin D. Leonard
>        Justin D. Leonard, OSB 033736
>        101 SW Main Street, Suite 1100
>        Portland, OR  97204
>        Tel: (503) 228-2525 / Fax: (503) 295-1058
>        jleonard@balljanik.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of February, 2012, the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, using the Court's ECF System, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter.

                                  /s/ Justin D. Leonard
                                  Justin D. Leonard