# **EXHIBIT C**

2/17/2012
5:30 pm

# Macon County

## Parcel Data Sheet

Printed from Web

Parcel #: 07-07-26-301-023

Page 1

## General Information

| | | | |
|---|---|---|---|
| Location: | 265 E ASH AVE DECATUR | Tax Year: | 2008 |
| | | Property Use: | 0060 COMM BUSINESS |
| Township: | HICKORY POINT | Tax Code: | 07122 |
| Subdivision: | | Tax Bill #: | 8487 |
| Sec/Lot: | 26 | Alternate Parcel #: | 07-26-301-023 |
| Legal Township: | 17 | Assessment Type: | Locally Assessed |
| Range/Blk: | 2E | State Assessed Value: | 0 |
| | | TIF Base Value: | 0 |

Legal Description:
BLACKSTONE ADD
LOT 3
CIRCUIT CITY MALL
02BK3175/358

| | |
|---|---|
| Acreage: | |
| Homesite: | 2.980 |
| Other Taxable: | 0.000 |
| Non Taxable: | 0.000 |
| Total: | 2.980 |

| | |
|---|---|
| Year Begin: | 0 |
| Subdivided From Parcel: | - - - - |
| Year Retired: | 0 |
| Combined Into Parcel: | - - - - |

## Valuations

| | Local Assessed | Supervisor Assessed | Supervisor Equalized | Board of Review Assessed | Board of Review Equalized | State Equalized |
|---|---|---|---|---|---|---|
| Land Lot: | 199,663 | 199,663 | 205,653 | 205,653 | 205,653 | 205,653 |
| Farm Land: | 0 | 0 | 0 | 0 | 0 | 0 |
| Buildings: | 738,908 | 738,908 | 761,075 | 761,075 | 761,075 | 761,075 |
| Farm Bldg: | 0 | 0 | 0 | 0 | 0 | 0 |
| | 938,571 | 938,571 | 966,728 | 966,728 | 966,728 | 966,728 |

## Exemptions

| | |
|---|---|
| 1977 Base Value: | 100 |
| Senior Freeze Base: | 0 |

| Description | Amount |
|---|---|

## Sales

| Date | Sale Price | Document Number |
|---|---|---|
| 10/01/2009 | 0 | BK4025 PG265* |
| 11/01/2010 | 2,850,000 | BK4106 PG503 |

## Taxes

| | | | |
|---|---|---|---|
| Previous Forfeited: | 0.00 | Tax Code Rate: | 8.88378 |
| Current Taxes: | 85,882.00 | Payment Status: | Collected |

## Payments

2/17/2012
5:30 pm

Printed from Web

# Macon County
## Parcel Data Sheet
Parcel #: 07-07-26-301-023

Page 2

| Date | Payor | Taxes | Interest | Fees | Total |
|---|---|---|---|---|---|
| 06/11/2009 | FIRST AMERICAN COM RE SER | 42,941.00 | 0.00 | 0.00 | 42,941.00 |
| 09/01/2009 | BARKAU FAMILY LIMITED | 42,941.00 | 0.00 | 0.00 | 42,941.00 |

2/17/2012
5:26 pm

# Macon County

## Parcel Data Sheet

Printed from Web      Parcel #: 07-07-26-301-025      Page 1

### General Information

| | | | |
|---|---|---|---|
| Location: | 215 E ASH AVE DECATUR | Tax Year: | 2008 |
| | | Property Use: | 0060  COMM BUSINESS |
| Township: | HICKORY POINT | Tax Code: | 07122 |
| Subdivision: | | Tax Bill #: | 8488 |
| Sec/Lot: | 26 | Alternate Parcel #: | 07-26-301-025 |
| Legal Township: | 17 | Assessment Type: | Locally Assessed |
| Range/Blk: | 2E | State Assessed Value: | 0 |
| | | TIF Base Value: | 0 |

Legal Description:
    BLACKSTONE ADD
    LOT 1
    QUIZINO ETC
    02BK3175/358    IRREG

| | |
|---|---|
| Acreage: | |
| Homesite: | 0.500 |
| Other Taxable: | 0.000 |
| Non Taxable: | 0.000 |
| Total: | 0.500 |
| Year Begin: | 0 |
| Subdivided From Parcel: | - - - - |
| Year Retired: | 0 |
| Combined Into Parcel: | - - - - |

### Valuations

| | Local Assessed | Supervisor Assessed | Supervisor Equalized | Board of Review Assessed | Board of Review Equalized | State Equalized |
|---|---|---|---|---|---|---|
| Land Lot: | 25,935 | 25,935 | 26,713 | 26,713 | 26,713 | 26,713 |
| Farm Land: | 0 | 0 | 0 | 0 | 0 | 0 |
| Buildings: | 95,180 | 95,180 | 98,035 | 98,035 | 98,035 | 98,035 |
| Farm Bldg: | 0 | 0 | 0 | 0 | 0 | 0 |
| | 121,115 | 121,115 | 124,748 | 124,748 | 124,748 | 124,748 |

### Exemptions

| | |
|---|---|
| 1977 Base Value: | 100 |
| Senior Freeze Base: | 0 |

| Description | Amount |
|---|---|

### Sales

| Date | Sale Price | Document Number |
|---|---|---|
| 10/01/2009 | 0 | BK4025 PG265* |
| 03/01/2011 | 0 | BK4129 PG716* |

### Taxes

| | | | |
|---|---|---|---|
| Previous Forfeited: | 0.00 | Tax Code Rate: | 8.88378 |
| Current Taxes: | 11,082.34 | Payment Status: | Collected |

### Payments

2/17/2012  
5:26 pm

# Macon County
## Parcel Data Sheet

Printed from Web

Parcel #: 07-07-26-301-025

Page 2

| Date | Payor | Taxes | Interest | Fees | Total |
|---|---|---|---|---|---|
| 06/11/2009 | FIRST AMERICAN COM RE SER | 5,541.17 | 0.00 | 0.00 | 5,541.17 |
| 09/01/2009 | BARKAU FAMILY LIMITED | 5,541.17 | 0.00 | 0.00 | 5,541.17 |