Anne G. Bibeau (VSB #41477)
David W. Lannetti (VSB #44273)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670
dlannetti@vanblk.com
abibeau@vanblk.com

Jerrell E. Williams (VSB #75570)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA  23218
Tel. 804-237-8800
Fax 804-237-8801
jwilliams@vanblk.com

*Counsel for Orangefair Marketplace, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC. | : | |
| et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | |

**ORANGEFAIR MARKETPLACE LLC'S RESPONSE TO LIQUIDATING TRUST'S TWENTY-EIGHTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY  INVALID CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE FILED CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

Orangefair Marketplace LLC ("Orangefair"), by counsel, responds as follows to the Liquidating Trust's Twenty-Eighth Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, and Disallowance of Certain Amended Claims) ("Twenty-Eighth Omnibus Objection") [Doc. 11445]:

1. Orangefair filed Claim No. 13085 on May 29, 2009, in the amount of $640,198.46, for rents that debtor Circuit City Stores, Inc. ("Debtor") owed Orangefair for a lease of property owned by Orangefair.

2. In the Twenty-Eighth Omnibus Objection, the Trust objects to Orangefair's Claim No. 13085 on the grounds that it is duplicative of Claim No. 8512. Claim No. 8512 was filed by Wells Fargo Bank NA ("Wells Fargo").

3. Wells Fargo has no interest in Orangefair's lease or the real property that Debtor rented from Orangefair. Wells Fargo thus has no right to the amounts claimed by Orangefair in Claim No. 13085 or the amounts Wells Fargo claims in its Claim No. 8512. Claim No. 8512 is invalid and should be expunged.

1. On February 29, 2012, Wells Fargo's attorney, Jeffrey Snyder with the firm Bilzin Sumberg Baena Price & Axelrod LLP, acknowledged to Tanya Nielsen of Orangefair that Wells Fargo's Claim No. 8512 was invalid and should be expunged in favor of Orangefair's Claim No. 13085. Claim No. 8512 was filed by Wells Fargo Bank NA ("Wells Fargo").

2. Wells Fargo has no interest in Orangefair's lease or the real property that Debtor rented from Orangefair. Wells Fargo thus has no right to the amounts claimed by Orangefair in Claim No. 13085 or the amounts Wells Fargo claims in its Claim No. 8512. Claim No. 8512 is invalid and should be expunged.

3. On February 29, 2012, Wells Fargo's attorney, Jeffrey Snyder with the firm Bilzin Sumberg Baena Price & Axelrod LLP, acknowledged to Tanya Nielsen of Orangefair that Wells Fargo's Claim No. 8512 was invalid and should be expunged in favor of Orangefair's Claim No. 13085.

WHEREFORE, the Court should overrule the Twenty-Eighth Omnibus Objection as it pertains to Orangefair's Claim No. 13085 and allow Claim No. 13085 in full.

/s/ Anne G. Bibeau
Anne G. Bibeau (VSB #41477)
David W. Lannetti (VSB #44273)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670
dlannetti@vanblk.com
abibeau@vanblk.com

Jerrell E. Williams (VSB #75570)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA  23218
Tel. 804-237-8800
Fax 804-237-8801
jwilliams@vanblk.com

*Counsel for Orangefair Marketplace LLC*

**CERTIFICATE OF SERVICE**

      I certify that on March 1, 2011, I will file the preceding with the Court's CM/ECF system which will cause a copy of it to be electronically served on all users registered to receive electronic notice in this case; and will mail to the following:

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100
Email:  jpomerantz@pszjlaw.com
acaine@pszjlaw.com

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA  23219
E-mail:  ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

Jeffrey Snyder, Esq.
Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Blvd. Ste. 2500
Miami, FL  33131

        /s/ Anne G. Bibeau
        Anne G. Bibeau (VSB #41477)
        David W. Lannetti (VSB #44273)
        **VANDEVENTER BLACK LLP**
        101 W. Main Street, Ste. 500
        Norfolk, VA 23510
        Tel. 757-446-8600
        Fax 757-446-8670
        dlannetti@vanblk.com
        abibeau@vanblk.com
        *Counsel for Orangefair Marketplace LLC*

4846-6745-8318, v.  1