**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 10024 9722 10020 | 4106 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 31 | Glenn Cordell Duncan | 2722 2725 | 4755 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 31 | Gary R. Lowe | 5144 | 4810 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 3548 | 4811 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 31 | Eisner, Roy | 3025 | 4821 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 31 | Jonathan Card | 6040 | 4823 4943 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 31 | Brad C. King | 3634 | 4842 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 7065 | 4899 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 31 | Antor Media Corporation | 6347 | 4926 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 31 | Joseph Skaf | 8717 | 4946 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the March 6, 2012 hearing.

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 31 | Unical Enterprises, Inc. | 6555 | 4975 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 37 | City of Brighton, Michigan | 11213 13834 | 5065 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 13294 | 5098 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 37 | Los Angeles County | 13628 | 5113 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 37 | Monterey County | 14131 | 5113 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 37 | Placer County, California | 13291 | 4788 4932 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 60 | Mark Stewart | 9295 | 6082 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 76 | Lei, Yu-Liang | 13307 | 7584 | Before the Plan's Effective Date, this matter was resolved in principle, subject to completion of settlement documentation.  No such documentation was received before the Effective Date.  The claimant is now deceased.  The estate must be probated prior to anyone having authority to sign the settlement agreement.  Accordingly, the status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| 79 | Eisner, Joanne | 3852 | 8003 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| | | | | |
| 79 | Evans, Joe | 3600 | 8030 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 79 | Gibson, Thomas H. | 3995 | 8034 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 79 | Tully, M.D., Vincent | 1134 | 8041 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 79 | Rollins, James | 14825 | 8054 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |
| 79 | Tinsley, Clementine | 4272 | 8055 | The status hearing on this response is adjourned to May 10, 2012 at 2:00 p.m. |