IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF CLAIMS
15256, 15257 & 15258 FILED BY
THE KANSAS DEPARTMENT OF REVENUE**

The Kansas Department of Revenue, pursuant to Federal

Rule of Bankruptcy Procedure 3006, hereby withdraws claim

numbers 15256, 15257 & 15258 that were filed on October 12,

2011.

Dated: February 7, 2012

Robert W. Challquist
Attorney
Kansas Department of Revenue
P.O. Box 12005
Topeka, KS 66612-2005
785-368-8054
Robert.challquist@kdor.ks.gov

Filed This 8th Day of
March, 2012

BY:  TAVENNER & BERAN, PLC


_/s/ Paula S. Beran_
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

*Co-Counsel for the Liquidating Trustee*