Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel to the Circuit City Stores, Inc.
Liquidating Trust

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

Counsel to the Circuit City Stores, Inc.
Liquidating Trust

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| | x |
| In re: | : Chapter 11 |
| | : |
| CIRCUIT CITY STORES, INC., et al., | : Case No. 08-35653 (KRH) |
| | : |
| Debtors. | : Jointly Administered |
| | x |

## STIPULATION OF WITHDRAWAL AND WITHDRAWAL
## OF CLAIMS, INCLUDING PROOF OF CLAIM NO. 15245

By agreement of the Circuit City Stores, Inc. Liquidating Trust (the "Trust") and the

Boone County Collector, individually and through its duly authorized representative (the

"Claimant"), as is evident by Claimant's endorsement below, Claimant hereby withdraws Proof

of Claim No. 15254, filed in the amount of $8,489.65.

IT IS SO AGREED AND SUBMITTED:

BOONE COUNTY TAX COLLECTOR

By: _____           Dated: March 7, 2012
    Patricia S. Lensmeyer, Esq.

Government Center, 9th & Ash
801 E. Walnut, Room 118
Columbia, MO 65201-4890
Tel: (573) 886-4285

        On Behalf of the Boone County Tax Collector

TAVENNER & BERAN, PLC

By: _____           Dated: March 9, 2012
    Paula S. Beran, Esq.

Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178
pberan@tb-lawfirm.com

        Of Attorneys for the Circuit City Stores, Inc. Liquidating Trust