3-3-2012



NOTICE OF CHANGE OF ADDRESS

    This missive is to inform you of my address change.  My new address is Gregory McCall, #15064-045, FCI-Victorville II, P.O. Box 5300, Adelanto, California 92301.  Please forward all future legal documents from this court to this address.  My previous address was FCI-Forrest City-Low, P.O. Box 9000, Forrest City, Arkansas 73226.

RICHMOND DIVISION
FILED
MAR 12 2012
CLERK
US BANKRUPTCY COURT

Sincerely,

Gregory Lee McCall