IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHMOND DIVISION
FILED
MAR 13 2012
CLERK
US BANKRUPTCY COURT

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that SimVest Real Estate II LLC, creditor in the above-referenced bankruptcy proceeding, has changed its address and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| SimVest Real Estate II LLC<br>655 Montgomery Street, Ste 1190<br>San Francisco, CA 94111 | Calogy Associates LLC<br>c/o Richards Kibbe & Orbe LLP<br>Attn: Larry Halperin<br>One World Financial Center<br>New York, New York 10281 |
| **Old Notice Party(ies)** | **New Notice Party(ies)** |
| Michael St. James<br>St. James Law PC<br>155 Montgomery St Ste 1004<br>San Francisco, CA 94111 | Calogy Associates LLC<br>c/o Richards Kibbe & Orbe LLP<br>Attn: Larry Halperin<br>One World Financial Center<br>New York, New York 10281 |

Dated: March ___, 2012

Respectfully submitted,

SIMVEST REAL ESTATE II LLC

By: _____
Name: J Russell Pitto
Title: Managing Member

714149v.2 9999/00999