B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
for the Eastern District of Virginia

In re  Circuit City Stores, Inc.　　　　　　　　　　Case No. 08-35653 (KRH)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence[1] and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Inland Mortgage Capital Corporation<br>Name of Transferee | Team Retail Westbank, Ltd.<br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 13718<br>Amount of Claim: $42,329.10<br>Date Claim Filed: June 30, 2009 |
| Inland Mortgage Capital Corporation<br>c/o Art Rendak<br>2901 Butterfield Road<br>Oak Brook, IL 60523<br>Phone: 630-218-8000<br>Last Four Digits of Acct #: N/A | Name and Address where notices to transferor should be sent<br><br>Team Retail Westbank, Ltd.<br>c/o Worth R. Williams<br>9362 Hollow Way Road<br>Dallas, TX 75220<br>Phone: 469-364-8850 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____　　　　　　　　　Date: 3/15/12
　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $50,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

#4667592

---

[1] For evidence of the transfer of the claim referenced herein, please refer to the documents attached hereto as Exhibit A.