B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
for the Eastern District of Virginia

In re Circuit City Stores, Inc.　　　　　　　Case No. 08-35653 (KRH)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence[1] and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Inland Mortgage Capital Corporation　　　　Team Retail Westbank, Ltd.
Name of Transferee　　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee　　Court Claim # (if known): 8939
should be sent:　　　　　　　　　　　　　　Amount of Claim: $682,748.35
　　　　　　　　　　　　　　　　　　　　　Date Claim Filed: January 30, 2009

Inland Mortgage Capital Corporation
c/o Art Rendak
2901 Butterfield Road　　　　　　　　　　Name and Address where notices to
Oak Brook, IL 60523　　　　　　　　　　　transferor should be sent
Phone: 630-218-8000
Last Four Digits of Acct #: N/A　　　　　　Team Retail Westbank, Ltd.
　　　　　　　　　　　　　　　　　　　　c/o Worth R. Williams
　　　　　　　　　　　　　　　　　　　　9362 Hollow Way Road
　　　　　　　　　　　　　　　　　　　　Dallas, TX 75220
　　　　　　　　　　　　　　　　　　　　Phone: 469-364-8850

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John M McX　　　　　　　　　　　　Date: 3/15/12
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $50,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

#4664493

---

[1] For evidence of the transfer of the claim referenced herein, please refer to the documents attached hereto as Exhibit A.