# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

F I L E D

MAR 19 2012

CLERK
BANKRUPTCY COURT

### CHANGE OF ADDRESS

Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case.  If debtor has both a street and mailing address, please indicate which address is being updated.

For:    ☐    Debtor
        ☐    Attorney [If Applicable:]  Name:  First International Computer of America
        ☑    Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:        ☐    Husband and Wife
                          ☐    Husband Only
                          ☐    Wife Only

*[If applicable]* Case Name:  Circuit City Stores, Inc.
*[If applicable]* Case No./Adversary Proceeding No.:  08-35653(KRH)
*[If applicable]* Creditor Name:  FICA (Claim No. 10410)

☐ Street Address    ☑ Mailing Address
New Address:  c/o James Bow, 220 Montgomery St., #343
              No. and Street, Apt., P. O. Box or R. D. No.

City:  San Francisco                State:  CA    Zip:  94104

☐ Street Address    ☑ Mailing Address
Old Address:  48319 Fremont Blvd.
              No. and Street, Apt., P. O. Box or R. D. No.

City:  Fremont                State:  CA    Zip:  94358

Telephone Number: ( 415 ) 397-3022
                  Please include area code

Signature of Filer [*check filer type below*]:
☐    Attorney for Debtor
☐    Debtor *[If joint case and address is for __husband and wife__, both debtors must sign.]*
☑    Creditor
☐    Attorney

Date:  3/12/2012
pc:    Trustee
       United States Trustee
       Creditor (for creditor's change of address)

[changead ver. 02/08]

JAMES BOW
ATTORNEY AT LAW
THE MILLS BUILDING, SUITE 343
220 MONTGOMERY STREET
SAN FRANCISCO, CALIFORNIA 94104-3402

TELEPHONE (415) 397-3022
FAX (415) 989-0146

E-MAIL
jamesbow94104@gmail.com

March 12, 2012

U.S. Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219-1888

Re: In re Circuit City Stores, Inc. et al., Case No. 08-35653 (KRH)

Dear Sir/Madam:

Enclosed please find an original and copy of a Change of Address. Please file the original in the above-referenced action, and return the copy endorsed filed-stamped in the enclosed SASE. Thank you for your assistance.

Very truly yours,

James Bow

JB:zr
Encl.
cc: Kurtzman Carson Consultants LLC, Attn: Vanessa R. Quinones