
| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>.,[1] | : | Case No. 08-35653-KRH |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 21, 2012 AT 2:00 P.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on March 21, 2012 beginning at 2:00 p.m. Eastern.

## I.    MOTIONS TO DISMISS

1.  *Siegel v. Michael E. Foss, et al.*; Case No. 10-03619; Motion to Dismiss Pleading Plaintiff Alfred H. Siegel's Amended Complaint (Related Document(s) 4 Amended Complaint filed by Alfred H. Siegel) filed by William A. Gray of Sands Anderson PC on behalf of Brian S. Bradley, Bruce H. Besanko, David L. Mathews, et al. (Docket No. 17)

    Related Documents:

    a.  Brief *in Support of Defendants' Motion to Dismiss the Trustee's First Amended Complaint* (Re: related document(s) 4 Amended Complaint filed by Alfred H. Siegel, 17 Motion to Dismiss Pleading filed by Michael E. Foss, George D. Clark, Jr., Philip J. Dunn, Philip J. Schoonover, et al. (Docket No. 18)

    b.  Exhibit *A to Defendants' Brief In Support of Their Motion to Dismiss the Trustee's First Amended Complaint* (Re: related document(s) 18 Brief filed by Steven P. Pappas, Michael E. Foss, George D. Clark, Jr., Philip J. Dunn, Philip J. Schoonover, et al. (Docket No. 19)

    c.  Exhibit *B to Defendants' Brief in Support of Their Motion to Dismiss the Trustee's First Amended Complaint* (Re: related document(s) 18 Brief filed by Steven P. Pappas, Michael E. Foss, George D. Clark, Jr., Philip J. Dunn, Philip J. Schoonover, et al. (Docket No. 20)

    d.  Notice of Hearing *and Notice of Motion* (Re: related document(s) 17 Motion to Dismiss Pleading filed by Michael E. Foss, George D. Clark, Jr., Philip J. Dunn, Philip J. Schoonover, et al. (Docket No. 21)

    e.  Stipulation *for Continuance of Hearing and Extension of Response Deadline to Defendants' Motion to Dismiss the Trustee's First Amended Complaint* By Bruce H. Besanko, Brian S. Bradley, Kelly E. Breitenbecher, et al. (Docket No. 22)

    f.  CONTINUED for status hearing with parties reserving rights, etc., as set out in stipulation being submitted by parties (Re: related document(s)[4] Amended Complaint filed by Alfred H. Siegel) Status Conference set for 9/21/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 23)

    g.  Order Continuing Hearing (Re: related document(s)[17] Motion to Dismiss Pleading filed by Michael E. Foss, George D. Clark, Philip J. Dunn, Philip J. Schoonover, Ronald G. Cuthbertson, Eric A. Jonas, Marc J. Sieger, Randall W. Wick, Reginald D. Hedgebeth, John J. Kelly, David L. Mathews, Irynne V. MacKay, Steven P. Pappas, Peter C. Weedfald, Marshall J. Whaling, Bruce H. Besanko, John T. Harlow, Jeffrey S. Stone, Brian S. Bradley, Kelly E.

Breitenbecher, William E. McCorey) Hearing scheduled 9/21/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 25)

h. Docket Entry - Motion to Dismiss continued for Status Hearing(Re: related document(s)[17] Motion to Dismiss Pleading filed by Michael E. Foss, George D. Clark, Philip J. Dunn, Philip J. Schoonover, Ronald G. Cuthbertson, Eric A. Jonas, Marc J. Sieger, Randall W. Wick, Reginald D. Hedgebeth, John J. Kelly, David L. Mathews, Irynne V. MacKay, Steven P. Pappas, Peter C. Weedfald, Marshall J. Whaling, Bruce H. Besanko, John T. Harlow, Jeffrey S. Stone, Brian S. Bradley, Kelly E. Breitenbecher, William E. McCorey) Hearing scheduled 12/20/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Pltf.; Wm. Gray for Deft. (Docket No. 27)

i. Hearing continued; (Re: related document(s)[17] Motion to Dismiss Pleading filed by Michael E. Foss, George D. Clark, Philip J. Dunn, Philip J. Schoonover, Ronald G. Cuthbertson, Eric A. Jonas, Marc J. Sieger, Randall W. Wick, Reginald D. Hedgebeth, John J. Kelly, David L. Mathews, Irynne V. MacKay, Steven P. Pappas, Peter C. Weedfald, Marshall J. Whaling, Bruce H. Besanko, John T. Harlow, Jeffrey S. Stone, Brian S. Bradley, Kelly E. Breitenbecher, William E. McCorey) Hearing scheduled 2/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Pltf.; W. Gray for Defts. (Docket No. 28)

j. Docket Entry - Continued for further Status Hearing (Re: related document(s)[17] Motion to Dismiss Pleading filed by Michael E. Foss, George D. Clark, Philip J. Dunn, Philip J. Schoonover, Ronald G. Cuthbertson, Eric A. Jonas, Marc J. Sieger, Randall W. Wick, Reginald D. Hedgebeth, John J. Kelly, David L. Mathews, Irynne V. MacKay, Steven P. Pappas, Peter C. Weedfald, Marshall J. Whaling, Bruce H. Besanko, John T. Harlow, Jeffrey S. Stone, Brian S. Bradley, Kelly E. Breitenbecher, William E. McCorey) Hearing scheduled 3/21/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Pltf.; W. Gray for Defts. (Docket No. 31)

Objection
Deadline: Continued generally by agreement

Objections/
Responses
Filed:

Status: The parties are continuing settlement discussions in the underlying adversary proceeding. The parties, therefore, desire that a status hearing on this matter be conducted on May 24, 2012 at 2:00 p.m.

| | |
|---|---|
| Dated: Richmond, Virginia<br>March 20, 2012 | TAVENNER & BERAN, PLC<br><br>____/s/ Paula S. Beran_____<br>Lynn L. Tavenner (VA Bar No. 30083)<br>Paula S. Beran (VA Bar No. 34679)<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>(804) 783-8300<br><br>- and -<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>(310) 277-6910<br><br>- and –<br><br>Robert J. Feinstein, Esq.<br>John A. Morris, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 36th Floor<br>New York, New York 10017<br>(212) 561-7700<br><br>Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust |