| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Co-Counsel to Circuit City Stores, Inc.*
    *Liquidating Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

---------------------------------------------------------x
:    Chapter 11
In re:    :
:    Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC., et al.,    :
:    Jointly Administered
Debtors.[1]    :
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identifications numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC  (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

I, Veronica M. Street, under penalty of perjury, state that I am employed by Tavenner & Beran, PLC, co-counsel for the Circuit City Stores, Inc. Liquidating Trust.

On March 23, 2012, copies of the following document were served via first class mail upon the parties set forth on the service lists attached hereto as **Exhibit A**.

1. **Order Sustaining Objection to Administrative Claim Filed by Tech For Less, LLC (Docket No. 11790)**

Dated:  March 23, 2012            ___/s/ Veronica M. Street_____
                                                            Name


Filed This 23rd Day of March, 2012        BY:  TAVENNER & BERAN, PLC

   __/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

*Co-Counsel for Circuit City Stores, Inc. Liquidating Trust*

## **EXHIBIT A**

Tech for Less, LLC
Jason R. Lockwood, President
1610 Garden of the Gods Road
Colorado Springs, CO 80907

Sheila deLa Cruz
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, VA 23223

Nathan F. Coco
George M. Houhanisin
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, IL 60606-5096