# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.          Case No. 08-35653 (KRH)

                                                Chapter 11

                                                Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Tysons 3 LLC c/o Ziegler Companies LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |

**Contrarian Funds, LLC**
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attn: Alisa Mumola
Phone 203-862-8211

**Tysons 3 LLC c/o Ziegler Companies LLC**
Mitchell B Weitzman
Jackson & Campbell PC
1120 20th Street NW
South Tower
Washington, DC 20036

Tyson 3 LLC
PO Box 1393
c/o The Ziegler Companies LLC
Great Falls, VA 22066

**Claim No. 12074 in the amount of $1,768,297.53**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____March 28, 2012_____
        Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:     Clerk, United States Bankruptcy Court, Eastern District of Virginia

AND TO: Tysons 3, LLC

Tysons 3, LLC, its successors and assigns ("Seller"), for good and valuable consideration, the sufficiency of which is hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Contrarian Funds, LLC, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to the claim of Seller against Circuit City Stores, Inc., docketed as Claim # 12074 (the "Claim") in the United States Bankruptcy Court, Eastern District of Virginia, Case No. 08-35653 (jointly administered), including without limitation the claims of Seller relating to or arising from the rejection by Debtor of certain agreements by and between Seller and Debtor regarding the lease of real property located at Tysons 3 Center in Vienna, Virginia. This Evidence of Transfer of Claim does not extend to Seller's separate administrative claim (Claim No. 13864), which shall remain the sole property of SELLER. Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 22 day of March 2012

(Assignor)
TYSONS 3, LLC

By: /s/ Richard T. Ziegler
Name: RICHARD T. ZIEGLER
Title: Managing Member

(Assignee)
CONTRARIAN FUNDS, LLC.
By: Contrarian Capital Management, L.L.C., as manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER

2037372v.1