UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re                                                             Chapter 11
  CIRCUIT CITY STORES, INC. et al.
                                                                  Case No. 08-35653

                    Debtors.                                      (Jointly Administered)


## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Tysons 3, LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating solely to claim number 12074 be sent to the new address set forth below, effective as of the date hereof.

Former Address
Tysons 3, LLC
c/o Ziegler Companies LLC
Jackson & Campbell PC
1120 20th Street NW
South Tower
Washington, DC 20036
       -and-
Tysons 3, LLC
P.O. Box 1393
c/o The Ziegler Companies
Great Falls, VA 22066

New Address
Tysons 3, LLC
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

TYSONS 3, LLC

Date: *March 20, 2012*

By: *Richard T. Ziegler*
Title: *Managing Member*