**UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |
|---|---|
| In re:<br><br>**CIRCUIT CITY STORES, INC. et al.**<br><br>Debtors. | ) Case No.: 08-35653 (KRH)<br>) Jointly Administered<br>) Chapter 11 |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that CENTENNIAL HOLDINGS L.L.C., a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery, X L.P. and in connection with such transfer, hereby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim 12362, filed 4/24/2009), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

FORMER ADDRESS
CENTENNIAL HOLDINGS L.L.C.
5785 CENTENNIAL CENTER BLVD
C/O TERRITORY INC STE 230
LAS VEGAS, NV 89149

NEW ADDRESS
CENTENNIAL HOLDINGS L.L.C.
c/o United States Debt Recovery, X, L.P.
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

I declare under penalty of perjury that the foregoing is true and correct.

CENTENNIAL HOLDINGS, L.L.C.,
a Delaware limited liability company

By: Centennial Centre, L.L.C.,
    a Nevada limited liability company

  By: Westdale Development, L.L.C.,
      a Nevada limited liability company

    By: _/s/ Terri Sturm_
        Terri Sturm, Manager

Date: 3-26-12