Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*


**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al.,. | **:** Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:** (Jointly Administered) |
| | **:** |
| | **:** |


**NOTICE OF TWENTY-NINTH OMNIBUS OBJECTION**
**TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID**
**CLAIMS AND DISALLOWANCE OF CERTAIN INVALID CLAIMS)**


   **PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Liquidating Trust's Twenty-Ninth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.  By the Objection, the Liquidating Trust is seeking to reduce certain partially invalid clams and disallow certain invalid claims.

   **PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively,

the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Reference Objection |
|-----|-----|-----|-----|

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M. (EASTERN TIME) ON MAY 3, 2012, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

**Critical Information for Claimants
Choosing to File a Response to the Objection**

Who Needs to File a Response:  If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

Response Deadline:  The Response Deadline is **4:00 p.m. (Eastern Time) on May 3, 2012 (the "Response Deadline")**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083 |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

The status hearing on the Objection will be held at **2:00 p.m. (Eastern Time) on May 10, 2012 at:**

> United States Bankruptcy Court
> 701 East Broad Street – Courtroom 5000
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

**Procedures for Filing a Timely Response and
Information Regarding the Hearing on the Objection**

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

> a.    a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;
>
> b.    the claimant's name and an explanation for the amount of the Claim;
>
> c.    a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts

that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

    d.    a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

    e.    a declaration of a person with personal knowledge of the relevant facts that support the Response;

    f.    the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address"). If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

    g.    to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses"). Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**. To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf. Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**. If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection without further notice to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

## Additional Information

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.

Dated:    March 30, 3012

         */s/ Paula S. Beran*
         Lynn L. Tavenner (VA Bar No. 30083)
         Paula S. Beran (VA Bar No. 34679)
         TAVENNER & BERAN, P.L.C.
         20 North Eighth Street, 2nd Floor
         Richmond, Virginia  23219
         Telephone:  804-783-8300
         Facsimile:  804-783-0178
         Email:  ltavenner@tb-lawfirm.com
                pberan@tb-lawfirm.com

         -and-

         Jeffrey N. Pomerantz (admitted *pro hac vice*)
         Andrew W. Caine (admitted *pro hac vice*)
         PACHULSKI STANG ZIEHL & JONES LLP
         10100 Santa Monica Blvd.
         11th Floor
         Los Angeles, California  90067-4100
         Telephone: 805-123-4567
         Facsimile:  310/201-0760
         E-mail: jpomerantz@pszjlaw.com
               acaine@pszjlaw.com

         *Counsel for the Circuit City Stores, Inc.*
         *Liquidating Trust*

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

                    - and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                  :     Chapter 11
                                        :
CIRCUIT CITY STORES, INC., et al.,   :     Case No. 08-35653 (KRH)
                                        :
          Debtors.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x     Jointly Administered

**LIQUIDATING TRUST'S TWENTY-NINTH OMNIBUS
OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS AND DISALLOWANCE OF CERTAIN INVALID CLAIMS)**

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through Alfred

H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second

Amended Joint Plan of Liquidating of Circuit City Stores, Inc. and its Affiliated Debtors and

Debtors in Possession and its Official Committee of Creditors Holding General Unsecured

Claims (the "Plan") in the above-captioned cases, hereby files this Twenty-Ninth Omnibus

Objection to Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain

Invalid Claims) (the "Objection"), and hereby moves this court (the "Court"), pursuant to

sections 105, 502 and 503 of title 11 of the United States Code, 11 U.S.C. §§ 101 <u>et</u> <u>seq</u>. (as

amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the proposed form of

which is attached hereto as <u>Exhibit A</u>, granting the relief sought by this Objection, and in support

thereof states as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this Objection under 28 U.S.C. §§

157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and

this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory and

legal predicates for the relief requested herein are Bankruptcy Code sections 105, 502 and 503,

Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.    On November 10, 2008 (the "Petition Date"), the debtors in the above-

captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief under chapter 11

of the Bankruptcy Code.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

3.      On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").

4.      On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.      On December 10, 2008, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

6.      Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the "General Bar Date"). The deadline for governmental units to file claims that arose before November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

7.      On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314).  In addition, the Debtors published the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The Richmond Times-Dispatch (Docket No. 1394).

8.      On November 12, 2008, this Court entered that certain Order Establishing

Bar Date for Filing Requests for Payment of Administrative Expense Claims Under Bankruptcy

Code Sections 105 and 503(b)(9) and Approving Form, Manner and Sufficiency of Notice of the

Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No. 107)(the "503(b)(9) Bar Date Order").

9.      Pursuant to the 503(b)(9) Bar Date Order, this Court approved the form

and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the 503(b)(9)

Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9) Bar Date Order and

503(b)(9) Bar Date Notice, the bar date for filing proofs of claim asserting administrative priority

claims pursuant to section 503(b)(9) of the Bankruptcy Code was on December 19, 2008 (the

"503(b)(9) Bar Date").

10.     On November 19, 2008, KCC served a copy of the 503(b)(9) Bar Date

Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases, the

Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the Debtors

published the 503(b)(9) Bar Date Notice in The New York Times (Docket No. 549), The Wall

Street Journal (Docket No. 548), and The Richmond Times-Dispatch (Docket No. 547).

11.     On January 16, 2009, the Court authorized the Debtors, among other

things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an

agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent

(the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant

to the Agency Agreement at the Debtors remaining stores.  As of March 8, 2009, the going out of

business sales at the Debtors' remaining stores had been completed.

12.     On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

13.     On May 15, 2009, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting Administrative Bar Date and Procedures For Filing and Objecting To Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No. 3354) (the "Administrative Claims Bar Date Order").

14.     Pursuant to the Administrative Claims Bar Date Order, the deadline for filing all Administrative Expense Requests (as defined in the Administrative Claims Bar Date Order) was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant to the Administrative Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar Date Order (the "Claims Bar Date Notice").

15.     On or before May 22, 2009, KCC served a copy of the Administrative Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609).  In addition, the Debtors published the Administrative Claims Bar Date Notice in The Financial Times (Docket No. 3970), The Richmond Times-Dispatch (Docket No. 3969) and The Wall Street Journal (Docket No. 3968).

16.     On August 9, 2010, the Debtors and the Creditors' Committee filed the Plan, which provides for the liquidation of the Debtors' assets and distribution of the proceeds thereof under chapter 11 of the Bankruptcy Code.

17.     On September 10, 2010, the United States Bankruptcy Court, Eastern District of Virginia, signed an Order confirming the Plan (Docket No. 8555) (the "Confirmation Order").

18.     Pursuant to the Plan and Confirmation Order, the deadline for requests for payment of Administrative Claims that arose on and after January 1, 2010 up to and through the Effective Date was January 3, 2011 (the "Final Administrative Bar Date").

19.     On November 3, 2010, KCC served a copy of the Notice of (I) Confirmation of Modified Second Amended Joint Plain of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims Under Chapter 11 of the Bankruptcy Code, (II) the Occurrence of the Effective Date and (III) the Deadlines for Filing Administrative Claims, Final Fee Applications and Rejection Damages Claims (Docket No. 8865), which included notice of the Final Administrative Bar Date, on the 2002 Service List, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 8947).

20.     The Plan became effective on November 1, 2010 (the "Effective Date"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Trust assumed the right and responsibility to liquidate the Debtors' remaining assets and distribute the proceeds to creditors, including the prosecution of Causes of Action and objections to claims.

## OBJECTIONS TO CLAIMS

21.     By this Objection, the Liquidating Trust seeks entry of an order, in substantially the form attached hereto as Exhibit A, pursuant to Bankruptcy Code sections 105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1, reducing each of the claims identified on Exhibit C attached hereto and disallowing each of the claims identified on Exhibits D and E attached hereto (collectively, the "Claims").

6

22.    For ease of reference, attached hereto as <u>Exhibit B</u> is an alphabetical listing of all claimants whose Claims are included in this Objection (the "Claimants"), with a cross-reference by claim number.

A.    **<u>Reduction of Certain Partially Invalid Claims</u>**

23.    The basis for reduction of the claims listed on <u>Exhibit C</u> attached hereto (the "Partially Invalid Claims") is that all of the Partially Invalid Claims assert, in part, amounts for which the Debtors are not liable.

24.    Specifically, after a review of the Partially Invalid Claims and the bases upon which each is asserted, and a review of the Debtors' books and records, the Liquidating Trust has determined that certain portions of the Partially Invalid Claims are liabilities for which the Debtors dispute any liability based on, *inter alia*, (i) variances in pricing, rates or quantities of merchandise provided, (ii) existing credits or deposits, and (iii) liabilities already satisfied. Accordingly, the Liquidating Trust requests that the Partially Invalid Claims identified on <u>Exhibit C</u> be reduced in the manner stated in <u>Exhibit C</u> for the reasons stated therein.

B.    **<u>Disallowance of Certain Invalid Claims</u>**

25.    The basis for disallowance of the claims listed on <u>Exhibits D and E</u> attached hereto (the "Invalid Claims") is that all of the Invalid Claims assert, in their entirety, amounts for which the Debtors are not liable.

26.    Specifically, <u>Exhibit D</u> identifies Invalid Claims that are liabilities already asserted by the Claimants in other claims or amended by other claims (the "Duplicate or Amended Claims"). Accordingly, the Liquidating Trust requests that the Duplicate or Amended Claims identified on <u>Exhibit D</u> be disallowed.

7

27.     Exhibit E identifies Invalid Claims that were filed subsequent to the

relevant bar date (the "Late Claims").  Accordingly, the Liquidating Trust requests that the Late

Claims identified on Exhibit E be disallowed as late.

## RESERVATION OF RIGHTS

28.     The Liquidating Trust reserves the right to further object to any and all

claims, whether or not the subject of this Objection, for allowance and/or distribution purposes,

and on any other grounds.  Furthermore, the Liquidating Trust reserves the right to modify,

supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

## NOTICE AND PROCEDURE

29.     Notice of this Objection has been provided to all Claimants with Claims

that are the subject to this Objection as identified on Exhibits C through E, respectively, and to

parties-in-interest in accordance with the Court's Supplemental Order Pursuant to Bankruptcy

Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules

2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative

Procedures (entered on December 30, 2009 at Docket No. 6208) (the "Case Management

Order").  The Liquidating Trust submits that the following methods of service upon the

Claimants should be deemed by the Court to constitute due and sufficient service of this

Objection: (a) service in accordance with Federal Rule of Bankruptcy Procedure 7004 and the

applicable provisions of Federal Rule of Civil Procedure 4; (b) to the extent counsel for a

Claimant is not known to the Liquidating Trust, by first class mail, postage prepaid, on the

signatory of the Claimant's proof of claim form or other representative identified in the proof of

claim form or any attachment thereto; or (c) by first class mail, postage prepaid, on any counsel

that has appeared on the Claimant's behalf in the Debtors' bankruptcy cases.  The Liquidating

Trust is serving the Claimant with this Objection and the exhibit on which the Claimant's claim is listed.

30.     To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 P.M. (Eastern) on May 3, 2012** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Liquidating Trust requests that the Court conduct a status conference[2] with respect to any such responding claimant at **2:00 P.M. (Eastern) on May 10, 2012** and thereafter schedule the matter for a future hearing as to the merits of such claim.  However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Liquidating Trust requests that the Court enter an order, substantially in the form attached hereto as Exhibit A, reducing or disallowing each of the claims identified on Exhibits C through E attached hereto.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

31.     This Objection complies with Bankruptcy Rule 3007(e).  Additionally, the Liquidating Trust submits that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

32.     Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Liquidating Trust requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

---

[2] In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the Objection do not need to appear at the status conference.

## NO PRIOR RELIEF

33.    No previous request for the relief sought herein has been made to this

Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter an

Order sustaining this Objection and granting such other and further relief as the Court deems

appropriate.

Dated: Richmond, Virginia          TAVENNER & BERAN, PLC
       March 30, 2012


                                   __/s/ Paula S. Beran_____
                                   Lynn L. Tavenner (VA Bar No. 30083)
                                   Paula S. Beran (VA Bar No. 34679)
                                   20 North Eighth Street, 2nd Floor
                                   Richmond, Virginia 23219
                                   (804) 783-8300

                                            - and -

                                   PACHULSKI STANG ZIEHL & JONES LLP
                                   Jeffrey N. Pomerantz, Esq.
                                   Andrew W. Caine, Esq.
                                   10100 Santa Monica Boulevard
                                   Los Angeles, California 90067-4100
                                   (310) 277-6910

                                            - and –

                                   PACHULSKI STANG ZIEHL & JONES LLP
                                   Robert J. Feinstein, Esq.
                                   780 Third Avenue, 36th Floor
                                   New York, New York 10017
                                   (212) 561-7700

                                   *Counsel to the Circuit City Stores, Inc.*
                                   *Liquidating Trust*

## EXHIBIT A

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                       :    Chapter 11
                                             :
CIRCUIT CITY STORES, INC., et al.,   :    Case No. 08-35653 (KRH)
                                             :
          Debtors.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x    Jointly Administered


**ORDER SUSTAINING LIQUIDATING TRUST'S TWENTY-NINTH OMNIBUS
OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS AND DISALLOWANCE OF CERTAIN INVALID CLAIMS)**

THIS MATTER having come before the Court[3] on the Liquidating Trust's Twenty-Ninth Omnibus Objection to Claims Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibits C through E attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED.

2.      The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3.      The Claims identified on Exhibit B as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

4.      The Court will conduct a status conference on _____, 2012 at 2:00 p.m. for all Claims identified in the Response/Action column as "Received- Continued" on Exhibit C attached hereto.

---

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

5.        The Liquidating Trust's rights to object to any claim including (without

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are

not waived and are expressly reserved.

6.        The Liquidating Trust shall serve a copy of this Order on the claimants

included on the exhibits to this Order on or before five (5) business days from the entry of this

Order.

7.        This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
            _____, 2012


                                                    _____
                                                    HONORABLE KEVIN R. HUENNEKENS
                                                    UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:


TAVENNER & BERAN, PLC


___/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                         - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                     - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                         /s/ Paula S. Beran_____
                         Paula S. Beran

4

Exhibit B

| Claim Number | Claimant Name | Exhibit |
|---|---|---|
| 813 | ABACUS CORP | Exhibit C |
| 837 | ALBANY TIMES UNION | Exhibit C |
| 371 | AMERENCILCO | Exhibit D |
| 762 | AMERICAN ELECTRIC POWER | Exhibit C |
| 15037 | AMH TECHNOLOGIES LTD | Exhibit E |
| 17 | ANCHOR INSTALLATIONS LLC | Exhibit D |
| 1328 | APPLIED PREDICTIVE TECHNOLOGIES INC | Exhibit D |
| 925 | AQUENT | Exhibit C |
| 443 | ARKANSAS UNCLAIMED PROPERTY | Exhibit D |
| 1182 | ATHENS BANNER HERALD | Exhibit D |
| 661 | BAKERSFIELD CALIFORNIAN | Exhibit C |
| 504 | BANGOR DAILY NEWS | Exhibit D |
| 834 | BEAUMONT ENTERPRISE | Exhibit D |
| 862 | BENNER MECHANICAL & ELECTRICAL | Exhibit D |
| 1426 | BOWMAN JR, JOHN | Exhibit D |
| 444 | BOYS & GIRLS CLUBS OF HARLINGEN | Exhibit D |
| 6323 | BRADENTON HERALD | Exhibit D |
| 884 | BRADENTON HERALD, THE | Exhibit D |
| 1337 | BROADWAY NATIONAL SIGN & LIGHTING | Exhibit C |
| 1012 | BURLINGTON FREE PRESS, THE | Exhibit C |
| 998 | BUSTILLO HERNANDEZ, ROBERTO | Exhibit C |
| 15235 | CALDERON, ANA | Exhibit E |
| 215 | CAPITAL GAZETTE NEWSPAPERS | Exhibit D |
| 14764 | CAROLINA TELEPHONE AND TELEGRAPH COMPANY LLC | Exhibit D |
| 15150 | Cartera Commerce Inc fka Mall Networks Inc | Exhibit E |
| 14661 | CASCADE NATURAL GAS CORPORATION | Exhibit C |
| 14759 | CENTRAL TELEPHONE COMPANY NEVADA | Exhibit D |
| 10474 | CHERYL DAVES | Exhibit E |
| 15074 | CITY OF CINCINNATI | Exhibit E |
| 1006 | CITY OF GARLAND UTILITY SERVICES | Exhibit C |
| 7181 | CITY OF RANCHO CUCAMONGA | Exhibit D |
| 14630 | CITY OF TUCSON | Exhibit C |
| 211 | CITY OF WARNER ROBINS | Exhibit D |
| 1269 | CLARKSVILLE DEPARTMENT OF ELECTRICITY | Exhibit D |
| 13420 | COLE SERVICES | Exhibit E |
| 1142 | COLUMBIAN, THE | Exhibit C |
| 1714 | COMMUNICATIONS WIRING INC | Exhibit D |
| 2801 | COMMUNICATIONS WIRING INC | Exhibit D |
| 1869 | COMPETITIVE MEDIA REPORTING | Exhibit D |
| 5272 | CONSUMERS ENERGY COMPANY | Exhibit C |
| 581 | CRS INC | Exhibit C |
| 864 | CUSTOM DIESEL SERVICE INC | Exhibit D |
| 10053 | CYBER POWER SYSTEMS INC | Exhibit C |
| 496 | DAILY JOURNAL | Exhibit D |
| 799 | DAILY REPUBLIC, THE | Exhibit D |
| 858 | DAKOTA ELECTRIC ASSOCIATION | Exhibit D |
| 14627 | DATACOLOR INC | Exhibit E |
| 923 | DAYTON POWER & LIGHT | Exhibit C |

Exhibit B

| Claim Number | Claimant Name | Exhibit |
|---|---|---|
| 1538 | DENNIS CORRY PORTER & SMITH LLP | Exhibit C |
| 1414 | DENTON PUBLISHING COMPANY | Exhibit D |
| 11620 | DIRECTED ELECTRONICS INC | Exhibit C |
| 8863 | DISH MASTERS | Exhibit C |
| 787 | DUMONTS HOME THEATER INSTALLATIONS | Exhibit C |
| 11697 | ENTERTAINMENT PUBLICATIONS LLC | Exhibit E |
| 1381 | ERIE TIMES NEWS | Exhibit D |
| 2387 | EVENING TELEGRAM, THE | Exhibit D |
| 724 | EXECUTIVE REFRESHMENTS | Exhibit C |
| 835 | EXPRESS NEWS | Exhibit D |
| 381 | FAYETTEVILLE PUBLISHING CO | Exhibit D |
| 13229 | FOLSOM POLICE DEPARTMENT | Exhibit E |
| 2471 | FORT WAYNE NEWSPAPERS | Exhibit C |
| 15066 | FRANCES PERKINS JOHN PERKINS | Exhibit E |
| 157 | FRAZER GREENE UPCHURCH & BAKER | Exhibit D |
| 1089 | GANNETT CENTRAL NEW YORK NEWS | Exhibit C |
| 1159 | GAZETTE NEWSPAPERS, THE | Exhibit D |
| 1340 | GEORGIA HOME THEATER & ELECTRICAL | Exhibit C |
| 2372 | GMS INC | Exhibit D |
| 2612 | HALLMARK INSIGHTS | Exhibit C |
| 1645 | HAWAIIAN ELECTRIC COMPANY INC | Exhibit C |
| 605 | HERALD DISPATCH | Exhibit D |
| 717 | HERALD MAIL CO | Exhibit D |
| 4453 | HILLDRUP MOVING & STORAGE | Exhibit C |
| 1380 | HOLIDAY INN EXPRESS ALLEN | Exhibit C |
| 817 | HOLYOKE GAS & ELECT, CITY OF | Exhibit C |
| 497 | IN YOUR EAR MUSIC & RECORDING | Exhibit D |
| 4171 | INFINITY SOLUTIONS | Exhibit D |
| 691 | INTERMOUNTAIN GAS CO | Exhibit D |
| 15130 | Jackson Energy Authority | Exhibit E |
| 50 | JEFFERSON, THE | Exhibit D |
| 2161 | JOURNAL PUBLISHING CO INC, THE | Exhibit D |
| 12281 | KARPINSKI, MICHAEL | Exhibit E |
| 6004 | KING & SPALDING LLP | Exhibit C |
| 11218 | KPLR TELEVISION | Exhibit C |
| 1001 | KRCW TV | Exhibit D |
| 1170 | KRON TV | Exhibit C |
| 409 | LABOR READY INC | Exhibit C |
| 823 | LOWELL SUN, THE | Exhibit C |
| 631 | MAC TRANSPORTATION INC | Exhibit C |
| 15202 | Macke Water Systems Inc | Exhibit E |
| 5782 | MACON TELEGRAPH | Exhibit D |
| 2160 | MARTINSBURG JOURNAL | Exhibit D |
| 4336 | MARYL PACIFIC CONSTRUCTION INC | Exhibit C |
| 1519 | NATIONWIDE CONSULTING CO | Exhibit D |
| 13044 | NAULTY SCARICAMAZZA & MCDEVITT LLC | Exhibit E |
| 485 | NEVAEH ELECTRONICS | Exhibit D |
| 601 | NEWS & RECORD | Exhibit C |

Exhibit B

| Claim Number | Claimant Name | Exhibit |
|---:|---|---|
| 15158 | Nicholas Zorio | Exhibit E |
| 517 | NORTHERN UTILITIES | Exhibit C |
| 237 | NORTHWEST ARKANSAS DEMOCRAT | Exhibit D |
| 3998 | NSTAR GAS | Exhibit D |
| 13150 | OBSERVER DISPATCH, THE | Exhibit E |
| 14883 | OHIO BUREAU OF WORKERS COMPENSATION | Exhibit E |
| 168 | OHIO EDISON | Exhibit C |
| 1295 | PAUL PLEVIN SULLIVAN ET AL | Exhibit D |
| 2267 | PECO | Exhibit C |
| 1272 | PENSKE | Exhibit D |
| 13156 | PEREZ, HECTOR | Exhibit E |
| 8257 | PETER E GLICK ATTORNEY AT LAW | Exhibit C |
| 15071 | PHILLIPS MEDICAL SYSTEMS | Exhibit E |
| 1227 | PINKERTON CONSULTING & INVEST | Exhibit C |
| 3346 | PIRKEY BARBER LLP | Exhibit C |
| 1278 | PLATINUM HOME THEATER INSTALLATION | Exhibit C |
| 842 | POUGHKEEPSIE JOURNAL | Exhibit D |
| 1203 | PROCARE INTERNATIONAL CO | Exhibit C |
| 878 | PROFESSIONAL SATELLITE INSTALLS | Exhibit C |
| 1384 | PROTECH INSTALLATION SERVICE | Exhibit D |
| 3113 | PROTECH INSTALLATION SERVICE | Exhibit C |
| 5164 | PUBLIC SERVICE OF NEW HAMPSHIRE | Exhibit C |
| 221 | PUBLIC WORKS COMM CITY OF FAYETTEVILLE | Exhibit C |
| 2278 | QUESTAR GAS COMPANY | Exhibit C |
| 2969 | RAMADA LIMITED HOTEL | Exhibit D |
| 15217 | Raritan Bay Medical Center | Exhibit E |
| 15105 | REGINA MCGEE | Exhibit E |
| 15121 | REGINA MCGEE | Exhibit E |
| 1139 | RICHLAND, CITY OF | Exhibit C |
| 15260 | Ross F. Lightsey, Sr. | Exhibit E |
| 1745 | RUSH ELECTRONICS | Exhibit D |
| 1181 | SAVANNAH MORNING NEWS | Exhibit D |
| 1424 | SECURITY ARMORED CAR SERV INC | Exhibit C |
| 494 | SEQUIN GAZETTE ENTERPRISE | Exhibit D |
| 7316 | SHEPPARD MULLIN RICHTER & HAMPTON LLP | Exhibit C |
| 15159 | SmartyPig LLC | Exhibit E |
| 284 | SOUNDS GOOD INSTALLATIONS LLC | Exhibit D |
| 5600 | SOUTHERN CALIFORNIA EDISON | Exhibit C |
| 1549 | SOUTHWEST GAS CORPORATION | Exhibit D |
| 1233 | SPIDERWEAR | Exhibit C |
| 14907 | STATE OF OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY | Exhibit E |
| 615 | STATESMAN JOURNAL | Exhibit C |
| 3345 | SUN GAZETTE CO | Exhibit D |
| 11645 | TEC COM SERVICES INC DBA MICRO TECH | Exhibit C |
| 2451 | TEMPLE DAILY TELEGRAM | Exhibit D |
| 2474 | TEMPLE DAILY TELEGRAM | Exhibit D |
| 11897 | THE CITY OF DENTON TEXAS | Exhibit C |
| 1030 | TIMES WORLD CORPORATION | Exhibit C |

Exhibit B

| Claim Number | Claimant Name | Exhibit |
|---:|---|---|
| 15141 | Town of Grand Chute | Exhibit E |
| 1172 | TRIBUNE COMPANY DBA DAILY PRESS | Exhibit C |
| 15230 | Turner Broadcasting System Inc | Exhibit C |
| 14467 | TURNER BROADCASTING SYSTEM, INC | Exhibit D |
| 14830 | ULTRA X INC | Exhibit E |
| 5275 | USIS COMMERICAL SERVICES INC | Exhibit C |
| 927 | VENTURA COUNTY STAR | Exhibit C |
| 4436 | VERMONT GAS SYSTEMS, INC | Exhibit D |
| 150 | VERO BEACH, CITY OF | Exhibit D |
| 1257 | WASHINGTON GAS | Exhibit D |
| 14882 | WAYNE DALTON CORP | Exhibit E |
| 1155 | WBLS FM | Exhibit C |
| 1218 | WCVB | Exhibit C |
| 10940 | WINK TV | Exhibit C |
| 218 | WISCONSIN PUBLIC SERVICE CORP | Exhibit D |
| 2194 | WOOD, MICHAEL | Exhibit D |
| 1057 | WPLG TV | Exhibit C |
| 10363 | WXCW TV | Exhibit C |
| 15135 | Yang Ming America Corp | Exhibit E |
| 575 | ZT GROUP INTERNATIONAL | Exhibit C |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Books and Records: Reduce

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/11/200 | 813<br><br>2000081301 | ABACUS CORP<br><br>PO BOX 64743<br><br>BALTIMORE, MD 21264 | | $17,467.36 | U | CIRCUIT CITY STORES, INC. | $16,674.14 | General Unsecured | $793.22 | According to the Trust's books and records, the liability is overstated by the objection amount. Invoice 228960 paid on check 4584721 12/9/08 $2,776.27 |
| 12/15/200 | 837<br><br>2000083701 | ALBANY TIMES UNION<br><br>801 Texas Ave<br><br>Houston, TX 77002 | | $32,939.59 | U | CIRCUIT CITY STORES, INC. | $31,524.12 | General Unsecured | $1,415.47 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/5/2008 | 762<br><br>2000076201 | AMERICAN ELECTRIC POWER<br><br>PO Box 2021<br><br>Roanoke, VA 24022-2121 | | $90,110.57 | U | CIRCUIT CITY STORES, INC. | $49,056.67 | General Unsecured | $41,053.90 | Per the Trust's books and records, portions of this liability were previously paid. |
| 12/19/200 | 925<br><br>2000092501 | AQUENT<br><br>711 Boylston St<br><br>Boston, MA 02116 | | $22,969.30 | U | CIRCUIT CITY STORES, INC. | $21,591.39 | General Unsecured | $1,377.91 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/8/2008 | 661<br><br>2000066101 | BAKERSFIELD CALIFORNIAN<br><br>PO BOX 80967<br><br>BAKERSFIELD, CA 93380-096 | ATTN CIRCULATION AR DEPT | $16,356.91 | U | CIRCUIT CITY STORES, INC. | $15,754.00 | General Unsecured | $602.91 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/17/200 | 1337<br><br>2000133701 | BROADWAY NATIONAL SIGN & LIGHTING<br><br>2150 FIFTH AVE<br><br>RONKONKOMA, NY 11779 | ATTN CARL J PAPARELLA VP & GENERAL COUNSEL | $12,261.87 | U | CIRCUIT CITY STORES, INC. | $2,056.60 | General Unsecured | $10,205.27 | According to the Trust's books and records, the liability is overstated by the objection amount.  Invoices paid on Ch#4589866 dated 12/30/08 |

In re Circuit City Stores, Inc, et al.                                    Exhibit C: Books and Records: Reduce
Case No. 08-35653 (KRH)

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/200 | 1012  2000101201 | BURLINGTON FREE PRESS, THE  PO BOX 10  BURLINGTON, VT 054020010 | | $8,352.01 | U | CIRCUIT CITY STORES, INC. | $2,777.38 | General Unsecured | $5,574.63 | According to the Trust's books and records, the liability is overstated by the objection amount.  The disputed portion is already reconciled in claim 2648. |
| 12/16/200 | 998  2000099801 | BUSTILLO HERNANDEZ, ROBERTO  PO BOX 194145  SAN JUAN, PR 00919-4145 | | $6,630.00 | U | CIRCUIT CITY STORES, INC. | $6,165.90 | General Unsecured | $464.10 | According to the Trust's books and records, the liability is overstated by the objection amount. Specifically, the Trust disputes the objection amount due to a 7% required withholding. |
| 12/7/2009 | 14764  2001476401 | CAROLINA TELEPHONE AND TELEGRAPH COMPANY LLC  PO Box 7971  Shawnee Mission, KS 66207-09 | | $7,138.81 | U | CIRCUIT CITY STORES, INC. | $2,975.90 | General Unsecured | $4,162.91 | According to the Trust's books and records, the liability is overstated by the objection amount per payments applied against invoices after the proof of claim was filed. |
| 9/23/2009 | 14661  2001466101 | CASCADE NATURAL GAS CORPORATION  222 Fairview Ave N  Seattle, WA 98109 | | $1,753.74 | U | CIRCUIT CITY STORES, INC. | $494.41 | General Unsecured | $1,259.33 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/16/200 | 1006  2000100601 | CITY OF GARLAND UTILITY SERVICES  P O BOX 461508  GARLAND, TX 75046-1508 | | $8,440.39 | U | CIRCUIT CITY STORES, INC. | $6,301.69 | General Unsecured | $2,138.70 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 6/15/2009 | 14630  2001463002 | CITY OF TUCSON  PO Box 27210  Tucson, AZ 85726-7210 | | $367.70 | U | CIRCUIT CITY STORES, INC. | $117.75 | General Unsecured | $249.95 | According to the Trust's books and records, the liability is overstated by the objection amount. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Books and Records: Reduce

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/200 | 1142  2000114201 | COLUMBIAN, THE  PO BOX 180  VANCOUVER, WA 98666 | | $14,995.50 | U | CIRCUIT CITY STORES, INC. | $14,151.80 | General Unsecured | $843.70 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 1/21/2009 | 5272  2000527201 | CONSUMERS ENERGY COMPANY  One Energy Plaza  Jackson, MI 49201 | Attn Michael G Wilson P33263 | $53,829.97 | U | CIRCUIT CITY STORES, INC. | $38,473.27 | General Unsecured | $15,356.70 | Per the Trust's books and records, portions of this liability were previously paid. Payments issued on checks 4891518, 4906385, 4875811, 4903029 and an EFT on 11-18-10. |
| 12/4/2008 | 581  2000058101 | CRS INC  PO BOX 2046  3810 MONROE ANSONVILLE  MONROE, NC 28111 | | $19,148.25 | U | CIRCUIT CITY STORES, INC. | $11,435.25 | General Unsecured | $7,713.00 | According to the Trust's books and records, the liability is overstated by the objection amount. An invoice paid on check 4589639 on 12/30/08. |
| 1/30/2009 | 10053  2001005302 | CYBER POWER SYSTEMS INC  6F No 32 Sec 1 Chenggong Rd  Nangang District, Taipei | | $122,698.05 | U | CIRCUIT CITY STORES, INC. | $116,087.50 | General Unsecured | $6,610.55 | Invoices included in claim 10053 were partially paid. |
| 12/19/200 | 923  2000092301 | DAYTON POWER & LIGHT  PO BOX 1247  DAYTON, OH 45401-1247 | | $9,349.84 | U | CIRCUIT CITY STORES, INC. | $6,437.22 | General Unsecured | $2,912.62 | According to the Trust's books and records, the liability is overstated by the objection amount.  Invoices paid on Ch#4589866 dated 12/30/08 |
| 12/10/200 | 1538  2000153801 | DENNIS CORRY PORTER & SMITH LLP  3535 Piedmont Rd Ste 900 Bld  Atlanta, GA 30305 | | $4,983.90 | U | CIRCUIT CITY STORES, INC. | $2,833.90 | General Unsecured | $2,150.00 | According to the Trust's books and records, the liability is overstated by the objection amount. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Books and Records: Reduce

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/8/2008 | 11620 2000152001 | DIRECTED ELECTRONICS INC 1662 E Centre Ave Ste A Portage, MI 49002 | c o Charles R Bear Atty | $720,958.36 | U | CIRCUIT CITY STORES, INC. | $324,607.68 | General Unsecured | $396,350.68 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 1/30/2009 | 8863 2000886301 | DISH MASTERS 4006 Pioneer Rd Johnsburg, IL 60051 | Dish Masters Communications Ltd | $9,500.00 | U | CIRCUIT CITY STORES, INC. | $6,935.00 | General Unsecured | $2,565.00 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/11/200 | 787 2000078701 | DUMONTS HOME THEATER INSTALLATIONS 20 MOUNTAIN VIEW DR FRANKLIN, NH 03285 | | $4,395.00 | U | CIRCUIT CITY STORES, INC. | $2,477.00 | General Unsecured | $1,918.00 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/9/2008 | 724 2000072401 | EXECUTIVE REFRESHMENTS PO BOX 12408 DALLAS, TX 75225 | | $1,515.67 | U | CIRCUIT CITY STORES, INC. | $716.32 | General Unsecured | $799.35 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 1/5/2009 | 2471 2000247101 | FORT WAYNE NEWSPAPERS P O BOX 100 FORT WAYNE, IN 46801 | STEVE EVANS | $23,362.68 | U | CIRCUIT CITY STORES, INC. | $19,468.90 | General Unsecured | $3,893.78 | According to the Trust's books and records, the liability is overstated by the objection amount specifically due to a partial payment on check # 4586284 |
| 12/19/200 | 1089 2000108901 | GANNETT CENTRAL NEW YORK NEWS PO BOX 1270 BINGHAMTON, NY 13902-1270 | | $33,180.62 | U | CIRCUIT CITY STORES, INC. | $31,139.40 | General Unsecured | $2,041.22 | According to the Trust's books and records, the liability is overstated by the objection amount. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Books and Records: Reduce

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/200 | 1340 2000134001 | GEORGIA HOME THEATER & ELECTRICAL 130 DIAMOND DR ATHENS, GA 30605-4391 | | $4,095.00 | U | CIRCUIT CITY STORES, INC. | $2,840.00 | General Unsecured | $1,255.00 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 1/9/2009 | 2612 2000261201 | HALLMARK INSIGHTS 121 S Eighth St Ste 700 Minneapolis, MN 55402 | | $4,027.10 | U | CIRCUIT CITY PURCHASING COMPANY. LLC | $3,107.50 | General Unsecured | $919.60 | According to the Trust's books and records, the liability is overstated by the objection amount as a result of a payment made on 1/13/09. |
| 12/16/200 | 1645 2000164501 | HAWAIIAN ELECTRIC COMPANY INC PO Box 2750 WA1 CH Honolulu, HI 96803-9989 | | $49,230.52 | U | CIRCUIT CITY STORES, INC. | $13,775.05 | General Unsecured | $35,455.47 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 1/21/2009 | 4453 2000445301 | HILLDRUP MOVING & STORAGE PO BOX 669 STAFFORD, VA 22555-0669 | | $8,186.44 | U | CIRCUIT CITY STORES, INC. | $3,462.86 | General Unsecured | $4,723.58 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/17/200 | 1380 2000138001 | HOLIDAY INN EXPRESS ALLEN 205 N CENTRAL EXPY ALLEN, TX 75013 | | $10,332.00 | U | CIRCUIT CITY STORES, INC. | $6,297.90 | General Unsecured | $4,034.10 | According to the Trust's books and records, the liability is overstated by the objection amount.  Invoices paid on Ch#4589866 dated 12/30/08 |
| 12/12/200 | 817 2000081701 | HOLYOKE GAS & ELECT, CITY OF 99 SUFFOLK ST HOLYOKE, MA 01040 | | $17,733.39 | U | CIRCUIT CITY STORES, INC. | $11,174.25 | General Unsecured | $6,559.14 | According to the Trust's books and records, the liability is overstated by the objection amount. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Books and Records: Reduce

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/27/2009 | 6004 2000600401 | KING & SPALDING LLP 1180 Peachtree St Atlanta, GA 30309 | c o James A Pardo Jr Esq | $72,340.22 | U | CIRCUIT CITY STORES, INC. | $69,628.63 | General Unsecured | $2,711.59 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 3/3/2009 | 11218 2001121801 | KPLR TELEVISION 3355 Lenox Rd NE 9th Fl Atlanta, GA 30326-0000 | c o Szabo Associates Inc | $7,029.50 | U | CIRCUIT CITY STORES, INC. | $5,414.50 | General Unsecured | $1,615.00 | According to the Trust's books and records, the liability is overstated by the objection amount per invoice was paid on 4/7/09, by check# 4607272 |
| 12/1/2008 | 409 2000040901 | LABOR READY INC 12 West 37th St 9th Fl New York, NY 10018 | c/o Argo Partners | $28,456.44 | U | CIRCUIT CITY STORES, INC. | $27,290.28 | General Unsecured | $1,166.16 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/12/200 | 823 2000082301 | LOWELL SUN, THE PO BOX 1477 LOWELL, MA 01853 | | $12,066.65 | U | CIRCUIT CITY STORES, INC. | $10,033.94 | General Unsecured | $2,032.71 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 11/28/200 | 631 2000063101 | MAC TRANSPORTATION INC PO BOX 1024 GUASTI, CA 91743 | | $62,571.00 | U | CIRCUIT CITY STORES, INC. | $59,880.50 | General Unsecured | $2,690.50 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 1/22/2009 | 4336 2000433601 | MARYL PACIFIC CONSTRUCTION INC O Connor Playdon & Guben LL 773 Bishop St Ste 2400 Honolulu, HI 96813 | Jerrold K Guben Esq | $1,799,467.92 | U | CIRCUIT CITY STORES, INC. | $1,724,130.92 | General Unsecured | $75,337.00 | According to the Trust's books and records, the liability is overstated by the objection amount. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Books and Records: Reduce

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/4/2008 | 601 2000060101 | NEWS & RECORD PO BOX 20848 GREENSBORO, NC 27420 | | $32,292.27 | U | CIRCUIT CITY STORES, INC. | $25,103.70 | General Unsecured | $7,188.57 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/5/2008 | 517 2000051701 | NORTHERN UTILITIES PO Box 2025 Springfield, MA 01102-2025 | Attn Bankruptcy Dept | $2,997.04 | U | CIRCUIT CITY STORES, INC. | $2,414.83 | General Unsecured | $582.21 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/1/2008 | 168 2000016801 | OHIO EDISON 6896 Miller Rd Brecksville, OH 44141 | Bankruptcy Dept Rm 204 | $13,821.94 | U | CIRCUIT CITY STORES, INC. | $6,075.40 | General Unsecured | $7,746.54 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/23/200 | 2267 2000226701 | PECO PECO Energy Company 2301 Market St Philadelphia, PA 19103 | Attn Michael P Murphy S222 1 | $88,945.06 | U | CIRCUIT CITY STORES, INC. | $69,059.85 | General Unsecured | $19,885.21 | Per the Trust's books and records, portions of this liability were previously paid. |
| 1/29/2009 | 8257 2000825701 | PETER E GLICK ATTORNEY AT LAW 1722 3rd St Ste 201 Sacramento, CA 95811 | Peter E Glick | $19,346.81 | U | CIRCUIT CITY STORES, INC. | $17,522.14 | General Unsecured | $1,824.67 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/17/200 | 1227 2000122701 | PINKERTON CONSULTING & INVEST 2 CAMPUS DR PARSIPPANY, NJ 07054 | | $6,722.63 | U | CIRCUIT CITY STORES, INC. | $4,284.30 | General Unsecured | $2,438.33 | According to the Trust's books and records, the liability is overstated by the objection amount. The disputed portion was paid on check# 4583995 dated 12/9/08 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Books and Records: Reduce

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/12/2009 | 3346 2000334601 | PIRKEY BARBER LLP 600 CONGRESS AVE STE 2120 AUSTIN, TX 78701 | | $7,300.88 | U | CIRCUIT CITY STORES, INC. | $6,849.76 | General Unsecured | $451.12 | According to the Trust's books and records, the liability is overstated by the objection amount due to paid invoices. |
| 12/18/200 | 1278 2000127801 | PLATINUM HOME THEATER INSTALLATION 14335 IVEY AVE FONTANA, CA 92335-3059 | | $4,700.00 | U | CIRCUIT CITY STORES, INC. | $3,930.00 | General Unsecured | $770.00 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/17/200 | 1203 2000120302 | PROCARE INTERNATIONAL CO 11FL 6 NO 410 CHUNG HSIA E ROAD SEC 5 TAIPEI, | | $7,327.20 | U | CIRCUIT CITY STORES, INC. | $5,397.20 | General Unsecured | $1,930.00 | Claim 1203 is also under objection through omnibus objection 51 due to a preference demand. Notwithstanding that objection, the claim is further disputed based on the Trust's books and records. |
| 12/8/2008 | 878 2000087801 | PROFESSIONAL SATELLITE INSTALLS 41 BRIAN DR CARLISLE, PA 17015 | | $6,715.00 | U | CIRCUIT CITY STORES, INC. | $3,820.00 | General Unsecured | $2,895.00 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 1/9/2009 | 3113 2000311301 | PROTECH INSTALLATION SERVICE 1241 MIDWAY RD WILLIAMSON, GA 30292-3439 | | $11,645.00 | U | CIRCUIT CITY STORES, INC. | $10,765.00 | General Unsecured | $880.00 | According to the Trust's books and records, the claim is reduced to 10,765 based on paid items and unsupported invoices. |
| 1/21/2009 | 5164 2000516401 | PUBLIC SERVICE OF NEW HAMPSHIRE PO BOX 330 MANCHESTER, NH 03105 | | $43,955.58 | U | CIRCUIT CITY STORES, INC. | $33,499.15 | General Unsecured | $10,456.43 | According to the Trust's books and records, the liability is overstated by the objection amount. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Books and Records: Reduce

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/200 | 221<br><br>2000022101 | PUBLIC WORKS COMM CITY OF FAYETTEVILLE<br><br>P O BOX 7000<br><br>FAYETTEVILLE, NC 28302-700 | | $6,241.17 | U | CIRCUIT CITY STORES, INC. | $5,572.47 | General Unsecured | $668.70 | According to the Trust's books and records, the liability is overstated by the objection amount. The objection amount of $668.70 was previously paid through Advantage IQ. |
| 12/18/200 | 2278<br><br>2000227801 | QUESTAR GAS COMPANY<br><br>Bankruptcy DNR 244<br>1140 W 200 S<br>PO Box 3194<br>Salt Lake City, UT 84110-3194 | JoAnn | $1,671.68 | U | CIRCUIT CITY STORES, INC. | $390.37 | General Unsecured | $1,281.31 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/16/200 | 1139<br><br>2000113901 | RICHLAND, CITY OF<br><br>PO BOX 190<br><br>RICHLAND, WA 99352 | | $1,762.20 | U | CIRCUIT CITY STORES, INC. | $1,453.10 | General Unsecured | $309.10 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/19/200 | 1424<br><br>2000142401 | SECURITY ARMORED CAR SERV INC<br><br>1022 SOUTH NINTH ST<br><br>ST LOUIS, MO 63104 | | $23,350.00 | U | CIRCUIT CITY STORES, INC. | $23,085.88 | General Unsecured | $264.12 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 1/28/2009 | 7316<br><br>2000731601 | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br><br>333 S Hope St 48th Fl<br><br>Los Angeles, CA 90071 | Richard W Brunette Esq | $40,976.86 | U | CIRCUIT CITY STORES, INC. | $39,539.83 | General Unsecured | $1,437.03 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 1/13/2009 | 5600<br><br>2000560001 | SOUTHERN CALIFORNIA EDISON<br><br>300 N Lone Hill Ave<br><br>San Dimas, CA 91773 | | $321,389.91 | U | CIRCUIT CITY STORES, INC. | $223,073.47 | General Unsecured | $98,316.44 | According to the Trust's books and records, portions of the liability were previously paid. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Books and Records: Reduce

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/18/200 | 1233 2000123302 | SPIDERWEAR ORANGEHALO LLC 4514 CHAMBLEE DUNWOOD ATLANTA, GA 30338 | DAVID SOLOMON | $53,312.85 | U | CIRCUIT CITY PURCHASING COMPANY. LLC | $45,193.20 | General Unsecured | $8,119.69 | Per the Trust's books and records, portions of this liability were previously paid. |
| 12/8/2008 | 615 2000061501 | STATESMAN JOURNAL PO BOX 13009 SALEM, OR 97309 | | $21,846.39 | U | CIRCUIT CITY STORES, INC. | $13,949.06 | General Unsecured | $7,897.33 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 2/27/2009 | 11645 2001164501 | TEC COM SERVICES INC DBA MICRO TECH 1215 Pomona Rd Ste A Corona, CA 92882 | | $9,940.00 | U | CIRCUIT CITY STORES, INC. | $8,220.00 | General Unsecured | $1,720.00 | According to the Trust's books and records, the liability is overstated by the objection amount.  Invoices paid on Ch#4589866 dated 12/30/08 |
| 3/18/2009 | 11897 2001189701 | THE CITY OF DENTON TEXAS City Hall 215 E McKinney St Denton, TX 76201 | Attn Toni Reedy Legal Sec | $9,438.68 | U | CIRCUIT CITY STORES, INC. | $3,231.13 | General Unsecured | $6,207.55 | According to the Trust's books and records, the liability is overstated by the objection amount.  Invoices claimed we previously paid. |
| 12/16/200 | 1030 2000103001 | TIMES WORLD CORPORATION PO BOX 1951 ROANOKE, VA 24008-1951 | | $29,761.49 | U | CIRCUIT CITY STORES, INC. | $23,019.52 | General Unsecured | $6,741.97 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/10/200 | 1172 2000117201 | TRIBUNE COMPANY DBA DAILY PRESS 435 N Michigan Ave 3rd Fl FS Chicago, IL 60611 | Attn Carol Liotta | $40,824.89 | U | CIRCUIT CITY STORES, INC. | $37,628.81 | General Unsecured | $3,196.08 | According to the Trust's books and records, the liability is overstated by the objection amount. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Books and Records: Reduce

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/12/2011 | 15230  2001523001 | Turner Broadcasting System Inc  Vorys Sater Seymour and Pea  52 E Gay St  Columbus, OH 43215 | Tiffany Sterlow Cobb | $764,429.68 | U | Circuit City Stores, Inc. | $277,994.20 | General Unsecured | $486,435.48 | Invoices were paid through Active Media  486435.48 |
| 1/26/2009 | 5275  2000527501 | USIS COMMERICAL SERVICES INC  23883 Network Pl  Chicago, IL 60673-1238 | | $17,149.15 | U | CIRCUIT CITY STORES, INC. | $8,955.86 | General Unsecured | $8,193.29 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/16/200 | 927  2000092701 | VENTURA COUNTY STAR  PO BOX 4899  PORTLAND, OR 97208-4899 | | $44,578.91 | U | CIRCUIT CITY STORES, INC. | $25,970.04 | General Unsecured | $18,608.87 | According to the Trust's books and records, the disputed amount was paid on 12/12/08, check 4586079. |
| 12/8/2008 | 1155  2000115501 | WBLS FM  3 PARK AVE 41ST FL  NEW YORK, NY 10016 | | $7,890.02 | U | CIRCUIT CITY STORES, INC. | $7,140.00 | General Unsecured | $750.02 | According to the Trust's books and records, the liability is overstated by the objection amount. The disputed poriton was paid on check 4563506 on 9/29/08. |
| 12/17/200 | 1218  2000121801 | WCVB  5 TV Pl  Needham , MA 02494 | Attn Maureen McCarthy Collections Manager | $35,275.00 | U | CIRCUIT CITY STORES, INC. | $29,091.25 | General Unsecured | $6,183.75 | According to the Trust's books and records, the liability is overstated by the objection amount per an invoice was paid on 12/6/08 on check 458018. |
| 2/10/2009 | 10940  2001094001 | WINK TV  2824 PALM BEACH BLVD  FT MEYERS, FL 33916-0000 | | $14,726.25 | U | CIRCUIT CITY STORES, INC. | $6,141.25 | General Unsecured | $8,585.00 | According to the Trust's books and records, the liability is overstated by the objection amount. |

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Exhibit C: Books and Records: Reduce

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/200 | 1057  2000105701 | WPLG TV  PO BOX 864162  ORLANDO, FL 32886-4162 | ATTN MIRIANER SOTO | $33,579.25 | U | CIRCUIT CITY STORES, INC. | $23,243.25 | General Unsecured | $10,336.00 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 2/10/2009 | 10363  2001036301 | WXCW TV  Sun Broadcasting  2824 Palm Beach Blvd  Fort Myers, FL 33916 | | $7,658.50 | U | CIRCUIT CITY STORES, INC. | $3,846.25 | General Unsecured | $3,812.25 | According to the Trust's books and records, the liability is overstated by the objection amount per $3387.25 of the claimed liability was paid on 3/18/09 by check 4606803 and 425.00 is invalid. |
| 12/4/2008 | 575  2000057502 | ZT GROUP INTERNATIONAL  350 MEADOWLANDS PKWY  SECAUCUS, NJ 07094 | | $117,331.00 | U | CIRCUIT CITY STORES, INC. | $116,507.00 | General Unsecured | $824.00 | According to the Trust's books and records, the liability is overstated by the objection amount. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit D: Duplicate or Amended Claims: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 11/24/200 | 371 2000037101 | AMERENCILCO 2105 E State Route 104 Pawnee, IL 62558 | Credit & Collections | $2,813.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim: 2918 |
| 11/19/200 | 17 2000001701 | ANCHOR INSTALLATIONS LLC 6712 ELMWOOD AVE CHEYENNE, WY 82007-9129 | | $2,315.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim: # 16 |
| 12/19/200 | 1328 2000132801 | APPLIED PREDICTIVE TECHNOLOGIES INC 901 N Stuart St Ste 1100 Arlington, VA 22203-4141 | Attn General Counsel | $8,333.33 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim 14285. |
| 12/1/2008 | 443 2000044301 | ARKANSAS UNCLAIMED PROPERTY PO BOX 251906 LITTLE ROCK, AR 72225-1906 | | $4,367.81 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The claim duplicates claim # 15228. |
| 12/15/200 | 1182 2000118201 | ATHENS BANNER HERALD PO BOX 1486 AUGUSTA, GA 30903 | | $2,211.66 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 5694 |
| 12/1/2008 | 504 2000050401 | BANGOR DAILY NEWS 491 MAIN ST BANGOR, ME 04402 | | $11,467.41 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 2025 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit D: Duplicate or Amended Claims: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/15/200 | 834 2000083401 | BEAUMONT ENTERPRISE<br><br>801 Texas Ave<br><br><br>Houston, TX 77002 | | $9,618.17 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicate of claim 3505. |
| 12/8/2008 | 862 2000086201 | BENNER MECHANICAL & ELECTRICAL<br>1760 LAKELAND PARK DR<br><br><br>BURLINGTON, KY 41005 | ATTN TED WILLIAMS | $15,776.42 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim 2841 |
| 12/19/200 | 1426 2000142601 | BOWMAN JR, JOHN<br><br>2329 ASHLEY PL DR<br><br><br>ST CHARLES, MO 63303 | | $697.50 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicate of claim 1690 |
| 12/1/2008 | 444 2000044401 | BOYS & GIRLS CLUBS OF HARLINGEN<br><br>PO BOX 1982<br><br><br>HARLINGEN, TX 78551 | | $2,500.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  In addition, this claim duplicates 2437. |
| 1/27/2009 | 6323 2000632301 | BRADENTON HERALD<br><br>c o The McClatchy Co<br>2100 Q St<br><br>Sacramento, CA 95816 | Attn Stephen Burns | $18,911.23 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 4166 which was reduced on Omni 24. |
| 12/10/200 | 884 2000088401 | BRADENTON HERALD, THE<br><br>102 MANATEE AVE W<br>PO BOX 921<br><br>BRADENTON, FL 34206-0921 | | $8,019.41 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 4166 which was reduced on Omni 24. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit D: Duplicate or Amended Claims: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/1/2008 | 215 2000021501 | CAPITAL GAZETTE NEWSPAPERS PO BOX 911 ANNAPOLIS, MD 21404 | | $9,849.42 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicate of claim 2033 |
| 12/7/2009 | 14759 2001475901 | CENTRAL TELEPHONE COMPANY NEVADA PO Box 7971 Shawnee Mission, KS 66207-09 | | $1,829.75 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 6947 |
| 1/28/2009 | 7181 2000718101 | CITY OF RANCHO CUCAMONGA 10500 Civic Ctr Dr PO Box 2300 Rancho Cucamonga, CA 91729 | | $9,495.24 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 4506 which is also under objection due to an overpayment made by the Trust on the post petition account. |
| 12/1/2008 | 211 2000021101 | CITY OF WARNER ROBINS PO Box 1488 Warner Robins, GA 31099 | Utility Dept | $573.07 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim 3527. |
| 12/18/200 | 1269 2000126901 | CLARKSVILLE DEPARTMENT OF ELECTRICITY P O BOX 31509 CLARKSVILLE, TN 37040-0026 | | $2,969.99 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim 4753 |
| 1/6/2009 | 2801 2000280101 | COMMUNICATIONS WIRING INC 1565 HOTEL CIRCLE SOUTH SAN DIEGO, CA 92108 | DEBT ACQUISITION COMPANY OF AMERICA V LLC | $7,300.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 1270 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit D: Duplicate or Amended Claims: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/18/200 | 1714  2000171401 | COMMUNICATIONS WIRING INC  14390 ADAMSVILLE RD  GREENWOOD, DE 19950 | | $7,300.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 1270 |
| 12/22/200 | 1869  2000186901 | COMPETITIVE MEDIA REPORTING  100 PARK AVE 4TH FL  NEW YORK, NY 10017 | | $8,468.75 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 844. |
| 12/8/2008 | 864  2000086401 | CUSTOM DIESEL SERVICE INC  1513 25 E JONATHON ST  ALLENTOWN, PA 18109 | | $15,459.21 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim 3187 |
| 12/1/2008 | 496  2000049601 | DAILY JOURNAL  12 WEST 37th ST 9th FL  NEW YORK, NY 10018 | C/O ARGO PARTNERS | $2,004.72 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim other claim 3424 |
| 12/11/200 | 799  2000079901 | DAILY REPUBLIC, THE  PO BOX 47  FAIRFIELD, CA 94533 | | $2,441.22 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 1961 |
| 12/8/2008 | 858  2000085801 | DAKOTA ELECTRIC ASSOCIATION  4300 220TH STREET WEST  FARMINGTON, MN 55024 | | $11,803.88 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 413. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit D: Duplicate or Amended Claims: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/18/200 | 1414 2000141401 | DENTON PUBLISHING COMPANY<br><br>314 E HICKORY ST<br>PO BOX 369<br><br>DENTON, TX 76202 | | $4,068.12 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim duplicates claim 6340. |
| 12/17/200 | 1381 2000138101 | ERIE TIMES NEWS<br><br>205 WEST 12TH ST<br>ATTN FINANCE<br><br>ERIE, PA 16534-0001 | | $8,195.13 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 1963. |
| 1/2/2009 | 2387 2000238701 | EVENING TELEGRAM, THE<br><br>PO DRAWER 1080<br><br>ROCKY MOUNT, NC 27802 | | $4,653.52 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 641. |
| 12/15/200 | 835 2000083501 | EXPRESS NEWS<br><br>801 TEXAS AVE<br><br>HOUSTON, TX 77002 | | $50,058.09 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim 14780 which was expunged as per terms of the settlement agreement. |
| 12/1/2008 | 381 2000038101 | FAYETTEVILLE PUBLISHING CO<br><br>PO BOX 1887<br><br>FAYETTEVILLE, NC 28302 | | $13,794.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim 2230 |
| 12/4/2008 | 157 2000015701 | FRAZER GREENE UPCHURCH & BAKER<br><br>PO BOX 1686<br><br>MOBILE, AL 36633 | | $1,474.39 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by unsecured claim #2288 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit D: Duplicate or Amended Claims: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/8/2008 | 1159 2000115901 | GAZETTE NEWSPAPERS, THE PO BOX 1090 2345 MAXON RD EXT SCHENECTADY, NY 12301-10 | | $3,586.32 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 2732 |
| 1/5/2009 | 2372 2000237201 | GMS INC PO BOX 8518 BROWNSVILLE, TX 78521-851 | | $1,087.58 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by #7453 |
| 12/4/2008 | 605 2000060501 | HERALD DISPATCH PO BOX 2017 HUNTINGTON, WV 25720 | | $7,573.88 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 2486 |
| 12/1/2008 | 717 2000071701 | HERALD MAIL CO 100 SUMMIT AVE HAGERSTOWN, MD 21740 | | $9,909.74 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim 3123. |
| 12/1/2008 | 497 2000049701 | IN YOUR EAR MUSIC & RECORDING 1813 E BROAD ST RICHMOND, VA 23223 | ATTN TERRY L STROUD | $21,334.78 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 39. |
| 1/20/2009 | 4171 2000417101 | INFINITY SOLUTIONS 110 TAPPIN RD MOOERS, NY 12958 | | $1,100.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 363 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit D: Duplicate or Amended Claims: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/9/2008 | 691<br><br>2000069101 | INTERMOUNTAIN GAS CO<br><br>PO BOX 64<br><br><br>BOISE, ID 83732 | | $974.22 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 2263. |
| 11/25/200 | 50<br><br>2000005001 | JEFFERSON, THE<br><br>FRANKLIN & ADAMS STS<br><br><br>RICHMOND, VA 23220 | | $12,664.47 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim 1370 |
| 1/2/2009 | 2161<br><br>2000216101 | JOURNAL PUBLISHING CO INC, THE<br><br>207 W KING ST<br><br><br>MARTINSBURG, WV 25401 | | $2,420.62 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim  583 |
| 12/16/200 | 1001<br><br>2000100101 | KRCW TV<br><br>FILE 30691<br>PO BOX 60000<br><br>SAN FRANCISCO, CA 94160 | | $3,723.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 11718 |
| 12/10/200 | 1170<br><br>2000117001 | KRON TV<br><br>PO BOX 601703<br><br><br>CHARLOTTE, NC 28260-1703 | | $14,305.50 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim 5902 |
| 1/27/2009 | 5782<br><br>2000578201 | MACON TELEGRAPH<br><br>c o The McClatchy Co<br>2100 Q St<br><br>Sacramento, CA 95816 | Attn Stephen Burns | $31,893.96 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 2188 which is reconciled as filed. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit D: Duplicate or Amended Claims: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/2/2009 | 2160 2000216001 | MARTINSBURG JOURNAL JUDY GELESTOR 207 WEST KING STREET P O BOX 8 7 MARTINSBURG, WV 25402 | | $2,420.62 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim  583 |
| 12/8/2008 | 1519 2000151901 | NATIONWIDE CONSULTING CO PO BOX 548 65 HARRISTOWN RD GLEN ROCK, NJ 07452 | | $3,250.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim# 9830 |
| 12/1/2008 | 485 2000048501 | NEVAEH ELECTRONICS 1182 OLD BOONES CRK RD JONESBOROUGH, TN 37659 | | $3,530.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim 485 was amended by claim 3282 and should be expunged. |
| 11/28/200 | 237 2000023701 | NORTHWEST ARKANSAS DEMOCRAT PO BOX 1607 BUSINESS OFFICE RETAIL D FAYETTEVILLE, AR 72702 | | $760.16 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | This claim was amended by claim  5295. |
| 1/13/2009 | 3998 2000399801 | NSTAR GAS 800 Boylston St 17th Fl Boston, MA 02119-7050 | | $783.23 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 3992. |
| 12/18/200 | 1295 2000129501 | PAUL PLEVIN SULLIVAN ET AL 401 B ST 10TH FL SAN DIEGO, CA 92101 | | $2,588.79 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim #5722 filed 1/27/09 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit D: Duplicate or Amended Claims: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/18/200 | 1272 2000127201 | PENSKE PO BOX 827380 PHILADELPHIA, PA 19182 | | $85,923.68 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim 13374 which is also under objection. The Trust reserves it's right to object to claim 1272 on substantive grounds if it is determined that this claim survives the amended objection. |
| 12/15/200 | 842 2000084201 | POUGHKEEPSIE JOURNAL PO BOX 1231 POUGHKEEPSIE, NY 12601 | | $10,001.51 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim 5083. |
| 12/17/200 | 1384 2000138401 | PROTECH INSTALLATION SERVICE 1241 MIDWAY RD WILLIAMSON, GA 30292 | | $11,265.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim 3113. |
| 1/8/2009 | 2969 2000296901 | RAMADA LIMITED HOTEL 2989 HAMILTON BLVD S PLAINFIELD, NJ 07080 | | $1,725.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 795 |
| 12/17/200 | 1745 2000174501 | RUSH ELECTRONICS 4402 Emerald St Boise, ID 83706 | c o Monica Souza | $3,545.09 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim was amended by claim #2723 |
| 12/15/200 | 1181 2000118101 | SAVANNAH MORNING NEWS PO BOX 1486 ACCOUNTS RECEIVABLE AUGUSTA, GA 30903 | | $7,114.86 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim 5702 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit D: Duplicate or Amended Claims: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/1/2008 | 494 2000049401 | SEQUIN GAZETTE ENTERPRISE PO BOX 1200 SEQUIN, TX 78155 | | $1,395.48 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicate of claim 2186 |
| 11/17/200 | 284 2000028401 | SOUNDS GOOD INSTALLATIONS LLC 26 FOX RD WALTHAM, MA 02451 | | $12,125.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim 454 |
| 12/8/2008 | 1549 2000154901 | SOUTHWEST GAS CORPORATION PO Box 1498 Victorville, CA 92393 | | $775.78 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim: 15204 |
| 1/12/2009 | 3345 2000334501 | SUN GAZETTE CO PO BOX 728 252 WEST FOURTH ST WILLIAMSPORT, PA 17703-07 | | $3,944.69 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 153 |
| 1/5/2009 | 2451 2000245101 | TEMPLE DAILY TELEGRAM DAVE BURR P O BOX 6114 TEMPLE, TX 76503 | | $8,576.93 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 638. |
| 1/5/2009 | 2474 2000247401 | TEMPLE DAILY TELEGRAM PO BOX 6114 TEMPLE, TX 76503-6114 | | $8,576.93 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 638. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit D: Duplicate or Amended Claims: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 7/8/2009 | 14467  2001446702 | TURNER BROADCASTING SYSTEM, INC  Schreeder Wheeler & Flint LLP  1100 Peachtree St Ste 800  Atlanta, GA 30309 | Lawrence S Burnat | $764,429.68 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | AMENDED BY CLAIM 15230 |
| 1/20/2009 | 4436  2000443601 | VERMONT GAS SYSTEMS, INC  PO BOX 1722  BRATTLEBORO, VT 05302 | | $629.22 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim # 827. |
| 12/5/2008 | 150  2000015001 | VERO BEACH, CITY OF  PO BOX 1180  UTILITIES  VERO BEACH, FL 32961-1180 | | $26,804.57 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim was amended by 2078 |
| 12/18/200 | 1257  2000125701 | WASHINGTON GAS  PO BOX 37747  PHILADELPHIA, PA 19101-504 | | $7,210.89 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 1762 and the Trust further objects to the validity of the claim as filed. |
| 12/1/2008 | 218  2000021801 | WISCONSIN PUBLIC SERVICE CORP  PO BOX 19004  GREEN BAY, WI 543079004 | | $7,777.82 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim is duplicated by claim 2828. |
| 1/5/2009 | 2194  2000219401 | WOOD, MICHAEL  745 HAWK RUN  OFALLON, MO 63368 | | $1,290.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | duplicate claim of 644 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit E: Late: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 5/21/2010 | 15037 2001503701 | AMH TECHNOLOGIES LTD<br><br>5023 W 120TH AVE<br>STE 319<br><br>BROOMFIELD, CO 80020 | | $97,105.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim was filed on 05/21/2010, the general bar date deadline was 1/30/09; therefore this claim is late and should be expunged in it's entirety. |
| 4/28/2011 | 15235 2001523501 | CALDERON, ANA<br><br>5714 Haven Crest Cir<br><br>Stockton, CA 95219 | Ana Calderon | $30,167.34 | U | Circuit City Stores, Inc. | $0.00 | Circuit City Stores, Inc. | Claim was filed on 4/28/2011 which is after all applicable bar dates.  Furthermore, the Trust disputes the validity of this claim. |
| 11/26/201 | 15150 2001515001 | Cartera Commerce Inc fka Mall Networks Inc<br><br>One Cranberry Hill<br><br>Lexington, MA 02421 | Attn Lisa Jones | $41,658.67 | U | Circuit City Stores, Inc. | $0.00 | Circuit City Stores, Inc. | Claim was filed on 11/26/2010, the general bar date deadline was 1/30/09; therefore this claim is late and should be expunged in it's entirety. |
| 2/17/2009 | 10474 2001047401 | CHERYL DAVES<br><br>8030 E Lakeside Pkwy No 210<br><br>Tucson, AZ 85730 | | $605.35 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim was filed on 2/17/2009 which is after the applicable bar date for general unsecured claims of 1/30/2009.  Furthermore, the Trust denies the validity of the alleged liability related to product purchased during the liquidation sale. |
| 8/17/2010 | 15074 2001507401 | CITY OF CINCINNATI<br><br>801 Plum St Rm 202<br><br>Cincinnati, OH 45202 | | $1,675.64 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim was filed on 08/17/10 which is after all applicable bar dates.  Furthermore, the Trust disputes the validity of this claim. |
| 6/17/2009 | 13420 2001342001 | COLE SERVICES<br><br>PO BOX 310<br><br>WESTIMINSTER, CA 92684-03 | | $1,358.91 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The claim was filed on 6/17/2009 which is after the general unsecured bar date of 1/30/2009. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit E: Late: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 9/14/2009 | 14627 2001462701 | DATACOLOR INC PO Box 200834 Pittsburgh, PA 15251-0834 | | $5,100.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The claim was filed on 9/14/09 which is after all applicable bar dates. |
| 3/3/2009 | 11697 2001169701 | ENTERTAINMENT PUBLICATIONS LLC 1414 E Maple Rd Ste 500 Troy , MI 48083-4019 | Given Koehler | $23,541.96 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim was filed on 03/9/2009, the general bar date deadline was 1/30/09; therefore this claim is late and should be expunged in it's entirety. |
| 5/27/2009 | 13229 2001322901 | FOLSOM POLICE DEPARTMENT 46 Natoma St Folsom, CA 95630 | Attn Alarm Unit | $1,204.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim was filed on 5/24/2009 which is after the applicable bar date for general unsecured claims. |
| 7/29/2010 | 15066 2001506601 | FRANCES PERKINS JOHN PERKINS 10 Bender Ct Stony Point, NY 10980 | Frances Perkins | $779.97 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim was filed on 7/29/2010 which is after the applicable bar date for general unsecured claims of 1/30/2009.  Furthermore, the Trust denies the validity of the claim. |
| 11/16/201 | 15130 2001513001 | Jackson Energy Authority PO Box 68 Jackson, TN 38302 | | $714.02 | U | Circuit City Stores, Inc. | $0.00 | Circuit City Stores, Inc. | Claim was filed on 11/16/2010 which is after the applicable bar date for general unsecured claims of 1/30/2009. |
| 4/8/2009 | 12281 2001228101 | KARPINSKI, MICHAEL 263 Bodega Dr Romeoville, IL 60446 | | $1,415.27 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim was filed on 4/8/2009 which is after the applicable bar date for general unsecured claims. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit E: Late: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/7/2011 | 15202 2001520201 | Macke Water Systems Inc PO Box 545 Wheeling, IL 60090 | | $1,550.36 | U | Circuit City Stores, Inc. | $0.00 | Circuit City Stores, Inc. | Claim was filed on 01/7/11 which is after all applicable bar dates.  Furthermore, the Trust disputes the validity of this claim. |
| 5/18/2009 | 13044 2001304401 | NAULTY SCARICAMAZZA & MCDEVITT LLC 1617 John F Kennedy Blvd Ste Philadelphia, PA 19103 | | $7,217.52 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.   Furthermore, the claim is filed late and should be expunged. |
| 12/6/2010 | 15158 2001515801 | Nicholas Zorio 213 Johnson Rd Turnersville, NJ 08012 | | $12,152.65 | U | Circuit City Stores, Inc. | $0.00 | Circuit City Stores, Inc. | The claim was filed on 12/6/2010 which is after all applicable bar dates. |
| 6/8/2009 | 13150 2001315001 | OBSERVER DISPATCH, THE One University Plz Ste 312 Hackensack, NJ 07601 | | $11,952.63 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The claim was filed on 6/8/2009 which is after the general claims bar date of 1/30/2009. |
| 3/22/2010 | 14883 2001488301 | OHIO BUREAU OF WORKERS COMPENSATION PO Box 15567 Columbus, OH 43215-0567 | Legal Division Bankruptcy Unit | $4,740.00 | A | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim was filed on 3/22/2010 which is after all applicable bar dates.  Furthermore, the Trust disputes the validity of this claim. |
| 6/1/2009 | 13156 2001315601 | PEREZ, HECTOR 5050 E 10 Ave Hialeah, FL 33013 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim was filed on 6/1/2009 which is after general unsecured claims bar date of 1/30/09.  Furthermore, the Trust disputes the validity of this claim. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit E: Late: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 8/5/2010 | 15071 2001507101 | PHILLIPS MEDICAL SYSTEMS 16830 Ventura Blvd Ste 620 Encino, CA 91436 | Commercial Collection Consultants | $2,058.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim was filed on 08/05/10 which is after all applicable bar dates.  Furthermore, the Trust disputes the validity of this claim. |
| 2/28/2011 | 15217 2001521701 | Raritan Bay Medical Center 530 New Brunswick Ave Perth Amboy, NJ 08861 | c o Charles Brasby | $998.67 | U | Circuit City Stores, Inc. | $0.00 | Circuit City Stores, Inc. | Claim was filed on 2/28/2011 which is after all applicable bar dates.  Furthermore, the Trust disputes the validity of this claim. |
| 10/28/201 | 15121 2001512101 | REGINA MCGEE 2455 W Bryn Mawr Ave Chicago , IL 60659 | | $597.99 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim was filed on 10/28/10 which is after the applicable bar date for general unsecured claims of 1/30/2009.  Furthermore, the Trust denies the validity of the alleged liability. In addition, this claim duplicates claim 15105 which is also under objection. |
| 10/8/2010 | 15105 2001510501 | REGINA MCGEE 2455 W Bryn Mawr Ave Chicago , IL 60659 | | $597.99 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim was filed on 10/08/10 which is after the applicable bar date for general unsecured claims of 1/30/2009.  Furthermore, the Trust denies the validity of the alleged liability. |
| 11/28/201 | 15260 2001526001 | Ross F. Lightsey, Sr. 3 Carroll Court Pinehurst, NC 28374 | | $100.00 | P | Circuit City Stores, Inc. | $0.00 | Circuit City Stores, Inc. | Claim was filed on 11/28/2011 which is after all applicable bar dates. |
| 12/6/2010 | 15159 2001515901 | SmartyPig LLC 4300 Westown Pkwy Ste 200 West Des Moines, IA 50266 | Attn Dannielle Hintz Office Mgr | $500.00 | U | Circuit City Stores, Inc. | $0.00 | Circuit City Stores, Inc. | Claim was filed on 12/6/2010 which is after the applicable bar date for general unsecured claims of 1/30/2009. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit E: Late: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 3/29/2010 | 14907<br>2001490701 | STATE OF OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY<br>811 SW 6th Ave<br><br>Portland, OR 97204-1390 | Attn Jim Harris | $15,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The claim was filed on 3/29/2010 which is after all applicable bar dates. |
| 11/19/201 | 15141<br>2001514101 | Town of Grand Chute<br>1900 W Grand Chute Blvd<br><br>Grand Chute, WI 54913 | | $1,322.96 | U | Circuit City Stores, Inc. | $0.00 | Circuit City Stores, Inc. | The claim was filed on 11/19/2010 which is after the general unsecured bar date of 1/30/2009. |
| 3/8/2010 | 14830<br>2001483001 | ULTRA X INC<br>PO BOX 730010<br><br>SAN JOSE, CA 95173 | | $10,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The claim was filed on 3/8/2010 which is after all applicable bar dates. |
| 3/22/2010 | 14882<br>2001488201 | WAYNE DALTON CORP<br>PO BOX 67<br><br>MT HOPE, OH 44660 | | $189,969.96 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim was filed on 03/22/2010, the general bar date deadline was 1/30/09; therefore this claim is late and should be expunged in it's entirety. |
| 11/22/201 | 15135<br>2001513501 | Yang Ming America Corp<br>525 Washington Blvd 25th Fl<br><br>Jersey City, NJ 07310 | Norman Choi Esq | $3,843.75 | U | Circuit City Stores, Inc. | $0.00 | Circuit City Stores, Inc. | Claim was filed on 11/22/10 which is after all applicable bar dates.  Furthermore, the Trust disputes the validity of this claim. |