Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., et al., | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

## NOTICE OF LIQUIDATING TRUST'S THIRTIETH OMNIBUS
## OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS)

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Liquidating Trust's Thirtieth Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as <u>Exhibit 1</u>.  By the Objection, the Liquidating Trust is seeking to disallow certain invalid claims.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

TO:                       <u>Claim Number</u>     <u>Claim Amount</u>     <u>Reference Objection</u>

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. <u>YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION.</u> THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY <u>4:00 P.M. (EASTERN TIME) ON MAY 3, 2012</u>, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

<u>**Critical Information for Claimants
Choosing to File a Response to the Objection**</u>

<u>Who Needs to File a Response</u>: If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

<u>Response Deadline</u>: The Response Deadline is **<u>4:00 p.m. (Eastern Time) on May 3 2012 (the "Response Deadline")</u>**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **<u>actually</u> <u>received</u>** on or before the Response Deadline by the Bankruptcy Court at the following address:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083 |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

The status hearing on the Objection will be held at **2:00 p.m. (Eastern Time) on May 10, 2012 at:**

United States Bankruptcy Court
701 East Broad Street – Courtroom 5000
Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

<u>**Procedures for Filing a Timely Response and**</u>
<u>**Information Regarding the Hearing on the Objection**</u>

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

    a.    a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

    b.    the claimant's name and an explanation for the amount of the Claim;

    c.    a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the

specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d.     a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e.     a declaration of a person with personal knowledge of the relevant facts that support the Response;

f.     the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address"). If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

g.     to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses"). Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**. To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf. Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**. If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection without further notice to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy

Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

**Additional Information**

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.


Dated:    March 30, 2012

<div style="margin-left:40%">

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
        pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
        acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

</div>

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760


- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                   :    Chapter 11
                                         :
CIRCUIT CITY STORES, INC., et al.,    :    Case No. 08-35653 (KRH)
                                         :
Debtors.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x    Jointly Administered

**LIQUIDATING TRUST'S THIRTIETH OMNIBUS OBJECTION
TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS)**

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through Alfred

H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second

Amended Joint Plan of Liquidating of Circuit City Stores, Inc. and its Affiliated Debtors and

Debtors in Possession and its Official Committee of Creditors Holding General Unsecured

Claims (the "Plan") in the above-captioned cases, hereby files this Liquidating Trust's Thirtieth

Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) (the "Objection"), and

hereby moves this court (the "Court"), pursuant to sections 105, 502 and 503 of title 11 of the

United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy

Rule 3007-1, for an order, the proposed form of which is attached hereto as Exhibit A, granting

the relief sought by this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Objection under 28 U.S.C. §§

157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and

this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory and

legal predicates for the relief requested herein are Bankruptcy Code sections 105, 502 and 503,

Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.      On November 10, 2008 (the "Petition Date"), the debtors in the above-

captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief under chapter 11

of the Bankruptcy Code.

3.      On November 12, 2008, the Office of the United States Trustee for the

Eastern District of Virginia appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City
Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc.
(1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of
Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising
Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City
Stores PR, LLC (5512).

4.      On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.      On December 10, 2008, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

6.      Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the "General Bar Date"). The deadline for governmental units to file claims that arose before November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

7.      On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314).  In addition, the Debtors published the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The Richmond Times-Dispatch (Docket No. 1394).

8.      On November 12, 2008, this Court entered that certain Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No. 107)(the "503(b)(9) Bar Date Order").

9.      Pursuant to the 503(b)(9) Bar Date Order, this Court approved the form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the 503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9) Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy Code was on December 19, 2008 (the "503(b)(9) Bar Date").

10.      On November 19, 2008, KCC served a copy of the 503(b)(9) Bar Date Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the Debtors published the 503(b)(9) Bar Date Notice in The New York Times (Docket No. 549), The Wall Street Journal (Docket No. 548), and The Richmond Times-Dispatch (Docket No. 547).

11.      On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.  As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

12.      On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

13.      On May 15, 2009, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting Administrative Bar Date and Procedures For Filing and Objecting To Administrative Expense

4

Request and (ii) Approving Form and Manner of Notice Thereof (Docket No. 3354) (the "Administrative Claims Bar Date Order").

14.     Pursuant to the Administrative Claims Bar Date Order, the deadline for filing all Administrative Expense Requests (as defined in the Administrative Claims Bar Date Order) was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant to the Administrative Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar Date Order (the "Claims Bar Date Notice").

15.     On or before May 22, 2009, KCC served a copy of the Administrative Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609).  In addition, the Debtors published the Administrative Claims Bar Date Notice in The Financial Times (Docket No. 3970), The Richmond Times-Dispatch (Docket No. 3969) and The Wall Street Journal (Docket No. 3968).

16.     On August 9, 2010, the Debtors and the Creditors' Committee filed the Plan, which provides for the liquidation of the Debtors' assets and distribution of the proceeds thereof under chapter 11 of the Bankruptcy Code.

17.     On September 10, 2010, the United States Bankruptcy Court, Eastern District of Virginia, signed an Order confirming the Plan (Docket No. 8555) (the "Confirmation Order").

18.     Pursuant to the Plan and Confirmation Order, the deadline for requests for payment of Administrative Claims that arose on and after January 1, 2010 up to and through the Effective Date was January 3, 2011 (the "Final Administrative Bar Date").

19.     On November 3, 2010, KCC served a copy of the Notice of (I) Confirmation of Modified Second Amended Joint Plain of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims Under Chapter 11 of the Bankruptcy Code, (II) the Occurrence of the Effective Date and (III) the Deadlines for Filing Administrative Claims, Final Fee Applications and Rejection Damages Claims (Docket No. 8865), which included notice of the Final Administrative Bar Date, on the 2002 Service List, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 8947).

20.     The Plan became effective on November 1, 2010 (the "Effective Date"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Trust assumed the right and responsibility to liquidate the Debtors' remaining assets and distribute the proceeds to creditors, including the prosecution of Causes of Action and objections to claims.

## OBJECTIONS TO CLAIMS

21.     By this Objection, the Liquidating Trust seeks entry of an order, in substantially the form attached hereto as Exhibit A, pursuant to Bankruptcy Code sections 105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1, disallowing each of the claims identified on Exhibit B attached hereto (the "Claims").

22.     The basis for disallowance of the Claims listed on Exhibit B attached hereto is that all of the Claims assert, in their entirety, amounts for which the Debtors are not liable.

23.     Specifically, Exhibit C identifies Claims that are invalid based on the Debtors' books and records.  After a review of the Claims and the bases upon which each is asserted, and a review of the Debtors' books and records, the Liquidating Trust has determined that the Claims are liabilities for which the Debtors dispute any liability based on, *inter alia*, (i)

variances in pricing, rates or quantities of merchandise provided, (ii) existing credits or deposits,

(iii) liabilities already satisfied, and (iv) lack of contractual relationship with the Debtors.

Accordingly, the Liquidating Trust requests that the Claims identified on Exhibit C be

disallowed for the reasons stated therein.

## RESERVATION OF RIGHTS

24.     The Liquidating Trust reserves the right to further object to any and all

claims, whether or not the subject of this Objection, for allowance and/or distribution purposes,

and on any other grounds.  Furthermore, the Liquidating Trust reserves the right to modify,

supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

## NOTICE AND PROCEDURE

25.     Notice of this Objection has been provided to all Claimants with Claims

that are the subject to this Objection as identified on Exhibit B and to parties-in-interest in

accordance with the Court's Supplemental Order Pursuant to Bankruptcy Code Sections 102 and

105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1

Establishing Certain Notice, Case Management and Administrative Procedures (entered on

December 30, 2009 at Docket No. 6208) (the "Case Management Order").  The Liquidating

Trust submits that the following methods of service upon the Claimants should be deemed by the

Court to constitute due and sufficient service of this Objection: (a) service in accordance with

Federal Rule of Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of

Civil Procedure 4; (b) to the extent counsel for a Claimant is not known to the Liquidating Trust,

by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form or

other representative identified in the proof of claim form or any attachment thereto; or (c) by first

class mail, postage prepaid, on any counsel that has appeared on the Claimant's behalf in the

Debtors' bankruptcy cases.  The Liquidating Trust is serving the Claimant with this Objection and the exhibit on which the Claimant's claim is listed.

26.    To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 P.M. (Eastern) on May 3, 2012** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Liquidating Trust requests that the Court conduct a status conference[2] with respect to any such responding claimant at **2:00 P.M. (Eastern) on May 10, 2012** and thereafter schedule the matter for a future hearing as to the merits of such claim.  However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Liquidating Trust requests that the Court enter an order, substantially in the form attached hereto as Exhibit A, disallowing each of the claims identified on Exhibit B attached hereto.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

27.    This Objection complies with Bankruptcy Rule 3007(e).  Additionally, the Liquidating Trust submits that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

28.    Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Liquidating Trust requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

---

[2] In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the Objection do not need to appear at the status conference.

## NO PRIOR RELIEF

29.     No previous request for the relief sought herein has been made to this

Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter an

Order sustaining this Objection and granting such other and further relief as the Court deems

appropriate.

Dated: Richmond, Virginia
      March 30, 2012

TAVENNER & BERAN, PLC


   */s/ Paula S. Beran*               
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## EXHIBIT A

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                              :    Chapter 11
                                    :
CIRCUIT CITY STORES, INC., et al.,  :    Case No. 08-35653 (KRH)
                                    :
          Debtors.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - -x    Jointly Administered
```

## ORDER SUSTAINING LIQUIDATING TRUST'S THIRTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS)

THIS MATTER having come before the Court[3] on the Liquidating Trust's

Thirtieth Omnibus Objection to Claims Omnibus Objection to Claims (Disallowance of Certain

---

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Invalid Claims) (the "Objection"), which requested, among other things, that the claims

specifically identified on <u>Exhibit B</u> attached to the Objection be disallowed for those reasons set

forth in the Objection; and it appearing that due and proper notice and service of the Objection as

set forth therein was good and sufficient and that no other further notice or service of the

Objection need be given; and it further appearing that no response was timely filed or properly

served by the Claimants being affected by this Order; and it appearing that the relief requested on

the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors

and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists

for the granting of the relief as set forth herein,

   IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

   1.  The Objection is SUSTAINED.

   2.  The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated

herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

   3.  The Court will conduct a status conference on _____, 2012

at 2:00 p.m. for all Claims identified in the Response/Action column as "Received- Continued"

on <u>Exhibit B</u> attached hereto.

   4.  The Liquidating Trust's rights to object to any claim including (without

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are

not waived and are expressly reserved.

   5.  The Liquidating Trust shall serve a copy of this Order on the claimants

included on the exhibits to this Order on or before five (5) business days from the entry of this

Order.

6.      This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
_____, 2012


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


__/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                        - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                        - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Paula S. Beran*
Paula S. Beran

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/28/2009 | 7313<br><br>2000731301 | A 1 RECYCLING<br><br>PO Box 1785<br><br>Union City, CA 94587 | | $916.95 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 12/19/200 | 924<br><br>2000092401 | A&E TELEVISION NETWORK<br><br>235 E 45TH ST<br><br>NEW YORK, NY 10017 | ATTN LEGAL DEPARTMENT | $970,182.58 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, there is no contract for basis of the alleged liability. |
| 12/29/200 | 2021<br><br>2000202101 | A&M TV<br><br>725 W DRYDEN ST<br><br>GLENDALE, CA 91202 | | $1,415.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/30/2009 | 9079<br><br>2000907901 | AAA FLOOR CARE INC<br><br>PO BOX 3021<br><br>EUSTIS, FL 32727 | | $1,124.84 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/30/2009 | 9080<br><br>2000908001 | AAA FLOOR CARE INC<br><br>PO BOX 3021<br><br>EUSTIS, FL 32727 | | $1,124.84 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. Furthermore, this claim duplicates claim # 9079. |
| 12/19/200 | 1314<br><br>2000131401 | ACCENT ENERGY CALIFORNIA LLC<br><br>6100 Emerald Pkwy<br><br>Dublin, OH 43016 | | $957.76 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/29/2009 | 7921 2000792101 | ACCURATE RECYCLING CORP 508 E Baltimore Ave Lansdowne, PA 19050 | | $944.70 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 1/5/2009 | 2975 2000297501 | ACOUSTI ENGINEERING COMPANY OF FLORIDA PO BOX 2232 FORT MYERS, FL 33902 | | $2,540.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/12/200 | 1623 2000162301 | ACPG MANAGEMENT LLC 145 OTTERKILL RD PO BOX 55 MOUNTAINVILLE, NY 10953 | | $2,250.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/18/200 | 1268 2000126801 | ACW SWEEPING & CLEANING SVCS PO BOX 1585 LANDOVER, MD 20785-0585 | | $1,848.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/12/200 | 729 2000072901 | ACXIOM 4057 COLLECTION CTR DR CHICAGO, IL 60693 | | $72,316.27 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Invoices were duplicated in the amended claim 3832; therefore it is duplicative in claim 729 and this claim should be expunged in it's entirety. |
| 1/26/2009 | 7297 2000729701 | AFNI VERIZON EAST PO Box 3037 Bloomington, IL 61702-3037 | | $5,741.82 | U | CIRCUIT CITY STORES PR, LLC | $0.00 | CIRCUIT CITY STORES PR, LLC | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/9/2009 | 3117 2000311701 | AGUINALDO, ROSALIE 783 SKYLINE DR DALY CITY, CA 94015 | | $500.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/20/2009 | 4081 2000408101 | AIRGAS PO BOX 7427 PASADENA, CA 91109-7427 | | $712.10 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/15/2009 | 4721 2000472102 | ALABAMA POWER COMPANY Balch & Bingham LLP PO Box 306 Birmingham, AL 35201 | Eric T Ray | $30,950.17 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | After further review of the Trust's books and records, the Trust disputes the claim in full based on pending deposits and/or post-petition overpayments on account. |
| 1/29/2009 | 7722 2000772201 | ALL POINTS WASTE SERVICE INC PO Box 2458 Indian Trail, NC 28079-2458 | | $918.72 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 1/14/2009 | 3682 2000368201 | ALLIED BUILDING PRODUCTS Allied Building Products Corp 15 E Union Ave East Rutherford, NJ 07073 | Attn Tracy Miller | $27,550.88 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/28/2009 | 6910 2000691001 | ALLIED WASTE SERVICES NO 070 PO Box 78829 Phoenix, AZ 85062-8829 | Allied Waste Services | $1,078.69 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/26/2009 | 9806 2000980601 | ALPINE DISPOSAL INC DBA ALPINE WASTE & RECYCLING 3801 E 56th Ave Commerce City, CO 80022-360 | Attn Alek Orloff | $1,934.58 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/5/2009 | 3029 2000302901 | ALTA LIFT PO Box 12625 Fresno, CA 93778 | Mike Cesena | $566.32 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/13/2009 | 3668 2000366801 | AMERENCIPS 2105 E State Rte 104 Pawnee, IL 62558 | Credit & Collections | $6,180.22 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/9/2008 | 704 2000070401 | AMERENIP PO BOX 66884 ST LOUIS, MO 63166-6884 | | $7,012.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Per the Trust's books and record, the liability is fully claimed on claim #3441. |
| 11/24/200 | 370 2000037001 | AMERENUE PO Box 66881 Mail Code 310 Saint Louis, MO 63166 | | $19,454.87 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/5/2009 | 2972 2000297201 | AMERICAN FAMILY CARE PO BOX 830810 NISC 10000020 BIRMINGHAM, AL 35283 | | $1,307.60 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 11/21/200 | 333 2000033301 | ANCHOR INSTALLATIONS LLC 6712 ELMWOOD AVE CHEYENNE, WY 82007-9129 | | $1,455.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Partial duplicate of claim # 16, all items reconciled to # 16 |
| 6/29/2009 | 13880 2001388001 | AQUA CHILL 12081 W Alameda Pkwy No 21 Lakewood, CO 80228 | | $6,790.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability, only invoices were attached to the proof of claim, no signed work orders, purchase orders, etc. |
| 12/1/2008 | 468 2000046801 | AQUA CHILL INC PO BOX 24742 TEMPE, AZ 85285-4742 | | $1,851.86 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/12/2009 | 3256 2000325601 | AQUA PERFECT OF ARIZONA LLC 455 W 21st St Ste 108 Tempe, AZ 85282 | | $1,206.80 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 11/22/201 | 15144 2001514401 | Armando D Nicolas 517 Fischer St Apt 2 Glendale, CA 91205 | | $15,083.67 | U | Circuit City Stores West Coast. Inc. | $0.00 | Circuit City Stores West Coast, Inc. | The Trust disputes the basis and validity of this claim in it's entirety.  This claim attempts to duplicate claim 2019 which was already expunged by the court. |
| 6/1/2009 | 13232 2001323201 | AT&T AT&T Services Inc One AT&T Way Rm 3A218 Bedminster, NJ 07921 | AT&T Attorney James Grudus Esq | $26,408.04 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.   No support provided by Claimant. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/23/200 | 2056  2000205601 | AT&T CORP  One AT&T Way Rm 3A218  Bedminster, NJ 07921 | AT&T Attorney James Grudus Esq | $203,718.97 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | No support provided to substatiate the claim and Trust's books and records do not reflect this liability. |
| 1/5/2009 | 2481  2000248101 | ATLANTIC CITY ELECTRIC  PO Box 4875  Trenton, NJ 08650-4875 | | $23,194.90 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/28/2009 | 7008  2000700801 | ATNM CORP  130 Woodside Ave  Briarcliff Manor, NY 10510 | | $1,316.24 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 6/1/2010 | 15047  2001504701 | AUDREY SOLTIS  325 33rd Ave N Ste 104  Saint Cloud, MN 56303 | c o Butwinick Donaldson | $485,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/10/200 | 769  2000076901 | AUTOLAND  4995 FISHER STREEET  SAINT LAURENT, QC H4T 1J8 | | $7,380.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Per the Trust's books and record, the liability was paid in full  on check # 0004580570 on 12/2/08 . |
| 12/1/2008 | 1041  2000104101 | AUTOMATED BUILDING COMPONENTS  17680 HANSOM CT  SOUTH BEND, IN 466351013 | | $1,361.45 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/16/200 | 1003<br><br>2000100301 | BANNER & WITCOFF LTD<br><br>1100 13TH ST NW STE 1200<br><br>WASHINGTON, DC 20005-405 | | $921.86 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  In addition, this claim duplicates 4980. |
| 1/21/2009 | 4980<br><br>2000498001 | BANNER & WITCOFF LTD<br><br>1100 13TH ST NW SUITE 120<br><br>WASHINGTON, DC 20005-405 | | $921.86 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/9/2009 | 3091<br><br>2000309101 | BASILOTTO, MICHAEL CHRISTOPHE<br><br>16506 S 164TH ST<br><br>GILBERT, AZ 85295-2006 | | $1,014.41 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 12/11/200 | 1770<br><br>2000177001 | BENSUSSEN DEUTSCH & ASSOCIATES<br><br>Agent of Bensussen Deutsch &<br><br>800 Red Brook Blvd<br><br>Owings Mills, MD 21117 | Euler Hermes ACI | $57,438.03 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | No support provided to substatiate the claim and Trust's books and records do not reflect this liability.  Support was requested during the mediation for Adversary Proceeding 10-03293; however to date has not been provided. |
| 1/30/2009 | 8963<br><br>2000896301 | BEST VENDORS<br><br>2400 Yorkmont Rd<br><br>Charlotte, NC 28217 | Compass Group USA dba Best Vendors | $22,222.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/30/2009 | 9782<br><br>2000978201 | BOES SERVICES, LLC<br><br>1580 SAWGRASS CORP PK<br><br>FT LAUDERDALE, FL 33325 | | $8,616.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  No support was provided by the claimant. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/5/2009 | 2359 2000235901 | BOROUGH OF CHAMBERSBURG, PA P O BOX 1009 CHAMBERSBURG, PA 17201- | | $2,374.53 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/5/2009 | 2437 2000243701 | BOYS & GIRLS CLUBS OF HARLINGEN PO BOX 1982 HARLINGEN, TX 78551 | | $2,500.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/28/2009 | 7451 2000745101 | BR FRIES & ASSOCIATES LLC 355 Lexington Ave Ste 1400 New York, NY 10017 | c o Lewis W Siegel | $199,393.04 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/28/2009 | 6900 2000690001 | BRIAN ROBERT PERLEBERG 15N848 Meadow Ct Hampshire, IL 60140 | | $2,232.76 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/7/2009 | 3094 2000309401 | BROWN, BRANDON JAMES 18140 SE CLAY ST PORTLAND, OR 97233 | | $0.00 | U | CIRCUIT CITY STORES WEST COAST. | $0.00 | CIRCUIT CITY STORES WEST COAST. INC. | The Trust disputes the basis and validity of this claim in it's entirety. Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/29/2009 | 7453 2000745301 | BROWNSVILLE GMS LTD PO Box 8518 Brownsville, TX 78521-8518 | | $1,454.87 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/19/200 | 1395 2000139501 | BROWNSVILLE PUBLIC UTILITIES BOARD 1425 Robindhood Blvd Brownsville, TX 78521 | c o Melida Pinales Collections Supervisor | $2,379.27 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the alleged liability will be addressed by the related Bond surety company.  Objecting to expunge to preserve the rights of the Trust and avoid duplicate payments on the liability. |
| 12/19/200 | 1728 2000172801 | BROWNSVILLE PUBLIC UTILITIES BOARD 1425 Robindhood Blvd Brownsville, TX 78521 | c o Melida Pinales Collections Supervisor | $724.64 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the alleged liability will be addressed by the related Bond surety company.  Objecting to expunge to preserve the rights of the Trust and avoid duplicate payments on the liability. |
| 1/9/2009 | 3220 2000322001 | BUCKEYE LAWN SERVICE INC 8696 Columbiana Canfield Rd Canfield, OH 44406 | | $894.60 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 12/8/2008 | 619 2000061901 | CABELL COUNTY COMMUNITY SVCS 724 10th AVE HUNTINGTON, WV 25701 | | $964.98 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/13/2009 | 3529 2000352901 | CAMPBELL, NOELLE 6409 MORGAN DRIVE LATTA, SC 29565-5331 | | $50,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/14/2009 | 3577 2000357701 | CAPITOL SWEEPING SERVICE INC PO BOX 797 SOUTH WINDSOR, CT 06074 | | $851.45 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/12/2009 | 3414<br><br>2000341401 | CARMES, BILLY JOE<br><br>19181 Hwy 59<br><br><br>Carmesville, GA 30521 | | $2,254.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/30/2009 | 9461<br><br>2000946101 | CARNEY, JANICE FOX<br><br>9744 Ashlyn Cir<br><br><br>Owing Mills, MD 21117 | | $524.60 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 9/14/2010 | 15138<br><br>2001513801 | Carole Kaylor<br><br>153 Lakemont Park Blvd<br><br><br>Altoona, PA 16602 | c o Thomas P Finn Esq | $35,000.00 | U | Circuit City Stores, Inc. | $0.00 | Circuit City Stores, Inc. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the claim was filed on 9/14/2010 and the bar date for general claims was 1/30/09 and therefore the claim is late and should be expunged. |
| 1/22/2009 | 4362<br><br>2000436201 | CAROLINA HANDLING INC<br><br>PO Box 7548<br><br><br>Charlotte, NC 28208 | Carolina Handling LLC | $14,528.06 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/2/2009 | 2169<br><br>2000216901 | CARROLL, KIMBERLY<br><br>PO BOX 1253<br><br><br>ROUND ROCK, TX 78680 | | $1,564.07 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/30/2009 | 10176<br><br>2001017601 | CENTRAL GEORGIA EMC ELEC<br><br>923 S MULBERRY ST<br><br><br>JACKSON, GA 30233-2398 | | $1,893.22 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/6/2009 | 2936 2000293601 | CENTRAL HUDSON GAS & ELECTRIC CO 284 SOUTH AVE POUGHKEEPSIE, NY 12601-4 | | $2,307.82 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/8/2008 | 667 2000066701 | CENTRAL HUDSON GAS&ELECTRIC 284 SOUTH AVENUE DEPT 1 POUGHKEEPSIE, NY 1260148 | | $2,601.55 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore it was amended by claim 2936. |
| 12/19/200 | 1689 2000168901 | CENTRAL MAINE POWER CO 83 Edison Dr Augusta, ME 04336 | Attn Bankruptcy Dept | $22,644.35 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/7/2009 | 14758 2001475801 | CENTRAL TELEPHONE COMPANY OF TEXAS PO Box 7971 Shawnee Mission, KS 66207-09 | | $1,137.16 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Upon review, the Trust determine that the claimed liabilities were already paid in full by Tangeo (3rd party) and that the liabilities are duplicated in claim # 6945. |
| 1/27/2009 | 6562 2000656201 | CHAMBERLAIN, GARY 115 Falling Leaves Dr Warner Robins, GA 31088-6458 | | $999.97 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. The claimant alleges product purchased in 1997 was not returned from warranty repair work, according to the Trust's books and record, all applicable warranties would be expired. Furthermore, insufficient support was provided to validate the accuracy of the claim. |
| 3/13/2009 | 11889 2001188901 | CHICAGO, CITY OF 121 N LASALLE RM 107A CHICAGO, IL 60602 | DEPARTMENT OF REVENUE BANKRUPTCY UNIT | $1,410.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/30/2009 | 9339<br><br>2000933901 | CHRIN HAULING INC<br><br>635 Industrial Dr<br><br>Easton, PA 18042 | | $955.65 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 12/1/2008 | 425<br><br>2000042501 | CHRONICLE TELEGRAM, THE<br><br>PO BOX 4010<br><br>ELYRIA, OH 44036 | | $1,055.76 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  The liabilities are already claimed in claim 3221 |
| 5/7/2009 | 12971<br><br>2001297101 | CITY OF FORT LAUDERDALE FL<br><br>100 N Andrews Ave 7th Fl<br><br>Ft Lauderdale, FL 33301 | City Attorneys Office | $54.22 | P | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. Trust withdrew objection on omni 7 based on support of claimed liabilities however, the Trust has now identified an overpayment made on the post petition account. |
| 5/7/2009 | 12971<br><br>2001297102 | CITY OF FORT LAUDERDALE FL<br><br>100 N Andrews Ave 7th Fl<br><br>Ft Lauderdale, FL 33301 | City Attorneys Office | $765.70 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | After further review of the Trust's books and records, the claim is now disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/19/200 | 1780<br><br>2000178001 | CITY OF HOMESTEAD FL<br><br>Weiss Serota Helfman<br><br>200 E Broward Blvd Ste 1900<br><br>Fort Lauderdale, FL 33301 | c o Douglas R Gonzales Esq | $1,132.60 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/16/2009 | 4506<br><br>2000450601 | CITY OF RANCHO CUCAMONGA<br><br>10500 Civic Ctr Dr<br>PO Box 2300<br><br>Rancho Cucamonga, CA 91729 | | $9,495.24 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/21/2009 | 5008 2000500801 | CITY OF RICHMOND DEPARTMENT OF PUBLIC UTILITIES 730 E Broad St 5th Fl Richmond, VA 23219 | | $28,174.70 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 5/5/2009 | 12883 2001288301 | CITY OF SOUTH BEND 1400 County City Bldg South Bend, IN 46601 | | $2,100.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/26/2009 | 5744 2000574401 | CITY OF TACOMA 3510 S Mullen St Tacoma, WA 98409 | City of Tacoma Solid Waste Management | $1,836.14 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 4/13/2009 | 12216 2001221601 | CITY OF TUCSON PO Box 27210 Tucson, AZ 85726-7210 | | $1,883.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 3/5/2009 | 12874 2001287401 | CITY OF TUKWILA, WA P O  Box 58424 Tukwila, WA 98138-1424 | | $516.33 | U | CIRCUIT CITY STORES WEST COAST. | $0.00 | CIRCUIT CITY STORES WEST COAST. INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/13/2009 | 3527 2000352701 | CITY OF WARNER ROBINS, GA P O BOX 1468 WARNER ROBINS, GA 31099 | | $1,339.59 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | After further review of the Trust's books and records, the unsecured portion of the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/23/2009 | 4753 <br><br> 2000475301 | CLARKSVILLE DEPARTMENT OF ELECTRICITY <br> P O BOX 31509 <br><br><br> CLARKSVILLE, TN 37040-0026 | | $2,969.99 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Upon review , the Trust asserts that the claim was filed against the bond surety company and the claimant is not entitled to duplicate claims. |
| 1/28/2009 | 7438 <br><br> 2000743801 | CMX INC <br><br> 200 State Hwy Nine <br><br><br> Manalapan, NJ 07726 | Attn Renard E Barnes Esq | $1,317.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 11/26/200 | 541 <br><br> 2000054101 | COAST NEWS GROUP <br><br> 828 N COAST HWY 101 <br> STE C <br><br> ENCINITAS, CA 92024 | | $806.19 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/29/200 | 2012 <br><br> 2000201201 | COAST NEWS GROUP <br><br> 828 N COAST HWY 101 <br> STE C <br><br> ENCINITAS, CA 92024 | | $802.15 | U | CIRCUIT CITY STORES WEST COAST. | $0.00 | CIRCUIT CITY STORES WEST COAST. INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, this claim duplicates claim 541 which is also under objection. |
| 11/14/200 | 38 <br><br> 2000003801 | COHESION PRODUCTS <br><br> 895 Dove St Ste 311 <br><br><br> Newport Beach, CA 92660 | | $241,187.16 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Remaining invoice ( CPL-98267) was duplicated in the amended claim 1590; therefore it is duplicative in claim 38 and this claim should be expunged in it's entirety. |
| 12/19/200 | 1699 <br><br> 2000169901 | COLLECTIVE MEDIA <br><br> 99 PARK AVE FL 5 <br><br><br> NEW YORK, NY 10016-1601 | | $55,306.72 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Invoices were duplicated in the amended claim 5763; therefore it is duplicative in claim 1699 and this claim should be expunged in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/22/200 | 2306<br><br>2000230601 | COMED<br><br>2100 Swift Dr<br><br><br>Oakbrook, IL 60523 | Attn Bankruptcy Section Revenue Management | $11,516.26 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | After further review of the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/9/2009 | 4397<br><br>2000439701 | COMMUNICATIONS SUPPLY CORP<br><br>3050 PAYSHERE CR<br><br><br>CHICAGO, IL 60674 | | $596.22 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/30/2009 | 9351<br><br>2000935101 | CON SERV INDUSTRIES INC<br><br>PO Box 650490<br><br><br>Sterling, VA 20165 | | $533.84 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 7/17/2009 | 14584<br><br>2001458401 | CONNECTICUT LIGHT AND POWER<br><br>Northeast Utilities<br>PO Box 2899<br><br>Hartford, CT 06101-8307 | Credit and Collection Center | $14,972.47 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. Furthermore, that lease was rejected on 3/10/09 and the Trust disputes liabilities claimed from 3/11/09 through 6/15/09. |
| 12/18/200 | 1842<br><br>2000184201 | CONSOLIDATED EDISON COMPANY OF NEW YORK INC<br>4 Irving Pl Rm 1875 S<br><br><br>New York, NY 10003 | Bankruptcy Group | $56,911.04 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the alleged liability will be addressed by the related Bond surety company.  Objecting to expunge to preserve the rights of the Trust and avoid duplicate payments on the liability. |
| 12/19/200 | 1063<br><br>2000106301 | CONTAINERFREIGHT EIT LLC<br><br>PO BOX 92829<br><br><br>LONG BEACH, CA 90809-2829 | | $34,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/22/2009 | 4916 2000491601 | CONVERGENT TECHNOLOGIES GROUP PO BOX 73682 RICHMOND, VA 23235 | | $28,175.62 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/30/2009 | 9208 2000920801 | COX, GINA M 19947 Palmer Classic Pkwy Ashburn, VA 20147 | | $2,779.40 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/23/200 | 2258 2000225801 | CPS ENERGY PO Box 1771 San Antonio, TX 78296 | Bankruptcy Section | $14,559.26 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/23/200 | 2055 2000205501 | CREDIT CONSULTING SERVICES INC PO Box 5879 Salinas, CA 93915-5879 | | $564.74 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, it is duplicative of liabilities claimed in claim 942. |
| 1/21/2009 | 5029 2000502901 | CRYSTAL ROCK BOTTLED WATER 1050 BUCKINGHAM ST WATERTOWN, CT 06795-0998 | | $1,605.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/1/2008 | 487 2000048701 | CRYSTAL ROCK BOTTLED WATER 1050 BUCKINGHAM ST WATERTOWN, CT 06795-0998 | | $1,605.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/27/2009 | 6220 2000622001 | CUSTOM PLUMBING OF LEE COUNTY INC  JOHN MYERS  PO BOX 50357  FORT MYERS, FL 33905 | | $7,531.30 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Claimant had no contractual relationship to the debtor. |
| 12/15/200 | 1058 2000105802 | CYBERPOWER INC C HUB  5175 COMMERCE DRIVE  BALDWIN PARK, CA 91706-14 | | $1,230.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust seeks to eliminate this claim in full based on the right of set off.  The claim was previously ordered on Omnibus objection 51 for to temporarily disallow due to pending preference obligations.   The Trust now seeks to disallow the claim in full. |
| 1/20/2009 | 3879 2000387901 | DAVIES WARD PHILLIPS ET AL  1501 MCGILL COLLEGE AVE 26TH FL  MONTREAL, QC H3A3N9 | | $4,324.44 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Based on the it's books and records, the Trust disputes the basis and validity of this claim in it's entirety. |
| 1/5/2009 | 2482 2000248201 | DELMARVA POWER  5 Collins Dr Ste 2133  Carneys Point, NJ 08069 | Pepco Holdings Inc | $19,610.17 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 6/16/2009 | 14479 2001447901 | DEPARTMENT OF WATER AND POWER CITY OF LOS ANGELES  PO Box 51111  Los Angeles, CA 90051-5700 | Attn Bankruptcy | $43,990.18 | U | CIRCUIT CITY STORES WEST COAST. | $0.00 | CIRCUIT CITY STORES WEST COAST. INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/7/2009 | 2845 2000284501 | DILLARD E LYLES & BRAD E METZNER JT TEN  2233 1st St Ter No 13  Sedalia, MO 65301-2316 | | $10,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/2/2009 | 2410<br><br>2000241001 | DILWORTH, HARRY<br><br>1746 WOODSTREAM<br><br><br>ST LOUIS, MO 63138 | | $735.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 1154 as filed. Claim 1154 was subsequently reduced per the Trust's books and records. |
| 1/2/2009 | 2408<br><br>2000240801 | DILWORTH, HARRY<br><br>1746 WOODSTREAM<br><br><br>ST LOUIS, MO 63138 | | $735.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 1154 as filed. Claim 1154 was subsequently reduced per the Trust's books and records. |
| 11/24/200 | 358<br><br>2000035801 | DIRECT BROADCAST SATELLITE CENTER<br><br>12602 NE Marx St<br><br><br>Portland , OR 97230 | Home Wire LLC | $3,560.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. In addition, insufficient support was provided to verify the accuracy of the alleged liabilities. |
| 1/30/2009 | 9788<br><br>2000978802 | DL PETERSON TRUST AS ASSIGNEE OF PHH VEHICLE MANAGEMENT<br>PHH Vehicle Management Ser<br>940 Ridgebrook Rd<br><br>Sparks, MD 21152 | Attn Paul V Danielson | $60,345.59 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Debtor's records are not able to validate the alleged loss on sale of equipment. The claimant had advised an amended claim with detail support would be filed. To date, the amendment has not been filed. Paul called back 2/13/12 advised will amend to 2m and provide me detail support. |
| 1/29/2009 | 7452<br><br>2000745201 | DOMINIQUE DROZDZ<br><br>1010 Garfield Ave<br><br><br>Venice, CA 90291-4935 | | $998.22 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. The claimant alleges he was unable to return non-defective merchandise due to the liquidation, therefore claimant is in possession of the alleged merchandise and the Trust disputes this claim entirely. |
| 12/8/2008 | 665<br><br>2000066501 | DUBMAX<br><br>5933 BELAIR RD<br><br><br>BALTIMORE, MD 21206 | | $1,402.35 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/15/200 | 1797 2000179701 | DUKE ENERGY CAROLINAS PO Box 1006 EC03T Charlotte, NC 28201 | | $33,043.58 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/29/2009 | 10128 2001012801 | DUKE ENERGY INDIANA 1000 E Main St Plainfield, IN 46168 | | $20,144.19 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/29/2009 | 10130 2001013001 | DUKE ENERGY KENTUCKY 644 LINN ST CINCINNATI, OH 45203 | | $5,427.36 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/29/2009 | 10129 2001012901 | DUKE ENERGY OHIO 139 E 4th St Cincinnati, OH 45201 | | $24,366.74 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/29/2009 | 8148 2000814801 | DWYER, CLINT 1306 MANCHESTER DR CRYSTAL LAKE, IL 60014 | | $74,107.82 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/19/200 | 1784 2000178401 | EASYLINK SERVICES 33 Knightsbridge Rd Piscataway, NJ 08854 | | $4,383.27 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on payments made on account. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/23/2009 | 6519 2000651901 | EL PASO ELECTRIC COMPANY 100 N Stanton El Paso, TX 79901 | Attn Kathy Barton | $16,464.10 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/8/2008 | 656 2000065601 | ELITE 1 ELECTRIC INC 11324 JOHNSTOWN RD NEW ALBANY, OH 43054 | | $500.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 12/7/2009 | 14761 2001476101 | EMBARQ FLORIDA INC PO Box 7971 Shawnee Mission, KS 66207-09 | | $14,286.30 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/7/2009 | 14757 2001475701 | EMBARQ MINNESOTA INC PO Box 7971 Shawnee Mission, KS 66207-09 | | $873.39 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on payments on account. |
| 12/1/2008 | 377 2000037701 | EMPIRE ENTERTAINMENT & TRAVEL 3 W PACES FERRY RD STE ATLANTA, GA 30305 | | $2,451.60 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.   The alleged liabilities are concert tickets. |
| 1/27/2009 | 6083 2000608301 | ENTERGY ARKANSAS INC PO Box 6008 New Orleans, LA 70174-6008 | Mail Unit L JEF 359 | $4,505.98 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/27/2009 | 6085  2000608501 | ENTERGY GULF STATES LA LLC  PO Box 6008  New Orleans, LA 70174-6008 | Mail Unit L JEF 359 | $19,800.04 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/27/2009 | 6082  2000608201 | ENTERGY LOUISIANA LLC  PO Box 6008  New Orleans, LA 70174-6008 | Mail Unit L JEF 359 | $35,459.45 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/27/2009 | 6506  2000650601 | ENTERGY MISSISSIPPI INC  PO Box 6008  New Orleans, LA 70174-6008 | Mail Unit L JEF 359 | $681.68 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/27/2009 | 6086  2000608601 | ENTERGY TEXAS INC  PO Box 6008  New Orleans, LA 70174-6008 | Mail Unit L JEF 359 | $38,387.18 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 3/20/2009 | 11804  2001180401 | EVENING POST PUBLISHING COMPANY DBA THE POST AND  Williams Mullen  200 S 10th St Ste 1600  PO Box 1320  Richmond, VA 23219 | William H Schwarzschild III and W Alexander Burnett | $41,652.18 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicate of Admin Claim 13126 |
| 1/29/2009 | 8249  2000824901 | FAY PORTABLE BUILDINGS INC  4521 Rutledge Pike  Knoxville, TN 37914 | | $1,421.84 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/28/2009 | 6853 2000685301 | FEDEX CUSTOMER INFORMATION SERVICES AS ASSIGNEE OF FEDEX FedEx Customer Information S 3965 Airways Blvd Module G 3r Memphis, TN 38116 | Attn Revenue Recovery/Bankruptcy | $39,385.13 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/12/200 | 1607 2000160701 | FEDEX FREIGHT EAST PO Box 840 Harrison, AR 72602 | | $4,823.07 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on subsequent payments made on account. |
| 12/12/200 | 763 2000076302 | FENCE MASTERS INC 3550 N W 54TH STREET MIAMI, FL 33142 | | $4,660.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/22/200 | 1851 2000185101 | FERGUSON CABLING CORP 203 Orange St Palm Harbor, FL 34683 | | $13,390.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/12/2009 | 3204 2000320401 | FIRE DEFENSE CENTERS INC 3919 MORTON STREET JACKSONVILLE, FL 32217 | | $935.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/12/2009 | 3315 2000331501 | FIRST CHOICE SOLUTIONS MCKAY BURTON & THURMA 170 SOUTH MAIN ST  STE 80 SALT LAKE CITY, UT 84101 | STPHEN W  RUPP TRUSTEE C/O JEREMY C  SINK | $10,224.55 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/30/2009 | 8815<br>2000881501 | FIRST ENERGY SOLUTIONS<br><br>341 White Pond Dr<br>A WAC B21<br><br>Akron, OH 44320 | Attn Bankruptcy Analyst | $11,936.65 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/21/2009 | 4623<br>2000462301 | FOLSOM POLICE DEPARTMENT<br><br>46 NATOMA ST<br><br>FOLSOM, CA 95630 | | $682.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 2/20/2009 | 11219<br>2001121901 | FOREST CITY COMMERCIAL MANAGEMENT<br><br>50 Public Square Ste 1360<br><br>Cleveland, OH 44113 | Agent for Laburnum Investment LLC | $3,669.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/8/2008 | 859<br>2000085901 | FORT COLLINS, CITY OF<br><br>PO BOX 580<br><br>FORT COLLINS, CO 80522580 | | $5,636.33 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/13/2009 | 3644<br>2000364401 | FREY, CHARLOTTE R<br><br>1016 Pelican Dr<br><br>New Bern, NC 28560 | | $3,600.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. In addition, no support was provided. |
| 3/5/2009 | 11769<br>2001176901 | G & W SERVICE CO LP<br><br>2503 Capitol Ave<br><br>Houston, TX 77003-3203 | Georgette Treece Treasurer | $15,325.38 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/19/200 | 1332 2000133201 | G & W SERVICE CO LP 2503 Capitol Ave Houston, TX 77003-3203 | Georgette Treece Treasurer | $31,084.26 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  This claim was amended by claim 11769 and the claimant subsequently provided documentation that all liabilities were resolved. |
| 12/11/200 | 800 2000080001 | GAZETTE NEWSPAPERS PO BOX 17306 BALTIMORE, MD 21297 | | $753.82 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/30/2009 | 9897 2000989701 | GEORGETOWN PAPER STOCK OF ROCKVILLE INC 14820 Southlawn Ln Rockville, MD 20850 | | $564.60 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 12/10/200 | 887 2000088701 | GET WIRED LLC 1849 SANDY SPRINGS RD DE PERE, WI 54115 | | $2,539.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability as none of the work orders contain customer signatures. |
| 12/19/200 | 1098 2000109801 | GRANITE TELECOMMUNICATIONS 100 NEWPORT AVENUE EXT QUINCY, MA 02171-2126 | | $9,920.93 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Per the Trust's books and record, the liability was paid in batch 121. |
| 1/14/2009 | 3628 2000362801 | GREAT LAKES AUTOMATIC DOOR INC 2423 GOODRICH FERNDALE, MI 48220 | | $610.50 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/5/2009 | 2228<br><br>2000222801 | GREEN MOUNTAIN POWER CORP<br><br>163 Acorn Ln<br><br><br>Colchester, VT 05446 | | $7,196.48 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/12/200 | 820<br><br>2000082001 | GREEN MOUNTAIN POWER GMP<br><br>P O BOX 1915<br><br><br>BRATTLEBORO, VT 05302 | | $7,196.48 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on duplication of liabilities included in claim # 2228. |
| 1/20/2009 | 4062<br><br>2000406201 | GREENTEAM OF SAN JOSE<br><br>133 Oakland Rd<br><br><br>San Jose, CA 95112 | | $897.72 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 1/13/2009 | 3576<br><br>2000357601 | GREETAN, JACOB<br><br>6296 COUNTY J<br><br><br>LENA, WI 54139 | | $2,300.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/13/2009 | 3468<br><br>2000346801 | GREYSTONE POWER CORPORATION ELEC<br><br>PO BOX 6071<br><br><br>DOUGLASVILLE, GA 30154-60 | | $7,489.90 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/30/2009 | 8924<br><br>2000892401 | GRIFFIN & ASSOC LTD, EUGENE L<br><br>29 N WACKER DR<br><br><br>CHICAGO, IL 60606 | | $35,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/19/2009 | 4007 2000400701 | GROVE CITY DIVISION OF POLICE 3360 PARK ST GROVE CITY, OH 43123 | | $700.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Per the Trust's books and records, the invoices claimed were paid on check numbers 425722 and 427338. |
| 1/30/2009 | 8923 2000892301 | GROVER LANDSCAPE SERVICES 6224 STODDARD RD MODESTO, CA 95356 | | $656.25 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 12/1/2008 | 426 2000042601 | GULF POWER COMPANY Bin 712 D Gaines Pensacola, FL 32520 | One Energy Place | $16,861.51 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/20/2009 | 5033 2000503301 | GXS INC 100 Edison Park Dr Gaithersburg, MD 20878 | Attn Finance Dept | $5,850.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/16/200 | 1143 2000114301 | HALLMARK INSIGHTS 121 S EIGHTH ST STE 700 MINNEAPOLIS, MN 55402 | ATTN EILEEN LUNDBERG | $579.90 | U | CIRCUIT CITY PURCHASING COMPANY. LLC | $0.00 | CIRCUIT CITY PURCHASING COMPANY. LLC | Upon review , this claim duplicates liabilities reconciled in claim 2612 |
| 1/28/2009 | 7178 2000717801 | HANJIN SHIPPING Hanjin Shipping Co Ltd 80 E Rte 4 Ste 490 Paramus, NJ 07652 | Grace Bae Esq | $8,250.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 5/8/2009 | 13004 2001300401 | HARRIS COUNTY TRA PO BOX 3064 HOUSTON, TX 77253-3064 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | $28,349.70 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/13/2009 | 3602 2000360201 | HATCHER MINNIE 3200 SALLY CIRCLE FLORENCE, SC 29501 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Furthermore, this claim is a duplicate of claim 3548 which is pending on omnibus objection 31. |
| 1/5/2009 | 2492 2000249201 | HAWKEYE INFORMATION SYSTEMS PO BOX 2167 FORT COLLINS, CO 80522-216 | | $650.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/9/2009 | 3064 2000306401 | HAYDEN, ROBERT 8704 MIDDLE CROSS PLACE TAMPA, FL 33635 | | $1,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/20/2009 | 4422 2000442201 | HIGH POINT, CITY OF PO BOX 230 HIGH POINT, NC 336-883-3178 | | $5,879.24 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 2/2/2009 | 10588 2001058801 | HOLBROOK, TY 5915 Crockett Lumberton, TX 77657-0000 | | $15,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/30/2009 | 8975 2000897501 | HOME DEPOT INC Locke Lord Bissell & Liddell LL 660 Travis St Ste 3400 Houston, TX 77002 | c o Liz Freeman | $4,308.12 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Additional support was requested from the claimant with no response. |
| 1/29/2009 | 8053 2000805301 | HUNT, LEMUEL 2821 HARWOOD DR HEPHZIBAH, GA 30815 | | $5,929.71 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Claimant provided no support for this claim. |
| 1/30/2009 | 10047 2001004701 | HURNEY, LEEON 234 ALICE ST PITTSBURGH, PA 15210 | | $847.42 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on payments on account. |
| 12/1/2008 | 167 2000016701 | ILLUMINATING CO, THE 6896 MILLER RD BRECKSVILLE, OH 44141 | | $15,861.41 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/24/200 | 2303 2000230301 | INDIANAPOLIS POWER & LIGHT COMPANY PO Box 1595 Indianapolis, IN 46206-1595 | | $13,799.36 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/2/2009 | 2174 2000217401 | INFOUSA PO BOX 3603 OMAHA, NE 68103-0603 | | $1,679.51 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/12/2009 | 3299<br><br>2000329901 | INVNT<br><br>73 SPRING ST<br>STE 501<br><br>NEW YORK, NY 10012 | | $2,200.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.    No support provided by Claimant. |
| 1/27/2009 | 5777<br><br>2000577701 | ISLAND PACKET<br><br>c o The McClatchy Co<br>2100 Q St<br><br>Sacramento, CA 95816 | Attn Stephen Burns | $3,689.67 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/30/2009 | 10049<br><br>2001004901 | J&S COMPUTER WORKS<br><br>121 DITTMAR DR<br><br>TOMS RIVER, NJ 08757 | | $1,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/13/2009 | 6045<br><br>2000604501 | JACK HERNANDEZ AND ALL THOSE SIMILARLY SITUATED<br>456 Montgomery St Ste 1400<br><br>San Francisco, CA 94104 | c o Righetti Glugoski PC Matthew Righetti | $220,205.20 | U | CIRCUIT CITY STORES WEST COAST. | $0.00 | CIRCUIT CITY STORES WEST COAST. INC. | Ordered to reduced amount per docket 7665; but expressly reserved Trust's right to file objections.   The Trust denies the validity and basis for the claim entirely and therefore seeks to expunge this claim. |
| 12/12/200 | 743<br><br>2000074301 | JACKSON LEWIS LLP<br><br>1 N BROADWAY<br><br>WHITE PLAINS, NY 10601 | ATTN ANNE KRUPMAN | $1,336.50 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/21/2009 | 4486<br><br>2000448601 | JAMES D WESTBROOK AND KATHRYN E WESTBROOK<br><br>232 Pheasant Way<br><br>Fountain Inn , SC 29644 | | $10,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/21/2009 | 4486 2000448602 | JAMES D WESTBROOK AND KATHRYN E WESTBROOK 232 Pheasant Way Fountain Inn , SC 29644 | | $10,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 11/17/200 | 127 2000012701 | JERSEY CENTRAL POWER & LIGHT A FIRST ENERGY COMPANY 331 Newman Spgs Rd Bldg 3 Red Bank, NJ 07701 | | $51,436.17 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/16/200 | 1680 2000168001 | JOHNSON CITY POWER BOARD PO Box 1636 Johnson City, TN 37615-1636 | | $15,559.40 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/13/2009 | 6040 2000604001 | JONATHAN CARD AND ALL THOSE SIMILARLY SITUATED 456 Montgomery St Ste 1400 San Francisco, CA 94104 | c o Righetti Glugoski PC Matthew Righetti | $195,003.45 | U | CIRCUIT CITY STORES WEST COAST. | $0.00 | CIRCUIT CITY STORES WEST COAST. INC. | Ordered to reduced amount per docket 7665; but expressly reserved Trust's right to file objections.  The Trust denies the validity and basis for the claim entirely and therefore seeks to expunge this claim. |
| 1/30/2009 | 8717 2000871701 | JOSEPH SKAF AND ALL THOSE SIMILARLY SITUATED c o The Aiwazian Law Firm 410 W Arden Ave Ste 203 Glendale, CA 91203 | Edwin Aiwazian | $636,674.40 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Ordered to reduced amount per docket 7665; but expressly reserved our right to file objections.  Per notes, claim was filed after petition date.  No liability. |
| 11/26/201 | 15147 2001514701 | Joseph Vassallo 140 Sylvan Ave Englewood Cliffs, NJ 07632 | c o Richard S Greenberg | $150,000.00 | U | Circuit City Stores, Inc. | $0.00 | Circuit City Stores, Inc. | Claimant originally filed claim 14490 which was expunged by the Court as no liability.  Claim 15147 is duplicative of 14490. The Trust maintains no liability owing to this claimant. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/17/200 | 1378 2000137801 | JOURNAL NEWS PO BOX 298 HAMILTON, OH 45012 | | $3,335.12 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 12/17/200 | 1106 2000110601 | JP ASSOCIATES 100 NAAMANS RD STE 5F CLAYMONT, DE 19703 | ATTN JOHN GOODWIN | $1,633.23 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/17/200 | 1107 2000110701 | JP ASSOCIATES 100 NAAMANS RD STE 5F CLAYMONT, DE 19703 | ATTN JOHN GOODWIN | $537.88 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/17/200 | 1112 2000111201 | JP ASSOCIATES 100 NAAMANS RD STE 5F CLAYMONT, DE 19703 | ATTN JOHN GOODWIN | $839.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 12/17/200 | 1119 2000111901 | JP ASSOCIATES 100 NAAMANS RD STE 5F CLAYMONT, DE 19703 | | $533.99 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/8/2008 | 626 2000062601 | JR HEINEMAN & SONS INC 3562 RIDGECREST DR MIDLAND, MI 48642 | | $500.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/26/2009 | 5245<br><br>2000524501 | KARPEL, GERALD N<br><br>2068 GLENGARY DR<br><br><br>REDDING, CA 96001 | | $1.00 | P | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety to that extent that the claimant seeks to assert any additional liability other than the $1.00 written on the face of the proof of claim. |
| 12/11/200 | 1644<br><br>2000164401 | KELLY SERVICES INC<br><br>999 W Big Beaver Rd<br><br><br>Troy, MI 48084 | | $4,481.77 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/1/2008 | 424<br><br>2000042401 | KENOSHA HOSPITAL & MEDICAL CTR<br><br>6308 8TH AVE<br>ATTN BUSINESS OFFICE<br><br>KENOSHA, WI 53143 | | $648.30 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/28/2009 | 6894<br><br>2000689401 | KIBBY, TANDEN<br><br>8518 QUALL HOLLOW BLVD<br><br><br>WESLEY CHAPEL, FL 33544 | | $2,948.55 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/5/2009 | 2364<br><br>2000236401 | KNOXVILLE UTILITIES BOARD<br><br>PO Box 59017<br><br><br>Knoxville, TN 37950-9017 | | $17,666.38 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/5/2009 | 2441<br><br>2000244101 | KRAKOW, KEN<br><br>871 MULBERRY ST SW<br><br><br>MACON, GA 31201 | | $750.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/29/2009 | 8209 2000820901 | LAMB, SUSAN M 13306 QUEENSRIDE HOUSTON, TX 77070 | | $1,462.50 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant claims alleged travel expenses from May 2008 forward. Circuit City had procedures for filing expense reimbursement requests timely to ensure manager approval.   The requested expenses are well beyond the guidelines for timely submission. |
| 1/23/2009 | 5163 2000516301 | LAUREL PLUMBING INC Stevens & Lee PC 1818 Market St 29th Fl Philadelphia, PA 19103 | John C Kilgannon Esq | $47,700.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 12/3/2008 | 629 2000062901 | LEAF PO Box 56 Moberly, MO 65270 | | $1,741.52 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 5/7/2009 | 13028 2001302801 | LEESBURG, TOWN OF PO BOX 88 LEESBURG, VA 20178 | | $3,261.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  No detailed support was provided by the claimant. |
| 12/17/200 | 1801 2000180101 | LONG ISLAND LIGHTING COMPANY DBA LIPA 175 E Old Country Rd Hicksville, NY 11801-4257 | Elisa M Pugliese Esq | $21,471.65 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/26/2009 | 5401 2000540101 | LOPRESTI, MARY 28 SUHUPP RD HAMDEN, CT 06514 | | $5,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 11/28/200 | 559 2000055901 | LOUISVILLE JEFFERSON COUNTY METRO GOVERNMENT<br>False Alarm Reduction Unit<br>Louisville Metro Police Dept<br>768 Barret Ave Rm 410<br>Louisville, KY 40204 | Pam Steiger | $5,200.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/7/2009 | 2835 2000283501 | LVNV FUNDING LLC<br>PO Box 10587<br>Greenville, SC 29603 | Resurgent Capital Services | $602.15 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |