Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al.,. | **:** Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:** (Jointly Administered) |
| | **:** |
| | **:** |

## NOTICE OF THIRTY-FIRST OMNIBUS OBJECTION
## <u>TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS)</u>

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Liquidating Trust's Thirty-First Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as <u>Exhibit 1</u>.  By the Objection, the Liquidating Trust is seeking to disallow certain invalid claims.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Reference Objection |
|-----|--------------|--------------|---------------------|

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M. (EASTERN TIME) ON MAY 3, 2012, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

<u>**Critical Information for Claimants
Choosing to File a Response to the Objection**</u>

<u>Who Needs to File a Response</u>: If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

<u>Response Deadline</u>: The Response Deadline is **4:00 p.m. (Eastern Time) on May 3, 2012 (the "Response Deadline")**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083 |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

The status hearing on the Objection will be held at **2:00 p.m. (Eastern Time) on May 10, 2012 at:**

United States Bankruptcy Court
701 East Broad Street – Courtroom 5000
Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

<u>**Procedures for Filing a Timely Response and
Information Regarding the Hearing on the Objection**</u>

<u>**Contents**</u>.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

a.    a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

b.    the claimant's name and an explanation for the amount of the Claim;

c.    a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the

specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d. a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e. a declaration of a person with personal knowledge of the relevant facts that support the Response;

f. the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address"). If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

g. to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses"). Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**. To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf. Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**. If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection without further notice to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy

Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

### Additional Information

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.

Dated:    March 30, 2012

          */s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
       pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
       acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                  :    Chapter 11
                                        :
CIRCUIT CITY STORES, INC., et al.,   :    Case No. 08-35653 (KRH)
                                        :
            Debtors.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - -x    Jointly Administered

**LIQUIDATING TRUST'S THIRTY-FIRST OMNIBUS OBJECTION
TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS)**

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through Alfred

H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second

Amended Joint Plan of Liquidating of Circuit City Stores, Inc. and its Affiliated Debtors and

Debtors in Possession and its Official Committee of Creditors Holding General Unsecured

Claims (the "Plan") in the above-captioned cases, hereby files this Thirty-First Omnibus

Objection to Claims (Disallowance of Certain Invalid Claims) (the "Objection"), and hereby

moves this court (the "Court"), pursuant to sections 105, 502 and 503 of title 11 of the United

States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule

3007-1, for an order, the proposed form of which is attached hereto as Exhibit A, granting the

relief sought by this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Objection under 28 U.S.C. §§

157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and

this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory and

legal predicates for the relief requested herein are Bankruptcy Code sections 105, 502 and 503,

Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.      On November 10, 2008 (the "Petition Date"), the debtors in the above-

captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief under chapter

11 of the Bankruptcy Code.

3.      On November 12, 2008, the Office of the United States Trustee for the

Eastern District of Virginia appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City
Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc.
(1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of
Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising
Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City

*(cont'd)*

2

4.      On November 12, 2008, the Court appointed Kurtzman Carson
Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these
chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.      On December 10, 2008, the Court entered that certain Order Pursuant to
Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I)
Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form
and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

6.      Pursuant to the Claims Bar Date Order, the deadline for filing all
"claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the
Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the
"General Bar Date").  The deadline for governmental units to file claims that arose before
November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar Date").
Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims
bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims
Bar Date Notice").

7.      On December 17 and 19, 2008, KCC served a copy of the Claims Bar
Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002,
all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain
other parties (Docket No. 1314).  In addition, the Debtors published the Claims Bar Date
Notice in The Wall Street Journal (Docket No. 1395) and The Richmond Times-Dispatch
(Docket No. 1394).

_____
*(cont'd from previous page)*
  Stores PR, LLC (5512).

8.      On November 12, 2008, this Court entered that certain Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No. 107)(the "503(b)(9) Bar Date Order").

9.      Pursuant to the 503(b)(9) Bar Date Order, this Court approved the form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the 503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9) Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy Code was on December 19, 2008 (the "503(b)(9) Bar Date").

10.     On November 19, 2008, KCC served a copy of the 503(b)(9) Bar Date Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the Debtors published the 503(b)(9) Bar Date Notice in The New York Times (Docket No. 549), The Wall Street Journal (Docket No. 548), and The Richmond Times-Dispatch (Docket No. 547).

11.     On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.  As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

12.     On April 1, 2009, this Court entered an Order Establishing Omnibus

4

Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections

(Docket No. 2881) (the "Omnibus Objection Procedures Order").

13.     On May 15, 2009, the Court entered that certain Order Pursuant to

Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Administrative Bar Date and Procedures For Filing and Objecting To Administrative Expense

Request and (ii) Approving Form and Manner of Notice Thereof (Docket No. 3354) (the

"Administrative Claims Bar Date Order").

14.     Pursuant to the Administrative Claims Bar Date Order, the deadline for

filing all Administrative Expense Requests (as defined in the Administrative Claims Bar Date

Order) was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant to the Administrative Claims Bar

Date Order, this Court approved the form and manner of the claims bar date notice, which was

attached as Exhibit A to the Administrative Claims Bar Date Order (the "Claims Bar Date

Notice").

15.     On or before May 22, 2009, KCC served a copy of the Administrative

Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy

Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders,

and certain other parties (Docket Nos. 3397 and 4609).  In addition, the Debtors published the

Administrative Claims Bar Date Notice in The Financial Times (Docket No. 3970), The

Richmond Times-Dispatch (Docket No. 3969) and The Wall Street Journal (Docket No. 3968).

16.     On August 9, 2010, the Debtors and the Creditors' Committee filed the

Plan, which provides for the liquidation of the Debtors' assets and distribution of the proceeds

thereof under chapter 11 of the Bankruptcy Code.

17.     On September 10, 2010, the United States Bankruptcy Court, Eastern

District of Virginia, signed an Order confirming the Plan (Docket No. 8555) (the

"Confirmation Order").

18.     Pursuant to the Plan and Confirmation Order, the deadline for requests

for payment of Administrative Claims that arose on and after January 1, 2010 up to and

through the Effective Date was January 3, 2011 (the "Final Administrative Bar Date").

19.     On November 3, 2010, KCC served a copy of the Notice of (I)

Confirmation of Modified Second Amended Joint Plain of Liquidation of Circuit City Stores,

Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of

Creditors Holding General Unsecured Claims Under Chapter 11 of the Bankruptcy Code, (II)

the Occurrence of the Effective Date and (III) the Deadlines for Filing Administrative Claims,

Final Fee Applications and Rejection Damages Claims (Docket No. 8865), which included

notice of the Final Administrative Bar Date, on the 2002 Service List, all of the Debtors'

scheduled creditors in these cases, the Debtors' equity holders, and certain other parties

(Docket No. 8947).

20.     The Plan became effective on November 1, 2010 (the "Effective Date"),

and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Trust

assumed the right and responsibility to liquidate the Debtors' remaining assets and distribute

the proceeds to creditors, including the prosecution of Causes of Action and objections to

claims.

## OBJECTIONS TO CLAIMS

21.     By this Objection, the Liquidating Trust seeks entry of an order, in

substantially the form attached hereto as Exhibit A, pursuant to Bankruptcy Code sections

105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1, disallowing

each of the claims identified on Exhibit B attached hereto (the "Claims").

22.    The basis for disallowance of the Claims listed on Exhibit B attached hereto is that all of the Claims assert, in their entirety, amounts for which the Debtors are not liable.

23.    Specifically, Exhibit B identifies Claims that are invalid based on the Debtors' books and records.  After a review of the Claims and the bases upon which each is asserted, and a review of the Debtors' books and records, the Liquidating Trust has determined that the Claims are liabilities for which the Debtors dispute any liability based on, *inter alia*, (i) variances in pricing, rates or quantities of merchandise provided, (ii) existing credits or deposits, (iii) liabilities already satisfied, and (iv) lack of contractual relationship with the Debtors.  Accordingly, the Liquidating Trust requests that the Claims identified on Exhibit B be disallowed for the reasons stated therein.

## RESERVATION OF RIGHTS

24.    The Liquidating Trust reserves the right to further object to any and all claims, whether or not the subject of this Objection, for allowance and/or distribution purposes, and on any other grounds.  Furthermore, the Liquidating Trust reserves the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

## NOTICE AND PROCEDURE

25.    Notice of this Objection has been provided to all Claimants with Claims that are the subject of this Objection as identified on Exhibit B and to parties-in-interest in accordance with the Court's Supplemental Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (entered on December 30, 2009 at Docket No. 6208) (the "Case Management Order").  The Liquidating Trust submits that the following methods of service upon the Claimants should be deemed by

7

the Court to constitute due and sufficient service of this Objection: (a) service in accordance with Federal Rule of Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of Civil Procedure 4; (b) to the extent counsel for a Claimant is not known to the Liquidating Trust, by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form or other representative identified in the proof of claim form or any attachment thereto; or (c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's behalf in the Debtors' bankruptcy cases.  The Liquidating Trust is serving the Claimant with this Objection and the exhibit on which the Claimant's claim is listed.

26.     To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 P.M. (Eastern) on May 3, 2012** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Liquidating Trust requests that the Court conduct a status conference[2] with respect to any such responding claimant at **2:00 P.M. (Eastern) on May 10, 2012** and thereafter schedule the matter for a future hearing as to the merits of such claim.  However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Liquidating Trust requests that the Court enter an order, substantially in the form attached hereto as Exhibit A, disallowing each of the claims identified on Exhibit B attached hereto.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

27.     This Objection complies with Bankruptcy Rule 3007(e).  Additionally, the Liquidating Trust submits that this Objection is filed in accordance with the Omnibus

---

[2] In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the Objection do not need to appear at the status conference.

Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

28.    Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no

novel issues of law presented in the Motion, the Liquidating Trust requests that the requirement

that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

29.    No previous request for the relief sought herein has been made to this

Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter an

Order sustaining this Objection and granting such other and further relief as the Court deems

appropriate.


Dated: Richmond, Virginia          TAVENNER & BERAN, PLC
       March 30, 2012
                                   _/s/ Paula S. Beran_____
                                   Lynn L. Tavenner (VA Bar No. 30083)
                                   Paula S. Beran (VA Bar No. 34679)
                                   20 North Eighth Street, 2nd Floor
                                   Richmond, Virginia 23219
                                   (804) 783-8300

                                            - and -

                                   PACHULSKI STANG ZIEHL & JONES LLP
                                   Jeffrey N. Pomerantz, Esq.
                                   Andrew W. Caine, Esq.
                                   10100 Santa Monica Boulevard
                                   Los Angeles, California 90067-4100
                                   (310) 277-6910

                                            - and –

                                   PACHULSKI STANG ZIEHL & JONES LLP
                                   Robert J. Feinstein, Esq.
                                   780 Third Avenue, 36th Floor
                                   New York, New York 10017
                                   (212) 561-7700

                                   *Counsel to the Circuit City Stores, Inc.*
                                   *Liquidating Trust*

9

## EXHIBIT A

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                                :        Chapter 11
                                                      :
CIRCUIT CITY STORES, INC., <u>et al</u>.,    :        Case No. 08-35653 (KRH)
                                                      :
                      Debtors.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x        Jointly Administered

**ORDER SUSTAINING LIQUIDATING TRUST'S THIRTY-FIRST OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS)**

THIS MATTER having come before the Court[3] on the Liquidating Trust's Thirty-First Omnibus Objection to Claims Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit B attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED.

2.      The Claims identified on Exhibit A as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3.      The Court will conduct a status conference on _____, 2012 at 2:00 p.m. for all Claims identified in the Response/Action column as "Received-Continued" on Exhibit B attached hereto.

---

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

4.      The Liquidating Trust's rights to object to any claim including

(without limitation) the Claims subject to the Objection, on any grounds that applicable

law permits, are not waived and are expressly reserved.

5.      The Liquidating Trust shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or before five (5) business days from

the entry of this Order.

6.      This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                            - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing
proposed order has been endorsed by or served upon all necessary parties.

                                    _____
                                    Paula S. Beran

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/18/200 | 1764 2000176401 | MADISON GAS AND ELECTRIC COMPANY  Stafford Rosenbaum LLP  PO Box 1784  Madison, WI 53701-1784 | Daniel W Stopler | $12,357.95 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 3/23/2009 | 12183 2001218301 | MARIN MUNICIPAL WATER DISTRICT  P O BOX 994  CORTE MADERA, CA 94976-0 | | $1,140.55 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 6/9/2009 | 13220 2001322001 | MARRIOTT INTL INC ON BEHALF OF THE FORT MYERS CAPE CORAL  Collections Administrator Marri  Marriott Dr Dept 52 923 21  Washington, DC 20058 | Androniki Alahouzos | $5,676.12 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  No detailed support was provided by the claimant. |
| 1/26/2009 | 6444 2000644401 | MATRIX TELECOM, INC  7171 Forest Lane  Suite 700  Dallas, TX 75230 | Attn General Counsel | $33,751.57 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/28/2009 | 6801 2000680101 | MCCABE, CHRIS C  18314 E 9TH AVE  GREENACRES, WA 99016 | | $675.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant alleges he was advised to use his personal cell phone for Circuit City customer calls.  No manager signature authorizing expense.   Circuit City had procedures for filing expense reimbursement requests timely to ensure manager approval. |
| 1/29/2009 | 7755 2000775501 | MCGAUGH, DAMIEN H  1805 PORTGLEN  LEAGUE CITY, TX 77573 | | $845.31 | P | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/26/2009 | 5714<br><br>2000571401 | MEMOLI, MELINDA<br><br>288 S MAIN ST STE 3<br><br>THOMASTON, CT 06787 | | $489,050.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/26/2009 | 5714<br><br>2000571402 | MEMOLI, MELINDA<br><br>288 S MAIN ST STE 3<br><br>THOMASTON, CT 06787 | | $10,950.00 | P | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 11/24/200 | 348<br><br>2000034801 | MERCER<br><br>411 W Putnam Ave Ste 425<br><br>Greenwich, CT 06830 | Attn Alisa Mumola | $217,830.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Disputed invoices are pension and trust invoices; claimaint can pursue the Pension Benefit Guaranty Corporation. No liability to Trust. |
| 6/24/2009 | 13479<br><br>2001347901 | MERCURY INSURANCE COMPANY<br><br>PO Box 10730<br><br>Santa Ana, CA 92711 | | $23,965.59 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 3/12/2009 | 11585<br><br>2001158501 | MERCURY INSURANCE COMPANY<br><br>PO Box 10730<br><br>Santa Ana, CA 92711 | | $23,965.59 | U | CIRCUIT CITY STORES WEST COAST. | $0.00 | CIRCUIT CITY STORES WEST COAST. INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/12/2009 | 3194<br><br>2000319401 | MIAMI DADE COUNTY CONSUMER SERVICES DEPARTMENT<br>140 W Flagler St Ste 1403<br><br>Miami, FL 33130 | Miami Dade County Bankruptcy Unit | $710.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/21/2009 | 4791 2000479101 | MIDTOWN MIAMI COMM DEVLP DIST Attn Michael J Pawelczyk SunTrust Center 515 E Las Olas Blvd 6th Fl Fort Lauderdale, FL 33301 | Billing Cochran Lyles Mauro G Ramsey PA | $6,072.50 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Claimant provided no support for this claim. |
| 12/16/200 | 996 2000099601 | MILLBURY, TOWN OF DEPT OF WEIGHTS & MEAS 127 ELM ST MILLBURY, MA 01527 | | $500.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Claimant alleges liabilities for pricing verification performed in November 2008.  Support does not include Circuit City store personell signature and the store was subsequently closed.  Furthermore, this claim duplicates claim 4583 which is also under objection. |
| 1/20/2009 | 4583 2000458301 | MILLBURY, TOWN OF DEPT OF WEIGHTS & MEAS 127 ELM ST MILLBURY, MA 01527 | | $500.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Claimant alleges liabilities for pricing verification performed in November 2008.  Support does not include Circuit City store personell signature and the store was subsequently closed. |
| 12/18/200 | 1276 2000127601 | MILWAUKEE PRESSURE WASH PO BOX 170036 MILWAUKEE, WI 53217 | | $2,999.99 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 12/9/2008 | 1734 2000173401 | MINNIX, KIM D 111 Blue Springs Ct Kissimmee, FL 34743 | | $2,314.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 12/9/2008 | 1735 2000173501 | MINNIX, KIM D 111 Blue Springs Ct Kissimmee, FL 34743 | | $1,641.00 | U | CIRCUIT CITY PROPERTIES, LLC | $0.00 | CIRCUIT CITY PROPERTIES, LLC | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/9/2009 | 3109  2000310901 | MISHAWAKA UTILITIES  P O BOX 363  MISHAWAKA, IN 46546-0363 | | $4,653.68 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/14/2009 | 6457  2000645701 | MISSISSIPPI POWER  401 W MAIN AVE  LUMBERTON, MS 39455-2436 | ATTN JAN STUART | $5,945.70 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/5/2009 | 2522  2000252201 | MITCHELL, EUGENE O  808 LAKECREST AVE APT 10  HIGH POINT, NC 27265 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/12/2009 | 3363  2000336301 | MODESTO IRRIGATION DISTRICT  PO Box 5355  Modesto, CA 95352-5355 | | $9,536.58 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/5/2009 | 2576  2000257601 | MONTAGE INC  3050 CENTRE POINTE DR ST  ROSEVILLE, MN 55113 | | $2,275.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/20/2009 | 4349  2000434901 | MOTION INDUSTRIES  PO BOX 1477  BIRMINGHAM, AL 35201-1477 | | $619.56 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/4/2008 | 603<br><br>2000060301 | MURRIETA, CITY OF<br><br>1 TOWN SQUARE<br>24601 JEFFERSON AVE<br><br>MURRIETA, CA 92562 | | $600.00 | U | CIRCUIT CITY STORES WEST COAST. | $0.00 | CIRCUIT CITY STORES WEST COAST. INC. | Upon review , this claim duplicates liabilities reconciled in claim 2231. |
| 1/15/2009 | 4253<br><br>2000425301 | NASHVILLE ELECTRIC SERVICE<br><br>1214 CHURCH ST<br><br>NASHVILLE, TN 37246-0003 | | $16,895.03 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/19/200 | 1081<br><br>2000108101 | NEW YORK CITY DEPT OF FINANCE<br><br>59 MAIDEN LN<br><br>NEW YORK, NY 10038 | | $940.31 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/1/2008 | 212<br><br>2000021201 | NEW YORK STATE ELECTRIC & GAS CORPORATION<br>PO Box 5240<br><br>Binghamton, NY 13902 | | $23,665.13 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/16/200 | 1146<br><br>2000114601 | NEWPORT BEACH, CITY OF<br><br>PO BOX 1768<br>3300 NEWPORT BLVD<br><br>NEWPORT BEACH, CA 92658- | | $591.00 | U | CIRCUIT CITY STORES WEST COAST. | $0.00 | CIRCUIT CITY STORES WEST COAST. INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. The Trust does not dispute claim 1145 filed by the same entity. |
| 12/18/200 | 1258<br><br>2000125801 | NIXON PEABODY LLP<br><br>100 Summer St<br><br>Boston, MA 02110 | | $2,600.79 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/5/2009 | 2638 2000263801 | NORTH ATTLEBOROUGH ELECTRIC 275 LANDRY AVE NORTH ATTLEBOROUGH, MA | | $11,441.49 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 9/15/2009 | 14635 2001463501 | NORTHEAST VERIZON WIRELESS PO Box 3397 Bloomington, IL 61702 | Verizon Wireless | $5,309.22 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/5/2008 | 1543 2000154301 | NORTHERN INDIANA PUBLIC SERVICE COMPANY 801 E 86th Ave Merrillville, IN 46410 | Attn Revenue Assurance & Recovery | $15,866.07 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/26/2009 | 5721 2000572101 | NORTHERN STATES POWER CO DBA XCEL ENERGY A MINNESOTA 3215 Commerce St La Crosse, WI 54603 | | $32,292.29 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/13/2009 | 3988 2000398801 | NSTAR ELECTRIC COMPANY 800 Boylston St 17th Fl Boston, MA 02119 | | $27,824.03 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/16/200 | 1739 2000173901 | NU ENTERPRISES INC 125 Infield Ct Mooresville, NC 28117 | | $560.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/13/2009 | 5999 2000599901 | OHIO BUREAU OF WORKERS COMPENSATION PO Box 15567 Columbus, OH 43215-0567 | Legal Division Bankruptcy Unit | $383,596.82 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The debtor disputes the basis and validity of this claim in it's entirety. |
| 1/28/2009 | 7013 2000701301 | OLIN, RYAN 20041 Osterman Rd Apt W8 LAKE FOREST, CA 92630 | | $250,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 12/19/200 | 1392 2000139201 | OMEGA WASTE MANAGEMENT INC PO BOX 495 CORNING, CA 96021 | | $47,266.20 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, no liability exist to the Trust per these alleged services were subcontracted through Computerized Waste Systems. |
| 1/27/2009 | 6126 2000612601 | P PELLEGRINO TRUCKING CO INC PO Box 511 MO Shrewsbury, MA 01545 | | $716.84 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 5/13/2009 | 13035 2001303501 | PATRICIA JOHNSON 2680 Bell Hurst Dr Dunedin, FL 34698 | | $550.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/13/201 | 15178 2001517801 | Patrick J Manzi Jr and Kimberly Manzi 544 Douglas Ave Providence, RI 02908 | Rob Levine & Associates LTD | $8,000.00 | U | Circuit City Stores, Inc. | $0.00 | Circuit City Stores, Inc. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/28/2009 | 6755 2000675501 | PATRIOT DISPOSAL CO INC  2208 Plainfield Pike  Johnston, RI 02919-5717 | | $1,810.08 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 11/17/200 | 126 2000012602 | PENNSYLVANIA ELECTRIC COMPANY A FIRSTENERGY COMPANY 331 Newman Spgs Rd Bldg 3  Red Bank, NJ 07701 | | $9,929.13 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 6/15/2009 | 13374 2001337401 | PENSKE  Rt 10 Green Hills PO Box 563  Reading, PA 19603 | Penske Truck Leasing | $181,199.83 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/21/2009 | 4787 2000478701 | PINE TREE ENVIRONMENTAL  PO Box 275  West Nyack, NY 10994 | | $3,120.02 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/22/2009 | 4918 2000491801 | PNM ELECTRIC & GAS SERVICES  P O BOX 349  ALBUQUERQUE, NM 87103 | | $13,182.52 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/28/2009 | 7105 2000710501 | PORTILLO, CARLOS  PO BOX 412403  LOS ANGELES, CA 90041-940 | | $15,000.00 | U | CIRCUIT CITY STORES WEST COAST. | $0.00 | CIRCUIT CITY STORES WEST COAST, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/9/2008 | 705 2000070501 | PORTLAND GENERAL ELECTRIC 7800 SW MOHAWK ST TUALATIN, OR 97062-9192 | PORTLAND GENERAL ELECTRIC PGE | $4,473.58 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/9/2008 | 706 2000070601 | PORTLAND GENERAL ELECTRIC 7800 SW MOHAWK ST TUALATIN, OR 97062-9192 | PORTLAND GENERAL ELECTRIC PGE | $3,463.03 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/7/2009 | 5598 2000559801 | POTOMAC ELECTRIC POWER COMPANY PO Box 97274 Washington, DC 20090-7274 | Pepco | $8,112.27 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/16/2009 | 4620 2000462001 | PRECISION CAMERA REPAIR 3 ANNGINA DR ENFIELD, CT 06082 | | $1,453.56 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/18/200 | 1252 2000125201 | PREMIER HOME TECHNICIANS 9508 W GARBIT TRL PEORIA, AZ 85383 | | $25,549.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Per the Trust's books and record, all valid liabilities were paid. |
| 1/13/2009 | 3911 2000391101 | PREMIER MOUNTS PO BOX 894441 LOS ANGELES, CA 90189-444 | PROGRESSIVE MARKETING PRODUCTS | $9,716.56 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety based on the right of setoff against outstanding balances owed to the Trust. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/16/2009 | 5866 2000586601 | PRO FORMANCE BLDG MNT INC 11509 DORSETT RD MARYLAND HEIGHTS, MO 630 | | $2,304.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/30/2009 | 9151 2000915101 | PROGRESS ENERGY FLORIDA 5225 Tech Doda Dr Clearwater, FL 33760 | Attn Hodges Williams | $47,785.29 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/22/200 | 1839 2000183901 | PROJECTION PRESENTATION TECHNOLOGY 5803 Rolling Rd Ste 207 Springfield, VA 22152 | Attn Ricky Karim | $5,427.75 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/1/2008 | 204 2000020401 | PUGET SOUND ENERGY PO Box 90868 Closed Accts Dept BOT 01G Bellevue, WA 98009-0868 | | $14,563.62 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/8/2009 | 2941 2000294102 | QUALITY CONCRETE OF ATLANTA INC 2910 PEACHTREE INDUSTRI BUFORD, GA 30518 | | $320.84 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/8/2009 | 2941 2000294101 | QUALITY CONCRETE OF ATLANTA INC 2910 PEACHTREE INDUSTRI BUFORD, GA 30518 | | $2,800.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 2/3/2009 | 10893 2001089301 | RENDE, RYAN & DOWNES 202 Mamaroneck Ave White Plains, NY 10601-0000 | | $27,779.88 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 2/4/2011 | 15211 2001521101 | Robert E Marshall 515 Market St PO Box 4 Parkersburg, WV 26102 | George J Cosenza Attorney at Law | $19,401.12 | U | Circuit City Stores, Inc. | $0.00 | Circuit City Stores, Inc. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/13/2009 | 6039 2000603901 | ROBERT GENTRY AND ALL THOSE SIMILARLY SITUATED 456 Montgomery St Ste 1400 San Francisco, CA 94104 | c o Righetti Glugoski PC Matthew Righetti | $73,365.60 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Ordered to reduced amount per docket 7665; but expressly reserved Trust's right to file objections.  The Trust denies the validity and basis for the claim entirely and therefore seeks to expunge this claim. |
| 1/30/2009 | 8840 2000884001 | ROBINSON, RICHARD R 6505 78TH ST CABIN JOHN, MD 20818 | | $500.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/26/2009 | 5412 2000541201 | ROCHESTER GAS AND ELECTRIC 89 EAST AVENUE ROCHESTER, NY 146490001 | | $10,103.07 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/5/2009 | 2517 2000251701 | ROCKFORD CORPORATION 600 S ROCKFORD DR TEMPE, AZ 85281 | | $3,515.55 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  In addition, insufficient support was provided to verify the accuracy of the alleged liabilities. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/21/2009 | 5266 <br><br> 2000526601 | ROCKY MOUNTAIN POWER <br><br> PO Box 25308 <br><br><br> Salt Lake City, UT 84125-0308 | | $19,259.92 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/27/2009 | 6043 <br><br> 2000604301 | ROLLOFFS HAWAII INC <br><br> PO Box 30046 <br><br><br> Honolulu, HI 96820 | | $715.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 1/5/2009 | 2469 <br><br> 2000246901 | ROTO ROOTER <br><br> 6303 MACPHERSON AVE <br><br><br> LEVITTOWN, PA 19057 | | $2,659.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability and references "VALUE CITY" as the customer vs. Circuit City. |
| 1/7/2009 | 2723 <br><br> 2000272301 | RUSH ELECTRONICS <br><br> 4402 W EMERALD ST <br><br><br> BOISE, ID 83706 | | $4,779.96 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability, claimaint failed to provide any support that or proof that work was completed, no signed work orders. |
| 1/5/2009 | 2495 <br><br> 2000249501 | SA COMUNALE CO <br><br> PO BOX 150 <br><br><br> BARBERTON, OH 44203-0150 | | $8,358.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/16/2009 | 5667 <br><br> 2000566701 | SAN RAFAEL FINANCE DEPT CITY OF SAN RAFAEL <br><br> PO BOX 151560 <br> 1400 5TH AVE RM 204 <br><br> SAN RAFAEL, CA 94915-5160 | | $3,247.00 | U | CIRCUIT CITY STORES WEST COAST. | $0.00 | CIRCUIT CITY STORES WEST COAST. INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/26/200 | 1994  2000199401 | SANTA BARBARA NEWS PRESS  PO BOX 1359  SANTA BARBARA, CA 93102-1 | | $1,117.89 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  The liabilities are already claimed in claim 677 |
| 11/24/200 | 352  2000035201 | SANWEN HK INTERNATIONAL CO LTD  No 24 3 Sinle Road  Tainan 702  , | Attn Windy Wang | $35,741.80 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, claimant has unpaid obligation due and owing to the Trust. |
| 1/27/2009 | 6633  2000663301 | SATELLITE EXPRESS INC  426 W 46TH ST  ATTN GARY KABROSKY  NEW YORK, NY 10036 | | $1,015.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/12/2009 | 3300  2000330001 | SAWNEE EMC  P O  Box 100002  Cumming, GA 30028-8302 | | $5,397.41 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 2/26/2009 | 11481  2001148101 | SCARNATI, MISS GLORIA E  3567 MOUNTAIN VIEW DR N  PITTSBURGH, PA 15122-2447 | | $1,439.09 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. The claimant has asserted liabilities which allegedly rose from a 2005 purchase ticket with warranty.  In addition, the claim was filed after the general unsecured bar date of 1/30/09. |
| 1/29/2009 | 8244  2000824401 | SCOTT, PATRICIA  8224 PILGRIM TERRACE  RICHMOND, VA 232271666 | | $36,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/29/2009 | 8244<br><br>2000824402 | SCOTT, PATRICIA<br><br>8224 PILGRIM TERRACE<br><br><br>RICHMOND, VA 232271666 | | $124,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 3/30/2009 | 12155<br><br>2001215501 | SCRIPPS NETWORKS LLC DBA DIYNETWORK COM<br><br>PO Box 602031<br><br><br>Charlotte, NC 28260-2031 | | $3,571.43 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability as it did not contain any authorized signatures from Circuit City representatives to validate the delivery of goods/services. |
| 6/1/2009 | 13197<br><br>2001319701 | SECURITY RESOURCES<br><br>SRI CORPORATE CENTER<br>1155 MARLKRESS RD<br><br>CHERRY HILL, NJ 08003 | | $3,228.94 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  This claim duplicates certain liabilities already claimed in claim 1136 and was filed on 6/1/2009 while the bar date for general unsecured claims was 1/30/09. |
| 12/19/200 | 919<br><br>2000091901 | SETLIFF & HOLLAND PC<br><br>4940 DOMINION BLVD<br><br><br>GLEN ALLEN, VA 23060 | | $1,389.03 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 12/30/200 | 2129<br><br>2000212901 | SIEWERT, DALE<br><br>183 ENLOE ST<br><br><br>HENDERSON, NV 89074-2834 | | $873.95 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/28/2009 | 7027<br><br>2000702701 | SIGHT & SOUND SOLUTIONS<br><br>2107 ERIN LN<br><br><br>BELLEVUE, TN 37221-2229 | | $11,486.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/30/2009 | 8776<br><br>2000877601 | SIMMONS JANNACE & STAGG LLP<br><br>115 EILEEN WAY STE 103<br><br><br>SYOSSET, NY 11791-3139 | | $3,569.24 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/29/2009 | 9791<br><br>2000979102 | SIMMS, DEREK<br><br>103 Federal Manor<br><br><br>Federalsburg, MD 21632 | Derek L Simms | $1,800.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/29/2009 | 9791<br><br>2000979101 | SIMMS, DEREK<br><br>103 Federal Manor<br><br><br>Federalsburg, MD 21632 | Derek L Simms | $1,800.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/4/2008 | 154<br><br>2000015401 | SLICER & ASSOCIATES LLC<br><br>PO BOX 1647<br><br><br>WEST CHATHAM, MA 02669 | | $750.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. However, the Trust does accept claim 155 which was also filed by the claimant and matches the Trust's books at records for $9,949.75. |
| 1/5/2009 | 2529<br><br>2000252901 | SNOHOMISH COUNTY PUD<br><br>P O  Box 1100<br><br><br>Everett, WA 98206 | | $7,215.55 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/1/2008 | 454<br><br>2000045401 | SOUNDS GOOD INSTALLATIONS LLC<br><br>26 FOX RD<br><br><br>WALTHAM, MA 02451 | | $12,125.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/29/2009 | 8619<br><br>2000861901 | SOUTH CAROLINA ELECTRIC & GAS<br><br>1426 Main St<br>Mail Code 130<br><br>Columbia, SC 29201 | | $22,706.87 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/30/2009 | 8713<br><br>2000871301 | SOUTHERN WASTE SYSTEMS OF LA<br><br>PO Box 641248<br><br>Kenner, LA 70064 | Kristin Keller AP | $6,072.80 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Claimant had no contractual relationship to the debtor. |
| 1/30/2009 | 9131<br><br>2000913101 | SOUTHLAND WASTE SYSTEMS OF GEORGIA<br><br>2201 Trade Dr<br><br>Macon, GA 31217 | | $1,008.94 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 12/30/200 | 2126<br><br>2000212601 | ST PETERSBURG, CITY OF<br><br>PO BOX 2842<br><br>ST PETERSBURG, FL 33731 | | $735.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim indicates the alleged liabilities are from 2007. |
| 12/18/200 | 1232<br><br>2000123201 | STATE OF FLORIDA DEPT OF BUSINESS & PROF REG<br><br>C O OFFICE OF GENERAL C<br>DIVISION OF HOTELS & RES<br>1940 N MONROE ST<br>TALLAHASSEE, FL 32399-220 | ATTN ANNE BAILEY | $632.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/30/2009 | 8828<br><br>2000882801 | STEELE, PHILLIP LEE<br><br>2016 MORNINGSIDE DR APT<br><br>BURLINGTON , NC 27217 | | $3,189.74 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/29/2009 | 8419<br><br>2000841901 | STOCKETT, LES K<br><br>9201 PARAGON WAY<br><br><br>BOYNTON BEACH, FL 33472 | | $653.78 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. According to the Trust's books and records, the claimant was paid for the claimed expenses. |
| 11/28/200 | 556<br><br>2000055601 | STRUCTURED WIRING SOLUTIONS INC<br><br>2003 SHIRLEY RD<br><br><br>Wilmington, NC 28405 | | $10,385.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  The liabilities in claim 556 were included in claim 1632; therefore this claim is duplicative of those liabilities. |
| 1/8/2009 | 3041<br><br>2000304101 | SUN BUILDERS CO<br><br>5870 HWY 6 NORTH STE 206<br><br><br>HOUSTON, TX 77084 | | $154,616.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim is disputed in full until the preference obligations as set forth in adversary proceeding #10-03726 are resolved. |
| 1/30/2009 | 9283<br><br>2000928301 | SUPERIOR WASTE SERVICES<br><br>PO Box 10625<br><br><br>Wilmington, NC 28404-0625 | Attn Roger Saunders Sec of Treas | $537.25 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 12/8/2008 | 865<br><br>2000086501 | TAXTALENT COM<br><br>1459 STUART ENGALS BLVD STE 302<br><br>MT PLEASANT, SC 29464 | | $995.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 12/16/200 | 1744<br><br>2000174401 | THE BROOKLYN UNION GAS COMPANY DBA NATIONAL GRID NEW<br>National Grid New York<br>One MetroTech Ctr<br><br>Brooklyn , NY 11201 | Attn Mr S Tuminello 13th Fl | $1,914.10 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 11/28/200 | 105<br><br>2000010501 | THE CONNECTICUT LIGHT AND POWER COMPANY<br><br>PO Box 2899<br><br><br>Hartford, CT 06101-8307 | Northeast Utilities Credit and Collection Ctr | $90,257.63 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/7/2009 | 14763<br><br>2001476301 | THE UNITED TELEPHONE COMPANY OF PENNSYLVANIA LLC<br>PO Box 7971<br><br><br>Shawnee Mission, KS 66207-09 | | $1,312.52 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/28/2009 | 7135<br><br>2000713501 | THOMPSON TRACTOR COMPANY INC<br><br>PO Box 10367<br><br><br>Birmingham, AL 35202 | | $1,099.66 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  The alleged invoice filed with the proof of claim is from April 2006 and does not include a purchase order or authorized signature of approval. |
| 1/27/2009 | 6165<br><br>2000616501 | THRU WAY PLUMBING & HEATING<br><br>RFD 5 184 CROTON AVENUE<br><br><br>MT KISCO, NY 10549 | | $3,848.04 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 1/8/2009 | 2931<br><br>2000293101 | THURMAN, PATRICE<br><br>844 N Van Ness Ave<br><br><br>Fresno, CA 93728 | Jacob M Weisburg | $241,326.00 | U | CIRCUIT CITY STORES WEST COAST. | $0.00 | CIRCUIT CITY STORES WEST COAST. INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/30/2009 | 8913<br><br>2000891301 | TIDEWATER FIBRE CORP DBA TFC RECYCLING<br><br>1958 Diamond Hill Rd<br><br><br>Chesapeake, VA 23324 | TFC Recycling | $1,143.62 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/15/2009 | 3841<br><br>2000384101 | TIFFANY MAINTENANCE SERVICE<br><br>PO BOX 25596<br><br><br><br>NEWARK, NJ 07101-0000 | | $2,010.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 6/1/2009 | 13222<br><br>2001322201 | TIFFANY MAINTENANCE SERVICE CO INC<br><br>Commercial Cleaning Complet<br>PO Box 25596<br><br>Newark, NJ 07101 | Abdon Martinez | $1,206.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 3/8/2010 | 14827<br><br>2001482701 | TIFFANY MAINTENANCE SERVICE CO INC<br><br>PO Box 25596<br><br><br><br>Newark, NJ 07101 | | $1,876.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 12/11/200 | 790<br><br>2000079001 | TIME MACHINE INC, THE<br><br>2335 HONOLULU AVE<br><br><br><br>MONTROSE, CA 91020 | | $2,982.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 12/16/200 | 1459<br><br>2000145901 | TMLP<br><br>PO BOX 870<br><br><br>TAUNTON, MA 02780-0870 | | $14,958.40 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/26/2009 | 5251<br><br>2000525101 | TROIANO WASTE SERVICES<br><br>PO Box 3541<br><br><br><br>Portland, ME 04104 | | $1,277.84 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/20/2009 | 4118<br><br>2000411801 | TRU DEV INC<br><br>9500 7TH ST E<br><br>RANCHO CUCAMONGA, CA 9 | | $21,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/26/2009 | 5361<br><br>2000536101 | TRUSSVILLE UTILITIES BOARD, AL<br><br>P O BOX 836<br><br>TRUSSVILLE, AL 35173 | | $1,183.01 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on payments made on the alleged liability. |
| 1/30/2009 | 9234<br><br>2000923401 | TUCOWS COM<br><br>96 MOWAT AVE<br><br>TORONTO, ON M6K3M1 | | $3,750.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on payments made on account. |
| 12/19/200 | 1040<br><br>2000104001 | TUCSON ELECTRIC POWER COMPANY<br><br>Senior Legal Counsel<br><br>One South Church Ave Ste 10<br><br>Tucson, AZ 85701 | c o Marc Jerden | $5,058.91 | U | CIRCUIT CITY STORES WEST COAST. | $0.00 | CIRCUIT CITY STORES WEST COAST. INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/19/200 | 1691<br><br>2000169101 | TUCSON ELECTRIC POWER COMPANY<br><br>One South Church Ave Ste 10<br><br>Tucson, AZ 85701 | Marc Jerden Senior Legal Counsel | $5,950.47 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/10/200 | 891<br><br>2000089101 | TV TECK TELEVISION & VIDEO<br><br>15230 HIGHWAY 3<br><br>WEBSTER, TX 77598 | | $3,141.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/20/2009 | 4518<br><br>2000451801 | TXU ENERGY RETAIL COMPANY LLC<br><br>PO Box 650393<br><br>Dallas, TX 75265-0393 | CO Bankruptcy Department | $45,488.08 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/18/200 | 1284<br><br>2000128401 | UGI ENERGY SERVICES INC<br><br>PO BOX 827032<br><br>PHILADELPHIA, PA 19182-703 | | $3,826.94 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 3/9/2010 | 14838<br><br>2001483801 | UNITED STATES POSTAL SERVICE<br><br>1801 Brook Rd<br><br>Richmond, VA 23232-9998 | Main Office Window Services | $1,860.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 12/7/2009 | 14756<br><br>2001475601 | UNITED TELEPHONE SOUTHEAST LLC<br><br>PO Box 7971<br><br>Shawnee Mission, KS 66207-09 | | $6,091.04 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Per the Trust's books and record, the liability was paid in full by Tangoe. |
| 12/29/200 | 1992<br><br>2000199201 | UNITED WAY OF VIRGINIA PENINSU<br><br>739 THIMBLE SHOALS BLVD<br><br>NEWPORT NEWS, VA 23606- | | $1,300.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Upon review, the claim is filed for alleged payroll donations to charity by former employees of the Trust and therefore, the Trust has no obligation on these alleged liabilities. |
| 1/2/2009 | 2402<br><br>2000240201 | VACAVILLE, CITY OF<br><br>Admin Services Finance Divisi<br>650 Merchant St<br><br>Vacaville, CA 95688-6908 | City of Vacaville | $887.50 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 5/5/2010 | 15023<br><br>2001502301 | VADIM RYLOV<br><br>456 Montgomery St Ste 1400<br><br>San Francisco, CA 94104 | c o Righetti Glugoski PC | $53,365.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  In addition to disputing the validity of the claim, the claim was filed on 5/5/2010 which is after the applicable bar date of 1/30/2009 and is therefore late and should be expunged in it's entirety. Furthermore, this claim is a duplicate of claim 15022. |
| 5/5/2010 | 15022<br><br>2001502201 | VADIM RYLOV<br><br>456 Montgomery St Ste 1400<br><br>San Francisco, CA 94104 | c o Righetti Glugoski PC | $53,365.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  In addition to disputing the validity of the claim, the claim was filed on 5/5/2010 which is after the applicable bar date of 1/30/2009 and is therefore late and should be expunged in it's entirety. |
| 12/15/200 | 1130<br><br>2000113001 | VECTREN ENERGY DELIVERY/SOUTH 6250<br><br>P O BOX 6250<br><br>INDIANAPOLIS, IN 46206-6250 | | $9,657.35 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 2/17/2009 | 10435<br><br>2001043502 | VELEZ, JOSE<br><br>EEOC Atlanta District Office<br><br>100 Alabama St SW Ste 4R30<br><br>Atlanta, GA 30303 | c o Robert K Dawkins Reg Atty | $10,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  In addition to disputing the validity of the claim, the claim was filed on 2/17/2009 which is after the applicable bar date of 1/30/2009 and is therefore late and should be expunged in it's entirety. |
| 2/17/2009 | 10435<br><br>2001043501 | VELEZ, JOSE<br><br>EEOC Atlanta District Office<br><br>100 Alabama St SW Ste 4R30<br><br>Atlanta, GA 30303 | c o Robert K Dawkins Reg Atty | $328,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  In addition to disputing the validity of the claim, the claim was filed on 2/17/2009 which is after the applicable bar date of 1/30/2009 and is therefore late and should be expunged in it's entirety. |
| 12/12/200 | 827<br><br>2000082701 | VERMONT GAS SYSTEMS, INC<br><br>P O BOX 1722<br><br>BRATTLEBORO, VT 05302 | | $629.22 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/8/2009 | 2920 <br><br> 2000292001 | VICTORVILLE, CITY OF <br><br> VICTORVILLE CITY OF <br> 14343 CIVIC DR <br> P O BOX 5001 <br> VICTORVILLE, CA 92393-5001 | | $529.71 | U | CIRCUIT CITY STORES WEST COAST. | $0.00 | CIRCUIT CITY STORES WEST COAST. INC. | This claim duplicates some liabilities already claimed in claim # 1683 |
| 1/15/2009 | 4221 <br><br> 2000422101 | VIDEO 7 <br><br> 22 KNEEN ST <br><br><br> SHELTON, CT 06484 | | $16,162.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/16/2009 | 5625 <br><br> 2000562501 | WARE DISPOSAL INC <br><br> PO Box 8089 <br><br><br> Newport Beach, CA 92658 | | $1,223.40 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 12/18/200 | 1762 <br><br> 2000176201 | WASHINGTON GAS <br><br> 6801 Industrial Rd Rm 320D <br><br><br> Springfield, VA 22151 | Bankruptcy Dept | $7,210.89 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 1/20/2009 | 4425 <br><br> 2000442501 | WASTE CONNECTIONS DBA DM DISPOSAL <br><br> PO Box 532 <br><br><br> Puyallup , WA 98424-0055 | DM Disposal | $945.15 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 2/4/2009 | 10927 <br><br> 2001092701 | WASTE MANAGEMENT <br><br> 1001 Fannin Ste 4000 <br><br><br> Houston, TX 77002-0000 | c o Jacquolyn E Mills | $27,545.97 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/30/2009 | 8711 <br><br> 2000871101 | WASTE PRO <br><br> 4100 Selvitz Rd <br><br><br> Ft Pierce, FL 34981-4728 | Michele Nobles Office Mgr | $942.28 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 1/26/2009 | 8034 <br><br> 2000803401 | WCA OF ALABAMA LLC <br><br> 1130 County Line Rd <br><br><br> Trafford, AL 35172 | | $683.27 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant was subcontracted by another party and has no contractual relationship to the Trust. |
| 1/5/2009 | 2506 <br><br> 2000250601 | WESTERN EXCHANGE <br><br> PO BOX 9974 <br><br><br> GLENDALE, CA 91226 | | $637.29 | U | CIRCUIT CITY STORES WEST COAST. | $0.00 | CIRCUIT CITY STORES WEST COAST. INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 12/18/200 | 1235 <br><br> 2000123501 | WILKINSON BARKER KNAUER LLP <br><br> 2300 N ST NW STE 700 <br><br><br> WASHINGTON, DC 20037 | | $594.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Per the Trust's book and records, the claimed liabilities were paid on check #4597027 dated 1/22/09. |
| 1/16/2009 | 3922 <br><br> 2000392201 | WOODBRIDGE GLASS COMPANY INCORPORATED <br><br> 14312 Jefferson Davis Hwy <br><br><br> Woodbridge, VA 22191 | Edward H Nethercutt | $32,060.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |
| 3/20/2009 | 11816 <br><br> 2001181601 | WPMT TV <br><br> 15247 COLLECTIONS CENTE <br><br><br> CHICAGO, IL 60693 | | $5,877.75 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Claim duplicates liabilities in claim 672 and asserts an additional 714.00 without any support. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit B: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/30/200 | 2113  2000211301 | YRC LOGISTICS INC  Frantz Ward LLP  2500 Key Center  127 Public Sq  Cleveland, OH 44114 | Attn John F Kostelnik | $16,050.20 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. |