IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| CIRCUIT CITY STORES, INC., et al. | ) | Chapter 11 Proceeding |
| | ) | Hon. Kevin R. Huennekens |
| Debtors. | ) | |

**ORDER**

In consideration of the Motion of Neil E. McCullagh, Esquire to allow Michael Reynolds, Esquire from the law firm of McCarter & English, LLP to appear and practice before this Court *pro hac vice* in the above-styled cause and the Court having determined that the representations contained in such Motion are true, and Neil E. McCullagh, Esquire having entered his appearance as counsel in this cause and this application being authorized by the Rules of this Court;

IT IS ORDERED that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that Michael Reynolds, Esquire be admitted to appear and practice before this Court *pro hac vice* only in the captioned bankruptcy case and any related litigation on behalf of Casio, Inc.

IT IS FURTHER ORDERED, that in conjunction with such admission *pro hac vice*, and as to matters arising during or pertaining to the above-styled cause, Michael Reynolds, Esquire

Michael Reynolds, Esquire (*pro hac vice* pending)   Neil E. McCullagh, Esquire (VSB #39027)
McCARTER & ENGLISH, LLP                              Jennifer J. West, Esquire (VSB #47522)
Four Gateway Center                                   Erin E. Kessel, Esquire (VSB #65360)

109 Mulberry Street                                   SPOTTS FAIN PC
Newark, NJ 07102                                      P.O. Box 1555
Phone: (973) 849-4188                                 Richmond, VA 23218
Facsimile: (973) 624-7070                             Phone: (804) 697-2000
                                                      Facsimile: (804) 697-2194

*Co-Counsel for Casio, Inc.*                          *Co-Counsel for Casio, Inc.*

will be subject to and submit himself to the full disciplinary powers of this Court to the same extent as if he were fully admitted to practice in this Court and the Bar of Virginia.

ENTER:      /      /

_____
United States Bankruptcy Judge

I ASK FOR THIS:

/s/ Neil E. McCullagh
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
SPOTTS FAIN PC
P.O. Box 1555
Richmond, Virginia 23218
Phone: (804) 697-2000
Facsimile: (804) 697-2194
*Co-Counsel for Casio, Inc.*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 28th day of March, 2012, a copy of the foregoing Sketch Order was served by U.S. Mail, First Class, postage prepaid, and/or electronic means through the Court's ECF system on the following, constituting all necessary parties:

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center,
101 W. Main Street
Norfolk, VA 23510

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

    /s/ Neil E. McCullagh

**PARTIES TO RECEIVE COPIES**:

Neil E. McCullagh, Esquire
SPOTTS FAIN PC
P.O. Box 1555
Richmond, VA 23219

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center,
101 W. Main Street
Norfolk, VA 23510

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219