Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                          :   Chapter 11
                                                :
CIRCUIT CITY STORES, INC., et al.,              :   Case No. 08-35653 (KRH)
                                                :
                 Debtors.                       :
                                                :   Jointly Administered
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**SIXTH ORDER REGARDING LIQUIDATING TRUST'S FIRST OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED
<u>CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)</u>**

THIS MATTER having come before the Court[1] on the Liquidating Trust's First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit G attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Court will conduct a status conference on May 10, 2012 at 2:00 p.m. for all Claims identified on Exhibit A attached hereto.

2. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

3. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

4. This Court shall retain jurisdiction to hear and determine all matters

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


__/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
     - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
     - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

  Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.


          ___/s/ Paula S Beran_____
           Paula S. Beran

In re Circuit City Stores, et al.
Case No. 08-35653 (KRH)
**Exhibit A to Landlord's Sixth Order Regarding Liquidating Trust's First Omnibus Objection to Landlord Claims**
**Alphaebtical Listing of Claims for Which Status Conference Will Take Place on May 10, 2012 at 2:00 p.m.**

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Bank of America National Association Successor by Merger to LaSalle Bank National Association<br>Attn Diane Schapiro<br>c o Berkadia Commercial Mortgage LLC<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 12663 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Capmark Finance Inc<br>Keith M Aurzada & John C Leininger<br>Bryan Cave LLP<br>2200 Ross Ave Ste 3300 | 14363 | Exhibit E<br>Invalid Claims to be Expunged |
| Carolina Pavilion Company<br>c o Amy Pritchard Williams Esq<br>K&L Gates LLP<br>214 N Tryon St<br>Hearst Tower 47th Fl<br>Charlotte, NC 28202 | 12915 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Carolina Pavilion Company<br>c o Amy Pritchard Williams Esq<br>K&L Gates LLP<br>214 N Tryon St<br>Hearst Tower 47th Fl<br>Charlotte, NC 28202 | 14137 | Exhibit E<br>Invalid Claims to be Expunged |
| Centro Properties Group ta Memphis Commons Memphis TN<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12560 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Memphis Commons Memphis TN<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12559 | Exhibit E<br>Invalid Claims to be Expunged |
| Centro Properties Group ta Pensacola Square Pensacola FL<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St. 51st Fl.<br>Philadelphia, PA 19103 | 12633 | Exhibit E<br>Invalid Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Centro Properties Group ta Pensacola Square<br>Pensacola FL<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St. 51st Fl.<br>Philadelphia, PA 19103 | 12625 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Sharpstown Plaza Houston Tx<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St. 51st. Fl.<br>Philadelphia, PA 19103 | 8488 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Sharpstown Plaza Houston Tx<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St. 51st. Fl.<br>Philadelphia, PA 19103 | 8491 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| CHK LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 14346 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Circuit Investors #2 Ltd. A Texas Partnership<br>c/o Niclas A. Ferland, Esq.<br>LeClairRyan, A Professional Corporation<br>555 Long Wharf Drive, 8th Floor<br>New Haven, CT  06511 | 9037 | Exhibit G<br>Amended Claims to be Expunged |
| Drexel Delaware Trust c o Midland Loan Services Inc a Delaware Corporation<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 12647 | Exhibit E<br>Invalid Claims to be Expunged |
| Drexel Delaware Trust c/o Midland Loan Services Inc., a Delaware corporation<br>c/o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St. Ste 1500<br>Dallas, Tx 75201 | 14347 | Exhibit E<br>Invalid Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| GECMC 2005 C2 South Lindbergh LLC (Transferee)<br>c/o Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Blvd. Ste 2500<br>Miami, FL 33131 | 14420 | Exhibit F<br>Late Filed Claims to be Expunged |
| GECMC 2005-C2 CC Parent, LLC (Transferee)<br>c/o Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131 | 14418 | Exhibit F<br>Late Filed Claims to be Expunged |
| Kimco North Rivers 692 Inc<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>NY, NY 10178 | 11923 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Midland Loan Services Inc<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 12258 | Exhibit E<br>Invalid Claims to be Expunged |
| Park National Bank<br>c/o Woods Rogers PLC, Attn: Richard C. Maxwell<br>10 S. Jefferson Street, Suite 1400<br>Roanoke, VA 24011 | 11749 | Exhibit G<br>Amended Claims to be Expunged |
| Parker Central Plaza Ltd.<br>c/o Lynnette R. Warman<br>Hunton & Williams LLP<br>1445 Ross Ave. Ste. 3700<br>Dallas, Tx 75202 | 12761 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Parker Central Plaza Ltd.<br>Henry Toby P. Long III & Thomas N. Jamerson<br>Hunton & Williams LLP<br>Riverfront Plz E. Tower<br>951 E. Byrd St.<br>Richmond, VA 23219-4074 | 14389 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Parker Central Plaza Ltd.<br>Henry Toby P. Long III & Thomas N. Jamerson<br>Hunton & Williams LLP<br>Riverfront Plz E. Tower<br>951 E. Byrd St.<br>Richmond, VA 23219-4074 | 14389 | Exhibit D<br>Misclassified Claims |
| Saul Holdings Limited Partnership<br>Matthew M. Moore & Stephen A Metz Esq<br>Shulman Rogers Gandal Pordy & Ecker PA<br>11921 Rockville Pike 3rd Fl<br>Rockville , MD 20852 | 13673 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Saul Holdings Limited Partnership<br>Stephen A Metz Esq<br>Shulman Rogers Gandal Pordy & Ecker PA<br>11921 Rockville Pike 3rd Fl<br>Rockville , MD 20852 | 12223 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| U.S. Bank National Association, as purchaser of assets of Park National Bank<br>c/o Woods Rogers PLC, Attn: Richard C. Maxwell<br>10 S. Jefferson Street<br>Suite 1400<br>Roanoke, VA  24011 | 14797 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Valley View S. C. LLC<br>Attn:  Neil E. Herman<br>c/o Morgan Lewis & Bockius LLP<br>101 Park Ave.<br>New York, NY 10178 | 11963 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Weingarten Nostat Inc.<br>Attn:  Jenny J. Hyun Esq.<br>c/o Weingarten Realty Investors<br>Houston, TX 77008<br>2600 Citadel Plz Dr. Ste. 125 | 12741 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Weingarten Nostat Inc.<br>Attn:  Lisa L. Seabron<br>c/o Weingarten Realty Investors<br>2600 Citadel Plz Dr. Ste. 125<br>Houston, TX 77008 | 13984 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| WRI Camp Creek Marketplace II LLC<br>Attn:  James S. Carr & Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 13987 | Exhibit E<br>Invalid Claims to be Expunged |
| WRI Camp Creek Marketplace II LLC<br>Attn:  Jenny J. Hyun Esq.<br>c/o Weingarten Realty Investors<br>2600 Citadel Plaza Dr. Ste. 125<br>Houston, TX 77008 | 9718 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |