Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

**SIXTH ORDER REGARDING LIQUIDATING TRUST'S THIRD OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS, <u>AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS</u>**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Third

Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims,

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit G attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

   IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

   1. The Court will conduct a status conference on May 10, 2012 at 2:00 p.m. for all Claims identified on Exhibit A attached hereto.

   2. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

   3. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

   4. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

2

Dated: Richmond, Virginia

_____, 2012

                                          _____
                                          HONORABLE KEVIN R. HUENNEKENS
                                          UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


 */s/ Paula S. Beran*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Paula S. Beran*
Paula S. Beran

In re Circuit City Stores, et al.
Case No. 08-35653 (KRH)
**Exhibit A to Sixth Order Regarding Liquidating Trust's Third Omnibus Objection to Landlord Claims**
**Alphaebtical Listing of Claims for Which Status Conference Will Take Place on May 10, 2012 at 2:00 p.m.**

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 4110 Midland LLC<br>Attn Michael Mason Pres<br>Fairfield Financial<br>Group Inc Managing Member<br>8 Greenway Plz Ste 1100<br>Houston, TX 77046 | 14287 | Exhibit E<br>Invalid Claims to be Expunged |
| 4110 Midland LLC<br>Attn Michael Mason Pres<br>Fairfield Financial Group Inc Managing Member<br>8 Greenway Plz Ste 1100<br>Houston, TX 77046 | 12708 | Exhibit E<br>Invalid Claims to be Expunged |
| 4905 Waco LLC<br>Attn: Michael Mason President<br>c/o Fairfield Financial Group, Inc.<br>Managing Member<br>8 Greenway Plz., Ste 1100<br>Houston, TX 77046 | 13902 | Exhibit E<br>Invalid Claims to be Expunged |
| 4905 Waco LLC<br>c/o Michael Mason , President<br>c/o Fairfield Financial Group, Inc.,<br>Managing Member<br>8 Greeenway Plaza, Suite 1100<br>Houston, Texas 77046 | 12710 | Exhibit E<br>Invalid Claims to be Expunged |
| Abercorn Common LLP<br>c/o Catherine Harrison King<br>Miller & Martin PLLC<br>1170 Peachtree St. NE, Ste. 800<br>Atlanta, GA  30309-7706 | 12682 | Exhibit D<br>Claims to be Reclassified |
| Abercorn Common LLP<br>c/o Catherine Harrison King<br>Miller & Martin PLLC<br>1170 Peachtree St. NE, Ste. 800<br>Atlanta, GA  30309-7706 | 13695 | Exhibit E<br>Invalid Claims to be Expunged |
| Bank of America National Association Successor by Merger to LaSalle Bank National Association fka LaSalle National Bank<br>c/o Capmark Finance, Inc.<br>Peyton Inge<br>700 N. Pearl St., Suite 2200<br>Dallas, TX  75201 | 9740 | Exhibit E<br>Invalid Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Bank of America, NA, as Trustee for the Registered Holders of Greenwich Capital Commercial Funding Corp Commercial Mortgage Trust 2007 G G9 Commercial Mortgage Pass Through Certificates Series 2007 G G9, as Collateral Assignee of Abercorn Common LLLP Mindy A. Mora, Esq. Bilzin Sumberg Baena Price & Axelrod LLP 200 S. Biscayne Blvd., Ste. 2500 Miami, FL 33131 | 8559 | Exhibit E Invalid Claims to be Expunged |
| Basser Kaufman 312 LLC Attn James S Carr Esq Robert L LeHane Esq 101 Park Ave New York, NY 10001 | 12509 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Basser Kaufman Attn Marc Kemp 335 Central Ave Lawrence, NY 11559 | 14416 | Exhibit E Invalid Claims to be Expunged |
| Carousel Center Company LP Attn Kevin M Newman Esq Menter Rudin & Trivelpiece PC 308 Maltbie St Ste 200 Syracuse, NY 13204-1498 | 12359 | Exhibit E Invalid Claims to be Expunged |
| Carousel Center Company LPAttn Kevin M Newman EsqMenter Rudin & Trivelpiece PC 308 Maltbie St Ste 200 Syracuse, NY 13204-1498 | 12294 | Exhibit E Invalid Claims to be Expunged |
| Central Park 1226 LLC Attn Neil E Herman c o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10178 | 11962 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Centro Properties Group t a Parkway Plaza Vestal NY c o David L Pollack Esq Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | 8104 | Exhibit G Amended/Superseded Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Centro Properties Group t a Parkway Plaza Vestal NY<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>Philadelphia, PA 19103<br>1735 Market St 51st Fl | 8102 | Exhibit G<br>Amended/Superseded Claims to be Expunged |
| Centro Properties Group ta Bakersfield Commons<br>Bakersfield CA<br>c/o David L. Pollack Esq.<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St. 51st Fl.<br>Philadelphia, PA 19103 | 12543 | Exhibit E<br>Invalid Claims to be Expunged |
| Centro Properties Group ta Parkway Plaza Vestal NY<br>c o David L PollackBallard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12584 | Exhibit E<br>Invalid Claims to be Expunged |
| Centro Properties Group ta Parkway Plaza Vestal NY<br>c o David L PollackBallard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103<br>Vestal NY | 12580 | Exhibit E<br>Invalid Claims to be Expunged |
| Circuitville LLC<br>Attn Douglas Gross<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave 9th Fl<br>New York, NY 10036 | 7118 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Compton Commercial Redevelopment Company Watt<br>20510225<br>Attn: Dustin P. Branch Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park East 26th Fl.<br>Los Angeles, CA 90067 | 14224 | Exhibit G<br>Amended/Superseded Claims to be Expunged |
| Inland American Retail Management LLC<br>Karen C. Bifferato and Kelly M. Conlan<br>Connolly Bove Lodge & Hurtz LLP<br>The Nemours Bldg.<br>1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 14080 | Exhibit G<br>Amended/Superseded Claims to be Expunged |

12304-003\DOCS_NY:26830v1

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Inland Southwest Management LLC<br>Attn: Karen C. Bifferato & Kelly M. Conlan<br>Connolly Bove Ldge & Hutz LLP<br>The Nemours Bldg 1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 14928 | Exhibit F<br>Duplicate Claims to be Expunged |
| Inland Southwest Management LLC<br>Attn: Karen C. Bifferato and Kelly M. Conlan<br>Connolly Bove Lodge & Hurtz LLP<br>The Nemours Bldg.<br>1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 13735 | Exhibit G<br>Amended/Superseded Claims to be Expunged |
| Inland Southwest Management LLC<br>Attn: Karen C. Bifferato and Kelly M. Conlan<br>The Nemours Bldg.<br>1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 14095 | Exhibit G<br>Amended/Superseded Claims to be Expunged |
| Inland Western Avondale McDowell LLC<br>c/o Bert Bittouma Esq.<br>Inland Real Estate Group<br>2901 Butterfield Rd., 3rd Fl.<br>Oak Brook, IL 60523 | 8943 | Exhibit F<br>Duplicate Claims to be Expunged |
| Mibarev Development I LLC<br>Thomas R Lynch Esq VSB No 73158<br>Bradley Arant Boult Cummings LLP<br>1133 Connecticut Ave NW 12 Fl<br>Washington, DC 20036 | 13250 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Regency Centers LP<br>Attn: Randy Shoemaker<br>1 Independent Dr. Ste. 114<br>Jacksonville, FL 32202-5019 | 14381 | Exhibit G<br>Amended/Superseded Claims to be Expunged |
| Regency Centers LP<br>Attn: Randy Shoemaker<br>One Independent Dr. Ste. 114<br>Jacksonville, FL 32202-5019 | 14438 | Exhibit E<br>Invalid Claims to be Expunged |
| Riverside Towne Center No. 1 Watt 20510227<br>Attn: Dustin P. Branch Esq.<br>Katten Muchin Rosenman LLP<br>2029 Century Park E. 26th Fl.<br>Los Angeles, CA 90067-3102 | 14223 | Exhibit E<br>Invalid Claims to be Expunged |

12304-003\DOCS_NY:26830v1

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Ronald Benderson Randall Benderson and David H BaldaufAttn James S Carr EsqRobert L LeHane EsqKelley Drye & Warren101 Park AveNew York, NY 10178 | 9951 | Exhibit E<br>Invalid Claims to be Expunged |
| Sangertown Square LLC<br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 | 13702 | Exhibit E<br>Invalid Claims to be Expunged |
| Sangertown Square LLC<br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 | 13704 | Exhibit E<br>Invalid Claims to be Expunged |
| Torrance Towne Center Associates LLC<br>c o Ian S Landsberg<br>Landsberg Margulies LLP<br>16030 Ventura Blvd Ste 470<br>Encino, CA 91436 | 9646 | Exhibit G<br>Amended/Superseded Claims to be Expunged |
| Valley Corners Shopping Center LLC<br>Amy Pritchard Williams, Esq.<br>K&L Gates LLP<br>Hearst Tower, 47th Fl.<br>214 N Tyron St.<br>Charlotte, NC 28202 | 14360 | Exhibit E<br>Invalid Claims to be Expunged |
| Wells Fargo Bank as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Corp Commercial Mort<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 8282 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| WTM Glimcher LLC<br>Sharisse Cumberbarch Esq.<br>Glimcher Properties Limited Partnership<br>180 E. Broad St. 21st Fl.<br>Columbus, OH 43215 | 14713 | Exhibit E<br>Invalid Claims to be Expunged |
| WTM Glimcher LLC<br>Sharisse Cumberbarch Esq.<br>Glimcher Properties Limited Partnership<br>180 E. Broad St. 21st Fl.<br>Columbus, OH 43215 | 13399 | Exhibit G<br>Amended/Superseded Claims to be Expunged |