Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

      - and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                   :    Chapter 11
                                         :
CIRCUIT CITY STORES, INC., et al.,       :    Case No. 08-35653 (KRH)
                                         :
              Debtors.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - -:x   Jointly Administered
```

**SECOND ORDER SUSTAINING LIQUIDATING TRUST'S TWENTY-FIFTH
OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF CERTAIN
<u>PARTIALLY INVALID CLAIMS)</u>**

THIS MATTER having come before the Court[1] on the Liquidating Trust's

Twenty-Fifth Omnibus Objection to Claims Omnibus Objection to Claims (Reduction of Certain

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Partially Invalid Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C attached to the Objection be reduced for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED.

    2.    The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

    3.    The Court will conduct a status conference on May 10, 2012 at 2:00 p.m. for all Claims identified on Exhibit B attached hereto.

    4.    The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

    5.    The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

_/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
　　　　　　　　- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
　　　　　　　　- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Paula S. Beran*
Paula S. Beran

**EXHIBIT A**

**REDUCED CLAIMS**

| Omnibus Objection | Claimant Name and Address | Claim No. | Docketed Claim Amount and Class | Modified Claim Amount and Class |
|---|---|---|---|---|
| **25** | KTVI Television No 372<br>c/o Szabo Associates Inc.<br>3355 Lenox Road NE 9th Floor<br>Atlanta, GA 30326 | 7300 | $6,358.00<br>(general unsecured) | $5,423.00<br>(general unsecured) |
| **25** | Susan North Esq.<br>Contrarian Capital Management<br>Re: LeClair Ryan<br>411 W. Putnam Ave, Ste 425<br>Greenwich, CT 06830 | 9213 | $66,963.68<br>(general unsecured) | $62,605.99<br>(general unsecured) |

**EXHIBIT B**

**CONTINUED CLAIMS**

| Liquidating Trust Omnibus Objection | Respondent | Claim Number | Docket Number | Status |
|---|---|---|---|---|
| 25 | Fire Materials Groups LLC | 8290 | | Status hearing on objection adjourned to May 10, 2012 at 2:00 p.m. |
| 25 | Kronos Incorporated | 14455 | | Status hearing on objection adjourned to May 10, 2012 at 2:00 p.m. |
| 25 | Oracle America Inc., successor in interest to Oracle USA Inc, BEA Systems and Peoplesoft Inc. | 15012 | | Status hearing on objection adjourned to May 10, 2012 at 2:00 p.m. |
| 25 | Toshiba America Consumer Products, L.L.C. | 9648 | 11507 | Status hearing on objection adjourned to May 10, 2012 at 2:00 p.m. |
| 25 | Toshiba America Information Systems, Inc. | 9391 | 11507 | Status hearing on objection adjourned to May 10, 2012 at 2:00 p.m. |
| 25 | Williams Mullen Clark & Dobbins | 6757 | 11427 | Status hearing on objection adjourned to May 10, 2012 at 2:00 p.m. |