UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
701 East Broad Street
Richmond, VA 23219

Case Number  08-35653-KRH
Chapter  11
Judge  Kevin R. Huennekens

In Re:
Circuit City Stores, Inc.

    Debtor.
_____/

**REQUEST BY WOLFF, HILL, McFARLIN & HERRON, P.A.
FOR REMOVAL FROM ELECTRONIC FILING NOTICE LIST**

    DAVID R. McFARLIN and Wolff, Hill, McFarlin & Herron, P.A., hereby request removal from the electronic notice list for this bankruptcy case.

    Dated this 10th day of April, 2012

    /s/ David R. McFarlin
David R. McFarlin
Florida Bar No. 328855
Wolff, Hill, McFarlin & Herron, P.A.
1851 West Colonial Drive
Orlando, Florida 32804
Telephone (407) 648-0058
Facsimile  (407) 648-0681
dmcfarlin@whmh.com

K:\4478\Notice of Withdrawal- DRM

## CERTIFICATE OF SERVICE

I CERTIFY that on April 10, 2012, I sent a copy of this document by electronic transmission and/or U.S. Mail to Circuit City Stores, Inc., 9950 Mayland Drive, Richmond, VA 23233; Bruce H. Besanko, 9950 Mayland Drive, Richmond, VA 23233; Daniel F. Blanks and Douglas M. Foley, McGuireWoods LLP, 9000 World Trade Center, 101 W Main St, Norfolk, VA 23510; Dion W. Hayes, Joseph S. Sheerin and Sarah Beckett Boehm, McGuireWoods LLP, One James Center, 901 E. Cary St., Richmond, VA 23219; W. Clarkson McDow, Jr. and Robert B. Van Arsdale, Office of the US Trustee, 701 East Broad Street, Suite 4304, Richmond, VA 23219.

/s/ David R. McFarlin
David R. McFarlin