## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Desert Home Communities of OK, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Desert Home Communities of OK
7911 Hershel Ave Ste No 306
La Jolla, CA 92037

**New Address [Creditor]**
Desert Home Communities of OK
HSBC Bank USA NA
VonWin
Dept CH 1635 4
Palatine, IL 60055-6354

Dated: 4-4-12

Respectfully submitted,

By: _Desert Homes Communities of OK_

Signature: _Mark L Muyr_

Print Name: _Mark S. Muyer_

Title: _Managing Member_

April __4__, 2012

The Liquidating Trust/The Liquidating Trustee
of Circuit City Stores, Inc.
c/o Crowe Horwath, LLC
Attn:  Mr. Alfred Siegel, CPA, CFF
15233 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-2250


    Re:    Change of Address Notification


Dear Sir:

Please be advised that Desert Home Communities of Oklahoma, LLC, a creditor in the Circuit City Stores, Inc., *et al.* bankruptcy proceedings, has changed its address and requests that services of any pleadings, distributions, notices or correspondence related to this matter be sent to the new address noted below, effective immediately:


| **Old Address:** | **New Address:** |
| --- | --- |
| Desert Home Communities of OK<br>7911 Herschel Ave Ste No 306<br>La Jolla, CA 92037 | Desert Home Communities of OK<br>HSBC BANK USA NA<br>VonWin<br>Dept CH 16354<br>Palatine, IL 60055-6354 |


By: _Desert Hone Communities of OK_
Name: _Mael B Mayn_
Title: _managing member_


cc:    Pachulski, Stang, Ziehl & Jones, LLP & Kurtzman Carson Consultants, LLC