# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, ONICS, LLC, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
ONICS, LLC
Attention: Michael D. Plante
730 17th Street, Suite 715
Denver, CO 80202

**New Address [Creditor]**
ONICS, LLC
HSBC Bank USA NA
VonWin
Dept CH 163 54
Palatine, IL 60055-6354

Dated: _APRIL 12, 2012_

Respectfully submitted,

By: _ONICS, LLC_

Signature: _[signature]_

Print Name: _MICHAEL D. PLANTE_

Title: _MANAGER_

**Onics, LLC**
**730 17th Street**
**Suite 715**
**Denver, CO 80202**

April 12, 2012

The Liquidating Trust/The Liquidating Trustee
of Circuit City Stores, Inc.
c/o Crowe Horwath, LLC
Attn: Mr. Alfred Siegel, CPA, CFF
15233 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-2250

Re:   Change of Address Notification

Dear Sir:

Please be advised that ONICS, LLC, a creditor in the Circuit City Stores, Inc., *et al.* bankruptcy proceedings, has changed its address and requests that services of any pleadings, distributions, notices or correspondence related to this matter be sent to the new address noted below, effective immediately:

| **Old Address:** | **New Address:** |
|---|---|
| ONICS, LLC<br>Attention: Michael D. Plante<br>730 17th Street, Suite 715<br>Denver, CO 80202 | ONICS, LLC<br>HSBC BANK USA NA<br>VonWin<br>Dept CH 16354<br>Palatine, IL 60055-6354 |

By: _ONICS, LLC_
Name: _[signature]_
Title: _MANAGER_

cc:   Pachulski, Stang, Ziehl & Jones, LLP & Kurtzman Carson Consultants, LLC