Case Number 08-35653-KRH


To Whom It May Concern:

   Aquent has received notification that part of our claim is being objected. Our claim is for work done for Circuit City by our talents. Our total amount of unpaid invoices is $21,591.39.

I have included copies of all invoices that were unpaid by Circuit City at the time of there bankruptcy.

Please contact John Pustell with any issues regarding our claim. I have provided John's contact information below.

John Pustell
VP and Controller North America
Phone 781-535-5035
Fax 781-830-6502
E-Mail jpustell@quent.com

```
            APR 1 6 2012
               CLERK
         US BANKRUPTCY COURT
```


Thank you,

*Jennifer Madden*

Jennifer Madden
Accounts Receivable
Phone 781-970-8906
Fax 781-970-8978
E-Mail jmadden@aquent.com

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653-KRH |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## NOTICE OF TWENTY-NINTH OMNIBUS OBJECTION
## TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID
## CLAIMS AND DISALLOWANCE OF CERTAIN INVALID CLAIMS)

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Liquidating Trust's Twenty-Ninth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"). A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1. By the Objection, the Liquidating Trust is seeking to reduce certain partially invalid clams and disallow certain invalid claims.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively,



0835653120330000000000003

the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Reference Objection |
|-----|--------------|--------------|---------------------|

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M. (EASTERN TIME) ON MAY 3, 2012, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

### Critical Information for Claimants
### Choosing to File a Response to the Objection

Who Needs to File a Response: If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

Response Deadline: The Response Deadline is **4:00 p.m. (Eastern Time) on May 3, 2012 (the "Response Deadline")**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED AND RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083 |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

The status hearing on the Objection will be held at **2:00 p.m. (Eastern Time) on May 10, 2012 at:**

> United States Bankruptcy Court
> 701 East Broad Street – Courtroom 5000
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

**Procedures for Filing a Timely Response and
Information Regarding the Hearing on the Objection**

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

      a.    a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

      b.    the claimant's name and an explanation for the amount of the Claim;

      c.    a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts

3

that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d.      a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e.      a declaration of a person with personal knowledge of the relevant facts that support the Response;

f.      the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address"). If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

g.      to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses"). Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**. To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf. Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**. If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection without further notice to you.

4

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

## Additional Information

**Requests for Information**. You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kccllc.net/circuitcity.

**Reservation of Rights**. Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust. Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases. In such event, you will receive a separate notice of any such objections.

Dated:    March 30, 3012

                                    /s/ Paula S. Beran
                                    Lynn L. Tavenner (VA Bar No. 30083)
                                    Paula S. Beran (VA Bar No. 34679)
                                    TAVENNER & BERAN, P.L.C.
                                    20 North Eighth Street, 2nd Floor
                                    Richmond, Virginia 23219
                                    Telephone: 804-783-8300
                                    Facsimile: 804-783-0178
                                    Email: ltavenner@tb-lawfirm.com
                                            pberan@tb-lawfirm.com

                                    -and-

                                    Jeffrey N. Pomerantz (admitted *pro hac vice*)
                                    Andrew W. Caine (admitted *pro hac vice*)
                                    PACHULSKI STANG ZIEHL & JONES LLP
                                    10100 Santa Monica Blvd.
                                    11th Floor
                                    Los Angeles, California 90067-4100
                                    Telephone: 805-123-4567
                                    Facsimile: 310/201-0760
                                    E-mail: jpomerantz@pszjlaw.com
                                            acaine@pszjlaw.com

                                    *Counsel for the Circuit City Stores, Inc.*
                                    *Liquidating Trust*

Exhibit B

| Claim Number | Claimant Name | Exhibit |
|---:|---|---|
| 813 | ABACUS CORP | Exhibit C |
| 837 | ALBANY TIMES UNION | Exhibit C |
| 371 | AMERENCILCO | Exhibit D |
| 762 | AMERICAN ELECTRIC POWER | Exhibit C |
| 15037 | AMH TECHNOLOGIES LTD | Exhibit E |
| 17 | ANCHOR INSTALLATIONS LLC | Exhibit D |
| 1328 | APPLIED PREDICTIVE TECHNOLOGIES INC | Exhibit D |
| 925 | AQUENT | Exhibit C |
| 443 | ARKANSAS UNCLAIMED PROPERTY | Exhibit D |
| 1182 | ATHENS BANNER HERALD | Exhibit D |
| 661 | BAKERSFIELD CALIFORNIAN | Exhibit C |
| 504 | BANGOR DAILY NEWS | Exhibit D |
| 834 | BEAUMONT ENTERPRISE | Exhibit D |
| 862 | BENNER MECHANICAL & ELECTRICAL | Exhibit D |
| 1426 | BOWMAN JR, JOHN | Exhibit D |
| 444 | BOYS & GIRLS CLUBS OF HARLINGEN | Exhibit D |
| 6323 | BRADENTON HERALD | Exhibit D |
| 884 | BRADENTON HERALD, THE | Exhibit D |
| 1337 | BROADWAY NATIONAL SIGN & LIGHTING | Exhibit C |
| 1012 | BURLINGTON FREE PRESS, THE | Exhibit C |
| 998 | BUSTILLO HERNANDEZ, ROBERTO | Exhibit C |
| 15235 | CALDERON, ANA | Exhibit E |
| 215 | CAPITAL GAZETTE NEWSPAPERS | Exhibit D |
| 14764 | CAROLINA TELEPHONE AND TELEGRAPH COMPANY LLC | Exhibit C |
| 15150 | Cartera Commerce Inc fka Mall Networks Inc | Exhibit E |
| 14661 | CASCADE NATURAL GAS CORPORATION | Exhibit C |
| 14759 | CENTRAL TELEPHONE COMPANY NEVADA | Exhibit D |
| 10474 | CHERYL DAVES | Exhibit E |
| 15074 | CITY OF CINCINNATI | Exhibit E |
| 1006 | CITY OF GARLAND UTILITY SERVICES | Exhibit C |
| 7181 | CITY OF RANCHO CUCAMONGA | Exhibit D |
| 14630 | CITY OF TUCSON | Exhibit C |
| 211 | CITY OF WARNER ROBINS | Exhibit D |
| 1269 | CLARKSVILLE DEPARTMENT OF ELECTRICITY | Exhibit D |
| 13420 | COLE SERVICES | Exhibit E |
| 1142 | COLUMBIAN, THE | Exhibit C |
| 1714 | COMMUNICATIONS WIRING INC | Exhibit D |
| 2801 | COMMUNICATIONS WIRING INC | Exhibit D |
| 1869 | COMPETITIVE MEDIA REPORTING | Exhibit D |
| 5272 | CONSUMERS ENERGY COMPANY | Exhibit C |
| 581 | CRS INC | Exhibit C |
| 864 | CUSTOM DIESEL SERVICE INC | Exhibit C |
| 10053 | CYBER POWER SYSTEMS INC | Exhibit C |
| 496 | DAILY JOURNAL | Exhibit D |
| 799 | DAILY REPUBLIC, THE | Exhibit D |
| 858 | DAKOTA ELECTRIC ASSOCIATION | Exhibit D |
| 14627 | DATACOLOR INC | Exhibit E |
| 923 | DAYTON POWER & LIGHT | Exhibit C |

Case 08-35653-KRH    Doc 11807    Filed 03/30/12    Entered 03/30/12 15:25:23    Desc
Main Document    Page 24 of 51
Exhibit C: Books and Records: Reduce

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/11/200 | 813 2000081301 | ABACUS CORP<br><br>PO BOX 64743<br><br>BALTIMORE, MD 21264 | | $17,467.36 | U | CIRCUIT CITY STORES, INC. | $16,674.14 | General Unsecured | $793.22 | According to the Trust's books and records, the liability is overstated by the objection amount. Invoice 226960 paid on check 4584721 12/5/008 $2,776.27 |
| 12/15/200 | 837 2000083701 | ALBANY TIMES UNION<br><br>801 Texas Ave<br><br>Houston, TX 77002 | | $32,939.59 | U | CIRCUIT CITY STORES, INC. | $31,524.12 | General Unsecured | $1,415.47 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/5/2008 | 762 2000078201 | AMERICAN ELECTRIC POWER<br><br>PO Box 2021<br><br>Roanoke, VA 24022-2121 | | $90,110.57 | U | CIRCUIT CITY STORES, INC. | $49,056.67 | General Unsecured | $41,053.90 | Per the Trust's books and records, portions of this liability were previously paid. |
| 12/19/200 | 925 2000092501 | AQUENT<br><br>711 Boylston St<br><br>Boston, MA 02116 | | $22,969.30 | U | CIRCUIT CITY STORES, INC. | $21,591.39 | General Unsecured | $1,377.91 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/8/2008 | 661 2000066101 | BAKERSFIELD CALIFORNIAN<br><br>PO BOX 80967<br><br>BAKERSFIELD, CA 93380-096 | ATTN CIRCULATION AR DEPT | $16,356.91 | U | CIRCUIT CITY STORES, INC. | $15,754.00 | General Unsecured | $602.91 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/17/200 | 1337 2000133701 | BROADWAY NATIONAL SIGN & LIGHTING<br><br>2150 FIFTH AVE<br><br>RONKONKOMA, NY 11779 | ATTN CARL J PAPARELLA VP & GENERAL COUNSEL | $12,261.87 | U | CIRCUIT CITY STORES, INC. | $2,056.60 | General Unsecured | $10,205.27 | According to the Trust's books and records, the liability is overstated by the objection amount. Invoices paid on Chk#4589866 dated 12/30/08 |

# Aquent
area under construction

# Richmond, VA

## 224 Client Statements

**Market:** Richmond, VA   **Aquent**   9/19/2008   **End:** 12/19/2008

| Invoice | Summit Invoice Number | Invoice | Paid | Category | First | Last | End | Total Billed | Total Due |
|---|---|---|---|---|---|---|---|---|---|
| 780-25898 | | 3/9/2008 | 11/21/2008 | | Aquent | Talent | 2/17/2008 | $108.54 | $93.54 |
| 780-27837 | | 10/5/2008 | 00/00/00 | | Clark | Cramer | 10/5/2008 | $1,206.97 | $1,206.97 |
| 780-27968 | | 10/19/2008 | 00/00/00 | | Cantrice | Penn | 10/19/2008 | $1,460.00 | $1,460.00 |
| 780-27969 | | 10/19/2008 | 00/00/00 | | Clark | Cramer | 10/19/2008 | $1,446.38 | $1,446.37 |
| 780-27972 | | 10/19/2008 | 00/00/00 | | Brenton | Laverty | 10/19/2008 | $1,452.00 | $1,452.00 |
| 780-28021 | | 10/26/2008 | 00/00/00 | | Cantrice | Penn | 10/26/2008 | $1,396.09 | $1,396.12 |
| 780-28022 | | 10/26/2008 | 00/00/00 | | Brenton | Laverty | 10/26/2008 | $1,452.00 | $1,452.00 |
| 780-28026 | | 10/26/2008 | 00/00/00 | | Clark | Cramer | 10/26/2008 | $1,456.32 | $1,456.34 |
| 780-28028 | | 10/26/2008 | 00/00/00 | | Mary | Marvell | 10/26/2008 | $918.50 | $918.50 |
| 780-28081 | | 11/2/2008 | 00/00/00 | | Clark | Cramer | 11/2/2008 | $1,596.00 | $1,596.00 |
| 780-28082 | | 11/2/2008 | 00/00/00 | | Cantrice | Penn | 11/2/2008 | $1,460.00 | $1,460.00 |
| 780-28084 | | 11/2/2008 | 00/00/00 | | Mary | Marvell | 11/2/2008 | $1,586.50 | $1,586.50 |
| 780-28085 | | 11/2/2008 | 00/00/00 | | Brenton | Laverty | 11/2/2008 | $1,452.00 | $1,452.00 |
| 780-28140 | | 11/9/2008 | 00/00/00 | | Brenton | Laverty | 11/9/2008 | $1,470.15 | $1,470.15 |
| 780-28142 | | 11/9/2008 | 00/00/00 | | Cantrice | Penn | 11/9/2008 | $1,377.87 | $1,377.87 |
| 780-28143 | | 11/9/2008 | 00/00/00 | | Mary | Marvell | 11/9/2008 | $1,638.88 | $1,638.88 |
| 780-28144 | | 11/9/2008 | 00/00/00 | | Clark | Cramer | 11/9/2008 | $1,506.22 | $1,506.22 |
| **Totals** | | | | | | | | **$22,984.25** | **$22,969.30** |
| **Average** | | | | | | | | **$1,352.01** | **$1,351.13** |

Aquent
P.O. Box 414552
Boston, MA 02241-4552

Please include invoice number on remittance.
Make checks payable to Aquent LLC

| Invoice Number: | 780-27968 |
| Invoice Date: | 10/19/08 |
| Customer Number: | 93223 |
| Original Amt Due: | $1,460.00 |
| Balance Due: | $1,460.00 |

**TERMS:  PAYABLE UPON RECEIPT**

Please feel free to use this space to comment on our service.

Please include invoice numbers on remittance.

Federal Tax I.D. # 04-3583617          5

Additional Information:

| | | |
|---|---|---|
| PO Number: | 482281 | |
| Reported to: | Angela Ross | (804) 527-4000 |
| Ordered by: | Angela Ross | (804) 527-4000 |
| Week: | 10/19/08 | |
| Employee: | Canhice Penn | |

| | Hours | x Rate = | Total |
|---|---|---|---|
| Regular Hours: | 40.00 | $36.50 | $1,460.00 |
| Overtime Hours: | 0.00 | $0.00 | $0.00 |
| Other Hours: | 0.00 | $0.00 | $0.00 |
| Subtotal: | | | $1,460.00 |
| Tax (if applicable): | | | $0.00 |
| Original Amt Due: | | | $1,460.00 |
| Balance Due: | 12/19/08 | | $1,460.00 |

Thank you for using Aquent. Questions?
Please call us at:   1-877-227-8368

| Invoice Number: | 780-27968 |
| Invoice Date: | 10/19/08 |
| Customer Number: | 93223 |

Angela Ross
Circuit City
Staffing & Career Resources, D
9950 Mayland Dr
Richmond, VA 23233-1464

AQUENT

# A Q U E N T

Angela Ross

Circuit City

9950 Mayland Dr
Staffing & Career Resources, D

Richmond, VA 23233-1464

| | |
|---|---|
| Invoice Number: | 780-27969 |
| Invoice Date: | 10/19/08 |
| Customer Number: | 93223 |

**Thank you for using Aquent. Questions?
Please call us at:
1-877-227-8368**

| Employee: | Clark Cramer |
|---|---|
| Week: | 10/19/08 |
| Orderd by: | Angela Ross |
| | (804) 527-4000 |
| Reported to: | Tammy Castillo |
| | (804) 527-4000 |
| PO Number: | 409463 |

| | Hours | x Rate = | Total |
|---|---|---|---|
| Regular Hours: | 36.25 | $39.90 | $1,446.37 |
| Overtime Hours: | 0.00 | $0.00 | $0.00 |
| Other Hours: | 0.00 | $0.00 | $0.00 |
| | | Subtotal: | $1,446.37 |
| | | Tax (if applicable): | $0.00 |
| | | Original Amt Due: | $1,446.37 |
| 12/19/08 | | Balance Due: | $1,446.37 |

**Additional Information:**

Please include invoice numbers on remittance.

Federal Tax I.D. # 04-3583617       | 0 |

**Please feel free to use this space to comment on our service.**

**Please include invoice number on remittance.
Make checks payable to Aquent LLC**

## TERMS:  PAYABLE UPON RECEIPT

**Aquent
P.O. Box 414552
Boston, MA  02241-4552**

| Invoice Number: | 780-27969 |
|---|---|
| Invoice Date: | 10/19/08 |
| Customer Number: | 93223 |
| Original Amt Due: | $1,446.37 |
| Balance Due: | $1,446.37 |

# AQUENT

Angela Ross

Circuit City

9950 Mayland Dr
Staffing & Career Resources, D

Richmond, VA 23233-1464

| | |
|---|---|
| **Invoice Number:** | 780-28021 |
| **Invoice Date:** | 10/26/08 |
| **Customer Number:** | 93223 |

**Thank you for using Aquent. Questions? Please call us at: 1-877-227-8368**

| | |
|---|---|
| **Employee:** | Cantrice Penn |
| **Week:** | 10/26/08 |
| **Orderd by:** | Angela Ross |
| | (804) 527-4000 |
| **Reported to:** | Angela Ross |
| | (804) 527-4000 |
| **PO Number:** | 482281 |

| | Hours x | Rate = | Total |
|---|---|---|---|
| **Regular Hours:** | 38.25 | $36.50 | $1,396.12 |
| **Overtime Hours:** | 0.00 | $0.00 | $0.00 |
| **Other Hours:** | 0.00 | $0.00 | $0.00 |
| | | **Subtotal:** | $1,396.12 |
| | | **Tax (if applicable):** | $0.00 |
| | | **Original Amt Due:** | $1,396.10 |
| 12/19/08 | | **Balance Due:** | $1,396.12 |

**Additional Information:**

Please include invoice numbers on remittance.       Federal Tax I.D. # 04-3583617          | 0 |

Please feel free to use this space to comment on our service.

Please include invoice number on remittance.
Make checks payable to Aquent LLC

**TERMS:  PAYABLE UPON RECEIPT**

**Aquent**
**P.O. Box 414552**
**Boston, MA  02241-4552**

| | |
|---|---|
| **Invoice Number:** | 780-28021 |
| **Invoice Date:** | 10/26/08 |
| **Customer Number:** | 93223 |
| **Original Amt Due:** | $1,396.10 |
| **Balance Due:** | $1,396.12 |

# AQUENT

Angela Ross

Circuit City

9950 Mayland Dr
Staffing & Career Resources, D

Richmond, VA 23233-1464

| Invoice Number: | 780-28026 |
|---|---|
| Invoice Date: | 10/26/08 |
| Customer Number: | 93223 |

Thank you for using Aquent. Questions?
Please call us at:
1-877-227-8368

| Employee: | Clark Cramer |
|---|---|
| Week: | 10/26/08 |
| Orderd by: | Angela Ross |
| | (804) 527-4000 |
| Reported to: | Tammy Castillo |
| | (804) 527-4000 |
| PO Number: | 409463 |

| | Hours x Rate = | | Total |
|---|---|---|---|
| Regular Hours: | 36.50 | $39.90 | $1,456.35 |
| Overtime Hours: | 0.00 | $0.00 | $0.00 |
| Other Hours: | 0.00 | $0.00 | $0.00 |
| | | Subtotal: | $1,456.35 |
| | | Tax (if applicable): | $0.00 |
| | | Original Amt Due: | $1,456.33 |
| 12/19/08 | | Balance Due: | $1,456.35 |

Additional Information:

Please include invoice numbers on remittance.

| Federal Tax I.D. # 04-3583617 | 0 |
|---|---|

Please feel free to use this space to comment on our service.

Please include invoice number on remittance.
Make checks payable to Aquent LLC

**Aquent**
**P.O. Box 414552**
**Boston, MA  02241-4552**

## TERMS:  PAYABLE UPON RECEIPT

| Invoice Number: | 780-28026 |
|---|---|
| Invoice Date: | 10/26/08 |
| Customer Number: | 93223 |
| Original Amt Due: | $1,456.33 |
| Balance Due: | $1,456.35 |

# AQUENT

Angela Ross

Circuit City

9950 Mayland Dr
Staffing & Career Resources, D

Richmond, VA 23233-1464

| | |
|---|---|
| Invoice Number: | 780-28028 |
| Invoice Date: | 10/26/08 |
| Customer Number: | 93223 |

**Thank you for using Aquent. Questions?
Please call us at:
1-877-227-8368**

| | | | |
|---|---|---|---|
| Employee: | Mary Marvell | | |
| Week: | 10/26/08 | | |
| Orderd by: | Angela Ross | | |
| | (804) 527-4000 | | |
| Reported to: | Tammy Castillo | | |
| | (804) 527-4000 | | |
| PO Number: | 409463 | | |

| | Hours x | Rate = | Total |
|---|---|---|---|
| Regular Hours: | 22.00 | $41.75 | $918.50 |
| Overtime Hours: | 0.00 | $0.00 | $0.00 |
| Other Hours: | 0.00 | $0.00 | $0.00 |
| | | Subtotal: | $918.50 |
| | | Tax (if applicable): | $0.00 |
| | | Original Amt Due: | $918.50 |
| 12/19/08 | | Balance Due: | $918.50 |

**Additional Information:**

Please include invoice numbers on remittance.

| Federal Tax I.D. # 04-3583617 | 0 |
|---|---|

**Please feel free to use this space to comment on our service.**

Please include invoice number on remittance.
Make checks payable to Aquent LLC

**TERMS:  PAYABLE UPON RECEIPT**

**Aquent
P.O. Box 414552
Boston, MA  02241-4552**

| | |
|---|---|
| Invoice Number: | 780-28028 |
| Invoice Date: | 10/26/08 |
| Customer Number: | 93223 |
| Original Amt Due: | $918.50 |
| Balance Due: | $918.50 |

# A Q U E N T

Angela Ross

Circuit City

9950 Mayland Dr
Staffing & Career Resources, D

Richmond, VA 23233-1464

| | |
|---|---|
| Invoice Number: | 780-28081 |
| Invoice Date: | 11/02/08 |
| Customer Number: | 93223 |

Thank you for using Aquent. Questions?
Please call us at:
1-877-227-8368

| | |
|---|---|
| Employee: | Clark Cramer |
| Week: | 11/02/08 |
| Orderd by: | Angela Ross |
| | (804) 527-4000 |
| Reported to: | Tammy Castillo |
| | (804) 527-4000 |
| PO Number: | 409463 |

| | Hours | x Rate = | Total |
|---|---|---|---|
| Regular Hours: | 40.00 | $39.90 | $1,596.00 |
| Overtime Hours: | 0.00 | $0.00 | $0.00 |
| Other Hours: | 0.00 | $0.00 | $0.00 |
| | | Subtotal: | $1,596.00 |
| | | Tax (if applicable): | $0.00 |
| | | Original Amt Due: | $1,596.00 |
| 12/19/08 | | Balance Due: | $1,596.00 |

Additional Information:

Please include invoice numbers on remittance.

Federal Tax I.D. # 04-3583617    | 0 |

Please feel free to use this space to comment on our service.

Please include invoice number on remittance.
Make checks payable to Aquent LLC

## TERMS:  PAYABLE UPON RECEIPT

**Aquent**
**P.O. Box 414552**
**Boston, MA  02241-4552**

| | |
|---|---|
| Invoice Number: | 780-28081 |
| Invoice Date: | 11/02/08 |
| Customer Number: | 93223 |
| Original Amt Due: | $1,596.00 |
| Balance Due: | $1,596.00 |

# AQUENT

Angela Ross

Circuit City

9950 Mayland Dr
Staffing & Career Resources, D

Richmond, VA 23233-1464

| | |
|---|---|
| Invoice Number: | 780-28082 |
| Invoice Date: | 11/02/08 |
| Customer Number: | 93223 |

**Thank you for using Aquent. Questions?
Please call us at:
1-877-227-8368**

| Employee: | Cantrice Penn |
|---|---|
| Week: | 11/02/08 |
| Orderd by: | Angela Ross |
| | (804) 527-4000 |
| Reported to: | Angela Ross |
| | (804) 527-4000 |
| PO Number: | 482281 |

| | Hours x | Rate = | Total |
|---|---|---|---|
| Regular Hours: | 40.00 | $36.50 | $1,460.00 |
| Overtime Hours: | 0.00 | $0.00 | $0.00 |
| Other Hours: | 0.00 | $0.00 | $0.00 |
| Subtotal: | | | $1,460.00 |
| Tax (if applicable): | | | $0.00 |
| Original Amt Due: | | | $1,460.00 |
| 12/19/08 Balance Due: | | | $1,460.00 |

**Additional Information:**

Please include invoice numbers on remittance.

Federal Tax I.D. # 04-3583617       | 0 |

**Please feel free to use this space to comment on our service.**

Please include invoice number on remittance.
Make checks payable to Aquent LLC

## TERMS:  PAYABLE UPON RECEIPT

**Aquent
P.O. Box 414552
Boston, MA  02241-4552**

| Invoice Number: | 780-28082 |
|---|---|
| Invoice Date: | 11/02/08 |
| Customer Number: | 93223 |
| Original Amt Due: | $1,460.00 |
| Balance Due: | $1,460.00 |

# A Q U E N T

Angela Ross

Circuit City

9950 Mayland Dr
Staffing & Career Resources, D

Richmond, VA 23233-1464

| | |
|---|---|
| **Invoice Number:** | 780-28084 |
| **Invoice Date:** | 11/02/08 |
| **Customer Number:** | 93223 |

**Thank you for using Aquent. Questions?
Please call us at:
1-877-227-8368**

| | | Hours x | Rate = | Total |
|---|---|---|---|---|
| **Employee:** | Mary Marvell | | | |
| **Week:** | 11/02/08 | | | |
| | | **Regular Hours:** 38.00 | $41.75 | $1,586.50 |
| **Orderd by:** | Angela Ross | **Overtime Hours:** 0.00 | $0.00 | $0.00 |
| | (804) 527-4000 | **Other Hours:** 0.00 | $0.00 | $0.00 |
| **Reported to:** | Tammy Castillo | **Subtotal:** | | $1,586.50 |
| | (804) 527-4000 | **Tax (if applicable):** | | $0.00 |
| **PO Number:** | 409463 | **Original Amt Due:** | | $1,586.50 |
| | | 12/19/08   **Balance Due:** | | $1,586.50 |

**Additional Information:**

Please include invoice numbers on remittance.

Federal Tax I.D. # 04-3583617     | 0

Please feel free to use this space to comment on our service.

Please include invoice number on remittance.
Make checks payable to Aquent LLC

## TERMS:  PAYABLE UPON RECEIPT

**Aquent
P.O. Box 414552
Boston, MA  02241-4552**

| | |
|---|---|
| **Invoice Number:** | 780-28084 |
| **Invoice Date:** | 11/02/08 |
| **Customer Number:** | 93223 |
| **Original Amt Due:** | $1,586.50 |
| **Balance Due:** | $1,586.50 |

# AQUENT

Angela Ross

Circuit City

9950 Mayland Dr
Staffing & Career Resources, D

Richmond, VA 23233-1464

| | |
|---|---|
| Invoice Number: | 780-28142 |
| Invoice Date: | 11/09/08 |
| Customer Number: | 93223 |

**Thank you for using Aquent. Questions?
Please call us at:
1-877-227-8368**

| Employee: | Cantrice Penn |
|---|---|
| Week: | 11/09/08 |
| Orderd by: | Angela Ross |
| | (804) 527-4000 |
| Reported to: | Angela Ross |
| | (804) 527-4000 |
| PO Number: | 482281 |

| | Hours x | Rate = | Total |
|---|---|---|---|
| Regular Hours: | 37.75 | $36.50 | $1,377.87 |
| Overtime Hours: | 0.00 | $0.00 | $0.00 |
| Other Hours: | 0.00 | $0.00 | $0.00 |
| | | Subtotal: | $1,377.87 |
| | | Tax (if applicable): | $0.00 |
| | | Original Amt Due: | $1,377.87 |
| 12/19/08 | | Balance Due: | $1,377.87 |

**Additional Information:**

Please include invoice numbers on remittance.

Federal Tax I.D. # 04-3583617          | 0 |

**Please feel free to use this space to comment on our service.**

Please include invoice number on remittance.
Make checks payable to Aquent LLC

**TERMS:  PAYABLE UPON RECEIPT**

**Aquent
P.O. Box 414552
Boston, MA  02241-4552**

| | |
|---|---|
| Invoice Number: | 780-28142 |
| Invoice Date: | 11/09/08 |
| Customer Number: | 93223 |
| Original Amt Due: | $1,377.87 |
| Balance Due: | $1,377.87 |

# AQUENT

Angela Ross

Circuit City

9950 Mayland Dr
Staffing & Career Resources, D

Richmond, VA 23233-1464

| | |
|---|---|
| Invoice Number: | 780-28143 |
| Invoice Date: | 11/09/08 |
| Customer Number: | 93223 |

Thank you for using Aquent. Questions?
Please call us at:
1-877-227-8368

| Employee: | Mary Marvell |
|---|---|
| Week: | 11/09/08 |
| Orderd by: | Angela Ross |
| | (804) 527-4000 |
| Reported to: | Tammy Castillo |
| | (804) 527-4000 |
| PO Number: | 409463 |

| | Hours x | Rate = | Total |
|---|---|---|---|
| Regular Hours: | 39.25 | $41.75 | $1,638.68 |
| Overtime Hours: | 0.00 | $0.00 | $0.00 |
| Other Hours: | 0.00 | $0.00 | $0.00 |
| | | Subtotal: | $1,638.68 |
| | | Tax (if applicable): | $0.00 |
| | | Original Amt Due: | $1,638.68 |
| 12/19/08 | | Balance Due: | $1,638.68 |

**Additional Information:**

Please include invoice numbers on remittance.

Federal Tax I.D. # 04-3583617    | 0 |

Please feel free to use this space to comment on our service.

Please include invoice number on remittance.
Make checks payable to Aquent LLC

## TERMS:  PAYABLE UPON RECEIPT

**Aquent**
**P.O. Box 414552**
**Boston, MA  02241-4552**

| | |
|---|---|
| Invoice Number: | 780-28143 |
| Invoice Date: | 11/09/08 |
| Customer Number: | 93223 |
| Original Amt Due: | $1,638.68 |
| Balance Due: | $1,638.68 |

# AQUENT

Angela Ross

Circuit City

9950 Mayland Dr
Staffing & Career Resources, D

Richmond, VA 23233-1464

| Invoice Number: | 780-28144 |
| --- | --- |
| Invoice Date: | 11/09/08 |
| Customer Number: | 93223 |

**Thank you for using Aquent. Questions?
Please call us at:
1-877-227-8368**

| Employee: | Clark Cramer |
| --- | --- |
| Week: | 11/09/08 |
| Orderd by: | Angela Ross |
| | (804) 527-4000 |
| Reported to: | Tammy Castillo |
| | (804) 527-4000 |
| PO Number: | 409463 |

| | Hours x | Rate = | Total |
| --- | --- | --- | --- |
| Regular Hours: | 37.75 | $39.90 | $1,506.22 |
| Overtime Hours: | 0.00 | $0.00 | $0.00 |
| Other Hours: | 0.00 | $0.00 | $0.00 |
| | | Subtotal: | $1,506.22 |
| | | Tax (if applicable): | $0.00 |
| | | Original Amt Due: | $1,506.22 |
| 12/19/08 | | Balance Due: | $1,506.22 |

**Additional Information:**

Please include invoice numbers on remittance.

Federal Tax I.D. # 04-3583617      | 0 |

**Please feel free to use this space to comment on our service.**

Please include invoice number on remittance.
Make checks payable to Aquent LLC

## TERMS:  PAYABLE UPON RECEIPT

**Aquent
P.O. Box 414552
Boston, MA  02241-4552**

| Invoice Number: | 780-28144 |
| --- | --- |
| Invoice Date: | 11/09/08 |
| Customer Number: | 93223 |
| Original Amt Due: | $1,506.22 |
| Balance Due: | $1,506.22 |

# AQUENT

Angela Gast

Circuit City

9950 Mayland Dr
Staffing & Career Resources, D

Richmond, VA 23233-1464

| Invoice Number: | 780-28022 |
|---|---|
| Invoice Date: | 10/26/08 |
| Customer Number: | 93223 |

**Thank you for using Aquent. Questions?**
**Please call us at:**
**1-877-227-8368**

| Employee: | Brenton Laverty |
|---|---|
| Week: | 10/26/08 |
| Orderd by: | Angela Gast |
| | (804) 527-4000 |
| Reported to: | Angela Gast |
| | (804) 527-4000 |
| PO Number: | |

| | Hours x | Rate = | Total |
|---|---|---|---|
| Regular Hours: | 40.00 | $36.30 | $1,452.00 |
| Overtime Hours: | 0.00 | $0.00 | $0.00 |
| Other Hours: | 0.00 | $0.00 | $0.00 |
| | | Subtotal: | $1,452.00 |
| | | Tax (if applicable): | $0.00 |
| | | Original Amt Due: | $1,452.00 |
| | 12/19/08 | Balance Due: | $1,452.00 |

Additional Information:

Please include invoice numbers on remittance.

Federal Tax I.D. # 04-3583617     | 0 |

Please feel free to use this space to comment on our service.

Please include invoice number on remittance.
Make checks payable to Aquent LLC

**TERMS:  PAYABLE UPON RECEIPT**

**Aquent**
**P.O. Box 414552**
**Boston, MA  02241-4552**

| Invoice Number: | 780-28022 |
|---|---|
| Invoice Date: | 10/26/08 |
| Customer Number: | 93223 |
| Original Amt Due: | $1,452.00 |
| Balance Due: | $1,452.00 |

# A Q U E N T

Angela Gast

Circuit City

9950 Mayland Dr
Staffing & Career Resources, D

Richmond, VA 23233-1464

| Invoice Number: | 780-28085 |
|---|---|
| Invoice Date: | 11/02/08 |
| Customer Number: | 93223 |

**Thank you for using Aquent. Questions?
Please call us at:
1-877-227-8368**

| Employee: | Brenton Laverty |
|---|---|
| Week: | 11/02/08 |
| Orderd by: | Angela Gast |
| | (804) 527-4000 |
| Reported to: | Angela Gast |
| | (804) 527-4000 |
| PO Number: | |

| | Hours x | Rate = | Total |
|---|---|---|---|
| Regular Hours: | 40.00 | $36.30 | $1,452.00 |
| Overtime Hours: | 0.00 | $0.00 | $0.00 |
| Other Hours: | 0.00 | $0.00 | $0.00 |
| | | Subtotal: | $1,452.00 |
| | | Tax (if applicable): | $0.00 |
| | | Original Amt Due: | $1,452.00 |
| 12/19/08 | | Balance Due: | $1,452.00 |

**Additional Information:**

Please include invoice numbers on remittance.

| Federal Tax I.D. # 04-3583617 | 0 |
|---|---|

Please feel free to use this space to comment on our service.

Please include invoice number on remittance.
Make checks payable to Aquent LLC

## TERMS:  PAYABLE UPON RECEIPT

**Aquent
P.O. Box 414552
Boston, MA  02241-4552**

| Invoice Number: | 780-28085 |
|---|---|
| Invoice Date: | 11/02/08 |
| Customer Number: | 93223 |
| Original Amt Due: | $1,452.00 |
| Balance Due: | $1,452.00 |

# AQUENT

Angela Gast

Circuit City

9950 Mayland Dr
Staffing & Career Resources, D

Richmond, VA 23233-1464

| | |
|---|---|
| Invoice Number: | 780-28140 |
| Invoice Date: | 11/09/08 |
| Customer Number: | 93223 |

Thank you for using Aquent. Questions?
Please call us at:
1-877-227-8368

| Employee: | Brenton Laverty |
|---|---|
| Week: | 11/09/08 |
| Orderd by: | Angela Gast |
| | (804) 527-4000 |
| Reported to: | Angela Gast |
| | (804) 527-4000 |
| PO Number: | |

| | Hours x | Rate = | Total |
|---|---|---|---|
| Regular Hours: | 40.00 | $36.30 | $1,452.00 |
| Overtime Hours: | 0.50 | $36.30 | $18.15 |
| Other Hours: | 0.00 | $0.00 | $0.00 |
| Subtotal: | | | $1,470.15 |
| Tax (if applicable): | | | $0.00 |
| Original Amt Due: | | | $1,470.15 |
| 12/19/08 Balance Due: | | | $1,470.15 |

**Additional Information:**

Please include invoice numbers on remittance.

Federal Tax I.D. # 04-3583617    | 0 |

Please feel free to use this space to comment on our service.

Please include invoice number on remittance.
Make checks payable to Aquent LLC

## TERMS: PAYABLE UPON RECEIPT

**Aquent**
**P.O. Box 414552**
**Boston, MA  02241-4552**

| Invoice Number: | 780-28140 |
|---|---|
| Invoice Date: | 11/09/08 |
| Customer Number: | 93223 |
| Original Amt Due: | $1,470.15 |
| Balance Due: | $1,470.15 |

# AQUENT

Justin Taylor

Circuit City

9950 Mayland Dr
Staffing & Career Resources, D

Richmond, VA 23233-1464

| Invoice Number: | 780-27972 |
|---|---|
| Invoice Date: | 10/19/08 |
| Customer Number: | 93223 |

**Thank you for using Aquent. Questions?
Please call us at:
1-877-227-8368**

| | | Hours | x Rate = | Total |
|---|---|---|---|---|
| Employee: | Brenton Laverty | | | |
| Week: | 10/19/08 | | | |
| Orderd by: | Angela Gast | | | |
| | (804) 527-4000 | | | |
| Reported to: | Angela Gast | | | |
| | (804) 527-4000 | | | |
| PO Number: | | | | |

| | Hours | x Rate = | Total |
|---|---|---|---|
| Regular Hours: | 40.00 | $36.30 | $1,452.00 |
| Overtime Hours: | 0.00 | $0.00 | $0.00 |
| Other Hours: | 0.00 | $0.00 | $0.00 |
| Subtotal: | | | $1,452.00 |
| Tax (if applicable): | | | $0.00 |
| Original Amt Due: | | | $1,452.00 |
| 12/19/08   Balance Due: | | | $1,452.00 |

**Additional Information:**

Please include invoice numbers on remittance.

Federal Tax I.D. # 04-3583617    | 0 |

**Please feel free to use this space to comment on our service.**

Please include invoice number on remittance.
Make checks payable to Aquent LLC

**TERMS:  PAYABLE UPON RECEIPT**

**Aquent
P.O. Box 414552
Boston, MA  02241-4552**

| Invoice Number: | 780-27972 |
|---|---|
| Invoice Date: | 10/19/08 |
| Customer Number: | 93223 |
| Original Amt Due: | $1,452.00 |
| Balance Due: | $1,452.00 |

# A Q U E N T

Geof Hammond
Circuit City
9950 Mayland Dr
Staffing & Career Resources, D
Richmond, VA  23233-1464

| Invoice Number: | 780-25898 |
|---|---|
| Invoice Date: | 3/9/2008 |
| Customer | 93223 |

Thank you for using Aquent.
Questions?  Please call
1-877-227-8368

| Employee Name: | Aquent Talent |
|---|---|
| Week Ending: | 2/17/2008 |
| Ordered By: | Geof    Hammond (804) 527-4000 |
| Reported To: | Geof    Hammond (804) 527-4000 |
| PO Number: | |

| Qty | x | Amount | = | Total |
|---|---|---|---|---|
| 1 | | $108.54 | | $108.54 |

| | |
|---|---|
| Subtotal: | $108.54 |
| Tax (if applicable): | $0.00 |
| Original Amt Due: | $108.54 |
| 12/19/2008  Balance Due: | $93.54 |

Additional Information:
  Translation Services - Project 5525

Please include invoice numbers on remittance.

Federal Tax I.D. # 04-3583617    0

Please separate along dotted line, and include bottom portion with remittance.

Please feel free to use this space to comment on our service.

Please include invoice numbers on remittance.
Make checks payable to Aquent LLC

**Aquent**
**P.O. Box 414552**
**Boston, MA  02241-4552**

*TERMS:  PAYABLE UPON*

| Invoice Number: | 780-25898 |
|---|---|
| Invoice Date: | 3/9/2008 |
| Customer | 93223 |
| Original Amt Due: | $108.54 |
| 12/19/2008  Balance Due: | $93.54 |