DOUGLAS A. SCOTT, PLC
Douglas Scott (VSB 28211)
1805 Monument Avenue, Suite 311
Richmond, Virginia 23230
Telephone: (804) 353-0287
Email: bankruptcycounsel@gmail.com
*Attorney for Claimant WCC Properties*

**ALTFELD & BATTAILE P.C.**
Clifford B. Altfeld (ASB 005573/PCCN: 1360
20 North Meyer Avenue
Tucson, Arizona 85701
Telephone: (520) 622-7733
Facsimile: (520) 622-7967
Email: cbaltfeld@abazlaw.com
*Pro hac Attorneys for Claimant WCC Properties*

## THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| IN RE CIRCUIT CITY STORES, INC. ) <br> ) <br> DEBTOR ) <br> ) <br> _____ ) | No. 08-35653 (KRH) <br> Chapter 11 <br> Jointly Administered |

### WCC PROPERTIES' AMENDED REQUEST FOR ADMINISTRATIVE EXPENSE

Claimant WCC Properties LLC (WCC), by counsel, hereby files its Amended Request for Administrative Expense, and respectfully shows the Court as follows:

1. **Name and Address of Creditor:** WCC Properties LLC c/o ADI Properties, 2750 Womble Rd., San Diego, CA 92106.

2. **Property Information:** Las Palmillas Shopping Center, Yuma, AZ 85365.

3. **Debtor:** Circuit City Stores West Coast, Inc.

4. **Total Amount of Administrative Claim:** $49,581.72

5. **Summary of Administrative Claim (See Exhibits A-1 through A-5, attached):**

A. Post-Petition Rent:

| Month | Administrative Period | Days | Amount |
|---|---|---|---|
| November 2008: | 11/10/08 - 11/30/08 | 21 | $16,235.99 |
| December 2008: | | | |
| January 2009 | | | |
| February, 2009 | 02/16/09 – 02/23/09 | 8 | $6,85.14 |
| Total: | | | $22,421.13 |

B. Post-Petition CAM, insurance, sales tax, utilities, Arizona state taxes (pro-rated), Arizona Transaction Privilege Tax (TPT) 2008-2009 (pro-rated), City of Yuma Improvement Bond ("Bond Dist 68") 2008-2009 (pro-rated), Second installment property taxes 2008, First installment property taxes 2009 (pro-rated) and sales tax on triple net (NNN) charges:

| Month | Period | Days | Amount |
|---|---|---|---|
| November, 2008 | 11/10/08 – 11/31/08 | 21 | $1,949.78 |
| December, 2008 | 11/10/08 – 12/31/08 | 52 | $7,699.38 |
| January, 2009 | 01/01/09 – 02/23/09 | 54 | $7,984.40 |
| February, 2009 | 02/13/09 – 02/23/09 | 8 | $714.77 |
| Total: | | | $18,348.33 |

C. Additional Costs pursuant to the Lease:

| | |
|---|---|
| Removal of Circuit City Building signs: | $5,800.31 |
| Remove debris, carpet cleaning, remove electrical chase form, relocate hanging electrical wiring to top baskets: | $2,700.00 |
| Rekey locks | $311.95 |
| Total: | $8,812.26 |
| Grand Total: | $49,581.72 |

6. **Pursuant to this Court's Notice of Deadline:**

   a. This claim is in writing.

   b. The claims are denominated in lawful United States currency.

   c. The Debtor against which the entity asserts the administrative expense is Circuit City Stores West Coast, Inc.

   d. The legal and factual bases for the administrative expenses are set forth above.

   e. The lease between claimant and Debtor is attached hereto as **Exhibit B**.

   f. Supporting documentation is attached.

**WHEREFORE**, WCC Properties respectfully requests the Court that its Amended Administrative Claim be allowed in full, and for such other and further relief as may be just and proper.

Respectfully submitted this 20th day of April 2012.

\s\ Douglas Scott
Douglas Scott (VSB 28211)
DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23230
Telephone: (804) 353-0287
Email: bankruptcycounsel@gmail.com
*Attorney for Claimant WCC Properties*

**ALTFELD & BATTAILE P.**
Clifford B. Altfeld (ASB 005573/PCCN: 1360)
250 North Meyer Avenue
Tucson, Arizona 85701
Telephone: (520) 622-7733
Facsimile: (520) 622-7967
Email: cbaltfeld@abazlaw.com
*Pro Hac Attorneys for Claimant WCC Properties*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this day a true and correct copy of the foregoing was transmitted via the Court's ECF facility to counsel whose names appear below:


Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 N. Eighth St., 2nd Floor
Richmond, VA 23219

Richard M. Pachulski, Esq.
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

Robert J. Feinstein, Esq.
John Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, NY 10017


\s\ Douglas Scott

Macintosh HD:Case Files:Case Files:W:WCC Properties LLC- Circuit City:Amended Admin Claim[1].doc

# EXHIBIT A-1

Circuit City #3748
Las Palmillas Shopping Center - Yuma, AZ
Bankruptcy Claim

Reviewed As of
4/19/2012

Bankruptcy filing date: 11/10/2008
Lease Rejection Date: 2/23/2009
Per attorney, prorate amount due including filing date
Unsecured: Amount protected by filing prior to 11/10/2008 or after rejection date 2/23/09
Administrative: Amount due from Circuit City between filing date 11/10/08 and rejection date 2/23/09

| Date Outstanding Charge | x | Charge Period | Total Days | Unsecured Days | Admin Days | Total Amount | Unsecured Amount | Admin Amount | |
|---|---|---|---|---|---|---|---|---|---|
| 11/1/2008 Rent (11/08) | x | 11/1-11/30/08 | 30 | 9 | 21 | 23,194.27 | 6,958.20 | 16,235.99 | |
| 11/1/2008 Estimated CAM (11/08) | x | 11/1-11/30/08 | 30 | 9 | 21 | 1,527.00 | 458.10 | 1,068.90 | |
| 11/1/2008 Insurance (11/08) | x | 11/1-11/30/08 | 30 | 9 | 21 | 361.00 | 108.30 | 252.70 | |
| 11/1/2008 Utility (11/08) | x | 11/1-11/30/08 | 30 | 9 | 21 | 471.00 | 141.30 | 329.70 | |
| 11/1/2008 Actual Rent AZ-TPT (11/08) | x | 11/1-11/30/08 | 30 | 9 | 21 | 394.30 | 118.29 | 276.01 | |
| 11/1/2008 Est NNN AZ-TPT (11/08) | x | 11/1-11/30/08 | 30 | 9 | 21 | 32.10 | 9.63 | 22.47 | |
| Total | | | | | | $ 25,979.67 | $ 7,793.00 | $ 18,185.77 | |
| | | | | | | | | | |
| 10/21/2008 1st Install - 2008 Property Taxes | x | 1/1-6/30/08 | 182 | 182 | 0 | 21,768.45 | 21,768.45 | - | (1) |
| 10/21/2008 Actual PTAX AZ-TPT | x | 1/1-6/30/08 | 182 | 182 | 0 | 370.06 | 370.06 | - | (1) |
| 12/22/2008 2nd Install 2008 Bond Dist 68 (Int only) | x | 7/1-12/31/08 | 184 | 132 | 52 | 2,265.69 | 1,625.39 | 640.30 | (1) |
| Actual Bond AZ-TPT | | 7/1-12/31/08 | 184 | 132 | 52 | 38.52 | 27.63 | 10.89 | (1) |
| 12/22/2008 2008 Bond Dist 68 (Principal) | x | 1/1-12/31/08 | 366 | 314 | 52 | 5,516.79 | 4,732.98 | 783.81 | (1) |
| Actual Bond AZ-TPT | | 1/1-12/31/08 | 366 | 314 | 52 | 55.27 | 47.42 | 7.85 | (1) |
| 2nd Install - 2008 Property Taxes | | 7/1-12/31/08 | 184 | 132 | 52 | 21,768.45 | 15,616.50 | 6,151.95 | (1) |
| Actual PTAX AZ-TPT | | 7/1-12/31/08 | 184 | 132 | 52 | 370.06 | 265.48 | 104.58 | (1) |
| 1st Install - 2009 Property Taxes | | 1/1-6/30/09 | 181 | 127 | 54 | 20,935.15 | 14,689.30 | 6,245.85 | (1) |
| Actual PTAX AZ-TPT | | 1/1-6/30/09 | 181 | 127 | 54 | 355.90 | 249.72 | 106.18 | (1) |
| 1st Install 2009 Bond Dist 68 (Int only) | | 1/1-6/30/09 | 181 | 127 | 54 | 2,297.45 | 1,612.02 | 685.43 | (1) |
| Actual Bond AZ-TPT | | 1/1-6/30/09 | 181 | 127 | 54 | 39.06 | 27.41 | 11.65 | (1) |
| 2009 Bond Dist 68 (Principal) | | 1/1-12/31/09 | 365 | 311 | 54 | 6,216.20 | 5,296.54 | 919.66 | (1) |
| Actual Bond AZ-TPT | | 1/1-12/31/09 | 365 | 311 | 54 | 105.66 | 90.03 | 15.63 | (1) |
| Total | | | | | | $ 82,102.73 | $ 66,418.95 | $ 15,683.78 | |
| | | | | | | | | | |
| 2/1/2009 Base Rent (2/16-2/23/09) | x | 2/16-2/23/09 | 8 | 0 | 8 | 6,185.14 | - | 6,185.14 | (2) |
| 2/1/2009 Estimated CAM (2/16-2/23/09) | x | 2/16-2/23/09 | 8 | 0 | 8 | 393.33 | - | 393.33 | (2) |
| 2/1/2009 Insurance (2/16-2/23/09) | x | 2/16-2/23/09 | 8 | 0 | 8 | 94.67 | - | 94.67 | (2) |
| 2/1/2009 Utility (2/16-2/23/09) | x | 2/16-2/23/09 | 8 | 0 | 8 | 113.33 | - | 113.33 | (2) |
| 2/1/2009 Actual Rent AZ-TPT (2/16-2/23/09) | x | 2/16-2/23/09 | 8 | 0 | 8 | 105.15 | - | 105.15 | (2) |
| 2/1/2009 Est NNN AZ-TPT (2/16-2/23/09) | x | 2/16-2/23/09 | 8 | 0 | 8 | 8.29 | - | 8.29 | (2) |
| Total | | | | | | $ 6,899.91 | $ - | $ 6,899.91 | |
| | | | | | | | | | |
| Overall Total | | | | | | $ 114,982.31 | $ 74,212.85 | $ 40,769.46 | |

(1) Per Maya Kashak's instructions in email dated 3/2/2012, Property Taxes and Bond
    should only be included in Admin claim for accrued period between 11/10/08-2/23/09.

(2) Tenant moved out 2/15/09 and paid rent & NNN in full up to 2/15/09. However, per Cliff Altfeld, rent and
    NNN are due up to the Lease Rejection Date of 2/23/09.

    x  Posted to Tenant Ledger (date posted listed)
Note: Charges for dates missing form this spreadsheet have been posted and paid in full by the tenant

# EXHIBIT A-2



*Since 1946*

# PENN
## NEON SIGN CO., INC.
### DESIGNERS & MANUFACTURERS OF QUALITY SIGNS

# PROPOSAL & CONTRACT

| | |
|---|---|
| Proposal Date: | 2/25/09 |
| Proposal No.: | 3342 |
| Account No.: | 1468 |

707 West 8th Street Yuma, Arizona 85364 • (928) 782-2501 • Fax: (928) 343-4076 • E-Mail: sales@pennsigns.com

| | | | |
|---|---|---|---|
| SUBMITTED TO: | ADI PROPERTIES (RIO VISTA COMMER | JOB NAME: | CIRCUIT CITY SIGN REMOVAL |
| CONTACT: | GEORGE CODLING | | |
| ADDRESS: | 1600 UNION STREET | JOB LOCATION: | CIRCUIT CITY |
| | 4TH FLOOR | | YUMA, AZ |
| | SAN DIEGO, CA 92101 | | |

| | | |
|---|---|---|
| PHONE / EXT: | (619)990-8510 | |
| CELL NO.: | (619)    - | |
| FAX NO: | (619)231-8389 | SITE CONTACT: |
| E-MAIL: | ghc@adiproperties | |

### WE HEREBY SUBMIT SPECIFICATIONS AND ESTIMATES FOR:

| Product Code | | Price @ | Total: |
|---|---|---|---|
| Custom Project | | $ 5,500.00 | $5,500.00 |
| Description | REMOVE AND DISPOSE OF THREE (3) EXISTING 12' DIA. LOGO SIGNS & ONE (1) CAR INSTALL SIGN. PATCH & PAINT (INCLUDES DISASSEMBLY OF SIGNS ON SITE FOR TRANSPORT REMOVAL). CAP ALL ELECTRICAL. REMOVE & DISPOSE OF TWO (2) EXISTING PYLON SIGN FACES @ 50' & REPLACE WITH NEW WHITE LEXAN BLANK FACES. | | |

**Notes:**
TERMS 50% DOWN AND BALANCE DUE UPON INSTALLATION
ELECTRICAL TO SIGN LOCATION BY OTHERS
PERMITS AT COST (not included in prices)
PRICE IS CONTINGENT UPON UNDERGROUND OBSTRUCTIONS AND OVERHEAD ACCESS

| | |
|---|---|
| SUB TOTAL: | $5,500.00 |
| SALES TAX: | $300.31 |
| SHIPPING: | $0.00 |
| TOTAL: | $5,800.31 |

**ACCEPTANCE OF PROPOSAL** The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

SALES ASSOCIAT Ron Contreras

Authorized Signature

  

Signature _____  Date _____

Page 1 of 1

# EXHIBIT A-3

**Kevin M. Kehl**
2407 South Kathleen Avenue
Yuma, Arizona 85365
Office/Fax (928) 341-9247
ROC139263

DATE ########

Invoice No. 22509

# *INVOICE*

| Customer Information | | Property Information | |
|---|---|---|---|
| Name | ADI Properties | Name | Circuit City |
| Address | 1660 Union Street, 4th Floor | Address | Las Palmillas Shopping Center |
| | San Diego, CA 92101 | | Yuma, AZ 85365 |
| Phone | (619) 990-8510 | Phone | |
| | ATTENTION: George Codling | | |

| Qty. | Description | Unit Price | Total |
|---|---|---|---|
| 1 | **SCOPE OF WORK**<br>Remove and Haul Off Debris From Building<br>Vacuum Carpets<br>Mop Floors<br>Clean Bathrooms<br>Remove 5 each Electrical Chase Form Main Floor<br>Relocate all Hanging Elecrtial Wiring To Top Baskets<br><br>Note Price Includes Cost For The Following As Required:<br>    1. Dumpster Rentals<br>    2. Dump Fees<br>    3. Equipment Rental Fees | 2,700.00 | 2,700.00 |

Sub Total $2,700.00
Tax N/A
TOTAL $2,700.00

MAKE CHECKS PAYABLE TO:
Kevin Kehl
2407 South Kathleen Avenue
Yuma, AZ 85365

# EXHIBIT A-4

**Kevin M. Kehl**
2407 South Kathleen Avenue
Yuma, Arizona 85365
Office/Fax (928) 341-9247
ROC139263

DATE  24-Feb-09

Invoice No.  22409

# INVOICE

### Customer Information
| | |
|---|---|
| Name | ADI Properties |
| Address | 1660 Union Street, 4th Floor |
| | San Diego, CA 92101 |
| Phone | (619) 090-8510 |
| | ATTENTION: George Codling |

### Property Information
| | |
|---|---|
| Name | Circuit City |
| Address | Las Palmillas Shopping Center |
| | Yuma, AZ 85365 |
| Phone | |

| Qty. | Description | Unit Price | Total |
|---|---|---|---|
| | **LABOR** | | |
| 1 | Basic Service Call | $65.00 | $65.00 |
| 2 | Remove and Reinstall 2 each Entry Lock Cylinders | $25.00 | $50.00 |
| 2 | Reprogram 2 each Combination Key pad Locks | $25.00 | $50.00 |
| 1 | Removed Pad Lock On Over Head Door | $12.50 | $12.50 |
| 1 | Remove Pad Lock On Roof Latch Hatch | $12.50 | $12.50 |
| | Labor Total | | 190.00 |
| | **MATERIAL** | | |
| 5 | Cut 5 Each New Entry Lock Keys | 3.50 | $17.50 |
| 5 | Cut 5 Each New Interior Lock Keys | 3.50 | $17.50 |
| 2 | 2 Each New Mortise Cylinder Key-Ways | 22.50 | $45.00 |
| 1 | ABUS Pad Lock On Over Head Door and Keyed To Entrance Locks | 32.50 | $32.50 |
| | Material Total | | 112.50 |

MAKE CHECKS PAYABLE TO:
Kevin Kehl
2407 South Kathleen Avenue
Yuma, AZ 85365

| | |
|---|---|
| Labor | $190.00 |
| Material | $112.50 |
| Sub Total | $302.50 |
| Tax | $9.45 |
| TOTAL | $311.95 |

# EXHIBIT A-5

2009-02-20 16:53                           804-486-8248 >> 6192318389              P 1/2

# FAX

**Circuit City Stores, Inc.**
9950 Mayland Drive
Richmond, VA  23233-1464



fax

Date  February 20, 2009
Number of pages including cover sheet  2

**To:**

Landlord

Phone
Fax Phone  (619)231-8389
CC:

**From:**

Property Management
department

Phone
Fax Phone
E-mail:

**REMARKS:**
☐ Urgent    ☐ For your review    ☐ Reply ASAP    ☐ Please comment

RE: Circuit City store #03748 – Yuma, AZ

Please find attached a REVISED letter to replace a letter included in a FedEx package your office should have received today. Thank you.



Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233-1464

February 17, 2009

Re:   Store # 03748
      1232 SOUTH CASTLE DOME AVENUE
      LAS PALMILLAS SHOPPING CENTER
      YUMA, AZ 85365

Dear Landlord:

The property referenced above was included in a Rejection Motion made with the United States Bankruptcy Court, a copy of which you were previously provided. Enclosed please find a key or keys to the entrance to the store.

Accordingly, effective Monday, February 23, 2009, we will be turning off and discontinuing any and all services in our name for this property. This will include all utilities (see attached for list, if no attachment there are no utilities in our name), phone, alarm monitoring, etc. In addition, we will no longer include this property in our insurance coverage.

As a result of the foregoing, no alarm codes are being provided as the system will be disarmed.

The service for burglar alarm monitoring was being provided by Vector. If you wish to establish a new account with Vector, please contact Tracie Cline 704-938-5725. The service for fire alarm monitoring was being provided by ADT. To establish a new account with ADT, please contact 800-238-7887 OPTION 3. If you are interested in obtaining information with regard to the building automation system, please contact Tim Zimmerman of NOVAR at 800-348-1236.

Very truly yours,

CIRCUIT CITY STORES, INC.
PROPERTY MANAGEMENT DEPT.

**FedEx**    Shipment Receipt

**Address Information**

Ship to:
Claims Processing
Circuit City Stores, Inc.
2335 ALASKA AVE
KURTZMAN CARSON
CONSULTANTS, LLC
EL SEGUNDO, CA
90245-4808
US
866-381-9100

Ship from:
Douglas Scott

1805 Monument Ave.
Suite 311

Richmond, VA
23220
US
8042579860

**Shipping Information**
Tracking number: 793477687419
Ship date: 04/20/2012
Estimated shipping charges: 17.67

**Package Information**
Service type: FedEx Express Saver
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1LBS
Declared value: 100.00USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information**
Bill transportation to: MyAccount-908
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with Fedex ShipManager at fedex.com.

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.