Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178



*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,. | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

### NOTICE OF THIRTY-FIRST OMNIBUS OBJECTION
### TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS)

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Liquidating Trust's Thirty-First Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"). A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1. By the Objection, the Liquidating Trust is seeking to disallow certain invalid claims.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures")

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| Name & Address | Claim Number | Claim Classification | Claim Amount as Filed | Treatment of Claim |
|---|---|---|---|---|
| Marriott Intl Inc on behalf of the Fort Myers Cape Coral Courtyard by Marriott<br>Androniki Alahouzos<br>Collections Administrator Marriott International Inc<br>Marriott Dr Dept 52 923 21<br>Washington, DC 20058 | 13220 | General Unsecured | $5,676.12 | Expunge |

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. <u>YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION.</u> THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY <u>4:00 P.M. (EASTERN TIME) ON MAY 3, 2012</u>, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

<u>**Critical Information for Claimants**</u>
<u>**Choosing to File a Response to the Objection**</u>

<u>Who Needs to File a Response</u>: If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

2

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT __Eastern__ DISTRICT OF __Virginia__ | PROOF OF CLAIM |
|---|---|
| Name of Debtor: CIRCUIT CITY STORES, INC. | Case Number: 08-35653 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): Marriott Intl., Inc. on behalf of the Fort Myers Cape Coral Courtyard by Marriott

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
Androniki Alahouzos
Collections Administrator
Marriott International, Inc.
Marriott Drive, Dept. 52/923.21
Washington, DC 20058
Telephone number: 301/380-1607

☒ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: CCSIP5

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____

**2. Date debt was incurred:** 9/22/08

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $5,676.12 (unsecured) _____ (secured) _____ (priority) $5,676.12 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $5,676.12
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 6/8/09 | Rosemary Schmidt, Attorney |

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUN 09 2009
KURTZMAN CARSON CONSULTANTS

JUN 25 2009

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## Statement of Account
### [This is not an invoice]

Statement Date: 05Jun09
Direct Bill #: CCSIP5
Page 1 of 1

CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE
RICHMOND, VA 23233

| Date | Invoice # | Inv Amount | Payments | Adjust | Balance |
|---|---|---|---|---|---|
| 22Sep08 | 00010561 | 318.00 | 0.00 | 0.00 | 318.00 |
| 25Sep08 | 00010562 | 318.00 | 0.00 | 0.00 | 318.00 |
| 27Sep08 | 00010563 | 318.00 | 0.00 | 0.00 | 318.00 |
| 28Sep08 | 00010565 | 318.00 | 0.00 | 0.00 | 318.00 |
| 30Sep08 | 00010568 | 688.56 | 0.00 | 0.00 | 688.56 |
| 02Oct08 | 00010573 | 636.00 | 0.00 | 0.00 | 636.00 |
| 10Oct08 | 00010585 | 1,272.00 | 0.00 | 0.00 | 1,272.00 |
| 11Oct08 | 00010586 | 318.00 | 0.00 | 0.00 | 318.00 |
| 16Oct08 | 00010592 | 1,272.00 | 0.00 | 0.00 | 1,272.00 |
| 31Oct08 | 00010619 | 217.56 | 0.00 | 0.00 | 217.56 |

| Current | 31 - 60 | 61 - 90 | Over 90 | Total Due |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 5,676.12 | 5,676.12 |

Payment is due upon receipt of invoice. In the event such payment is not made within 30 days after receipt, the hotel may impose a late payment charge at a rate of 1 1/2% per month [annual rate 18%] or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.



| | | |
|---|---|---|
| | **Marriott International, Inc.**<br>Corporate Headquarters<br>Law Department 52/923.30 | 10400 Fernwood Road<br>Bethesda, MD 20817<br>301/380-9555 |

Androniki Alahouzos
Collections Administrator
301/380-1607
301/380-6727 (Fax)
androniki.alahouzos@marriott.com

April 17, 2012

William C. Redden
Clerk of the Bankruptcy Court
U.S. Bankruptcy Court for the Eastern District of Virginia
701 E. Broad Street, Suite 4000
Richmond, Virginia 23219

Re: Objection to our Claim for $5,676.12
    Circuit City Stores, Inc.-Case #08-35653-KRH

Dear Mr. Redden:

This letter is in reference to the Court's objection to Marriott International, Inc.'s claim on behalf of the Fort Myers Cape Coral Courtyard by Marriott in the amount of $5.676.12. Attached is the information from the property showing the dates and amount owed to the hotel.

Please let me know if you need any additional information. I look forward to hearing from you. Thank you.

Sincerely,

*Androniki D. Alahouzos*

Androniki D. Alahouzos

ADA/hdl