Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al.,. | **:** Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:** (Jointly Administered) |
| | **:** |
| | **:** |

## NOTICE OF LIQUIDATING TRUST'S THIRTY-THIRD OMNIBUS
## OBJECTION TO CLAIMS (DISALLOWANCE OF
## CERTAIN MISCELLANEOUS HUMAN RESOURCES CLAIMS)

   **PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Liquidating Trust's Thirty-Third Omnibus Objection to Claims (Disallowance of Certain Miscellaneous Human Resources Claims) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.  By the Objection, the Liquidating Trust is seeking to disallow certain claims.

   **PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively,

the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Reference Objection |
|---|---|---|---|

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M. (EASTERN TIME) ON JUNE 26, 2012, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

**Critical Information for Claimants
Choosing to File a Response to the Objection**

Who Needs to File a Response:  If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

Response Deadline:  The Response Deadline is **4:00 p.m. (Eastern Time) on June 26, 2012 (the "Response Deadline")**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED AND RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083 |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

The status hearing on the Objection will be held at **2:00 p.m. (Eastern Time) on July 10, 2012 at:**

> United States Bankruptcy Court
> 701 East Broad Street – Courtroom 5000
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

### <u>Procedures for Filing a Timely Response and Information Regarding the Hearing on the Objection</u>

**<u>Contents</u>**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

> a.    a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;
>
> b.    the claimant's name and an explanation for the amount of the Claim;
>
> c.    a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy

Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d.      a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e.      a declaration of a person with personal knowledge of the relevant facts that support the Response;

f.      the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address").  If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

g.      to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**.  To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf.  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection without further notice to you.

4

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

## Additional Information

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.


Dated:    April 20, 2012

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
          pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
          acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653-KRH |
| | ) | |
| CIRCUIT CITY STORES, INC.[1], et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## LIQUIDATING TRUST'S THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN MISCELLANEOUS HUMAN RESOURCES CLAIMS)

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through Alfred

H. Siegel, the duly appointed trustee of the Liquidating Trust, pursuant to the *Second Amended*

---

[1] The Debtors in these cases include: Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Properties, LLC, Kinzer Technology, LLC, Abbott Advertising Agency, Inc., Patapsco Designs, Inc., Sky Venture Corp, Prahs, Inc., XSStuff, LLC, Mayland MN, LLC, Courchevel, LLC, Orbyx Electronics, LLC, and Circuit City Stores PR, LLC.

*Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") in the above-captioned cases, hereby files this *Liquidating Trust's Thirty-Third Omnibus Objection to Claims (Disallowance of Certain Miscellaneous Human Resources Claims)* (the "Objection"), and hereby moves this court (the "Court"), pursuant to sections 105 and 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for entry of an order in the form attached hereto as **Exhibit A**, granting the relief sought by this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this Objection under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory and legal predicates for the relief requested herein are Bankruptcy Code sections 105 and 502, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.    On November 10, 2008 (the "Petition Date"), the debtors in the above-captioned cases (the "Debtors") filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3.    On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").

4.    On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.       On December 10, 2008, the Court entered that certain *Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof* (Docket No. 890) (the "<u>Claims Bar Date Order</u>").

6.       Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009.  The deadline for governmental units to file claims that arose before November 10, 2008 was 5:00 p.m. (Pacific) on May 11, 2009.  Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "<u>Claims Bar Date Notice</u>").

7.       On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314).  In addition, the Debtors published the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The Richmond Times-Dispatch (Docket No. 1394).

8.       On April 1, 2009, this Court entered an *Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections* (Docket No. 2881) (the "<u>Omnibus Objection Procedures Order</u>").

9.       On August 9, 2010, the Debtors and the Creditors' Committee filed the Plan, which provides for the liquidation of the Debtors' assets and distribution of the proceeds thereof under chapter 11 of the Bankruptcy Code.

10.       On September 10, 2010, the United States Bankruptcy Court, Eastern District of Virginia, signed an Order confirming the Plan.

11.       The Plan became effective on November 1, 2010 (the "<u>Effective Date</u>"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidating Trust assumed the right and responsibility to liquidate the Debtors' remaining assets, evaluate

and administer asserted claims, including prosecution of objections to claims, and to distribute the assets to creditors.

## OBJECTION

12.     By this Objection, the Liquidating Trust seeks entry of an order, in substantially the form attached hereto as **Exhibit A**, pursuant to Bankruptcy Code sections 105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1, disallowing each of the claims identified on **Exhibit C** attached hereto (collectively, the "Books and Records Expunge Claims").

13.     For ease of reference, attached hereto as **Exhibit B** is an alphabetical listing of all claimants whose Books and Records Expunge Claims are included in this Objection (the "Books and Records Expunge Claimants"), with a cross-reference by claim number.

14.     The basis for disallowance of the Books and Records Expunge Claims listed on **Exhibit C** attached hereto is that all of the Books and Records Expunge Claims assert, in their entirety, amounts for which the Debtors are not liable.

15.     Specifically, after a review of each of the Books and Records Expunge Claims and the bases upon which it is asserted, and a review of the Debtors' books and records, the Liquidating Trust has determined that the Debtors' books and records do not reflect or support any liability based on the assertions in the Books and Records Expunge Claims, which conclusion is corroborated in many cases by a lack of support provided by the applicable Books and Records Expunge Claimant.  Accordingly, the Liquidating Trust requests that the Books and Records Expunge Claims identified on **Exhibit C** be disallowed for the reasons stated therein.

## RESERVATION OF RIGHTS

16.     At this time, the Liquidating Trust has not completed its review of the validity of all claims/expenses filed against the Debtors' estates, and reserves the right to further object to any and all claims, whether or not the subject of this Objection, for allowance and/or distribution purposes, and on any other grounds, including the right to modify, supplement

and/or amend this Objection as it pertains to any Books and Records Expunge Claim or Books and Records Expunge Claimant herein.

## NOTICE AND PROCEDURE

17.     Notice of this Objection has been provided to the Books and Records Expunge Claimants identified on **Exhibit B**, and to parties-in-interest in accordance with the Court's *Supplemental Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures* (entered on December 30, 2009 at Docket No. 6208) (the "Case Management Order").  The Liquidating Trust submits that the following methods of service upon the Books and Records Expunge Claimants should be deemed by the Court to constitute due and sufficient service of this Objection:  (a) service in accordance with Federal Rule of Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of Civil Procedure 4; (b) to the extent counsel for the Books and Records Expunge Claimants is not known to the Liquidating Trust, by first class mail, postage prepaid, on the signatory of the Books and Records Expunge Claimant's proof of claim form or other representative identified in the proof of claim form or any attachment thereto; or (c) by first class mail, postage prepaid, on any counsel that has appeared on the Books and Records Expunge Claimant's behalf in the Debtors' bankruptcy cases.  The Liquidating Trust is serving the Books and Records Expunge Claimant with this Objection and the exhibit on which the Books and Records Expunge Claimant's claim is listed.

18.     To the extent any Books and Records Expunge Claimant timely files and properly serves a response to this Objection by 4:00 P.M. (Eastern) on June 26, 2012 as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Liquidating Trust requests that the Court conduct a status conference with respect to any such responding claimant at 2:00 p.m. (Eastern) on July 10, 2012 and thereafter schedule the matter for a future hearing as to the merits of such claim.  However, to the

extent any Books and Records Expunge Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Liquidating Trust requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, disallowing each of the claims identified on **Exhibit C** attached hereto.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
## THE OMNIBUS OBJECTION PROCEDURES ORDER

19.     This Objection complies with Bankruptcy Rule 3007(e).  Additionally, the Liquidating Trust submits that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

20.     Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Liquidating Trust requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

21.     No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

Dated: Richmond, Virginia          TAVENNER & BERAN, PLC
       April 20, 2012

                                    */s/ Paula S. Beran*_____
                                   Lynn L. Tavenner (VA Bar No. 30083)
                                   Paula S. Beran (VA Bar No. 34679)
                                   20 North Eighth Street, 2nd Floor
                                   Richmond, Virginia 23219
                                   (804) 783-8300

                                            - and -

                                   PACHULSKI STANG ZIEHL & JONES LLP
                                   Jeffrey N. Pomerantz, Esq.
                                   Andrew W. Caine, Esq.
                                   10100 Santa Monica Boulevard
                                   Los Angeles, California 90067-4100
                                   (310) 277-6910

                                            - and –

                                   PACHULSKI STANG ZIEHL & JONES LLP
                                   Robert J. Feinstein, Esq.
                                   780 Third Avenue, 36th Floor
                                   New York, New York 10017
                                   (212) 561-7700

                                   *Counsel to the Circuit City Stores, Inc.*
                                   *Liquidating Trust*

**EXHIBIT A**

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - -   x
In re:                              :      Chapter 11
                                    :
CIRCUIT CITY STORES, INC., et al.,  :      Case No. 08-35653 (KRH)
                                    :
               Debtors.             :
- - - - - - - - - - - - - -   :      Jointly Administered
                                    x

**ORDER SUSTAINING LIQUIDATING TRUST'S THIRTY-THIRD
OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
MISCELLANEOUS HUMAN RESOURCES CLAIMS)**

THIS MATTER having come before the Court[2] on the *Liquidating Trust's Thirty-*

*Third Omnibus Objection to Claims (Disallowance of Certain Miscellaneous Human Resources*

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Claims)* (the "Objection"), which requested, among other things, that the claims specifically

identified on Exhibit C attached to the Objection be disallowed for those reasons set forth in the

Objection; and it appearing that due and proper notice and service of the Objection as set forth

therein was good and sufficient and that no other further notice or service of the Objection need

be given; and it further appearing that no response was timely filed or properly served by the

Books and Records Expunge Claimants being affected by this Order; and it appearing that the

relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors'

estates and creditors and other parties-in-interest; and after due deliberation thereon, good and

sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED.

2.      The Claims identified on Exhibit A as attached hereto and incorporated

herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3.      The Court will conduct a status conference on July 10, 2012 at 2:00 p.m.

for all Claims identified on Exhibit B attached hereto.

4.      The Liquidating Trust's rights to object to any claim including (without

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are

not waived and are expressly reserved.

5.      The Liquidating Trust shall serve a copy of this Order on the claimants

included on the exhibits to this Order on or before five (5) business days from the entry of this

Order.

6.      This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.

Dated: Richmond, Virginia
        April __, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE


WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Paula S. Beran*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Paula S. Beran
Paula S. Beran

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| BROWNE, AUVILL V<br><br>50 SUMMIT ST<br><br><br>WHITE PLAINS, NY 10607-120 | 13297<br><br>2001329701 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| CAROL J ROTGERS<br><br>35174 MESA GRANDE DR<br><br><br>CALIMESA, CA 92320-1944 | 15238<br><br>2001523801 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| CINDY KIMI NAKANISHI<br><br>PO Box 36182<br><br><br>San Jose, CA 95158 | 5885<br><br>2000588501 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| COTE, JASON<br><br>17 CAMELOT COURT<br><br><br>NOTTINGHAM, NH 03290 | 2900<br><br>2000290001 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| CURRAN, JOHN M<br><br>114 OAKMONT<br><br><br>SPRINGFIELD, IL 62704 | 3786<br><br>2000378601 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| DANIELS, GORDIE L<br><br>7532 Tamarind Ave<br><br><br>Tampa, FL 33625 | 3453<br><br>2000345301 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| DANNY BENNETT<br><br>7551 Stony Creek Dr<br><br><br>Highland, CA 92346-6544 | 6374<br><br>2000637401 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| EMPLOYMENT DEVELOPMENT DEPARTMENT STATE OF<br>Employment Development Dep<br>Sacramento Adjudication Cent<br>PO Box 937<br>Elk Grove, CA 95759-0937 | 7587<br><br>2000758701 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| EMPLOYMENT DEVELOPMENT DEPARTMENT STATE OF<br>Employment Development Dep<br>Sacramento Adjudication Cent<br>PO Box 937<br>Elk Grove, CA 95759-0937 | 7588<br><br>2000758801 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| FAULKNER, LORI LYN<br><br>PO BOX 602<br><br><br>MADILL, OK 73446 | 8902<br><br>2000890201 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| FISH & SONS<br><br>1323 LACEBARK ST<br><br><br>TREVOSE, PA 19053-4517 | 3658<br><br>2000365801 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| FISH, JOHN C<br><br>1323 LACEBARK ST<br><br><br>TREVOSE, PA 19053-4517 | 3645<br><br>2000364501 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| GARBUTT, BRANDON MICHEAL<br>15087 CHUPAROSA<br><br><br>VICTORVILLE, CA 92394 | 3027<br><br>2000302701 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| GARCIA, BOONLERT<br><br>319 Sumach St<br><br><br>Browns Mills, NJ 08015 | 3498<br><br>2000349801 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| HEALTHCARE RECOVERIES AS AGENT FOR THE HEALTH PLAN<br>Attn Tyoato Betters<br>PO Box 36380<br><br>Louisville, KY 40233 | 14735<br><br>2001473501 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| HELEN RIVERA<br><br><br>Sacramento Adjudication Cent<br>PO Box 937<br><br>Elk Grove, CA 95759-0937 | 13241<br><br>2001324101 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| JEAN ABDALLAH<br><br>4855 Gouin Blvd W<br><br><br>Montreal, Quebec H4J 189 | 14881<br><br>2001488101 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| JOHNSON, GARRIS<br><br>300 MEADOWVIEW LANE<br><br><br>FARMVILLE, VA 23901 | 6234<br><br>2000623401 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| KELLY, JAMES<br><br>10307 REDBRIDGE RD<br><br><br>RICHMOND, VA 23236 | 3773<br><br>2000377301 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| KIND, JOHN W<br><br>2318 CAVALRY LANE<br><br><br>MECHANICSVILLE, VA 23111 | 4694<br><br>2000469401 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| MEDELLIN, GABRIEL A<br><br>8445 Broadmead Rd<br><br><br>Amity, OR 97101 | 2426<br><br>2000242601 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| MOZO, JOSELITO FARAON<br><br>313 WILLIS AVE<br><br><br>HOHENWALD, TN 38462 | 4457<br><br>2000445701 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| NAKAMOTO, CLIFFORD K<br><br>PO Box 971597<br><br><br>Waipahu, HI 96797 | 3030<br><br>2000303001 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| NC CHILD SUPPORT CENTRALIZED COLLECTIONS<br>PO Box 900012<br><br><br>Raleigh, NC 27675-9012 | 14783<br><br>2001478301 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |

misc

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| OWENS, HELEN J<br><br>335 E Albertoni St No 200637<br><br><br>Carson , CA 90746 | 7940<br><br>2000794001 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| RA ELLIOTT JOHNSON WALLACE<br><br>216 Marin St Apt 306<br><br><br>San Rafael, CA 94901 | 15001<br><br>2001500101 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| RICHARDSON, DIANE LYNN<br><br>14174 Whitney Rd<br><br><br>Strongsville, OH 44136 | 3641<br><br>2000364101 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| ROBINSON, JOHN<br><br>8355 Station Village Ln Unit 41<br><br><br>San Diego, CA 92108 | 3699<br><br>2000369901 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| ROTGERS, CAROL J<br><br>35174 MESA GRANDE DR<br><br><br>CALIMESA, CA 92320 | 15239<br><br>2001523901 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| SC DEPT OF LABOR LICENSING & REGULATION WAGES<br>110 Centerview Dr<br><br><br>Columbia, SC 29211 | 3344<br><br>2000334401 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| SEGOVIA, MAC<br><br>15204 S MARKS AVE<br><br><br>CARUTHERS, CA 93609-9621 | 1962<br><br>2000196201 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| SIMONELLI, CHERYL<br><br>3131 S Jacob St<br><br><br>Visalia, CA 93277-7423 | 3369<br><br>2000336901 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |

misc

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| THAYER MONTAGUE<br><br>8918 Norwick Rd<br><br><br>Richmond, VA 23229 | 13837<br><br>2001383701 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| THOMAS, MARIO TERRELL<br><br>1808 ST CHARLES AVE SW<br><br><br>BIRMINGHAM, AL 35211 | 2964<br><br>2000296401 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| THOMPSON, TASHA N<br><br>PO Box 937<br><br><br>Elk  Grove, CA 95759-0937 | 12289<br><br>2001228901 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| TRIMBLE & JEWELL<br><br>PO BOX 1107<br><br><br>EVANSVILLE, IN 47706 | 1029<br><br>2000102901 | Exhibit  C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| TRIVANTAGE<br><br><br>MATTHEW ZIRPOLI PRESIDE<br>10700 W RESEARCH DR STE<br><br>MILWAUKEE, WI 53226 | 5681<br><br>2000568101 | Exhibit  C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| WINSTON, DESHAWN DENISE<br><br>PO Box 99400<br><br><br>Louisville, KY 40269 | 5071<br><br>2000507101 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |
| WOOTEN, VERLINDA<br><br>15015 PARTHENIA ST NO 21<br><br><br>NORTH HILLS, CA 91343 | 3633<br><br>2000363301 | Exhibit C<br><br>INVALID CLAIMS TO BE EXPUNGED |

39

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**INVALID CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount |
|---|---|---|---|---|---|---|---|
| 12/16/2008 | 1029 2000102901 | TRIMBLE & JEWELL PO BOX 1107 EVANSVILLE, IN 47706 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 12/29/2008 | 1962 2000196201 | SEGOVIA, MAC 15204 S MARKS AVE CARUTHERS, CA 93609-9621 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/2/2009 | 2426 2000242601 | MEDELLIN, GABRIEL A 8445 Broadmead Rd Amity, OR 97101 | Gabriel A Medellin Jr | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 12/31/2008 | 2900 2000290001 | COTE, JASON 17 CAMELOT COURT NOTTINGHAM, NH 03290 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/8/2009 | 2964 2000296401 | THOMAS, MARIO TERRELL 1808 ST CHARLES AVE SW BIRMINGHAM, AL 35211 | | $500.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |

misc

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**INVALID CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount |
|---|---|---|---|---|---|---|---|
| 1/8/2009 | 3027 2000302701 | GARBUTT, BRANDON MICHEAL 15087 CHUPAROSA VICTORVILLE, CA 92394 | | $8,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/9/2009 | 3030 2000303001 | NAKAMOTO, CLIFFORD K PO Box 971597 Waipahu, HI 96797 | | $6,156.30 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/12/2009 | 3344 2000334401 | SC DEPT OF LABOR LICENSING & REGULATION WAGES 110 Centerview Dr Columbia, SC 29211 | SC Dept of Labor Licensing & Regulation Wages and Child Labor Section | $200.00 | P | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/12/2009 | 3369 2000336901 | SIMONELLI, CHERYL 3131 S Jacob St Visalia, CA 93277-7423 | | $1,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/13/2009 | 3453 2000345301 | DANIELS, GORDIE L 7532 Tamarind Ave Tampa, FL 33625 | | $2,668.50 | U | CIRCUIT CITY STORES, INC. | $0.00 |

misc

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**INVALID CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount |
|---|---|---|---|---|---|---|---|
| 1/13/2009 | 3498 2000349801 | GARCIA, BOONLERT<br><br>319 Sumach St<br><br><br>Browns Mills, NJ 08015 | | $2,984.57 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/13/2009 | 3633 2000363301 | WOOTEN, VERLINDA<br><br>15015 PARTHENIA ST NO 21<br><br><br>NORTH HILLS, CA 91343 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/13/2009 | 3641 2000364101 | RICHARDSON, DIANE LYNN<br>14174 Whitney Rd<br><br><br>Strongsville, OH 44136 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/13/2009 | 3645 2000364501 | FISH, JOHN C<br><br>1323 LACEBARK ST<br><br><br>TREVOSE, PA 19053-4517 | | $1,150.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/13/2009 | 3658 2000365801 | FISH & SONS<br><br>1323 LACEBARK ST<br><br><br>TREVOSE, PA 19053-4517 | | $875.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |

misc

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**INVALID CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount |
|---|---|---|---|---|---|---|---|
| 1/14/2009 | 3699 2000369901 | ROBINSON, JOHN 8355 Station Village Ln Unit 41 San Diego, CA 92108 | Robinson John | $756.95 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/15/2009 | 3773 2000377301 | KELLY, JAMES 10307 REDBRIDGE RD RICHMOND, VA 23236 | | $72,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/15/2009 | 3786 2000378601 | CURRAN, JOHN M 114 OAKMONT SPRINGFIELD, IL 62704 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/21/2009 | 4457 2000445701 | MOZO, JOSELITO FARAON 313 WILLIS AVE HOHENWALD, TN 38462 | | $652.05 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/23/2009 | 4694 2000469401 | KIND, JOHN W 2318 CAVALRY LANE MECHANICSVILLE, VA 23111 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |

misc

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**INVALID CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount |
|---|---|---|---|---|---|---|---|
| 1/22/2009 | 5071 2000507101 | WINSTON, DESHAWN DENISE<br><br>PO Box 99400<br><br><br>Louisville, KY 40269 | Henrico Doctors Hospital Forest | $594.50 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/27/2009 | 5681 2000568101 | TRIVANTAGE<br><br>MATTHEW ZIRPOLI PRESIDE<br>10700 W RESEARCH DR STE<br><br>MILWAUKEE, WI 53226 | TRIVANTAGE PHARMACY STRATEGIES LLC | $31,048.71 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/26/2009 | 5885 2000588501 | CINDY KIMI NAKANISHI<br><br>PO Box 36182<br><br><br>San Jose, CA 95158 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/27/2009 | 6234 2000623401 | JOHNSON, GARRIS<br><br>300 MEADOWVIEW LANE<br><br><br>FARMVILLE, VA 23901 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/27/2009 | 6374 2000637401 | DANNY BENNETT<br><br>7551 Stony Creek Dr<br><br><br>Highland, CA 92346-6544 | | $10,720.09 | U | CIRCUIT CITY STORES, INC. | $0.00 |

misc

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT C**
**INVALID CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount |
|---|---|---|---|---|---|---|---|
| 1/26/2009 | 7587 2000758701 | EMPLOYMENT DEVELOPMENT DEPARTMENT STATE OF Employment Development Dep Sacramento Adjudication Cent PO Box 937 Elk Grove, CA 95759-0937 | Joshua J Klepacki | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/26/2009 | 7588 2000758801 | EMPLOYMENT DEVELOPMENT DEPARTMENT STATE OF Employment Development Dep Sacramento Adjudication Cent PO Box 937 Elk Grove, CA 95759-0937 | Willie T Tapscott | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/29/2009 | 7940 2000794001 | OWENS, HELEN J 335 E Albertoni St No 200637 Carson , CA 90746 | Owens Helen J | $49,280.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/30/2009 | 8902 2000890201 | FAULKNER, LORI LYN PO BOX 602 MADILL, OK 73446 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $0.00 |
| 4/13/2009 | 12289 2001228901 | THOMPSON, TASHA N PO Box 937 Elk  Grove, CA 95759-0937 | Employment Development Department | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |

misc

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**INVALID CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount |
|---|---|---|---|---|---|---|---|
| 5/22/2009 | 13241<br><br>2001324101 | HELEN RIVERA<br><br>Sacramento Adjudication Cent<br>PO Box 937<br><br>Elk Grove, CA 95759-0937 | Employment Development Department | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 6/8/2009 | 13297<br><br>2001329701 | BROWNE, AUVILL V<br><br>50 SUMMIT ST<br><br>WHITE PLAINS, NY 10607-1209 | | $3,700.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 6/29/2009 | 13837<br><br>2001383701 | THAYER MONTAGUE<br><br>8918 Norwick Rd<br><br>Richmond, VA 23229 | | $858.54 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 11/9/2009 | 14735<br><br>2001473501 | HEALTHCARE RECOVERIES AS AGENT FOR THE HEALTH PLAN<br>Attn Tyoato Betters<br>PO Box 36380<br><br>Louisville, KY 40233 | Healthcare Recoveries | $846.41 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 12/28/2009 | 14783<br><br>2001478301 | NC CHILD SUPPORT CENTRALIZED COLLECTIONS<br>PO Box 900012<br><br>Raleigh, NC 27675-9012 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |

misc

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**INVALID CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount |
|---|---|---|---|---|---|---|---|
| 3/23/2010 | 14881<br><br>2001488101 | JEAN ABDALLAH<br><br>4855 Gouin Blvd W<br><br>Montreal, Quebec H4J 189 | | $1,850.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 4/2/2010 | 15001<br><br>2001500101 | RA ELLIOTT JOHNSON WALLACE<br>216 Marin St Apt 306<br><br>San Rafael, CA 94901 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 5/11/2011 | 15238<br><br>2001523801 | CAROL J ROTGERS<br><br>35174 MESA GRANDE DR<br><br>CALIMESA, CA 92320-1944 | ROTGERS CAROL J | $60,334.68 | P | Circuit City Stores, Inc. | $0.00 |
| 5/11/2011 | 15239<br><br>2001523901 | ROTGERS, CAROL J<br><br>35174 MESA GRANDE DR<br><br>CALIMESA, CA 92320 | | $60,334.68 | P | Circuit City Stores, Inc. | $0.00 |

misc