Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al.,. | **:** Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:** (Jointly Administered) |
| | **:** |
| | **:** |

### NOTICE OF LIQUIDATING TRUST'S THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the *Liquidating Trust's Thirty-Eighth Omnibus Objection to Claims:  Reduction of Certain Partially Invalid Claims, Fixing of Certain Unliquidated Claims, or Disallowance of Certain Invalid Claims, as Applicable* (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.  By the Objection, the Liquidating Trust is seeking to reduce certain claims, fix the amount of certain claims, and disallow certain claims.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively,

the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Reference Objection |
| --- | --- | --- | --- |

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION.  YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M. (EASTERN TIME) ON JUNE 26, 2012, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

<u>**Critical Information for Claimants Choosing to File a Response to the Objection**</u>

<u>Who Needs to File a Response</u>:  If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

<u>Response Deadline</u>:  The Response Deadline is **4:00 p.m. (Eastern Time) on June 26, 2012 (the "Response Deadline")**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083 |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

The status hearing on the Objection will be held at **2:00 p.m. (Eastern Time) on July 10, 2012 at:**

> United States Bankruptcy Court
> 701 East Broad Street – Courtroom 5000
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

### <u>Procedures for Filing a Timely Response and Information Regarding the Hearing on the Objection</u>

**<u>Contents</u>**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

> a.    a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;
>
> b.    the claimant's name and an explanation for the amount of the Claim;
>
> c.    a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy

Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d.      a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e.      a declaration of a person with personal knowledge of the relevant facts that support the Response;

f.      the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address").  If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

g.      to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**.  To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf.  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection without further notice to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

## Additional Information

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.


Dated:    April 20, 2012

<div style="margin-left:40%">

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
          pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
          acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

</div>

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653-KRH |
| | ) | |
| CIRCUIT CITY STORES, INC.[1], et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## LIQUIDATING TRUST'S THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through Alfred

H. Siegel, the duly appointed trustee of the Liquidating Trust, pursuant to the *Second Amended*

---

[1] The Debtors in these cases include: Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Properties, LLC, Kinzer Technology, LLC, Abbott Advertising Agency, Inc., Patapsco Designs, Inc., Sky Venture Corp, Prahs, Inc., XSStuff, LLC, Mayland MN, LLC, Courchevel, LLC, Orbyx Electronics, LLC, and Circuit City Stores PR, LLC.

*Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") in the above-captioned cases, hereby files this *Liquidating Trust's Thirty-Eighth Omnibus Objection to Claims: Reduction of Certain Partially Invalid Claims, Fixing of Certain Unliquidated Claims, or Disallowance of Certain Invalid Claims, as Applicable* (the "Objection"), and hereby moves this court (the "Court"), pursuant to sections 105 and 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for entry of an order in the form attached hereto as **Exhibit A**, granting the relief sought by this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Objection under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory and legal predicates for the relief requested herein are Bankruptcy Code sections 105 and 502, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.      On November 10, 2008 (the "Petition Date"), the debtors in the above-captioned cases (the "Debtors") filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3.      On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").

4.      On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.    On December 10, 2008, the Court entered that certain *Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof* (Docket No. 890) (the "Claims Bar Date Order").

6.    Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009.  The deadline for governmental units to file claims that arose before November 10, 2008 was 5:00 p.m. (Pacific) on May 11, 2009.  Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

7.    On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314).  In addition, the Debtors published the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The Richmond Times-Dispatch (Docket No. 1394).

8.    On April 1, 2009, this Court entered an *Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections* (Docket No. 2881) (the "Omnibus Objection Procedures Order").

9.    On August 9, 2010, the Debtors and the Creditors' Committee filed the Plan, which provides for the liquidation of the Debtors' assets and distribution of the proceeds thereof under chapter 11 of the Bankruptcy Code.

10.    On September 10, 2010, the United States Bankruptcy Court, Eastern District of Virginia, signed an Order confirming the Plan.

11.    The Plan became effective on November 1, 2010 (the "Effective Date"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidating Trust assumed the right and responsibility to liquidate the Debtors' remaining assets, evaluate

and administer asserted claims, including prosecution of objections to claims, and to distribute the assets to creditors.

## **OBJECTION**

12.    By this Objection, the Liquidating Trust seeks entry of an order, in substantially the form attached hereto as **Exhibit A**, pursuant to Bankruptcy Code sections 105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1, (i) reducing each of the claims identified on **Exhibit C** attached hereto, (ii) fixing each of the claims identified on **Exhibit D** attached hereto in the amount specified therein, and (iii) disallowing each of the claims identified on **Exhibit E** attached hereto (collectively, the "Claims").

13.    For ease of reference, attached hereto as **Exhibit B** is an alphabetical listing of all claimants whose Claims are included in this Objection (the "Claimants"), with a cross-reference by claim number.

### **A.    Reduction of Certain Partially Invalid Claims.**

14.    The basis for reduction of the Claims listed on **Exhibit C** attached hereto (the "Partially Invalid Claims") is that each of the Partially Invalid Claims asserts, in part, an amount for which the Debtors are not liable.

15.    Specifically, after a review of each of the Partially Invalid Claims and the bases upon which each is asserted, and a review of the Debtors' books and records, the Liquidating Trust has determined that each Partially Invalid Claim asserts an amount exceeding the amount calculated by the Liquidating Trust based on the Debtors' books and records. Accordingly, the Partially Invalid Claims identified on **Exhibit C** should be reduced in the manner stated in **Exhibit C** to correspond to the Liquidating Trust's calculation of the correct amount, as set forth on **Exhibit C.**

### **B.    Fixing of Certain Unliquidated Claims.**

16.    The basis for fixing each of the Claims in the amount listed on **Exhibit D** attached hereto (the "Unliquidated Claims") is that each claim is filed in an unliquidated amount, but asserts a liability, in whole or in part, for which the Liquidating Trust believes there is liability on the part of the Debtors.  Specifically, after a review of each of the Unliquidated Claims and the bases upon which each is asserted, and a review of the Debtors' books and records, the Liquidating Trust has determined the amount of the Debtors' liability on each Unliquidated Claim, and seeks to allow the Unliquidated Claim in that amount, as set forth on **Exhibit D**.  Accordingly, the Liquidating Trust requests that the Unliquidated Claims identified on **Exhibit D** be fixed in the amounts stated in **Exhibit D**.

### C.    Disallowance of Certain Invalid Claims.

17.    The basis for disallowance of the Claims listed on **Exhibit E** attached hereto (the "Invalid Claims") is that each of the Invalid Claims asserts, in its entirety, amounts for which the Debtors are not liable.  **Exhibit E** identifies Invalid Claims for which the Debtors' books and records show no liability to the Claimant.  After a review of each of the Invalid Claims and the bases upon which it is asserted, and a review of the Debtors' books and records, the Liquidating Trust has determined that the Debtors have no liability on any of the Invalid Claims based on, *inter alia*, (i) pending deposits and/or postpetition overpayments or (ii) insufficient support for the Liquidating Trust to determine the accuracy of the alleged liability. Accordingly, the Liquidating Trust requests that the Invalid Claims identified on **Exhibit E** be disallowed in their entirety for the reasons stated therein.

### RESERVATION OF RIGHTS

18.    At this time, the Liquidating Trust has not completed its review of the validity of all claims/expenses filed against the Debtors' estates, and reserves the right to further object to any and all claims, whether or not the subject of this Objection, for allowance and/or distribution purposes, and on any other grounds, including the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

## NOTICE AND PROCEDURE

19.     Notice of this Objection has been provided to the Claimants identified on

**Exhibit B**, and to parties-in-interest in accordance with the Court's *Supplemental Order*

*Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and*

*Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and*

*Administrative Procedures* (entered on December 30, 2009 at Docket No. 6208) (the "Case

Management Order").  The Liquidating Trust submits that the following methods of service upon

the Claimants should be deemed by the Court to constitute due and sufficient service of this

Objection:  (a) service in accordance with Federal Rule of Bankruptcy Procedure 7004 and the

applicable provisions of Federal Rule of Civil Procedure 4; (b) to the extent counsel for the

Claimants is not known to the Liquidating Trust, by first class mail, postage prepaid, on the

signatory of the Claimant's proof of claim form or other representative identified in the proof of

claim form or any attachment thereto; or (c) by first class mail, postage prepaid, on any counsel

that has appeared on the Claimant's behalf in the Debtors' bankruptcy cases.  The Liquidating

Trust is serving the Claimant with this Objection and the exhibit on which the Claimant's claim

is listed.

20.     To the extent any Claimant timely files and properly serves a response to

this Objection by 4:00 P.M. (Eastern) on June 26, 2012 as required by the Case Management

Order and under applicable law, and the parties are unable to otherwise resolve the Objection,

the Liquidating Trust requests that the Court conduct a status conference  with respect to any

such responding claimant at 2:00 p.m. (Eastern) on July 10, 2012 and thereafter schedule the

matter for a future hearing as to the merits of such claim.  However, to the extent any Claimant

fails to timely file and properly serve a response to this Objection as required by the Case

Management Order and applicable law, the Liquidating Trust requests that the Court enter an

order, substantially in the form attached hereto as **Exhibit A**, (i) reducing each of the claims

identified on **Exhibit C** attached hereto, (ii) fixing each of the claims identified on **Exhibit D**

attached hereto in the amount specified therein, and (iii) disallowing each of the claims identified

on **Exhibit E** attached hereto.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
## THE OMNIBUS OBJECTION PROCEDURES ORDER

21.     This Objection complies with Bankruptcy Rule 3007(e).  Additionally, the

Liquidating Trust submits that this Objection is filed in accordance with the Omnibus Objection

Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

22.     Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no

novel issues of law presented in the Motion, the Liquidating Trust requests that the requirement

that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

23.     No previous request for the relief sought herein has been made to this

Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter an

Order sustaining this Objection and granting such other and further relief as the Court deems

appropriate.

Dated: Richmond, Virginia          TAVENNER & BERAN, PLC
    April 20, 2012

                                 */s/ Paula S. Beran*
                              Lynn L. Tavenner (VA Bar No. 30083)
                              Paula S. Beran (VA Bar No. 34679)
                              20 North Eighth Street, 2nd Floor
                              Richmond, Virginia 23219
                              (804) 783-8300

                                        - and -

                              PACHULSKI STANG ZIEHL & JONES LLP
                              Jeffrey N. Pomerantz, Esq.
                              Andrew W. Caine, Esq.
                              10100 Santa Monica Boulevard
                              Los Angeles, California 90067-4100
                              (310) 277-6910

                                        - and –

                              PACHULSKI STANG ZIEHL & JONES LLP
                              Robert J. Feinstein, Esq.
                              780 Third Avenue, 36th Floor
                              New York, New York 10017
                              (212) 561-7700

                              *Counsel to the Circuit City Stores, Inc.*
                              *Liquidating Trust*

## EXHIBIT A

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE**

THIS MATTER having come before the Court[2] on the *Liquidating Trust's Thirty-Eighth Omnibus Objection to Claims:  Reduction of Certain Partially Invalid Claims, Fixing of*

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Certain Unliquidated Claims, or Disallowance of Certain Invalid Claims, as Applicable* (the

"Objection"), which requested, among other things, that the claims specifically identified on

Exhibit B attached to the Objection be reduced, fixed or disallowed, as applicable, for those

reasons set forth in the Objection; and it appearing that due and proper notice and service of the

Objection as set forth therein was good and sufficient and that no other further notice or service

of the Objection need be given; and it further appearing that no response was timely filed or

properly served by the Claimants being affected by this Order; and it appearing that the relief

requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates

and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient

cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED.

2. The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3. The Claims identified on Exhibit B as attached hereto and incorporated herein are forever fixed in the amount specified on Exhibit B for all purposes in these bankruptcy cases.

4. The Claims identified on Exhibit C as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

5. The Court will conduct a status conference on _____, 2012 at 2:00 p.m. for all Claims identified on Exhibit D attached hereto.

6. The Liquidating Trust's rights to object to any claim including (without

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

       7.     The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

       8.     This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
                  _____, 2012

                         _____
                         HONORABLE KEVIN R. HUENNEKENS
                         UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                          - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                          - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                          /s/ Lynn L. Tavenner
                          Lynn L. Tavenner

| Claim Number | Claimant Name | Exhibit |
|---|---|---|
| 2918 | AMERENCILCO | Exhibit E: Books and Records Expunge |
| 762 | AMERICAN ELECTRIC POWER | Exhibit E: Books and Records Expunge |
| 3134 | ATMOS ENERGY MID STATES DIVISIONS A DIVISION OF ATMOS ENERGY CORPORATION | Exhibit E: Books and Records Expunge |
| 6943 | ATMOS ENERGY MID TEX DIVISION A DIVISION OF ATMOS ENERGY CORPORATION | Exhibit E: Books and Records Expunge |
| 4333 | BLACKSHEAR, BRENDA | Exhibit E: Books and Records Expunge |
| 851 | BOARD OF WATER AND LIGHT | Exhibit C: Books and Records Reduce |
| 831 | BRINKS INC | Exhibit C: Books and Records Reduce |
| 6348 | BYRD, CAROLYN H | Exhibit D: Books and Records Fix Amount |
| 9769 | CALIFORNIA AMERICAN WATER | Exhibit E: Books and Records Expunge |
| 9795 | CITIZENS ENERGY GROUP | Exhibit E: Books and Records Expunge |
| 9888 | CITIZENS ENERGY GROUP | Exhibit E: Books and Records Expunge |
| 7476 | CITY OF LIVERMORE, CA | Exhibit E: Books and Records Expunge |
| 3785 | CITY OF PEORIA | Exhibit C: Books and Records Reduce |
| 5259 | CITY OF PORT ARTHUR, TX | Exhibit E: Books and Records Expunge |
| 2398 | COLUMBIA GAS OF OHIO INC | Exhibit E: Books and Records Expunge |
| 2396 | COLUMBIA GAS OF PENNSYLVANIA INC | Exhibit C: Books and Records Reduce |
| 1274 | COMMUNICATION AMERICA INC | Exhibit C: Books and Records Reduce |
| 276 | CONNECTICUT NATURAL GAS CORPORATION | Exhibit E: Books and Records Expunge |
| 1520 | DIRECTED ELECTRONICS INC | Exhibit C: Books and Records Reduce |
| 4046 | EDLEN ELECTRICAL EXH SERVICES | Exhibit E: Books and Records Expunge |
| 2501 | ELECTRIC POWER BOARD OF CHATTANOOGA | Exhibit E: Books and Records Expunge |
| 1654 | ENERGYNORTH NATURAL GAS INC DBA KEYSPAN ENERGY DELIVERY NEW ENGLAND | Exhibit E: Books and Records Expunge |
| 1655 | ENERGYNORTH NATURAL GAS INC DBA KEYSPAN ENERGY DELIVERY NEW ENGLAND | Exhibit E: Books and Records Expunge |
| 1656 | ENERGYNORTH NATURAL GAS INC DBA KEYSPAN ENERGY DELIVERY NEW ENGLAND | Exhibit E: Books and Records Expunge |
| 203 | INTEGRATED LABEL CORPORATION | Exhibit C: Books and Records Reduce |
| 2263 | INTERMOUNTAIN GAS CO | Exhibit E: Books and Records Expunge |
| 9071 | JACKSON WALKER LLP | Exhibit C: Books and Records Reduce |
| 3815 | KANSAS CITY POWER & LIGHT | Exhibit E: Books and Records Expunge |
| 3816 | KANSAS CITY POWER & LIGHT | Exhibit E: Books and Records Expunge |
| 3813 | KANSAS CITY POWER & LIGHT CO KCPL | Exhibit E: Books and Records Expunge |
| 3817 | KANSAS CITY POWER & LIGHT CO KCPL | Exhibit E: Books and Records Expunge |
| 3819 | KANSAS CITY POWER & LIGHT CO KCPL | Exhibit E: Books and Records Expunge |
| 1799 | KEYSPAN GAS EAST CORP DBA NATIONAL GRID | Exhibit E: Books and Records Expunge |
| 4237 | LACLEDE GAS COMPANY | Exhibit E: Books and Records Expunge |
| 886 | LCEC LEE COUNTY ELECTRIC COOPERATIVE | Exhibit E: Books and Records Expunge |
| 8767 | MAJESCO ENTERTAINMENT COMPANY | Exhibit C: Books and Records Reduce |
| 648 | MARKET FORCE INFORMATION | Exhibit C: Books and Records Reduce |
| 528 | MIDDLE TENNESSEE ELECTRIC MEMBERSHIP CORPORATION | Exhibit E: Books and Records Expunge |
| 10157 | NATIONAL FUEL GAS DISTRIBUTION CORPORATION | Exhibit E: Books and Records Expunge |
| 10141 | NEW JERSEY AMERICAN WATER/371476 | Exhibit E: Books and Records Expunge |
| 10142 | NEW JERSEY AMERICAN WATER/371476 | Exhibit E: Books and Records Expunge |
| 10145 | PENNSYLVANIA AMERICAN WATER COMPANY | Exhibit E: Books and Records Expunge |
| 1432 | PIEDMONT NATURAL GAS | Exhibit E: Books and Records Expunge |
| 8623 | PUBLIC SERVICE COMPANY OF NORTH CAROLINA INCOPORATED PSNC | Exhibit E: Books and Records Expunge |
| 5164 | PUBLIC SERVICE OF NEW HAMPSHIRE | Exhibit E: Books and Records Expunge |
| 261 | PUGET SOUND ENERGY | Exhibit E: Books and Records Expunge |
| 262 | PUGET SOUND ENERGY | Exhibit E: Books and Records Expunge |
| 263 | PUGET SOUND ENERGY | Exhibit E: Books and Records Expunge |
| 264 | PUGET SOUND ENERGY | Exhibit E: Books and Records Expunge |
| 266 | PUGET SOUND ENERGY | Exhibit E: Books and Records Expunge |
| 14580 | ROANOKE GAS COMPANY | Exhibit E: Books and Records Expunge |
| 7652 | SOUTHERN CALIFORNIA GAS COMPANY | Exhibit E: Books and Records Expunge |
| 15204 | Southwest Gas Corporation | Exhibit E: Books and Records Expunge |
| 166 | TOLEDO EDISON | Exhibit E: Books and Records Expunge |
| 1319 | TOSHIBA AMERICA INFORMATION SYSTEMS INC | Exhibit E: Books and Records Expunge |
| 5342 | TRUSSVILLE UTILITIES BOARD, AL | Exhibit E: Books and Records Expunge |
| 1039 | TUCSON ELECTRIC POWER COMPANY | Exhibit E: Books and Records Expunge |
| 1694 | TUCSON ELECTRIC POWER COMPANY | Exhibit E: Books and Records Expunge |
| 1708 | TURLOCK IRRIGATION DISTRICT | Exhibit E: Books and Records Expunge |
| 7698 | UGI ENERGY SERVICES, INC | Exhibit E: Books and Records Expunge |
| 4864 | UGI UTILITIES INC | Exhibit C: Books and Records Reduce |
| 387 | WESTERN MASSACHUSETTS ELECTRIC COMPANY | Exhibit E: Books and Records Expunge |
| 6490 | WISCONSIN POWER & LIGHT | Exhibit E: Books and Records Expunge |
| 2828 | WISCONSIN PUBLIC SERVICE CORP | Exhibit C: Books and Records Reduce |
| 562 | YANKEE GAS | Exhibit E: Books and Records Expunge |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Books and Records: Reduce

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/8/2008 | 851 2000085101 | BOARD OF WATER AND LIGHT PO BOX 13007 LANSING, MI 48901-3007 | ATTN SCOTT HERZBERG BANKRUPTCY SPECIALIST | $4,350.83 | U | CIRCUIT CITY STORES, INC. | $3,797.04 | General Unsecured | $553.79 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/15/200 | 831 2000083101 | BRINKS INC PO BOX 101 031 ATLANTA, GA 30392 | | $27,059.59 | U | CIRCUIT CITY STORES, INC. | $26,351.61 | General Unsecured | $707.98 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 1/15/2009 | 3785 2000378501 | CITY OF PEORIA 8401 W Monroe St Peoria, AZ 85345 | Revenue Recovery | $837.32 | U | CIRCUIT CITY STORES, INC. | $271.08 | General Unsecured | $566.24 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 1/5/2009 | 2396 2000239601 | COLUMBIA GAS OF PENNSYLVANIA INC 200 Civic Center Dr 11th Fl Columbus, OH 43215 | | $2,177.63 | U | CIRCUIT CITY STORES, INC. | $1,190.80 | General Unsecured | $986.33 | According to the Trust's books and records, the liability is overstated by the objection amount. Specifically, the Trust contends that the objection amount was previously paid on check # 13611140 on 11/13/08. |
| 12/18/200 | 1274 2000127401 | COMMUNICATION AMERICA INC 4214 CANONGATE CT SPRINGHILL, FL 34609 | | $8,691.00 | U | CIRCUIT CITY STORES, INC. | $8,327.00 | General Unsecured | $364.00 | According to the Trust's books and records, the liability is overstated by the objection amount. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Books and Records: Reduce

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/8/2008 | 1520 2000152001 | DIRECTED ELECTRONICS INC

One Viper Way

Vista, CA 92081 | | $720,958.36 | U | CIRCUIT CITY STORES, INC. | $324,607.68 | General Unsecured | $396,350.68 | According to the Trust's books and records, the liability is overstated by the objection amount. The claimant was also listed on the Trust's 29th omnibus objection; however, the claim number listed was inadvertently incorrect.  Thus, the Trust is including claim #1520 in this objection in an abundance of caution, and to ensure that all parties are properly notified. |
| 12/5/2008 | 203 2000020302 | INTEGRATED LABEL CORPORATION

3138 ANDOVER DR

ROCKFORD, IL 61114 | | $11,951.56 | U | CIRCUIT CITY PURCHASING COMPANY. LLC | $10,181.25 | General Unsecured | $1,770.31 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 1/30/2009 | 9071 2000907101 | JACKSON WALKER LLP

PO BOX 130989

DALLAS, TX 75313-0989 | ATTN RICK HERLAN | $2,158.00 | U | CIRCUIT CITY STORES, INC. | $1,701.50 | General Unsecured | $456.50 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 1/30/2009 | 8767 2000876701 | MAJESCO ENTERTAINMENT COMPANY

c o US Bank Corporate Trust S
60 Livingston Ave
EP MN WS3T
St Paul, MN 55107-2292 | Attn Bridget Greiber and Kyle J Lunde | $104,832.00 | U | CIRCUIT CITY STORES, INC. | $104,016.96 | General Unsecured | $815.04 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 12/8/2008 | 648 2000064801 | MARKET FORCE INFORMATION

1877 Broadway Ste 706

Boulder, CO 80302 | | $37,189.00 | U | CIRCUIT CITY STORES, INC. | $3,535.00 | General Unsecured | $33,654.00 | According to the Trust's books and records, the liability is overstated by the objection amount. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit C: Books and Records: Reduce

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/26/2009 | 4864  2000486401 | UGI UTILITIES INC  225 Morgantown Rd  Reading, PA 19612-1949 | | $4,743.54 | U | CIRCUIT CITY STORES, INC. | $3,828.40 | General Unsecured | $915.14 | According to the Trust's books and records, the liability is overstated by the objection amount. |
| 1/6/2009 | 2828  2000282801 | WISCONSIN PUBLIC SERVICE CORP  PO BOX 19003  GREEN BAY, WI 54307-9003 | | $7,777.82 | U | CIRCUIT CITY STORES, INC. | $7,453.17 | General Unsecured | $324.65 | According to the Trust's books and records, the liability is overstated by the objection amount. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit D: Books and Records: Fix

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/27/2009 | 6348<br><br>2000634801 | BYRD, CAROLYN H<br><br>GLOBALTECH FINANCIAL LL<br>2839 PACES FERRY RD<br>SUITE 810<br>ATLANTA, GA 30339 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $321,372.91 | General Unsecured | $0.00 | According to the Trust's books and records, the claim should be fixed at $321,372.91 as a general unsecured claim. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit E: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/8/2009 | 2918<br><br>2000291801 | AMERENCILCO<br><br>2105 E State Route 104<br><br><br>Pawnee, IL 62558 | Credit & Collections | $2,813.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/5/2008 | 762<br><br>2000076201 | AMERICAN ELECTRIC POWER<br><br>PO Box 2021<br><br><br>Roanoke, VA 24022-2121 | | $90,110.57 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/10/2009 | 3134<br><br>2000313401 | ATMOS ENERGY MID STATES DIVISIONS A DIVISION OF ATMOS<br>Atmos Energy Corporation<br>PO Box 650205<br><br>Dallas, TX 75265-0205 | Attn Bankruptcy Group | $1,138.39 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/25/2009 | 6943<br><br>2000694301 | ATMOS ENERGY MID TEX DIVISION A DIVISION OF ATMOS ENERGY<br>Atmos Energy Corporation<br>PO Box 650205<br><br>Dallas, TX 75265-0205 | Attn Bankruptcy Group | $1,556.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/20/2009 | 4333<br><br>2000433301 | BLACKSHEAR, BRENDA<br><br>102 ANITA LANE<br><br><br>LONGVIEW, TX 75603 | | $9,857.39 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety. Claimant has filed her claim with the insurance company for personal injury.  The trust denies an ongoing liability on the basis of this personal injury claim. |
| 1/30/2009 | 9769<br><br>2000976901 | CALIFORNIA AMERICAN WATER<br><br>PO BOX 578<br><br><br>ALTON, IL 62002 | | $1,410.13 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit E: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/26/2009 | 9795 2000979501 | CITIZENS ENERGY GROUP 2020 N Meridian St Indianapolis, IN 46202 | Risk Mgmt Dept | $1,032.50 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/26/2009 | 9888 2000988801 | CITIZENS ENERGY GROUP 2020 N Meridian St Indianapolis, IN 46202 | Risk Mgmt Dept | $1,335.76 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/29/2009 | 7476 2000747601 | CITY OF LIVERMORE, CA 1052 SOUTH LIVERMORE AV LIVERMORE, CA 94550-4899 | | $1,044.22 | U | CIRCUIT CITY STORES WEST COAST. | $0.00 | CIRCUIT CITY STORES WEST COAST. INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/26/2009 | 5259 2000525901 | CITY OF PORT ARTHUR, TX P O  Box 1089 Port Arthur, TX 77641-1089 | | $1,057.59 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/5/2009 | 2398 2000239801 | COLUMBIA GAS OF OHIO INC 200 Civic Center Dr 11th Fl Columbus, OH 43215 | | $4,849.30 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 11/17/200 | 276 2000027601 | CONNECTICUT NATURAL GAS CORPORATION 76 Meadow St Est Hartford, CT 06108 | Attn Juliette Morle | $543.17 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit E: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/20/2009 | 4046 2000404601 | EDLEN ELECTRICAL EXH SERVICES<br><br>3010 BUILDERS AVE<br><br><br>LAS VEGAS, NV 89101 | | $511.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/5/2009 | 2501 2000250101 | ELECTRIC POWER BOARD OF CHATTANOOGA<br><br>PO Box 182255<br><br><br>Chattanooga, TN 37422-7255 | Attn Legal Services Division | $6,840.65 | U | CIRCUIT CITY STORES PR, LLC | $0.00 | CIRCUIT CITY STORES PR, LLC | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/17/200 | 1655 2000165501 | ENERGYNORTH NATURAL GAS INC DBA KEYSPAN ENERGY DELIVERY NEW<br>175 E Old Country Rd<br><br><br>Hicksville, NY 11801-4257 | Elisa M Pugliese Esq | $1,141.53 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 12/17/200 | 1654 2000165401 | ENERGYNORTH NATURAL GAS INC DBA KEYSPAN ENERGY DELIVERY NEW<br>175 E Old Country Rd<br><br><br>Hicksville, NY 11801-4257 | Elisa M Pugliese Esq | $624.31 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 12/17/200 | 1656 2000165601 | ENERGYNORTH NATURAL GAS INC DBA KEYSPAN ENERGY DELIVERY NEW<br>175 E Old Country Rd<br><br><br>Hicksville, NY 11801-4257 | Elisa M Pugliese Esq | $506.12 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 12/30/200 | 2263 2000226301 | INTERMOUNTAIN GAS CO<br><br>PO BOX 64<br><br><br>BOISE, ID 83732 | | $974.22 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit E: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/15/2009 | 3816 2000381601 | KANSAS CITY POWER & LIGHT PO BOX 419330 KANSAS CITY, MO 641416330 | | $2,100.16 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety due to the fact that the items were reconciled on claim #932 and are therefore duplicative on this claim. |
| 1/15/2009 | 3815 2000381501 | KANSAS CITY POWER & LIGHT PO BOX 219330 KANSAS CITY, MO 64121-9330 | | $3,432.88 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety due to the fact that the items were reconciled on claim #932 and are therefore duplicative on this claim. |
| 1/15/2009 | 3813 2000381301 | KANSAS CITY POWER & LIGHT CO KCPL P O BOX 219330 KANSAS CITY, MO 64121-9330 | | $4,710.10 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety due to the fact that the items were reconciled on claim #932 and are therefore duplicative on this claim. |
| 1/15/2009 | 3817 2000381701 | KANSAS CITY POWER & LIGHT CO KCPL P O BOX 219330 KANSAS CITY, MO 64121-9330 | | $3,164.13 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety due to the fact that the items were reconciled on claim #932 and are therefore duplicative on this claim. |
| 1/15/2009 | 3819 2000381901 | KANSAS CITY POWER & LIGHT CO KCPL P O  Box 219330 Kansas City, MO 64121-9330 | | $3,057.56 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety due to the fact that the items were reconciled on claim #932 and are therefore duplicative on this claim. |
| 12/17/200 | 1799 2000179901 | KEYSPAN GAS EAST CORP DBA NATIONAL GRID 175 E Old Country Rd Hicksville, NY 11801-4257 | | $1,186.63 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account.   Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit E: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/21/2009 | 4237  2000423701 | LACLEDE GAS COMPANY  720 Olive ST Rm 1215  St  Louis, MO 63101 | c o Bankruptcy | $2,227.45 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/10/200 | 886  2000088601 | LCEC LEE COUNTY ELECTRIC COOPERATIVE  PO BOX 31477  TAMPA, FL 33631-3477 | | $5,600.17 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 11/25/200 | 528  2000052801 | MIDDLE TENNESSEE ELECTRIC MEMBERSHIP CORPORATION  555 New Salem Rd  Murfreesboro, TN 37129 | | $6,261.14 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/30/2009 | 10157  2001015701 | NATIONAL FUEL GAS DISTRIBUTION CORPORATION  6363 Main St Legal Dept  Williamsville, NY 14221 | | $501.33 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/30/2009 | 10142  2001014201 | NEW JERSEY AMERICAN WATER/371476  PO BOX 578  ALTON, IL 62002 | | $506.25 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/30/2009 | 10141  2001014101 | NEW JERSEY AMERICAN WATER/371476  PO BOX 578  ALTON, IL 62002 | | $818.25 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit E: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/30/2009 | 10145<br><br>2001014501 | PENNSYLVANIA AMERICAN WATER COMPANY<br><br>PO BOX 578<br><br><br>ALTON, IL 62002 | | $628.09 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/9/2008 | 1432<br><br>2000143201 | PIEDMONT NATURAL GAS<br><br>PO BOX 533500<br><br><br>ATLANTA, GA 30353-3500 | PIEDMONT NATURAL GAS NASHVILLE GAS | $1,069.79 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/29/2009 | 8623<br><br>2000862301 | PUBLIC SERVICE COMPANY OF NORTH CAROLINA INCOPORATED PSNC<br>1426 Main St<br>Mail Code 130<br><br>Columbia , SC 29201 | | $1,457.20 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account.   Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/21/2009 | 5164<br><br>2000516401 | PUBLIC SERVICE OF NEW HAMPSHIRE<br><br>PO BOX 330<br><br><br>MANCHESTER, NH 03105 | | $43,955.58 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/5/2008 | 263<br><br>2000026301 | PUGET SOUND ENERGY<br><br>PO Box 90868<br>Closed Accts Dept BOT 01G<br><br>Bellevue, WA 98009-0868 | | $3,652.70 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/5/2008 | 262<br><br>2000026201 | PUGET SOUND ENERGY<br><br>PO Box 90868<br>Closed Accts Dept BOT 01G<br><br>Bellevue, WA 98009-0868 | | $8,862.48 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit E: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/5/2008 | 264<br><br>2000026401 | PUGET SOUND ENERGY<br><br>PO Box 90868<br>Closed Accts Dept BOT 01G<br><br>Bellevue, WA 98009-0868 | | $3,496.08 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/5/2008 | 261<br><br>2000026101 | PUGET SOUND ENERGY<br><br>PO Box 90868<br>Closed Accts Dept BOT 01G<br><br>Bellevue, WA 98009-0868 | | $1,509.42 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/5/2008 | 266<br><br>2000026601 | PUGET SOUND ENERGY<br><br>PO Box 90868<br>Closed Accts Dept BOT 01G<br><br>Bellevue, WA 98009-0868 | | $3,720.85 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 7/14/2009 | 14580<br><br>2001458001 | ROANOKE GAS COMPANY<br><br>PO Box 12247<br><br>Roanoke, VA 24024 | WootenHart PLC | $1,337.86 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | The Trust disputes the basis and validity of this claim in it's entirety.   Furthermore, the claim is filed late on 07/14/2009 and should be expunged. |
| 1/27/2009 | 7652<br><br>2000765201 | SOUTHERN CALIFORNIA GAS COMPANY<br><br>The Gas Company<br>PO Box 30337<br><br>Los Angeles, CA 90030-0337 | Mass Markets Credit & Collections | $1,027.46 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 1/18/2011 | 15204<br><br>2001520401 | Southwest Gas Corporation<br><br>PO Box 1498<br><br>Victorville, CA 92393 | | $708.42 | U | Circuit City Stores, Inc. | $0.00 | Circuit City Stores, Inc. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit E: Books and Records: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/1/2008 | 166<br><br>2000016601 | TOLEDO EDISON<br><br>6896 Miller Rd<br><br>Brecksville, OH 44141 | Bankruptcy Dept Rm 204 | $4,645.57 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/19/200 | 1319<br><br>2000131902 | TOSHIBA AMERICA INFORMATION SYSTEMS INC<br>c o Leitess Leitess Friedberg &<br>1 Corporate Ctr<br>10451 Mill Run Cir Ste 1000<br>Owings Mills, MD 21117 | Attn Steven N Leitess | $257,427.72 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, this claim should be disallowed.  The Trust is filing this objection to preserve its rights with respect to the many disputes between the Trust and Toshiba. The parties have entered into a tolling agreement regarding preference and unpaid obligation claims, and have been negotiating with respect to this claim as well. The Trust does not expect litigation with respect to this claim until and unless the parties are unable to reach a global resolution offal issues. |
| 1/26/2009 | 5342<br><br>2000534201 | TRUSSVILLE UTILITIES BOARD, AL<br><br>P O  Box 836<br><br>Trussville, AL 35173 | | $1,620.91 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/19/200 | 1694<br><br>2000169401 | TUCSON ELECTRIC POWER COMPANY<br><br>One South Church Ave Ste 10<br><br>Tucson, AZ 85701 | Marc Jerden Senior Legal Counsel | $2,956.17 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/19/200 | 1039<br><br>2000103901 | TUCSON ELECTRIC POWER COMPANY<br><br>Senior Legal Counsel<br>One South Church Ave Ste 10<br><br>Tucson, AZ 85701 | c o Marc Jerden | $3,258.69 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 12/19/200 | 1708<br><br>2000170801 | TURLOCK IRRIGATION DISTRICT<br><br>P O BOX 819007<br><br>TURLOCK, CA 95381-9007 | | $6,557.91 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Exhibit E: Books and Records: Expunge

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/29/2009 | 7698 2000769801 | UGI ENERGY SERVICES, INC  1 MERIDIAN BLVD STE 2C01  WYOMISSING, PA 19610 | | $6,786.43 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |
| 11/28/200 | 387 2000038701 | WESTERN MASSACHUSETTS ELECTRIC COMPANY PO Box 2899  Hartford, CT 06101-8307 | Northeast Utilities Credit and Collection Center | $4,802.21 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 1/26/2009 | 6490 2000649001 | WISCONSIN POWER & LIGHT  300 Sheridan Ave  Centerville, IA 52544 | | $6,045.04 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account.  Furthermore, the support provided with the claim is insufficient to determine the accuracy of the alleged liability. |
| 11/28/200 | 562 2000056201 | YANKEE GAS  PO Box 2899  Hartford, CT 06101-8307 | Northeast Utilities Credit and Collection Center | $2,840.38 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | According to the Trust's books and records, the claim is disputed in full based on pending deposits and/or post-petition overpayments on account. |