Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | **:**  Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al.,. | **:**  Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:**  (Jointly Administered) |
| | **:** |
| | **:** |

## NOTICE OF LIQUIDATING TRUST'S THIRTY-NINTH
## OMNIBUS OBJECTION TO LANDLORD CLAIMS
## (REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION)

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.  By the Objection, the Liquidating Trust is seeking to expunge certain claims unless claimant demonstrates that it has met applicable mitigation requirements.  To the extent that claimant establishes that it has met its mitigation burden and shows that applicable mitigation occurred, the Objection seeks to reduce the claim to the thereby established amount taking into account mitigation and 11 U.S.C. § 502(b)(6).

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and

requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce or disallow certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Reference Objection |
|---|---|---|---|

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M. (EASTERN TIME) ON JUNE 26, 2012, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

### Critical Information for Claimants
### Choosing to File a Response to the Objection

Who Needs to File a Response:  If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

Response Deadline:  The Response Deadline is **4:00 p.m. (Eastern Time) on June 26, 2012 (the "Response Deadline")**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED AND RECEIVED BY THE RESPONSE DEADLINE.**

2

Your Response will be deemed timely filed only if the Response is **actually** **received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

The status hearing on the Objection will be held at **2:00 p.m. (Eastern Time) on July 10, 2012 at:**

> United States Bankruptcy Court
> 701 East Broad Street – Courtroom 5000
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

## **Procedures for Filing a Timely Response and Information Regarding the Hearing on the Objection**

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall, at a minimum, provide a statement as to whether the claimant has met applicable mitigation requirements, and the results, if any, of its mitigation efforts.  Your Response should also include the name, address, telephone number and facsimile number of the party with authority to discuss mitigation issues on the claimant's behalf.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy

Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

## Additional Information

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kcclc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.


Dated:    April 20, 2012

                                        */s/ Paula S. Beran*
                                        Lynn L. Tavenner (VA Bar No. 30083)
                                        Paula S. Beran (VA Bar No. 34679)
                                        TAVENNER & BERAN, PLC
                                        20 North Eighth Street, 2nd Floor
                                        Richmond, Virginia  23219
                                        Telephone:  804-783-8300
                                        Facsimile:  804-783-0178
                                        Email:  ltavenner@tb-lawfirm.com
                                                    pberan@tb-lawfirm.com

                                        -and-

                                        Jeffrey N. Pomerantz (admitted *pro hac vice*)
                                        Andrew W. Caine (admitted *pro hac vice*)
                                        PACHULSKI STANG ZIEHL & JONES LLP
                                        10100 Santa Monica Blvd.
                                        13th Floor
                                        Los Angeles, California  90067-4100
                                        Telephone: 805-123-4567
                                        Facsimile:  310/201-0760
                                        E-mail: jpomerantz@pszjlaw.com
                                                    acaine@pszjlaw.com

                                        *Counsel for the Circuit City Stores, Inc.
                                        Liquidating Trust*

Exhibit 1

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| - - - - - - - - - - - - - - | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**LIQUIDATING TRUST'S THIRTY-NINTH OMNIBUS OBJECTION TO**
**LANDLORD CLAIMS (REDUCTION OF**
**<u>CERTAIN INVALID CLAIMS-MITIGATION)</u>**

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through

Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the

Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated

Debtors and Debtors in Possession and its Official Committee of Creditors Holding

General Unsecured Claims (the "Plan") in the above-captioned cases, hereby files this

Thirty-Ninth Omnibus Objection to Landlord Claims (Reduction of Certain Partially

Invalid Claims-Mitigation) (the "Objection"), and hereby moves this court (the "Court"),

pursuant to sections 105, 502 and 503 of title 11 of the United States Code, 11 U.S.C.

§§ 101 <u>et seq</u>. (as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for

an order, the proposed form of which is attached hereto as <u>Exhibit A</u>, granting the relief

sought by this Objection, and in support thereof states as follows:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Objection under 28

U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of

these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

The statutory and legal predicates for the relief requested herein are Bankruptcy Code

sections 105, 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

### BACKGROUND

2.      On November 10, 2008 (the "Petition Date"), the debtors in the

above-captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

under chapter 11 of the Bankruptcy Code.

        3.      On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").

        4.      On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

        5.      On December 10, 2008, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

        6.      Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the "General Bar Date"). The deadline for governmental units to file claims that arose before November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar Date"). Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

        7.      On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity

DOCS_LA:253355.1 12304-003

holders, and certain other parties (Docket No. 1314).  In addition, the Debtors published

the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The

Richmond Times-Dispatch (Docket No. 1394).

8.      On November 12, 2008, this Court entered that certain Order

Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims

Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and

Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No.

107)(the "503(b)(9) Bar Date Order").

9.      Pursuant to the 503(b)(9) Bar Date Order, this Court approved the

form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the

503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9)

Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim

asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy

Code was on December 19, 2008 (the "503(b)(9) Bar Date").

10.     On November 19, 2008, KCC served a copy of the 503(b)(9) Bar

Date Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the

Debtors published the 503(b)(9) Bar Date Notice in The New York Times (Docket No.

549), The Wall Street Journal (Docket No. 548), and The Richmond Times-Dispatch

(Docket No. 547).

11.     On January 16, 2009, the Court authorized the Debtors, among other

things, to conduct going out of business sales at the Debtors' remaining 567 stores

pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a

joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going

out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.

As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had

been completed.

12.     On April 1, 2009, this Court entered an Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of Notice of Omnibus

Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

13.     On May 15, 2009, the Court entered that certain Order Pursuant to

Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Administrative Bar Date and Procedures For Filing and Objecting To Administrative

Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No.

3354) (the "First Administrative Claims Bar Date Order").

14.     Pursuant to the First Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests (as defined in the First

Administrative Claims Bar Date Order) incurred in the period between November 10, 2008

and April 30, 2009 was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant to the First

Administrative Claims Bar Date Order, this Court approved the form and manner of the

claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar

Date Order (the "Claims Bar Date Notice").

15.     On or before May 22, 2009, KCC served a copy of the

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609).  In

addition, the Debtors published the Administrative Claims Bar Date Notice in <u>The</u>
<u>Financial Times</u> (Docket No. 3970), <u>The Richmond Times-Dispatch</u> (Docket No. 3969)
and <u>The Wall Street Journal</u> (Docket No. 3968).

16.     On February 18, 2010, the Court entered that certain Order Pursuant
to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting
Second Administrative Bar Date and Procedures For Filing and Objecting To
Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof
(Docket No. 6555) (the "Second Administrative Claims Bar Date Order").

17.     Pursuant to the Second Administrative Claims Bar Date Order, the
deadline for filing all Administrative Expense Requests for the period May 1, 2009
through December 31, 2009 (as defined in the Administrative Claims Bar Date Order) was
5:00 p.m. (Pacific) on March 31, 2010.  Pursuant to the Second Administrative Claims Bar
Date Order, this Court approved the form and manner of the claims bar date notice, which
was attached as Exhibit A to the Second Administrative Claims Bar Date Order (the
"Claims Bar Date Notice").

18.     On or before February 25, 2010, KCC served a copy of the Second
Administrative Claims Bar Date Notice on all parties who filed notices of appearance
pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,
the Debtors' equity holders, and certain other parties (Docket No. 6705).  Supplemental
service of the Second Administrative Bar Date Notice was provided by overnight mail to
one party, Brockton Superior Court, on March 26, 2010 (Docket Nos. 7089 and 7535).  In
addition, the Debtors published the Administrative Claims Bar Date Notice in <u>The</u>
<u>Financial Times</u> (Docket No. 6719), <u>The Richmond Times-Dispatch</u> (Docket No. 6717)

6

and The Wall Street Journal (Docket No. 6718).

19.     On August 9, 2010, the Debtors and the Creditors' Committee filed

the Plan, which provides for the liquidation of the Debtors' assets and distribution of the

proceeds thereof under chapter 11 of the Bankruptcy Code.

20.     On September 10, 2010, the United States Bankruptcy Court,

Eastern District of Virginia, signed an Order confirming the Plan.

21.     The Plan became effective on November 1, 2010 (the "Effective

Date"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the

Liquidation Trust assumed the right and responsibility to liquidate the Debtors' remaining

assets and distribute the proceeds to creditors, including the prosecution of Causes of

Action and objections to claims.

## OBJECTIONS TO CLAIMS

22.     By this Objection, the Liquidating Trust seeks entry of an order, in

substantially the form attached hereto as Exhibit A, pursuant to Bankruptcy Code sections

105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1,

(i) reducing or disallowing each of the claims identified on Exhibit B attached hereto

(collectively, the "Claims") for the reasons set forth below.

23.     For ease of reference, Exhibit B contains an alphabetical listing of

all claimants whose Claims are included in this Objection (the "Claimants"), with a cross-

reference by claim number.

## A.     Reduction of Certain Invalid Claims

24.     The basis for reduction or disallowance of the claims listed on

Exhibit B attached hereto (the "Invalid Claims") is that all of the Invalid Claims assert, in

part, amounts for which the Debtors are not liable unless the claimant at issue has met its

applicable mitigation burden.  Moreover, to the extent that a claimant establishes that it has

met its mitigation burden and that applicable mitigation occurred, the Objection seeks to

reduce the Claim to the thereby established amount taking into account mitigation, 11

U.S.C. §  502(b)(6) and any additional objections asserted with respect to the Claim.

25.     Accordingly, the Liquidating Trust requests that the Partially Invalid

Claims identified on <u>Exhibit B</u> be reduced or disallowed in the manner stated in <u>Exhibit B</u>

for the reasons stated therein.,

26.     As set forth in the Notice accompanying this Objection, in order to

facilitate a speedy and non-judicial resolution of a Claim subject to this Objection, any

claimant filing a response shall, at a minimum, provide a statement as to whether the

claimant has met applicable mitigation requirements, and the results, if any, of its

mitigation efforts.

## RESERVATION OF RIGHTS

27.     At this time, the Liquidating Trust has not completed its review of

the validity of all claims/expenses filed against the Debtors' estates, and reserves the right

to further object to any and all claims, whether or not the subject of this Objection, for

allowance and/or distribution purposes, and on any other grounds, including the right to

modify, supplement and/or amend this Objection as it pertains to any of the Claims

objected to herein.

## NOTICE AND PROCEDURE

28.     Notice of this Objection has been provided to all Claimants with

Claims that are the subject to this Objection as identified on <u>Exhibit B</u>, and to parties-in-

8

interest in accordance with the Court's Supplemental Order Pursuant to Bankruptcy Code

Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules

2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative

Procedures (entered on December 30, 2009 at Docket No. 6208) (the "Case Management

Order").  The Liquidating Trust submits that the following methods of service upon the

Claimants should be deemed by the Court to constitute due and sufficient service of this

Objection: (a) service in accordance with Federal Rule of Bankruptcy Procedure 7004 and

the applicable provisions of Federal Rule of Civil Procedure 4; (b) to the extent counsel for

a Claimant is not known to the Liquidating Trust, by first class mail, postage prepaid, on

the signatory of the Claimant's proof of claim form or other representative identified in the

proof of claim form or any attachment thereto; or (c) by first class mail, postage prepaid,

on any counsel that has appeared on the Claimant's behalf in the Debtors' bankruptcy

cases.  The Liquidating Trust is serving the Claimant with this Objection and the exhibit on

which the Claimant's claim is listed.

   29. To the extent any Claimant timely files and properly serves a

response to this Objection by **4:00 P.M. (Eastern) on June 26, 2012** as required by the

Case Management Order and under applicable law, and the parties are unable to otherwise

resolve the Objection, the Liquidating Trust requests that the Court conduct a status

conference[2] with respect to any such responding claimant at **2:00 P.M. (Eastern) on July

10, 2012** and thereafter schedule the matter for a future hearing as to the merits of such

claim.  However, to the extent any Claimant fails to timely file and properly serve a

9

response to this Objection as required by the Case Management Order and applicable law,

the Liquidating Trust requests that the Court enter an order, substantially in the form

attached hereto as <u>Exhibit A</u>, reducing or disallowing the Invalid Claims set forth on

<u>Exhibit B</u> and attached hereto.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

30.     This Objection complies with Bankruptcy Rule 3007(e).

Additionally, the Liquidating Trust submits that this Objection is filed in accordance with

the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

31.     Pursuant to Local Bankruptcy Rule 9013-1(G), and because there

are no novel issues of law presented in the Motion, the Liquidating Trust requests that the

requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

32.     No previous request for the relief sought herein has been made to

this Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter an

Order sustaining this Objection and granting such other and further relief as the Court

deems appropriate.

---

*(cont'd from previous page)*
[2] In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the
    Objection do not need to appear at the status conference.

Dated: Richmond, Virginia
April 20, 2012

TAVENNER & BERAN, PLC


____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## EXHIBIT A

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| - - - - - - - - - - - - - - | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER REGARDING LIQUIDATING TRUST'S THIRTY-NINTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS
(REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION)**

DOCS_LA:253355.1 12304-003

THIS MATTER having come before the Court[1] on the Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation), (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit B  attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED.

2. The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced and/or disallowed for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

4. The Liquidating Trust shall serve a copy of this Order on the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

claimants included on the exhibits to this Order on or before five (5) business days from

the entry of this Order.

5.    This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

3

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                          - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                  - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*



## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing
proposed order has been endorsed by or served upon all necessary parties.

                          /s/ Lynn L. Tavenner_____
                          Lynn L. Tavenner



4

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
EXHIBIT B

REDUCTION OF CERTAIN INVALID CLAIMS

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 7/24/2009 | 14515 | 1003 College Station LLC<br><br>Attn Michael Mason President<br>c o Fairfield Finanical Group Inc Managing<br>8 Greenway Plz Ste 1100<br><br>Houston, TX 77046 | Unliquidated, but not less than<br>$467,372.74<br>General Unsecured | CIRCUIT CITY STORES, INC. | $57,334.87<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/27/2009 | 6334 | 1890 Ranch Ltd<br><br>c o Michael Deitch<br>Law Offices of Michael Deitch<br>800 Rio Grande<br><br>Austin, TX 78701-0000 | $644,609.21<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12708 | 4110 Midland LLC<br><br>Attn Michael Mason Pres<br>Fairfield Financial Group Inc Managing Me<br>8 Greenway Plz Ste 1100<br><br>Houston, TX 77046 | Unliquidated, but not less than<br>$657,287.99<br>General Unsecured | CIRCUIT CITY STORES, INC. | $130,483.70<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/28/2009 | 12568 | 412 South Broadway Realty LLC<br><br>Robert Somma Esq<br>Posternark Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston St<br>Boston, MA 02199 | $569,140.20<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 6/16/2009 | 13397 | 412 South Broadway Realty LLC<br><br>c o The MEG Company<br>25 Orchard View Dr<br><br>Londonderry, NH 03053-3324 | $460,426.66<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $11,866.66<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12710 | 4905 Waco LLC<br><br>Attn Michael Mason President<br>c o Fairfield Financial Group Inc Managing<br>8 Greenway Plz Ste 1100<br><br>Houston, TX 77046 | Unliquidated, but not less than<br>$738,355.64<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $166,571.73<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/20/2009 | 11702 | 9121 East 71st Street Holdings LLC<br><br>c o Lawrence A Katz Kristen E Burgers<br>Venable LLP<br>8010 Towers Crescent Dr Ste 300<br><br>Vienna, VA 22182 | $419,015.96<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12682 | Abercorn Common LLLP<br><br>C O LNR PARTNERS LLC<br>1601 WASHINGTON AVE STE 700<br><br>MIAMI BEACH, FL 33139 | $1,448,786.93<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $76,590.37<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/10/2009 | 12241 | Abilene Ridgemont LLC<br><br>c o Douglas C Noble<br>McCraney Montagnet & Quin<br>602 Steed Rd Ste 200<br><br>Ridgeland, MS 39157 | $1,098,291.52<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $89,632.43<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 9/8/2009 | 14599 | Abiline Ridgemont LLC<br><br>Douglas C Noble Phelps Dunbar LLP<br>PO Box 23066<br><br>Jackson, MS 39225 | $1,098,291.52<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $89,632.43<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 8570 | ABRAMS WILLOWBROOK THREE LP<br><br>ATTN KEITH THERRIEN<br>CO INVESTAR REAL ESTATE SVCS<br>11111 KATY FREEWAY STE 535<br><br>HOUSTON, TX 77079 | $1,145,014.05<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $80,949.37<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12789 | Acadia Realty Limited Partnership fka Mark Centers Limited Partnership<br>Attn Daniel J Ansell<br>Greenberg Traurig LLp<br>200 Park Ave<br><br>New York, NY 10166 | Unliquidated, but not less than<br>$1,043,019.04<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $13,105.69<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12702 | ACD2<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br><br>Los Angeles, CA 90067 | $1,113,434.47<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $263,358.47<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/20/2009 | 12238 | Advance Real Estate Management LLC<br><br>1420 Techny Rd<br><br>Northbrook, IL 60062 | $861,728.23<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $80,003.20<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/26/2009 | 5268 | AGREE LIMITED PARTNERSHIP<br><br>C/O AGREE REALTY CORP<br>31850 NORTHWESTERN HWY<br><br>FARMINGTON HILLS, MI 48334-1628 | $668,822.75<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $133,189.75<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12836 | AIG BAKER DEPTFORD LLC<br><br>ATTN LEGAL DEPARTMENT<br>NICK C WHITEHEAD ESQ<br>700 MONTGOMERY HWY STE 186<br><br>VESTAVIA, AL 35216-1868 | $1,180,695.43<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12869 | AIG BAKER HOOVER LLC<br><br>NICK C WHITEHEAD ESQ<br>LEGAL DEPARTMENT<br>700 MONTGOMERY HWY STE 186<br><br>VESTAVIA, AL 35216-1868 | $1,419,714.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12415 | Alameda Associates<br><br>John Bedrosian<br>2934 1/2 Beverly Glen Cir No 419<br><br>Los Angeles, CA 90077 | $693,750.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/27/2009 | 12498 | Alexander H Bobinski as Trustee under Trust No 1001<br><br>Alexander Bobinski<br>1351 N Courtenay Pkwy Ste AA<br><br>Merritt Island, FL 32953 | $743,944.58<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $97,772.81<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12695 | Alexanders Rego Shopping Center Inc<br><br>Attn Mei Cheng<br>c o Vornado Realty Trust<br>210 Rte 4 E<br><br>Paramus, NJ 07652 | $6,830,872.34<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $47,393.24<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/29/2009 | 8621 | Alliance Rocky Mount LLC a North Carolina Limited Liability Company<br><br>Core Properties Inc<br>Attn James Donaldson<br>831 E Morehead St Ste 445<br><br>Charlotte, NC 28202 | $308,090.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $16,034.68<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/21/2009 | 12314 | Altamonte Springs Real Estate Associates LLC<br><br>c o Yale Realty Services Corp<br>10 New King St Ste 102<br><br>West Harrison, NY 10604-1208 | $596,367.46<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12514 | AmCap Arborland LLC<br><br>Robert W Dremluk Esq<br>Seyfarth Shaw LLP<br>620 Eighth Ave<br><br>New York, NY 10018 | $1,121,494.29<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $26,272.63<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9373 | AmCap Northpoint LLC<br><br>Robert W Dremluk Esq<br>Seyfarth Shaw LLP<br>620 Eighth Ave<br><br>New York, NY 10018 | $1,057,331.76<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $21,800.65<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12697 | AMHERST VF LLC<br><br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br><br>PARAMUS, NJ 07652 | $814,758.02<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $32,505.20<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/29/2009 | 13875 | AMMON PROPERTIES LC<br><br>2733 E PARLEYS WAY 300<br>1410 CRCT<br><br>SALT LAKE CITY, UT 84109-1662 | $302,914.56<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $50,737.26<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/25/2009 | 11937 | Anna Schwartz Zoltan Schwartz Deborah Landman Eli Landman<br><br>Attn Mencahem O Zelmanovitz<br>Morgan Lewis & Bockius LLP<br>101 Park Ave<br><br>New York, NY 10178-0060 | Unliquidated, but not less than<br>$809,398.56<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $135,773.77<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/26/2009 | 5575 | Argyle Forest Retail I LLC<br><br>c o Heather D Dawson Esq<br>Kitchens Kelley Gaynes PC<br>3495 Piedmont Rd NE Bldg 11 Ste 900<br><br>Atlanta, GA 30305 | $605,322.50<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12801 | Atlantic Center Fort Greene Associates LP<br><br>Attn Rachel M Harari Esq<br>Forest City Ratner Companies LLC<br>1 Metrotech Center N<br><br>Brooklyn, NY 11201 | Unliquidated, but not less than<br>$1,678,204.32<br>General Unsecured | CIRCUIT CITY STORES, INC. | $173,665.62<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 9506 | Ave Forsyth LLC Cousins Store No 4252<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Pk E 26th Fl<br><br>Los Angeles, CA 90067 | $811,323.71<br>General Unsecured | CIRCUIT CITY STORES, INC. | $105,868.11<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12675 | Bainbridge Shopping Center II LLC<br><br>Matt McGill Proj Mgr<br>McGill Property Group<br>4425 MILITARY TRL STE 202<br><br>Jupiter, FL 33458-4817 | $998,138.61<br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/27/2009 | 12513 | Baker Natick Promenade LLC<br><br>John C La Liberte Esq<br>Sherin and Lodgen LLP<br>101 Federal St<br><br>Boston, MA 02110 | $1,997,705.93<br>General Unsecured | CIRCUIT CITY STORES, INC. | $25,594.04<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 9488 | Bank of America NA as successor by merger to LaSalle Bank National Association as Trustee for the Registered Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | Unliquidated, but not less than $514,620.00 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9449 | Bank of America NA as successors by merger to LaSalle Bank National Association as Trustee for the Registered Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | Unliquidated, but not less than $350,432.06 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/23/2009 | 11929 | Bank of America National Association as Successor by Merger to LaSalle Bank National Association as Trustee for the Registered Holders of CDC Commercial M c o Capmark Finance Inc Peyton Inge 700 N Pearl St Ste 2200 Dallas, TX 75201 | $1,097,798.93 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9721 | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | Unliquidated, but not less than $256,520.40 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 9734 | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | Unliquidated, but not less than $489,877.00 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9724 | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | Unliquidated, but not less than $457,440.00 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/17/2010 | 14859 | Bank of America National Association as Successor by Merger to LaSalle Bank National Association fka LaSalle National c o Berkadia Commercial Mortgage LLC Geraldine Kohut 1 Park Plz Ste 1200 Irvine, CA 92614 | Unliquidated, but not less than $1,097,798.93 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9051 | Bank of America National Association As Sucessor By Merger to LaSalle Bank National Association fka LaSalle National Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | Unliquidated, but not less than $1,008,988.75 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12663 | Bank of America National Association Successor by Merger to LaSalle Bank National Association Attn Diane Schapiro c o Berkadia Commercial Mortgage LLC 700 N Pearl St Ste 2200 Dallas, TX 75201 | $1,316,782.37 General Unsecured | CIRCUIT CITY STORES, INC. | $104,328.93 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9740 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | Unliquidated, but not less than $771,930.00 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9707 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | Unliquidated, but not less than $471,794.40 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9454 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | Unliquidated, but not less than $1,268,443.06 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 9704 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | Unliquidated, but not less than $968,160.44 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 10028 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | $541,305.00 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 10030 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | Unliquidated, but not less than $618,051.65 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9050 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 | Unliquidated, but not less than $786,847.00 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 9916 | Bank of America National Association Successor by Merger to LaSalle National Bank a Nationally Chartered Bank as c o Capmark Finance Inc Payton Inge 700 N Pearl St Ste 2200 Dallas, TX 75201 | Unliquidated, but not less than $476,499.96 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12692 | Basile Limited Liability Company c o Midland Loan Services Inc a Delaware Corporation Midland Loan Services Inc c o JP Morgan Chase Lockbox 974754 PNC Bank Lockbox 14800 Frye Rd TX1 0006 Fort Worth, TX 76155 | Unliquidated, but not less than $531,250.00 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 8678 | Basser Kaufman 222 LLC Attn James S Carr Esq Robert L LeHane E Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | $683,764.51 General Unsecured | CIRCUIT CITY STORES, INC. | $5,000.00 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12507 | Basser Kaufman 312 LLC Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 | $721,432.54 General Unsecured | CIRCUIT CITY STORES, INC. | $27,448.18 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12756 | BB Fonds International 1 USA LP<br><br>Eric Horan<br>Pheonix Property Co<br>5950 Sherry Ln Ste 320<br><br>Dallas, TX 75225 | $1,018,189.31<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12653 | Bear Valley Road Partners LLC<br><br>Attn Brad Becker<br>c o Becker Development Investments<br>12730 High Bluff Dr<br><br>San Diego, CA 92130 | $968,611.45<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $38,442.14<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12651 | Bear Valley Road Partners LLC<br><br>Attn Brad Becker<br>c o Becker Development Investments<br>12730 High Bluff Dr<br><br>San Diego, CA 92130 | $968,611.45<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $38,442.14<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 13013 | BECKER TRUST LLC<br><br>50 S JONES BLVD STE 100<br><br>LAS VEGAS, NV 89107 | $549,304.96<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 6/30/2009 | 14259 | Bedford Park Properties LLC<br><br>c o Ron L Estes<br>Center Management<br>300 Park St Ste 410<br><br>Birmingham, MI 48009 | $791,127.53<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $43,666.67<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12713 | Bel Air Square LLC<br><br>c o Bert Bittourna Esq<br>Inland US Management LLC<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | Unliquidated, but not less than<br>$545,789.43<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $12,220.80<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 12163 | Benenson Columbus OH Trust<br><br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br><br>New Haven, CT 06511 | $983,297.83<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $55,621.96<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 2/12/2009 | 10814 | Berkshire Management Corp Agent for Berkshire Hyannis LLC Premises Located at 624 640 Iyanough Road Barnstable MA<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103-0000 | $2,666,801.94<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 8786 | BEV CON I LLC<br><br>c o Vornado Realty Trust<br>210 Rte 4 E<br><br><br>Paramus, NJ 07652 | Unliquidated, but not less than<br><br>$4,154,347.74<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9952 | BFLO Waterford Associates LLC<br><br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | $2,393,924.69<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $1,000.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12612 | BL NTV I, LLC<br><br>C/O BROOKLINE DEVELOPMENT COMP<br>221 WALTON STREET SUITE 100<br>ATTN BETH ARNOLD<br>SYRACUSE, NY 13202 | $707,402.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $150,655.90<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/18/2009 | 13440 | Bond Circuit I Delaware Business Trust<br><br>Attn James S Carr Esq<br>Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | $2,479,902.78<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $88,857.50<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12765 | Bond Circuit IV Delaware Business Trust<br><br>Mark B Conlan Esq<br>Gibbons PC<br>One Gateway Ctr<br><br>Newark, NJ 07102-5310 | Unliquidated, but not less than<br>$1,715,263.14<br>Admin Priority | CIRCUIT CITY STORES, INC. | $339,524.53<br>Admin Priority | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2010 | 15019 | Bond Circuit IV Delaware Trust<br><br>Mark B Conlan Esq<br>Gibbons PC<br>One Gateway Ctr<br><br>Newark, NJ 07102-5310 | Unliquidated, but not less than<br>$1,589,299.95<br>General Unsecured | CIRCUIT CITY STORES, INC. | $213,561.34<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/18/2009 | 13426 | Bond Circuit VI Delaware Business Trust<br><br>Attn James S Carr Esq & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br><br>New York, NY 10178 | $2,781,854.61<br>General Unsecured | CIRCUIT CITY STORES, INC. | $63,143.45<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/27/2009 | 12517 | BOYER LAKE POINTE LC<br><br>90 S 400 W STE 200<br>LAKE POINTE SHOPPING CENTER<br><br>SALT LAKE CITY, UT 84101 | $516,472.70<br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $0.00<br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 5/27/2009 | 13077 | BPP Redding LLC<br><br>John C La Liberte Esq<br>Sherin and Lodgen LLP<br>101 Federal St<br><br>Boston, MA 02110 | $810,101.85<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $69,029.22<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 5/27/2009 | 13075 | BPP SC LLC<br><br>John C La Liberte Esq<br>Sherin and Lodgen LLP<br>101 Federal St<br><br>Boston, MA 02110 | $761,237.66<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $53,439.07<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 5/27/2009 | 13046 | BPP WB LLC<br><br>John C La Liberte Esq<br>Sherin and Lodgen LLP<br>101 Federal St<br><br>Boston, MA 02110 | $802,236.19<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $52,156.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 12168 | Brandywine Grande C LP<br><br>c o Jefferies Leveraged Credit Products LL<br>One Station Pl Three N<br><br><br>Stamford, CT 06902 | $1,189,992.94<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $25,883.22<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 6/30/2009 | 13961 | Breevast Reno Inc<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Centruy park E 26th Fl<br><br>Los Angeles, CA 90067 | $958,235.04<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $38,965.41<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/27/2009 | 12493 | Brighton Commercial LLC<br><br>325 Ridgeview Dr<br><br>Palm Beach, FL 33480 | $1,014,364.97<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $66,480.30<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 2/2/2009 | 10534 | Buckhead Triangle LP<br><br>c o Liquidity Solutions Inc<br>One University Plz Ste 312<br><br>Hackensack, NJ 07601 | $653,194.62<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $31,494.06<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 7888 | BY PASS DEVELOPMENT CO LLC<br><br>10689 N PENNSYLVANIA ST<br><br>INDIANAPOLIS, IN 46280 | $146,569.86<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/21/2009 | 5060 | C1 West Mason Street LLC<br><br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $959,382.47<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $43,150.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/26/2009 | 5814 | Cameron Bayonne LLC<br><br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece Esq<br>308 Maltbie St Ste 200<br><br>Syracuse, NY 13204-1498 | Unliquidated, but not less than<br>$674,889.20<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/17/2009 | 11893 | CAP Brunswick LLC<br><br>F Marion Hughes & M Kevin McCarrell<br>Smith Moore Leatherwood LLP<br>PO Box 87<br><br>Greenville, SC 29602-0087 | $450,638.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12743 | CAPITAL CENTRE LLC<br><br>C O BERT BITTOURNA ESQ<br>INLAND REAL ESTATE GROUP<br>2901 BUTTERFIELD RRD 3RD FL<br><br>OAK BROOK, IL 60523 | Unliquidated, but not less than<br>$1,334,114.62<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 3/30/2009 | 12169 | Cardinal Capital Partners Inc & 680 S Lemon Ave Co LLC<br><br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>545 Long Wharf Dr 9th Fl<br><br>New Haven, CT 06511 | $5,049,313.62<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $2,850,597.28<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 7730 | Carlyle Cypress Tuscaloosa I LLC<br><br>Cypress c o Lyndel Anne Mason<br>Cavazos Hendricks Poirot & Smitham PC<br>900 Jackson St Ste 570<br><br>Dallas, TX 75202 | $726,977.94<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $56,385.06<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12915 | Carolina Pavilion Company<br><br>c o Amy Pritchard Williams Esq<br>K&L Gates LLP<br>214 N Tryon St<br>Hearst Tower 47th Fl<br>Charlotte, NC 28202 | $698,676.25<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $51,454.17<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/16/2009 | 12294 | Carousel Center Company LP<br><br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br><br>Syracuse, NY 13204-1498 | $921,634.54<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/28/2009 | 6579 | Carriage Crossing Market Place LLC<br><br>Eric T Ray<br>Balch & Bingham LLP<br>PO Box 306<br><br>Birmingham, AL 35201 | $705,970.55<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 7933 | Catellus Operating Limited Partnership a Delaware Limited Partnership<br><br>Catellus Operating Limited Partnership<br>Attn Greg Moore<br>66 Franklin St Ste 200<br><br>Oakland, CA 94607 | $1,903,434.65<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $122,329.55<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 7957 | Catellus Operating Limited Partnership a Delaware Limited Partnership<br><br>Catellus Operating Limited Partnership<br>Attn Greg Moore<br>66 Franklin St Ste 200<br><br>Oakland, CA 94607 | $1,903,434.65<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $122,329.55<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/22/2009 | 12328 | Catellus Operating Limited Partnership a Delaware LP<br><br>ProLogis<br>Attn Elizabeth Bouton Property Manager<br>841 Apollo St Ste 350<br><br>El Segundo, CA 90245 | $5,149,326.69<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $2,082,350.23<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12706 | CC 223 Andover Park East Tukwila LLC<br><br>Attn David J LaSota<br>c o Chapman and Cutler LLP<br>111 W Monroe St<br><br>Chicago, IL 60603 | Unliquidated, but not less than<br>$1,348,168.55<br>General Unsecured | CIRCUIT CITY STORES, INC. | $174,079.31<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 7/23/2009 | 14522 | CC Acquisitions LP<br><br>Attn Vivian Dubin Associate General Coun<br>c o NYLIFE Real Estate Holdings LLC Gen<br>51 Madison Ave<br><br>New York, NY 10010 | Unliquidated, but not less than<br>$826,028.91<br>General Unsecured | CIRCUIT CITY STORES, INC. | $144,845.06<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 7/23/2009 | 14518 | CC Acquisitions LP<br><br>Attn Vivian Dubin Associate General Coun<br>c o NYLIFE Real Estate Holdings LLC Gen<br>51 Madison Ave<br><br>New York, NY 10010 | Unliquidated, but not less than<br>$933,748.17<br>General Unsecured | CIRCUIT CITY STORES, INC. | $434,699.24<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12721 | CC Acquisitions LP<br><br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC Gen<br>51 Madison Ave<br><br>New York, NY 10010 | Unliquidated, but not less than<br>$721,052.70<br>General Unsecured | CIRCUIT CITY STORES, INC. | $139,073.04<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12718 | CC Acquisitions LP<br><br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC Gen<br>51 Madison Ave<br><br>New York, NY 10010 | Unliquidated, but not less than<br>$620,334.88<br>General Unsecured | CIRCUIT CITY STORES, INC. | $114,211.96<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12722 | CC Acquisitions LP<br><br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC Gen<br>51 Madison Ave<br><br>New York, NY 10010 | Unliquidated, but not less than<br>$804,474.43<br>General Unsecured | CIRCUIT CITY STORES, INC. | $162,476.76<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 7/23/2009 | 14521 | CC Acquisitions LP<br><br>Attn Vivian Dubin Associate General Coun<br>c o NYLIFE Real Estate Holdings LLC Gen<br>51 Madison Ave<br><br>New York, NY 10010 | Unliquidated, but not less than<br>$715,734.85<br>General Unsecured | CIRCUIT CITY STORES, INC. | $148,496.53<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 7/23/2009 | 14523 | CC Acquisitions LP<br><br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC Gen<br>51 Madison Ave<br><br>New York, NY 10010 | Unliquidated, but not less than<br>$831,584.68<br>General Unsecured | CIRCUIT CITY STORES, INC. | $186,296.74<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 9/2/2009 | 14574 | CC Acquisitions LP<br><br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC Gen<br>51 Madison Ave<br><br>New York, NY 10010 | Unliquidated, but not less than<br>$831,584.68<br>General Unsecured | CIRCUIT CITY STORES, INC. | $186,296.74<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 9/2/2009 | 14577 | CC Acquisitions LP<br><br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br><br>New York, NY 10165 | Unliquidated, but not less than<br>$831,584.68<br>General Unsecured | CIRCUIT CITY STORES, INC. | $186,296.74<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12725 | CC Acquisitions LP<br><br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC Gen<br>51 Madison Ave<br><br>New York, NY 10010 | Unliquidated, but not less than<br>$974,171.44<br>General Unsecured | CIRCUIT CITY STORES, INC. | $235,871.82<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/17/2009 | 11591 | CC BRANDYWINE INVESTORS 1998 LLC<br><br>c o CAPITAL DEVELOPMENT COMPANY<br>3709 GRIFFIN LN SE<br><br><br>OLYMPIA, WA 98501-2192 | $2,177,891.60<br>General Unsecured | CIRCUIT CITY STORES, INC. | $123,907.25<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/28/2009 | 6909 | CC COLONIAL TRUST<br><br>STUART GROSS<br>C O PARAGON AFFILIATES INC<br>ONE PARAGON DR STE 145<br><br>MONTVALE , NJ 7645 | Unliquidated, but not less than<br><br>$341,010.63<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $39,442.88<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 7/29/2009 | 14528 | CC Frederick 98 LLC<br><br>Attn Simon Marciano Esq<br>Neuberger Quinn Gielen Rubin & Gibber P<br>One South St 27th Fl<br><br>Baltimore, MD 21202 | $757,172.28<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12818 | CC Hamburg NY Partners LLC<br><br>Mark B Conlan Esq<br>Gibbons PC<br>1 Gateway Ctr<br><br>Newark, NJ 07102-5310 | $358,613.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $26,113.62<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9413 | CC Independence LLC<br><br>Attn Eric J Rietz Esq<br>c/o Priscilla Rietz<br>1355 Lemond Road<br><br>Owatonna, MN 55060 | $598,308.14<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $106,466.14<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 12/17/2008 | 1665 | CC Investors 1995 3 <br><br> Ronald G Cameron Administrative Trustee <br> 1004 Commercial Ave No 353 <br><br><br> Anacortes, WA 98221 | $387,758.80 <br><br> General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 <br><br> General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 11985 | CC Investors 1996 12 <br><br> Rick Donald <br> CB Richard Ellis Boulos Property Manage <br> One Canal Plz Ste 500 <br><br> Portland, ME 04112 | $688,609.09 <br><br> General Unsecured | CIRCUIT CITY STORES, INC. | $10,993.54 <br><br> General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 2/24/2009 | 11572 | CC Investors 1996 14 <br><br> Kamin Realty Company <br> 490 S Highland Ave <br><br><br> Pittsburgh, PA 15206 | $863,858.59 <br><br> General Unsecured | CIRCUIT CITY STORES, INC. | $86,980.39 <br><br> General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/28/2009 | 7162 | CC Investors 1996 17 <br><br> c o Niclas A Ferland Esq <br> LeClairRyan A Professional Corporation <br> 555 Long Wharf Dr 8th Fl <br><br> New Haven, CT 06511 | $1,545,260.62 <br><br> General Unsecured | CIRCUIT CITY STORES, INC. | $266,075.06 <br><br> General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 3/13/2009 | 11829 | CC Investors 1996 9<br><br>Kamin Realty Company<br>490 S Highland Ave<br><br>Pittsburgh, PA 15206 | $1,154,776.86<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $93,106.97<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9955 | CC Investors 1997 11<br><br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | $454,643.99<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12712 | CC Investors Trust 1995 1<br><br>Attn Arina Meeuwsen<br>5500 Interstate N Pkwy Ste 600<br><br>Atlanta, GA 30328 | Unliquidated, but not less than<br>$644,731.85<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $102,767.82<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/28/2009 | 7532 | CC Joliet Trust<br><br>c o Paragon Affiliates Inc<br>1 Paragon Dr Ste No 145<br><br>Montvale, NJ 07645 | $399,876.03<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $60,045.73<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/3/2009 | 12063 | CC La Quinta LLC<br><br>Jess R Bressi Esq<br>Luce Forward Hamilton & Scripps LLP<br>2050 Main St Ste 600<br><br>Irvine, CA 92614 | $1,172,707.52<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $51,372.82<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9407 | CC Lafayette LLC<br><br>Attn Eric J Rietz Esq<br>c/o Priscilla Rietz<br>1355 Lemond Road<br><br>Owatonna, MN 55060 | $464,199.33<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $31,369.86<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9416 | CC Madison PJR LLC CC Madison EJR LLC CC Madison TFR LLC & CC Madison JLR LLC<br>Attn Eric J Rietz Esq<br>c/o Priscilla Rietz<br>1355 Lemond Road<br><br>Owatonna, MN 55060 | $748,715.58<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $60,115.58<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9424 | CC Minnetonka LLC<br><br>Attn Eric J Rietz Esq<br>c/o Priscilla Rietz<br>1355 Lemond Road<br><br>Owatonna, MN 55060 | $724,567.87<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $16,279.87<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/29/2009 | 12413 | CC Plaza Joint Venture LLP<br><br>Ann Hartman<br>Welsh Companies LLC<br>4350 Baker Rd Ste 400<br><br>Minnetonka, MN 55343-8695 | $787,046.02<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $14,999.86<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9417 | CC Roseville LLC<br><br>Attn Eric J Rietz Jr<br>c/o Priscilla Rietz<br>1355 Lemond Road<br><br>Owatonna, MN 55060 | $554,160.72<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $11,000.09<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/22/2009 | 12333 | CC Springs LLC a Colorado Limited Liability Company<br><br>Michael C Bullock<br>Bullock Partners<br>5675 DTC Blvd Ste 110<br><br>Greenwood Village, CO 80110 | $562,886.75<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $74,141.92<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/17/2009 | 12233 | CCDC Marion Portfolio LP<br><br>Attn Michael S Held<br>Hunton & Williams LLP<br>1445 Ross Ave Ste 3700<br><br>Dallas, TX 75202-2755 | $3,087,099.45<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $106,220.85<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 5/11/2009 | 12937 | CCMS 2005 CD1 Hale Road LLC<br><br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $1,127,448.78<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $67,545.83<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/28/2009 | 7165 | CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership<br>c o Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Alexrod LLP<br>200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $560,167.08<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $64,538.58<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12787 | CEDAR DEVELOPMENT LTD<br><br>2200 BUTTS RD STE 300<br><br>BOCA RATON, FL 33431 | $1,057,077.87<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $126,606.68<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12541 | Cencor Realty Services Inc Agent for SWQ 35 Forum LTD Located in San Antonio TX<br>c o David L Pollack Esq<br>Ballard Sparh Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $564,678.58<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $18,966.71<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/6/2009 | 12116 | CENTRAL INVESTMENTS, LLC<br><br>c o MARK ORDOWER<br>333 S DESPLAINES NO 207<br><br>CHICAGO, IL 60661 | $624,199.41<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 11962 | Central Park 1226 LLC<br><br>Attn Neil E Herman<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br><br>New York, NY 10178 | $866,208.92<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $26,819.87<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12677 | Centro Properties Group t a Coastal Way Brooksville FL<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $614,698.18<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $5,684.97<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 8096 | Centro Properties Group t a Commons at Chancellor Charlotte NC<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $595,694.89<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $37,812.77<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/29/2009 | 8487 | Centro Properties Group t a Northridge Plaza Milwaukee WI<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $637,011.28<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $11,163.69<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12625 | Centro Properties Group t a Pensacola Square Pensacola FL<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $490,718.28<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $71,403.11<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 8488 | Centro Properties Group t a Sharpstown Plaza Houston TX<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $646,816.60<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $76,148.63<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12678 | Centro Properties Group t a Sun Plaza Walton Beach FL<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $166,882.82<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $20,701.57<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/29/2009 | 8490 | Centro Properties Group t a Venture Point Duluth GA<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $765,925.81<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $70,985.35<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12555 | Centro Properties Group ta Bakersfield Commons Bakersfield CA<br><br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $571,515.09<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $52,621.50<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12616 | Centro Properties Group ta Baybrook Gateway Webster TX<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $859,130.63<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $31,592.80<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12538 | Centro Properties Group ta Chamberlain Plaza Meriden CT<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $942,818.50<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $87,671.48<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/29/2009 | 8093 | Centro Properties Group ta Conyers Crossroads Conyers GA<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $1,038,874.38<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $71,516.04<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12528 | Centro Properties Group ta Dickson City Crossing Dickson City PA<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $787,812.02<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $26,609.38<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12639 | Centro Properties Group ta Esplanade Shopping Center Oxnard CA<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $1,630,226.15<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $92,504.88<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12628 | Centro Properties Group ta Freshwater Stateline Plaza Enfield CT<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $818,537.72<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $51,749.28<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12637 | Centro Properties Group ta Heritage Square Naperville IL<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $506,795.54<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $8,132.06<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12582 | Centro Properties Group ta Innes Market Salisbury NC<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $435,634.84<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $6,328.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12560 | Centro Properties Group ta Memphis Commons Memphis TN<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $1,065,758.10<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $141,758.08<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12531 | Centro Properties Group ta Midway Market Square Elyria OH<br><br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $961,746.36<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $74,346.36<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12638 | Centro Properties Group ta Montebello Plaza Montebello CA<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Markert St 51st Fl<br><br>Philadelphia, PA 215-864-8325 | $723,461.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $170,107.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12626 | Centro Properties Group ta Northridge Plaza Milwaukee WI<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $666,286.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $23,292.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12618 | Centro Properties Group ta Springbrook Plaza Clanton OH<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $468,959.03<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $52,669.55<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12558 | Centro Properties Group ta University Commons Greenville Greenville NC<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $495,679.77<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $33,271.07<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 12/12/2008 | 1604 | Centro Properties Group ta Valley Crossing Hickory NC<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $153,341.43<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $19,056.85<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12542 | Centro Properties Group ta Westminster City Center Westminster CO<br><br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $1,740,219.45<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $391,359.22<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 2/27/2009 | 11238 | CENTURY PLAZA DEVELOPMENT CORPORATION<br><br>John C Willsie Corporate Counsel<br>The Seeno Companies<br>4021 Port Chicago Hwy<br><br>Concord, CA 94520-0000 | $1,959,982.56<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $45,092.07<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/3/2009 | 11669 | CENTURY PLAZA DEVELOPMENT CORPORATION<br><br>John C Willsie Corporate Counsel<br>The Seeno Companies<br>4021 Port Chicago Hwy<br><br>Concord, CA 94520 | $1,959,982.56<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $45,092.07<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 5/13/2009 | 12981 | CGCMT 2006 C5 Glenway Avenue LLC<br><br>c o Mindy Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $788,641.85<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $57,129.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/27/2009 | 5955 | Chalek Company LLC<br><br>Kenneth R Blumer Esq<br>TroyGould PC<br>1801 Century Pk E Ste 1600<br><br>Los Angeles, CA 90067 | $275,135.60<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $44,787.84<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 11970 | Chambersburg Crossing LLP<br><br>Attn Neil E Herman<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br><br>New York, NY 10178 | $555,874.35<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $10,861.23<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/30/2009 | 13939 | Chandler Gateway Partners LLC<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br><br>Los Angeles, CA 90067 | $845,867.45<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $76,523.11<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/28/2009 | 6800 | CHAPEL HILLS WEST LLC<br><br>1902 W COLORADO AVE STE 110<br><br>COLORADO SPRINGS, CO 80904 | $605,944.84<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $19,409.76<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/12/2009 | 3258 | Charlotte Archdale UY LLC<br><br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br><br>Syracuse, NY 13204-1498 | $262,187.16<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 11969 | Chico Crossroads LP<br><br>Attn Neil E Herman<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br><br>New York, NY 10178 | $382,613.37<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $29,534.37<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |