Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | **:** Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:** (Jointly Administered) |
| | **:** |

## NOTICE OF LIQUIDATING TRUST'S FORTIETH
## OMNIBUS OBJECTION TO LANDLORD CLAIMS
## (REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION)

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Liquidating Trust's Fortieth Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as <u>Exhibit 1</u>.  By the Objection, the Liquidating Trust is seeking to expunge certain claims unless claimant demonstrates that it has met applicable mitigation requirements.  To the extent that claimant establishes that it has met its mitigation burden and shows that applicable mitigation occurred, the Objection seeks to reduce the claim to the thereby established amount taking into account mitigation and 11 U.S.C. § 502(b)(6).

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and

requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

      Specifically, the Objection seeks to reduce or disallow certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Reference Objection |
|-----|--------------|--------------|---------------------|

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION.  YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M. (EASTERN TIME) ON JUNE 26, 2012, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

**<u>Critical Information for Claimants</u>**
**<u>Choosing to File a Response to the Objection</u>**

      <u>Who Needs to File a Response</u>:  If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

      If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

      <u>Response Deadline</u>:  The Response Deadline is **4:00 p.m. (Eastern Time) on June 26, 2012 (the "Response Deadline")**.

      **THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

The status hearing on the Objection will be held at **2:00 p.m. (Eastern Time) on July 10, 2012 at:**

> United States Bankruptcy Court
> 701 East Broad Street – Courtroom 5000
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

### Procedures for Filing a Timely Response and<br>Information Regarding the Hearing on the Objection

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall, at a minimum, provide a statement as to whether the claimant has met applicable mitigation requirements, and the results, if any, of its mitigation efforts.  Your Response should also include the name, address, telephone number and facsimile number of the party with authority to discuss mitigation issues on the claimant's behalf.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy

Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

**<u>Additional Information</u>**

**<u>Requests for Information</u>**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kcclllc.net/circuitcity.

**<u>Reservation of Rights</u>**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.


Dated:     April 20, 2012

> */s/ Paula S. Beran*
> Lynn L. Tavenner (VA Bar No. 30083)
> Paula S. Beran (VA Bar No. 34679)
> TAVENNER & BERAN, PLC
> 20 North Eighth Street, 2nd Floor
> Richmond, Virginia  23219
> Telephone:  804-783-8300
> Facsimile:  804-783-0178
> Email:  ltavenner@tb-lawfirm.com
> pberan@tb-lawfirm.com
>
> -and-
>
> Jeffrey N. Pomerantz (admitted *pro hac vice*)
> Andrew W. Caine (admitted *pro hac vice*)
> PACHULSKI STANG ZIEHL & JONES LLP
> 10100 Santa Monica Blvd.
> 13th Floor
> Los Angeles, California  90067-4100
> Telephone: 805-123-4567
> Facsimile:  310/201-0760
> E-mail: jpomerantz@pszjlaw.com
> acaine@pszjlaw.com
>
> *Counsel for the Circuit City Stores, Inc.*
> *Liquidating Trust*

Exhibit 1

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**LIQUIDATING TRUST'S FORTIETH OMNIBUS OBJECTION TO
LANDLORD CLAIMS (REDUCTION OF
CERTAIN INVALID CLAIMS-MITIGATION)**

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through

Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the

Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated

Debtors and Debtors in Possession and its Official Committee of Creditors Holding

General Unsecured Claims (the "Plan") in the above-captioned cases, hereby files this

Fortieth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid

Claims-Mitigation) (the "Objection"), and hereby moves this court (the "Court"), pursuant

to sections 105, 502 and 503 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq.

(as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the

proposed form of which is attached hereto as Exhibit A, granting the relief sought by this

Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this Objection under 28

U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of

these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

The statutory and legal predicates for the relief requested herein are Bankruptcy Code

sections 105, 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.    On November 10, 2008 (the "Petition Date"), the debtors in the

above-captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

under chapter 11 of the Bankruptcy Code.

3.    On November 12, 2008, the Office of the United States Trustee for

the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").

4.    On November 12, 2008, the Court appointed Kurtzman Carson

Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these

chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.    On December 10, 2008, the Court entered that certain Order

Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002,

3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of

Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the

"Claims Bar Date Order").

6.    Pursuant to the Claims Bar Date Order, the deadline for filing all

"claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the

Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the

"General Bar Date").  The deadline for governmental units to file claims that arose before

November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar

Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner

of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date

Order (the "Claims Bar Date Notice").

7.    On December 17 and 19, 2008, KCC served a copy of the Claims

Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy

Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity

holders, and certain other parties (Docket No. 1314).  In addition, the Debtors published

the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The

Richmond Times-Dispatch (Docket No. 1394).

8.      On November 12, 2008, this Court entered that certain Order

Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims

Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and

Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No.

107)(the "503(b)(9) Bar Date Order").

9.      Pursuant to the 503(b)(9) Bar Date Order, this Court approved the

form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the

503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9)

Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim

asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy

Code was on December 19, 2008 (the "503(b)(9) Bar Date").

10.     On November 19, 2008, KCC served a copy of the 503(b)(9) Bar

Date Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the

Debtors published the 503(b)(9) Bar Date Notice in The New York Times (Docket No.

549), The Wall Street Journal (Docket No. 548), and The Richmond Times-Dispatch

(Docket No. 547).

11.     On January 16, 2009, the Court authorized the Debtors, among other

things, to conduct going out of business sales at the Debtors' remaining 567 stores

pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a

joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going

out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.

As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had

been completed.

       12.     On April 1, 2009, this Court entered an Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of Notice of Omnibus

Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

       13.     On May 15, 2009, the Court entered that certain Order Pursuant to

Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Administrative Bar Date and Procedures For Filing and Objecting To Administrative

Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No.

3354) (the "First Administrative Claims Bar Date Order").

       14.     Pursuant to the First Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests (as defined in the First

Administrative Claims Bar Date Order) incurred in the period between November 10, 2008

and April 30, 2009 was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant to the First

Administrative Claims Bar Date Order, this Court approved the form and manner of the

claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar

Date Order (the "Claims Bar Date Notice").

       15.     On or before May 22, 2009, KCC served a copy of the

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609).  In

addition, the Debtors published the Administrative Claims Bar Date Notice in The

Financial Times (Docket No. 3970), The Richmond Times-Dispatch (Docket No. 3969)

and The Wall Street Journal (Docket No. 3968).

16.     On February 18, 2010, the Court entered that certain Order Pursuant

to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Second Administrative Bar Date and Procedures For Filing and Objecting To

Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof

(Docket No. 6555) (the "Second Administrative Claims Bar Date Order").

17.     Pursuant to the Second Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests for the period May 1, 2009

through December 31, 2009 (as defined in the Administrative Claims Bar Date Order) was

5:00 p.m. (Pacific) on March 31, 2010.  Pursuant to the Second Administrative Claims Bar

Date Order, this Court approved the form and manner of the claims bar date notice, which

was attached as Exhibit A to the Second Administrative Claims Bar Date Order (the

"Claims Bar Date Notice").

18.     On or before February 25, 2010, KCC served a copy of the Second

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket No. 6705).  Supplemental

service of the Second Administrative Bar Date Notice was provided by overnight mail to

one party, Brockton Superior Court, on March 26, 2010 (Docket Nos. 7089 and 7535).  In

addition, the Debtors published the Administrative Claims Bar Date Notice in The

Financial Times (Docket No. 6719), The Richmond Times-Dispatch (Docket No. 6717)

DOCS_LA:253357.1 12304-003

and The Wall Street Journal (Docket No. 6718).

19.     On August 9, 2010, the Debtors and the Creditors' Committee filed

the Plan, which provides for the liquidation of the Debtors' assets and distribution of the

proceeds thereof under chapter 11 of the Bankruptcy Code.

20.     On September 10, 2010, the United States Bankruptcy Court,

Eastern District of Virginia, signed an Order confirming the Plan.

21.     The Plan became effective on November 1, 2010 (the "Effective

Date"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the

Liquidation Trust assumed the right and responsibility to liquidate the Debtors' remaining

assets and distribute the proceeds to creditors, including the prosecution of Causes of

Action and objections to claims.

## OBJECTIONS TO CLAIMS

22.     By this Objection, the Liquidating Trust seeks entry of an order, in

substantially the form attached hereto as Exhibit A, pursuant to Bankruptcy Code sections

105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1,

(i) reducing or disallowing each of the claims identified on Exhibit B attached hereto

(collectively, the "Claims") for the reasons set forth below.

23.     For ease of reference, Exhibit B contains an alphabetical listing of

all claimants whose Claims are included in this Objection (the "Claimants"), with a cross-

reference by claim number.

## A.     Reduction of Certain Invalid Claims

24.     The basis for reduction or disallowance of the claims listed on

Exhibit B attached hereto (the "Invalid Claims") is that all of the Invalid Claims assert, in

7

part, amounts for which the Debtors are not liable unless the claimant at issue has met its

applicable mitigation burden.  Moreover, to the extent that a claimant establishes that it has

met its mitigation burden and that applicable mitigation occurred, the Objection seeks to

reduce the Claim to the thereby established amount taking into account mitigation, 11

U.S.C. §  502(b)(6) and any additional objections asserted with respect to the Claim.

25.     Accordingly, the Liquidating Trust requests that the Partially Invalid

Claims identified on Exhibit B be reduced or disallowed in the manner stated in Exhibit B

for the reasons stated therein.,

26.     As set forth in the Notice accompanying this Objection, in order to

facilitate a speedy and non-judicial resolution of a Claim subject to this Objection, any

claimant filing a response shall, at a minimum, provide a statement as to whether the

claimant has met applicable mitigation requirements, and the results, if any, of its

mitigation efforts.

## RESERVATION OF RIGHTS

27.     At this time, the Liquidating Trust has not completed its review of

the validity of all claims/expenses filed against the Debtors' estates, and reserves the right

to further object to any and all claims, whether or not the subject of this Objection, for

allowance and/or distribution purposes, and on any other grounds, including the right to

modify, supplement and/or amend this Objection as it pertains to any of the Claims

objected to herein.

## NOTICE AND PROCEDURE

28.     Notice of this Objection has been provided to all Claimants with

Claims that are the subject to this Objection as identified on Exhibit B, and to parties-in-

8

interest in accordance with the Court's Supplemental Order Pursuant to Bankruptcy Code

Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules

2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative

Procedures (entered on December 30, 2009 at Docket No. 6208) (the "Case Management

Order").  The Liquidating Trust submits that the following methods of service upon the

Claimants should be deemed by the Court to constitute due and sufficient service of this

Objection: (a) service in accordance with Federal Rule of Bankruptcy Procedure 7004 and

the applicable provisions of Federal Rule of Civil Procedure 4; (b) to the extent counsel for

a Claimant is not known to the Liquidating Trust, by first class mail, postage prepaid, on

the signatory of the Claimant's proof of claim form or other representative identified in the

proof of claim form or any attachment thereto; or (c) by first class mail, postage prepaid,

on any counsel that has appeared on the Claimant's behalf in the Debtors' bankruptcy

cases.  The Liquidating Trust is serving the Claimant with this Objection and the exhibit on

which the Claimant's claim is listed.

        29.      To the extent any Claimant timely files and properly serves a

response to this Objection by **4:00 P.M. (Eastern) on June 26, 2012** as required by the

Case Management Order and under applicable law, and the parties are unable to otherwise

resolve the Objection, the Liquidating Trust requests that the Court conduct a status

conference[2] with respect to any such responding claimant at **2:00 P.M. (Eastern) on July**

**10, 2012** and thereafter schedule the matter for a future hearing as to the merits of such

claim.  However, to the extent any Claimant fails to timely file and properly serve a

9

response to this Objection as required by the Case Management Order and applicable law, the Liquidating Trust requests that the Court enter an order, substantially in the form attached hereto as Exhibit A, reducing or disallowing the Invalid Claims set forth on Exhibit B and attached hereto.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
## THE OMNIBUS OBJECTION PROCEDURES ORDER

30.    This Objection complies with Bankruptcy Rule 3007(e). Additionally, the Liquidating Trust submits that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

31.    Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Liquidating Trust requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

32.    No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

---

*(cont'd from previous page)*
[2] In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the Objection do not need to appear at the status conference.

DOCS_LA:253357.1  12304-003

Dated: Richmond, Virginia
   April 20, 2012

TAVENNER & BERAN, PLC


_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## EXHIBIT A

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER REGARDING LIQUIDATING TRUST'S FORTIETH
OMNIBUS OBJECTION TO LANDLORD CLAIMS
(REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Fortieth Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation), (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit B  attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED.

2.      The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced and/or disallowed for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3.      The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

4.      The Liquidating Trust shall serve a copy of this Order on the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

claimants included on the exhibits to this Order on or before five (5) business days from

the entry of this Order.

       5.     This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.

Dated: Richmond, Virginia
      _____, 2012


      _____
      HONORABLE KEVIN R. HUENNEKENS
      UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                              - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                              - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Lynn L. Tavenner_____
Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
EXHIBIT B

REDUCTION OF CERTAIN INVALID CLAIMS

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 8990 | Chino South Retail PG LLC<br><br>c o William A Trey Wood III<br>Bracewell & Giuliani LLP<br>711 Louisiana St Ste 2300<br><br>Houston, TX 77002 | $225,979.07<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 8070 | Circsan Limited Partnership<br><br>Attn Allen P Lev<br>c o Kin Properties Inc<br>185 NW Spanish River Blvd Ste 100<br><br>Boca Raton, FL 33431-4230 | Unliquidated, but not less than<br>$779,136.94<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $72,186.89<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 12/7/2010 | 15168 | Circsan Limited Partnership<br><br>Allen P Lev Esq<br>Kin Properties Inc<br>185 NW Spanish River Blvd Ste 100<br><br>Boca Raton, FL 33431-4230 | $884,217.85<br><br>General Unsecured | Circuit City Stores, Inc. | $94,686.15<br><br>General Unsecured | Circuit City Stores, Inc. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/21/2009 | 5027 | Circuit IL Corp<br><br>Sigmond Sommer Properties<br>279 Birchwood Park Dr<br><br>Jericho, NY 11753-2306 | Unliquidated, but not less than<br>$433,839.27<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $9,815.27<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 8/13/2009 | 14548 | Circuit Investors Fairfield Limited Partnership<br><br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br><br>New Haven, CT 06511 | $725,339.33<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $113,956.11<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 12165 | Circuit Investors No 2 Ltd A Texas Partnership<br><br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br><br>New Haven, CT 06511 | $249,780.49<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $603.03<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 8587 | Circuit Investors No 2 Ltd A Texas Partnership<br><br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br><br>New Haven, CT 06511 | $313,911.68<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $28,167.10<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9038 | Circuit Investors No 2 Ltd A Texas Partnership<br><br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br><br>New Haven, CT 06511 | $421,715.82<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $36,052.91<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 9037 | Circuit Investors No 2 Ltd A Texas Partnership<br><br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br><br>New Haven, CT 06511 | $386,652.66<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $8,319.90<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9036 | Circuit Investors No 2 Ltd A Texas Partnership<br><br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br><br>New Haven, CT 06511 | $666,999.14<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $115,803.14<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 12164 | Circuit Investors No 3 Ltd A Virginia Partnership<br><br>c o Nicolas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br><br>New Haven, CT 06511 | $370,032.33<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $8,190.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 8163 | Circuit Investors No 4 Thousand Oaks Limited Partnership<br><br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br><br>New Haven, CT 06511 | $709,187.54<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $80,377.63<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/28/2009 | 7155 | Circuit Investors Vernon Hills Limited Partnership<br><br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br><br>New Haven, CT 06511 | $676,015.71<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $103,924.58<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/23/2009 | 12338 | Circuit Investors Yorktown Limited Partnership<br><br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br><br>New Haven, CT 06511 | $848,071.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $106,526.58<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/21/2009 | 12318 | Circuit PA Corp<br><br>Sigmond Sommer Properties<br>Attn ronald Dictrow<br>279 Birchwood Park Dr<br><br>Jericho, NY 11753-2306 | $612,522.66<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $15,786.66<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/17/2009 | 13411 | Circuit Sports LP<br><br>Melissa A Haselden<br>Weycer Kaplan Pulaski & Zuber PC<br>11 Greenway Plz Ste 1400<br><br>Houston, TX 77046 | $328,802.13<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $46,614.74<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/28/2009 | 7118 | Circuitville LLC<br><br>Attn Douglas Gross<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave 9th Fl<br><br>New York, NY 10036 | $399,774.97<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $9,750.61<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/16/2009 | 5631 | CITY VIEW CENTER, LLC<br><br>C/O KEST PROPERTY MANAGEMENT G<br>6001 LANDERHAVEN DR STE D<br><br>CLEVELAND, OH 44124 | $1,306,890.48<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 8151 | CK Richmond Business Services No 2 Limited Liability Company<br><br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>545 Long Wharf Dr 9th Fl<br><br>New Haven, CT 06511 | $170,799.69<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $8,861.69<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/7/2009 | 12140 | Cleveland Towne Center LLC<br><br>Attn Nicholas W Whittenburg<br>Miller & Martin PLLC<br>832 Georgia Ave Ste 1000<br><br>Chattanooga, TN 37402 | $496,675.53<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 5/31/2011 | 15243 | CLF Trust<br><br>Joshua Azinger<br>c o Midland Loan Services<br>10851 Mastin Ste 3000<br><br>Overland Park, KS 66210 | $691,477.60<br><br>General Unsecured | Circuit City Stores, Inc. | $9,259.00<br><br>General Unsecured | Circuit City Stores, Inc. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 5/31/2011 | 15245 | CLF Trust<br><br>Joshua Azinger<br>c o Midland Loan Services<br>10851 Mastin Ste 3000<br><br>Overland Park, KS 66210 | $470,903.91<br><br>General Unsecured | Circuit City Stores, Inc. | $13,114.39<br><br>General Unsecured | Circuit City Stores, Inc. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/21/2009 | 5002 | CMAT 1999 C1 Grand River Avenue LLC<br><br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $1,046,008.75<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $43,150.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/21/2009 | 5005 | CMAT 1999 C1 Kelly Road LLC<br><br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $1,187,983.93<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $51,780.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 3/30/2009 | 12078 | CMAT 1999 C2 Bustleton Avenue Limited Partnership<br><br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $1,443,520.29<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $67,122.22<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/21/2009 | 4991 | CMAT 1999 C2 Emporium Drive LLC<br><br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $750,052.84<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $31,643.33<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 12167 | CMAT 1999 C2 Idle Hour Road LLC<br><br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $488,508.27<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $35,988.27<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 12077 | CMAT 1999 C2 Lawence Road LLC<br><br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $713,959.87<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $28,766.67<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/21/2009 | 4994 | CMAT 1999 C2 Moller Road LLC<br><br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $1,029,584.71<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $43,150.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 11958 | CMAT 1999 C2 Ridgeland Retail LLC<br><br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $1,139,111.72<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $47,944.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/2/2009 | 12114 | Cobb Corners II Limited Partnership<br><br>c o Amy Pritchard Williams Esq<br>K & L Gates LLP<br>214 N Tryon St<br>Hearst Tower 47th Fl<br>Charlotte, NC 28202 | $303,529.82<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $19,367.10<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 7593 | COLDWATER DEVELOPMENT CO LLC<br><br>10689 N PENNSYLVANIA ST<br><br>INDIANAPOLIS, IN 46280 | $353,013.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/14/2009 | 12271 | Cole CC Aurora CO LLC<br><br>Jeffrey T Wegner Esq<br>Kutak Rock LLP<br>1650 Farnam St<br><br>Omaha, NE 68102 | $810,952.45<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/14/2009 | 12272 | Cole CC Groveland FL LLC<br><br>Jeffrey T Wegner Esq<br>Kutak Rock LLP<br>1650 Farnam St<br><br>Omaha, NE 68102 | $3,985,799.80<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9678 | Cole CC Kennesaw GA LLC<br><br>Jeffrey T Wegner Esq<br>Kutak Rock LLP<br>1650 Farnam St<br><br>Omaha, NE 68102 | $3,639,487.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/14/2009 | 12178 | Cole CC Mesquite TX LLC<br><br>Jeffrey T Wegner Esq<br>Kutak Rock LLP<br>1650 Farnam St<br><br>Omaha, NE 68102 | $848,214.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/14/2009 | 12270 | Cole CC Taunton MA LLC<br><br>Jeffrey T Wegner Esq<br>Kutak Rock LLP<br>1650 Farnam St<br><br>Omaha, NE 68102 | $1,168,826.70<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12468 | Colonial Square Associates<br><br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | $1,517,857.89<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $456,405.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 5/12/2009 | 12993 | Colony Place Plaza LLC<br><br>c o Karen Lee Turner Esq<br>Eckert Seamans Cherin & Mellott LLC<br>50 S 16th St 22nd Fl<br><br>Philadelphia, PA 19102 | $652,890.59<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $70,645.91<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/9/2009 | 3252 | CONDAN ENTERPRISES LLC<br><br>PAUL BREGMAN<br>255 EXECUTIVE DR STE 302<br><br><br>PLAINVIEW, NY 11803 | $1,340,794.53<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $29,756.40<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 6/15/2009 | 13364 | Continental 64 Fund LLC<br><br>W134 N8675 Executive Pkwy<br><br>Menomonee Falls, WI 53051 | $1,525,641.07<br>General Unsecured | CIRCUIT CITY STORES, INC. | $105,651.07<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 5/19/2010 | 15035 | Contrarian Funds LLC<br><br>Attn Alisa Mumola<br>411 W Putnam Ave Ste 425<br><br>Greenwich, CT 06830 | $581,472.44<br>General Unsecured | CIRCUIT CITY STORES, INC. | $24,502.88<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/28/2009 | 6616 | Cosmo Eastgate Ltd<br><br>Attn David M Neumann<br>Benesch Friedlander Coplan & Aronoff LLP<br>200 Public Sq Ste 2300<br><br>Cleveland, OH 44114-2378 | $1,057,300.80<br>General Unsecured | CIRCUIT CITY STORES, INC. | $108,387.20<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/22/2009 | 12337 | Cottonwood Corners Phase V LLC<br><br>c o Sheila deLa Cruz Esq<br>Hirschler Fleisher PC<br>PO Box 500<br><br>Richmond, VA 23218-0500 | $892,465.98<br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $42,521.08<br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12549 | Cottonwood Corners Phase V LLC<br><br>c o Sheila deLa Cruz Esq<br>Hirschler Fleisher PC<br>PO Box 500<br><br>Richmond, VA 23218-0500 | $892,465.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $42,521.08<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 9525 | Cousins Properties Incorporated North Point Store No 3107<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Pk E 26th Fl<br><br>Los Angeles, CA 90067 | $502,549.93<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $60,940.69<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9641 | CP NORD DU LAC JV LLC<br><br>C O HEATHER A LEE<br>BURR & FORMAN LLP<br>420 N 20TH ST STE 3400<br><br>BIRMINGHAM, AL 35203 | $974,851.79<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 2/20/2009 | 11517 | Craig Clarksville Tennessee LLC<br><br>James S Craig<br>Craig Realty Company LLC<br>5890 Kalamazoo Ave SE<br><br>Grand Rapids, MI 49508 | $286,749.96<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 5/18/2009 | 13020 | Crossgatets Commons NewCo LLC<br><br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br><br>Syracuse, NY 13204-1498 | Unliquidated, but not less than<br><br>$1,827,361.40<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $22,532.08<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12496 | Crossroads Associates LTD<br><br>c o Heather D Dawson Esq<br>Kitchens Kelley Gaynes PC<br>3495 Piedmont Rd NE<br>Bldg 11 Ste 900<br>Atlanta , GA 30305 | $744,530.69<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $98,753.45<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/31/2009 | 11982 | Crossways Financial Associates LLC<br><br>Paul K Campsen Esq<br>Kaufman & Canoles<br>150 W Main St Ste 2100<br><br>Norfolk, VA 23510 | $683,690.71<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $5,741.50<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/27/2009 | 12030 | Crossways Financial Associates LLC<br><br>Paul K Campsen Esq<br>Kaufman & Canoles<br>150 W Main St Ste 2100<br><br>Norfolk, VA 23510 | $683,690.71<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $5,741.50<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/23/2009 | 12356 | Crown CCI LLC<br><br>Paul S Bliley Jr Esq<br>Williams Mullen<br>PO Box 1320<br><br>Richmond, VA 23218-1320 | $1,864,939.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/25/2009 | 11944 | CT Retail Properties Finance V LLC<br><br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br><br>New York, NY 10178 | $735,996.31<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $38,736.70<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 5/31/2011 | 15244 | CTL Trust<br><br>Kristin Bonczyski<br>c o Midland Loan Services<br>10851 Mastin Ste 300<br><br>Overland Park, KS 66210 | $769,799.96<br><br>General Unsecured | Circuit City Stores, Inc. | $11,043.88<br><br>General Unsecured | Circuit City Stores, Inc. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/28/2009 | 7233 | CW Capital Asset Management LLC as Special Servicer on Behalf of Wells Fargo Bank NA<br>Brent Procida<br>Venable LLP<br>750 E Pratt St Ste 900<br><br>Baltimore, MD 21202 | $720,154.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $12,036.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12631 | CW Investors 1997 12 By Its Receiver CW Capital Asset Management LLC as Special Servicer for Bank of America NA Trustee for Nomura Asset Securities Corpo c o David L Pollack Ballard Spahr Andrews & Ingersoll LLp 1735 Market St 51st Fl Philadelphia, PA 19103 | $1,059,522.65 General Unsecured | CIRCUIT CITY STORES, INC. | $83,476.79 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12832 | CWCapital Asset Management LLC as Special Servicer for Bank of America N A Demetrios Morakis Capmark Finance Inc 7501 Wisconsin Ave Ste 500W Bethesda, MD 20814 | $794,308.99 General Unsecured | CIRCUIT CITY STORES, INC. | $60,614.48 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12846 | CWCapital Asset Management LLC as Special Servicer for Bank of America N A Demetrios Morakis Capmark Finance Inc 7501 Wisconsin Ave Ste 500W Bethesda, MD 20814 | $819,066.00 General Unsecured | CIRCUIT CITY STORES, INC. | $55,721.39 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12728 | CWCapital Asset Management LLC as Special Servicer for Bank of America N A CWCapital Asset Management LLC c o Michael J McGregor Capmark Finance Inc 7501 Wisconsin Ave Ste 500W Bethesda, MD 20814-6581 | $645,203.96 General Unsecured | CIRCUIT CITY STORES, INC. | $44,062.11 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/23/2009 | 12348 | Daly City Partners I LP<br><br>SPI Holdings LLC<br>88 Kearny St Ste 1818<br><br>San Francisco, CA 94108-5523 | $501,982.87<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $31,474.63<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 2/24/2009 | 11573 | Daniel G Kamin Flint LLC<br><br>Kamin Realty Company<br>490 S Highland Ave<br><br>Pittsburgh, PA 15206 | $953,700.09<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $103,147.59<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/18/2010 | 14868 | Dartmouth Marketplace Associates<br><br>Lawrence M Gold<br>Carlton Fields PA<br>1201 W Peachtree Ste 3000<br><br>Atlanta, GA 30309 | Unliquidated, but not less than<br>$636,909.21<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $150,669.82<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12683 | Dartmouth Marketplace Associates<br><br>Attn Bobbie Cesterino<br>c o Pegasus Landing Associates<br>1800 Lake Park Dr Ste 103<br><br>Smyrna, GA 30080 | Unliquidated, but not less than<br>$579,655.84<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $93,416.45<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 11/7/2011 | 15259 | Dartmouth Marketplace Associates<br><br>Attn Bobbie Cesterino<br>c o Pegasus Landing Associates<br>1800 Lake Park Dr Ste 103<br><br>Smyrna, GA 30080 | $639,159.23<br><br>General Unsecured | Circuit City Stores, Inc. | $153,039.95<br><br>General Unsecured | Circuit City Stores, Inc. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 5/1/2009 | 12777 | DECATUR PLAZA I LLC<br><br>C O LNR PARTNERS LLC<br>1601 WASHINGTON AVE STE 700<br><br>MIAMI BEACH, FL 33139 | $801,161.28<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/28/2009 | 12576 | Dentici Family Limited Partnership<br><br>c o United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br><br>Incline Village, NV 89451 | $656,039.81<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12419 | DEV Limited Partnership<br><br>c o William A Gray Esq<br>Sands Anderson Marks & Miller PC<br>PO Box 1998<br><br>Richmond, VA 23218-1998 | $309,992.38<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $32,008.66<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12694 | DIAMOND SQUARE LLC<br><br>900 S SAN GABRIEL BLVD NO 100<br><br>SAN GABRIEL, CA 91776-2763 | $1,118,265.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 8936 | Dicks Sporting Goods Inc<br><br>Attn Jay Blount<br>345 Court St<br><br>Coraopolis, PA 15108 | $3,064,868.52<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $290,682.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 5/27/2009 | 13076 | DMARC 2006 CD2 Davidson Place, LLC<br><br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $855,376.86<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12417 | DMARC 2006 CD2 Poughkeepsie LLC<br><br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $1,173,702.79<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $53,764.11<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/29/2009 | 7768 | DMC Properties Inc<br><br>Frank Dixon<br>415 Minuet Lane<br>Suite F<br><br>Charlotte, NC 28217 | $432,093.80<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9102 | Dollar Tree Stores Inc<br><br>Attn Scott R Kipnis<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave<br><br>New York, NY 10036-5101 | $17,138,303.88<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $13,650.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 5/6/2009 | 12859 | Donahue Schriber Realty Group LP<br><br>Attn Nancy Hotchkiss<br>c o Trainor Fairbrook<br>980 Fulton Ave<br><br>Sacramento, CA 95825 | $618,611.47<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $17,458.55<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/30/2009 | 14061 | Dowel Allentown LLC<br><br>Eric S Kassoff<br>Wilkes Artis<br>1150 18th St NW Ste 400<br><br>Washington, DC 20036 | $605,774.23<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $13,147.12<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12647 | Drexel Delaware Trust c o Midland Loan Services Inc a Delaware Corporation<br><br>Midland Loan Services Inc<br>c o JP Morgan Chase Lockbox 974754<br>PNC Bank Lockbox<br>14800 Frye Rd TX1 0006<br>Fort Worth, TX 76155 | Unliquidated, but not less than<br>$719,462.07<br>General Unsecured | CIRCUIT CITY STORES, INC. | $15,633.94<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12422 | DURHAM WESTGATE PLAZA INVESTORS, LLC<br><br>ATTN SIMONE SPIEGAL<br>C/O SAMCO PROPERTIES  INC<br>455 FAIRWAY DR  SUITE 301<br><br>DEERFIELD BEACH, FL 33441 | $390,128.70<br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12769 | Eagleridge Associates<br><br>c o Ian S Landsberg<br>Landsberg Marguiles LLP<br>16030 Ventura Blvd Ste 470<br><br>Encino, CA 91436 | $252,372.13<br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $20,380.81<br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12825 | Eagleridge Associates<br><br>c o Ian S Landsberg<br>Landsberg Marguiles LLP<br>16030 Ventura Blvd Ste 470<br><br>Encino, CA 91436 | $252,372.13<br>General Unsecured | CIRCUIT CITY STORES, INC. | $20,380.81<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/28/2009 | 12570 | EastChase Market Center LLC<br><br>Eric T Ray<br>Balch & Bingham LLP<br>1901 Sixth Ave N Ste 1500<br><br>Birmingham, AL 35203 | $674,375.83<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 12158 | Eastland Shopping Center LLC<br><br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br><br>New Haven, CT 06511 | $1,145,256.43<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $48,558.41<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12687 | EEL MCKEE LLC<br><br>ATTN GARY M KAPLAN<br>FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY ST 17TH FL<br><br>SAN FRANCISCO, CA 94104 | $1,146,835.36<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $197,000.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12849 | EEL MCKEE LLC<br><br>ATTN GARY M KAPLAN<br>FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY ST 17TH FL<br><br>SAN FRANCISCO, CA 94104 | Unliquidated, but not less than<br>$1,146,835.36<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $197,000.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/20/2009 | 4251 | EklecCo NewCo LLC<br><br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br><br>Syracuse, NY 13204-1498 | Unliquidated, but not less than<br>$1,930,475.63<br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12648 | Encinitas PFA LLC<br><br>Amy Pritchard Williams Esq<br>K&L Gates LLP<br>Hearst Tower 47th Fl<br>214 N Tryon St<br>Charlotte, NC 28202 | $756,639.88<br>General Unsecured | CIRCUIT CITY STORES, INC. | $12,698.82<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12719 | Estate of Juda Nadler Regina Nadler Jacob Kasirer Rose Kasirer Michael Peters<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park East 26th Fl<br><br>Los Angeles, CA 90067 | $270,221.82<br>General Unsecured | CIRCUIT CITY STORES, INC. | $36,220.32<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 8143 | Evergreen Plaza Associates I LP<br><br>John L Senica Esq<br>Miller Canfield Paddock and Stone PC<br>225 W Washington St Ste 2600<br><br>Chicago, IL 60606 | $630,144.13<br>General Unsecured | CIRCUIT CITY STORES, INC. | $15,723.13<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12810 | Fairway Centre Associates LP<br><br>Attn Craig Cheney<br>c o Trammell Crow Company<br>2800 Post Oak Blvd Ste 2300<br><br>Houston, TX 77056 | $753,016.05<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $12,628.19<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12816 | FC Richmond Associates LP<br><br>Attn Rachel M Harari Esq<br>Forest City Ratner Companies LLC<br>1 Metrotech Center N<br><br>Brooklyn, NY 11201 | Unliquidated, but not less than<br>$1,631,755.13<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $162,757.73<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12802 | FC Treeco Columbia Park LLC<br><br>Attn Rachel M Harari Esq<br>Forest City Ratner Companies LLC<br>1 Metrotech Center N<br><br>Brooklyn, NY 11201 | Unliquidated, but not less than<br>$1,311,895.73<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $108,103.73<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12817 | FC Woodbridge Crossing LLC<br><br>Attn Rachel M Harari Esq<br>Forest City Ratner Companies LLC<br>1 Metrotech Center N<br><br>Brooklyn, NY 11201 | Unliquidated, but not less than<br>$1,237,616.67<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $105,380.07<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12545 | Federal Realty Investment Trust ta Quince Orchard Shopping Center Gaithersburg MD<br><br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $673,359.48<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $55,330.94<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/2/2009 | 12085 | Federal Realty Investment Trust ta Troy Hills Shopping Center Parsippany NJ<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103-7599 | $1,415,022.15<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $119,558.07<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/18/2009 | 13441 | First Berkshire Properties LLC<br><br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | $1,583,505.36<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $34,690.91<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/20/2009 | 4177 | FLINTLOCK NORTHRIDGE LLC<br><br>C/O BLOCK & CO INC REALTORS<br>605 W 47TH ST STE 200<br><br>KANSAS CITY, MO 64112 | $611,741.47<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $41,331.85<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 3/26/2009 | 12033 | Forest City Commercial Management Inc<br><br>Agent for Stapleton North Town LLC<br>50 Public Sq Ste 1360<br><br>Cleveland, OH 44113 | $1,077,768.57<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $186,427.31<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/26/2009 | 11967 | Forest City Commercial Management Inc<br><br>Agent for Laburnum Investment LLC<br>50 Public Sq Ste 1360<br><br>Cleveland, OH 44113 | $629,627.85<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $10,437.68<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/26/2009 | 11964 | Forest City Commercial Management Inc<br><br>Agent for FC Janes Park LLC<br>50 Public Sq Ste 1360<br><br>Cleveland, OH 44113 | $1,010,276.40<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $147,821.95<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12796 | FW CA Brea Marketplace LLC<br><br>Attn James S Carr Esq & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br><br>New York, NY 10178 | $988,654.44<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $124,869.73<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/26/2009 | 6064 | G&S LIVINGSTON REALTY INC<br><br>211 E 43RD ST<br><br>NEW YORK, NY 10017 | $1,277,820.02<br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/28/2009 | 12456 | GA Lakewood LLC<br><br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103 | $730,811.33<br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/28/2009 | 12425 | GA Montgomeryville LLC<br><br>Lauren Lonergan Taylor Esq and Matthew<br>Duane Morris LLP<br>30 S 17th St<br><br>Philadelphia, PA 19103 | $694,618.05<br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9190 | Galleria Alpha Plaza Ltd<br><br>2001 Preston Rd<br><br>Plano, TX 75093 | $2,482,536.52<br>General Unsecured | CIRCUIT CITY STORES, INC. | $421,849.21<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/24/2009 | 12371 | GB Evansville Developers LLC<br><br>Whitney L Mosby Esq<br>Bingham McHale LLP<br>10 W Market St Ste 2700<br><br>Indianapolis , IN 46204 | $652,614.57<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/1/2009 | 12102 | GC Acquisition Corp<br><br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius<br>101 Park Ave<br><br>New York, NY 10178 | $805,386.79<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $31,101.34<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 8/2/2011 | 15253 | GCCFC 2007 GG9 Abercorn Street Limited Partnership<br><br>5900 N Andrews Ave Ste 625<br><br>Fort Lauderdale, FL 33309 | $1,448,786.93<br><br>General Unsecured | Circuit City Stores, Inc. | $76,590.37<br><br>General Unsecured | Circuit City Stores, Inc. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 8667 | GECMC 2005 C2 Eastex Fwy LLC<br><br>c o LNR Partners Inc<br>1601 Washington Ave Ste 700<br><br>Miami Beach, FL 33139 | $538,376.97<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $10,568.16<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/14/2009 | 12186 | GECMC 2005 C2 Hickory Hollow LLC<br><br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $454,918.83<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $64,793.72<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/14/2009 | 12179 | GECMC 2005 C2 Mall Road LLC<br><br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $305,509.43<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $6,232.45<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/14/2009 | 12267 | GECMC 2005 C2 Mall Road LLC<br><br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $237,942.08<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $33,900.08<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/14/2009 | 12190 | GECMC 2005 C2 Parent LLC<br><br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $323,963.69<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $50,530.17<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/14/2009 | 12180 | GECMC 2005 C2 South Lindbergh LLC<br><br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br><br>Miami, FL 33131 | $336,189.53<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $49,991.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12411 | Geenen DeKock Properties LLC<br><br>David M Blau Esq<br>Kupelian Ormond & Magy PC<br>25800 Northwestern Hwy Ste 950<br><br>Southfield, MI 48075 | $371,228.22<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $6,570.41<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/27/2009 | 12537 | Generation H One and Two Limited Partnership<br><br>3509 S Mason St<br><br>Fort Collins, CO 80525-2685 | $858,981.93<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $108,265.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 13017 | Giant Eagle Inc<br><br>c o Darlene M Nowak Esq<br>Marcus & Shapira LLP<br>35th Fl 1 Oxford Ctr<br><br>Pittsburgh, PA 15219 | $806,548.32<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $153,275.91<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/24/2009 | 12387 | Glenmoor Limited Partnership<br><br>c o Kevin L Sink<br>PO Box 18237<br><br>Raleigh, NC 27619 | $694,055.61<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $59,031.68<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/14/2009 | 12266 | Gould Livermore LLC<br><br>Michelle McMahon Esq<br>1290 Avenue of the Americas<br><br>New York, NY 10104 | $4,786,579.30<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $355,737.58<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/29/2009 | 14427 | Gravois Bluffs III LLC<br><br>John E Hilton<br>Carmody MacDonald PC<br>120 S Central Ste 1800<br><br>Clayton, MO 63105 | $1,067,284.22<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $73,908.76<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9509 | Greater Orlando Aviation Authority<br><br>Attn Jacki Churchill CFO<br>Orlando International Airport<br>1 Airport Blvd<br><br>Orlando, FL 32827 | $183,479.65<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 5/1/2009 | 12622 | GREECE RIDGE LLC<br><br>c o THOMAS W DANIELS ESQ<br>WILMORITE MANAGEMENT GROUP LLC<br>1265 SCOTTSVILLE RD<br><br>ROCHESTER , NY 14624 | $476,551.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/25/2009 | 11946 | Greeley Shopping Center LLC<br><br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br><br>New York, NY 10178 | $453,988.67<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $59,077.94<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12492 | GREEN 521 5TH AVENUE LLC<br><br>ATTN NEIL KESSNER<br>C O SL GREEN REALTY CORP<br>420 LEXINGTON AVE 18TH FLOOR<br><br>NEW YORK, NY 10170 | $9,079,738.86<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $141,848.11<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12701 | GREEN ACRES MALL LLC<br><br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 ROUTE 4 E<br><br>PARAMUS, NJ 07652 | $3,162,363.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $560,736.80<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 6/30/2009 | 13941 | Green Tree Mall Associates<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br><br>Los Angeles, CA 90067 | $336,959.01<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $23,628.41<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/15/2009 | 13378 | Greenback Associates<br><br>Attn Nancy Hotchkiss<br>Trainor Fairbrook<br>980 Fulton Ave<br><br>Sacramento, CA 95825 | $737,801.12<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $63,264.08<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/22/2009 | 12332 | Greenwood Point LP<br><br>Attn Ingrid C Meador<br>c o The Broadbent Company<br>117 E Washington St Ste 300<br><br>Indianapolis, IN 46204 | $842,836.69<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $38,284.62<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12759 | Gri Eqy Sparkleberry Square LLC<br><br>ATTN BRIANNA HAGGARD<br>1600 NE MIAMI GARDENS DR<br><br><br>NORTH MIAMI BEACH, FL 33179 | $570,931.90<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $64,864.62<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 9/24/2009 | 14658 | H & R REIT US Holdings Inc<br><br>c o Michael S Held<br>Hunton & Williams LLP<br>1445 Ross Ave Ste 3700<br><br>Dallas, TX 75202-2799 | Unliquidated, but not less than $3,287,203.53<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $106,220.85<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/23/2009 | 12040 | HALLAIAN BROTHERS<br><br>Michael L Wilhelm<br>Walter Wilhelm Law Group<br>8305 N FRESNO ST STE 410<br><br>Fresno, CA 93720-1563 | $599,087.68<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $14,459.52<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9478 | Hamilton Chase Santa Maria LLC<br><br>Stefani Batastini Asst  to Chris Larson<br>828 Ballard Canyon Rd<br><br>Solving, CA 93463 | $569,616.09<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $53,282.35<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12462 | Hart Kings Crossing LLC<br><br>Attn Thomas H Dye<br>PO Box 2255<br><br>Wenatchee, WA 98807-2255 | $1,212,851.96<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $27,621.59<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 6/29/2009 | 13907 | Hayden Meadows JV<br><br>c o Liquidity Solutions Inc<br>One University Plz Ste 312<br><br>Hackensack, NJ 07601 | $216,695.86<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $25,192.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 2/10/2009 | 10921 | HERITAGE PLAZA<br><br>9986 MANCHESTER RD<br>C O NATIONAL REAL ESTATE MGMT<br><br>ST LOUIS, MO 63122 | $732,838.28<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/16/2009 | 12264 | HOWLAND COMMONS PARTNERSHIP<br><br>2445 BELMONT AVE<br>PO BOX 2186<br><br>YOUNGSTOWN, OH 44504-0186 | $1,039,167.35<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/16/2009 | 12265 | Huntington Mall Company<br><br>c o Richard T Davis<br>2445 Belmont Ave<br>PO Box 2186<br><br>Youngstown, OH 44504-0186 | $803,819.95<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

EXHIBIT B: Reduction of Certai Invalid Claims

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 9433 | Huntington Mall Company<br><br>c o Richard T Davis<br>2445 Belmont Ave<br>PO Box 2186<br><br>Youngstown, OH 44504-0186 | $516,186.18<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/22/2009 | 12327 | Iannucci Development Corporation<br><br>c/o Liquidity Solutions, Inc.<br>One University Plaza, Suite 312<br><br>Hackensack, NJ 07601 | $499,923.47<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $83,335.91<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12720 | Inland American Chesapeake Crossroads LLC<br><br>c o Bert Bittourna Esq<br>Inland American Retail Management LLC<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | Unliquidated, but not less than<br>$570,020.86<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $70,973.80<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/2/2009 | 12092 | Inland American Oklahoma City Penn LLC<br><br>Inland American Retail Management LLC<br>c o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | Unliquidated, but not less than<br>$610,414.84<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $16,586.25<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12827 | Inland Commercial Property Management Inc<br><br>c o Beth Brooks Esq<br>Inland Real Estate Corporation<br>2901 Butterfield Rd 3rd Fl<br><br>Oak Brook, IL 60523 | Unliquidated, but not less than<br><br>$1,246,735.23<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $113,906.52<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/2/2009 | 12079 | Inland Continental Property Management Corp<br><br>c o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br><br>Oak Brook, IL 60523 | Unliquidated, but not less than<br><br>$1,103,676.32<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $71,264.90<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 10024 | Inland Southeast Darien LLC<br><br>c o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br><br>Oak Brook, IL 60523 | Unliquidated, but not less than<br><br>$529,004.09<br><br>Secured | CIRCUIT CITY STORES, INC. | $47,268.21<br><br>Secured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9719 | Inland Traverse City LLC<br><br>c o Beth Brooks Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br><br>Oak Brook, IL 60523 | Unliquidated, but not less than<br><br>$847,743.64<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $38,969.25<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12830 | Inland Western Austin Southpark Meadows II Limited Partnership

c o Bert Bittourna Esq
Inland Real Estate Group
2901 Butterfield Rd 3rd Fl


Oak Brook, IL 60523 | Unliquidated, but not less than

$1,029,336.62

General Unsecured | CIRCUIT CITY STORES, INC. | $88,150.58

General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9725 | Inland Western Avondale McDowell LLC


c o Bert Bittourna Esq
Inland Real Estate Group
2901 Butterfield Rd 3rd Fl


Oak Brook, IL 60523 | Unliquidated, but not less than

$1,046,126.63

General Unsecured | CIRCUIT CITY STORES, INC. | $148,854.58

General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 8943 | Inland Western Avondale McDowell LLC


Karen C Bifferato Esq
Connolly Bove Lodge & Hutz LLP
1007 N Orange St
PO Box 2207
Wilmington , DE 19899-0000 | Unliquidated, but not less than

$1,046,126.63

General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $148,854.58

General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12644 | Inland Western Cedar Hill Pleasant Run Limited Partnership

c o Bert Bittourna Esq
Inland Real Estate Group
Inland Southwest Management LLC
2901 Butterfield Rd 3rd Fl
Oak Brook, IL 60523 | Unliquidated, but not less than

$894,805.79

General Unsecured | CIRCUIT CITY STORES, INC. | $0.00

General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/2/2009 | 12082 | Inland Western College Station Gateway Limited Partnership<br><br>Inland Southwest Management LLC<br>c o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | Unliquidated, but not less than<br><br>$578,706.16<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $117,882.21<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12642 | Inland Western Columbia Clifty LLC<br><br>c o Bert Bittourna Esq<br>Inland US Management LLC<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | Unliquidated, but not less than<br><br>$877,968.54<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $13,696.27<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12643 | Inland Western Houma Magnolia LLC<br><br>c o Bert Bittourna Esq<br>Inland Southwest Management LLC<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | Unliquidated, but not less than<br><br>$514,617.65<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $28,707.08<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12829 | Inland Western Lake Worth Towne Crossing Limited Partnership<br><br>c o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br><br>Oak Brook, IL 60523 | Unliquidated, but not less than<br><br>$1,112,985.77<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12645 | Inland Western Lewisville Lakepointe Limited Partnership<br><br>c o Bert Bittourna Esq<br>Inland Southwest Management LLC<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | Unliquidated, but not less than<br><br>$1,301,203.22<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $246,000.89<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9722 | Inland Western Oswego Gerry Centennial LLC<br><br>c o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br><br>Oak Brook, IL 60523 | Unliquidated, but not less than<br><br>$452,584.49<br><br>Secured | CIRCUIT CITY STORES, INC. | $18,947.50<br><br>Secured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12742 | Inland Western Phillipsburg Greenwich LLC<br><br>c o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br><br>Oak Brook, IL 60523 | Unliquidated, but not less than<br><br>$898,631.31<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $71,347.20<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 5/29/2009 | 13083 | Inland Western Richmond Maryland LLC<br><br>c o Bert Bittourna Esq<br>The Inland Real Estate Group Inc<br>2901 Butterfield Rd 3rd Fl<br><br>Oak Brook, IL 60523 | Unliquidated, but not less than<br><br>$7,609,854.84<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $415,142.99<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12646 | Inland Western San Antonio HQ Limited Partnership<br><br>c o Bert Bittourna Esq<br>Inland Southwest Management LLC<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | Unliquidated, but not less than<br><br>$1,463,522.48<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $129,607.61<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12828 | Inland Western Southlake Corners Limited Partnership<br><br>c o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br><br>Oak Brook, IL 60523 | Unliquidated, but not less than<br><br>$1,527,412.57<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $196,532.86<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12831 | Inland Western Sugar Land Colony Limited Partnership<br><br>c o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br><br>Oak Brook, IL 60523 | Unliquidated, but not less than<br><br>$714,605.07<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $50,105.22<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12803 | Inland Western Temecula Commons LLC<br><br>c o Bert Bittourna Esq<br>Inland Pacific Property Services LLC<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook , IL 60523-0000 | Unliquidated, but not less than<br><br>$769,578.91<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $25,418.03<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12640 | Inland Western West Mifflin Century III LP<br><br>c o Bert Bittourna Esq<br>Inland US Management LLC<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | Unliquidated, but not less than<br><br>$1,105,797.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $36,293.72<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |