Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | **:**  Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al.,. | **:**  Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:**  (Jointly Administered) |
| | **:** |
| | **:** |

**NOTICE OF LIQUIDATING TRUST'S FORTY-FIRST**
**OMNIBUS OBJECTION TO LANDLORD CLAIMS**
**(REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION)**

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Liquidating Trust's Forty-First Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.  By the Objection, the Liquidating Trust is seeking to expunge certain claims unless claimant demonstrates that it has met applicable mitigation requirements.  To the extent that claimant establishes that it has met its mitigation burden and shows that applicable mitigation occurred, the Objection seeks to reduce the claim to the thereby established amount taking into account mitigation and 11 U.S.C. § 502(b)(6).

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and

requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce or disallow certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | <u>Claim Number</u> | <u>Claim Amount</u> | <u>Reference Objection</u> |
|-----|---------------------|---------------------|----------------------------|

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. <u>YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION.</u> THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY <u>4:00 P.M. (EASTERN TIME) ON JUNE 26, 2012</u>, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

<u>**Critical Information for Claimants**</u>
<u>**Choosing to File a Response to the Objection**</u>

<u>Who Needs to File a Response</u>: If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

<u>Response Deadline</u>: The Response Deadline is <u>**4:00 p.m. (Eastern Time) on June 26, 2012 (the "Response Deadline")**</u>.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

The status hearing on the Objection will be held at **2:00 p.m. (Eastern Time) on July 10, 2012 at:**

> United States Bankruptcy Court
> 701 East Broad Street – Courtroom 5000
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

### Procedures for Filing a Timely Response and Information Regarding the Hearing on the Objection

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall, at a minimum, provide a statement as to whether the claimant has met applicable mitigation requirements, and the results, if any, of its mitigation efforts.  Your Response should also include the name, address, telephone number and facsimile number of the party with authority to discuss mitigation issues on the claimant's behalf.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy

3

Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

### Additional Information

  **Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kccllc.net/circuitcity.

  **Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.


Dated:  April 20, 2012

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
   pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
   acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

Exhibit 1

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION TO
LANDLORD CLAIMS (REDUCTION OF
<u>CERTAIN INVALID CLAIMS-MITIGATION)</u>**

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through

Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the

Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated

Debtors and Debtors in Possession and its Official Committee of Creditors Holding

General Unsecured Claims (the "Plan") in the above-captioned cases, hereby files this

Forty-First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid

Claims-Mitigation) (the "Objection"), and hereby moves this court (the "Court"), pursuant

to sections 105, 502 and 503 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq.

(as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the

proposed form of which is attached hereto as Exhibit A, granting the relief sought by this

Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Objection under 28

U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of

these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

The statutory and legal predicates for the relief requested herein are Bankruptcy Code

sections 105, 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.      On November 10, 2008 (the "Petition Date"), the debtors in the

above-captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

under chapter 11 of the Bankruptcy Code.

3.      On November 12, 2008, the Office of the United States Trustee for

the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").

4.      On November 12, 2008, the Court appointed Kurtzman Carson

Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these

chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.      On December 10, 2008, the Court entered that certain Order

Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002,

3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of

Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the

"Claims Bar Date Order").

6.      Pursuant to the Claims Bar Date Order, the deadline for filing all

"claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the

Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the

"General Bar Date").  The deadline for governmental units to file claims that arose before

November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar

Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner

of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date

Order (the "Claims Bar Date Notice").

7.      On December 17 and 19, 2008, KCC served a copy of the Claims

Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy

Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity

holders, and certain other parties (Docket No. 1314).  In addition, the Debtors published

the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The

Richmond Times-Dispatch (Docket No. 1394).

        8.      On November 12, 2008, this Court entered that certain Order

Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims

Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and

Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No.

107)(the "503(b)(9) Bar Date Order").

        9.      Pursuant to the 503(b)(9) Bar Date Order, this Court approved the

form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the

503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9)

Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim

asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy

Code was on December 19, 2008 (the "503(b)(9) Bar Date").

        10.     On November 19, 2008, KCC served a copy of the 503(b)(9) Bar

Date Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the

Debtors published the 503(b)(9) Bar Date Notice in The New York Times (Docket No.

549), The Wall Street Journal (Docket No. 548), and The Richmond Times-Dispatch

(Docket No. 547).

        11.     On January 16, 2009, the Court authorized the Debtors, among other

things, to conduct going out of business sales at the Debtors' remaining 567 stores

pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a

joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going

out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.

As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had

been completed.

12.    On April 1, 2009, this Court entered an Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of Notice of Omnibus

Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

13.    On May 15, 2009, the Court entered that certain Order Pursuant to

Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Administrative Bar Date and Procedures For Filing and Objecting To Administrative

Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No.

3354) (the "First Administrative Claims Bar Date Order").

14.    Pursuant to the First Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests (as defined in the First

Administrative Claims Bar Date Order) incurred in the period between November 10, 2008

and April 30, 2009 was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant to the First

Administrative Claims Bar Date Order, this Court approved the form and manner of the

claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar

Date Order (the "Claims Bar Date Notice").

15.    On or before May 22, 2009, KCC served a copy of the

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609).  In

addition, the Debtors published the Administrative Claims Bar Date Notice in <u>The</u>

<u>Financial Times</u> (Docket No. 3970), <u>The Richmond Times-Dispatch</u> (Docket No. 3969)

and <u>The Wall Street Journal</u> (Docket No. 3968).

16.     On February 18, 2010, the Court entered that certain Order Pursuant

to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Second Administrative Bar Date and Procedures For Filing and Objecting To

Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof

(Docket No. 6555) (the "Second Administrative Claims Bar Date Order").

17.     Pursuant to the Second Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests for the period May 1, 2009

through December 31, 2009 (as defined in the Administrative Claims Bar Date Order) was

5:00 p.m. (Pacific) on March 31, 2010.  Pursuant to the Second Administrative Claims Bar

Date Order, this Court approved the form and manner of the claims bar date notice, which

was attached as Exhibit A to the Second Administrative Claims Bar Date Order (the

"Claims Bar Date Notice").

18.     On or before February 25, 2010, KCC served a copy of the Second

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket No. 6705).  Supplemental

service of the Second Administrative Bar Date Notice was provided by overnight mail to

one party, Brockton Superior Court, on March 26, 2010 (Docket Nos. 7089 and 7535).  In

addition, the Debtors published the Administrative Claims Bar Date Notice in <u>The</u>

<u>Financial Times</u> (Docket No. 6719), <u>The Richmond Times-Dispatch</u> (Docket No. 6717)

and The Wall Street Journal (Docket No. 6718).

19.     On August 9, 2010, the Debtors and the Creditors' Committee filed
the Plan, which provides for the liquidation of the Debtors' assets and distribution of the
proceeds thereof under chapter 11 of the Bankruptcy Code.

20.     On September 10, 2010, the United States Bankruptcy Court,
Eastern District of Virginia, signed an Order confirming the Plan.

21.     The Plan became effective on November 1, 2010 (the "Effective
Date"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the
Liquidation Trust assumed the right and responsibility to liquidate the Debtors' remaining
assets and distribute the proceeds to creditors, including the prosecution of Causes of
Action and objections to claims.

## OBJECTIONS TO CLAIMS

22.     By this Objection, the Liquidating Trust seeks entry of an order, in
substantially the form attached hereto as Exhibit A, pursuant to Bankruptcy Code sections
105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1,
(i) reducing or disallowing each of the claims identified on Exhibit B attached hereto
(collectively, the "Claims") for the reasons set forth below.

23.     For ease of reference, Exhibit B contains an alphabetical listing of
all claimants whose Claims are included in this Objection (the "Claimants"), with a cross-
reference by claim number.

## A.     Reduction of Certain Invalid Claims

24.     The basis for reduction or disallowance of the claims listed on
Exhibit B attached hereto (the "Invalid Claims") is that all of the Invalid Claims assert, in

part, amounts for which the Debtors are not liable unless the claimant at issue has met its

applicable mitigation burden.  Moreover, to the extent that a claimant establishes that it has

met its mitigation burden and that applicable mitigation occurred, the Objection seeks to

reduce the Claim to the thereby established amount taking into account mitigation, 11

U.S.C. §  502(b)(6) and any additional objections asserted with respect to the Claim.

      25.     Accordingly, the Liquidating Trust requests that the Partially Invalid

Claims identified on <u>Exhibit B</u> be reduced or disallowed in the manner stated in <u>Exhibit B</u>

for the reasons stated therein.,

      26.     As set forth in the Notice accompanying this Objection, in order to

facilitate a speedy and non-judicial resolution of a Claim subject to this Objection, any

claimant filing a response shall, at a minimum, provide a statement as to whether the

claimant has met applicable mitigation requirements, and the results, if any, of its

mitigation efforts.

## **RESERVATION OF RIGHTS**

      27.     At this time, the Liquidating Trust has not completed its review of

the validity of all claims/expenses filed against the Debtors' estates, and reserves the right

to further object to any and all claims, whether or not the subject of this Objection, for

allowance and/or distribution purposes, and on any other grounds, including the right to

modify, supplement and/or amend this Objection as it pertains to any of the Claims

objected to herein.

## **NOTICE AND PROCEDURE**

      28.     Notice of this Objection has been provided to all Claimants with

Claims that are the subject to this Objection as identified on <u>Exhibit B</u>, and to parties-in-

8

interest in accordance with the Court's Supplemental Order Pursuant to Bankruptcy Code

Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules

2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative

Procedures (entered on December 30, 2009 at Docket No. 6208) (the "Case Management

Order").  The Liquidating Trust submits that the following methods of service upon the

Claimants should be deemed by the Court to constitute due and sufficient service of this

Objection: (a) service in accordance with Federal Rule of Bankruptcy Procedure 7004 and

the applicable provisions of Federal Rule of Civil Procedure 4; (b) to the extent counsel for

a Claimant is not known to the Liquidating Trust, by first class mail, postage prepaid, on

the signatory of the Claimant's proof of claim form or other representative identified in the

proof of claim form or any attachment thereto; or (c) by first class mail, postage prepaid,

on any counsel that has appeared on the Claimant's behalf in the Debtors' bankruptcy

cases.  The Liquidating Trust is serving the Claimant with this Objection and the exhibit on

which the Claimant's claim is listed.

           29.      To the extent any Claimant timely files and properly serves a

response to this Objection by **4:00 P.M. (Eastern) on June 26, 2012** as required by the

Case Management Order and under applicable law, and the parties are unable to otherwise

resolve the Objection, the Liquidating Trust requests that the Court conduct a status

conference[2] with respect to any such responding claimant at **2:00 P.M. (Eastern) on July

10, 2012** and thereafter schedule the matter for a future hearing as to the merits of such

claim.  However, to the extent any Claimant fails to timely file and properly serve a

DOCS_LA:253358.1 12304-003

response to this Objection as required by the Case Management Order and applicable law,

the Liquidating Trust requests that the Court enter an order, substantially in the form

attached hereto as <u>Exhibit A</u>, reducing or disallowing the Invalid Claims set forth on

<u>Exhibit B</u> and attached hereto.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

30.     This Objection complies with Bankruptcy Rule 3007(e).

Additionally, the Liquidating Trust submits that this Objection is filed in accordance with

the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

31.     Pursuant to Local Bankruptcy Rule 9013-1(G), and because there

are no novel issues of law presented in the Motion, the Liquidating Trust requests that the

requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

32.     No previous request for the relief sought herein has been made to

this Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter an

Order sustaining this Objection and granting such other and further relief as the Court

deems appropriate.

---

*(cont'd from previous page)*
[2]  In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the Objection do not need to appear at the status conference.

DOCS_LA:253358.1 12304-003

Dated: Richmond, Virginia
April 20, 2012

TAVENNER & BERAN, PLC


      /s/ Paula S. Beran
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

11

**EXHIBIT A**

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| - - - - - - - - - - - - - - | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER REGARDING LIQUIDATING TRUST'S FORTY-FIRST
OMNIBUS OBJECTION TO LANDLORD CLAIMS
(REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Forty-First Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation), (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit B attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED.

2.      The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced and/or disallowed for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3.      The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

4.      The Liquidating Trust shall serve a copy of this Order on the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

claimants included on the exhibits to this Order on or before five (5) business days from

the entry of this Order.

        5.      This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
_____, 2012


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

3

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Lynn L. Tavenner_____
Lynn L. Tavenner

4

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
EXHIBIT B

REDUCTION OF CERTAIN INVALID CLAIMS

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12760 | International Speedway Square<br><br>Attn Mark A Bogdanowicz<br>c o Ice Miller LLP<br>One American Sq Ste 2900<br><br>Indianapolis, IN 46282-0200 | $987,573.65<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $60,904.52<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/20/2009 | 5198 | IRISH HILLS PLAZA WEST II LLC<br><br>284 HIGUERA ST<br><br>SAN LUIS OBISPO, CA 93401 | $785,935.15<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $51,034.75<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 7/20/2009 | 14511 | Janaf Shops LLC<br><br>Attn Adam K Keith<br>Honigman Miller Schwartz & Cohn LLP<br>660 Woodward Ave<br>2290 First National Bldg<br>Detroit, MI 48226-3506 | $678,423.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $47,660.54<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/30/2009 | 13927 | Jaren Associates No 4 Macerich Scottsdale Store No 3341<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br><br>Los Angeles, CA 90067 | $946,020.44<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $67,455.56<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/28/2009 | 12574 | Jefferies Leveraged Credit Products LLC<br><br>Jefferies & Co Inc<br>Attn Mark Sahler<br>Harborside Financial Ctr<br>34 Exchange Pl Plz 111 Ste 705<br>Jersey City, NJ 07311 | $802,546.92<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $93,447.33<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/29/2009 | 14477 | Jefferson Mall Company II LLC<br><br>c o Scott M Shaw Esq<br>Husch Blackwell Sanders LLP<br>2030 Hamilton Pl Blvd Ste 150<br><br>Chattanooga, TN 37421 | $224,945.92<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $33,179.43<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/28/2009 | 12564 | Johnson City Crossing LP<br><br>Laurance J Warco<br>Sutherland Asbill & Brennan LLP<br>999 Peachtree St NE<br><br>Atlanta, GA 30309-3996 | $593,151.88<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $47,974.23<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 5/1/2009 | 12771 | Jubilee Springdale LLC<br><br>Attn Kimberly A Pierro Esq<br>Kutak Rock LLP<br>1111 E Main St Ste 800<br><br>Richmond, VA 23219 | $759,541.86<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $51,177.06<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/29/2009 | 7891 | KC BENJAMIN REALTY LLC<br><br>10689 N PENNSYLVANIA ST<br>C/O SANDOR DEVELOPMENT CO<br><br>INDIANAPOLIS, IN 46280-1070 | $337,797.68<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12420 | Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer<br>Gregory A Cross Esq<br>Venable LLP<br>750 E Pratt St Ste 900<br><br>Baltimore, MD 21202 | $976,108.09<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $50,812.12<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12423 | Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer<br>Gregory A Cross Esq<br>Venable LLP<br>750 E Pratt St Ste 900<br><br>Baltimore, MD 21202 | $1,310,265.72<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $168,186.21<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12399 | KeyBank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer on behalf of Bank of America NA<br>Gregory A Cross Esq<br>Venable LLP<br>750 E Pratt St Ste 900<br><br>Baltimore, MD 21202 | $832,363.97<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $13,668.79<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/2/2009 | 12161 | KeyBank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer on behalf of Bank of America NA merger to LaSalle Bank NA as Trustee for Gregory A Cross Venable LLP 750 E Pratt St Ste 900 Baltimore, MD 21202 | $1,075,649.22 General Unsecured | CIRCUIT CITY STORES, INC. | $56,130.75 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/25/2009 | 11948 | Kimco Arbor Lakes SC LLC Attn Neil E Herman Esq c o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10178 | $1,255,735.14 General Unsecured | CIRCUIT CITY STORES, INC. | $216,005.14 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/27/2009 | 11923 | Kimco North Rivers 692 Inc c o Morgan Lewis & Bockius LLP Attn Neil E Herman Esq 101 Park Ave NY, NY 10178 | $742,428.94 General Unsecured | CIRCUIT CITY STORES, INC. | $32,485.91 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/25/2009 | 11949 | KIR Amarillo LP Attn Neil E Herman Esq c o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10178 | $395,281.31 General Unsecured | CIRCUIT CITY STORES, INC. | $10,011.30 General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 12/9/2008 | 904 | KIR Arboretum Crossing LP<br><br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br><br>New York, NY 10178 | $1,418,633.22<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $159,501.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/27/2009 | 12099 | KIR Augusta I 044 LLC<br><br>Attn Neil E Herman<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br><br>New York, NY 10178 | $686,637.63<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $43,202.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/25/2009 | 11951 | KIR Piers LP<br><br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br><br>New York, NY 10178 | $407,938.26<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $6,361.26<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12873 | Kite Coral Springs LLC<br><br>Attention Mark A Bogdanowicz<br>c o Ice Miller LLP<br>One American Sq Ste 2900<br><br>Indianapolis, IN 46282-0200 | $2,028,604.06<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $119,927.47<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/28/2009 | 12521 | KNOXVILLE LEVCAL LLC<br><br>ATTN DONISUE RUPP<br>C O PRINCIPAL REAL ESTATE INVESTO<br>801 GRAND AVE G 022 E30<br><br>DES MOINES, IA 50392 | $551,709.96<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 12/16/2008 | 1727 | KOLO ENTERPRISES NKA KOLO ENTERPRISES LLP<br><br>ATTN BOB LONDON<br>2931 PIEDMONT RD STE E<br><br><br>ATLANTA, GA 30305 | $327,580.79<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12707 | KRG Market Street Village LP<br><br>c o Ice Miller LLP<br>Attn Mark A Bogdanowicz<br>One American Sq Ste 2900<br><br>Indianapolis, IN 46282-0200 | $1,399,983.21<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $16,883.42<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/28/2009 | 12448 | La Habra Imperial LLC<br><br>METRO POINTE RETAIL ASSOC<br>949 S COAST DR STE 600<br><br><br>COSTA MESA, CA 92626 | Unliquidated, but not less than<br>$1,400,456.79<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $105,933.81<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12917 | Laguna Gateway Phase 2 LP<br><br>Attn John L Pappas<br>c o Pappas Investments<br>2020 L St 5th Fl<br><br>Sacramento, CA 95814 | $1,201,356.10<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $92,846.83<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12918 | Laguna Gateway Phase 2 LP<br><br>Attn John L Pappas<br>c o Pappas Investments<br>2020 L St 5th Fl<br><br>Sacramento, CA 95814 | $1,142,447.41<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $33,938.14<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/30/2009 | 13940 | Lakewood Mall Shopping Center Company<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br><br>Los Angeles, CA 90067 | $655,853.66<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $40,766.61<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/31/2010 | 14961 | Landlord Van Ness Post Center LLC<br><br>23 Geary St<br><br>San Francisco, CA 94108 | $921,704.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 9/28/2009 | 14664 | Landover Landover Crossing LLC<br><br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br><br>Syracuse, NY 13204-1498 | Unliquidated, but not less than<br><br>$552,626.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $12,382.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/12/2009 | 3266 | Landover Landover Crossing LLC<br><br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br><br>Syracuse, NY 13204-1498 | Unliquidated, but not less than<br><br>$99,597.55<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12520 | Liquidity Solutions Inc<br><br>One University Plz Ste 312<br><br>Hackensack, NJ 07601 | $746,069.19<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $86,619.19<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12812 | Liquidity Solutions Inc<br><br>One University Plz Ste 312<br><br>Hackensack, NJ 07601 | $742,026.84<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $12,585.27<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 10/23/2009 | 14696 | Liquidity Solutions Inc as Assignee of Trout Segall & Doyle Winchester Properties LLC<br><br>One University Plz Ste 312<br><br><br>Hackensack, NJ 07601 | $1,211,899.72<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $25,222.88<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/17/2009 | 11799 | Little Britain Holdings LLC<br><br>Robert E Greenberg Esq<br>Freidlader Misler PLLC<br>1101 17th St NW Ste 700<br><br>Washington, DC 20036 | $684,462.68<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $71,828.61<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/13/2009 | 5993 | M & M BERMAN ENTERPRISES<br><br>Wayne R Terry<br>Hemar Rousso & Heald LLP<br>15910 Ventura Blvd 12th Fl<br><br>Encino, CA 90210 | $3,097,374.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 10066 | M I A Brookhaven LLC<br><br>Allison Fridy Arbuckle Esq<br>Wise DelCutto PLLC<br>200 North Upper St<br><br>Lexington, KY 40507 | $118,098.76<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1/13/2009 | 5992 | M&M Berman Enterprises<br><br>Wayne R Terry<br>Hemar Rousso & Heald LLP<br>15910 Ventura Blvd 12th Fl<br><br>Encino, CA 90210 | $1,919,500.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/30/2009 | 14102 | Macerich Vintage Faire<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br><br>Los Angeles, CA 90067 | $979,473.82<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $34,345.52<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12693 | Macerich Vintage Faire Limited Partnership<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br><br>Los Angeles, CA 90067 | $999,551.26<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $54,422.96<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/28/2009 | 12673 | MAGNA TRUST COMPANY TRUSTEE<br><br>C/O CIRCUIT CITY PARTNERSHIP<br>2144 S MACARTHUR BLVD<br><br>SPRINGFIELD, IL 62704 | $454,547.51<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $103,361.52<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/29/2009 | 12421 | MAIN STREET AT EXTON LP<br><br>120 W GERMANTOWN PIKE STE 120<br><br>PLYMOUTH MEETING, PA 19462 | $794,614.31<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $98,321.51<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/29/2009 | 14006 | Mall Del Norte LLC<br><br>c o Scott M Shaw<br>Husch Blackwell Sanders LLP<br>2030 Hamilton Pl Blvd Ste 150<br><br>Chattanooga, TN 37421 | $821,836.54<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $50,078.06<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/26/2009 | 6964 | Mallview Plaza Company Ltd<br><br>Attn Kathleen J Baginski<br>c o Carnegie Management and Developme<br>27500 Detroit Rd Ste 300<br><br>Westlake, OH 44145 | $411,528.70<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $8,457.32<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 8611 | Manufacturers & Traders Trust Company as Trustee<br><br>c o Nancy George VP<br>Corporate Trust Dept<br>1 M&T Plaza 7th Fl<br><br>Buffalo, NY 14203 | Unliquidated, but not less than<br>$410,851.24<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $54,762.82<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 8622 | Manufacturers & Traders Trust Company as Trustee<br><br>c o Nancy George VP<br>Corporate Trust Dept<br>1 M&T Plaza 7th Fl<br><br>Buffalo, NY 14203 | Unliquidated, but not less than<br>$705,487.60<br>General Unsecured | CIRCUIT CITY STORES, INC. | $129,970.32<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 8613 | Manufacturers & Traders Trust Company as Trustee<br><br>c o Nancy George VP<br>Corporate Trust Dept<br>1 M&T Plaza 7th Fl<br><br>Buffalo, NY 14203 | Unliquidated, but not less than<br>$717,643.64<br>General Unsecured | CIRCUIT CITY STORES, INC. | $102,595.24<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 8564 | Manufacturers & Traders Trust Company as Trustee<br><br>c o Nancy George VP<br>Corporate Trust Dept<br>1 M&T Plaza 7th Fl<br><br>Buffalo, NY 14203 | $327,947.88<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $31,857.06<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 8561 | Manufacturers & Traders Trust Company as Trustee<br><br>c o Nancy George VP<br>Corporate Trust Dept<br>1 M&T Plaza 7th Fl<br><br>Buffalo, NY 14203 | Unliquidated, but not less than<br>$738,806.91<br>General Unsecured | CIRCUIT CITY STORES, INC. | $106,481.11<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 8620 | Manufacturers & Traders Trust Company as Trustee<br><br>c o Nancy George VP<br>Corporate Trust Dept<br>1 M&T Plaza 7th Fl<br><br>Buffalo, NY 14203 | $400,888.89<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $38,942.58<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/9/2009 | 12053 | Manufacturers and Traders Trust Co as Trustee<br><br>c o Nancy George Vice President<br>Corporate Trust Dept<br>1 M&T Plaza 7th Fl<br><br>Buffalo, NY 14203 | Unliquidated, but not less than<br>$914,241.88<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $127,993.07<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 13003 | Marco Portland General Partnership<br><br>Peter Jazayeri<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd<br><br>Beverly Hills, CA 90212 | $800,206.68<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/9/2009 | 12257 | Market Heights Ltd<br><br>Jonathan L Howell<br>Munch Hardt Kopf & Harr PC<br>500 N Akard St No 3800<br><br>Dallas, TX 75201 | $270,938.03<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/7/2009 | 12141 | Market Pointe I LLC<br><br>Attn Robert J Boyle<br>15807 E Indiana Ave<br><br>Spokane, WA 99216 | $645,584.87<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $20,873.26<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/27/2009 | 11990 | Marlton VF LLC<br><br>c o Vornado Realty Trust<br>210 Rte 4 E<br><br>Paramus, NJ 07652 | Unliquidated, but not less than<br>$2,016,952.75<br><br>Priority | CIRCUIT CITY STORES, INC. | $1,179,394.35<br><br>Priority | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/20/2009 | 12309 | Mayfair MDCC Business Trust<br><br>Thomas J Kelly<br>Pedersen & Houpt PC<br>161 N Clark St Ste 3100<br><br>Chicago , IL 60601-3242 | $453,101.14<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 10023 | MB Fabyan Randall Plaza Batavia<br><br>c o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br><br>Oak Brook, IL 60523 | Unliquidated, but not less than<br>$1,695,031.56<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $16,750.08<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12744 | MB Keene Monadnock LLC<br><br>c o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br><br>Oak Brook, IL 60523 | Unliquidated, but not less than<br>$734,003.84<br>General Unsecured | CIRCUIT CITY STORES, INC. | $122,719.14<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/22/2009 | 4891 | McAlister Square Partners Ltd a Texas Limited Partnership<br><br>c o Jefferies Leveraged Credit<br>One Station Pl<br>Three N<br><br>Stamford, CT 06902 | $479,081.83<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $7,322.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9630 | MD GSI ASSOCIATES LLC<br><br>PO BOX 129<br><br>SHAWNEE MISSION, KS 66201 | $596,218.23<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $8,830.88<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9280 | MDS Realty II LLC<br><br>c o Zachary J Eskau<br>Dawda Mann Mulcahy & Sadler PLC<br>39533 Woodward Ave Ste 200<br><br>Bloomfield Hills, MI 48304-5103 | $960,270.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 3/16/2009 | 11775 | Meridian Village LLC<br><br>c o Suhrco Management Inc<br>PO Box 34960<br><br>Seattle, WA 98124 | $243,466.32<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/21/2009 | 4975 | METRO CENTER LLC<br><br>223 E STRAWBERRY DR<br><br>MILL VALLEY, CA 94941-2506 | $660,472.90<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $15,142.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/21/2009 | 5089 | MFR Properties<br><br>Attn FBR<br>c o Robinson Brog Leinwand et al<br>875 3rd Ave Fl 9<br><br>New York, NY 10022-0123 | $226,136.55<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $27,586.59<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/8/2009 | 12258 | Midland Loan Services Inc<br><br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br><br>Dallas, TX 75201 | $890,379.81<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $84,889.19<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 8362 | Midland Loan Services Inc<br><br>Attn Josh Azinger<br>10851 Mastin Ste 300<br><br>Overland Park, KS 66210 | $624,146.50<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $12,259.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/20/2009 | 12311 | Midland Loan Services Inc<br><br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br><br>Dallas, TX 75201 | $710,899.16<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $11,043.75<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/31/2009 | 12123 | Millman 2000 Charitable Trust<br><br>C O DAVID BENNETT<br>2400 CHERRY CREEK DR SOUTH<br>SUITE 702<br>LUBA RODMAN  SECRETARY<br>DENVER, CO 80209-3261 | $432,707.93<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $25,345.13<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 8041 | MK Kona Commons LLC<br><br>Theodore DC Young Esq<br>Cades Shutte LLP<br>1000 Bishop St Ste 1200<br><br>Honolulu, HI 96813 | $5,796,631.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $4,850,000.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 5/21/2010 | 15036 | Monte Vista Crossings LLC<br><br>c o Hall Equities Group<br>1855 Olympic Blvd No 250<br><br>Walnut Creek, CA 94596 | $442,365.38<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/22/2009 | 10265 | Morgan Hill Retail Venture LP<br><br>c o Browman Development Company<br>1556 Parkside Dr 2nd Fl<br><br>Walnut Creek, CA 94596 | $1,690,135.98<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/2/2009 | 12090 | Morris Bethlehem Associates LP ta Southmont Center Bethleham PA<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103-7599 | $1,101,826.21<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $57,290.50<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12494 | Morse Sembler Villages Partnership No 4<br><br>c o Heather D Dawson Esq<br>Kitchens Kelley Gaynes PC<br>Eleven Piedmont Ctr Ste 900<br>3495 Piedmont Rd NE<br>Atlanta, GA 30305 | $421,527.68<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $9,445.46<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/28/2009 | 7537 | MR KEENE MILL 1 LLC <br><br> C O JEFFERIES LEVERAGED CREDIT P <br> ONE STATION PLACE <br> THREE NORTH <br><br> STAMFORD, CT 06902 | $779,668.14 <br><br> General Unsecured | CIRCUIT CITY STORES, INC. | $18,594.53 <br><br> General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/27/2009 | 12497 | NAP Northpoint LLC <br><br> Mr Greg Browne <br> NAP Southeast Inc <br> 7500 College Pkwy <br><br> Ft Myers, FL 33907 | $897,794.02 <br><br> General Unsecured | CIRCUIT CITY STORES, INC. | $73,148.02 <br><br> General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 7951 | National Western Life Insurance Company <br><br> Frederick Black & Tara B Annweller <br> One Moody Plz 18th Fl <br><br><br> Galveston, TX 77550 | $569,934.88 <br><br> General Unsecured | CIRCUIT CITY STORES, INC. | $25,052.08 <br><br> General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 8136 | National Western Life Insurance Company <br><br> Frederick Black & Tara B Annweller <br> One Moody Plz 18th Fl <br><br><br> Galveston, TX 77550 | $568,135.00 <br><br> General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 <br><br> General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/6/2009 | 12135 | NEVADA INVESTMENT HOLDINGS INC<br><br>V ROBERT E GRIFFIN V<br>C O SUNBELT MANAGEMENT CO<br>8095 OTHELLO AVE<br><br>SAN DIEGO, CA 92111 | $915,017.94<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12418 | New River Properties LLC<br><br>ATTN WOODROW W MARLOWE<br>PO BOX 36<br><br>CLARKTON, NC 28433 | $364,286.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $40,949.34<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/10/2009 | 12057 | Newport News Shopping Center LLC<br><br>Paul K Campsen Esq<br>Kaufman & Canoles<br>150 W Main St Ste 2100<br><br>Norfolk, VA 23510 | $893,583.87<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $50,575.20<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 11999 | NORTH ATTLEBORO MARKETPLACE II LLC<br><br>1414 ATWOOD AVE STE 260<br><br>JOHNSTON, RI 02919 | $911,799.17<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $67,606.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 8723 | NORTH PLAINFIELD VF LLC<br><br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br><br>PARAMUS, NJ 07652 | Unliquidated, but not less than<br>$2,622,362.60<br>Admin Priority | CIRCUIT CITY STORES, INC. | $1,133,621.03<br>Admin Priority | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/10/2009 | 12247 | Northbrook Sub LLC Northbrook PLIC LLC and Northbrook VNBP LLC as Tenants in Common<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103 | $1,128,762.38<br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/28/2009 | 6619 | Northcliff Residual Parcel 4 LLC<br><br>Attn David M Neumann<br>Benesch Friedlander Coplan & Aronoff LLP<br>200 Public Sq Ste 2300<br><br>Cleveland, OH 44114-2378 | $1,084,229.26<br>General Unsecured | CIRCUIT CITY STORES, INC. | $79,691.42<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 8978 | Northglenn Retail LLC<br><br>c o William A Trey Wood III<br>Bracewell & Giuliani LLP<br>711 Louisiana St Ste 2300<br><br>Houston, TX 77002 | $663,163.20<br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $0.00<br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12750 | Norwalk Plaza Partners<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br><br>Los Angeles, CA 90067 | $370,047.83<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $25,892.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/30/2009 | 14105 | Norwalk Plaza Partners Watt Store No 427<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br><br>Los Angeles, CA 90067 | $370,047.83<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $25,892.98<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/9/2009 | 12256 | NP Huntsville Limited Liability Company<br><br>c o Ralph E Dill<br>37 W Broad St Ste 950<br><br>Columbus, OH 43215 | $908,126.45<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $39,598.61<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 5/29/2009 | 13085 | Orangefair Marketplace LLC A California Limited Liability Company<br><br>Tanya Nielsen<br>Columbus Pacific Properties<br>429 Santa Monica Blvd Ste 600<br><br>Santa Monica, CA 90401 | $640,198.46<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $35,327.65<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/27/2009 | 12495 | ORIX Capital Markets LLC<br><br>c o Gregory A Cross Esq<br>Venable LLP<br>750 E Pratt St Ste 900<br><br>Baltimore, MD 21202 | $874,900.06<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $53,148.30<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12649 | OTR Clairemont Square<br><br>Attn Julia A Viskanta<br>c o State Teachers Retirement System of<br>44 Montgomery St Ste 2388<br><br>San Francisco, CA 94104-4704 | $586,668.33<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $28,403.73<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12650 | OTR Clairemont Square<br><br>Attn Julia A Viskanta<br>c o State Teachers Retirement System of<br>44 Montgomery St Ste 2388<br><br>San Francisco, CA 94104-4704 | $586,668.33<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $28,403.73<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9086 | P A ACADIA PELHAM MANOR LLC<br><br>ATTN DANIEL J ANSELL<br>GREENBERG TRAURIG LLP<br>200 PARK AVE<br><br>NEW YORK, NY 10166 | Unliquidated, but not less than<br>$1,274,376.34<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $11,791.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/29/2009 | 8425 | Pacific Castle Groves LLC<br><br>Ronald K Brown Jr<br>Law Offices of Ronald K Brown Jr APC<br>901 Dove St Ste 120<br><br>Newport Beach, CA 92660 | $531,261.09<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/21/2009 | 12379 | Pacific Harbor Equities LLC<br><br>c o Hope Properties<br>3000 Pablo Kisel Blvd Ste 300C<br><br>Brownsville, TX 78526 | $5,241,606.83<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $85,298.69<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12962 | Pacific Youngman Woodland Hills a California General Partnership<br><br>Dennis M Berryman<br>Pacific Youngman Woodland Hill<br>PO Box 3060<br>1 Corporate Plz<br>Newport Beach, CA 92658-9023 | $1,328,375.17<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $61,249.12<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12667 | Palm Springs Mile Associates Ltd<br><br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | $739,997.60<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $31,400.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12757 | Palmetto Investors LLC<br><br>C O NIFONG REALTY INC<br>2181 S ONEIDA ST STE 1<br><br>GREEN BAY, WI 54304 | $997,565.02<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $132,025.18<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 2/2/2009 | 7999 | Pan Am Equities Inc<br><br>DAVID IWANIER<br>18 EAST 50TH ST<br>10TH FLOOR<br><br>NEW YORK, NY 10022 | $505,200.85<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $14,155.99<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 8618 | Park National Bank<br><br>50 N 3rd St<br>PO Box 3500<br><br>Newark, OH 43058-3500 | Unliquidated, but not less than<br>$381,457.56<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $46,101.11<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/5/2009 | 11752 | Park National Bank<br><br>Attn Richard C Maxwell<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>Roanoke, VA 24011 | Unliquidated, but not less than<br>$468,700.80<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/29/2009 | 8079 | Park National Bank<br><br>50 N 3rd St<br>PO Box 3500<br><br>Newark, OH 43058-3500 | Unliquidated, but not less than<br>$353,043.19<br>General Unsecured | CIRCUIT CITY STORES, INC. | $59,606.30<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12615 | Park National Bank<br><br>50 N 3rd St<br>PO Box 3500<br><br>Newark, OH 43058-3500 | Unliquidated, but not less than<br>$688,156.14<br>General Unsecured | CIRCUIT CITY STORES, INC. | $144,839.07<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/5/2009 | 11753 | Park National Bank<br><br>Attn Richard C Maxwell<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>Roanoke, VA 24011 | Unliquidated, but not less than<br>$352,911.16<br>General Unsecured | CIRCUIT CITY STORES, INC. | $25,311.16<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/5/2009 | 11749 | Park National Bank<br><br>Attn Richard C Maxwell<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>Roanoke, VA 24011 | Unliquidated, but not less than<br>$341,119.66<br>General Unsecured | CIRCUIT CITY STORES, INC. | $8,319.66<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 3/5/2009 | 11750 | Park National Bank<br><br>Attn Richard C Maxwell<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>Roanoke, VA 24011 | Unliquidated, but not less than<br>$690,065.44<br>General Unsecured | CIRCUIT CITY STORES, INC. | $107,665.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9009 | Park National Bank as assignee of rents under Henrico County Virginia Deed of Lease with CK Richmond Business<br>Attn Richard C Maxwell<br>Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | Unliquidated, but not less than<br>$145,632.00<br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 8947 | Park National Bank as Assignee of Rents Under the Columbus Georgia Lease with Circuit Investors No 2 Ltd<br>Attn Richard C Maxwell<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24038-4125 | Unliquidated, but not less than<br>$303,611.44<br>General Unsecured | CIRCUIT CITY STORES, INC. | $43,611.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9000 | Park National Bank as assignee of rents under the Duncanville Texas Lease with Circuit Investors No 2 Ltd<br>Attn Richard C Maxwell<br>Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | Unliquidated, but not less than<br>$421,719.58<br>General Unsecured | CIRCUIT CITY STORES, INC. | $88,919.58<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 3/20/2009 | 12201 | Parkdale Mall Associates LP<br><br>c o Scott M Shaw Esq<br>Husch Blackwell Sanders LP<br>2030 Hamilton Pl Blvd Ste 150<br><br>Chattanooga, TN 37421 | $822,706.01<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $59,153.22<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12761 | Parker Central Plaza Ltd<br><br>2001 PRESTON RD<br><br>PLANO, TX 75093 | $1,111,951.72<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $163,709.62<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/27/2009 | 5958 | Parkway Center East LLC<br><br>Parkway Centre East LLC<br>c o Continental Real Estate Co<br>35 N 4th St Ste 400<br><br>Columbus, OH 43215 | $470,963.88<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12704 | Pembroke Crossing Ltd<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br><br>Los Angeles, CA 90067 | $1,022,079.53<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $117,714.75<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 12/9/2008 | 903 | PK Sale LLC<br><br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br><br>New York, NY 10178 | $796,954.87<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $76,749.07<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/25/2009 | 11953 | PK Sale LLC<br><br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br><br>New York, NY 10178 | $454,731.47<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $16,116.02<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9058 | PL Mesa Pavilions LLC<br><br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br><br>New York , NY 10178 | $694,682.27<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $51,616.27<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 7728 | Plantation Point Development LLC<br><br>Cypress c o Lyndel Anne Mason<br>Cavazos Hendricks Poirot & Smitham PC<br>900 Jackson St Ste 570<br><br>Dallas, TX 75202 | $828,450.35<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $63,726.95<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 6/30/2009 | 14103 | Plaza at Jordan Landing LLC Macerich Store No 3353<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br><br>Los Angeles, CA 90067 | $1,058,633.41<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $151,738.46<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/28/2009 | 12428 | Plaza Las Americas Inc<br><br>Attn Richard E Lear<br>c o Holland & Knight LLP<br>2099 Pennsylvania Ave NW Ste 100<br><br>Washington , DC 20006 | $2,493,671.54<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $691,214.34<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/28/2009 | 12430 | Plaza Las Americas Inc<br><br>Attn Richard E Lear<br>c o Holland & Knight LLP<br>2099 Pennsylvania Ave NW Ste 100<br><br>Washington , DC 20006-6801 | $2,493,671.54<br><br>General Unsecured | CIRCUIT CITY STORES PR, LLC | $691,214.34<br><br>General Unsecured | CIRCUIT CITY STORES PR, LLC | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/25/2009 | 11956 | Potomac Run LLC<br><br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br><br>New York, NY 10178 | $861,987.15<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $56,636.74<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12524 | PrattCenter LLC<br><br>Amy Pritchard Williams Esq<br>K&L Gates LLP<br>Hearst Tower 47th Fl<br>214 N Tryon St<br>Charlotte, NC 28202 | $350,941.70<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $7,257.69<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/24/2009 | 12382 | Principal Life Insurance Company fka Principal Mutual Life Insurance Company<br><br>Dennis D Ballard Esq<br>Principal Life Insurance Company<br>801 Grand<br><br>Des Moines, IA 50392 | $1,492,901.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/26/2009 | 6081 | Ramco JW LLC<br><br>David M Blau Esq<br>Kupelian Ormond & Magy PC<br>25800 Northwestern Hwy Ste 950<br><br>Southfield, MI 48075 | $469,008.85<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $7,447.28<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/31/2009 | 12137 | Ramco West Oaks I LLC<br><br>David M Blau Esq<br>Kupelian Ormond & Magy PC<br>25800 Northwestern Hwy Ste 950<br><br>Southfield, MI 48075 | $754,582.07<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $11,593.37<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/20/2010 | 14803 | Ray Fogg Corporate Properties LLC<br><br>c o Weltman Weinberg & Reis Co LPA<br>323 W Lakeside Ave 2nd Fl<br><br><br>Cleveland, OH 44113 | $410,431.14<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 8988 | Raymond & Main Retail LLC<br><br>c o William A Trey Wood III<br>Bracewell & Giuliani LLP<br>711 Louisiana St Ste 2300<br><br>Houston, TX 77002 | $856,459.10<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 8985 | Raymond & Main Retail LLC<br><br>c o William A Trey Wood III<br>Bracewell & Giuliani LLP<br>711 Louisiana St Ste 2300<br><br>Houston, TX 77002 | $856,459.10<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12797 | RC CA Santa Barbara LLC<br><br>Attn James S Carr Esq & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br><br>New York, NY 10178 | $320,171.64<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $90,282.32<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 8749 | RD Bloomfield Associates Limited Partnership<br><br>Attn David J Ansell<br>Greenberg Traurig LLP<br>200 Park Ave<br><br>New York, NY 10166 | Unliquidated, but not less than<br>$1,400,750.85<br>General Unsecured | CIRCUIT CITY STORES, INC. | $59,752.94<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/26/2009 | 5262 | Rebs Muskegon LLC Pelkar Muskegon LLC and Faram Muskegon LLC as Tenants in Common<br>David M Blau Esq<br>Kupelian Ormond & Magy PC<br>25800 Northwestern Hwy Ste 950<br><br>Southfield, MI 48075 | $622,468.79<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $10,703.21<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12404 | REDTREE PROPERTIES LP<br><br>PO BOX 1041<br><br>SANTA CRUZ, CA 95061 | $907,888.21<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $36,953.01<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12794 | Regency Centers LP<br><br>Attn James S Carr Esq & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br><br>New York, NY 10178 | $631,990.96<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $127,989.13<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/29/2009 | 8597 | Remount Road Associates Limited Partnership<br><br>c o Jefferies Leveraged Credit Products, LL<br>One Station Place<br>Three North<br><br>Stamford, CT 06902 | $419,286.69<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $32,695.94<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12821 | Ricmac Equities Corporation<br><br>c/o Contrarian Capital Management, L.L.C.<br>411 West Putnam Avenue - Suite 425<br><br>Greenwich, CT 06830 | $2,110,210.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 7828 | Rio Associates Limited Partnership<br><br>c o David D Hopper Esq<br>4551 Cox Rd Ste 210<br><br>Glen Allen, VA 23060 | $131,780.31<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 12/9/2008 | 902 | Rivergate Station Shopping Center LP<br><br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br><br>New York, NY 10178 | $88,037.41<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $52,991.94<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/29/2009 | 9511 | Riverside Towne Center No 1 Watt Store No 426<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Pk E 26th Fl<br><br>Los Angeles, CA 90067 | $404,538.82<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $9,893.52<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12593 | RLV Village Plaza LP<br><br>David M Blau Esq<br>Kupelian Ormond & Magy PC<br>25800 Northwestern Hwy Ste 950<br><br>Southfield, MI 48075 | $393,251.79<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $9,591.51<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12499 | RLV Vista Plaza LP<br><br>Davis M Blau Esq<br>Kupelian Ormond & Magy PC<br>25800 Northwestern Hwy Ste 950<br><br>Southfield, MI 48075 | $721,797.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $11,548.75<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12671 | Rockwall Crossings Ltd<br><br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | $789,121.71<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $63,313.79<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 9951 | Ronald Benderson Randall Benderson and David H Baldauf<br><br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | $1,152,235.37<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $1,000.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12469 | Ronald Benderson Trust 1995<br><br>Attn James S Carr<br>Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | $1,699,650.28<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $57,013.86<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/28/2009 | 12424 | Ronus Meyerland Plaza LP<br><br>Laurance J Warco<br>Sutherland Asbill & Brennan LLP<br>999 Peachtree St NE<br><br>Atlanta, GA 30309-3996 | $604,658.47<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $99,458.47<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/23/2009 | 12339 | Rossmoor Shops LLC<br><br>c o Capital Sources, LLC<br>One University Plaza, Ste 312<br><br>Hackensack, NJ 07601 | $1,223,837.06<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $21,954.26<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 3/25/2010 | 14873 | Route 553 Retail LLC<br><br>Daniel J Hughes<br>110 Marter Ave Ste 112<br><br>Moorestown, NJ 08057 | $639,952.35<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/30/2009 | 14104 | RREEF America REIT II Corp Crossroads<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br><br>Los Angeles, CA 90067 | $1,221,942.82<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $122,758.34<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12739 | S W Albuquerque LP<br><br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plz Dr Ste 125<br><br>Houston, TX 77008 | $969,312.29<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $140,741.86<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12740 | S W Albuquerque LP<br><br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plz Dr Ste 125<br><br>Houston, TX 77008 | $969,312.29<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $140,741.86<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/21/2009 | 12315 | Sacco of Maine LLC<br><br>c o Angelo Petraglia<br>158 11 Riverside Dr<br><br>Whitestone, NY 11357 | $979,370.51<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $26,878.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 8635 | Safeway Inc<br><br>c o David Newby<br>Johnson & Newby LLC<br>39 S LaSalle St Ste 820<br><br>Chicago, IL 60603 | $180,185.14<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $11,906.21<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/30/2009 | 13943 | San Tan Village Phase 2 LLC<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br><br>Los Angeles, CA 90067 | $1,077,525.46<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $65,967.53<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/14/2009 | 12212 | Sangertown Square LLC<br><br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br><br>Syracuse, NY 13204-1498 | Unliquidated, but not less than<br>$503,024.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12510 | Saugus Plaza Associates<br><br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | $555,883.54<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $23,582.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 10/28/2009 | 14704 | Saugus Plaza Associates<br><br>Attn James S Carr Esq & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br><br>New York, NY 10178 | $1,065,814.25<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $23,582.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/13/2009 | 12223 | Saul Holdings Limited Partnership<br><br>Karen Halloran Collections Manager Assist<br>Successor to BF Saul Real Estate Investm<br>7501 Wisconsin Ave Ste 1500<br><br>Bethesda, MD 20814 | $310,983.29<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $17,519.45<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/23/2009 | 12353 | Save Mart Supermarkets a California Corporation<br><br>c o Paul S Bliley Jr<br>Save Mart Supermarkets<br>Williams Mullen Clark & Dobbins PC<br>PO Box 1320<br>Richmond, VA 23218-1320 | $275,825.64<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12751 | Sawmill Plaza Place Associates<br><br>Thomas J leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br><br>Los Angeles, CA 90067 | $720,425.01<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $92,371.59<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9178 | Schiffman Circuit Props<br><br>Matthew W Grimshaw<br>Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br><br>Costa Mesa, CA 92626 | $147,795.88<br><br>Admin Priority | CIRCUIT CITY STORES WEST COAST, INC. | $0.00<br><br>Admin Priority | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9180 | Schiffman Circuit Props<br><br>Matthew W Grimshaw<br>Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br><br>Costa Mesa, CA 92626 | $755,535.76<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |