Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al.,. | **:** Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:** (Jointly Administered) |
| | **:** |
| | **:** |

## NOTICE OF LIQUIDATING TRUST'S FORTY-SECOND
## OMNIBUS OBJECTION TO LANDLORD CLAIMS
## (REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION)

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Liquidating Trust's Forty-Second Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.  By the Objection, the Liquidating Trust is seeking to expunge certain claims unless claimant demonstrates that it has met applicable mitigation requirements.  To the extent that claimant establishes that it has met its mitigation burden and shows that applicable mitigation occurred, the Objection seeks to reduce the claim to the thereby established amount taking into account mitigation and 11 U.S.C. § 502(b)(6).

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and

requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce or disallow certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Reference Objection |
|-----|-------------|--------------|---------------------|

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION.  YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M. (EASTERN TIME) ON JUNE 26, 2012, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

**<u>Critical Information for Claimants</u>
<u>Choosing to File a Response to the Objection</u>**

<u>Who Needs to File a Response</u>:  If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

<u>Response Deadline</u>:  The Response Deadline is **<u>4:00 p.m. (Eastern Time) on June 26, 2012 (the "Response Deadline")</u>**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

The status hearing on the Objection will be held at **2:00 p.m. (Eastern Time) on July 10, 2012 at:**

> United States Bankruptcy Court
> 701 East Broad Street – Courtroom 5000
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

## Procedures for Filing a Timely Response and Information Regarding the Hearing on the Objection

**Contents**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall, at a minimum, provide a statement as to whether the claimant has met applicable mitigation requirements, and the results, if any, of its mitigation efforts.  Your Response should also include the name, address, telephone number and facsimile number of the party with authority to discuss mitigation issues on the claimant's behalf.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy

3

Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

## Additional Information

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kcclc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.


Dated:    April 23, 2012

                                    */s/ Paula S. Beran*
                                    Lynn L. Tavenner (VA Bar No. 30083)
                                    Paula S. Beran (VA Bar No. 34679)
                                    TAVENNER & BERAN, PLC
                                    20 North Eighth Street, 2nd Floor
                                    Richmond, Virginia  23219
                                    Telephone:  804-783-8300
                                    Facsimile:  804-783-0178
                                    Email:  ltavenner@tb-lawfirm.com
                                              pberan@tb-lawfirm.com

                                    -and-

                                    Jeffrey N. Pomerantz (admitted *pro hac vice*)
                                    Andrew W. Caine (admitted *pro hac vice*)
                                    PACHULSKI STANG ZIEHL & JONES LLP
                                    10100 Santa Monica Blvd.
                                    13th Floor
                                    Los Angeles, California  90067-4100
                                    Telephone: 805-123-4567
                                    Facsimile:  310/201-0760
                                    E-mail: jpomerantz@pszjlaw.com
                                              acaine@pszjlaw.com

                                    *Counsel for the Circuit City Stores, Inc.*
                                    *Liquidating Trust*

Exhibit 1

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| - - - - - - - - - - - - - - | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION TO
LANDLORD CLAIMS (REDUCTION OF
CERTAIN INVALID CLAIMS-MITIGATION)**

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through

Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the

Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated

Debtors and Debtors in Possession and its Official Committee of Creditors Holding

General Unsecured Claims (the "Plan") in the above-captioned cases, hereby files this

Forty-Second Omnibus Objection to Landlord Claims (Reduction of Certain Partially

Invalid Claims-Mitigation) (the "Objection"), and hereby moves this court (the "Court"),

pursuant to sections 105, 502 and 503 of title 11 of the United States Code, 11 U.S.C.

§§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for

an order, the proposed form of which is attached hereto as Exhibit A, granting the relief

sought by this Objection, and in support thereof states as follows:

<strong>JURISDICTION AND VENUE</strong>

1.        This Court has jurisdiction to consider this Objection under 28

U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of

these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

The statutory and legal predicates for the relief requested herein are Bankruptcy Code

sections 105, 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

<strong>BACKGROUND</strong>

2.        On November 10, 2008 (the "Petition Date"), the debtors in the

above-captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

2

under chapter 11 of the Bankruptcy Code.

    3.    On November 12, 2008, the Office of the United States Trustee for
the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the
"Creditors' Committee").

    4.    On November 12, 2008, the Court appointed Kurtzman Carson
Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these
chapter 11 cases pursuant to 28 U.S.C. § 156(c).

    5.    On December 10, 2008, the Court entered that certain Order
Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002,
3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of
Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the
"Claims Bar Date Order").

    6.    Pursuant to the Claims Bar Date Order, the deadline for filing all
"claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the
Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the
"General Bar Date").  The deadline for governmental units to file claims that arose before
November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar
Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner
of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date
Order (the "Claims Bar Date Notice").

    7.    On December 17 and 19, 2008, KCC served a copy of the Claims
Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy
Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity

3

holders, and certain other parties (Docket No. 1314).  In addition, the Debtors published

the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The

Richmond Times-Dispatch (Docket No. 1394).

        8.      On November 12, 2008, this Court entered that certain Order

Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims

Under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and

Sufficiency of Notice of the Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No.

107)(the "503(b)(9) Bar Date Order").

        9.      Pursuant to the 503(b)(9) Bar Date Order, this Court approved the

form and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the

503(b)(9) Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9)

Bar Date Order and 503(b)(9) Bar Date Notice, the bar date for filing proofs of claim

asserting administrative priority claims pursuant to section 503(b)(9) of the Bankruptcy

Code was on December 19, 2008 (the "503(b)(9) Bar Date").

      10.      On November 19, 2008, KCC served a copy of the 503(b)(9) Bar

Date Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the

Debtors published the 503(b)(9) Bar Date Notice in The New York Times (Docket No.

549), The Wall Street Journal (Docket No. 548), and The Richmond Times-Dispatch

(Docket No. 547).

      11.      On January 16, 2009, the Court authorized the Debtors, among other

things, to conduct going out of business sales at the Debtors' remaining 567 stores

pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a

DOCS_LA:253363.1 12304-003

joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going

out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.

As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had

been completed.

12.     On April 1, 2009, this Court entered an Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of Notice of Omnibus

Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

13.     On May 15, 2009, the Court entered that certain Order Pursuant to

Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting

Administrative Bar Date and Procedures For Filing and Objecting To Administrative

Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No.

3354) (the "First Administrative Claims Bar Date Order").

14.     Pursuant to the First Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests (as defined in the First

Administrative Claims Bar Date Order) incurred in the period between November 10, 2008

and April 30, 2009 was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant to the First

Administrative Claims Bar Date Order, this Court approved the form and manner of the

claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar

Date Order (the "Claims Bar Date Notice").

15.     On or before May 22, 2009, KCC served a copy of the

Administrative Claims Bar Date Notice on all parties who filed notices of appearance

pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,

the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609).  In

addition, the Debtors published the Administrative Claims Bar Date Notice in <u>The</u>
<u>Financial Times</u> (Docket No. 3970), <u>The Richmond Times-Dispatch</u> (Docket No. 3969)
and <u>The Wall Street Journal</u> (Docket No. 3968).

16.    On February 18, 2010, the Court entered that certain Order Pursuant
to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting
Second Administrative Bar Date and Procedures For Filing and Objecting To
Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof
(Docket No. 6555) (the "Second Administrative Claims Bar Date Order").

17.    Pursuant to the Second Administrative Claims Bar Date Order, the
deadline for filing all Administrative Expense Requests for the period May 1, 2009
through December 31, 2009 (as defined in the Administrative Claims Bar Date Order) was
5:00 p.m. (Pacific) on March 31, 2010.  Pursuant to the Second Administrative Claims Bar
Date Order, this Court approved the form and manner of the claims bar date notice, which
was attached as Exhibit A to the Second Administrative Claims Bar Date Order (the
"Claims Bar Date Notice").

18.    On or before February 25, 2010, KCC served a copy of the Second
Administrative Claims Bar Date Notice on all parties who filed notices of appearance
pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases,
the Debtors' equity holders, and certain other parties (Docket No. 6705).  Supplemental
service of the Second Administrative Bar Date Notice was provided by overnight mail to
one party, Brockton Superior Court, on March 26, 2010 (Docket Nos. 7089 and 7535).  In
addition, the Debtors published the Administrative Claims Bar Date Notice in <u>The</u>
<u>Financial Times</u> (Docket No. 6719), <u>The Richmond Times-Dispatch</u> (Docket No. 6717)

6

and <u>The Wall Street Journal</u> (Docket No. 6718).

19.     On August 9, 2010, the Debtors and the Creditors' Committee filed the Plan, which provides for the liquidation of the Debtors' assets and distribution of the proceeds thereof under chapter 11 of the Bankruptcy Code.

20.     On September 10, 2010, the United States Bankruptcy Court, Eastern District of Virginia, signed an Order confirming the Plan.

21.     The Plan became effective on November 1, 2010 (the "Effective Date"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidation Trust assumed the right and responsibility to liquidate the Debtors' remaining assets and distribute the proceeds to creditors, including the prosecution of Causes of Action and objections to claims.

<b><u>OBJECTIONS TO CLAIMS</u></b>

22.     By this Objection, the Liquidating Trust seeks entry of an order, in substantially the form attached hereto as <u>Exhibit A</u>, pursuant to Bankruptcy Code sections 105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1, (i) reducing or disallowing each of the claims identified on <u>Exhibit B</u> attached hereto (collectively, the "Claims") for the reasons set forth below.

23.     For ease of reference, <u>Exhibit B</u> contains an alphabetical listing of all claimants whose Claims are included in this Objection (the "Claimants"), with a cross-reference by claim number.

**A.      Reduction of Certain Invalid Claims**

24.     The basis for reduction or disallowance of the claims listed on <u>Exhibit B</u> attached hereto (the "Invalid Claims") is that all of the Invalid Claims assert, in

7

part, amounts for which the Debtors are not liable unless the claimant at issue has met its

applicable mitigation burden.  Moreover, to the extent that a claimant establishes that it has

met its mitigation burden and that applicable mitigation occurred, the Objection seeks to

reduce the Claim to the thereby established amount taking into account mitigation, 11

U.S.C. §  502(b)(6) and any additional objections asserted with respect to the Claim.

     25.     Accordingly, the Liquidating Trust requests that the Partially Invalid

Claims identified on <u>Exhibit B</u> be reduced or disallowed in the manner stated in <u>Exhibit B</u>

for the reasons stated therein.,

     26.     As set forth in the Notice accompanying this Objection, in order to

facilitate a speedy and non-judicial resolution of a Claim subject to this Objection, any

claimant filing a response shall, at a minimum, provide a statement as to whether the

claimant has met applicable mitigation requirements, and the results, if any, of its

mitigation efforts.

## RESERVATION OF RIGHTS

     27.     At this time, the Liquidating Trust has not completed its review of

the validity of all claims/expenses filed against the Debtors' estates, and reserves the right

to further object to any and all claims, whether or not the subject of this Objection, for

allowance and/or distribution purposes, and on any other grounds, including the right to

modify, supplement and/or amend this Objection as it pertains to any of the Claims

objected to herein.

## NOTICE AND PROCEDURE

     28.     Notice of this Objection has been provided to all Claimants with

Claims that are the subject to this Objection as identified on <u>Exhibit B</u>, and to parties-in-

interest in accordance with the Court's Supplemental Order Pursuant to Bankruptcy Code

Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules

2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative

Procedures (entered on December 30, 2009 at Docket No. 6208) (the "Case Management

Order").  The Liquidating Trust submits that the following methods of service upon the

Claimants should be deemed by the Court to constitute due and sufficient service of this

Objection: (a) service in accordance with Federal Rule of Bankruptcy Procedure 7004 and

the applicable provisions of Federal Rule of Civil Procedure 4; (b) to the extent counsel for

a Claimant is not known to the Liquidating Trust, by first class mail, postage prepaid, on

the signatory of the Claimant's proof of claim form or other representative identified in the

proof of claim form or any attachment thereto; or (c) by first class mail, postage prepaid,

on any counsel that has appeared on the Claimant's behalf in the Debtors' bankruptcy

cases.  The Liquidating Trust is serving the Claimant with this Objection and the exhibit on

which the Claimant's claim is listed.

        29.      To the extent any Claimant timely files and properly serves a

response to this Objection by **4:00 P.M. (Eastern) on June 26, 2012** as required by the

Case Management Order and under applicable law, and the parties are unable to otherwise

resolve the Objection, the Liquidating Trust requests that the Court conduct a status

conference[2] with respect to any such responding claimant at **2:00 P.M. (Eastern) on July**

**10, 2012** and thereafter schedule the matter for a future hearing as to the merits of such

claim.  However, to the extent any Claimant fails to timely file and properly serve a

response to this Objection as required by the Case Management Order and applicable law, the Liquidating Trust requests that the Court enter an order, substantially in the form attached hereto as Exhibit A, reducing or disallowing the Invalid Claims set forth on Exhibit B and attached hereto.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
## THE OMNIBUS OBJECTION PROCEDURES ORDER

30.     This Objection complies with Bankruptcy Rule 3007(e). Additionally, the Liquidating Trust submits that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

31.     Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Liquidating Trust requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

32.     No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

---

*(cont'd from previous page)*
[2] In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the Objection do not need to appear at the status conference.

Dated: Richmond, Virginia
April 23, 2012

TAVENNER & BERAN, PLC

/s/ Paula S. Beran
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

11

## EXHIBIT A

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

## ORDER REGARDING LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION)

THIS MATTER having come before the Court[1] on the Liquidating Trust's Forty-Second Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation), (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit B  attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED.

2.      The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced and/or disallowed for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3.      The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

4.      The Liquidating Trust shall serve a copy of this Order on the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

claimants included on the exhibits to this Order on or before five (5) business days from

the entry of this Order.

      5.     This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.

Dated: Richmond, Virginia
       April __, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

3

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

                       - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

                       - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                       */s/ Paula S. Beran*
                       Paula S. Beran


4

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
EXHIBIT B

REDUCTION OF CERTAIN INVALID CLAIMS

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 6/18/2009 | 13445 | 700 Jefferson Road II LLC<br><br>Attn James S Carr<br>Robert L LeHane<br>Kelley Dyre & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | $1,048,051.31<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $35,521.66<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12465 | Benderson Properties Inc and Donald E Robinson<br><br>Attn James S Carr<br>Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | $1,141,205.76<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $90,609.80<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/2/2009 | 12089 | Berkshire Management Corp Agent for Berkshire Amherst LLC ta Amherst Crossing Amherst NH<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103-7599 | $814,951.85<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/19/2009 | 13462 | DDR MDT Fairfax Town Center LLC<br><br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | $1,668,567.70<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $477,053.59<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12840 | DDR Norte LLC<br><br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | $1,343,968.03<br><br>General Unsecured | CIRCUIT CITY STORES PR, LLC | $8,325.64<br><br>General Unsecured | CIRCUIT CITY STORES PR, LLC | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/28/2009 | 12447 | Sebring Retail Associates LLC<br><br>3610 NE 1ST AVE<br><br>MIAMI, FL 33137 | Unliquidated, but not less than<br>$549,096.74<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $54,456.50<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/16/2009 | 11782 | Shoppes At River Crossing LLC<br><br>c o Stephen Warsh<br>General Growth Properties Inc<br>110 N Wacker Dr BSC 1 26<br><br>Chicago, IL 60606 | $824,024.40<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $233,612.16<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 5/1/2009 | 12770 | Shoppes of Beavercreek Ltd<br><br>Attn Kimberly A Pierro Esq<br>Kutak Rock LLP<br>1111 E Main St Ste 800<br><br>Richmond, VA 23219 | $721,557.53<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $43,853.54<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 9061 | Shops at Kildeer LLC<br><br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br><br>New York, NY 10178 | $965,043.38<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $78,375.32<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9635 | Sierra Lakes Marketplace LLC<br><br>1156 N Mountain Ave<br><br>Upland, CA 91786 | $930,048.21<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12766 | Silverlake CCU Petula LLC<br><br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq<br>Duane Morris LLP<br>30 S 17th St<br>Philadelphia, PA 19103-4196 | $991,501.63<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/28/2009 | 6645 | SILVERSTEIN TRUSTEE, RAYMOND<br><br>C/O THE GOODMAN GROUP<br>2828 CHARTER RD<br><br>PHILADELPHIA, PA 19154 | $1,530,934.99<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $856,125.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 8944 | Sinay Family LLC<br><br>Sam Sinay Manager<br>Sam Sinay and Charlotte Sinay Family LL<br>1801 Century Pk E Ste 2101<br><br>Los Angeles, CA 90067 | $422,551.26<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $66,654.38<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 10/30/2009 | 14770 | Site A LLC<br><br>Ann K Crenshaw Esq and Paul K Campse<br>Kaufman & Canoles PC<br>2101 Parks Ave Ste 700<br><br>Virginia Beach, VA 23451 | $1,398,365.04<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $124,084.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 9366 | SJ Collins Enterprises LLC Goodman Enterprises LLC DeHart Holdings LLC and Weeks Properties GC Holdings LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | $646,554.39<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $41,535.27<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/19/2009 | 11776 | SOMERVILLE SAGINAW LIMITED PARTNERSHIP<br><br>C/O RD MANAGEMENT<br>810 SEVENTH AVENUE 28TH FLOOR<br><br>NEW YORK, NY 10019 | $432,225.92<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $9,183.74<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 3/20/2009 | 12193 | SOUTHAVEN TOWNE CENTER II LLC<br><br>C O SCOTT M SHAW ESQ<br>HUSCH BLACKWELL SANDERS LLP<br>2030 HAMILTON PL BLVD STE 150<br><br>CHATTANOOGA, TN 37421 | $937,762.92<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $59,435.36<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12676 | Southland Center Investors LLC<br><br>C O NIFONG REALTY INC<br>2181 S ONEIDA ST STE 1<br><br>GREEN BAY, WI 54304 | $837,308.31<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $121,944.73<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/12/2009 | 11581 | SOUTHROADS LLC<br><br>DEBBIE PATE<br>C O MD MANAGEMENT INC<br>5201 JOHNSON DR STE 450<br><br>MISSION, KS 66205 | $564,064.27<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $8,413.64<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/23/2009 | 5559 | Southwinds Ltd<br><br>Aaron Gafni Esq<br>Greenberg Glusker Fields Claman & Macht<br>1900 Avenue of the Stars Ste 2100<br><br>Los Angeles, CA 90067 | Unliquidated, but not less than<br>$975,624.35<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $133,230.69<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 5/6/2009 | 12855 | Starpoint Properties LLC<br><br>c o LNR Partners LLC<br>2005 C1 Shoopes of Plantation Acres LLC<br>1601 Washington Ave Ste 700<br><br>Miami Beach, FL 33139 | Unliquidated, but not less than<br>$1,042,054.01<br>General Unsecured | CIRCUIT CITY STORES, INC. | $65,300.25<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/2/2009 | 2901 | Station Landing LLC<br><br>John C La Liberte Esq<br>Sherin and Lodgen LLP<br>101 Federal St<br><br>Boston, MA 02110 | $97,082.06<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $2,367.86<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 8573 | STOR ALL NEW ORLEANS, L L C<br><br>259 LAKE VISTA DR<br><br>MANDEVILLE, LA 70471 | $617,625.99<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $10,862.69<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 8824 | Sullivan Crosby Trust<br><br>C O ALLBRITTEN SLATES CPAS LLC<br>508 W THIRD ST<br><br>CARSON CITY, NV 89703 | $496,288.04<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $50,722.09<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12763 | Susanne Bard Trustee of the Ervin & Susanne Bard Family Trust<br><br>1100 Alta Loma Rd Unit 16B<br><br>West Hollywood, CA 90069 | $464,750.15<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $36,359.56<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12690 | Susanne Bard Trustee of the Ervin & Susanne Bard Family Trust<br><br>1100 Alta Loma Rd Unit 16B<br><br>West Hollywood, CA 90069 | $393,412.25<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $40,312.25<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12684 | SVSC II LP c o Midland Loan Services Inc a Delaware Corporation<br><br>Midland Loan Services Inc<br>c o JP Morgan Chase Lockbox 974754<br>PNC Bank Lockbox<br>14800 Frye Rd TX1 0006<br>Fort Worth, TX 76155 | $434,362.50<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12729 | Sweetwater Associates Limited Partnership<br><br>Attn Kerrie L Ozarski Real Estate Manager<br>c o StepStone Real Estate Services<br>2750 Womble Rd Ste 101<br><br>San Diego, CA 92106-6114 | $668,523.70<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $70,256.42<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12730 | Sweetwater Associates Limited Partnership<br><br>Attn Kerrie L Ozarski Real Estate Manager<br>c o StepStone Real Estate Services<br>2750 Womble Rd Ste 101<br><br>San Diego, CA 92106-6114 | $627,595.16<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $29,327.88<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9943 | Tam Stockton LLC a California Limited Liability Company<br><br>Attn David J Gustafson<br>Tam Stockton LLC<br>500 Washington St Ste 475<br><br>San Francisco, CA 94111-2949 | $308,676.25<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $6,112.40<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/5/2009 | 13208 | Tamarack Village Shopping Center Limited Partnership<br><br>c o Michael F McGrath Esq<br>Ravich Meyer Kirkman McGrath Nauman<br>80 S Eighth St Ste 4545<br><br>Minneapolis, MN 55402 | $553,971.03<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $7,055.50<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12656 | Tanurb Burnsville LP<br><br>c o Tanurb Developments Inc<br>56 Temperance St 7th Fl<br><br><br>Toronto, Ontario M5H 3V5 | $307,137.55<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $17,193.13<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 8939 | TEAM RETAIL WESTBANK LTD<br><br>ATTN WORTH R WILLIAMS<br>9362 HOLLOW WAY RD<br><br>DALLAS, TX 75220 | $682,748.35<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $66,913.15<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/16/2009 | 12263 | THE CAFARO NORTHWEST PARTNERSHIP<br><br>2445 BELMONT AVE<br>PO BOX 2186<br><br>YOUNGSTOWN, OH 44504-0186 | $1,126,803.88<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 2/3/2009 | 11000 | The City Portfolio LLC, et al.<br><br>Red Mountain as Successor in Interest to T<br>c/o Contrarian Capital Management, L.L.C.<br>411 West Putnam Ave Ste 425<br><br>Greenwich, CT 06830 | $338,982.08<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $93,988.41<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 12/23/2008 | 1897 | The Hutensky Group LLC agent for HRI Lutherville Station LLC ta Lutherville Station Lutherville MD<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $587,705.57<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $40,307.93<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/3/2009 | 12071 | The Irvine Company Fashion Island Shopping Center<br><br>c o Liquidity Solutions Inc<br>One University Plz Ste 312<br><br>Hackensack, NJ 07601 | $958,878.60<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/3/2009 | 12070 | The Irvine Company The Market Place<br><br>c o Liquidity Solutions Inc<br>One University Plz Ste 312<br><br>Hackensack, NJ 07601 | $1,086,721.10<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/28/2009 | 7024 | The Marvin L Oates Trust<br><br>c o Trainor Fairbrook<br>Attn Nancy Hotchkiss<br>980 Fulton Ave<br><br>Sacramento, CA 95825 | $44,936.02<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $19,448.95<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12472 | The Randall Benderson 1993 1 Trust and WR 1 Associates LTD<br><br>Attn James S Carr Esq<br>Robert L LeHane<br>Kelley Dyre & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | $2,377,280.33<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $129,478.35<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 6/29/2009 | 14476 | The Village at Rivergate Limited Partnership<br><br>c o Scott M Shaw Esq<br>Husch Blackwell Sanders LLP<br>2030 Hamilton Pl Blvd Ste 150<br><br>Chattanooga, TN 37421 | $941,139.43<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $52,231.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 9028 | THE WEST CAMPUS SQUARE CO LLC<br><br>C O DOLMAR INC<br>433 N CAMDEN DR STE 500<br><br>BEVERLY HILLS, CA 90210 | $801,079.31<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $79,347.59<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/28/2009 | 7526 | The West Campus Square Company LLC<br><br>J Bennett Friedman Esq<br>Friedman Law Group<br>1900 Avenue of the Stars Ste 1800<br><br>Los Angeles, CA 90067-4409 | $801,079.31<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $79,347.59<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/28/2009 | 12398 | THF Harrisonburg Crossing LLC<br><br>2127 Innerbelt Business Center Dr Ste 200<br><br>St Louis, MO 63114 | $1,302,506.51<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $25,014.05<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/28/2009 | 12452 | THF St Clairsville Development LP<br><br>2127 Innerbelt Business Center Dr Ste 200<br><br>St Louis, MO 63114 | $462,403.51<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $24,213.86<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 8953 | Thoroughbred Village<br><br>Austin L McMullen<br>Bradley Arant Boult Cummings LLP<br>1600 Division St Ste 700<br><br>Nashville, TN 37203 | $1,081,955.96<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $34,940.96<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 8932 | TI PT TexasLLC Dudley Mitcell Properties TX LLC Shelby Properties TX LLC and Pintar Investment Properties TX LLC<br>c o William A Trey Wood III<br>Bracewell & Giuliani LLP<br>711 Louisiana St Ste 2300<br><br>Houston , TX 77002 | $633,444.72<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/9/2009 | 12254 | TIAA CREF<br><br>Jonathan L Howell<br>Munch Hardt Kopf & Harr PC<br>500 N Akard St No 3800<br><br>Dallas, TX 75201 | $764,237.40<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $115,503.38<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 13010 | TKG Coffee Tree LP<br><br>c o Eugene Chang<br>Stein & Lubin LLP<br>600 Montgomery St 14th Fl<br><br>San Francisco, CA 94111 | $543,422.12<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $32,675.43<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12733 | Torrance Towne Center Associates LLC<br><br>c o Ian S Landsberg<br>Landsberg Margulies LLP<br>16030 Ventura Blvd Ste 470<br><br>Encino, CA 91436 | $757,985.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $24,587.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12808 | Torrington Triplets LLC<br><br>Attn Gerald Morganstern<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave 9th Fl<br><br>New York, NY 10036-5115 | $669,386.84<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $10,421.01<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12699 | TOWSON VF LLC<br><br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br><br>PARAMUS, NJ 07652 | $1,003,538.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $34,323.13<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 3/30/2009 | 12159 | Trumbull Shopping Center No 2 LLC<br><br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br><br>New Haven , CT 06511 | $1,668,196.94<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $31,832.75<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9643 | Tutwiler Properties Ltd<br><br>c o Heather A Lee<br>Burr & Forman LLP<br>420 N 20th St Ste 3400<br><br>Birmingham, AL 35203 | $596,820.21<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $44,945.21<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 9537 | Tysons Corner Holdings LLC Macerich Tysons Corner Superstore<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Pk E 26th Fl<br><br>Los Angeles, CA 310-788-4400 | $274,468.03<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $27,254.19<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 8107 | UBS Realty Investors LLC Agent for Happy Valley Town Center Phoenix AZ<br><br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $1,090,947.16<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $43,202.88<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 12/23/2008 | 1898 | UBS Realty Investors LLC agent for Wayside Commons Investors LLC ta Wayside Commons Burlington MA c o David L Pollack<br><br>Ballard Spahr Andrews & Ingersoll LLP<br><br>1735 Market St 51st Fl<br><br><br>Philadelphia, PA 19103 | $218,139.22<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $17,859.70<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/27/2009 | 6025 | United States Debt Recovery III LP<br><br><br>940 Southwood Bl Ste 101<br><br><br>Incline Village, NV 89451 | $2,758,565.13<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $630,165.13<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/2/2009 | 12115 | United States Debt Recovery V LP<br><br><br>940 Southwood Bl Ste 101<br><br><br>Incline Village, NV 89451 | $2,639,854.84<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $74,499.34<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/27/2009 | 12121 | United States Debt Recovery V LP<br><br><br>940 Southwood Bl Ste 101<br><br><br>Incline Village, NV 89451 | $1,112,594.70<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $92,482.09<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 3/31/2009 | 12136 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | $823,128.41<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $11,538.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/26/2009 | 5809 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | $5,362,602.51<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $48,360.24<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 7550 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | $962,727.35<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12405 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | $1,223,790.80<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $43,333.60<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 5/28/2010 | 15046 | United States Debt Recovery V LP<br><br>Assignee of Forecast Danbury Limited Part<br>940 Southwood Blvd Ste 101<br><br>Incline Village, NV 89451 | $1,141,505.43<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12735 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | Unliquidated, but not less than<br>$866,003.93<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $204,311.40<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12811 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | $967,818.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $15,000.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 7/23/2009 | 14519 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | Unliquidated, but not less than<br>$462,768.36<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $88,609.33<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/29/2009 | 7735 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | $911,389.17<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $85,915.73<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12819 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | $1,075,762.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12588 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | Unliquidated, but not less than $932,005.27<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $163,067.50<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12589 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | Unliquidated, but not less than $1,069,909.97<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $197,544.45<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/29/2009 | 8614 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | $1,396,114.76<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $157,069.76<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 7/23/2009 | 14520 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | Unliquidated, but not less than<br><br>$1,168,493.14<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $198,828.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 10/18/2010 | 15116 | United States Debt Recovery V LP Assignee of CC Properties LLC<br><br>United States Debt Recovery V LP 940 Southwood Blvd Ste 101<br><br>Incline Village, NV 89451 | $815,185.77<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $188,937.97<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 10/18/2010 | 15115 | United States Debt Recovery V LP Assignee of CC Properties LLC<br><br>United States Debt Recovery V LP 940 Southwood Blvd Ste 101<br><br>Incline Village, NV 89451 | $880,847.31<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $137,935.09<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 10/18/2010 | 15117 | United States Debt Recovery V LP Assignee of CC Properties LLC<br><br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br><br><br>Incline Village, NV 89451 | $1,094,104.39<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $200,364.73<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 10/18/2010 | 15113 | United States Debt Recovery V LP Assignee of CC Properties LLC<br><br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br><br><br>Incline Village, NV 89451 | $415,069.08<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $89,101.53<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 10/18/2010 | 15112 | United States Debt Recovery V LP Assignee of CC Properties LLC<br><br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br><br><br>Incline Village, NV 89451 | $996,033.35<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $173,266.23<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 10/18/2010 | 15110 | United States Debt Recovery V LP Assignee of CC Properties LLC<br><br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br><br><br>Incline Village, NV 89451 | $996,033.35<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $173,266.23<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 10/26/2010 | 15118 | United States Debt Recovery V LP Assignee of Enid Two LLC<br><br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br><br><br>Incline Village, NV 89451 | $347,988.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 10/18/2010 | 15109 | United States Debt Recovery V LP Assignee of Faber Brothers Inc<br><br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br><br><br>Incline Village, NV 89451 | $2,639,429.40<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $21,619.15<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 10/18/2010 | 15111 | United States Debt Recovery V LP Assignee of FRO LLC IX<br><br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br><br><br>Incline Village, NV 89451 | $951,184.06<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $157,069.76<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 10/4/2010 | 15099 | United States Debt Recovery V LP Assignee of Johnstown Shopping Center LLC<br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br><br><br>Incline Village, NV 89451 | $824,496.86<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 8/9/2010 | 15072 | United States Debt Recovery V LP Assignee of Rancon Realty Fund IV<br><br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br><br><br>Incline Village, NV 89451 | $1,112,169.01<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $17,976.24<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 5/12/2009 | 12992 | Uniwest Management Services Inc Owner or Agent for Battlefield FE Limited Partners t a Fort Evans Plaza II Leesburg<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br><br>Philadelphia, PA 19103 | $810,081.63<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $26,028.32<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/29/2009 | 7930 | Urbancal Oakland II LLC<br><br><br>Urban Retail Properties LLC<br>Attn Mr Miles McFee<br>412 W 14 Mile Rd<br><br>Troy, MI 48083 | $732,952.39<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $16,287.83<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 8720 | US 41 & I 285 Company<br><br><br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br><br>New York, NY 10178 | $1,216,831.26<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $29,810.43<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/19/2010 | 14798 | US Bank National Association as Purchaser of Assets of Park National Bank<br><br>Attn Richard C Maxwell Esq<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br><br>Roanoke, VA 24011 | $145,632.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/19/2010 | 14796 | US Bank National Association as Purchaser of Assets of Park National Bank<br><br>Attn Richard C Maxwell Esq<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br><br>Roanoke, VA 24011 | $690,065.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $107,665.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/19/2010 | 14802 | US Bank National Association as Purchaser of Assets of Park National Bank<br><br>Attn Richard C Maxwell Esq<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br><br>Roanoke, VA 24011 | $468,700.80<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/19/2010 | 14801 | US Bank National Association as Purchaser of Assets of Park National Bank<br><br>Attn Richard C Maxwell Esq<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br><br>Roanoke, VA 24011 | $421,719.58<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $88,919.58<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/19/2010 | 14793 | US Bank National Association as Purchaser of Assets of Park National Bank<br><br>Attn Richard C Maxwell Esq<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br><br>Roanoke, VA 24011 | $303,611.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $43,611.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/19/2010 | 14797 | US Bank National Association as Purchaser of Assets of Park National Bank<br><br>Attn Richard C Maxwell Esq<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br><br>Roanoke, VA 24011 | $341,119.66<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $8,319.66<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/19/2010 | 14794 | US Bank National Association as Purchaser of Assets of Park National Bank<br><br>Attn Richard C Maxwell Esq<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br><br>Roanoke, VA 24011 | $352,911.16<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $25,311.16<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9633 | UTC I LLC<br><br>Amy Pritchard Williams Esq<br>K&L Gates LLP<br>Hearst Tower 47th Fl<br>214 N Tryon St<br>Charlotte, NC 28202 | $461,678.31<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $8,601.87<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12835 | Valencia Marketplace I LLC<br><br>101 N WESTLAKE BLVD<br>SUITE 201<br><br>WESTLAKE VILLAGE , CA 91362 | $740,281.17<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $81,584.97<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12526 | Valley Corners Shopping Center LLC<br><br>Amy Pritchard Williams Esq<br>K&L Gates LLP<br>Hearst Tower 47th Fl<br>214 N Tyron St<br>Charlotte, NC 28202 | $624,728.52<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $12,926.70<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 11963 | Valley View S C LLC<br><br>Attn Neil E Herman<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br><br>New York, NY 10178 | $1,088,915.28<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $31,508.79<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9746 | Ventura in Manhattan Inc<br><br>Attn Pamela Griffin Esq<br>3424 Peachtree Rd NE 9th Fl<br><br>Atlanta, GA 30326 | $2,210,447.03<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $12,162.24<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/29/2009 | 8227 | Vestar OCM LLC<br><br>c o William Novotny<br>Mariscal Weeks McIntye & Friedlander PA<br>2901 N Central Ave Ste 200<br><br>Phoenix, AZ 85012 | $1,901,938.36<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $52,981.25<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9953 | Victoria Estates LTD Magpond LLC Magpond A LLC and Magpond B LLC<br><br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | $1,867,055.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $1,000.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12705 | VNO MUNDY STREET LLC<br><br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br><br>PARMUS, NJ 07652 | $1,073,108.33<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $8,185.23<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12629 | VNO TRU DALE MABRY LLC<br><br>C/O VORNADO REALTY TRUST<br>210 ROUTE 4 EAST<br><br>PARAMUS, NJ 07652 | Unliquidated, but not less than<br>$1,347,715.50<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 12/8/2010 | 15176 | Voit Partners LTD I Trust No 5<br><br>c o Croudace & Dietrich LLP<br>Voit Partners LTD I Trust No 5<br>4750 Von Karman Ave<br><br>Newport Bch, CA 92660 | $1,010,293.00<br><br>General Unsecured | Circuit City Stores, Inc. | $0.00<br><br>General Unsecured | Circuit City Stores, Inc. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 8496 | VORNADO GUN HILL ROAD LLC<br><br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br><br>PARAMUS, NJ 07652 | Unliquidated, but not less than<br>$2,715,105.72<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 8489 | Vornado North Bergen Tonnelle Plaza LLC<br><br>Attn Mei Cheng<br>c o Vornado Realty Trust<br>210 Rte 4 E<br><br>Paramus, NJ 07652 | $1,084,118.20<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12665 | Walton Hanover Investors V LLC<br><br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | $545,547.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $20,887.84<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12481 | Walton Whitney Investors V LLC<br><br>Attn James S Carr Esq & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br><br>New York, NY 10178 | $855,868.97<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $34,789.01<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12860 | Washington Green TIC<br><br>c o James E Huggett Esq<br>Margolis Edelstein<br>750 Shipyard Dr Ste 102<br><br>Wilmington, DE 19801 | $727,486.46<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $15,878.47<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/21/2009 | 3936 | Washington Place LP<br><br>Attn Ingrid C Meador<br>c o The Broadbent Company<br>117 E Washington St Ste 300<br><br>Indianapolis, IN 46204 | $506,213.80<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $8,978.47<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/25/2009 | 13503 | Washington Real Estate Investment Trust<br><br>c o Magruder Cook Carmody & Koutsouftik<br>1889 Preston White Dr Ste 200<br><br><br>Reston, VA 20191 | $845,494.71<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $67,544.07<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/29/2009 | 7836 | Watkins Houston Investments LP<br><br>LAWRENCE WATKINS<br>PO BOX 50113<br><br>SPARKS, NV 89435-0113 | $447,112.12<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $38,252.50<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12703 | Wayne VF LLC<br><br>Attn Mei Cheng<br>c o Vornado Realty Trust<br>210 Rte 4 E<br><br>Paramus, NJ 07652-0910 | $1,445,517.97<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $76,967.77<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/23/2009 | 13480 | WCC Properties LLC<br><br>ADI Properties<br>1660 Union St Ste 400<br><br>San Diego, CA 92101 | $5,117,498.04<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $7,793.90<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/9/2012 | 15261 | WCC Properties, LLC<br><br>Douglas A. Scott, PLC<br>1805 Monument Avenue, Suite 311<br><br>Richmond, VA 23220 | $810,533.50<br><br>General Unsecured | Circuit City Stores West Coast, Inc. | $17,836.00<br><br>General Unsecured | Circuit City Stores West Coast, Inc. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 3/30/2009 | 12162 | WEA Gateway LLC<br><br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br><br>New Haven, CT 06511 | $275,585.65<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $18,046.37<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12911 | WEC 96 D Appleton 2 Investment Trust<br><br>Attn Jason Blumberg Esq<br>Loeb & Loeb LLP<br>345 Park Ave<br><br>New York, NY 10154 | $842,991.27<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $62,271.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9647 | WEC 96D Niles Investment Trust<br><br>Neil D Goldman Esq<br>Young Goldman & Van Beek PC<br>510 King St Ste 416<br><br>Alexandria, VA 22314 | $1,008,343.72<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $72,918.08<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/28/2009 | 12572 | WEC 96D Springfield 1 Investment Trust<br><br>Attn Jason Blumberg Esq<br>Loeb & Loeb LLP<br>345 Park Ave<br><br>New York, NY 10154 | $809,463.25<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $59,851.13<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12685 | WEC 99A 1 LLC c o Midland Loan Services Inc a Delaware Corporation<br><br>Midland Loan Services Inc<br>c o JP Morgan Chase Lockbox 974754<br>PNC Bank Lockbox<br>14800 Frye Rd TX1 0006<br>Fort Worth, TX 76155 | $327,946.27<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $5,005.64<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12851 | WEC 99A 3 LLC c o Midland Loan Services Inc a Delaware Corporation<br><br>Midland Loan Services Inc<br>c o JP Morgan Chase Lockbox 974754<br>PNC Bank Lockbox<br>14800 Frye Rd TX1 0006<br>Fort Worth, TX 76155 | Unliquidated, but not less than<br>$442,917.84<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $7,011.59<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 2/20/2009 | 11158 | Weingarten Miller Sheridan LLC<br><br>Attn Jenny J Hyun Esq<br>co Weingarten Realty Investors<br>2600 Citadel Plaza Dr Ste 125<br><br>Houston, TX 77008 | $907,752.92<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $179,834.64<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12741 | Weingarten Nostat Inc<br><br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plz Dr Ste 125<br><br>Houston, TX 77008 | $1,105,995.63<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $112,945.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 4/30/2009 | 12635 | Weingarten Nostat Inc<br><br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plz Dr Ste 125<br><br>Houston, TX 77008 | $1,620,858.57<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $98,204.80<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12632 | Weingarten Nostat Inc<br><br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plz Dr Ste 125<br><br>Houston, TX 77008 | $1,620,858.57<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $98,204.80<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12738 | Weingarten Realty Investors<br><br>Attn Jenny J Hyun Esq<br>2600 Citadel Plz Dr Ste 125<br><br><br>Houston, TX 77008 | $507,009.88<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $85,565.23<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9452 | Well Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA formerly known as Norwest Bank<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 | Unliquidated, but not less than<br>$951,405.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 8282 | Wells Fargo Bank as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Corp Jubilee Springdale LLC<br><br>c o Schottenstein Property Group<br><br>4300 E 5th Ave<br><br><br>Columbus, OH 43219-1816 | Unliquidated, but not less than<br><br>$865,790.86<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $53,460.36<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 12/30/2008 | 2310 | Wells Fargo Bank NA<br><br><br>c o Mindy A Mora Esq<br><br>Bilzin Sumberg Baena Price & Axelrod LLP<br><br>200 S Biscayne Blvd Ste 2500<br><br><br>Miami, FL 33131 | $780,673.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $96,014.36<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9438 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Peyton Inge<br>c o Capmark Finance Inc<br><br>700 N Pearl St Ste 2200<br><br><br>Dallas, TX 75201 | Unliquidated, but not less than<br><br>$841,608.15<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9441 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Peyton Inge<br>c o Capmark Finance Inc<br><br>700 N Pearl St Ste 2200<br><br><br>Dallas , TX 75201 | Unliquidated, but not less than<br><br>$1,229,478.60<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 9444 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 | Unliquidated, but not less than<br>$497,646.16<br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9450 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 | Unliquidated, but not less than<br>$1,419,755.11<br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9741 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 | Unliquidated, but not less than<br>$812,334.91<br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 10034 | Wells Fargo Bank NA Sucessor By Merger To Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA As Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 | Unliquidated, but not less than<br>$831,480.00<br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 3/30/2009 | 12023 | Wells Fargo Bank Northwest NA<br><br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 | Unliquidated, but not less than<br><br>$649,951.50<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $47,072.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/29/2009 | 12416 | Wells Fargo Bank Northwest NA<br><br>Attn Krystal Bagshaw<br>299 S Main St 12th Fl<br><br><br>Salt Lake City, UT 86111 | $700,106.88<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $56,836.21<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 12004 | Wells Fargo Bank Northwest NA<br><br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 | Unliquidated, but not less than<br><br>$691,488.32<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $82,013.62<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 12009 | Wells Fargo Bank Northwest NA<br><br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | Unliquidated, but not less than<br><br>$924,016.70<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $66,920.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 3/30/2009 | 12011 | Wells Fargo Bank Northwest NA<br><br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | Unliquidated, but not less than<br><br>$1,218,701.20<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $131,958.50<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 12012 | Wells Fargo Bank Northwest NA<br><br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 | Unliquidated, but not less than<br><br>$759,368.25<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $54,444.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 12013 | Wells Fargo Bank Northwest NA<br><br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 | Unliquidated, but not less than<br><br>$664,554.88<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $47,739.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 12014 | Wells Fargo Bank Northwest NA<br><br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 | Unliquidated, but not less than<br><br>$834,561.69<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $60,116.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 5/26/2009 | 13079 | Wells Fargo Bank Northwest NA<br><br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | $709,411.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $66,141.31<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/11/2011 | 15220 | Westgate Village LLC<br><br>c o Heather D Dawson Esq<br>Kitchens Kelley Gaynes PC<br>Eleven Piedmont Ctr Ste 900<br>3495 Piedmont Rd NE<br>Atlanta, GA 30305 | $315,351.78<br><br>General Unsecured | Circuit City Stores, Inc. | $43,450.08<br><br>General Unsecured | Circuit City Stores, Inc. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/30/2009 | 12160 | Wheaton Plaza Regional Shopping Center LLP<br><br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br><br>New Haven, CT 06511 | $757,412.26<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $14,863.29<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 3/31/2009 | 12096 | William A Broscious Esq<br><br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br><br>Pittsburgh, PA 15232 | $972,886.51<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $122,334.01<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/29/2009 | 8367 | Windsail Properties LLC<br><br>Brenda Moody Whinery Esq<br>Mesch Clark & Rothschild PC<br>259 N Meyer Ave<br><br>Tucson, AZ 85701 | $578,828.43<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/21/2009 | 12313 | Woodlawn Trustees Incorporated<br><br>Attn Sheila deLa Cruz<br>c o Hirschler Fleischer PC<br>PO Box 500<br><br>Richmond, VA 23218-0500 | $583,523.74<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $14,209.18<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 2/23/2009 | 11526 | Woodmont Sherman LP<br><br>Attn James S Carr Esq Robert L LeHane E<br>Kelley Drye & Warren LLP<br>101 Park Ave<br><br>New York, NY 10178 | $461,480.93<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $52,600.77<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 6/18/2009 | 13438 | WR I Associates LTD<br><br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | $1,353,278.99<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $25,515.07<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | Comments |
| 1/30/2009 | 9718 | WRI Camp Creek Marketplace II LLC<br><br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plaza Dr Ste 125<br><br>Houston, TX 77008 | $1,351,782.77<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $102,209.94<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 1/30/2009 | 9372 | WRI Lakeside Marketplace LLC<br><br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plaza Dr Ste 125<br><br>Houston, TX 77008 | $1,431,093.39<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $78,353.48<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12737 | WRI Overton Plaza LP<br><br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plz Dr Ste 125<br><br>Houston, TX 77008 | $623,213.22<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $103,504.78<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |
| 4/30/2009 | 12826 | WRI Seminole Marketplace LLC<br><br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plz Dr Ste 125<br><br>Houston, TX 77008 | $1,575,200.22<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $111,521.85<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by amount of rejection damages, subject to modification upon timely receipt of mitigation information. |