IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------------ x
                                                             :    Chapter 11
In re:                                                       :
                                                             :
CIRCUIT CITY STORES, INC., et al.                            :    Case No. 08-35653 (KRH)
                                                             :
                                    Debtors.                 :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Margaret M. Anderson of Fox, Hefter, Swibel, Levin & Carroll, LLP, and Robert S. Westermann and Sheila DeLa Cruz of Hirschler Fleischer, P.C. hereby enter their appearances as counsel for Old Republic Insurance Company.

**PLEASE TAKE FURTHER NOTICE** that Old Republic Insurance Company by and through its counsel of record, hereby requests, pursuant to Rules 2002, 3017(a) and 9007 of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given in this case be given to and served upon Old Republic Insurance Company at the following addresses, telephone and facsimile numbers:

        Margaret M. Anderson
        Fox, Hefter, Swibel, Levin & Carroll, LLP
        200 West Madison, Suite 3000
        Chicago, IL  60606
        Phone:  312.224.1224
        Fax:  312.224.1201
        panderson@fhslc.com

and

>Robert S. Westermann
>Sheila deLa Cruz
>Hirschler Fleischer, P.C.
>P.O. Box 500
>Richmond, VA  23218
>Phone: 804.771.9500
>Fax:  804.644.0957
>rwestermann@hf-law.com
>sdelacruz@hf-law.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, this request also includes orders, notices, applications, motions, pleadings, disclosure statement, plan of reorganization or reply papers, made by the debtor or any third party in the bankruptcy case or contested matters therein, including, without limitation, any of the following:

1. Any notices sent pursuant to Rule of Bankruptcy Procedure 2002(a), (b) or (f); and

2. All notices sent to Committees pursuant to Rule 2002(i), including all notices under clauses (2), (3) and (6) of Rule 2002(a).

**PLEASE TAKE FURTHER NOTICE** that Old Republic Insurance Company additionally requests that the Debtor and the Clerk of the Court place the undersigned counsel on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that Old Republic Insurance Company does not consent to or waive any rights with respect to jurisdiction under Title 11 of the United States Code, and strictly reserves such rights, including (1) the right to trial by jury in any proceeding triable in this case or any case, controversy or proceeding related to this case, (2) the right to have final orders in noncore matters entered only *de novo* review by the District Court, and (3)

the right to seek to have the District Court withdraw the reference in any matter subject to mandatory or discretional withdrawal.

Dated:  April 24, 2012                    Respectfully submitted,

                                        **FOX, HEFTER, SWIBEL, LEVIN  & CARROLL, LLP**

                                        **By:**  */s/ Margaret M. Anderson*
                                              Margaret M. Anderson
                                              200 W. Madison Street, Suite 3000
                                              Chicago, IL  60606
                                              Ph.: 312.224.1224
                                              Fax:  312.224.1201
                                              panderson@fhslc.com

                                              and

                                              Robert S. Westermann
                                              Sheila deLa Cruz
                                              Hirschler Fleischer, P.C.
                                              P.O. Box 500
                                              Richmond, VA  23218
                                              Phone: 804.771.9500
                                              Fax:  804.644.0957
                                              rwestermann@hf-law.com
                                              sdelacruz@hf-law.com

                                        *Counsel for Old Republic Insurance Company*