```
RICHMOND DIVISION
F                           F
I                           I
L    APR 2 4 2012           L
E                           E
D         CLERK             D
     US BANKRUPTCY COURT
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

In re: CIRCUIT CITY STORES, Inc. et al        Chapter 11
Debtors                                        Case No. 08-35653
                                               (Jointly Administered)

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd., a creditor in the case of the above-captioned debtor (the "Debtor"), has sold, assigned and transferred Proof of Claim numbers 230 and 2138 (as listed on the Debtor's claims register) to The Royal Bank of Scotland plc and hereby directs the Debtor and counsel for the Debtor (including the claims and distribution agent appointed in such case) to change its address for the purposes of administering its claim numbers 230 and 2138 (as listed on Debtor's claims register) and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof:

**Former Address:**

Mitac USA Inc
Dba MiO Technology USA Ltd
47988 Freemont Blvd
Fremont, CA 94538

**New Address:**

Attn: Mathew Rosencrans
The Royal Bank of Scotland plc
600 Washington Blvd.
Stamford, CT 06901

24

683306v.13 2620/00394

I declare under penalty of perjury that the foregoing is true and correct.

MiTAC USA, Inc. d/b/a Mio Technology USA, Ltd.,

By: _____

Title: __Vice President__

Date: __4/23/2012__

25