

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

In re: CIRCUIT CITY STORES, INC. *et al*

CASE No. 08-35653-KRH

General Unsecured Claim Number 2495

**Response of Debtor S.A. Comunale Co., Inc. to Debtors' "Notice of Thirty-First Omnibus Objection to Claims (Disallowance of Certain Invalid Claims)"**

The Claimant is S.A. Comunale Co., Inc. The Claim, in the amount of $8,358.00, results from the providing of materials and services to various of Debtors' locations, in connection with Claimant's business of fire protection services, which locations are identified in the invoices and supporting documentation which are attached hereto.

Edward M. Levy, Chief Financial Officer of the Claimant, whose telephone number is 330-706-3070, has full and complete knowledge of the facts in this matter. Claimant has performed certain services and provided materials to Debtors, at Debtors direction, to service, inspect or repair the fire protection systems at various of Debtors' locations.

Claimant attaches hereto copies of each invoice included in its Claim, together with a summary thereof. The invoices, and supporting documentation, support the Claim. Claimant hereby OBJECTS to Debtors' Motion to Expunge the Claim.

Said Edward M. Levy declares that he has personal knowledge of the relevant facts in this Response. His facsimile number is 330-706-3070. The address shown in Claimant's Proof of Claim is the correct and current address for the service of all future communications with respect to this matter. Communications via e-mail may be sent to Edward.Levy@Comunale.com.

This response has been filed with the Clerk of the Bankruptcy Court on April 23, 2012, utilizing Federal Express; copies thereof have been furnished to each of the Liquidating Trust's attorneys by both e-mail and regular US mail prior to the filing deadline of May 3, 2012.

Executed in Barberton, Ohio on this 23rd day of April 2012.

By: _____
Edward M. Levy, CPA (inactive)
Chief Financial Officer & Controller

In Re: Circuit City Stores, Inc. et al
US BC Eastern District of Virginia
Case No. 08-35653-KRH
Claim By SA Comunale Co Inc
Claim # 2495
Claim Amt $ 8,358.00

**Support for Creditor SA Comunale's Response to Debtor's Omnibus Objection and Motion to Expunge**

| Inv # | Inv Date | Location of Service | Work Performed | Orig Amt | Claim Amt | Comments |
|---|---|---|---|---|---|---|
| F225610 | 10/31/2008 | CC Surplus #510; Fairfax VA | Removal of Fire Sprinkler System in Racks | $3,139.00 | $ 3,139.00 | |
| F191113 | 1/17/2008 | CC #3662; Trumbull CT | Backflow Testing | $ 195.00 | $ 195.00 | |
| F218383 | 10/1/2008 | CC #6802; Springfield VA | Repairs per Quote | $1,700.00 | $ 1,702.00 | |
| F222050 | 10/31/2008 | | Unable to locate | $ — | $ 1,700.00 | Will accept expunge |
| F191071 | 1/17/2008 | CC #0852; Fayetteville NC | Fire Department Inspections | $ 375.00 | $ 325.00 | |
| F218340 | 10/29/2008 | CC #4230; Fontana CA | Backflow Testing | $ 85.00 | $ 85.00 | |
| F220167 | 10/31/2008 | | Unable to locate | $ — | $ 202.00 | Will accept expunge |
| F212100 | 11/11/2008 | CC #6802; Springfield VA | Annual Fire Sprinkler System Inspection | $ 202.00 | $ 202.00 | |
| F225482 | 11/11/2008 | | Unable to locate | $ — | $ 77.00 | Will accept expunge |
| F218856 | 10/23/2008 | CC #6359 Surplus; Woodbury NJ | Gauges, Hoses, Inspection | $ 731.00 | $ 731.00 | |

|  |  |  |
|---|---|---|
| Total Amount of Claim | | $ 8,358.00 |
| Less: Expunge Accepted | | $ (1,979.00) |
| Revised Claim | | $ 6,379.00 |



**Invoice Number: F225610**
**Invoice Date: 10/31/2008**

Mail Payments to P.O. Box 150 * Barberton, OH 44203-1050 * P: 330-861-5137 F: 330-848-9475

| CUSTOMER - BILL TO: | SERVICE LOCATION |
|---|---|
| ATTN: | CONTACT: MGR |
| CIRCUIT CITY STORES INC | CIRCUIT CITY SURPLUS #610 |
| ATTN: FACILITY MANAGEMENT | 11220 JAMES SWART |
| 9950 MAYLAND Road | FAIRFAX, VA 22030 |
| RICHMOND, VA 23233 | Phone: 804-486-2214 |
| Phone: (804) 527-4000  Fax:(804) 527-4005 | Reference Number: 479323 |
| | Service Type: SERVICE |

**SCOPE OF WORK:**
DISCONNECT SPRINKLER SYSTEM RUNNING THROUGH RACKING IN WAREHOUSE.

| QTY | UOM | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | EA | MATERIAL FOR REMOVAL OF RACK SYSTEMS | $515.00 | $515.00 |
| 32 | EA | LABOR - 2 MEN 2 DAYS 10/22 & 10/23 | $82.00 | $2,624.00 |

SUMMARY TOTAL    $3,139.00



# S.A. Comunale
### An EMCOR Company

**WORK TICKET**

| | |
|---|---|
| Ticket # | 225610 |
| Customer # | 9325 |
| Customer PO # | 479323 |
| Schedule Date | 10/22 |
| Completed Date | 10/23 |
| Serviced By | Robert Jaschk |

**JOB SITE:** Circuit City 5
11220 JAMES SWART
Fairfax VA 22030

**BILL TO:** Circuit City
Doug Duvall
804-486-2214

**Work Performed / Comments:**
Provide Labor & Material to Remove 5 Rack Systems and cap off

| QTY | MATERIAL | PRICE | AMOUNT |
|---|---|---|---|
| | TAPE - OIL - GREASE - DOPE | | |
| 5 | 4 in Groove Caps | 54.75 | 273.75 |
| 5 | 4 in Groove cplg. | 48.25 | 241.25 |

**MATERIAL TOTAL:** 515.

| HRS | DATE | LABOR | RATE | AMOUNT |
|---|---|---|---|---|
| 8 | 10/22 | Robert Jaschk | 82 | 656.00 |
| 8 | 10/22 | Kuth Blackman | 82 | 656.00 |
| 8 | 10/23 | " " | 82 | 656.00 |
| 8 | 10/23 | " " | 82 | 656.00 |

**TOTAL:** 2624.00

| QTY | OTHER MISC. | PRICE | AMOUNT |
|---|---|---|---|
| 1 | SERVICE VAN | | |
| | FABRICATION | | |
| | LIFT | | |
| | DELIVERY | | |
| | DESIGN | | |
| | PERMIT | | |

ALL CONTROL VALVES LEFT IN OPEN POSITION ___✓___ YES ___ NO

SERVICE FOLLOW UP REPORT ATTACHED ___ YES ___ NO

Thank You — Invoice to Follow

Please Print Here: DAVID L. Cullen

| | |
|---|---|
| Material Total | |
| Labor Total | |
| Other Total | |
| Tax | |
| Total | 3139.00 |

PROFORMA STEINBACHER & ASSOCIATES  (440) 886-5900



**WORK ORDER SUMMARY**
**Invoice Number: F191113**

| CUSTOMER - BILL TO: | SERVICE LOCATION |
|---|---|
| ATTN:<br>CIRCUIT CITY STORES INC<br>ATTN: FACILITY MANAGEMENT<br>9950 MAYLAND RD<br>RICHMOND, VA 23233<br>Phone: (804) 527-4000  Fax:(804) 527-4005 | CONTACT: MGR<br>CIRCUIT CITY #3662 - PROJECT<br>5065 MAIN ST<br>TRUMBULL, CT 06611<br>Phone: 203-372-7963<br>Reference Number: CHAD MELTON<br>Service Type: SERVICE |

**SCOPE OF WORK:**
AUGUST 2003 BF TESTING (80) & SEPT 05 BF TESTING (90) = 170 + ADMIN FEE OF $25

| QTY | UOM | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | EA | AUGUST 2003 BACKFLOW TESTING FEE TO WATER CO OF CT | $80.00 | $80.00 |
| 1 | EA | SEPT 2005 BACKFLOW TEXTING FEE TO WATER CO OF CT | $90.00 | $90.00 |
| 1 | EA | ADMINISTRATION FEE | $25.00 | $25.00 |

SUMMARY TOTAL    $195.00



**Invoice Number: F222050**
**Invoice Date: 10/31/2008**

Mail Payments to P.O. Box 150 * Barberton, OH 44203-1050 * P: 330-861-5137 F: 330-848-9475

| CUSTOMER - BILL TO: | SERVICE LOCATION |
|---|---|
| ATTN:<br>CIRCUIT CITY STORES INC<br>ATTN: FACILITY MANAGEMENT<br>9950 MAYLAND Road<br>RICHMOND, VA 23233<br>Phone: (804) 527-4000   Fax:(804) 527-4005 | CONTACT: MANAGER<br>CIRCUIT CITY #6802 - CLOSED<br>7039 OLD KEENE MILL RD<br>SPRINGFIELD, VA 22150<br>Phone:<br>Reference Number: 68020070<br>Service Type: SERVICE |

**SCOPE OF WORK:**
PROCEED QUOTE:SIGNAGE,TAMPER SWITCH,GUAGES,WATERFLOW COVER,HEAD BOX,FDC,HOSE RACK...

| QTY | UOM | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | EA | PROCEED AS QUOTED | $1,700.00 | $1,700.00 |

SUMMARY TOTAL     $1,700.00



**CUSTOMER ACCEPTANCE**
**WORK ORDER:** F22205D
**ISSUE DATE:** 9/30/2008   **DUE BY:** 10/8/2008
**COMPLETION DATE:** 10-20-08
**TECHNICIAN:** JLP/~S

Requested By: Tina.Molnar@Comunale.com / Quote Coordinator (330)861-8137 X 366

| ATTN: MANAGER<br>CIRCUIT CITY #6802 - CLOSED<br>7039 OLD KEENE MILL RD<br>SPRINGFIELD, VA 22150<br>Phone:<br>Reference Number: 68020070 | Signature (required)<br><br>Print Name (required) | LIFE SAFETY |

**Work Description:**
PROCEED QUOTE:SIGNAGE,TAMPER SWITCH,GUAGES,WATERFLOW COVER,HEAD BOX,FDC,HOSE RACK...

**Technician Notes:**
SCOPE OF WORK;
SUPPLY/INSTALL/REPLACE (1) LOT OF SIGNAGE. ✓
SUPPLY/INSTALL/REPLACE (1) NEW TAMPER SWITCH. ✓
SUPPLY/INSTALL/REPLACE (2) OUTDATED WATER PRESSURE. ✓
SUPPLY/INSTALL/REPLACE (3) WATERFLOW SWITCH COVERS. ✓
SUPPLY/INSTALL/REPLACE (1) SPARE HEAD BOX (STOCKED). ✓
SUPPLY/INSTALL/REPLACE (2) NEW FDC CAPS. ✓
SUPPLY/INSTALL/REPLACE (1) HOSE FOR THE HOSE RACK. ✓

THIS WORK REQUIRE THE WET FIRE SPRINKLER SYSTEM TO BE SHUTDOWN AND DRAINED-THEN RECHARGE THE ACTIVE PORTION OF THE SYSTEM AND PUT ON-LINE ONCE THE WORK HAS BEEN COMPLETED

**Actual Work Performed:**
Replace existing signs, Installed 1 new tamper switch, Replaced 2 gauges, Replaced flow switch covers, 1 Head box with heads and caps, 2 FDC caps, 1 Hose Rack

Does location have any system impairments? please specify & notify Comunale: ☐ Yes ☐ No

http://bm.sec.com/quotes/adhoc/workauthorization.asp?ID=85141 (3 of 6) [9/30/2008]

# Work Order # 68020070

**Status: Open**  | Decline | | Pick Up | | **Start** | | Attention | | Complete |

CC6802-Vacant-V

### Customer Information

| | | | |
|---|---|---|---|
| Company: | Industriaplex | Customer: CC-Surplus-6802 | Contact: Circuit City Property Mangement |
| Location: | CC6802 (Springfield,VA) - Vacai | Address: 7039 Old Keene Mill Road Springfield, VA 22150, US | Contact At: x |
| Start Date: | 01/01/2006 | End Date: 01/01/2010 | |

**Work Description:**

☐  Fire Sprinkler System: Sprinkler Repair: Per your quote: SUPPLY/INSTALL/REPLACE (1) LOT OF SIGNAGE. (1) NEW TAMPER SWITCH. (2) OUTDATED WATER PRESSURE. (3) WATERFLOW SWITCH COVERS. (1) SPARE HEAD BOX (STOCKED). (2) NEW FDC CAPS. (1) HOSE FOR THE HOSE RACK.

**Details:**

Priority: Regular

Assigned To: S.A.COMUNALE CO.,INC.

Not to Exceed: $1700 *(circled)*

Access/Appt:

Scheduled Start: [   ]

P.O. Number:

Due By: 10/8/2008 09:00 AM

Assigned Date: 9/30/2008 09:41 AM

Created Date: 9/30/2008 09:41 AM

**Completion Info:**

First Started:

Last Completed:

Repair Category: -- Select Repair Category --

Repair Code: -- Select Repair Code --

**Completion Notes:**

[                                                                                               ...]

Financial    Notes    Documents    Punch List    Refrigerant

**Work Order Documents**

| Title | Document Type | Source | Start Date | End Date |
|---|---|---|---|---|
| Fire sprinkler repair | Quote | Work Order | 09/30/2008 | |

| Add New |



# WORK ORDER SUMMARY
## Invoice Number: F191071

| CUSTOMER - BILL TO: | SERVICE LOCATION |
|---|---|
| ATTN:<br>CIRCUIT CITY STORES INC<br>ATTN: FACILITY MANAGEMENT<br>9950 MAYLAND RD<br>RICHMOND, VA 23233<br>Phone: (804) 527-4000   Fax: (804) 527-4005 | CONTACT: MANAGER<br>CIRCUIT CITY #0852<br>5075 MORGANTON RD SUITE 160A<br>FAYETTEVILLE, NC 28314<br>Phone:<br>Reference Number:<br>Service Type: INSPECTION |

**SCOPE OF WORK:**
FIRE DEPT INSPECTIONS

| QTY | UOM | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | EA | FIRE DEPT INSPECTION 12/06/07 | $100.00 | $100.00 |
| 1 | EA | FIRE DEPT INSPECTION 1/26/05 | $100.00 | $100.00 |
| 1 | EA | FIRE DEPT INSPECTION 1/07/05 | $50.00 | $50.00 |
| 1 | EA | FIRE DEPT INSPECTION 12/07/04 | $100.00 | $100.00 |
| 1 | EA | PROCESSING FEE | $25.00 | $25.00 |

SUMMARY TOTAL     $375.00



Invoice Number:   F218340
Invoice Date:   10/28/2008

Mail Payments to P.O. Box 150 * Barberton, OH 44203-1050 * P: 330-861-5137 F: 330-848-9475

| CUSTOMER - BILL TO: | SERVICE LOCATION |
|---|---|
| ATTN: | CONTACT: MANAGER |
| CIRCUIT CITY STORES INC | CIRCUIT CITY #4230 |
| ATTN: FACILITY MANAGEMENT | 16465 SIERRA LAKES |
| 9950 MAYLAND Road | FONTANA, CA  92336 |
| RICHMOND, VA  23233 | Phone: 909-355-1520 |
| Phone: (804) 527-4000    Fax:(804) 527-4005 | Reference Number: |
| | Service Type:  INSPECTION |

**SCOPE OF WORK:**
**AHJ: BACKFLOW INSPECTION**

| QTY | UOM | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | EA | BACKFLOW - DOMESTIC | $85.00 | $85.00 |

SUMMARY TOTAL    $85.00



# CUSTOMER ACCEPTANCE

**WORK ORDER:** F218340
**ISSUE DATE:** 8/28/2008   **DUE BY:** 9/22/2008
**COMPLETION DATE:** _____
**TECHNICIAN:** _____

Requested By: Sheila.Jones@Comunale.com / AHJ Specialist 330-861-5137 X 358

| Service Location | Customer Acceptance | Service Contractor |
|---|---|---|
| ATTN: MANAGER<br>CIRCUIT CITY #4230<br>16465 SIERRA LAKES<br>FONTANA, CA 92336<br>Phone: 909-355-1520<br>Reference Number: | *J. Nuterangelo*<br>Signature (required)<br><br>*Staci Nuterangelo*<br>Print Name (required) | AQUA BACKFLOW & CHLOINATION<br>Store Stamp (required)<br><br>[stamp: CIRCUIT CITY STORES INC. #4230 ... HWY ... CA 92377] |

**Work Description:**
AHJ: BACKFLOW INSPECTION

**Technician Notes:**
****PER CITY NOTICE**PLS CALL MANAGER AND SCHEDULE DATE AND TIME FOR ISNPECTION TO BE DONE-NO TRIP CHARGES WILL BE PAID UNLESS SCHEDULED WITH MANAGER FIRST. SIGNATURE IS NEEDED FOR BILLING. PLS FORWARD COMPLETED TEST REPORTS TO FONTANA WATER COMPANY. THIS WORK ORDER DOES NOT AUTHORIZE REPAIRS OR ADDITIONAL WORK. IF YOU HAVE ANY QUESTIONS OR CONCERNS, PLEASE CALL ME ASAP! THANK YOU!

**Actual Work Performed:**
*Test Only 10-17-08*

Does location have any system impairments? please specify & notify Comunale : ☐ Yes ☒ No

---

**COMUNALE'S PROCEDURES FOR TECHNICIAN**
- Appointment MUST be made in advance-arrange with site before Technician is dispatched (No payment for uncompleted work not scheduled with location). Verfiy site address & if alarm codes, passwords or keys to rooms are needed!
- UPDATE WO WHEN JOB IS DONE 1-866-752-3473 X 494 - WIN A GIFT CARD! We randomly select a tech for updating status. Recent Winner Mark Gasparini Tampa Bay Fire Equipment
- REPORT SYSTEM IMPAIRMENTS IMMEDIATELY TO 1-866-752-3473 x 492
- IF GOING TO EXCEED NTE AMT, CALL FROM SITE
- DO NOT leave or discuss any pricing at the location.
- If work already done, CALL FROM SITE immediately for further instructions. Report info (Date/Whom)
- If customer refuses work or to sign off CALL FROM SITE
- Inspection Reports-MUST use our report, NFPA approved or local authority accepted inspection report. Reports MUST be sent to Water & Fire Departments WHEN required and a copy left on site.
- Extinguisher Insp-MUST have ext form:document location size, type, service & manufacture date.

**CUSTOMER'S PROCEDURES FOR TECHNICIAN**
- Additional work must be authorized with a new WO# Call Comunale from site for further instructions

SHEILA JONES
OCT 2 8 2008
S A COMUNALE CO INC.

TOTAL P.006

*Sierra Lakes Market place*

16685

# TEST AND MAINTENANCE REPORT
## NOTICE TO TEST
## BACKFLOW PREVENTION DEVICE

8/06/08

**ORIGINAL**

Complete and return this ORIGINAL form.
Copies will not be accepted

4230

CIRCUIT CITY STORES #4320
C/O ADVANTAGE
PO BOX 2440
SPOKANE, WA 99210

RETURN TO:
FONTANA WATER COMPANY
POST OFFICE BOX 987
FONTANA, CA 92334-0987
ATTENTION: MR. JERRY REED
(909) 822-2201

RETURN NO LATER THAN
9/30/08

SERVICE ADDRESS: 16465 SIERRA LAKES
SIZE: 2"   MANUFACTURER: WILKINS   MODEL: 975XL   SERIAL NO.: 2570334
CONNECTION NO.: F63349

DEVICE LOCATION: 50' W/O LOWES WEST ENTRANCE IN PKY.

CONTACT _____  TITLE _____  TELEPHONE NO. _____

80 psi

### REDUCED PRESSURE PRINCIPLE ASSEMBLY / DOUBLE CHECK VALVE ASSEMBLY

| | CHECK VALVE #1 | CHECK VALVE #2 | DIFFERENTIAL PRESSURE RELIEF VALVE | PRESSURE VACUUM BREAKER |
|---|---|---|---|---|
| INITIAL TEST | CLOSED AT ___ PSI / RP 7.0 PSID / LEAKED ☐ | CLOSED AT ___ PSI / RP CLOSED TIGHT ☒ / LEAKED ☐ | OPENED AT 2.8 PSID / OPENED UNDER 2 PSID OR DID NOT OPEN ☐ | AIR INLET OPENED AT ___ PSI / DID NOT OPEN ☐ |
| REPAIRS | CLEANED ☐ / REPLACED: DISC ☐ SPRING ☐ GUIDE ☐ HINGE PIN ☐ SEAT ☐ DIAPHRAGM ☐ MODULE ☐ OTHER, DESCRIBE: | CLEANED ☐ / REPLACED: DISC ☐ SPRING ☐ GUIDE ☐ HINGE PIN ☐ SEAT ☐ MODULE ☐ OTHER, DESCRIBE: | CLEANED ☐ / REPLACED: DISC(S) ☐ SPRING ☐ DIAPHRAGM(S) ☐ SEAT(S) ☐ O-RING(S) ☐ MODULE ☐ OTHER, DESCRIBE: | CHECK VALVE HELD AT ___ PSI / LEAKED ☐ / CLEANED ☐ / REPLACED: AIR INLET DISC ☐ CHECK DISC ☐ AIR INLET SPRING ☐ CHECK SPRING ☐ OTHER, DESCRIBE: |
| FINAL TEST | CLOSED AT ___ PSI / RP ___ PSID | CLOSED AT ___ PSI / RP CLOSED TIGHT ☐ | OPENED AT ___ PSID | AIR INLET ___ PSI / CHECK VALVE ___ PSI |

COMMENTS _____

THE ABOVE REPORT IS CERTIFIED TO BE CORRECT.
INITIAL TEST BY (SIGNATURE) *Kelly Kieswetter*   CERTIFIED TESTER NO. 0402   TEST DATE 10-17-08
PRINTED NAME: Kelly Kieswetter

REPAIRED BY _____  REPAIR DATE _____

FINAL TEST BY (SIGNATURE) _____   CERTIFIED TESTER NO. _____   TEST DATE _____

TESTING COMPANY NAME: Aqua Backflow & Chlorination
MAILING ADDRESS: 590 Maple Court, #D
Colton, CA 92324
(909) 433-9333

TELEPHONE NO. _____

SHEILA JONES

DEVICES (4-INCH AND LARGER) LISTED HEREON ARE NOT TO BE REMOVED, REPLACED, OR RELOCATED WITHOUT WRITTEN PERMISSION FROM FONTANA WATER COMPANY

OCT 2 8 2008
S A COMUNALE CO INC.

OCT-17-2008 13:23   S.A. COMUNALE   330 848 9475   P.005/005



**Invoice Number:** F212100
**Invoice Date:** 11/10/2008

Mail Payments to P.O. Box 150 * Barberton, OH 44203-1050 * P: 330-861-5137 F: 330-848-9475

| CUSTOMER - BILL TO: | SERVICE LOCATION |
|---|---|
| ATTN: | CONTACT: CHERI BLOSS |
| CIRCUIT CITY STORES INC | CIRCUIT CITY #6802 - CLOSED |
| ATTN: FACILITY MANAGEMENT | 7039 OLD KEENE MILL RD |
| 9950 MAYLAND Road | SPRINGFIELD, VA  22150 |
| RICHMOND, VA  23233 | Phone: |
| Phone: (804) 527-4000    Fax:(804) 527-4005 | Reference Number: 68020057 |
| | Service Type: INSPECTION |

**SCOPE OF WORK:**
**ANNUAL FIRE SPRINKLER INSPECTION**

| QTY | UOM | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | EA | SPRINKLER - WET - ANNUAL (2) | $202.00 | $202.00 |

SUMMARY TOTAL     $202.00



**LIFE SAFETY**
COMMERCIAL FIRE & SECURITY SERVICES
www.lifesafetysecurity.com

Albany, NY  Buffalo, NY  New York, NY  Rochester, NY  Richmond, VA
(607) 652-9606  (716) 666-8890  (718) 891-9036  (585) 342-7688  (804) 343-1886

PAGE 1 OF 2

## SPRINKLER TEST/INSPECTION REPORT

| NAME: Circuit City #6302 | INSP. DATE: 9-11-08 | ☐ MTHLY ☐ SEMI-AN ☐ QTRLY ☑ ANNUAL | P/V | M.A. | ARRIVAL DATE: 9-11-08 | COMP. DATE: 9-11-08 |
| ADDRESS: 7039 Old Keene Mill RD | TECHNICIAN: J47/ NS | TECHNICIAN SIGNATURE | | | | |
| CITY: Springfield STATE: VA ZIP: 22150 | LBR-HRS | TRAV-HRS | CUSTOMER SIGNATURE | | | |

---

**OWNER'S SECTION** (To be answered by Owner or Occupant)
A. Explain any occupancy hazard changes since the previous inspection. ____
B. Describe fire protection modifications made since last inspection. ____
C. Describe any fires since last inspection. ____
D. When was the system piping last checked for stoppage, corrosion or foreign material? ____
E. Are dry valves adequately protected from freezing? ____

---

**INSPECTOR'S SECTION** (All responses reference current inspection)

1. **General**
   a. Is the building occupied? ☐ Yes ☑ No
   b. Are all systems in service? ☑ Yes ☐ No
   c. Is there a min. of 18in. (457mm) clearance between the top of the storage and the sprinkler deflectors? ☑ Yes ☐ No
   d. Does all electrical heat tape appear to be satisfactory? ☐ Yes ☐ No ☑ NA

2. **Control Valves** (See Item 15)
   a. Are all sprinkler system control valves and all other valves in appropriate open or closed position? ☑ Yes ☐ No
   b. Are all control valves in the open position locked, sealed or equipped with a tamper switch? ☐ Yes ☑ No

3. **Water Supplies** (See Item 16)
   a. Was a water flow test of main drain made at the sprinkler riser(s)? ☑ Yes ☐ No

4. **Tanks, Pumps, Fire Department Connections**
   a. Are fire pumps, gravity tanks, reservoirs and pressure tanks in good condition and properly maintained? ☐ Yes ☐ No ☑ NA
   b. Are fire department connections in satisfactory condition, couplings free, caps in place, and check valves tight? ☐ Yes ☑ No ☐ NA
   Are they accessible and visible? ☑ Yes ☐ No ☐ NA

5. **Wet Systems**
   a. Are cold weather valves (O.S. & Y.) in the appropriate open or closed position? ☑ Yes ☐ No ☐ NA
   b. Have antifreeze system solutions been tested? ☐ Yes ☐ No ☑ NA  Were the test results satisfactory? ☐ Yes ☐ No ☑ NA
   c. In areas protected by wet system(s), does building appear to properly heated in all areas? ☑ Yes ☐ No ☐ NA
   Do all exterior openings appear to be protected against freezing? ☐ Yes ☐ No ☐ NA

6. **Dry Systems** (See Items 11 to 13)
   a. Are dry valve(s) in service? ☐ Yes ☐ No ☑ NA
   b. Are the air pressures and priming water levels in accordance with the manufacturer's instructions? ☐ Yes ☐ No ☑ NA
   c. Has the operation of the air or nitrogen supplies been tested? ☐ Yes ☐ No ☑ NA  Are they in service? ☐ Yes ☐ No ☑ NA
   d. Were low points drained during this inspection? ☐ Yes ☐ No ☑ NA
   e. Did quick-opening devices operate satisfactorily? ☐ Yes ☐ No ☑ NA
   f. Did the dry valve(s) trip properly during the trip pressure test? ☐ Yes ☐ No ☑ NA
   g. Did the heating equipment in the dry pipe valve room(s) operate at the time of the inspection? ☐ Yes ☐ No ☑ NA

7. **Special Systems** (See Item 14)
   a. Did the deluge or pre-action valves operate properly during testing? ☐ Yes ☐ No ☑ NA
   b. Did the heat-responsive devices operate properly during testing? ☐ Yes ☐ No ☑ NA
   c. Did the supervisory devices operate during testing? ☑ Yes ☐ No ☐ NA

8. **Alarms**
   a. Did water motor(s) and gong(s) test satisfactorily? ☑ Yes ☐ No ☐ NA
   b. Did electric alarm(s) test satisfactorily? ☐ Yes ☑ No ☐ NA
   c. Did supervisory alarm service test satisfactorily? ☑ Yes ☐ No ☐ NA

9. **Sprinklers**
   a. Are all sprinklers free from corrosion, loading or obstruction to spray discharge? ☑ Yes ☐ No
   b. Is stock of spare sprinklers available? Yes
   d. Does exterior condition of sprinkler system appear to be satisfactory? ☐ Yes ☑ No
   e. Are sprinklers of proper temperature ratings for their locations? ☑ Yes ☐ No



**LIFE SAFETY**
COMMERCIAL FIRE & SECURITY SERVICES
www.lifesafetysecurity.com

Albany, NY (607) 652-5006   Buffalo, NY (716) 656-8890   New York, NY (718) 891-9036   Rochester, NY (585) 342-7688   Richmond, VA (804) 343-1996


PAGE ___ OF ___

## TEST/INSPECTION REPORT

11. Date dry-pipe valve trip tested (control valve partially open) _____
12. Date dry-pipe valve trip tested (control valve fully open) _____
13. Date quick-opening devices tested _____

**TRIP TEST TABLE**

| | MAKE | MODEL | SERIAL | | |
|---|---|---|---|---|---|
| DRY VALVE | | | | | |
| C.O.D. | | | | | |

| | Time to Trip Thru Test Pipe | | Water Pressure | Air Pressure | Trip Point Air Pressure | Time Water Reached Test Outlet | | Alarm Operated Properly | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | MIN. | SEC. | PSI | PSI | PSI | MIN. | SEC. | YES | NO |
| Without Q.O.D. | | | | | | | | | |
| With Q.O.D. | | | | | | | | | |

14. Date deluge or preaction valve tested _____

**TRIP TEST TABLE**

| Operation | ☐ PNEUMATIC | ☐ ELECTRIC | ☐ HYDRAULIC | | |
|---|---|---|---|---|---|
| Piping Supervised | ☐ Yes | ☐ No | Detecting Media Supervised | ☐ Yes | ☐ No |
| Does valve operate from the manual trip and/or remote control stations | | ☐ Yes | ☐ No | | |
| Is there an accessible facility in each circuit for testing | ☐ Yes | ☐ No | Method of testing | | |

| MAKE | MODEL | Does each circuit operate supervision loss alarm | | Does each closed operate valve release | | Maximum time to operate release | |
|---|---|---|---|---|---|---|---|
| | | YES | NO | YES | NO | YES | NO |
| | | | | | | | |

15. See Control Valve Maintenance Table.

**Control Valve Maintenance Table**

| Control Valves | Number | Type | Open | Secured | Closed | Signs | Explain Abnormal Condition |
|---|---|---|---|---|---|---|---|
| City Connection Control Valve | 1 | OSY | Y | N | N | N | |
| Tank Control Valve | | | | | | | |
| Pump Control Valve | | | | | | | |
| Sectional Control Valve | | | | | | | |
| System Control Valve | 2 | WPIV | Y | Y | N | Y | SFU ALERT |
| Other Control Valve | | | | | | | |

NOV 0 7 2008
SENT TO QUOTING

16. Water Flow Test at Sprinkler Riser

Water Supply Source: (City)  Tank  Pump

| | Date | Test Pipe Location | Size of Test Pipe | Static Pressure | Residual (Flow) Pressure |
|---|---|---|---|---|---|
| Last Water Flow Test | | | | | |
| This Water Flow Test | 9-1-08 | 2" | Sprinkler Rm | 94 | 75 |

17. Explain any "No" answers and comments: NO sign on the main control valve, Alarm Lic, Alarm Test 2 Main Drains, 2 gauges need to be replaced. Tamper switch on main control valve has been disabled, missing water flow switch covers on 2 VF Switches. The 030 Dry valve test switch for the north side pump is cracked and leaks when tested, Spare head box is missing a wrench, FFE care missing, 1 Spare head is old.

18. Adjustments or corrections made during this inspection: Cat Audio, One of the IFV was removed after the rack piling was removed so one of the 2 flow switches could not be tested properly. 2½ couple pipe cracked, Hose Rack missing Hose, & missing Relief.

19. Although these comments are not the result of an engineering review, the following desirable improvements are recommended: _____



**Invoice Number: F218856**
**Invoice Date: 10/21/2008**

Mail Payments to P.O. Box 150 * Barberton, OH 44203-1050 * P: 330-861-5137 F: 330-848-9475

| CUSTOMER - BILL TO: | SERVICE LOCATION |
|---|---|
| ATTN: | CONTACT: CHERI BLOSS |
| CIRCUIT CITY STORES INC | CIRCUIT CITY #6359 SURPLUS |
| ATTN: FACILITY MANAGEMENT | 1500 ALMONESSON RD |
| 9950 MAYLAND Road | WOODBURY, NJ 08096 |
| RICHMOND, VA 23233 | Phone: (804) 486-4448 |
| Phone: (804) 527-4000   Fax:(804) 527-4005 | Reference Number: 63590125 |
| | Service Type: INSPECTION |

**SCOPE OF WORK:**
**ANNUAL SPRINKLER INSPECTION**

| QTY | UOM | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 4 | EA | REMOVE AND REPLACE WATER GAUGES | $10.00 | $40.00 |
| 4 | EA | MATERIALS-WATER GAUGES | $48.00 | $192.00 |
| 2 | EA | RERACK FIRE HOSES | $135.00 | $270.00 |
| 1 | EA | REPAIR CHECK VALVE&2 LEAKS IN OS&Y VALVES | $27.00 | $27.00 |
| 1 | EA | SPRINKLER - WET - ANNUAL (2) | $202.00 | $202.00 |

SUMMARY TOTAL    $731.00



# S.A. Comunale Co. Inc.

| | |
|---|---|
| Ticket # | 218856 |
| Customer # | 9325 |
| Customer PO # | 63590125 |
| Schedule Date | 9-9-08 |
| Completed Date | 9-25-08 |
| Serviced By | R. GENERALE |

#(SURPLUS)

CIRCUIT CITY 6359
2500 ALMONESSON RD
WOODBURY, NJ 08096
CHERI BLOSS
1-804-486-4448
1-804-486-8162

CIRCUIT CITY STORES INC
ATTN: FACILITIES MNGT
RICHMOND, VA 23233

1-804-527-4000
1-804-527-4005

**Work Performed / Comments**

ANNUAL SPRINKLER INSP.
TAMPERS, FLOWS, ETC
LUBRICATE ALL VALVES
WALK-THRU
REPAIR CHECK VALVE IN ALARM
LINE;
REPAIR LEAKS IN 2 OS&Y
VALVES
REMOVE + REPLACE 4 GAUGES
REMOVE HOSE RACK SYSTEMS

WT#F INSP
JOB #
GL # PHL 26308
G/L MONTH
APPROVED D WEENINK

ALL CONTROL VALVES LEFT
IN OPEN POSITION ✓ YES ___ NO

SERVICE FOLLOW UP REPORT ATTACHED
✓ YES ___ NO

| TAPE - OIL - GREASE - DOPE | | | |
|---|---|---|---|
| 4 | GAUGES, WATER - NFPA | 48.00 | 192.00 |
| | | | 192.00 |

| | | | |
|---|---|---|---|
| | INSPECT SPRINKLER SYSTEM | | 202.00 |
| 4 | Remove + Replace Gauges, Water | 10.00 | 40.00 |
| 2 | Removal Hose Rack Systems | 135.00 | 270.00 |
| | Repair Check Valve + 2 | | |
| | Leaks in OS&Y Valves | | 27.00 |
| | | | 539.00 |

| SERVICE FAN | | |
| FABRICATION | | |
| LIFT | | |
| DELIVERY | | |
| DESIGN | | |
| PERMIT | | |

Thank You — Invoice to Follow

| | |
|---|---|
| Material Total | 192.00 |
| Labor Total | 539.00 |
| Other Total | — |
| Tax | — |
| Total | 731.00 |

Technician Signature: R. Generale

I have the authority to order the work, which has been satisfactorily performed, as outlined above. It is agreed that the seller will retain title to any equipment or material that may be furnished until final payment has been made and if settlement is not made as agreed, the seller shall have the right to remove same and the seller will be held harmless for any damages resulting from the removal thereof.

Customer Signature

Please Print Here

PROFORMA STEINBACHER & ASSOCIATES (440) 886-5900

# S.A. Comunale
### An EMCOR Company

**WATER BASED FIRE PROTECTION INSPECTION & TEST REPORT**

BRANCH PHONE NUMBER: 1-800-299-9216   NJ INSP. # P-00352

DATE: 7-25-08
SITE: Circuit City #6359 Surplus   CONTACT: Cheri Bass
ADDRESS: 1500 Almonesson Road   PHONE: Cell # 804-690-3223
CITY: Woodbury   STATE: NJ   ZIP: 08096

This inspection is: ☐ Quarterly  ☐ Semi-Annual  ☒ Annual  ☒ Other: VACANT

## 1 - OWNER'S SECTION
*This section is to be answered by the Owner or Representative*

| | YES | N/A | NO |
|---|---|---|---|
| A. Is the building occupied? | | | ✓ |
| B. Has the occupancy classification and hazard of contents remained the same since the last inspection? *If NO, an engineering survey is required | | | ✓ |
| C. Are all fire protection systems in service? SYSTEM #1 CAPPED IN WAREHOUSE | | | ✓ |
| D. Has the system remained in service without modification since the last inspection? DO NOT KNOW | | | |
| E. Was the system free of actuation of devices or alarms since the last inspection? DO NOT KNOW | | | |
| F. Is all wet system piping protected from temperatures below 40°F? | ✓ | | |

## 2 - GENERAL

| | YES | N/A | NO |
|---|---|---|---|
| A. Have the sprinkler systems been extended to all visible areas of the building? *If NO, an engineering survey is required | ✓ | | |
| B. Does there appear to be proper clearance between the top of all storage and the sprinkler deflector? | | ✓ | |
| C. Are the sprinkler systems free of any equipment that is part of a manufacturer's recall or replacement program? | ✓ | | |
| D. Are the hydraulic nameplate(s) securely attached to the riser and legible? *Answer N/A if system is pipe scheduled | | | ✓ |
| E. Is there a spare head box with the proper number and type of spare sprinklers and wrenches? | ✓ | | |
| F. Are Fire Dept. Connections in satisfactory condition, couplings free, caps/plugs in place and check valves tight? | ✓ | | |
| G. Are Fire Dept. Connections visible, accessible and marked with ID signs? | ✓ | | |
| H. Have all gauges 5 or more years old been replaced or calibrated? | ✓ | | |
| J. Has an internal inspection of the pipe been performed within the last 5 years? | | | ✓ |
| K. Are all hoses and hose valves in good condition, free from physical damage and no leaks? | | | ✓ |
| L. Hose (more than 5 years old) connected to the system has been service tested in accordance with NFPA 1962? (100F/989) | | | ✓ |

## 3 - CONTROL VALVES

| | YES | N/A | NO |
|---|---|---|---|
| A. Are all sprinkler system main control valves and all other control valves in the appropriate open or closed position? | ✓ | | |
| B. Are all control valves sealed or supervised in the appropriate open or closed position? | ✓ | | |
| C. Were all control valves operated through full range of motion and returned to normal position? | ✓ | | |
| D. Did all electrical supervisory switches actuate alarms? | | | ✓ |
| E. Are all control valves easily accessible and marked with ID signs? | ✓ | | |

## 4 - WATER SUPPLY

| | YES | N/A | NO |
|---|---|---|---|
| A. Did flow results have the same or greater PSI readings than previous tests? *If NO, an engineering survey is required | | ✓ | |

| Test Pipe Location | Size | Static Pressure | Flow Pressure | Return | Test Pipe Location | Size | Static Pressure | Flow Pressure | Return | Test Pipe Location | Size | Static Pressure | Flow Pressure | Return |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) M.Drain | 2" | 90 | 60 | 80 | | | | | | | | | | |
| 2) M.Drain | 2" | 85 | 60 | 80 | | | | | | | | | | |

## 5. FLOW ALARMS

| | YES | N/A | NO |
|---|---|---|---|
| A. Did waterflow through the inspectors test actuate all mechanical alarms? | | ✓ | |
| B. Did waterflow through the inspectors test actuate all electrical alarms? | ✓ | | |

Water Based Page 1 of 2

SITE: Circuit City #6359-Surplus

## 6. WET SYSTEMS

| Number of systems | 2 | Make and Model | STAR-4" Model F / STAR-6" Model F | | YES | N/A | NO |
|---|---|---|---|---|---|---|---|
| A. Alarm valves, riser check valves, gauges and associated trim are free from physical damage? | | | | | ✓ | | |
| B. Trim valves, alarm and supervisory lines are in the appropriate open or closed position? | | | | | ✓ | | |
| C. Have all the antifreeze systems been tested? | | | | | | ✓ | |
| D. The antifreeze tests indicate protection to | #1 | #2 | #3 | #4 | #5 | #6 | degrees |

## 7. DRY/PREACTION/DELUGE SYSTEMS    *It is the owner's responsibility to maintain auxiliary drains between inspections*

| Number of dry systems | | Make and Model | N/A | ☐ Trip test report attached | ☐ Trip test not required |
|---|---|---|---|---|---|
| Number of preaction systems | | Make and Model | | ☐ Trip test report attached | ☐ Trip test not required |
| Number of deluge systems | | Make and Model | | ☐ Trip test report attached | ☐ Trip test not required |

| | YES | N/A | NO |
|---|---|---|---|
| A. Valves, gauges and associated trim are free from physical damage? | | N/A | |
| B. Trim valves, alarm and supervisory lines are in the appropriate open or closed position? | | N/A | |
| C. Is the air pressure and priming water level normal? | | N/A | |
| D. Did the air compressor operate satisfactorily? | | N/A | |
| E. Did the low air pressure alarm operate during the test? | | N/A | |
| F. Auxiliary drains that were identified by the owner were drained during this inspection? | | N/A | |
| G. Valves and trim appear to be protected from temperatures below 40°F? | | N/A | |
| H. Pipe that passes through freezers is free of ice blockage? | | N/A | |

## 8. SPRINKLERS, PIPE, AND HANGERS

| | YES | N/A | NO |
|---|---|---|---|
| A. Is all visible pipe in good condition with no external corrosion, physical damage and no leaks? | | | ✓ |
| B. Are visible pipe hangers and seismic braces free of physical damage? | ✓ | | |
| C. Are sprinklers free of physical damage, free of obstructions to spray patterns and free of foreign materials including paint? | ✓ | | |
| D. Have all standard response sprinklers 50 or more years old been replaced or successfully tested?  *Refer to NFPA 25 Chapter 5 for testing procedures* | | ✓ | |
| E. Have all fast response sprinklers 20 or more years old been replaced or successfully tested?  *Refer to NFPA 25 Chapter 5 for testing procedures* | | ✓ | |
| F. Have all dry type sprinklers 10 or more years old been replaced or successfully tested?  *Refer to NFPA 25 Chapter 5 for testing procedures* | | ✓ | |

## 9. FIRE PUMPS AND STORAGE TANKS

☐ Fire pump report attached    ☒ No fire pump on system

| | YES | N/A | NO |
|---|---|---|---|
| A. Are gravity, surface or pressure tanks at the proper pressure and/or water levels? | | | |
| B. Storage tank water appears to be protected from temperatures below 40°F? | | | |
| C. Is the storage tank exterior structure, ladders, and foundation free from physical damage? | | | |
| D. Storage tank exterior is free from corrosion and signs of degradation? | | | |

☒ Explanation of "NO" answers, system deficiencies, and/or inspector recommendations are listed on SERVICE FOLLOW UP # 18294, which is attached to this form.

☐ No SERVICE FOLLOW UP REPORT was required during this inspection.

I state that the information on this form is correct at the time and place of this inspection. All test and inspections were performed in accordance with applicable NFPA 25 test and inspection sections. All equipment tested at this time was left in operational condition upon completion of this inspection except as noted on any SERVICE FOLLOW UP REPORT as stated above.

Name of inspector  RON GENERALE        Signature

I acknowledge that the inspection, deficiencies, and suggested improvements were discussed with me upon completion of the inspection. It is understood that all information contained herein is provided to the best of the knowledge of the person providing the information and that, if requested, will be forwarded to the authority having jurisdiction.

Name of Owner
or Representative _____    Signature _____

Water Based Page 2 of 2



# S.A. Comunale
## An EMCOR Company

**SERVICE FOLLOW UP REPORT**

**18294**

BRANCH PHONE NUMBER: 1-800-299-9216

DATE: 9-25-08
SITE: Circuit City #6359 Surplus    CONTACT: Cheri Bloss
ADDRESS: 1500 Almonesson Road    PHONE: (Cell) 1-804-690-5223
CITY: Woodbury    STATE: NJ    ZIP: 08096

THIS SERVICE FOLLOW UP REPORT CONTAINS A DESCRIPTION OF ITEMS THAT COULD CAUSE THE SYSTEM TO NOT FUNCTION PROPERLY IN THE EVENT OF A FIRE. IT IS RECOMMENDED THAT THEY BE REPAIRED BECAUSE THEY COULD POSE SERIOUS LIFE SAFETY ISSUES TO THE BUILDING OCCUPANTS.

Name of Inspector: Ron Generale    Signature: Ron Generale

* Appears to be a bad check valve on the alarm line for M.G. No water going into retarder when gate handle is opened on system #1 - 4" Star (Repaired Ch. Valve)

* 2" Nipple going from operating valve for main drain leaking water when main drain is opened on system #1 - 4" Star. System #1 appears capped off in warehouse.

* No tamper alarms signals received due to panel box being in trouble upon arrival and the trouble silence button engaged to keep the noise silent.

~~Main Drain Valve Ass. For Sys. 1 - 4" leaks at ~~~~ ~~

Internal Inspection of Piping Never Done - Older Bldg.

I acknowledge that this SERVICE FOLLOW UP REPORT was discussed with me upon completion of the inspection. It is understood that all information contained herein is provided to the best of the knowledge of the person providing such information.

☐ PLEASE SCHEDULE A SERVICE TECHNICIAN TO REPAIR THESE ITEMS AT YOUR EARLIEST CONVENIENCE.

☐ PLEASE PROVIDE A QUOTE TO REPAIR THESE ITEMS.

Name of Owner or Representative: _____    Signature: _____