20 April 2012
115 Falling Leaves Dr
Warner Robins, GA 31088

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Re: Bankruptcy Court for the Eastern District of Virginia – Richmond Division
Circuit City Stores, Inc., et al.
Case No. 08-35653-KRH Doc 11808 Filed 3/30/12 Main Document
Claim Number 6562  2000656201  Date Filed 1/27/2009

```
RICHMOND DIVISION
F                        F
I    APR 2 4 2012        I
L                        L
E                        E
D         CLERK          D
  US BANKRUPTCY COURT
```

Subject: Opposition to the Objection

The objection reads as follows:

"The Trust disputes the basis and validity of this claim in it's entirety. The claimant alleges product purchased in 1997 was not returned from warrant repair work, according to the Trust's books and record, all applicable warranties would be expired. Furthermore, insufficient support was provided to validate the accuracy of the claim."

I wish to oppose all of these points as invalid.

1. The last statement claims that there is insufficient support to validate the accuracy of the claim of $999.97. This information was provided with the initial claim. Each point will again be substantiated.

2. The issue of warranty repair is irrelevant in that the item was delivered to Circuit City (2951 Watson Blvd Warner Robins GA) for repair and it was not repaired, it was not sent to a repair facility, and it was not returned. The item in question WAS in Circuit City's possession at the time of the bankruptcy. See Attachment 1 for proof of delivery to Circuit City.

3. Second, the item was under warranty. See Attachment 2. The item was covered under a Circuit City Extended Warranty which was in force at the time of the bankruptcy. (Attachment 1 also verifies that item is covered under warranty.)

4. The original item was purchased from Circuit City in 1997. See Attachment 3. The item was in possession of Circuit City at the time of the Bankruptcy. It was not returned. If you disallow the claim, then return the receiver. Otherwise, it constitutes Theft by Taking.

Sincerely,

*[signature]*

Gary Chamberlain

Attch 1 Receipt of delivery for repair
Attch 2 Warranty Certificate
Attch 3 Sales receipt

Circuit City Stores, Inc.
St. 2 W 9
2951 W. BLR
WARNER ROBINS, GA 31093
(886) 333-2333

478-953-5183
John Gibbon
Store Mgr

10/25/2008

Claim # I 7258546

Claim N. 17.58146

GARY THOMAS
Coverage
State Registration No
ESTIMATE NOT REQUIRED
210 ONK IXSV828
Serial Number: 4603012219

✓ tm

Submitted 10/25/2008 at 2951 WATSON
BLVD

Problem:
DISTORTION ON ALL INPUTS AND AM/FM
TUNER NOT WORKING

Attachment 1

# CERTIFICATE

### for HOME & CAR ELECTRONICS

**Product Coverage Information**

| Contract No: | [illegible] |
|---|---|
| Model/Serial: | Circuit City [illegible] |
| Sale Date: | August 2?, 1997 |
| Prod. Descrip: | RECEIVER |
| Sale Amount: | Not Over |
| Period Covered: | 03-25-2005 – 03-25-2006 |
| Service Type: | Carry In |
| Length of Plan: | 1 yr |
| Price of Plan: | $94.99 |
| (includes tax if any) | |

**Account History**

| Date | Amount | Description |
|---|---|---|
| 01-13-2005 | $ [illegible] | [illegible] PAID IN FULL |

000067
Gary L. Chamberlain
115 Falling Leaves Dr
Warner Robins, GA 31088-[illegible]

- [illegible] Circuit City Advantage℠ Protection Plan [illegible]
- [illegible] coverage. Please keep it [illegible]
- Your Circuit City Advantage℠ Protection Plan is paid in full for the length [illegible]
- [illegible] please call [illegible] 1-800-[illegible]
- [illegible] your Circuit City Advantage℠ [illegible] 9:00 pm, Eastern Time.

RECEIVER

✂ Detach Here

(city)



## Circuit City Stores, Inc.
Store 3201
MACON, GA 31206
(912) 788-9800                      14:04:32  02/21/97

Sold to:  **DELIVERED**         Ticket
GARY CHAMBERL...                320100757112
CUSTOMER COPY
                                Orig Date 02/21/97

| Salesperson  |      |              |             | Register | Cashier |
|--------------|------|--------------|-------------|----------|---------|
| M.H.MCDONALD |      |              |             | 30       | 010010  |
| Item | Qty | Model        | Description | Tax      | Amount  |
| 1 SL | 1   | ONK TXSV828THX | RECEIVER   | Y        | 999.97  |
|      |     |              | ** OPEN BOX ** |       |         |
| 2 SL | 1   | ESP Service  | RECEIVER    | N        | 49.99   |
| 3 SL | 1   | DCM KXCENTER | SPEAKER     | Y        | 159.99  |

```
            Non-Taxable          $       49.99
            Total Taxable        $    1,159.96
            Sales Tax            $       69.60
            TOTAL PURCHASE       $    1,279.55
            CHK           8745   $    1,279.55
            BALANCE              $        0.00
```

Item

1 ONK TXSV828THX, Tag Number 3201048104
   This item is sold with its original manufacturers
   warranty plus our guarantee of satisfaction, even though
   it is not offered for sale in a factory sealed carton.
1 The Extended Service Contract for Shop service for the
   ONK TXSV828THX starts 02/21/97 and expires 02/21/02.
** This sales receipt and the accompanying Important
   Papers Folder contain the terms and conditions for
   your EXTENDED SERVICE CONTRACT.
CM THANK YOU FOR SHOPPING AT CIRCUIT CITY, MACON GEORGIA

For repair service call: (800) 873-8958

Attachment 3