Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,. | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF OBJECTION OF CIRCUIT CITY STORES, INC.
LIQUIDATING TRUST TO CLAIM NO. 1723 FILED BY PNY TECHNOLOGIES, INC.
AND HEARINGS THEREON IF NECESSARY**

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Objection to Claim No. 1723 Filed by PNY Technologies, Inc. (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"). A copy of the Objection is being served on you simultaneously herewith. By the Objection, the Liquidating Trust is seeking to disallow the identified claim.

**YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (AND THE OBJECTION) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE COURT'S OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE COURT AND SERVED**

**ON THE TRUST BY <u>4:00 P.M. (EASTERN TIME) ON JUNE 26, 2012</u>, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER(S) GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

**PLEASE TAKE FURTHER NOTICE THAT** in connection with the Debtors' Chapter 11 Cases, a Supplemental Order Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 6208] (the "Case Management Order") was entered by the Court on December 30, 2009, which, among other things, prescribes the manner in which objections must be filed and served and when hearings will be conducted. A copy of the Case Management Order may be obtained at no charge at www.kccllc.net/circuitcity or for a fee via PACER at http://www.vaeb.uscourts.gov

If you do not want the Court to grant the relief sought in the Objection, or if you want the Court to consider your views on the Objection, then on or before **4:00 P.M. (EASTERN TIME) on June 26, 2012** you or your attorney must:

☒ File with the Court, at the address shown below, a written response with supporting memorandum pursuant to Local Bankruptcy Rule 9013-1 and the Case Management Order. You must mail or otherwise file it early enough so the Court will **receive** it on or before the due date identified herein.

> Clerk of the Court
> United States Bankruptcy Court
> 701 E. Broad Street, Suite 4000
> Richmond, VA 23219

You must also serve a copy on:

> Lynn L. Tavenner
> Tavenner & Beran, PLC
> 20 North Eighth Street, 2nd Floor
> Richmond, Virginia 23219
>
> Robert B. Van Arsdale, Esquire
> Office of the United States Trustee
> 701 East Broad, Suite 4304
> Richmond, Virginia 23219

If you or your attorney do not take these steps, the Court may deem any opposition waived, and issue orders granting the requested relief without further notice or hearing.

A status hearing on the Objection, as necessary, will be held at **2:00 p.m. (Eastern Time) on July 10, 2012 at:**

> United States Bankruptcy Court
> 701 East Broad Street – Courtroom 5000
> Richmond, Virginia 23219

**Failure to File Your Timely Response**.  If you fail to file and serve any Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection <u>without further notice</u> to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

Dated:    April 24, 2012

> */s/ Lynn L. Tavenner*
> Lynn L. Tavenner (VA Bar No. 30083)
> Paula S. Beran (VA Bar No. 34679)
> TAVENNER & BERAN, P.L.C.
> 20 North Eighth Street, 2nd Floor
> Richmond, Virginia  23219
> Telephone:  804-783-8300
> Facsimile:  804-783-0178
> Email:  ltavenner@tb-lawfirm.com
>     pberan@tb-lawfirm.com
>
> -and-
>
> Jeffrey N. Pomerantz (admitted *pro hac vice*)
> Andrew W. Caine (admitted *pro hac vice*)
> PACHULSKI STANG ZIEHL & JONES LLP
> 10100 Santa Monica Blvd.
> 11th Floor
> Los Angeles, California  90067-4100
> Telephone: 805-123-4567
> Facsimile:  310/201-0760
> E-mail: jpomerantz@pszjlaw.com
>     acaine@pszjlaw.com
>
> *Counsel for the Circuit City Stores, Inc. Liquidating Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2012, I caused a copy of the foregoing Objection of the Circuit City Stores, Inc. Liquidating Trust to Claim No. 1723 Filed By PNY Technologies, Inc. to be served in accordance with the Case Management Order and via first-class mail, postage prepaid, to the following:

      PNY Technologies, Inc.
      c/o Registered Agent
      The Corporation Trust Company
      Corporation Trust Center
      1209 Orange Street
      Wilmington, DE 19801

      Gadi Cohen
      Chairman of the Board, CEO and President
      PNY Technologies, Inc.
      299 Webro Road
      Parsippany, NJ 07054-0218

      McCarter & English, LLP
      Attn:   Clement J. Farley
      Four Gateway Center
      100 Mulberry Street
      Newark, NJ 07102
            Counsel for PNY Technologies, Inc.

      McCarter & English, LLP
      Attn:  Michael J. Reynolds
      Four Gateway Center
      100 Mulberry Street
      Newark, NJ 07102
            Counsel for PNY Technologies, Inc.

      Neil E. McCullagh
      Spotts Fain PC
      411 East Franklin Street
      Suite 600
      Richmond, VA 23218-1555
            Counsel for PNY Technologies, Inc.

            ___*/s/ Lynn L. Tavenner*_____
            Lynn L. Tavenner, Esquire (VA. Bar No. 30083)
            Paula S. Beran, Esquire (VA. Bar No. 34679)
            Tavenner & Beran, PLC
            20 North Eighth Street, Second Floor
            Richmond, Virginia  23219
            Telephone:  (804) 783-8300
            Telecopy:  (804) 783-0178