Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., et al.,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | (Jointly Administered) |
| Debtors. | **:** | |
| | **:** | |
| | **:** | |

## NOTICE OF (A) MOTION TO FILE UNDER SEAL CERTAIN AGREEMENT
## WITH CHASE BANK USA, NATIONAL ASSOCIATION AND
## (B) HEARING THEREON, IF NECESSARY

**PLEASE TAKE NOTICE THAT** the Circuit City Stores, Inc. Liquidating Trust (the "Trust"), through its Trustee, Alfred H. Siegel has filed a **Motion To File Under Seal Certain Agreement With Chase Bank USA, National Association And (B) Hearing Thereon, If Necessary** (the "Motion") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"), a copy of which is simultaneously being served upon you.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases.  (If you do not have an attorney, you may wish to consult one).  Under the Case Management Order (as defined hereafter) and Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of Court and served on the moving party within three  (3) days before the scheduled hearing date, the Court may deem any opposition waived, treat the Motion**

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The current address for these entities is 200 Westgate Parkway, Suite 100, Richmond, VA  23233.

**as conceded, and issue an order granting the relief requested.**

      **PLEASE TAKE FURTHER NOTICE THAT** in connection with the Debtors' Chapter 11 Cases, a Supplemental Order Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 6208] (the "Case Management Order") was entered by the Court on December 30, 2009, which, among other things, prescribes the manner in which objections must be filed and served and when hearings will be conducted.  A copy of the Case Management Order may be obtained at no charge at www.kccllc.net/circuitcity or for a fee via PACER at http://www.vaeb.uscourts.gov

      **PLEASE TAKE FURTHER NOTICE THAT** on **May 10, 2012 at 2:00 p.m**., (or such time thereafter as the matter may be heard) the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219, and will move the Court for entry of an order approving the Motion.

      If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then within three (3) days before the hearing date you or your attorney must:

☒     File with the Court, at the address shown below, a written response with supporting memorandum pursuant to Local Bankruptcy Rule 9013-1 and the Case Management Order.  You must mail or otherwise file it early enough so the Court will **receive** it on or before the due date identified herein.

          Clerk of the Court
          United States Bankruptcy Court
          701 E. Broad Street, Suite 4000
          Richmond, VA 23219

      You must also serve a copy on:

          Lynn L. Tavenner
          Tavenner & Beran, PLC
          20 North Eighth Street, 2nd Floor
          Richmond, Virginia 23219

          Robert B. Van Arsdale, Esquire
          Office of the United States Trustee
          701 East Broad, Suite 4304
          Richmond, Virginia 23219

      If you or your attorney do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue orders granting the requested relief without further notice or hearing.

Dated:    April 24, 2012

                              /s/ Lynn L. Tavenner
                              Lynn L. Tavenner (VA Bar No. 30083)
                              Paula S. Beran (VA Bar No. 34679)
                              TAVENNER & BERAN, P.L.C.
                              20 North Eighth Street, 2nd Floor
                              Richmond, Virginia  23219
                              Telephone:  804-783-8300
                              Facsimile:  804-783-0178
                              Email: ltavenner@tb-lawfirm.com
                                      pberan@tb-lawfirm.com

                              -and-

                              Jeffrey N. Pomerantz (CA Bar No. 143717)
                              Andrew W. Caine (CA Bar No. 110345)
                              PACHULSKI STANG ZIEHL & JONES LLP
                              10100 Santa Monica Blvd., 13th Floor
                              Los Angeles, California  90067-4100
                              Telephone: 310-277-6910
                              Facsimile:  310-201-0760
                              E-mail:jpomerantz@pszjlaw.com
                                      acaine@pszjlaw.com

                              Counsel for the Circuit City Stores, Inc.
                              Liquidating Trust

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2012, I caused a copy of the foregoing to be served in accordance with the Case Management Order and via certified mail (return receipt requested), and/or via first-class mail, postage prepaid, to the following:

By Certified Mail (Return Receipt Requested) and First-Class Mail:

Chase Bank USA, National Association
Attn: Daniel P. Tierney, General Manager
201 North Walnut Street
3 Christina Center
Wilmington, DE 19801

Chase Bank USA, National Association
Attn: Officer or Managing/General Agent
200 White Clay Center Dr.
Newark, DE 19711

Chase Bank USA, National Association
Attn:   Keith W. Shuck, President
White Clay Center
Building 200
Route 273
Newark, DE 19711

By First-Class Mail upon:

Weil, Gotshal, & Manges LLP
Attn:   Gary T. Holtzer, Esq.
        Joseph Gelb, Esq.
        Aliza Reicher, Esq.
767 Fifth Avenue
New York, NY 10153
        Counsel for Chase Bank USA, National Association

Kutak Rock LLP
Attn:   Michael A. Condyles
        Kimberly A. Pierro
Bank of America Center
1111 East Main Street
Suite 800
Richmond, VA 23219-6192
        Counsel for Chase Bank USA, National Association

_____ */s/ Lynn L. Tavenner*_____
Lynn L. Tavenner, Esquire (VA. Bar No. 30083)
Paula S. Beran, Esquire (VA. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178