IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

```
---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
CIRCUIT CITY STORES, INC., et al.,                  :    Case No. 08-35653-KRH
                                                    :
                                                    :    Jointly Administered
                         Debtors.                   :
---------------------------------------------------------------x
```

### RESPONSE OF GENERATION H ONE AND TWO LIMITED PARTNERSHIP TO LIQUIDATING TRUST'S TWENTY-EIGHTH OMNIBUS OBJECTION TO LANDLORD CLAIMS

Comes now Generation H One and Two Limited Partnership (the "Claimant"), a former landlord of one or more of the debtors and holder of one or more valid claims against the estate of the debtors herein, and responds to the Liquidating Trust's Twenty-Eighth Omnibus Objection to Landlord Claims (the "Objection") previously filed herein by stating as follows:

1. The Trustee proposes to reduce the Claimant's claim number 12537 from $760,763.00 to $668,392.29. Although Claimant may accede to some position of the proposed reduction, it is not in complete accord, and thus files this response in order that its claim not be expunged.

2. In particular, it concedes that it has been paid its "stub rent" claim, as asserted in the Objection, and thus agrees to a reduction in claim no. 12537 by $31,834.82. However, it

_____
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Jennifer M. McLemore, Esquire (VSB No. 47164)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

Counsel for Generation H One and Two Limited Partnership

continues to assert the validity of the remaining amount of its claim and thus requests that this matter be set down for status conference on the May 10, 2012 docket of this case.

3. The persons whom the Trustee should contact concerning the particulars of the claim and the documents supporting the claim are:

> Augustus C. Epps, Jr., Esquire
> Jennifer M. McLemore, Esquire
> Telephone: (804) 697-4100
> Email: aepps@cblaw.com
>         jmclemore@cblaw.com

4. The vast majority of the Claimant's documents have already been submitted to the Trustee and thus they are not attached hereto. However, the Claimant will provide such documents again if requested to do so.

Dated: April 27, 2012                **GENERATION H ONE AND TWO LIMITED PARTNERSHIP**


By:    /s/ Jennifer M. McLemore
       Augustus C. Epps, Jr., Esquire (VSB No. 13254)
       Jennifer M. McLemore, Esquire (VSB no. 47164)
       909 East Main Street, Suite 1200
       Richmond, Virginia 23219
       Telephone: (804) 697-4100
       Facsimile: (804) 697-6112

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April 2012, the foregoing pleading was served by United States first class mail delivery on the following:

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 232319

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017

/s/ Jennifer M. McLemore
Jennifer M. McLemore

1230408