UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re:  Circuit City Stores, Inc., et al.           Case No. 08-35653-KRH

         Debtors.           Chapter 11 Proceeding

## NOTICE AND WITHDRAWAL OF CLAIM

PLEASE TAKE NOTICE that Peter Weedfald, by counsel, having filed Claim No. 15165 in an undetermined amount in the above-referenced bankruptcy matter, hereby withdraws said claim and requests that no distribution be made.

Respectfully submitted this 27th day of April, 2012.

         PETER WEEDFALD


         By /s/ Neil E. McCullagh
         Counsel

Robert H. Chappell III, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone:  (804) 697-2000
Facsimile:  (804) 697-2100
Counsel for Peter Weedfald

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice and Withdrawal of Claim was served by U.S. Mail, postage prepaid, and/or electronic means this 27th day of April, 2012 on the following, constituting all necessary parties:

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Jason S. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

/s/ Neil E. McCullagh