Michael DeWine
Ohio Attorney General

Victoria D. Garry (Ohio Bar. No. 0037014)
Assistant Ohio Attorney General
Collections Enforcement
1600 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
(513) 852-1536
(513) 852-3484 (Fax)
e-mail: victoria.garry@ohioattorneygeneral.gov

Attorney for Ohio Bureau of Workers' Compensation

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | : Case No. 08-35653 (KRH) |
| | : Jointly Administered |
| CIRCUIT CITY STORES, INC.,*et al.* | : Chapter 11 |
| | : Debtors. |

**RESPONSE OF OHIO BUREAU OF WORKERS' COMPENSATION TO LIQUIDATING TRUST'S THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANC OF CERTAIN INVALID CLAIMS)**

Ohio Bureau of Workers' Compensation ("BWC"), by and through Ohio Attorney General Michael DeWine, hereby responds to the *Liquidating Trust's Twenty-Ninth Omnibus Objection to Claims (Disallowance of Certain Invalid Claim)* filed March 30, 2012, doc. # 11809. The Liquidating Trust asserts that claim 5999 filed by BWC in the amount of $383,596.82 filed as a general unsecured claim should be disallowed and expunged.

The Liquidating Trustee asserts that the Debtor disputes the basis and validity of the claim. As filed, the proof of claim "creates a prima facie valid claim". The burden is on the objecting party, here, the Liquidating Trust, to "produce sufficient evidence to negate this prima

facie validity of the claim". In re Mission of Care, Inc., 164 B.R. 877 (Bankr.De.1994). The Liquidating Trust's bare assertion that the Debtor disputes the validity of the claim is insufficient to meet that burden.

Wherefore, for the above reasons, BWC respectfully requests that the Court deny the Liquidating Trust's objection and allow claim 5999 as filed.

Respectfully submitted,

Michael DeWine
Ohio Attorney General


/s/ Victoria D. Garry
VICTORIA D. GARRY (0037014)
Assistant Attorney General
1600 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
(513) 852-1536
(513) 852-3484 (Fax)
victoria.garry@ohioattorneygeneral.gov
Attorney for Ohio Bureau of Workers' Compensation


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing *Response of Ohio Bureau of Workers' Compensation to Liquidating Trust's Thirty-First Objection to Claims* was served electronic filing this 30th day of April, 2012 upon the Service List.

/s/ Victoria D. Garry
VICTORIA D. GARRY (0037014)