12k135

LAW OFFICES OF
TAYLOR, LEONG & CHEE

KIMO C. LEONG     #2977-0
737 Bishop Street, #2060
Honolulu, Hawaii   96813
Telephone: (808)528-2222
Facsimile: (808)523-1869
Email: kcleong@hawaii.rr.com

Attorney for Creditor
HAWAIIAN ELECTRIC COMPANY, INC.



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., ) | CASE NO. 08-35653-KRH |
| et al., ) | |
| ) | RESPONSE OF CREDITOR HAWAIIAN |
| Debtors. ) | ELECTRIC COMPANY, INC. TO |
| ) | LIQUIDATING TRUST'S TWENTY- |
| ) | NINTH OMNIBUS OBJECTION TO |
| ) | CLAIMS; DECLARATION OF CANDY |
| ) | CARVALHO; EXHIBITS A-D; |
| ) | CERTIFICATE OF SERVICE |
| ) | |

RESPONSE OF CREDITOR HAWAIIAN ELECTRIC COMPANY, INC. TO
LIQUIDATING TRUST'S TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS

Comes now unsecured creditor HAWAIIAN ELECTRIC COMPANY, INC. ("HECO"), by and through its attorneys, the Law Offices of Taylor, Leong & Chee, and submits the following as its Response to the Liquidating Trust's Twenty-Ninth Omnibus Objection to Claims that was filed herein on March 30, 2012 (hereinafter referred to as the "Objection").

SUMMARY OF POSITION

HECO believes that the Circuit City Stores, Inc. Liquidating Trust (hereinafter referred to as the "Liquidating Trust") Objection is based upon an accounting error. The proposed modified claim amount ($13,775.05) contained in Exhibit "C" to the Objection is exactly the balance of the Debtor's post-petition account prior to the payment of such balance on August 19, 2009. The entire amount claimed in HECO's Proof of Claim remains unpaid.

FACT SUMMARY

HECO filed its Proof of Claim on December 16, 2008 (Claim No. 1645) for $49,230.52, which was the amount due on the Debtor's account for service provided to its 98-145 Kaonohi Street, Aiea, Hawaii location as of November 10, 2008. A true and correct copy of said Proof of Claim is attached hereto as Exhibit "A". No payment was received by HECO or applied to the Debtor's pre-petition account subsequent to the filing of its Proof of Claim. See Declaration of Candy Carvalho attached hereto. True and correct copies of HECO's Closing Bill and Statement of Account showing the pre-petition balance owed, as claimed in its Proof of Claim, are attached hereto as Exhibits "B" and "C", respectively. Id. The Statement of Account shows that the last payment received by HECO for the Debtor's pre-petition account was posted on October 14, 2008. Id.

2

The reason stated for the Liquidating Trust's objection to HECO's claim is as follows: "According to the Trust's books and records, the liability is overstated by the objection amount." See Exhibit "C" attached to the Objection. The Objection Amount referred to is $35,455.47; the Proposed Modified Claim Amount is $13,775.05. Id.

Attached hereto as Exhibit "D" is a true and correct copy of HECO's Statement of Account for the Debtor's post-petition account. See Declaration of Candy Carvalho attached hereto. That Statement of Account shows all activity on the Debtor's post-petition account from December 2, 2008 to August 19, 2009. Id. The final bill issued on this account was dated March 4, 2009, in the amount of $13,775.05. Id. That amount was paid on August 19, 2009, leaving a zero balance. Id.

ARGUMENT

HECO believes that an accounting error by the Debtor or Liquidating Trust is the reason for the Liquidating Trust's objection to its claim. The fact that the Proposed Modified Claim Amount stated in Exhibit "C" to the Objection ($13,775.05) is identical to the post-petition account balance prior to its payment in full on August 19, 2009 must be more than coincidental. The Liquidating Trust gives no reason for its objection, other than that according to its "books and records, the liability is overstated by the objection amount." No payment or other reason

for reducing the pre-petition amount claimed by HECO is alleged by the Liquidating Trust.

Exhibits "A", "B" and "C" and the Declaration of Candy Carvalho attached hereto establish that the amount stated in HECO's Proof of Claim remains due and owing and that no payment was received by HECO and applied to the pre-petition balance owed subsequent to the filing of HECO's Proof of Claim. The total amount of $49,1230.52 remains due for electric service provided to the Debtor as of the date of the filing of its Chapter 11 petition.

CONCLUSION

In light of the foregoing, HECO respectfully requests that the Court overrule the Liquidating Trust's objection to its claim. Due to the geographic distance and cost involved, HECO will not be able to participate in any proceedings in the State of Virginia and respectfully asks the court to accept this Response and the attachments hereto as HECO's position on the matter.

ADDITIONAL INFORMATION

All pleadings, documents and other papers served or filed in reply to this Response may be served upon HECO by serving its counsel, Kimo C. Leong, Esq., via electronic mail at: kcleong@hawaii.rr.com, via facsimile at (808) 523-1869, or via U. S. Mail at the following address: Law Offices of Taylor, Leong & Chee, 737 Bishop Street, #2060, Honolulu, Hawai`i  96813.  Said

counsel is the person with authority to reconcile, settle or otherwise resolve the Objection on HECO's behalf.

DATED: Honolulu, Hawai'i, _April 25, 2012_.

_____
KIMO C. LEONG
Attorney for Creditor
HAWAIIAN ELECTRIC COMPANY, INC.

5

12k136

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | CASE NO. 08-35653-KRH |
| et al., | ) | |
| | ) | DECLARATION OF CANDY CARVALHO |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

DECLARATION OF CANDY CARVALHO

I, CANDY CARVALHO, under penalty of perjury, state as follows:

1. That I am a Credit Supervisor for Hawaiian Electric Company, Inc. ("HECO") in its Customer Service Department and I make this declaration based upon personal knowledge.

2. That I have been employed by the HECO in its Customer Service Department for over 30 years and one of my regular duties is to oversee the handling of accounts for customers which have filed for Chapter 11 bankruptcy protection.

4. That I have handled the accounts for Circuit City Stores, Inc. ("Debtor") and am familiar with all of the records and files pertaining to such accounts, which records and files have been maintained by the HECO in the ordinary course of its business.

5. That attached hereto as Exhibit "A" is a true and correct copy of the Proof of Claim filed by HECO on December 16, 2008 for $49,230.52, which was the amount due on the Debtor's account for

service provided to its 98-145 Kaonohi Street, Aiea, Hawaii location as of November 10, 2008.

6.  That no payment was received by HECO or applied to the Debtor's pre-petition account subsequent to the filing of its Proof of Claim.

7.  That attached hereto as Exhibits "B" and "C" are true and correct copies of HECO's Closing Bill and Statement of Account, respectively. Those documents show the pre-petition balance owed to HECO. The Statement of Account shows that the last payment received by HECO for the Debtor's pre-petition account was posted on October 14, 2008.

8.  That attached hereto as Exhibit "D" is a true and correct copy of HECO's Statement of Account for the Debtor's post-petition account. This Statement of Account shows all activity on the Debtor's post-petition account from December 2, 2008 to August 19, 2009. The final bill issued on this account was dated March 4, 2009, in the amount of $13,775.05. That amount was paid on August 19, 2009, leaving a zero balance.

9.  That the total amount stated in HECO's Proof of Claim remains due and owing for electric service provided to the Debtor as of the date of the filing of its Chapter 11 petition. No payment was received by HECO and applied to the pre-petition balance owed subsequent to the filing its Proof of Claim. The total amount of $49,1230.52 remains due.

2

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawai`i, ___4/24/2012___ .

Respectfully submitted,

_____
CANDY CARVALHO

3

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT    Eastern District of Virginia | PROOF OF CLAIM |
|---|---|
| Name of Debtor:<br>CIRCUIT CITY STORES, INC. | Case Number:<br>08-35653-KRH |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>HAWAIIAN ELECTRIC COMPANY, INC.<br>Name and address where notices should be sent:<br><br>HAWAIIAN ELECTRIC COMPANY, INC.<br>PO BOX 2750 (WA1-CH); HONOLULU, HI 96803-9989<br><br>Telephone number:<br>(808) 548-7311 | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number:_____<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
| **1. Amount of Claim as of Date Case Filed:**    $ _____ 49,230.52<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:**  provided electric service<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:**  Cust # 9604-5120<br><br>3a. Debtor may have scheduled account as: _____<br>(See instruction #3a on reverse side.) | |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff:   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other<br>Describe:<br><br>Value of Property:$_____   Annual Interest Rate____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $_____   Basis for perfection: _____<br><br>Amount of Secured Claim: $_____   Amount Unsecured: $    49,230.52 | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).<br><br>☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$ _____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| Date:<br>12-12-08   Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Candy Carvalho, Credit Supervisor | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



EXHIBIT A

Page 1 of 3





**Hawaiian Electric Co., Inc.**
PO Box 3978
Honolulu, HI 96812-3978

Select the RIGHT TREE and plant
it in the RIGHT PLACE to eliminate
potential electrical safety hazards.

| ACCOUNT NUMBER | CONTRACT: STORE #03354 | SERVICE ADDRESS | PAGE 1 OF 2 |
|---|---|---|---|
| 8825-2721-079 | CIRCUIT CITY STORES INC | 98145 KAONOHI ST | |

```
BALANCE PRIOR TO BILLING                              $37,685.40
  CURRENT ELECTRIC SERVICE DUE 12/13/08                11,545.12
FINAL AMOUNT DUE BY  DECEMBER 13, 2008                $49,230.52

THANK YOU FOR MAINTAINING AN EXCELLENT PAYMENT HISTORY AT THIS
LOCATION FROM NOV 29, 1996 TO NOV 10, 2008.  THIS MAY BE USED
AS A CREDIT REFERENCE.
```

```
J    GENERAL SERVICE-DEMAND              CUSTOMER CHARGE              $25.67
     FROM 10/30/08 TO 11/10/08  11 DAYS  DEMAND CHARGE                997.33
                                         ENERGY CHARGE              5,844.11
     MTR# PX000440585    KILOWATT HOURS  POWER FACTOR ( 95)            68.41-
         CURRENT READING         52158   INTERIM INCREASE 2007        402.48
         PREVIOUS READING        52046   ENERGY COST ADJUSTMENT     4,187.50
         DIFFERENCE                112   IRP COST RECOVERY            156.44
         MULTIPLIER                400     TOTAL FOR SERVICE      $11,545.12
         USAGE                  44,800

                             KILOWATTS
         DEMAND READING           .800
         MULTIPLIER                400
         MEASURED DEMAND         320.0
         BILLING DEMAND          320.0
```

ELECTRIC USAGE PROFILE FOR METER PX00440585

| DATE | KWH | AMOUNT | DAYS | KWH/DAY | $/DAY |
|---|---|---|---|---|---|
| 11/10/08 | 44800 | $11,545.12 | 11 | 4,072.7 | 1,049.56 |
| 10/30/08 | 136800 | 37,685.40 | 31 | 4,413.9 | 1,215.66 |
| 09/29/08 | 138800 | 37,292.91 | 30 | 4,349.2 | 1,242.80 |
| 08/28/08 | 133600 | 37,142.78 | 29 | 4,606.9 | 1,282.50 |
| 07/30/08 | 150000 | 36,231.36 | 33 | 4,545.5 | 1,097.92 |
| 06/27/08 | 129600 | 31,240.19 | 29 | 4,469.0 | 1,077.25 |
| 05/29/08 | 127600 | 30,095.14 | 29 | 4,400.0 | 1,037.76 |
| 04/30/08 | 140000 | 31,023.48 | 33 | 4,242.4 | 940.11 |
| 03/28/08 | 121600 | 27,306.61 | 29 | 4,193.1 | 941.61 |
| 02/28/08 | 121600 | 26,918.77 | 29 | 4,193.1 | 928.23 |
| 01/30/08 | 135600 | 27,495.08 | 31 | 4,109.1 | 833.18 |
| 12/28/07 | 134400 | 26,367.47 | 29 | 4,634.5 | 909.22 |
| 11/29/07 | 140000 | 26,869.23 | 30 | 4,666.7 | 895.64 |

112408 07025 P1 G

WHEN PAYING IN PERSON, PLEASE PRESENT BOTH PORTIONS
PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT



**Hawaiian Electric Co., Inc.**
PO Box 3978
Honolulu, HI 96812-3978
Telephone (808) 548-7311
Fax Number (808) 543-7799

ACCOUNT NUMBER
8825-2721-079

FINAL BILL
DATE DUE
PLEASE SEE ABOVE

TOTAL AMOUNT DUE
$49,230.52

AMOUNT ENCLOSED

PLEASE MAKE CHECKS PAYABLE TO:

HECO
PO Box 3978
Honolulu, HI 96812-3978

```
STORE #03354
CIRCUIT CITY STORES INC
%CASE 08-35653-KRH FLD 11/10/08
CHAPTER 11 BANKRUPTCY
SPOKANE          WA 99210
```

EXHIBIT A
Page 2 of 3

11 8825272107q4 00001154512 00004923052



**Hawaiian Electric Co., Inc.**
PO Box 3978
Honolulu, HI 96812-3978

Select the RIGHT TREE and plant
it in the RIGHT PLACE to eliminate
potential electrical safety hazards.

| ACCOUNT NUMBER | CONTRACT: STORE #03354 | SERVICE ADDRESS | PAGE 2 OF 2 |
|---|---|---|---|
| 8825-2721-079 | CIRCUIT CITY STORES INC | 98145 KAONOHI ST | |

**AMOUNTS**

SEE PAGE 1

**BILL PERIOD**

VAR KVARH
FROM 10/30/08 TO 11/10/08   11 DAYS

| MTR# PV000440585 | KILOVAR HOURS |
|---|---|
| CURRENT READING | 20576 |
| PREVIOUS READING | 20538 |
| DIFFERENCE | 38 |
| MULTIPLIER | 400 |
| USAGE | 15,200 |

BILL DETAIL

**USAGE PROFILE**

ELECTRIC USAGE PROFILE FOR METER PV00440585

| DATE | KVARH | AMOUNT | DAYS | KVARH/DAY | $/DAY |
|---|---|---|---|---|---|
| 11/10/08 | 15200 | $.00 | 11 | 1,381.8 | .00 |
| 10/30/08 | 47600 | .00 | 31 | 1,535.5 | .00 |
| 09/29/08 | 50400 | .00 | 32 | 1,575.0 | .00 |
| 08/28/08 | 48000 | .00 | 29 | 1,655.2 | .00 |
| 07/30/08 | 52800 | .00 | 33 | 1,600.0 | .00 |
| 06/27/08 | 44800 | .00 | 29 | 1,544.8 | .00 |
| 05/29/08 | 45600 | .00 | 29 | 1,572.4 | .00 |
| 04/30/08 | 48400 | .00 | 33 | 1,466.7 | .00 |
| 03/28/08 | 42400 | .00 | 29 | 1,462.1 | .00 |
| 02/28/08 | 40400 | .00 | 29 | 1,393.1 | .00 |
| 01/30/08 | 44000 | .00 | 33 | 1,333.3 | .00 |
| 12/28/07 | 46400 | .00 | 29 | 1,600.0 | .00 |
| 11/29/07 | 49200 | .00 | 30 | 1,640.0 | .00 |

112408  07025  P1  G

---



**Hawaiian Electric Co., Inc.**
PO Box 3978
Honolulu, HI 96812-3978
Telephone (808) 548-7311

ACCOUNT NUMBER
8825-2721-079

FINAL BILL
DATE DUE
SEE PAGE 1

TOTAL AMOUNT DUE
SEE PAGE 1

AMOUNT ENCLOSED

PLEASE MAKE CHECKS PAYABLE TO:

HECO
PO Box 3978
Honolulu, HI 96812-3978

STORE #03354
CIRCUIT CITY STORES INC
%CASE 08-35653-KRH FLD 11/10/08
CHAPTER 11 BANKRUPTCY
SPOKANE          WA 99210

**EXHIBIT A**
Page 3 of 3

11 882527210794 00001154512 00004923052



**Hawaiian Electric Co., Inc.**
PO Box 3978
Honolulu, HI 96812-3978

Select the RIGHT TREE and plant
it in the RIGHT PLACE to eliminate
potential electrical safety hazards.

| ACCOUNT NUMBER | CONTRACT: STORE #03354 | SERVICE ADDRESS | PAGE 1 OF 2 |
|---|---|---|---|
| 8825-2721-079 | CIRCUIT CITY STORES INC | 98145 KAONOHI ST | |

```
                BALANCE PRIOR TO BILLING                    $37,685.40
                  CURRENT ELECTRIC SERVICE DUE 12/13/08      11,545.12
                FINAL AMOUNT DUE BY  DECEMBER 13, 2008      $49,230.52

                THANK YOU FOR MAINTAINING AN EXCELLENT PAYMENT HISTORY AT THIS
                LOCATION FROM NOV 29, 1996 TO NOV 10, 2008.  THIS MAY BE USED
                AS A CREDIT REFERENCE.
```

```
   J    GENERAL SERVICE-DEMAND              CUSTOMER CHARGE           $25.67
      FROM 10/30/08 TO 11/10/08  11 DAYS    DEMAND CHARGE             997.33
                                            ENERGY CHARGE           5,844.11
      MTR# PX000440585   KILOWATT HOURS     POWER FACTOR ( 95)         68.41-
          CURRENT READING       52158       INTERIM INCREASE 2007     402.48
          PREVIOUS READING      52046       ENERGY COST ADJUSTMENT  4,187.50
          DIFFERENCE              112       IRP COST RECOVERY         156.44
          MULTIPLIER              400          TOTAL FOR SERVICE  $11,545.12
          USAGE                44,800

                              KILOWATTS
          DEMAND READING         .800
          MULTIPLIER              400
          MEASURED DEMAND       320.0
          BILLING DEMAND        320.0
```

ELECTRIC USAGE PROFILE FOR METER PX00440585

| DATE | KWH | AMOUNT | DAYS | KWH/DAY | $/DAY |
|---|---|---|---|---|---|
| 11/10/08 | 44800 | $11,545.12 | 11 | 4,072.7 | 1,049.56 |
| 10/30/08 | 136800 | 37,685.40 | 31 | 4,412.9 | 1,215.66 |
| 09/29/08 | 138800 | 39,677.71 | 32 | 4,337.5 | 1,239.80 |
| 08/28/08 | 133600 | 37,192.38 | 29 | 4,606.9 | 1,282.50 |
| 07/30/08 | 150000 | 36,231.36 | 33 | 4,545.5 | 1,097.92 |
| 06/27/08 | 129600 | 31,240.19 | 29 | 4,469.0 | 1,077.25 |
| 05/29/08 | 127600 | 30,095.14 | 29 | 4,400.0 | 1,037.76 |
| 04/30/08 | 140000 | 31,023.48 | 33 | 4,242.4 | 940.11 |
| 03/28/08 | 121600 | 27,306.61 | 29 | 4,193.1 | 941.61 |
| 02/28/08 | 121600 | 26,918.77 | 29 | 4,193.1 | 928.23 |
| 01/30/08 | 135600 | 27,495.08 | 33 | 4,109.1 | 833.18 |
| 12/28/07 | 134400 | 26,367.47 | 29 | 4,634.5 | 909.22 |
| 11/29/07 | 140000 | 26,869.23 | 30 | 4,666.7 | 895.64 |

112408 07025 P1 G

---

WHEN PAYING IN PERSON, PLEASE PRESENT BOTH PORTIONS
PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT



**Hawaiian Electric Co., Inc.**
PO Box 3978
Honolulu, HI 96812-3978
Telephone (808) 548-7311
Fax Number (808) 543-7799

ACCOUNT NUMBER
8825-2721-079

FINAL BILL
DATE DUE
PLEASE SEE ABOVE

TOTAL AMOUNT DUE
$49,230.52

AMOUNT ENCLOSED

PLEASE MAKE CHECKS PAYABLE TO:

HECO
PO Box 3978
Honolulu, HI 96812-3978

```
    STORE #03354
    CIRCUIT CITY STORES INC
    %CASE 08-35653-KRH FLD 11/10/08
    CHAPTER 11 BANKRUPTCY
    SPOKANE          WA 99210
```



EXHIBIT B
Page 1 of 2

11 882527210794 00001154512 00004923052



**Hawaiian Electric Co., Inc.**
PO Box 3978
Honolulu, HI 96812-3978

Select the RIGHT TREE and plant
it in the RIGHT PLACE to eliminate
potential electrical safety hazards.

| ACCOUNT NUMBER | CONTRACT: STORE #03354 | SERVICE ADDRESS | PAGE 2 OF 2 |
|---|---|---|---|
| 8825-2721-079 | CIRCUIT CITY STORES INC | 98145 KAONOHI ST | |

**AMOUNTS**

SEE PAGE 1

**BILL PERIOD**

VAR KVARH
FROM 10/30/08 TO 11/10/08   11 DAYS

```
MTR# PV000440585        KILOVAR HOURS
   CURRENT READING           20576
   PREVIOUS READING          20538
   DIFFERENCE                   38
   MULTIPLIER                  400
   USAGE                    15,200
```

**BILL DETAIL**

**USAGE PROFILE PER DAY** (KVARH)

ELECTRIC USAGE PROFILE FOR METER PV00440585

| DATE | KVARH | AMOUNT | DAYS | KVARH/DAY | $/DAY |
|---|---|---|---|---|---|
| 11/10/08 | 15200 | $.00 | 11 | 1,381.8 | .00 |
| 10/30/08 | 47600 | .00 | 33 | 1,535.5 | .00 |
| 09/29/08 | 50400 | .00 | 32 | 1,572.5 | .00 |
| 08/28/08 | 48000 | .00 | 29 | 1,655.2 | .00 |
| 07/30/08 | 52800 | .00 | 33 | 1,600.0 | .00 |
| 06/27/08 | 44800 | .00 | 29 | 1,544.8 | .00 |
| 05/29/08 | 45600 | .00 | 29 | 1,572.4 | .00 |
| 04/30/08 | 48400 | .00 | 33 | 1,466.7 | .00 |
| 03/28/08 | 42400 | .00 | 29 | 1,462.1 | .00 |
| 02/28/08 | 40400 | .00 | 29 | 1,393.1 | .00 |
| 01/30/08 | 44000 | .00 | 33 | 1,333.3 | .00 |
| 12/28/07 | 46400 | .00 | 29 | 1,600.0 | .00 |
| 11/29/07 | 49200 | .00 | 30 | 1,640.0 | .00 |

112408 07025 P1 G



**Hawaiian Electric Co., Inc.**
PO Box 3978
Honolulu, HI 96812-3978
Telephone (808) 548-7311

ACCOUNT NUMBER
8825-2721-079

FINAL BILL
DATE DUE
SEE PAGE 1

TOTAL AMOUNT DUE
SEE PAGE 1

AMOUNT ENCLOSED

PLEASE MAKE CHECKS PAYABLE TO:

HECO
PO Box 3978
Honolulu, HI 96812-3978

STORE #03354
CIRCUIT CITY STORES INC
%CASE 08-35653-KRH FLD 11/10/08
CHAPTER 11 BANKRUPTCY
SPOKANE       WA 99210

EXHIBIT _B_
Page _2_ of _2_

11 882527210794 00001154512 00004923052

```
****************************************************************************
* DATE: 04/03/12              Screen Print Facility              PRNT113  PRD4 *
* TIME: 10:06:31              DIST: CD-VERNON.SILVA              OPR: D75 VC1C *
****************************************************************************


===>                              04/03/12  10:06  PRD4  PAGE 01    MORE...
* * * * * * * * * S T A T E M E N T   O F   A C C O U N T * * * * * * * * *
ACCT 8825-2721-079    CUST 9604-5120   BUS 804-527-4000 EX 2697 RES 804-527-6238
NAME CIRCUIT CITY STORES INC           START DT 11/29/96 STOP DATE 11/10/08 RP
M/A  CHAPTER 11 BANKRUPTCY             CITY/ST  SPOKANE              WA 99210-____
S/A  98145 KAONOHI ST *                CITY/ST  AIEA              OA HI 96701-____
STAT APUA     RMKS                     ACTIVITY                            S/D DISC
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
        SOURCE       SOURCE           BATCH            SOURCE       ACCOUNT
        DATE         DESCRIPTION      ITEM             AMOUNT       BALANCE
   01 12/30/08 XFER> APUA   APUA                       49,230.52    49,230.52
   02 11/24/08 BILLED       0000                       11,545.12    49,230.52
   03 10/31/08 BILLED       0000                       37,685.40    37,685.40
   04 10/14/08 PAYMENT      1-11                       39,673.71-        0.00
   05 09/30/08 BILLED       0000                       39,673.71    39,673.71
   06 09/11/08 PAYMENT      1-11                       37,192.38-        0.00
   07 08/29/08 BILLED       0000                       37,192.38    37,192.38
   08 08/11/08 PAYMENT      1-11                       36,231.36-        0.00
   09 07/31/08 BILLED       0000                       36,231.36    36,231.36
   10 07/14/08 PAYMENT      1-11                       31,240.19-        0.00
   11 06/30/08 BILLED       0000                       31,240.19    31,240.19
   12 06/09/08 PAYMENT      1-11                       30,095.14-        0.00
   13 05/30/08 BILLED       0000                       30,095.14    30,095.14
```

EXHIBIT _C_

Page _/_ of _/_

```
*****************************************************************************
* DATE: 04/03/12              Screen Print Facility              PRNT113  PRD4 *
* TIME: 10:07:20              DIST: CD-VERNON.SILVA              OPR: D75 VC1C *
*****************************************************************************




===>                         04/03/12   10:07   PRD4   PAGE 01 OF 01

**********S T A T E M E N T   O F   A C C O U N T****************
ACCT 8825-2721-080    CUST 0803-6551    BUS 804-524-4000 EX    RES 804-527-6238
NAME CIRCUIT CITY STORES INC            START DT 11/11/08 STOP DATE 02/28/09 RP
M/A  PO BOX 2440                        CITY/ST  SPOKANE              WA 99210-____
S/A  98145 KAONOHI ST *                 CITY/ST  AIEA                 OA HI 96701-____
STAT APUA         RMKS                  ACTIVITY                                S/D DISC
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
       SOURCE       SOURCE           BATCH              SOURCE          ACCOUNT
       DATE         DESCRIPTION      ITEM               AMOUNT          BALANCE
01    08/19/09      APUA PAY    1-10                    13,775.05-            0.00
02    06/23/09      XFER> APUA  APUA                    13,775.05        13,775.05
03    03/04/09      BILLED      0000                    13,775.05        13,775.05
04    02/13/09      PAYMENT     1-11                    20,229.72-            0.00
05    01/30/09      BILLED      0000                    20,229.72        20,229.72
06    01/13/09      PAYMENT     1-11                    25,195.03-            0.00
07    12/31/08      BILLED      0000                    25,195.03        25,195.03
08    12/29/08      PAYMENT     1-11                    20,873.19-            0.00
09    12/02/08      BILLED      0000                    20,873.19        20,873.19
```

EXHIBIT _D_

Page __1__ of __1__

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) ) | CASE NO. 08-35653-KRH |
| | ) | CERTIFICATE OF SERVICE |
| Debtors. | ) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing pleading will be served by emailing said pleading to the following interested persons:

JEFFREY N. POMERANTZ, ESQ.
ANDREW W. CAINE, ESQ.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Email: jpomerantz@pszjlaw.com
acaine@pszjlaw.com

LYNN L. TAVENNER, ESQ.
PAULA S. BERAN, ESQ.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Email: ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

Attorneys for the Liquidating Trust

DATED: Honolulu, Hawai'i,  April 25, 2012.

_____
KIMO C. LEONG
Attorney for Creditor
HAWAIIAN ELECTRIC COMPANY, INC.

LAW OFFICES OF

# TAYLOR, LEONG & CHEE

CARROLL S. TAYLOR
KIMO C. LEONG

737 BISHOP STREET, SUITE 2060
HONOLULU, HAWAII 96813
TELEPHONE (808) 528-2222
FACSIMILE (808) 523-1869

GREGORY W. K. CHEE
(1956-2006)

# LETTER OF TRANSMITTAL

TO: Bankruptcy Clerk's Office
United States Bankruptcy Court
Eastern District of Virginia, Richmond Division
701 East Broad Street
Richmond, Virginia 23219

DATE: April 25, 2012

RE: In re Circuit City Stores, Inc., et al., Case No. 08-35653-KRH

## DESCRIPTION

PLEASE FIND ENCLOSED:

1. Original + 4 copies of the Response of Creditor Hawaiian Electric Company, Inc. to Liquidating Trust's Twenty-Ninth Omnibus Objection to Claims; Declaration of Candy Carvalho; Exhibits A-D; Certificate of Service; and

2. Return envelope.

| | | | |
|---|---|---|---|
| [ ] | For Your Review, Signature in BLACK INK and Return | [ ] | For Your Review and Response |
| [ ] | Per Your Request | [x] | **For Your Information/Files** |
| [ ] | Per Our Conversation | [ ] | For Payment |

[x] **Please return the file-stamped copies in the self-addressed, stamped envelope enclosed for your convenience. Thank you for your assistance. Should you have any questions, please do not hesitate to call me at 808-528-2222 ext. 29 or email at taylorL003@hawaii.rr.com..**

By: Michelle K. Portlock
Secretary to Kimo C. Leong

Enclosures