# Erie Times-News

205  WEST  12TH  STREET
ERIE,  PA    16534-0001
TEL  (814)    870  1616
FAX  (814)    870  1814

www.GoErie.com

RICHMOND DIVISION
F                                F
I                                I
L           APR 3 0 2012         L
E                                E
D             CLERK              D
US BANKRUPTCY COURT

DEBRA MCGRAW
Credit Manager

April 24, 2012

Bankruptcy Court:          Clerk of the Bankruptcy Court
                           United States Bankruptcy Court
                           701 East Broad Street- Room 4000
                           Richmond, Virginia  23219

Liquidating Trust's attorneys: Jeffrey N. Pomerantz, Esq.
                           Andrew W. Caine, Esq.
                           (admitted *pro hac vice*)
                           PACHULSKI STANG ZIEHL & JONES LLP
                           10100 Santa Monica Boulevard
                           Los Angeles, California  90067-4100
                           Telephone:  (310)227-6910
                           Telecopy:    (310)201-0760

                           Lynn L. Tavenner, Esq. (VA Bar No. 30083)
                           Paula S. Beran, Esq. (VA Bar NO. 34679)
                           TAVENNER & BERAN, PLC
                           20 North Eighth Street, 2nd Floor
                           Richmond, Virginia  23219
                           Telephone: (804)783-8300
                           Telecopy:   (804)783-0178

Debtors:                   Circuit City Stores INC., et al.,

Case Number:               08-35653 (KRH)

Objection to which the Response is directed:
                           Case 08-35653-KRH Doc 11807 Filed 03/30/12

Claimant:                  Erie Times News
                           Finance Department
                           205 W 12th St.
                           Erie PA  16534
                           Ph: 814-870-1616     Fax: 814-870-1814

# Erie Times·News

205 WEST 12TH STREET
ERIE, PA    16534-0001
TEL (814)    870 1616
FAX (814)    870 1814

www.GoErie.com

DEBRA MCGRAW
Credit Manager

Explanation of claim:          Newspaper advertising  (see details below)

At the time when Circuit City Stores filed bankruptcy (11/10-08) they owed the Erie
Times News a total amount due of $16,390.26 for newspaper advertising.

| Publish date | Ad# | Description | Cost |
|---|---|---|---|
| 10/5/08 | 1764056 | 51,060/28F | $2,731.71 |
| 10/12/08 | 1764066 | 51,060/28F | $2,731.71 |
| 10/19/08 | 1764067 | 51,060/24F | $2,731.71 |
| Total cost for these 3 publish dates | | | $8,195.13 |

These publish dates were included on claim # 1963 filed on 12/23/08 and received by
KURTZMANCARSONCONSULTANTS on 12/30/08.  (supporting documentation is
attached.  See 1A, 1B & 1C)

| Publish date | Ad# | Description | Cost |
|---|---|---|---|
| 10/26/08 | 1764068 | 51,060/24F | $2,731.71 |
| 11/02/08 | 1776767 | 51,060/24F | $2,731.71 |
| 11/09/08 | 1776768 | 51,060/24F | $2,371.71 |
| Total cost for these 3 publish dates | | | $8,195.13 |

These publish dates were included on claim # 1381 (filed on 503 (b) form in error as this
is a general unsecured claim) 12/12/08 and received by
KURTZMANCARSONCONSULTANTS on 12/17/08.  (supporting documentation is
attached.  See 2A, 2B, 2C & 2D)

Erie Times News Contact person:          Debra McGraw
                                        Credit Manager
                                        Erie Times News
                                        205 W 12th St
                                        Erie PA  16534
                                        Phone 814-870-1616
                                        Fax 814-870-1814
                                        Email Debbie.mcgraw@timesnews.com

# Erie Times•News

205 WEST 12TH STREET
ERIE, PA    16534-0001
TEL (814)    870 1616
FAX (814)    870 1814

w w w . G o E r i e . c o m

DEBRA MCGRAW
Credit Manager

On or about 5/11/09 I received Notice of Debtors' Fifth Onmibus Objection to Certain
Misclassified Non-Goods 503 (B) (9) Claims. (see 3A, 3B, 3C & 3D) My claim number
1381, Amount claimed as filed $8,195.13, Classification as Filed 503 (b) (9) Claim,
Classification as Modified General Unsecured Claim. My claim filed in error as 503b
was reclassified and all is well.

On or about 3/30/12 I received the paperwork regarding:
LIQUIDATING TRUST'S TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS
(REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS AND
DISALLOWANCE OF CERTAIN INVALID CLAIMS)
Case 08-35653-KRH Doc 11807 Filed 03/30/12
(see 4A & 4B)
We are listed on page 40:
Claims Number 1381, Name & address of claimant Erie Times News, 205 W 12th St.,
Erie PA  16534, docket claim amount $8,195.13, debtor Circuit City Stores Inc.,
Proposed modified claim amount $0.00, Comments:  Duplicates claim 1963

As you can see by the information provided, Claim number 1381 does NOT duplicate
Claim number 1963. (see different publish dates) **Both claims should be allowed and
neither invalid or disallowed.**

As the person with personal knowledge of the relevant facts that support the Response,
feel free to contact me, Debra McGraw (my info is listed above under Erie Times News
contact person)  To the best of my knowledge, the information provided is true and
accurate. Any reply to the Response may be sent to the claimant. (info is listed above
under Claimant)

*Debra A McGraw*

Debra A McGraw
Credit Manager
Erie Times News
Ph:    814-870-1616
Fax:   814-870-1814
Debbie.mcgraw@timesnews.com

# Creditor Data for Claim Number 1963

Help

| Creditor:<br>ERIE TIMES NEWS<br>205 WEST 12TH ST<br>ATTN FINANCE<br>ERIE, PA 16534-0001 | Date Claim Filed: 12/30/2008<br>Claim #: 1963 |
|---|---|

**Notice Party(ies):**

**Debtor Name:** Circuit City Stores, Inc.
**Debtor Case Number:** 08-35653

| | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|---|---|---|---|---|---|---|
| GU | | | | | $8,195.13 | $8,195.13 |
| PRI | | | | | | |
| SEC | | | | | | |
| AP | | | | | | |
| AS | | | | | | |
| TOTALS | | | | | $8,195.13 | $8,195.13 |

*C=Contingent, U=Unliquidated, D=Disputed

### Transfer History

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found | | | | | |

### Objection History

| Date Created | Name | Basis | Status |
|---|---|---|---|
| No records found | | | |

### Claim Withdrawal History

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

### Stipulation History

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".



**B 10 (Official Form 10) (12/07)**

**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA**   **PROOF OF CLAIM**

| Debtor against which claim is asserted :  (Check only **one** box below): | | |
|---|---|---|
| ☒ Circuit City Stores, Inc. (Case No. 08-35653) | ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659) | ☐ Abbott Advertising, Inc. (Case No. 08-35665) |
| ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654) | ☐ Circuit City Stores PR, LLC (Case No. 08-35660) | ☐ Mayland MN, LLC (Case No. 08-35666) |
| ☐ InterTAN, Inc. (Case No. 08-35655) | ☐ Circuit City Properties, LLC (Case No. 08-35661) | ☐ Patapsco Designs, Inc. (Case No. 08-35667) |
| ☐ Ventoux International, Inc. (Case No. 08-35656) | ☐ Orbyx Electronics, LLC (Case No. 08-35662) | ☐ Sky Venture Corporation (Case No. 08-35668) |
| ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657) | ☐ Kinzer Technology, LLC (Case No. 08-35663) | ☐ XSStuff, LLC (Case No. 08-35669) |
| ☐ CC Aviation, LLC (Case No. 08-35658) | ☐ Courchevel, LLC (Case No. 08-35664) | ☐ PRAHS, INC. (Case No. 08-35670) |

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**ERIE TIMES NEWS** | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:   NameID: 4553158   PackID: 167899<br><br>ERIE TIMES NEWS<br>205 WEST 12TH ST<br>ATTN FINANCE<br>ERIE PA 16534001<br>Telephone number: 814 870 1616 | Court Claim Number:_____<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**   $ 8,195.13

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** NEWSPAPER ADVERTISING
(See instruction #2 on reverse side.) 10/5/08, 10/12/08 & 10/19/08

**3. Last four digits of any number by which creditor identifies debtor:** 6513

**3a.** Debtor may have scheduled account as:_____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate ____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____   Basis for perfection:_____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

| | | |
|---|---|---|
| **Date:**<br>12-23-08 | **Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Debra A McGraw,<br>DEBRA A. MCGRAW, CREDIT MANAGER | **FOR COURT USE ONLY**<br>RECEIVED<br>DEC 3 0 2008<br>KURTZMANCARSONCONSULTANTS |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.





0835653081208104023013848

1b

**Erie Times·News**
TIMES SQUARE
205 WEST 12th STREET
ERIE, PENNSYLVANIA 16534-0001
**TEL: (814) 870-1600 FAX: (814) 870-1814**
**FED ID #: 25-0839114**
INCORPORATED, STATE OF PENNSYLVANIA
ADVERTISING
INVOICE and STATEMENT

| | | |
|---|---|---|
| BILLING PERIOD | | ADVERTISER/CLIENT NAME |
| 10/01/08 - 10/31/08 | | CIRCUIT CITY |

| 23 TOTAL AMOUNT DUE | * UNAPPLIED AMOUNT | 3 TERMS OF PAYMENT |
|---|---|---|
| 10,926.84 | | DUE UPON RECEIPT |

| 21 CURRENT NET AMOUNT DUE | 22 | 30 DAYS | 60 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| 10,926.84 | | .00 | .00 | .00 |

23904622

| 4 PAGE # | 5 BILLING DATE | 8 BILLED ACCOUNT NAME AND ADDRESS | 9 | REMITTANCE ADDRESS |
|---|---|---|---|---|
| 1 | 10/31/08 | CIRCUIT CITY ATTN:ADVERTISING ACC 9950 MAYLAND DR RICHMOND VA  23233-1464 | | **Erie Times·News** P.O. BOX 6141 ERIE, PA 16512-6141 |

| 6 BILLED ACCOUNT NUMBER |
|---|
| R0006513 |

| 7 ADVERTISER/CLIENT NUMBER |
|---|
| |

**PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE**

| 10 DATE | 11 NEWSPAPER REFERENCE | 12 13 14 DESCRIPTION - OTHER COMMENTS/CHARGES | 15 16 SAU SIZE BILLED UNITS | 17 18 TIMES RUN RATE | 19 GROSS AMOUNT DUE |
|---|---|---|---|---|---|
| 09/30 | | BALANCE FORWARD | | | 10,926.84 |
| 10/17 | | Payment on Account | | | -10,926.84 |
| 10/05 | 1764056 | 51,060/28F | | 1 | 2,731.71 |
| | | PAGE: 0 28F | 51.06T | 53.50 | |
| | | | | | 2,731.71 |
| 10/12 | 1764066 | 51,060/28F | | 1 | 2,731.71 |
| | | PAGE: 0 28F | 51.06T | 53.50 | |
| | | | | | 2,731.71 |
| 10/19 | 1764067 | 51,060/24F | | 1 | 2,731.71 |
| | | PAGE: 0 24F | 51.06T | 53.50 | |
| | | | | | 2,731.71 |
| 10/26 | 1764068 | 51,060/24F | | 1 | 2,731.71 |
| | | PAGE: 0 24F | 51.06T | 53.50 | |
| | | | | | 2,731.71 |

CONTRACT NAME: KUBAS DOLLAR VOLUME
  EXPIRES       COMMITMENT         PERIOD            TO DATE          TO FULFILL
01/31/09       100,000.00        10,926.84       110,134.97            .00

**STATEMENT OF ACCOUNT**  AGING OF PAST DUE AMOUNTS                                    **sai™**

| 21 CURRENT NET AMOUNT DUE | 22 | 30 DAYS | 60 DAYS | OVER 90 DAYS | * UNAPPLIED AMOUNT | 23 TOTAL AMOUNT DUE |
|---|---|---|---|---|---|---|
| 10,926.84 | | .00 | .00 | .00 | | 10,926.84 |

**Erie Times·News**
205 WEST 12th STREET · ERIE, Pennsylvania 16534-0001
TEL: (814) 870-1600 FAX: 870-1814 FED. ID # 25-0839114
INCORPORATED, STATE OF PENNSYLVANIA

**\* UNAPPLIED AMOUNTS ARE INCLUDED IN NET AMOUNT DUE**

| 24 | 25 | ADVERTISER INFORMATION | | | |
|---|---|---|---|---|---|
| | 1 BILLING PERIOD | 6 BILLED ACCOUNT NUMBER | 7 ADVERTISER/CLIENT NUMBER | 2 ADVERTISER/CLIENT NAME | |
| 23904622 | 10/01/08 - 10/31/08 | R0006513 | | CIRCUIT CITY | |

THE **Erie Times·News** RESERVES THE RIGHT TO CHARGE A 1¼% PER MONTH LATE FEE ON ALL AMOUNTS NOT PAID IN FULL AND RECEIVED WITHIN THE CURRENT MONTH.
NO ACTION OR OMISSION BY THE **Erie Times·News** SHALL BE DEEMED A WAIVER OF ITS RIGHT TO CHARGE THIS LATE FEE.

1C

# Creditor Data for Claim Number 1381

Help

| Creditor:<br>ERIE TIMES NEWS<br>205 WEST 12TH ST<br>ATTN FINANCE<br>ERIE, PA 16534-0001 | Date Claim Filed: 12/17/2008<br>Claim #: 1381 |
|---|---|

**Notice Party(ies):**

**Debtor Name:** Circuit City Stores, Inc.
**Debtor Case Number:** 08-35653

| | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|---|---|---|---|---|---|---|
| GU | | | | | | $8,195.13 |
| PRI | | | | | | |
| SEC | | | | | | |
| AP | | | | | $8,195.13 | |
| AS | | | | | | |
| TOTALS | | | | | $8,195.13 | $8,195.13 |

*C=Contingent, U=Unliquidated, D=Disputed

**Transfer History**

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found | | | | | |

**Objection History**

| Date Created | Name | Basis | Status |
|---|---|---|---|
| 5/12/2009 | Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims | Exhibit C - Non-Goods 503(b)(9) Claims | Resolved Not Expunged |

**Claim Withdrawal History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

**Stipulation History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".



### Section 503(b)(9) Claim Request Form

| | |
|---|---|
| Circuit City Stores, Inc., et al., Claims Processing c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., et al. Case Nos. 08-35653 through 08-35670 Chapter 11 Jointly Administered |

**NOTE:** Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

Name and Address of Creditor: *(The person or other entity to whom the debtor owes money or property)* NameID: 4553158    (P1) PackID: 13848

ERIE TIMES NEWS
205 WEST 12TH ST
ATTN FINANCE
ERIE, PA 16534001

Telephone: 814 870 1616
Fax: 814 870 1814

Name and address where notices should be sent (if different from above)

Telephone: _____
Fax: _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s))

☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee:

☐ Check box if you have never received any notices from the bankruptcy court in this case.

Debtor against which claim is asserted : (Check one box below:)

☒ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)
☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)
☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)
☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)
☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)
☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)
☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)
☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)
☐ Prahs, Inc. (n/a)
☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)
☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)
☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)
☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)
☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)
☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)
☐ Courchevel, LLC (n/a)
☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)
☐ Mayland MN, LLC (Tax I.D. No. 20-0896116)

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: A0006513

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. BASIS FOR CLAIM:** Goods received by the Debtor within 20 days before the date of commencement of the case. Value of Goods: $ 8195.13

**2. DATE OF SHIPMENT:** _____    METHOD OF SHIPMENT: _____    DATE OF RECEIPT: _____

NAME OF CARRIER: _____    PLACE OF DELIVERY: _____

**3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM:** $ 8195.13
☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**4. BRIEF DESCRIPTION OF CLAIM:** NEWSPAPER ADVERTISING 10/26-11/9
Describe goods sold: 10/26/08  11/2/08 & 11/9/08 ADVERTISING          Attach support for your claim.

**5. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.

**8. ORDINARY COURSE CERTIFICATION:** By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FOR COURT USE ONLY

**RECEIVED**

DEC 17 2008

KURTZMAN CARSON CONSULTANTS

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 12-12-08 | Debra A McGraw    DEBRA McGRAW    CREDIT MANAGER |

083565308111319373706796
(2B)

# Erie Times-News

TIMES SQUARE
205 WEST 12th STREET
ERIE, PENNSYLVANIA 16534-0001
**TEL: (814) 870-1600 FAX: (814) 870-1814**
**FED ID #: 25-0839114**
INCORPORATED, STATE OF PENNSYLVANIA
ADVERTISING
INVOICE and STATEMENT

| | BILLING PERIOD | | |
|---|---|---|---|
| | 10/01/08 - 10/31/08 | CIRCUIT CITY | |

| 23 TOTAL AMOUNT DUE | * UNAPPLIED AMOUNT | 3 | TERMS OF PAYMENT |
|---|---|---|---|
| 10,926.84 | | | DUE UPON RECEIPT |

| 21 CURRENT NET AMOUNT DUE | 22 30 DAYS | 60 DAYS | OVER 90 DAYS |
|---|---|---|---|
| 23904622 | 10,926.84 | .00 | .00 | .00 |

| 4 PAGE # | 5 BILLING DATE | 6 | BILLED ACCOUNT NAME AND ADDRESS | 9 | REMITTANCE ADDRESS |
|---|---|---|---|---|---|
| 1 | 10/31/08 | | CIRCUIT CITY | | |

**6 BILLED ACCOUNT NUMBER**
R0006513

**7 ADVERTISER/CLIENT NUMBER**

CIRCUIT CITY
ATTN: ADVERTISING ACC
9950 MAYLAND DR
RICHMOND VA 23233-1464

# Erie Times-News

P.O. BOX 6141

ERIE, PA 16512-6141

---

## PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE

| 10 DATE | 11 NEWSPAPER REFERENCE | 12 13 14 DESCRIPTION - OTHER COMMENTS/CHARGES | 15 16 SAU SIZE BILLED UNITS | 17 18 TIMES RUN RATE | 19 GROSS AMOUNT DUE |
|---|---|---|---|---|---|
| 09/30 | | BALANCE FORWARD | | | 10,926.84 |
| 10/17 | | Payment on Account | | | -10,926.84 |
| 10/05 | 1764056 | 51,060/28F | | 1 | 2,731.71 |
| | | PAGE: 0 28F | 51.06T | 53.50 | |
| | | | | | 2,731.71 |
| 10/12 | 1764066 | 51,060/28F | | 1 | 2,731.71 |
| | | PAGE: 0 28F | 51.06T | 53.50 | |
| | | | | | 2,731.71 |
| 10/19 | 1764067 | 51,060/24F | | 1 | 2,731.71 |
| | | PAGE: 0 24F | 51.06T | 53.50 | |
| | | | | | 2,731.71 |
| 10/26 | 1764068 | 51,060/24F | | 1 | 2,731.71 |
| | | PAGE: 0 24F | 51.06T | 53.50 | |
| | | | | | 2,731.71 |

CONTRACT NAME: KUBAS DOLLAR VOLUME

| EXPIRES | COMMITMENT | PERIOD | TO DATE | TO FULFILL |
|---|---|---|---|---|
| 01/31/09 | 100,000.00 | 10,926.84 | 110,134.97 | .00 |

---

## STATEMENT OF ACCOUNT   AGING OF PAST DUE AMOUNTS

sai™

| 21 CURRENT NET AMOUNT DUE | 22 30 DAYS | 60 DAYS | OVER 90 DAYS | * UNAPPLIED AMOUNT | 23 TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 10,926.84 | .00 | .00 | .00 | | 10,926.84 |

# Erie Times-News

205 WEST 12th STREET • ERIE, PENNSYLVANIA 16534-0001
TEL: (814) 870-1600 FAX: 870-1814 FED. ID # 25-0839114
INCORPORATED, STATE OF PENNSYLVANIA

\* UNAPPLIED AMOUNTS ARE INCLUDED IN NET AMOUNT DUE

| 24 | 25 | 1 BILLING PERIOD | 6 BILLED ACCOUNT NUMBER | 7 ADVERTISER/CLIENT NUMBER | 2 ADVERTISER/CLIENT NAME |
|---|---|---|---|---|---|
| 23904622 | | 10/01/08 - 10/31/08 | R0006513 | | CIRCUIT CITY |

THE **Erie Times-News** RESERVES THE RIGHT TO CHARGE A 1¼% PER MONTH LATE FEE ON ALL AMOUNTS NOT PAID IN FULL AND RECEIVED WITHIN THE CURRENT MONTH.
NO ACTION OR OMISSION BY THE **Erie Times-News** SHALL BE DEEMED A WAIVER OF ITS RIGHT TO CHARGE THIS LATE FEE.



# Erie Times-News

TIMES SQUARE
205 WEST 12th STREET
ERIE, PENNSYLVANIA 16534-0001
TEL: (814) 870-1600 FAX: (814) 870-1814
FED ID #: 25-0839114
INCORPORATED, STATE OF PENNSYLVANIA
ADVERTISING
INVOICE and STATEMENT

| 20 | BILLING PERIOD | | 21 | ADVERTISER/CLIENT NAME |
|---|---|---|---|---|
| | 11/01/08 - 11/30/08 | | | CIRCUIT CITY STORES INC |

| 23 | TOTAL AMOUNT DUE | * UNAPPLIED AMOUNT | 3 | TERMS OF PAYMENT |
|---|---|---|---|---|
| | 16,390.26 | | | DUE UPON RECEIPT |

| 21 | CURRENT NET AMOUNT DUE | 22 | 30 DAYS | 60 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|
| | 5,463.42 | | 10,926.84 | .00 | .00 |

23908154

| 4 | PAGE # | 5 | BILLING DATE | 6 | BILLED ACCOUNT NAME AND ADDRESS |
|---|---|---|---|---|---|
| | 1 | | 11/30/08 | | |

| 8 | BILLED ACCOUNT NUMBER |
|---|---|
| R0006513 | |

| 7 | ADVERTISER/CLIENT NUMBER |
|---|---|

EXPENSE PAYABLE
CIRCUIT CITY STORES INC
9954 MARYLAND DR DR3 6TH
RICHMOND VA  23233-1464

REMITTANCE ADDRESS

**Erie Times-News**

P.O. BOX 6141

ERIE, PA 16512-6141

---

## PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE

| 10 DATE | 11 NEWSPAPER REFERENCE | 12 13 14 DESCRIPTION - OTHER COMMENTS/CHARGES | 15 16 SAU SIZE BILLED UNITS | 17 18 TIMES RUN RATE | 19 GROSS AMOUNT DUE |
|---|---|---|---|---|---|
| 10/31 | | BALANCE FORWARD | | | 10,926.84 |
| 11/02 | 1776767 | 51,060/24F | | 1 | 2,731.71 |
| | | PAGE: 0 24F | 51.06T | 53.50 | |
| | | | | | 2,731.71 |
| 11/09 | 1776768 | 51,060/24F | | 1 | 2,731.71 |
| | | PAGE: 0 24F | 51.06T | 53.50 | |
| | | | | | 2,731.71 |

CONTRACT NAME: KUBAS DOLLAR VOLUME

| EXPIRES | COMMITMENT | PERIOD | TO DATE | TO FULFILL |
|---|---|---|---|---|
| 01/31/09 | 100,000.00 | 127,584.74 | 127,584.74 | .00 |

Contract Signed

Your account is overdue.
Please remit payment.

---

## STATEMENT OF ACCOUNT    AGING OF PAST DUE AMOUNTS

**sai™**

| 21 CURRENT NET AMOUNT DUE | 22 30 DAYS | 60 DAYS | OVER 90 DAYS | * UNAPPLIED AMOUNT | 23 TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 5,463.42 | 10,926.84 | .00 | .00 | | 16,390.26 |

**Erie Times-News**

205 WEST 12th STREET · ERIE, PENNSYLVANIA 16534-0001
TEL: (814) 870-1600 FAX: 870-1814 FED. ID # 25-0839114
INCORPORATED, STATE OF PENNSYLVANIA

* UNAPPLIED AMOUNTS ARE INCLUDED IN NET AMOUNT DUE

| 24 | 25 | | BILLING PERIOD | 6 BILLED ACCOUNT NUMBER | 7 ADVERTISER/CLIENT NUMBER | 2 ADVERTISER/CLIENT NAME |
|---|---|---|---|---|---|---|
| 23908154 | | | 11/01/08 - 11/30/08 | R0006513 | | CIRCUIT CITY STORES |

ADVERTISER INFORMATION

THE **Erie Times-News** RESERVES THE RIGHT TO CHARGE A 1¼% PER MONTH LATE FEE ON ALL AMOUNTS NOT PAID IN FULL AND RECEIVED WITHIN THE CURRENT MONTH. NO ACTION OR OMISSION BY THE **Erie Times-News** SHALL BE DEEMED A WAIVER OF ITS RIGHT TO CHARGE THIS LATE FEE.



17090/2

Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                       RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :    Jointly Administered
- - - - - - - - - - - - - - x

        **ORDER ON DEBTORS' FIFTH OMNIBUS OBJECTION TO
      CERTAIN MISCLASSIFIED NON-GOODS 503(b)(9) CLAIMS**

     THIS MATTER having come before the Court on the

Debtors' Fifth Omnibus Objection to Certain Misclassified

Non-Goods 503(b)(9) Claims (the "Objection"), and it

appearing that due and proper notice and service of the

Objection has been given in compliance with Fed. R. Bankr.

P. 3007 and 7004 and LBR 3007-1 and was good and sufficient



and that no other further notice or service of the Objection
need be given; and it appearing that the relief requested on
the Objection is in the best interest of the Debtors, their
estates and creditors, and other parties-in-interest; and
after due deliberation thereon good and sufficient cause
exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The Claims identified on <u>Exhibit A - Misclassified
Non-Goods 503(b)(9) Claims - Reclassified Claims</u> as attached
hereto and incorporated herein, are reclassified as general
unsecured non-priority claims; <u>provided however</u>, the
reclassification of the claims on <u>Exhibit A</u> is without
prejudice to the Debtors' rights and abilities to object to
the claims on <u>Exhibit A</u> on any grounds or bases in future
objections.

3.    The Debtors' rights and abilities to object to all
Claims included in the Objections on any grounds or bases
are preserved in their entirety.

4.    The Debtors shall serve a copy of this Order on
the claimants included on <u>Exhibit A</u> to this Order within ten
(10) business days from the entry of this Order.

3b

Dated: Richmond, Virginia
      July____, 2009

**Jul 7 2009**

/s/ Kevin R. Huennekens

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE


# Entered on Docket:  7/8/09



Claims - Reclassified Non-Goods ...

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name and Address | Case Number: 08-35653 | Admin | Secured | Priority | Case Number: 08-35653 | Admin | Secured | Priority | |
| **Claim: 540**<br>Date Filed: 11/26/2008<br>Docketed Total: $1,950.00<br>Filing Creditor Name and Address:<br>EMERALD LANDSCAPE<br>2265 RESEARCH DR<br>LIVERMORE, CA 94550 | EMERALD LANDSCAPE<br>2265 RESEARCH DR<br>LIVERMORE, CA 94550 | Docketed Total: | | | Unsecured $1,950.00 | Modified Total: | | | Unsecured $1,950.00 | |
| | 503(b)(9) | Reclamation | | | | 503(b)(9) | Reclamation | | | |
| | $1,950.00 | | | | | | | | | |
| **Claim: 853**<br>Date Filed: 12/08/2008<br>Docketed Total: $8,574.08<br>Filing Creditor Name and Address:<br>ENTERPRISE RECORD<br>PO BOX 9<br>CHICO, CA 95927-0009 | Claim Holder Name and Address<br>ENTERPRISE RECORD<br>PO BOX 9<br>CHICO, CA 95927-0009 | Case Number: 08-35653<br>Docketed Total: $8,574.08 | Admin | Secured | Priority<br>Unsecured $8,574.08 | Case Number: 08-35653<br>Modified Total: $8,574.08 | Admin | Secured | Priority<br>Unsecured $8,574.08 | |
| | 503(b)(9)<br>$8,574.08 | Reclamation | | | | 503(b)(9) | Reclamation | | | |
| **Claim: 11697**<br>Date Filed: 03/03/2009<br>Docketed Total: $23,541.96<br>Filing Creditor Name and Address:<br>ENTERTAINMENT PUBLICATIONS LLC<br>1414 E MAPLE RD STE 500<br>TROY, MI 48083-4019 | Claim Holder Name and Address<br>ENTERTAINMENT PUBLICATIONS LLC<br>1414 E MAPLE RD STE 500<br>TROY, MI 48083-4019 | Case Number: 08-35653<br>Docketed Total: $23,541.96 | Admin | Secured | Priority<br>Unsecured $23,541.96 | Case Number: 08-35653<br>Modified Total: $23,541.96 | Admin | Secured | Priority<br>Unsecured $23,541.96 | |
| | 503(b)(9)<br>$23,541.96 | Reclamation | | | | 503(b)(9) | Reclamation | | | |
| **Claim: 1381**<br>Date Filed: 12/17/2008<br>Docketed Total: $8,195.13<br>Filing Creditor Name and Address:<br>ERIE TIMES NEWS<br>205 WEST 12TH ST<br>ATTN FINANCE<br>ERIE, PA 16534001 | Claim Holder Name and Address<br>ERIE TIMES NEWS<br>205 WEST 12TH ST<br>ATTN FINANCE<br>ERIE, PA 16534001 | Case Number: 08-35653<br>Docketed Total: $8,195.13 | Admin | Secured | Priority<br>Unsecured $8,195.13 | Case Number: 08-35653<br>Modified Total: $8,195.13 | Admin | Secured | Priority<br>Unsecured $8,195.13 | |
| | 503(b)(9)<br>$8,195.13 | Reclamation | | | | 503(b)(9) | Reclamation | | | |

"UNL" denotes an unliquidated claim

3D

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

– and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                                    :      Chapter 11
                                                          :
CIRCUIT CITY STORES, INC., et al.,    :      Case No. 08-35653 (KRH)
                                                          :
                    Debtors.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x     Jointly Administered

**LIQUIDATING TRUST'S TWENTY-NINTH OMNIBUS**
**OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY**
**INVALID CLAIMS AND DISALLOWANCE OF CERTAIN INVALID CLAIMS)**

The *Circuit City Stores, Inc. Liquidating Trust* (the "Liquidating Trust"), through Alfred

H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second

Amended Joint Plan of Liquidating of Circuit City Stores, Inc. and its Affiliated Debtors and

Debtors in Possession and its Official Committee of Creditors Holding General Unsecured



Case 08-35653-KRH    Doc 11807    Filed 03/30/12    Entered 03/30/12 15:25:23    Desc

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

Exhibit D: Duplicate or Amended Claims: Expunge

| Date Filed | Claim Number | Name Address | Notice Name | Declared Claim Amount | Declared Claim Class | Debtor(s) | Proposed Modified Claim Amount | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/18/200 | 1414 2000141401 | DENTON PUBLISHING COMPANY<br><br>314 E HICKORY ST<br>PO BOX 369<br><br>DENTON, TX 76202 | | $4,068.12 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Claim duplicates claim 6340. |
| 12/17/200 | 1381 2000138101 | ERIE TIMES NEWS<br><br>205 WEST 12TH ST<br>ATTN FINANCE<br><br>ERIE, PA 16534-0001 | | $8,195.13 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 1963. |
| 1/2/2009 | 2387 2000238701 | EVENING TELEGRAM, THE<br><br>PO DRAWER 1080<br><br>ROCKY MOUNT, NC 27802 | | $4,653.52 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Duplicates claim 641. |
| 12/15/200 | 835 2000083501 | EXPRESS NEWS<br><br>801 TEXAS AVE<br><br>HOUSTON, TX 77002 | | $50,058.09 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim 14780 which was expunged as per terms of the settlement agreement. |
| 12/1/2008 | 381 2000038101 | FAYETTEVILLE PUBLISHING CO<br><br>PO BOX 1887<br><br>FAYETTEVILLE, NC 28302 | | $13,794.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by claim 2230 |
| 12/4/2008 | 157 2000015701 | FRAZER GREENE UPCHURCH & BAKER<br><br>PO BOX 1686<br><br>MOBILE, AL 36633 | | $1,474.39 | U | CIRCUIT CITY STORES, INC. | $0.00 | CIRCUIT CITY STORES, INC. | Amended by unsecured claim #2288 |



