Richmond Builders

28 Heights Lane
Feasterville, PA 19053



# Estimate

| Date | Estimate # |
|---|---|
| 12/17/2008 | ESTM08-23 |

Phone #  215-357-6920    beckyr718@yahoo.com
Fax #    215-357-0181

**Name / Address**

Jerry Goodman
c/o Rudner Real Estate
131A Gaither Drive
Mt. Laurel, NJ 08054

| Description | Rate |
|---|---|
| Circuit City, Route 38, Cherry Hill, NJ | |
| Remove existing roof and supply and install new roof. | 160,000.00 |
| Remove Circuit City logo entrance and repair same entrance. | 75,000.00 |
| Remove existing ceiling tiles and supply and install new tiles. | 90,000.00 |
| Repair all bathrooms. | 50,000.00 |

Signature _____

**Total**        $375,000.00

Dec 22 08 03:14p

P.2

**RICHMOND ROOFING**
8 Heights Lane
Feasterville, PA. 19053
(215) 357-8920
fax - (215) 357-0181

PHILA/ C61063

## Proposal

| PROPOSAL SUBMITTED TO | PHONE | DATE |
|---|---|---|
| MR. GOODMAN C/O RUDNER REAL ESTATE | FAX 856-727-1071 | December 17, 2008 |
| STREET | JOB | |
| 131A GAITHER DRIVE | PROPOSAL #008-43 | |
| CITY, STATE AND ZIP CODE | JOB LOCATION | |
| MT. LAUREL      NJ    08054 | CIRCUIT CITY RT. 38 CHERRY HILL, NJ | |

We hereby submit specifications and estimates for:

| | |
|---|---|
| REMOVAL AND REPLACEMENT OF 33,000 SQ.FT. OF FLOOR CARPETING | $105,000. |
| REPAIR AND REPLACEMENT OF AIR CONDITIONING FOR ENTIRE AREA | 147,000. |
| REPAIR AND REPLACEMENT OF EXTERIOR LIGHTING | 2,000. |
| PAINTING OF EXTERIOR OF BUILDING | |
| REPAIRING EXTERIOR STUCCO OR DRIVIT | |
| REMOVAL OF GRAFFITI | 75,000. |
| LANDSCAPING | |
| REPAIRING AND REPLACEMENT OF STRIPING IN PARKING LOT | |
| REPLACEMENT OF PARKING LOT BUMPERS | 90,000. |

**We propose**
hereby to furnish material and labor, complete in accordance with above specifications, for the sum of

FOUR HUNDRED AND NINETEEN THOUSAND DOLLARS      ( $419,000.00 )

Payment to be made as follows:

PAYMENT SHCEDULE TO FOLLOW JOB ACCEPTANCE

Authorized Signature: _____

Note: This proposal may be withdrawn if not accepted within    0    days.

**Acceptance of Proposal**
The above prices, specifications and conditions are satisfactory
and are hereby accepted. You are authorized to do the work as
specified. Payment will be made as stated above.

Signature _____

Date of acceptance _____      Signature _____

**NOTICE**
ALL MATERIAL IS GUARANTEED TO BE AS SPECIFIED. ALL WORK IS TO BE COMPLETED IN A WORKMANLIKE MANNER ACCORDING TO STANDARD PRACTICES. ANY ALTERATION OR DEVIATION FROM ABOVE SPECIFICATIONS INVOLVING EXTRA COSTS WILL BE EXECUTED ONLY UPON WRITTEN ORDERS, AND WILL BECOME AN EXTRA CHARGE OVER AND ABOVE THE ESTIMATE. ALL AGREEMENTS CONTINGENT UPON STRIKES, ACCIDENTS OR DELAYS BEYOND OUR CONTROL. OWNER TO CARRY FIRE, TORNADO AND OTHER NECESSARY INSURANCE. OUR WORKERS ARE FULLY COVERED BY WORKMEN'S COMPENSATION INSURANCE.