UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| In re: <br><br> **CIRCUIT CITY STORES, INC. et al.** <br><br> Debtors. | Case No.: 08-35653 (KRH) <br><br> Jointly Administered <br><br> Chapter 11 |

### NOTICE OF CHANGE OF ADDRESS

*LEASE NO 3634*

**PLEASE TAKE NOTICE** that Southland Acquisitions LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery, XI L.P. and in connection with such transfer, herby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim 12058, filed 4/10/2009 ), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**FORMER ADDRESS**
Southland Acquisitions LLC  *LEASE NO. 3634*
Thomas G King DS Holmgren
Kreis Enderle Hudgins & Borsos PC
PO Box 4010
Kalamazoo, MI 49003-4010

**NEW ADDRESS**
Southland Acquisitions LLC
c/o United States Debt Recovery, XI, L.P.
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

I declare under penalty of perjury that the foregoing is true and correct.

Southland Acquisitions LLC
Print Name __Joshua T. Weiner__   Title: __Manager__

Signature: __[signature]__   Date: __4/23/12__