RICHMOND DIVISION
F           F
I           I
L   MAY X 1 2012   L
E           E
D    CLERK    D
US BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| Circuit City Stores, Inc., et. al. | Case No. 08-35653 (KRH) |
| Debtors | Jointly Administered |

11803
### RESPONSE TO LIQUIDATING TRUST'S THIRTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS)

PLEASE TAKE NOTICE THAT MARY LOPRESTI, claim number 5401, hereby opposes the relief requested in the Objection. Pursuant to a Notice of LIQUIDATING TRUST'S THIRTIETH Omnibus Objection to Claims dated March 30, 2012, the following is offered in support of this Response:

A.  The claimant's name is Mary LoPresti. The amount of the claim is $5,000.00 as compensation for personal injuries sustained on August 31, 2008 while shopping at the Circuit City Store in North Haven, Connecticut.

B.  Attorney Sally J. Buemi, 270 Quinnipiac Avenue, North Haven, Connecticut 06473, (Telephone 203-865-5567) is familiar with the relevant facts that support this Response. Mary LoPresti, a business invitee, was shopping at the North Haven Circuit city. A store employee was assisting her, and this employee caused a large stereo speaker to fall from a shelf and onto her left foot causing a contusion and swelling, and pain that lasted for several months.

The supporting medical bill and report were previously submitted. The store employee was negligent in causing this speaker to fall on the claimant. Store management made a report of this incident at the time.

    C.    The Claimant's address is 28 Schupp Road, Hamden, Connecticut 06514

Claimant's Attorney:    Sally J. Buemi
270 Quinnipiac Avenue
North Haven, CT 06473
203-865-5567
Fax # 203-562-3489

Attorney Sally J. Buemi has the authority to reconcile, settle or otherwise resolve the objection on the Claimant's behalf.

The Claimant requests a hearing on this Response to Liquidating Trust's Objection.

Dated April 30, 2012 at North Haven, Connecticut.

_____
Sally J. Buemi
Attorney for Mary LoPresti
270 Quinnipiac Avenue
North Haven, CT 06473
Telephone: (203) 865-5567
Juris No.: 102349

## CERTIFICATION

I hereby certify that a copy of the foregoing Response was mailed, via Federal Express, postage pre-paid, on April 30, 2012 to the following:

Jeffrey N. Pomerantz, Esq.
Pachulski, Stang, Ziehl & Jones, LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Clerk of Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond VA 23219

_____
Sally J. Buemi
Attorney for Claimant Mary LoPresti