

**CREATING POSITIVE CUSTOMER EXPERIENCES**



In The United States Bankruptcy Court
For the Eastern District of Virginia
Richmond Division
701 East Broad Street – Room 4000
Richmond, Virginia 23219

| | |
|---|---|
| In Re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al | Case No. 08-35653-KRH |
| Debtors | |

Response to Notice of Thirty-First Omnibus Objection to Claim

11309

Respondent:
PREMIER MOUNTS
PROGRESSIVE MARKETING PRODUCTS, INC.
CLAIM NUMBER 3911

On behalf of Respondent, I, Elizabeth (Liz) Girouard in my position as Credit Manager am responding to the Notice of Thirty-First Omnibus Objection to Claim filed by Counsel for the Circuit City Stores, Inc. Liquidating Trust as I have full knowledge of the account.

Premier Mounts claim against the Debtor is for goods sold to them for the purpose of resale in their stores. Debtor was in possession of these goods at the time of their filing for bankruptcy protection and the goods have never been returned to Premier Mounts. For this reason we believe the Bankruptcy Court should overrule the Objection against our claim as we provided goods in good faith that we would receive payment in return for said goods. All open invoices were provided with the Proof of Claim.

The address for Respondent filed with the court is:
Premier Mounts
Progressive Marketing Products, Inc.
PO Box 894441
Los Angeles, CA 90189-4441

The physical address and telephone numbers for Respondent are:
3130 E. Miraloma Avenue
Anaheim, CA 92806
Tel: (800) 368-9700
Fax: (800) 832-4888

I, Elizabeth (Liz) Girouard can be reached at the above telephone number with the extension of 276 if there is any further information that is needed by the court to uphold our claim.

Thank you in advance for your consideration in this matter.

Sincerely,

Elizabeth (Liz) Girouard
Credit Manager
Premier Mounts