**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

RESPONSE OF NASHVILLE ELECTRIC SERVICE TO LIQUIDATING
TRUST'S THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN INVALID CLAIMS)

Nashville Electric Service ("NES"), through its counsel files this response to the Liquidating Trust's Thirty-First Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) (Docket item 11809) (the "Objection") to its claim filed on January 15, 2009 in the amount of $16,895.03 (claim no. 4253) (the "Claim"). In support of the Claim and in response to the Objection, NES states the following:

1. NES is the Electric Power Board of The Metropolitan Government of Nashville and Davidson County, Tennessee.

2. NES's Claim was filed in the amount of $16,895.03 (Sixteen Thousand, Eight Hundred Ninety-Five Dollars and 03/100).

3. The Objection should be overruled since NES has not been paid the $16,895.03 (Sixteen Thousand, Eight Hundred Ninety-Five Dollars and 03/100) owed by the

---

| | |
|---|---|
| Augustus C. Epps, Jr., Esquire (VSB No. 13254) | Larry Stewart, Esquire (TN Bar No. 003345) |
| Michael D. Mueller, Esquire (VSB No. 38216) | ADAMS AND REESE LLP |
| Jennifer M. McLemore, Esquire (VSB No. 47164) | The Financial Center |
| CHRISTIAN & BARTON, LLP | 424 Church Street, Suite 2800 |
| 909 East Main Street, Suite 1200 | Nashville, Tennessee 37219 |
| Richmond, Virginia 23219 | Telephone: (615) 259-1450 |
| Telephone: (804) 697-4100 | Facsimile: (615) 259-1470 |
| Facsimile: (804) 697-4112 | |
| | Counsel for Nashville Electric Service |
| Counsel for Nashville Electric Service | |

        Debtor at the time it filed its petition for relief in bankruptcy. NES holds no deposits from the Debtors and its records do not indicate receipt of post-petition overpayments for any of the three metered accounts of the Debtor.

4. Attached are copies of the unpaid invoices and payment histories for these accounts certified by Janice Hayes, the records custodian of NES. *See* Exhibit 1.

5. Also attached is an affidavit of Joy Gill explaining that NES holds no deposit on behalf of Circuit City. *See* Exhibit 2.

6. The name, address, telephone number and facsimile number of NES's attorney who has authority to reconcile, settle or otherwise resolve the Objection on the Claimant's behalf is:

> Larry Stewart, Esquire (#003345)
> Adams and Reese LLP
> 424 Church Street, Suite 2700
> Nashville, Tennessee 37219
> Telephone: (615) 259-1458
> Facsimile: (615) 259-1470

7. The attorneys for NES set forth below request that any Response hereto be served upon them at their addresses set forth below.

> Augustus C. Epps, Jr., Esquire (VSB No. 13254)
> Michael D. Mueller, Esquire (VSB No. 38216)
> Jennifer M. McLemore, Esquire (VSB No. 47164)
> CHRISTIAN & BARTON, LLP
> 909 East Main Street, Suite 1200
> Richmond, Virginia 23219
> Telephone: (804) 697-4100
> Facsimile: (804) 697-4112

8. NES respectfully requests the following:

    1. A hearing before the Court where the Objection of the Liquidating Trust can be resolved.

    2.      An Order of the Court allowing NES's Claim and requiring that it be paid.

    3.      Such other and further relief as may be just and equitable.

Dated: May 3, 2012                     **CHRISTIAN & BARTON, LLP**

/s/ Jennifer M. McLemore
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-6112

-and-

Larry Stewart, Esquire (TN Bar No. 003345)
ADAMS AND REESE LLP
The Financial Center
424 Church Street, Suite 2800
Nashville, Tennessee 37219
Telephone: (615) 259-1450
Facsimile: (615) 259-1470

*Counsel for Nashville Electric Service*

3

## CERTIFICATE OF SERVICE

I, Jennifer M. McLemore, hereby certify that on the 3rd day of May 2012, a true and correct copy of the foregoing Response of Nashville Electric Service to Liquidating Trust's Thirty-First Omnibus Objection to Claims (Disallowance of Certain Invalid Claims has been served electronically using the ECF system on all registered users of the CM/ECF system who have filed notices of appearance in this matter and mailed by regular United States mail service to the following:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esquire | Lynn L. Tavenner, Esquire |
| Andrew W. Caine, Esquire | Paul S. Beran, Esquire |
| PACHULSKI STANG ZIEHL & JONES LLP | TAVENNER & BERAN, PLC |
| 10100 Santa Monica Boulevard | 20 North Eighth Street, 2nd Floor |
| Los Angeles, California 90067-4100 | Richmond, Virginia 23219 |

/s/ Jennifer M. McLemore
Jennifer M. McLemore

1270459v2