# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al.,. | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF JANICE HAYES

STATE OF TENNESSEE  )
                    )
COUNTY OF DAVIDSON  )

BEFORE ME, the undersigned authority, authorized to administer oaths and take acknowledgements, personally appeared JANICE HAYES, who after duly sworn on oath, deposes and states as follows:

1. My name is Janice Hayes. I am over the age of 18 years, *sui juris*, and personally acquainted with the facts stated in this affidavit.

2. As custodian of records for the Electric Power Board of the Metropolitan Government of Nashville and Davidson County, Tennessee, doing business as Nashville Electric Service ("NES"), I have attached hereto as Exhibit "A" 9 pages, which includes true and correct copies of the bills and pay histories of three accounts of Circuit City Stores for the periods shown thereon.

3. These business records are kept in the ordinary course of business by NES; it was the regular practice of NES for an employee of NES with personal knowledge of the acts and events described in those business records to make the record

1

or transmit information thereof to be included in such record; and the records were made at or near the time of the acts and events or reasonably soon thereafter.

FURTHER AFFIANT SAYETH NOT

By: _____
Janice Hayes

STATE OF TENNESSEE    )
                     )
COUNTY OF DAVIDSON    )

SWORN AND SUBSCRIBED before me this 27 day of April, 2012, by Janice Hayes, who is personally known to me.

_____
Notary Public State of Tennessee

2

EXHIBIT "A"

# PRE-PETITION/PRO-RATED BILL AND PAYMENT HISTORY

## FOR ACCT# 0144135-0349219

| Total Amount Due | $7696.18 |
|---|---|
| Due Date | 12/26/08 |

**METER READING DATA**

| CURRENT READING | 12/08/08 | 526 |
|---|---|---|
| PREVIOUS READING | 11/06/08 | 130 |
| CONSTANT | | 200 |
| THIS MONTH'S USAGE | | 79200 |

 CIRCUIT CITY STORES
7669 HIGHWAY 70 S

| DIST # | ACCOUNT NUMBER | METER NUMBER |
|---|---|---|
| 26 | 0144135-0349219 | 229864 |

NEXT SCHEDULED READING DATE: 1/08/09

| Energy Usage | Last Year | This Year |
|---|---|---|
| KWH This Month | 79400 | 79200 |
| Billing Days | 31 | 32 |
| KWH Per Day | 2561 | 2475 |
| Degree Days | 0 | 688 |

*Amt Includes the Following Charges:

| Customer Charge: | $112.29 PER MONTH |
|---|---|
| Energy Charges: | ALL KWH @ $0.00000 |

01 GENERAL POWER ACCOUNT

| ELECTRIC SERVICE * | | 5,907.44 |
|---|---|---|
| DEMAND CHARGE | 140 | 1,201.50 |
| STATE SALES TAX 7.00% | | 497.63 |
| ELECTRIC SERVICE PAST DUE | | 89.61 |

TOTAL AMOUNT DUE THIS STATEMENT         7,696.18
      7,777.27  DUE AFTER 12/26/08      ============

THE TVA FUEL COST ADJUSTMENT THIS MONTH HAS INCREASED
YOUR BILL BY  $1,466.92.



MONTHLY KWH COMPARISON (LAST YEAR / THIS YEAR)

IMPORTANT MESSAGES          FOR BILLING INQUIRIES - 736-6900

****CUT-OFF NOTICE 12/15/08****
OUR RECORDS INDICATE THAT YOUR BILL IS PAST DUE. PAYMENT MUST BE RECEIVED BY
THE DATE ABOVE TO AVOID DISCONNECTION.  ONCE DISCONNECTED, A RECONNECT FEE IS
INCURRED. PAYING YOUR BILL UP TO DATE WILL AVOID THIS FEE. SEE BACK OF BILL
FOR OTHER IMPORTANT INFORMATION. MINIMUM PAYMENT REQUIRED IS        89.61
YOU CAN PAY YOUR NES BILL WITH A VISA, MASTER CARD OR DISCOVER CREDIT CARD.
CALL 1-866-294-0319 AND FOLLOW THE INSTRUCTIONS GIVEN.  YOU MUST HAVE YOUR 14
DIGIT NES ACCOUNT NUMBER TO PAY THIS WAY.  THERE IS A CONVENIENCE FEE CHARGED
BY THE PROVIDER FOR USING THIS SERVICE.

| 1137 ACCOUNT NUMBER 0144135-0349219 PAST DUE 89.61 | AMOUNT DUE AFTER 12/26/08 7777.27 | AMOUNT NOW DUE 7696.18 |
|---|---|---|

```
9:29:34 Friday, April 20, 2012

 PAYH                      NASHVILLE-ELECTRIC SERVICE              4/20/12
 CS522                     PAYMENT HISTORY, GENERAL                09:29:28
                                 BAD DEBT                          ARREARS
 26   144135  349219   MTR  302876     STATUS FINAL      30        1862.82
 CIRCUIT CITY STORES                   RATE      COM     60
 7669  HIGHWAY 70 S                    TAX RATE  7.00 %  90
 NASHVILLE           TN 37221-1754     USE              120
                                            BANKRUPT
                                                              BALANCE
   DATE     DESCRIPTION          BILLING    ADJUST   PAYMENT     0.00
 3/07/08  FORC-50 PER CENT VARIA 5383.94                        5383.94
 3/20/08  0035/00110                                -5383.94     0.00
 4/07/08  BILD-NORMAL BILL       6520.05                        6520.05
 4/17/08  0028/00045                                -6520.05     0.00
 5/07/08  BILD-NORMAL BILL       6720.98                        6720.98
 5/20/08  0056/00165                                -6720.98     0.00
 6/10/08  FORC-KWH OVER 100,000  8935.39                        8935.39
 6/24/08  0051/00037                                -8935.39     0.00
 7/10/08  FORC-KWH OVER 100,000  9924.58                        9924.58
 7/18/08  0043/00139                                -9924.58     0.00
 8/07/08  FORC-KWH OVER 100,000 10346.86                       10346.86
 8/18/08  0079/00016                               -10346.86     0.00
 9/08/08  FORC-KWH OVER 100,000  9796.09                        9796.09
 9/17/08  0028/00049                                -9796.09     0.00
10/07/08  BILD-NORMAL BILL       9692.02                        9692.02
10/17/08  0043/00063                                -9692.02     0.00
11/07/08  BILD-NORMAL BILL       8518.57                        8518.57
12/17/08  PRE-PETITION ADJUSTMEN            950.82              9469.39
12/17/08  MISC ADJUSTMENT                    89.61              9559.00

 PF14-ASPH   PF15-BUDP    PF16-BHST    PF17-CRED   PF20-PEND   PF23-NXTA  PF24-NXTN
 PF9-PRINT DUPB           PF11-TLRP    PF13-LSRC   PF18-BKRP   ENTER-TRNSF/INQUIRY
```

# PRE-PETITION/PRO-RATED BILL AND PAYMENT HISTORY

## FOR ACCT# 0144135-0187294



**NES**    CIRCUIT CITY STORES
5221 HICKORY HOLLOW PKWY 920

| Total Amount Due | $6189.66 |
|---|---|
| Due Date | 12/16/08 |

**METER READING DATA**

| CURRENT READING | 11/24/08 | 2717 |
|---|---|---|
| PREVIOUS READING | 10/24/08 | 2107 |
| CONSTANT | | 100 |
| THIS MONTH'S USAGE | | 61000 |

| DIST # | ACCOUNT NUMBER | METER NUMBER |
|---|---|---|
| 16 | 0144135-0187294 | 231443 |

NEXT SCHEDULED READING DATE: 12/26/08

| Energy Usage | Last Year | This Year |
|---|---|---|
| KWH This Month | 75800 | 61000 |
| Billing Days | 33 | 31 |
| KWH Per Day | 2297 | 1968 |
| Degree Days | 432 | 529 |

\* Amt Includes the Following Charges:

Customer Charge: $112.29 PER MONTH
Energy Charges:   FIRST 15000 KWH @ $0.10947
                  OVER  15000 KWH @ $0.06469

01 GENERAL POWER ACCOUNT

| ELECTRIC SERVICE * | | 4,730.08 |
|---|---|---|
| DEMAND CHARGE | 129 | 1,054.65 |
| STATE SALES TAX 7.00% | | 404.93 |

TOTAL AMOUNT DUE THIS STATEMENT          6,189.66
       6,257.51 DUE AFTER 12/16/08      ============

THE TVA FUEL COST ADJUSTMENT THIS MONTH HAS INCREASED
YOUR BILL BY $1,130.58.



MONTHLY KWH COMPARISON (LAST YEAR / THIS YEAR)

IMPORTANT MESSAGES          FOR BILLING INQUIRIES - 736-6900

YOU PAY ON TIME EVERY MONTH AND WE THANK YOU !

| 16285 | ACCOUNT NUMBER 0144135-0187294 | AMOUNT DUE AFTER 12/16/08 | AMOUNT NOW DUE |
|---|---|---|---|
| | | 6257.51 | 6189.66 |

```
9:20:52 Friday, April 20, 2012

 PAYH                       NASHVILLE-ELECTRIC SERVICE                    4/20/12
 CS522                       PAYMENT HISTORY, GENERAL                    09:20:49
                                  BAD DEBT                               ARREARS
 15   144135   187294   MTR   311897          STATUS FINAL       30
 CIRCUIT CITY STORES                          RATE      COM      60
 5221  HICKORY HOLLOW PKWY        920         TAX RATE  7.00 %   90
 ANTIOCH                TN 37013-3003         USE               120
                                                  BANKRUPT
                                                                       BALANCE
   DATE      DESCRIPTION            BILLING      ADJUST    PAYMENT         0.00
  2/25/08  BILD-NORMAL BILL         5135.83                             5135.83
  3/06/08  0056/00059                                      -5135.83        0.00
  3/26/08  BILD-NORMAL BILL         4963.12                             4963.12
  4/08/08  0079/00174                                      -4963.12        0.00
  4/24/08  BILD-NORMAL BILL         5479.54                             5479.54
  5/05/08  0050/00078                                      -5479.54        0.00
  5/23/08  BILD-NORMAL BILL         5904.04                             5904.04
  6/04/08  0019/00053                                      -5904.04        0.00
  6/25/08  BILD-NORMAL BILL         6980.68                             6980.68
  7/03/08  0050/00148                                      -6980.68        0.00
  7/28/08  BILD-NORMAL BILL         7437.82                             7437.82
  8/07/08  0043/00149                                      -7437.82        0.00
  8/25/08  BILD-NORMAL BILL         6655.99                             6655.99
  9/04/08  0049/00178                                      -6655.99        0.00
  9/24/08  BILD-NORMAL BILL         6505.58                             6505.58
 10/06/08  0075/00026                                      -6505.58        0.00
 10/24/08  BILD-NORMAL BILL         7020.41                             7020.41
 11/07/08  0040/00060                                      -7020.41        0.00
 11/26/08  PRE-PETITION ADJUSTMEN                3394.33                3394.33

 PF14-ASPH   PF15-BUDP    PF16-BHST    PF17-CRED   PF20-PEND    PF23-NXTA  PF24-NXTN
 PF9-PRINT DUPB           PF11-TLRP    PF13-LSRC   PF18-BKRP    ENTER-TRNSF/INQUIRY
```

# PRE-PETITION/PRO-RATED BILL AND PAYMENT HISTORY

# FOR ACCT# 0144135-0446931

| Total Amount Due | $5195.88 |
|---|---|
| Due Date | 12/08/08 |

**METER READING DATA**

| CURRENT READING | 11/14/08 | 3726 |
|---|---|---|
| PREVIOUS READING | 10/16/08 | 3241 |
| CONSTANT | | 100 |
| THIS MONTH'S USAGE | | 48500 |

 CIRCUIT CITY STORES
2088  GALLATIN PIKE N

| DIST # | ACCOUNT NUMBER | METER NUMBER |
|---|---|---|
| 08 | 0144135-0446931 | 246398 |

NEXT SCHEDULED READING DATE: 12/17/08

| Energy Usage | Last Year | This Year |
|---|---|---|
| KWH This Month | 60600 | 48500 |
| Billing Days | 29 | 29 |
| KWH Per Day | 2090 | 1672 |
| Degree Days | 285 | 341 |

| * Amt Includes the Following Charges: | |
|---|---|
| Customer Charge: | $112.29 PER MONTH |
| Energy | FIRST 15000 KWH @ $0.10947 |
| Charges: | OVER  15000 KWH @ $0.06469 |

01 GENERAL POWER ACCOUNT

ELECTRIC SERVICE *      (MINIMUM BILL)              3,921.46
DEMAND CHARGE                    119                  934.50
STATE SALES TAX   7.00%                               339.92

TOTAL AMOUNT DUE THIS STATEMENT                     5,195.88
         5,254.44  DUE AFTER 12/08/08            ===========

THE TVA FUEL COST ADJUSTMENT THIS MONTH HAS INCREASED
YOUR BILL BY $899.58.



MONTHLY KWH COMPARISON

IMPORTANT MESSAGES          FOR BILLING INQUIRIES - 736-6900

YOU PAY ON TIME EVERY MONTH AND WE THANK YOU !

| 14862 | ACCOUNT NUMBER | AMOUNT DUE AFTER | AMOUNT NOW DUE |
|---|---|---|---|
| | 0144135-0446931 | 12/08/08 | |
| | | 5254.44 | 5195.88 |

```
8:22:37 Friday, April 20, 2012

    PAYH                    NASHVILLE-ELECTRIC SERVICE                    4/20/12
    CS522                   PAYMENT HISTORY, GENERAL                     08:22:26
                                    BAD DEBT                              ARREARS
    8  144135  446931   MTR  246398      STATUS FINAL      30
    CIRCUIT CITY STORES                  RATE       COM    60
    2088  GALLATIN PIKE N                TAX RATE  7.00 %  90
    MADISON          TN 37115-2002       USE              120
                                            BANKRUPT
                                                                       BALANCE
      DATE      DESCRIPTION         BILLING     ADJUST     PAYMENT        0.00
     2/15/08  BILD-NORMAL BILL      4146.54                             4146.54
     2/29/08  0054/00086                                   -4146.54        0.00
     3/17/08  BILD-NORMAL BILL      4157.31                             4157.31
     3/27/08  0029/00103                                   -4157.31        0.00
     4/16/08  BILD-NORMAL BILL      4881.48                             4881.48
     4/29/08  0034/00042                                   -4881.48        0.00
     5/15/08  BILD-NORMAL BILL      5458.34                             5458.34
     5/28/08  0050/00123                                   -5458.34        0.00
     6/17/08  BILD-NORMAL BILL      7024.60                             7024.60
     6/26/08  0032/00088                                   -7024.60        0.00
     7/17/08  BILD-NORMAL BILL      6681.14                             6681.14
     7/29/08  0041/00208                                   -6681.14        0.00
     8/15/08  BILD-NORMAL BILL      6678.84                             6678.84
     8/27/08  0027/00087                                   -6678.84        0.00
     9/16/08  BILD-NORMAL BILL      6583.75                             6583.75
     9/30/08  0047/00189                                   -6583.75        0.00
    10/16/08  BILD-NORMAL BILL      6593.91                             6593.91
    10/27/08  0035/00117                                   -6593.91        0.00
    11/26/08  PRE-PETITION ADJUSTMEN             3941.70                 3941.70

    PF14-ASPH   PF15-BUDP    PF16-BHST    PF17-CRED    PF20-PEND    PF23-NXTA   PF24-NXTN
    PF9-PRINT DUPB           PF11-TLRP    PF13-LSRC    PF18-BKRP    ENTER-TRNSF/INQUIRY
```