# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al.,. | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AFFIDAVIT OF JOY GILL

STATE OF TENNESSEE   )
                     )
COUNTY OF DAVIDSON   )

BEFORE ME, the undersigned authority, authorized to administer oaths and take acknowledgements, personally appeared JOY GILL, who after duly sworn on oath, deposes and states as follows:

1. I have knowledge of the facts recited herein based on my personal knowledge and review of the business records of the Electric Power Board of the Metropolitan Government of Nashville and Davidson County, Tennessee, doing business as Nashville Electric Service ("NES"). I prepared the proof of claim signed by Brenda McCullough filed in this bankruptcy case which sets forth the total amount owed to NES by the debtor.

2. I am *sui juris* and over 18 years of age.

3. I am employed by NES as Customer Accounting Clerk III in the Credit Department.

1

4. NES is a governmental entity providing electric utility services in Nashville and Davidson County, Tennessee and surrounding counties in Middle Tennessee.

5. The Debtor, CIRCUIT CITY STORES, INC. ("CIRCUIT CITY"), is a former customer of NES on three separate metered accounts, Account # 0144135-0349219, Account # 0144135-0187294 and Account # 0144135-0446931. NES has no deposits, and its records do not indicate receipt of post petition overpayments for any of these three (3) metered accounts.

FURTHER AFFIANT SAYETH NOT

By: _____
Joy Gill

STATE OF TENNESSEE )
                   )
COUNTY OF DAVIDSON )

SWORN AND SUBSCRIBED before me this 27th day of April, 2012, by Joy Gill, who is personally known to me, or who provided TN Drivers License as identification.

_____
Notary Public State of Tennessee