# Exhibit A

# 8619

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT   Eastern District of Virginia | PROOF OF CLAIM |
|---|---|

| | |
|---|---|
| Name of Debtor:<br>Circuit City Stores, Inc. | Case Number:<br>08-35653 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**South Carolina Electric & Gas**

Name and address where notices should be sent:
**1426 Main Street**
**Mail Code 130**
**Columbia, SC 29201**

Telephone number:
**(803) 217-6092**

❑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):
**SAME**

Telephone number:

❑ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

❑ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**   $            22,706.87

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

❑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Pre petition utility service
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ❑ Real Estate   ❑ Motor Vehicle   ❑ Other
Describe:

Value of Property:$_____   Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

❑ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

❑ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

❑ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

❑ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

❑ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

❑ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of _____

| Date:<br>01/28/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Michelle R. Brabham-Reed, Bankruptcy Analyst   *Michelle R. Brabham Reed* | RECEIVED<br><br>JAN 29 2009<br><br>KURTZMAN CARSON CONSULTANTS |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ _____

0835653090129000000000761

Form **W-9**
(Rev. January 2005)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

**Give form to the requester. Do not send to the IRS.**

Name (as shown on your income tax return)

**South Carolina Electric & Gas Company (SCE&G)**

Business name, if different from above

Check appropriate box:  ☐ Individual/Sole proprietor  ☑ Corporation  ☐ Partnership  ☐ Other ▶ ..................   ☑ Exempt from backup withholding

Address (number, street, and apt. or suite no.)

**1426 Main Street   Mail Code 130 Attn: Michelle R. Reed**

Requester's name and address (optional)

**Circuit City Stores, Inc.**

City, state, and ZIP code

**Columbia, SC 29218**

List account number(s) here (optional)

**multiple**

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. *If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.*

Social security number

[ | | | – | | | – | | | | ]

**or**

Employer identification number

[ 5 | 7 | – | 0 | 2 | 4 | 8 | 6 | 9 | 5 ]

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

**Sign Here**   Signature of U.S. person ▶ *Michelle R. Brabham Reed*   Date ▶ *1-28-09*

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**Note.** *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

For federal tax purposes you are considered a person if you are:

● An individual who is a citizen or resident of the United States,

● A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, or

● Any estate (other than a foreign estate) or trust. See Regulations sections 301.7701-6(a) and 7(a) for additional information.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

Cat. No. 10231X                    Form **W-9** (Rev. 1-2005)

| SERVICE FOR | ACCOUNT NUMBER | Page 1 of 2 |
|---|---|---|
| CIRCUIT CITY<br>STORE #522<br>10138 TWO NOTCH RD UNIT 110<br>COLUMBIA SC 29229-4389 | 7-2100-5623-7794 | |
| | DATE DUE | TOTAL AMOUNT DUE |
| | Dec 18 2008 | $7,271.68 |

**BUSINESS CUSTOMER SERVICE**
**24 HOURS A DAY**
1-800-251-7234, toll-free

**EMERGENCY SERVICE - 24 HOURS A DAY**
*Gas leaks, downed lines or power outages*

1-888-333-4465, toll-free

**STATEMENT DATE**
Nov 19 2008

## *FINAL BILL*

### *ACCOUNT SUMMARY*

| | | |
|---|---|---|
| Previous Bill Amount | | $6,208.55 |
| Payment Received   No payments received | | -0.00 |
| | *Previous Amount* | *$6,208.55* |
| Current Charges | | +1063.13 |
| | **Total Amount Due** | **$7,271.68** |

*A late payment charge of 1.5% may be added to any balance remaining 25 days after billing.*

### *SUMMARY OF CURRENT CHARGES*

| | |
|---|---|
| Electric Charges | $1,060.50 |
| Gas Charges | 2.63 |
| *Total Current Charges* | *$1,063.13* |

### *CURRENT CHARGES*

**Electric Charges**

**RATE PLAN**
020 - Medium General Service

| METER NO. | BILLING PERIOD | DAYS | CURRENT | PREVIOUS | CONSTANT | KWH | KW | KVA |
|---|---|---|---|---|---|---|---|---|
| 000732938 | 11/05/08-11/10/08 | 5 | 8181 | 8079 | 100 | 10,200 | 153 | 164 |

Current month Bill Demand is 202 kVA which is 80.0% of 253 kVA from 06/08.

| | |
|---|---|
| 10200 kWh | 464.81 |
| 202 kVA | 526.31 |
| State Sales Tax at 7.00 % | 69.38 |
| **Total Electric Charges** | **$1,060.50** |

| Posting<br>Summary | SERVICE FOR    10138 TWO NOTCH RD UNIT 110 | | | |
|---|---|---|---|---|
| | ACCOUNT NUMBER | STATEMENT DATE | AMOUNT DUE | DATE DUE |
| | 7-2100-5623-7794 | 11/19/08 | $7,271.68 | 12/18/08 |

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

**SCE&G.**
*A SCANA COMPANY*

C
S
1

06  IB

CIRCUIT CITY
DBA CIRCUIT CITY
SCEG- MC 130
1426 MAIN ST
COLUMBIA SC 29201-5804

PO Box 100255
Columbia, SC 29202-3255

ACCOUNT NUMBER

**7-2100-5623-7794**

TOTAL AMOUNT DUE

**$7,271.68**

DATE DUE

**Dec 18 2008**

Please enter amount enclosed.

$

Write account number on check and make
payable to SCE&G.



721005623779402000006208551108000072716B

| CUSTOMER SERVICE | ACCOUNT NUMBER | Page 2 of 2 |
|---|---|---|
| 1-800-251-7234 | 7-2100-5623-7794 | |
| STATEMENT DATE | DATE DUE | TOTAL AMOUNT DUE |
| Nov 19 2008 | Dec 18 2008 | $7,271.68 |

## Payment Options

**By Mail:** Pay by check or money order in the enclosed envelope,

**Online:** Visit  sceg.com to pay directly from your bank account or credit card.
**By Phone:** Call 1-800-450-9160, toll-free, 24 hours a day to pay using your credit card, debit card or directly from your bank account. There is a fee of $3.50 per transaction that BillMatrix receives for providing this service. Additional limitations may apply.
**Business Office:** Visit an SCE&G business office located near you to pay in person.  This is a free service.

*LADY ST OFFICE, 1400 LADY ST, COLUMBIA SC 29201*

*NORTH COLUMBIA OFFICE, 3000 HARDEN ST, COLUMBIA SC 29203*

**Authorized Payment Agencies:** Visit an authorized payment location near you to pay in person.  There is no fee associated with service at an authorized payment location.

*SHIRLEY'S VARIETY SHOPPE, 10173 TWO NOTCH RD, COLUMBIA SC 29223*

**Unauthorized Payment Agencies:** Additional payment centers may exist in your area that are not SCE&G authorized payment locations.  While these unauthorized locations may accept your SCE&G payment, they will charge a fee for doing so, and your payment will be delayed in reaching SCE&G.

## Gas Charges

**RATE PLAN**
031 - Firm General Gas Service

**METER NUMBER**
001054690

| BILLING PERIOD | DAYS | CURRENT | | PREVIOUS | P-COMP | | USAGE(CCF) | | BTU FACTOR | THERMS |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/6/08 - 11/10/08 | 4 | (844 | - | 844) | X 1.33741 | = 0 | | X | 1.0350 | = 0 |
| Basic Facilities Charge | | | | | | | | | | 2.46 |
| State Sales Tax at 7.00 % | | | | | | | | | | 0.17 |
| | | | | | | | | | **Total Gas Charges** | **$2.63** |

**Thank you for being our customer:** This is your final bill with us.  Please contact your SCE&G office if we can help in meeting any of your future energy needs.

**Electronic check conversion.** When you mail in a check as payment, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.  When an electronic fund transfer is made, funds may be withdrawn from your account on the day we receive your payment, and you will not receive your check back from your bank.  If you do not wish to have your check converted into an electronic debit or if you have any questions about electronic check conversion, please contact SCE&G at 1-800-251-7234.

| SERVICE FOR | ACCOUNT NUMBER | Page 1 of 2 |
|---|---|---|
| CIRCUIT CITY | 1-2100-5491-3843 | |
| 7800 RIVERS AVE UNIT 1700 CHARLESTON SC 29406-4077 | DATE DUE | AMOUNT DUE |
| | Dec 18 2008 | $11,287.02 |

**BUSINESS CUSTOMER SERVICE**
**24 HOURS A DAY**
1-800-251-7234, toll-free

**EMERGENCY SERVICE - 24 HOURS A DAY**
Gas leaks, downed lines or power outages
1-888-333-4465, toll-free

**STATEMENT DATE**
Nov 19 2008

## *CORRECTED FINAL BILL*

### *ACCOUNT SUMMARY*

| | |
|---|---|
| Previous Bill Amount | $ 6,630.16 |
| Current Charges | +4656.86 |
| **Amount Due on 12/18/08** | **$11,287.02** |

*A late payment charge of 1.5% may be added to any balance remaining 25 days after billing.*

### *SUMMARY OF CURRENT CHARGES*

| | |
|---|---|
| Electric Charges | $4,643.81 |
| Gas Charges | 13.05 |
| *Total Current Charges* | *$4,656.86* |

### *CURRENT CHARGES*
#### **Electric Charges**

**RATE PLAN**
020 - Medium General Service

| METER NO. | BILLING PERIOD | DAYS | CURRENT | PREVIOUS | CONSTANT | KWH | KW | KVA |
|---|---|---|---|---|---|---|---|---|
| 000956620 | 10/22/08-11/10/08 | 19 | 8353 | 7783 | 80 | 45,600 | 194 | 210 |

**Bill Demand of 210 kVA is maximum measured peak.**

| | |
|---|---|
| 45600 kWh | 2,077.99 |
| 210 kVA | 2,075.68 |
| Franchise Fee 4.00% paid to the City of North Charleston | 166.15 |
| State Sales Tax at 7.50 % | 323.99 |
| **Total Electric Charges** | **$4,643.81** |

| Posting Summary | SERVICE FOR   7800 RIVERS AVE UNIT 1700 | | | |
|---|---|---|---|---|
| | ACCOUNT NUMBER | STATEMENT DATE | AMOUNT DUE | DATE DUE |
| | 1-2100-5491-3843 | 11/19/08 | $11,287.02 | 12/18/08 |

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

**SCE&G**
A SCANA COMPANY

c
8
1

0000010

16  IB

CIRCUIT CITY
DBA #888
SCEG- MC 130
1426 MAIN ST
COLUMBIA SC  29201-5804

PO Box 100255
Columbia, SC 29202-3255

ACCOUNT NUMBER
1-2100-5491-3843

DATE DUE
Dec 18 2008

AMOUNT DUE
$11,287.02

Please enter amount enclosed.

$

Write account number on check and make payable to SCE&G.



121005491384306000000000000110800001128702

| CUSTOMER SERVICE | ACCOUNT NUMBER | Page 2 of 2 |
|---|---|---|
| 1-800-251-7234 | 1-2100-5491-3843 | |
| STATEMENT DATE | DATE DUE | AMOUNT DUE |
| Nov 19 2008 | Dec 18 2008 | $11,287.02 |

## Payment Options

**By Mail:** Pay by check or money order in the enclosed envelope.

**Online:** Visit sceg.com to pay directly from your bank account or credit card.
**By Phone:** Call 1-800-450-9160, toll-free, 24 hours a day to pay using your credit card, debit card or directly from your bank account. There is a fee of $3.50 per transaction that BillMatrix receives for providing this service. Additional limitations may apply.
**Business Office:** Visit an SCE&G business office located near you to pay in person. This is a free service.

*MARK CLARK OFFICE, 4481 LEEDS PLACE WEST, CHARLESTON HEIGHTS SC 29405*

**Authorized Payment Agencies:** Visit an authorized payment location near you to pay in person. There is no fee associated with service at an authorized payment location.

*PIGGLY WIGGLY #22, 8780A RIVERS AVE, NORTH CHARLESTON SC 29418*

**Unauthorized Payment Agencies:** Additional payment centers may exist in your area that are not SCE&G authorized payment locations. While these unauthorized locations may accept your SCE&G payment, they will charge a fee for doing so, and your payment will be delayed in reaching SCE&G.

## Gas Charges
**RATE PLAN**
031 - Firm General Gas Service

**METER NUMBER**
001066102

| BILLING PERIOD | DAYS | CURRENT | PREVIOUS | P-COMP | USAGE(CCF) | BTU FACTOR | THERMS |
|---|---|---|---|---|---|---|---|
| 10/22/08 - 11/10/08 | 19 | (257 - | 257) | X 1.33741 | = 0 | X 1.0340 | = 0 |

| | |
|---|---|
| Basic Facilities Charge | 11.67 |
| Franchise Fee 4.00% paid to the City of North Charleston | 0.47 |
| State Sales Tax at 7.50 % | 0.91 |
| **Total Gas Charges** | **$13.05** |

**Thank you for being our customer.** This is your final bill with us. Please contact your SCE&G office if we can help in meeting any of your future energy needs.

**Electronic check conversion.** When you mail in a check as payment, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When an electronic fund transfer is made, funds may be withdrawn from your account on the day we receive your payment, and you will not receive your check back from your bank. If you do not wish to have your check converted into an electronic debit or if you have any questions about electronic check conversion, please contact SCE&G at 1-800-251-7234.

| SERVICE FOR | ACCOUNT NUMBER | Page 1 of 2 |
|---|---|---|
| CIRCUIT CITY STORES, INC, STORE #<br>STORE #8149<br>238 HARBISON BLVD<br>COLUMBIA SC  29212-2232 | 7-2100-4591-3710 | |
| | DATE DUE | AMOUNT DUE |
| | Dec 16 2008 | $73.21 |

**BUSINESS CUSTOMER SERVICE**
**24 HOURS A DAY**
1-800-251-7234, toll-free

**EMERGENCY SERVICE - 24 HOURS A DAY**
*Gas leaks, downed lines or power outages*
1-888-333-4465, toll-free

**STATEMENT DATE**
Nov 17 2008

## *CORRECTED FINAL BILL*

### *ACCOUNT SUMMARY*

| | |
|---|---|
| Previous Bill Amount | $27.98 |
| Current Charges | +45.23 |
| **Amount Due on 12/16/08** | **$73.21** |

*A late payment charge of 1.5% may be added to any balance remaining 25 days after billing.*

### *SUMMARY OF CURRENT CHARGES*

| | |
|---|---|
| Gas Charges | $45.23 |
| *Total Current Charges* | *$45.23* |

### *CURRENT CHARGES*

**Gas Charges**

**RATE PLAN**
031 - Firm General Gas Service

**METER NUMBER**
001082777

| BILLING PERIOD | DAYS | CURRENT | PREVIOUS | P-COMP | USAGE(CCF) | BTU FACTOR | THERMS |
|---|---|---|---|---|---|---|---|
| 10/23/08 - 11/10/08 | 18 | (976 | - 957) | X 1.33741 | = 25 | X 1.0340 | = 26 |

| | |
|---|---|
| Basic Facilities Charge | 11.05 |
| 26 Therms | 29.99 |
| Franchise Fee 3.00% paid to the City of Columbia | 1.23 |
| State Sales Tax at 7.00 % | 2.96 |
| **Total Gas Charges** | **$45.23** |

| Posting Summary | SERVICE FOR  238 HARBISON BLVD | | | |
|---|---|---|---|---|
| | ACCOUNT NUMBER | STATEMENT DATE | AMOUNT DUE | DATE DUE |
| | 7-2100-4591-3710 | 11/17/08 | $73.21 | 12/16/08 |

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

**SCE&G®**
*A SCANA COMPANY*

C

16 FB

| ACCOUNT NUMBER |
|---|
| 7-2100-4591-3710 |
| DATE DUE |
| Dec 16 2008 |
| AMOUNT DUE |
| $73.21 |

C/O FACILITY IQ - MS 1378
CIRCUIT CITY STORES, INC, STORE #
SCEG - MC 130
1426 MAIN ST
COLUMBIA SC  29201

PO Box 100255
Columbia, SC 29202-3255

Please enter amount enclosed.

$

Write account number on check and make
payable to SCE&G.

7210045913710010000000000001108000007321

| CUSTOMER SERVICE | ACCOUNT NUMBER | Page 2 of 2 |
|---|---|---|
| 1-800-251-7234 | 7-2100-4591-3710 | |
| STATEMENT DATE | DATE DUE | AMOUNT DUE |
| Nov 17 2008 | Dec 16 2008 | $73.21 |

## Payment Options

**By Mail:** Pay by check or money order in the enclosed envelope.

**Online:** Visit sceg.com to pay directly from your bank account or credit card.
**By Phone:** Call 1-800-450-9160, toll-free, 24 hours a day to pay using your credit card, debit card or directly from your bank account. There is a fee of $3.50 per transaction that BillMatrix receives for providing this service. Additional limitations may apply.
**Business Office:** Visit an SCE&G business office located near you to pay in person. This is a free service.

*LADY ST OFFICE, 1400 LADY ST, COLUMBIA SC 29201*

**Authorized Payment Agencies:**
Visit an authorized payment location near you to pay in person. There is no fee associated with service at an authorized payment location.

*DOLLAR DISCOUNT STORE, 226 KNOX ABBOTT DR, CAYCE SC 29033*

**Unauthorized Payment Agencies:**
Additional payment centers may exist in your area that are not SCE&G authorized payment locations. While these unauthorized locations may accept your SCE&G payment, they will charge a fee for doing so, and your payment will be delayed in reaching SCE&G.

**Thank you for being our customer.** This is your final bill with us. Please contact your SCE&G office if we can help in meeting any of your future energy needs.

**Electronic check conversion.** When you mail in a check as payment, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When an electronic fund transfer is made, funds may be withdrawn from your account on the day we receive your payment, and you will not receive your check back from your bank. If you do not wish to have your check converted into an electronic debit or if you have any questions about electronic check conversion, please contact SCE&G at 1-800-251-7234.

| SERVICE FOR | ACCOUNT NUMBER | Page 1 of 2 |
|---|---|---|
| CIRCUIT CITY<br>STORE # 1627<br>2402 DAVID H MCLEOD BLVD<br>FLORENCE SC 29501 | 2-1970-0179-7127 | |
| | DATE DUE | TOTAL AMOUNT DUE |
| | Dec 16 2008 | $35.71 |

**BUSINESS CUSTOMER SERVICE
24 HOURS A DAY**
1-800-251-7234, toll-free

**EMERGENCY SERVICE - 24 HOURS A DAY**
*Gas leaks, downed lines or power outages*

1-888-333-4465, toll-free

**STATEMENT DATE**

Nov 17 2008

## FINAL BILL

### ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Bill Amount | | $28.36 |
| Payment Received   No payments received | | -0.00 |
| | Previous Amount | $28.36 |
| Current Charges | | +7.35 |
| | Total Amount Due | $35.71 |

*A late payment charge of 1.5% may be added to any balance remaining 25 days after billing.*

### SUMMARY OF CURRENT CHARGES

| | |
|---|---|
| Gas Charges | $7.35 |
| Total Current Charges | $7.35 |

### CURRENT CHARGES

**Gas Charges**

**RATE PLAN**
081 - Firm General Gas Service

**METER NUMBER**
000420330

| BILLING PERIOD | DAYS | CURRENT | PREVIOUS | P-COMP | USAGE(CCF) | BTU FACTOR | THERMS |
|---|---|---|---|---|---|---|---|
| 11/3/08 - 11/10/08 | 7 | (3566 | - 3564) | X 1.33741 | = 2 | X 1.0350 | = 2 |
| Basic Facilities Charge | | | | | | | 4.30 |
| 2 Therms | | | | | | | 2.51 |
| State Sales Tax at 8.00 % | | | | | | | 0.54 |
| | | | | | | Total Gas Charges | $7.35 |

| Posting Summary | SERVICE FOR   2402 DAVID H MCLEOD BLVD | | | |
|---|---|---|---|---|
| | ACCOUNT NUMBER | STATEMENT DATE | AMOUNT DUE | DATE DUE |
| | 2-1970-0179-7127 | 11/17/08 | $35.71 | 12/16/08 |

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.



c

03 FB

C/O ADVANTAGE IQ
CIRCUIT CITY
SCEG - MC 130
1426 MAIN ST
COLUMBIA SC 29201

| | |
|---|---|
| ACCOUNT NUMBER | 2-1970-0179-7127 |
| TOTAL AMOUNT DUE | $35.71 |
| DATE DUE | Dec 16 2008 |

Please enter amount enclosed.

$

Write account number on check and make
payable to SCE&G.

PO Box 100255
Columbia, SC 29202-3255



21970017971270300000002836110800000003571

| CUSTOMER SERVICE | ACCOUNT NUMBER | Page 2 of 2 |
|---|---|---|
| 1-800-251-7234 | 2-1970-0179-7127 | |
| **STATEMENT DATE** | **DATE DUE** | **TOTAL AMOUNT DUE** |
| Nov 17 2008 | Dec 16 2008 | $35.71 |

## Payment Options

**By Mail:** Pay by check or money order in the enclosed envelope.

**Online:** Visit sceg.com to pay directly from your bank account or credit card.

**By Phone:** Call 1-800-450-9160, toll-free, 24 hours a day to pay using your credit card, debit card or directly from your bank account. There is a fee of $3.50 per transaction that BillMatrix receives for providing this service. Additional limitations may apply.

**Business Office:** Visit an SCE&G business office located near you to pay in person. This is a free service.

*FLORENCE OFFICE, 1812 NORTH IRBY ST, FLORENCE SC 29501*

**Authorized Payment Agencies:** Visit an authorized payment location near you to pay in person. There is no fee associated with service at an authorized payment location.

*PEARL ST FURNITURE, 106 PEARL ST, DARLINGTON SC 29532*

**Unauthorized Payment Agencies:** Additional payment centers may exist in your area that are not SCE&G authorized payment locations. While these unauthorized locations may accept your SCE&G payment, they will charge a fee for doing so, and your payment will be delayed in reaching SCE&G.

**Thank you for being our customer.** This is your final bill with us. Please contact your SCE&G office if we can help in meeting any of your future energy needs.

**Electronic check conversion.** When you mail in a check as payment, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When an electronic fund transfer is made, funds may be withdrawn from your account on the day we receive your payment, and you will not receive your check back from your bank. If you do not wish to have your check converted into an electronic debit or if you have any questions about electronic check conversion, please contact SCE&G at 1-800-251-7234.

| SERVICE FOR | ACCOUNT NUMBER | Page 1 of 2 |
|---|---|---|
| CIRCUIT CITY STORE, INC. STORE #3246 #3246 550 SEABOARD ST MYRTLE BEACH SC  29677-9732 | 1-2100-4940-3837 | |
| | DATE DUE | TOTAL AMOUNT DUE |
| | Dec 16 2008 | $48.56 |

**BUSINESS CUSTOMER SERVICE**
**24 HOURS A DAY**
1-800-251-7234, toll-free

**EMERGENCY SERVICE - 24 HOURS A DAY**
*Gas leaks, downed lines or power outages*
1-888-333-4465, toll-free

**STATEMENT DATE**
Nov 17 2008

## FINAL BILL

### ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Bill Amount | | $35.14 |
| Payment Received   No payments received | | -0.00 |
| | *Previous Amount* | $35.14 |
| Current Charges | | +13.42 |
| | **Total Amount Due** | **$48.56** |

*A late payment charge of 1.5% may be added to any balance remaining 25 days after billing.*

### SUMMARY OF CURRENT CHARGES

| | |
|---|---|
| Gas Charges | $13.42 |
| *Total Current Charges* | *$13.42* |

### CURRENT CHARGES

**Gas Charges**

**RATE PLAN**
031 - Firm General Gas Service

**METER NUMBER**
001042976

| BILLING PERIOD | DAYS | CURRENT | | PREVIOUS | P-COMP | USAGE(CCF) | BTU FACTOR | THERMS |
|---|---|---|---|---|---|---|---|---|
| 10/31/08 - 11/10/08 | 10 | (1063 | - | 1059) | X 1.33741 | = 5 | X  1.0350 | = 5 |

| | |
|---|---|
| Basic Facilities Charge | 6.14 |
| 5 Therms | 5.80 |
| Franchise Fee 5.00% paid to the City of Myrtle Beach | 0.60 |
| State Sales Tax at 7.00 % | 0.88 |
| **Total Gas Charges** | **$13.42** |

| **Posting Summary** | SERVICE FOR   550 SEABOARD ST | | | |
|---|---|---|---|---|
| | ACCOUNT NUMBER | STATEMENT DATE | AMOUNT DUE | DATE DUE |
| | 1-2100-4940-3837 | 11/17/08 | $48.56 | 12/16/08 |

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

**SCE&G.**
*A SCANA COMPANY*

c

02 FB

C/O FACILITY IQ - MS 1378
CIRCUIT CITY STORE, INC. STORE #3246
SCEG - MC 130
1426 MAIN ST
COLUMBIA SC  29201

PO Box 100255
Columbia, SC 29202-3255

ACCOUNT NUMBER
1-2100-4940-3837

TOTAL AMOUNT DUE
$48.56

DATE DUE
Dec 16 2008

Please enter amount enclosed.
$
Write account number on check and make
payable to SCE&G.



121004940383702000000035141108000004856

| CUSTOMER SERVICE | ACCOUNT NUMBER | Page 2 of 2 |
| --- | --- | --- |
| 1-800-251-7234 | 1-2100-4940-3837 | |
| STATEMENT DATE | DATE DUE | TOTAL AMOUNT DUE |
| Nov 17 2008 | Dec 16 2008 | $48.56 |

**Payment Options**

**By Mail:** Pay by check or money order in the enclosed envelope.
**Online:** Visit sceg.com to pay directly from your bank account or credit card.
**By Phone:** Call 1-800-450-9160, toll-free, 24 hours a day to pay using your credit card, debit card or directly from your bank account. There is a fee of $3.50 per transaction that BillMatrix receives for providing this service. Additional limitations may apply.
**Business Office:** Visit an SCE&G business office located near you to pay in person.  This is a free service.

*MYRTLE BEACH OFFICE, 890 SHINE AVE, MYRTLE BEACH SC 29577*

**Authorized Payment Agencies:**
Visit an authorized payment location near you to pay in person.  There is no fee associated with service at an authorized payment location.

*LEROY'S APPLIANCE & FURNITURE, 1102 3RD AVE, CONWAY SC 29526*

**Unauthorized Payment Agencies:**
Additional payment centers may exist in your area that are not SCE&G authorized payment locations.  While these unauthorized locations may accept your SCE&G payment, they will charge a fee for doing so, and your payment will be delayed in reaching SCE&G.

**Thank you for being our customer.**  This is your final bill with us.  Please contact your SCE&G office if we can help in meeting any of your future energy needs.

**Electronic check conversion.**  When you mail in a check as payment, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.  When an electronic fund transfer is made, funds may be withdrawn from your account on the day we receive your payment, and you will not receive your check back from your bank.  If you do not wish to have your check converted into an electronic debit or if you have any questions about electronic check conversion, please contact SCE&G at 1-800-251-7234.

| SERVICE FOR | ACCOUNT NUMBER | Page 1 of 2 |
|---|---|---|
| CIRCUIT CITY<br>1501 N HIGHWAY 17 UNIT A<br>MOUNT PLEASANT SC  29464-3342 | 1-2100-7601-3075 | |
| | DATE DUE | TOTAL AMOUNT DUE |
| | Dec 16 2008 | $3,990.69 |

**BUSINESS CUSTOMER SERVICE**
**24 HOURS A DAY**
1-800-251-7234, toll-free

**EMERGENCY SERVICE - 24 HOURS A DAY**
Gas leaks, downed lines or power outages

1-888-333-4465, toll-free

**STATEMENT DATE**
Nov 17 2008

## *FINAL BILL*

### *ACCOUNT SUMMARY*

| | |
|---|---|
| Previous Bill Amount | $4,142.31 |
| Payment Received   No payments received | -0.00 |
| *Previous Amount* | *$4,142.31* |
| Current Charges | -151.62 |
| **Total Amount Due** | **$3,990.69** |

*A late payment charge of 1.5% may be added to any balance remaining 25 days after billing.*

### *SUMMARY OF CURRENT CHARGES*

| | |
|---|---|
| Other Charges & Credits | -151.62 |
| *Total Current Charges* | *-$151.62* |

### *CURRENT CHARGES*

**Electric Charges**

RATE PLAN
009 - General Service

| METER NO. | BILLING PERIOD | DAYS | CURRENT | PREVIOUS | CONSTANT | KWH | KW | KVA |
|---|---|---|---|---|---|---|---|---|
| 000955947 | 11/10/08-11/10/08 | 0 | 8210 | 8210 | 80 | 0 | 698 | 0 |

| | |
|---|---|
| **Total Electric Charges** | **$0.00** |

| Posting<br>Summary | SERVICE FOR    1501 N HIGHWAY 17 UNIT A | | | |
|---|---|---|---|---|
| | ACCOUNT NUMBER | STATEMENT DATE | AMOUNT DUE | DATE DUE |
| | 1-2100-7601-3075 | 11/17/08 | $3,990.69 | 12/16/08 |

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

**SCE&G.**
A SCANA COMPANY

C
A

10  FB

0000010

C/O ADVANTAGE IQ
CIRCUIT CITY
SCEG - MC 130
1426 MAIN ST
COLUMBIA SC  29201

PO Box 100255
Columbia, SC 29202-3255

ACCOUNT NUMBER
1-2100-7601-3075

TOTAL AMOUNT DUE
$3,990.69

DATE DUE
Dec 16 2008

Please enter amount enclosed.

$

Write account number on check and make
payable to SCE&G.



1210076013075080000039906911080000399069

| CUSTOMER SERVICE | ACCOUNT NUMBER | Page 2 of 2 |
|---|---|---|
| 1-800-251-7234 | 1-2100-7601-3075 | |
| STATEMENT DATE | DATE DUE | TOTAL AMOUNT DUE |
| Nov 17 2008 | Dec 16 2008 | $3,990.69 |

## Payment Options

**By Mail:** Pay by check or money order in the enclosed envelope.

**Online:** Visit sceg.com to pay directly from your bank account or credit card.
**By Phone:** Call 1-800-450-9160, toll-free, 24 hours a day to pay using your credit card, debit card or directly from your bank account. There is a fee of $3.50 per transaction that BillMatrix receives for providing this service. Additional limitations may apply.
**Business Office:** Visit an SCE&G business office located near you to pay in person.  This is a free service.

*MT PLEASANT OFFICE, 1277 CHUCK DAWLEY BLVD, MT PLEASANT SC 29464*

**Unauthorized Payment Agencies:** Additional payment centers may exist in your area that are not SCE&G authorized payment locations.  While these unauthorized locations may accept your SCE&G payment, they will charge a fee for doing so, and your payment will be delayed in reaching SCE&G.

## Gas Charges

**RATE PLAN**
031 - Firm General Gas Service

**METER NUMBER**
001066814

| BILLING PERIOD | DAYS | CURRENT | | PREVIOUS | P-COMP | | USAGE(CCF) | | BTU FACTOR | THERMS |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/10/08 - 11/10/08 | 0 | (873 | - | 873) | X 1.13374 | = 0 | X | 0.0000 | | = 0 |

**Total Gas Charges** $0.00

## Other Charges & Credits

| | |
|---|---|
| Adjustment for Prior Months | -151.62 |

**Total Other Charges & Credits** -$151.62

**Thank you for being our customer.**  This is your final bill with us.  Please contact your SCE&G office if we can help in meeting any of your future energy needs.

**Electronic check conversion.**  When you mail in a check as payment, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.  When an electronic fund transfer is made, funds may be withdrawn from your account on the day we receive your payment, and you will not receive your check back from your bank.  If you do not wish to have your check converted into an electronic debit or if you have any questions about electronic check conversion, please contact SCE&G at 1-800-251-7234.

SERVICE FOR

CIRCUIT CITY
1501 N HIGHWAY 17 UNIT A
MOUNT PLEASANT SC 29464-3342

| ACCOUNT NUMBER | Page 1 of 3 |
|---|---|
| 1-2100-7601-3075 | |
| DATE DUE | AMOUNT DUE |
| Dec 5 2008 | $4,142.31 |

**BUSINESS CUSTOMER SERVICE**
**24 HOURS A DAY**
1-800-251-7234, toll-free

**EMERGENCY SERVICE - 24 HOURS A DAY**
*Gas leaks, downed lines or power outages*
1-888-333-4465, toll-free

**STATEMENT DATE**
Nov 14 2008

## ACCOUNT SUMMARY

| | |
|---|---|
| Previous Bill Amount | $ 4,346.19 |
| Payment Received    11/03/08 THANK YOU | -4,346.19 |
| Current Charges | +4142.31 |
| **Amount Due on 12/5/08** | **$4,142.31** |

*A late payment charge of 1.5% may be added to any balance remaining 25 days after billing.*
*Any remaining balance after 5:00 PM on 12/16/08 is subject to late payment charges.*

## SUMMARY OF CURRENT CHARGES

| | |
|---|---|
| Electric Charges | $4,032.83 |
| Gas Charges | 109.48 |
| *Total Current Charges* | *$4,142.31* |

 **A Reminder from SCE&G**
Winter storms are rare in South Carolina.  However, when they happen, the
accumulation of snow and ice on gas equipment and vents can potentially cause
operational problems such as carbon monoxide in appliances.  We at SCE&G simply
want to remind customers that in those unusual circumstances when we do
experience severe winter weather, excess snow and ice should be carefully cleared
from around equipment and appliance vents with a broom instead of a shovel.  And
remember, SCE&G is always one call away at  **1-800-815-0083** - 24 hours-a-day.  If
you ever smell gas in your home, leave your residence and call us.  You can also call
us at that same number if you suspect your appliances aren't operating properly.

**Electric Usage History** - *kWh*



| | Nov 07 | Nov 08 |
|---|---|---|
| kWh used | 39760 | 36560 |
| Avg regional temp | 64 | 60 |
| Days in billing period | 29 | 28 |
| Cost | $3,931.11 | $3,751.47 |

**Gas Usage History** - *Therms*



| | Nov 07 | Nov 08 |
|---|---|---|
| Therms used | 54 | 72 |
| Avg regional temp | 64 | 60 |
| Days in billing period | 29 | 28 |
| Cost | $106.70 | $101.84 |

For a complete set of tools to analyze your usage, log
onto sceg.com.

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

| Posting Summary | SERVICE FOR    1501 N HIGHWAY 17 UNIT A | | | |
|---|---|---|---|---|
| | ACCOUNT NUMBER | STATEMENT DATE | AMOUNT DUE | DATE DUE |
| | 1-2100-7601-3075 | 11/14/08 | $4,142.31 | 12/5/08 |

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

**SCE&G.**
*A SCANA COMPANY*

C

10  RG

C/O ADVANTAGE IQ
CIRCUIT CITY
PO BOX 2440
SPOKANE WA  99210-2440

PO Box 100255
Columbia, SC 29202-3255

ACCOUNT NUMBER

1-2100-7601-3075

DATE DUE

Dec 5 2008

AMOUNT DUE

$4,142.31

Please enter amount enclosed.

$

Write account number on check and make
payable to SCE&G.



121007601307508000000000001108000414231

| CUSTOMER SERVICE | ACCOUNT NUMBER | Page 2 of 3 |
|---|---|---|
| 1-800-251-7234 | 1-2100-7601-3075 | |
| STATEMENT DATE | DATE DUE | AMOUNT DUE |
| Nov 14 2008 | Dec 5 2008 | $4,142.31 |

**Payment Options**

**By Mail:** Pay by check or money order in the enclosed envelope.
**Online:** Visit sceg.com to pay directly from your bank account or credit card.
**By Phone:** Call 1-800-450-9160, toll-free, 24 hours a day to pay using your credit card, debit card or directly from your bank account. There is a fee of $3.50 per transaction that BillMatrix receives for providing this service. Additional limitations may apply.
**Business Office:** Visit an SCE&G business office located near you to pay in person.  This is a free service.

*MT PLEASANT OFFICE, 1277 CHUCK DAWLEY BLVD, MT PLEASANT SC 29464*

**Unauthorized Payment Agencies:** Additional payment centers may exist in your area that are not SCE&G authorized payment locations. While these unauthorized locations may accept your SCE&G payment, they will charge a fee for doing so, and your payment will be delayed in reaching SCE&G.

## CURRENT CHARGES

### Electric Charges

**RATE PLAN**
009 - General Service

**METER READING**
Electric Meter read on 11/11/08 at 02:28 pm
(Next scheduled read date 12/12/08)

| METER NO. | BILLING PERIOD | DAYS | CURRENT | PREVIOUS | CONSTANT | KWH | KW | KVA |
|---|---|---|---|---|---|---|---|---|
| 000955947 | 10/14/08-11/11/08 | 28 | 8227 | 7770 | 80 | 36,560 | 111 | 114 |

| | |
|---|---|
| Basic Facilities Charge | 16.50 |
| First 3000 kWh X $ 0.10556 | 316.68 |
| Next 33560 kWh X $ 0.09860 | 3,309.02 |
| Franchise Fee 3.00% paid to the Town of Mount Pleasant | 109.27 |
| State Sales Tax at 7.50 % | 281.36 |
| **Total Electric Charges** | **$4,032.83** |

### Gas Charges

**RATE PLAN**
031 - Firm General Gas Service

**METER READING**
Gas Meter read on 11/11/08 at 02:26 pm
(Next scheduled read date 12/12/08)

**METER NUMBER**
001066814

| BILLING PERIOD | DAYS | CURRENT | PREVIOUS | P-COMP | USAGE(CCF) | BTU FACTOR | THERMS |
|---|---|---|---|---|---|---|---|
| 10/14/08 - 11/11/08 | 28 | (876 | - 814) | X 1.13374 | = 70 | X 1.0350 | = 72 |

| | |
|---|---|
| Basic Facilities Charge | 18.42 |
| Base - First 72 Therms X ($ 1.25402 - $ .13661 WNA) | 80.45 |
| Franchise Fee 3.00% paid to the Town of Mount Pleasant | 2.97 |
| State Sales Tax at 7.50 % | 7.64 |
| **Total Gas Charges** | **$109.48** |

**Payment experience reported to credit agencies.** SCE&G reports payment experience of our commercial customers to Dun & Bradstreet and other similar agencies.

| CUSTOMER SERVICE | ACCOUNT NUMBER | Page 3 of 3 |
|---|---|---|
| 1-800-251-7234 | 1-2100-7601-3075 | |
| STATEMENT DATE | DATE DUE | AMOUNT DUE |
| Nov 14 2008 | Dec 5 2008 | $4,142.31 |

**Electronic check conversion.** When you mail in a check as payment, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When an electronic fund transfer is made, funds may be withdrawn from your account on the day we receive your payment, and you will not receive your check back from your bank. If you do not wish to have your check converted into an electronic debit or if you have any questions about electronic check conversion, please contact SCE&G at 1-800-251-7234.

# Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DECLARATION OF MICHELLE BRABHAM

I, Michelle Brabham, declare and state as follows:

1.      My name is Michelle Brabham.  I am over the age of 18 and competent to testify and make this Declaration.  I am a Bankruptcy Analyst in the legal department of SCANA Services, Inc., a corporate affiliate and agent of South Carolina Electric & Gas Company ("SCE&G"), a creditor in the bankruptcy cases of the above-captioned Debtors.

2.      Through my role as Bankruptcy Analyst, I am familiar with the business records of SCE&G with respect to the Debtors, which were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters as a part of SCE&G's regularly conducted activities.  I submit this Declaration in support of the *Response of South Carolina Electric & Gas Company to Liquidating Trust's Thirty-First Omnibus Objection to Claims* (the "Response") filed contemporaneously herewith.

3.      As of the Petition Date,[1] SCE&G did not hold any deposit with respect to any utility account of the Debtors, and therefore there is no prepetition deposit that could be offset against SCE&G's prepetition Claim.

---

[1] Capitalized terms not otherwise defined shall have the meaning set forth in the Response.

4.    Following the Petition Date, SCE&G received a deposit from the Debtors as adequate assurance of payment for postpetition utility service pursuant to § 366 of the Bankruptcy Code.  This postpetition adequate assurance deposit has been applied solely to the Debtors' outstanding postpetition invoices and, where the outstanding postpetiton invoices were less than the remaining adequate assurance deposit at the time the accounts were closed (creating a credit balance), the deposit was refunded to the Debtors or, where a refund was not possible, escheated to the State of South Carolina as provided under applicable state law.

5.    To the extent that the Debtors made any overpayment on any postpetition invoices, such overpayment was applied solely to other postpetition invoices or, where there was a net credit balance on the Debtors' accounts at the time the accounts were closed, such credit balance was refunded to the Debtors or, where a refund was not possible, escheated to the State of South Carolina as provided under applicable state law.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated:  May 3, 2012


Michelle Brabham