IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Richmond Division*

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CIRCUIT CITY STORES INC., <u>et</u> <u>al</u>. | ) | CHAPTER 11 |
| | ) | |
| | ) | Case No. 08-35653-KRH |
| **Debtors.** | ) | (Joint Administration) |
| | ) | |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Rhysa Griffith South, *Counsel for Henrico County* hereby withdraws her notice of appearance on behalf of Henrico County, Virginia, a creditor participating in this action, and respectfully requests the Court to remove Henrico County from any and all service lists.

Dated: May 3, 2012

Respectfully Submitted,

**County of Henrico, Virginia**
By:<u>/s/ Rhysa Griffith South</u>
Rhysa Griffith South (VSB #25944)
Assistant Henrico County Attorney
Office of the County Attorney
County of Henrico
P.O. Box 90775
Henrico, Virginia 23273-0775
Telephone: (804) 501-5091
Facsimile: (804) 501-4140

---

Rhysa Griffith South, VSB 25944
Office of the County Attorney
P. O. Box 90775
Henrico, Virginia 23273-0775
Phone: (804) 501-5091
*Counsel for Henrico County, Virginia*

## CERTIFICATE OF SERVICE

I hereby certify on this 3rd day of May, 2012, that the foregoing *Notice of Withdrawal of Notice of Appearance* is to be served by electronic means to all registered ECF users in this case via the Court's CM/ECF filing system.

/s/ Rhysa Griffith South
Rhysa Griffith South (VSB #25944)