# EXHIBIT A

Financial Activity Statements for Post-Petition Accounts

(Attached)

```
KILDB79-01                          NIPSCO & CS,C2,VE,NL,RE,BR,NO,ST,CN,ES                    PAGE:    1
CUSTOMER INFORMATION SYSTEM                      FINANCIAL ACTIVITY
                                                  APRIL 19, 2012                    PRINTED: 04/19/2012 14:55:53

CUSTOMER ACCOUNT NUMBER : 148-294-007    NAME : CIRCUIT CITY STORES INC
                          (Post.Pet)

   DATE                          ACTIVITY                                              AMOUNT       BALANCE

03/09/2009    TRANSFER TO CA - 511-294-000 - Transfer - TRS                            385.00          0.00
01/30/2009    PAYMENT - MULTIPLE - CENTRAL CASH                                     -2,995.67       -385.00
01/29/2009    PAYMENT - MULTIPLE - CENTRAL CASH                                       -265.34      2,610.67
01/26/2009    PAYMENT - MULTIPLE - CENTRAL CASH                                       -693.36      2,876.01
01/14/2009    PAYMENT - CHECK - CENTRAL CASH                                          -385.00      3,569.37

01/06/2009    CUSTOMER ACCOUNT STATEMENT DUE - 01/24/2009                                0.00      3,954.37
01/06/2009    TOTAL TAX CHARGES                                                         45.36
01/06/2009    SA BILLING 653-045-001 - NIPSCO - 03 GAS UTILITY                         648.00

12/29/2008    CUSTOMER ACCOUNT STATEMENT DUE - 01/16/2009                                0.00      3,261.01
12/29/2008    TOTAL TAX CHARGES                                                        195.48
12/29/2008    SA BILLING 653-045-001 - NIPSCO - 03 GAS UTILITY                       2,792.54
12/29/2008    TOTAL DPC CHARGES                                                          7.65

12/01/2008    CUSTOMER ACCOUNT STATEMENT DUE - 12/19/2008                                0.00        265.34
12/01/2008    TOTAL TAX CHARGES                                                         17.36
12/01/2008    SA BILLING 653-045-001 - NIPSCO - 03 GAS UTILITY                         247.98

                                  ***END OF REPORT KILDB79-01***                  RETENTION 1 YEAR
```

```
KILDB79-01                        NIPSCO & CS,C2,VE,NL,RE,BR,NO,ST,CN,ES                              PAGE:    1
CUSTOMER INFORMATION SYSTEM                      FINANCIAL ACTIVITY                        PRINTED: 04/19/2012 14:55:41
                                                   APRIL 19, 2012

CUSTOMER ACCOUNT NUMBER :  511-294-000         NAME : CIRCUIT CITY STORES INC

      DATE                                              ACTIVITY                                     AMOUNT      BALANCE

10/01/2009   MISC CHARGE CR - Credit Balance Refund - OK TO REFUND PER BKCY DESK - CHECK             1,849.37        0.00
08/31/2009   PAYMENT - CASH - CENTRAL CASH                                                          -4,328.87   -1,849.37
08/31/2009   PAYMENT - CHECK - CENTRAL CASH                                                         -1,051.94
08/31/2009   PAYMENT - CHECK - CENTRAL CASH                                                         -1,074.46
08/31/2009   PAYMENT - CHECK - CENTRAL CASH                                                         -2,126.40
08/31/2009   TRANSFER TO CA - 701-294-009 - Payment Transfer - DEP TO PAY POST PET BILLS             1,074.46
08/31/2009   TRANSFER FROM CA - 733-294-006 - Transfer - FB OWING TO FB CREDIT                       2,276.69

03/19/2009   CUSTOMER ACCOUNT STATEMENT DUE - 04/06/2009                                                 0.00   -9,529.39
03/19/2009   TOTAL TAX CHARGES                                                                          33.95
03/19/2009   SA BILLING 841-891-000 - NIPSCO - 03 GAS UTILITY                                          485.07
03/19/2009   TRANSFER FROM CA - 212-384-006 - Deposit Applied - GENERATED FROM HOST-BILLING        -10,877.00
03/19/2009   TRANSFER FROM CA - 148-294-007 - Transfer - TRS                                          -385.00

03/06/2009   CUSTOMER ACCOUNT STATEMENT DUE - 03/26/2009                                                 0.00    1,213.59
03/06/2009   TOTAL TAX CHARGES                                                                          79.39
03/06/2009   SA BILLING 841-891-000 - NIPSCO - 03 GAS UTILITY                                        1,134.20      828.59
02/23/2009   PAYMENT - CHECK - CENTRAL CASH                                                         -2,126.40        0.00

02/05/2009   CUSTOMER ACCOUNT STATEMENT DUE - 02/23/2009                                                 0.00    2,126.40
02/05/2009   TOTAL TAX CHARGES                                                                         139.11
02/05/2009   SA BILLING 841-891-000 - NIPSCO - 03 GAS UTILITY                                        1,987.29
01/29/2009   PAYMENT - MULTIPLE - CENTRAL CASH                                                        -639.65        0.00
01/26/2009   PAYMENT - MULTIPLE - CENTRAL CASH                                                        -154.46      639.65
01/26/2009   PAYMENT - MULTIPLE - CENTRAL CASH                                                      -1,734.08
01/26/2009   PAYMENT - MULTIPLE - CENTRAL CASH                                                      -1,888.54
01/26/2009   TRANSFER TO CA - 570-781-007 - Payment Transfer - THIS IS UNDER BKCY - DO NOT TR        1,888.54
01/26/2009   TRANSFER TO CA - 570-781-007 - Transfer - REVERSE                                      -154.46
01/26/2009   TRANSFER FROM CA - 570-781-007 - Transfer - TRSF TO ACTIVE ACCT                         154.46
01/22/2009   MISC CHARGE CR - Late Payment Adjustment - INCORRECT MAILING ADDRESS                   -18.14    2,528.19

01/08/2009   CUSTOMER ACCOUNT STATEMENT DUE - 01/26/2009                                                 0.00    2,546.33
01/08/2009   TOTAL TAX CHARGES                                                                         123.55
01/08/2009   SA BILLING 841-891-000 - NIPSCO - 03 GAS UTILITY                                        1,764.99
01/08/2009   TOTAL DPC CHARGES                                                                          18.14

12/05/2008   CUSTOMER ACCOUNT STATEMENT DUE - 12/25/2008                                                 0.00      639.65
12/05/2008   TOTAL TAX CHARGES                                                                          41.85
12/05/2008   SA BILLING 841-891-000 - NIPSCO - 03 GAS UTILITY                                          597.80

                                           ***END OF REPORT KILDB79-01***                             RETENTION 1 YEAR
```

KILDB79-01                        NIPSCO INDUSTRIES                              PAGE:        1
CUSTOMER INFORMATION SYSTEM       FINANCIAL ACTIVITY
                                  APRIL 19, 2012
                                                            PRINTED: 04/19/2012 14:54:38

CUSTOMER ACCOUNT NUMBER    901-294-009    NAME : CIRCUIT CITY STORES INC

| DATE | ACTIVITY | AMOUNT | BALANCE |
|---|---|---|---|
| 09/01/2009 | MISC CHARGE CR - Late Payment Adjustment - OK | -121.79 | 0.00 |
| 08/31/2009 | TOTAL DPC CHARGES | 121.79 | 121.79 |
| 08/31/2009 | PAYMENT - CASH - CENTRAL CASH | -4,328.87 | |
| 03/13/2009 | CUSTOMER ACCOUNT STATEMENT DUE - 04/02/2009 | 0.00 | 4,328.87 |
| 03/13/2009 | TOTAL TAX CHARGES | 283.20 | |
| 03/13/2009 | SA BILLING 202-524-005 - NIPSCO - 01 ELECTRIC UTILITY | 2,967.84 | |
| 03/13/2009 | SA BILLING 614-524-002 - NIPSCO - 03 GAS UTILITY | 1,077.83 | |
| 02/23/2009 | PAYMENT - MULTIPLE - CENTRAL CASH | -13,173.64 | 0.00 |
| 02/12/2009 | CUSTOMER ACCOUNT STATEMENT DUE - 03/02/2009 | 0.00 | 13,173.64 |
| 02/12/2009 | TOTAL TAX CHARGES | 861.82 | |
| 02/12/2009 | SA BILLING 202-524-005 - NIPSCO - 01 ELECTRIC UTILITY | 9,929.90 | |
| 02/12/2009 | SA BILLING 614-524-002 - NIPSCO - 03 GAS UTILITY | 2,381.92 | |
| 01/30/2009 | PAYMENT - MULTIPLE - CENTRAL CASH | -1,878.72 | 0.00 |
| 01/15/2009 | CUSTOMER ACCOUNT STATEMENT DUE - 02/02/2009 | 0.00 | 1,878.72 |
| 01/15/2009 | TOTAL TAX CHARGES | 122.91 | |
| 01/15/2009 | SA BILLING 614-524-002 - NIPSCO - 03 GAS UTILITY | 1,755.81 | |
| 01/09/2009 | PAYMENT - CHECK - CENTRAL CASH | -6,527.73 | 0.00 |
| 12/12/2008 | CUSTOMER ACCOUNT STATEMENT DUE - 01/01/2009 | 0.00 | 6,527.73 |
| 12/12/2008 | TOTAL TAX CHARGES | 427.04 | |
| 12/12/2008 | SA BILLING 202-524-005 - NIPSCO - 01 ELECTRIC UTILITY | 4,906.78 | |
| 12/12/2008 | SA BILLING 614-524-002 - NIPSCO - 03 GAS UTILITY | 1,193.91 | |

Handwritten note: Cash subtracted from $11,294.00? (post pet) from deposit to pay off final Bill

***END OF REPORT KILDB79-01***                                    RETENTION 1 YEAR

```
KILDB79-01                              NIPSCO INDUSTRIES                            PRINTED: 04/20/2012     PAGE:    1
CUSTOMER INFORMATION SYSTEM             FINANCIAL ACTIVITY                                                   11:06:28
                                         APRIL 20, 2012

CUSTOMER ACCOUNT NUMBER : 701-294-009          NAME : CIRCUIT CITY STORE

                                    ACTIVITY

DATE                                                                                    AMOUNT        BALANCE

08/31/2009  PAYMENT - CHECK - CENTRAL CASH                                              -1,074.46        0.00
08/31/2009  TRANSFER TO CA - 733-294-006 - Transfer - FINAL BILL CREDIT                     31.23

04/06/2009  CUSTOMER ACCOUNT STATEMENT DUE - 04/24/2009                                      0.00     1,043.23
04/06/2009  TOTAL TAX CHARGES                                                              139.68
04/06/2009  SA BILLING 701-660-008 - NIPSCO - 01 ELECTRIC UTILITY                        1,995.37
04/06/2009  TOTAL DPC CHARGES                                                              203.33
04/06/2009  TRANSFER FROM CA - 979-294-003 - Deposit Applied - GENERATED FROM HOST-BILLING -8,795.00
03/19/2009  TOTAL TAX CHARGES                                                               17.17     7,499.85
03/19/2009  SA BILLING 701-660-009 - NIPSCO - 03 GAS UTILITY                               245.34

03/12/2009  CUSTOMER ACCOUNT STATEMENT DUE - 03/30/2009                                      0.00     7,237.34
03/12/2009  TOTAL TAX CHARGES                                                              473.47
03/12/2009  SA BILLING 701-660-008 - NIPSCO - 01 ELECTRIC UTILITY                        4,739.42
03/12/2009  SA BILLING 701-660-009 - NIPSCO - 03 GAS UTILITY                             2,024.45
02/23/2009  PAYMENT - MULTIPLE - CENTRAL CASH                                           -8,615.25        0.00

02/11/2009  CUSTOMER ACCOUNT STATEMENT DUE - 03/01/2009                                      0.00     8,615.25
02/11/2009  TOTAL TAX CHARGES                                                              563.62
02/11/2009  SA BILLING 701-660-008 - NIPSCO - 01 ELECTRIC UTILITY                        4,328.68
02/11/2009  SA BILLING 701-660-009 - NIPSCO - 03 GAS UTILITY                             3,722.95
02/05/2009  PAYMENT - CHECK - CENTRAL CASH                                              -8,157.78        0.00
01/28/2009  PAYMENT - MULTIPLE - CENTRAL CASH                                           -3,898.53     8,157.78

01/22/2009  CUSTOMER ACCOUNT STATEMENT DUE - 02/09/2009                                      0.00    12,056.31
01/22/2009  TOTAL TAX CHARGES                                                              533.69
01/22/2009  SA BILLING 701-660-008 - NIPSCO - 01 ELECTRIC UTILITY                        7,624.09

01/14/2009  CUSTOMER ACCOUNT STATEMENT DUE - 02/01/2009                                      0.00     3,898.53
01/14/2009  TOTAL TAX CHARGES                                                              255.04
01/14/2009  SA BILLING 701-660-009 - NIPSCO - 03 GAS UTILITY                             3,643.49
12/29/2008  PAYMENT - CHECK - CENTRAL CASH                                              -7,638.93        0.00

12/11/2008  CUSTOMER ACCOUNT STATEMENT DUE - 12/29/2008                                      0.00     7,638.93
12/11/2008  TOTAL TAX CHARGES                                                              499.74
12/11/2008  SA BILLING 701-660-008 - NIPSCO - 01 ELECTRIC UTILITY                        4,983.01
12/11/2008  SA BILLING 701-660-009 - NIPSCO - 03 GAS UTILITY                             2,156.18

                                 ***END OF REPORT KILDB79-01***                                 RETENTION 1 YEAR
```

```
KILDB79-01                        NIPSCO & CS,C2,VE,NL,RE,BR,NO,ST,CN,ES                    PAGE:    1
CUSTOMER INFORMATION SYSTEM                    FINANCIAL ACTIVITY                   PRINTED: 04/19/2012 14:54:51
                                                APRIL 19, 2012

CUSTOMER ACCOUNT NUMBER          733-294-006        NAME : CIRCUIT CITY STORES INC

DATE                                ACTIVITY                                              AMOUNT      BALANCE

08/31/2009   TOTAL DPC CHARGES                                                              63.15        0.00
08/31/2009   TRANSFER TO CA - 511-294-000 - Transfer - FB OWING TO FB CREDIT            -2,276.69
08/31/2009   TRANSFER FROM CA - 701-294-009 - Transfer - FINAL BILL CREDIT                 -31.23

03/17/2009   CUSTOMER ACCOUNT STATEMENT DUE - 04/04/2009                                     0.00    2,244.77
03/17/2009   TOTAL TAX CHARGES                                                             146.85
03/17/2009   SA BILLING 350-811-002 - NIPSCO - 03 GAS UTILITY                            2,097.92
03/04/2009   PAYMENT - CHECK - CENTRAL CASH                                               -467.52        0.00

02/17/2009   CUSTOMER ACCOUNT STATEMENT DUE - 03/07/2009                                     0.00      467.52
02/17/2009   TOTAL TAX CHARGES                                                              30.61
02/17/2009   SA BILLING 350-811-002 - NIPSCO - 03 GAS UTILITY                              437.22
02/05/2009   PAYMENT - CHECK - CENTRAL CASH                                             -6,906.00
01/28/2009   PAYMENT - MULTIPLE - CENTRAL CASH                                            -111.42       -0.31
01/26/2009   PAYMENT - MULTIPLE - CENTRAL CASH                                          -2,179.11    6,905.69
01/22/2009   MISC CHARGE CR - Late Payment Adjustment - INCORRECT MAILING ADDRESS          -64.13    7,017.11
01/22/2009   MISC CHARGE CR - Late Payment Adjustment - INCORRECT MAILING ADDRESS           -0.31    9,196.22

01/20/2009   CUSTOMER ACCOUNT STATEMENT DUE - 02/07/2009                                     0.00    9,260.66
01/20/2009   TOTAL TAX CHARGES                                                             451.79
01/20/2009   SA BILLING 350-811-002 - NIPSCO - 03 GAS UTILITY                            6,454.21
01/20/2009   TOTAL DPC CHARGES                                                              64.13

12/17/2008   CUSTOMER ACCOUNT STATEMENT DUE - 01/04/2009                                     0.00    2,290.53
12/17/2008   TOTAL TAX CHARGES                                                             149.14
12/17/2008   SA BILLING 350-811-002 - NIPSCO - 03 GAS UTILITY                            2,130.64
12/17/2008   TOTAL DPC CHARGES                                                               0.31
12/05/2008   PAYMENT - CHECK - CENTRAL CASH                                               -100.98       10.44

11/21/2008   CUSTOMER ACCOUNT STATEMENT DUE - 12/11/2008                                     0.00      111.42
11/21/2008   TOTAL TAX CHARGES                                                               7.29
11/21/2008   SA BILLING 350-811-002 - NIPSCO - 03 GAS UTILITY                              104.13

                          ***END OF REPORT KILDB79-01***                            RETENTION 1 YEAR
```