# EXHIBIT B

## Financial Activity Statements for Deposit Accounts

(Attached)

US_ACTIVE-109297372.2

**REDACTED**



Tuesday, Apr 17, 2012  09:31 AM

**REDACTED**



Tuesday, Apr 17, 2012  09:27 AM