# EXHIBIT C

## Refund Check

(Attached)

US_ACTIVE-109297372.2

**REDACTED**

Payables Web Services

Page 1 of 1

Print

Check/Serial#: 3091496   Account#: ▉   Amount: 1,849.37



