8224 Pilgrim Terrace, Richmond, VA 23227

May 3, 2012

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

**RE:** **Claimant – Patricia Scott (current legal name Patricia A. Perry)**
**Claim Number - 8244**
**Filing Date – January 29, 2009**

Dear Court Clerk,

Please accept and process my initial response to the objection filed by the debtor (Circuit City Stores, Inc.) for my creditor's claim filed on January 29, 2009 in the amount of $124,000.00. I will be seeking counsel to further prepare for presenting the response, in advance of the objection hearing scheduled for May 10 at 2:00pm.

Preliminary Responses to the Questions Set Forth in the Objection Procedures:

A) United States Bankruptcy Court
   Debtor – Circuit City Stores, Inc.
   Case Number – 8244
   Title of Objection – Scott, Patricia
B) Claimant's Name – Patricia Scott
   Explanation for amount of the Claim – equivalent of one year's salary
C) Concise Statement – Bankruptcy Court should overrule the Objection due to the inequitable and inconsistent treatment evidenced during the employment separation process
D) Documentation – original employment severance document, proposed revised employment severance document, attorney communication to/with Circuit City Stores, Inc., lack of response from Circuit City Stores, Inc.
E) Declaration of Persons with Knowledge of the Facts:
   a. Patricia Scott (claimant)
   b. Harris Butler, III (employment attorney with knowledge of the situation / circumstances)
      Butler Royals PLC
      100 Shockoe Slip, 4th Floor
      Richmond, VA 23219
      804-648-4848
      harris.butler@butlerroyals.com
   c. Laraine Warner, EdD (claimant's former manager at Circuit City Stores, Inc.)
      804-754-7271

8224 Pilgrim Terrace, Richmond, VA 23227

**F)** Claimant's Contact Information

Patricia Scott (current legal name is Patricia A. Perry)

8224 Pilgrim Terrace

Richmond, VA 23227

804-539-5954

Perry1319@aol.com

**G)** *Person Authorized to Reconcile on Claimant's Behalf*

Massie Law Firm

102 E. Cary Street

Richmond, Virginia 23219

804-644-4878

jmassie@massielawfirm.com

Thank you for the time and consideration given in this matter.

Sincerely,

Patricia A. Perry
(formerly Patricia Scott)

Copy:  Lynn L. Tavenner, Esq. (VA Bar No. 30083)
       Jeffrey N. Pomerantz, Esq..