
EXHIBIT A

| Entergy Entity | Name & Store | Store # | Location | City | Pre - Acct# | Pre-Ptn Debt | Surety Claim paid | Net after bond payment |
|---|---|---|---|---|---|---|---|---|
| ELI | Circuit City | 3506 | 4945 Lapalco Blvd | Harvey | 29028735 | $ 10,279.41 | $ 10,279.41 | $ - |
| ELI | Circuit City | 4308 | 901 Manhattan Blvd Ste B | Harvey | 70120852 | $ 6,777.89 | $ - | $ 6,777.89 |
| ELI | Circuit City | 3507 | 2421 Veterans Memorial Blvd | Kenner | 29043130 | $ 11,530.46 | $ 11,530.46 | $ - |
| ELI | Circuit City | | 3301 Veterans Blvd Ste 77 | Metairie | 29043346 | $ - | $ - | $ - |
| ELI | Circuit City | | 100 River Bend Dr | Saint Rose | 28855898 | $ - | $ - | $ - |
| ELI | Circuit City | 4135 | 3780 Veterans Memorial Blvd | Metairie | 63603062 | $ 6,871.69 | $ - | $ 6,871.69 |
| Entergy Louisiana LLC | | | | | | $ 35,459.45 | $ 21,809.87 | $ 13,649.58 |
| EAI | Circuit City | 4505 | 109 Markham Park Dr | Little Rock | 77706955 | $ 4,505.98 | $ - | $ 4,505.98 |
| Entergy Arkansas Inc | | | | | | | | |
| EMI | Circuit City | 3521 | 1045 E County Line Rd | Jackson | 17761719 | $ 8,148.94 | $ 8,148.94 | $ - |
| EMI | Circuit City | 3589 | 6680 Southcrest | Southaven | 49548639 | $ - | $ - | $ - |
| Entergy Mississippi Inc | | | | | | $ 8,148.94 | $ 8,148.94 | $ - |
| EGSL | Circuit City | 3274 | 2990 E Prien Lake Rd | Lake Charles | 35556224 | $ 6,663.64 | $ 6,663.64 | $ - |
| EGSL | Circuit City | 3511 | 8640 Airline Hwy | Baton Rouge | 35353788 | $ 7,893.08 | $ 7,898.14 | $ (5.06) |

| | | | Address | City | Account # | | | | |
|---|---|---|---|---|---|---|---|---|---|
| EGSL | Circuit City | 4246 | 9300 Mall of LA, STE 120 Elect | Baton Rouge | 73875999 | $ 5,243.32 | $ - | $ 5,243.32 |
| EGSL | Circuit City | 4246 | 9300 Mall of LA, STE 120 Gas | Baton Rouge | 75458927 | $ - | $ - | $ - |
| Entergy Gulf States LLC | | | | | | $ 19,800.04 | $ 14,561.78 | $ 5,238.26 |
| ETI | Circuit City | 3854 | 6115 Eastex Fwy | Beaumont | 3312042 | $ 9,510.72 | $ - | $ 9,510.72 |
| ETI | Circuit City | 3517 | 6490 Eastex Fwy | Beaumont | 878656 | $ 11,193.47 | $ 9,300.00 | $ 1,893.47 |
| ETI | Circuit City | 3253 | 1455 Lake Woodlands Dr | The Woodlands | 1318796 | $ 12,600.01 | $ - | $ 12,600.01 |
| ETI | Circuit City | 4249 | 8725 Memorial Blvd | Port Arthur | 3266345 | $ 5,082.98 | $ - | $ 5,082.98 |
| Entergy Texas Inc | | | | | | $ 38,387.18 | $ 9,300.00 | $ 29,087.18 |
| | | | | | Combined | $ 106,301.59 | $ 53,820.59 | $ 52,481.00 |