Cicuit City's Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

Entergy Mississippi Inc
Mail Unit L JEF 359
PO Box 6008
New Orleans, LA 70174-6008

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against Circuit City Stores, Inc.,
case no 08-35653 was received on 1/27/2009
and assigned claim number 6506

For more information, please visit www.kccllc.net/circuitcity
(866) 381-9100.   ll..ll..,..ll..l..ll..l..ll.,l..l..ll.,l.,l.l

FEB 10 2009



Circuit City's Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

**PROOF OF CLAIM CONFIRMATION**

Your proof of claim filed against Circuit City Stores, Inc., case no 08-35653 was received on 1/27/2009 and assigned claim number 6082

Entergy Louisiana LLC
Mail Unit L JEF 359
PO Box 6008
New Orleans, LA 70174-6008

For more information, please visit www.kccllc.net/circuitcity or call (866) 381-9100.

FEB 10 2009

Circuit City's Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

Entergy Arkansas Inc
Mail Unit L JEF 359
PO Box 6008
New Orleans, LA 70174-6008

FEB 10 2009

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against Circuit City Stores, Inc., case no **08-35653** was received on **1/27/2009** and assigned claim number **6083**

For more information, please visit www.kccllc.net/circuitcity or call (866) 381-9100.

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

Circuit City's Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against Circuit City Stores, Inc., case no 08-35653 was received on 1/27/2009 and assigned claim number 6085

For more information, please visit www.kccllc.net/circuitcity or call (866) 381-9100.

Entergy Gulf States LA LLC
Mail Unit L JEF 359
PO Box 6008
New Orleans, LA 70174-6008

FEB 1 0 2009

Circuit City's Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

Entergy Texas Inc
Mail Unit L JEF 359
PO Box 6008
New Orleans, LA 70174-6008

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against Circuit City Stores, Inc.,
case no 08-35653 was received on 1/27/2009
and assigned claim number 6086

FEB 1 0 2009

For more information, please visit www.kccllc.net/circuitcity or call
(866) 381-9100.