## Circuit City Deposit Analysis

| Account Name | Pre-Petition Account Number | Service Address | Pre-Petition Balances as of 5-3-12 |
|---|---|---|---|
| CIRCUIT CITY STORE #3738 | 0934640-9996-4 | 465 BERLIN CROSSKEYS RD, SICKLERVILLE,NJ | $9,826.19 |
| CIRCUIT CITY STORE #3738 | 0934640-9997-2 | 2148 N SECOND ST, MILLVILLE, NJ | $6,879.61 |
| CIRCUIT CITY STORE #3738 | 0934640-9998-0 | 4215 BLACK HORSE PIKE, MAYS LANDING, NJ | $6,489.10 |
| CIRCUIT CITY STORES INC | 2255871-9999-6 | 2640 N SALISBURY BLVD, SALISBURY, MD | $6,832.25 |
| CIRCUIT CITY STORES INC | 2557273-9998-2 (G) | 4130 CONCORD PIKE, WILMINGTON, DE | $2,188.94 |
| CIRCUIT CITY STORES INC | 2557273-9999-0 (E) | 4130 CONCORD PIKE, WILMINGTON, DE | $10,588.98 |
| CIRCUIT CITY STORES INC | 2663311-9999-9 | 700 CENTER BLVD, NEWARK, DE | $6,826.25 |
| | | Totals: | **$49,631.32** |

Ch: 11
Filed: 11/10/08, Richmond (VAE)
Case # : 08-35653

```
V/ARHST              ICS VIEW ACCOUNTS RECEIVABLE HISTO - AELDC      05/03/12 14:59:13
COMMAND:                                                                     LEVEL A
                                                                             OCA148
                                                                       PAGE  1 OF   4
0934640-9996-4   CIRCUIT CITY STORE #3738-NC          ACCT STA: CO     TYPE: M
                 465 BERLIN CROSSKEYS RD
                 SICKLERVILLE            NJ
ACTION==> _ (A=ADJUST   V=VIEW)
SUPPLIER  ATLANTIC CITY ELECTRIC (N    PAYMENT RATING E 000 000 000 000
SERVICE TYPE: ELECTRIC              RATE SCHEDULE: AGSSECOND    N/E OFFER: N
S/R 26/AGS RATE CODE:               SIC 500       LLN LLNO      PHASE IN: N
LAST MO BILLED 10/08                BILL CLOSING DATE 11/11/08
ASSOC ACCT:         BALANCE:         0.00    PHASE IN BAL:       0.00
  TRANS   BILL
  DATE    MONTH  DESCRIPTION            TRANS AMOUNT         BALANCE
---------------------------------------------------------------------
 01/16/09        A/R CREDIT CHARGE-OFF      9,826.19-          0.00
 12/04/08        A/R DEBIT TRANSFER         2,654.82       9,826.19
 11/11/08  OCT   DISTRIBUTION CHARGES           0.00       7,171.37
 10/28/08  OCT   DISTRIBUTION CHARGES       7,171.37       7,171.37
 10/15/08        PAYMENT                    9,677.79-          0.00
 09/25/08  SEP   DISTRIBUTION CHARGES       9,677.79       9,677.79
 09/15/08        PAYMENT                    9,174.55-          0.00
 08/26/08  AUG   DISTRIBUTION CHARGES       9,174.55       9,174.55
 08/18/08        PAYMENT                   11,262.60-          0.00
 07/28/08  JUL   DISTRIBUTION CHARGES      11,262.60      11,262.60
 07/16/08        PAYMENT                   10,067.52-          0.00
 06/26/08  JUN   DISTRIBUTION CHARGES      10,067.52      10,067.52
 06/17/08        PAYMENT                    7,759.72-          0.00

PF KEYS: PF13=HELP PF14=REMARKS PF15=ADJ/VIEW PF19=PRIOR PF20=NEXT PF21=CANCEL
```

```
V/ARHST           ICS VIEW ACCOUNTS RECEIVABLE HISTO - AELDC      05/03/12 14:59:26
COMMAND:                                                                    LEVEL A
                                                                            OCA148
                                                                       PAGE  1 OF  5
0934640-9997-2   CIRCUIT CITY STORE #3738-NC         ACCT STA: CO     TYPE: M
                 2148 N SECOND ST
                 MILLVILLE              NJ
ACTION==> _  (A=ADJUST    V=VIEW)
SUPPLIER  ATLANTIC CITY ELECTRIC (N     PAYMENT RATING E 000 000 000 000
SERVICE TYPE: ELECTRIC              RATE SCHEDULE: AGSSECOND    N/E OFFER: N
S/R 21/AGS RATE CODE:               SIC 500      LLN LLNO       PHASE IN: N
LAST MO BILLED 11/08                BILL CLOSING DATE 11/11/08
ASSOC ACCT:          BALANCE:             0.00  PHASE IN BAL:         0.00
  TRANS    BILL
  DATE    MONTH    DESCRIPTION            TRANS AMOUNT        BALANCE
 ------------------------------------------------------------------------
 02/20/09         A/R CREDIT CHARGE-OFF        6,879.61-          0.00
 12/29/08         A/R DEBIT TRANSFER             854.50       6,879.61
 11/11/08  NOV   DISTRIBUTION CHARGES            0.00        6,025.11
 11/05/08  NOV   DISTRIBUTION CHARGES         6,025.11       6,025.11
 10/27/08         PAYMENT                      7,395.63-          0.00
 10/07/08  OCT   DISTRIBUTION CHARGES         7,395.63       7,395.63
 09/29/08         PAYMENT                      8,528.29-          0.00
 09/05/08  SEP   DISTRIBUTION CHARGES         8,528.29       8,528.29
 08/26/08         PAYMENT                     10,408.01-          0.00
 08/06/08  AUG   DISTRIBUTION CHARGES         9,721.35      10,408.01
 07/29/08         FOSSIL CREDIT A(JUN 08)        686.66         686.66
 07/28/08         PAYMENT                     10,236.39-          0.00
 07/08/08  JUL   DISTRIBUTION CHARGES        10,236.39      10,236.39

PF KEYS: PF13=HELP PF14=REMARKS PF15=ADJ/VIEW PF19=PRIOR PF20=NEXT PF21=CANCEL
```

```
V/ARHST            ICS VIEW ACCOUNTS RECEIVABLE HISTO - AELDC      05/03/12 14:59:32
COMMAND:                                                                    LEVEL A
                                                                            OCA148
                                                                     PAGE  1 OF  7
0934640-9998-0   CIRCUIT CITY STORE #3738-NC          ACCT STA: CO    TYPE: M
                 4215 BLACK HORSE PIKE
                 MAYS LANDING              NJ
ACTION==> _ (A=ADJUST    V=VIEW)
SUPPLIER  ATLANTIC CITY ELECTRIC   (N      PAYMENT RATING E 000 000 000 000
SERVICE TYPE: ELECTRIC              RATE SCHEDULE: AGSSECOND    N/E OFFER: N
S/R 21/AGS RATE CODE:               SIC 740       LLN LLNO      PHASE IN: N
LAST MO BILLED 11/08                BILL CLOSING DATE 11/11/08
ASSOC ACCT:         BALANCE:             0.00   PHASE IN BAL:         0.00
  TRANS    BILL
  DATE     MONTH    DESCRIPTION            TRANS AMOUNT          BALANCE
 ------------------------------------------------------------------------
  02/20/09          A/R CREDIT CHARGE-OFF      6,489.10-            0.00
  11/11/08  NOV DISTRIBUTION CHARGES              0.00          6,489.10
  11/10/08  NOV DISTRIBUTION CHARGES          6,489.10          6,489.10
  11/03/08          PAYMENT                   8,499.38-             0.00
  10/10/08  OCT DISTRIBUTION CHARGES          8,499.38          8,499.38
  09/30/08          PAYMENT                  10,532.02-             0.00
  09/10/08  SEP DISTRIBUTION CHARGES         10,532.02         10,532.02
  09/02/08          PAYMENT                  11,937.09-             0.00
  08/11/08  AUG DISTRIBUTION CHARGES         11,937.09         11,937.09
  08/04/08          PAYMENT                  11,782.93-             0.00
  07/11/08  JUL DISTRIBUTION CHARGES         11,782.93         11,782.93
  07/01/08          PAYMENT                   9,157.45-             0.00
  06/11/08  JUN DISTRIBUTION CHARGES          9,157.45          9,157.45

PF KEYS: PF13=HELP PF14=REMARKS PF15=ADJ/VIEW PF19=PRIOR PF20=NEXT PF21=CANCEL
```

```
V/ARHST              ICS VIEW ACCOUNTS RECEIVABLE HISTO - DPLDC          05/03/12 14:59:53
COMMAND:                                                                         LEVEL A
                                                                          OCA148
                                                                         PAGE   1 OF   5
2255871-9999-6   CIRCUIT CITY STORES INC-NC           ACCT STA: CO       TYPE: M
2803-23-6920-    2640 N SALISBURY BLVD
                 SALISBURY                MD
ACTION==> _ (A=ADJUST    V=VIEW)
SUPPLIER   DELMARVA POWER (MD)              PAYMENT RATING  P 000 000 000 000
SERVICE TYPE: ELECTRIC             RATE SCHEDULE: USG2BASIC       N/E OFFER: N
S/R 20/SG2 RATE CODE: 51           SIC 573100    LLN LLNO         PHASE IN: N
LAST MO BILLED 10/08               BILL CLOSING DATE 11/11/08
ASSOC ACCT:        BALANCE:             0.00   PHASE IN BAL:          0.00
   TRANS   BILL
   DATE    MONTH   DESCRIPTION             TRANS AMOUNT         BALANCE
----------------------------------------------------------------------------
  04/17/09         A/R CREDIT CHARGE-OFF        6,832.25-           0.00
  11/21/08         A/R DEBIT TRANSFER           6,832.25        6,832.25
  11/11/08  OCT    DISTRIBUTION CHARGES             0.00            0.00
  11/05/08         PAYMENT                      9,948.20-           0.00
  10/16/08  OCT    DISTRIBUTION CHARGES         9,948.20        9,948.20
  10/06/08         PAYMENT                     13,064.53-           0.00
  09/16/08  SEP    DISTRIBUTION CHARGES        13,064.53       13,064.53
  09/08/08         PAYMENT                     15,065.07-           0.00
  08/15/08  AUG    DISTRIBUTION CHARGES        15,065.07       15,065.07
  08/11/08         PAYMENT                     13,635.34-           0.00
  07/18/08  JUL    DISTRIBUTION CHARGES        13,635.34       13,635.34
  07/11/08         PAYMENT                     11,594.19-           0.00
  06/18/08  JUN    DISTRIBUTION CHARGES        11,594.19       11,594.19

PF KEYS: PF13=HELP PF14=REMARKS PF15=ADJ/VIEW PF19=PRIOR PF20=NEXT PF21=CANCEL
```

```
V/ARHST            ICS VIEW ACCOUNTS RECEIVABLE HISTO - DPLDC        05/03/12 15:00:02
COMMAND:                                                                       LEVEL A
                                                                               OCA148
                                                                         PAGE   1 OF  5
2557273-9998-2   CIRCUIT CITY STORES INC-NC              ACCT STA: CO     TYPE: M
4060-46-2270-    4130 CONCORD PIKE
                 WILMINGTON              DE
ACTION==> _ (A=ADJUST   V=VIEW)
SUPPLIER   DELMARVA POWER (DE)           PAYMENT RATING E 000 000 000 000
SERVICE TYPE: GAS                RATE SCHEDULE: GGSBASIC         N/E OFFER: N
S/R 21/GG  RATE CODE: 77         SIC            LLN LLNO         PHASE IN: N
LAST MO BILLED 11/08             BILL CLOSING DATE 11/11/08
ASSOC ACCT:        BALANCE:           0.00   PHASE IN BAL:        0.00
  TRANS   BILL
  DATE    MONTH     DESCRIPTION           TRANS AMOUNT          BALANCE
-------------------------------------------------------------------------
 02/20/09        A/R CREDIT CHARGE-OFF       2,188.94-            0.00
 12/12/08        A/R DEBIT TRANSFER            379.05         2,188.94   X
 11/11/08  NOV   DISTRIBUTION CHARGES           0.00          1,809.89
 11/05/08  NOV   DISTRIBUTION CHARGES       1,809.89          1,809.89
 10/28/08        PAYMENT                       28.47-             0.00
 10/08/08  OCT   DISTRIBUTION CHARGES          28.47             28.47
 09/29/08        PAYMENT                       28.47-             0.00
 09/08/08  SEP   DISTRIBUTION CHARGES          28.47             28.47
 09/02/08        PAYMENT                       28.47-             0.00
 08/11/08  AUG   DISTRIBUTION CHARGES          28.47             28.47
 07/29/08        PAYMENT                       28.47-             0.00
 07/09/08  JUL   DISTRIBUTION CHARGES          28.47             28.47
 06/30/08        PAYMENT                       50.45-             0.00

PF KEYS: PF13=HELP PF14=REMARKS PF15=ADJ/VIEW PF19=PRIOR PF20=NEXT PF21=CANCEL
```

```
V/ARHST            ICS VIEW ACCOUNTS RECEIVABLE HISTO - DPLDC     05/03/12 15:00:20
COMMAND:                                                                  LEVEL A
                                                                          OCA148
                                                                   PAGE  1 OF  5
2557273-9999-0   CIRCUIT CITY STORES INC-NC         ACCT STA: CO    TYPE: M
4060-46-2270-    4130 CONCORD PIKE
                 WILMINGTON              DE
ACTION==> _  (A=ADJUST   V=VIEW)
SUPPLIER  DELMARVA POWER (DE)            PAYMENT RATING E 000 000 000 000
SERVICE TYPE: ELECTRIC            RATE SCHEDULE: UMGSSBASIC   N/E OFFER: N
S/R 20/MG   RATE CODE: 11         SIC 573100    LLN LLNO      PHASE IN: N
LAST MO BILLED 11/08              BILL CLOSING DATE 11/11/08
ASSOC ACCT:          BALANCE:          0.00   PHASE IN BAL:      0.00
  TRANS     BILL
  DATE      MONTH    DESCRIPTION            TRANS AMOUNT        BALANCE
---------------------------------------------------------------------------
 02/20/09          A/R CREDIT CHARGE-OFF       10,588.98-          0.00
 12/12/08          A/R DEBIT TRANSFER           1,446.00      10,588.98
 11/11/08   NOV    DISTRIBUTION CHARGES             0.00       9,142.98
 11/05/08   NOV    DISTRIBUTION CHARGES         9,142.98       9,142.98
 10/28/08          PAYMENT                     10,054.29-          0.00
 10/08/08   OCT    DISTRIBUTION CHARGES        10,054.29      10,054.29
 09/29/08          PAYMENT                     11,831.32-          0.00
 09/08/08   SEP    DISTRIBUTION CHARGES        11,831.32      11,831.32
 09/02/08          PAYMENT                     12,560.46-          0.00
 08/11/08   AUG    DISTRIBUTION CHARGES        12,560.46      12,560.46
 07/29/08          PAYMENT                     12,358.13-          0.00
 07/09/08   JUL    DISTRIBUTION CHARGES        12,358.13      12,358.13
 06/30/08          PAYMENT                     10,795.83-          0.00

PF KEYS: PF13=HELP PF14=REMARKS PF15=ADJ/VIEW PF19=PRIOR PF20=NEXT PF21=CANCEL
```

```
V/ARHST          ICS VIEW ACCOUNTS RECEIVABLE HISTO - DPLDC      05/03/12 15:00:27
COMMAND:                                                                  LEVEL A
                                                                          OCA148
                                                                    PAGE  1 OF  5
2663311-9999-9  CIRCUIT CITY STORES INC-NC         ACCT STA: CO     TYPE: M
4160-00-9410-   700 CENTER BLVD
                NEWARK                    DE
ACTION==> _ (A=ADJUST    V=VIEW)
SUPPLIER   DELMARVA POWER (DE)              PAYMENT RATING E 000 000 000 000
SERVICE TYPE: ELECTRIC           RATE SCHEDULE: ULGSTOU         N/E OFFER: N
S/R 20/LG  RATE CODE: 16         SIC           LLN LLN0         PHASE IN:  N
LAST MO BILLED 11/08             BILL CLOSING DATE 11/14/08
ASSOC ACCT:        BALANCE:          0.00   PHASE IN BAL:            0.00
   TRANS   BILL
   DATE   MONTH     DESCRIPTION           TRANS AMOUNT          BALANCE
----------------------------------------------------------------------------
  03/20/09        A/R CREDIT CHARGE-OFF       6,826.25-            0.00
  11/14/08 NOV DISTRIBUTION CHARGES           6,826.25         6,826.25
  11/11/08        PAYMENT                    10,175.00-            0.00
  10/22/08 OCT DISTRIBUTION CHARGES          10,175.00        10,175.00
  10/13/08        PAYMENT                    11,045.93-            0.00
  09/22/08 SEP DISTRIBUTION CHARGES          11,045.93        11,045.93
  09/10/08        PAYMENT                    11,511.70-            0.00
  08/21/08 AUG DISTRIBUTION CHARGES          11,511.70        11,511.70
  08/13/08        PAYMENT                    12,438.42-            0.00
  07/24/08 JUL DISTRIBUTION CHARGES          12,438.42        12,438.42
  07/14/08        PAYMENT                    11,141.71-            0.00
  06/23/08 JUN DISTRIBUTION CHARGES          11,141.71        11,141.71
  06/11/08        PAYMENT                     8,015.80-            0.00

PF KEYS: PF13=HELP PF14=REMARKS PF15=ADJ/VIEW PF19=PRIOR PF20=NEXT PF21=CANCEL
```