# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**                                    **Case Number**  08–35653–KRH
  Circuit City Stores, Inc.                   **Chapter**  11
                                              **Judge**  Kevin R. Huennekens
                         Debtor(s)

**To:**  Alison Wickizer–Toepp

## <u>NOTICE OF DEFICIENT FILING</u>

Upon authority of Local Bankruptcy Rule 5005–1, the documents submitted by you

***11906*** – Brief by Creditor Northern Indiana Public Service Company in RESPONSE to the Liquidating Trust's
Thirty–First Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) [Docket No. 11809] filed by
Alison Ross Wickizer Toepp of Reed Smith LLP on behalf of Northern Indianna Public Service Company.
(Attachments: # (1) Exhibit(s) A# (2) Exhibit(s) B# (3) Exhibit(s) C# (4) Exhibit(s) D)(Toepp, Alison)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **fourteen (14) days from** the
date hereof may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or
adversary proceeding being dismissed.**

## REPRESENTATION AND APPEARANCES:
_ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
_ **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted
   to appear under LBR 2090–1. [See LBR 9010–1]
_ **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005–1(C)(5) and 9022–1(A)]
_ a written application for *pro hac vice* admission must be appended to the motion filed by a member of the Bar of this Court. [See
   LBR 2090–1(E)(2)(a)]

## REQUIREMENT OF FORM:
_ **Legibility:** not in compliance with LBR 5005–1(C)(1)
_ **Caption, Official Forms:** [See LBR 5005–1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the
   case to which it pertains. *If applicable.*_  Case name and number do not match on paper submitted.
_ **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
   _ *if corporation,* not signed by counsel. [See LBR 5005–1(C)(4)]
   _ *if amendment to petition, lists or schedules,* not verified by unsworn declaration with original signature of all debtors and, if
      required, the original signature of the attorney. [See FRBP 1008]
   _ *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed
      in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and
      Non–Attorney User.]
_ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the
   original document.
**X** Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry
   <u>Answer/Response</u> or redocket to attach the correct document.
_ Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.

## VOLUNTARY PETITIONS:
_ Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2–pages), statements,
   schedules, lists and exhibits in substantial compliance with the Official Forms which are available on the Court's web site at
   <u>www.vaeb.uscourts.gov.</u>
_ More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition).*
_ Not verified by signature of attorney for debtor(s).
_ Not verified by unsworn declaration with signature of all debtors.
_ **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074–1]
_ **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007–1(H)]
_ **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
_ **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005–1(C) and (D)]

Date:  May 4, 2012                         Clerk, United States Bankruptcy Court

                                           By <u>/s/ Suzanne French</u>, Deputy Clerk
[ntcdef_filingvApril2010.jsp]              Direct Dial Telephone No. <u>804–916–2419</u>