UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., et al., ) | Case No. 08-35653-KRH |
| ) | Chapter 11 |
| Debtors. ) | (Jointly Administered) |

### RESPONSE TO THE LIQUIDATING TRUST'S THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS INCLUDING THE CLAIM OF TXU ENERGY RETAIL COMPANY, LLC

TXU Energy Retail Company LLC (*"TXU Energy"*), by counsel, files this response (the *"Response"*) to the Thirty-First Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) (the *"Objection"*) filed on behalf of the Circuit City Stores, Inc. Liquidating Trust (the *"Liquidating Trust"*) through Alfred H. Siegel, as Trustee of the Trust (the *"Trustee"*), and in support thereof respectfully states the following:

#### SUMMARY OF RESPONSE

TXU Energy submits that its Proof of Claim (Claim Number 4518) is valid and remains unpaid and that the Trustee's stated basis for objection to the claim lack merit because, *inter alia*, TXU Energy does not hold any "pending deposits and or post petition overpayments" on any of the accounts that were in the name of Circuit City Stores, Inc., et al. (the *"Debtors"*), and

---

| | |
|---|---|
| Robert S. Westermann (VSB No. 43294) | Steven T. Holmes |
| Sheila deLa Cruz (VSB No. 65395) | Texas State Bar No. 00794918 |
| HIRSCHLER FLEISCHER, P.C. | MCGLINCHEY STAFFORD, PLLC |
| The Edgeworth Building | 2711 N. Haskell Avenue, |
| 2100 East Cary Street | Suite 2750, LB 25 |
| Richmond, Virginia 23223 | Dallas, Texas 75204 |
| P.O. Box 500 | Telephone: (214) 445-2423 |
| Richmond, VA 23218-0500 | Facsimile: (214) 445-2450 |
| Telephone: (804) 771-9500 | E-mail: sholmes@mcglinchey.com |
| Facsimile: (804) 644-0957 | |
| E-mail: rwestermann@hf-law.com | |
|         sdelacruz@hf-law.com | |

COUNSEL FOR TXU ENERGY RETAIL COMPANY LP

because the claim is valid and remains unpaid. Accordingly, TXU Energy's claim should be allowed in full in the amount of $45,488.08 as a general unsecured claim.

### RESPONSE TO CLAIM OBJECTION

As set forth in the Declaration of Don Wells (the *"Wells Declaration"*) attached hereto as **Exhibit 1**, TXU Energy filed its proof of claim on January 20, 2009 in the amount of $45,488.08 (the *"Claim"* or *"Proof of Claim"*), which was the amount remaining due for electric power and energy provided by TXU Energy to the Debtors at the stated locations within the State of Texas. A true and correct copy of TXU Energy's Proof of Claim is attached to the Wells Declaration as Exhibit "A." Upon TXU Energy's receipt of notice regarding the Debtor's commencement of these bankruptcy proceedings, TXU Energy created a post-petition account for the Debtors and no payment was applied to the Debtor's pre-petition account subsequent to the November 10, 2008 Petition date.[1] The full pre-petition debt of $45,488.08 set forth in TXU Energy's Proof of Claim remains unpaid to TXU Energy and the charges reflect therein for pre-petition electric service are accurate, adequately supported by documentation, sufficiently detailed and are not overstated.[2]

Attached to the Wells Declaration as Exhibit "B" is a true and correct copy of TXU Energy's Post-Petition Statement of Account for the Debtors.[3] TXU Energy issued its final bill on the Debtors' post-petition account on July 19, 2009, reflecting an unpaid accrued balance of $11,958.58.[4] After applying all lawful credits and offsets, the Debtors had a closing post-petition balance due to TXU Energy in the amount of $5,508.71 for post-petition electric service, which

---

[1] *See* the Wells Declaration at ¶ 4.
[2] *Id.* at ¶¶ 4 and 6.
[3] *Id.* at ¶ 6.
[4] *Id.*

2

amount also remains unpaid.[5] TXU Energy is not holding any deposits, pending or otherwise, from or attributable to the Debtors and, as confirmed by the attached Wells Declaration, there are no remaining overpayments on the Debtors' accounts with TXU Energy.

WHEREFORE, TXU Energy requests that the Court enter an order overruling the Liquidating Trust's Objection as it applies to TXU Energy's Proof of Claim and granting TXU Energy such other relief as is just and equitable under the circumstances.

Respectfully submitted,

/s/  Robert S. Westermann
Counsel

Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
Email:  rwestermann@hf-law.com
        sdelacruz@hf-law.com

AND

Steven T. Holmes
Texas State Bar No. 00794918
MCGLINCHEY STAFFORD, PLLC
2711 N. Haskell Avenue,
Suite 2750, LB 25
Dallas, Texas 75204
Telephone: (214) 445-2423
Facsimile:  (214) 445-2450
Email: sholmes@mcglinchey.com

COUNSEL FOR
TXU ENERGY RETAIL COMPANY LP

---

[5] *Id.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2012, a true and correct copy of the foregoing Response (including all Exhibit(s)) was served using the Court's ECF system, which thereby caused the Response to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter; I further certify that a copy of the foregoing Response has been served upon the parties below by facsimile and/or electronic mail.

| | |
|---|---|
| Jeffrey N. Pomerantz, <br> Pachulski Stang Ziehl & Jones, LLP <br> 10100 Santa Monica Boulevard <br> Los Angeles, California <br> *Counsel for the Circuit City Stores, Inc.'s Liquidating Trust* <br><br> **Via Facsimile** | Lynn L. Tavenner <br> 20 North Eighth Street, 2nd Floor <br> Richmond, Virginia 23219 <br> *Counsel for the Circuit City Stores, Inc.'s Liquidating Trust* <br><br> **Via Facsimile** |
| Robert B. Van Arsdale, Esq. <br> Office of the United States Trustee <br> 701 East Broad Street, Suite 4304 <br> Richmond, VA 23219 <br> Robert.B.Van.Arsdale@usdoj.gov <br> *Assistant U.S. Trustee* <br><br> **Via E-Mail** | |

/s/ Robert S. Westermann <br>
Counsel