# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

| | |
|---|---|
| **In re:** <br> Circuit City Stores, Inc. <br> <br> Debtor(s) | **Case Number** 08−35653−KRH <br> **Chapter** 11 <br> **Judge** Kevin R. Huennekens |

**To:** Michael Righette

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005−1, the documents submitted by you

*11899* − Brief CREDITOR ROBERT GENTRYS RESPONSE TO DEBTORS THIRTY−FIRST OMNIBUS OBJECTION TO CLAIMS [DISALLOWANCE OF CERTAIN INVALID CLAIMS DOCKET NO. 11809] filed by Matthew Righetti of Righetti Glugoski, P.C. on behalf of Robert Gentry. (Righetti, Matthew)

*11900* − Brief CREDITOR JONATHAN CARDS RESPONSE TO DEBTORS THIRTIETH OMNIBUS OBJECTION TO CLAIMS [DISALLOWANCE OF CERTAIN INVALID CLAIMS, DOCKET NO. 11808] filed by Matthew Righetti of Righetti Glugoski, P.C. on behalf of Jonathan Card. (Righetti, Matthew)

*11901* − Brief CREDITOR VADIM RYLOVS RESPONSE TO DEBTORS THIRTY−FIRST OMNIBUS OBJECTION TO CLAIMS [DISALLOWANCE OF CERTAIN INVALID CLAIMS, DOCKET 11809] filed by Matthew Righetti of Righetti Glugoski, P.C. on behalf of Vadim Rylov. (Righetti, Matthew)

*11903* − Brief CREDITOR JACK HERNANDEZS RESPONSE TO DEBTORS THIRTIETH OMNIBUS OBJECTION TO CLAIMS [DISALLOWANCE OF CERTAIN INVALID CLAIMS, DOCKET NO. 11808] filed by Matthew Righetti of Righetti Glugoski, P.C. on behalf of Jack Hernandez. (Righetti, Matthew)

*11904* − Brief CREDITOR JOSEPH SKAFS RESPONSE TO DEBTORS THIRTIETH OMNIBUS OBJECTION TO CLAIMS [DISALLOWANCE OF CERTAIN INVALID CLAIMS, DOCKET 11808] filed by Matthew Righetti of Righetti Glugoski, P.C. on behalf of Joseph Skaf. (Righetti, Matthew)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **fourteen (14) days from** the date hereof may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or adversary proceeding being dismissed.**

### REPRESENTATION AND APPEARANCES:
- **X**   the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- __   **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090−1. [See LBR 9010−1]
- __   **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005−1(C)(5) and 9022−1(A)]
- __   a written application for *pro hac vice* admission must be appended to the motion filed by a member of the Bar of this Court. [See LBR 2090−1(E)(2)(a)]

### REQUIREMENT OF FORM:
- __   **Legibility:** not in compliance with LBR 5005−1(C)(1)
- __   **Caption, Official Forms:** [See LBR 5005−1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains. *If applicable,* __ Case name and number do not match on paper submitted.
- __   **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
  - __   *if corporation,* not signed by counsel. [See LBR 5005−1(C)(4)]
  - __   *if amendment to petition, lists or schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
  - __   *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non−Attorney User.]
- __   Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- __   Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry *or* redocket to attach the correct document.
- __   Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.

### VOLUNTARY PETITIONS:
- __   Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2−pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms which are available on the Court's web site at

www.vaeb.uscourts.gov.
- More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition)*.
- Not verified by signature of attorney for debtor(s).
- Not verified by unsworn declaration with signature of all debtors.
- **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074–1]
- **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007–1(H)]
- **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
- **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005–1(C) and (D)]

Date:  May 4, 2012  Clerk, United States Bankruptcy Court

By /s/ Suzanne French, Deputy Clerk
Direct Dial Telephone No. 804–916–2419

[ntcdef_filingvApril2010.jsp]