| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard, 13th Floor | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –                                                          *Counsel for the Circuit City Stores, Inc.*
                                                                            *Liquidating Trust*

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: 212-561-7700
Telecopy: 212-561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S THIRTY-FIRST
OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID
CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF NEW YORK STATE
ELECTRIC AND GAS AND CORPORATION (CLAIM NO. 212)**

On March 30, 2012, the Circuit City Stores, Inc. Liquidating Trust filed the *Liquidating Trust's Thirty-First Omnibus Objection To Claims (Disallowance of Certain Invalid Claims)* ("Thirty-First Omnibus Objection") [Docket No. 11809] in these cases. The Thirty-First Omnibus Objection contained an objection to Claim No. 212 filed by New York State Electric and Gas Corporation.

The *Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") was confirmed on September 10, 2010 became effective on November 1, 2010. Pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidating Trust assumed the right and responsibility of claims resolution in these cases.

The Liquidating Trust hereby withdraws the Thirty-First Omnibus Objection solely with respect to Claim No. 212 filed by New York State Electric and Gas Corporation.

       TAVENNER & BERAN, P.L.C.

       /s/Paula S. Beran
       Lynn L. Tavenner (VA Bar No. 30083)
       Paula S. Beran (VA Bar No. 34679)
       20 North Seventieth Street, 2nd Floor
       Richmond, Virginia 23219
       Telephone: 804-783-8300
       Facsimile: 804-783-0178
       Email: ltavenner@tb-lawfirm.com
            pberan@tb-lawfirm.com

       -and-

       Richard M. Pachulski (CA Bar No. 90073)
       Robert J. Feinstein (NY Bar No. RF-2836)
       Jeffrey N. Pomerantz (CA Bar No. 143717)
       Andrew W. Caine (CA Bar No. 110345)
       PACHULSKI STANG ZIEHL & JONES LLP
       10100 Santa Monica Blvd., 13th Floor
       Los Angeles, California 90067-4100
       Telephone: 310-277-6910
       Facsimile:  310-201-0760
       E-mail:rfeinstein@pszjlaw.com
            jpomerantz@pszjlaw.com
            acaine@pszjlaw.com

       *Counsel to the Circuit City Stores, Inc.*
       *Liquidating Trust*