Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York  10017
Telephone:  212-561-7700
Telecopy:  212-561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S TWENTY-FOURTH
OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF UNITED
STATES DEBT RECOVERY LLC / MARKET FORCE INFORMATION
(CLAIM NO. 5098)**

On October 31, 2011, the Circuit City Stores, Inc. Liquidating Trust filed the *Liquidating Trust's Twenty-Fourth Omnibus Objection To Claims (Reduction of Certain Partially Invalid Claims)* ("Twenty-Fourth Omnibus Objection") [Docket No. 11402] in these cases.  The Twenty-Fourth Omnibus Objection contained an objection to Claim No. 5098 filed by Market Force Information and transferred to United States Debt Recovery LLC.

The *Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") was confirmed on September 10, 2010 became effective on November 1, 2010. Pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidating Trust assumed the right and responsibility of claims resolution in these cases.

The Liquidating Trust hereby withdraws the Twenty-Fourth Omnibus Objection solely with respect to Claim No. 5098 filed by Market Force Information and transferred to United States Debt Recovery LLC.

TAVENNER & BERAN, P.L.C.

    /s/Paula S. Beran
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Seventieth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
      pberan@tb-lawfirm.com

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
      jpomerantz@pszjlaw.com
      acaine@pszjlaw.com

*Counsel to the Circuit City Stores, Inc.*
* Liquidating Trust*