Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York  10017
Telephone:  212-561-7700
Telecopy:  212-561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S THIRTY-FIRST
OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID
CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF MADISON GAS AND
ELECTRIC COMPANY (CLAIM NO. 1764)**

On March 30, 2012, the Circuit City Stores, Inc. Liquidating Trust filed the *Liquidating Trust's Thirty-First Omnibus Objection To Claims (Disallowance of Certain Invalid Claims)* ("Thirty-First Omnibus Objection") [Docket No. 11809] in these cases.  The Thirty-First Omnibus Objection contained an objection to Claim No. 1764 filed by Madison Gas and Electric Company.

The *Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") was confirmed on September 10, 2010 became effective on November 1, 2010.  Pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidating Trust assumed the right and responsibility of claims resolution in these cases.

The Liquidating Trust hereby withdraws the Thirty-First Omnibus Objection solely with respect to Claim No. 1764 filed by Madison Gas and Electric Company.

        TAVENNER & BERAN, P.L.C.

        */s/Paula S. Beran*
        Lynn L. Tavenner (VA Bar No. 30083)
        Paula S. Beran (VA Bar No. 34679)
        20 North Seventieth Street, 2nd Floor
        Richmond, Virginia 23219
        Telephone: 804-783-8300
        Facsimile: 804-783-0178
        Email: ltavenner@tb-lawfirm.com
              pberan@tb-lawfirm.com

        -and-

        Richard M. Pachulski (CA Bar No. 90073)
        Robert J. Feinstein (NY Bar No. RF-2836)
        Jeffrey N. Pomerantz (CA Bar No. 143717)
        Andrew W. Caine (CA Bar No. 110345)
        PACHULSKI STANG ZIEHL & JONES LLP
        10100 Santa Monica Blvd., 13th Floor
        Los Angeles, California 90067-4100
        Telephone: 310-277-6910
        Facsimile:  310-201-0760
        E-mail:rfeinstein@pszjlaw.com
              jpomerantz@pszjlaw.com
              acaine@pszjlaw.com

        *Counsel to the Circuit City Stores, Inc.*
        *Liquidating Trust*