210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 05/01/2012 (date).

Name and Address of Alleged Transferor:

Claim No. : Southland Acquisitions LLC Lease No 3634, c/o United States Debt Recovery XI LP, 940 Southwood Blvd # 101, Incline Village, NV 89451

Name and Address of Transferee:

US Debt Recovery XI, LP
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/04/12

William C. Redden
**CLERK OF THE COURT**

```
                        United States Bankruptcy Court
                         Eastern District of Virginia
```

In re:                                                              Case No. 08-35653-KRH
Circuit City Stores, Inc.                                           Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs              Page 1 of 10           Date Rcvd: May 02, 2012
                              Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2012.
11134107    +Southland Acquisitions LLC Lease No 3634,   c/o United States Debt Recovery XI LP,
              940 Southwood Blvd # 101,   Incline Village, NV 89451-7401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2012**                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0422-7            User: frenchs              Page 2 of 10             Date Rcvd: May 02, 2012
                                Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2012 at the address(es) listed below:

        Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com, mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;ccoleman@sugarfgh.com
        Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
        Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC akeith@honigman.com, tsable@honigman.com
        Alan Michael Noskow    on behalf of Defendant   COKeM International Ltd. anoskow@pattonboggs.com
        Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
        Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
        Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc. ajackins@seyfarth.com
        Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
        Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
        Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership amy.williams@klgates.com, hailey.andresen@klgates.com
        Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc. davison.andrea@arentfox.com, lane.katie@arentfox.com;dowd.mary@arentfox.com;rothleder.jeffrey@arentfox.com;toof.jackson@arentfox.com
        Andrew  Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
        Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
        Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
        Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
        Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com, rhicks@shutts-law.com
        Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
        Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
        Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com, raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
        Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
        Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
        Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
        Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle Management Services, LLC abraucher@mcmillanmetro.com
        Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com, drichards@vanblk.com;pfaggert@vanblk.com
        Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc. annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
        Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder Companies, Ltd. acichello@kb-law.com
        Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
        Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
        Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com, ecffilings@hangley.com
        Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com, lthompson@cblaw.com
        Belkys  Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov, Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
        Benjamin C. Ackerly    on behalf of Creditor   COMSYS Information Technology Services, Inc. and COMSYS Services, LLC backerly@hunton.com, cloving@hunton.com
        Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
        Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
        Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors bgodshall@pszjlaw.com
        Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation benglander@wtplaw.com, wbatres@wtplaw.com
        Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
        Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net, lsansbury@mrrlaw.net
        Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com
        Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
        Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com, tmelendez@ecjlaw.com
        C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
        Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
        Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
        Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
        Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
        Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

```
District/off: 0422-7           User: frenchs              Page 3 of 10              Date Rcvd: May 02, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership
       clynch@goulstonstorrs.com
      Christine McAteer Ford    on behalf of Creditor   Ada Alicea, on behalf of herself and all others
       similarly situated cford@mdpcelaw.com
      Christopher A. Jones    on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
       rredfield@wtplaw.com
      Christopher Julian Hoctor    on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com,
       nferenbach@kaplanfrank.com
      Christopher L. Perkins    on behalf of Attorney   LeClair Ryan, A Professional Corporation
       christopher.perkins@leclairryan.com,
       stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
      Christopher M. Alston    on behalf of Creditor   507 Northgate LLC alstc@foster.com,
       ristj@foster.com
      Christopher M. Desiderio    on behalf of Creditor   Greystone Data Systems, Inc.
       cdesiderio@nixonpeabody.com
      Christopher R. Belmonte    on behalf of Creditor   International Business Machines Corporation
       cbelmonte@ssbb.com,    asnow@ssbb.com,pbosswick@ssbb.com
      City of Newport News, Virginia     jdurant@nngov.com
      Constantinos G. Panagopoulos    on behalf of Creditor   Battlefield FE Limited Partners
       cgp@ballardspahr.com,    summersm@ballardspahr.com;pollack@ballardspahr.com
      Courtney E. Pozmantier    on behalf of Creditor   Paramount Home Entertainment
       cpozmantier@ktbslaw.com,    mtuchin@ktbslaw.com
      Craig Benson Young    on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership
       craig.young@kutakrock.com,
       lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
      Craig M. Palik    on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@yahoo.com,
       cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
      Curtis Gilbert Manchester    on behalf of Defendant   Energizer Battery, Inc.
       cmanchester@reedsmith.com,
       shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
      D. Marc Sarata    on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
       sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
      Daniel D. Prichard    on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
       individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com,
       kcornnell@dowlohnes.com
      Daniel F. Blanks    on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
      Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com,    pressdm@gmail.com
      Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
       dsbushnaq@venable.com
      Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
      Darrell William Clark    on behalf of Creditor   Waste Management, Inc. dclark@stinson.com,
       cscott@stinson.com
      Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
      David McCall    on behalf of Creditor   City of Garland Tax Assessor/Collector
       bankruptcy@ntexas-attorneys.com
      David A. Greer    on behalf of Creditor   Century plaza development corporation
       dgreer@davidgreerlaw.com,    ecf@davidgreerlaw.com
      David B. Wheeler    on behalf of Creditor   South Carolina Electric & Gas Company and Public
       Service of North Carolina davidwheeler@mvalaw.com
      David D. Hopper    on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
       scilino@chlhf.com
      David Emmett Hawkins    on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
      David H. Cox    on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
       phaynes@jackscamp.com
      David H. Dickieson    on behalf of Defendant   New Age Electronics, Inc., also known as New Age,
       Inc. ddickieson@schertlerlaw.com,    pfrye@schertlerlaw.com
      David J. Ervin    on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
       KDWBankruptcyDepartment@kelleydrye.com
      David K. Spiro    on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com,
       rmcburney@hf-law.com
      David M. Poitras    on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
      David R. Ruby    on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
       bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David R. Ruby    on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com,
       bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David V. Cooke    on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
      David W. Earman    on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
      David Wayne Lannetti    on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com,
       drichards@vanblk.com;kmcgwin@vanblk.com
      Dawn C. Stewart    on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
      Dena Sloan Kessler    on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
      Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services
       denise.mondell@ct.gov
      Dennis T. Lewandowski    on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
       America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
      Denyse Sabagh    on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com

```
District/off: 0422-7           User: frenchs              Page 4 of 10             Date Rcvd: May 02, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Dexter D. Joyner   on behalf of Creditor   Pasadena Independent School District caaustin@comcast.net
      Dion W. Hayes   on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
      Dominic L. Chiariello   on behalf of Creditor   Donovan Dunwell dc@chiariello.com
      Donald K. Ludman   on behalf of Creditor   SAP Retail Inc. and Business Objects dludman@brownconnery.com
      Douglas Scott   on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
      Douglas D. Kappler   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center dkappler@rdwlawcorp.com
      Douglas M. Foley   on behalf of Counter-Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com
      Douglas R. Gonzales   on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
      Dylan G. Trache   on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com, rours@wileyrein.com
      Edward L. Rothberg   on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com, mayle@hooverslovacek.com
      Elizabeth A. Elam   on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com, wenditaylor@toase.com;lmares@toase.com
      Elizabeth L. Gunn   on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
      Ellen A. Friedman   on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
      Emily M. Charley   on behalf of Creditor   IGate Global Solutions, Limited echarley@hansonbridgett.com
      Eric C. Cotton   on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
      Eric Christopher Rusnak   on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
      Eric J. Snyder   on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
      Erica S. Zaron   on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
      Erick Frank Seamster   on behalf of Creditor   Unical Enterprises, Inc eseamster@wallacepledger.com
      Erika L. Morabito   on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
      Erin Elizabeth Kessel   on behalf of Creditor   Cleveland Construction, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com
      Eugene Chang   on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
      F. Marion Hughes   on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
      Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
      Frank T. Pepler   on behalf of Creditor   Morgan Hill Retail Venture, LP fpepler@peplermastromonaco.com
      Franklin R. Cragle   on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
      Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
      Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue rudzikf@dor.state.fl.us
      Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
      Garren Robert Laymon   on behalf of Creditor   Arlington ISD glaymon@mglspc.com
      Gary E. Mason   on behalf of Creditor   Marlon Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
      Gary M. Kaplan   on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
      Gary V. Fulghum   on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
      Gerald P. Kennedy   on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
      German Yusufov   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
      Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc notices@becket-lee.com
      Gilbert D. Sigala   on behalf of Creditor John Batioff sigalaw1@aol.com
      Gillian N. Brown   on behalf of Creditor Committee   Official Committee of Unsecured Creditors gbrown@pszjlaw.com
      Gina Baker Hantel   on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property agbankcal@ag.tn.gov
      Gina M Fornario   on behalf of Creditor   California Self-Insurers' Security Fund gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
      Glenn H. Silver   on behalf of Creditor   CC Joilet Trust ctbghs@aol.com, christine@virginia-lawyers.net
      Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
      Gregory D. Grant   on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company ggrant@shulmanrogers.com, lsmith@shulmanrogers.com
      H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
      Hale Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
      Heather D. Brown   on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com
      Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury Heather.Anderson@dol.lps.state.nj.us
      Henry Buswell Roberts   on behalf of Creditor   Suemar hbroberts@live.com, droberts1949@live.com
      Henry P. Baer   on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com, csommer@fdh.com
      Henry Pollard Long   on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com

```
District/off: 0422-7          User: frenchs              Page 5 of 10              Date Rcvd: May 02, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
      howard.j.grossman@chase.com
      Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
      J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
      chefiling@lw.com;robert.klyman@lw.com
      J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com,
      sparson@mckennalong.com
      Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc.
      toof.jackson@arentfox.com
      Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
      lbigus@stinson.com
      James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
      through Brian Hamer, its Director James.Newbold@illinois.gov
      James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
      vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
      James Edward Bowman   on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
      bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
      James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
      avis.francis@hklaw.com
      James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
      kim.smith@sablaw.com
      James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
      eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com
      James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
      ncoton@beankinney.com
      James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust
      jvlombardi@rossbanks.com
      James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
      of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
      James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc.
      jburke@orrick.com
      Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
      jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
      Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation
      admin@meiburgerlaw.com
      Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
      ecf@krcl.com
      Jason M. Krumbein   on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
      a30156@yahoo.com;tcarper@krumbeinlaw.com;dtabakin@krumbeinlaw.com
      Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board
      jharbour@hunton.com
      Jeffrey Scharf   on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
      tacspc@gmail.com;amanda@taxva.com
      Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office
      Jeff.Klusmeier@ago.mo.gov
      Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
      krussell@taftlaw.com;ecfclerk@taftlaw.com
      Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
      toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
      Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com,
      elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com
      Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
      jpomerantz@pszjlaw.com
      Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
      dennisj@ballardspahr.com, pollack@ballardspahr.com
      Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
      Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
      Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
      jwest@spottsfain.com,
      rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com
      Jennifer Larkin Kneeland   on behalf of Defendant   AMC jkneeland@linowes-law.com,
      klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
      Jennifer McLain McLemore   on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
      avaughn@cblaw.com
      Jennifer V. Doran   on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
      calirm@haslaw.com
      Jeremy Brian Root   on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
      tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
      Jeremy C. Kleinman   on behalf of Creditor   PriceGrabber, Inc. jkleinman@fgllp.com
      Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
      Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
      jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com
      Jeremy S. Williams   on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com
      Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
      jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
      Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com

```
District/off: 0422-7          User: frenchs              Page 6 of 10          Date Rcvd: May 02, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jerry Lane Hall    on behalf of Defendant   NAMCO BANDAI Games America Inc.
           jerry.hall@pillsburylaw.com,  patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
          Jess R. Bressi    on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes    on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson    on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
           jsaronson@ridberglaw.com
          Joel T. Marker    on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
          John B. Raftery    on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
           jraftery@offitkurman.com
          John C. Smith    on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John D. Fiero    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           jfiero@pszjlaw.com
          John D. McIntyre    on behalf of Creditor   Carnegie Management and Development Corporation
           jmcintyre@wmlawgroup.com,  wedwards@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
          John E. Hilton    on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
           pjf@carmodymacdonald.com
          John E. Lucian    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
           lucian@blankrome.com
          John G. McJunkin    on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
           sparson@mckennalong.com
          John J. Lamoureux    on behalf of Creditor   Amore Construction Company
           jlamoureux@carltonfields.com,  lmccullough@carltonfields.com;tpaecf@cfdom.net
          John M. Craig    on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
           russj4478@aol.com
          John P. Van Beek    on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
           awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
          John T. Donelan    on behalf of Defendant   Best Vendors Management Co. Inc. donelanlaw@gmail.com
          John T. Farnum    on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
           rours@wileyrein.com
          John T. Husk    on behalf of Defendant   Casco Corporation johnhusk@aol.com,  nre98@aol.com
          Jonathan L. Hauser    on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan S. Storper    on behalf of Creditor   IGate Global Solutions, Limited
           jstorper@hansonbridgett.com
          Jonathan T. Cain    on behalf of Defendant   InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
          Joseph M. DuRant    on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan    on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
           Cross Blue Shield bankruptcy@morrisoncohen.com
          Joshua D. McKarcher    on behalf of Defendant   Broadridge Financial Solutions, Inc., aka
           Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
           Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
          Judy Bamberger Calton    on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano    on behalf of Creditor   AT&T quagliano@sfmlawfirm.com,
           harvell@sfmlawfirm.com
          Justin F. Paget    on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
           cloving@hunton.com
          Kalina Boyanova Miller    on behalf of Creditor   First Industrial Realty Trust, Inc.
           kmiller@wileyrein.com,  rours@wileyrein.com
          Karen L. Gilman    on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com,
           beth@pf-law.com;Abbie@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
          Ken Coleman    on behalf of Interested Party   Alvarez & Marsal Canada, ULC
           Ken.Coleman@allenovery.com
          Kenneth R. Rhoad    on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
          Kevin A. Lake    on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin J. Funk    on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin L. Sink    on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman    on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
          Khang V. Tran    on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
          Kimbell D. Gourley    on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
           sprescott@idalaw.com
          Kimberly A. Pierro    on behalf of Creditor   CBL & Associates Management, Inc.
           kimberly.pierro@kutakrock.com,
           sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
           @kutakrock.com
          Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
           kimsullywalker@aol.com
          Kirk David Berkhimer    on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com,
           Carla@KDBLawFirm.com
          Kristen E. Burgers    on behalf of Creditor   CWCapital Asset Management LLC keburgers@venable.com
          Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          Kurt M. Kobiljak    on behalf of Creditor   City of Taylor Michigan kkobi@aol.com

```
District/off: 0422-7          User: frenchs              Page 7 of 10             Date Rcvd: May 02, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

  Laura Otenti on behalf of Interested Party Salem Rockingham LLC lotenti@pbl.com
  Lawrence Allen Katz on behalf of Creditor Morgan Hill Retail Venture, LP lkatz@ltblaw.com, ndysart@ltblaw.com
  Lawrence H. Glanzer on behalf of Creditor Citrus Park CC, LLC glanzer@rlglegal.com, stephanie@rlglegal.com
  Leonard E. Starr on behalf of Creditor Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
  Leonidas Koutsouftikis on behalf of Creditor Washington Real Estate Investment Trust lkouts@magruderpc.com, mcook@magruderpc.com
  Leslie A. Skiba on behalf of Defendant Network Engineering Technologies, Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
  Linda Dianne Regenhardt on behalf of Creditor D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;mkoeniger@garylaw.us
  Linda Sharon Broyhill on behalf of Creditor Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
  Lisa Hudson Kim on behalf of Creditor A.D.D. Holdings, L.P. lhudson@sandsanderson.com
  Lisa P. Sumner on behalf of Creditor Compass Group U.S.A. Inc. lsumner@poyners.com
  Loc Pfeiffer on behalf of Creditor Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
  Louis E. Dolan on behalf of Creditor California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
  Lucy L. Thomson lthomson2@csc.com
  Luder F. Milton on behalf of Defendant Plasti-Cart, Inc. lmilton@eckertseamans.com
  Lyndel A. Mason on behalf of Defendant Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
  Lynn L. Tavenner (CC-A) on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
  Madeleine C. Wanlsee on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com, rstein@gustlaw.com
  Malcolm M. Mitchell on behalf of Creditor AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
  Marc A. Busman on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
  Margaret M. Anderson on behalf of Creditor Old Republic Insurance Company panderson@fhslc.com
  Mark B. Conlan on behalf of Creditor Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
  Mark D. Sherrill on behalf of Creditor LNR Partners, Inc. mark.sherrill@sutherland.com
  Mark D. Taylor on behalf of Creditor Lenovo USA mdtaylor@kilpatricktownsend.com
  Mark E. Browning on behalf of Creditor Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
  Mark J. Friedman on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
  Mark K. Ames on behalf of Creditor Commonwealth of Virginia, Department of Taxation mark@taxva.com, amanda@taxva.com
  Mark X. Mullin on behalf of Creditor BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
  Martha E. Hulley on behalf of Creditor Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
  Martha E. Romero on behalf of Creditor California Taxing Authorities romero@mromerolawfirm.com
  Martin A. Brown on behalf of Creditor Creditor Express Personnel Services, Inc martin.brown@lawokc.com
  Martin J.A. Yeager on behalf of Creditor Loren Stocker myeager@landcarroll.com
  Mary E. Olden on behalf of Creditor Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com, akauba@mhalaw.com
  Mary Louise Fullington on behalf of Creditor Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
  Matthew Righetti on behalf of Creditor Jack Hernandez matt@righettilaw.com
  Matthew A. Gold on behalf of Creditor Argo Partners courts@argopartners.net
  Matthew E. Hoffman on behalf of Creditor Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
  Matthew J. Ellis on behalf of Creditor Montgomery County Trustee mellis@batsonnolan.com
  Matthew V. Spero on behalf of Creditor CC-Investors 1995-6 matthew.spero@rivkin.com
  Melissa S. Hayward on behalf of Creditor Home Depot USA, Inc. mhayward@lockelord.com
  Meredith Linn Yoder on behalf of Creditor Edwin Watts Golf Shops, LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
  Michael Reed on behalf of Creditor City of Midland et al othercourts@mvbalaw.com
  Michael A. Condyles on behalf of Creditor Bank One Delaware, National Association n/k/a Chase Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com
  Michael Callahan Crowley on behalf of Creditor White-Spunner Construction, Inc. mcrowley@asm-law.com
  Michael D. Mueller on behalf of Creditor Acadia Realty Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com
  Michael E. Hastings on behalf of Creditor Eastern Security Corp. michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
  Michael F. Ruggio on behalf of Creditor MD-GSI Associates mruggio@ralaw.com

```
District/off: 0422-7          User: frenchs              Page 8 of 10            Date Rcvd: May 02, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael J. Sage    on behalf of Creditor   Pan Am Equities msage@omm.com, kzeldman@omm.com
          Michael John O'Grady    on behalf of Creditor   Convergys Customer Management Group Inc.
          mjogrady@fbtlaw.com,    lbaker@fbtlaw.com;jbwells@fbtlaw.com
          Michael Keith McCrory    on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm    on behalf of Creditor Harry Hallaian ECF@w2lg.com
          Michael P. Falzone    on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael S. Kogan    on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com,
          mkogan@koganlawfirm.com
          Min Park    on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
          Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
          Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora    on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn    on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman    on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com
          Mona M. Murphy    on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com,
          crystal.gaymon@akerman.com
          Nancy F. Loftus    on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting    on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
          lginsberg@lolawfirm.com
          Nathan Jones    on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
          Neil E. McCullagh    on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com
          Nicholas B Malito    on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
          Nicholas W. Whittenburg    on behalf of Creditor   Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com,    mcsmith@millermartin.com
          Oscar Baldwin Fears    on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov,
          jjacobs@law.ga.gov
          P. Matthew Roberts    on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
          Patrick M. Birney    on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
          jcarrion@rc.com
          Paul J. Pascuzzi    on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul K. Campsen    on behalf of Creditor   CC Grand Junction Investors 1998, LLC
          pkcampsen@kaufcan.com
          Paul M. Black    on behalf of Creditor   Sony Pictures Home Entertainment Inc.
          pblack@spilmanlaw.com,    vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley    on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com
          Paul Michael Schrader    on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
          Paul S. Bliley    on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall    on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
          hall@bwst-law.com,    marbury@bwst-law.com
          Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
          dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
          om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Peter Barrett    on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
          lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg    on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth    on behalf of Creditor   State of New Hampshire Department of Revenue
          Administration peter.roth@doj.nh.gov
          Peter E. Strniste    on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com,
          kcooper@rc.com
          Peter G. Zemanian    on behalf of Creditor   Disney Interactive Distribution, et al.
          pete@zemanianlaw.com
          Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
          jlerner@whitecase.com,jrubalcava@whitecase.com
          Peter M. Pearl    on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
          Philip C. Baxa    on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
          pbaxa@sandsanderson.com,    rarrington@sandsanderson.com
          Philip James Meitl    on behalf of Creditor   Berkadia Commercial Mortgage LLC
          pj.meitl@bryancave.com,    john.leininger@bryancave.com
          R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
          Rand L. Gelber    on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
          Raymond Pring    on behalf of Creditor Laura Scannell rpring@grossspringlaw.com,
          rahurley@grossspringlaw.com;cingle@grossspringlaw.com
          Raymond William Battaglia    on behalf of Creditor   Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta    on behalf of Creditor   Bond C.C. I Delaware Business Trust
          rsaitta@wileyrein.com,    rours@wileyrein.com
          Reid Steven Whitten    on behalf of Creditor   LaSalle Bank National Association, as trustee for Cl
          Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
          Rhett E. Petcher    on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
          Rhysa Griffith South    on behalf of Creditor   Henrico County, Virginia sou06@co.henrico.va.us
          Richard C. Maxwell    on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com
          Richard D. Scott    on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com

```
District/off: 0422-7          User: frenchs              Page 9 of 10                  Date Rcvd: May 02, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

           Richard E. Hagerty    on behalf of Attorney   Troutman Sanders LLP richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.webne@troutmansanders.com
           Richard E. Lear    on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com
           Richard F. Stein    on behalf of Creditor   Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
           Richard Iain Hutson    on behalf of Creditor   Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
           Richard M. Maseles    on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
           Richard S. Yarow    on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
           Robert A. Canfield    on behalf of Creditor   Cornella Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
           Robert B. Hill    on behalf of Creditor   Columbia Plaza Joint Venture kcummins@hillrainey.com
           Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
           Robert C. Edmundson    on behalf of Creditor   Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
           Robert D. Albergotti    on behalf of Creditor   Universal Display and Fixtures Company robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
           Robert D. Clark    on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
           Robert D. Tepper    on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com, pcoover@sabt.com
           Robert Field Moorman    on behalf of Defendant   Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com, robmoorman@comcast.net
           Robert J. Brown    on behalf of Creditor   CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
           Robert J. Feinstein    on behalf of Creditor Committee   Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
           Robert K. Coulter    on behalf of Creditor   United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
           Robert Kenneth Minkoff    on behalf of Creditor   Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
           Robert L. Lehane    on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
           Robert M. Marino    on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarino1@aol.com
           Robert P. McIntosh    on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
           Robert R. Vieth    on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com, ndysart@ltblaw.com
           Robert Ryland Musick    on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com, karnett@t-mlaw.com
           Robert S. Westermann    on behalf of Counter-Claimant   Eastman Kodak Company rwestermann@hf-law.com, rmcburney@hf-law.com
           Robin S. Abramowitz    on behalf of Creditor   Bond Circuit VIII Delaware Business Trust abramowitz@larypc.com
           Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
           Ronald A. Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com, rpage@rpagelaw.com
           Ronald G. Dunn    on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
           Ronald M. Tucker    on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,psummers@simon.com,antimm@simon.com
           Roy M. Terry    on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
           Russell R. Johnson    on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
           Ryan C. Day    on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com
           S. Sadiq Gill    on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
           Sara B. Eagle    on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
           Sara L. Chenetz    on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
           Sarah Beckett Boehm    on behalf of Debtor   Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com;lneilson@mcguirewoods.com
           Satchidananda Mims    smims21@hotmail.com
           Scott D. Fink    on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
           Seth A. Drucker    on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
           Sheila G. de la Cruz    on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com, ebeaumont@hf-law.com
           Sheila L. Shadmand    on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
           Stanley M. Salus    on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company stan.salus@akerman.com, crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
           Stephan William Milo    on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com, hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
           Stephanie N. Gilbert    on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com, nwalsh@wilsav.com

```
District/off: 0422-7           User: frenchs                Page 10 of 10                  Date Rcvd: May 02, 2012
                               Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership smetz@shulmanrogers.com, nanderson@shulmanrogers.com
      Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc. sleach@ltblaw.com, msarata@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;bblosser@ltblaw.com;cgreene@ltblaw.com
      Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue Murphys@dor.state.ma.us
      Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC sgallagher@venable.com, lcwilliams@venable.com;lrheitger@venable.com
      Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
      Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
      Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
      Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
      Tara B. Annweiler    on behalf of Creditor    American National Insurance Company tannweiler@greerherz.com
      Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
      Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
      Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc. thadwilson@kslaw.com, pwhite@kslaw.com
      Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
      Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc. tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
      Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com, dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
      Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com
      Thomas John McKee    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
      Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com, tomjam2003@yahoo.com
      Thomas Ryan Lynch    on behalf of Creditor    Mibarev Development I, LLC tlynch@babc.com
      Thomas W. Repczynski    on behalf of Creditor    Graphic Communications, Inc. trepczynski@offitkurman.com, cdixon@offitkurman.com;lschock@offitkurman.com
      Tiffany Strelow Cobb    on behalf of Creditor    AOL LLC tscobb@vorys.com, bjtobin@vorys.com
      Timothy Francis Brown    on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com, giaimo.christopher@arentfox.com
      Tracey Michelle Ohm    on behalf of Creditor    Waste Management, Inc. tohm@stinson.com, tmackey@stinson.com
      Travis A. Knobbe    on behalf of Defendant    Bulldog Rack Company tknobbe@spilmanlaw.com, trjohnson@spilmanlaw.com
      Travis Aaron Sabalewski    on behalf of Creditor    IKON Office Solutions, Inc. tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
      Troy Savenko    on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly situated tsavenko@kv-legal.com, nferenbach@kv-legal.com
      Valerie P. Morrison    on behalf of Creditor    Daly City Partners I, L.P vmorrison@wileyrein.com, rours@wileyrein.com
      Victoria A. Reardon    on behalf of Creditor    State of Michigan, Department of Treasury reardonv@michigan.gov, jacksonst@michigan.gov
      Victoria D. Garry    on behalf of Creditor    Ohio Bureau of Workers' Compensation victoria.garry@ohioattorneygeneral.gov
      Vivienne Rakowsky    on behalf of Creditor    Nevada Department of Taxation vrakowsky@ag.nv.gov, dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
      W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
      Walter Laurence Williams    on behalf of Creditor    Wayne VF LLC walter.williams@wilsonelser.com
      Wanda Borges    on behalf of Creditor    Sharp Electronics Corporation ecfcases@borgeslawllc.com
      Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake wroenker@cityofchesapeake.net
      William Heuer    on behalf of Transferee    Korea Export Insurance Corporation wheuer@duanemorris.com
      William A. Broscious    on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
      William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com
      William A. Gray    on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com, rarrington@sandsanderson.com
      William A. Wood    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com, chris.tillmanns@bgllp.com
      William B. Cave    on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
      William C. Crenshaw    on behalf of Creditor    Gould Livermore LLC bill.crenshaw@bryancave.com
      William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
      William Daniel Prince    on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com
      William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
      William H. Schwarzschild    on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
      Wm. Joseph A. Charboneau    on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
      Zachary Mosner    on behalf of Creditor    Washington State Taxing Agencies BCUMosner@atg.wa.gov

                                                                                                                        TOTAL: 410