**210B (12/09)**

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 05/01/2012 (date).

Name and Address of Alleged Transferor:

Claim No. : Southland Acquisitions, LLC, c/o United States Debt Recovery, XI LP, 940 Southwood Blvd, Suite 101, Incline Village, NV 89451

Name and Address of Transferee:

US Debt Recovery XI, LP
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/04/12

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 08-35653-KRH
Circuit City Stores, Inc.                                             Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs          Page 1 of 10          Date Rcvd: May 02, 2012
                            Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2012.
8657405      +Southland Acquisitions, LLC,   c/o United States Debt Recovery, XI LP,    940 Southwood Blvd, Suite 101,   Incline Village, NV 89451-7401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0422-7           User: frenchs              Page 2 of 10              Date Rcvd: May 02, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2012 at the address(es) listed below:

          Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com, mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;ccoleman@sugarfgh.com
          Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
          Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC akeith@honigman.com, tsable@honigman.com
          Alan Michael Noskow    on behalf of Defendant   COKeM International Ltd. anoskow@pattonboggs.com
          Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
          Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc. ajackins@seyfarth.com
          Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
          Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership amy.williams@klgates.com, hailey.andresen@klgates.com
          Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc. davison.andrea@arentfox.com, lane.katie@arentfox.com;dowd.mary@arentfox.com;rothleder.jeffrey@arentfox.com;toof.jackson@arentfox.com
          Andrew  Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
          Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
          Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com, rhicks@shutts-law.com
          Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
          Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com, raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
          Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
          Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
          Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle Management Services, LLC abraucher@mcmillanmetro.com
          Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com, drichards@vanblk.com;pfaggert@vanblk.com
          Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc. annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder Companies, Ltd. acichello@kb-law.com
          Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
          Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
          Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com, ecffilings@hangley.com
          Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com, lthompson@cblaw.com
          Belkys  Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov, Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Benjamin C. Ackerly    on behalf of Creditor   COMSYS Information Technology Services, Inc. and COMSYS Services, LLC backerly@hunton.com, cloving@hunton.com
          Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
          Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors bgodshall@pszjlaw.com
          Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation benglander@wtplaw.com, wbatres@wtplaw.com
          Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net, lsansbury@mrrlaw.net
          Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com
          Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
          Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
          Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com, tmelendez@ecjlaw.com
          C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
          Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
          Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

```
District/off: 0422-7           User: frenchs              Page 3 of 10              Date Rcvd: May 02, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

     Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership
      clynch@goulstonstorrs.com
     Christine McAteer Ford    on behalf of Creditor   Ada Alicea, on behalf of herself and all others
      similarly situated cford@mdpcelaw.com
     Christopher A. Jones    on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
      rredfield@wtplaw.com
     Christopher Julian Hoctor    on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com,
      nferenbach@kaplanfrank.com
     Christopher L. Perkins    on behalf of Attorney   LeClair Ryan, A Professional Corporation
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
     Christopher M. Alston    on behalf of Creditor   507 Northgate LLC alstc@foster.com,
      ristj@foster.com
     Christopher M. Desiderio    on behalf of Creditor   Greystone Data Systems, Inc.
      cdesiderio@nixonpeabody.com
     Christopher R. Belmonte    on behalf of Creditor   International Business Machines Corporation
      cbelmonte@ssbb.com,   asnow@ssbb.com,pbosswick@ssbb.com
     City of Newport News, Virginia    jdurant@nngov.com
     Constantinos G. Panagopoulos    on behalf of Creditor   Battlefield FE Limited Partners
      cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
     Courtney E. Pozmantier    on behalf of Creditor   Paramount Home Entertainment
      cpozmantier@ktbslaw.com,   mtuchin@ktbslaw.com
     Craig Benson Young    on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership
      craig.young@kutakrock.com,
      lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
     Craig M. Palik    on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@yahoo.com,
      cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
     Curtis Gilbert Manchester    on behalf of Defendant   Energizer Battery, Inc.
      cmanchester@reedsmith.com,
      shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
     D. Marc Sarata    on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
      sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
     Daniel D. Prichard    on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
      individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com,
      kcornnell@dowlohnes.com
     Daniel F. Blanks    on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
     Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com,   pressdm@gmail.com
     Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
      dsbushnaq@venable.com
     Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
     Darrell William Clark    on behalf of Creditor   Waste Management, Inc. dclark@stinson.com,
      cscott@stinson.com
     Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
     David McCall    on behalf of Creditor   City of Garland Tax Assessor/Collector
      bankruptcy@ntexas-attorneys.com
     David A. Greer    on behalf of Creditor   Century plaza development corporation
      dgreer@davidgreerlaw.com,   ecf@davidgreerlaw.com
     David B. Wheeler    on behalf of Creditor   South Carolina Electric & Gas Company and Public
      Service of North Carolina davidwheeler@mvalaw.com
     David D. Hopper    on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
      scilino@chlhf.com
     David Emmett Hawkins    on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
     David H. Cox    on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
      phaynes@jackscamp.com
     David H. Dickieson    on behalf of Defendant   New Age Electronics, Inc., also known as New Age,
      Inc. ddickieson@schertlerlaw.com,   pfrye@schertlerlaw.com
     David J. Ervin    on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
      KDWBankruptcyDepartment@kelleydrye.com
     David K. Spiro    on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com,
      rmcburney@hf-law.com
     David M. Poitras    on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
     David R. Ruby    on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
      bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
     David R. Ruby    on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com,
      bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
     David V. Cooke    on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
     David W. Earman    on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
     David Wayne Lannetti    on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com,
      drichards@vanblk.com;kmcgwin@vanblk.com
     Dawn C. Stewart    on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
     Dena Sloan Kessler    on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
     Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services
      denise.mondell@ct.gov
     Dennis T. Lewandowski    on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
      America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
     Denyse Sabagh    on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com

Case 08-35653-KRH    Doc 11926    Filed 05/04/12    Entered 05/05/12 00:39:41    Desc
                     Imaged Certificate of Notice    Page 5 of 11

```
District/off: 0422-7          User: frenchs              Page 4 of 10            Date Rcvd: May 02, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District
               caaustin@comcast.net
              Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
              Dominic L. Chiariello    on behalf of Creditor   Donovan Dunwell dc@chiariello.com
              Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects
               dludman@brownconnery.com
              Douglas  Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
              Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
               dkappler@rdwlawcorp.com
              Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc.
               dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com
              Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
              Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com,
               rours@wileyrein.com
              Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
               mayle@hooverslovacek.com
              Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
               wenditaylor@toase.com;lmares@toase.com
              Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com,
               ramona.neal@hp.com;ken.higman@hp.com
              Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited
               echarley@hansonbridgett.com
              Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
              Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
               klgatesbankruptcy@klgates.com
              Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
              Erica S. Zaron    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
              Erick Frank Seamster    on behalf of Creditor   Unical Enterprises, Inc eseamster@wallacepledger.com
              Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
              Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc.
               ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com
              Eugene  Chang    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
              F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
              Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc.
               ffm@bostonbusinesslaw.com
              Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP
               fpepler@peplermastromonaco.com
              Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
              Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
              Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue
               rudzikf@dor.state.fl.us
              Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
               mmarck@olshanlaw.com;ssallie@olshanlaw.com
              Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com
              Gary E. Mason    on behalf of Creditor   Marlon Mondragon gmason@wbmllp.com,  mdicocco@wbmllp.com
              Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
              Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
               jschmeltz@sblsg.com;jrapp@sblsg.com
              Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
              German  Yusufov    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
               alison.moreno@pcao.pima.gov
              Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc
               notices@becket-lee.com
              Gilbert D. Sigala    on behalf of Creditor John Batioff sigalaw1@aol.com
              Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               gbrown@pszjlaw.com
              Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
               agbankcal@ag.tn.gov
              Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund
               gfornario@nixonpeabody.com,  khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
              Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
               christine@virginia-lawyers.net
              Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
              Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
               ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
              H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
              Hale  Yazicioglu    on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
              Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com,  jwest@kkgpc.com
              Heather Lynn Anderson    on behalf of Creditor   State of New Jersey - Dept. of Treasury
               Heather.Anderson@dol.lps.state.nj.us
              Henry Buswell Roberts    on behalf of Creditor   Suemar hbroberts@live.com,  droberts1949@live.com
              Henry P. Baer    on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
               csommer@fdh.com
              Henry Pollard Long    on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com

```
District/off: 0422-7          User: frenchs              Page 5 of 10              Date Rcvd: May 02, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
      howard.j.grossman@chase.com
      Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
      J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
      chefiling@lw.com;robert.klyman@lw.com
      J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com,
      sparson@mckennalong.com
      Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc.
      toof.jackson@arentfox.com
      Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
      lbigus@stinson.com
      James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
      through Brian Hamer, its Director James.Newbold@illinois.gov
      James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
      vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
      James Edward Bowman   on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
      bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
      James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
      avis.francis@hklaw.com
      James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
      kim.smith@sablaw.com
      James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
      eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com
      James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
      ncoton@beankinney.com
      James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust
      jvlombardi@rossbanks.com
      James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
      of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
      James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc.
      jburke@orrick.com
      Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
      jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
      Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation
      admin@meiburgerlaw.com
      Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
      ecf@krcl.com
      Jason M. Krumbein   on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
      a30156@yahoo.com;tcarper@krumbeinlaw.com;dtabakin@krumbeinlaw.com
      Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board
      jharbour@hunton.com
      Jeffrey Scharf   on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
      tacspc@gmail.com;amanda@taxva.com
      Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office
      Jeff.Klusmeier@ago.mo.gov
      Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
      krussell@taftlaw.com;ecfclerk@taftlaw.com
      Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
      toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
      Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com,
      elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com
      Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
      jpomerantz@pszjlaw.com
      Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
      dennisj@ballardspahr.com, pollack@ballardspahr.com
      Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
      Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
      Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
      jwest@spottsfain.com,
      rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com
      Jennifer Larkin Kneeland   on behalf of Defendant   AMC jkneeland@linowes-law.com,
      klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
      Jennifer McLain McLemore   on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
      avaughn@cblaw.com
      Jennifer V. Doran   on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
      calirm@haslaw.com
      Jeremy Brian Root   on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
      tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
      Jeremy C. Kleinman   on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
      Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
      Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
      jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com
      Jeremy S. Williams   on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com
      Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
      jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
      Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com

```
District/off: 0422-7          User: frenchs              Page 6 of 10              Date Rcvd: May 02, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Jerry Lane Hall    on behalf of Defendant   NAMCO BANDAI Games America Inc.
               jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
              Jess R. Bressi    on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
              Jessica Regan Hughes    on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
               swells@seyfarth.com;wdcdocketing@seyfarth.com
              Joel S. Aronson    on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
               jsaronson@ridberglaw.com
              Joel T. Marker    on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
              John B. Raftery    on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
               jraftery@offitkurman.com
              John C. Smith    on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              John D. Fiero    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               jfiero@pszjlaw.com
              John D. McIntyre    on behalf of Creditor   Carnegie Management and Development Corporation
               jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
              John E. Hilton    on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
               pjf@carmodymacdonald.com
              John E. Lucian    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
               lucian@blankrome.com
              John G. McJunkin    on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
               sparson@mckennalong.com
              John J. Lamoureux    on behalf of Creditor   Amore Construction Company
               jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
              John M. Craig    on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
               russj4478@aol.com
              John P. Van Beek    on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
               awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
              John T. Donelan    on behalf of Defendant   Best Vendors Management Co. Inc. donelanlaw@gmail.com
              John T. Farnum    on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
               rours@wileyrein.com
              John T. Husk    on behalf of Defendant   Casco Corporation johnhusk@aol.com, nre98@aol.com
              Jonathan L. Hauser    on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
              Jonathan S. Storper    on behalf of Creditor   IGate Global Solutions, Limited
               jstorper@hansonbridgett.com
              Jonathan T. Cain    on behalf of Defendant   InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
              Joseph M. DuRant    on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
              Joseph T. Moldovan    on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
               Cross Blue Shield bankruptcy@morrisoncohen.com
              Joshua D. McKarcher    on behalf of Defendant   Broadridge Financial Solutions, Inc., aka
               Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
               Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
              Judy Bamberger Calton    on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
              Julie Ann Quagliano    on behalf of Creditor   AT&T quagliano@sfmlawfirm.com,
               harvell@sfmlawfirm.com
              Justin F. Paget    on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
               cloving@hunton.com
              Kalina Boyanova Miller    on behalf of Creditor   First Industrial Realty Trust, Inc.
               kmiller@wileyrein.com, rours@wileyrein.com
              Karen L. Gilman    on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
              Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
               jbrockett@clrbfirm.com;tturner@clrbfirm.com
              Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com,
               beth@pf-law.com;Abbie@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
              Ken Coleman    on behalf of Interested Party   Alvarez & Marsal Canada, ULC
               Ken.Coleman@allenovery.com
              Kenneth R. Rhoad    on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
              Kevin A. Lake    on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
              Kevin J. Funk    on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
               bmcmillen@durrettecrump.com
              Kevin L. Sink    on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
              Kevin M. Newman    on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
              Khang V. Tran    on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
              Kimbell D. Gourley    on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
               sprescott@idalaw.com
              Kimberly A. Pierro    on behalf of Creditor   CBL & Associates Management, Inc.
               kimberly.pierro@kutakrock.com,
               sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
               @kutakrock.com
              Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association as Trustee
               for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
               kimsullywalker@aol.com
              Kirk David Berkhimer    on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com,
               Carla@KDBLawFirm.com
              Kristen E. Burgers    on behalf of Creditor   CWCapital Asset Management LLC keburgers@venable.com
              Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              Kurt M. Kobiljak    on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
```

```
District/off: 0422-7          User: frenchs              Page 7 of 10              Date Rcvd: May 02, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Laura   Otenti    on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz    on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
           ndysart@ltblaw.com
          Lawrence H. Glanzer    on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com,
           stephanie@rlglegal.com
          Leonard E. Starr    on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
           gadams@Starr-Law.com
          Leonidas  Koutsouftikis    on behalf of Creditor   Washington Real Estate Investment Trust
           lkouts@magruderpc.com, mcook@magruderpc.com
          Leslie A. Skiba    on behalf of Defendant   Network Engineering Technologies, Inc.
           lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt    on behalf of Creditor   D-Link Systems, Inc. lregenhardt@garylaw.us,
           cmarchant@garylaw.us;mkoeniger@garylaw.us
          Linda Sharon Broyhill    on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
           nkatzen@reedsmith.com
          Lisa Hudson Kim    on behalf of Creditor   A.D.D. Holdings, L.P. lhudson@sandsanderson.com
          Lisa P. Sumner    on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com
          Loc  Pfeiffer    on behalf of Creditor   Schottenstein Property Group, Inc.
           loc.pfeiffer@kutakrock.com,
           lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
          Louis E. Dolan    on behalf of Creditor   California Self-Insurers' Security Fund
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@n
           ixonpeabody.com;DPrivott@nixonpeabody.com
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton    on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason    on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com,
           chps.ecfnotices@gmail.com
          Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Madeleine C. Wanlsee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com,
           rstein@gustlaw.com
          Malcolm M. Mitchell    on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman    on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
          Margaret M. Anderson    on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan    on behalf of Creditor   Bond Circuit IV Delaware Business Trust
           mconlan@gibbonslaw.com
          Mark D. Sherrill    on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Taylor    on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning    on behalf of Creditor   Texas Comptroller of Public Accounts
           bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
          Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
          Mark K. Ames    on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
           mark@taxva.com, amanda@taxva.com
          Mark X. Mullin    on behalf of Creditor   BB Fonds International 1 USA, L.P.
           mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
          Martha E. Hulley    on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero    on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
          Martin A. Brown    on behalf of Creditor   Creditor Express Personnel Services, Inc
           martin.brown@lawokc.com
          Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landcarroll.com
          Mary E. Olden    on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
           molden@mhalaw.com, akauba@mhalaw.com
          Mary Louise Fullington    on behalf of Creditor   Scripps Networks Interactive, Inc.
           lexbankruptcy@wyattfirm.com
          Matthew  Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
          Matthew A. Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew E. Hoffman    on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
           lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis    on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero    on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward    on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder    on behalf of Creditor   Edwin Watts Golf Shops, LLC myoder@parkerpollard.com,
           sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael  Reed    on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
          Michael A. Condyles    on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
           Bank, USA michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley    on behalf of Creditor   White-Spunner Construction, Inc.
           mcrowley@asm-law.com
          Michael D. Mueller    on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com,
           avaughn@cblaw.com
          Michael E. Hastings    on behalf of Creditor   Eastern Security Corp.
           michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
          Michael F. Ruggio    on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com

```
District/off: 0422-7          User: frenchs              Page 8 of 10           Date Rcvd: May 02, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Michael J. Sage    on behalf of Creditor  Pan Am Equities msage@omm.com, kzeldman@omm.com
        Michael John O'Grady    on behalf of Creditor  Convergys Customer Management Group Inc. mjogrady@fbtlaw.com, lbaker@fbtlaw.com;jbwells@fbtlaw.com
        Michael Keith McCrory    on behalf of Creditor  Klipsch, LLC mmcrory@btlaw.com
        Michael L. Wilhelm    on behalf of Creditor Harry Hallaian ECF@w2lg.com
        Michael P. Falzone    on behalf of Creditor  502-12 86th Street LLC mfalzone@hf-law.com, ebeaumont@hf-law.com
        Michael S. Kogan    on behalf of Creditor  Ditan Distribution LLC mkogan@koganlawfirm.com, mkogan@koganlawfirm.com
        Min Park    on behalf of Creditor  Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc mpark@cblh.com
        Mindy A. Mora    on behalf of Creditor  Wells Fargo Bank, N.A. mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
        Mindy D. Cohn    on behalf of Creditor  Visiontek Products, LLC mcohn@winston.com
        Mitchell B. Weitzman    on behalf of Creditor  Madison Waldorf, LLC mweitzman@jackscamp.com, swatson@jackscamp.com;iluaces@jackscamp.com
        Mona M. Murphy    on behalf of Creditor  Bush Industries, Inc. mona.murphy@akerman.com, crystal.gaymon@akerman.com
        Nancy F. Loftus    on behalf of Creditor  Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
        Nancy R. Schlichting    on behalf of Creditor  Antor Media Corporation nrs@lolawfirm.com, lginsberg@lolawfirm.com
        Nathan Jones    on behalf of Creditor  US Debt Recovery III, LP heather@usdrllc.com
        Neil E. McCullagh    on behalf of Creditor  Casio, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com
        Nicholas B Malito    on behalf of Creditor  Dollar Tree Stores, Inc. nmalito@hgg.com
        Nicholas W. Whittenburg    on behalf of Creditor  Cleveland Towne Center, LLC nwhittenburg@millermartin.com, mcsmith@millermartin.com
        Oscar Baldwin Fears    on behalf of Creditor  Georgia Department of Revenue bfears@law.ga.gov, jjacobs@law.ga.gov
        P. Matthew Roberts    on behalf of Creditor  CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
        Patrick M. Birney    on behalf of Creditor  Schimenti Construction Company LLC pbirney@rc.com, jcarrion@rc.com
        Paul J. Pascuzzi    on behalf of Creditor  Belleville News-Democrat ppascuzzi@ffwplaw.com
        Paul K. Campsen    on behalf of Creditor  CC Grand Junction Investors 1998, LLC pkcampsen@kaufcan.com
        Paul M. Black    on behalf of Creditor  Sony Pictures Home Entertainment Inc. pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
        Paul McCourt Curley    on behalf of Creditor  Carrollton Arms, LLC pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
        Paul Michael Schrader    on behalf of Creditor  ANG Newspapers pschrader@fullertonlaw.com
        Paul S. Bliley    on behalf of Creditor  1890 Ranch, Ltd. pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paula A. Hall    on behalf of Defendant  Stanecki Inc. d/b/a Don Lors Electronics hall@bwst-law.com, marbury@bwst-law.com
        Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
        Peter Barrett    on behalf of Creditor  Cole CC Groveland FL, LLC peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter A. Greenburg    on behalf of Creditor  Premier Resources, LLC pgreenburg@aol.com
        Peter C.L. Roth    on behalf of Creditor  State of New Hampshire Department of Revenue Administration peter.roth@doj.nh.gov
        Peter E. Strniste    on behalf of Creditor  Schimenti Construction Company LLC pstrniste@rc.com, kcooper@rc.com
        Peter G. Zemanian    on behalf of Creditor  Disney Interactive Distribution, et al. pete@zemanianlaw.com
        Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc. jlerner@whitecase.com,jrubalcava@whitecase.com
        Peter M. Pearl    on behalf of Creditor  PrattCenter, LLC ppearl@sandsanderson.com
        Philip C. Baxa    on behalf of Counter-Claimant  Mitsubishi Electronics America, Inc. pbaxa@sandsanderson.com, rarrington@sandsanderson.com
        Philip James Meitl    on behalf of Creditor  Berkadia Commercial Mortgage LLC pj.meitl@bryancave.com, john.leininger@bryancave.com
        R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
        Rand L. Gelber    on behalf of Creditor  Maricopa County Treasurer RGelberMD@aol.com
        Raymond Pring    on behalf of Creditor Laura Scannell rpring@grossspringlaw.com, rahurley@grossspringlaw.com;cingle@grossspringlaw.com
        Raymond William Battaglia    on behalf of Creditor  Miner Corporation rbattaglia@obht.com
        Rebecca L. Saitta    on behalf of Creditor  Bond C.C. I Delaware Business Trust rsaitta@wileyrein.com, rours@wileyrein.com
        Reid Steven Whitten    on behalf of Creditor  LaSalle Bank National Association, as trustee for Cl Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
        Rhett E. Petcher    on behalf of Creditor  Engineered Structures, Inc. rpetcher@seyfarth.com
        Rhysa Griffith South    on behalf of Creditor  Henrico County, Virginia sou06@co.henrico.va.us
        Richard C. Maxwell    on behalf of Interested Party  Park National Bank rmaxwell@woodsrogers.com
        Richard D. Scott    on behalf of Defendant  Contrarian Funds, LLC richard@rscottlawoffice.com

```
District/off: 0422-7           User: frenchs              Page 9 of 10              Date Rcvd: May 02, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Richard E. Hagerty    on behalf of Attorney   Troutman Sanders LLP
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.webne@troutmansanders.com
              Richard E. Lear    on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
               kimi.odonnell@hklaw.com
              Richard F. Stein    on behalf of Creditor   Internal Revenue Service
               richard.f.stein@irscounsel.treas.gov,   USAVAE.RIC.ECF.BANK@usdoj.gov
              Richard Iain Hutson    on behalf of Creditor   Caribbean Display & Construction, Inc.
               rhutson@weinstocklegal.com
              Richard M. Maseles    on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
              Richard S. Yarow    on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
              Robert A. Canfield    on behalf of Creditor   Cornella Beverly bcanfield@canfieldbaer.com,
               jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
              Robert B. Hill    on behalf of Creditor   Columbia Plaza Joint Venture kcummins@hillrainey.com
              Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor   Office of Attorney General, Pennsylvania Department
               of Revenue redmundson@attorneygeneral.gov
              Robert D. Albergotti    on behalf of Creditor   Universal Display and Fixtures Company
               robert.albergotti@haynesboone.com,   kim.morzak@haynesboone.com;john.middleton@haynesboone.com
              Robert D. Clark    on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
              Robert D. Tepper    on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
               L.L.C. rtepper@sabt.com,   pcoover@sabt.com
              Robert Field Moorman    on behalf of Defendant   Forsythe Solutions Group, Inc.
               rmoorman@moormanlaw.com,   robmoorman@comcast.net
              Robert J. Brown    on behalf of Creditor   CB Richard Ellis / Louisville, LLC
               Lexbankruptcy@wyattfirm.com
              Robert J. Feinstein    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               rfeinstein@pszjlaw.com,   rorgel@pszjlaw.com;dharris@pszjlaw.com
              Robert K. Coulter    on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
               USAVAE.ALX.ECF.BANK@usdoj.gov
              Robert Kenneth Minkoff    on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
               rminkoff@jefferies.com,   mrichards@jefferies.com
              Robert L. Lehane    on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert M. Marino    on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
               rmmarino@rpb-law.com,   rmmarino1@aol.com
              Robert P. McIntosh    on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
               DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
              Robert R. Vieth    on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com,
               ndysart@ltblaw.com
              Robert Ryland Musick    on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com,
               karnett@t-mlaw.com
              Robert S. Westermann    on behalf of Counter-Claimant   Eastman Kodak Company
               rwestermann@hf-law.com,   rmcburney@hf-law.com
              Robin S. Abramowitz    on behalf of Creditor   Bond Circuit VIII Delaware Business Trust
               abramowitz@larypc.com
              Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc.
               rbingham@stites.com,   dclayton@stites.com
              Ronald A. Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com,   rpage@rpagelaw.com
              Ronald G. Dunn    on behalf of Creditor   Savitri Cohen bstasiak@gdwo.net
              Ronald M. Tucker    on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
               cmartin@simon.com,psummers@simon.com,antimm@simon.com
              Roy M. Terry    on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Russell R. Johnson    on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
              Ryan C. Day    on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
               sarah.kelly@leclairryan.com
              S. Sadiq Gill    on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
               Company sgill@vanblk.com
              Sara B. Eagle    on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
               efile@pbgc.gov
              Sara L. Chenetz    on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm    on behalf of Debtor   Abbott Advertising Agency, Inc.
               sboehm@mcguirewoods.com,   kcain@mcguirewoods.com;lneilson@mcguirewoods.com
              Satchidananda  Mims    smims21@hotmail.com
              Scott D. Fink    on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker    on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
              Sheila G. de la Cruz    on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
               ebeaumont@hf-law.com
              Sheila L. Shadmand    on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
              Stanley M. Salus    on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
               stan.salus@akerman.com,
               crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
              Stephan William Milo    on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
               hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
              Stephanie N. Gilbert    on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com,
               nwalsh@wilsav.com

```
District/off: 0422-7          User: frenchs              Page 10 of 10              Date Rcvd: May 02, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Stephen A. Metz   on behalf of Creditor   Saul Holdings Limited Partnership smetz@shulmanrogers.com, nanderson@shulmanrogers.com
      Stephen E. Leach   on behalf of Creditor   Children's Discovery Centers of America, Inc. sleach@ltblaw.com, msarata@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;bblosser@ltblaw.com;cgreene@ltblaw.com
      Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue Murphys@dor.state.ma.us
      Stephen K. Gallagher   on behalf of Creditor   CWCapital Asset Management LLC sgallagher@venable.com, lcwilliams@venable.com;lrheitger@venable.com
      Stephen K. Lehnardt   on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
      Steven H. Greenfeld   on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
      Steven H. Newman   on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
      Steven L. Brown   on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
      Tara B. Annweiler   on behalf of Creditor   American National Insurance Company tannweiler@greerherz.com
      Tara L. Elgie   on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
      Terri A. Roberts   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
      Thaddeus D. Wilson   on behalf of Defendant   Mitsubishi Electronics America, Inc. thadwilson@kslaw.com, pwhite@kslaw.com
      Thomas David Rethage   on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
      Thomas Francis Murphy   on behalf of Creditor   Robert E. Greenberg Gateway Woodside, Inc. tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
      Thomas G. King   on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com, dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
      Thomas John McIntosh   on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
      Thomas John McKee   on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
      Thomas Neal Jamerson   on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com, tomjam2003@yahoo.com
      Thomas Ryan Lynch   on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
      Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc. trepczynski@offitkurman.com, cdixon@offitkurman.com;lschock@offitkurman.com
      Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com, bjtobin@vorys.com
      Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com, giaimo.christopher@arentfox.com
      Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc. tohm@stinson.com, tmackey@stinson.com
      Travis A. Knobbe   on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com, trjohnson@spilmanlaw.com
      Travis Aaron Sabalewski   on behalf of Creditor   IKON Office Solutions, Inc. tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
      Troy Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly situated tsavenko@kv-legal.com, nferenbach@kv-legal.com
      Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com, rours@wileyrein.com
      Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury reardonv@michigan.gov, jacksonst@michigan.gov
      Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation victoria.garry@ohioattorneygeneral.gov
      Vivienne Rakowsky   on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov, dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
      W. Clarkson McDow, Jr.   USTPRegion04.RH.ECF@usdoj.gov
      Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
      Wanda Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
      Wendy Michele Roenker   on behalf of Creditor Treasurer City of Chesapeake wroenker@cityofchesapeake.net
      William Heuer   on behalf of Transferee   Korea Export Insurance Corporation wheuer@duanemorris.com
      William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
      William A. Burnett   on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
      William A. Gray   on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com, rarrington@sandsanderson.com
      William A. Wood   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com, chris.tillmanns@bgllp.com
      William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
      William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com
      William D. Bayliss   on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
      William Daniel Prince   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com
      William Daniel Sullivan   on behalf of Attorney William Sullivan dsullivan@butzeltp.com
      William H. Schwarzschild   on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
      Wm. Joseph A. Charboneau   on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
      Zachary Mosner   on behalf of Creditor   Washington State Taxing Agencies BCUMosner@atg.wa.gov

                                                                                     TOTAL: 410