TO: Clerk of Bankruptcy Court  
    United States Bankruptcy Court  
    701 East Broad street- Room 4000  
    Richmond, Virginia 23219  

RE: Case No. 08-35653- KRH

CIRCUIT CITY STORES INC.  
Debtors

FILED  
MAY X 4 2012  
CLERK US BANKRUPTCY COURT  
RICHMOND DIVISION  
FILED

**CLAIMANT**  
Satellite Express International  
Att: Gary Kabrosky  
426 West 46th Street suite #1-b   Claim No.6633        April 28,2012  
New York, NY 10036  
Tel: (212) 586-0437  
Email: satexpress1@aol.com  

Re: **Debtors**-Circuit City Stores, Inc. -Bankruptcy Claim  
Of Satellite Express International Case No. 08-35653-KRH for claim amount filed  
Under claim No. 6633 for $1,015.00. Satellite Express International seeks to overrule  
the unfounded Opinion of "The Trust" and request full restitution for our entire valid claim  
from Circuit City Stores Delinquency.

The objection to Claim No. 6633 of Circuit City Stores Bankruptcy should be overruled  
for the enclosed invoice claims of Non-Payment for Installations performed and completed  
on behalf of Circuit City Electronics Satellite Installations and Home Theaters.  
Circuit City retail stores sold thousands of Satellite dishes and Home Entertainment Centers  
and contracted out to independent home entertainment/ Satellite installations companies such  
as Satellite Express International, to perform the bulk of all the in- home installations on  
behalf of the Circuit City Stores corporation ( Retail Satellite Dish Television Sales Division ).  
Circuit City filed for Bankruptcy, prior to fulfilling its standard business practice obligations  
in providing outstanding monetary consideration for contractual obligations of the work  
performed & of all installations completed with the utmost satisfaction of Circuit City  
Customers for home entertainment , as well as commercial installations for stores.  
I have enclosed (4) four works orders forwarded from Circuit City satellite sales:  
( See Internet web page address of Circuit city on bottom of each work order page)  
Each Invoice/Claim Number showing the work order & documentation with completion  
notation of work order.  
All with signatory of Customer satisfaction connoting completion of work order.  
To which was then forwarded to Circuit City for Payment by Account Payable Manager  
Ms.Sybil Reid via email at - Sybil_Reid@circuitcity.com .Circuit City Stores Inc. failed to make  
payment on the enclosed work orders which amounted to the claim (#6633) of $ 1,015.00 that  
was filed in bankruptcy court under Case No.08-35653-KRH  
Please review following invoices:  
1. Invoice Claim #948382- $250.00  
2. Invoice Claim #948507- $265.00  
3. Invoice Claim #971978- $250.00  
4. Invoice Claim #971661- $250.00  
Total Claim Outstanding- $1015.00  
All prior billings with Circuit City Satellite services, that were paid,  
were handled by Account Payable Manager - Ms.Sybil Reid.  
via email at - Sybil_Reid@circuitcity.com  
Thank you for your prompt consideration in this matter.

Mr. Gary Kabrosky- CFO  
Satellite Express International

```
948382          2003 - 09/11        Service

   3672-02575631

   (515) 887-1017
                                                              948382
                                                              2003 - 09/11
   GAMRAT, DENIS
   40 GRAND AVE

   LYNBROOK, NY  11563

   Installs

      C

DLV     030910XX

PKG     0831GIFT100B
                                    UNPAID
TRK     S2E                         18 X 24 MULTISAT DISH

ESP     10E36H18V01                 Invoice
                                                                         $250.00
RCA     DRD435RH                    DIRECTV RECEIVER

ESP     12548H12V12

DTV     NEWCUST
                                    DIRECTV RECEIVER
RCA     DRD435RH

PKG     3ROOMDTV

                                    TRIPLE - PROMO
INS     3RMP
                                    BASIC HOME THEATER INSTALL
HTI     BASIC

SAM     HLN437W

VLK     LOGOGC
                                    DIRECTV RECEIVER
RCA     DRD435RH

949591          2003 - 09/11        Install

   3693-02204732
```

Done                                         Dennis Gamrat
                                     Customer
                                     Sign

00 982 416

| Claim Number | 948507 |
|---|---|
| Type | DTV Install |

| | |
|---|---|
| Type | DTV Install |
| Ticket Number | 3674-01339629 |
| Phone Number | (516) 681-9467 |
| Alternate Phone 1 | (516) 707-3865 |
| Alternate Phone 2 | (516) 707-3865 |
| Customer Name | LANG, DANA |
| Customer Address | 50 WALNUT LN<br>HICKSVILLE, NY 11801 |
| Receivers | 4 |
| Comments | jerusalem ave |
| Brand / Model / Description | RCA DRD435RH — DIRECTV RECEIVER<br>RCA DRD435RH — DIRECTV RECEIVER<br>RCA DRD435RH — DIRECTV RECEIVER<br>TRK S26 — 18 X 24 MULTISAT DISH<br>INS 4RMP — 4 REC INSTALL - PROMO |
| Tech ID | SAE |
| Contact Name | GARY KABROSKY |

#948507
# 028721968

Code: BA269  S/N: D343BC140
CAM #: 0013 0645 2069
Receiver ID: 0000 5013 5557
— Living Room

Code: BA269  S/N: D343BC1YV
CAM #: 0013 0650 2426
Receiver ID: 0000 4381 2957
— Bed Room

Code: BA269  S/N: D343BC1HX
CAM #: 0013 0567 6288
Receiver ID: 0000 4397 4831
— Boy Room

Code: BA269  S/N: D343BC1G1
CAM #: 0013 0661 0559
Receiver ID: 0000 4518 5998
— Girl Room

$265.00
UN PAID
Invoice

* Circuit City INSTALL

https://xapps.ccity.com/installersnet/application/JobDetails.jsp?&Autonumber=948507    9/8/03

x Dana Lang
Customer Signature

Date Sept. 9, 03

Saturday

Install

| Claim Number | 971661 |
|---|---|
| Type | DTV Install |
| Ticket Number | 3664-02608887 |
| Phone Number | (718) 941-5896 |
| Alternate Phone 1 | 2128131521 |
| Alternate Phone 2 | 2128131521 |
| Customer Name | BECKFORD, NORMA |
| Customer Address | 338 EAST 22ND ST 2<br>BROOKLYN, NY 11226 |
| Receivers | 3 |
| Comments | renter. Check for phone jacks. X st. coutellyou and clarinden. Call on the 3rd#. |
| Brand / Model / Description | RCA DRD435RH      DIRECTV RECEIVER<br>RCA DRD435RH      DIRECTV RECEIVER<br>RCA DRD435RH      DIRECTV RECEIVER<br>TRK  S26             18 X 24 MULTISAT DISH<br>INS  3RMP           TRIPLE - PROMO |
| Tech ID | SAE |
| Contact Name | GARY KABROSKY |




$250.

Norma Beckford
Sign

Client City Install

https://xapps.ccity.com/installersnet/application/JobDetails.jsp?&Autonumber=971661        10/1/03

INVOICE #

| Claim Number | 971978 |
|---|---|
| Type | DTV Install |
| Ticket Number | 3691-01947087 |
| Phone Number | (718) 477-0269 |
| Alternate Phone 1 | 9175899191 |
| Alternate Phone 2 | 9175899191 |
| Customer Name | PROVENZANO, MARY |
| Customer Address | 18 LARRISON LOOP<br>STATEN ISLAND, NY 10314 |
| Receivers | 3 |
| Comments | BRADLEY AVE AND SUNSET AVE |
| Brand / Model / Description | RCA DRD435RH — DIRECTV RECEIVER<br>RCA DRD435RH — DIRECTV RECEIVER<br>RCA DRD435RH — DIRECTV RECEIVER<br>TRK S26 — 18 X 24 MULTISAT DISH<br>INS 3RMP — TRIPLE - PROMO |
| Tech ID | SAE |
| Contact Name | GARY KABROSKY |

Code: BA269    S/N: D374BC4M5
CAM #: 0013 1227 9209
Receiver ID: 0000 4030 8439

Code: BA269    S/N: D374BC4N8
CAM #: 0013 0948 2386
Receiver ID: 0000 5607 2978

Code: BA269    S/N: D374BC4QR
CAM #: 0013 0948 4291
Receiver ID: 0000 5438 0464

018869009
$250.00
UNPAID
Invoice

CUST. PROVENZANO MARY

Mary Provenzano

https://xapps.ccity.com/installersnet/application/JobDetails.jsp?&Autonumber=971978    9/28/03

CircuitCity Installation