IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| In re: | Chapter 11 |
|---|---|
| CIRCUIT CITY STORES, Inc., et al., | Case No. 08-35653 (KRH) |
| Debtors. | Joint Administration |

**NOTICE OF NON OPPOSITION TO LIQUIDATING TRUST'S THIRTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS)**

PLEASE TAKE NOTICE that claimant the City of Rancho Cucamonga (the "City") has no objection to the disallowance of its Claim No. 4506, as requested by the Liquidating Trust's Thirtieth Omnibus Objection to Claims (the "Objection"). As reflected on Exhibit B, Page 30 of the Objection, the Trust states that the claim is "disputed in full based on pending deposits and/or post-petition overpayments on account." The City files this notice only to reserve its objection or dispute as to validity of such statement

Dated: May 7, 2012                                         Respectfully Submitted,

*Nanette D. Sanders*
Nanette D. Sanders
RINGSTAD & SANDERS LLP
2030 Main Street, Suite 1200
Irvine, CA 92614
Telephone: (949) 851-7450
Facsimile: (949) 851-6926
Email: nanette@ringstadlaw.com



## CERTIFICATE OF SERVICE

I, Nanette D. Sanders, hereby certify that on this 7th day of May, 2012, and in addition to the service provided under the Court's CM/ECF system, I caused true and correct copies of the foregoing **Notice of Non Opposition to Liquidating Trust's Thirtieth Omnibus Objection to Claims (Disallowance of Certain Invalid Claims)** to be served upon the following parties in the manner indicated:

| VIA ELECTRONIC MAIL: | VIA ELECTRONIC MAIL: |
|---|---|
| Jeffrey N. Pomerantz, Esq.<br>Andrew W. Cain, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, California 90067-4100<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: jpomerantz@pszjlaw.com | Lynn L. Tavenner, Esq.<br>Paula S. Beran, Esq.<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia, 23219<br>Telephone: (804) 783-8300<br>Facsimile: (804) 783-0178<br>Email: ltavenner@tb-lawfirm.com<br>pberan@tb-lawfirm.com |

*Nanette D. Sanders*
Nanette D. Sanders (Calif. Bar No. 120169)

**RINGSTAD & SANDERS LLP**
2030 Main Street, 12th Floor
Irvine, California 92614
949.851.7450
949.851.6926 Facsimile

May 7, 2012

**Via Federal Express**
Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

    Re:    **Circuit City Stores, Inc. et al. - Case No. 08-35653 (KRH)**

Gentlemen:

    Enclosed for filing is a Notice of Non Opposition to Liquidating Trust's Thirtieth Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) (original and 2 copies). Please file and return one conformed copy to our office in the enclosed, self-addressed stamped envelope.

    If you have any questions you may contact me directly at (949) 851-7661.

                                    Very truly yours,

                                    Arlene Tavares
                                    Secretary to Nanette D. Sanders, Esq.

/amt
Enclosures