RICHMOND DIVISION

F        F
l        l
L  MAY X 8 2012  L
E        E
D   CLERK   D
US BANKRUPTCY COURT

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:                          CASE NO.:    08-35653 (KRH)

CIRCUIT CITY STORES, INC.,       Chapter 11
et al.,

                             Jointly Administered

      Debtors.

_____/

### THE CITY OF HOMESTEAD'S RESPONSE TO
### DEBTORS' THIRTIETH OMNIBUS OBJECTION TO CLAIMS

Creditor, the City of Homestead, Florida, by and through undersigned counsel, files its response to the Debtors' Thirtieth Omnibus Objection to Claims (Court Paper No. 11808), and states as follows:

1.     On December 19, 2009, the City filed a Proof of Claim setting forth an unsecured nonpriority claim in the amount of $1,132.60.  The basis for the claim is three outstanding permit fees requested by Circuit City as permit owner from the City of Homestead as follows:

      - Permit No. 08100037 $879.00

      - Permit No. 08080050 $194.00

      - Permit No. 08100036 $59.00

each for the Circuit City Store located at 2595 N.E. 10th Court, Homestead, Florida 33030.  A true and correct copy of the City of Homestead Building Records pertaining to and supporting these three outstanding obligations is attached as composite Exhibit "A".

2.     In the Debtors' Thirtieth Omnibus Objection to Claims, Debtor disputes the basis and validity of the City's Claim in its entirety, asserting that the support provided with the claim is insufficient to determine the accuracy of the asserted liability.

WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L.

200 EAST BROWARD BOULEVARD, SUITE 1900, FORT LAUDERDALE, FLORIDA 33301 • TEL. 954-763-4242 • FAX 954-764-7770

CASE NO.:   08-35653 (KRH)
City of Homestead's Response In
Opposition To Thirtieth Omnibus Objection
To Claims

3.     The City has sufficiently established the existence and priority of its claim, and respectfully requests that the Trustee's Objection and Amended Objection to Claim be denied.

4.     The City respectfully requests permission from the Court for counsel to attend any hearing on the Objection by telephone.  Counsel is located in Broward County, Florida, and given the relatively small value of its claim, the expense to attend a hearing would greatly exceed the amount claimed in this matter.

**WHEREFORE**, the City respectfully requests entry of an order denying the Debtors' Thirtieth Omnibus Objection to the City's claim, for entry of an order allowing counsel for the City to appear at a hearing on the Debtor's objection by telephone, and for such additional relief as the Court deems appropriate.

2

CASE NO.:    08-35653 (KRH)
City of Homestead's Response In Opposition To Thirtieth Omnibus Objection To Claims

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing notice has been furnished by electronic mail this 3rd day of May, 2012 to: all parties in the Court's Mailing Matrix.

Respectfully submitted,

WEISS SEROTA HELFMAN PASTORIZA
COLE & BONISKE, P.L.
Counsel for City of Homestead
200 East Broward Boulevard, St. 1900
Fort Lauderdale, FL 33301
Telephone:  (954) 763-4242
Telecopier: (954) 764-7770
Email address:  dgonzales@wsh-law.com

By: _____
Douglas R. Gonzales, Esq.
Florida Bar No.: 849030

3



May 3, 2012 - 11:12 am

## Building Inspections

| Permit Details | |
|---|---|
| Permit Status: | Void |
| Permit Type: | MISC |
| Permit Issue Date: | |
| Permit Number: | 08100037 |
| Permit Address: | 2595 NE 10 CT, HOMESTEAD, FL 33030 |
| Permit Owner: | CIRCUIT CITY |
| Fee Balance: | $879.00 |
| Contractor Name: | AMORE CONSTRUCTION COMPANY |
| Contractor License No.: | 02984 |

| Scheduled Inspections | | |
|---|---|---|
| Code | Inspection | Scheduled Date |

| Inspection History | | | | |
|---|---|---|---|---|
| Code | Inspection | Date | Result | Notes |

[ Look Up Another Permit ]    [ Plan Reviews ]

© 2012 The City of Homestead. All Rights Reserved.



EXHIBIT

"A"



May 3, 2012 - 11:13 am

## Building Inspections

| Permit Details | |
|---|---|
| Permit Status: | Void |
| Permit Type: | ELECTRICAL |
| Permit Issue Date: | |
| Permit Number: | 08080050 |
| Permit Address: | 2595 NE 10 COURT, HOMESTEAD, FL 33030 |
| Permit Owner: | CIRCUITY CITY |
| Fee Balance: | $194.60 |
| Contractor Name: | ACOLITE & CLAUDE UNITED INC |
| Contractor License No.: | 00117 |

| Scheduled Inspections | | |
|---|---|---|
| Code | Inspection | Scheduled Date |

| Inspection History | | | | |
|---|---|---|---|---|
| Code | Inspection | Date | Result | Notes |

[ Look Up Another Permit ]   [ Plan Reviews ]

© 2012 The City of Homestead. All Rights Reserved.

| Home | Business | City Hall | Community | E-Services | Recreation |

May 3, 2012 - 11:11 am

## Building Inspections

| Permit Details | |
|---|---|
| Permit Status: | Expired |
| Permit Type: | PAINT |
| Permit Issue Date: | |
| Permit Number: | 08100036 |
| Permit Address: | 2595 NE 10 CT, HOMESTEAD, FL 33030 |
| Permit Owner: | CIRCUIT CITY |
| Fee Balance: | $59.00 |
| Contractor Name: | SPECIALIZED PROPERTY SERVICES |
| Contractor License No.: | 03125 |

| Scheduled Inspections | | |
|---|---|---|
| Code | Inspection | Scheduled Date |

| Inspection History | | | | |
|---|---|---|---|---|
| Code | Inspection | Date | Result | Notes |

[ Look Up Another Permit ]   [ Plan Reviews ]

© 2012 The City of Homestead. All Rights Reserved.