Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel for the Circuit City Stores, Inc.
Liquidating Trust

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., <u>et al</u>.,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## <u>HEARING ON MAY 10, 2012 AT 2:00 P.M. (EASTERN)</u>

---

1 The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on May 10, 2012 beginning at 2:00 p.m. Eastern.

## I.   PRETRIAL CONFERENCES

1.    *Siegel v. InnerWorkings, Inc.*; Case No. 10-3757

Notice of Rescheduled Pre-Trial Conference filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 4/12/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 7); continued in open Court until 5/10/2012 at 2:00 p.m.

2.    *Siegel v. Sun Builders Co.*; Case No. 10-03726

Notice of Rescheduled Pre-Trial Conference filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 05/10/2012 at 2:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 9)

## II.  MOTIONS

3.    *Siegel v. B.R. Fries*; Adv. Pro. 10-3382 - Motion to Dismiss Adversary Proceeding (Re: related document(s)1 Complaint filed by Alfred H. Siegel) filed by Daniel M. Press of Chung & Press, P.C. on behalf of B.R. Fries & Associates, LLC. Hearing scheduled 2/24/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Attachments: 1 Notice of Motion) (Docket No. 5)

Related
Documents:

a.    Motion to Continue *(THE LIQUIDATING TRUSTEES MOTION TO CONTINUE FEBRUARY 24, 2011 HEARING ON DEFENDANTS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM)* (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 6)

b.    Notice of Hearing *(Notice of (A) Filing of Motion and (B) Hearing Thereon)* (Re: related document(s)6 Motion to Continue filed by Alfred H. Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 2/9/2011 at 02:00 PM at Judge

2

Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 7)

c.      Docket Entry - Hearing continued (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 6/9/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 9)

d.      Docket Entry - Hearing continued (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 9/7/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 10)

e.      Docket Entry - Hearing continued (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 11)

f.      Docket Entry - Hearing continued; (related document(s): [5] Motion to Dismiss Adversary Proceeding) Hearing to be held on 02/07/2012 at 02:00 PM at Judge Huennekens Court Room #5000, 701 E. Broad St., Richmond, VA. (Docket No. 12)

g.      Order Denying Defendant B.R. Fries' Motion To Schedule Mediation and Conduct Mediation In New York City (Related Doc # [13]) (Docket No. 20)

h.      Docket Entry - Hearing continued; (Re: related document(s)[5] Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 4/12/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 22)

Status:          The parties conducted an initial mediation but continued the same for an additional exchange of information. Accordingly, the Trust, respectfully requests that the matter be continued until June 7, 2012.

4.      *Siegel v. SYNNEX Corporation, a/k/a New Age Electronics*, Case No. 10-03657; Motion to Compel *(Motion for Order Pursuant to Rule 7037 Against Synnex Corporation, a/k/a New Age Electronics, a Division of Synnex Corporation and New Age Electronics, Inc. for Failure to Respond to Discovery and for Sanctions)* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 8)

3

Related
Documents:

    a.      Notice of Hearing (Re: related document(s)[18] Motion to Compel filed by Alfred
           H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of
           Alfred H. Siegel. Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens'
           Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 9)

    b.      Docket Entry - Hearing continued; (Re: related document(s)[18] Motion to
           Compel filed by Alfred H. Siegel) Hearing scheduled 4/12/2012 at 02:00 PM at
           Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
           P. Beran for Plantiff. (Docket No. 22)

Objection
Deadline:          February 14, 2012

Objections/
Responses       None
Filed:

Status:          Discovery is ongoing, and the Trust respectfully requests that the
               matter be continued until June 7, 2012.

5.     Motion to Extend Time - *Motion For An Order Further Extending The Claims Objection
Deadline For Certain Categories of Claims* filed by Paula S. Beran of Tavenner & Beran,
PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11855)

Related
Documents:

    a.   Notice of Motion and Notice of Hearing (Re: related document(s)[11855] Motion to
       Extend Time filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S.
       Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating
       Trust. Hearing scheduled 5/24/2012 at 02:00 PM at Judge Huennekens' Courtroom,
       701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 11856)

    b.   Amended Notice of Motion and Notice of Hearing - *AMENDED TO CORRECT
       HEARING DATE AND RESPONSE PERIOD* (Re: related document(s)[11855]
       Motion to Extend Time filed by Circuit City Stores, Inc. Liquidating Trust, [11856]
       Notice of Motion and Notice of Hearing filed by Circuit City Stores, Inc. Liquidating
       Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City
       Stores, Inc. Liquidating Trust. Hearing scheduled 5/10/2012 at 02:00 PM at Judge
       Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
       No. 11857)

|                        |                                                      |
|------------------------|------------------------------------------------------|
| Objection<br>Deadline: | May 7, 2012                                          |
| Objections/<br>Responses<br>Filed: | None                                     |
| Status:                | The Trust will request that the Court grant the relief requested in the Motion. |

6.     Motion to Approve *(Motion To File Under Seal Certain Agreements With PNY Technologies, Inc. And (B) Hearing Thereon, If Necessary)* (Related Document(s)[11864] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11866)

       Related
       Documents:

       a.    Notice of Motion and Notice of Hearing (Re: related document(s)[11866] Motion to Approve filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 11867)

|                        |                                                      |
|------------------------|------------------------------------------------------|
| Objection<br>Deadline: | May 7, 2012                                          |
| Objections/<br>Responses<br>Filed: | Objection to (Re: related document(s)[11866] Motion to Approve filed by Circuit City Stores, Inc. Liquidating Trust) filed by Neil E. McCullagh of Spotts Fain PC on behalf of PNY Technologies, Inc.. (McCullagh, Neil) |
| Status:                | The Trust will withdraw the request provided that PNY Technologies, Inc. states on the record that, not withstanding confidentiality provisions in various agreements, it consents to the disclosure of all information referenced in the Motion. |

7.     Motion to Approve *(Motion To File Under Seal Certain Agreement With Chase Bank USA, National Association And (B) Hearing Thereon, If Necessary)* (Related Document(s)[11868] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City

Stores, Inc. Liquidating Trust. (Docket No. 11870)

Related
Documents:

a.  Notice of Motion and Notice of Hearing (Re: related document(s)[11870] Motion to
   Approve filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L.
   Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
   Liquidating Trust. Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens'
   Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 11871)

Objection
Deadline:           May 7, 2012

Objections/
Responses           None
Filed:

Status:             The Trust will request that the Court grant the relief requested in
                    the Motion.

## III.   CLAIM OBJECTIONS

8.   Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain
    Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

Related
Documents:

a.   Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of
    Certain Misclassified Claims to General Unsecured, Non-Priority Claims)
    (Docket No. 4449)

b.   Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
    (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
    Priority Claims) (Docket No. 4736)

c.   Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
    (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
    Priority Claims) (Docket No. 4758)

d.   Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
    (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
    Priority Claims) (Docket No. 6299)

e.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No. 6642)

f.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No. 6661)

g.      Memorandum Opinion (Docket No. 6693)

h.      Order Granting Motion for Summary Judgment (Docket No. 6694)

i.      Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6868)

j.      Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 7114)

k.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home & Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

l.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Arboretum of South Barrington Resolving a Certain Claim (Docket No. 8361)

m.      Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Imation Enterprises Corp.  (Docket No. 8861)

n.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO ONE REMAINING UNRESOLVED CLAIM (Re: related document(s)[3703] Objection to Claim filed by   Circuit City Stores, Inc.) Hearing scheduled 8/22/2011 at  02:00 PM at Judge Huennekens' Courtroom (Document No. 10973)

o.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO ONE REMAINING UNRESOLVED CLAIM (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 9/7/2011 at 02:00 PM at Judge Huennekens' Courtroom (Document No. 11142)

p.      Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim

filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

q.      Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ONE REMAINING UNRESOLVED OBJECTION; Appearance(s): Paula Beran (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11556)

r.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

s.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11775)

Objection
Deadline:            July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit A.

Status:              For the one claim for which the objection is still pending, this matter is adjourned to July 10, 2012 at 2:00 p.m.  See attached Exhibit A.

9.      Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 4585)

Related
Documents:

a.    Order on Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of
      Certain Legal Claims) (Docket No. 5294)

b.    Notice of Proposed Settlement Agreement and Stipulation by and Among the
      Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors'
      Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth
      Omnibus Objection to Claim No. 5708 (Docket No. 8358)

c.    Notice of Proposed Settlement Agreement and Stipulation by and among the
      Debtors and Ada Alicea Resolving the Debtors' Thirty-First Omnibus Objection
      to Claim No. 6283 (Docket No. 8839)

d.    Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST
      OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
      CLAIM OF PNY TECHNOLOGIES, INC. [CLAIM NO. 1723]* (Docket No. 9910)

e.    Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of
      Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain
      Legal Claim) Solely with Respect to the Claim of Leon Hurney [Claim No.
      10047] (Docket No. 9868)

f.    Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS THIRTY-
      FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
      LEGAL CLAIM) SOLELY WITH RESPECT TO THE CLAIM OF TANDEN
      KIBBY (CLAIM NO. 6894)* (Docket No. 10084)

g.    Continued for substantive hearing as to claim by Richard and Deborah Jaynes;
      continued for status hearing as to remaining unresolved objections (Re: related
      document(s)[4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
      scheduled 8/22/2011 at  02:00 PM at Judge Huennekens' Courtroom, 701 E.
      Broad St., Rm. 5000, Richmond, Virginia.   L. Tavenner for Liquidating Trust
      (Docket No. 10978)

h.    Amended Notice of Hearing - *Substantive (Thirty-First Omnibus Objection -
      Claim No. 3427) ( Claimant(s) - Richard and Deborah Jaynes)* (Re: related
      document(s) 10901 Notice of Hearing filed by Alfred H. Siegel) filed by Lynn L.
      Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing
      scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No.
      10988)

i.    Docket Entry – SETTLED as to Richard and Deborah Jaynes; continued for status
      hearing as to remaining unresolved objections (Re: related document(s) [4585]
      Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 9/7/2011

at 2:00 p.m. Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Va.  P. Beran for Liquidating Trust. (Docket No. 11143)

j.      Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

k.      Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS; Appearance(s): Paula Beran (Re: related document(s)[4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11556)

l.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

m.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11775)

Objection
Deadline:               September 15, 2009 at 4:00 p.m.


Objections/
Responses
Filed:                  See attached Exhibit A.

10

Status:                    For those claims for which the objection is still pending, this
                           matter is adjourned to July 10, 2012 at 2:00 p.m.  See attached
                           <u>Exhibit A</u>.

10.    Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal
       Property Tax Claims) (Docket No. 4613)

       Related
       Documents:

       a.     Order on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of
              Certain Personal Property Tax Claims) (Docket No. 5397)

       b.     Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh
              Omnibus Objection to Claims (Reduction of Certain Personal Property Tax
              Claims) (Docket No. 7343)

       c.     Memorandum of Law In Support of Debtors' Motion for Partial Summary
              Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims
              (Reduction of Certain Personal Property Tax Claims) (Docket No. 7344)

       d.     Notice of Motion and Hearing (Docket No. 7345)

       e.     Notice of Rescheduled Hearing On Debtors' Motion For And Memorandum Of
              Law In Support Of The Debtors' Motion For Partial Summary Judgment On The
              Thirty-Seventh Omnibus Objection To Claims (Reduction Of Certain Personal
              Property Tax Claims) (Docket No. 7550)

       f.     Notice of Presentment of Agreed Order By And Among The Debtors And Certain
              Taxing Authorities With Respect To The Thirty-Seventh Omnibus Objection
              (Docket No. 7695)

       g.     Agreed Order by and Among the Debtors and Certain Taxing Authorities with
              Respect to the Thirty-Seventh Omnibus Objection and Related Pleadings (Docket
              No. 7800)

       h.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and Kitsap County Treasurer Resolving the Debtors' Thirty-Seventh
              Omnibus Objection to Claim No. 13337 (Docket No. 7983)

       i.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and City of Chesapeake Resolving the Debtors' Thirty-Seventh Omnibus
              Objection to Claim No. 11842 (Docket No. 8015)

       j.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and the Escambia County Tax Collector Resolving the Debtors' Thirty-
              Seventh Omnibus Objection to Claim Nos. 1624, 13792, and 14789 (Docket No.

11

8067)

k.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Gaston County, North Carolina Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 1836 and 13350 (Docket No. 8167)

l.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Allen County, Indiana Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13395 (Docket No. 8174)

m.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Harris County, Texas Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 14429 (Docket No. 8181)

n.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Travis County, Texas Regarding Claim Nos. 10531 and 14423 (Docket No. 8184)

o.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Loudon County Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13686 (Docket No. 8187)

p.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Lewisville Independent School District Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13579 and Resolving Claim No. 1840 (Docket No. 8204)

q.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Boulder County, Colorado Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 10419 (Docket No. 8359)

r.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Ada County, Idaho Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 14430 (Docket No. 8407)

s.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Arlington Independent School District, Texas Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 6535 and Resolving Claim No. 124 (Docket No. 8413)

t.  Certificate of No Objection with Respect to the Settlement Agreement and Stipulation by and Among the Debtors and Desoto County, Mississippi Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13944 and Related Matters (Docket No. 8417)

u.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Brevard County, Florida Tax Collector Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim No. 13320 (Docket No. 8438)

v.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Hernando County, Florida Tax Collector Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim No. 13385 (Docket No. 8439)

w.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Palm Beach County, Florida Tax Collector Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim No. 3882 and Relating to Claim No.
14744 (Docket No. 8440)

x.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Osceola County, Florida Tax Collector Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim Nos. 13064 and 13162 (Docket No.
8441)

y.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Prince George's County, Maryland Resolving the Debtors' Thirty-
Seventh Omnibus Objection to Claim No. 13465 and Resolving Claim Nos.
12431 and 13466 (Docket No. 8445)

z.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Charles County, Maryland Resolving the Debtors' Thirty-Seventh
Omnibus Objection to Claim No. 13576 and Resolving Claim No. 1835 (Docket
No. 8446)

aa.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Wake County, North Carolina Revenue Department Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13627 and Resolving
Claim No. 1795 (Docket No. 8447)

bb.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Manatee County, Florida Tax Collector Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim No. 13325 (Docket No. 8454)

cc.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Okaloosa County, Florida Tax Collector Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim No. 13315 (Docket No. 8455)

dd.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Pinellas County, Florida Tax Collector Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim No. 13309 (Docket No. 8456)

ee.     Notice of Proposed Settlement Agreement and Stipulation by and Among the

Debtors and Orange County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13316 (Docket No. 8457)

ff.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Snohomish County Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 11646 and Resolving Claim No. 1547 (Docket No. 8487)

gg.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Marion County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13318 and Relating to Claim No. 213 (Docket No. 8735)

hh.    Stipulation - *Withdrawal of Claim(s) by Polk County Tax Collector* By Circuit City Stores, Inc. Liquidating Trust and Between Polk County Tax Collector filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9905)

ii.    Notice of Hearing *on Debtors' Motion for and Memorandum of Law in Support of the Debtors' Motion for Partial Summary Judgment on the Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) and Substantive Hearing on Claim Objections (Thirty-Seventh Omnibus Objection Claimant City of Brighton, Claim Numbers 11213 & 13834; Claimant Alameda County Treasurer-Tax Collector, Claim Numbers 13294; Claimant Los Angeles County, California Taxing Authority, Claim Number 13628; Claimant Monterey County, California Taxing Authority, Claim Number 14131; Claimant - Placer County, California, Claim Number 13291)* (Re: related document(s)[4613] Objection to Claim filed by Circuit City Stores, Inc., [4788] Objection filed by Placer California, [4932] Response filed by Placer California, [5065] Response filed by City of Brighton, [5098] Response filed by Alameda County Treasurer, [5113] Response filed by Los Angeles et al., [7343] Motion for Summary Judgment filed by Circuit City Stores, Inc., [7344] Memorandum filed by Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 10989)

jj.    Supplemental Notice of Hearing (Re: related document(s) 4613 Objection to Claim filed by Circuit City Stores, Inc., 7343 Motion for Summary Judgment filed by Circuit City Stores, Inc., 7344 Memorandum filed by Circuit City Stores, Inc., 10989 Notice of Hearing filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 10990)

kk.    Docket Entry - Continued for hearing on Motion for Partial Summary Judgment as to remaining unresolved claims; if granted, substantive hearing to follow (Re:

related document(s) [4613] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 9/21/2011 at 2:00 p.m. at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Va. P. Beran for Liquidating Trust (Docket No. 11144)

ll.     Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OBJECTIONS TO WHICH RESPONSES WERE FILED (Re: related document(s)[4613] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 11/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Liquidating Trust. (Docket No. 11269)

mm.    Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OBJECTIONS TO WHICH RESPONSES WERE FILED (Re: related document(s)[4613] Thirty-Seventh Omnibus Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Trustee. (Docket No. 11428)

nn.     Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

oo.     Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11775)

Objection
Deadline:                May 13, 2010 at 4:00 p.m.

Objections/
Responses

Filed:                    Various as previously articulated including those on Exhibit A.

Status:                   For those claims for which the objection is still pending, see
                          attached Exhibit A, the Trust will conduct a status hearing.
                          **Those parties do not need to appear at the hearing. Such
                          parties' rights will not be affected at this hearing.** The Trust
                          will also request that the status hearing be continued until July 10,
                          2012 at 2:00 p.m.

11.    Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability
       (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability
       (Subcontractor Claims)) (Docket No. 5879)

       Related
       Documents:

       a.    Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of
             Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims);
             and (iii) No Liability (Subcontractor Claims) (Docket No. 6368)

       b.    Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims
             (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability
             (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket
             No. 6585)

       c.    Notice of Hearing on the Merits on Debtors' Sixtieth Omnibus Objection to Claim
             No. 14123 Filed by Phillip Lee Steele and Response Thereto (Docket No. 8205)

       d.    Second Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims
             (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability
             (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket
             No. 8285)

       e.    Third Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims
             (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability
             (Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket
             No. 8421)

       f.    Notice of Hearing (Re: related document(s) 5879 Objection to Claim filed by
             Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on
             behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9819)

       g.    Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL
             REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703]
             Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim
             filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
             Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]

Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

h.      Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS; Appearance(s): Paula Beran. (Re: related document(s)[5879] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11558)

i.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

j.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11775)

Objection
Deadline:                    December 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                       See attached Exhibit A.

Status:                      The status hearing for the objection as it relates to the one remaining claim has been adjourned to July 10, 2012 at 2:00 p.m.

12.    Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (Docket No. 7460)

Related
Documents:

a.  Order on Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (Docket No. 7858)

b.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, the Equal Employment Opportunity Commission, Jamal Booker and Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230 and 4238 (Docket No. 8138)

c.  CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

d.  Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS; Appearance(s): Paula Beran. (Re: related document(s)[7460] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11559)

e.  Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

f.  Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11775)

Objection
Deadline:                June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached <u>Exhibit A.</u>

Status:                  For the one claim for which the objection is still pending, this
                         matter is adjourned to July 10, 2012 at 2:00 p.m.  See attached
                         <u>Exhibit A</u>.

13.    Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal
       Claims) (Docket No. 7874)

       Related
       Documents:

       a.     Order on Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of
              Certain Legal Claims) (Docket No. 8199)

       b.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and James Fouskey Resolving the Debtors' Seventy-Ninth Omnibus
              Objection to Claim No. 4017 (Docket No. 8733)

       c.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and Richard Grande Resolving the Debtors' Seventy-Ninth Omnibus
              Objection to Claim No. 6242 (Docket No. 8739)

       d.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus
              Objection to Claim No. 6008 (Docket No. 8740)

       e.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus
              Objection to Claim No. 4767 (Docket No. 8744)

       f.     Notice of Proposed Settlement Agreement and Stipulation by and among the
              Debtors and Anna Thomas Resolving the Debtors' Seventy-Ninth Omnibus
              Objection to Claim No. 3145 (Docket No. 8777)

       g.     Notice of Proposed Settlement Agreement and Stipulation by and among the
              Debtors and Leedell Murphy Resolving the Debtors' Seventy-Ninth Omnibus
              Objection to Claim No. 5832 (Docket No. 8841).

       h.     Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-
              NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
              CLAIM OF DENISE K. FISHER [CLAIM NO. 3544]* (Docket No. 9903)

i.      Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE CLAIM OF MARY LOPRESTI [CLAIM NO. 5401]* (Docket No. 9904)

j.      Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

k.      Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS; Appearance(s): Paula Beran. (Re: related document(s)[7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11560)

l.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

m.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11775)

Objection
Deadline:               July 15, 2010 at 4:00 p.m.

Objections/
Responses
Filed:                See attached <u>Exhibit A</u>.

Status:               For those claims for which the objection is still pending, this
                      matter is adjourned to July 10, 2012 at 2:00 p.m.  See attached
                      <u>Exhibit A</u>.

14.    Notice and Objection to Claim of California Board Of Equalization - *Liquidating Trust's
       Objection to Claim Nos. 12002, 13186 and 13187 Filed By The California Board Of
       Equalization* (Docket No. 10069)

       Related
       Documents:

       a.     Hearing continued (Re: related document(s)[10069] Objection to Claim filed by
              Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/27/2011 at  02:00
              PM at Judge Huennekens' Courtroom (Docket No. 10971)

       b.     Evidentiary Hearing continued (Re: related document(s)[10069] Objection to
              Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
              9/21/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 11074)

       c.     Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
              Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at
              Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
              P. Beran for Trust.  (Docket No. 11376)

       d.     Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
              Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at

Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust (Docket No. 11638)

e.  Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11776)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 Opposition of the State of California, State Board of Equalization to Liquidating Trust's Objection to Claim Nos. 12002, 13186, and 13187 filed by the California Board of Equalization (Docket No. 10220)

Status:                The Trust will request that the Court continue the matter for status hearing on July 10, 2012 at 2:00 p.m.

15.  Notice and Objection to Claim of The Tennessee Department of Revenue - *Liquidating Trust's Objection to Claim Nos. 12970 and 14308 Filed By The Tennessee Department of Revenue* (Docket No. 10057)

Related
Documents:

a.  Docket Entry – Continued for Status Hearing (Re: related document(s) 10055
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070
    Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
    scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
    Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.
    (Docket No. 11146)

b.  Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
    Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at
    Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
    P. Beran for Trust.  (Docket No. 11376)

c.  Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
    Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at
    Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
    P. Beran for Liquidating Trust (Docket No. 11638)

d.  Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
    Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11776)

Objection
Deadline:                     April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                        Response to Liquidating Trust's Objection to Claim Nos. 12970 and 14308 of the Tennessee Department of Revenue

Status:                       A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing. During the status hearing the Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m.

16.     Notice and Objection to Claim of The Wisconsin Department of Revenue - *Liquidating Trust's Objection to Claim No. 12598 Filed By The Wisconsin Department of Revenue* (Docket No. 10058)

        Related
        Documents:

        a.      Docket Entry – Continued for Status Hearing (Re: related document(s) 10055 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11146)

        b.      Docket Entry – Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust.  (Docket No. 11376)

c.    Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust (Docket No. 11638)

d.    Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11776)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objection/
Responses:
Filed:                   Letter Response to the Liquidating Trustee's Claim No. 12958
                         filed by Wisconsin Department of Revenue (Docket 10169)

                         Letter (March 8, 2011) Response to Liquidating Trustee's
                         Objection to Claim No. 12958 filed by Wisconsin Dept. of
                         Revenue (Docket 10224)

Status:          A status conference will go forward with respect to this Objection.
                 Claimant does not need to appear at this hearing.  During the status
                 hearing the Trust will advise the Court that the status hearing will
                 be adjourned to July 10, 2012 at 2:00 p.m.

17.   Notice and Objection to Claim of Louisiana Department Of Revenue - *Objection to
      Claim Nos. 514, 13514 and 15207 Filed By The Louisiana Department Of Revenue*
      (Docket No. 10064)

      Related
      Documents:

      a.    Docket Entry – Continued for Status Hearing (Re: related document(s) 10055
            Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056
            Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057
            Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058
            Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064
            Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
            Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068
            Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070
            Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
            scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
            Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.
            (Docket No. 11146)

      b.    Docket Entry – Continued for Status Hearing (Liquidating Trust Tax Claim
            Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
            City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit
            City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
            City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
            City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
            City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
            City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
            City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
            City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
            City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at
            Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
            P. Beran for Trust.  (Docket No. 11376)

      c.    Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
            Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
            City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
            City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
            City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
            City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
            City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
            City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust (Docket No. 11638)

d.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11776)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 None

Status:                This matter has settled in concept, pending documentation and consummation.  Accordingly, the status hearing is adjourned to July 10, 2012 at 2:00 p.m.  Claimant does not need to appear at this hearing.

18.     Notice and Objection to Claim of Commonwealth of Massachusetts *Liquidating Trust's Objection to Claim No.14832 Filed By The Commonwealth of Massachusetts* (Docket No. 10066)

Related
Documents:

a.      Docket Entry – Continued for Status Hearing (Re: related document(s) 10055 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.

(Docket No. 11146)

b.      Docket Entry – Continued for Status Hearing (Liquidating Trust Tax Claim
        Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at
        Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
        P. Beran for Trust.  (Docket No. 11376)

c.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
        Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at
        Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
        P. Beran for Liquidating Trust (Docket No. 11638)

d.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
        Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at
        Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
        P. Beran for Liquidating Trustee. (Docket No. 11776)

Objection
Deadline:              Extended to May 9, 2011 at 4:00 p.m.

Objections/
Responses

Filed:              Response by Commissioner of Massachusetts Department of
                    Revenue to Liquidating Trust's Objection to Claim No. 14832
                    Filed by the commonwealth of Massachusetts *with certificate of
                    service* (Re: related document(s)[10066] Objection to Claim filed
                    by Circuit City Stores, Inc. Liquidating Trust) filed by Stephen G.
                    Murphy of Massachusetts Department of Revenue on behalf of
                    Massachusetts Department of Revenue. (Attachments: # (1)
                    Exhibit(s) 1 thru 3# (2) Exhibit(s) 4 thru 6# (3) Exhibit(s) 7 thru 9#
                    (4) Exhibit(s) 10 thru 12# (5) Exhibit(s) 13 thru 15) (Docket No.
                    10694)

Status:             The status hearing will be adjourned to July 10, 2012 at 2:00 p.m.
                    Claimant does not need to appear at this hearing.

19.   Notice and Objection to Claim of State of New Jersey - *Liquidating Trust's Objection to
      Claim Nos. 2300 and 11861 Filed by the State of New Jersey* (Docket No. 10068)

      Related
      Documents:

      a.      Docket Entry – Continued for Status Hearing (Re: related document(s) 10055
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070
              Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
              scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
              Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.
              (Docket No. 11146)

      b.      Docket Entry – Continued for Status Hearing (Liquidating Trust Tax Claim
              Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
              City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at
              Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
              P. Beran for Trust.  (Docket No. 11376)

29

e.    Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
       Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at
       Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
       P. Beran for Liquidating Trust (Docket No. 11638)

f.     Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
       Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at
       Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
       P. Beran for Liquidating Trustee. (Docket No. 11776)


Objection
Deadline:              Extended to May 9, 2011 at 4:00 p.m.

Objections/
Responses
Filed:

Status:                The status hearing will be adjourned to July 10, 2012 at 2:00 p.m.
                       Claimant does not need to appear at this hearing.

20.    Notice and Objection to Claim of Commonwealth of Virginia Department of Taxation -
       *Liquidating Trust's Objection to Claim Nos. 12898 And 14636 Filed By The
       Commonwealth Of Virginia Department Of Taxation* (Docket No. 10070)

       Related
       Documents:

       a.    Docket Entry – Continued for Status Hearing (Re: related document(s) 10055
             Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056
             Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057
             Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11146)

b.      Docket Entry – Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust.  (Docket No. 11376)

c.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust (Docket No. 11638)

d.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

P. Beran for Liquidating Trustee. (Docket No. 11776)

| | |
|---|---|
| Objection<br>Deadline: | April 7, 2011 at 4:00 p.m. |
| | |
| Objections/<br>Responses<br>Filed: | Reply, Response to, Objection (Re: related document(s)[10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Mark K. Ames of Taxing Authority Consulting Services PC on behalf of Commonwealth of Virginia, Department of Taxation |
| | |
| Status: | A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing.  During the status hearing the Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. |

21.   Notice and Objection to Claim *Liquidating Trust's First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Amended Claims and Disallowance of Certain Invalid Claims)* (Docket No. 10024)

Related
Documents:

a.     Notice of Withdrawal of Reference *Notice of Withdrawal of Docket No. 1138 and Claim No. 13098* (Re: related document(s) 1138 Motion to Compel filed by Watercress Associates, LP, LLP dba Pearlridge Center, Starpoint Property Management, LLC, RD Bloomfield Associates Limited Partnership, Acadia Realty Limited Partnership, Tourboullin Co., Brighton Commercial, L.L.C., Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial, LLC, New River Properties, LLC, Rancon Realty Fund IV, UnCommon, Ltd., a Florida Limited Partnership, Sparkleberry Two Notch, LLC) filed by Jennifer McLain McLemore of Christian & Barton, LLP on behalf of Acadia Realty Limited Partnership, Brighton Commercial, L.L.C., Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial, LLC, New River Properties, LLC, RD Bloomfield Associates Limited Partnership, Rancon Realty Fund IV, Sparkleberry Two Notch, LLC, Starpoint Property Management, LLC, Tourboullin Co., UnCommon, Ltd., a Florida Limited Partnership, Watercress Associates, LP, LLP dba Pearlridge Center. (McLemore, Jennifer) (Docket No. 10162)

b.     Amended Notice of Withdrawal of Docket No. 1138 and Claim No. 13098

(Docket No. 10164)

c.      Order Sustaining Liquidating Trust's First Omnibus Objection To Landlord
        Claims (reduction of certain partially invalid claims, reclassification of certain
        misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims and disallowance of certain amended claims) (Re: related
        document(s)[10024] Sustaining Objection to Claim filed by Circuit City Stores,
        Inc. Liquidating Trust) (Docket No. 10770)

d.      Second Order Regarding Liquidating Trust's First Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims, & disallowance of certain amended claims) (Re:
        related document(s)[10770] No action taken on Order Re: Objection) (Docket No.
        10958)

e.      Amended Order (To Reflect Appropriate Exhibits) Second Order Regarding
        Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of
        certain partially invalid claims, reclassification of certain misclassified claims,
        disallowance of certain invalid claims, disallowance of certain late-filed claims, &
        disallowance of certain amended claims (Re: related document(s) 10958
        Supplemental Order)(Docket No. 10980)

f.      Second Order Regarding Liquidating Trust's Firts Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims and disallowance of certain amended claims) (Re:
        related document(s) 10771 No action taken on Order Re: Objection) (Docket No.
        10981)

g.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
        at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

h.  Third Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s) 10958 Supplemental Order, 10980 Amended Order) (Docket No. 11288)

i.  Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

j.  Fourth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s)[11288] Amended Order) (Docket No. 11483)

k.  Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to

34

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

l.    Fifth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord
       Claims (reduction of certain partially invalid claims, reclassification of certain
       misclassified claims, disallowance of certain invalid claims, disallowance of
       certain late-filed claims and disallowance of certain amended claims) (Re: related
       document(s)[11483] Amended Order)(Docket No.  11681)

m.   Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
       CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
       FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
       SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
       OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

n.    Sixth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord
Claims (reduction of certain partially invalid claims, reclassification of certain
misclassified claims, disallowance of certain invalid claims, disallowance of
certain late-filed claims and disallowance of certain amended claims) (Re: related
document(s)[11681] Supplemental Order) (Docket No. 11813)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit B.

Status:                  A status hearing is going forward with respect to those claims for
which a response was filed as identified on Exhibit B.  **Those
parties who filed a response do not need to appear at the
hearing. Such parties' rights will not be affected at this
hearing.**  During the hearing the Liquidating Trust will advise the
Court that the status hearing will be adjourned to July 10, 2012 at
2:00 p.m. with respect to those claims for which a response was
filed.  With respect to those claims to which a response was not
filed but to which the Liquidating Trust agreed to continue the
hearing and requisite response deadline, as identified on Exhibit B,
the Liquidating Trust will advise the Court that the status hearing
will be adjourned to July 10, 2012 at 2:00 p.m. with respect to
those claims.  **Those parties do not need to appear at the
hearing.  Such parties' rights will not be affected at this
hearing.**

22.    Notice and Objection to Claim - *Liquidating Trust's Second Omnibus Objection to
Landlord Claims (Reduction of Certain Partially Invalid Claims, Claims, Disallowance
of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and
Disallowance of Certain Amended Claims)*  (Docket No. 10039)

Related
Documents:

a.   Order Sustaining Liquidating Trust's Second Omnibus Objection To Landlord
     Claims (reduction of certain partially invalid claims, disallowance of certain
     invalid claims, disallowance of certain late-filed claims, and disallowance of
     certain amended claims) (Re: related document(s)[10039] Sustaining Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10771)

b.   CORRECTED(added correct attachment) Second Order Regarding Liquidating
     Trust's Second Omnibus Objection To Landlord Claims (reduction of certain
     partially invalid claims, disallowance of certain invalid claims, disallowance of
     certain late-filed claims, and disallowance of certain amended claims) (Re: related
     document(s) 10981 Supplemental Order) (Docket 11035)

c.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
     ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
     WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
     SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
     at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
     Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.   Third Order Regarding Liquidating Trust's Second Omnibus Objection To
     Landlord Claims (reduction of certain partially invalid claims, disallowance of
     certain invalid claims, disallowance of certain late-filed claims, and disallowance
     of certain amended claims) (Re: related document(s) 10771 No action taken on
     Order Re: Objection, 10981 Supplemental Order, 11035 Amended Order)
     (Docket No. 11289)

e.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
     ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
     WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
     SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.    Fourth Order Regarding Liquidating Trust's Second Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, disallowance of
      certain invalid claims, disallowance of certain late-filed claims and disallowance
      of certain amended claims)(Re: related document(s)[11289] Amended Order)
      (Docket No. 11475)

g.    Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
      CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
      RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
      SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
      SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

h.     Fifth Order Regarding Liquidating Trust's Second Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s)[11475] Amended Order) (Docket No. 11673)

i.     Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.     Sixth Order Regarding Liquidating Trust's Second Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance

of certain amended claims) (Re: related document(s)[11673] Supplemental Order) (Docket No. 11814)

Objection
Deadline:           April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:              See attached <u>Exhibit B</u>.

Status:             The Trust has resolved the Objection as it relates to certain claims as more particularly described on <u>Exhibit B</u>.  A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

23.    Notice and Objection to Claim - *Liquidating Trust's Third Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)*  (Docket No. 10040)

Related
Documents:

a.      Order Sustaining Liquidating Trust's Third Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s)[10040] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10776)

b.      Second Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re:

related document(s)[10776] No action taken on Order Re: Objection) (Docket No. 10965)

c.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.    Amended Order Sustaining Liquidating Trust's Third Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) 10776 No action taken on Order Re: Objection) (Docket No. 11251)

e.    Third Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims, and disallowance of certain amended claims) (Re: related document(s) 10965 Supplemental Order) (Docket No. 11290)

f.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

g.     Fourth Order Regarding Liquidating Trust's Third Omnibus Objection To
       Landlord claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain duplicate claims and disallowance of certain amended claims) (Re:
       related document(s)[11290] Amended Order) (Docket No. 11476)

h.     Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
       CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
       SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
       SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
       3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
       5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

i.    Fifth Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11476] Amended Order) (Docket No. 11674)

j.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

k.    Sixth Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11674] Supplemental Order) (Docket No. 11815)

Objection
Deadline:            April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached <u>Exhibit B</u>.

Status:                 The Trust has resolved the Objection as it relates to certain claims
                        as more particularly described on <u>Exhibit B</u>.  A status hearing is
                        going forward with respect to those claims for which a response
                        was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a
                        response do not need to appear at the hearing. Such parties'
                        rights will not be affected at this hearing.**  During the hearing
                        the Liquidating Trust will advise the Court that the status hearing
                        will be adjourned to July 10, 2012 at 2:00 p.m. with respect to
                        those claims for which a response was filed.  With respect to those
                        claims to which a response was not filed but to which the
                        Liquidating Trust agreed to continue the hearing and requisite
                        response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust
                        will advise the Court that the status hearing will be adjourned to
                        July 10, 2012 at 2:00 p.m. with respect to those claims.  **Those
                        parties do not need to appear at the hearing.  Such parties'
                        rights will not be affected at this hearing.**

24.   Notice and Objection to Claim - *Liquidating Trust's Fourth Omnibus Objection to
      Landlord Claims (Reduction of Certain Partially Invalid Claims and Disallowance of
      Certain Invalid Claims)* (Docket No. 10041)

      Related
      Documents:

      a.      Order Sustaining Liquidating Trust's Fourth Omnibus Objection To Landlord
              Claims (reduction of certain partially invalid claims and disallowance of certain
              invalid claims) (Re: related document(s)[10041] Sustaining Objection to Claim
              filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10774)

      b.      Second Order Regarding Liquidating Trust's Fourth Omnibus Objection To
              Landlord Claims (reduction of certain partially invalid claims & disallowance of
              certain invalid claims) (Re: related document(s)[10774] No action taken on Order
              Re: Objection) (Docket No. 10956)

      c.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
              ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
              WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
              DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
              SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
              filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
              filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
              filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim

44

filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.      Third Order Regarding Liquidating Trust's Fourth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims and disallowance of
        certain invalid claims)(Re: related document(s) 10956 Supplemental Order)
        (Docket No. 11298)

e.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
        ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.      Fourth Order Regarding Liquidating Trust's Fourth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims and disallowance of
        certain invalid claims)(Re: related document(s)[11298] Supplemental Order)
        (Docket No. 11477)

g.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;

SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

h.      Fifth Order Regarding Liquidating Trust's Fourth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims and disallowance of certain invalid claims) (Re: related document(s)[11477] Amended Order) (Docket No. 11682)

i.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.    Sixth Order Regarding Liquidating Trust's Fourth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims and disallowance of
      certain invalid claims) (Re: related document(s)[11682] Supplemental Order)
      (Docket No. 11816)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.** |

25.     Notice and Objection to Claim - *Liquidating Trust's Fifth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims and Disallowance of Certain Invalid Claims)* (Docket No. 10042)

Related
Documents:

a.      Order Sustaining Liquidating Trust's Fifth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late-Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims) (Re: related document(s)[10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10791)

b.      Second Order Sustaining Liquidating Trust's Fifth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late-Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims)(Re: related document(s)[10791] Order Directing) (Docket No. 10957)

c.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.      Third Order Regarding Liquidating Trust's Fifth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and

disallowance of certain amended claims) (Re: related document(s) 10957
Supplemental Order) (Docket No. 11291)

e.  Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.  Fourth Order Regarding Liquidating Trust's Fifth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims)(Re: related document(s)[11291]
Amended Order) (Docket No. 11478)

g.  Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

h.     Fifth Order Regarding Liquidating Trust's Fifth omnibus Objection To Landlord
       Claims (reduction of certain partially invalid claims, reclassification of certain
       misclassified claims, disallowance of certain invalid claims, disallowance of
       certain late-filed claims, disallowance of certain duplicate claims and
       disallowance of certain amended claims) (Re: related document(s)[11478]
       Amended Order) (Docket No. 11675)

i.     Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
       CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
       FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
       SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
       OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit B.

Status:                  The Trust has resolved the Objection as it relates to certain claims
                         as more particularly described on Exhibit B.  A status hearing is
                         going forward with respect to those claims for which a response
                         was filed as identified on Exhibit B.  **Those parties who filed a
                         response do not need to appear at the hearing. Such parties'
                         rights will not be affected at this hearing.**  During the hearing
                         the Liquidating Trust will advise the Court that the status hearing
                         will be adjourned to July 10, 2012 at 2:00 p.m. with respect to
                         those claims for which a response was filed.  With respect to those
                         claims to which a response was not filed but to which the
                         Liquidating Trust agreed to continue the hearing and requisite
                         response deadline, as identified on Exhibit B, the Liquidating Trust
                         will advise the Court that the status hearing will be adjourned to
                         July 10, 2012 at 2:00 p.m. with respect to those claims.  **Those
                         parties do not need to appear at the hearing.  Such parties'
                         rights will not be affected at this hearing.**

26.    Notice and Objection to Claim - *Sixth Omnibus Objection to Claims (Disallowance of
       Certain Invalid Unliquidated Claims and Fixing of Certain Unliquidated Claims)*
       (Docket No. 10043)

       Related
       Documents:

       a.     Notice and Objection to Claim - *Liquidating Trusts Sixth Omnibus Objection to
              Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain
              Invalid Claims and Reclassification of Certain Incorrectly Classified Claims)*
              Hearing scheduled 4/14/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701
              E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner
              & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.(Beran,

Paula) **Modified** on 2/28/2011 to correct docket text (Docket No. 10044)

b.      Order Sustaining Liquidating Trust's Sixth Omnibus Objection To Claims
(disallowance of certain invalid unliquidated claims and fixing of certain
unliquidated claims) (Re: related document(s) 10043 & 10044 filed by Circuit
City Stores, Inc. Liquidating Trust) (Docket No. 10862)

c.      Second Order Regarding Liquidating Trust's Sixth Omnibus Objection To Claims
(disallowance of certain invalid unliquidated claims and fixing of certain
unliquidated claims) (Re: related document(s) 10862 No action taken on Order
Re: Objection) (Docket No. 10982)

d.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

e.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

g.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
        OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached <u>Exhibit B</u>.

Status:                  A status hearing is going forward with respect to those claims for
                         which a response was filed as identified on <u>Exhibit B</u>.  **Those
                         parties who filed a response do not need to appear at the
                         hearing. Such parties' rights will not be affected at this
                         hearing.**  During the hearing the Liquidating Trust will advise the
                         Court that the status hearing will be adjourned to July 10, 2012 at
                         2:00 p.m. with respect to those claims for which a response was
                         filed.  With respect to those claims to which a response was not
                         filed but to which the Liquidating Trust agreed to continue the
                         hearing and requisite response deadline, as identified on <u>Exhibit B</u>,
                         the Liquidating Trust will advise the Court that the status hearing
                         will be adjourned to July 10, 2012 at 2:00 p.m. with respect to
                         those claims.  **Those parties do not need to appear at the
                         hearing.  Such parties' rights will not be affected at this
                         hearing.**

27.     Notice and Objection to Claim - *Liquidating Trust's Seventh Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified Claims)(To Correct Substantive Pleading --Replaces Docket Number 10044)* (Re: related document(s) 10044 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)  (Docket No. 10045)

Related
Documents:

a.      Order Sustaining Liquidating Trust's Seventh Omnibus Objection To Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims and reclassification of certain incorrectly classified claims) (Re: related document(s) 10045 Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10863)

b.      Second Order Sustaining Liquidating Trust's Seventh Omnibus Objection To Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims and reclassification of certain incorrectly classified claims) (Re: related document(s) 10863 No action taken on Order Re: Objection) (Docket No. 10983)

c.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.      Amended Second Order Sustaining Liquidating Trust's Seventh Omnibus Objection To Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims and reclassification of certain incorrectly classified claims) (Re: related document(s) 10983 Supplemental Order) (Docket No. 11252)

e.      Response of TFL Enterprises LLC to the Liquidating Trust's Seventh Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified

Claims) (Docket No. 10233)

f.   *Claimant(s) - TFL Enterprises LLC (Tech For Less* - Notice of Hearing *(Notice of Substantive Hearing (Seventh Omnibus Objection - Claim Number 13947))* (Re: related document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 11/21/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 11373)

g.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

h.   Docket Entry - Continued for Status Hearing on 1/5/12 at 2:00 PM as to remaining unresolved claims; Continued for Substantive Hearing as to TFL Enterprises LLC on 12/20/11 at 2:00 pm (Re: related document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 11468)

i.   Reply - *LIQUIDATING TRUSTS REPLY BRIEF REGARDING OBJECTION TO ADMINISTRATIVE CLAIM FILED BY TECH FOR LESS LLC* (Re: related document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11566)

j.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

k.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
        OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit B.

Status:                  A status hearing is going forward with respect to those claims for
                         which a response was filed as identified on Exhibit B.  **Those
                         parties who filed a response do not need to appear at the
                         hearing. Such parties' rights will not be affected at this
                         hearing.**  During the hearing the Liquidating Trust will advise the
                         Court that the status hearing will be adjourned to July 10, 2012 at
                         2:00 p.m. with respect to those claims for which a response was
                         filed.  With respect to those claims to which a response was not
                         filed but to which the Liquidating Trust agreed to continue the
                         hearing and requisite response deadline, as identified on Exhibit B,
                         the Liquidating Trust will advise the Court that the status hearing
                         will be adjourned to July 10, 2012 at 2:00 p.m. with respect to
                         those claims.  **Those parties do not need to appear at the
                         hearing. Such parties' rights will not be affected at this
                         hearing.**

28.     Notice and Objection to Claim - *Liquidating Trust's Eighth Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
        Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
        Certain of Late Filed Claims, Disallowance of Certain Amended Claims, and
        Disallowance of Certain Invalid Claims)*  (Docket No. 10046)

        Related
        Documents:

a.  Order Sustaining Liquidating Trust's Eighth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims and disallowance of certain amended claims) (Re: related document(s)[10046] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10778)

b.  Second Order Regarding Liquidating Trust's Eighth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims & disallowance of certain amended claims) (Re: related document(s)[10243] No action taken on Order Re: Objection) (Docket No. 10964)

c.  Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.  Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

e.      Fourth Order Regarding Liquidating Trust's Eighth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims and disallowance of certain amended claims) (Re:
        related document(s)[11292] Amended Order) (Docket No. 11479)

f.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

g.  Fifth Order Regarding Liquidating Trust's Eight Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11479] Amended Order)(Docket No. 11676)

h.  Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

i.  Sixth Order Regarding Liquidating Trust's Eighth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims and disallowance of certain amended claims) (Re: related document(s)[11676] Supplemental Order) (Docket No. 11817)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                          See attached <u>Exhibit B</u>.

Status:                         The Trust has resolved the Objection as it relates to certain claims
                                as more particularly described on <u>Exhibit B</u>.  A status hearing is
                                going forward with respect to those claims for which a response
                                was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a
                                response do not need to appear at the hearing. Such parties'
                                rights will not be affected at this hearing.**  During the hearing
                                the Liquidating Trust will advise the Court that the status hearing
                                will be adjourned to July 10, 2012 at 2:00 p.m. with respect to
                                those claims for which a response was filed.  With respect to those
                                claims to which a response was not filed but to which the
                                Liquidating Trust agreed to continue the hearing and requisite
                                response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust
                                will advise the Court that the status hearing will be adjourned to
                                July 10, 2012 at 2:00 p.m. with respect to those claims.  **Those
                                parties do not need to appear at the hearing.  Such parties'
                                rights will not be affected at this hearing.**

29.     Notice and Objection to Claim - *Liquidating Trust's Ninth Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
        Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
        Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)*  (Docket
        No. 10047)

        Related
        Documents:

        a.      Order Sustaining Liquidating Trust's Ninth Omnibus Objection To Landlord
                Claims( reduction of certain partially invalid claims, reclassification of certain
                misclassified claims, disallowance of certain invalid claims, disallowance of
                certain late-filed claims and disallowance of certain amended claims) (Re: related
                document(s)[10047] Sustaining Objection to Claim filed by Circuit City Stores,
                Inc. Liquidating Trust) (Docket No. 10777)

        b.      Second Order Regarding Liquidating Trust's Ninth Omnibus Objection To
                Landlord Claims (reduction of certain partially invalid claims, reclassification of
                certain misclassified claims, disallowance of certain invalid claims, disallowance
                of certain late-filed claims and disallowance of certain amended claims) (Re:
                related document(s) 10241 No action taken on Order Re: Objection) (Docket No.
                11121)

        c.      Third Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord
                Claims (reduction of certain partially invalid claims, reclassification of certain
                misclassified claims, disallowance of certain invalid claims, disallowance of

certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) 11121 Amended Order) (Docket No. 11293)

d.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

e.    Amended Third Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims and disallowance of certain amended claims) (Re: related document(s) 10777 No action taken on Order Re: Objection, 11293 Amended Order) (Docket No. 11340)

f.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

g.     Fourth Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11293] Amended Order) (Docket No. 11480)

h.     Amended Fourth Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims)(Re: related document(s)[11480] Amended Order) (Docket No. 11586)

i.     Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

j.     Fifth Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord
       Claims (reduction of certain partially invalid claims, reclassification of certain
       misclassified claims, disallowance of certain invalid claims, disallowance of
       certain late-filed claims and disallowance of certain amended claims) (Re: related
       document(s)[11480] Amended Order) (Docket No. 11678)

k.     Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
       CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
       FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
       SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
       OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
       PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
       Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit B.

Status:                The Trust has resolved the Objection as it relates to certain claims

as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

30.   Notice and Objection to Claim - *Liquidating Trust's Thirteenth Omnibus Objection to Certain Priority Claims: Allow Up to the Statutory Cap, Reclassify, Disallow as Applicable (Employment Contract Severance Claims)* (Docket No. 10051)

Related
Documents:

a.   Order Sustaining Liquidating Trust's Thirteenth Omnibus Objection To Certain Priority Claims: allow up to the statutory cap, reclassify, disallow as applicable (employment contract severance claims) (Re: related document(s)[10051] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10781)

b.   Objections Resolved as to claims of Antone Botelho and Patrick Longood; Continued for Status Hearing as to claim of Bruce Besanko; to be noticed for substantive hearing as to claim of Andrew Grosse (Re: related document(s) [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Substantive Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11151)

c.   Notice of Hearing *(Notice of Substantive Hearing) (Thirteenth Omnibus Objection - Claim Number 369) (Claimant - Andrew Grosse)* (Re: related document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11265)

d.   Docket Entry - Hearing continued for Status Hearing as to Claim of Bruce Besanko; Appearance(s): Paula Beran. (Re: related document(s)[10051] Objection

to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11561)

e.    Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

f.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit B.

Status:                A status hearing is going forward with respect to the claims of
                       Bruce Besanko, who **does not need to appear at the hearing. His
                       rights will not be affected at this hearing.**  The status hearing for
                       Bruce Besanko will be continued until July 10, 2012 at 2:00 p.m.

31.    Notice and Objection to Claim - *Liquidating Trust's Fourteenth Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
       Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
       Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and
       Disallowance of Certain Amended Claims)* (Docket No. 10052)

       Related
       Documents:

       a.     Order Sustaining Liquidating Trust's Fourteenth Omnibus Objection To Landlord
              Claims(reduction of certain partially invalid claims, reclassification of certain
              misclassified claims, disallowance of certain invalid claims, disallowance of
              certain late filed claims, disallowance of certain duplicate claims and
              disallowance of certain amended claims(Re: related document(s)[10052]
              Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)

(Docket No. 10780)

b.   Second Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s)[10780] No action taken on Order Re: Objection) (Docket No. 10963)

c.   Docket Entry - CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust (Docket No. 11152)

d.   Third Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-field claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s) 10963 Supplemental Order) (Docket No. 11294)

e.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.  Fourth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims) (Re: related document(s)[11294]
Amended Order) (Docket No. 11481)

g.  Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

h.  Fifth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and

disallowance of certain amended claims) (Re: related document(s)[11481]
Amended Order) (Docket No. 11679)

i.  Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.  Sixth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
Landlord Claims ( reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims)(Re: related document(s)[11679]
Supplemental Order) (Docket No. 11818)

Objection
Deadline:                    April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                    See attached Exhibit B.

Status:                   The Trust has resolved the Objection as it relates to certain claims
                          as more particularly described on Exhibit B.  A status hearing is
                          going forward with respect to those claims for which a response
                          was filed as identified on Exhibit B.  **Those parties who filed a
                          response do not need to appear at the hearing. Such parties'
                          rights will not be affected at this hearing.**  During the hearing
                          the Liquidating Trust will advise the Court that the status hearing
                          will be adjourned to July 10, 2012 at 2:00 p.m. with respect to
                          those claims for which a response was filed.  With respect to those
                          claims to which a response was not filed but to which the
                          Liquidating Trust agreed to continue the hearing and requisite
                          response deadline, as identified on Exhibit B, the Liquidating Trust
                          will advise the Court that the status hearing will be adjourned to
                          July 10, 2012 at 2:00 p.m. with respect to those claims.  **Those
                          parties do not need to appear at the hearing.  Such parties'
                          rights will not be affected at this hearing.**

32.   Notice and Objection to Claim - *Liquidating Trust's Fifteenth Omnibus Objection to
      Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
      Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
      Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and
      Disallowance of Certain Amended Claims)*   (Docket No. 10053)

      Related
      Documents:

      a.      Order Sustaining Liquidating Trust's Fifteenth Omnibus Objection To Landlord
              Claims(reduction of certain partially invalid claims, reclassification of certain
              misclassified claims, disallowance of certain invalid claims, disallowance of
              certain late filed claims, disallowance of certain duplicate claims and
              disallowance of certain amended claims (Re: related document(s)[10053]
              Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating
              Trust)(Docket No. 10779)

      b.      Second Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
              Landlord Claims (reduction of certain partially invalid claims, reclassification of
              certain misclassified claims, disallowance of certain invalid claims, disallowance
              of certain late-filed claims, disallowance of certain duplicate claims &
              disallowance of certain amended claims) (Re: related document(s)[10779] No
              action taken on Order Re: Objection) (Docket No. 10962)

      c.      Third Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
              Landlord Claims(reduction of certain partially invalid claims, reclassification of

certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims) (Re: related document(s) 10962
Supplemental Order) (Docket No. 11295)

d.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

e.    Fourth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims) (Re: related document(s)[11295]
Supplemental Order) (Docket No. 11482)

f.    Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

g.    Fifth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims) (Re: related document(s)[11482]
Amended Order) (Docket No.  11680)

h.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

i.    Sixth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
Landlord claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims) (Re: related document(s)[11680]
Supplemental Order) (Docket No. 11819)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.** |

33.    Notice and Objection to Claim - *Liquidating Trust's Seventeenth Omnibus Objection to
Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of*

*Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)*   (Docket No. 10061)

Related
Documents:

a.    Amended Exhibit *C to Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims) [Service Copy of Said Objection (Docket No. 10061) Contained Exhibit C and Amended Exhibit C]* (Re: related document(s) 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)  (Docket No. 10074)

b.    Order Sustaining Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[10061] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10785)

c.    Second Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s)[10785] No action taken on Order Re: Objection) (Docket No. 10966)

d.    Third Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s) 10966 Supplemental Order) (Docket No.  11296)

e.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.    Fourth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance
      of certain late-filed claims and disallowance of certain amended claims) (Re:
      related document(s)[11296] Supplemental Order)(Docket No. 11484)

g.    Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
      CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
      RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
      SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
      SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

h.   Fifth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11484] Amended Order) (Docket No. 11672)

i.   Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/

Responses
Filed:                      See attached Exhibit B.

Status:                     A status hearing is going forward with respect to those claims for
                            which a response was filed as identified on Exhibit B.  **Those
                            parties who filed a response do not need to appear at the
                            hearing. Such parties' rights will not be affected at this
                            hearing.**  During the hearing the Liquidating Trust will advise the
                            Court that the status hearing will be adjourned to July 10, 2012 at
                            2:00 p.m. with respect to those claims for which a response was
                            filed.  With respect to those claims to which a response was not
                            filed but to which the Liquidating Trust agreed to continue the
                            hearing and requisite response deadline, as identified on Exhibit B,
                            the Liquidating Trust will advise the Court that the status hearing
                            will be adjourned to July 10, 2012 at 2:00 p.m. with respect to
                            those claims.  **Those parties do not need to appear at the
                            hearing.  Such parties' rights will not be affected at this
                            hearing.**

34.      Notice and Objection to Claim - *Liquidating Trust's Eighteenth Omnibus Objection to
         Claims Filed by Taxing Authorities (Reduction of Certain Partially Invalid Claims;
         Disallowance of Certain Invalid Claims; Disallowance of Certain Duplicate Claims;
         Reclassification of Certain Claims; Disallowance of Certain Amended or Superseded
         Claims; Disallowance or Reduction of Certain Late Filed Claims; Disallowance of
         Certain Invalid Claims; and Fixing the Amount of Certain Claims)* (Docket No. 10062)

         Related
         Documents:

         a.       Withdrawal of Pasadena Independent School District's Response to Eighteenth
                  Omnibus Objection of Claims (Docket No. 10062) - (Docket No. 10516)

         b.       Order Sustaining Liquidating Trust's Eighteenth Omnibus Objection To Claims
                  Filed By Taxing Authorities (reduction of certain partially invalid claims,
                  disallowance of certain invalid claims; reclassification of certain claims;
                  disallowance of certain amended or superseded claims; disallowance of certain
                  late filed claims; disallowance or reduction of certain invalid claims; & fixing the
                  amount of certain claims) filed by taxing authorities) (Re: related
                  document(s)[10062] Sustaining Objection to Claim filed by Circuit City Stores,
                  Inc. Liquidating Trust) (Docket No. 10961)

         c.       Motion to Reconsider *Motion for Relief from Order and Memorandum in Support
                  Thereof* (Related Document(s)[10961] No action taken on Order Re: Objection)
                  filed by Anne G. Bibeau of Vandeventer Black LLP on behalf of Sonoma County
                  Tax Collector (Docket 11333)

         d.       Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS

ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

e.     Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

f.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
        OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
        PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
        Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

Objection
Deadline:                    April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                       See attached Exhibit B.

Status:                The Trust has resolved the Objection as it relates to certain claims
as more particularly described on Exhibit B. A status hearing is
going forward with respect to this Objection. **Parties do not need
to appear at the hearing. Such parties' rights will not be
affected at this hearing.** During the hearing the Liquidating Trust
will advise the Court that the status hearing will be adjourned to
July 10, 2012 at 2:00 p.m.

35.    Notice and Objection to Claim - *Liquidating Trust's Twentieth Omnibus Objection to
Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and
Disallowance of Certain Amended Claims)* (Docket No. 10072)

Related
Documents:

a.     Order Sustaining Liquidating Trust's Twentieth Omnibus Objection to Landlord
Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
Certain Late-Filed Claims, Disallowance of Certain Duplicate Claims and
Disallowance of Certain Amended Claims) (Re: related document(s)[10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket
No. 10786)

b.     Second Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims &
disallowance of certain amended claims) (Re: related document(s)[10788] Order
Directing) (Docket No. 10960)

c.     Docket Entry - CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE(Re: related document(s)[10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Liquidating Trust. (Docket No. 11154)

d.     Third Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims) (Re: related document(s) 10960
Supplemental Order) (Docket No. 11297)

e.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.      Fourth Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims) (Re: related document(s)[11297]
Supplemental Order) (Docket No. 11485)

g.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

h.     Fifth Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims, disallowance of certain duplicate claims and
       disallowance of certain amended claims) (Re: related document(s)[11485]
       Amended Order)(Docket No. 11671)

i.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
       CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
       FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
       SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
       OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.   Sixth Order Regarding Liquidating Trust's Twentieth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11671] Supplemental Order) (Docket No.  11820)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.** |

36.   Notice and Objection to Claim - *Liquidating Trust's Twenty-First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10073)

Related Documents:

a.   Order Sustaining Liquidating Trust's Twenty-First Omnibus Objection to
Landlord Claims (reduction of Certain Partially Invalid Claims, Reclassification
of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
Disallowance of Certain Late-Filed Claims, and Disallowance of Certain
Amended Claims) (Re: related document(s)[10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10789)

b.   Second Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims & disallowance of certain amended claims)(Re: related
document(s)[10789] Order Directing) (Docket No. 10959)

c.   Third Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims and disallowance of certain amended claims) (Re:
related document(s) 10959 Supplemental Order) (Docket No. 11299)

d.   Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

e.   Fourth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims and disallowance of certain amended claims) (Re:

related document(s)[11299] Supplemental Order) (Docket No. 11486)

f.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

g.      Fifth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims and disallowance of certain amended claims) (Re:
        related document(s)[11486] Amended Order) (Docket No. 11670)

h.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
        OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

i.    Sixth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance
      of certain late-filed claims and disallowance of certain amended claims) (Re:
      related document(s)[11670] Supplemental Order) (Docket No. 11821)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached <u>Exhibit B</u>. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on <u>Exhibit B</u>.  A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the |

Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

37.     Notice and Objection to Claim - *Liquidating Trusts Twenty-Third Omnibus Objection To Claims (Disallowance Of Certain Invalid Unliquidated Claims And Fixing Of Certain Unliquidated Claims* Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11388)

Related
Documents:

a.     Docket Entry - Hearing CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT; Appearance(s): Paula Beran. (Re: related document(s)[11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11562)

b.     Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

c.    Order Sustaining Liquidating Trust's Twenty-Third Omnibus Objection to Claims
(Disallowance of Certain Invalid Unliquidated Claims and Fixing of Certain
Unliquidated Claims) (Re: related document(s)[11388] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust)  (Docket No. 11653)

d.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00

PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

| | |
|---|---|
| Objection Deadline: | November 23, 2011 at 4:00 p.m. |

| | |
|---|---|
| Objections/ Responses Filed: | See attached Exhibit B. |

Status:     A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

38.     Omnibus Objection to Claim - *Twenty-Fourth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims)* Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11402)

Related Documents:

   a.     Docket Entry - Hearing CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT; Appearance(s): Paula Beran. (Re: related document(s)[11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11563)

   b.     Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE

TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

c.     Order Sustaining Liquidating Trust's Twenty-Fourth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims) (Re: related document(s)[11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 11652)

d.     Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

e.      Second Order Sustaining Liquidating Trust's Twenty-Fourth Omnibus Objection
to Claims (reduction of certain partially invlaid claims) (Re: related
document(s)[4727] Order Re: Objection, [11652] Order Directing) (Docket No.
11822)

f.      Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUSTS
TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF
CERTAIN PARTIALLY INVALID CLAIMS) SOLELY WITH RESPECT TO THE
CLAIM OF UNITED STATES DEBT RECOVERY LLC / MARKET FORCE
INFORMATION (CLAIM NO. 5098))* (Re: related document(s)[11402] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S.
Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
Liquidating Trust.

Objection
Deadline:            December 1, 2011 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit B.

Status:              The Trust has resolved the Objection as it relates to certain claims
as more particularly described on Exhibit B.  A status hearing is
going forward with respect to those claims for which a response
was filed as identified on Exhibit B.  **Those parties who filed a
response do not need to appear at the hearing. Such parties'
rights will not be affected at this hearing.**  During the hearing
the Liquidating Trust will advise the Court that the status hearing

will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

39.     Objection to Claim - *Liquidating Trustee's Twenty-Fifth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims)* Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11403)

Related
Documents:

a.      Docket Entry – Hearing CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR RESOLVED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT; Appearance(s): Paula Beran. (Re: related document(s)[11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11564)

b.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640

c.      Order Sustaining Liquidating Trust's Twenty-Fifth Omnibus Objection to Claims
(Reduction of Certain Partially Invalid Claims) (Re: related document(s)[11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket
No. 11653)

d.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

e.     Second Order Sustaining Liquidating Trust's Twenty-Fifth Omnibus Objection To Claims (reduction of certain partially invalid claims)(Re: related document(s) [11653] Order Directing) (Docket No.  11824)

Objection
Deadline:            December 1, 2011 at 4:00 p.m.


Objections/
Responses
Filed:               See attached <u>Exhibit B</u>.

Status:              The Trust has resolved the Objection as it relates to certain claims as more particularly described on <u>Exhibit B</u>.  A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

40.    Omnibus Objection to Claim - *Liquidating Trust's Twenty-Sixth Omnibus Objection to Claims (Disallowance of Certain Late and/or Otherwise Invalid Claims)* Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11404)

Related
Documents:

a.     Docket Entry - Hearing CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED AS TO CERTAIN OTHERS AS

SET OUT IN OPEN COURT; AMENDED ORDER to be submitted.
Appearance(s): Paula Beran. (Re: related document(s)[11404] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia (Docket No. 11565)

b.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

c.      Order Sustaining Liquidating Trust's Twenty-Sixth Omnibus Objection to Claims
        (Disallowance of Certain Invalid Claims) (Re: related document(s)[11404]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket
        No. 11655)

d.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMAINTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;

SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

Objection
Deadline:                    December 1, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                       See attached Exhibit B.

Status:                      A status hearing is going forward with respect to those claims for
                             which a response was filed as identified on Exhibit B.  **Those
                             parties who filed a response do not need to appear at the
                             hearing. Such parties' rights will not be affected at this
                             hearing.**  During the hearing the Liquidating Trust will advise the
                             Court that the status hearing will be adjourned to July 10, 2012 at
                             2:00 p.m. with respect to those claims for which a response was
                             filed.  With respect to those claims to which a response was not
                             filed but to which the Liquidating Trust agreed to continue the
                             hearing and requisite response deadline, as identified on Exhibit B,
                             the Liquidating Trust will advise the Court that the status hearing
                             will be adjourned to July 10, 2012 at 2:00 p.m. with respect to

those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

41.     Omnibus Objection to Claim - *Liquidating Trust's Twenty-Seventh Omnibus Objection to Claims Filed by Taxing Authorities (Reduction of Partially Invalid Claim; Disallowance of No Liability, and Late-Filed Claims)* Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11444)

Related
Documents:

a.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

    b.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

Objection
Deadline:                December 29, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached Exhibit B.

Status:                A status hearing is going forward with respect to the one remaining claim identified on Exhibit B.   **Said party does not need to appear at the hearing. Such party's rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m.

42.    Omnibus Objection to Claim - *Liquidating Trust's Twenty-Eighth Omnibus Objection to*

*Landlord Claims (Reduction of Certain Partially Invalid Claims, Disallowance of
Certain Invalid Claims, Disallowance of Certain Late Filed Claims, and Disallowance of
Certain Amended Claims)* Hearing scheduled 1/5/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula
S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating
Trust. (Docket No. 11445)

Related
Documents:

a.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

b.      Order Regarding Liquidating Trust's Twenty-Eighth Omnibus Objection To
        Landlord Claims(reduction of certain partially invalid claims, disallowance of
        certain invalid claims, disallowance of certain late-filed claims, and disallowance
        of certain amended claims) (Re: related document(s)[11445] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 11677)

c.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

Objection
Deadline:            December 29, 2011 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit B.

Status:              The Trust has resolved the Objection as it relates to certain claims
                     as more particularly described on Exhibit B.  A status hearing is
                     going forward with respect to those claims for which a response
                     was filed as identified on Exhibit B.  **Those parties who filed a
                     response do not need to appear at the hearing. Such parties'
                     rights will not be affected at this hearing.**  During the hearing
                     the Liquidating Trust will advise the Court that the status hearing

will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

43.     Objection to Claim - *Liquidating Trust's Twenty-Ninth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims)* Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11807)

|  |  |
|---|---|
| Related Documents: | |
| Objection Deadline: | May 3, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.** |

44.     Objection to Claim - *Liquidating Trust's Thirtieth Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) & Notice of Liquidating Trust's Thirtieth Omnibus Objection to Claims (Disallowance of Certain Invalid Claims)* Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,

Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11808)

Related
Documents:      Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUSTS THIRTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF D.L. PETERSON TRUST AS ASSIGNEE OF PHH VEHICLE MANAGEMENT SERVICES LLC (CLAIM NO. 9788))* (Re: related document(s)[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust

Objection
Deadline:        May 3, 2012

Objections/
Responses        See attached Exhibit B.
Filed:

Status:          The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

45.    Objection to Claim - *Liquidating Trust's Thirty-First Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) & Notice of Liquidating Trust's Thirtieth Omnibus Objection to Claims (Disallowance of Certain Invalid Claims)* Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11809)

Related

Documents:    a.    Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUSTS THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF MADISON GAS AND ELECTRIC COMPANY (CLAIM NO. 1764))* (Re: related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust

b.    Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUSTS THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF NEW YORK STATE ELECTRIC AND GAS AND CORPORATION (CLAIM NO. 212))* (Re: related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.

Objection
Deadline:         May 3, 2012

Objections/
Responses
Filed:             See attached Exhibit B.

Status:           The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.   **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to July 10, 2012 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

Dated: Richmond, Virginia
   May 8, 2012

TAVENNER & BERAN, PLC

_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

Co-Counsel for the Circuit City Stores, Inc.
Liquidating Trust