210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 05/02/2012 (date).

| | |
|---|---|
| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
| Claim No. : Communications Wiring Inc, c/o Debt Acquistion Company of America, 1565 Hotel Circle South Suite 310, San Diego, CA 92108 | Debt Acquisition Company of America V, LLC
1565 Hotel Circle S #310
San Diego CA 92108 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/09/12

William C. Redden
**CLERK OF THE COURT**

```
                         United States Bankruptcy Court
                          Eastern District of Virginia
```

In re:                                                    Case No. 08-35653-KRH
Circuit City Stores, Inc.                                 Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs           Page 1 of 10           Date Rcvd: May 07, 2012
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2012.
10825415      +Communications Wiring Inc,   c/o Debt Acquistion Company of America,
                1565 Hotel Circle South Suite 310,   San Diego, CA 92108-3419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 09, 2012**             **Signature:** _Joseph Speetjens_

```
District/off: 0422-7          User: frenchs              Page 2 of 10              Date Rcvd: May 07, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2012 at the address(es) listed below:

        Aaron L. Hammer    on behalf of Creditor    National Product Care Company ahammer@sugarfgh.com, mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;ccoleman@sugarfgh.com
        Aaron R. Cahn    on behalf of Unknown    Reliance Figueroa Associates, L.P. cahn@clm.com
        Adam K. Keith    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC akeith@honigman.com, tsable@honigman.com
        Alan Michael Noskow    on behalf of Defendant    COKeM International Ltd. anoskow@pattonboggs.com
        Albert F. Quintrall    on behalf of Creditor    Wayne-Dalton Corp. a.quintrall@quintrall.com
        Alexander W. Stiles    on behalf of Creditor    City of Virginia Beach astiles@vbgov.com
        Alexander Xavier Jackins    on behalf of Creditor    Engineered Structures, Inc. ajackins@seyfarth.com
        Alison Ross Wickizer Toepp    on behalf of Creditor    GRE Grove Street One LLC atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
        Ambika Joline Biggs    on behalf of Creditor    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
        Amy Pritchard Williams    on behalf of Creditor    Cobb Corners II, Limited Partnership amy.williams@klgates.com, hailey.andresen@klgates.com
        Andrea Campbell Davison    on behalf of Creditor    Discovery Communications, Inc. davison.andrea@arentfox.com, lane.katie@arentfox.com;dowd.mary@arentfox.com;rothleder.jeffrey@arentfox.com;toof.jackson@arentfox.com
        Andrew Rapp    on behalf of Creditor    Terranomics Crossroads Associates arapp@wpblaw.com
        Andrew Edward Macfarlane    on behalf of Creditor    Sherwood America, Inc. aem@aemlegal.com
        Andrew H. Herrick    on behalf of Creditor    County of Albemarle aherrick@albemarle.org
        Andrew Lynch Cole    on behalf of Interested Party    Faber Bros., Inc. acole@fandpnet.com
        Andrew M. Brumby    on behalf of Creditor    Cameron Group Associates LLP abrumby@shutts-law.com, rhicks@shutts-law.com
        Andrew S. Conway    on behalf of Creditor    Taubman Landlords aconway@taubman.com
        Angela Sheffler Abreu    on behalf of Creditor    PNY Technologies, Inc. aabreu@formanlaw.com
        Anitra D. Goodman Royster    on behalf of Creditor    Connexion Technologies anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com, raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
        Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
        Anne C. Lahren    on behalf of Defendant    KLAS, LLC alahren@pendercoward.com
        Anne C. Murphy    on behalf of Creditor    State of Wisconsin - Office of the State Treasurer murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
        Anne Elizabeth Braucher    on behalf of Creditor    DL Peterson Trust, as Assignee of PHH Vehicle Management Services, LLC abraucher@mcmillanmetro.com
        Anne G. Bibeau    on behalf of Creditor    Alameda County Treasurer ABibeau@vanblk.com, drichards@vanblk.com;pfaggert@vanblk.com
        Annemarie G. McGavin    on behalf of Creditor    Dick's Sporting Goods, Inc. annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
        Anthony J. Cichello    on behalf of Creditor    Loop West, LLC, by its Managing Agent The Wilder Companies, Ltd. acichello@kb-law.com
        Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
        Aryeh E. Stein    on behalf of Creditor    Annapolis Plaza LLC astein@wtplaw.com
        Ashley M. Chan    on behalf of Creditor    City of Philadelphia achan@hangley.com, ecffilings@hangley.com
        Augustus C. Epps    on behalf of Attorney    Christian & Barton, L.L.P. aepps@cblaw.com, lthompson@cblaw.com
        Belkys Escobar    on behalf of Creditor    County of Loudoun, VA Belkys.Escobar@loudoun.gov, Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
        Benjamin C. Ackerly    on behalf of Creditor    COMSYS Information Technology Services, Inc. and COMSYS Services, LLC backerly@hunton.com, cloving@hunton.com
        Benjamin Joseph Lambiotte    on behalf of Defendant    InFocus Corporation blambiotte@gsblaw.com
        Bhavik Dalpat Patel    on behalf of Defendant    MCM Electronics, Inc. bdp@macdowelllaw.com
        Brad R. Godshall    on behalf of Creditor Committee    Official Committee of Unsecured Creditors bgodshall@pszjlaw.com
        Bradford F. Englander    on behalf of Creditor    Alliance Entertainment Corporation benglander@wtplaw.com, wbatres@wtplaw.com
        Brenda M. Whinery    on behalf of Creditor    Windsail Properties bwhinery@mcrazlaw.com
        Brett Christopher Beehler    on behalf of Creditor    Charles County, Maryland bbeehler@mrrlaw.net, lsansbury@mrrlaw.net
        Brian D. Huben    on behalf of Creditor    Cousins Properties Incorporated brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com
        Brian F. Kenney    on behalf of Creditor    44 North Properties, LLC bkenney@milesstockbridge.com
        Bruce H. Matson    on behalf of Creditor    Bank of America, N.A., as Agent bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Byron Z. Moldo    on behalf of Creditor    Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com, tmelendez@ecjlaw.com
        C. Christopher Meyer    on behalf of Creditor    Photoco, Inc. cmeyer@ssd.com
        Carl A. Eason    on behalf of Creditor    The Columbus Dispatch bankruptcy@wolriv.com
        Catherine Elizabeth Creely    on behalf of Creditor    CIM/Birch St., Inc. ccreely@akingump.com
        Charles Gideon Korrell    on behalf of Creditor    Hoprock Limonite, LLC gkorrell@dl.com
        Charles W. Chotvacs    on behalf of Creditor    Bear Valley Road Partners LLC cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
        Christian K. Vogel    on behalf of Creditor    Schimenti Construction Company LLC Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

```
District/off: 0422-7           User: frenchs               Page 3 of 10              Date Rcvd: May 07, 2012
                               Form ID: trc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Christine D. Lynch    on behalf of Creditor    E&A Northeast Limited Partnership clynch@goulstonstorrs.com
    Christine McAteer Ford    on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly situated cford@mdpcelaw.com
    Christopher A. Jones    on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com, rredfield@wtplaw.com
    Christopher Julian Hoctor    on behalf of Defendant    Moran Brown PC choctor@kaplanfrank.com, nferenbach@kaplanfrank.com
    Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
    Christopher M. Alston    on behalf of Creditor    507 Northgate LLC alstc@foster.com, ristj@foster.com
    Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com
    Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
    City of Newport News, Virginia    jdurant@nngov.com
    Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
    Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
    Craig Benson Young    on behalf of Creditor    Cedar Development Ltd., a Florida Limited Partnership craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
    Craig M. Palik    on behalf of Creditor    Bond Circuit IV Delaware Business Trust cpalik@yahoo.com, cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
    Curtis Gilbert Manchester    on behalf of Defendant    Energizer Battery, Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
    D. Marc Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com, sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
    Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com, kcornnell@dowlohnes.com
    Daniel F. Blanks    on behalf of Debtor    Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
    Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com
    Darek S. Bushnaq    on behalf of Defendant    ServicePower, Inc., aka ServicePower Inc. dsbushnaq@venable.com
    Darlene M. Nowak    on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
    Darrell William Clark    on behalf of Creditor    Waste Management, Inc. dclark@stinson.com, cscott@stinson.com
    Darryl S. Laddin    on behalf of Creditor    Verizon Communications Inc. bkrfilings@agg.com
    David McCall    on behalf of Creditor    City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
    David A. Greer    on behalf of Creditor    Century plaza development corporation dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
    David B. Wheeler    on behalf of Creditor    South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com
    David D. Hopper    on behalf of Creditor    Rio Associates Limited Partnership ddhopper@chlhf.com, scilino@chlhf.com
    David Emmett Hawkins    on behalf of Creditor    Archon Group, L.P. dhawkins@velaw.com
    David H. Cox    on behalf of Creditor    610 & San Felipe, Inc. dcox@jackscamp.com, phaynes@jackscamp.com
    David H. Dickieson    on behalf of Defendant    New Age Electronics, Inc., also known as New Age, Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
    David J. Ervin    on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
    David K. Spiro    on behalf of Creditor    US Debt Recovery III, LP dspiro@hf-law.com, rmcburney@hf-law.com
    David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
    David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
    David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@mcsweeneycrump.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
    David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
    David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
    David Wayne Lannetti    on behalf of Defendant    Belkin International Inc. dlannetti@vanblk.com, drichards@vanblk.com;kmcgwin@vanblk.com
    Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
    Dena Sloan Kessler    on behalf of Creditor    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
    Denise S. Mondell    on behalf of Creditor    State of Connecticut Department of Revenue Services denise.mondell@ct.gov
    Dennis T. Lewandowski    on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
    Denyse Sabagh    on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com

```
District/off: 0422-7          User: frenchs              Page 4 of 10              Date Rcvd: May 07, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District caaustin@comcast.net
      Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
      Dominic L. Chiariello    on behalf of Creditor   Donovan Dunwell dc@chiariello.com
      Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects dludman@brownconnery.com
      Douglas Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
      Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center dkappler@rdwlawcorp.com
      Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com
      Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
      Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com, rours@wileyrein.com
      Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com, mayle@hooverslovacek.com
      Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com, wenditaylor@toase.com;lmares@toase.com
      Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
      Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
      Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited echarley@hansonbridgett.com
      Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
      Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
      Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
      Erica S. Zaron    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
      Erick Frank Seamster    on behalf of Creditor   Unical Enterprises, Inc eseamster@wallacepledger.com
      Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
      Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
      Eugene Chang    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
      F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
      Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
      Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP fpepler@peplermastromonaco.com
      Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
      Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
      Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue rudzikf@dor.state.fl.us
      Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
      Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com
      Gary E. Mason    on behalf of Creditor   Marlon Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
      Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
      Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
      Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
      German Yusufov    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
      Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc notices@becket-lee.com
      Gilbert D. Sigala    on behalf of Creditor John Batioff sigalaw1@aol.com
      Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors gbrown@pszjlaw.com
      Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property agbankcal@ag.tn.gov
      Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
      Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com, christine@virginia-lawyers.net
      Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
      Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company ggrant@shulmanrogers.com, lsmith@shulmanrogers.com
      H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
      Hale Yazicioglu    on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
      Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com
      Heather Lynn Anderson    on behalf of Creditor   State of New Jersey - Dept. of Treasury Heather.Anderson@dol.lps.state.nj.us
      Henry Buswell Roberts    on behalf of Creditor   Suemar hbroberts@live.com, droberts1949@live.com
      Henry P. Baer    on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com, csommer@fdh.com
      Henry Pollard Long    on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com

```
District/off: 0422-7          User: frenchs              Page 5 of 10              Date Rcvd: May 07, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Howard J. Grossman    on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
         howard.j.grossman@chase.com
        Ian S. Landsberg    on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
        J. Christian Word    on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
         chefiling@lw.com;robert.klyman@lw.com
        J. David Folds    on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com,
         sparson@mckennalong.com
        Jackson David Toof    on behalf of Creditor   Discovery Communications, Inc.
         toof.jackson@arentfox.com
        Jaime Sue Dibble    on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
         lbigus@stinson.com
        James D. Newbold    on behalf of Counter-Claimant   State of Illinois Department of Revenue,
         through Brian Hamer, its Director James.Newbold@illinois.gov
        James E. Clarke    on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
         vaecf@atlanticlawgrp.com,   rbailey@atlanticlawgrp.com
        James Edward Bowman    on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
         bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
        James H. Rollins    on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
         avis.francis@hklaw.com
        James J. Briody    on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
         kim.smith@sablaw.com
        James K. Donaldson    on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
         eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
         ell@spottsfain.com;tmoore@spottsfain.com
        James R. Schroll    on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
         ncoton@beankinney.com
        James V. Lombardi    on behalf of Creditor   AmREIT, a Texas real estate investment trust
         jvlombardi@rossbanks.com
        James W. Reynolds    on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
         of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
        James Winston Burke    on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc.
         jburke@orrick.com
        Jamie M. Konn    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
         jamie.konn@dlapiper.com,   kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
        Janet M. Meiburger, Esq.    on behalf of Creditor   Ricmac Equities Corporation
         admin@meiburgerlaw.com
        Jason B. Binford    on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
         ecf@krcl.com
        Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
         a30156@yahoo.com;tcarper@krumbeinlaw.com;dtabakin@krumbeinlaw.com
        Jason William Harbour    on behalf of Creditor   Public Company Accounting Oversight Board
         jharbour@hunton.com
        Jeffrey Scharf    on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
         tacspc@gmail.com;amanda@taxva.com
        Jeffrey E. Klusmeier    on behalf of Creditor   Missouri Attorney General's Office
         Jeff.Klusmeier@ago.mo.gov
        Jeffrey J. Graham    on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
         krussell@taftlaw.com;ecfclerk@taftlaw.com
        Jeffrey L. Tarkenton    on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
         toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
        Jeffrey M. Sherman    on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com,
         elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com
        Jeffrey N. Pomerantz    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
         jpomerantz@pszjlaw.com
        Jenelle Marie Dennis    on behalf of Creditor   Bear Valley Road Partners LLC
         dennisj@ballardspahr.com,   pollack@ballardspahr.com
        Jennifer Langan    on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
        Jennifer Ellis Lattimore    on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
        Jennifer J. West    on behalf of Creditor   Coca-Cola Bottling Company Consolidated
         jwest@spottsfain.com,
         rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
         msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
        Jennifer Larkin Kneeland    on behalf of Defendant   AMC jkneeland@linowes-law.com,
         klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
        Jennifer McLain McLemore    on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
         avaughn@cblaw.com
        Jennifer V. Doran    on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
         calirm@haslaw.com
        Jeremy Brian Root    on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
         tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
        Jeremy C. Kleinman    on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
        Jeremy L. Pryor    on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
        Jeremy S. Friedberg    on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
         jeremy.friedberg@llff.com,   ecf@llff.com;gordon.young@lf-pc.com
        Jeremy S. Williams    on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com
        Jeremy W. Martin    on behalf of Creditor   Escambia County Tax Collector
         jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
        Jeremy W. Ryan    on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com

```
District/off: 0422-7          User: frenchs              Page 6 of 10          Date Rcvd: May 07, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Jerry Lane Hall    on behalf of Defendant    NAMCO BANDAI Games America Inc.
        jerry.hall@pillsburylaw.com,    patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
        Jess R. Bressi    on behalf of Creditor    Engineered Structures, Inc. jbressi@luce.com
        Jessica Regan Hughes    on behalf of Interested Party    AmCap Arborland LLC jhughes@seyfarth.com,
        swells@seyfarth.com;wdcdocketing@seyfarth.com
        Joel S. Aronson    on behalf of Defendant    Capital City Press, LLC d/b/a The Advocate
        jsaronson@ridberglaw.com
        Joel T. Marker    on behalf of Creditor    Ammon Properties, LC joel@mbt-law.com
        John B. Raftery    on behalf of Defendant    Utopian Software Concepts, Inc., dba Alterthought
        jraftery@offitkurman.com
        John C. Smith    on behalf of Creditor    Sennco Solutions, Inc. jsmith@sandsanderson.com,
        sryan@sandsanderson.com;dbbankruptcy@gmail.com
        John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
        jfiero@pszjlaw.com
        John D. McIntyre    on behalf of Creditor    Carnegie Management and Development Corporation
        jmcintyre@wmlawgroup.com,    wedwards@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
        John E. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com,
        pjf@carmodymacdonald.com
        John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
        lucian@blankrome.com
        John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@mckennalong.com,
        sparson@mckennalong.com
        John J. Lamoureux    on behalf of Creditor    Amore Construction Company
        jlamoureux@carltonfields.com,    lmccullough@carltonfields.com;tpaecf@cfdom.net
        John M. Craig    on behalf of Counter-Claimant    Sun Builders Co. johncraigg@aol.com,
        russj4478@aol.com
        John P. Van Beek    on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
        awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
        John T. Donelan    on behalf of Defendant    Best Vendors Management Co. Inc. donelanlaw@gmail.com
        John T. Farnum    on behalf of Creditor    Bell Microproducts, Inc. jfarnum@wileyrein.com,
        rours@wileyrein.com
        John T. Husk    on behalf of Defendant    Casco Corporation johnhusk@aol.com,    nre98@aol.com
        Jonathan L. Hauser    on behalf of Creditor    ThomsonWest jonathan.hauser@troutmansanders.com
        Jonathan S. Storper    on behalf of Creditor    IGate Global Solutions, Limited
        jstorper@hansonbridgett.com
        Jonathan T. Cain    on behalf of Defendant    InVNT, LLC jtcain@mintz.com,    kcraun@mintz.com
        Joseph M. DuRant    on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
        Joseph T. Moldovan    on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
        Cross Blue Shield bankruptcy@morrisoncohen.com
        Joshua D. McKarcher    on behalf of Defendant    Broadridge Financial Solutions, Inc., aka
        Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
        Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
        Judy Bamberger Calton    on behalf of Defendant    DIRECTV, Inc. jcalton@honigman.com
        Julie Ann Quagliano    on behalf of Creditor    AT&T quagliano@sfmlawfirm.com,
        harvell@sfmlawfirm.com
        Justin F. Paget    on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
        cloving@hunton.com
        Kalina Boyanova Miller    on behalf of Creditor    First Industrial Realty Trust, Inc.
        kmiller@wileyrein.com,    rours@wileyrein.com
        Karen L. Gilman    on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
        Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
        jbrockett@clrbfirm.com;tturner@clrbfirm.com
        Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com,
        beth@pf-law.com;Abbie@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
        Ken Coleman    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
        Ken.Coleman@allenovery.com
        Kenneth R. Rhoad    on behalf of Creditor    ActionLink, LLC krhoa@gebsmith.com
        Kevin A. Lake    on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
        Kevin J. Funk    on behalf of Creditor    Dartmouth Marketplace Associates kfunk@durrettecrump.com,
        bmcmillen@durrettecrump.com
        Kevin L. Sink    on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
        Kevin M. Newman    on behalf of Creditor    Cameron Bayonne, LLC knewman@menterlaw.com
        Khang V. Tran    on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com
        Kimbell D. Gourley    on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com,
        sprescott@idalaw.com
        Kimberly A. Pierro    on behalf of Creditor    CBL & Associates Management, Inc.
        kimberly.pierro@kutakrock.com,
        sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
        @kutakrock.com
        Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association as Trustee
        for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
        kimsullywalker@aol.com
        Kirk David Berkhimer    on behalf of Defendant    A&L Products Limited Kirk@kdblawfirm.com,
        Carla@KDBLawFirm.com
        Kristen E. Burgers    on behalf of Creditor    CWCapital Asset Management LLC keburgers@venable.com
        Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
        KDWBankruptcyDepartment@kelleydrye.com
        Kurt M. Kobiljak    on behalf of Creditor    City of Taylor Michigan kkobi@aol.com

```
District/off: 0422-7          User: frenchs              Page 7 of 10              Date Rcvd: May 07, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Laura Otenti    on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
    Lawrence Allen Katz    on behalf of Creditor    Morgan Hill Retail Venture, LP lkatz@ltblaw.com, ndysart@ltblaw.com
    Lawrence H. Glanzer    on behalf of Creditor    Citrus Park CC, LLC glanzer@rlglegal.com, stephanie@rlglegal.com
    Leonard E. Starr    on behalf of Creditor    Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
    Leonidas Koutsouftikis    on behalf of Creditor    Washington Real Estate Investment Trust lkouts@magruderpc.com, mcook@magruderpc.com
    Leslie A. Skiba    on behalf of Defendant    Network Engineering Technologies, Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
    Linda Dianne Regenhardt    on behalf of Creditor    D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;mkoeniger@garylaw.us
    Linda Sharon Broyhill    on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
    Lisa Hudson Kim    on behalf of Creditor    A.D.D. Holdings, L.P. lhudson@sandsanderson.com
    Lisa P. Sumner    on behalf of Creditor    Compass Group U.S.A. Inc. lsumner@poyners.com
    Loc Pfeiffer    on behalf of Creditor    Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
    Louis E. Dolan    on behalf of Creditor    California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
    Lucy L. Thomson    lthomson2@csc.com
    Luder F. Milton    on behalf of Defendant    Plasti-Cart, Inc. lmilton@eckertseamans.com
    Lyndel A. Mason    on behalf of Defendant    Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
    Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
    Madeleine C. Wanlsee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com, rstein@gustlaw.com
    Malcolm M. Mitchell    on behalf of Creditor    AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Marc A. Busman    on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
    Margaret M. Anderson    on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
    Mark B. Conlan    on behalf of Creditor    Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
    Mark D. Sherrill    on behalf of Creditor    LNR Partners, Inc. mark.sherrill@sutherland.com
    Mark D. Taylor    on behalf of Creditor    Lenovo USA mdtaylor@kilpatricktownsend.com
    Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
    Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
    Mark K. Ames    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation mark@taxva.com, amanda@taxva.com
    Mark X. Mullin    on behalf of Creditor    BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
    Martha E. Hulley    on behalf of Creditor    Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
    Martha E. Romero    on behalf of Creditor    California Taxing Authorities romero@mromerolawfirm.com
    Martin A. Brown    on behalf of Creditor    Creditor Express Personnel Services, Inc martin.brown@lawokc.com
    Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landcarroll.com
    Mary E. Olden    on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com, akauba@mhalaw.com
    Mary Louise Fullington    on behalf of Creditor    Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
    Matthew Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
    Matthew A. Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
    Matthew E. Hoffman    on behalf of Creditor    Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
    Matthew J. Ellis    on behalf of Creditor    Montgomery County Trustee mellis@batsonnolan.com
    Matthew V. Spero    on behalf of Creditor    CC-Investors 1995-6 matthew.spero@rivkin.com
    Melissa S. Hayward    on behalf of Creditor    Home Depot USA, Inc. mhayward@lockelord.com
    Meredith Linn Yoder    on behalf of Creditor    Edwin Watts Golf Shops, LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
    Michael Reed    on behalf of Creditor    City of Midland et al othercourts@mvbalaw.com
    Michael A. Condyles    on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com
    Michael Callahan Crowley    on behalf of Creditor    White-Spunner Construction, Inc. mcrowley@asm-law.com
    Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com
    Michael E. Hastings    on behalf of Creditor    Eastern Security Corp. michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
    Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com

```
District/off: 0422-7           User: frenchs                Page 8 of 10                  Date Rcvd: May 07, 2012
                               Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Michael J. Sage    on behalf of Creditor   Pan Am Equities msage@omm.com, kzeldman@omm.com
      Michael John O'Grady    on behalf of Creditor   Convergys Customer Management Group Inc. mjogrady@fbtlaw.com, lbaker@fbtlaw.com;jbwells@fbtlaw.com
      Michael Keith McCrory    on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
      Michael L. Wilhelm   on behalf of Creditor Harry Hallaian ECF@w2lg.com
      Michael P. Falzone    on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com, ebeaumont@hf-law.com
      Michael S. Kogan    on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com, mkogan@koganlawfirm.com
      Min Park    on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc mpark@cblh.com
      Mindy A. Mora    on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
      Mindy D. Cohn    on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
      Mitchell B. Weitzman    on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com, swatson@jackscamp.com;iluaces@jackscamp.com
      Mona M. Murphy    on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com, crystal.gaymon@akerman.com
      Nancy F. Loftus    on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
      Nancy R. Schlichting    on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com, lginsberg@lolawfirm.com
      Nathan Jones    on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
      Neil E. McCullagh    on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Nicholas B Malito    on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
      Nicholas W. Whittenburg    on behalf of Creditor   Cleveland Towne Center, LLC nwhittenburg@millermartin.com, mcsmith@millermartin.com
      Oscar Baldwin Fears    on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov, jjacobs@law.ga.gov
      P. Matthew Roberts    on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
      Patrick M. Birney    on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com, jcarrion@rc.com
      Paul J. Pascuzzi    on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
      Paul K. Campsen    on behalf of Creditor   CC Grand Junction Investors 1998, LLC pkcampsen@kaufcan.com
      Paul M. Black    on behalf of Creditor   Sony Pictures Home Entertainment Inc. pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
      Paul McCourt Curley    on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
      Paul Michael Schrader    on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
      Paul S. Bliley    on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
      Paula A. Hall    on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics hall@bwst-law.com, marbury@bwst-law.com
      Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
      Peter Barrett    on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
      Peter A. Greenburg    on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
      Peter C.L. Roth    on behalf of Creditor   State of New Hampshire Department of Revenue Administration peter.roth@doj.nh.gov
      Peter E. Strniste    on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com, kcooper@rc.com
      Peter G. Zemanian    on behalf of Creditor   Disney Interactive Distribution, et al. pete@zemanianlaw.com
      Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc. jlerner@whitecase.com,jrubalcava@whitecase.com
      Peter M. Pearl    on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
      Philip C. Baxa    on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc. pbaxa@sandsanderson.com, rarrington@sandsanderson.com
      Philip James Meitl    on behalf of Creditor   Berkadia Commercial Mortgage LLC pj.meitl@bryancave.com, john.leininger@bryancave.com
      R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
      Rand L. Gelber    on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
      Raymond Pring    on behalf of Creditor Laura Scannell rpring@grossspringlaw.com, rahurley@grossspringlaw.com;cingle@grossspringlaw.com
      Raymond William Battaglia    on behalf of Creditor   Miner Corporation rbattaglia@obht.com
      Rebecca L. Saitta    on behalf of Creditor   Bond C.C. I Delaware Business Trust rsaitta@wileyrein.com, rours@wileyrein.com
      Reid Steven Whitten    on behalf of Creditor   LaSalle Bank National Association, as trustee for C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
      Rhett E. Petcher    on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
      Rhysa Griffith South    on behalf of Creditor   Henrico County, Virginia sou06@co.henrico.va.us
      Richard C. Maxwell    on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com
      Richard D. Scott    on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com

```
District/off: 0422-7           User: frenchs              Page 9 of 10              Date Rcvd: May 07, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

            Richard E. Hagerty    on behalf of Attorney   Troutman Sanders LLP
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.webne@troutmansanders.com
            Richard E. Lear    on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
             kimi.odonnell@hklaw.com
            Richard F. Stein    on behalf of Creditor   Internal Revenue Service
             richard.f.stein@irscounsel.treas.gov,    USAVAE.RIC.ECF.BANK@usdoj.gov
            Richard Iain Hutson    on behalf of Creditor   Caribbean Display & Construction, Inc.
             rhutson@weinstocklegal.com
            Richard M. Maseles    on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
            Richard S. Yarow    on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
            Robert A. Canfield    on behalf of Creditor   Cornella Beverly bcanfield@canfieldbaer.com,
             jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
            Robert B. Hill    on behalf of Creditor   Columbia Plaza Joint Venture kcummins@hillrainey.com
            Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
            Robert C. Edmundson    on behalf of Creditor   Office of Attorney General, Pennsylvania Department
             of Revenue redmundson@attorneygeneral.gov
            Robert D. Albergotti    on behalf of Creditor   Universal Display and Fixtures Company
             robert.albergotti@haynesboone.com,   kim.morzak@haynesboone.com;john.middleton@haynesboone.com
            Robert D. Clark    on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
            Robert D. Tepper    on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
             L.L.C. rtepper@sabt.com,    pcoover@sabt.com
            Robert Field Moorman    on behalf of Defendant   Forsythe Solutions Group, Inc.
             rmoorman@moormanlaw.com,    robmoorman@comcast.net
            Robert J. Brown    on behalf of Creditor   CB Richard Ellis / Louisville, LLC
             Lexbankruptcy@wyattfirm.com
            Robert J. Feinstein    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
             rfeinstein@pszjlaw.com,   rorgel@pszjlaw.com;dharris@pszjlaw.com
            Robert K. Coulter    on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
             USAVAE.ALX.ECF.BANK@usdoj.gov
            Robert Kenneth Minkoff    on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
             rminkoff@jefferies.com,   mrichards@jefferies.com
            Robert L. Lehane    on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
             KDWBankruptcyDepartment@KelleyDrye.com
            Robert M. Marino    on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
             rmmarino@rpb-law.com,   rmmarino1@aol.com
            Robert P. McIntosh    on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
             DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
            Robert R. Vieth    on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com,
             ndysart@ltblaw.com
            Robert Ryland Musick    on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com,
             karnett@t-mlaw.com
            Robert S. Westermann    on behalf of Counter-Claimant   Eastman Kodak Company
             rwestermann@hf-law.com,   rmcburney@hf-law.com
            Robin S. Abramowitz    on behalf of Creditor   Bond Circuit VIII Delaware Business Trust
             abramowitz@larypc.com
            Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc.
             rbingham@stites.com,   dclayton@stites.com
            Ronald A. Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com,    rpage@rpagelaw.com
            Ronald G. Dunn    on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
            Ronald M. Tucker    on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
             cmartin@simon.com,psummers@simon.com,antimm@simon.com
            Roy M. Terry    on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com
            Russell R. Johnson    on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
            Ryan C. Day    on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
             sarah.kelly@leclairryan.com
            S. Sadiq Gill    on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
             Company sgill@vanblk.com
            Sara B. Eagle    on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
             efile@pbgc.gov
            Sara L. Chenetz    on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
            Sarah Beckett Boehm    on behalf of Debtor   Abbott Advertising Agency, Inc.
             sboehm@mcguirewoods.com,   kcain@mcguirewoods.com;lneilson@mcguirewoods.com
            Satchidananda Mims    smims21@hotmail.com
            Scott D. Fink    on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
            Seth A. Drucker    on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
            Sheila G. de la Cruz    on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
             ebeaumont@hf-law.com
            Sheila L. Shadmand    on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
            Stanley M. Salus    on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
             stan.salus@akerman.com,
             crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
            Stephan William Milo    on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
             hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
            Stephanie N. Gilbert    on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com,
             nwalsh@wilsav.com

```
District/off: 0422-7          User: frenchs              Page 10 of 10              Date Rcvd: May 07, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Stephen A. Metz   on behalf of Creditor   Saul Holdings Limited Partnership smetz@shulmanrogers.com, nanderson@shulmanrogers.com
      Stephen E. Leach   on behalf of Creditor   Children's Discovery Centers of America, Inc. sleach@ltblaw.com, msarata@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;bblosser@ltblaw.com;cgreene@ltblaw.com
      Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue Murphys@dor.state.ma.us
      Stephen K. Gallagher   on behalf of Creditor   CWCapital Asset Management LLC sgallagher@venable.com, lcwilliams@venable.com;lrheitger@venable.com
      Stephen K. Lehnardt   on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
      Steven H. Greenfeld   on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
      Steven H. Newman   on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
      Steven L. Brown   on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
      Tara B. Annweiler   on behalf of Creditor   American National Insurance Company tannweiler@greerherz.com
      Tara L. Elgie   on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
      Terri A. Roberts   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
      Thaddeus D. Wilson   on behalf of Defendant   Mitsubishi Electronics America, Inc. thadwilson@kslaw.com, pwhite@kslaw.com
      Thomas David Rethage   on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
      Thomas Francis Murphy   on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc. tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
      Thomas G. King   on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com, dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
      Thomas John McIntosh   on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
      Thomas John McKee   on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
      Thomas Neal Jamerson   on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com, tomjam2003@yahoo.com
      Thomas Ryan Lynch   on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
      Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc. trepczynski@offitkurman.com, cdixon@offitkurman.com;lschock@offitkurman.com
      Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com, bjtobin@vorys.com
      Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com, giaimo.christopher@arentfox.com
      Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc. tohm@stinson.com, tmackey@stinson.com
      Travis A. Knobbe   on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com, trjohnson@spilmanlaw.com
      Travis Aaron Sabalewski   on behalf of Creditor   IKON Office Solutions, Inc. tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
      Troy Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly situated tsavenko@kv-legal.com, nferenbach@kv-legal.com
      Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com, rours@wileyrein.com
      Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury reardonv@michigan.gov, jacksonst@michigan.gov
      Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation victoria.garry@ohioattorneygeneral.gov
      Vivienne Rakowsky   on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov, dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
      W. Clarkson McDow, Jr.   USTPRegion04.RH.ECF@usdoj.gov
      Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
      Wanda Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
      Wendy Michele Roenker   on behalf of Creditor Treasurer City of Chesapeake wroenker@cityofchesapeake.net
      William Heuer   on behalf of Transferee   Korea Export Insurance Corporation wheuer@duanemorris.com
      William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
      William A. Burnett   on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
      William A. Gray   on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com, rarrington@sandsanderson.com
      William A. Wood   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com, chris.tillmanns@bgllp.com
      William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
      William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com
      William D. Bayliss   on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
      William Daniel Prince   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com
      William Daniel Sullivan   on behalf of Attorney William Sullivan dsullivan@butzeltp.com
      William H. Schwarzschild   on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
      Wm. Joseph A. Charboneau   on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
      Zachary Mosner   on behalf of Creditor   Washington State Taxing Agencies BCUMosner@atg.wa.gov

                                                                                                  TOTAL: 410