# EXHIBIT A

Financial Activity Statements for Post-Petition Accounts

(Attached)

US_ACTIVE-109297372.2

```
KILDB79-01                          NIPSCO & CS,C2,VE,NL,RE,BR,NO,ST,CN,ES                       PAGE:       1
CUSTOMER INFORMATION SYSTEM                       FINANCIAL ACTIVITY                       PRINTED: 04/19/2012 14:55:53
                                                    APRIL 19, 2012

CUSTOMER ACCOUNT NUMBER : 148-294-007 (circled)  "Post Pet"   NAME : CIRCUIT CITY STORES INC

    DATE                              ACTIVITY                                              AMOUNT      BALANCE

03/09/2009   TRANSFER TO CA - 511-294-000 - Transfer - TRS                                   385.00        0.00
01/30/2009   PAYMENT - MULTIPLE - CENTRAL CASH                                            -2,995.67     -385.00
01/29/2009   PAYMENT - MULTIPLE - CENTRAL CASH                                              -265.34    2,610.67
01/26/2009   PAYMENT - MULTIPLE - CENTRAL CASH                                              -693.36    2,876.01
01/14/2009   PAYMENT - CHECK - CENTRAL CASH                                                 -385.00    3,569.37

01/06/2009   CUSTOMER ACCOUNT STATEMENT DUE - 01/24/2009                                       0.00    3,954.37
01/06/2009   TOTAL TAX CHARGES                                                                45.36
01/06/2009   SA BILLING 653-045-001 - NIPSCO - 03 GAS UTILITY                                648.00

12/29/2008   CUSTOMER ACCOUNT STATEMENT DUE - 01/16/2009                                       0.00    3,261.01
12/29/2008   TOTAL TAX CHARGES                                                               195.48
12/29/2008   SA BILLING 653-045-001 - NIPSCO - 03 GAS UTILITY                              2,792.54
12/29/2008   TOTAL DPC CHARGES                                                                 7.65

12/01/2008   CUSTOMER ACCOUNT STATEMENT DUE - 12/19/2008                                       0.00      265.34
12/01/2008   TOTAL TAX CHARGES                                                                17.36
12/01/2008   SA BILLING 653-045-001 - NIPSCO - 03 GAS UTILITY                                247.98


                                          ***END OF REPORT KILDB79-01***                           RETENTION 1 YEAR
```

```
KILDB79-01                         NIPSCO & CS,C2,VE,NL,RE,BR,NO,ST,CN,ES                              PAGE:       1
CUSTOMER INFORMATION SYSTEM                      FINANCIAL ACTIVITY                           PRINTED: 04/19/2012 14:55:41
                                                   APRIL 19, 2012

CUSTOMER ACCOUNT NUMBER:  511-294-000             NAME : CIRCUIT CITY STORES INC

   DATE                                ACTIVITY                                                AMOUNT        BALANCE

10/01/2009   MISC CHARGE CR - Credit Balance Refund - OK TO REFUND PER BKCY DESK - CHECK      1,849.37          0.00
08/31/2009   PAYMENT - CASH - CENTRAL CASH                                                   -4,328.87      -1,849.37
08/31/2009   PAYMENT - CHECK - CENTRAL CASH                                                  -1,051.94
08/31/2009   PAYMENT - CHECK - CENTRAL CASH                                                  -1,074.46
08/31/2009   PAYMENT - CHECK - CENTRAL CASH                                                  -2,126.40
08/31/2009   TRANSFER TO CA - 701-294-009 - Payment Transfer - DEP TO PAY POST PET BILLS      1,074.46
08/31/2009   TRANSFER FROM CA - 733-294-006 - Transfer - FB OWING TO FB CREDIT                2,276.69

03/19/2009   CUSTOMER ACCOUNT STATEMENT DUE - 04/06/2009                                          0.00      -9,529.39
03/19/2009   TOTAL TAX CHARGES                                                                   33.95
03/19/2009   SA BILLING 841-891-000 - NIPSCO - 03 GAS UTILITY                                   485.07
03/19/2009   TRANSFER FROM CA - 212-384-006 - NIPSCO - Deposit Applied                      -10,877.00
03/19/2009   TRANSFER FROM CA - 148-294-007 - Transfer - TRS                                   -385.00

03/06/2009   CUSTOMER ACCOUNT STATEMENT DUE - 03/26/2009                                          0.00       1,213.59
03/06/2009   TOTAL TAX CHARGES                                                                   79.39
03/06/2009   SA BILLING 841-891-000 - NIPSCO - 03 GAS UTILITY                                 1,134.20         828.59
02/23/2009   PAYMENT - CHECK - CENTRAL CASH                                                  -2,126.40           0.00

02/05/2009   CUSTOMER ACCOUNT STATEMENT DUE - 02/23/2009                                          0.00       2,126.40
02/05/2009   TOTAL TAX CHARGES                                                                  139.11
02/05/2009   SA BILLING 841-891-000 - NIPSCO - 03 GAS UTILITY                                 1,987.29
01/29/2009   PAYMENT - MULTIPLE - CENTRAL CASH                                                 -639.65           0.00
01/26/2009   PAYMENT - MULTIPLE - CENTRAL CASH                                                 -154.46         639.65
01/26/2009   PAYMENT - MULTIPLE - CENTRAL CASH                                               -1,734.08
01/26/2009   PAYMENT - MULTIPLE - CENTRAL CASH                                               -1,888.54
01/26/2009   TRANSFER TO CA - 570-781-007 - Payment Transfer - THIS IS UNDER BKCY - DO NOT TR 1,888.54
01/26/2009   TRANSFER TO CA - 570-781-007 - Transfer - REVERSE                                -154.46
01/26/2009   TRANSFER FROM CA - 570-781-007 - Transfer - TRSF TO ACTIVE ACCT                   154.46
01/22/2009   MISC CHARGE CR - Late Payment Adjustment - INCORRECT MAILING ADDRESS              -18.14        2,528.19

01/08/2009   CUSTOMER ACCOUNT STATEMENT DUE - 01/26/2009                                          0.00       2,546.33
01/08/2009   TOTAL TAX CHARGES                                                                  123.55
01/08/2009   SA BILLING 841-891-000 - NIPSCO - 03 GAS UTILITY                                 1,764.99
01/08/2009   TOTAL DPC CHARGES                                                                   18.14

12/05/2008   CUSTOMER ACCOUNT STATEMENT DUE - 12/25/2008                                          0.00         639.65
12/05/2008   TOTAL TAX CHARGES                                                                   41.85
12/05/2008   SA BILLING 841-891-000 - NIPSCO - 03 GAS UTILITY                                   597.80

                                    ***END OF REPORT KILDB79-01***                                     RETENTION 1 YEAR
```

Handwritten annotations: "Oct - Pet", "Cash Switch to post pet 901,294,009 to pay post pet bills"

```
KILDB79-01                        NIPSCO INDUSTRIES                              PAGE:     1
CUSTOMER INFORMATION SYSTEM       FINANCIAL ACTIVITY
                                  APRIL 19, 2012

                                                              PRINTED: 04/19/2012  14:54:38

CUSTOMER ACCOUNT NUMBER  901-294-009    NAME : CIRCUIT CITY STORES INC

DATE                              ACTIVITY                            AMOUNT        BALANCE

09/01/2009  MISC CHARGE CR - Late Payment Adjustment - OK             -121.79          0.00
08/31/2009  TOTAL DPC CHARGES                                          121.79        121.79
08/31/2009  PAYMENT - CASH - CENTRAL CASH                           -4,328.87      4,328.87
              Cash Suttchffiem $11,294.000 (post. pet) from deposit to pay off final Bill

03/13/2009  CUSTOMER ACCOUNT STATEMENT DUE - 04/02/2009                  0.00      4,328.87
03/13/2009  TOTAL TAX CHARGES                                          283.20
03/13/2009  SA BILLING 202-524-005 - NIPSCO - 01 ELECTRIC UTILITY     2,967.84
03/13/2009  SA BILLING 614-524-002 - NIPSCO - 03 GAS UTILITY          1,077.83
02/23/2009  PAYMENT - MULTIPLE - CENTRAL CASH                       -13,173.64          0.00

02/12/2009  CUSTOMER ACCOUNT STATEMENT DUE - 03/02/2009                  0.00     13,173.64
02/12/2009  TOTAL TAX CHARGES                                          861.82
02/12/2009  SA BILLING 202-524-005 - NIPSCO - 01 ELECTRIC UTILITY     9,929.90
02/12/2009  SA BILLING 614-524-002 - NIPSCO - 03 GAS UTILITY          2,381.92
01/30/2009  PAYMENT - MULTIPLE - CENTRAL CASH                        -1,878.72          0.00

01/15/2009  CUSTOMER ACCOUNT STATEMENT DUE - 02/02/2009                  0.00      1,878.72
01/15/2009  TOTAL TAX CHARGES                                          122.91
01/15/2009  SA BILLING 614-524-002 - NIPSCO - 03 GAS UTILITY          1,755.81
01/09/2009  PAYMENT - CHECK - CENTRAL CASH                           -6,527.73          0.00

12/12/2008  CUSTOMER ACCOUNT STATEMENT DUE - 01/01/2009                  0.00      6,527.73
12/12/2008  TOTAL TAX CHARGES                                          427.04
12/12/2008  SA BILLING 202-524-005 - NIPSCO - 01 ELECTRIC UTILITY     4,906.78
12/12/2008  SA BILLING 614-524-002 - NIPSCO - 03 GAS UTILITY          1,193.91

                            ***END OF REPORT KILDB79-01***        RETENTION 1 YEAR
```

```
KILDB79-01                           NIPSCO INDUSTRIES                              PAGE:     1
CUSTOMER INFORMATION SYSTEM          FINANCIAL ACTIVITY                   PRINTED: 04/20/2012 11:06:28
                                      APRIL 20, 2012

CUSTOMER ACCOUNT NUMBER : 701-294-009     NAME : CIRCUIT CITY STORE

DATE                              ACTIVITY                                   AMOUNT      BALANCE

08/31/2009  PAYMENT     - CHECK   - CENTRAL CASH                          -1,074.46         0.00
08/31/2009  TRANSFER TO CA - 733-294-006 - Transfer - FINAL BILL CREDIT       31.23         0.00

04/06/2009  CUSTOMER ACCOUNT STATEMENT DUE - 04/24/2009                        0.00
04/06/2009  TOTAL TAX CHARGES                                                139.68
04/06/2009  SA BILLING 701-660-008 - NIPSCO - 01 ELECTRIC UTILITY           1,995.37
04/06/2009  TOTAL DPC CHARGES                                                203.33
04/06/2009  TRANSFER FROM CA - 979-294-003 - Deposit Applied - GENERATED FROM HOST-BILLING  -8,795.00
03/19/2009  TOTAL TAX CHARGES                                                 17.17
03/19/2009  SA BILLING 701-660-009 - NIPSCO - 03 GAS UTILITY                 245.34     1,043.23

03/12/2009  CUSTOMER ACCOUNT STATEMENT DUE - 03/30/2009                        0.00
03/12/2009  TOTAL TAX CHARGES                                                473.47
03/12/2009  SA BILLING 701-660-008 - NIPSCO - 01 ELECTRIC UTILITY           4,739.42
03/12/2009  SA BILLING 701-660-009 - NIPSCO - 03 GAS UTILITY                2,024.45
03/12/2009  PAYMENT     - MULTIPLE - CENTRAL CASH                          -8,615.25     7,237.34

02/11/2009  CUSTOMER ACCOUNT STATEMENT DUE - 03/01/2009                        0.00         0.00
02/11/2009  TOTAL TAX CHARGES                                                563.62
02/11/2009  SA BILLING 701-660-008 - NIPSCO - 01 ELECTRIC UTILITY           4,328.68
02/11/2009  SA BILLING 701-660-009 - NIPSCO - 03 GAS UTILITY                3,722.95
02/05/2009  PAYMENT     - CHECK   - CENTRAL CASH                           -8,157.78
01/28/2009  PAYMENT     - MULTIPLE - CENTRAL CASH                          -3,898.53     8,615.25

01/22/2009  CUSTOMER ACCOUNT STATEMENT DUE - 02/09/2009                        0.00
01/22/2009  TOTAL TAX CHARGES                                                533.69
01/22/2009  SA BILLING 701-660-008 - NIPSCO - 01 ELECTRIC UTILITY           7,624.09     8,157.78

01/14/2009  CUSTOMER ACCOUNT STATEMENT DUE - 02/01/2009                        0.00
01/14/2009  TOTAL TAX CHARGES                                                255.04
01/14/2009  SA BILLING 701-660-009 - NIPSCO - 03 GAS UTILITY                3,643.49
12/29/2008  PAYMENT     - CHECK   - CENTRAL CASH                           -7,638.93    12,056.31

12/11/2008  CUSTOMER ACCOUNT STATEMENT DUE - 12/29/2008                        0.00
12/11/2008  TOTAL TAX CHARGES                                                499.74
12/11/2008  SA BILLING 701-660-008 - NIPSCO - 01 ELECTRIC UTILITY           4,983.01
12/11/2008  SA BILLING 701-660-009 - NIPSCO - 03 GAS UTILITY                2,156.18     3,898.53

                                                                                         7,638.93

                              ***END OF REPORT KILDB79-01***                 RETENTION 1 YEAR
```

```
KILDB79-01                        NIPSCO & CS,C2,VE,NL,RE,BR,NO,ST,CN,ES                    PAGE:   1
CUSTOMER INFORMATION SYSTEM                     FINANCIAL ACTIVITY
                                                 APRIL 19, 2012                    PRINTED: 04/19/2012 14:54:51

CUSTOMER ACCOUNT NUMBER    733-294-006    NAME : CIRCUIT CITY STORES INC

       DATE                                ACTIVITY                                    AMOUNT      BALANCE

08/31/2009    TOTAL DPC CHARGES                                                          63.15        0.00
08/31/2009    TRANSFER TO CA - 511-294-000 - Transfer - FB OWING TO FB CREDIT        -2,276.69
08/31/2009    TRANSFER FROM CA - 701-294-009 - Transfer - FINAL BILL CREDIT             -31.23

03/17/2009    CUSTOMER ACCOUNT STATEMENT DUE - 04/04/2009                                 0.00    2,244.77
03/17/2009    TOTAL TAX CHARGES                                                         146.85
03/17/2009    SA BILLING 350-811-002 - NIPSCO - 03 GAS UTILITY                        2,097.92
03/04/2009    PAYMENT - CHECK - CENTRAL CASH                                           -467.52        0.00

02/17/2009    CUSTOMER ACCOUNT STATEMENT DUE - 03/07/2009                                 0.00      467.52
02/17/2009    TOTAL TAX CHARGES                                                          30.61
02/17/2009    SA BILLING 350-811-002 - NIPSCO - 03 GAS UTILITY                          437.22
02/05/2009    PAYMENT - CHECK - CENTRAL CASH                                         -6,906.00
01/28/2009    PAYMENT - MULTIPLE - CENTRAL CASH                                        -111.42       -0.31
01/26/2009    PAYMENT - MULTIPLE - CENTRAL CASH                                      -2,179.11    6,905.69
01/22/2009    MISC CHARGE CR - Late Payment Adjustment - INCORRECT MAILING ADDRESS      -64.13    7,017.11
01/22/2009    MISC CHARGE CR - Late Payment Adjustment - INCORRECT MAILING ADDRESS       -0.31    9,196.22

01/20/2009    CUSTOMER ACCOUNT STATEMENT DUE - 02/07/2009                                 0.00    9,260.66
01/20/2009    TOTAL TAX CHARGES                                                         451.79
01/20/2009    SA BILLING 350-811-002 - NIPSCO - 03 GAS UTILITY                        6,454.21
01/20/2009    TOTAL DPC CHARGES                                                          64.13

12/17/2008    CUSTOMER ACCOUNT STATEMENT DUE - 01/04/2009                                 0.00    2,290.53
12/17/2008    TOTAL TAX CHARGES                                                         149.14
12/17/2008    SA BILLING 350-811-002 - NIPSCO - 03 GAS UTILITY                        2,130.64
12/17/2008    TOTAL DPC CHARGES                                                           0.31
12/05/2008    PAYMENT - CHECK - CENTRAL CASH                                           -100.98       10.44

11/21/2008    CUSTOMER ACCOUNT STATEMENT DUE - 12/11/2008                                 0.00      111.42
11/21/2008    TOTAL TAX CHARGES                                                           7.29
11/21/2008    SA BILLING 350-811-002 - NIPSCO - 03 GAS UTILITY                          104.13

                                  ***END OF REPORT KILDB79-01***                                RETENTION 1 YEAR
```