# EXHIBIT B

<u>Financial Activity Statements for Deposit Accounts</u>

(Attached)

US_ACTIVE-109297372.2

**REDACTED**



Tuesday, Apr 17, 2012  09:31 AM

REDACTED



Tuesday, Apr 17, 2012  09:27 AM