## EXHIBIT C

<u>Refund Check</u>

(Attached)

US_ACTIVE-109297372.2

Payables Web Services

**Print**

Check/Serial#:3091496          Account#: ▉          Amount:1,849.37



REDACTED



**Check/Serial#:3091496**      **Account#:**▇▇▇▇      **Amount:1,849.37**

| Check/ Serial# | $ Amount | Issue Date | Sequence No. | Additional Info | Posted Date | Status |
|---|---|---|---|---|---|---|
| 3091496 | 1,849.37 | | 5090369814 | | 11/02/2009 | Debit |