**FILED**

IN THE UNITED STATES BANKRUPTCY COURT
Eastern DISTRICT OF Virginia

2012 MAY 11  P 2:40

| | | | |
|---|---|---|---|
| In re: | ) | Chapter 11 | CLERK |
| | ) | | US BANKRUPTCY |
| Circuit City Stores, Inc. | ) | | ALEXANDRIA DIVISION |
| | ) | Case No. 08-35653 | |
| Debtors. | ) | | |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that ATTENSITY CORPORATION, a creditor in the case of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating solely to claim number 943 in the amount of $27,796.41, be sent to the new address set forth below, effective as of the date hereof.

Former Address(es):

ATTENSITY CORPORATION
2483 E BAYSHORE RD STE 212
PALO ALTO, CA 94303

New Address:

ATTENSITY CORPORATION
c/o ASM Capital, L.P.
7600 Jericho Turnpike - Suite 302
Woodbury, NY 11797

I declare under penalty of perjury that the foregoing is true and correct.

ATTENSITY CORPORATION

Signature: _____
Print Name: Jonathan Schwartz
Title: Sr. Corp. Counsel
Date: 4/30/12