# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

FILED MAY 11 2012 CLERK US BANKRUPTCY COURT

## CHANGE OF ADDRESS

Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.

For: ☐ Debtor
☑ Attorney [If Applicable:] Name: Paul J. Laurin
☐ Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:   ☐ Husband and Wife
                     ☐ Husband Only
                     ☐ Wife Only

*[If applicable]* Case Name: Circuit City Stores, Inc.
*[If applicable]* Case No./Adversary Proceeding No.: 08-35653-KRH
*[If applicable]* Creditor Name: Fox Channels Group

☑ Street Address    ☑ Mailing Address
New Address: Barnes & Thornburg, LLP, 2049 Century Park East, Suite 3550
No. and Street, Apt., P. O. Box or R. D. No.

City: Los Angeles          State: CA    Zip: 90067

☑ Street Address    ☑ Mailing Address
Old Address: Rutter Hobbs & Davidoff, Inc., 1901 Avenue of the Stars, Suite 1700
No. and Street, Apt., P. O. Box or R. D. No.

City: Los Angeles          State: CA    Zip: 90067
Telephone Number: ( 310 ) 284-3880
Please include area code

Signature of Filer [*check filer type below*]:
☐ Attorney for Debtor
☐ Debtor *[If joint case and address is for **husband and wife**, both debtors must sign.]*
☑ Creditor
☐ Attorney

Date: May 7, 2012
pc:   Trustee
      United States Trustee
      Creditor (for creditor's change of address)

[changead ver. 02/08]

## BARNES & THORNBURG LLP

2049 Century Park East, Suite 3550
Los Angeles, CA 90067-3210 U.S.A.
(310) 284-3880
Fax (310) 284-3894

Paul J. Laurin
(310) 284-3785
plaurin@btlaw.com

www.btlaw.com

May 9, 2012

Clerk of the Court
U.S.B.C, for the Eastern District of Virginia
701 East Broad Street
Suite 4000
Richmond, VA  23219-1888

      RE:    Case Name:  Circuit City Stores, Inc.
               Case No. 08-35653-KRH

Dear Clerk:

Enclosed please find original and 2 copies of Change of Address form for the above-referenced matter.  Please process the form and return a conformed copy to me in the enclosed stamped, self-addressed envelope.

Thank you for your attention to this matter.

                                      Very truly yours,

                                      Terrine Pearsall
                                      Legal Assistant to Paul J. Laurin

/tp
Encl.