# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.                Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Manteca Stadium Park LP** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **Manteca Stadium Park LP**<br>Attn: Donald Glatthorn<br>c/o Kitchell Development<br>853 Camino Del Mar, Ste. 200<br>Del Mar, CA  92014 |

**Claim No. 12662**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____                Date: _____May 15, 2012_____
       Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Manteca Stadium Park, L.P., an Arizona limited partnership, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated May 9, 2012, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim assigned claim number 12662 (the "Claim"), against Circuit City Stores, Inc., et al., (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, Case No. 08-35653-KRH (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 8th day of May 2012.

(Assignor)

MANTECA STADIUM PARK, L.P.
an Arizona limited partnership

By:  Kitchell Development Company,
     an Arizona corporation
     General Partner

By: _____
Name:  Don Glatthorn
Title:  Vice President

(Assignee)

CONTRARIAN FUNDS, LLC

By:  Contrarian Capital Management, L.L.C.,
     as manager

By: _____
Name:  JANICE M. STANTON
Title:  MEMBER

(Assignor)
WITNESS:

By: _____
Name:  MICHAEL J. SEIBER
Title:  SR. DEVT. DIRECTOR