## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA

In re                                                Chapter 11

CIRCUIT CITY STORES, INC. et al.

                                                     Case No. 08-35653

                Debtors.                             (Jointly Administered)


## NOTICE OF CHANGE OF ADDRESS


PLEASE TAKE NOTICE that Manteca Stadium Park, L.P., a creditor in the

cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors

(including the claims and distribution agent appointed in these cases) to change its address for the

purposes of administering its claim (as listed on the Debtors' schedules and claims register), and

hereby requests that service of any pleadings, notices, correspondence and distributions relating

solely to claim number 12662, be sent to the New Address set forth below, effective as of the date

hereof.


Former Address                          New Address
Manteca Stadium Park, L.P.              Manteca Stadium Park, L.P.
c/o Kitchell Development Company        c/o Contrarian Capital Management, L.L.C.
853 Camino Del Mar                      411 West Putnam Avenue – Suite 425
Suite 200                               Greenwich, CT 06830
Del Mar, CA 92014

I declare under penalty of perjury that the foregoing is true and correct.


**MANTECA STADIUM PARK, L.P.,**
an Arizona limited partnership

By: Kitchell Development Company,
an Arizona corporation,
its General Partner

By:_____
    Don Glatthorn,
    Vice President