IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Richmond Division*

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CIRCUIT CITY STORES INC., et al. ) | CHAPTER 11 |
| ) | Case No. 08-35653-KRH |
| Debtors. ) | (Joint Administration) |
| ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE *PRO HAC VICE*

**PLEASE TAKE NOTICE** that Rhysa Griffith South, *Local Counsel* and Laurie A. Shade, an attorney with the Office of Orange County Counsel who received an Order from this Court to appear *pro hac* vice on behalf of the Orange County California Treasurer-Tax Collector, a creditor in this matter respectfully requests the Court to remove their names from any and all service lists.

Dated: May 15, 2012

    Respectfully Submitted,

    **County of Henrico, Virginia**
    By:/s/ Rhysa Griffith South
    Rhysa Griffith South (VSB #25944)
    Assistant Henrico County Attorney
    Office of the County Attorney
    County of Henrico
    P.O. Box 90775
    Henrico, Virginia 23273-0775
    Telephone: (804) 501-5091
    Facsimile:  (804) 501-4140
    *Local Counsel to Orange County*
    *California Treasurer-Tax Collector*

---

Rhysa Griffith South, VSB 25944
P. O. Box 90775
Henrico, Virginia  23273-0775
Phone:  (804) 501-5091
*Local Counsel to Orange County California Treasurer-Tax Collector*

## CERTIFICATE OF SERVICE

I hereby certify on this 15th day of May, 2012, that the foregoing *Notice of Withdrawal of Appearance Pro Hac Vice* is to be served by electronic means to all registered ECF users in this case via the Court's CM/ECF filing system.

/s/ Rhysa Griffith South
Rhysa Griffith South (VSB #25944)