# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**  
Circuit City Stores, Inc.

**Case Number** 08–35653–KRH  
**Chapter** 11  
**Judge** Kevin R. Huennekens

Debtor(s)

**To:** Attensity Corporation

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005–1, the documents submitted by you

*11962* – Creditor Change of Address filed by Attensity Corporation. (Behen, Cristina)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **fourteen (14) days from the date hereof may result in the pleading or other paper being stricken from the record or, if a petition or complaint is deficient, the case or adversary proceeding being dismissed.**

### REPRESENTATION AND APPEARANCES:
- \_ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- \_ **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090–1. [See LBR 9010–1]
- \_ **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005–1(C)(5) and 9022–1(A)]
- \_ a written application for *pro hac vice* admission must be appended to the motion filed by a member of the Bar of this Court. [See LBR 2090–1(E)(2)(a)]

### REQUIREMENT OF FORM:
- \_ **Legibility:** not in compliance with LBR 5005–1(C)(1)
- \_ **Caption, Official Forms:** [See LBR 5005–1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains. *If applicable,* \_ Case name and number do not match on paper submitted.
- **X** **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
  - \_ *if corporation,* not signed by counsel. [See LBR 5005–1(C)(4)]
  - \_ *if amendment to petition, lists or schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
  - \_ *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non–Attorney User.]
- \_ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- \_ Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry or redocket to attach the correct document.
- \_ Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.

### VOLUNTARY PETITIONS:
- \_ Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2–pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms which are available on the Court's web site at www.vaeb.uscourts.gov.
- \_ More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition)*.
- \_ Not verified by signature of attorney for debtor(s).
- \_ Not verified by unsworn declaration with signature of all debtors.
- \_ **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074–1]
- \_ **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007–1(H)]
- \_ **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
- \_ **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005–1(C) and (D)]

Date: May 14, 2012

Clerk, United States Bankruptcy Court

By /s/ Cristina Behen, Deputy Clerk  
Direct Dial Telephone No. (703) 258–1231

[ntcdef_filingvApril2010.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                 Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7            User: behenc              Page 1 of 11              Date Rcvd: May 14, 2012
                                Form ID: defntc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2012.
cr           +Attensity Corporation,   c/o ASM Capital, L.P.,   7600 Jericho Turnpike, Ste. 302,
              Woodbury, NJ 11797-1705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0422-7          User: behenc              Page 2 of 11              Date Rcvd: May 14, 2012
                              Form ID: defntc           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2012 at the address(es) listed below:

              Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;ccoleman@sugarfgh.com;csubte
               lny@sugarfgh.com
              Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
              Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
               akeith@honigman.com, tsable@honigman.com
              Alan Michael Noskow    on behalf of Defendant   COKeM International Ltd. anoskow@pattonboggs.com
              Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
              Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
              Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
               ajackins@seyfarth.com
              Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
               dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
              Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
              Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
               amy.williams@klgates.com, hailey.andresen@klgates.com
              Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
               davison.andrea@arentfox.com,
               lane.katie@arentfox.com;dowd.mary@arentfox.com;rothleder.jeffrey@arentfox.com;toof.jackson@arentf
               ox.com
              Andrew Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
              Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
              Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
              Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
              Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
               rhicks@shutts-law.com
              Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
              Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
              Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
               anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
               raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
              Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
              Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
              Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
               murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
              Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
               Management Services, LLC abraucher@mcmillanmetro.com
              Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
               drichards@vanblk.com;pfaggert@vanblk.com
              Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
               annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
              Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
               Companies, Ltd. acichello@kb-law.com
              Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
              Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
              Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
               ecffilings@hangley.com
              Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
               lthompson@cblaw.com
              Belkys Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
               Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Benjamin C. Ackerly    on behalf of Creditor   COMSYS Information Technology Services, Inc. and
               COMSYS Services, LLC backerly@hunton.com, cloving@hunton.com
              Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
              Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
              Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               bgodshall@pszjlaw.com
              Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
               benglander@wtplaw.com, wbatres@wtplaw.com
              Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
              Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
               lsansbury@mrrlaw.net
              Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
               carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
               enlaw.com
              Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
              Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
               bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
              Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
              Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
              Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
              Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
              Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
               Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

```
District/off: 0422-7          User: behenc                Page 3 of 11           Date Rcvd: May 14, 2012
                              Form ID: defntc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Christine D. Lynch   on behalf of Creditor   E&A Northeast Limited Partnership clynch@goulstonstorrs.com
    Christine McAteer Ford   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly situated cford@mdpcelaw.com
    Christopher A. Jones   on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com, rredfield@wtplaw.com
    Christopher Julian Hoctor   on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com, nferenbach@kaplanfrank.com
    Christopher L. Perkins   on behalf of Attorney   LeClair Ryan, A Professional Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
    Christopher M. Alston   on behalf of Creditor   507 Northgate LLC alstc@foster.com, ristj@foster.com
    Christopher M. Desiderio   on behalf of Creditor   Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com
    Christopher R. Belmonte   on behalf of Creditor   International Business Machines Corporation cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
    City of Newport News, Virginia   jdurant@nngov.com
    Constantinos G. Panagopoulos   on behalf of Creditor   Battlefield FE Limited Partners cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
    Courtney E. Pozmantier   on behalf of Creditor   Paramount Home Entertainment cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
    Craig Benson Young   on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
    Craig M. Palik   on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@yahoo.com, cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
    Curtis Gilbert Manchester   on behalf of Defendant   Energizer Battery, Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
    D. Marc Sarata   on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com, sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
    Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com, kcornnell@dowlohnes.com
    Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
    Daniel M. Press   on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com
    Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc. dsbushnaq@venable.com
    Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
    Darrell William Clark   on behalf of Creditor   Waste Management, Inc. dclark@stinson.com, cscott@stinson.com
    Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
    David McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
    David A. Greer   on behalf of Creditor   Century plaza development corporation dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
    David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com
    David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com, scilino@chlhf.com
    David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
    David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com, phaynes@jackscamp.com
    David H. Dickieson   on behalf of Defendant   New Age Electronics, Inc., also known as New Age, Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
    David J. Ervin   on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
    David K. Spiro   on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com, rmcburney@hf-law.com
    David M. Poitras   on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
    David R. Ruby   on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
    David R. Ruby   on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
    David S. Musgrave   on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com
    David V. Cooke   on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
    David W. Earman   on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
    David Wayne Lannetti   on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com, drichards@vanblk.com;kmcgwin@vanblk.com
    Dawn C. Stewart   on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
    Dena Sloan Kessler   on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
    Denise S. Mondell   on behalf of Creditor   State of Connecticut Department of Revenue Services denise.mondell@ct.gov
    Dennis T. Lewandowski   on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com

```
District/off: 0422-7          User: behenc              Page 4 of 11              Date Rcvd: May 14, 2012
                              Form ID: defntc          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Denyse   Sabagh    on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
              Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District
               caaustin@comcast.net
              Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
              Dominic L. Chiariello    on behalf of Creditor Donovan Dunwell dc@chiariello.com
              Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects
               dludman@brownconnery.com
              Douglas   Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
              Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
               dkappler@rdwlawcorp.com
              Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc.
               dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com
              Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
              Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
              Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
               mayle@hooverslovacek.com
              Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
               wenditaylor@toase.com;lmares@toase.com
              Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com,
               ramona.neal@hp.com;ken.higman@hp.com
              Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited
               echarley@hansonbridgett.com
              Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
              Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
               klgatesbankruptcy@klgates.com
              Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
              Erica S. Zaron    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
              Erick Frank Seamster    on behalf of Creditor   Unical Enterprises, Inc eseamster@wallacepledger.com
              Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
              Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc.
               ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
              Eugene   Chang    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
              F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
              Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc.
               ffm@bostonbusinesslaw.com
              Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP
               fpepler@peplermastromonaco.com
              Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
              Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
              Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue
               rudzikf@dor.state.fl.us
              Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
               mmarck@olshanlaw.com;ssallie@olshanlaw.com
              Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com
              Gary E. Mason    on behalf of Creditor Marlon Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
              Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
              Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
               jschmeltz@sblsg.com;jrapp@sblsg.com
              Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
              German   Yusufov    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
               alison.moreno@pcao.pima.gov
              Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc
               notices@becket-lee.com
              Gilbert D. Sigala    on behalf of Creditor John Batioff sigalaw1@aol.com
              Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               gbrown@pszjlaw.com
              Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
               agbankcal@ag.tn.gov
              Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund
               gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
              Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
               christine@virginia-lawyers.net
              Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
              Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
               ggrant@shulmanrogers.com, lsmith@shulmanrogers.com
              H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
              Hale   Yazicioglu    on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
              Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com
              Heather Lynn Anderson    on behalf of Creditor   State of New Jersey - Dept. of Treasury
               Heather.Anderson@dol.lps.state.nj.us
              Henry Buswell Roberts    on behalf of Creditor   Suemar hbroberts@live.com, droberts1949@live.com
              Henry P. Baer    on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
               csommer@fdh.com
```

```
District/off: 0422-7           User: behenc                Page 5 of 11            Date Rcvd: May 14, 2012
                               Form ID: defntc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Henry Pollard Long   on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
        Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
        howard.j.grossman@chase.com
        Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
        J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
        chefiling@lw.com;robert.klyman@lw.com
        J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com,
        sparson@mckennalong.com
        Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc.
        toof.jackson@arentfox.com
        Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
        lbigus@stinson.com
        James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
        through Brian Hamer, its Director James.Newbold@illinois.gov
        James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
        vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
        James Edward Bowman   on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
        bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
        James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
        avis.francis@hklaw.com
        James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
        kim.smith@sablaw.com
        James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
        eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com
        James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
        ncoton@beankinney.com
        James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust
        jvlombardi@rossbanks.com
        James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
        of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
        James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc.
        jburke@orrick.com
        Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
        jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
        Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation
        admin@meiburgerlaw.com
        Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
        ecf@krcl.com
        Jason M. Krumbein   on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
        a30156@yahoo.com;tcarper@krumbeinlaw.com;dtabakin@krumbeinlaw.com
        Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board
        jharbour@hunton.com
        Jeffrey Scharf   on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
        tacspc@gmail.com;amanda@taxva.com
        Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office
        Jeff.Klusmeier@ago.mo.gov
        Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
        krussell@taftlaw.com;ecfclerk@taftlaw.com
        Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
        toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
        Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com,
        elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com
        Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
        jpomerantz@pszjlaw.com
        Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
        dennisj@ballardspahr.com, pollack@ballardspahr.com
        Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
        Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
        Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
        jwest@spottsfain.com,
        rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
        Jennifer Larkin Kneeland   on behalf of Defendant   AMC jkneeland@linowes-law.com,
        klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
        Jennifer McLain McLemore   on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
        avaughn@cblaw.com
        Jennifer V. Doran   on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
        calirm@haslaw.com
        Jeremy Brian Root   on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
        tmartin@bklawva.com,;wcasterlinejr@bklawva.com;mhowes@bklawva.com
        Jeremy C. Kleinman   on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
        Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
        Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
        jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com
        Jeremy S. Williams   on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com
        Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
        jeremymartin2007@gmail.com, jmartin@weststarmortgage.com

```
District/off: 0422-7          User: behenc              Page 6 of 11              Date Rcvd: May 14, 2012
                              Form ID: defntc           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
      Jerry Lane Hall   on behalf of Defendant   NAMCO BANDAI Games America Inc.
   jerry.hall@pillsburylaw.com,  patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
      Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
      Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
   swells@seyfarth.com;wdcdocketing@seyfarth.com
      Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
   jsaronson@ridberglaw.com
      Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
      John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
   jraftery@offitkurman.com
      John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
   sryan@sandsanderson.com;dbbankruptcy@gmail.com
      John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
   jfiero@pszjlaw.com
      John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
   jmcintyre@wmlawgroup.com,  wedwards@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
      John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
   pjf@carmodymacdonald.com
      John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
   lucian@blankrome.com
      John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
   sparson@mckennalong.com
      John J. Lamoureux   on behalf of Creditor   Amore Construction Company
   jlamoureux@carltonfields.com,  lmccullough@carltonfields.com;tpaecf@cfdom.net
      John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
   russj4478@aol.com
      John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
   awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
      John T. Donelan   on behalf of Defendant   Best Vendors Management Co. Inc. donelanlaw@gmail.com
      John T. Farnum   on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
   rours@wileyrein.com
      John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com,  nre98@aol.com
      Jonathan L. Hauser   on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
      Jonathan S. Storper   on behalf of Creditor   IGate Global Solutions, Limited
   jstorper@hansonbridgett.com
      Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
      Joseph M. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
      Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
   Cross Blue Shield bankruptcy@morrisoncohen.com
      Joshua D. McKarcher   on behalf of Defendant   Broadridge Financial Solutions, Inc., aka
   Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
   Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
      Judy Bamberger Calton   on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
      Julie Ann Quagliano   on behalf of Creditor   AT&T quagliano@sfmlawfirm.com,
   harvell@sfmlawfirm.com
      Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
   cloving@hunton.com
      Kalina Boyanova Miller   on behalf of Creditor   First Industrial Realty Trust, Inc.
   kmiller@wileyrein.com,  rours@wileyrein.com
      Karen L. Gilman   on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
      Karen M. Crowley   on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
   jbrockett@clrbfirm.com;tturner@clrbfirm.com
      Keith L. Phillips   on behalf of Mediator Keith Phillips Keith@pf-law.com,
   beth@pf-law.com;Abbie@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
      Ken Coleman   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
   Ken.Coleman@allenovery.com
      Kenneth R. Rhoad   on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
      Kevin A. Lake   on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
      Kevin J. Funk   on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
   bmcmillen@durrettecrump.com
      Kevin L. Sink   on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
      Kevin M. Newman   on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
      Kevin R. McCarthy   on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
   wdw@mccarthywhite.com;clm@mccarthywhite.com
      Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
      Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
   sprescott@idalaw.com
      Kimberly A. Pierro   on behalf of Creditor   CBL & Associates Management, Inc.
   kimberly.pierro@kutakrock.com,
   sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
   @kutakrock.com
      Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee
   for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
   kimsullywalker@aol.com
      Kirk David Berkhimer   on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com,
   Carla@KDBLawFirm.com
      Kristen E. Burgers   on behalf of Creditor   CWCapital Asset Management LLC keburgers@venable.com

```
District/off: 0422-7          User: behenc              Page 7 of 11            Date Rcvd: May 14, 2012
                              Form ID: defntc           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
          Kurt M. Kobiljak    on behalf of Creditor  City of Taylor Michigan kkobi@aol.com
          Laura Otenti    on behalf of Interested Party  Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz    on behalf of Creditor  Morgan Hill Retail Venture, LP lkatz@ltblaw.com, ndysart@ltblaw.com
          Lawrence H. Glanzer    on behalf of Creditor  Citrus Park CC, LLC glanzer@rlglegal.com, stephanie@rlglegal.com
          Leonard E. Starr    on behalf of Creditor  Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
          Leonidas Koutsouftikis    on behalf of Creditor  Washington Real Estate Investment Trust lkouts@magruderpc.com, mcook@magruderpc.com
          Leslie A. Skiba    on behalf of Defendant  Network Engineering Technologies, Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt    on behalf of Creditor  D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;mkoeniger@garylaw.us
          Linda Sharon Broyhill    on behalf of Creditor  Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
          Lisa Hudson Kim    on behalf of Creditor  A.D.D. Holdings, L.P. lhudson@sandsanderson.com
          Lisa P. Sumner    on behalf of Creditor  Compass Group U.S.A. Inc. lsumner@poyners.com
          Loc Pfeiffer    on behalf of Creditor  Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
          Louis E. Dolan    on behalf of Creditor  California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton    on behalf of Defendant  Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason    on behalf of Defendant  Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
          Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Madeleine C. Wanlsee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com, rstein@gustlaw.com
          Malcolm M. Mitchell    on behalf of Creditor  AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman    on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
          Margaret M. Anderson    on behalf of Creditor  Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan    on behalf of Creditor  Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
          Mark D. Sherrill    on behalf of Creditor  LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Taylor    on behalf of Creditor  Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning    on behalf of Creditor  Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
          Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
          Mark K. Ames    on behalf of Creditor  Commonwealth of Virginia, Department of Taxation mark@taxva.com, amanda@taxva.com
          Mark X. Mullin    on behalf of Creditor  BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
          Martha E. Hulley    on behalf of Creditor  Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero    on behalf of Creditor  California Taxing Authorities romero@mromerolawfirm.com
          Martin A. Brown    on behalf of Creditor  Creditor Express Personnel Services, Inc martin.brown@lawokc.com
          Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landcarroll.com
          Mary E. Olden    on behalf of Creditor  Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com, akauba@mhalaw.com
          Mary Louise Fullington    on behalf of Creditor  Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
          Matthew Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
          Matthew A. Gold    on behalf of Creditor  Argo Partners courts@argopartners.net
          Matthew E. Hoffman    on behalf of Creditor  Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis    on behalf of Creditor  Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero    on behalf of Creditor  CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward    on behalf of Creditor  Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder    on behalf of Creditor  Edwin Watts Golf Shops, LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael Reed    on behalf of Creditor  City of Midland et al othercourts@mvbalaw.com
          Michael A. Condyles    on behalf of Creditor  Bank One Delaware, National Association n/k/a Chase Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley    on behalf of Creditor  White-Spunner Construction, Inc. mcrowley@asm-law.com
          Michael D. Mueller    on behalf of Creditor  Acadia Realty Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com

```
District/off: 0422-7                  User: behenc                 Page 8 of 11                  Date Rcvd: May 14, 2012
                                      Form ID: defntc              Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael E. Hastings    on behalf of Creditor   Eastern Security Corp.
               michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
              Michael F. Ruggio    on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
              Michael J. Sage    on behalf of Creditor   Pan Am Equities msage@omm.com, kzeldman@omm.com
              Michael John O'Grady    on behalf of Creditor   Convergys Customer Management Group Inc.
               mjogrady@fbtlaw.com, lbaker@fbtlaw.com;jbwells@fbtlaw.com
              Michael Keith McCrory    on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
              Michael L. Wilhelm    on behalf of Creditor Harry Hallaian ECF@w2lg.com
              Michael P. Falzone    on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com,
               ebeaumont@hf-law.com
              Michael S. Kogan    on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com,
               mkogan@koganlawfirm.com
              Min Park    on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
               Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
               Continental Property Management Corp., and Inland Commerc mpark@cblh.com
              Mindy A. Mora    on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
              Mindy D. Cohn    on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
              Mitchell B. Weitzman    on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com
              Mona M. Murphy    on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com,
               crystal.gaymon@akerman.com
              Nancy F. Loftus    on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
              Nancy R. Schlichting    on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
               lginsberg@lolawfirm.com
              Nathan Jones    on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
              Neil E. McCullagh    on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
               msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Nicholas B Malito    on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
              Nicholas W. Whittenburg    on behalf of Creditor   Cleveland Towne Center, LLC
               nwhittenburg@millermartin.com, mcsmith@millermartin.com
              Oscar Baldwin Fears    on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov,
               jjacobs@law.ga.gov
              P. Matthew Roberts    on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
              Patrick M. Birney    on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
               jcarrion@rc.com
              Paul J. Pascuzzi    on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
              Paul K. Campsen    on behalf of Creditor   CC Grand Junction Investors 1998, LLC
               pkcampsen@kaufcan.com
              Paul M. Black    on behalf of Creditor   Sony Pictures Home Entertainment Inc.
               pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
              Paul McCourt Curley    on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
               tchilders@canfieldbaer.com
              Paul Michael Schrader    on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
              Paul S. Bliley    on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paula A. Hall    on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
               hall@bwst-law.com, marbury@bwst-law.com
              Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Peter Barrett    on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter A. Greenburg    on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
              Peter C.L. Roth    on behalf of Creditor   State of New Hampshire Department of Revenue
               Administration peter.roth@doj.nh.gov
              Peter E. Strniste    on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com,
               kcooper@rc.com
              Peter G. Zemanian    on behalf of Creditor   Disney Interactive Distribution, et al.
               pete@zemanianlaw.com
              Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
               jlerner@whitecase.com,jrubalcava@whitecase.com
              Peter M. Pearl    on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
              Philip C. Baxa    on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
               pbaxa@sandsanderson.com, rarrington@sandsanderson.com
              Philip James Meitl    on behalf of Creditor   Berkadia Commercial Mortgage LLC
               pj.meitl@bryancave.com, john.leininger@bryancave.com
              R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
              Rand L. Gelber    on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
              Raymond Pring    on behalf of Creditor Laura Scannell rpring@grossspringlaw.com,
               rahurley@grossspringlaw.com;cingle@grossspringlaw.com
              Raymond William Battaglia    on behalf of Creditor   Miner Corporation rbattaglia@obht.com
              Rebecca L. Saitta    on behalf of Creditor   Bond C.C. I Delaware Business Trust
               rsaitta@wileyrein.com, rours@wileyrein.com
              Reid Steven Whitten    on behalf of Creditor   LaSalle Bank National Association, as trustee for C1
               Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
              Rhett E. Petcher    on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
```

```
District/off: 0422-7          User: behenc              Page 9 of 11             Date Rcvd: May 14, 2012
                              Form ID: defntc           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Rhysa Griffith South   on behalf of Creditor   Orange County California Treasurer-Tax Collector sou06@co.henrico.va.us
      Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com
      Richard D. Scott   on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
      Richard E. Hagerty   on behalf of Attorney   Troutman Sanders LLP richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
      Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com
      Richard F. Stein   on behalf of Creditor   Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
      Richard Iain Hutson   on behalf of Creditor   Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
      Richard M. Maseles   on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
      Richard S. Yarow   on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
      Robert A. Canfield   on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
      Robert B. Hill   on behalf of Creditor   Columbia Plaza Joint Venture kcummins@hillrainey.com
      Robert B. Van Arsdale   on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
      Robert C. Edmundson   on behalf of Creditor   Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
      Robert D. Albergotti   on behalf of Creditor   Universal Display and Fixtures Company robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
      Robert D. Clark   on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
      Robert D. Tepper   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com,  pcoover@sabt.com
      Robert Field Moorman   on behalf of Defendant   Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com,  robmoorman@comcast.net
      Robert J. Brown   on behalf of Creditor   CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
      Robert J. Feinstein   on behalf of Creditor Committee   Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
      Robert K. Coulter   on behalf of Creditor   United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
      Robert Kenneth Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com,  mrichards@jefferies.com
      Robert L. Lehane   on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
      Robert M. Marino   on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com,  rmmarino1@aol.com
      Robert P. McIntosh   on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
      Robert R. Vieth   on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com, ndysart@ltblaw.com
      Robert Ryland Musick   on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com, karnett@t-mlaw.com
      Robert S. Westermann   on behalf of Counter-Claimant   Eastman Kodak Company rwestermann@hf-law.com,  rmcburney@hf-law.com
      Robin S. Abramowitz   on behalf of Creditor   Bond Circuit VIII Delaware Business Trust abramowitz@larypc.com
      Ron C. Bingham   on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc. rbingham@stites.com,  dclayton@stites.com
      Ronald A. Page   on behalf of Attorney Ronald Page rpage@rpagelaw.com,  rpage@rpagelaw.com
      Ronald G. Dunn   on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
      Ronald M. Tucker   on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,psummers@simon.com,antimm@simon.com
      Roy M. Terry   on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
      Russell R. Johnson   on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
      Ryan C. Day   on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com
      S. Sadiq Gill   on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
      Sara B. Eagle   on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
      Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
      Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com,  kcain@mcguirewoods.com;lneilson@mcguirewoods.com
      Satchidananda Mims   smims21@hotmail.com
      Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
      Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
      Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com, ebeaumont@hf-law.com
      Sheila L. Shadmand   on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
      Stanley M. Salus   on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company stan.salus@akerman.com, crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com

```
District/off: 0422-7           User: behenc              Page 10 of 11              Date Rcvd: May 14, 2012
                               Form ID: defntc           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Stephan William Milo   on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
     hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
    Stephanie N. Gilbert   on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com,
     nwalsh@wilsav.com
    Stephen A. Metz   on behalf of Creditor   Saul Holdings Limited Partnership
     smetz@shulmanrogers.com, nanderson@shulmanrogers.com
    Stephen E. Leach   on behalf of Creditor   Children's Discovery Centers of America, Inc.
     sleach@ltblaw.com,
     msarata@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;bblosser@ltblaw.com
     ;cgreene@ltblaw.com
    Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue
     Murphys@dor.state.ma.us
    Stephen K. Gallagher   on behalf of Creditor   CWCapital Asset Management LLC
     sgallagher@venable.com, lcwilliams@venable.com;lrheitger@venable.com
    Stephen K. Lehnardt   on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
    Steven H. Greenfeld   on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com,
     cbglawbethesda@gmail.com
    Steven H. Newman   on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
    Steven L. Brown   on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
    Tara B. Annweiler   on behalf of Creditor   American National Insurance Company
     tannweiler@greerherz.com
    Tara L. Elgie   on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
    Terri A. Roberts   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
    Thaddeus D. Wilson   on behalf of Defendant   Mitsubishi Electronics America, Inc.
     thadwilson@kslaw.com, pwhite@kslaw.com
    Thomas David Rethage   on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
    Thomas Francis Murphy   on behalf of Creditor   Robert E. Greenberg Gateway Woodside, Inc.
     tmurphy@dclawfirm.com,
     rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
    Thomas G. King   on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
     dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
    Thomas John McIntosh   on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
    Thomas John McKee   on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
    Thomas Neal Jamerson   on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
     tomjam2003@yahoo.com
    Thomas Ryan Lynch   on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
    Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc.
     trepczynski@offitkurman.com, cdixon@offitkurman.com;lschock@offitkurman.com
    Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com, bjtobin@vorys.com
    Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com,
     giaimo.christopher@arentfox.com
    Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc. tohm@stinson.com,
     tmackey@stinson.com
    Travis A. Knobbe   on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com,
     trjohnson@spilmanlaw.com
    Travis Aaron Sabalewski   on behalf of Creditor   IKON Office Solutions, Inc.
     tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
    Troy Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
     situated tsavenko@kv-legal.com, nferenbach@kv-legal.com
    Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
     rours@wileyrein.com
    Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
     reardonv@michigan.gov, jacksonst@michigan.gov
    Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
     victoria.garry@ohioattorneygeneral.gov
    Vivienne Rakowsky   on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
     dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
    W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
    Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
    Wanda Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
    Wendy Michele Roenker   on behalf of Creditor   Treasurer City of Chesapeake
     wroenker@cityofchesapeake.net
    William Heuer   on behalf of Transferee   Korea Export Insurance Corporation
     wheuer@duanemorris.com
    William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
    William A. Burnett   on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
    William A. Gray   on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
     rarrington@sandsanderson.com
    William A. Wood   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for Charles
     L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
     chris.tillmanns@bgllp.com
    William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
    William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com
    William D. Bayliss   on behalf of Creditor   Richard Kreuger bbayliss@williamsmullen.com
    William Daniel Prince   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com
    William Daniel Sullivan   on behalf of Attorney William Sullivan dsullivan@butzeltp.com
    William H. Schwarzschild   on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com

```
District/off: 0422-7          User: behenc              Page 11 of 11             Date Rcvd: May 14, 2012
                              Form ID: defntc           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Wm. Joseph A. Charboneau   on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
         Zachary  Mosner   on behalf of Creditor   Washington State Taxing Agencies BCUMosner@atg.wa.gov
                                                                                     TOTAL: 412