**210B (12/09)**

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. __________ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 05/15/2012 (date).

Name and Address of Alleged Transferor:

Claim No. : Manteca Stadium Park LP, c/o Contrarian Capital Management, 411 West Putnam Ave. # 425, Greenwich, CT 06830

Name and Address of Transferee:

Contrarian Funds, LLC
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/19/12

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:
Circuit City Stores, Inc.
Debtor

Case No. 08-35653-KRH
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0422-7 User: frenchs Page 1 of 11 Date Rcvd: May 17, 2012
Form ID: trc Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2012.

11158866 +Manteca Stadium Park LP, c/o Contrarian Capital Management, 411 West Putnam Ave. # 425, Greenwich, CT 06830-6263

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2012** **Signature:** Joseph Speetjens

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2012 at the address(es) listed below:

Aaron L. Hammer on behalf of Creditor National Product Care Company ahammer@sugarfgh.com, mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;ccoleman@sugarfgh.com;csubtelny@sugarfgh.com
Aaron R. Cahn on behalf of Unknown Reliance Figueroa Associates, L.P. cahn@clm.com
Adam K. Keith on behalf of Creditor The Marketplace of Rochester Hills Parcel B, LLC akeith@honigman.com, tsable@honigman.com
Alan Michael Noskow on behalf of Defendant COKeM International Ltd. anoskow@pattonboggs.com
Albert F. Quintrall on behalf of Creditor Wayne-Dalton Corp. a.quintrall@quintrall.com
Alexander W. Stiles on behalf of Creditor City of Virginia Beach astiles@vbgov.com
Alexander Xavier Jackins on behalf of Creditor Engineered Structures, Inc. ajackins@seyfarth.com
Alison Ross Wickizer Toepp on behalf of Creditor GRE Grove Street One LLC atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
Ambika Joline Biggs on behalf of Creditor Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
Amy Pritchard Williams on behalf of Creditor Cobb Corners II, Limited Partnership amy.williams@klgates.com, hailey.andresen@klgates.com
Andrea Campbell Davison on behalf of Creditor Discovery Communications, Inc. davison.andrea@arentfox.com, lane.katie@arentfox.com;dowd.mary@arentfox.com;rothleder.jeffrey@arentfox.com;toof.jackson@arentfox.com
Andrew Rapp on behalf of Creditor Terranomics Crossroads Associates arapp@wpblaw.com
Andrew Edward Macfarlane on behalf of Creditor Sherwood America, Inc. aem@aemlegal.com
Andrew H. Herrick on behalf of Creditor County of Albemarle aherrick@albemarle.org
Andrew Lynch Cole on behalf of Interested Party Faber Bros., Inc. acole@fandpnet.com
Andrew M. Brumby on behalf of Creditor Cameron Group Associates LLP abrumby@shutts-law.com, rhicks@shutts-law.com
Andrew S. Conway on behalf of Creditor Taubman Landlords aconway@taubman.com
Angela Sheffler Abreu on behalf of Creditor PNY Technologies, Inc. aabreu@formanlaw.com
Anitra D. Goodman Royster on behalf of Creditor Connexion Technologies anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com, raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
Ann E. Schmitt on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
Anne C. Lahren on behalf of Defendant KLAS, LLC alahren@pendercoward.com
Anne C. Murphy on behalf of Creditor State of Wisconsin - Office of the State Treasurer murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
Anne Elizabeth Braucher on behalf of Creditor DL Peterson Trust, as Assignee of PHH Vehicle Management Services, LLC abraucher@mcmillanmetro.com
Anne G. Bibeau on behalf of Creditor Alameda County Treasurer ABibeau@vanblk.com, drichards@vanblk.com;pfaggert@vanblk.com
Annemarie G. McGavin on behalf of Creditor Dick's Sporting Goods, Inc. annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
Anthony J. Cichello on behalf of Creditor Loop West, LLC, by its Managing Agent The Wilder Companies, Ltd. acichello@kb-law.com
Arthur S. Weitzner on behalf of Transferee Donald Emerick arthur@weitzner.com
Aryeh E. Stein on behalf of Creditor Annapolis Plaza LLC astein@wtplaw.com
Ashley M. Chan on behalf of Creditor City of Philadelphia achan@hangley.com, ecffilings@hangley.com
Augustus C. Epps on behalf of Attorney Christian & Barton, L.L.P. aepps@cblaw.com, lthompson@cblaw.com
Belkys Escobar on behalf of Creditor County of Loudoun, VA Belkys.Escobar@loudoun.gov, Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
Benjamin C. Ackerly on behalf of Creditor COMSYS Information Technology Services, Inc. and COMSYS Services, LLC backerly@hunton.com, cloving@hunton.com
Benjamin Joseph Lambiotte on behalf of Defendant InFocus Corporation blambiotte@gsblaw.com
Bhavik Dalpat Patel on behalf of Defendant MCM Electronics, Inc. bdp@macdowelllaw.com
Brad R. Godshall on behalf of Creditor Committee Official Committee of Unsecured Creditors bgodshall@pszjlaw.com
Bradford F. Englander on behalf of Creditor Alliance Entertainment Corporation benglander@wtplaw.com, wbatres@wtplaw.com
Brenda M. Whinery on behalf of Creditor Windsail Properties bwhinery@mcrazlaw.com
Brett Christopher Beehler on behalf of Creditor Charles County, Maryland bbeehler@mrrlaw.net, lsansbury@mrrlaw.net
Brian D. Huben on behalf of Creditor Cousins Properties Incorporated brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com
Brian F. Kenney on behalf of Creditor 44 North Properties, LLC bkenney@milesstockbridge.com
Bruce H. Matson on behalf of Creditor Bank of America, N.A., as Agent bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
Byron Z. Moldo on behalf of Creditor Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com, tmelendez@ecjlaw.com
C. Christopher Meyer on behalf of Creditor Photoco, Inc. cmeyer@ssd.com
Carl A. Eason on behalf of Creditor The Columbus Dispatch bankruptcy@wolriv.com
Catherine Elizabeth Creely on behalf of Creditor CIM/Birch St., Inc. ccreely@akingump.com
Charles Gideon Korrell on behalf of Creditor Hoprock Limonite, LLC gkorrell@dl.com
Charles W. Chotvacs on behalf of Creditor Bear Valley Road Partners LLC cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Christian K. Vogel on behalf of Creditor Schimenti Construction Company LLC Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Christine D. Lynch on behalf of Creditor E&A Northeast Limited Partnership clynch@goulstonstorrs.com
Christine McAteer Ford on behalf of Creditor Ada Alicea, on behalf of herself and all others similarly situated cford@mdpcelaw.com
Christopher A. Jones on behalf of Creditor Annapolis Plaza LLC cajones@wtplaw.com, rredfield@wtplaw.com
Christopher Julian Hoctor on behalf of Defendant Moran Brown PC choctor@kaplanfrank.com, nferenbach@kaplanfrank.com
Christopher L. Perkins on behalf of Attorney LeClair Ryan, A Professional Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
Christopher M. Alston on behalf of Creditor 507 Northgate LLC alstc@foster.com, ristj@foster.com
Christopher M. Desiderio on behalf of Creditor Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com
Christopher R. Belmonte on behalf of Creditor International Business Machines Corporation cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
City of Newport News, Virginia jdurant@nngov.com
Constantinos G. Panagopoulos on behalf of Creditor Battlefield FE Limited Partners cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
Courtney E. Pozmantier on behalf of Creditor Paramount Home Entertainment cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
Craig Benson Young on behalf of Creditor Cedar Development Ltd., a Florida Limited Partnership craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
Craig M. Palik on behalf of Creditor Bond Circuit IV Delaware Business Trust cpalik@yahoo.com, cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
Curtis Gilbert Manchester on behalf of Defendant Energizer Battery, Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
D. Marc Sarata on behalf of Defendant Bush Industries Inc. msarata@ltblaw.com, sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
Daniel D. Prichard on behalf of Defendant Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com, kcornnell@dowlohnes.com
Daniel F. Blanks on behalf of Debtor Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
Daniel M. Press on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com
Darek S. Bushnaq on behalf of Defendant ServicePower, Inc., aka ServicePower Inc. dsbushnaq@venable.com
Darlene M. Nowak on behalf of Creditor Giant Eagle, Inc. nowak@marcus-shapira.com
Darrell William Clark on behalf of Creditor Waste Management, Inc. dclark@stinson.com, cscott@stinson.com
Darryl S. Laddin on behalf of Creditor Verizon Communications Inc. bkrfilings@agg.com
David McCall on behalf of Creditor City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
David A. Greer on behalf of Creditor Century plaza development corporation dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
David B. Wheeler on behalf of Creditor South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com
David D. Hopper on behalf of Creditor Rio Associates Limited Partnership ddhopper@chlhf.com, scilino@chlhf.com
David Emmett Hawkins on behalf of Creditor Archon Group, L.P. dhawkins@velaw.com
David H. Cox on behalf of Creditor 610 & San Felipe, Inc. dcox@jackscamp.com, phaynes@jackscamp.com
David H. Dickieson on behalf of Defendant New Age Electronics, Inc., also known as New Age, Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
David J. Ervin on behalf of Creditor Ashkenazy Management Corp. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
David K. Spiro on behalf of Creditor US Debt Recovery III, LP dspiro@hf-law.com, rmcburney@hf-law.com
David M. Poitras on behalf of Interested Party THQ, Inc. dmp@jmbm.com
David R. Ruby on behalf of Creditor Holyoke Crossing Limited Partnership II druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby on behalf of Creditor SanDisk Corporation druby@mcsweeneycrump.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David S. Musgrave on behalf of Defendant Toymax International, Inc. dmusgrave@gfrlaw.com
David V. Cooke on behalf of Creditor City and County of Denver bankruptcy.david@denvergov.org
David W. Earman on behalf of Defendant Petra Industries, Inc. davidearman@courtsq.com
David Wayne Lannetti on behalf of Defendant Belkin International Inc. dlannetti@vanblk.com, drichards@vanblk.com;kmcgwin@vanblk.com
Dawn C. Stewart on behalf of Creditor Circuit Sports, L.P. dstewart@thestewartlawfirm.com
Dena Sloan Kessler on behalf of Creditor Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
Denise S. Mondell on behalf of Creditor State of Connecticut Department of Revenue Services denise.mondell@ct.gov
Dennis T. Lewandowski on behalf of Counter-Claimant JVC Americas Corp. a/k/a JVC Company of America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Denyse Sabagh on behalf of Creditor Audiovox Corporation dsabagh@duanemorris.com
Dexter D. Joyner on behalf of Creditor Pasadena Independent School District caaustin@comcast.net
Dion W. Hayes on behalf of Debtor Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
Dominic L. Chiariello on behalf of Creditor Donovan Dunwell dc@chiariello.com
Donald K. Ludman on behalf of Creditor SAP Retail Inc. and Business Objects dludman@brownconnery.com
Douglas Scott on behalf of Creditor Centon Electronics, Inc. BankruptcyCounsel@gmail.com
Douglas D. Kappler on behalf of Creditor Watercress Associates, LP, LLP dba Pearlridge Center dkappler@rdwlawcorp.com
Douglas M. Foley on behalf of Counter-Defendant Circuit City Stores, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com
Douglas R. Gonzales on behalf of Creditor City of Homestead, Florida dgonzales@wsh-law.com
Dylan G. Trache on behalf of Counter-Claimant Envision Peripherals, Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Edward L. Rothberg on behalf of Creditor Circuit Sports, L.P. rothberg@hooverslovacek.com, mayle@hooverslovacek.com
Elizabeth A. Elam on behalf of Creditor City of Southlake, Texas betsyelam@toase.com, wenditaylor@toase.com;lmares@toase.com
Elizabeth L. Gunn on behalf of Creditor CC-Investors Trust 1995-1 egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
Ellen A. Friedman on behalf of Creditor Hewlett Packard Company efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
Emily M. Charley on behalf of Creditor IGate Global Solutions, Limited echarley@hansonbridgett.com
Eric C. Cotton on behalf of Creditor Developers Diversified Realty Corporation hsmith@ddr.com
Eric Christopher Rusnak on behalf of Creditor Microsoft Corporation eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
Eric J. Snyder on behalf of Creditor Condan Enterprises LLC esnyder@sillerwilk.com
Erica S. Zaron on behalf of Creditor Miami-Dade County Tax Collector cao.bkc@miamidade.gov
Erick Frank Seamster on behalf of Creditor Unical Enterprises, Inc eseamster@wallacepledger.com
Erika L. Morabito on behalf of Defendant COKeM International Ltd. emorabito@pattonboggs.com
Erin Elizabeth Kessel on behalf of Creditor Cleveland Construction, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Eugene Chang on behalf of Creditor TKG Coffee Tree, L.P. echang@steinlubin.com
F. Marion Hughes on behalf of Creditor CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
Frank F. McGinn on behalf of Creditor Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
Frank T. Pepler on behalf of Creditor Morgan Hill Retail Venture, LP fpepler@peplermastromonaco.com
Franklin R. Cragle on behalf of Creditor Ubisoft, Inc. fcragle@hf-law.com
Fred B. Ringel on behalf of Creditor F&M Properties, Inc. fbr@robinsonbrog.com
Frederick Francis Rudzik on behalf of Defendant State of Florida, Department of Revenue rudzikf@dor.state.fl.us
Fredrick J. Levy on behalf of Creditor Bush Industries, Inc. fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
Garren Robert Laymon on behalf of Creditor Arlington ISD glaymon@mglspc.com
Gary E. Mason on behalf of Creditor Marlon Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
Gary M. Kaplan on behalf of Creditor ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
Gary V. Fulghum on behalf of Creditor Hillson Electric Incorporated gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
Gerald P. Kennedy on behalf of Attorney Plaza Las Palmas, LLC gerald.kennedy@procopio.com
German Yusufov on behalf of Creditor Pima County pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
Gilbert Barnett Weisman on behalf of Creditor American Express Travel Related Services Co Inc notices@becket-lee.com
Gilbert D. Sigala on behalf of Creditor John Batioff sigalaw1@aol.com
Gillian N. Brown on behalf of Creditor Committee Official Committee of Unsecured Creditors gbrown@pszjlaw.com
Gina Baker Hantel on behalf of Creditor Tennessee Department of Treasury-Unclaimed Property agbankcal@ag.tn.gov
Gina M Fornario on behalf of Creditor California Self-Insurers’ Security Fund gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
Glenn H. Silver on behalf of Creditor CC Joilet Trust ctbghs@aol.com, christine@virginia-lawyers.net
Gordon S. Woodward on behalf of Creditor Commerce Technologies, Inc. gwoodward@schnader.com
Gregory D. Grant on behalf of Defendant S.M. Wilson & Co., a/k/a S.M. Wilson & Company ggrant@shulmanrogers.com, lsmith@shulmanrogers.com
H. Elizabeth Weller on behalf of Creditor Longview ISD Dallas.Bankruptcy@publicans.com
Hale Yazicioglu on behalf of Creditor AVR CPC Associates, LLC hyazicioglu@jshllp.com
Heather D. Brown on behalf of Creditor Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com
Heather Lynn Anderson on behalf of Creditor State of New Jersey - Dept. of Treasury Heather.Anderson@dol.lps.state.nj.us
Henry Buswell Roberts on behalf of Creditor Suemar hbroberts@live.com, droberts1949@live.com
Henry P. Baer on behalf of Creditor Bell’O International Corp. CSommer@fdh.com, csommer@fdh.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Henry Pollard Long on behalf of Creditor Cypress/CC Marion I, L.P. hlong@hunton.com
Howard J. Grossman on behalf of Creditor J.P. Morgan Chase Bank, N.A. howard.j.grossman@chase.com
Ian S. Landsberg on behalf of Creditor Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
J. Christian Word on behalf of Liquidator Gordon Brothers Retail Partners, LLC chefiling@lw.com;robert.klyman@lw.com
J. David Folds on behalf of Defendant Fabrik, Inc. dfolds@mckennalong.com, sparson@mckennalong.com
Jackson David Toof on behalf of Creditor Discovery Communications, Inc. toof.jackson@arentfox.com
Jaime Sue Dibble on behalf of Interested Party Garmin International, Inc. jdibble@stinson.com, lbigus@stinson.com
James D. Newbold on behalf of Counter-Claimant State of Illinois Department of Revenue, through Brian Hamer, its Director James.Newbold@illinois.gov
James E. Clarke on behalf of Interested Party Bond-Circuit IX Delaware Business Trust vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
James Edward Bowman on behalf of Defendant Elite Screens Inc. Jim@jebowman.com, bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
James H. Rollins on behalf of Creditor Plaza Las Americas, Inc. jim.rollins@hklaw.com, avis.francis@hklaw.com
James J. Briody on behalf of Creditor Johnson City Crossing, L.P. jim.briody@sablaw.com, kim.smith@sablaw.com
James K. Donaldson on behalf of Defendant Solutions 2 Go, Inc. jdonaldson@cblaw.com, eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com
James R. Schroll on behalf of Defendant CORMARK, Inc. jschroll@beankinney.com, ncoton@beankinney.com
James V. Lombardi on behalf of Creditor AmREIT, a Texas real estate investment trust jvlombardi@rossbanks.com
James W. Reynolds on behalf of Defendant Leggett & Platt, Inc., dba Beeline Group, a division of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
James Winston Burke on behalf of Attorney Mio Technology USA Ltd. also known as MiTAC USA Inc. jburke@orrick.com
Jamie M. Konn on behalf of Defendant DEI Holdings, Inc. f/k/a Direct Electronics, Inc. jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
Janet M. Meiburger, Esq. on behalf of Creditor Ricmac Equities Corporation admin@meiburgerlaw.com
Jason B. Binford on behalf of Creditor BB Fonds International 1 USA, L.P. jbinford@krcl.com, ecf@krcl.com
Jason M. Krumbein on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com;dtabakin@krumbeinlaw.com
Jason William Harbour on behalf of Creditor Public Company Accounting Oversight Board jharbour@hunton.com
Jeffrey Scharf on behalf of Creditor City of Fredericksburg, VA jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com
Jeffrey E. Klusmeier on behalf of Creditor Missouri Attorney General's Office Jeff.Klusmeier@ago.mo.gov
Jeffrey J. Graham on behalf of Creditor Greenwood Point, LP jgraham@taftlaw.com, krussell@taftlaw.com;ecfclerk@taftlaw.com
Jeffrey L. Tarkenton on behalf of Creditor Acer American Holdings Corp. jtarkenton@wcsr.com, toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey M. Sherman on behalf of Creditor Central Investments, LLC jmsherman@lerchearly.com, elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com
Jeffrey N. Pomerantz on behalf of Creditor Committee Official Committee of Unsecured Creditors jpomerantz@pszjlaw.com
Jenelle Marie Dennis on behalf of Creditor Bear Valley Road Partners LLC dennisj@ballardspahr.com, pollack@ballardspahr.com
Jennifer Langan on behalf of Creditor Pennsylvania State Treasurer jlangan@patreasury.org
Jennifer Ellis Lattimore on behalf of Creditor Vizio, Inc. jlattimore@eckertseamans.com
Jennifer J. West on behalf of Creditor Coca-Cola Bottling Company Consolidated jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
Jennifer Larkin Kneeland on behalf of Defendant AMC jkneeland@linowes-law.com, klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
Jennifer McLain McLemore on behalf of Attorney Hodgson Russ LLP jmclemore@cblaw.com, avaughn@cblaw.com
Jennifer V. Doran on behalf of Creditor DeMatteo Management, Inc. jdoran@haslaw.com, calirm@haslaw.com
Jeremy Brian Root on behalf of Defendant Credit Suisse Loan Funding, LLC jroot@bklawva.com, tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
Jeremy C. Kleinman on behalf of Creditor PriceGrabber.com, Inc. jkleinman@fgllp.com
Jeremy L. Pryor on behalf of Defendant Kelley Enterprises Inc. jeremypryor@carrellrice.com
Jeremy S. Friedberg on behalf of Creditor Toshiba America Consumer Products, L.L.C. jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com
Jeremy S. Williams on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com
Jeremy W. Martin on behalf of Creditor Escambia County Tax Collector jeremymartin2007@gmail.com, jmartin@weststarmortgage.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jeremy W. Ryan on behalf of Creditor FR E2 Property Holding, L.P. jryan@saul.com
Jerry Lane Hall on behalf of Defendant NAMCO BANDAI Games America Inc. jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
Jess R. Bressi on behalf of Creditor Engineered Structures, Inc. jbressi@luce.com
Jessica Regan Hughes on behalf of Interested Party AmCap Arborland LLC jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
Joel S. Aronson on behalf of Defendant Capital City Press, LLC d/b/a The Advocate jsaronson@ridberglaw.com
Joel T. Marker on behalf of Creditor Ammon Properties, LC joel@mbt-law.com
John B. Raftery on behalf of Defendant Utopian Software Concepts, Inc., dba Alterthought jraftery@offitkurman.com
John C. Smith on behalf of Creditor Sennco Solutions, Inc. jsmith@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
John D. Fiero on behalf of Creditor Committee Official Committee of Unsecured Creditors jfiero@pszjlaw.com
John D. McIntyre on behalf of Creditor Carnegie Management and Development Corporation jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
John E. Hilton on behalf of Creditor Thirty & 141, L.P. jeh@carmodymacdonald.com, pjf@carmodymacdonald.com
John E. Lucian on behalf of Creditor Cellco Partnership d/b/a Verizon Wireless lucian@blankrome.com
John G. McJunkin on behalf of Creditor 120 Orchard LLC jmcjunkin@mckennalong.com, sparson@mckennalong.com
John J. Lamoureux on behalf of Creditor Amore Construction Company jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
John M. Craig on behalf of Counter-Claimant Sun Builders Co. johncraigg@aol.com, russj4478@aol.com
John P. Van Beek on behalf of Creditor Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com, awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
John T. Donelan on behalf of Defendant Best Vendors Management Co. Inc. donelanlaw@gmail.com
John T. Farnum on behalf of Creditor Bell Microproducts, Inc. jfarnum@wileyrein.com, rours@wileyrein.com
John T. Husk on behalf of Defendant Casco Corporation johnhusk@aol.com, nre98@aol.com
Jonathan L. Hauser on behalf of Creditor ThomsonWest jonathan.hauser@troutmansanders.com
Jonathan S. Storper on behalf of Creditor IGate Global Solutions, Limited jstorper@hansonbridgett.com
Jonathan T. Cain on behalf of Defendant InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
Joseph M. DuRant on behalf of Creditor City of Newport News, Virginia jdurant@nngov.com
Joseph T. Moldovan on behalf of Creditor Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield bankruptcy@morrisoncohen.com
Joshua D. McKarcher on behalf of Defendant Broadridge Financial Solutions, Inc., aka Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
Judy Bamberger Calton on behalf of Defendant DIRECTV, Inc. jcalton@honigman.com
Julie Ann Quagliano on behalf of Creditor AT&T quagliano@sfmlawfirm.com, harvell@sfmlawfirm.com
Justin F. Paget on behalf of Defendant Arkansas Democrat-Gazette, Inc. jpaget@hunton.com, cloving@hunton.com
Kalina Boyanova Miller on behalf of Creditor First Industrial Realty Trust, Inc. kmiller@wileyrein.com, rours@wileyrein.com
Karen L. Gilman on behalf of Creditor Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
Karen M. Crowley on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com, jbrockett@clrbfirm.com;tturner@clrbfirm.com
Keith L. Phillips on behalf of Mediator Keith Phillips Keith@pf-law.com, beth@pf-law.com;Abbie@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
Ken Coleman on behalf of Interested Party Alvarez & Marsal Canada, ULC Ken.Coleman@allenovery.com
Kenneth R. Rhoad on behalf of Creditor ActionLink, LLC krhoa@gebsmith.com
Kevin A. Lake on behalf of Creditor Alameda County Treasurer klake@mcdonaldsutton.com
Kevin J. Funk on behalf of Creditor Dartmouth Marketplace Associates kfunk@durrettecrump.com, bmcmillen@durrettecrump.com
Kevin L. Sink on behalf of Creditor Glenmoor Limited Partnership ksink@nichollscrampton.com
Kevin M. Newman on behalf of Creditor Cameron Bayonne, LLC knewman@menterlaw.com
Kevin R. McCarthy on behalf of Creditor Entergy Arkansas, Inc. krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com
Khang V. Tran on behalf of Creditor Fox Broadcasting Company khang.tran@hoganlovells.com
Kimbell D. Gourley on behalf of Creditor Engineered Structures, Inc. kgourley@idalaw.com, sprescott@idalaw.com
Kimberly A. Pierro on behalf of Creditor CBL & Associates Management, Inc. kimberly.pierro@kutakrock.com, sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com
Kimberly Sullivan Walker on behalf of Creditor LaSalle Bank National Association as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com, kimsullywalker@aol.com
Kirk David Berkhimer on behalf of Defendant A&L Products Limited Kirk@kdblawfirm.com, Carla@KDBLawFirm.com
Kristen E. Burgers on behalf of Creditor CWCapital Asset Management LLC keburgers@venable.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Kristin Elliott on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
Kurt M. Kobiljak on behalf of Creditor City of Taylor Michigan kkobi@aol.com
Laura Otenti on behalf of Interested Party Salem Rockingham LLC lotenti@pbl.com
Lawrence Allen Katz on behalf of Creditor Morgan Hill Retail Venture, LP lkatz@ltblaw.com, ndysart@ltblaw.com
Lawrence H. Glanzer on behalf of Creditor Citrus Park CC, LLC glanzer@rlglegal.com, stephanie@rlglegal.com
Leonard E. Starr on behalf of Creditor Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
Leonidas Koutsouftikis on behalf of Creditor Washington Real Estate Investment Trust lkouts@magruderpc.com, mcook@magruderpc.com
Leslie A. Skiba on behalf of Defendant Network Engineering Technologies, Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
Linda Dianne Regenhardt on behalf of Creditor D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;mkoeniger@garylaw.us
Linda Sharon Broyhill on behalf of Creditor Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
Lisa Hudson Kim on behalf of Creditor A.D.D. Holdings, L.P. lhudson@sandsanderson.com
Lisa P. Sumner on behalf of Creditor Compass Group U.S.A. Inc. lsumner@poyners.com
Loc Pfeiffer on behalf of Creditor Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
Louis E. Dolan on behalf of Creditor California Self-Insurers’ Security Fund LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
Lucy L. Thomson lthomson2@csc.com
Luder F. Milton on behalf of Defendant Plasti-Cart, Inc. lmilton@eckertseamans.com
Lyndel A. Mason on behalf of Defendant Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
Lynn L. Tavenner (CC-A) on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Madeleine C. Wanlsee on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com, rstein@gustlaw.com
Malcolm M. Mitchell on behalf of Creditor AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Marc A. Busman on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
Margaret M. Anderson on behalf of Creditor Old Republic Insurance Company panderson@fhslc.com
Mark B. Conlan on behalf of Creditor Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
Mark D. Sherrill on behalf of Creditor LNR Partners, Inc. mark.sherrill@sutherland.com
Mark D. Taylor on behalf of Creditor Lenovo USA mdtaylor@kilpatricktownsend.com
Mark E. Browning on behalf of Creditor Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
Mark J. Friedman on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
Mark K. Ames on behalf of Creditor Commonwealth of Virginia, Department of Taxation mark@taxva.com, amanda@taxva.com
Mark X. Mullin on behalf of Creditor BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
Martha E. Hulley on behalf of Creditor Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Romero on behalf of Creditor California Taxing Authorities romero@mromerolawfirm.com
Martin A. Brown on behalf of Creditor Creditor Express Personnel Services, Inc martin.brown@lawokc.com
Martin J.A. Yeager on behalf of Creditor Loren Stocker myeager@landcarroll.com
Mary E. Olden on behalf of Creditor Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com, akauba@mhalaw.com
Mary Louise Fullington on behalf of Creditor Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
Matthew Righetti on behalf of Creditor Jack Hernandez matt@righettilaw.com
Matthew A. Gold on behalf of Creditor Argo Partners courts@argopartners.net
Matthew E. Hoffman on behalf of Creditor Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
Matthew J. Ellis on behalf of Creditor Montgomery County Trustee mellis@batsonnolan.com
Matthew V. Spero on behalf of Creditor CC-Investors 1995-6 matthew.spero@rivkin.com
Melissa S. Hayward on behalf of Creditor Home Depot USA, Inc. mhayward@lockelord.com
Meredith Linn Yoder on behalf of Creditor Edwin Watts Golf Shops, LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
Michael Reed on behalf of Creditor City of Midland et al othercourts@mvbalaw.com
Michael A. Condyles on behalf of Creditor Bank One Delaware, National Association n/k/a Chase Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com
Michael Callahan Crowley on behalf of Creditor White-Spunner Construction, Inc. mcrowley@asm-law.com
Michael D. Mueller on behalf of Creditor Acadia Realty Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Michael E. Hastings on behalf of Creditor Eastern Security Corp. michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
Michael F. Ruggio on behalf of Creditor MD-GSI Associates mruggio@ralaw.com
Michael J. Sage on behalf of Creditor Pan Am Equities msage@omm.com, kzeldman@omm.com
Michael John O’Grady on behalf of Creditor Convergys Customer Management Group Inc. mjogrady@fbtlaw.com, lbaker@fbtlaw.com;jbwells@fbtlaw.com
Michael Keith McCrory on behalf of Creditor Klipsch, LLC mmcrory@btlaw.com
Michael L. Wilhelm on behalf of Creditor Harry Hallaian ECF@w2lg.com
Michael P. Falzone on behalf of Creditor 502-12 86th Street LLC mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael S. Kogan on behalf of Creditor Ditan Distribution LLC mkogan@koganlawfirm.com, mkogan@koganlawfirm.com
Min Park on behalf of Creditor Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc mpark@cblh.com
Mindy A. Mora on behalf of Creditor Wells Fargo Bank, N.A. mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
Mindy D. Cohn on behalf of Creditor Visiontek Products, LLC mcohn@winston.com
Mitchell B. Weitzman on behalf of Creditor Madison Waldorf, LLC mweitzman@jackscamp.com, swatson@jackscamp.com;iluaces@jackscamp.com
Mona M. Murphy on behalf of Creditor Bush Industries, Inc. mona.murphy@akerman.com, crystal.gaymon@akerman.com
Nancy F. Loftus on behalf of Creditor Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
Nancy R. Schlichting on behalf of Creditor Antor Media Corporation nrs@lolawfirm.com, lginsberg@lolawfirm.com
Nathan Jones on behalf of Creditor US Debt Recovery III, LP heather@usdrllc.com
Neil E. McCullagh on behalf of Creditor Casio, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Nicholas B Malito on behalf of Creditor Dollar Tree Stores, Inc. nmalito@hgg.com
Nicholas W. Whittenburg on behalf of Creditor Cleveland Towne Center, LLC nwhittenburg@millermartin.com, mcsmith@millermartin.com
Oscar Baldwin Fears on behalf of Creditor Georgia Department of Revenue bfears@law.ga.gov, jjacobs@law.ga.gov
P. Matthew Roberts on behalf of Creditor CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
Patrick M. Birney on behalf of Creditor Schimenti Construction Company LLC pbirney@rc.com, jcarrion@rc.com
Paul J. Pascuzzi on behalf of Creditor Belleville News-Democrat ppascuzzi@ffwplaw.com
Paul K. Campsen on behalf of Creditor CC Grand Junction Investors 1998, LLC pkcampsen@kaufcan.com
Paul M. Black on behalf of Creditor Sony Pictures Home Entertainment Inc. pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
Paul McCourt Curley on behalf of Creditor Carrollton Arms, LLC pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
Paul Michael Schrader on behalf of Creditor ANG Newspapers pschrader@fullertonlaw.com
Paul S. Bliley on behalf of Creditor 1890 Ranch, Ltd. pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paula A. Hall on behalf of Defendant Stanecki Inc. d/b/a Don Lors Electronics hall@bwst-law.com, marbury@bwst-law.com
Paula S. Beran (CC-A) on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Peter Barrett on behalf of Creditor Cole CC Groveland FL, LLC peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
Peter A. Greenburg on behalf of Creditor Premier Resources, LLC pgreenburg@aol.com
Peter C.L. Roth on behalf of Creditor State of New Hampshire Department of Revenue Administration peter.roth@doj.nh.gov
Peter E. Strniste on behalf of Creditor Schimenti Construction Company LLC pstrniste@rc.com, kcooper@rc.com
Peter G. Zemanian on behalf of Creditor Disney Interactive Distribution, et al. pete@zemanianlaw.com
Peter J. Carney on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc. jlerner@whitecase.com,jrubalcava@whitecase.com
Peter M. Pearl on behalf of Creditor PrattCenter, LLC ppearl@sandsanderson.com
Philip C. Baxa on behalf of Counter-Claimant Mitsubishi Electronics America, Inc. pbaxa@sandsanderson.com, rarrington@sandsanderson.com
Philip James Meitl on behalf of Creditor Berkadia Commercial Mortgage LLC pj.meitl@bryancave.com, john.leininger@bryancave.com
R. Chase Palmer on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
Rand L. Gelber on behalf of Creditor Maricopa County Treasurer RGelberMD@aol.com
Raymond Pring on behalf of Creditor Laura Scannell rpring@grosspringlaw.com, rahurley@grosspringlaw.com;cingle@grosspringlaw.com
Raymond William Battaglia on behalf of Creditor Miner Corporation rbattaglia@obht.com
Rebecca L. Saitta on behalf of Creditor Bond C.C. I Delaware Business Trust rsaitta@wileyrein.com, rours@wileyrein.com
Reid Steven Whitten on behalf of Creditor LaSalle Bank National Association, as trustee for C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
Rhett E. Petcher on behalf of Creditor Engineered Structures, Inc. rpetcher@seyfarth.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Rhysa Griffith South on behalf of Creditor Orange County California Treasurer-Tax Collector sou06@co.henrico.va.us
Richard C. Maxwell on behalf of Interested Party Park National Bank rmaxwell@woodsrogers.com
Richard D. Scott on behalf of Defendant Contrarian Funds, LLC richard@rscottlawoffice.com
Richard E. Hagerty on behalf of Attorney Troutman Sanders LLP richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
Richard E. Lear on behalf of Creditor CapTech Ventures, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com
Richard F. Stein on behalf of Creditor Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
Richard Iain Hutson on behalf of Creditor Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
Richard M. Maseles on behalf of Creditor Missouri Department of Revenue edvaecf@dor.mo.gov
Richard S. Yarow on behalf of Defendant Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
Robert A. Canfield on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
Robert B. Hill on behalf of Creditor Columbia Plaza Joint Venture kcummins@hillrainey.com
Robert B. Van Arsdale on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
Robert C. Edmundson on behalf of Creditor Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
Robert D. Albergotti on behalf of Creditor Universal Display and Fixtures Company robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
Robert D. Clark on behalf of Creditor Douglas County, CO rclark@douglas.co.us
Robert D. Tepper on behalf of Creditor CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com, pcoover@sabt.com
Robert Field Moorman on behalf of Defendant Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com, robmoorman@comcast.net
Robert J. Brown on behalf of Creditor CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
Robert J. Feinstein on behalf of Creditor Committee Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
Robert K. Coulter on behalf of Creditor United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
Robert Kenneth Minkoff on behalf of Creditor Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
Robert L. Lehane on behalf of Creditor AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert M. Marino on behalf of Creditor Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarino1@aol.com
Robert P. McIntosh on behalf of Creditor United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
Robert R. Vieth on behalf of Defendant D&H Distributing Co. rvieth@ltblaw.com, ndysart@ltblaw.com
Robert Ryland Musick on behalf of Creditor IGate Global Solutions, Limited bmusick@t-mlaw.com, karnett@t-mlaw.com
Robert S. Westermann on behalf of Counter-Claimant Eastman Kodak Company rwestermann@hf-law.com, rmcburney@hf-law.com
Robin S. Abramowitz on behalf of Creditor Bond Circuit VIII Delaware Business Trust abramowitz@larypc.com
Ron C. Bingham on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
Ronald A. Page on behalf of Attorney Ronald Page rpage@rpagelaw.com, rpage@rpagelaw.com
Ronald G. Dunn on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
Ronald M. Tucker on behalf of Creditor Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,psummers@simon.com,antimm@simon.com
Roy M. Terry on behalf of Creditor Hewlett Packard Company rterry@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
Russell R. Johnson on behalf of Creditor Averatec/Trigem USA russ4478@aol.com
Ryan C. Day on behalf of Creditor Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com
S. Sadiq Gill on behalf of Defendant Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
Sara B. Eagle on behalf of Creditor Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
Sara L. Chenetz on behalf of Creditor Sony Pictures Entertainment Inc. chenetz@blankrome.com
Sarah Beckett Boehm on behalf of Debtor Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com;lneilson@mcguirewoods.com
Satchidananda Mims smims21@hotmail.com
Scott D. Fink on behalf of Creditor The Plain Dealer Bronationalecf@weltman.com
Seth A. Drucker on behalf of Creditor McKinley, Inc. sdrucker@honigman.com
Sheila G. de la Cruz on behalf of Creditor 502-12 86th Street LLC sdelacruz@hf-law.com, ebeaumont@hf-law.com
Sheila L. Shadmand on behalf of Creditor Aiptek, Inc. slshadmand@jonesday.com
Stanley M. Salus on behalf of Defendant Imperial Sales Corp. d/b/a Imperial Sales Company stan.salus@akerman.com, crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Stephan William Milo on behalf of Creditor BISSELL Homecare, Inc. smilo@wawlaw.com, hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
Stephanie N. Gilbert on behalf of Defendant Eleets Logistics, Inc. sgilbert@wilsav.com, nwalsh@wilsav.com
Stephen A. Metz on behalf of Creditor Saul Holdings Limited Partnership smetz@shulmanrogers.com, nanderson@shulmanrogers.com
Stephen E. Leach on behalf of Creditor Children's Discovery Centers of America, Inc. sleach@ltblaw.com, msarata@ltblaw.com;rrosado@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;bblosser@ltblaw.com ;cgreene@ltblaw.com
Stephen G. Murphy on behalf of Creditor Massachusetts Department of Revenue Murphys@dor.state.ma.us
Stephen K. Gallagher on behalf of Creditor CWCapital Asset Management LLC sgallagher@venable.com, lcwilliams@venable.com;lrheitger@venable.com
Stephen K. Lehnardt on behalf of Creditor 3725 Airport Boulevard, LP skleh@lehnardt-law.com
Steven H. Greenfeld on behalf of Creditor Becker Trust LLC steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
Steven H. Newman on behalf of Creditor 502-12 86th Street LLC snewman@katskykorins.com
Steven L. Brown on behalf of Creditor Construct Inc., a Michigan corporation brown@wolriv.com
Tara B. Annweiler on behalf of Creditor American National Insurance Company tannweiler@greerherz.com
Tara L. Elgie on behalf of Creditor Schimenti Construction Company LLC telgie@hunton.com
Terri A. Roberts on behalf of Creditor Pima County pcaocvbk@pcao.pima.gov
Thaddeus D. Wilson on behalf of Defendant Mitsubishi Electronics America, Inc. thadwilson@kslaw.com, pwhite@kslaw.com
Thomas David Rethage on behalf of Creditor EEOC'S thomas.rethage@eeoc.gov
Thomas Francis Murphy on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc. tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
Thomas G. King on behalf of Creditor Southland Acquisitions, LLC tking@KreisEnderle.com, dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
Thomas John McIntosh on behalf of Defendant NetRatings, LLC thomas.mcintosh@hklaw.com
Thomas John McKee on behalf of Defendant Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
Thomas Neal Jamerson on behalf of Creditor Galleria Plaza, Ltd. tjamerson@hunton.com, tomjam2003@yahoo.com
Thomas Ryan Lynch on behalf of Creditor Mibarev Development I, LLC tlynch@babc.com
Thomas W. Repczynski on behalf of Creditor Graphic Communications, Inc. trepczynski@offitkurman.com, cdixon@offitkurman.com;lschock@offitkurman.com
Tiffany Strelow Cobb on behalf of Creditor AOL LLC tscobb@vorys.com, bjtobin@vorys.com
Timothy Francis Brown on behalf of Creditor 13630 Victory Boulevard, LLC brownt@arentfox.com, giaimo.christopher@arentfox.com
Tracey Michelle Ohm on behalf of Creditor Waste Management, Inc. tohm@stinson.com, tmackey@stinson.com
Travis A. Knobbe on behalf of Defendant Bulldog Rack Company tknobbe@spilmanlaw.com, trjohnson@spilmanlaw.com
Travis Aaron Sabalewski on behalf of Creditor IKON Office Solutions, Inc. tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
Troy Savenko on behalf of Creditor Ada Alicea, on behalf of herself and all others similarly situated tsavenko@kv-legal.com, nferenbach@kv-legal.com
Valerie P. Morrison on behalf of Creditor Daly City Partners I, L.P vmorrison@wileyrein.com, rours@wileyrein.com
Victoria A. Reardon on behalf of Creditor State of Michigan, Department of Treasury reardonv@michigan.gov, jacksonst@michigan.gov
Victoria D. Garry on behalf of Creditor Ohio Bureau of Workers' Compensation victoria.garry@ohioattorneygeneral.gov
Vivienne Rakowsky on behalf of Creditor Nevada Department of Taxation vrakowsky@ag.nv.gov, dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
W. Clarkson McDow, Jr. USTPRegion04.RH.ECF@usdoj.gov
Walter Laurence Williams on behalf of Creditor Wayne VF LLC walter.williams@wilsonelser.com
Wanda Borges on behalf of Creditor Sharp Electronics Corporation ecfcases@borgeslawllc.com
Wendy Michele Roenker on behalf of Creditor Treasurer City of Chesapeake wroenker@cityofchesapeake.net
William Heuer on behalf of Transferee Korea Export Insurance Corporation wheuer@duanemorris.com
William A. Broscious on behalf of Attorney Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
William A. Burnett on behalf of Creditor Abilene-Ridgemont, LLC aburnett@williamsmullen.com
William A. Gray on behalf of Attorney Sands Anderson PC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Wood on behalf of Creditor Panattoni Development Company, Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com, chris.tillmanns@bgllp.com
William B. Cave on behalf of Creditor P.R. Mechanical, Inc. wcave@hophabcave.com
William C. Crenshaw on behalf of Creditor Gould Livermore LLC bill.crenshaw@bryancave.com
William D. Bayliss on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
William Daniel Prince on behalf of Defendant IBM Credit, LLC wprince@t-mlaw.com
William Daniel Sullivan on behalf of Attorney William Sullivan dsullivan@butzeltp.com
William H. Schwarzschild on behalf of Creditor DIRECTV, Inc. tschwarz@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Wm. Joseph A. Charboneau on behalf of Creditor McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com

Zachary Mosner on behalf of Creditor Washington State Taxing Agencies BCUMosner@atg.wa.gov

TOTAL: 412