IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

**COMES NOW** Mark J. Friedman, counsel to InnerWorkings, Inc. in this case and a member of the bar of this Court, and moves, pursuant to Local Rule 2090-1(E)(2), for the admission *pro hac vice* of James R. Irving of the firm DLA Piper LLP (US), Chicago, Illinois. In support thereof, Movant states as follows:

1. Mr. Irving graduated from Vanderbilt University Law School in 2008. Mr. Irving is a member in good standing of the State Bar of Illinois. Mr. Irving is admitted to practice in the United States District Court for the Western District of Wisconsin, the United States District Court for the Western District of Michigan, the United States District Court for the Northern District of Indiana, the United States District Court for the Southern District of Indiana, and the United States District Court for the Northern District of Illinois.

2. Mr. Irving's admittance to practice law has never been revoked and he is not the subject of any disciplinary proceedings.

3. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this motion, Movant requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

4. No previous request for the relief sought herein has been made to this Court or any other court.

5. Mr. Irving has completed an Application to Qualify as a Foreign Attorney Under Local Bankruptcy Rule 2090-1(E)(2), a copy of which is attached as **Exhibit A**.

WHEREFORE, the Movant requests this Court enter an order admitting James R. Irving of the firm DLA Piper LLP (US) *pro hac vice* to the bar of this Court for the conduct of this case.

Respectfully submitted this 23rd day of May, 2012.

/s/ Mark J. Friedman
Mark J. Friedman, VSB No. 16808
DLA Piper LLP (US)
The Marbury Building
Baltimore, MD 21209
Telephone: (410) 580-3000
Facsimile: (410) 580-3001
Email:  mark.friedman@dlapiper.com

*Counsel for InnerWorkings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on this 23rd day of May, 2012, a copy of the foregoing was served by first-class United States Mail and/or electronic means through the Court's ECF systems on the following, constituting all necessary parties:

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

/s/ Mark J. Friedman

EAST\48377929.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

## ORDER APPROVING ADMISSION PRO HAC VICE OF JAMES R. IRVING

This matter comes before the Court upon the Motion of Mark J. Friedman requesting entry of an order approving the admission *pro hac vice* of James R. Irving of the firm of DLA Piper LLP (US), Chicago, Illinois, to represent the interests of InnerWorkings, Inc. in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper,

IT IS HEREBY ORDERED THAT James R. Irving be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

ENTERED:

                                        HON. KEVIN R. HUENNEKENS
                                        UNITED STATES BANKRUPTCY JUDGE

EAST\48377929.1

I ASK FOR THIS:

/s/ Mark J. Friedman
Mark J. Friedman, VSB No. 16808
DLA Piper LLP (US)
The Marbury Building
Baltimore, MD 21209
Telephone: (410) 580-3000
Facsimile: (410) 580-3001
Email:  mark.friedman@dlapiper.com

*Counsel for InnerWorkings, Inc.*

## LOCAL RULE CERTIFICATION

I hereby certify that the foregoing has been endorsed by all necessary parties.

/s/ Mark J. Friedman

EAST\48377929.1

**Parties to Receive Copies**

Mark J. Friedman
DLA Piper LLP (US)
The Marbury Building
Baltimore, MD 21209

Timothy W. Brink
James R. Irving
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL  60601

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

EAST\48377929.1