



RICHMOND DIVISION
FILED MAY 21 2012 SF
CLERK
US BANKRUPTCY COURT

**New Jersey Department of Labor and Workforce Development**

Chris Christie
GOVERNOR

Division of Employer Accounts
PO Box 379
Trenton, New Jersey 08625-0379
(609)633-6400

Harold J. Wirths
COMMISSIONER

May 14, 2012

CLERK, BANKRUPTCY COURT
701 EAST BROAD STREET
RICHMOND, VA 23219

EIN: 0-540-493-875/000-00

Re: CIRCUIT CITY STORES INC

Dear Sir:

We enclose herewith an Administrative Proof of claim in the above matter on behalf of the State of New Jersey, New Jersey Department of Labor and Workforce Development (Division of Employer Accounts).

Very truly yours,

Dominick Marchetti
Chief, Contributors' Service

Enclosure:
    Proof of Claim

CERTIFIED MAIL RETURN RECEIPT REQUESTED

* Please retain this letter with claim.

EIN:    0-540-493-875/000-00

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
CASE NO. 08-35653

IN REORGANIZATION UNDER CHAPTER 11

In the Matter of    )
CIRCUIT CITY STORES INC    )
)
)
)
)
)

ADMINISTRATIVE
PROOF OF CLAIM
OF THE STATE OF NEW JERSEY
DIVISION OF EMPLOYER ACCOUNTS
PO BOX 379
TRENTON, NEW JERSEY 08625-0379

# ADMINISTRATIVE

STATE OF NEW JERSEY )
COUNTY OF MERCER    ) ss.

Dominick Marchetti, being duly sworn according to law deposes and says:

1. That he is Chief of Contributors' Service in the New Jersey Department of Labor and Workforce Development, Division of Employer Accounts of the State of New Jersey, and duly authorized to make this proof.

2. That    CIRCUIT CITY STORES INC

is justly and truly indebted to the State of New Jersey (New Jersey Department of Labor and Workforce Development, Division of Employer Accounts), under and by virtue of the Unemployment Compensation and Temporary Disability Benefits Laws of New Jersey (R.S. 43:21-1 et seq.) as follows:

| Quarter | Employer's Contribution | Employee's Contribution | Interest to 05/31/2012 | Penalties 05/31/2012 | Total |
|---|---|---|---|---|---|
| 2009 | Assessments For Unemployment Disability Account(R.S.43:21-46(b)) And Disability Benefits Fund (R.S.43:21-48(c))............................ | | | | $2,930.61 |
| | Interest to 05/31/2012 | | | | $769.66 |
| 2010 | Assessments For Unemployment Disability Account(R.S.43:21-46(b)) And Disability Benefits Fund (R.S.43:21-48(c))............................ | | | | $351.38 |
| | Interest to 05/31/2012 | | | | $35.82 |
| | | | | TOTAL AMOUNT DUE | $4,087.47 |

3. That this claim does include penalties that may have accrued under said laws.

4. That this claim is free from usury, as defined by the Laws of the State of New Jersey.

    5. That no part of the foregoing has been paid but that the whole amount thereof is now due and payable at the headquarters of the said New Jersey Department of Labor and Workforce Development, Division of Employer Accounts, PO Box 379 at Trenton, NJ 08625-0379.

6. That there are no set-offs or counter-claims thereto, that no note has been received for said debt, and that no security other than that provided by statute is held therefor.

7. That this claim is entitled to priority as a tax claim, and the employee contributions above indicated are held in trust by virtue of R.S. 43:21-7(d).

For Dominick Marchetti
Chief of Contributors' Service