

```
┌─────────────────────────────┐
│     RICHMOND DIVISION        │
│ F                         F  │
│ I                         I  │
│ L    MAY 2 1 2012         L  │
│ E                         E  │
│ D        CLERK            D  │
│    US BANKRUPTCY COURT       │
└─────────────────────────────┘
```

**New Jersey Department of Labor
and Workforce Development**

| Chris Christie | Division of Employer Accounts | Harold J. Wirths |
|---|---|---|
| GOVERNOR | PO Box 379 | COMMISSIONER |
| | Trenton, New Jersey 08625-0379 | |
| | (609)633-6400 | |

May 14, 2012

CLERK, BANKRUPTCY COURT
701 EAST BROAD STREET
RICHMOND ,VA  23219

EIN: 0-540-493-875/000-00

Re:  CIRCUIT CITY STORES INC

Dear Sir:

   We enclose herewith a  Proof of claim in the above matter on behalf of the State of New Jersey, New Jersey Department of Labor and Workforce Development (Division of Employer Accounts).

Very truly yours,

Dominick  Marchetti
Chief, Contributors' Service

Enclosure:
   Proof of Claim

CERTIFIED MAIL RETURN RECEIPT REQUESTED

* Please retain this letter with claim.

EIN:    0-540-493-875/000-00

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
CASE NO. 08-35653


IN REORGANIZATION UNDER CHAPTER 11

| | |
|---|---|
| In the Matter of | ) |
| CIRCUIT CITY STORES INC | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

PROOF OF CLAIM
OF THE STATE OF NEW JERSEY
DIVISION OF EMPLOYER ACCOUNTS
PO BOX 379
TRENTON, NEW JERSEY 08625-0379


STATE OF NEW JERSEY )
COUNTY OF MERCER    ) ss.

# PRIORITY

Dominick  Marchetti, being duly sworn according to law deposes and says:

1. That he is Chief of Contributors' Service in the New Jersey Department of Labor and Workforce Development, Division of  Employer Accounts of the State of New Jersey, and duly authorized to make this proof.


2. That    CIRCUIT CITY STORES INC

is justly and truly indebted to the State of New Jersey (New Jersey Department of Labor and Workforce Development, Division of Employer Accounts), under and by virtue of the Unemployment Compensation and Temporary Disability Benefits Laws of New Jersey (R.S. 43:21-1 et seq.) as follows:

| Quarter | Employer's Contribution | Employee's Contribution | Interest to 11/10/2008 | Total |
|---------|-------------------------|-------------------------|------------------------|-------|
| 1/2008 | 654.06 | 0.00 | 52.15 | $706.21 |
| | | | TOTAL AMOUNT DUE | $706.21 |

3.  That this claim does not include penalties that may have accrued under said laws.

4. That this claim is free from usury, as defined by the Laws of  the State of New Jersey.

5.  That no part of the foregoing has been paid but that the whole amount thereof is now due and payable at the headquarters of the said New Jersey Department of Labor and Workforce Development, Division of Employer Accounts, PO Box 379 at Trenton, NJ 08625-0379.

6.  That there are no set-offs or counter-claims thereto, that no note has been received for said debt, and that no security other than that provided by statute is held therefor.

7.  That this claim is entitled to priority as a tax claim, and the employee contributions above indicated are held in trust by virtue of R.S. 43:21-7(d).

for Dominick  Marchetti
Chief of Contributors' Service