**KUTAK ROCK LLP**
Michael A. Condyles (VSB No. 27807)
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
(804) 644-1700

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: MULTIPLE CASES

NOTICE OF WITHDRAWAL OF ATTORNEY
FROM CASE REPRESENTATION

**PLEASE TAKE NOTICE THAT** as of May 25, 2012, Kimberly A. Pierro is hereby withdrawn as counsel of record in said cases.

**KUTAK ROCK LLP**

By:   /s/ Michael A. Condyles
      Partner

**KUTAK ROCK LLP**
Michael A. Condyles (VSB No. 27807)
1111 East Main Street, Suite 800
Richmond, Virginia 23219
(804) 644-1700

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May 2012, a true copy of the foregoing Notice of Withdrawal of Attorney from Case Representation was sent via electronic delivery and/or first-class mail, postage prepaid to:

All parties in interest who receive electronic delivery from the Court of notices in the cases.

/s/ Michael A. Condyles

4820-5225-3455.1