# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

## ORDER APPROVING ADMISSION PRO HAC VICE OF JAMES R. IRVING

This matter comes before the Court upon the Motion of Mark J. Friedman requesting entry of an order approving the admission *pro hac vice* of James R. Irving of the firm of DLA Piper LLP (US), Chicago, Illinois, to represent the interests of InnerWorkings, Inc. in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper,

IT IS HEREBY ORDERED THAT James R. Irving be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

ENTERED:

_____
HON. KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

EAST\48534422.1

I ASK FOR THIS:

/s/ Mark J. Friedman
Mark J. Friedman, VSB No. 16808
DLA Piper LLP (US)
The Marbury Building
Baltimore, MD 21209
Telephone: (410) 580-3000
Facsimile: (410) 580-3001
Email:  mark.friedman@dlapiper.com

*Counsel for InnerWorkings, Inc.*

## LOCAL RULE CERTIFICATION

I hereby certify that the foregoing has been endorsed by all necessary parties.

/s/    Mark    J.    Friedman
_____

**Parties to Receive Copies**

Mark J. Friedman
DLA Piper LLP (US)
The Marbury Building
Baltimore, MD 21209

Timothy W. Brink
James R. Irving
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL  60601

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

EAST\48534422.1