# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| **Debtors** | ) | **Jointly Administered** |
| _____ | ) | |

## ORDER APPROVING ADMISSION PRO HAC VICE OF JAMES R. IRVING

This matter comes before the Court upon the Motion of Mark J. Friedman requesting entry of an order approving the admission *pro hac vice* of James R. Irving of the firm of DLA Piper LLP (US), Chicago, Illinois, to represent the interests of InnerWorkings, Inc. in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper,

IT IS HEREBY ORDERED THAT James R. Irving be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

ENTERED:

May 25 2012

/s/ Kevin R Huennekens
_____
HON. KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket; May 25 2012

EAST\48534422.1

I ASK FOR THIS:

/s/ Mark J. Friedman
Mark J. Friedman, VSB No. 16808
DLA Piper LLP (US)
The Marbury Building
Baltimore, MD 21209
Telephone: (410) 580-3000
Facsimile: (410) 580-3001
Email:  mark.friedman@dlapiper.com

*Counsel for InnerWorkings, Inc.*

## LOCAL RULE CERTIFICATION

I hereby certify that the foregoing has been endorsed by all necessary parties.

/s/     Mark     J.     Friedman
_____

**Parties to Receive Copies**

Mark J. Friedman
DLA Piper LLP (US)
The Marbury Building
Baltimore, MD 21209

Timothy W. Brink
James R. Irving
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL  60601

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

```
                          United States Bankruptcy Court
                            Eastern District of Virginia
In re:                                                              Case No. 08-35653-KRH
Circuit City Stores, Inc.                                           Chapter 11
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0422-7           User: frenchs              Page 1 of 11                Date Rcvd: May 25, 2012
                               Form ID: pdforder          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2012.
         +James Irvinig,   DLA Piper LLP,   203 North LaSalle St.,   Suite 1900,   Chicago, IL 60601-1263
          Mark Friedman,   DLA Piper,   The Marbury Building,   Baltimore, MD  21209
         +Timothy W. Brink,   DLA Piper LLP,   203 North LaSalle St.,   Suite 1900,
           Chicago, IL 60601-1263

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 27, 2012**               **Signature:**        _Joseph Speetjens_

```
District/off: 0422-7           User: frenchs              Page 2 of 11                   Date Rcvd: May 25, 2012
                               Form ID: pdforder          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2012 at the address(es) listed below:

         Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;ccoleman@sugarfgh.com;csubte
          lny@sugarfgh.com
         Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
         Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
          akeith@honigman.com,   tsable@honigman.com
         Alan Michael Noskow    on behalf of Defendant   COKeM International Ltd. anoskow@pattonboggs.com
         Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
         Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
         Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
          ajackins@seyfarth.com
         Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
         Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
         Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
          amy.williams@klgates.com,   hailey.andresen@klgates.com
         Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
          davison.andrea@arentfox.com,
          lane.katie@arentfox.com;dowd.mary@arentfox.com;rothleder.jeffrey@arentfox.com;toof.jackson@arentf
          ox.com
         Andrew  Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
         Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
         Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
         Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
         Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
          rhicks@shutts-law.com
         Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
         Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
         Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
          anitra.royster@nelsonmullins.com,   betsy.burn@nelsonmullins.com,
          raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
         Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
         Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
         Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
          murphyac@doj.state.wi.us,   gurholtks@doj.state.wi.us
         Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
          Management Services, LLC abraucher@mcmillanmetro.com
         Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
         Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
          annemarie.mcgavin@bipc.com,   joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
         Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
          Companies, Ltd. acichello@kb-law.com
         Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
         Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
         Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
          ecffilings@hangley.com
         Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
          lthompson@cblaw.com
         Belkys  Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
          Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
         Benjamin C. Ackerly    on behalf of Creditor   COMSYS Information Technology Services, Inc. and
          COMSYS Services, LLC backerly@hunton.com,   cloving@hunton.com
         Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
         Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
         Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          bgodshall@pszjlaw.com
         Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
          benglander@wtplaw.com,   wbatres@wtplaw.com
         Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
         Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
          lsansbury@mrrlaw.net
         Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
          carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
          enlaw.com
         Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
         Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
          bruce.matson@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
         Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
         C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
         Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
         Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
         Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
         Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
         Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
          Christian.Vogel@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

```
District/off: 0422-7           User: frenchs              Page 3 of 11            Date Rcvd: May 25, 2012
                               Form ID: pdforder          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Christine D. Lynch     on behalf of Creditor    E&A Northeast Limited Partnership clynch@goulstonstorrs.com
        Christine McAteer Ford     on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly situated cford@mdpcelaw.com
        Christopher A. Jones     on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com, rredfield@wtplaw.com
        Christopher Julian Hoctor     on behalf of Defendant    Moran Brown PC choctor@kaplanfrank.com, nferenbach@kaplanfrank.com
        Christopher L. Perkins     on behalf of Attorney    LeClair Ryan, A Professional Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
        Christopher M. Alston     on behalf of Creditor    507 Northgate LLC alstc@foster.com, ristj@foster.com
        Christopher M. Desiderio     on behalf of Creditor    Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com
        Christopher R. Belmonte     on behalf of Creditor    International Business Machines Corporation cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
        City of Newport News, Virginia    jdurant@nngov.com
        Constantinos G. Panagopoulos     on behalf of Creditor    Battlefield FE Limited Partners cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
        Courtney E. Pozmantier     on behalf of Creditor    Paramount Home Entertainment cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
        Craig Benson Young     on behalf of Creditor    Cedar Development Ltd., a Florida Limited Partnership craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
        Craig M. Palik     on behalf of Creditor    Bond Circuit IV Delaware Business Trust cpalik@yahoo.com, cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
        Curtis Gilbert Manchester     on behalf of Defendant    Energizer Battery, Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
        D. Marc Sarata     on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com, sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
        Daniel D. Prichard     on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com, kcornnell@dowlohnes.com
        Daniel F. Blanks     on behalf of Debtor    Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
        Daniel M. Press     on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com
        Darek S. Bushnaq     on behalf of Defendant    ServicePower, Inc., aka ServicePower Inc. dsbushnaq@venable.com
        Darlene M. Nowak     on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
        Darrell William Clark     on behalf of Creditor    Waste Management, Inc. dclark@stinson.com, cscott@stinson.com
        Darryl S. Laddin     on behalf of Creditor    Verizon Communications Inc. bkrfilings@agg.com
        David McCall     on behalf of Creditor    City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
        David A. Greer     on behalf of Creditor    Century plaza development corporation dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
        David B. Wheeler     on behalf of Creditor    South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com
        David D. Hopper     on behalf of Creditor    Rio Associates Limited Partnership ddhopper@chlhf.com, scilino@chlhf.com
        David Emmett Hawkins     on behalf of Creditor    Archon Group, L.P. dhawkins@velaw.com
        David H. Cox     on behalf of Creditor    610 & San Felipe, Inc. dcox@jackscamp.com, phaynes@jackscamp.com
        David H. Dickieson     on behalf of Defendant    New Age Electronics, Inc., also known as New Age, Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
        David J. Ervin     on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
        David K. Spiro     on behalf of Creditor    US Debt Recovery III, LP dspiro@hf-law.com, rmcburney@hf-law.com
        David M. Poitras     on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
        David R. Ruby     on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
        David R. Ruby     on behalf of Creditor    SanDisk Corporation druby@mcsweeneycrump.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
        David S. Musgrave     on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com, tleonard@gfrlaw.com
        David V. Cooke     on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
        David W. Earman     on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
        David Wayne Lannetti     on behalf of Defendant    Belkin International Inc. dlannetti@vanblk.com, drichards@vanblk.com;kmcgwin@vanblk.com
        Dawn C. Stewart     on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
        Dena Sloan Kessler     on behalf of Creditor    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
        Denise S. Mondell     on behalf of Creditor    State of Connecticut Department of Revenue Services denise.mondell@ct.gov

```
District/off: 0422-7           User: frenchs              Page 4 of 11              Date Rcvd: May 25, 2012
                               Form ID: pdforder          Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Dennis T. Lewandowski    on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
               America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
              Denyse  Sabagh    on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
              Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District
               caaustin@comcast.net
              Dion W. Hayes     on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
              Dominic L. Chiariello    on behalf of Creditor Donovan Dunwell dc@chiariello.com
              Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects
               dludman@brownconnery.com
              Douglas  Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
              Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
               dkappler@rdwlawcorp.com
              Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc.
               dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com
              Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
              Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
              Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
               mayle@hooverslovacek.com
              Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
               wenditaylor@toase.com;lmares@toase.com
              Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com,
               ramona.neal@hp.com;ken.higman@hp.com
              Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited
               echarley@hansonbridgett.com
              Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
              Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
               klgatesbankruptcy@klgates.com
              Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
              Erica S. Zaron    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
              Erick Frank Seamster    on behalf of Creditor   Unical Enterprises, Inc eseamster@wallacepledger.com
              Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
              Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc.
               ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
              Eugene  Chang    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
              F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
              Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc.
               ffm@bostonbusinesslaw.com
              Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP
               fpepler@peplermastromonaco.com
              Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
              Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
              Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue
               rudzikf@dor.state.fl.us
              Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
               mmarck@olshanlaw.com;ssallie@olshanlaw.com
              Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com
              Gary E. Mason    on behalf of Creditor Marlon Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
              Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
              Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
               jschmeltz@sblsg.com;jrapp@sblsg.com
              Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
              German  Yusufov    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
               alison.moreno@pcao.pima.gov
              Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc
               notices@becket-lee.com
              Gilbert D. Sigala    on behalf of Creditor John Batioff sigalaw1@aol.com
              Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               gbrown@pszjlaw.com
              Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
               agbankcal@ag.tn.gov
              Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund
               gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
              Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
               christine@virginia-lawyers.net
              Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
              Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co, a/k/a S.M. Wilson & Company
               ggrant@shulmanrogers.com, lsmith@shulmanrogers.com
              H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
              Hale  Yazicioglu    on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
              Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com
              Heather Lynn Anderson    on behalf of Creditor   State of New Jersey - Dept. of Treasury
               Heather.Anderson@dol.lps.state.nj.us
              Henry Buswell Roberts    on behalf of Creditor   Suemar hbroberts@live.com, droberts1949@live.com
```

```
District/off: 0422-7           User: frenchs               Page 5 of 11               Date Rcvd: May 25, 2012
                               Form ID: pdforder           Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Henry P. Baer    on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com, csommer@fdh.com
      Henry Pollard Long    on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
      Howard J. Grossman    on behalf of Creditor   J.P. Morgan Chase Bank, N.A. howard.j.grossman@chase.com
      Ian S. Landsberg    on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
      J. Christian Word    on behalf of Liquidator   Gordon Brothers Retail Partners, LLC chefiling@lw.com;robert.klyman@lw.com
      J. David Folds    on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com, sparson@mckennalong.com
      Jackson David Toof    on behalf of Creditor   Discovery Communications, Inc. toof.jackson@arentfox.com
      Jaime Sue Dibble    on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com, lbigus@stinson.com
      James D. Newbold    on behalf of Counter-Claimant   State of Illinois Department of Revenue, through Brian Hamer, its Director James.Newbold@illinois.gov
      James E. Clarke    on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
      James Edward Bowman    on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com, bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
      James H. Rollins    on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com, avis.francis@hklaw.com
      James J. Briody    on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com, kim.smith@sablaw.com
      James K. Donaldson    on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com, eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com
      James R. Schroll    on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com, ncoton@beankinney.com
      James V. Lombardi    on behalf of Creditor   AmREIT, a Texas real estate investment trust jvlombardi@rossbanks.com
      James W. Reynolds    on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
      James Winston Burke    on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc. jburke@orrick.com
      Jamie M. Konn    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc. jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
      Janet M. Meiburger, Esq.    on behalf of Creditor   Ricmac Equities Corporation admin@meiburgerlaw.com
      Jason B. Binford    on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com, ecf@krcl.com
      Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com;dtabakin@krumbeinlaw.com
      Jason William Harbour    on behalf of Creditor   Public Company Accounting Oversight Board jharbour@hunton.com
      Jeffrey Scharf    on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com
      Jeffrey E. Klusmeier    on behalf of Creditor   Missouri Attorney General's Office Jeff.Klusmeier@ago.mo.gov
      Jeffrey J. Graham    on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com, krussell@taftlaw.com;ecfclerk@taftlaw.com
      Jeffrey L. Tarkenton    on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com, toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
      Jeffrey M. Sherman    on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com, elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com
      Jeffrey N. Pomerantz    on behalf of Creditor Committee   Official Committee of Unsecured Creditors jpomerantz@pszjlaw.com
      Jenelle Marie Dennis    on behalf of Creditor   Bear Valley Road Partners LLC dennisj@ballardspahr.com, pollack@ballardspahr.com
      Jennifer Langan    on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
      Jennifer Ellis Lattimore    on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
      Jennifer J. West    on behalf of Creditor   Coca-Cola Bottling Company Consolidated jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
      Jennifer Larkin Kneeland    on behalf of Defendant   AMC jkneeland@linowes-law.com, klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
      Jennifer McLain McLemore    on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com, avaughn@cblaw.com
      Jennifer V. Doran    on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com, calirm@haslaw.com
      Jeremy Brian Root    on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com, tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
      Jeremy C. Kleinman    on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
      Jeremy L. Pryor    on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
      Jeremy S. Friedberg    on behalf of Creditor   Toshiba America Consumer Products, L.L.C. jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com
      Jeremy S. Williams    on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com

```
District/off: 0422-7           User: frenchs              Page 6 of 11             Date Rcvd: May 25, 2012
                               Form ID: pdforder          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
           jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
          Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall   on behalf of Defendant   NAMCO BANDAI Games America Inc.
           jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
          Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
           jsaronson@ridberglaw.com
          Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
          John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
           jraftery@offitkurman.com
          John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           jfiero@pszjlaw.com
          John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
           jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
          John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
           pjf@carmodymacdonald.com
          John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
           lucian@blankrome.com
          John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
           sparson@mckennalong.com
          John J. Lamoureux   on behalf of Creditor   Amore Construction Company
           jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
          John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
           russj4478@aol.com
          John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
           awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
          John T. Donelan   on behalf of Defendant   Best Vendors Management Co. Inc. donelanlaw@gmail.com
          John T. Farnum   on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
           rours@wileyrein.com
          John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com, nre98@aol.com
          Jonathan L. Hauser   on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan S. Storper   on behalf of Creditor   IGate Global Solutions, Limited
           jstorper@hansonbridgett.com
          Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
          Joseph M. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
           Cross Blue Shield bankruptcy@morrisoncohen.com
          Joshua D. McKarcher   on behalf of Defendant   Broadridge Financial Solutions, Inc., aka
           Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
           Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
          Judy Bamberger Calton   on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T quagliano@sfmlawfirm.com,
           harvell@sfmlawfirm.com
          Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
           cloving@hunton.com
          Kalina Boyanova Miller   on behalf of Creditor   First Industrial Realty Trust, Inc.
           kmiller@wileyrein.com, rours@wileyrein.com
          Karen L. Gilman   on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley   on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Keith L. Phillips   on behalf of Mediator Keith Phillips Keith@pf-law.com,
           beth@pf-law.com;Abbie@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
          Ken Coleman   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
           Ken.Coleman@allenovery.com
          Kenneth R. Rhoad   on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
          Kevin A. Lake   on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin J. Funk   on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin L. Sink   on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman   on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
           wdw@mccarthywhite.com;clm@mccarthywhite.com
          Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
          Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
           sprescott@idalaw.com
          Kimberly A. Pierro   on behalf of Creditor   Cole CC Groveland FL, LLC
           kimberly.pierro@kutakrock.com,
           sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
           @kutakrock.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
           kimsullywalker@aol.com

```
District/off: 0422-7           User: frenchs              Page 7 of 11              Date Rcvd: May 25, 2012
                               Form ID: pdforder         Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Kirk David Berkhimer    on behalf of Defendant  A&L Products Limited Kirk@kdblawfirm.com, Carla@KDBLawFirm.com
      Kristen E. Burgers    on behalf of Creditor  CWCapital Asset Management LLC keburgers@venable.com
      Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
      Kurt M. Kobiljak    on behalf of Creditor  City of Taylor Michigan kkobi@aol.com
      Laura Otenti    on behalf of Interested Party  Salem Rockingham LLC lotenti@pbl.com
      Lawrence Allen Katz    on behalf of Creditor  Morgan Hill Retail Venture, LP lkatz@ltblaw.com, ndysart@ltblaw.com
      Lawrence H. Glanzer    on behalf of Creditor  Citrus Park CC, LLC glanzer@rlglegal.com, stephanie@rlglegal.com
      Leonard E. Starr    on behalf of Creditor  Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
      Leonidas Koutsouftikis    on behalf of Creditor  Washington Real Estate Investment Trust lkouts@magruderpc.com, mcook@magruderpc.com
      Leslie A. Skiba    on behalf of Defendant  Network Engineering Technologies, Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
      Linda Dianne Regenhardt    on behalf of Creditor  D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;mkoeniger@garylaw.us
      Linda Sharon Broyhill    on behalf of Creditor  Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
      Lisa Hudson Kim    on behalf of Creditor  A.D.D. Holdings, L.P. lhudson@sandsanderson.com
      Lisa P. Sumner    on behalf of Creditor  Compass Group U.S.A. Inc. lsumner@poyners.com
      Loc Pfeiffer    on behalf of Creditor  Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
      Louis E. Dolan    on behalf of Creditor  California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
      Lucy L. Thomson    lthomson2@csc.com
      Luder F. Milton    on behalf of Defendant  Plasti-Cart, Inc. lmilton@eckertseamans.com
      Lyndel A. Mason    on behalf of Defendant  Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
      Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
      Madeleine C. Wanlsee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com, rstein@gustlaw.com
      Malcolm M. Mitchell    on behalf of Creditor  AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Marc A. Busman    on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
      Margaret M. Anderson    on behalf of Creditor  Old Republic Insurance Company panderson@fhslc.com
      Mark B. Conlan    on behalf of Creditor  Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
      Mark D. Sherrill    on behalf of Creditor  LNR Partners, Inc. mark.sherrill@sutherland.com
      Mark D. Taylor    on behalf of Creditor  Lenovo USA mdtaylor@kilpatricktownsend.com
      Mark E. Browning    on behalf of Creditor  Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
      Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
      Mark K. Ames    on behalf of Creditor  Commonwealth of Virginia, Department of Taxation mark@taxva.com, amanda@taxva.com
      Mark X. Mullin    on behalf of Creditor  BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
      Martha E. Hulley    on behalf of Creditor  Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
      Martha E. Romero    on behalf of Creditor  California Taxing Authorities romero@mromerolawfirm.com
      Martin A. Brown    on behalf of Creditor  Creditor Express Personnel Services, Inc martin.brown@lawokc.com
      Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landcarroll.com
      Mary E. Olden    on behalf of Creditor  Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com, akauba@mhalaw.com
      Mary Louise Fullington    on behalf of Creditor  Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
      Matthew Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
      Matthew A. Gold    on behalf of Creditor  Argo Partners courts@argopartners.net
      Matthew E. Hoffman    on behalf of Creditor  Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
      Matthew J. Ellis    on behalf of Creditor  Montgomery County Trustee mellis@batsonnolan.com
      Matthew V. Spero    on behalf of Creditor  CC-Investors 1995-6 matthew.spero@rivkin.com
      Melissa S. Hayward    on behalf of Creditor  Home Depot USA, Inc. mhayward@lockelord.com
      Meredith Linn Yoder    on behalf of Creditor  Edwin Watts Golf Shops, LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
      Michael Reed    on behalf of Creditor  City of Midland et al othercourts@mvbalaw.com
      Michael A. Condyles    on behalf of Creditor  Bank One Delaware, National Association n/k/a Chase Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com

```
District/off: 0422-7          User: frenchs                Page 8 of 11           Date Rcvd: May 25, 2012
                              Form ID: pdforder            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Michael Callahan Crowley   on behalf of Creditor   White-Spunner Construction, Inc. mcrowley@asm-law.com
      Michael D. Mueller   on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com
      Michael E. Hastings   on behalf of Creditor   Eastern Security Corp. michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
      Michael F. Ruggio   on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
      Michael J. Sage   on behalf of Creditor   Pan Am Equities msage@omm.com, kzeldman@omm.com
      Michael John O'Grady   on behalf of Creditor   Convergys Customer Management Group Inc. mjogrady@fbtlaw.com, lbaker@fbtlaw.com;jbwells@fbtlaw.com
      Michael Keith McCrory   on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
      Michael L. Wilhelm   on behalf of Creditor Harry Hallaian ECF@w2lg.com
      Michael P. Falzone   on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com, ebeaumont@hf-law.com
      Michael S. Kogan   on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com, mkogan@koganlawfirm.com
      Min Park   on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc mpark@cblh.com
      Mindy A. Mora   on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
      Mindy D. Cohn   on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
      Mitchell B. Weitzman   on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com, swatson@jackscamp.com;iluaces@jackscamp.com
      Mona M. Murphy   on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com, crystal.gaymon@akerman.com
      Nancy F. Loftus   on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
      Nancy R. Schlichting   on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com, lginsberg@lolawfirm.com
      Nathan Jones   on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
      Neil E. McCullagh   on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Nicholas B Malito   on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
      Nicholas W. Whittenburg   on behalf of Creditor   Cleveland Towne Center, LLC nwhittenburg@millermartin.com, mcsmith@millermartin.com
      Oscar Baldwin Fears   on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov, jjacobs@law.ga.gov
      P. Matthew Roberts   on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
      Patrick M. Birney   on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com, jcarrion@rc.com
      Paul J. Pascuzzi   on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
      Paul K. Campsen   on behalf of Creditor   CC Grand Junction Investors 1998, LLC pkcampsen@kaufcan.com
      Paul M. Black   on behalf of Creditor   Sony Pictures Home Entertainment Inc. pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
      Paul McCourt Curley   on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
      Paul Michael Schrader   on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
      Paul S. Bliley   on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
      Paula A. Hall   on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics hall@bwst-law.com, marbury@bwst-law.com
      Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
      Peter Barrett   on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
      Peter A. Greenburg   on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
      Peter C.L. Roth   on behalf of Creditor   State of New Hampshire Department of Revenue Administration peter.roth@doj.nh.gov
      Peter E. Strniste   on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com, kcooper@rc.com
      Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al. pete@zemanianlaw.com
      Peter J. Carney   on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc. jlerner@whitecase.com,jrubalcava@whitecase.com
      Peter M. Pearl   on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
      Philip C. Baxa   on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc. pbaxa@sandsanderson.com, rarrington@sandsanderson.com
      Philip James Meitl   on behalf of Creditor   Berkadia Commercial Mortgage LLC pj.meitl@bryancave.com, john.leininger@bryancave.com
      R. Chase Palmer   on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
      Rand L. Gelber   on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
      Raymond Pring   on behalf of Creditor Laura Scannell rpring@grosspringlaw.com, rahurley@grosspringlaw.com;cingle@grosspringlaw.com
      Raymond William Battaglia   on behalf of Creditor   Miner Corporation rbattaglia@obht.com

```
District/off: 0422-7          User: frenchs              Page 9 of 11              Date Rcvd: May 25, 2012
                              Form ID: pdforder          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Rebecca L. Saitta    on behalf of Creditor   Bond C.C. I Delaware Business Trust rsaitta@wileyrein.com, rours@wileyrein.com
        Reid Steven Whitten    on behalf of Creditor   LaSalle Bank National Association, as trustee for C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
        Rhett E. Petcher    on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
        Richard C. Maxwell    on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com
        Richard D. Scott    on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
        Richard E. Hagerty    on behalf of Attorney   Troutman Sanders LLP richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
        Richard E. Lear    on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com
        Richard F. Stein    on behalf of Creditor   Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
        Richard Iain Hutson    on behalf of Creditor   Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
        Richard M. Maseles    on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
        Richard S. Yarow    on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
        Robert A. Canfield    on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
        Robert B. Hill    on behalf of Creditor   Columbia Plaza Joint Venture kcummins@hillrainey.com
        Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
        Robert C. Edmundson    on behalf of Creditor   Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
        Robert D. Albergotti    on behalf of Creditor   Universal Display and Fixtures Company robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
        Robert D. Clark    on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
        Robert D. Tepper    on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com, pcoover@sabt.com
        Robert Field Moorman    on behalf of Defendant   Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com, robmoorman@comcast.net
        Robert J. Brown    on behalf of Creditor   CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
        Robert J. Feinstein    on behalf of Creditor Committee   Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
        Robert K. Coulter    on behalf of Creditor   United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
        Robert Kenneth Minkoff    on behalf of Creditor   Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
        Robert L. Lehane    on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
        Robert M. Marino    on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarino1@aol.com
        Robert P. McIntosh    on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
        Robert R. Vieth    on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com, ndysart@ltblaw.com
        Robert Ryland Musick    on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com, karnett@t-mlaw.com
        Robert S. Westermann    on behalf of Counter-Claimant   Eastman Kodak Company rwestermann@hf-law.com, rmcburney@hf-law.com
        Robin S. Abramowitz    on behalf of Creditor   Bond Circuit VIII Delaware Business Trust abramowitz@larypc.com
        Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
        Ronald A. Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com,  rpage@rpagelaw.com
        Ronald G. Dunn    on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
        Ronald M. Tucker    on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,psummers@simon.com,antimm@simon.com
        Roy M. Terry    on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
        Russell R. Johnson    on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
        Ryan C. Day    on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
        S. Sadiq Gill    on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
        Sara B. Eagle    on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
        Sara L. Chenetz    on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
        Sarah Beckett Boehm    on behalf of Debtor   Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com,  kcain@mcguirewoods.com;lneilson@mcguirewoods.com
        Satchidananda  Mims     smims21@hotmail.com
        Scott D. Fink    on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
        Seth A. Drucker    on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
        Sheila G. de la Cruz    on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com, ebeaumont@hf-law.com
        Sheila L. Shadmand    on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com

```
District/off: 0422-7          User: frenchs              Page 10 of 11             Date Rcvd: May 25, 2012
                              Form ID: pdforder          Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Stanley M. Salus    on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
                stan.salus@akerman.com,
                crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
              Stephan William Milo    on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
                hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
              Stephanie N. Gilbert    on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com,
                nwalsh@wilsav.com
              Stephen A. Metz    on behalf of Creditor   Saul Holdings Limited Partnership
                smetz@shulmanrogers.com,   nanderson@shulmanrogers.com
              Stephen E. Leach    on behalf of Creditor   Children's Discovery Centers of America, Inc.
                sleach@ltblaw.com,   msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
              Stephen G. Murphy    on behalf of Creditor   Massachusetts Department of Revenue
                Murphys@dor.state.ma.us
              Stephen K. Gallagher    on behalf of Creditor   CWCapital Asset Management LLC
                sgallagher@venable.com,   lcwilliams@venable.com;lrheitger@venable.com
              Stephen K. Lehnardt    on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
              Steven H. Greenfeld    on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com,
                cbglawbethesda@gmail.com
              Steven H. Newman    on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
              Steven L. Brown    on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
              Tara B. Annweiler    on behalf of Creditor   American National Insurance Company
                tannweiler@greerherz.com
              Tara L. Elgie    on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
              Terri A. Roberts    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson    on behalf of Defendant   Mitsubishi Electronics America, Inc.
                thadwilson@kslaw.com,   pwhite@kslaw.com
              Thomas David Rethage    on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
                tmurphy@dclawfirm.com,
                rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King    on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
                dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh    on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
              Thomas John McKee    on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,   hallc@gtlaw.com
              Thomas Neal Jamerson    on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
                tomjam2003@yahoo.com
              Thomas Ryan Lynch    on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
              Thomas W. Repczynski    on behalf of Creditor   Graphic Communications, Inc.
                trepczynski@offitkurman.com,   cdixon@offitkurman.com;lschock@offitkurman.com
              Tiffany Strelow Cobb    on behalf of Creditor   AOL LLC tscobb@vorys.com,   bjtobin@vorys.com
              Timothy Francis Brown    on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com,
                giaimo.christopher@arentfox.com
              Tracey Michelle Ohm    on behalf of Creditor   Waste Management, Inc. tohm@stinson.com,
                tmackey@stinson.com
              Travis A. Knobbe    on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com,
                trjohnson@spilmanlaw.com
              Travis Aaron Sabalewski    on behalf of Creditor   IKON Office Solutions, Inc.
                tsabalewski@reedsmith.com,   shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy Savenko    on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
                situated tsavenko@kv-legal.com,   nferenbach@kv-legal.com
              Valerie P. Morrison    on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
                rours@wileyrein.com
              Victoria A. Reardon    on behalf of Creditor   State of Michigan, Department of Treasury
                reardonv@michigan.gov,   jacksonst@michigan.gov
              Victoria D. Garry    on behalf of Creditor   Ohio Bureau of Workers' Compensation
                victoria.garry@ohioattorneygeneral.gov
              Vivienne Rakowsky    on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
                dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
              W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
              Walter Laurence Williams    on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
              Wanda  Borges    on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake
                wroenker@cityofchesapeake.net
              William  Heuer    on behalf of Transferee   Korea Export Insurance Corporation
                wheuer@duanemorris.com
              William A. Broscious    on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
              William A. Burnett    on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
              William A. Gray    on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
              William A. Wood    on behalf of Creditor   Panattoni Development Company, Inc. as Agent for Charles
                L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
                chris.tillmanns@bgllp.com
              William B. Cave    on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
              William C. Crenshaw    on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com
              William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
              William Daniel Prince    on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com
              William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
              William H. Schwarzschild    on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
```

```
District/off: 0422-7           User: frenchs              Page 11 of 11              Date Rcvd: May 25, 2012
                               Form ID: pdforder          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Wm. Joseph A. Charboneau    on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
        Zachary  Mosner    on behalf of Creditor   Washington State Taxing Agencies BCUMosner@atg.wa.gov
        Zmarak  Khan    on behalf of Defendant  DEI Holdings, Inc. f/k/a Direct Electronics, Inc. zmarak.khan@dlapiper.com
                                                                           TOTAL: 412