**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 12668**

**PLEASE TAKE NOTICE that DDR Corp., on behalf of its affiliate GSII Green Ridge LLC, creditor in the above-referenced bankruptcy proceeding, has changed its address with respect to Claim No. 12668 and requests that services of any pleadings, distributions, notices or correspondence in this matter related to the Claim should be sent to the new address noted below, effective immediately.**

| **Old Address** | **New Address** |
|---|---|
| GSII Green Ridge LLC<br>Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>Attn: Eric C. Cotton, Associate General Counsel | Midtown Acquisitions L.P.<br>65 East 55th Street, 20th Floor<br>New York, New York 10022<br>Attention: Jennifer Donovan |
| **Old Notice Party(ies)** | **New Notice Party(ies)** |
| Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn:  James S. Carr, Esq.<br>         Robert L. LeHane, Esq. | Midtown Acquisitions L.P.<br>65 East 55th Street, 20th Floor<br>New York, New York 10022<br>Attention: Jennifer Donovan |

Dated:  May 24, 2012
          New York, New York

KELLEY DRYE & WARREN LLP

By: */s/ Robert L. LeHane*_____
James S. Carr (*pro hac vice*)
Robert L. LeHane (*pro hac vice*)
101 Park Avenue
New York, NY 10178-0002
Tel: (212) 808-7800
Fax: (212) 808-7897

-and-

KELLEY DRYE & WARREN LLP

By: */s/ David J. Ervin*_____
David J. Ervin (VSB No. 34719)
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
Tel: (202) 342-8436
Fax: (202) 342-8451

Counsel to DDR Corp. and its affiliates
JDN Realty Corporation,
DDR Southeast Culver City DST,
GSII Green Ridge LLC,
DDR MDT Carillon Place, LLC,
DDR Arrow Head Crossing LLC,
DDR Highland Grove LLC,
DDR Southeast Cortez L.L.C., and
DDR MDT Grandville Marketplace, LLC