IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 13468

**PLEASE TAKE NOTICE** that DDR Corp., on behalf of its affiliate DDR Arrow Head Crossing LLC, creditor in the above-referenced bankruptcy proceeding, has changed its address with respect to Claim No. 13468, and requests that services of any pleadings, distributions, notices or correspondence in this matter related to the Claim should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| DDR Arrow Head Crossing LLC<br>Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>Attn: Eric C. Cotton, Associate General Counsel | Midtown Acquisitions L.P.<br>65 East 55th Street, 20th Floor<br>New York, New York 10022<br>Attention: Jennifer Donovan |
| **Old Notice Party(ies)** | **New Notice Party(ies)** |
| Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn:   James S. Carr, Esq.<br>         Robert L. LeHane, Esq. | Midtown Acquisitions L.P.<br>65 East 55th Street, 20th Floor<br>New York, New York 10022<br>Attention: Jennifer Donovan |

NY01/SAYDG/1546406.1

Dated: May 24, 2012
New York, New York

    KELLEY DRYE & WARREN LLP

    By: /s/ *Robert L. LeHane*
    James S. Carr (*pro hac vice*)
    Robert L. LeHane (*pro hac vice*)
    101 Park Avenue
    New York, NY 10178-0002
    Tel: (212) 808-7800
    Fax: (212) 808-7897

    -and-

    KELLEY DRYE & WARREN LLP

    By: /s/ *David J. Ervin*
    David J. Ervin (VSB No. 34719)
    Washington Harbour, Suite 400
    3050 K Street, NW
    Washington, DC 20007-5108
    Tel: (202) 342-8436
    Fax: (202) 342-8451

    Counsel to DDR Corp. and its affiliates
    JDN Realty Corporation,
    DDR Southeast Culver City DST,
    GSII Green Ridge LLC,
    DDR MDT Carillon Place, LLC,
    DDR Arrow Head Crossing LLC,
    DDR Highland Grove LLC,
    DDR Southeast Cortez L.L.C., and
    DDR MDT Grandville Marketplace, LLC