IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 13518

PLEASE TAKE NOTICE that DDR Corp., on behalf of its affiliate DDR Southeast Cortez L.L.C., creditor in the above-referenced bankruptcy proceeding, has changed its address with respect to Claim No. 13518, and requests that services of any pleadings, distributions, notices or correspondence in this matter related to the Claim should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| DDR Southeast Cortez L.L.C.<br>Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>Attn: Eric C. Cotton, Associate General Counsel | Midtown Acquisitions L.P.<br>65 East 55th Street, 20th Floor<br>New York, New York 10022<br>Attention: Jennifer Donovan |
| **Old Notice Party(ies)**<br><br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn:  James S. Carr, Esq.<br>          Robert L. LeHane, Esq. | **New Notice Party(ies)**<br><br>Midtown Acquisitions L.P.<br>65 East 55th Street, 20th Floor<br>New York, New York 10022<br>Attention: Jennifer Donovan |

NY01/SAYDG/1546406.1

Dated: May 24, 2012
      New York, New York

                        KELLEY DRYE & WARREN LLP

                        By: /s/ *Robert L. LeHane*
                        James S. Carr (*pro hac vice*)
                        Robert L. LeHane (*pro hac vice*)
                        101 Park Avenue
                        New York, NY 10178-0002
                        Tel: (212) 808-7800
                        Fax: (212) 808-7897

                        -and-

                        KELLEY DRYE & WARREN LLP

                        By: /s/ *David J. Ervin*
                        David J. Ervin (VSB No. 34719)
                        Washington Harbour, Suite 400
                        3050 K Street, NW
                        Washington, DC 20007-5108
                        Tel: (202) 342-8436
                        Fax: (202) 342-8451

                        Counsel to DDR Corp. and its affiliates
                        JDN Realty Corporation,
                        DDR Southeast Culver City DST,
                        GSII Green Ridge LLC,
                        DDR MDT Carillon Place, LLC,
                        DDR Arrow Head Crossing LLC,
                        DDR Highland Grove LLC,
                        DDR Southeast Cortez L.L.C., and
                        DDR MDT Grandville Marketplace, LLC