IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| In re | Case No. 08-35653 |
| Circuit City Store, Inc. et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

## NOTICE OF ERRATA REGARDING DOCKET NO. REFERENCE

**PLEASE TAKE NOTICE** that Modesto Irrigation District ("Modesto"), in its *Modesto Irrigation District Response To Liquidating Trust's Thirty-Fist Omnibus Objection to Claims (Disallowance Of Certain Invalid Claims)*, docket no. 11931, served and filed on May 4, 2012, misstated the docket number of the *Liquidating Trust's Thirty-Fist Omnibus Objection to Claims (Disallowance Of Certain Invalid Claims)* (the "Objection"), to which it was responding. The correct docket number of the Objection to which Modesto responded is docket no. 11809.

DATED: May 23, 2012

                                                        MEYERS LAW GROUP, P.C.

                                            By:   /s/ Merle C. Meyers
                                                  CA Bar #66849
                                                  44 Montgomery Street, Suite 1010
                                                  San Francisco, CA 94104
                                                  Telephone: (415) 362-7500
                                                  Facsimile: (415) 362-7515
                                                  Attorneys for Modesto Irrigation District

## CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 1010, San Francisco, California 94104; that on the date set out below, I served a copy of the following:

### NOTICE OF ERRATA REGARDING DOCKET NO. REFERENCE

on each party in the manner listed below, addressed to each party listed below.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on May 23, 2012.

/s/ Michele Thompson
MICHELE THOMPSON

Via U.S. Mail
Electronic Mail

Jeffrey N. Pomerantz
Andrew W. Caine
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 805-123-4567
facsimile: 310-201-0760
E-mail: jpomcrantz@pszjlaw.com
    acaine@pszjlaw.com

Lynn L. Tavenner
Paula S. Beran
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com