

# INVESTMENTS

May 30, 2012



Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street-Room 4000
Richmond, VA 23219

Re:   Claim number 4975 relating to the Circuit City Bankruptcy Case

A few weeks back I spoke with Victoria Newmark from the law firm of Pachulski, Stang, Ziehl & Jones LLP wherein she indicated that the basis for attempting to lower our claim is any potential mitigation of our damages. Unfortunately for us we had nothing to mitigate our damages. After Circuit City closed and stopped paying rent we had nothing but hardship.

First the building was broken into by theves a few days after the store closed. The party that broke in stole all of the copper out of the walls and wasn't caught. Further we hadn't gotten our own insurance policy yet and were not aware yet that Circuit City insurance policy had been cancelled the day they moved out...bottom line we had no insurance coverage for the nearly $100,000 loss and cost of repair. We had to make these repairs to have any chance of releasing the building.

We did have a short term rental with Crocs for a one week sale. Again unfortunately we incurred a loss on this event because Crocs ran the air conditioning the entire week with the doors open running up a power bill that exceeded the rent they paid and we could never collect this utility cost from them.

We worked with a few potential renters and buyers who never panned out and finally we were foreclosed out of the property in August 2009. Our hard dollar loses were our down payment for the purchase which was in excess of $4,000,000.

So the bottom line is that we had no mitigation of our loses and believe that our valid claim is truly as originally filed not the reduced claim of $660,472.90. If you have questions feel free to call me at 415-388-5122.

Sincerely,

Mark Cunningham
Sole Member of Metrocenter LLC

223 East Strawberry Drive • Mill Valley, Ca 94941 • O (415) 388-5122
mark@crginvestments.com