IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Furniture Values International c o FMCA, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Furniture Values International co FMCA
FMCA
PO Box 5929
High Point, NC 27262

**New Address [Creditor]**
Furniture Values International co FMCA
HSBC Bank USA NA
VonWin
Dept CH 163554
Palatine, IL 60055-6354

Dated: 5/22/12

Respectfully submitted,

By: Furniture Values Internatational, LLC

Signature: _____

Print Name: Richard W. MacMjuan

Title: President