David W. Lannetti (VSB #44273)
Anne G. Bibeau (VSB #41488)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670
dlannetti@vanblk.com
abibeau@vanblk.com

Jerrell E. Williams (VSB #75570)
Christopher S. Colby (VSB #76613)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA  23218
Tel. 804-237-8800
Fax 804-237-8801
jwilliams@vanblk.com
ccolby@vanblk.com

*Local Counsel for County of Alameda Treasurer –*
*Tax Collector*

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:  CIRCUIT CITY STORES, INC., *et al.*            Case No. 08-35653-KRH

                                       Chapter 11
                Debtors.

**NOTICE OF APPEARANCE ON BEHALF OF
<u>ALAMEDA COUNTY TREASURER-TAX COLLECTOR</u>**

     NOW COME Jerrell E. Williams, Christopher S. Colby, Anne G. Bibeau, and David W. Lannetti of the law firm of Vandeventer Black LLP and enter their appearance in this matter on behalf of the County of Alameda Treasurer-Tax Collector.

Dated: June 6, 2012

                                        Respectfully submitted,

                                        /s/ Anne G. Bibeau

>David W. Lannetti, Esq. (VSB 44273)
>Anne G. Bibeau, Esq. (VSB 41488)
>**VANDEVENTER BLACK LLP**
>101 W. Main Street, Suite 500
>Norfolk, Virginia 23510
>Telephone:  757.446.8517
>Facsimile:  757.446.8670
>abibeau@vanblk.com
>dlannetti@vanblk.com
>
>Jerrell E. Williams (VSB #75570)
>Christopher S. Colby (VSB #76613)
>**VANDEVENTER BLACK LLP**
>707 East Main Street, Suite 1700
>P. O. Box 1558
>Richmond, VA  23218
>Tel. 804-237-8800
>Fax 804-237-8801
>jwilliams@vanblk.com
>ccolby@vanblk.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all entities/individuals on the court's database.

>/s/ Anne G. Bibeau
>Anne G. Bibeau, Esq. (VSB 41488)
>**VANDEVENTER BLACK LLP**
>101 W. Main Street, Suite 500
>Norfolk, Virginia 23510
>Telephone:  757.446.8517
>Facsimile:  757.446.8670
>abibeau@vanblk.com

4852-0349-4415, v.  1