ZACHARY MOSNER, WSBA# 9566
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
(206) 389-2198

Judge Kevin R. Huennekens
Chapter 11

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | CASE NO. 08-35653-KRH<br><br>(Jointly Administered)<br><br>NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM SERVICE LISTS |

**Please Take Notice** that the State of Washington hereby withdraws it appearance as an Interested Party.

**Please Take Further Notice** that the undersigned hereby requests that the following address be removed from the court's master mailing matrix: Zachary Mosner, Assistant Attorney General, 800 Fifth Avenue, Suite 2000, Seattle, Washington, 98104-3188. The State of Washington further requests that the following email address be removed from the ECF noticing list: bcumosner@atg.wa.gov. In addition, the undersigned requests that it be removed from the service lists of the Debtor, Debtor's Counsel, and all other interested parties.

DATED this 6th day of June, 2012.

ROBERT M. MCKENNA
Attorney General

/s/ Zachary Mosner

ZACHARY MOSNER, WSBA No. 9566
Assistant Attorney General
Bankruptcy & Collections Unit

NOTICE OF WITHDRAWAL
AND REQUEST FOR REMOVAL
FROM SERVICE LISTS

1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
(206) 389-2187 phone – (206) 587-5150 fax