May 31, 2012

Clerk of The Bankruptcy Court:
United States Bankruptcy Court
701 East Broad Street Room 4000
Richmond, Virginia 23219



Circuit City Stores Inc. - Debtors
Chapter 11 case no 08 35653 -KRH
   Claim no 4333
Brenda Blackshear
102 Anita St
Longview, Texas 75603



I am filing a written response to oppose the objection in my case Claim no 4333. Since my accident I have been more than cooperative. I have sent medical papers and any other information that was asked for. The accident changed my life. I have been in constant pain. I have to have injections in my back, knees, hips and the tops of my feet.

every 3 to 4 months. I will have to keep getting these injections for the rest of my life. I am in physical therapy off and on also for the rest of my life. The amount I am asking for is not near enough for all the pain I have been through. I will settle for what I asked for and let it be. My doctor wants me to have back surgery. He seems to think it would relieve the pain on the nerve damage. I was scheduled to have the back surgery in March but did not have the finances. So yes my settlement would very much help me. Please reconsider and don't throw my case out. Please award me what I asked for because I really do need it.

        Thank you
        Brenda Blackshear
        102 Anita St
        Longview, Texas 75603
        Claim no: 4333