## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

### APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
### LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653    ,* Case Name  In re Circuit City Stores, Inc., et al.

### PERSONAL STATEMENT

FULL NAME (no initials, please) John Thomas Seyman
Bar Identification Number  122508    State  California
Firm Name  Office of the County Counsel, County of Alameda
Firm Phone #  510-272-6700    Direct Dial #  510-272-6710    FAX #  510-272-5020
E-Mail Address  john.seyman@acgov.org  / alternate e-mail: dalia.liang@acgov.org
Office **Mailing** Address  1221 Oak Street, Suite 450, Oakland, CA  94612
Name(s) of federal court(s) in which I have been admitted  U.S. District Court, for the Northern and Eastern Districts of Calif.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

_____    June 6, 2012
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____    06/07/2012
(Signature)    (Date)

Christopher S. Colby
(Typed or Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Ver. 02/11/10 [effective 12/01/09]