IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL FOR COMSYS INFORMATION TECHNOLOGY SERVICES, INC. AND COMSYS SERVICES, LLC, AND REQUEST FOR REMOVAL FROM MAILING MATRIX AND ELECTRONIC NOTICES**

PLEASE TAKE NOTICE that Benjamin C. Ackerly of the law firm of Hunton & Williams LLP, hereby withdraws his appearance on behalf of COMSYS Information Technology Services, Inc. and COMSYS Services, LLC, in the above-styled jointly administered bankruptcy proceedings. This Notice applies only to the attorney listed in the preceding sentence and does not represent a notice of withdrawal of any other attorney at the law firm of Hunton & Williams LLP, on behalf of any other creditor or party-in-interest.

PLEASE TAKE FURTHER NOTICE that Benjamin C. Ackerly requests that all parties discontinue sending copies of all notices and pleadings, and that the Court remove the undersigned from the mailing matrix and electronic service lists of the Debtors.

Respectfully submitted this 7th day of June, 2012.

HUNTON & WILLIAMS LLP

By /s/ Benjamin C. Ackerly
Benjamin C. Ackerly
Virginia State Bar No. 09120
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
804 • 788 • 8200
804 • 788 • 8218 Fax

**ATTORNEY FOR COMSYS INFORMATION TECHNOLOGY SERVICES, INC. and COMSYS SERVICES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2012, a true and correct copy of the foregoing *Notice of Withdrawal of Appearance of Counsel for COMSYS Information Technology Services, Inc. and COMSYS Services, LLC, Inc. and Request For Removal From Mailing Matrix and Electronic Notices* was served electronically via the Court's CM/ECF system on all parties registered to receive electronic notices.

/s/ Benjamin C. Ackerly
Benjamin C. Ackerly