Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S TWENTY-NINTH OMNIBUS
OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID
<u>CLAIMS AND DISALLOWANCE OF CERTAIN INVALID CLAIMS)</u>**

THIS MATTER having come before the Court[1] on the Liquidating Trust's

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

12304-001\DOCS_NY:22772.1

Twenty-Ninth Omnibus Objection to Claims Omnibus Objection to Claims (Reduction of

Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims) (the

"Objection"), which requested, among other things, that the claims specifically identified

on Exhibits C through E attached to the Objection be reduced or disallowed for those

reasons set forth in the Objection; and it appearing that due and proper notice and service

of the Objection as set forth therein was good and sufficient and that no other further notice

or service of the Objection need be given; and it further appearing that no response was

timely filed or properly served by the Claimants being affected by this Order; and it

appearing that the relief requested on the Objection is in the best interest of the Liquidating

Trust, the Debtors' estates and creditors and other parties-in-interest; and after due

deliberation thereon good and sufficient cause exists for the granting of the relief as set

forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED.

2.      The Claims identified on Exhibit A as attached hereto and

incorporated herein are forever reduced for all purposes in these bankruptcy cases in the

manner stated in Exhibit A.

3.      The Claims identified on Exhibit B as attached hereto and

incorporated herein are forever disallowed in their entirety for all purposes in these

bankruptcy cases.

4.      The Court will conduct a status conference on July 10, 2012 at 2:00

p.m. for all Claims identified in the Response/Action column as "Received- Continued" on

Exhibit C attached hereto.

5.      The Liquidating Trust's rights to object to any claim including

(without limitation) the Claims subject to the Objection, on any grounds that applicable

law permits, are not waived and are expressly reserved.

6.      The Liquidating Trust shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or before five (5) business days from

the entry of this Order.

7.      This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
        _____, 2012


        _____
        HONORABLE KEVIN R. HUENNEKENS
        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner

EXHIBIT A
REDUCED CLAIMS

| Claim No. | Name & Address | Date Filed | Docket Amt | New Claim Amount | Debtor(s) | Classification |
|---|---|---|---|---|---|---|
| 813 | ABACUS CORP<br>PO BOX 64743<br>BALTIMORE, MD  21264 | 12/11/08 | 17,467.36 | 16,674.14 | CIRCUIT CITY STORES, INC. | U |
| 837 | ALBANY TIMES UNION<br>801 Texas Ave<br>Houston, TX  77002 | 12/15/08 | 32,939.59 | 31,524.12 | CIRCUIT CITY STORES, INC. | U |
| 661 | BAKERSFIELD CALIFORNIAN<br>ATTN CIRCULATION AR DEPT<br>PO BOX 80967<br>BAKERSFIELD, CA  93380-0967 | 12/08/08 | 16,356.91 | 15,754.00 | CIRCUIT CITY STORES, INC. | U |
| 1337 | BROADWAY NATIONAL SIGN & LIGHTING<br>ATTN CARL J PAPARELLA VP & GENERAL<br>COUNSEL<br>2150 FIFTH AVE<br>RONKONKOMA, NY  11779 | 12/17/08 | 12,261.87 | 2,056.60 | CIRCUIT CITY STORES, INC. | U |
| 1012 | BURLINGTON FREE PRESS, THE<br>PO BOX 10<br>BURLINGTON, VT  054020010 | 12/19/08 | 8,352.01 | 2,777.38 | CIRCUIT CITY STORES, INC. | U |
| 998 | BUSTILLO HERNANDEZ, ROBERTO<br>PO BOX 194145<br>SAN JUAN, PR  00919-4145 | 12/16/08 | 6,630.00 | 6,165.90 | CIRCUIT CITY STORES, INC. | U |
| 14764 | CAROLINA TELEPHONE AND TELEGRAPH<br>COMPANY LLC<br>PO Box 7971<br>Shawnee Mission, KS  66207-0971 | 12/07/09 | 7,138.81 | 2,975.90 | CIRCUIT CITY STORES, INC. | U |
| 14661 | CASCADE NATURAL GAS CORPORATION<br>222 Fairview Ave N<br>Seattle, WA  98109 | 09/23/09 | 1,753.74 | 494.41 | CIRCUIT CITY STORES, INC. | U |
| 1006 | CITY OF GARLAND UTILITY SERVICES<br>P O BOX 461508<br>GARLAND, TX  75046-1508 | 12/16/08 | 8,440.39 | 6,301.69 | CIRCUIT CITY STORES, INC. | U |
| 14630 | CITY OF TUCSON<br>PO Box 27210<br>Tucson, AZ  85726-7210 | 06/15/09 | 367.70 | 117.75 | CIRCUIT CITY STORES, INC. | U |
| 1142 | COLUMBIAN, THE<br>PO BOX 180<br>VANCOUVER, WA  98666 | 12/16/08 | 14,995.50 | 14,151.80 | CIRCUIT CITY STORES, INC. | U |
| 5272 | CONSUMERS ENERGY COMPANY<br>Attn Michael G Wilson P33263<br>One Energy Plaza<br>Jackson, MI  49201 | 01/21/09 | 53,829.97 | 38,473.27 | CIRCUIT CITY STORES, INC. | U |
| 581 | CRS INC<br>PO BOX 2046<br>3810 MONROE ANSONVILLE RD<br>MONROE, NC  28111 | 12/04/08 | 19,148.25 | 11,435.25 | CIRCUIT CITY STORES, INC. | U |
| 10053 | CYBER POWER SYSTEMS INC<br>6F No 32 Sec 1 Chenggong Rd<br>Nangang District, Taipei  Taiwan | 01/30/09 | 122,698.05 | 116,087.50 | CIRCUIT CITY STORES, INC. | U |
| 923 | DAYTON POWER & LIGHT<br>PO BOX 1247<br>DAYTON, OH  45401-1247 | 12/19/08 | 9,349.84 | 6,437.22 | CIRCUIT CITY STORES, INC. | U |
| 1538 | DENNIS CORRY PORTER & SMITH LLP<br>3535 Piedmont Rd Ste 900 Bldg 14<br>Atlanta, GA  30305 | 12/10/08 | 4,983.90 | 2,833.90 | CIRCUIT CITY STORES, INC. | U |

LA254661

Page 1 of 4

EXHIBIT A
REDUCED CLAIMS

| Claim No. | Name & Address | Date Filed | Docket Amt | New Claim Amount | Debtor(s) | Classification |
|---|---|---|---|---|---|---|
| 8863 | DISH MASTERS<br>Dish Masters Communications Ltd<br>4006 Pioneer Rd<br>Johnsburg, IL  60051 | 01/30/09 | 9,500.00 | 6,935.00 | CIRCUIT CITY STORES, INC. | U |
| 787 | DUMONTS HOME THEATER<br>INSTALLATIONS<br>20 MOUNTAIN VIEW DR<br>FRANKLIN, NH  03285 | 12/11/08 | 4,395.00 | 2,477.00 | CIRCUIT CITY STORES, INC. | U |
| 724 | EXECUTIVE REFRESHMENTS<br>PO BOX 12408<br>DALLAS, TX  75225 | 12/09/08 | 1,515.67 | 716.32 | CIRCUIT CITY STORES, INC. | U |
| 2471 | FORT WAYNE NEWSPAPERS<br>STEVE EVANS<br>P O BOX 100<br>FORT WAYNE, IN  46801 | 01/05/09 | 23,362.68 | 19,468.90 | CIRCUIT CITY STORES, INC. | U |
| 1089 | GANNETT CENTRAL NEW YORK NEWS<br>PO BOX 1270<br>BINGHAMTON, NY  13902-1270 | 12/19/08 | 33,180.62 | 31,139.40 | CIRCUIT CITY STORES, INC. | U |
| 2612 | HALLMARK INSIGHTS<br>121 S Eighth St Ste 700<br>Minneapolis, MN  55402 | 01/09/09 | 4,027.10 | 3,107.50 | CIRCUIT CITY PURCHASING COMPANY, LLC | U |
| 4453 | HILLDRUP MOVING & STORAGE<br>PO BOX 669<br>STAFFORD, VA  22555-0669 | 01/21/09 | 8,186.44 | 3,462.86 | CIRCUIT CITY STORES, INC. | U |
| 1380 | HOLIDAY INN EXPRESS ALLEN<br>205 N CENTRAL EXPY<br>ALLEN, TX  75013 | 12/17/08 | 10,332.00 | 6,297.90 | CIRCUIT CITY STORES, INC. | U |
| 817 | HOLYOKE GAS & ELECT, CITY OF<br>99 SUFFOLK ST<br>HOLYOKE, MA  01040 | 12/12/08 | 17,733.39 | 11,174.25 | CIRCUIT CITY STORES, INC. | U |
| 6004 | KING & SPALDING LLP<br>c o James A Pardo Jr Esq<br>1180 Peachtree St<br>Atlanta, GA  30309 | 01/27/09 | 72,340.22 | 69,628.63 | CIRCUIT CITY STORES, INC. | U |
| 11218 | KPLR TELEVISION<br>c o Szabo Associates Inc<br>3355 Lenox Rd NE 9th Fl<br>Atlanta, GA  30326-0000 | 03/03/09 | 7,029.50 | 5,414.50 | CIRCUIT CITY STORES, INC. | U |
| 409 | LABOR READY INC<br>c/o Argo Partners<br>12 West 37th St 9th Fl<br>New York, NY  10018 | 12/01/08 | 28,456.44 | 27,290.28 | CIRCUIT CITY STORES, INC. | U |
| 823 | LOWELL SUN, THE<br>PO BOX 1477<br>LOWELL, MA  01853 | 12/12/08 | 12,066.65 | 10,033.94 | CIRCUIT CITY STORES, INC. | U |
| 631 | MAC TRANSPORTATION INC<br>PO BOX 1024<br>GUASTI, CA  91743 | 11/28/08 | 62,571.00 | 59,880.50 | CIRCUIT CITY STORES, INC. | U |
| 4336 | MARYL PACIFIC CONSTRUCTION INC<br>Jerrold K Guben Esq<br>O Connor Playdon & Guben LLC<br>773 Bishop St Ste 2400<br>Honolulu, HI  96813 | 01/22/09 | 1,799,467.92 | 1,724,130.92 | CIRCUIT CITY STORES, INC. | U |
| 601 | NEWS & RECORD<br>PO BOX 20848<br>GREENSBORO, NC  27420 | 12/04/08 | 32,292.27 | 25,103.70 | CIRCUIT CITY STORES, INC. | U |
| 517 | NORTHERN UTILITIES<br>Attn Bankruptcy Dept<br>PO Box 2025<br>Springfield, MA  01102-2025 | 12/05/08 | 2,997.04 | 2,414.83 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
REDUCED CLAIMS

| Claim No. | Name & Address | Date Filed | Docket Amt | New Claim Amount | Debtor(s) | Classification |
|---|---|---|---|---|---|---|
| 8257 | PETER E GLICK ATTORNEY AT LAW<br>Peter E Glick<br>1722 3rd St Ste 201<br>Sacramento, CA 95811 | 01/29/09 | 19,346.81 | 17,522.14 | CIRCUIT CITY STORES, INC. | U |
| 1227 | PINKERTON CONSULTING & INVEST<br>2 CAMPUS DR<br>PARSIPPANY, NJ 07054 | 12/17/08 | 6,722.63 | 4,284.30 | CIRCUIT CITY STORES, INC. | U |
| 3346 | PIRKEY BARBER LLP<br>600 CONGRESS AVE<br>STE 2120<br>AUSTIN, TX 78701 | 01/12/09 | 7,300.88 | 6,849.76 | CIRCUIT CITY STORES, INC. | U |
| 1278 | PLATINUM HOME THEATER INSTALLATION<br>14335 IVEY AVE<br>FONTANA, CA 92335-3059 | 12/18/08 | 4,700.00 | 3,930.00 | CIRCUIT CITY STORES, INC. | U |
| 1203 | PROCARE INTERNATIONAL CO<br>11FL 6 NO 410 CHUNG HSIAO<br>E ROAD SEC 5<br>TAIPEI, TAIWAN | 12/17/08 | 7,327.20 | 5,397.20 | CIRCUIT CITY STORES, INC. | U |
| 878 | PROFESSIONAL SATELLITE INSTALLS<br>41 BRIAN DR<br>CARLISLE, PA 17015 | 12/08/08 | 6,715.00 | 3,820.00 | CIRCUIT CITY STORES, INC. | U |
| 3113 | PROTECH INSTALLATION SERVICE<br>1241 MIDWAY RD<br>WILLIAMSON, GA 30292-3439 | 01/09/09 | 11,645.00 | 10,765.00 | CIRCUIT CITY STORES, INC. | U |
| 221 | PUBLIC WORKS COMM CITY OF<br>FAYETTEVILLE<br>P O BOX 7000<br>FAYETTEVILLE, NC 28302-7000 | 11/28/08 | 6,241.17 | 5,572.47 | CIRCUIT CITY STORES, INC. | U |
| 2278 | QUESTAR GAS COMPANY<br>JoAnn<br>Bankruptcy DNR 244<br>1140 W 200 S<br>Salt Lake City, UT 84110-3194 | 12/18/08 | 1,671.68 | 390.37 | CIRCUIT CITY STORES, INC. | U |
| 1139 | RICHLAND, CITY OF<br>PO BOX 190<br>RICHLAND, WA 99352 | 12/16/08 | 1,762.20 | 1,453.10 | CIRCUIT CITY STORES, INC. | U |
| 1424 | SECURITY ARMORED CAR SERV INC<br>1022 SOUTH NINTH ST<br>ST LOUIS, MO 63104 | 12/19/08 | 23,350.00 | 23,085.88 | CIRCUIT CITY STORES, INC. | U |
| 7316 | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Richard W Brunette Esq<br>333 S Hope St 48th Fl<br>Los Angeles, CA 90071 | 01/28/09 | 40,976.86 | 39,539.83 | CIRCUIT CITY STORES, INC. | U |
| 5600 | SOUTHERN CALIFORNIA EDISON<br>300 N Lone Hill Ave<br>San Dimas, CA 91773 | 01/13/09 | 321,389.91 | 223,073.47 | CIRCUIT CITY STORES, INC. | U |
| 1233 | SPIDERWEAR<br>DAVID SOLOMON<br>ORANGEHALO LLC<br>4514 CHAMBLEE DUNWOODY RD<br>STE 228<br>ATLANTA, GA 30338 | 12/18/08 | 53,312.85 | 45,193.20 | CIRCUIT CITY PURCHASING COMPANY, LLC | U |
| 615 | STATESMAN JOURNAL<br>PO BOX 13009<br>SALEM, OR 97309 | 12/08/08 | 21,846.39 | 13,949.06 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
REDUCED CLAIMS

| Claim No. | Name & Address | Date Filed | Docket Amt | New Claim Amount | Debtor(s) | Classification |
|---|---|---|---|---|---|---|
| 11645 | TEC COM SERVICES INC DBA MICRO TECH<br>1215 Pomona Rd Ste A<br>Corona, CA  92882 | 02/27/09 | 9,940.00 | 8,220.00 | CIRCUIT CITY STORES, INC. | U |
| 11897 | THE CITY OF DENTON TEXAS<br>Attn Toni Reedy Legal Sec<br>City Hall<br>215 E McKinney St<br>Denton, TX  76201 | 03/18/09 | 9,438.68 | 3,231.13 | CIRCUIT CITY STORES, INC. | U |
| 1030 | TIMES WORLD CORPORATION<br>PO BOX 1951<br>ROANOKE, VA  24008-1951 | 12/16/08 | 29,761.49 | 23,019.52 | CIRCUIT CITY STORES, INC. | U |
| 1172 | TRIBUNE COMPANY DBA DAILY PRESS<br>Attn Carol Liotta<br>435 N Michigan Ave 3rd Fl FSC<br>Chicago, IL  60611 | 12/10/08 | 40,824.89 | 37,628.81 | CIRCUIT CITY STORES, INC. | U |
| 5275 | USIS COMMERICAL SERVICES INC<br>23883 Network Pl<br>Chicago, IL  60673-1238 | 01/26/09 | 17,149.15 | 8,955.86 | CIRCUIT CITY STORES, INC. | U |
| 927 | VENTURA COUNTY STAR<br>PO BOX 4899<br>PORTLAND, OR  97208-4899 | 12/16/08 | 44,578.91 | 25,970.04 | CIRCUIT CITY STORES, INC. | U |
| 1155 | WBLS FM<br>3 PARK AVE 41ST FL<br>NEW YORK, NY  10016 | 12/08/08 | 7,890.02 | 7,140.00 | CIRCUIT CITY STORES, INC. | U |
| 1218 | WCVB<br>Attn Maureen McCarthy Collections Manager<br>5 TV Pl<br>Needham , MA  02494 | 12/17/08 | 35,275.00 | 29,091.25 | CIRCUIT CITY STORES, INC. | U |
| 10940 | WINK TV<br>2824 PALM BEACH BLVD<br>FT MEYERS, FL  33916-0000 | 02/10/09 | 14,726.25 | 6,141.25 | CIRCUIT CITY STORES, INC. | U |
| 1057 | WPLG TV<br>ATTN MIRIANER SOTO<br>PO BOX 864162<br>ORLANDO, FL  32886-4162 | 12/15/08 | 33,579.25 | 23,243.25 | CIRCUIT CITY STORES, INC. | U |
| 10363 | WXCW TV<br>Sun Broadcasting<br>2824 Palm Beach Blvd<br>Fort Myers, FL  33916 | 02/10/09 | 7,658.50 | 3,846.25 | CIRCUIT CITY STORES, INC. | U |
| 575 | ZT GROUP INTERNATIONAL<br>350 MEADOWLANDS PKWY<br>SECAUCUS, NJ  07094 | 12/04/08 | 117,331.00 | 116,507.00 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B
DISALLOWED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 371 | AMERENCILCO<br>Credit & Collections<br>2105 E State Route 104<br>Pawnee, IL 62558 | 11/24/08 | 2,813.00 | CIRCUIT CITY STORES, INC. | U |
| 17 | ANCHOR INSTALLATIONS LLC<br>6712 ELMWOOD AVE<br>CHEYENNE, WY 82007-9129 | 11/19/08 | 2,315.00 | CIRCUIT CITY STORES, INC. | U |
| 1328 | APPLIED PREDICTIVE TECHNOLOGIES INC<br>Attn General Counsel<br>901 N Stuart St Ste 1100<br>Arlington, VA 22203-4141 | 12/19/08 | 8,333.33 | CIRCUIT CITY STORES, INC. | U |
| 443 | ARKANSAS UNCLAIMED PROPERTY<br>PO BOX 251906<br>LITTLE ROCK, AR 72225-1906 | 12/01/08 | 4,367.81 | CIRCUIT CITY STORES, INC. | U |
| 1182 | ATHENS BANNER HERALD<br>PO BOX 1486<br>AUGUSTA, GA 30903 | 12/15/08 | 2,211.66 | CIRCUIT CITY STORES, INC. | U |
| 504 | BANGOR DAILY NEWS<br>491 MAIN ST<br>BANGOR, ME 04402 | 12/01/08 | 11,467.41 | CIRCUIT CITY STORES, INC. | U |
| 834 | BEAUMONT ENTERPRISE<br>801 Texas Ave<br>Houston, TX 77002 | 12/15/08 | 9,618.17 | CIRCUIT CITY STORES, INC. | U |
| 862 | BENNER MECHANICAL & ELECTRICAL<br>ATTN TED WILLIAMS<br>1760 LAKELAND PARK DR<br>BURLINGTON, KY 41005 | 12/08/08 | 15,776.42 | CIRCUIT CITY STORES, INC. | U |
| 1426 | BOWMAN JR, JOHN<br>2329 ASHLEY PL DR<br>ST CHARLES, MO 63303 | 12/19/08 | 697.50 | CIRCUIT CITY STORES, INC. | U |
| 444 | BOYS & GIRLS CLUBS OF HARLINGEN<br>PO BOX 1982<br>HARLINGEN, TX 78551 | 12/01/08 | 2,500.00 | CIRCUIT CITY STORES, INC. | U |
| 6323 | BRADENTON HERALD<br>Attn Stephen Burns<br>c o The McClatchy Co<br>2100 Q St<br>Sacramento, CA 95816 | 01/27/09 | 18,911.23 | CIRCUIT CITY STORES, INC. | U |
| 884 | BRADENTON HERALD, THE<br>102 MANATEE AVE W<br>PO BOX 921<br>BRADENTON, FL 34206-0921 | 12/10/08 | 8,019.41 | CIRCUIT CITY STORES, INC. | U |
| 215 | CAPITAL GAZETTE NEWSPAPERS<br>PO BOX 911<br>ANNAPOLIS, MD 21404 | 12/01/08 | 9,849.42 | CIRCUIT CITY STORES, INC. | U |
| 14759 | CENTRAL TELEPHONE COMPANY NEVADA<br>PO Box 7971<br>Shawnee Mission, KS 66207-0971 | 12/07/09 | 1,829.75 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B
DISALLOWED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 7181 | CITY OF RANCHO CUCAMONGA<br>10500 Civic Ctr Dr<br>PO Box 2300<br>Rancho Cucamonga, CA 91729-2300 | 01/28/09 | 9,495.24 | CIRCUIT CITY STORES, INC. | U |
| 211 | CITY OF WARNER ROBINS<br>Utility Dept<br>PO Box 1488<br>Warner Robins, GA 31099 | 12/01/08 | 573.07 | CIRCUIT CITY STORES, INC. | U |
| 1269 | CLARKSVILLE DEPARTMENT OF ELECTRICITY<br>P O BOX 31509<br>CLARKSVILLE, TN 37040-0026 | 12/18/08 | 2,969.99 | CIRCUIT CITY STORES, INC. | U |
| 2801 | COMMUNICATIONS WIRING INC<br>DEBT ACQUISITION COMPANY OF AMERICA V LLC<br>1565 HOTEL CIRCLE SOUTH SUITE 310<br>SAN DIEGO, CA 92108 | 01/06/09 | 7,300.00 | CIRCUIT CITY STORES, INC. | U |
| 1714 | COMMUNICATIONS WIRING INC<br>14390 ADAMSVILLE RD<br>GREENWOOD, DE 19950 | 12/18/08 | 7,300.00 | CIRCUIT CITY STORES, INC. | U |
| 1869 | COMPETITIVE MEDIA REPORTING<br>100 PARK AVE 4TH FL<br>NEW YORK, NY 10017 | 12/22/08 | 8,468.75 | CIRCUIT CITY STORES, INC. | U |
| 864 | CUSTOM DIESEL SERVICE INC<br>1513 25 E JONATHON ST<br>ALLENTOWN, PA 18109 | 12/08/08 | 15,459.21 | CIRCUIT CITY STORES, INC. | U |
| 496 | DAILY JOURNAL<br>C/O ARGO PARTNERS<br>12 WEST 37th ST 9th FL<br>NEW YORK, NY 10018 | 12/01/08 | 2,004.72 | CIRCUIT CITY STORES, INC. | U |
| 799 | DAILY REPUBLIC, THE<br>PO BOX 47<br>FAIRFIELD, CA 94533 | 12/11/08 | 2,441.22 | CIRCUIT CITY STORES, INC. | U |
| 858 | DAKOTA ELECTRIC ASSOCIATION<br>4300 220TH STREET WEST<br>FARMINGTON, MN 55024 | 12/08/08 | 11,803.88 | CIRCUIT CITY STORES, INC. | U |
| 1414 | DENTON PUBLISHING COMPANY<br>314 E HICKORY ST<br>PO BOX 369<br>DENTON, TX 76202 | 12/18/08 | 4,068.12 | CIRCUIT CITY STORES, INC. | U |
| 2387 | EVENING TELEGRAM, THE<br>PO DRAWER 1080<br>ROCKY MOUNT, NC 27802 | 01/02/09 | 4,653.52 | CIRCUIT CITY STORES, INC. | U |
| 835 | EXPRESS NEWS<br>801 TEXAS AVE<br>HOUSTON, TX 77002 | 12/15/08 | 50,058.09 | CIRCUIT CITY STORES, INC. | U |
| 381 | FAYETTEVILLE PUBLISHING CO<br>PO BOX 1887<br>FAYETTEVILLE, NC 28302 | 12/01/08 | 13,794.00 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B
DISALLOWED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 157 | FRAZER GREENE UPCHURCH & BAKER<br>PO BOX 1686<br>MOBILE, AL 36633 | 12/04/08 | 1,474.39 | CIRCUIT CITY STORES, INC. | U |
| 1159 | GAZETTE NEWSPAPERS, THE<br>PO BOX 1090<br>2345 MAXON RD EXT<br>SCHENECTADY, NY 12301-1090 | 12/08/08 | 3,586.32 | CIRCUIT CITY STORES, INC. | U |
| 2372 | GMS INC<br>PO BOX 8518<br>BROWNSVILLE, TX 78521-8518 | 01/05/09 | 1,087.58 | CIRCUIT CITY STORES, INC. | U |
| 605 | HERALD DISPATCH<br>PO BOX 2017<br>HUNTINGTON, WV 25720 | 12/04/08 | 7,573.88 | CIRCUIT CITY STORES, INC. | U |
| 717 | HERALD MAIL CO<br>100 SUMMIT AVE<br>HAGERSTOWN, MD 21740 | 12/01/08 | 9,909.74 | CIRCUIT CITY STORES, INC. | U |
| 497 | IN YOUR EAR MUSIC & RECORDING<br>ATTN TERRY L STROUD<br>1813 E BROAD ST<br>RICHMOND, VA 23223 | 12/01/08 | 21,334.78 | CIRCUIT CITY STORES, INC. | U |
| 4171 | INFINITY SOLUTIONS<br>110 TAPPIN RD<br>MOOERS, NY 12958 | 01/20/09 | 1,100.00 | CIRCUIT CITY STORES, INC. | U |
| 691 | INTERMOUNTAIN GAS CO<br>PO BOX 64<br>BOISE, ID 83732 | 12/09/08 | 974.22 | CIRCUIT CITY STORES, INC. | U |
| 50 | JEFFERSON, THE<br>FRANKLIN & ADAMS STS<br>RICHMOND, VA 23220 | 11/25/08 | 12,664.47 | CIRCUIT CITY STORES, INC. | U |
| 2161 | JOURNAL PUBLISHING CO INC, THE<br>207 W KING ST<br>MARTINSBURG, WV 25401 | 01/02/09 | 2,420.62 | CIRCUIT CITY STORES, INC. | U |
| 1001 | KRCW TV<br>FILE 30691<br>PO BOX 60000<br>SAN FRANCISCO, CA 94160 | 12/16/08 | 3,723.00 | CIRCUIT CITY STORES, INC. | U |
| 1170 | KRON TV<br>PO BOX 601703<br>CHARLOTTE, NC 28260-1703 | 12/10/08 | 14,305.50 | CIRCUIT CITY STORES, INC. | U |
| 5782 | MACON TELEGRAPH<br>Attn Stephen Burns<br>c o The McClatchy Co<br>2100 Q St<br>Sacramento, CA 95816 | 01/27/09 | 31,893.96 | CIRCUIT CITY STORES, INC. | U |
| 2160 | MARTINSBURG JOURNAL<br>JUDY GELESTOR<br>207 WEST KING STREET<br>P O BOX 8 7<br>MARTINSBURG, WV 25402 | 01/02/09 | 2,420.62 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B
DISALLOWED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 1519 | NATIONWIDE CONSULTING CO<br>PO BOX 548<br>65 HARRISTOWN RD<br>GLEN ROCK, NJ 07452 | 12/08/08 | 3,250.00 | CIRCUIT CITY STORES, INC. | U |
| 485 | NEVAEH ELECTRONICS<br>1182 OLD BOONES CRK RD<br>JONESBOROUGH, TN 37659 | 12/01/08 | 3,530.00 | CIRCUIT CITY STORES, INC. | U |
| 237 | NORTHWEST ARKANSAS DEMOCRAT<br>PO BOX 1607<br>BUSINESS OFFICE RETAIL DISPLAY<br>FAYETTEVILLE, AR 72702 | 11/28/08 | 760.16 | CIRCUIT CITY STORES, INC. | U |
| 1295 | PAUL PLEVIN SULLIVAN ET AL<br>401 B ST 10TH FL<br>SAN DIEGO, CA 92101 | 12/18/08 | 2,588.79 | CIRCUIT CITY STORES, INC. | U |
| 1272 | PENSKE<br>PO BOX 827380<br>PHILADELPHIA, PA 19182 | 12/18/08 | 85,923.68 | CIRCUIT CITY STORES, INC. | U |
| 842 | POUGHKEEPSIE JOURNAL<br>PO BOX 1231<br>POUGHKEEPSIE, NY 12601 | 12/15/08 | 10,001.51 | CIRCUIT CITY STORES, INC. | U |
| 1384 | PROTECH INSTALLATION SERVICE<br>1241 MIDWAY RD<br>WILLIAMSON, GA 30292 | 12/17/08 | 11,265.00 | CIRCUIT CITY STORES, INC. | U |
| 2969 | RAMADA LIMITED HOTEL<br>2989 HAMILTON BLVD<br>S PLAINFIELD, NJ 07080 | 01/08/09 | 1,725.00 | CIRCUIT CITY STORES, INC. | U |
| 1745 | RUSH ELECTRONICS<br>c o Monica Souza<br>4402 Emerald St<br>Boise, ID 83706 | 12/17/08 | 3,545.09 | CIRCUIT CITY STORES, INC. | U |
| 1181 | SAVANNAH MORNING NEWS<br>PO BOX 1486<br>ACCOUNTS RECEIVABLE<br>AUGUSTA, GA 30903 | 12/15/08 | 7,114.86 | CIRCUIT CITY STORES, INC. | U |
| 494 | SEQUIN GAZETTE ENTERPRISE<br>PO BOX 1200<br>SEQUIN, TX 78155 | 12/01/08 | 1,395.48 | CIRCUIT CITY STORES, INC. | U |
| 284 | SOUNDS GOOD INSTALLATIONS LLC<br>26 FOX RD<br>WALTHAM, MA 02451 | 11/17/08 | 12,125.00 | CIRCUIT CITY STORES, INC. | U |
| 3345 | SUN GAZETTE CO<br>PO BOX 728<br>252 WEST FOURTH ST<br>WILLIAMSPORT, PA 17703-0728 | 01/12/09 | 3,944.69 | CIRCUIT CITY STORES, INC. | U |
| 2451 | TEMPLE DAILY TELEGRAM<br>DAVE BURR<br>P O BOX 6114<br>TEMPLE, TX 76503 | 01/05/09 | 8,576.93 | CIRCUIT CITY STORES, INC. | U |
| 2474 | TEMPLE DAILY TELEGRAM<br>PO BOX 6114<br>TEMPLE, TX 76503-6114 | 01/05/09 | 8,576.93 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B
DISALLOWED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 14467 | TURNER BROADCASTING SYSTEM, INC<br>Lawrence S Burnat<br>Schreeder Wheeler & Flint LLP<br>1100 Peachtree St Ste 800<br>Atlanta, GA 30309 | 07/08/09 | 764,429.68 | CIRCUIT CITY STORES, INC. | U |
| 4436 | VERMONT GAS SYSTEMS, INC<br>PO BOX 1722<br>BRATTLEBORO, VT 05302 | 01/20/09 | 629.22 | CIRCUIT CITY STORES, INC. | U |
| 150 | VERO BEACH, CITY OF<br>PO BOX 1180<br>UTILITIES<br>VERO BEACH, FL 32961-1180 | 12/05/08 | 26,804.57 | CIRCUIT CITY STORES, INC. | U |
| 1257 | WASHINGTON GAS<br>PO BOX 37747<br>PHILADELPHIA, PA 19101-5047 | 12/18/08 | 7,210.89 | CIRCUIT CITY STORES, INC. | U |
| 218 | WISCONSIN PUBLIC SERVICE CORP<br>PO BOX 19004<br>GREEN BAY, WI 543079004 | 12/01/08 | 7,777.82 | CIRCUIT CITY STORES, INC. | U |
| 2194 | WOOD, MICHAEL<br>745 HAWK RUN<br>OFALLON, MO 63368 | 01/05/09 | 1,290.00 | CIRCUIT CITY STORES, INC. | U |
| 15037 | AMH TECHNOLOGIES LTD<br>5023 W 120TH AVE<br>STE 319<br>BROOMFIELD, CO 80020 | 05/21/10 | 97,105.00 | CIRCUIT CITY STORES, INC. | U |
| 15235 | CALDERON, ANA<br>Ana Calderon<br>5714 Haven Crest Cir<br>Stockton, CA 95219 | 04/28/11 | 30,167.34 | Circuit City Stores, Inc. | U |
| 15150 | Cartera Commerce Inc fka Mall Networks<br>Inc<br>Attn Lisa Jones<br>One Cranberry Hill<br>Lexington, MA 02421 | 11/26/10 | 41,658.67 | Circuit City Stores, Inc. | U |
| 10474 | CHERYL DAVES<br>8030 E Lakeside Pkwy No 2101<br>Tucson, AZ 85730 | 02/17/09 | 605.35 | CIRCUIT CITY STORES, INC. | U |
| 15074 | CITY OF CINCINNATI<br>801 Plum St Rm 202<br>Cincinnati, OH 45202 | 08/17/10 | 1,675.64 | CIRCUIT CITY STORES, INC. | U |
| 13420 | COLE SERVICES<br>PO BOX 310<br>WESTIMINSTER, CA 92684-0310 | 06/17/09 | 1,358.91 | CIRCUIT CITY STORES, INC. | U |
| 14627 | DATACOLOR INC<br>PO Box 200834<br>Pittsburgh, PA 15251-0834 | 09/14/09 | 5,100.00 | CIRCUIT CITY STORES, INC. | U |
| 11697 | ENTERTAINMENT PUBLICATIONS LLC<br>Given Koehler<br>1414 E Maple Rd Ste 500<br>Troy , MI 48083-4019 | 03/03/09 | 23,541.96 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B
DISALLOWED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 13229 | FOLSOM POLICE DEPARTMENT<br>Attn Alarm Unit<br>46 Natoma St<br>Folsom, CA 95630 | 05/27/09 | 1,204.00 | CIRCUIT CITY STORES, INC. | U |
| 15066 | FRANCES PERKINS JOHN PERKINS<br>Frances Perkins<br>10 Bender Ct<br>Stony Point, NY 10980 | 07/29/10 | 779.97 | CIRCUIT CITY STORES, INC. | U |
| 15130 | Jackson Energy Authority<br>PO Box 68<br>Jackson, TN 38302 | 11/16/10 | 714.02 | Circuit City Stores, Inc. | U |
| 12281 | KARPINSKI, MICHAEL<br>263 Bodega Dr<br>Romeoville, IL 60446 | 04/08/09 | 1,415.27 | CIRCUIT CITY STORES, INC. | U |
| 15202 | Macke Water Systems Inc<br>PO Box 545<br>Wheeling, IL 60090 | 01/07/11 | 1,550.36 | Circuit City Stores, Inc. | U |
| 13044 | NAULTY SCARICAMAZZA & MCDEVITT LLC<br>1617 John F Kennedy Blvd Ste 750<br>Philadelphia, PA 19103 | 05/18/09 | 7,217.52 | CIRCUIT CITY STORES, INC. | U |
| 15158 | Nicholas Zorio<br>213 Johnson Rd<br>Turnersville, NJ 08012 | 12/06/10 | 12,152.65 | Circuit City Stores, Inc. | U |
| 13156 | PEREZ, HECTOR<br>5050 E 10 Ave<br>Hialeah, FL 33013 | 06/01/09 | 0.00 | CIRCUIT CITY STORES, INC. | U |
| 15071 | PHILLIPS MEDICAL SYSTEMS<br>Commercial Collection Consultants<br>16830 Ventura Blvd Ste 620<br>Encino, CA 91436 | 08/05/10 | 2,058.00 | CIRCUIT CITY STORES, INC. | U |
| 15217 | Raritan Bay Medical Center<br>c o Charles Brasby<br>530 New Brunswick Ave<br>Perth Amboy, NJ 08861 | 02/28/11 | 998.67 | Circuit City Stores, Inc. | U |
| 15121 | REGINA MCGEE<br>2455 W Bryn Mawr Ave<br>Chicago , IL 60659 | 10/28/10 | 597.99 | CIRCUIT CITY STORES, INC. | U |
| 15105 | REGINA MCGEE<br>2455 W Bryn Mawr Ave<br>Chicago , IL 60659 | 10/08/10 | 597.99 | CIRCUIT CITY STORES, INC. | U |
| 15260 | Ross F. Lightsey, Sr.<br>3 Carroll Court<br>Pinehurst, NC 28374 | 11/28/11 | 100.00 | Circuit City Stores, Inc. | P |
| 15159 | SmartyPig LLC<br>Attn Dannielle Hintz Office Mgr<br>4300 Westown Pkwy Ste 200<br>West Des Moines, IA 50266 | 12/06/10 | 500.00 | Circuit City Stores, Inc. | U |

EXHIBIT B
DISALLOWED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 14907 | STATE OF OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY<br>Attn Jim Harris<br>811 SW 6th Ave<br>Portland, OR 97204-1390 | 03/29/10 | 15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 15141 | Town of Grand Chute<br>1900 W Grand Chute Blvd<br>Grand Chute, WI 54913 | 11/19/10 | 1,322.96 | Circuit City Stores, Inc. | U |
| 14830 | ULTRA X INC<br>PO BOX 730010<br>SAN JOSE, CA 95173 | 03/08/10 | 10,000.00 | CIRCUIT CITY STORES, INC. | U |
| 14882 | WAYNE DALTON CORP<br>PO BOX 67<br>MT HOPE, OH 44660 | 03/22/10 | 189,969.96 | CIRCUIT CITY STORES, INC. | U |
| 15135 | Yang Ming America Corp<br>Norman Choi Esq<br>525 Washington Blvd 25th Fl<br>Jersey City, NJ 07310 | 11/22/10 | 3,843.75 | Circuit City Stores, Inc. | U |

EXCHIBIT C
CONTINUED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 762 | AMERICAN ELECTRIC POWER<br>PO Box 2021<br>Roanoke, VA 24022-2121 | 12/05/08 | 90,110.57 | CIRCUIT CITY STORES, INC. | U |
| 925 | AQUENT<br>711 Boylston St<br>Boston, MA 02116 | 12/19/08 | 22,969.30 | CIRCUIT CITY STORES, INC. | U |
| 11620 | DIRECTED ELECTRONICS INC<br>c o Charles R Bear Atty<br>1662 E Centre Ave Ste A<br>Portage, MI 49002 | 12/08/08 | 720,958.36 | CIRCUIT CITY STORES, INC. | U |
| 1381 | ERIE TIMES NEWS<br>205 WEST 12TH ST<br>ATTN FINANCE<br>ERIE, PA 16534-0001 | 12/17/08 | 8,195.13 | CIRCUIT CITY STORES, INC. | U |
| 1340 | GEORGIA HOME THEATER &<br>ELECTRICAL<br>130 DIAMOND DR<br>ATHENS, GA 30605-4391 | 12/17/08 | 4,095.00 | CIRCUIT CITY STORES, INC. | U |
| 1645 | HAWAIIAN ELECTRIC COMPANY<br>INC<br>PO Box 2750 WA1 CH<br>Honolulu, HI 96803-9989 | 12/16/08 | 49,230.52 | CIRCUIT CITY STORES, INC. | U |
| 3998 | NSTAR GAS<br>800 Boylston St 17th Fl<br>Boston, MA 02119-7050 | 01/13/09 | 783.23 | CIRCUIT CITY STORES, INC. | U |
| 13150 | OBSERVER DISPATCH, THE<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 06/08/09 | 11,952.63 | CIRCUIT CITY STORES, INC. | U |
| 14883 | OHIO BUREAU OF WORKERS<br>COMPENSATION<br>Legal Division Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | 03/22/10 | 4,740.00 | CIRCUIT CITY STORES, INC. | A |
| 168 | OHIO EDISON<br>Bankruptcy Dept Rm 204<br>6896 Miller Rd<br>Brecksville, OH 44141 | 12/01/08 | 13,821.94 | CIRCUIT CITY STORES, INC. | U |
| 2267 | PECO<br>Attn Michael P Murphy S222 1<br>PECO Energy Company<br>2301 Market St<br>Philadelphia, PA 19103 | 12/23/08 | 88,945.06 | CIRCUIT CITY STORES, INC. | U |
| 5164 | PUBLIC SERVICE OF NEW<br>HAMPSHIRE<br>PO BOX 330<br>MANCHESTER, NH 03105 | 01/21/09 | 43,955.58 | CIRCUIT CITY STORES, INC. | U |

EXCHIBIT C
CONTINUED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 1549 | SOUTHWEST GAS CORPORATION PO Box 1498 Victorville, CA 92393 | 12/08/08 | 775.78 | CIRCUIT CITY STORES, INC. | U |
| 15230 | Turner Broadcasting System Inc Tiffany Sterlow Cobb Vorys Sater Seymour and Pease LLP 52 E Gay St Columbus, OH 43215 | 04/12/11 | 764,429.68 | Circuit City Stores, Inc. | U |