Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

    - and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - x | | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et</u> <u>al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S THIRTIETH OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF
<u>CERTAIN INVALID CLAIMS</u>)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Thirtieth Omnibus Objection to Claims Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit B attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

      IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED.

    2.    The Claims identified on Exhibit A as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

    3.    The Court will conduct a status conference on July 10, 2012 at 2:00 p.m. for all Claims identified in the Response/Action column as "Received- Continued" on Exhibit B attached hereto.

    4.    The Liquidating Trust hereby withdraws its objection solely to Claims identified on Exhibit C attached hereto.

    5.    The Liquidating Trust's rights to object to any claim including

(without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

    6.  The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

    7.  This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
   _____, 2012

        _____
        HONORABLE KEVIN R. HUENNEKENS
        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

     - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

     - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

  Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

           */s/ Lynn L. Tavenner*
           Lynn L. Tavenner

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 7313 | A 1 RECYCLING<br>PO Box 1785<br>Union City, CA 94587 | 01/28/09 | 916.95 | CIRCUIT CITY STORES, INC. | U |
| 2021 | A&M TV<br>725 W DRYDEN ST<br>GLENDALE, CA 91202 | 12/29/08 | 1,415.00 | CIRCUIT CITY STORES, INC. | U |
| 9079 | AAA FLOOR CARE INC<br>PO BOX 3021<br>EUSTIS, FL 32727 | 01/30/09 | 1,124.84 | CIRCUIT CITY STORES, INC. | U |
| 9080 | AAA FLOOR CARE INC<br>PO BOX 3021<br>EUSTIS, FL 32727 | 01/30/09 | 1,124.84 | CIRCUIT CITY STORES, INC. | U |
| 1314 | ACCENT ENERGY CALIFORNIA LLC<br>6100 Emerald Pkwy<br>Dublin, OH 43016 | 12/19/08 | 957.76 | CIRCUIT CITY STORES, INC. | U |
| 7921 | ACCURATE RECYCLING CORP<br>508 E Baltimore Ave<br>Lansdowne, PA 19050 | 01/29/09 | 944.70 | CIRCUIT CITY STORES, INC. | U |
| 2975 | ACOUSTI ENGINEERING COMPANY OF FLORIDA<br>PO BOX 2232<br>FORT MYERS, FL 33902 | 01/05/09 | 2,540.00 | CIRCUIT CITY STORES, INC. | U |
| 1623 | ACPG MANAGEMENT LLC<br>145 OTTERKILL RD<br>PO BOX 55<br>MOUNTAINVILLE, NY 10953 | 12/12/08 | 2,250.00 | CIRCUIT CITY STORES, INC. | U |
| 1268 | ACW SWEEPING & CLEANING SVCS<br>PO BOX 1585<br>LANDOVER, MD 20785-0585 | 12/18/08 | 1,848.00 | CIRCUIT CITY STORES, INC. | U |
| 729 | ACXIOM<br>4057 COLLECTION CTR DR<br>CHICAGO, IL 60693 | 12/12/08 | 72,316.27 | CIRCUIT CITY STORES, INC. | U |
| 7297 | AFNI VERIZON EAST<br>PO Box 3037<br>Bloomington, IL 61702-3037 | 01/26/09 | 5,741.82 | CIRCUIT CITY STORES PR, LLC | U |
| 3117 | AGUINALDO, ROSALIE<br>783 SKYLINE DR<br>DALY CITY, CA 94015 | 01/09/09 | 500.00 | CIRCUIT CITY STORES, INC. | U |
| 4081 | AIRGAS<br>PO BOX 7427<br>PASADENA, CA 91109-7427 | 01/20/09 | 712.10 | CIRCUIT CITY STORES, INC. | U |
| 4721 | ALABAMA POWER COMPANY<br>Eric T Ray<br>Balch & Bingham LLP<br>PO Box 306<br>Birmingham, AL 35201 | 01/15/09 | 30,950.17 | CIRCUIT CITY STORES, INC. | U |
| 7722 | ALL POINTS WASTE SERVICE INC<br>PO Box 2458<br>Indian Trail, NC 28079-2458 | 01/29/09 | 918.72 | CIRCUIT CITY STORES, INC. | U |

LA254464                                                       Page 1 of 12

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 3682 | ALLIED BUILDING PRODUCTS<br>Attn Tracy Miller<br>Allied Building Products Corp<br>15 E Union Ave<br>East Rutherford, NJ 07073 | 01/14/09 | 27,550.88 | CIRCUIT CITY STORES, INC. | U |
| 6910 | ALLIED WASTE SERVICES NO 070<br>Allied Waste Services<br>PO Box 78829<br>Phoenix, AZ 85062-8829 | 01/28/09 | 1,078.69 | CIRCUIT CITY STORES, INC. | U |
| 9806 | ALPINE DISPOSAL INC DBA ALPINE WASTE & RECYCLING<br>Attn Alek Orloff<br>3801 E 56th Ave<br>Commerce City, CO 80022-3605 | 01/26/09 | 1,934.58 | CIRCUIT CITY STORES, INC. | U |
| 3029 | ALTA LIFT<br>Mike Cesena<br>PO Box 12625<br>Fresno, CA 93778 | 01/05/09 | 566.32 | CIRCUIT CITY STORES, INC. | U |
| 3668 | AMERENCIPS<br>Credit & Collections<br>2105 E State Rte 104<br>Pawnee, IL 62558 | 01/13/09 | 6,180.22 | CIRCUIT CITY STORES, INC. | U |
| 704 | AMERENIP<br>PO BOX 66884<br>ST LOUIS, MO 63166-6884 | 12/09/08 | 7,012.00 | CIRCUIT CITY STORES, INC. | U |
| 370 | AMERENUE<br>PO Box 66881 Mail Code 310<br>Saint Louis, MO 63166 | 11/24/08 | 19,454.87 | CIRCUIT CITY STORES, INC. | U |
| 2972 | AMERICAN FAMILY CARE<br>PO BOX 830810<br>NISC 10000020<br>BIRMINGHAM, AL 35283 | 01/05/09 | 1,307.60 | CIRCUIT CITY STORES, INC. | U |
| 333 | ANCHOR INSTALLATIONS LLC<br>6712 ELMWOOD AVE<br>CHEYENNE, WY 82007-9129 | 11/21/08 | 1,455.00 | CIRCUIT CITY STORES, INC. | U |
| 13880 | AQUA CHILL<br>12081 W Alameda Pkwy No 211<br>Lakewood, CO 80228 | 06/29/09 | 6,790.00 | CIRCUIT CITY STORES, INC. | U |
| 468 | AQUA CHILL INC<br>PO BOX 24742<br>TEMPE, AZ 85285-4742 | 12/01/08 | 1,851.86 | CIRCUIT CITY STORES, INC. | U |
| 3256 | AQUA PERFECT OF ARIZONA LLC<br>455 W 21st St Ste 108<br>Tempe, AZ 85282 | 01/12/09 | 1,206.80 | CIRCUIT CITY STORES, INC. | U |
| 15144 | Armando D Nicolas<br>517 Fischer St Apt 2<br>Glendale, CA 91205 | 11/22/10 | 15,083.67 | Circuit City Stores West Coast, Inc. | U |
| 7008 | ATNM CORP<br>130 Woodside Ave<br>Briarcliff Manor, NY 10510 | 01/28/09 | 1,316.24 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 769 | AUTOLAND<br>4995 FISHER STREEET<br>SAINT LAURENT, QC H4T 1J8 | 12/10/08 | 7,380.00 | CIRCUIT CITY STORES, INC. | U |
| 1041 | AUTOMATED BUILDING COMPONENTS<br>17680 HANSOM CT<br>SOUTH BEND, IN 466351013 | 12/01/08 | 1,361.45 | CIRCUIT CITY STORES, INC. | U |
| 1003 | BANNER & WITCOFF LTD<br>1100 13TH ST NW STE 1200<br>WASHINGTON, DC 20005-4051 | 12/16/08 | 921.86 | CIRCUIT CITY STORES, INC. | U |
| 4980 | BANNER & WITCOFF LTD<br>1100 13TH ST NW SUITE 1200<br>WASHINGTON, DC 20005-4051 | 01/21/09 | 921.86 | CIRCUIT CITY STORES, INC. | U |
| 3091 | BASILOTTO, MICHAEL CHRISTOPHE<br>16506 S 164TH ST<br>GILBERT, AZ 85295-2006 | 01/09/09 | 1,014.41 | CIRCUIT CITY STORES, INC. | U |
| 1770 | BENSUSSEN DEUTSCH & ASSOCIATES<br>Euler Hermes ACI<br>Agent of Bensussen Deutsch & Associates Inc<br>800 Red Brook Blvd<br>Owings Mills, MD 21117 | 12/11/08 | 57,438.03 | CIRCUIT CITY STORES, INC. | U |
| 8963 | BEST VENDORS<br>Compass Group USA dba Best Vendors<br>2400 Yorkmont Rd<br>Charlotte, NC 28217 | 01/30/09 | 22,222.00 | CIRCUIT CITY STORES, INC. | U |
| 9782 | BOES SERVICES, LLC<br>1580 SAWGRASS CORP PKWY STE 130<br>FT LAUDERDALE, FL 33325 | 01/30/09 | 8,616.00 | CIRCUIT CITY STORES, INC. | U |
| 2359 | BOROUGH OF CHAMBERSBURG, PA<br>P O BOX 1009<br>CHAMBERSBURG, PA 17201-0909 | 01/05/09 | 2,374.53 | CIRCUIT CITY STORES, INC. | U |
| 2437 | BOYS & GIRLS CLUBS OF HARLINGEN<br>PO BOX 1982<br>HARLINGEN, TX 78551 | 01/05/09 | 2,500.00 | CIRCUIT CITY STORES, INC. | U |
| 6900 | BRIAN ROBERT PERLEBERG<br>15N848 Meadow Ct<br>Hampshire, IL 60140 | 01/28/09 | 2,232.76 | CIRCUIT CITY STORES, INC. | U |
| 3094 | BROWN, BRANDON JAMES<br>18140 SE CLAY ST<br>PORTLAND, OR 97233 | 01/07/09 | 0.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 7453 | BROWNSVILLE GMS LTD<br>PO Box 8518<br>Brownsville, TX 78521-8518 | 01/29/09 | 1,454.87 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 1395 | BROWNSVILLE PUBLIC UTILITIES BOARD<br>c o Melida Pinales Collections Supervisor<br>1425 Robindhood Blvd<br>Brownsville, TX 78521 | 12/19/08 | 2,379.27 | CIRCUIT CITY STORES, INC. | U |
| 1728 | BROWNSVILLE PUBLIC UTILITIES BOARD<br>c o Melida Pinales Collections Supervisor<br>1425 Robindhood Blvd<br>Brownsville, TX 78521 | 12/19/08 | 724.64 | CIRCUIT CITY STORES, INC. | U |
| 3220 | BUCKEYE LAWN SERVICE INC<br>8696 Columbiana Canfield Rd<br>Canfield, OH 44406 | 01/09/09 | 894.60 | CIRCUIT CITY STORES, INC. | U |
| 619 | CABELL COUNTY COMMUNITY SVCS<br>724 10th AVE<br>HUNTINGTON, WV 25701 | 12/08/08 | 964.98 | CIRCUIT CITY STORES, INC. | U |
| 3577 | CAPITOL SWEEPING SERVICE INC<br>PO BOX 797<br>SOUTH WINDSOR, CT 06074 | 01/14/09 | 851.45 | CIRCUIT CITY STORES, INC. | U |
| 3414 | CARMES, BILLY JOE<br>19181 Hwy 59<br>Carmesville, GA 30521 | 01/12/09 | 2,254.00 | CIRCUIT CITY STORES, INC. | U |
| 9461 | CARNEY, JANICE FOX<br>9744 Ashlyn Cir<br>Owing Mills, MD 21117 | 01/30/09 | 524.60 | CIRCUIT CITY STORES, INC. | U |
| 4362 | CAROLINA HANDLING INC<br>Carolina Handling LLC<br>PO Box 7548<br>Charlotte, NC 28208 | 01/22/09 | 14,528.06 | CIRCUIT CITY STORES, INC. | U |
| 2169 | CARROLL, KIMBERLY<br>PO BOX 1253<br>ROUND ROCK, TX 78680 | 01/02/09 | 1,564.07 | CIRCUIT CITY STORES, INC. | U |
| 2936 | CENTRAL HUDSON GAS & ELECTRIC CO<br>284 SOUTH AVE<br>POUGHKEEPSIE, NY 12601-4839 | 01/06/09 | 2,307.82 | CIRCUIT CITY STORES, INC. | U |
| 667 | CENTRAL HUDSON GAS&ELECTRIC<br>284 SOUTH AVENUE DEPT 100<br>POUGHKEEPSIE, NY 126014839 | 12/08/08 | 2,601.55 | CIRCUIT CITY STORES, INC. | U |
| 14758 | CENTRAL TELEPHONE COMPANY OF TEXAS<br>PO Box 7971<br>Shawnee Mission, KS 66207-0971 | 12/07/09 | 1,137.16 | CIRCUIT CITY STORES, INC. | U |
| 425 | CHRONICLE TELEGRAM, THE<br>PO BOX 4010<br>ELYRIA, OH 44036 | 12/01/08 | 1,055.76 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 5008 | CITY OF RICHMOND DEPARTMENT OF PUBLIC UTILITIES<br>730 E Broad St 5th Fl<br>Richmond, VA 23219 | 01/21/09 | 28,174.70 | CIRCUIT CITY STORES, INC. | U |
| 12883 | CITY OF SOUTH BEND<br>1400 County City Bldg<br>South Bend, IN 46601 | 05/05/09 | 2,100.00 | CIRCUIT CITY STORES, INC. | U |
| 5744 | CITY OF TACOMA<br>City of Tacoma Solid Waste Management<br>3510 S Mullen St<br>Tacoma, WA 98409 | 01/26/09 | 1,836.14 | CIRCUIT CITY STORES, INC. | U |
| 12216 | CITY OF TUCSON<br>PO Box 27210<br>Tucson, AZ 85726-7210 | 04/13/09 | 1,883.00 | CIRCUIT CITY STORES, INC. | U |
| 12874 | CITY OF TUKWILA, WA<br>P O  Box 58424<br>Tukwila, WA 98138-1424 | 03/05/09 | 516.33 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 3527 | CITY OF WARNER ROBINS, GA<br>P O BOX 1468<br>WARNER ROBINS, GA 31099 | 01/13/09 | 1,339.59 | CIRCUIT CITY STORES, INC. | U |
| 4753 | CLARKSVILLE DEPARTMENT OF ELECTRICITY<br>P O BOX 31509<br>CLARKSVILLE, TN 37040-0026 | 01/23/09 | 2,969.99 | CIRCUIT CITY STORES, INC. | U |
| 7438 | CMX INC<br>Attn Renard E Barnes Esq<br>200 State Hwy Nine<br>Manalapan, NJ 07726 | 01/28/09 | 1,317.00 | CIRCUIT CITY STORES, INC. | U |
| 541 | COAST NEWS GROUP<br>828 N COAST HWY 101<br>STE C<br>ENCINITAS, CA 92024 | 11/26/08 | 806.19 | CIRCUIT CITY STORES, INC. | U |
| 2012 | COAST NEWS GROUP<br>828 N COAST HWY 101<br>STE C<br>ENCINITAS, CA 92024 | 12/29/08 | 802.15 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 38 | COHESION PRODUCTS<br>895 Dove St Ste 311<br>Newport Beach, CA 92660 | 11/14/08 | 241,187.16 | CIRCUIT CITY STORES, INC. | U |
| 1699 | COLLECTIVE MEDIA<br>99 PARK AVE FL 5<br>NEW YORK, NY 10016-1601 | 12/19/08 | 55,306.72 | CIRCUIT CITY STORES, INC. | U |
| 4397 | COMMUNICATIONS SUPPLY CORP<br>3050 PAYSHERE CR<br>CHICAGO, IL 60674 | 01/09/09 | 596.22 | CIRCUIT CITY STORES, INC. | U |
| 9351 | CON SERV INDUSTRIES INC<br>PO Box 650490<br>Sterling, VA 20165 | 01/30/09 | 533.84 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 1063 | CONTAINERFREIGHT EIT LLC<br>PO BOX 92829<br>LONG BEACH, CA 90809-2829 | 12/19/08 | 34,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4916 | CONVERGENT TECHNOLOGIES GROUP<br>PO BOX 73682<br>RICHMOND, VA 23235 | 01/22/09 | 28,175.62 | CIRCUIT CITY STORES, INC. | U |
| 9208 | COX, GINA M<br>19947 Palmer Classic Pkwy<br>Ashburn, VA 20147 | 01/30/09 | 2,779.40 | CIRCUIT CITY STORES, INC. | U |
| 2258 | CPS ENERGY<br>Bankruptcy Section<br>PO Box 1771<br>San Antonio, TX 78296 | 12/23/08 | 14,559.26 | CIRCUIT CITY STORES, INC. | U |
| 2055 | CREDIT CONSULTING SERVICES INC<br>PO Box 5879<br>Salinas, CA 93915-5879 | 12/23/08 | 564.74 | CIRCUIT CITY STORES, INC. | U |
| 5029 | CRYSTAL ROCK BOTTLED WATER<br>1050 BUCKINGHAM ST<br>WATERTOWN, CT 06795-0998 | 01/21/09 | 1,605.00 | CIRCUIT CITY STORES, INC. | U |
| 487 | CRYSTAL ROCK BOTTLED WATER<br>1050 BUCKINGHAM ST<br>WATERTOWN, CT 06795-0998 | 12/01/08 | 1,605.00 | CIRCUIT CITY STORES, INC. | U |
| 6220 | CUSTOM PLUMBING OF LEE COUNTY INC<br>JOHN MYERS<br>PO BOX 50357<br>FORT MYERS, FL 33905 | 01/27/09 | 7,531.30 | CIRCUIT CITY STORES, INC. | U |
| 1058 | CYBERPOWER INC C HUB<br>5175 COMMERCE DRIVE<br>BALDWIN PARK, CA 91706-1451 | 12/15/08 | 1,230.00 | CIRCUIT CITY STORES, INC. | U |
| 3879 | DAVIES WARD PHILLIPS ET AL<br>1501 MCGILL COLLEGE AVE<br>26TH FL<br>MONTREAL, QC H3A3N9 | 01/20/09 | 4,324.44 | CIRCUIT CITY STORES, INC. | U |
| 14479 | DEPARTMENT OF WATER AND POWER CITY OF LOS ANGELES<br>Attn Bankruptcy<br>PO Box 51111<br>Los Angeles, CA 90051-5700 | 06/16/09 | 43,990.18 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 2845 | DILLARD E LYLES & BRAD E METZNER JT TEN<br>2233 1st St Ter No 13<br>Sedalia, MO 65301-2316 | 01/07/09 | 10,000.00 | CIRCUIT CITY STORES, INC. | U |
| 2410 | DILWORTH, HARRY<br>1746 WOODSTREAM<br>ST LOUIS, MO 63138 | 01/02/09 | 735.00 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 2408 | DILWORTH, HARRY<br>1746 WOODSTREAM<br>ST LOUIS, MO 63138 | 01/02/09 | 735.00 | CIRCUIT CITY STORES, INC. | U |
| 358 | DIRECT BROADCAST SATELLITE CENTER<br>Home Wire LLC<br>12602 NE Marx St<br>Portland , OR 97230 | 11/24/08 | 3,560.00 | CIRCUIT CITY STORES, INC. | U |
| 7452 | DOMINIQUE DROZDZ<br>1010 Garfield Ave<br>Venice, CA 90291-4935 | 01/29/09 | 998.22 | CIRCUIT CITY STORES, INC. | U |
| 665 | DUBMAX<br>5933 BELAIR RD<br>BALTIMORE, MD 21206 | 12/08/08 | 1,402.35 | CIRCUIT CITY STORES, INC. | U |
| 8148 | DWYER, CLINT<br>1306 MANCHESTER DR<br>CRYSTAL LAKE, IL 60014 | 01/29/09 | 74,107.82 | CIRCUIT CITY STORES, INC. | U |
| 1784 | EASYLINK SERVICES<br>33 Knightsbridge Rd<br>Piscataway, NJ 08854 | 12/19/08 | 4,383.27 | CIRCUIT CITY STORES, INC. | U |
| 656 | ELITE 1 ELECTRIC INC<br>11324 JOHNSTOWN RD<br>NEW ALBANY, OH 43054 | 12/08/08 | 500.00 | CIRCUIT CITY STORES, INC. | U |
| 14761 | EMBARQ FLORIDA INC<br>PO Box 7971<br>Shawnee Mission, KS 66207-0971 | 12/07/09 | 14,286.30 | CIRCUIT CITY STORES, INC. | U |
| 14757 | EMBARQ MINNESOTA INC<br>PO Box 7971<br>Shawnee Mission, KS 66207-0971 | 12/07/09 | 873.39 | CIRCUIT CITY STORES, INC. | U |
| 377 | EMPIRE ENTERTAINMENT & TRAVEL<br>3 W PACES FERRY RD STE 203<br>ATLANTA, GA 30305 | 12/01/08 | 2,451.60 | CIRCUIT CITY STORES, INC. | U |
| 11804 | EVENING POST PUBLISHING COMPANY DBA THE POST AND COURIER<br>William H Schwarzschild III and W Alexander Burnett<br>Williams Mullen<br>200 S 10th St Ste 1600<br>PO Box 1320<br>Richmond, VA 23219 | 03/20/09 | 41,652.18 | CIRCUIT CITY STORES, INC. | U |
| 8249 | FAY PORTABLE BUILDINGS INC<br>4521 Rutledge Pike<br>Knoxville, TN 37914 | 01/29/09 | 1,421.84 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 6853 | FEDEX CUSTOMER INFORMATION SERVICES AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GROUND<br>Attn Revenue Recovery/Bankruptcy<br>FedEx Customer Information Services<br>3965 Airways Blvd Module G 3rd Fl<br>Memphis, TN 38116 | 01/28/09 | 39,385.13 | CIRCUIT CITY STORES, INC. | U |
| 1607 | FEDEX FREIGHT EAST<br>PO Box 840<br>Harrison, AR 72602 | 12/12/08 | 4,823.07 | CIRCUIT CITY STORES, INC. | U |
| 763 | FENCE MASTERS INC<br>3550 N W 54TH STREET<br>MIAMI, FL 33142 | 12/12/08 | 4,660.00 | CIRCUIT CITY STORES, INC. | U |
| 3204 | FIRE DEFENSE CENTERS INC<br>3919 MORTON STREET<br>JACKSONVILLE, FL 32217 | 01/12/09 | 935.00 | CIRCUIT CITY STORES, INC. | U |
| 3315 | FIRST CHOICE SOLUTIONS<br>STPHEN W RUPP TRUSTEE C/O JEREMY C SINK<br>MCKAY BURTON & THURMAN<br>170 SOUTH MAIN ST STE 800<br>SALT LAKE CITY, UT 84101 | 01/12/09 | 10,224.55 | CIRCUIT CITY STORES, INC. | U |
| 4623 | FOLSOM POLICE DEPARTMENT<br>46 NATOMA ST<br>FOLSOM, CA 95630 | 01/21/09 | 682.00 | CIRCUIT CITY STORES, INC. | U |
| 11219 | FOREST CITY COMMERCIAL MANAGEMENT<br>Agent for Laburnum Investment LLC<br>50 Public Square Ste 1360<br>Cleveland, OH 44113 | 02/20/09 | 3,669.00 | CIRCUIT CITY STORES, INC. | U |
| 859 | FORT COLLINS, CITY OF<br>PO BOX 580<br>FORT COLLINS, CO 80522580 | 12/08/08 | 5,636.33 | CIRCUIT CITY STORES, INC. | U |
| 3644 | FREY, CHARLOTTE R<br>1016 Pelican Dr<br>New Bern, NC 28560 | 01/13/09 | 3,600.00 | CIRCUIT CITY STORES, INC. | U |
| 11769 | G & W SERVICE CO LP<br>Georgette Treece Treasurer<br>2503 Capitol Ave<br>Houston, TX 77003-3203 | 03/05/09 | 15,325.38 | CIRCUIT CITY STORES, INC. | U |
| 1332 | G & W SERVICE CO LP<br>Georgette Treece Treasurer<br>2503 Capitol Ave<br>Houston, TX 77003-3203 | 12/19/08 | 31,084.26 | CIRCUIT CITY STORES, INC. | U |
| 800 | GAZETTE NEWSPAPERS<br>PO BOX 17306<br>BALTIMORE, MD 21297 | 12/11/08 | 753.82 | CIRCUIT CITY STORES, INC. | U |
| 9897 | GEORGETOWN PAPER STOCK OF ROCKVILLE INC<br>14820 Southlawn Ln<br>Rockville, MD 20850 | 01/30/09 | 564.60 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 887 | GET WIRED LLC<br>1849 SANDY SPRINGS RD<br>DE PERE, WI 54115 | 12/10/08 | 2,539.00 | CIRCUIT CITY STORES, INC. | U |
| 1098 | GRANITE TELECOMMUNICATIONS<br>100 NEWPORT AVENUE EXT<br>QUINCY, MA 02171-2126 | 12/19/08 | 9,920.93 | CIRCUIT CITY STORES, INC. | U |
| 3628 | GREAT LAKES AUTOMATIC DOOR INC<br>2423 GOODRICH<br>FERNDALE, MI 48220 | 01/14/09 | 610.50 | CIRCUIT CITY STORES, INC. | U |
| 2228 | GREEN MOUNTAIN POWER CORP<br>163 Acorn Ln<br>Colchester, VT 05446 | 01/05/09 | 7,196.48 | CIRCUIT CITY STORES, INC. | U |
| 820 | GREEN MOUNTAIN POWER GMP<br>P O BOX 1915<br>BRATTLEBORO, VT 05302 | 12/12/08 | 7,196.48 | CIRCUIT CITY STORES, INC. | U |
| 4062 | GREENTEAM OF SAN JOSE<br>133 Oakland Rd<br>San Jose, CA 95112 | 01/20/09 | 897.72 | CIRCUIT CITY STORES, INC. | U |
| 3576 | GREETAN, JACOB<br>6296 COUNTY J<br>LENA, WI 54139 | 01/13/09 | 2,300.00 | CIRCUIT CITY STORES, INC. | U |
| 8924 | GRIFFIN & ASSOC LTD, EUGENE L<br>29 N WACKER DR<br>CHICAGO, IL 60606 | 01/30/09 | 35,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4007 | GROVE CITY DIVISION OF POLICE<br>3360 PARK ST<br>GROVE CITY, OH 43123 | 01/19/09 | 700.00 | CIRCUIT CITY STORES, INC. | U |
| 8923 | GROVER LANDSCAPE SERVICES<br>6224 STODDARD RD<br>MODESTO, CA 95356 | 01/30/09 | 656.25 | CIRCUIT CITY STORES, INC. | U |
| 5033 | GXS INC<br>Attn Finance Dept<br>100 Edison Park Dr<br>Gaithersburg, MD 20878 | 01/20/09 | 5,850.00 | CIRCUIT CITY STORES, INC. | U |
| 1143 | HALLMARK INSIGHTS<br>ATTN EILEEN LUNDBERG<br>121 S EIGHTH ST STE 700<br>MINNEAPOLIS, MN 55402 | 12/16/08 | 579.90 | CIRCUIT CITY PURCHASING COMPANY, LLC | U |
| 7178 | HANJIN SHIPPING<br>Grace Bae Esq<br>Hanjin Shipping Co Ltd<br>80 E Rte 4 Ste 490<br>Paramus, NJ 07652 | 01/28/09 | 8,250.00 | CIRCUIT CITY STORES, INC. | U |
| 13004 | HARRIS COUNTY TRA<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 05/08/09 | 28,349.70 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 3602 | HATCHER MINNIE<br>3200 SALLY CIRCLE<br>FLORENCE, SC 29501 | 01/13/09 | 0.00 | CIRCUIT CITY STORES, INC. | U |
| 2492 | HAWKEYE INFORMATION SYSTEMS<br>PO BOX 2167<br>FORT COLLINS, CO 80522-2167 | 01/05/09 | 650.00 | CIRCUIT CITY STORES, INC. | U |
| 3064 | HAYDEN, ROBERT<br>8704 MIDDLE CROSS PLACE<br>TAMPA, FL 33635 | 01/09/09 | 1,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4422 | HIGH POINT, CITY OF<br>PO BOX 230<br>HIGH POINT, NC 336-883-3178 | 01/20/09 | 5,879.24 | CIRCUIT CITY STORES, INC. | U |
| 10588 | HOLBROOK, TY<br>5915 Crockett<br>Lumberton, TX 77657-0000 | 02/02/09 | 15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 8975 | HOME DEPOT INC<br>c o Liz Freeman<br>Locke Lord Bissell & Liddell LLP<br>660 Travis St Ste 3400<br>Houston, TX 77002 | 01/30/09 | 4,308.12 | CIRCUIT CITY STORES, INC. | U |
| 8053 | HUNT, LEMUEL<br>2821 HARWOOD DR<br>HEPHZIBAH, GA 30815 | 01/29/09 | 5,929.71 | CIRCUIT CITY STORES, INC. | U |
| 10047 | HURNEY, LEEON<br>234 ALICE ST<br>PITTSBURGH, PA 15210 | 01/30/09 | 847.42 | CIRCUIT CITY STORES, INC. | U |
| 2303 | INDIANAPOLIS POWER & LIGHT COMPANY<br>PO Box 1595<br>Indianapolis, IN 46206-1595 | 12/24/08 | 13,799.36 | CIRCUIT CITY STORES, INC. | U |
| 2174 | INFOUSA<br>PO BOX 3603<br>OMAHA, NE 68103-0603 | 01/02/09 | 1,679.51 | CIRCUIT CITY STORES, INC. | U |
| 3299 | INVNT<br>73 SPRING ST<br>STE 501<br>NEW YORK, NY 10012 | 01/12/09 | 2,200.00 | CIRCUIT CITY STORES, INC. | U |
| 5777 | ISLAND PACKET<br>Attn Stephen Burns<br>c o The McClatchy Co<br>2100 Q St<br>Sacramento, CA 95816 | 01/27/09 | 3,689.67 | CIRCUIT CITY STORES, INC. | U |
| 10049 | J&S COMPUTER WORKS<br>121 DITTMAR DR<br>TOMS RIVER, NJ 08757 | 01/30/09 | 1,000.00 | CIRCUIT CITY STORES, INC. | U |
| 743 | JACKSON LEWIS LLP<br>ATTN ANNE KRUPMAN<br>1 N BROADWAY<br>WHITE PLAINS, NY 10601 | 12/12/08 | 1,336.50 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 4486 | JAMES D WESTBROOK AND KATHRYN E WESTBROOK<br>232 Pheasant Way<br>Fountain Inn , SC 29644 | 01/21/09 | 10,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4486 | JAMES D WESTBROOK AND KATHRYN E WESTBROOK<br>232 Pheasant Way<br>Fountain Inn , SC 29644 | 01/21/09 | 10,000.00 | CIRCUIT CITY STORES, INC. | U |
| 15147 | Joseph Vassallo<br>c o Richard S Greenberg<br>140 Sylvan Ave<br>Englewood Cliffs, NJ 07632 | 11/26/10 | 150,000.00 | Circuit City Stores, Inc. | U |
| 1378 | JOURNAL NEWS<br>PO BOX 298<br>HAMILTON, OH 45012 | 12/17/08 | 3,335.12 | CIRCUIT CITY STORES, INC. | U |
| 1106 | JP ASSOCIATES<br>ATTN JOHN GOODWIN<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | 12/17/08 | 1,633.23 | CIRCUIT CITY STORES, INC. | U |
| 1107 | JP ASSOCIATES<br>ATTN JOHN GOODWIN<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | 12/17/08 | 537.88 | CIRCUIT CITY STORES, INC. | U |
| 1112 | JP ASSOCIATES<br>ATTN JOHN GOODWIN<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | 12/17/08 | 839.00 | CIRCUIT CITY STORES, INC. | U |
| 1119 | JP ASSOCIATES<br>100 NAAMANS RD STE 5F<br>CLAYMONT, DE 19703 | 12/17/08 | 533.99 | CIRCUIT CITY STORES, INC. | U |
| 626 | JR HEINEMAN & SONS INC<br>3562 RIDGECREST DR<br>MIDLAND, MI 48642 | 12/08/08 | 500.00 | CIRCUIT CITY STORES, INC. | U |
| 5245 | KARPEL, GERALD N<br>2068 GLENGARY DR<br>REDDING, CA 96001 | 01/26/09 | 1.00 | CIRCUIT CITY STORES, INC. | P |
| 1644 | KELLY SERVICES INC<br>999 W Big Beaver Rd<br>Troy, MI 48084 | 12/11/08 | 4,481.77 | CIRCUIT CITY STORES, INC. | U |
| 424 | KENOSHA HOSPITAL & MEDICAL CTR<br>6308 8TH AVE<br>ATTN BUSINESS OFFICE<br>KENOSHA, WI 53143 | 12/01/08 | 648.30 | CIRCUIT CITY STORES, INC. | U |
| 6894 | KIBBY, TANDEN<br>8518 QUALL HOLLOW BLVD<br>WESLEY CHAPEL, FL 33544 | 01/28/09 | 2,948.55 | CIRCUIT CITY STORES, INC. | U |
| 2364 | KNOXVILLE UTILITIES BOARD<br>PO Box 59017<br>Knoxville, TN 37950-9017 | 01/05/09 | 17,666.38 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 2441 | KRAKOW, KEN<br>871 MULBERRY ST SW<br>MACON, GA 31201 | 01/05/09 | 750.00 | CIRCUIT CITY STORES, INC. | U |
| 8209 | LAMB, SUSAN M<br>13306 QUEENSRIDE<br>HOUSTON, TX 77070 | 01/29/09 | 1,462.50 | CIRCUIT CITY STORES, INC. | U |
| 5163 | LAUREL PLUMBING INC<br>John C Kilgannon Esq<br>Stevens & Lee PC<br>1818 Market St 29th Fl<br>Philadelphia, PA 19103 | 01/23/09 | 47,700.00 | CIRCUIT CITY STORES, INC. | U |
| 629 | LEAF<br>PO Box 56<br>Moberly, MO 65270 | 12/03/08 | 1,741.52 | CIRCUIT CITY STORES, INC. | U |
| 13028 | LEESBURG, TOWN OF<br>PO BOX 88<br>LEESBURG, VA 20178 | 05/07/09 | 3,261.00 | CIRCUIT CITY STORES, INC. | U |
| 1801 | LONG ISLAND LIGHTING COMPANY<br>DBA LIPA<br>Elisa M Pugliese Esq<br>175 E Old Country Rd<br>Hicksville, NY 11801-4257 | 12/17/08 | 21,471.65 | CIRCUIT CITY STORES, INC. | U |
| 559 | LOUISVILLE JEFFERSON COUNTY<br>METRO GOVERNMENT<br>Pam Steiger<br>False Alarm Reduction Unit<br>Louisville Metro Police Dept<br>768 Barret Ave Rm 410<br>Louisville, KY 40204 | 11/28/08 | 5,200.00 | CIRCUIT CITY STORES, INC. | U |
| 2835 | LVNV FUNDING LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | 01/07/09 | 602.15 | CIRCUIT CITY STORES, INC. | U |
| 4506 | CITY OF RANCHO CUCAMONGA<br>10500 Civic Ctr Dr<br>PO Box 2300<br>Rancho Cucamonga, CA 91729-2300 | 01/16/09 | 9,495.24 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B
CONTINUED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 924 | A&E TELEVISION NETWORK<br>ATTN LEGAL DEPARTMENT<br>235 E 45TH ST<br>NEW YORK, NY 10017 | 12/19/08 | 970,182.58 | CIRCUIT CITY STORES, INC. | U |
| 13232 | AT&T<br>AT&T Attorney James Grudus Esq<br>AT&T Services Inc<br>One AT&T Way Rm 3A218<br>Bedminster, NJ 07921 | 06/01/09 | 26,408.04 | CIRCUIT CITY STORES, INC. | U |
| 2056 | AT&T CORP<br>AT&T Attorney James Grudus Esq<br>One AT&T Way Rm 3A218<br>Bedminster, NJ 07921 | 12/23/08 | 203,718.97 | CIRCUIT CITY STORES, INC. | U |
| 2481 | ATLANTIC CITY ELECTRIC<br>PO Box 4875<br>Trenton, NJ 08650-4875 | 01/05/09 | 23,194.90 | CIRCUIT CITY STORES, INC. | U |
| 15047 | AUDREY SOLTIS<br>c o Butwinick Donaldson<br>325 33rd Ave N Ste 104<br>Saint Cloud, MN 56303 | 06/01/10 | 485,000.00 | CIRCUIT CITY STORES, INC. | U |
| 15138 | Carole Kaylor<br>c o Thomas P Finn Esq<br>153 Lakemont Park Blvd<br>Altoona, PA 16602 | 09/14/10 | 35,000.00 | Circuit City Stores, Inc. | U |
| 10176 | CENTRAL GEORGIA EMC ELEC<br>923 S MULBERRY ST<br>JACKSON, GA 30233-2398 | 01/30/09 | 1,893.22 | CIRCUIT CITY STORES, INC. | U |
| 1689 | CENTRAL MAINE POWER CO<br>Attn Bankruptcy Dept<br>83 Edison Dr<br>Augusta, ME 04336 | 12/19/08 | 22,644.35 | CIRCUIT CITY STORES, INC. | U |
| 6562 | CHAMBERLAIN, GARY<br>115 Falling Leaves Dr<br>Warner Robins, GA 31088-6458 | 01/27/09 | 999.97 | CIRCUIT CITY STORES, INC. | U |
| 11889 | CHICAGO, CITY OF<br>DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>121 N LASALLE RM 107A<br>CHICAGO, IL 60602 | 03/13/09 | 1,410.00 | CIRCUIT CITY STORES, INC. | U |
| 9339 | CHRIN HAULING INC<br>635 Industrial Dr<br>Easton, PA 18042 | 01/30/09 | 955.65 | CIRCUIT CITY STORES, INC. | U |
| 1780 | CITY OF HOMESTEAD FL<br>c o Douglas R Gonzales Esq<br>Weiss Serota Helfman<br>200 E Broward Blvd Ste 1900<br>Fort Lauderdale, FL 33301 | 12/19/08 | 1,132.60 | CIRCUIT CITY STORES, INC. | U |
| 2306 | COMED<br>Attn Bankruptcy Section Revenue<br>Management<br>2100 Swift Dr<br>Oakbrook, IL 60523 | 12/22/08 | 11,516.26 | CIRCUIT CITY STORES, INC. | U |
| 14584 | CONNECTICUT LIGHT AND POWER<br>Credit and Collection Center<br>Northeast Utilities<br>PO Box 2899<br>Hartford, CT 06101-8307 | 07/17/09 | 14,972.47 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B
CONTINUED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 1842 | CONSOLIDATED EDISON COMPANY OF NEW YORK INC<br>Bankruptcy Group<br>4 Irving Pl Rm 1875 S<br>New York, NY 10003 | 12/18/08 | 56,911.04 | CIRCUIT CITY STORES, INC. | U |
| 2482 | DELMARVA POWER<br>Pepco Holdings Inc<br>5 Collins Dr Ste 2133<br>Carneys Point, NJ 08069 | 01/05/09 | 19,610.17 | CIRCUIT CITY STORES, INC. | U |
| 1797 | DUKE ENERGY CAROLINAS<br>PO Box 1006<br>EC03T<br>Charlotte, NC 28201 | 12/15/08 | 33,043.58 | CIRCUIT CITY STORES, INC. | U |
| 10128 | DUKE ENERGY INDIANA<br>1000 E Main St<br>Plainfield, IN 46168 | 01/29/09 | 20,144.19 | CIRCUIT CITY STORES, INC. | U |
| 10130 | DUKE ENERGY KENTUCKY<br>644 LINN ST<br>CINCINNATI, OH 45203 | 01/29/09 | 5,427.36 | CIRCUIT CITY STORES, INC. | U |
| 10129 | DUKE ENERGY OHIO<br>139 E 4th St<br>Cincinnati, OH 45201 | 01/29/09 | 24,366.74 | CIRCUIT CITY STORES, INC. | U |
| 6519 | EL PASO ELECTRIC COMPANY<br>Attn Kathy Barton<br>100 N Stanton<br>El Paso, TX 79901 | 01/23/09 | 16,464.10 | CIRCUIT CITY STORES, INC. | U |
| 6083 | ENTERGY ARKANSAS INC<br>Mail Unit L JEF 359<br>PO Box 6008<br>New Orleans, LA 70174-6008 | 01/27/09 | 4,505.98 | CIRCUIT CITY STORES, INC. | U |
| 6085 | ENTERGY GULF STATES LA LLC<br>Mail Unit L JEF 359<br>PO Box 6008<br>New Orleans, LA 70174-6008 | 01/27/09 | 19,800.04 | CIRCUIT CITY STORES, INC. | U |
| 6082 | ENTERGY LOUISIANA LLC<br>Mail Unit L JEF 359<br>PO Box 6008<br>New Orleans, LA 70174-6008 | 01/27/09 | 35,459.45 | CIRCUIT CITY STORES, INC. | U |
| 6506 | ENTERGY MISSISSIPPI INC<br>Mail Unit L JEF 359<br>PO Box 6008<br>New Orleans, LA 70174-6008 | 01/27/09 | 681.68 | CIRCUIT CITY STORES, INC. | U |
| 6086 | ENTERGY TEXAS INC<br>Mail Unit L JEF 359<br>PO Box 6008<br>New Orleans, LA 70174-6008 | 01/27/09 | 38,387.18 | CIRCUIT CITY STORES, INC. | U |
| 1851 | FERGUSON CABLING CORP<br>203 Orange St<br>Palm Harbor, FL 34683 | 12/22/08 | 13,390.00 | CIRCUIT CITY STORES, INC. | U |
| 8815 | FIRST ENERGY SOLUTIONS<br>Attn Bankruptcy Analyst<br>341 White Pond Dr<br>A WAC B21<br>Akron, OH 44320 | 01/30/09 | 11,936.65 | CIRCUIT CITY STORES, INC. | U |
| 3468 | GREYSTONE POWER CORPORATION ELEC<br>PO BOX 6071<br>DOUGLASVILLE, GA 30154-6071 | 01/13/09 | 7,489.90 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B
CONTINUED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 426 | GULF POWER COMPANY<br>One Energy Place<br>Bin 712 D Gaines<br>Pensacola, FL 32520 | 12/01/08 | 16,861.51 | CIRCUIT CITY STORES, INC. | U |
| 167 | ILLUMINATING CO, THE<br>6896 MILLER RD<br>BRECKSVILLE, OH 44141 | 12/01/08 | 15,861.41 | CIRCUIT CITY STORES, INC. | U |
| 6045 | JACK HERNANDEZ AND ALL THOSE SIMILARLY SITUATED<br>c o Righetti Glugoski PC Matthew Righetti<br>456 Montgomery St Ste 1400<br>San Francisco, CA 94104 | 01/13/09 | 220,205.20 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 127 | JERSEY CENTRAL POWER & LIGHT A FIRST ENERGY COMPANY<br>331 Newman Spgs Rd Bldg 3<br>Red Bank, NJ 07701 | 11/17/08 | 51,436.17 | CIRCUIT CITY STORES, INC. | U |
| 1680 | JOHNSON CITY POWER BOARD<br>PO Box 1636<br>Johnson City, TN 37615-1636 | 12/16/08 | 15,559.40 | CIRCUIT CITY STORES, INC. | U |
| 6040 | JONATHAN CARD AND ALL THOSE SIMILARLY SITUATED<br>c o Righetti Glugoski PC Matthew Righetti<br>456 Montgomery St Ste 1400<br>San Francisco, CA 94104 | 01/13/09 | 195,003.45 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 8717 | JOSEPH SKAF AND ALL THOSE SIMILARLY SITUATED<br>Edwin Aiwazian<br>c o The Aiwazian Law Firm<br>410 W Arden Ave Ste 203<br>Glendale, CA 91203 | 01/30/09 | 636,674.40 | CIRCUIT CITY STORES, INC. | U |
| 5401 | LOPRESTI, MARY<br>28 SUHUPP RD<br>HAMDEN, CT 06514 | 01/26/09 | 5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 7451 | BR FRIES & ASSOCIATES LLC<br>c o Lewis W Siegel<br>355 Lexington Ave Ste 1400<br>New York, NY 10017 | 01/28/09 | 199,393.04 | CIRCUIT CITY STORES, INC. | U |
| 3529 | CAMPBELL, NOELLE<br>6409 MORGAN DRIVE<br>LATTA, SC 29565-5331 | 01/13/09 | 50,000.00 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT C

CLAIMS FOR WHICH OBJECTION WITHDRAWN

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 12971 | CITY OF FORT LAUDERDALE FL<br>City Attorneys Office<br>100 N Andrews Ave 7th Fl<br>Ft Lauderdale, FL 33301 | 05/07/09 | 54.22 | CIRCUIT CITY STORES, INC. | P |
| 12971 | CITY OF FORT LAUDERDALE FL<br>City Attorneys Office<br>100 N Andrews Ave 7th Fl<br>Ft Lauderdale, FL 33301 | 05/07/09 | 765.70 | CIRCUIT CITY STORES, INC. | U |

LA254464    Page 1 of 1