Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - -          x
In re:                               :     Chapter 11
                                     :
CIRCUIT CITY STORES, INC., et al.,   :     Case No. 08-35653 (KRH)
                                     :
                    Debtors.         :
- - - - - - - - - - - - - -          :     Jointly Administered
                                     x

**ORDER SUSTAINING LIQUIDATING TRUST'S THIRTY-FIRST OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's

Thirty-First Omnibus Objection to Claims Omnibus Objection to Claims (Disallowance of

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Certain Invalid Claims) (the "Objection"), which requested, among other things, that the

claims specifically identified on Exhibit B attached to the Objection be disallowed for

those reasons set forth in the Objection; and it appearing that due and proper notice and

service of the Objection as set forth therein was good and sufficient and that no other

further notice or service of the Objection need be given; and it further appearing that no

response was timely filed or properly served by the Claimants being affected by this Order;

and it appearing that the relief requested on the Objection is in the best interest of the

Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after

due deliberation thereon good and sufficient cause exists for the granting of the relief as set

forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.     The Objection is SUSTAINED.

2.     The Claims identified on Exhibit A as attached hereto and

incorporated herein are forever disallowed in their entirety for all purposes in these

bankruptcy cases.

3.     The Court will conduct a status conference on July 10, 2012 at 2:00

p.m. for all Claims identified in the Response/Action column as "Received- Continued" on

Exhibit B attached hereto.

4.     The Liquidating Trust's rights to object to any claim including

(without limitation) the Claims subject to the Objection, on any grounds that applicable

law permits, are not waived and are expressly reserved.

5.     The Liquidating Trust shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or before five (5) business days from

the entry of this Order.

      6.     This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
              _____, 2012


                  _____
                  HONORABLE KEVIN R. HUENNEKENS
                  UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

     - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

     - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

  Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

       */s/ Lynn L. Tavenner*
       Lynn L. Tavenner

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | Name & Address | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 12183 | MARIN MUNICIPAL WATER DISTRICT<br>P O BOX 994<br>CORTE MADERA, CA 94976-0994 | 03/23/09 | 1,140.55 | CIRCUIT CITY STORES, INC. | U |
| 6444 | MATRIX TELECOM, INC<br>Attn General Counsel<br>7171 Forest Lane  Suite 700<br>Dallas, TX 75230 | 01/26/09 | 33,751.57 | CIRCUIT CITY STORES, INC. | U |
| 6801 | MCCABE, CHRIS C<br>18314 E 9TH AVE<br>GREENACRES, WA 99016 | 01/28/09 | 675.00 | CIRCUIT CITY STORES, INC. | U |
| 7755 | MCGAUGH, DAMIEN H<br>1805 PORTGLEN<br>LEAGUE CITY, TX 77573 | 01/29/09 | 845.31 | CIRCUIT CITY STORES, INC. | P |
| 5714 | MEMOLI, MELINDA<br>288 S MAIN ST STE 3<br>THOMASTON, CT 06787 | 01/26/09 | 489,050.00 | CIRCUIT CITY STORES, INC. | U |
| 5714 | MEMOLI, MELINDA<br>288 S MAIN ST STE 3<br>THOMASTON, CT 06787 | 01/26/09 | 10,950.00 | CIRCUIT CITY STORES, INC. | P |
| 13479 | MERCURY INSURANCE COMPANY<br>PO Box 10730<br>Santa Ana, CA 92711 | 06/24/09 | 23,965.59 | CIRCUIT CITY STORES, INC. | U |
| 11585 | MERCURY INSURANCE COMPANY<br>PO Box 10730<br>Santa Ana, CA 92711 | 03/12/09 | 23,965.59 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 3194 | MIAMI DADE COUNTY CONSUMER SERVICES DEPARTMENT<br>Miami Dade County Bankruptcy Unit<br>140 W Flagler St Ste 1403<br>Miami, FL 33130 | 01/12/09 | 710.00 | CIRCUIT CITY STORES, INC. | U |
| 4791 | MIDTOWN MIAMI COMM DEVLP DIST<br>Billing Cochran Lyles Mauro G Ramsey PA<br>Attn Michael J Pawelczyk<br>SunTrust Center<br>515 E Las Olas Blvd 6th Fl<br>Fort Lauderdale, FL 33301 | 01/21/09 | 6,072.50 | CIRCUIT CITY STORES, INC. | U |
| 996 | MILLBURY, TOWN OF<br>DEPT OF WEIGHTS & MEASURES<br>127 ELM ST<br>MILLBURY, MA 01527 | 12/16/08 | 500.00 | CIRCUIT CITY STORES, INC. | U |
| 4583 | MILLBURY, TOWN OF<br>DEPT OF WEIGHTS & MEASURES<br>127 ELM ST<br>MILLBURY, MA 01527 | 01/20/09 | 500.00 | CIRCUIT CITY STORES, INC. | U |
| 1276 | MILWAUKEE PRESSURE WASH<br>PO BOX 170036<br>MILWAUKEE, WI 53217 | 12/18/08 | 2,999.99 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | Name & Address | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 1734 | MINNIX, KIM D<br>111 Blue Springs Ct<br>Kissimmee, FL 34743 | 12/09/08 | 2,314.00 | CIRCUIT CITY STORES, INC. | U |
| 1735 | MINNIX, KIM D<br>111 Blue Springs Ct<br>Kissimmee, FL 34743 | 12/09/08 | 1,641.00 | CIRCUIT CITY PROPERTIES, LLC | U |
| 2522 | MITCHELL, EUGENE O<br>808 LAKECREST AVE APT 103<br>HIGH POINT, NC 27265 | 01/05/09 | 0.00 | CIRCUIT CITY STORES, INC. | P |
| 2576 | MONTAGE INC<br>3050 CENTRE POINTE DR STE 50<br>ROSEVILLE, MN 55113 | 01/05/09 | 2,275.00 | CIRCUIT CITY STORES, INC. | U |
| 4349 | MOTION INDUSTRIES<br>PO BOX 1477<br>BIRMINGHAM, AL 35201-1477 | 01/20/09 | 619.56 | CIRCUIT CITY STORES, INC. | U |
| 603 | MURRIETA, CITY OF<br>1 TOWN SQUARE<br>24601 JEFFERSON AVE<br>MURRIETA, CA 92562 | 12/04/08 | 600.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 1146 | NEWPORT BEACH, CITY OF<br>PO BOX 1768<br>3300 NEWPORT BLVD<br>NEWPORT BEACH, CA 92658-8195 | 12/16/08 | 591.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 1258 | NIXON PEABODY LLP<br>100 Summer St<br>Boston, MA 02110 | 12/18/08 | 2,600.79 | CIRCUIT CITY STORES, INC. | U |
| 2638 | NORTH ATTLEBOROUGH ELECTRIC<br>275 LANDRY AVE<br>NORTH ATTLEBOROUGH, MA 02760 | 01/05/09 | 11,441.49 | CIRCUIT CITY STORES, INC. | U |
| 14635 | NORTHEAST VERIZON WIRELESS<br>Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 | 09/15/09 | 5,309.22 | CIRCUIT CITY STORES, INC. | U |
| 1739 | NU ENTERPRISES INC<br>125 Infield Ct<br>Mooresville, NC 28117 | 12/16/08 | 560.00 | CIRCUIT CITY STORES, INC. | U |
| 5999 | OHIO BUREAU OF WORKERS COMPENSATION<br>Legal Division Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | 01/13/09 | 383,596.82 | CIRCUIT CITY STORES, INC. | U |
| 7013 | OLIN, RYAN<br>20041 Osterman Rd Apt W8<br>LAKE FOREST, CA 92630 | 01/28/09 | 250,000.00 | CIRCUIT CITY STORES, INC. | U |
| 1392 | OMEGA WASTE MANAGEMENT INC<br>PO BOX 495<br>CORNING, CA 96021 | 12/19/08 | 47,266.20 | CIRCUIT CITY STORES, INC. | U |
| 6126 | P PELLEGRINO TRUCKING CO INC<br>PO Box 511 MO<br>Shrewsbury, MA 01545 | 01/27/09 | 716.84 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | Name & Address | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 13374 | PENSKE<br>Penske Truck Leasing<br>Rt 10 Green Hills<br>PO Box 563<br>Reading, PA 19603 | 06/15/09 | 181,199.83 | CIRCUIT CITY STORES, INC. | U |
| 4787 | PINE TREE ENVIRONMENTAL<br>PO Box 275<br>West Nyack, NY 10994 | 01/21/09 | 3,120.02 | CIRCUIT CITY STORES, INC. | U |
| 4918 | PNM ELECTRIC & GAS SERVICES<br>P O BOX 349<br>ALBUQUERQUE, NM 87103 | 01/22/09 | 13,182.52 | CIRCUIT CITY STORES, INC. | U |
| 7105 | PORTILLO, CARLOS<br>PO BOX 412403<br>LOS ANGELES, CA 90041-9403 | 01/28/09 | 15,000.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 705 | PORTLAND GENERAL ELECTRIC<br>PORTLAND GENERAL ELECTRIC PGE<br>7800 SW MOHAWK ST<br>TUALATIN, OR 97062-9192 | 12/09/08 | 4,473.58 | CIRCUIT CITY STORES, INC. | U |
| 706 | PORTLAND GENERAL ELECTRIC<br>PORTLAND GENERAL ELECTRIC PGE<br>7800 SW MOHAWK ST<br>TUALATIN, OR 97062-9192 | 12/09/08 | 3,463.03 | CIRCUIT CITY STORES, INC. | U |
| 5598 | POTOMAC ELECTRIC POWER COMPANY<br>Pepco<br>PO Box 97274<br>Washington, DC 20090-7274 | 01/07/09 | 8,112.27 | CIRCUIT CITY STORES, INC. | U |
| 4620 | PRECISION CAMERA REPAIR<br>3 ANNGINA DR<br>ENFIELD, CT 06082 | 01/16/09 | 1,453.56 | CIRCUIT CITY STORES, INC. | U |
| 1252 | PREMIER HOME TECHNICIANS<br>9508 W GARBIT TRL<br>PEORIA, AZ 85383 | 12/18/08 | 25,549.00 | CIRCUIT CITY STORES, INC. | U |
| 5866 | PRO FORMANCE BLDG MNT INC<br>11509 DORSETT RD<br>MARYLAND HEIGHTS, MO 63043 | 01/16/09 | 2,304.00 | CIRCUIT CITY STORES, INC. | U |
| 9151 | PROGRESS ENERGY FLORIDA<br>Attn Hodges Williams<br>5225 Tech Doda Dr<br>Clearwater, FL 33760 | 01/30/09 | 47,785.29 | CIRCUIT CITY STORES, INC. | U |
| 1839 | PROJECTION PRESENTATION TECHNOLOGY<br>Attn Ricky Karim<br>5803 Rolling Rd Ste 207<br>Springfield, VA 22152 | 12/22/08 | 5,427.75 | CIRCUIT CITY STORES, INC. | U |
| 204 | PUGET SOUND ENERGY<br>PO Box 90868<br>Closed Accts Dept BOT 01G<br>Bellevue, WA 98009-0868 | 12/01/08 | 14,563.62 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | Name & Address | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 2941 | QUALITY CONCRETE OF ATLANTA INC<br>2910 PEACHTREE INDUSTRIAL BLVD<br>BUFORD, GA 30518 | 01/08/09 | 320.84 | CIRCUIT CITY STORES, INC. | U |
| 2941 | QUALITY CONCRETE OF ATLANTA INC<br>2910 PEACHTREE INDUSTRIAL BLVD<br>BUFORD, GA 30518 | 01/08/09 | 2,800.00 | CIRCUIT CITY STORES, INC. | U |
| 15211 | Robert E Marshall<br>George J Cosenza Attorney at Law<br>515 Market St<br>PO Box 4<br>Parkersburg, WV 26102 | 02/04/11 | 19,401.12 | Circuit City Stores, Inc. | U |
| 8840 | ROBINSON, RICHARD R<br>6505 78TH ST<br>CABIN JOHN, MD 20818 | 01/30/09 | 500.00 | CIRCUIT CITY STORES, INC. | U |
| 2517 | ROCKFORD CORPORATION<br>600 S ROCKFORD DR<br>TEMPE, AZ 85281 | 01/05/09 | 3,515.55 | CIRCUIT CITY STORES, INC. | U |
| 5266 | ROCKY MOUNTAIN POWER<br>PO Box 25308<br>Salt Lake City, UT 84125-0308 | 01/21/09 | 19,259.92 | CIRCUIT CITY STORES, INC. | U |
| 6043 | ROLLOFFS HAWAII INC<br>PO Box 30046<br>Honolulu, HI 96820 | 01/27/09 | 715.00 | CIRCUIT CITY STORES, INC. | U |
| 2469 | ROTO ROOTER<br>6303 MACPHERSON AVE<br>LEVITTOWN, PA 19057 | 01/05/09 | 2,659.00 | CIRCUIT CITY STORES, INC. | U |
| 2723 | RUSH ELECTRONICS<br>4402 W EMERALD ST<br>BOISE, ID 83706 | 01/07/09 | 4,779.96 | CIRCUIT CITY STORES, INC. | U |
| 1994 | SANTA BARBARA NEWS PRESS<br>PO BOX 1359<br>SANTA BARBARA, CA 93102-1359 | 12/26/08 | 1,117.89 | CIRCUIT CITY STORES, INC. | U |
| 352 | SANWEN HK INTERNATIONAL CO LTD<br>Attn Windy Wang<br>No 24 3 Sinle Road<br>Tainan 702 Taiwan | 11/24/08 | 35,741.80 | CIRCUIT CITY STORES, INC. | U |
| 13197 | SECURITY RESOURCES<br>SRI CORPORATE CENTER<br>1155 MARLKRESS RD<br>CHERRY HILL, NJ 08003 | 06/01/09 | 3,228.94 | CIRCUIT CITY STORES, INC. | U |
| 919 | SETLIFF & HOLLAND PC<br>4940 DOMINION BLVD<br>GLEN ALLEN, VA 23060 | 12/19/08 | 1,389.03 | CIRCUIT CITY STORES, INC. | U |
| 2129 | SIEWERT, DALE<br>183 ENLOE ST<br>HENDERSON, NV 89074-2834 | 12/30/08 | 873.95 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | Name & Address | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 7027 | SIGHT & SOUND SOLUTIONS<br>2107 ERIN LN<br>BELLEVUE, TN 37221-2229 | 01/28/09 | 11,486.00 | CIRCUIT CITY STORES, INC. | U |
| 8776 | SIMMONS JANNACE & STAGG LLP<br>115 EILEEN WAY STE 103<br>SYOSSET, NY 11791-3139 | 01/30/09 | 3,569.24 | CIRCUIT CITY STORES, INC. | U |
| 9791 | SIMMS, DEREK<br>Derek L Simms<br>103 Federal Manor<br>Federalsburg, MD 21632 | 01/29/09 | 1,800.00 | CIRCUIT CITY STORES, INC. | U |
| 9791 | SIMMS, DEREK<br>Derek L Simms<br>103 Federal Manor<br>Federalsburg, MD 21632 | 01/29/09 | 1,800.00 | CIRCUIT CITY STORES, INC. | U |
| 154 | SLICER & ASSOCIATES LLC<br>PO BOX 1647<br>WEST CHATHAM, MA 02669 | 12/04/08 | 750.00 | CIRCUIT CITY STORES, INC. | U |
| 2529 | SNOHOMISH COUNTY PUD<br>P O  Box 1100<br>Everett, WA 98206 | 01/05/09 | 7,215.55 | CIRCUIT CITY STORES, INC. | U |
| 454 | SOUNDS GOOD INSTALLATIONS LLC<br>26 FOX RD<br>WALTHAM, MA 02451 | 12/01/08 | 12,125.00 | CIRCUIT CITY STORES, INC. | U |
| 8713 | SOUTHERN WASTE SYSTEMS OF LA<br>Kristin Keller AP<br>PO Box 641248<br>Kenner, LA 70064 | 01/30/09 | 6,072.80 | CIRCUIT CITY STORES, INC. | U |
| 9131 | SOUTHLAND WASTE SYSTEMS OF<br>GEORGIA<br>2201 Trade Dr<br>Macon, GA 31217 | 01/30/09 | 1,008.94 | CIRCUIT CITY STORES, INC. | U |
| 2126 | ST PETERSBURG, CITY OF<br>PO BOX 2842<br>ST PETERSBURG, FL 33731 | 12/30/08 | 735.00 | CIRCUIT CITY STORES, INC. | U |
| 1232 | STATE OF FLORIDA DEPT OF BUSINESS<br>& PROF REG<br>ATTN ANNE BAILEY<br>C O OFFICE OF GENERAL COUNSEL<br>DIVISION OF HOTELS & RESTAURANTS<br>1940 N MONROE ST<br>TALLAHASSEE, FL 32399-2202 | 12/18/08 | 632.00 | CIRCUIT CITY STORES, INC. | U |
| 8828 | STEELE, PHILLIP LEE<br>2016 MORNINGSIDE DR APT C<br>BURLINGTON , NC 27217 | 01/30/09 | 3,189.74 | CIRCUIT CITY STORES, INC. | U |
| 8419 | STOCKETT, LES K<br>9201 PARAGON WAY<br>BOYNTON BEACH, FL 33472 | 01/29/09 | 653.78 | CIRCUIT CITY STORES, INC. | U |
| 556 | STRUCTURED WIRING SOLUTIONS INC<br>2003 SHIRLEY RD<br>Wilmington, NC 28405 | 11/28/08 | 10,385.00 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | Name & Address | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 9283 | SUPERIOR WASTE SERVICES<br>Attn Roger Saunders Sec of Treas<br>PO Box 10625<br>Wilmington, NC 28404-0625 | 01/30/09 | 537.25 | CIRCUIT CITY STORES, INC. | U |
| 865 | TAXTALENT COM<br>1459 STUART ENGALS BLVD<br>STE 302<br>MT PLEASANT, SC 29464 | 12/08/08 | 995.00 | CIRCUIT CITY STORES, INC. | U |
| 1744 | THE BROOKLYN UNION GAS COMPANY<br>DBA NATIONAL GRID NEW YORK<br>Attn Mr S Tuminello 13th Fl<br>National Grid New York<br>One MetroTech Ctr<br>Brooklyn , NY 11201 | 12/16/08 | 1,914.10 | CIRCUIT CITY STORES, INC. | U |
| 14763 | THE UNITED TELEPHONE COMPANY OF<br>PENNSYLVANIA LLC<br>PO Box 7971<br>Shawnee Mission, KS 66207-0971 | 12/07/09 | 1,312.52 | CIRCUIT CITY STORES, INC. | U |
| 7135 | THOMPSON TRACTOR COMPANY INC<br>PO Box 10367<br>Birmingham, AL 35202 | 01/28/09 | 1,099.66 | CIRCUIT CITY STORES, INC. | U |
| 6165 | THRU WAY PLUMBING & HEATING<br>RFD 5 184 CROTON AVENUE<br>MT KISCO, NY 10549 | 01/27/09 | 3,848.04 | CIRCUIT CITY STORES, INC. | U |
| 8913 | TIDEWATER FIBRE CORP DBA TFC<br>RECYCLING<br>TFC Recycling<br>1958 Diamond Hill Rd<br>Chesapeake, VA 23324 | 01/30/09 | 1,143.62 | CIRCUIT CITY STORES, INC. | U |
| 3841 | TIFFANY MAINTENANCE SERVICE<br>PO BOX 25596<br>NEWARK, NJ 07101-0000 | 01/15/09 | 2,010.00 | CIRCUIT CITY STORES, INC. | U |
| 13222 | TIFFANY MAINTENANCE SERVICE CO INC<br>Abdon Martinez<br>Commercial Cleaning Complete Cleaning of<br>Carpet & Tile<br>PO Box 25596<br>Newark, NJ 07101 | 06/01/09 | 1,206.00 | CIRCUIT CITY STORES, INC. | U |
| 14827 | TIFFANY MAINTENANCE SERVICE CO INC<br>PO Box 25596<br>Newark, NJ 07101 | 03/08/10 | 1,876.00 | CIRCUIT CITY STORES, INC. | U |
| 790 | TIME MACHINE INC, THE<br>2335 HONOLULU AVE<br>MONTROSE, CA 91020 | 12/11/08 | 2,982.00 | CIRCUIT CITY STORES, INC. | U |
| 1459 | TMLP<br>PO BOX 870<br>TAUNTON, MA 02780-0870 | 12/16/08 | 14,958.40 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | Name & Address | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 5251 | TROIANO WASTE SERVICES<br>PO Box 3541<br>Portland, ME 04104 | 01/26/09 | 1,277.84 | CIRCUIT CITY STORES, INC. | U |
| 4118 | TRU DEV INC<br>9500 7TH ST E<br>RANCHO CUCAMONGA, CA 91730 | 01/20/09 | 21,000.00 | CIRCUIT CITY STORES, INC. | U |
| 5361 | TRUSSVILLE UTILITIES BOARD, AL<br>P O BOX 836<br>TRUSSVILLE, AL 35173 | 01/26/09 | 1,183.01 | CIRCUIT CITY STORES, INC. | U |
| 9234 | TUCOWS COM<br>96 MOWAT AVE<br>TORONTO, ON M6K3M1 | 01/30/09 | 3,750.00 | CIRCUIT CITY STORES, INC. | U |
| 891 | TV TECK TELEVISION & VIDEO<br>15230 HIGHWAY 3<br>WEBSTER, TX 77598 | 12/10/08 | 3,141.00 | CIRCUIT CITY STORES, INC. | U |
| 1284 | UGI ENERGY SERVICES INC<br>PO BOX 827032<br>PHILADELPHIA, PA 19182-7032 | 12/18/08 | 3,826.94 | CIRCUIT CITY STORES, INC. | U |
| 14838 | UNITED STATES POSTAL SERVICE<br>Main Office Window Services<br>1801 Brook Rd<br>Richmond, VA 23232-9998 | 03/09/10 | 1,860.00 | CIRCUIT CITY STORES, INC. | U |
| 14756 | UNITED TELEPHONE SOUTHEAST LLC<br>PO Box 7971<br>Shawnee Mission, KS 66207-0971 | 12/07/09 | 6,091.04 | CIRCUIT CITY STORES, INC. | U |
| 1992 | UNITED WAY OF VIRGINIA PENINSU<br>739 THIMBLE SHOALS BLVD STE 302<br>NEWPORT NEWS, VA 23606-3562 | 12/29/08 | 1,300.00 | CIRCUIT CITY STORES, INC. | U |
| 2402 | VACAVILLE, CITY OF<br>City of Vacaville<br>Admin Services Finance Division<br>650 Merchant St<br>Vacaville, CA 95688-6908 | 01/02/09 | 887.50 | CIRCUIT CITY STORES, INC. | U |
| 1130 | VECTREN ENERGY DELIVERY/SOUTH<br>6250<br>P O BOX 6250<br>INDIANAPOLIS, IN 46206-6250 | 12/15/08 | 9,657.35 | CIRCUIT CITY STORES, INC. | U |
| 10435 | VELEZ, JOSE<br>c o Robert K Dawkins Reg Atty<br>EEOC Atlanta District Office<br>100 Alabama St SW Ste 4R30<br>Atlanta, GA 30303 | 02/17/09 | 10,000.00 | CIRCUIT CITY STORES, INC. | U |
| 10435 | VELEZ, JOSE<br>c o Robert K Dawkins Reg Atty<br>EEOC Atlanta District Office<br>100 Alabama St SW Ste 4R30<br>Atlanta, GA 30303 | 02/17/09 | 328,000.00 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | Name & Address | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 827 | VERMONT GAS SYSTEMS, INC<br>P O BOX 1722<br>BRATTLEBORO, VT 05302 | 12/12/08 | 629.22 | CIRCUIT CITY STORES, INC. | U |
| 2920 | VICTORVILLE, CITY OF<br>VICTORVILLE CITY OF<br>14343 CIVIC DR<br>P O BOX 5001<br>VICTORVILLE, CA 92393-5001 | 01/08/09 | 529.71 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 4221 | VIDEO 7<br>22 KNEEN ST<br>SHELTON, CT 06484 | 01/15/09 | 16,162.00 | CIRCUIT CITY STORES, INC. | U |
| 5625 | WARE DISPOSAL INC<br>PO Box 8089<br>Newport Beach, CA 92658 | 01/16/09 | 1,223.40 | CIRCUIT CITY STORES, INC. | U |
| 1762 | WASHINGTON GAS<br>Bankruptcy Dept<br>6801 Industrial Rd Rm 320D<br>Springfield, VA 22151 | 12/18/08 | 7,210.89 | CIRCUIT CITY STORES, INC. | U |
| 4425 | WASTE CONNECTIONS DBA DM DISPOSAL<br>DM Disposal<br>PO Box 532<br>Puyallup , WA 98424-0055 | 01/20/09 | 945.15 | CIRCUIT CITY STORES, INC. | U |
| 10927 | WASTE MANAGEMENT<br>c o Jacquolyn E Mills<br>1001 Fannin Ste 4000<br>Houston, TX 77002-0000 | 02/04/09 | 27,545.97 | CIRCUIT CITY STORES, INC. | U |
| 8711 | WASTE PRO<br>Michele Nobles Office Mgr<br>4100 Selvitz Rd<br>Ft Pierce, FL 34981-4728 | 01/30/09 | 942.28 | CIRCUIT CITY STORES, INC. | U |
| 8034 | WCA OF ALABAMA LLC<br>1130 County Line Rd<br>Trafford, AL 35172 | 01/26/09 | 683.27 | CIRCUIT CITY STORES, INC. | U |
| 2506 | WESTERN EXCHANGE<br>PO BOX 9974<br>GLENDALE, CA 91226 | 01/05/09 | 637.29 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 1235 | WILKINSON BARKER KNAUER LLP<br>2300 N ST NW STE 700<br>WASHINGTON, DC 20037 | 12/18/08 | 594.00 | CIRCUIT CITY STORES, INC. | U |
| 3922 | WOODBRIDGE GLASS COMPANY INCORPORATED<br>Edward H Nethercutt<br>14312 Jefferson Davis Hwy<br>Woodbridge, VA 22191 | 01/16/09 | 32,060.00 | CIRCUIT CITY STORES, INC. | U |
| 11816 | WPMT TV<br>15247 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | 03/20/09 | 5,877.75 | CIRCUIT CITY STORES, INC. | U |
| 2113 | YRC LOGISTICS INC<br>Attn John F Kostelnik<br>Frantz Ward LLP<br>2500 Key Center<br>127 Public Sq<br>Cleveland, OH 44114 | 12/30/08 | 16,050.20 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B
CONTINUED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 348 | MERCER<br>Attn Alisa Mumola<br>411 W Putnam Ave Ste 425<br>Greenwich, CT 06830 | 11/24/08 | 217,830.00 | CIRCUIT CITY STORES, INC. | U |
| 3109 | MISHAWAKA UTILITIES<br>P O BOX 363<br>MISHAWAKA, IN 46546-0363 | 01/09/09 | 4,653.68 | CIRCUIT CITY STORES, INC. | U |
| 6457 | MISSISSIPPI POWER<br>ATTN JAN STUART<br>401 W MAIN AVE<br>LUMBERTON, MS 39455-2436 | 01/14/09 | 5,945.70 | CIRCUIT CITY STORES, INC. | U |
| 3363 | MODESTO IRRIGATION DISTRICT<br>PO Box 5355<br>Modesto, CA 95352-5355 | 01/12/09 | 9,536.58 | CIRCUIT CITY STORES, INC. | U |
| 4253 | NASHVILLE ELECTRIC SERVICE<br>1214 CHURCH ST<br>NASHVILLE, TN 37246-0003 | 01/15/09 | 16,895.03 | CIRCUIT CITY STORES, INC. | U |
| 1081 | NEW YORK CITY DEPT OF FINANCE<br>59 MAIDEN LN<br>NEW YORK, NY 10038 | 12/19/08 | 940.31 | CIRCUIT CITY STORES, INC. | U |
| 1543 | NORTHERN INDIANA PUBLIC SERVICE COMPANY<br>Attn Revenue Assurance & Recovery<br>801 E 86th Ave<br>Merrillville, IN 46410 | 12/05/08 | 15,866.07 | CIRCUIT CITY STORES, INC. | U |
| 5721 | NORTHERN STATES POWER CO DBA XCEL ENERGY A MINNESOTA COMPANY<br>3215 Commerce St<br>La Crosse, WI 54603 | 01/26/09 | 32,292.29 | CIRCUIT CITY STORES, INC. | U |
| 3988 | NSTAR ELECTRIC COMPANY<br>800 Boylston St 17th Fl<br>Boston, MA 02119 | 01/13/09 | 27,824.03 | CIRCUIT CITY STORES, INC. | U |
| 15178 | Patrick J Manzi Jr and Kimberly Manzi<br>Rob Levine & Associates LTD<br>544 Douglas Ave<br>Providence, RI 02908 | 12/13/10 | 8,000.00 | Circuit City Stores, Inc. | U |
| 6755 | PATRIOT DISPOSAL CO INC<br>2208 Plainfield Pike<br>Johnston, RI 02919-5717 | 01/28/09 | 1,810.08 | CIRCUIT CITY STORES, INC. | U |
| 126 | PENNSYLVANIA ELECTRIC COMPANY A FIRSTENERGY COMPANY<br>331 Newman Spgs Rd Bldg 3<br>Red Bank, NJ 07701 | 11/17/08 | 9,929.13 | CIRCUIT CITY STORES, INC. | U |
| 3911 | PREMIER MOUNTS<br>PROGRESSIVE MARKETING PRODUCTS<br>PO BOX 894441<br>LOS ANGELES, CA 90189-4441 | 01/13/09 | 9,716.56 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B
CONTINUED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 10893 | RENDE, RYAN & DOWNES<br>202 Mamaroneck Ave<br>White Plains, NY 10601-0000 | 02/03/09 | 27,779.88 | CIRCUIT CITY STORES, INC. | U |
| 6039 | ROBERT GENTRY AND ALL THOSE SIMILARLY SITUATED<br>c o Righetti Glugoski PC Matthew Righetti<br>456 Montgomery St Ste 1400<br>San Francisco, CA 94104 | 01/13/09 | 73,365.60 | CIRCUIT CITY STORES, INC. | U |
| 5412 | ROCHESTER GAS AND ELECTRIC<br>89 EAST AVENUE<br>ROCHESTER, NY 146490001 | 01/26/09 | 10,103.07 | CIRCUIT CITY STORES, INC. | U |
| 2495 | SA COMUNALE CO<br>PO BOX 150<br>BARBERTON, OH 44203-0150 | 01/05/09 | 8,358.00 | CIRCUIT CITY STORES, INC. | U |
| 5667 | SAN RAFAEL FINANCE DEPT CITY OF SAN RAFAEL<br>PO BOX 151560<br>1400 5TH AVE RM 204<br>SAN RAFAEL, CA 94915-5160 | 01/16/09 | 3,247.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 6633 | SATELLITE EXPRESS INC<br>426 W 46TH ST<br>ATTN GARY KABROSKY<br>NEW YORK, NY 10036 | 01/27/09 | 1,015.00 | CIRCUIT CITY STORES, INC. | U |
| 3300 | SAWNEE EMC<br>P O  Box 100002<br>Cumming, GA 30028-8302 | 01/12/09 | 5,397.41 | CIRCUIT CITY STORES, INC. | U |
| 8244 | SCOTT, PATRICIA<br>8224 PILGRIM TERRACE<br>RICHMOND, VA 232271666 | 01/29/09 | 36,000.00 | CIRCUIT CITY STORES, INC. | U |
| 8244 | SCOTT, PATRICIA<br>8224 PILGRIM TERRACE<br>RICHMOND, VA 232271666 | 01/29/09 | 124,000.00 | CIRCUIT CITY STORES, INC. | U |
| 12155 | SCRIPPS NETWORKS LLC DBA DIYNETWORK COM<br>PO Box 602031<br>Charlotte, NC 28260-2031 | 03/30/09 | 3,571.43 | CIRCUIT CITY STORES, INC. | U |
| 8619 | SOUTH CAROLINA ELECTRIC & GAS<br>1426 Main St<br>Mail Code 130<br>Columbia, SC 29201 | 01/29/09 | 22,706.87 | CIRCUIT CITY STORES, INC. | U |
| 3041 | SUN BUILDERS CO<br>5870 HWY 6 NORTH STE 206<br>HOUSTON, TX 77084 | 01/08/09 | 154,616.00 | CIRCUIT CITY STORES, INC. | U |
| 105 | THE CONNECTICUT LIGHT AND POWER COMPANY<br>Northeast Utilities Credit and Collection Ctr<br>PO Box 2899<br>Hartford, CT 06101-8307 | 11/28/08 | 90,257.63 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B
CONTINUED CLAIMS

| Claim No. | | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 2931 | THURMAN, PATRICE<br>Jacob M Weisburg<br>844 N Van Ness Ave<br>Fresno, CA 93728 | 01/08/09 | 241,326.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 1040 | TUCSON ELECTRIC POWER COMPANY<br>c o Marc Jerden<br>Senior Legal Counsel<br>One South Church Ave Ste 100<br>Tucson, AZ 85701 | 12/19/08 | 5,058.91 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 1691 | TUCSON ELECTRIC POWER COMPANY<br>Marc Jerden Senior Legal Counsel<br>One South Church Ave Ste 100<br>Tucson, AZ 85701 | 12/19/08 | 5,950.47 | CIRCUIT CITY STORES, INC. | U |
| 4518 | TXU ENERGY RETAIL COMPANY LLC<br>CO Bankruptcy Department<br>PO Box 650393<br>Dallas, TX 75265-0393 | 01/20/09 | 45,488.08 | CIRCUIT CITY STORES, INC. | U |
| 15023 | VADIM RYLOV<br>c o Righetti Glugoski PC<br>456 Montgomery St Ste 1400<br>San Francisco, CA 94104 | 05/05/10 | 53,365.00 | CIRCUIT CITY STORES, INC. | U |
| 15022 | VADIM RYLOV<br>c o Righetti Glugoski PC<br>456 Montgomery St Ste 1400<br>San Francisco, CA 94104 | 05/05/10 | 53,365.00 | CIRCUIT CITY STORES, INC. | U |
| 13220 | MARRIOTT INTL INC ON BEHALF OF THE FORT MYERS CAPE CORAL COURTYARD BY MARRIOTT<br>Androniki Alahouzos<br>Collections Administrator Marriott International Inc<br>Marriott Dr Dept 52 923 21<br>Washington, DC 20058 | 06/09/09 | 5,676.12 | CIRCUIT CITY STORES, INC. | U |
| 11481 | SCARNATI, MISS GLORIA E<br>3567 MOUNTAIN VIEW DR NO 119<br>PITTSBURGH, PA 15122-2447 | 02/26/09 | 1,439.09 | CIRCUIT CITY STORES, INC. | U |
| 13035 | PATRICIA JOHNSON<br>2680 Bell Hurst Dr<br>Dunedin, FL 34698 | 05/13/09 | 550.00 | CIRCUIT CITY STORES, INC. | U |