# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION
FILED JUN 1 2 2012
CLERK
US BANKRUPTCY COURT

## CHANGE OF ADDRESS

Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.

For:  ☐ Debtor
      ☑ Attorney [If Applicable:] Name: Lauren C. Fujiu for Creditor Pinnacle
      ☐ Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:    ☐ Husband and Wife
                       ☐ Husband Only
                       ☐ Wife Only

*[If applicable]* Case Name: In Re: Circuit City Stores, Inc., et al.
*[If applicable]* Case No./Adversary Proceeding No.: 08-35653-KRH
*[If applicable]* Creditor Name: Pinnacle Systems Inc.

☑ Street Address    ☑ Mailing Address
New Address: White & Case LLP, 633 W. Fifth Street, Suite 1900
             No. and Street, Apt., P. O. Box or R. D. No.

City: Los Angeles        State: CA    Zip: 90071

☑ Street Address    ☑ Mailing Address
Old Address: White & Case LLP, 3000 El Camino Real, 5 Palo Alto Sq. 9th Floor
             No. and Street, Apt., P. O. Box or R. D. No.

City: Palo Alto          State: CA    Zip: 94306

Telephone Number: ( 650 ) 213-0300
Please include area code

Signature of Filer *[check filer type below]*:
☐ Attorney for Debtor
☐ Debtor *[If joint case and address is for __husband and wife, both debtors must sign.__]*
☐ Creditor
☑ Attorney

Date: June 6, 2012
pc:   Trustee
      United States Trustee
      Creditor (for creditor's change of address)

[changead ver. 02/08]

**WHITE & CASE**

White & Case LLP
633 West Fifth Street, Suite 1900
Los Angeles, California 90071-2007

Tel + 1 213 620 7700
Fax + 1 213 452 2329
www.whitecase.com

Direct Dial + (213) 620-7705     Direct Facsimile + (213) 452-2329     lfujiu@whitecase.com

June 7, 2012

Clerk of the Clerk
United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Suite 4000
Richmond, VA  23219-1888

Re:  In Re Circuit City Stores, Inc.
     Case No. 08-35653-KRH

Dear Sir/Madam:

Enclosed please find a Change of Address form on behalf of White & Case LLP, counsel for Pinnacle Systems, Inc.

Best regards,

Lauren Fujiu

LCF:jw

cc:  Robert B. Van Arsdale
     Office of the U.S. Trustee

ABU DHABI ALMATY ANKARA BEIJING BERLIN BRATISLAVA BRUSSELS BUCHAREST BUDAPEST DÜSSELDORF FRANKFURT HAMBURG
HELSINKI HONG KONG ISTANBUL JOHANNESBURG LONDON LOS ANGELES MEXICO CITY MIAMI MOSCOW MUNICH NEW YORK
PALO ALTO PARIS PRAGUE RIYADH SÃO PAULO SHANGHAI SINGAPORE STOCKHOLM TOKYO WARSAW WASHINGTON, DC

LOSANGELES 954810 v1 (2K)