UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br><br>Jointly Administered |

# NOTICE OF APPEARANCE AND REQUEST
# FOR NOTICES AND SERVICE OF PAPERS

　　PLEASE TAKE NOTICE that Anthony J. Cichello, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210 represents Gateway Woodside, Inc., a Landlord and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

　　　　　　　　　Gateway Woodside, Inc.
　　　　　　　　　Attn: Anthony J. Cichello, Esq.
　　　　　　　　　KROKIDAS & BLUESTEIN LLP
　　　　　　　　　600 Atlantic Avenue, 19th Floor
　　　　　　　　　Boston, MA 02210

PLEASE TAKE FURTHER NOTICE that, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

                Respectfully submitted,

                /s/ Anthony J. Cichello

                _____
                Anthony J. Cichello
                Attorney for Gateway Woodside, Inc.
                KROKIDAS & BLUESTEIN LLP
                600 Atlantic Avenue, 19th Floor
                Boston, MA  02210
                (617) 482-7211 telephone
                (617) 482-7212 facsimile
                E-mail:      acichello@kb-law.com

Dated: June 14, 2012

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 14, 2012, a true and correct copy of the foregoing was served by electronic mail upon all counsel of record as provided by the Court's CM/ECF system.

By:   /s/ Anthony J. Cichello
     ——————————————
     Anthony J. Cichello

1597\0086\308709.1