Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - -        x
In re:                               :        Chapter 11
                                     :
CIRCUIT CITY STORES, INC., et al.,   :        1Case No. 08-35653 (KRH)
                                     :
        Debtors.                     :
- - - - - - - - - - - - - -          :        Jointly Administered
                                     x

**SUPPLEMENTAL ORDER SUSTAINING LIQUIDATING TRUST'S**
**THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS**
**(DISALLOWANCE OF CERTAIN INVALID CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Thirty-

First Omnibus Objection to Claims Omnibus Objection to Claims (Disallowance of Certain

---

[1]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Invalid Claims) (the "Objection"), which requested, among other things, that the claims

specifically identified on Exhibit B attached to the Objection be disallowed for those reasons

set forth in the Objection; and it appearing that due and proper notice and service of the

Objection as set forth therein was good and sufficient and that no other further notice or

service of the Objection need be given; and it further appearing that no response was timely

filed or properly served by the Claimants being affected by this Order; and it appearing that

the relief requested on the Objection is in the best interest of the Liquidating Trust, the

Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon

good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      As provided in the Order Sustaining The Liquidating Trust's Thirty-

First Omnibus Objection To Claims (Disallowance Of Certain Invalid Claims) (the "Original

Order"), the Objection is SUSTAINED.

2.      Notwithstanding anything to the contrary in the Original Order, Ohio

Bureau of Workers' Compensation Claim Number 5999 (the "OBWC Claim") shall not be

expunged and instead remains subject to the Objection.

3.      The Court will conduct a status conference on July 10, 2012 at 2:00

p.m. for the OBWC Claim.

4.      The Liquidating Trust's rights to object to any claim including

(without limitation) the Claims subject to the Objection, on any grounds that applicable law

permits, are not waived and are expressly reserved.

5.      This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia

_____, 2012


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE


WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*
**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

_/s/ Lynn L. Tavenner_
Lynn L. Tavenner