# EXHIBIT 1

| Month | Year | Circuit City Rent LED 1/2018 | Marshalls Rent |
|---|---|---|---|
| Jan | 2009 | | |
| Feb | 2009 | | |
| Mar | 2009 | 31,283.51 | |
| Apr | 2009 | 44,690.73 | |
| May | 2009 | 44,690.73 | |
| Jun | 2009 | 44,690.73 | |
| Jul | 2009 | 44,690.73 | |
| Aug | 2009 | 44,690.73 | |
| Sep | 2009 | 44,690.73 | |
| Oct | 2009 | 44,690.73 | |
| Nov | 2009 | 44,690.73 | |
| Dec | 2009 | 44,690.73 | |
| Jan | 2010 | 44,690.72 | |
| Feb | 2010 | 44,690.72 | |
| Mar | 2010 | 44,690.72 | |
| Apr | 2010 | 44,690.72 | |
| May | 2010 | 44,690.72 | |
| Jun | 2010 | 44,690.72 | |
| Jul | 2010 | 44,690.72 | |
| Aug | 2010 | 44,690.72 | |
| Sep | 2010 | 44,690.72 | |
| Oct | 2010 | 44,690.72 | |
| Nov | 2010 | 44,690.72 | 32,432.17 |
| Dec | 2010 | 44,690.72 | 32,432.17 |
| Jan | 2011 | 44,690.72 | 32,432.17 |
| Feb | 2011 | 44,690.72 | 32,432.17 |
| Mar | 2011 | 44,690.72 | 32,432.17 |
| Apr | 2011 | 44,690.72 | 32,432.17 |
| May | 2011 | 44,690.72 | 32,432.17 |
| Jun | 2011 | 44,690.72 | 32,432.17 |
| Jul | 2011 | 44,690.72 | 32,432.17 |
| Aug | 2011 | 44,690.72 | 32,432.17 |
| Sep | 2011 | 44,690.72 | 32,432.17 |
| Oct | 2011 | 44,690.72 | 32,432.17 |
| Nov | 2011 | 44,690.72 | 32,432.17 |
| Dec | 2011 | 44,690.72 | 32,432.17 |
| Jan | 2012 | 44,690.72 | 32,432.17 |
| Feb | 2012 | 44,690.72 | 32,432.17 |
| Mar | 2012 | 47,068.00 | 32,432.17 |
| Apr | 2012 | 47,068.00 | 32,432.17 |
| May | 2012 | 47,068.00 | 32,432.17 |
| Jun | 2012 | 47,068.00 | 32,432.17 |
| Jul | 2012 | 47,068.00 | 32,432.17 |
| Aug | 2012 | 47,068.00 | 32,432.17 |
| Sep | 2012 | 47,068.00 | 32,432.17 |
| Oct | 2012 | 47,068.00 | 32,432.17 |

| Month | Year | | |
|---|---|---|---|
| Nov | 2012 | 47,068.00 | 32,432.17 |
| Dec | 2012 | 47,068.00 | 32,432.17 |
| Jan | 2013 | 47,068.00 | 32,432.17 |
| Feb | 2013 | 47,068.00 | 32,432.17 |
| Mar | 2013 | 47,068.00 | 32,432.17 |
| Apr | 2013 | 47,068.00 | 32,432.17 |
| May | 2013 | 47,068.00 | 32,432.17 |
| Jun | 2013 | 47,068.00 | 32,432.17 |
| Jul | 2013 | 47,068.00 | 32,432.17 |
| Aug | 2013 | 47,068.00 | 32,432.17 |
| Sep | 2013 | 47,068.00 | 32,432.17 |
| Oct | 2013 | 47,068.00 | 32,432.17 |
| Nov | 2013 | 47,068.00 | 32,432.17 |
| Dec | 2013 | 47,068.00 | 32,432.17 |
| Jan | 2014 | 47,068.00 | 32,432.17 |
| Feb | 2014 | 47,068.00 | 32,432.17 |
| Mar | 2014 | 47,068.00 | 32,432.17 |
| Apr | 2014 | 47,068.00 | 32,432.17 |
| May | 2014 | 47,068.00 | 32,432.17 |
| Jun | 2014 | 47,068.00 | 32,432.17 |
| Jul | 2014 | 47,068.00 | 32,432.17 |
| Aug | 2014 | 47,068.00 | 32,432.17 |
| Sep | 2014 | 47,068.00 | 32,432.17 |
| Oct | 2014 | 47,068.00 | 32,432.17 |
| Nov | 2014 | 47,068.00 | 32,432.17 |
| Dec | 2014 | 47,068.00 | 32,432.17 |
| Jan | 2015 | 47,068.00 | 32,432.17 |
| Feb | 2015 | 47,068.00 | 32,432.17 |
| Mar | 2015 | 47,068.00 | 32,432.17 |
| Apr | 2015 | 47,068.00 | 32,432.17 |
| May | 2015 | 47,068.00 | 32,432.17 |
| Jun | 2015 | 47,068.00 | 32,432.17 |
| Jul | 2015 | 47,068.00 | 32,432.17 |
| Aug | 2015 | 47,068.00 | 32,432.17 |
| Sep | 2015 | 47,068.00 | 32,432.17 |
| Oct | 2015 | 47,068.00 | 32,432.17 |
| Nov | 2015 | 47,068.00 | 32,432.17 |
| Dec | 2015 | 47,068.00 | 32,432.17 |
| Jan | 2016 | 47,068.00 | 32,432.17 |
| Feb | 2016 | 47,068.00 | 32,432.17 |
| Mar | 2016 | 47,068.00 | 32,432.17 |
| Apr | 2016 | 47,068.00 | 32,432.17 |
| May | 2016 | 47,068.00 | 32,432.17 |
| Jun | 2016 | 47,068.00 | 32,432.17 |
| Jul | 2016 | 47,068.00 | 32,432.17 |
| Aug | 2016 | 47,068.00 | 32,432.17 |
| Sep | 2016 | 47,068.00 | 32,432.17 |
| Oct | 2016 | 47,068.00 | 32,432.17 |

| Month | Year | | | |
|---|---|---|---|---|
| Nov | 2016 | 47,068.00 | 32,432.17 | |
| Dec | 2016 | 47,068.00 | 32,432.17 | |
| Jan | 2017 | 47,068.00 | 32,432.17 | |
| Feb | 2017 | 47,068.00 | 32,432.17 | |
| Mar | 2017 | 47,068.00 | 32,432.17 | |
| Apr | 2017 | 47,068.00 | 32,432.17 | |
| May | 2017 | 47,068.00 | 32,432.17 | |
| Jun | 2017 | 47,068.00 | 32,432.17 | |
| Jul | 2017 | 47,068.00 | 32,432.17 | |
| Aug | 2017 | 47,068.00 | 32,432.17 | |
| Sep | 2017 | 47,068.00 | 32,432.17 | |
| Oct | 2017 | 47,068.00 | 32,432.17 | |
| Nov | 2017 | 47,068.00 | 32,432.17 | |
| Dec | 2017 | 47,068.00 | 32,432.17 | |
| Jan | 2018 | 47,068.00 | 32,432.17 | |
| | | 4,937,286.80 | 2,821,598.79 | 2,115,688.01 |