# EXHIBIT 2

## EXHIBIT 2

| Lease Period | Base Rent | Cam | Insurance | Property Tax | Total |
| --- | --- | --- | --- | --- | --- |
| 1/1/2009-12/31/2009 | $793,268.40 | $46,858.29 | $684.00 | $208,126.99 | $1,048,937.68 |
| 1/1/2010-12/31/2010 | $864,675.60 | $49,201.20 | $690.84 | $213,330.16 | $1,127,897.81 |
| 1/1/2011-12/31/2011 | $864,675.60 | $51,661.26 | $697.75 | $218,663.42 | $1,135,698.03 |
| 1/1/2012-12/31/2012 | $864,675.60 | $54,244.33 | $704.73 | $224,130.00 | $1,143,754.66 |
| 1/1/2013-12/31/2013 | $864,675.60 | $56,956.54 | $711.77 | $229,733.25 | $1,152,077.17 |
| 1/1/2014-12/31/2014 | $880,537.58 | $59,804.37 | $718.89 | $235,476.59 | $1,176,537.43 |
| 1/1/2015-12/31/2015 | $959,847.48 | $62,794.59 | $726.08 | $241,363.50 | $1,264,731.65 |
| 1/1/2016-12/31/2016 | $959,847.48 | $65,934.32 | $733.34 | $247,397.59 | $1,273,912.73 |
| 1/1/2017-12/31/-2017 | $959,847.48 | $69,231.04 | $740.67 | $253,582.53 | $1,283,401.72 |
| 1/1/2018-12/31/2018 | $959,847.48 | $72,692.59 | $748.08 | $259,922.09 | $1,293,210.24 |
| 1/1/2019-12/31/2019 | $959,847.48 | $76,327.22 | $755.56 | $266,420.14 | $1,303,350.40 |
| 1/1/2020-1/31/2020 | $79,987.29 | $6,678.63 | $63.59 | $22,756.72 | $109,486.23 |
| | $10,011,733.07 | $672,384.38 | $7,975.30 | $2,620,902.99 | $13,312,995.75 |

**Notes:**
1. Cam - assumed 5% annual increase
2. Insurance - assumed 1% annual increase and tenant only pays for liability
3. Property Tax - assumed 2.5% annual increase

4. Monthly Base Rent Schedule through the term of the lease:
1/01/09-10/31/09            $64,915.58
11/01/09-10/31/14           $72,056.30
11/1/14-1/31/20             $79,987.29

1282180