# EXHIBIT 2

# **EXHIBIT 2**

| Description | Covering Time Period | Calculation | Total |
|---|---|---|---|
| Base Rent ($197,582) and Operating Expenses ($57,808.87) | March 21, 2009 – March 31, 2009 | .33 months @$255,390.87 | $85,130.30 |
| Base Rent ($197,582) and Operating Expenses ($57,808.87) | April 1, 2009 – December 31, 2009 | 8 months @$255,390.87 | $2,043,126.96 |
| Base Rent ($197,582) and Operating Expenses ($58,774.30) | January 1, 2010 – September 30, 2010 | 8 months @$256,356.30 | $2,307,206.76 |
| **Total** | | | **$4,435,464.02** |

2. Insurance - assumed 1% annual increase and tenant only pays for liability
3. Property Tax - assumed 2.5% annual increase

4. Monthly Base Rent Schedule through the term of the lease:
1/01/09-10/31/09           $64,915.58
11/01/09-10/31/14          $72,056.30
11/1/14-1/31/20            $79,987.29

1282219