# EXHIBIT D

**Tenant Ledger**
South Bay Distribution, Inc. (03500928) *(Lease Term 8/17/09 to 7/31/10 MTM)*
Industry DC 6

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 0 |
| 8/17/2009 | Deposit | 25,000.00 | | 25,000.00 |
| 8/17/2009 | Rent for 15 Days | 10,776.90 | | 35,776.90 |
| 8/31/2009 | chk# 6212 COP | | 25,000.00 | 10,776.90 |
| 8/31/2009 | chk# 6211 COP | | 32,330.69 | -21,553.79 |
| 9/1/2009 | Rent for Sept 2009 | 22,272.25 | | 718.46 |
| 9/2/2009 | Reverse 8/09 Base Rent for 15 days | -10,776.90 | | -10,058.44 |
| 9/2/2009 | Corrected BRN 8/09 15 days | 10,058.44 | | 0 |
| 9/14/2009 | chk# 6375 COP | | 17,817.80 | -17,817.80 |
| 9/16/2009 | BRN 9/09 #2 Bays 1-9 | 17,817.80 | | 0 |
| 9/16/2009 | BRN 9/09 #3 Bays 10-17 | 35,635.60 | | 35,635.60 |
| 9/21/2009 | chk# 6414 COP | | 35,635.60 | 0 |
| 9/25/2009 | ODB - Move Out Door Rep #1 Reversal | 1,667.13 | | 1,667.13 |
| 9/25/2009 | ODB Move Out Charged to Wrong Tenant | -1,667.13 | | 0 |
| 10/1/2009 | Base Rent (10/2009) | 22,272.25 | | 22,272.25 |
| 10/5/2009 | chk# 3470 COP | | 22,272.25 | 0 |
| 10/6/2009 | Base Rent 10/09 Expansion | 134,894.90 | | 134,894.90 |
| 10/6/2009 | Reverse BRN 10/09 Expansion | -134,894.90 | | 0 |
| 10/12/2009 | Correct BRN 10/09 Expansion | 112,858.20 | | 112,858.20 |
| 10/16/2009 | chk# 6632 COP | | 112,858.20 | 0 |
| 11/1/2009 | Base Rent (11/2009) | 22,272.25 | | 22,272.25 |
| 11/5/2009 | chk# 6779 COP | | 22,272.25 | 0 |
| 11/12/2009 | Base Rent 11/09 | 134,894.90 | | 134,894.90 |
| 11/12/2009 | chk# 6816 COP | | 134,894.90 | 0 |
| 11/23/2009 | Base Rent 12/09 | 134,894.90 | | 134,894.90 |
| 12/1/2009 | Base Rent (12/2009) | 22,272.25 | | 157,167.15 |
| 12/3/2009 | chk# 6980 COP | | 157,167.50 | -0.35 |
| 1/1/2010 | Base Rent (01/2010) | 22,272.25 | | 22,271.90 |
| 1/5/2010 | Base Rent (01/2010) | 40,089.70 | | 62,361.60 |
| 1/5/2010 | Base Rent Rev (01/2010) | -40,089.70 | | 22,271.90 |
| 1/5/2010 | Base Rent (01/2010) | 40,090.05 | | 62,361.95 |
| 1/11/2010 | chk# 7365 COP | | 62,361.95 | 0 |
| 2/1/2010 | Base Rent (02/2010) | 22,272.25 | | 22,272.25 |
| 2/1/2010 | Base Rent (02/01/10) | 40,090.05 | | 62,362.30 |
| 2/1/2010 | Base Rent (02/2010) | 43,065.75 | | 105,428.05 |
| 2/8/2010 | chk# 7571 COP | | 62,362.30 | 43,065.75 |
| 2/10/2010 | ODB Rail Rpr (02/2010) | 606.82 | | 43,672.57 |
| 3/1/2010 | Base Rent (03/2010) | 22,272.25 | | 65,944.82 |
| 3/1/2010 | chk# 7716 COP | | 43,065.75 | 22,879.07 |
| 3/1/2010 | chk# 7679 COP | | 606.82 | 22,272.25 |
| 3/3/2010 | Base Rent (03/2010) | 110,434.10 | | 132,706.35 |
| 3/24/2010 | chk# 7758 COP | | 132,706.35 | 0 |
| 3/29/2010 | Utilities Direct Billable 12/12-1/12/10 | 3,734.15 | | 3,734.15 |
| 3/29/2010 | Utilities Direct Billable 1/12-2/10/10 | 3,954.97 | | 7,689.12 |
| 3/29/2010 | Utilities Direct Billable 2/10-3/15/10 | 4,501.50 | | 12,190.62 |
| 4/1/2010 | Base Rent (04/2010) | 132,706.35 | | 144,896.97 |

**Lease Terms:**

Base Year 2010. MTM lease. LL can give 15 days written notice to TNT and TNT can give 30 days written notice to vacate. BRN based on Bay Size per Addendum 1 & Exhibit A. There are 20 Bays total. Acutal Holdover is based on double the current BRN or last months rent upon notice of vacating. Holdover is not entered due to MTM. Per pg 6 section 21 TNT is required to repair preexisting deficiencies in the loading doors as well as any future damages. No Options. Notice given of intention to vacate 10/31/10.

| Date | Description | | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 4/1/2010 | Base Rent Rev (04/2010) | -132,706.35 | | 12,190.62 | 12,190.62 |
| 4/1/2010 | Base Rent (04/2010) | 103,084.80 | | | 115,275.42 |
| 4/9/2010 | chk# 7983  COP | | 12,190.62 | 103,084.80 | |
| 4/12/2010 | chk# 1035  COP | | 103,084.80 | | 0 |
| 4/19/2010 | UDB SCE 3/15-4/13/10 | 4,711.36 | | | 4,711.36 |
| 4/29/2010 | chk# 1072  COP | | 4,711.36 | | 0 |
| 5/1/2010 | Base Rent (05/2010) | 103,084.80 | | | 103,084.80 |
| 5/1/2010 | Reverse Base Rent (05/2010) | -103,084.80 | | | 0 |
| 5/1/2010 | Base Rent (05/2010) | 30,576.00 | | | 30,576.00 |
| 5/13/2010 | chk# 1121  COP | | 30,576.00 | | 0 |
| 5/18/2010 | UDB Electricity (04/13-05/11/10) | 4,059.74 | | | 4,059.74 |
| 6/1/2010 | Base Rent (06/2010) | 30,576.00 | | | 34,635.74 |
| 6/1/2010 | Base Rent Rev (06/2010) | -30,576.00 | | | 4,059.74 |
| 6/1/2010 | Base Rent (06/2010) | 26,726.70 | | | 30,786.44 |
| 6/1/2010 | chk# 1206  COP | | 4,059.74 | | 26,726.70 |
| 6/16/2010 | UDB Electricity (05/11-06/11/10) | 3,803.38 | | | 30,530.08 |
| 6/18/2010 | chk# 1301  COP | | 26,726.70 | | 3,803.38 |
| 7/1/2010 | Base Rent (07/2010) | 26,726.70 | | | 30,530.08 |
| 7/12/2010 | chk# 1428  COP | | 3,803.38 | | 26,726.70 |
| 7/19/2010 | Late Charge (07/2010) | 1,336.34 | | | 28,063.04 |
| 7/20/2010 | UDB Electricity (06/11-07/13/10) | 4,570.06 | | | 32,633.10 |
| 7/23/2010 | chk# 1464  COP | | 26,726.70 | | 5,906.40 |
| 7/30/2010 | chk# 1501  COP | | 4,570.06 | | 1,336.34 |
| 8/19/2010 | UDB Electricity (07/13-07/31/10) | 3,168.90 | | | 4,505.24 |
| 8/30/2010 | Late Charge Rev (07/2010) | -1,336.34 | | | 3,168.90 |
| 9/2/2010 | chk# 1740  COP | | 3,168.90 | | 0 |
| 9/8/2010 | :Deposit Credit | -25,000.00 | | | -25,000.00 |
| 9/8/2010 | Amount to be refunded | 25,000.00 | | | 0 |
| | Income Received less Security Deposit (8/17/09 to 7/31/10) | | | 1,055,970.62 | |

**Tenant Ledger**
South Bay Distribution, Inc. (03501088) *(Lease Term 9/1/10 to 10/31/10 MTM)*
Industry DC 6

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 0 |
| 9/1/2010 | Deposit | 35,000.00 | | 35,000.00 |
| 9/1/2010 | Rent for 30 Days | 31,008.25 | | 66,008.25 |
| 9/20/2010 | Base Rent (09/2010) | 12,403.30 | | 78,411.55 |
| 9/27/2010 | chk# 8231  COP | | 43,411.55 | 35,000.00 |
| 9/27/2010 | chk# 8228  COP | | 35,000.00 | 0 |
| | Income Received less Security Deposit of $35k (9/1/10 to 9/30/10) | | 43,411.55 | |

COMBINED TOTAL  $  1,099,382.17

**Lease Terms:**
*Month to Month Short Term Gross Lease
*BRN based on bay size
*Refer to Addendum 1 of the lease for Monthly Gross Rent
*Refer to Exhibit A - Site Plan for Bay size
*Landlord give 15 day notice to cancel
*Customer give 30 day notice to cancel
*Holdover is 200% (or double BRN - per par 9)
*Due to the Lease being a MTM Actual Holdover not entered at this time and will be calculated when notice is given.
*No Options