John Thomas Seyman
California State Bar No. 122508
**Office of the County Counsel**
**County of Alameda**
1221 Oak St., Suite 450
Oakland, CA 94612
Tel. 510-272-6700
Fax 510-272-5020
john.seyman@acgov.org

*Counsel for County of Alameda Treasurer-Tax Collector*

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE:  CIRCUIT CITY STORES, INC., et al. | Case No. 08-35653-KRH<br>Jointly Administered<br>Chapter 11 Proceedings |
| Debtor(s). | |

**ORDER APPROVING ADMISSION**
**PRO HAC VICE OF JOHN THOMAS SEYMAN**

This matter comes before the Court upon the Motion of Anne G. Bibeau, requesting entry of an order authorizing John Thomas Seyman of the Office of the County Counsel, County of Alameda, in Oakland, California, to appear *pro hac vice* in the above-captioned bankruptcy case to represent the County of Alameda Treasurer – Tax Collector.  Based upon the representations set forth in the Motion, and finding it otherwise proper to do so, the Court

ORDERS that John Thomas Seyman be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in the above-captioned bankruptcy case and all related adversary proceedings.

ENTERED ON:

_____
United States Bankruptcy Judge

I ask for this:

*/s/ Anne G. Bibeau, Esq.*
David W. Lannetti, Esq. (VSB #44273)
Anne G. Bibeau, Esq. (VSB #41488)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Suite 500
Norfolk, Virginia 23510
Telephone:  757.446.8600
Facsimile:  757.446.8670
abibeau@vanblk.com
dlannetti@vanblk.com

Jerrell E. Williams (VSB #75570)
Christopher S. Colby (VSB #76613)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA  23218
Telephone: 804-237-8800
Facsimile: 804-237-8801
jwilliams@vanblk.com
ccolby@vanblk.com
*Local Counsel for County of Alameda Treasurer- Tax Collector*

## CERTIFICATE

I certify that the foregoing Order has been endorsed by all appropriate counsel in accordance with Rule 9022-1(C) of the Bankruptcy Rules.

*/s/ Anne G. Bibeau, Esq.*
Anne G. Bibeau, Esq. (VSB 41488)

4822-4932-9935, v.  1