# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| In re:                                ) | |
| ) | |
| CIRCUIT CITY STORES, INC., et al.,    ) | Case No. 08-35653-KRH |
| ) | Chapter 11 |
| Debtors.                ) | Jointly Administered |
| ) | |

## NOTICE OF MOTION AND NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on June 21, 2012, Gateway Woodside, Inc., by counsel, filed with the Court its *Motion of Gateway Woodside, Inc. to Allow the Filing of an Amended Proof of Claim* (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** Under *Local Bankruptcy Rule* 4001(a)-1, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing unless a written response to the Motion is filed with the Clerk of Court and served on the moving party, the trustee, and those parties as required, no later than the response deadline indicated below, and you take the following steps set forth below.

If you do no want the Court to approve the Motion, or if you want the Court to consider your views on the Motion then you or your attorney must:

_____
William A. Gray, Esquire (VSB No. 46911)
John C. Smith, Esquire (VSB No. 44556)
SANDS ANDERSON PC
1111 East Main Street (23219)
Post Office Box 1998
Richmond, VA 23218-1998
Telephone:  (804) 648-1636
Facsimile:   (804) 783-7291

And

Vincent J. Pisegna, Esquire
Anthony J. Cichello, Esquire
Krokidas & Bluestein LLP
600 Atlantic Avenue
Boston, MA 02210
*Counsel to Gateway Woodside, Inc.*

1. File with the Court, either electronically or at the address shown below, a written response pursuant to the *Local Bankruptcy Rules.* If you mail your written response to the Court for filing, you must mail it early enough so the Court will <u>receive</u> it on or before **August 16, 2012**.

>William C. Redden, Clerk
>United States Bankruptcy Court
>Eastern District of Virginia, Richmond Division
>701 E. Broad Street, Suite 4000
>Richmond, Virginia  23219

You must also deliver a copy to all parties on the Certificate of Service below and to:

>William A. Gray, Esquire (VSB No. 46911)
>John C. Smith, Esquire (VSB No. 44556)
>SANDS ANDERSON PC
>1111 East Main Street (23219)
>Post Office Box 1998
>Richmond, VA 23218-1998
>Telephone:  (804) 648-1636
>Facsimile:   (804) 783-7291
>                and
>
>Vincent J. Pisegna
>Anthony J. Cichello
>KROKIDAS & BLUESTEIN LLP
>600 Atlantic Avenue
>Boston, MA 02210

2. Attend the hearing scheduled for **August 23, 2012 at 2:00 pm** before the Honorable Kevin R. Huennekens, U.S. Bankruptcy Court, Eastern District of Virginia, Richmond Division, Room 5000, United States Courthouse, 701 E. Broad Street, Richmond, Virginia 23219.

If you or your attorneys do not take these steps, the Court may decide that you do not oppose the relief sought in the *Motion*, may deem any opposition waived, treat the Motion as conceded, and enter an order granting the requested relief without further notice of hearing.

Date: June 21, 2012

Respectfully submitted by,

**GATEWAY WOODSIDE, INC.**

/s/ *William A. Gray*
William A. Gray, Esquire (VSB No. 46911)
John C. Smith, Esquire (VSB No. 44556)
SANDS ANDERSON PC
1111 East Main Street (23219)
Post Office Box 1998
Richmond, VA 23218-1998
Telephone:  (804) 648-1636
Facsimile:   (804) 783-7291

and

Vincent J. Pisegna
Anthony J. Cichello
Krokidas & Bluestein LLP
600 Atlantic Avenue
Boston, MA 02210
*Counsel for Gateway Woodside, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2012, a true and complete copy of the foregoing Motion was filed and served electronically using the Bankruptcy Court's CM/ECF System on all registered users of the CM/ECF system who have filed notices of appearance in this matter.

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Richard M. Pachulski, Esquire
Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

Robert J. Feinstein, Esquire
John Morris, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street, Suite 4304
Richmond, VA 23219-1888

/s/ *William A. Gray*