Kevin L. Sink                                    A. Carter Magee, Jr., Esq. (VSB #20284)
Nicholls & Crampton P.A.                         Kent P. Woods, Esq. (VSB #82824)
P.O. Box 18237                                   Magee Goldstein Lasky & Sayers, P.C.
Raleigh, NC 27619                                P.O. Box 404
Phone: (919) 781-1311                            Roanoke, Virginia 24003-0404
Fax: (919) 782-0465                              Phone: (540) 343-9800
ksink@nichollscrampton.com                       Fax: (540) 343-9898
Counsel to Glenmoor Limited Partnership          cmagee@mglspc.com
                                                 kwoods@mglspc.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC., et al. | § | Case No. 08-35653-KRH |
| | § | |
| Debtors. | § | Jointly Administered |

**ORDER GRANTING MOTION OF A. CARTER MAGEE, JR. FOR AN ORDER**
**AUTHORIZING KEVIN L. SINK TO APPEAR *PRO HAC VICE* PURSAUNT TO**
**LOCAL BANKRUPTCY RULE 2090-2(E)(2)**

The matter before the Court is the Motion of A. Carter Magee, Jr. for an Order Authorizing

Kevin L. Sink to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1(E)(2) (the

"Motion").  Having reviewed the Motion and the Court's dockets, the Court finds that: (i) it has

jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this

is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) no party in interest filed an objection

to the relief requested in the motion; (iv) proper and adequate notice of the Motion has been

given and that no other or further notice is necessary; and (v) good and sufficient cause exists for

the granting of the relief requested in the Motion.  It is accordingly

ORDERED

that the Motion is GRANTED, and Kevin L. Sink shall be and is permitted to appear *pro hac*

*vice* as Counsel to Glenmoor Limited Partnership in the above-captioned chapter 11 cases in

accordance with Local Bankruptcy Rule 2090-2(E)(2).

Dated: _____

<br>

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ A. Carter Magee, Jr.
A. Carter Magee, Jr. Esq. (VSB #20284)
Kent P. Woods, Esq. (VSB #82824)
Garren R. Laymon (VSB #75112)
Magee Goldstein Lasky & Sayers, P.C.
P.O. Box 404
Roanoke, VA 24003-0404
Phone: (540) 343-9800
Facsimile: (540) 343-9898
cmagee@mglspc.com
kwoods@mglspc.com

## CERTIFICATE OF SERVICE

I certify that copies of the proposed order were served via electronic delivery on the 21st

day of June, 2012, on all parties that are registered with the CM/ECF system and have filed a

notice of appearance in these cases.

/s/ A. Carter Magee, Jr.

U:\A CLIENTS\Glenmoor Limited Partnership 4664\Pro Hac Vice Order (Sink).doc