UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.*, ) | |
| ) | Chapter 11 |
| Debtors. ) | |

### AFFIDAVIT OF JENNY C. PETRI

**State of North Carolina**   :
                              :   SS:
**County of Wake**            :

NOW COMES Jenny C. Petri, being duly sworn, and deposes and says as follows:

1. I am a citizen and resident of Wake County, North Carolina and am over 21 years of age.

2. I am the Vice President of Frederick Investment Corporation which is the corporate general part of Glenmoor Limited Partnership ("Glenmoor"). I have held this position since April 1987. I am familiar with the assets and operations of Glenmoor since that time.

3. I am also licensed real estate broker in the State of North Carolina.

3. As Vice President of Frederick Investment Corporation, it is part of my job to find new tenants for unoccupied property under the control of Glenmoor Limited Partnership. One of the properties within the scope of my duties is the Circuit City Store No. 840 located on Creedmoor Road in Raleigh, North Carolina (the "Property").

4. Glenmoor Limited Partnership leased the underlying property to Circuit City Stores, Inc. via a Lease dated August 1, 1996 ("Lease"). A true and correct copy of the Lease is attached as Exhibit A to Glenmoor's Proof of Claim filed in this matter on April 24, 2009, which is incorporated herein by reference. The term of the Lease expired on July 31, 2016.

5. Debtor filed for relief under Chapter 11 of the Bankruptcy Code on November 10, 2008. The Debtor had not paid any rent or charges for the month of November, which were due November 1, 2008.

6. The Debtor rejected the Lease and vacated as of March 10, 2009.

7. Even prior to the rejection of the Lease and the vacation of the premises by the Debtor on March 10, 2009, Glenmoor has actively tried to find a new tenant for the Property. Glenmoor actively engaged in discussions with representatives of Circuit City to determine the need to explore other leasing options.

8. Glenmoor contacted numerous parties and commercial brokers, and received contact from numerous parties and commercial brokers, regarding the re-leasing of the Property. Glenmoor maintained a log of contacts obtained in its efforts to bring in a new tenant. A copy Glenmoor's contact log is attached as Exhibit A.

7. Glenmoor's efforts to obtain a replacement tenant for the Property included the consideration of subdividing the Property and selling the Property.

8. Glenmoor prepared and disseminated a "Fact Sheet" concerning the Property and a site map to all interested parties.

9. Glenmoor is in possession of numerous correspondence to and from interested parties, including national retail chains, regarding the Property.

10. In order to encourage the broadest possible interest, Glenmoor did not set the terms for the Property, but instead invited interested parties to "make" an offer.

11. As indicated above, Glenmoor commenced these substantial efforts prior to March 9, 2009 and continued such efforts, without cessation, through 2009 until it entered into a

Purchase and Sale Agreement to sell the Property to a third party. Such sale closed on May 4, 2010.

12. Glenmoor actively engaged in substantial efforts to mitigate any damages resulting from Circuit City's default under the Lease.

13. In addition to damages for the rejection of the Lease, Glenmoor is owed $66,803.81 for claims which accrued prior to the Chapter 11 petition date of Circuit City. This amount is obviously not capable of being subject to any mitigation by Glenmoor.

These statements are true. Further, affiant sayeth not.

This 21st day of June, 2012.

_____
Jenny C. Petri

Sworn to and subscribed before me
this 21st day of June, 2012.

_____
Notary Public

My Commission Expires: 10-29-12

# EXHIBIT A

# Circuit City Contacts

| Name | Company | E-mail Address | Address | Phone | Fact Sheet /Plans | Notes |
|---|---|---|---|---|---|---|
| Allen, Chester | Grubb & Ellis | chester.allen@tlgcre.com | Raleigh | 919-719-8191 | | |
| Anz, Kyle | HGA Holdings | Kyle@HGAHoldings.com | | 512-369-3406 | 05/29/2009 | |
| Barzola, Charlie | Commercial Carolina | charzola@commercialcarolina.com | | 919-333-6930 | 05/01/2009 | |
| Beddingfield, Mark | Allen Tate | mark.beddingfield@allentate.com | Raleigh | 919-306-5351 | 04/24/2009 | Cushman Wakefield |
| Bell, Baker | Bell Commercial | | | 919-608-9522 | 04/28/2009 | |
| Bloom, Leona | Wake County Library | | Raleigh | 274-9600 | | Has a REIT interested in buying it. |
| Boone, Cynthia | North Park Church | buttons04@juno.com | | 919-606-4015 | 06/18/2009 | |
| Braswell, Anthony | Core Properties | | | 919-417-0149 | | |
| Brennan, Tim | Core Properties | tim@coreproperties.com | Charlotte | 704-575-3056 | | location for church services |
| Brubaker, Matt | Cornerstone Realty | mkbru1@hotmail.com | | 815-0590 | 03/09/2009 | Dick's |
| Coleman, Win | Coleman & Associates | win@colemanassociatesonline.com | Raleigh | 919-828-4808 x103 | 06/18/2009 | Fact Sheet only |
| Conner, David | Lincoln Harris | DConnor@LincolnHarris.com | | 919-645-6968 | 05/11/2009 | |
| Cotton, Richard | | richardcotton@prudentialcresnc.com | | 910-431-7986 | 02/18/2009 | HT, Lowes, Fact Sheet only |
| Courier, Debbie | HHGregg broker | | | | | |
| Cousins, Dale | Wake County Library | gcousins@co.wake.nc.us | Raleigh | 919-856-6726 | 05/14/2009 | |
| Coyne, Charlie | CB Richard Ellis | charlie.coyne@cbre.com | Cary | 919-831-8233 | 06/01/2009 | |
| Devine, David | Divine Stoltz Realty | David@divinestoltz.com | | 919-669-4931 | 07/06/2009 | |
| Devine, Morrison | | morrison.devine@svn.com | | | 04/24/2009 | |
| Dickens, Fred | | fdickens@cbctmp.com | | | 05/21/2009 | |
| Elboulaki, Hesham | | hesham.elboulaki@yahoo.com | | | 04/14/2009 | |
| Enerson, Adam | Raleigh Jaycee's | adam.enerson@gmail.com | Raleigh | 919-931-1281 | | |
| Evans, John | Evans Comm. Properties | fcaevans@gmail.com | Raleigh | 919-524-0435 | | Wants to use space Sep/Oct/Nov. Checking w/library 1st. |
| Fleming, David | | David.Fleming@AM.JLL.com | Raleigh | 919-819-7409 | 06/18/2009 | |
| Gaylord, Ryan | Tri Properties | RGaylord@triprop.com | | 919-424-8167 | 06/01/2009 | resent 06/02 b/c the original went to a wrong address |
| Goodwin, Abbitt | Shopping Center Grp | abbitg@theshoppingcentergroup.com | Raleigh | 919-281-2320 | 04/30/2009 | |
| Graham, Joe | CB Richard Ellis | joe.graham@cbre.com | | 380-8041(w) / 349-3734(c) | | |
| Hall, Ben | Viking Partners | bhall@vikingprt.com | Cincinnati | 513-505-9786 | 06/24/2009 | sale or joint venture |
| Hall, Dale | New South Properties | dhall@newsouthprop.com | | 704-927-2897 | 06/01/2009 | contacted by Dan Obermeier first. Trader Joes/Staples |
| Hanna, Shawn | | HHanna@nc.rr.com | | 919-818-5120 | 05/07/2009 | |
| Harrelson, Todd | | todd.harrelson@tlgcre.com | Raleigh | 919-420-1566 | 06/24/2009 | |
| Harris, Jim | Grubb & Ellis | JHarris@cbctmp.com | | 919-649-6114 | 06/01/2009 | |
| Hassan, Moe | | Moe.Hassan@Jan-Pro.com | | 919-673-0436 | 05/13/2009 | |
| Heims, Mark | | markhelms@nc.rr.com | | | 04/24/2009 | |
| Hicks, Rob | interface Properties | rob@interfaceproperties.com | | | 06/02/2009 | |
| Hobson, Mary | Capital Commercial | mlobdell@capitalcommercialnc.com | | 919-608-2811 | | I think she remarried and her new name may be Lobdell |
| Huitt, Parker | Huitt Investment Prporties | | | 336-286-0299 | | |
| Kintworth, Marlane | Redd Realty Services | marlanek@aol.com | | 868-4472 | 04/16/2009 | CVS |
| Lynch, Bruce | Rosamund Properties | blynch@rosamund.net | Raleigh | 919-602-3405 / 357-9238 | 04/02/2009 | wants to broker deal |
| Lyons, Don | Great Street Realty | don@greatstreetrealty.com | | 847-472-5006(w)/910-38233(c) | | Dick's, As-Builts only |
| Maher, Steve | MJM Architecture | s.mayer@mjmarch.com | Nashville | 615-244-8170 | | wants to do the plans and specs for a Dick's store |
| McNeill, Jeremiah | | jmcneill25@gmail.com | | 919-842-1178 | 06/22/2009 | |
| Michaels, Jeff | | jeff.p.michaels@gmail.com | | 919-368-0751 | 07/06/2009 | |
| Morton, Daniel | Schlosser Development | dmorton@sdcaustin.com | Austin, Tx | 512-472-7774 | 04/24/2009 | Bradley Schlosser, Pres. |
| Mussoni, Thomas | | tmussoni1@carolina.rr.com | | 704-348-7060 | 07/01/2009 | Tiffany sent fact sheet, etc. |
| Nutty, Adam | Poasch Comm. Advisors | adam@poasch.com | | 919-521-7067 | 06/02/2009 | |
| Obermeier, Dan | New South Properties | dobermeier@newsouthprop.com | | 704-927-2897 | 03/05/2009 | predessor to Dale Hall. Only Fact Sheet sent. |
| Palamar, John | BPG Management | jpalamar@bpgltd.com | | 919-669-0581 | | furniture store |
| Pantlin, Mark | PGA Development | pgadevelopment@yahoo.com | | | 03/12/2009 | Just fixture plan |
| Park, John | Coldwell Banker | jpark@cbcadvantage.com | | 919-412-0222 | 07/06/2009 | |
| Patel, Deven | Narsi Properties | DNPatel@gmail.com | | 704-400-6020 | 05/21/2009 | Hotel guys |
| Petropoulos, George | | Lyoncompanies@yahoo.com | Chapel Hill | 919-608-8466 | 06/01/2009 | |
| Philips, J | | jphilips@ankafunds.com | | | 04/14/2009 | |
| Plotkin, Jake | Carolantic | JPlotkin@NAICarolantic.com | | 919-616-0066 | 06/01/2009 | |
| Provenzano, Anthony | Atlantic Retail Properties | aprovenzano@atlanticretail.com | Charlotte | 704-222-5318 | 06/05/2009 | friend of John Englert's |
| Roberts, Andy | | andy@andyroberts.biz | | 919-810-7603 | 06/24/2009 | architect |
| Roberts, Rich | Omega Design | rich@omegaarchitects.com | Cary | 919-232-5000 | | |
| Rozz, Steve | | crs2761@yahoo.com | | | 04/16/2009 | |
| Rudolph, Neil | Plaza and Assoc. | nrudolph@plazaassociatesinc.com | | 919-781-8870 | 02/04/2009 | Floor plan only |
| Sambrick, Dane | Penden Commercial | dsambrick@pendenweb.com | | 919-602-2678 | 04/16/2009 | |
| Self | | selfusa@gmail.com | | 919-868-2426 | | |
| Shah, Ketan | Brown Commercial Realty | Ketan@browncommercialrealty.com | | 919-225-4417 | 07/06/2009 | used car lot. have not responded |
| Steinok, Chad | KD Group, LLC | crad@kdgrouplic.com | | 27-6884 | | Children's entertainment facility |
| Sutton, Billy | | | | 906-6193 | | Interested in buying. Would like us to set price. |
| Thornsbury, Nick | | nthornsbury@excite.com | | | 04/24/2009 | |
| Vazquez, Pedro | | Pa.Vare@hotmail.com | | 919-521-6030 | 04/30/2009 | |
| Wells, Vin | Cape Fear Commercial | vin@capefearcommercial.com | | 910-617-3600 | 03/13/2009 | Fact Sheet only |
| Wiese, Brad | Maverick Funding | BWiese@Maverickpartners.com | | 910-682-0501 | 05/07/2009 | |
| Williams, Byron | | byron@reachingyourgoalsinc.com | | 919-434-5100 | 05/07/2009 | |
| Winters, Matt | | matt@powellproperties.com | | 414-3263 | | |
| Woodside, Leroy | Powell Properties | leroywoodside@aol.com | | 516-547-4116 | 04/22/2009 | interested in lease or building purchase |
| Young, Matt | Rhema Life | Matt.Young@southernland.com | | 919-264-3966 | 05/21/2009 | |
| Zidik, Sean | Southern Land Co | zidick2009@yahoo.com | | 407-929-7175 | 04/14/2009 | auction house. disappeared |