UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE:<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br><br>Jointly Administered |

**DONAHUE SCHRIBER REALTY GROUP, L.P.'S RESPONSE TO
LIQUIDATING TRUST'S FORTIETH OMNIBUS
OBJECTION TO LANDLORD CLAIMS [Docket # 11851]**

Creditor Donahue Schriber Realty Group, L.P., a Delaware limited partnership ("DSRG"), hereby responds to Liquidating Trust's Fortieth Omnibus Objection to Landlord Claims ("Objection") [Docket # 11851] as follows:

1.  On November 10, 2008, Circuit City Stores, Inc. ("Debtor") and its related companies, including Circuit City Stores West Coast, Inc., filed voluntary petitions for relief under Chapter 11 of the United State Bankruptcy Code.

2.  As set forth in Exhibit B to the Objection, the Liquidating Trustee proposes to reduce DSRG's claim no. 12859 to $17,458.55, eliminating ALL rejection damages and claiming without justification that DSRG has failed to mitigate its damages.

3.  In 2007, Circuit City West Coast Stores, Inc. leased from DSRG that certain premises located at 6035 Ulali Drive NE, Keizer, Oregon pursuant to a written lease dated June 22, 2007 and various amendments (the "Lease"). Debtor referred to this lease as store #3582. The initial lease term is for approximately 11 years, commencing March 10, 2008 and expiring January 31, 2019.

Augustus C. Epps, Jr., VSB No. 13254
Jennifer M. McLemore, VSB No. 47164
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4104
Facsimile: (806) 697-6104

-1-

4. The Lease was rejected effective March 10, 2009, after only one year of occupancy. At the time of rejection, approximately 110 months remained of the lease term. At the time of rejection, Debtor's base rent was $33,028.50 per month and common area expenses were $3,405.01 per month.

5. As set forth in its claim no. 12859, rejections damages were calculated at the 15% of the leasehold value through the end of the term pursuant to Bankruptcy Code section 502(b)(6) and is shown as follows:

| | |
|---|---|
| Base Rent - ($33,028.50 /month x 110 months = $3,633,135.00 x 15%) | 544,970.25 |
| CAM - ($3,405.01 x 110 months = $374,551.10 x 15% ) | 56,182.67 |
| **TOTAL** | **$601,152.92** |

6. Since rejection of the Lease, DSRG has diligently and actively sought a replacement tenant. DSRG engaged HSM Pacific Realty, Inc. of Portland, Oregon ("HSM Pacific") as its real estate broker. HSM Pacific has marketed the available space in Keizer Station through signage at the shopping center, through the internet, and with marketing brochures, a copy of which is attached as **Exhibit A**. Likewise, DSRG has marketed the space "as available" through its website and on a web-based commercial listing service called "Loopnet".

7. To date, DSRG has not been successful in locating a replacement tenant. Debtor's former premises is over 20,000 square feet and its size limits the number of potential tenants, even if the premises were to be divided up. Likewise, due to the economic downturn, the shopping center has had a number of other vacancies.

8. Liquidating Trustee may contact the following person at DSRG regarding its mitigation efforts:

Sheryl Beamer
Donahue Schriber Realty Group, LP
3501 Del Paso Boulevard, Suite 100
Sacramento, California 95835
(916) 920-5555

9.   DSRG has undertaken significant efforts to locate a replacement tenant and has mitigated its damages and has met all applicable mitigation requirements. The Liquidating Trustee has submitted no evidence to contrary and its Objection to DSRG's claim must be rejected.

WHEREFORE, Creditor Donahue Schriber Realty Group, L.P. requests that the Court determine that this Creditor has actively sought to mitigate its damages; that its claim for rejection damages are not subject to reduction; that the Objection of the Liquidating Trustee in this regard be denied in its entirety; and, that this Creditor be granted any additional relief to which it may be entitled.

Dated: June 22, 2012

DONAHUE SCHRIBER REALTY GROUP, L.P.

By:   */s/ Augustus C. Epps, Jr.*
Augustus C. Epps, Jr.

Augustus C. Epps, Jr., Esquire
Jennifer M. McLemore, Esquire
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4104
Facsimile: (806) 697-6104

Jennifer L. Pruski, Esquire
Trainor Fairbrook
980 Fulton Avenue
Sacramento, California 95825
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

Counsel to Donahue Schriber Realty Group, L.P.

4558198.1046659.1

## CERTIFICATE OF SERVICE

I, Augustus C. Epps, Jr., hereby certify that on the 22nd day of June 2012, a true and correct copy of Donahue Schriber Realty Group, L.P.'s Response to the Liquidating Trust's Fortieth Omnibus Objection to Landlord Claims [Docket #11851] has been served electronically using the ECF system on all registered users of the CM/ECF system who have filed notices of appearance in this matter and emailed separately to the following:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esquire | jpomerantz@pszjlaw.com |
| Andrew W. Caine, Esquire | acaine@pszjlaw.com |
| Lynn L. Tavenner, Esquire | ltavenner@tb-lawfirm.com |
| Paula S. Beran, Esquire | pberan@tb-lawfirm.com |

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.

# EXHIBIT A




| | |
|---|---|
| **Location:** | Chemawa Road & Interstate 5, Keizer, Oregon |
| **Center:** | GLA 670,000 square feet, mid-size anchor space, restaurant, and multi-tenant shop space is available for lease. |
| **Traffic Counts:** | 81,800 ADT 2009 - I-5 @ Chemawa Road exit |

**Demographics:**

| | 1 mile | 3 mile | 5 mile |
|---|---|---|---|
| 2011 Est. Population | 6,781 | 70,905 | 132,708 |
| 2011 Est. Ave. HH Income | $77,740 | $56,964 | $56,641 |

**Anchors:**

    
     



"Owned and Operated by Donahue Schriber"

# KEIZER STATION

**KEIZER, OREGON**



Michael S. Heerman
503-245-1400 Ext 517
michael@hsmpacific.com

Doug Magnusen
503-245-1400 Ext 516
doug@hsmpacific.com

Spencer McCormick
503-245-1400 Ext 524
spencer@hsmpacific.com

HSM Pacific Realty, Inc
0612 SW Idaho St, Suite 2
Portland, OR 97239
www.hsmpacific.com




# SALEM / KEIZER, OREGON
## Retail Aerial



# Lancaster Drive Retail Vacancy Report
## Boundaries Portland Rd (North) Highway 22 (South)
## Salem, OR
## August 2011

HSM PACIFIC

CHAINLINKS

**JoAnn**
15,000 SF
3344 Lancaster Dr NE
Vacant

**21 Properties with 2,093,141 SF of GLA**
Current Vacancy Rate: 8.9%
2011 Q1 7.3%

**Sports Authority**
34,994 SF
2717 Lancaster Dr NE
Tops N Bottoms now
operating this space

**Borders**
25,125 SF
2235 Lancaster Dr NE
Will be vacant

**Albertsons**
48,000 SF
2025 Lancaster Dr NE
Leased to BigLots

**Linens N Things**
28,429 SF
783 Lancaster Dr NE
Signed lease with JoAnn

**Old Navy**
28,579 SF
831 Lancaster Dr NE
Vacant

**Michael's Crafts**
21,690 SF
698 Lancaster Dr NE
Leased to St. Vincent de Paul
Closing 3Q 2011

**Party Depot**
20,000 SF
3892 Center St NE
Vacant

**Tuesday Morning**
14,000 SF
440 Lancaster Dr NE
Converted to Medical Use

**Circuit City**
30,800 SF
435 Lancaster Dr NE
Converted to Medical Office

**Parrots Home Furnishings**
8,250 SF
3990 Ricky St SE
Vacant

**Home Base**
13,000 SF Available
15,000 SF Portion leased
to Boys & Girls Club Bingo

**Home Collections**
29,323 SF
3920 Ricky St SE
Vacant

# Keizer Station Village Center
## Keizer, Oregon

SITE PLAN (VILLAGE CENTER)

October 7, 2010

BSAA
BENNER STANGE ASSOCIATES ARCHITECTS INC.



# KEIZER STATION
# TRADE AREA MAP



**TRADE AREA SUMMARY**
POPULATION: 350,408
AHH INCOME: $53,768
% COLLEGE GRADS: 33.9%

# FULL PROFILE
## 2000 - 2010 Census, 2011 Estimates with 2016 Projections
*Calculated using Proportional Block Groups*



Lat/Lon: 45.0054/-122.9967

| Chemawa Road & Interstate 5<br>Keizer, OR | 1 Mile | 3 Miles | 5 Miles |
|---|---:|---:|---:|
| **POPULATION** | | | |
| 2011 Estimated Population | 6,781 | 70,905 | 132,708 |
| 2016 Projected Population | 6,900 | 73,096 | 136,803 |
| 2010 Census Population | 6,753 | 70,533 | 131,885 |
| 2000 Census Population | 6,362 | 62,953 | 118,389 |
| Historical Annual Growth 2000 to 2011 | 0.6% | 1.1% | 1.1% |
| Projected Annual Growth 2011 to 2016 | 0.3% | 0.6% | 0.6% |
| **HOUSEHOLDS** | | | |
| 2011 Est. Households | 2,408 | 25,392 | 47,835 |
| 2016 Proj. Households | 2,459 | 26,214 | 50,055 |
| 2010 Census Households | 2,401 | 25,378 | 47,352 |
| 2000 Census Households | 2,292 | 22,921 | 43,181 |
| Historical Annual Growth 2000 to 2011 | 0.2% | 0.5% | 0.5% |
| Projected Annual Growth 2011 to 2016 | 0.4% | 0.6% | 0.9% |
| **AGE** | | | |
| 2011 Est. Population 0 to 9 Years | 16.0% | 15.3% | 15.0% |
| 2011 Est. Population 10 to 19 Years | 14.7% | 14.1% | 14.1% |
| 2011 Est. Population 20 to 29 Years | 13.8% | 13.8% | 13.8% |
| 2011 Est. Population 30 to 44 Years | 18.6% | 19.2% | 18.7% |
| 2011 Est. Population 45 to 59 Years | 18.7% | 20.1% | 20.2% |
| 2011 Est. Population 60 to 74 Years | 12.0% | 11.7% | 12.0% |
| 2011 Est. Population 75 Years Plus | 6.1% | 5.9% | 6.2% |
| 2011 Est. Median Age | 33.4 | 34.2 | 34.6 |
| **MARITAL STATUS & SEX** | | | |
| 2011 Est. Male Population | 52.7% | 49.9% | 50.6% |
| 2011 Est. Female Population | 47.3% | 50.1% | 49.5% |
| 2011 Est. Never Married | 23.1% | 24.8% | 26.0% |
| 2011 Est. Now Married | 59.5% | 52.2% | 49.1% |
| 2011 Est. Separated or Divorced | 12.8% | 17.3% | 18.4% |
| 2011 Est. Widowed | 4.6% | 5.8% | 6.4% |
| **INCOME** | | | |
| 2011 Est. HH Income $200,000 or More | 3.9% | 1.8% | 2.0% |
| 2011 Est. HH Income $150,000 to $199,999 | 3.2% | 2.4% | 2.2% |
| 2011 Est. HH Income $100,000 to $149,999 | 13.0% | 9.0% | 9.0% |
| 2011 Est. HH Income $75,000 to $99,999 | 20.1% | 13.1% | 11.8% |
| 2011 Est. HH Income $50,000 to $74,999 | 20.2% | 18.8% | 18.6% |
| 2011 Est. HH Income $35,000 to $49,999 | 14.1% | 15.0% | 15.5% |
| 2011 Est. HH Income $25,000 to $34,999 | 9.9% | 12.8% | 13.4% |
| 2011 Est. HH Income $15,000 to $24,999 | 8.9% | 13.5% | 13.6% |
| 2011 Est. HH Income $0 to $14,999 | 6.7% | 13.7% | 14.0% |
| 2011 Est. Average Household Income | $77,740 | $56,964 | $56,641 |
| 2011 Est. Median HH Income | $58,833 | $46,718 | $45,751 |
| 2011 Est. Per Capita Income | $27,857 | $20,741 | $21,136 |
| 2011 Est. Number of Businesses | 179 | 1,881 | 4,777 |
| 2011 Est. Total Number of Employees | 2,083 | 22,449 | 59,680 |

©2012, Sites USA, Chandler, Arizona, 480-491-1112      page 1 of 3      Demographic Source: Applied Geographic Solutions 8/2011, TIGER Geography

Case 08-35653-KRH  Doc 12061  Filed 06/22/12  Entered 06/22/12 12:50:20  Desc Main Document  Page 12 of 13

**FULL PROFILE**
2000 - 2010 Census, 2011 Estimates with 2016 Projections
*Calculated using Proportional Block Groups*



Lat/Lon: 45.0054/-122.9967

### Chemawa Road & Interstate 5, Keizer, OR

| Category | Metric | 1 Mile | 3 Miles | 5 Miles |
|---|---|---:|---:|---:|
| RACE | 2011 Est. White Population | 81.8% | 73.8% | 74.2% |
| | 2011 Est. Black Population | 0.7% | 1.0% | 1.2% |
| | 2011 Est. Asian & Pacific Islander | 2.4% | 3.3% | 3.5% |
| | 2011 Est. American Indian & Alaska Native | 1.1% | 1.5% | 1.6% |
| | 2011 Est. Other Races Population | 14.0% | 20.4% | 19.5% |
| HISPANIC | 2011 Est. Hispanic Population | 1,367 | 21,981 | 39,559 |
| | 2011 Est. Hispanic Population Percent | 20.2% | 31.0% | 29.8% |
| | 2016 Proj. Hispanic Population Percent | 24.4% | 35.5% | 34.1% |
| | 2010 Hispanic Population Percent | 19.2% | 29.4% | 28.6% |
| EDUCATION (Adults 25 or Older) | 2011 Est. Adult Population (25 Years or Older) | 4,219 | 45,346 | 85,004 |
| | 2011 Est. Elementary (0 to 8) | 4.8% | 8.4% | 8.6% |
| | 2011 Est. Some High School (9 to 11) | 10.2% | 9.8% | 9.7% |
| | 2011 Est. High School Graduate (12) | 22.0% | 25.2% | 26.7% |
| | 2011 Est. Some College (13 to 16) | 27.2% | 26.6% | 25.6% |
| | 2011 Est. Associate Degree Only | 7.0% | 11.2% | 10.3% |
| | 2011 Est. Bachelor Degree Only | 20.8% | 12.7% | 12.8% |
| | 2011 Est. Graduate Degree | 8.0% | 6.1% | 6.2% |
| HOUSING | 2011 Est. Total Housing Units | 2,516 | 26,801 | 50,868 |
| | 2011 Est. Owner Occupied Percent | 70.3% | 51.7% | 52.2% |
| | 2011 Est. Renter Occupied Percent | 25.4% | 43.0% | 41.9% |
| | 2011 Est. Vacant Housing Percent | 4.3% | 5.3% | 6.0% |
| HOMES BUILT BY YEAR | 2000 Homes Built 1999 to 2000 | 2.7% | 3.1% | 2.5% |
| | 2000 Homes Built 1995 to 1998 | 11.6% | 15.8% | 12.9% |
| | 2000 Homes Built 1990 to 1994 | 10.3% | 12.2% | 10.3% |
| | 2000 Homes Built 1980 to 1989 | 13.1% | 10.6% | 10.8% |
| | 2000 Homes Built 1970 to 1979 | 39.7% | 27.2% | 24.9% |
| | 2000 Homes Built 1960 to 1969 | 13.7% | 14.5% | 12.9% |
| | 2000 Homes Built 1950 to 1959 | 3.8% | 9.3% | 10.6% |
| | 2000 Homes Built Before 1949 | 4.9% | 7.2% | 15.0% |
| HOME VALUES | 2000 Home Value $1,000,000 or More | - | 0.1% | 0.1% |
| | 2000 Home Value $500,000 to $999,999 | 0.1% | 0.4% | 0.4% |
| | 2000 Home Value $400,000 to $499,999 | - | 0.3% | 0.3% |
| | 2000 Home Value $300,000 to $399,999 | 0.7% | 0.9% | 0.9% |
| | 2000 Home Value $200,000 to $299,999 | 3.0% | 7.6% | 7.0% |
| | 2000 Home Value $150,000 to $199,999 | 21.7% | 18.8% | 17.3% |
| | 2000 Home Value $100,000 to $149,999 | 67.2% | 55.5% | 52.2% |
| | 2000 Home Value $50,000 to $99,999 | 7.3% | 15.8% | 21.1% |
| | 2000 Home Value $25,000 to $49,999 | - | 0.3% | 0.6% |
| | 2000 Home Value $0 to $24,999 | - | 0.3% | 0.2% |
| | 2000 Median Home Value | $134,570 | $132,036 | $128,029 |
| | 2000 Median Rent | $562 | $494 | $479 |

©2012, Sites USA, Chandler, Arizona, 480-491-1112    page 2 of 3    Demographic Source: Applied Geographic Solutions 8/2011, TIGER Geography

# FULL PROFILE
## 2000 - 2010 Census, 2011 Estimates with 2016 Projections
*Calculated using Proportional Block Groups*


PACIFIC

Lat/Lon: 45.0054/-122.9967

| Chemawa Road & Interstate 5<br>Keizer, OR | 1 Mile | 3 Miles | 5 Miles |
|---|---:|---:|---:|
| **LABOR FORCE** | | | |
| 2011 Est. Labor: Population Age 16+ | 5,101 | 53,926 | 101,396 |
| 2011 Est. Civilian Employed | 60.9% | 58.1% | 56.1% |
| 2011 Est. Civilian Unemployed | 8.4% | 9.7% | 9.5% |
| 2011 Est. in Armed Forces | 1.1% | 0.3% | 0.2% |
| 2011 Est. not in Labor Force | 29.7% | 32.0% | 34.3% |
| 2011 Labor Force: Males | 52.4% | 49.4% | 50.2% |
| 2011 Labor Force: Females | 47.6% | 50.6% | 49.8% |
| **OCCUPATION** | | | |
| 2000 Occupation: Population Age 16+ | 3,020 | 28,514 | 52,773 |
| 2000 Mgmt, Business, & Financial Operations | 16.4% | 12.2% | 11.7% |
| 2000 Professional & Related | 18.2% | 15.5% | 16.0% |
| 2000 Service | 17.1% | 17.4% | 17.4% |
| 2000 Sales and Office | 26.6% | 26.3% | 26.5% |
| 2000 Farming, Fishing, and Forestry | 1.0% | 3.5% | 3.6% |
| 2000 Construction, Extraction, & Maintenance | 9.3% | 10.0% | 9.6% |
| 2000 Production, Transport, & Material Moving | 11.5% | 15.2% | 15.1% |
| 2000 Percent White Collar Workers | 61.2% | 53.9% | 54.2% |
| 2000 Percent Blue Collar Workers | 38.8% | 46.1% | 45.8% |
| **TRANSPORTATION TO WORK** | | | |
| 2000 Drive to Work Alone | 78.9% | 73.9% | 71.7% |
| 2000 Drive to Work in Carpool | 14.8% | 17.1% | 17.2% |
| 2000 Travel to Work by Public Transportation | 1.8% | 2.3% | 2.7% |
| 2000 Drive to Work on Motorcycle | - | 0.2% | 0.1% |
| 2000 Walk or Bicycle to Work | 0.7% | 2.2% | 3.7% |
| 2000 Other Means | 0.7% | 0.7% | 0.9% |
| 2000 Work at Home | 3.1% | 3.6% | 3.7% |
| **TRAVEL TIME** | | | |
| 2000 Travel to Work in 14 Minutes or Less | 30.2% | 29.7% | 33.4% |
| 2000 Travel to Work in 15 to 29 Minutes | 46.8% | 42.5% | 40.4% |
| 2000 Travel to Work in 30 to 59 Minutes | | | |
| 2000 Travel to Work in 60 Minutes or More | 6.2% | 7.3% | 7.2% |
| 2000 Average Travel Time to Work | 21.8 | 22.3 | 21.7 |
| **CONSUMER EXPENDITURE** | | | |
| 2011 Est. Total Household Expenditure | $142 M | $1.21 B | $2.25 B |
| 2011 Est. Apparel | $6.77 M | $57.7 M | $108 M |
| 2011 Est. Contributions & Gifts | $9.00 M | $73.2 M | $138 M |
| 2011 Est. Education & Reading | $3.81 M | $31.5 M | $59.1 M |
| 2011 Est. Entertainment | $7.96 M | $66.9 M | $125 M |
| 2011 Est. Food, Beverages & Tobacco | $22.5 M | $196 M | $366 M |
| 2011 Est. Furnishings & Equipment | $6.36 M | $52.2 M | $97.2 M |
| 2011 Est. Health Care & Insurance | $10.1 M | $87.6 M | $164 M |
| 2011 Est. Household Operations & Shelter & Utilities | $42.2 M | $360 M | $673 M |
| 2011 Est. Miscellaneous Expenses | $2.36 M | $20.3 M | $38.1 M |
| 2011 Est. Personal Care | $2.06 M | $17.6 M | $32.9 M |
| 2011 Est. Transportation | $28.8 M | $244 M | $454 M |

*This report was produced using data from private and government sources deemed to be reliable. The information herein is provided without representation or warranty.*

©2012, Sites USA, Chandler, Arizona, 480-491-1112    page 3 of 3    Demographic Source: Applied Geographic Solutions 8/2011, TIGER Geography