From:   Michael Beam                                June 16, 2012
        5227 Scotsglen Drive
        Glen Allen, VA 23059
        (804) 527-3424

To:     Clerk of the Bankruptcy Court
        United States Bankruptcy Court
        701 East Broad Street – Room 4000
        Richmond, Virginia 23219

**Response to :**
**"Notice of Liquidating Trust's Thirty-Fifth Omnibus Objection to Claims: Reduction of certain partially invalid claims, fixing of certain unliquidated claims, or disallowance of certain invalid claims, as applicable (Phantom Stock Program)**

**Status Hearing to be held 2:00 p.m. (Eastern Time) on July 10, 2012 – Courtroom 5000**

------------------------------------------------------------------------------

a) caption:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re:
Circuit City Stores, Inc., et. al., (Debtors) Chapter 11
Case No. 08-35653 (KRH)

**Response to :**
**"Notice of Liquidating Trust's Thirty-Fifth Omnibus Objection to Claims: Reduction of certain partially invalid claims, fixing of certain unliquidated claims, or disallowance of certain invalid claims, as applicable (Phantom Stock Program) – Claim #6023**

------------------------------------------------------------------------------

b) claimant information:

Michael W. Beam      Claim # 6023
Claim Amount         $2,381.25 USD

------------------------------------------------------------------------------

c) concise statement of relevant facts:
- The objection states that Claim # 6023 should be reduced to $476.25. This reduction is being made by calculating the 2nd vesting date of this program based on change of control of the company as defined in section (iii) of that definition which states that the change of control occurs when the sale of substantially all of Circuit City's assets has been completed. This date was March 8, 2009.
- However, the "Change of Control" definition also is defined in section (iv) of the same paragraph which reads as follows "...the consummation of a **plan** of complete liquidation, dissolution, or sale of substantially all assets of the company. I submit that this **plan to liquidate** the company was adopted on January 9th, 2009, as indicated in my original claim paperwork. By this definition, the remainder of this program should have vested on 1/9/09 (closing stock price of $.31/share) rather than 3/8/09 as stated in the objection. My original claim amount of $2381.25 should remain based on this conclusion.

- I am unable to attend the status hearing in person on July 10th. I would welcome the opportunity to participate in this hearing via teleconference, an option which was offered to me during my last appearance before this court. Please contact me with the necessary information if this is possible.

d) No additional paperwork is being submitted other than this objection response.
e) declaration of person with personal knowledge: previously submitted and reviewed in court on March 22, 2011

f) claimant contact information

Michael W. Beam
5227 Scotsglen Drive
Glen Allen, VA 23059
(804) 527-3424

NOTE: Claimant address is the notice address.

g) representative of claimant
same as claimant above


Respectfully Submitted,

*[signature]*

Michael W. Beam          June 16, 2012


Cc:
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760


Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN,PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178