# EXHIBIT A

<u>Supporting Schedule</u>

**CIRCUIT CITY STORES, INC.**
**Chapter 11**
**Case No. Case No. 08-35653-KRH**
**United States Bankruptcy Court**
**Eastern District of Virginia**

Landlord:    Agree Limited Partnership

Location:    515 N. Congress Ave., Boynton Beach, FL (Store #3237)

Lease Rejection Date:    3/11/2009

Lease Ending Date:    01/31/2017

### ACTUAL DAMAGES UNDER APPLICABLE STATE LAW

| | |
|---|---|
| Rent unpaid as of Petition Date: | $14,878.67 |
| Balance of rent reserved from <u>Lease Rejection Date</u> through <u>Lease Ending Date</u>: | $5,186,909.99 |
| Total: | $5,201,788.66 |

### CALCULATION OF DAMAGE CAP PURSUANT TO 11 U.S.C. § 502(B)(6)

| | |
|---|---|
| Rent reserved for one year: | $662,158.72 |
| 15% of the rent reserved under the remaining lease term following the Petition Date: | $5,462,809.46<br>x      15%<br>$819,421.42 |
| Total allowed damages for remaining rent reserved: | $819,421.42 |

### PRE-PETITION INDEBTEDNESS

| | |
|---|---|
| Rent unpaid as of the Petition Date: | $14,878.67 |
| Total Allowed Unsecured Claim: | $834,300.09 |

1

## Actual Damages from Rejection of Lease Under State Law

| | | | | |
|---|---|---|---|---|
| Minimum Monthly Rent | $52,513.22 | | 1st Month Post Rejection | 4/1/2009 |
| Monthly CAM | $2,666.67 | | Lease termination date | 01/31/17 |
| Electric | | | Difference (Months) | 94 |
| | | | | |
| | | | | |
| Total Monthly Rent | $55,179.89 | | Total Rent Remaining | $5,186,909.99 |

| | |
|---|---|
| Default Damages (including new lease commission and space reconfiguration) | |

| | | | | |
|---|---|---|---|---|
| Unpaid Pre-Petition Charges | $14,878.67 | | | |
| | | | | |
| **Grand Total Actual Damages** | **$5,201,788.66** | | § 502(b)(6) cap applies | YES |

## Cap on Landlord's Damages Pursuant to 11 U.S.C. § 502(b)(6)

| | | | | |
|---|---|---|---|---|
| Minimum Monthly Rent | $52,513.22 | | Tenant Vacated | 3/11/2009 |
| Monthly CAM | $2,666.67 | | Lease Rejected | 3/11/2009 |
| | | | | |
| | | | | |
| Total Monthly Rent | $55,179.89 | | | |
| | | | Petition Date | 11/10/08 |
| 1 Year's Rent | $662,158.72 | | Lease termination date | 01/31/17 |
| | | | Difference (Months) | 99 |
| Remaining Rent under Lease term from Petition Date | $5,462,809.46 | | | |

| | |
|---|---|
| 15% of rent due under remaining Lease term (not to exceed 3 years' rent) | $819,421.42 |
| 3 Years' Rent | $1,986,476.17 |
| Greater of §502(b)(6)(A) | $819,421.42 |
| Unpaid Pre-Petition Charges | $14,878.67 |
| **Maximum amount of Claim** | **$834,300.09** |