# EXHIBIT A

# ECHO Retail — Giant Eagle Excess - Altoona
Altoona, Blair County, Pennsylvania

**Excess Space - 17,000 SF Available (Former Circuit City)**

- Located in Altoona, PA, 45 miles NE of Johnstown and 50 Miles SW of State College.
- Adjacent to Target and within close proximity to Walmart, Sam's Club, and TJ Maxx.
- Average Daily Traffic Count
  I-99         34,000 ADT
  Plank Road   27,000 ADT

Join ⊙ TARGET



CONTACT:
Jay Murphy
412.968.1670
jmurphy@echoretail.com

ECHO Retail
701 Alpha Drive
Pittsburgh, PA 15238
412.968.1660

www.echoretail.com

## Aerial
Altoona, Blair County, Pennsylvania



ECHO Retail
701 Alpha Drive
Pittsburgh, PA 15238
412.968.1660

www.echoretail.com

