## FOR SALE OR LEASE

- 29,129± SF retail building on 3.0 acres
- Tremendous location near Bangor Mall
- Lighted intersection
- Lease Rate: $12.00/sf NNN
- Sale Price: $2,950,000

# 668 STILLWATER AVE
BANGOR, ME



**FOR MORE INFORMATION CONTACT:**



Drew Sigfridson, SIOR
T 207.772.1333
F 207.871.1288
dsigfridson@boulos.com



CBRE | The Boulos Company
CB RICHARD ELLIS

3

## 663 STILLWATER AVE
### RETAIL SPACE FOR SALE OR LEASE
BANGOR, ME

## PROPERTY INFORMATION

| | |
|---|---|
| Owner: | Sacco of Maine, LLC |
| Building Size: | 29,129± SF |
| Land Size: | 3.0± acres |
| Assessor's Reference: | Map R61, Lot 21A |
| Registry of Deeds: | Book 9184, Page 299 |
| Zoning: | S & PS (Shopping and Personal Services) |
| Assessed Values: | Land:      $   850,200<br>Building: $1,524,100<br>Total:     $2,374,300 |
| Real Estate Taxes (2010): | $45,230.42 |
| Year of Construction: | 1999 |
| Traffic Count: | 20,610 AADT (2007) |
| Water/Sewer: | Municipal |
| Sprinkler System: | Yes, facility is sprinklered throughout. |
| Construction Type: | Masonry |
| HVAC: | Roof top units |
| Parking: | 143 spaces on-site (Ratio 5.0/1000) |
| Floor Plan: | See attached. |
| Lease Rate: | $12.00/sf NNN |
| Sale Price: | $2,950,000 |



**Demographics**
Population: 273,730
Households: 111,537
Average Household Income: $46,290

- Easy access off I-95/Maine Turnpike
- Commercial and financial hub of eastern and northern Maine
- Regional draw serving northern and eastern Maine
- Near Bangor Mall and other strong national retailers



**663 STILLWATER AVE**
RETAIL SPACE FOR SALE OR LEASE
BANGOR, ME

## FLOOR PLAN



## SITE PLAN





**668 STILLWATER AVE**
**RETAIL SPACE FOR SALE OR LEASE**

## AERIAL VIEW



FOR MORE INFORMATION CONTACT:

Drew Sigfridson, SIOR



CBRE | The Boulos Company
CB RICHARD ELLIS