**From:** Victoria A. Newmark **[mailto:VNewmark@pszjlaw.com]**
**Sent:** Wednesday, February 29, 2012 2:36 PM
**To:** Neil D. Goldman
**Cc:** Jeff Knopke; Katie Bradshaw
**Subject:** RE: Circuit City-Sacco of Maine, Claim 12315

Thank you for your response.

Per the trust's records, rent was $31,850 monthly, and the trust made the stub rent payment for $22,295, which would result in a prepetition rent claim of $9,555.00. The trust agrees that the insurance is owed in the amount of $28,984.00. Thus, the claim would be $915,603.90.

In order to allow the claim, the trust needs to know whether or not the premises have been re-let or sold and, if so, whether any replacement rents affect the amount of the rejection damages claim. Please check with your client and advise.

