John K. Roche
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 2005-3960
Telephone:  (202) 654-6200
Fax:  (202) 654-6211
JRoche@perkinscoie.com

Of counsel:

John S. Kaplan
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  (206) 359-8000
Fax: (206) 359-9000
JKaplan@perkinscoie.com

Counsel for Bank of America, N.A.,
as Trustee for the Registered
Certificate Holders of Bear Stearns
Commercial Mortgage Securities,
Inc., Commercial Mortgage Pass-
Through Certificates, Series 2007-
Pwr16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>           Debtors. | Case No. 08-35653-KRH<br><br>REPLY TO LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION TO LANDLORD CLAIMS |

BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY

MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE

REPLY TO LIQUIDATING TRUST'S
FORTY-FIRST OMNIBUS OBJECTION TO
LANDLORD CLAIMS – 1
38935-0052/LEGAL23989965.2

REGISTERED CERTIFICATE HOLDERS OF BEAR STEARNS COMMERCIAL

MORTGAGE SECURITIES, INC., COMMERCIAL MORTGAGE PASS-THROUGH

CERTIFICATES, SERIES 2007-PWR16 ("Creditor"), by and through undersigned counsel,

hereby responds to the Objection [docket 11852] to its claim (originally filed in the name of

Meridian Village, LLC) filed by Alfred H. Siegel, as trustee (the "Trustee") on behalf of the

Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust").

　　　　Meridian Point Realty Trust VI, Co. d/b/a Meridian Village, LLC ("Meridian") was

the former owner of a shopping center located at 3944 Meridian Street, Bellingham,

Washington 98226 (the "Property").  Meridian was landlord under a lease (the "Circuit City

Lease") for certain space at the Property (the "Circuit City Premises") with Circuit City

Stores, Inc. (the "Debtor") as lessee.  Creditor was a lender to Meridian and held a first

position deed of trust on the Property.  Upon Meridian's default, Lender foreclosed on its

deed of trust and became owner of the Property pursuant to a credit bid at a trustee sale held

on March 26, 2010, and thereby became owner of Meridian's claim in this case for lost rents

under the rejected Circuit City Lease.  Lender has separately filed a notice of transfer of

Claim No. 11775 from Meridian to Lender.

　　　　The Debtor vacated the Property in February of 2009 and rejected the Circuit City

Lease effective March 4, 2009.  Meridian moved expeditiously to re-lease the Property and

mitigate damages.  Meridian and, after foreclosure, Lender both engaged SUHRCO

Management, Inc. ("SUHRCO") as property manager and CBRE as leasing agent for the

Property.  SUHRCO was continuously engaged as property manager for the Property from

October 2003 through April 24, 2012.  CBRE began immediate efforts to re-let the Circuit

City Premises after the Circuit City Lease was rejected.  As a result of CBRE's efforts, a

REPLY TO LIQUIDATING TRUST'S
FORTY-FIRST OMNIBUS OBJECTION TO
LANDLORD CLAIMS – 2
38935-0052/LEGAL23989965.2

**Perkins Coie** LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C.  20005-3960
Phone:  202.654.6200
Fax:  202.654-6211

new lease dated July 8, 2009 (the "Replacement Lease")[1] was signed between Meridian Village, LLC and DeWaard & Bode Inc. ("DeWaard & Bode").

Meridian filed its proof its claim (assigned Claim No. 11775) for rejection damages in the amount of $243,466.32, representing the statutory cap under 11 U.S.C. § 502(b)(6) of 12 months' rent.  Even after its mitigation efforts that resulted in the Replacement Lease, Creditor and its predecessor in interest Meridian suffered mitigated rejection damages in excess of $243,466.32, consisting of three primary parts:

1.      Lost Rent and CAM.  DeWaard & Bode did not begin paying rent under the Replacement Lease until October 2009, seven (7) months after the Rejection Date. Therefore, Meridian was damaged by seven (7) months of missed rent, CAM, and insurance payments of $20,288.86 per month, totaling $142,022.02.

2.      Difference in Rent.  When the Replacement Tennant starting paying rent in October 2009, it was one of 64 monthly rental payments due prior to the January 2015 expiration date of the Circuit City Lease.  Taking into account the 5-year adjustment for base rent to go into effect January 2010 under the Circuit City Lease, the sum of the base rent due under the Circuit Lease from October 2009 for the remainder of its term through January, 2015 was $1,253,622.87.  The Replacement Lease provides for total base rent payments of $1,092.390.06 during this same period.  Therefore, the Landlord is entitled to the difference between the two leases for the remaining period under the Circuit City Lease, which amounts to $161,232.81.[2]

---

[1] A true and correct copy of the Replacement Lease is attached hereto as Exhibit A.
[2] The calculation of this amount is attached hereto as Exhibit B.

REPLY TO LIQUIDATING TRUST'S
FORTY-FIRST OMNIBUS OBJECTION TO
LANDLORD CLAIMS – 3
38935-0052/LEGAL23989965.2

**Perkins Coie** LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C.  20005-3960
Phone:  202.654.6200
Fax:  202.654-6211

3.   Leasing Commissions.  Finally, Meridian incurred and paid leasing commissions of $44,832.46 in conjunction with obtaining the Replacement Lease.  These commissions were an actual cost of mitigating damages.

The forgoing adequately shows that Meridian (Lender's processor in interest) took various measures to re-let the Circuit City Premises and to mitigate damages it incurred as a result of the Debtor's rejection of the Circuit City Lease.  Therefore, Claim No. 11775 for the damages from rejection of the Circuit City Lease should be allowed in the full filed amount of $243,433.32, and the Objection should be overruled with respect to Claim No. 11775.

DATED:  June 26, 2012

**PERKINS COIE** LLP

By:/s/ John K. Roche
   John K. Roche, VSB# 68594

700 Thirteenth Street, N.W., Suite 600
Washington, D.C.  20005-3960
Phone:  202.654.6200
Fax:  202.654-6211
JRoche@perkinscoie.com

Counsel for Bank of America, N.A., as Trustee for the Registered Certificate Holders of Bear Stearns Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2007-Pwr16

REPLY TO LIQUIDATING TRUST'S
FORTY-FIRST OMNIBUS OBJECTION TO
LANDLORD CLAIMS – 4
38935-0052/LEGAL23989965.2