# EXHIBIT B

| | | CPI |
|---|---:|---:|
| **Circuit City** | | |
| Months | 4 | |
| Base Rent | $17,151.77 | |
| Subtotal, 10/09-1/10 | $68,607.08 | |
| | | |
| Months | 60 | |
| Base Rent | $19,750.26 | 15.15% |
| Subtotal, 2/10-1/15 | $1,185,015.79 | |
| | | |
| Total | $1,253,622.87 | |
| | | |
| **D & B** | | |
| Months | 33 | |
| Base Rent | $15,463.56 | |
| Subtotal, 10/09-6/12 | $510,297.48 | |
| | | |
| Additional Months | 31 | |
| Base Rent | $18,777.18 | |
| Subtotal, 7/12-1/15 | $582,092.58 | |
| | | |
| Total | $1,092,390.06 | |
| | | |
| Difference | **$161,232.81** | |
| | | |
| CPI-U Seattle Oct 2009 | 226.277 | |
| CPI-U Seattle Oct 2004 | 196.5 | |
| | | |
| Percent Change | 15.15% | |