UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

RESPONSE OF WCC PROPERTIES, LLC, TO LIQUIDATING
TRUST'S FORTY-SECOND OMNIBUS OBJECTION TO LANDLORD
CLAIMS (REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION)
(Claims No. 13480[1] & 15261)

WCC Properties, LLC ("WCC"), by counsel, hereby files its response (the "Response") to the Liquidating Trust's Forty-Second Objection to Landlord Claims (the "Objection"). In the Objection, the Liquidating Trust asserts that WCC's Claim No. 15261 (the "Claim"), filed in the amount of $810,533.50 should be reduced and allowed in the sum of $17,863.00. WCC opposes the relief sought by the Liquidating Trust in the Objection and asks that the Claim be allowed in the full amount in which it was filed. In support of its Response, WCC states the following:

1. The Liquidating Trust's Objection asserts that the Claim should be reduced subject to modification upon timely receipt of mitigation information.

2. Claim No. 15261 should not be reduced because WCC was unable to mitigate the damages sought in its Claim. WCC listed the former Circuit City premises

---

[1] Claim No. 15261 amended WCC's Claim No. 13480. WCC will consent to striking Claim No. 13480 without prejudice to Claim No. 15261 and the various objections and responses filed with respect to the Claims.

DOUGLAS A. SCOTT, PLC
Suite 311, 1805 Monument Avenue
Richmond, Virginia 23220
Counsel for WCC Properties, LLC

(the "Premises") with the Phoenix office of CB Richard Ellis and with AT Pancrazi Real Estate in Yuma, Arizona. WCC intended that CBRE market the property to national tenants and Pancrazi to local Yuma tenants.

3.   The Premises contains 20,257 square feet. Major tenants who would need that amount of square feet were, and are, very limited.

4.   WCC sponsored several programs in Phoenix and Yuma for brokers and developers to acquaint them with the Premises. On a national level, CBRE developed a website for Las Palmillas Shopping Center and the Premises and promoted the website prominently at the annual International Council of Shopping Centers Conference in Las Vegas, Nevada, as well as at quarterly events in Phoenix and Tucson.

5.   It was not until January of 2012 that WCC signed a new lease with Planet Fitness to take the Premises. The rent is significantly below what Circuit City was paying. The new lease requires WCC to spend approximately $450,000 for new tenant improvements and commissions in order to re-lease the space. *See* Exhibit A attached hereto, the Declaration of Mr. George Codling.

6.   The party with authority to discuss mitigation issues and the facts stated in this Response is the following:

> Mr. George Codling
> ADI Properties
> 2750 Womble Road, Suite 107
> San Diego, California 92106
> 619-990-8510
> gcodling3@gmail.com

**WHEREFORE**, WCC Properties, LLC, requests that the Court deny the Liquidating Trust's Objection to WCC's Claim No. 15261 and that claim be allowed by Court order in the amount of $465,466.00 with respect to WCC's Second Amended Lease Rejection Damages Claim, and for such other and further relief as is just and proper.

Dated: June 26, 2012

/s/ Douglas Scott
Douglas Scott, VSB No. 28211
DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23230
☎ 804.353.0287
BankruptcyCounsel@gmail.com

-and-

Clifford Altfeld, *pro hac vice*
Altfeld & Battaile, P.C.
250 North Meyer
Tucson, Arizona 85701
☎ 520.622.7733

Counsel for WCC Properties, LLC

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this day, a true and correct copy of the foregoing Response of WCC Properties, LLC, to Liquidating Trust's 42nd Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation) (Claim No. 15261) was served electronically using the ECF system on all registered users of the CM/ECF system who have made an appearance in this matter.

\s\ Douglas Scott

Macintosh HD:Case Files:Case Files:W:WCC Properties LLC- Circuit City:Response 6 18 12 Mitigation FINAL.doc

ALTFELD & BATTAILE P.C.

## THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Case No. 08-35653 (KRH) Jointly Administered |
| CIRCUIT CITY STORES INC., et al., | Chapter 11 |
| Debtors. | DECLARATION OF GEORGE CODLING UNDER THE PENALTY OF PERJURY (RE: WCC Properties, LLC's Claim) |

I, George Codling do declare that the foregoing is true and correct pursuant to 28 U.S.C. § 1746:

1. I have personal knowledge of the matters set forth herein.

2. I am a manager of WCC Properties, LLC ("WCC"), the owner of Las Palmillas shopping center in Yuma, Arizona.

3. I provide this Declaration to address the objection of the Circuit City Trustee regarding the efforts taken by WCC to mitigate its damages caused by the rejection of the Circuit City lease at the Las Palmillas Shopping Center.

4. When Circuit City moved out in February 2009, we listed the building with the Phoenix office of CB Richard Ellis and with AT Pancrazi Real Estate in Yuma, Arizona. We intended that CBRE market the property to national tenants and Pancrazi to local Yuma tenants.

5. The property contains 20,257 square feet and major tenants who would need that amount of square feet were, and are, very limited. During February 2009, the

economy was dramatically contracting. WCC sponsored several programs in Phoenix and Yuma for brokers and developers to acquaint them with the Circuit City property. On a national level, CBRE developed a website for Las Palmillas Shopping Center and the Circuit City property and promoted it prominently at the annual International Council of Shopping Centers Conference in Las Vegas, Nevada, as well as at quarterly events in Phoenix and Tucson.

6. It was not until January of 2012 that WCC signed a new lease with Planet Fitness to take the old Circuit City space. The rent is significantly below what Circuit City was paying. It requires WCC to spend approximately $450,000 for new tenant improvements and commissions in order to re-lease the space.

7. I attach as Exhibit A to this Declaration a Marketing Report that lists the tenant, potential size, use, contact person of the tenant, applicable real estate broker and comments for leasing the property.

8. It was definitely in WCC's best interests to re-lease the premises as quickly as possible. But, the same contraction in the national economy that contributed to the demise of Circuit City also severely limited potential tenants who could lease that property.

9. I will provide any further detail, informally or at deposition, in support of WCC's efforts to re-lease the Circuit City space.

I declare that the foregoing is true and correct.

_____
George Codling

2

Executed: June 26, 2012

/s/ Douglas Scott
Douglas Scott, VSB No. 28211
DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23220
☎ 804.257.9860

Clifford B. Altfeld, *pro hace vice*
(Arizona State Bar No. 005573/PCCN: 1360)
Altfeld Battaile & Goldman, PC
250 North Meyer Avenue
Tucson, Arizona 85701
Telephone: (520) 622-7733
Facsimile: (520) 622-7967
Email: cbaltfeld@abazlaw.com

Attorneys for Claimant WCC Properties, LLC

Macintosh HD:Case Files:Case Files:W:WCC Properties LLC - Circuit City:Declaration of Codling Mitigation Final.doc

3

LAS PALMAS
MARKETING ACTIVITY REPORT
6/4/2012

| TENANT | SIZE | USE | QUOTE | CONTACT | BROKER | COMMENTS |
|---|---|---|---|---|---|---|
| **MAJORS:** | | | | | | |
| Chinese Buffet | 20,000 | Chinese Restaurant | | Johnny Luong | Mark Banach | Mark showed Circuit City space to tenant, operates 4 locations in region. |
| Famous Labels | 25,000 | Apparel | | Michael Roderas | Mark Banach | Challenging rent deal; will loop in front of Roderas as various markets are considered. |
| Encore! | 25,000 | Shoes | | | Mark Bupus | Have not scheduled Yuma tour, recently discussed site with Max regarding activity. |
| Bealls Outlet | 24,919 | Apparel | | Paul Richardson | Dave Uhles | Left message for Dave regarding Bealls status, will discuss this week. |
| Corp USA | 20,000 | Electronics | | Ed Schmidt | Ed Schmidt | Tom working with their broker on potential deal. |
| Michaels Arts & Crafts | 20,000 | Crafts | | Rick Greene | Tom Woods | New rep for Yuma, per Mark. Preparing layout for review. Tom Woods indicates no interest. |
| Smart & Final Extra | 25,000 | Grocery | | David Vice | Jim Mitchell | S & F not planning any relocations for now, nor expanding Extra concept in small mkts. |
| Pacific Sales | 30,000 | Electronics | | | Mike Polachek | Sent information to Mike, still evaluating Phoenix area sales. |
| Staples | 20,000 | Office Supplies | | Greg Laing | Greg Laing | Staples has elected to stay in existing store location for now. |
| Books-A-Million | 20,000 | Books | | Tyler Brassford | | Have curtailed expansion plans; Kevin to re-establish contact with RE rep. |
| Hastings Books | 25,000 | Books | | | Tom Panczar | Tom continues talking with local store owner on potential relocation. |
| Gun Club | 10,000 | Gun Range | | | Pat Darcy | Local broker had interest in leasing to gun club, not returning calls. |
| Melrose | 10,000 | Apparel | | | Max Bupus | Max has information and has passed along to Melrose. Monitoring interest. |
| Wal-Mart Neighborhood Grocery | 40,000 | Grocery | | | Alex Clark | Sent contact information to Chris Acker. Broker says they may come to Yuma soon. |
| *Recently declined:* | | | | | | |
| Fanza | 20,000 | Electronics | | | Robert Peireda | Declined site, cited construction issues. |
| WinCo Foods | 95,000 | Grocery | | | Ed Beshi | Had an interest in acquiring Las Palmas along with Rio Vista acreage lease. Looking in area |
| Lowe's Home Improvement | 130,000 | Home Improvement | | | Tom Panczar | Tom working with CA rep directly. Decision has not been made on new store in area yet. |
| Toys R Us/Babies R Us | 20,000 | Toys/Apparel | | | Arcy Krost | Corporate has declined. |
| Shoe Carnival | 12,000 | Shoes | | | Neil Board | Neil claims site is too close to Ross store location for dds |
| dds | 20,000 | Apparel | | | Mike Polachek | Had good year in 2009. Mike will address Yuma again. |
| Ulta Cosmetics | 20,000 | Cosmetics | | Tom Hall | Todd Folger | Called Todd for update on sales in Phoenix, and overall expansion plans. |
| DSW Shoes | 12,000 | Shoes | | | David Darr | David says not expanding right now. Corporate issues. |
| Stein Mart | 37,000 | Apparel | | | Zach Pace | Declined site, not looking in Yuma at present. |
| Bev Mo! | 20,000 | Liquor | | | Bernie Avila | Yuma not currently under consideration. |
| Total Wine | 25,000 | Wine & Liquor | | | Arcy Krost | Not expanding in Yuma at present. |
| 24 Hr. Fitness | 42,000 | Fitness Club | | | | Not expanding in Arizona at present. |
| BJ's Wholesale Club | 180,000 | Wholesale Club | | John McLeady | Rick Davis | Rick Davis considers Yuma a one store market, passing on 2nd site. |
| Big Lots! | 22,000 | Closeouts | | Rick Davis | | |
| Big 5 Sporting Goods | 15,000 | Sporting Goods | | Chas Ogburn | | One store market for Big 5; site declined |
| **PADS:** | | | | | | |
| YUM! Brands | 4,000 | Restaurant | | Bob Newton | Mark Banach | Still not ready to consider Yuma for now, per Mark. |
| Sweet Tomatoes | 5,000 | Restaurant | | | Larry Scott | Not actively expanding at present. |
| Souper Salad | 5,000 | Restaurant | | | Tom Woods | Not active at present, per Tom. |
| Chipotle Grill | 4,000 | Restaurant | | | Chip Thor | Not expanding in Yuma |
| The Keg Steakhouse | 5,000 | Restaurant | | | Paul Hollard | No interest at present |
| BJ's Brewery | 6,000 | Restaurant | | | Zach Pace | No interest at present |
| Black Angus Steakhouse | 6,000 | Restaurant | | | Paul Serafin | Not expanding in Yuma. |
| Lone Star Steaks | 5,000 | Restaurant | | | Lance Umble | Not expanding in Yuma. |
| Longhorn Steaks | 5,000 | Restaurant | | | Brian Polachek | Not expanding at present. |
| Hyatt Hotels | 3 ac. | Hotel | | | Dr. Jonesh Patel | Tom Panczar to contact Patel about interest in site. |
| Red Robin | 5,000 | Restaurant | | Tim O'Kane | | Not looking in Yuma for now. Will see rep at ICSC upcoming in Phoenix. |
| Chase Bank | 5,000 | Bank | | Jos Van Houten | Neil Board | Called Neil for update on expansion plans. |
| **SHOPS:** | | | | | | |



EXHIBIT A

LAS PALMILLAS
MARKETING ACTIVITY REPORT
6/4/2012

| Name | Size | Category | Contact | Broker | Status |
|---|---|---|---|---|---|
| Pink 360 | 3,500 | Apparel | | Mark Barach | Mark working with Forever 21 type tenant looking at several options. |
| Ecko Apparel | 1,000 | Apparel | | Mark Barach | Mark working with potential tenant discussing several in-line options. |
| SAS Shoes | 4,500 | Shoes | | Mark Barach | Meeting this week with their broker, should have news. |
| Sooper Salad | 2,000 | Apparel | | Mark Barach | Tenant not returning calls. |
| Children's Store | 5,000 | Restaurant | Mary Erwin | | |
| Wildflower Bread Co. | 5,000 | Restaurant | Joe Pankel | | Not expanding at present. |
| Zpes Sports Grill | 5,000 | Restaurant | Phil Goldman | | Not in market at present. |
| Bear Rock Cafe | 6,000 | Restaurant | | Morey Fischel | Called Morey for update on smaller markets expansion. |
| The Corner Bakery | 4,000 | Restaurant | | Andy Knott | Sent to Andy. Tenant not active at present |
| Cici's Pizza | 4,000 | Restaurant | | Chris Geron | Sent package to Chris, called for update. |
| Salad Creations | 5,000 | Restaurant | | Andy Knott | Sent to Andy. Tenant not active at present |
| Baskin Robbins | 1,200 | Ice Cream | Andrew Sternberg | | Not a active franchise market for them. |
| Radio Shack | 1,400 | Electronics | | | Not expanding at present |
| Papa Murphy's Pizza | 1,400 | Pizza | | | Tom monitoring with broker |
| **DROP LIST:** | | | | | |
| Marco's Pizza | 1,200 | Pizza | | | Declined site. |
| Myle Noman | 1,200 | Cosmetics | | | Declined site. |
| Sooper Salad | 5,000 | Restaurant | | Tom Woods | Not expanding at present. |
| Sizzle | 1,400 | Restaurant | | Tom Papourazi | Not expanding at present. |
| Papa San Rice Bowl | 1,200 | Restaurant | | Tom Papourazi | Not expanding at present. |
| Sbarro Pizza | 1,500 | Restaurant | | Tom Papourazi | Not expanding at present. |
| Brown Bag Burger | 1,500 | Restaurant | | Tom Papourazi | Not expanding at present. |
| Lamps Plus | 5,000 | Lighting | | Dan Gardner | Yuma not on radar screen for now. |
| Car Quest | 5,000 | Automotive | Ed Sheeley | | Not returning calls. |
| BBQ Galore | 3,000 | Specialty | Dick Bridy | | Not expanding at present. |
| Guitar Center | 30,000 | Musical Inst. | | Larry Ortega | Not expanding on Yuma at present. |
| Goitsmith | 20,000 | Sporting Goods | | Larry Ortega | Not pursuing new deals for now, per Denny. |
| Boulevard Brp | 60,000 | Entertainment | Nick Gincher | | Have curtailed expansion plans for now, per Nick. |
| Powerhouse Fitness | 22,000 | Fitness Club | Shane Franklin | | Strike up at Corporate has resulted in curtailing expansion plans. |
| Ashley Furniture | 20,000 | Furniture | Michael Jedborsky | | Tom discussed with local operator. Not interested for now. |
| Sheeley's Western Wear | 20,000 | Western Wear | | Chuck Wells | Not expanding in Yuma at present. |
| Paul's TV | 20,000 | Electronics | | Scott Kaplan | Met with principals last Friday, do not have interest in operating in AZ |
| Red Wing Shoes | 1,400 | Shoes | | | In market already. |
| Der Weinerschnitzel | 3,000 | Restaurant | | Morey Fischel | Not expanding at present. |
| Piazza Pizza | 5,000 | Restaurant | | Morey Fischel | Not proper demographic for tenant, per Morey. |
| Peter Piper Pizza | 9,000 | Pizza | | Zach Pace | Have declined site again, citing economic difficulty. |
| Office Max | 20,000 | Office Supplies | John Lee | | Yuma not a market chosen for expansion. |
| La-Z-Boy | 15,000 | Furniture | | Dick Shot | per Tom-Local owner says he needs to sell existing bldg in order to move. |
| LA Fitness | 40,000 | Fitness Club | John Gabriel | | Have exited several deals lately, Yuma not on radar for the moment. |
| Total Wine | 20,000 | Liquor / Wine | | Walt Brown | Need population of over one million to consider entering market |
| Border's Books | 22,000 | Books | | Ned Board | Not active in market at present |
| Sally Beauty Supply | 1,400 | Cosmetics | | Dan Gardner | Deal not moving forward. |
| Books A Million | 20,000 | Books | Tyler Bradford | | Sent information to broker. Not active in market for now. |
| Nordstrom Rack | 20,000 | Apparel | John Billison | | Passing on site. Need 500K population in trade area |
| U S Bank | | Bank | | Dan Gardner | Plans on hold for now per conversation of 10/6. |
| Vitamin Shoppe | | Vitamins | | Thomas Orlassen | Declined site. Cutbacks on expansion program may change will monitor. |
| Goodyear | | TBA | | Miles Sanchez | Not of interest at present. |
| Fletcher Tire | | TBA | | Bruce Milton | Not of interest at present. |
| Firestone / Bridgestone | | TBA | | Phil Bransen | Phil waiting to get direction on this market. |
| Auto Zone | | Automotive | | Phil Bransen | Phil waiting to get direction on this market. |
| Checker Auto | | Automotive | | Phil Bransen | Not actively expanding for now. |
| Brakes Plus | | Automotive | | Dan Safey | Not actively expanding for now. |
| Number 1 Nails | 1,200 | Nail Salon | Michael Baker | | Have been inactive in market. |
| | | | | | Not interested in proceeding, per Tom. |

LAS PALMILLAS
MARKETING ACTIVITY REPORT
6/4/2012

| Tenant | SF | Use | Contact | Status |
|---|---|---|---|---|
| Carpet Mills of America | 5,000 | Flooring | | Not expanding in Yuma area. |
| Big O Tires | | TBA | | Not in market. |
| Village Inn | | Restaurant | Tom Woods | In bankruptcy proceedings, may come out soon. |
| Famlin Tres | | TBA | | Not of interest for the moment per Tom. |
| Discount Tire | | TBA | Ed Whitehead | Passed on site, do not want to disturb existing volumes. |
| Shoe Hoppers | 25,000 | Entertainment | | On hold subject to Rio Vista Brunswick effort. |
| Big 5 Sporting Goods | 10,000 | Sporting Goods | Todd Folger | Renewed lease in Curve, concern over proximity to Sports Authority from our site. |
| E J Designer Shoes | 15,000 | Shoes | Charles Ogburn | Interest on issue here. Need higher. |
| Denny's | | Restaurant | John Mooney | Located on 16th Street across from Yuma Palms. |
| Del Taco | | Restaurant | Andy Kroll | Located in Yuma Palms. |
| Mimi's Cafe | | Restaurant | Mia Lucero | Located on 16th Street in Yuma Palms. |
| Brake Stop | | TBA | Greg Lang | Not a candidate for now. |
| Chick-fil-A | | Restaurant | | Located in Yuma Palms. |
| Sportsman's Warehouse | 25,000 | Sporting Goods | John Featherston | Not looking in Yuma. |
| Amazing Jakes | 25,000 | Entertainment | Stuart Odgaard | Yuma not on radar screen for now, per Rick. |
| American Home Furnishings | 22,000 | Furniture | Aaron Browning | Have slowed expansion, check with Dave quarterly. |
| Texas Clothing Co. | 5,000 | Apparel | Dave Klentzel | All Arizona markets on hold. |
| Office Depot | 22,000 | Office Supply | Rosalee Ferran | Tenant has put expansion efforts on hold. |
| Sport Chalet | 20,000 | Sporting Goods | Elliot Simon | Will discuss with tenant, have not been targeting Yuma. |
| First Yuma Bank | | Bank | Chris Slamets | Have existing location on 16th Street, not expanding. |
| Toys R Us | 30,000 | Toys | Bill Oughton | Passed. Need 50K population in trade area. |
| Petco | 17,000 | Pet Supply | Andy Kroll | Deal not likely for now, operations declined. |
| ACE Hardware | 20,000 | Hardware | Mark Hellinger | Not of interest, per Mark. |
| Barnes & Noble | 22,000 | Books | Mary Olejarczyk | Not in market for now. |
| Brunswick Bowling Center | 5 ac | Entertainment | Michael Malvin | Tom working with Brunswick on potential purchase of Rio Vista parcel. |
| USACE Recruiting | 3,000 | Recruiting | | Deal has gone to another property. |
| Ritz Carrera | 1,500 | Specialty | | Not expanding in market for now. |
| Hibbett Sports | 5,000 | Sporting Goods | | Declined site. |
| Fallas Paredes | 30,000 | Apparel | Jacob Fischer | Already in market. Not a candidate. |
| Pep Boys | 25,000 | Automotive | Tyler Chester | Passing on site, per Tyler Chester. |
| Burlington Coat Factory | 25,000 | Apparel | John Grau | Have older location in former JCPenney. |
| Shoe Carnival | 12,000 | Shoes | Neil Boers | Not considering Yuma expansion plans for now. |
| Floor & Decor | 22,000 | Flooring | Tyson Switzenberg | Not expanding in Yuma market. |
| Office Max | 18,000 | Office Supply | Dick Shea | Not expanding until 2011. |
| A.J. Wright | 25,000 | Apparel | John Lee | Not entering Arizona market as yet. |
| Pier One | | Imports | Dan Gardner | Not expanding at present. |
| Applebee's | 10,000 | Restaurant | Tom Woods | Already in market. |
| Village Inn | | Restaurant | Tom Woods | Already in market. |
| Flooring America | 5,000 | Flooring | Tom Woods | In bankruptcy. |
| Kinko's | 4,000 | Printing | | Already in market. Not ready to expand. Malnovich represents. |