UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

Debtors

Chapter 11
Case No. 08-35653 (KRH)
Jointly Administered

_____/

**DECLARATION OF JAMES S. CRAIG IN SUPPORT OF RESPONSE OF
CRAIG-CLARKSVILLE TENNESSEE LLC TO LIQUIDATING TRUST'S
FORTIETH OMNIBUS OBJECTION TO LANDLORD CLAIMS
(REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION)
(Claim No. 7816)**

I, James S. Craig, pursuant to 28 U.S.C. § 1746, furnish this declaration and declare as follows:

1. I am a member of Craig Realty Company, LLC, which is the agent/manager of Craig-Clarksville Tennessee L.L.C. ("**CCT**").

2. CCT is the landlord that leased the commercial property located at 2819-D Wilma Rudolph Boulevard, Clarksville, Tennessee to Circuit City Stores, Inc. ("**Debtor**") pursuant to a lease agreement dated March 5, 1999. The termination date of the lease is March 31, 2021.

3. Debtor rejected the lease and vacated the property as of February 23, 2009.

4. As soon as CCT became aware Debtor was going to reject the lease, it immediately placed real estate signs at the property and began marketing the property. CCT developed informational brochures and showed the building to prospective tenants and cooperating commercial real estate brokers. CCT was able to re-let the premises to a new tenant that took position of the premises and began paying rent on November 25, 2009

I make this Declaration under penalty of perjury.

Dated: June 26, 2012

_/s/ James S. Craig_____
James S. Craig

8452615