# **EXHIBIT "A"**

{KLC/PRINT//KLC1625.DOC}

**MENTER, RUDIN & TRIVELPIECE, P.C.**
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1498
Telephone: (315) 474-7541
Facsimile: (315) 474-4040
Kevin M. Newman
Adam F. Kinney

and

Augustus C. Epps, Jr. (VSB 13254)
Michael D. Mueller (VSB 38216)
Jennifer M. McLemore (VSB 47164)
**CHRISTIAN & BARTON, L.L.P.**
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

*Attorneys for EklecCo NewCo, L.L.C. &*
*Crossgates Commons NewCo, L.L.C.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

---

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., *et al.*<br><br>Debtors. | Case No. 08-35653-KRH<br>Jointly Administered<br>Chapter 11 Proceedings |

DECLARATION OF WILLIAM F. BAKER IN SUPPORT OF EKLECCO NEWCO,
L.L.C. AND CROSSGATES COMMONS NEWCO, L.L.C.'S RESPONSE TO THE
LIQUIDATING TRUST'S FORTIETH OMNIBUS OBJECTION TO LANDLORD
CLAIMS (REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION)

STATE OF NEW YORK  )
                                    )SS:
COUNTY OF ONONDAGA )

William F. Baker, being duly sworn, deposes and says:

1. I am Assistant General Counsel of Pyramid Management Group, LLC (the "Management Company"). The Management Company is the managing agent for EklecCo NewCo, L.L.C. ("Landlord 1") and Crossgates Commons NewCo, L.L.C. ("Landlord 2").

{22375/22755/AFK/00507313.DOCX}                                          1

2. Landlord 1 is the owner of a shopping center known as Palisades Center, West Nyack, New York ("Center 1").

3. Landlord 2 is the owner of a shopping center known as Crossgates Commons, Albany, New York ("Center 2").

4. I have personal knowledge of the facts set forth in this Declaration and I may be contacted at: Pyramid Management Group, LLC, 4 Clinton Square, Syracuse, New York 13202, (315) 422-7000.

5. Landlord 1 was a party to a lease ("Lease 1") with Circuit City Stores, Inc. (the "Debtor") of premises ("Premises 1") at Center 1.

6. Landlord 2 was a party to a lease ("Lease 2") with the Debtor of premises ("Premises 2") at Center 2.

7. In the regular course of my employment by the Management Company, I review rent and other charges billed to the tenants of Landlord 1 and Landlord 2. I also have access to records regarding Landlord 1 and Landlord 2's efforts to relet Premises 1 and Premises 2.

8. The Landlords diligently and efficiently sought to relet the Premises following the Debtor's rejection of the Leases. In particular, the Landlords met with various prospective tenants, showed the Premises to prospective tenants, provided lease plans to prospective tenants, conducted lease negotiations with prospective tenants, and ultimately executed leases for all of the Premises.

9. The total amount of rent reserved under Lease 1 from November 11, 2008 until the end of the Lease term is $12,869,837.54. An itemization of this calculation is attached to this Declaration as Schedule 1.

10. Fifteen percent of this rent reserved is $1,930,475.63.

11. Landlord 1's claim for $1,930,475.63 plus attorneys' fees remains due.

12. Subsequent to the rejection of Lease 1, Landlord 1 relet Premises 1 to various tenants. It has received $236,300.23, less commissions, from its subsequent tenants.

13. Claim No. 13020 was filed based on the then calculated total rent reserved of $12,032,159.44 in the amount of $1,827,361.40, which included $22,532.08 of pre-petition rent arrears.

14. The actual total amount of rent reserved under Lease 2 is $12,230,918.34 and outstanding pre-petition rent under Lease 2 amounts to $36,962.83. Fifteen percent (15%) of the total rent reserved is $1,834,637.75. An itemization of the foregoing is attached to this Declaration as Schedule 2.

15. Landlord 2's claim filed for $1,827,361.40 plus attorneys' fees remains due.

16. Subsequent to rejection of Lease 2, Landlord 2 relet Premises 2 to CC Retail, LLC, which did business as Ultimate Electronics. Ultimate Electronics filed for bankruptcy protection and is now being liquidated pursuant to chapter 7 of the Bankruptcy Code. Landlord 2 has received no net rent and has, in fact, incurred significant costs in reletting Premises 2. As a result, its state law claim taking into account mitigation is significantly higher than its claim filed pursuant to 11 U.S.C. § 502(b)(6).

_____
William F. Baker

Sworn to before me this
25 day of June, 2012

_____
Notary Public

SALLY A. O'DONNELL
Notary Public, State of New York
Qualified in Onondaga County
Commission Expires March 30, 20 14

{22375/22755/AFK/00507313.DOCX}                3

# SCHEDULE "1"

NET PRESENT VALUE
OF FUTURE PAYMENTS
11/10/2008

TENANT: CIRCUIT CITY - MERCHANT #610104
MALL: PALISADES CENTER

TERM: 20 YEARS
TCD: 01/25/99
SQ. FT.: 33,096
EXPIRATION: 01/31/19
NPV DATE: 11/10/08

| | RATE | 0.00% | | | RATE | 9.00% | | | RATE | 4.00% | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NPV | RENT | MALL CHG | TOTAL | | RENT | MALL CHG | TOTAL | | RENT | MALL CHG | TOTAL |
| | $9,453,045.00 | $3,416,792.54 | $12,869,837.54 | | $6,097,376.47 | $2,223,549.66 | $8,320,926.13 | | $7,709,685.47 | $2,797,763.54 | $10,507,449.00 |

MONTHLY CHARGES (EFFECTIVE 11/10/08)
STEP INCREASE 2/1/09 & 2/1/14

| YEAR | MINIMUM RENT | TAXES | INSURANCE | ENERGY | COMPACTOR | 5% CAE | MKT FUND | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2008 | $68,950.00 | $27,846.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $96,796.72 |
| 2009 | 74,466.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102,312.72 |
| 2010 | 74,466.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102,312.72 |
| 2011 | 74,466.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102,312.72 |
| 2012 | 74,466.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102,312.72 |
| 2013 | 74,466.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102,312.72 |
| 2014 | 79,982.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107,828.72 |
| 2015 | 79,982.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107,828.72 |
| 2016 | 79,982.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107,828.72 |
| 2017 | 79,982.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107,828.72 |
| 2018 | 79,982.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107,828.72 |
| 2019 | 79,982.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107,828.72 |

ANNUAL CHARGES (EFFECTIVE 11/10/2008)
STEP INCREASE 2/1/09 & 2/1/14

| | MINIMUM RENT | TAXES | INSURANCE | ENERGY | COMPACTOR | 5% CAE | MKT FUND | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2008 | $117,215.00 | $47,339.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $164,554.42 |
| 2009 | 888,076.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,222,236.64 |
| 2010 | 893,592.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,227,752.64 |
| 2011 | 893,592.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,227,752.64 |
| 2012 | 893,592.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,227,752.64 |
| 2013 | 893,592.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,227,752.64 |
| 2014 | 954,268.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,288,428.64 |
| 2015 | 959,784.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,293,944.64 |
| 2016 | 959,784.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,293,944.64 |
| 2017 | 959,784.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,293,944.64 |
| 2018 | 959,784.00 | 334,160.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,293,944.64 |
| 2019 | 79,982.00 | 27,846.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107,828.72 |

NPV AS OF 11/10/2008 (DISCOUNTED AT 0%)    $12,869,837.54
NPV AS OF 11/10/2008 (DISCOUNTED AT 9%)    $8,320,926.13
NPV AS OF 11/10/2008 (DISCOUNTED AT 4%)    $10,507,449.00

# SCHEDULE "2"

06/07/12

# NET PRESENT VALUE OF FUTURE PAYMENTS
## 11/10/2008

TENANT: CIRCUIT CITY - MERCHANT #610104
MALL: CROSSGATES CCOMMONS NEWCO LLC

TERM: 20 YEARS 8 MONTHS
TCD: 06/05/00
SQ. FT.: 37,671
EXPIRATION: 01/31/21
NPV DATE: 11/10/08

### NPV

| RATE | 0.00% | | | RATE | 8.00% | | | RATE | 4.00% | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RENT | MALL CHG | | TOTAL | RENT | MALL CHG | | TOTAL | RENT | MALL CHG | | TOTAL |
| $8,980,074.14 | $3,250,844.21 | | $12,230,918.34 | $5,557,191.47 | $2,051,262.90 | | $7,608,454.38 | $6,993,105.79 | $2,556,130.05 | | $9,549,235.84 |

### MONTHLY CHARGES EFFECTIVE: 11/10/08

| YEAR | MINIMUM RENT | TAXES | INSURANCE | ENERGY | COMPACTOR | CPI CAE 3% | WATER | MKT FUND | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2008 | 51,300.05 | 16,703.32 | 0.00 | 0.00 | 0.00 | 4,525.87 | 0.00 | 0.00 | 72,529.24 |
| 2009 | 51,300.05 | 16,703.32 | 0.00 | 0.00 | 0.00 | 4,616.39 | 0.00 | 0.00 | 72,619.76 |
| 2010 | 51,300.05 | 16,703.32 | 0.00 | 0.00 | 0.00 | 4,754.88 | 0.00 | 0.00 | 72,758.25 |
| 2011 | 51,300.05 | 16,703.32 | 0.00 | 0.00 | 0.00 | 4,897.53 | 0.00 | 0.00 | 72,900.90 |
| 2012 | 58,995.06 | 16,703.32 | 0.00 | 0.00 | 0.00 | 5,044.45 | 0.00 | 0.00 | 80,742.83 |
| 2013 | 58,995.06 | 16,703.32 | 0.00 | 0.00 | 0.00 | 5,195.79 | 0.00 | 0.00 | 80,894.17 |
| 2014 | 58,995.06 | 16,703.32 | 0.00 | 0.00 | 0.00 | 5,351.66 | 0.00 | 0.00 | 81,050.04 |
| 2015 | 58,995.06 | 16,703.32 | 0.00 | 0.00 | 0.00 | 5,512.21 | 0.00 | 0.00 | 81,210.59 |
| 2016 | 67,844.32 | 16,703.32 | 0.00 | 0.00 | 0.00 | 5,677.58 | 0.00 | 0.00 | 90,225.22 |
| 2017 | 67,844.32 | 16,703.32 | 0.00 | 0.00 | 0.00 | 5,847.90 | 0.00 | 0.00 | 90,395.54 |
| 2018 | 67,844.32 | 16,703.32 | 0.00 | 0.00 | 0.00 | 6,023.34 | 0.00 | 0.00 | 90,570.98 |
| 2019 | 67,844.32 | 16,703.32 | 0.00 | 0.00 | 0.00 | 6,204.04 | 0.00 | 0.00 | 90,751.68 |
| 2020 | 67,844.32 | 16,703.32 | 0.00 | 0.00 | 0.00 | 6,390.16 | 0.00 | 0.00 | 90,937.80 |
| 2021 | 67,844.32 | 16,703.32 | 0.00 | 0.00 | 0.00 | 6,581.87 | 0.00 | 0.00 | 91,129.51 |

### ANNUAL CHARGES (EFFECTIVE 11/10/2008)

15% - 5 YR

| YEAR | MINIMUM RENT | TAXES | INSURANCE | ENERGY | COMPACTOR | CPI CAE | WATER | MKT FUND | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2008 | 87,210.09 | 28,395.63 | 0.00 | 0.00 | 0.00 | 7,693.98 | 0.00 | 0.00 | 123,299.70 |
| 2009 | 615,600.60 | 200,439.84 | 0.00 | 0.00 | 0.00 | 55,396.68 | 0.00 | 0.00 | 871,437.12 |
| 2010 | 615,600.60 | 200,439.84 | 0.00 | 0.00 | 0.00 | 57,058.58 | 0.00 | 0.00 | 873,099.02 |
| 2011 | 700,245.71 | 200,439.84 | 0.00 | 0.00 | 0.00 | 58,770.34 | 0.00 | 0.00 | 959,455.89 |
| 2012 | 707,940.72 | 200,439.84 | 0.00 | 0.00 | 0.00 | 60,533.45 | 0.00 | 0.00 | 968,914.01 |
| 2013 | 707,940.72 | 200,439.84 | 0.00 | 0.00 | 0.00 | 62,349.45 | 0.00 | 0.00 | 970,730.01 |
| 2014 | 707,940.72 | 200,439.84 | 0.00 | 0.00 | 0.00 | 64,219.93 | 0.00 | 0.00 | 972,600.49 |
| 2015 | 805,282.58 | 200,439.84 | 0.00 | 0.00 | 0.00 | 66,146.53 | 0.00 | 0.00 | 1,071,868.95 |
| 2016 | 814,131.84 | 200,439.84 | 0.00 | 0.00 | 0.00 | 68,130.93 | 0.00 | 0.00 | 1,082,702.61 |
| 2017 | 814,131.84 | 200,439.84 | 0.00 | 0.00 | 0.00 | 70,174.86 | 0.00 | 0.00 | 1,084,746.54 |
| 2018 | 814,131.84 | 200,439.84 | 0.00 | 0.00 | 0.00 | 72,280.10 | 0.00 | 0.00 | 1,086,851.78 |
| 2019 | 814,131.84 | 200,439.84 | 0.00 | 0.00 | 0.00 | 74,448.51 | 0.00 | 0.00 | 1,089,020.19 |
| 2020 | 814,131.84 | 200,439.84 | 0.00 | 0.00 | 0.00 | 76,681.96 | 0.00 | 0.00 | 1,091,253.64 |
| 2021 | 67,844.32 | 16,703.32 | 0.00 | 0.00 | 0.00 | 6,581.87 | 0.00 | 0.00 | 91,129.51 |

TOTAL: $12,230,918.34

NPV AS OF 11/10/08 (DISCOUNTED @ 0.00%) $12,230,918.34
NPV AS OF 11/10/08 (DISCOUNTED @ 4.00%) $9,549,235.84
NPV AS OF 11/10/08 (DISCOUNTED @ 8.00%) $7,608,454.38

15% of $12,230,918.34 = $1,834,637.75

Circuit City store # 03160
Filing Date - 11/10/08
Crossgates Commons NewCo, LLC
Lease Rejected 3/10/09

### Pre-Petition Amount Due

|  | Oct & Prior | 2008 Nov 1-9 | Total |
|---|---|---|---|
| Minimum Rent | $0.00 | $15,390.02 | $15,390.02 |
| Taxes | 0.00 | 5,011.00 | $5,011.00 |
| Common Area | 15,204.05 | 1,357.76 | $16,561.81 |
| Total | $15,204.05 | $21,758.78 | $36,962.83 |
| Payments |  |  | $0.00 |
| Balance |  |  | $36,962.83 |
| **Accum Balance** |  |  | **$36,962.83** |